IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVEL ENTERTAINMENT GROUP, INC., RONALD CANTOR, as Trustees of the MAFCO Litigation Trust, and as Successor in Interest to Marvel Entertainment Group, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, et al.,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

## ORDER

At Wilmington this **22nd** day of **August, 2005**,

IT IS ORDERED that a status teleconference has been scheduled for **September 7, 2005 at 2:30 p.m.** with the undersigned. **Plaintiffs' counsel shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE