IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARVEL ENTERTAINMENT GROUP, INC., RONALD CANTOR, as Trustees of the MAFCO Litigation Trust, and as Successor in Interest to Marvel Entertainment Group, Inc., et al. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 97-586-KAJ |
| v. | ) ) | |
| RONALD O. PERELMAN, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this **24th** day of **August, 2005,**

IT IS ORDERED that the status teleconference presently set for **September 7, 2005 at 2:30 p.m.** is hereby rescheduled to **September 9, 2005 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Courthouse.

_____
UNITED STATES DISTRICT JUDGE