## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE

P.O. BOX 636

WILMINGTON, DELAWARE 19899-0636
___
TEL: (302) 651-3000

FAX: (302) 651-3001

http://www.skadden.com

DIRECT DIAL
(302) 651-3210
DIRECT FAX
(888) 329-3001
EMAIL ADDRESS
PLOCKWOO@SKADDEN.COM

FIRM/AFFILIATE OFFICES
___
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
___
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

September 21, 2005

The Honorable Kent A. Jordan
United States District Judge
United States District Court
   for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    Ronald Cantor, et al. v. Ronald O. Perelman, et al.,
              Civil Action No. 97-586 (KAJ)

Dear Judge Jordan:

      Enclosed please find defendants' proposed scheduling order, which differs with a form of order that we understand plaintiffs intend to file in just one respect. After extensive discussions with plaintiffs, we reached agreement on all dates except the date by which the parties are to file Daubert motions.

      As Your Honor's standard scheduling order form contains a Daubert motion deadline, defendants asked plaintiffs to include such a deadline in the schedule and to set it for June 1, 2006. Plaintiffs responded that the order should have two Daubert motion deadlines – June 1, 2006 for new expert testimony to be identified, and November 1, 2005 for expert testimony already identified.

      Defendants submit that having two deadlines will be wasteful because the parties will have to brief and argue Daubert issues twice, and the Court will have to issue two separate opinions on such issues. There is no countervailing benefit that justifies addressing Daubert issues twice. An order that requires all such objections to be filed by June 1, 2006 – more than four months before the trial date – will give

The Honorable Kent A. Jordan
September 21, 2005
Page 2

the parties and the Court sufficient time to resolve all <u>Daubert</u> objections before the trial begins.

   If Your Honor has any questions about the foregoing, counsel is available at the convenience of the Court.

               Respectfully,

               Paul J. Lockwood

cc: Philip Trainer, Jr., Esq.

325514.05-Wilmington S1A