IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as SUCCESSORS IN INTEREST TO MARVEL ENTERTAINMENT GROUP, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INC., WILLIAM C. BEVINS and DONALD G. DRAPKIN, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C. A. No. 97-586-KAJ <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew W. Goldwater, Emily A. Stubbs and Jonathan Gottfried of the firm of Friedman Kaplan Seiler & Adelman LLP, 1633 Broadway, New York, New York, 10019-6708, to represent plaintiffs Ronald Cantor, Ivan Snyder and James A. Scarpone, as Trustees of the MAFCO Litigation Trust, in this matter.

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiffs Ronald Cantor, Ivan Snyder and James A. Scarpone*

Dated: September 23, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____, 2005        _____
                                   THE HONORABLE KENT A. JORDAN,
                                   UNITED STATES DISTRICT JUDGE

161701.1

386362.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  New York, New York
September 23, 2005

/s/ Emily A. Stubbs
Emily A. Stubbs
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

386362.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the First, Second, Third and Fifth Circuits, and the Supreme Court of the United States, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: New York, New York
September 23, 2005

*[signature]*
Andrew W. Goldwater
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

2

386362.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  New York, New York
        September 23, 2005

Jonathan Gottfried
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

386362.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2005, two copies of the attached **MOTION FOR ADMISSION *PRO HAC VICE*** were served upon the following counsel of record at the address indicated below in the manner indicated:

| | |
|---|---|
| Anthony W. Clark, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19899 | <u>**VIA HAND DELIVERY**</u> |
| Robert E. Zimet, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | <u>**VIA FEDERAL EXPRESS**</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

144343.1