IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
RONALD CANTOR, et al.,                  :
                                        :
                Plaintiffs,             :
                                        :   No. 97-CIV-586-KAJ
        v.                              :
                                        :
RONALD O. PERELMAN, et al.,             :
                                        :
                Defendants.             :
------------------------------------------------------x
```

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JURY DEMAND**

Pursuant to the Scheduling Order entered by this Court on October 18, 2005, defendants Ronald O. Perelman, Mafco Holdings Inc., MacAndrews & Forbes Holdings Inc., Andrews Group Inc., William C. Bevins and Donald G. Drapkin hereby move this Court for an order striking plaintiffs' demand for a jury trial.

The grounds for this motion are set forth in detail in the accompanying Defendants' Opening Brief in Support of Their Motion to Strike Plaintiffs' Jury Demand.

Pursuant to Local Rule 7.1.1, attorneys for defendants state that they have made a reasonable effort to reach agreement with attorneys for plaintiffs concerning the matters set forth in this motion.

>Respectfully submitted,
>
>/s/ Thomas J. Allingham II
>Thomas J. Allingham II (I.D. No. 476)
>Anthony W. Clark (I.D. No. 2051)
>Paul J. Lockwood (I.D. No. 3369)
>SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899
>(302) 651-3000
>Attorneys for Defendants

DATED: October 21, 2005