IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
RONALD CANTOR, et al.,                :
                                      :
            Plaintiffs,               :
                                      :   No. 97-CIV-586-KAJ
      v.                              :
                                      :
RONALD O. PERELMAN, et al.,           :
                                      :
            Defendants.               :
---------------------------------------------------------x

## ORDER

At Wilmington, Delaware, this ___ day of _____, 200_,

Upon consideration of Defendants' Motion to Strike Plaintiffs' Jury Demand and the papers submitted herein,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Strike Plaintiffs' Jury Demand is GRANTED;

2. Plaintiffs' demand for a jury trial is stricken.

_____
UNITED STATES DISTRICT JUDGE

432385.01-Wilmington S1A