IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as Successors in Interest to the Marvel Entertainment Group, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, et al.,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

## ORDER

At Wilmington this **24th** day of **October, 2005,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 8, 2005 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE