IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
RONALD CANTOR, IVAN SNYDER and :
JAMES A. SCARPONE, as TRUSTEES OF :
THE MAFCO LITIGATION TRUST, :
: No. 97-CIV-586-KAJ
Plaintiffs, :
:
- against - :
:
RONALD O. PERELMAN, :
MAFCO HOLDINGS INC., :
MacANDREWS & FORBES HOLDINGS INC., :
ANDREWS GROUP INCORPORATED, :
WILLIAM C. BEVINS and :
DONALD G. DRAPKIN, :
:
Defendants. :
---------------------------------------------------------------x

**COMPENDIUM OF UNREPORTED
OPINIONS CITED IN PLAINTIFFS'
BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO STRIKE
PLAINTIFFS' JURY DEMAND**

*Of Counsel:*

Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

Dated: November 23, 2005

ASHBY & GEDDES
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiffs*

**INDEX OF UNREPORTED OPINIONS**

**CASES**                                                                                                             **TAB**

*Cantor Fitzgerald, L.P. v. Cantor*,
    No. 16297, 2003 WL 21488707 (Del. Ch. June 19, 2003) ................................... A

*Cantor Fitzgerald, L.P. v. Cantor*,
    No. 16297, 2001 WL 536911 (Del. Ch. May 11, 2001) ........................................ B

*Cantor Fitzgerald, L.P. v. Cantor*,
    No. 16297, 2000 WL 307370 (Del. Ch. Mar. 13, 2000) ........................................ C

*Miller v. Weber (In re Anchor/Davis-Jay Container Co.)*,
    Bankr. No. 92-11720S, Adv. No. 93-0042S, 1993 WL 119818 (Bankr.
    E.D. Pa. Apr. 15, 1993) ...................................................................................... D

*In re Franklin Towne Lodge Ltd. P'ship*,
    Civ. A. No. 91-2702, 1992 WL 357531 (E.D. Pa. Nov. 25, 1992) ........................ E

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2005, I electronically filed **COMPENDIUM OF UNREPORTED OPINIONS CITED IN PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JURY DEMAND** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Anthony W. Clark, Esquire
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>Wilmington, DE 19899

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon