IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| RONALD CANTOR, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 97-CIV-586-KAJ |
| : | |
| RONALD O. PERELMAN, et al., : | |
| : | |
| Defendants. : | |

---

## TRANSMITTAL DECLARATION OF JAMES A. WHITNEY IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

James A. Whitney hereby deposes and says:

1. I am associated with Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the defendants in this action. I submit this declaration in support of Defendants' Brief in Opposition to Plaintiffs' Motion to Compel the Production of Documents.

2. Attached hereto is a true and correct copy of the following document referenced in the Defendants' Brief in Opposition to Plaintiffs' Motion to Compel the Production of Documents:

| Exhibit No. | Description |
|---|---|
| 1 | Agreement and Plan of Merger By and Among Toy Biz, Inc., Marvel Entertainment Group, Inc. and MEG Acquisition Corp. |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 6, 2005, Wilmington, Delaware.

_____
James A. Whitney (I.D. No. 4161)