## CERTIFICATE OF SERVICE

I, James A. Whitney, hereby certify that on this 6th day of December, 2005, I electronically filed the Transmittal Declaration of James A. Whitney in Support of Defendants' Brief in Opposition to Plaintiffs' Motion to Compel the Production of Documents using CM/ECF, which will send notification of such filing to those designated below, and that I served the following person in the manner listed:

**VIA CM/ECF and HAND DELIVERY**
Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ James A. Whitney
James A. Whitney (I.D. No. 4161)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
jwhitney@skadden.com

437515.01-Wilmington S1A