IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| RONALD CANTOR, et al., | : |
| Plaintiffs, | : |
| v. | : No. 97-CIV-586-KAJ |
| RONALD O. PERELMAN, et al., | : |
| Defendants. | : |

---

**TRANSMITTAL DECLARATION OF PAUL J. LOCKWOOD IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STRIKE PLAINTIFFS' JURY DEMAND**

Paul J. Lockwood hereby deposes and says:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants in this action. I submit this declaration in support of Defendants' Reply Brief in Support of Their Motion to Strike Plaintiffs' Jury Demand.

2. Attached hereto are true and correct copy of the following documents referenced in Defendants' Reply Brief in Support of Their Motion to Strike Plaintiffs' Jury Demand:

| Exhibit No. | Description |
|---|---|
| 1 | Supplement to the Reports of William H. Purcell dated April 9, 2002 |
| 2 | In re Hechinger Investment Co. of Delaware Amended Complaint dated April 3, 2001 |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 7, 2005, Wilmington, Delaware.

_____
Paul J. Lockwood (I.D. No. 3369)