IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST, | : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 97-586-KAJ : |
| RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN, | : : : : : : : |
| Defendants. | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Plaintiffs hereby respectfully request oral argument on Defendants' motion to strike Plaintiffs' jury demand (D.I. 433) and Plaintiffs' motion to compel the production of documents (D.I. 441)

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
lashby@ashby-geddes.com
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

Dated:  December 8, 2005

164421.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2005, I electronically filed **REQUEST FOR ORAL ARGUMENT** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Anthony W. Clark, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon