IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN, | : : : : : : : | C.A. No. 97-586-KAJ |
| Defendants. | : : | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, defendants hereby respectfully request oral argument on their motion to strike plaintiffs' jury demand (D.I. 433).

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
Anthony W. Clark (I.D. No. 2051)
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000

Attorneys for Defendants

DATED: December 12, 2005