## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2005, I electronically filed Defendants' **REQUEST FOR ORAL ARGUMENT** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Lawrence C. Ashby (I.D. No. 468)
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, Delaware 19899
>(302) 654-1888
>
>Attorney for Plaintiffs

/s/ Paul J. Lockwood
Paul J. Lockwood (I.D. No. 3369)