IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as Successors in Interest to the Marvel Entertainment Group, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, et al.,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

## ORDER

Oral argument on Defendant's motion to Strike Plaintiffs' jury demand (D.I. 433) and on Plaintiffs' motion to compel production of documents (D.I. 441) in the above-captioned action will be heard on **January 10, 2006** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

December 13, 2005
Wilmington, Delaware