

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as Successors in Interest to the Marvel Entertainment Group, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, et al.,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

### ORDER

For the reasons set forth by the Court during oral argument today on Plaintiffs' motion to compel production of documents (D.I. 441),

IT IS ORDERED that the motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

January 10, 2006
Wilmington, Delaware