IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 97-586-KAJ |
| RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2006, (1) **EXPERT REPORT OF BEVIS LONGSRETH;** (2) **EXPERT REPORT OF ANDREW S. CARRON;** and (3) **REPORT OF JEFFREY L. BALIBAN** was served upon the following counsel of record at the address and in the manner indicated:

Paul J. Lockwood, Esquire          VIA ELECTRONIC MAIL AND
Skadden Arps Slate Meagher & Flom LLP   FEDERAL EXPRESS
One Rodney Square
Wilmington, DE  19899

                                                  ASHBY & GEDDES

                                                  */s/ Tiffany Geyer Lydon*
                                                  _____
                                                  Lawrence C. Ashby (I.D. #468)
                                                  Philip Trainer, Jr. (I.D. #2788)
                                                  Tiffany Geyer Lydon (I.D. #3950)
                                                  222 Delaware Avenue, 17th Floor
                                                  P.O. Box 1150
                                                  Wilmington, DE 19899-1150
                                                  (302) 654-1888

                                                  *Attorneys for Plaintiffs*

*Of Counsel:*

Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

Dated: January 18, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of January, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Paul J. Lockwood, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE  19899

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

106213.1