IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD O. PERELMAN, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 97-586-KAJ ) ) ) ) ) ) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion to Strike Plaintiffs' Jury Demand (D.I. 433) is GRANTED.

*[signature]*
UNITED STATES DISTRICT JUDGE

February 10, 2006
Wilmington, Delaware