IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 97-586-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2006, **REBUTTAL REPORT OF JUSTICE JOSEPH T. WALSH, RETIRED** was served upon the following counsel of record at the address and in the manner indicated:

Paul J. Lockwood, Esquire                                                          VIA ELECTRONIC MAIL AND
Skadden Arps Slate Meagher & Flom LLP                 FEDERAL EXPRESS
One Rodney Square
Wilmington, DE  19899

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

Dated: March 6, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of March, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Paul J. Lockwood, Esquire
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>Wilmington, DE  19899

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

106213.1