IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

## STIPULATED ORDER

Plaintiffs, Ronald Cantor, Ivan Synder and James A. Scarpone, as Trustees of the MAFCO Litigation Trust, and Defendants, Ronald O. Perelman, MAFCO Holdings Inc., MacAndrews & Forbes Holdings Inc., Andrews Group Incorporated, William C. Bevins and Donald G. Drapkin, hereby stipulate and agree, subject to the approval of the Court that: (1) the date by which Plaintiffs' counsel shall forward to Defendants' counsel a draft of the pretrial order with the information Plaintiffs propose to include in that draft shall be extended through and including June 13, 2006; (2) the date by which Defendants' counsel shall provide Plaintiffs' counsel with comments on their draft and the information Defendants intend to include in the proposed order shall be extended through and including June 30, 2006; and (3) the date by which the final pretrial order shall be filed with the Court shall be extended through and including August 11, 2006.

| ASHBY & GEDDES | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| */s/ Philip Trainer, Jr.* | */s/ Thomas J. Allingham, II* |
| Lawrence C. Ashby (I.D. #468) | Thomas J. Allingham, II (I.D. #476) |
| Philip Trainer, Jr. (I.D. #2788) | Anthony W. Clark (I.D. #2051) |
| Tiffany Geyer Lydon (I.D. #3950) | Paul J. Lockwood (I.D. #3369) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| P.O. Box 1150 | P.O. Box 636 |
| Wilmington, DE 19899-1150 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 651-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

169443.1