IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD CANTOR, IVAN SNYDER and            )
JAMES A. SCARPONE, as TRUSTEES OF         )
THE MAFCO LITIGATION TRUST                )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )        Civil Action No. 97-586-KAJ
                                          )
RONALD O. PERELMAN, MAFCO HOLDINGS        )
INC., MacANDREWS & FORBES HOLDINGS        )
INC., ANDREWS GROUP INCORPORATED,         )
WILLIAM C. BEVINS and                     )
DONALD G. DRAPKIN,                        )
                                          )
                    Defendants.           )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of May, 2006, **REBUTTAL**

**EXPERT REPORT OF BEVIS LONGSTRETH** was served upon the following counsel of

record at the address and in the manner indicated:

Paul J. Lockwood, Esquire                    VIA FEDERAL EXPRESS
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19899

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. #468)
Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
FRIEDMAN KAPLAN SEILER
    & ADELMAN LLP
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

Dated: May 17, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 17th day of May, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Paul J. Lockwood, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19899

*/s/ Tiffany Geyer Lydon*
_____

Tiffany Geyer Lydon

106213.1