IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD CANTOR, et al.,       :
                             :
            Plaintiffs,      :    No. 97-586-KAJ
                             :
       v.                    :
                             :
RONALD O. PERELMAN, et al.,  :
                             :
            Defendants.      :

**DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF BEVIS LONGSTRETH, WILLIAM H. PURCELL, ANDREW S. CARRON, JEFFREY L. BALIBAN, AND PORTIONS OF THE TESTIMONY OF JUSTICE JOSEPH T. WALSH, RET.**

Pursuant to the Scheduling Order entered by this Court on October 18, 2005, defendants Ronald O. Perelman, Mafco Holdings Inc., MacAndrews & Forbes Holdings Inc., Andrews Group Inc., William C. Bevins and Donald G. Drapkin hereby move this Court for an order excluding the expert testimony of Bevis Longstreth, William H. Purcell, Andrew S. Carron and Jeffrey L. Baliban, and the legal testimony of Justice Joseph T. Walsh, Ret..

The grounds for this motion are set forth in detail in the accompanying.

Pursuant to Local Rule 7.1.1, attorneys for defendants state that they have made a reasonable effort to reach agreement with attorneys for plaintiffs

concerning the matters set forth in this motion.

          Respectfully submitted,

/s/ Paul J. Lockwood
Thomas J. Allingham II (I.D. No. 476)
Anthony W. Clark (I.D. No. 2051)
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Defendants

DATED: June 1, 2006