IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, et al., : | |
| : | |
| Plaintiffs, : | No. 97-586-KAJ |
| : | |
| v. : | |
| : | |
| RONALD O. PERELMAN, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

At Wilmington, Delaware, this ___ day of _____, 2006,

Upon consideration of Defendants' Motion To Exclude The Expert Testimony Of Bevis Longstreth, William H. Purcell, Andrew S. Carron, Jeffrey L. Baliban and portions of the testimony of Justice Joseph T. Walsh, Ret. (the "Motion") and the papers submitted herein,

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion is GRANTED;

2. The expert testimony of Bevis Longstreth, William H. Purcell, Andrew S. Carron, and Jeffrey L. Baliban is excluded, in its entirety, from being entered as evidence in the trial.

3. The expert testimony of Justice Joseph T. Walsh, Ret. is excluded except to the extent his testimony concerns the Marvel Entertainment

Group, Inc.'s ("Marvel") board of directors' ability to dilute the majority voting interest of Marvel's majority stockholder and the majority stockholder's right to protect itself from dilution during the 1993-1996 time period.

_____
UNITED STATES DISTRICT JUDGE