## CERTIFICATE OF SERVICE

I, Paul J. Lockwood, hereby certify that on this 1st day of June, 2006, I electronically filed the Defendants' Motion To Exclude The Expert Testimony Of Bevis Longstreth, William H. Purcell, Andrew S. Carron, Jeffrey L. Baliban, And Portions of the Testimony of Justice Joseph T. Walsh, Ret., the proposed Order, the Defendants' Opening Brief In Support Of Their Motion To Exclude The Expert Testimony Of Bevis Longstreth, William H. Purcell, Andrew S. Carron, Jeffrey L. Baliban, And Portions of the Testimony of Justice Joseph T. Walsh, Ret. the Appendix To Defendants' Opening Brief and Compendium Of Unreported Opinions using CM/ECF, which will send notification of such filing to those designated below, and that I served the following person in the manner listed:

**VIA CM/ECF**
Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ Paul J. Lockwood
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
plockwoo@skadden.com

457714.01-Wilmington S1A