IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

## REVISED STIPULATED ORDER

Plaintiffs, Ronald Cantor, Ivan Synder and James A. Scarpone, as Trustees of the MAFCO Litigation Trust, and Defendants, Ronald O. Perelman, MAFCO Holdings Inc., MacAndrews & Forbes Holdings Inc., Andrews Group Incorporated, William C. Bevins and Donald G. Drapkin, hereby stipulate and agree, subject to the approval of the Court, that: (1) the date by which the parties shall file answering briefs responding to motions filed pursuant to *Daubert v. Merell Dow Pharm., Inc.*, 509 U.S. 579 (1993) shall be extended through and including June 22, 2006; and (2) the date by which the parties shall file reply briefs in support of any motions filed pursuant to *Daubert v. Merell Dow Pharm., Inc.*, 509 U.S. 579 (1993) shall be extended through and including June 30, 2006.

| ASHBY & GEDDES | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Paul J. Lockwood* |
| _____ | _____ |
| Lawrence C. Ashby (I.D. #468) | Thomas J. Allingham, II (I.D. #476) |
| Philip Trainer, Jr. (I.D. #2788) | Anthony W. Clark (I.D. #2051) |
| Tiffany Geyer Lydon (I.D. #3950) | Paul J. Lockwood (I.D. #3369) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| P.O. Box 1150 | P.O. Box 636 |
| Wilmington, DE 19899-1150 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 651-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

170188.1