## CERTIFICATE OF SERVICE

I, Paul J. Lockwood, hereby certify that on this 22nd day of June, 2006, I electronically filed the Defendants' Brief in Opposition to Plaintiffs' Motion to Exclude the Testimony of Lawrence A. Hamermesh and Certain Opinions of Robert W. Holthausen, Declaration of Brian G. Lenhard and Compendium of Unreported Opinions using CM/ECF, which will send notification of such filing to those designated below, and that I served the following person in the manner listed:

**VIA CM/ECF**
Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

/s/ Paul J. Lockwood
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
plockwoo@skadden.com

460342.01-Wilmington S1A