## CERTIFICATE OF SERVICE

I, Paul J. Lockwood, hereby certify that on this 30th day of June, 2006, I electronically filed the Defendants' Reply Brief In Support Of Their Motion To Exclude Expert Testimony, the Appendix and Compendium Of Unreported Opinions using CM/ECF, which will send notification of such filing to those designated below, and that I served the following person in the manner listed:

<u>VIA CM/ECF</u>
Lawrence C. Ashby, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

   /s/ Paul J. Lockwood
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000
plockwoo@skadden.com

461353-Wilmington S1A