(CONTINUED)

# SCHEDULE A-2

# Part 2 of 4

# Fowler

# Fowler
# Part 2

**Exhibit 1**
Marvel Holding Companies & Affiliates
Organization Chart [1]



**Principal Indebtedness**

9 1/8% $125 million Senior Secured Notes due February 15, 1998. Issue date February 15, 1994.

10 7/8% $251.7 Senior Secured Discount Notes due April 15, 1998. Issue date October 20, 1993.

11 ¼% $517.4 million Senior Secured Discount Notes due April 15, 1998. Issue date April 22, 1993.

Term Loan and Revolver Guaranty of Toy Biz line of credit Capital leases and other obligations

[1]   Source:  Marvel III Holdings Offering Memorandum, dated February 8, 1994 for 9 1/8% $125 million Senior Secured Notes due 1998.

[2]   Marvel Entertainment Group, Inc. will be required to make certain tax sharing payments to Marvel III which are expected to provide the principal source of cash for Marvel III to pay interest on the 9 ¼% Senior Secured Notes due 1998 (the "Notes").

Expert Report of Peter A. Fowler

**Exhibit 2**
Resume - Peter A. Fowler

2961 Clay Street
San Francisco, CA  94115
peter.fowler@gmail.com

Office: (415) 440-6551
Office Fax: (415) 440-6336
Cell: (917) 535-6114

2001-2005   **Headlands Capital, Inc.**                                        New York/San Francisco
*President and Managing Director*

- Provide independent strategic and corporate finance advice.  Financial Advisor since 2001 to CEO of **Intermagnetics General Corporation**, a leading medical device and energy technology company. Advising on a wide range of strategic and financial issues, including divestitures, shareholder relations, financing for the energy technology business and strategic partnering. Developed and implementing acquisition strategy – advised on the successful unsolicited $150MM acquisition of Invivo Corporation, $100MM acquisition of MRI Devices Corporation and sale of Polycold Systems to Helix Technology for $53MM.
- Financial Advisor to the CEO and principal shareholder during 2001-2002 on a global financial restructuring of London-based **LNM Holdings and its subsidiary Ispat International N.V**.  Ispat is the world's fourth-largest steel company, operates in the U.S., Mexico, Canada, Trinidad, Netherlands, France and Germany, and has revenue of $4.5B and debt of $2.5B. Acting as Chief Restructuring Officer responsible for developing, negotiating and executing the global restructuring plan and overseeing the Ispat internal team, investment bankers and lawyers.  Completed the Mexican unit's restructuring.  Devised strategy to maximize equity value, isolated potential problem to Mexican unit, and achieved debt rescheduling on attractive terms.

1984-2001   **CREDIT SUISSE FIRST BOSTON**                                    New York

*Managing Director, Investment Banking - Global Industrial & Services Group*         1999 - 2001
- Senior account officer for industrial  companies. Exceeded target revenue goals in 1999 and 2000.
- Industry Expertise - Extensive understanding of food and beverage, environmental services, aerospace/defense, office equipment, airline/airfreight and information services industries.
- Head of Environmental Services industry group; Led eight person team.   Identified business opportunity and organized this industry group from development of business plan and commitment of firm's capital to hiring of research analyst and banking team.  Ranked as #3 team in deal volume 1997-1999.

*Managing Director, Investment Banking - Global Corporate Finance Group*              1994 – 1999
- Founding senior officer of group with mandate to "export" U.S. investment banking skills. Primary focus on Europe and Latin America.  Partnered with international account officers to identify, solicit and execute complex cross-border financial advisory and capital raising transactions for industrial companies. Initiative resulted in $40MM of incremental revenues in 1995, growing to $100MM in 1999. Maintained primary account coverage for a select group of large U.S. industrial companies.

- Firm-wide product manager for tracking stock, tax deconsolidation and ESOPs.

*Director, Investment Banking - East Coast Industrial Group*                          1992 – 1994
- Responsible for solicitation of large industrial clients with no CSFB relationship. Completed first time transactions with six new Fortune 500 companies resulting in $16MM incremental fee revenue.  Managed firm wide analyst (college graduates) recruiting program in 1991-1993.

*Director, Fixed Income Capital Markets*                                              1990 - 1992
*Vice President, Investment Banking - Corporate Finance Generalist Group*             1984 – 1990

Summer 1983   **LEHMAN BROTHERS KUHN LOEB INCORPORATED**                        New York
*Associate, Corporate Finance Department*

1980-1982   **MERRILL LYNCH & CO.**                                          San Francisco/New York
*Junior Trader, Municipal Bond Department*

**Exhibit 2**
Resume – Peter A. Fowler

**EDUCATION:**

1984     **THE WHARTON SCHOOL, UNIVERSITY OF PENNSYLVANIA**          Philadelphia, PA
         *Masters of Business Administration Degree.*   Concentration in finance.

1980     **DARTMOUTH COLLEGE**                                        Hanover, NH
         *Bachelor of Arts Degree in Mathematics and History.*

**SELECTED TRANSACTIONS:**

A.  MANAGEMENT EXPERIENCE

            Head of UCLA MBA Recruiting, 1986
            Organized Investment Banking Department Associate Training Program 1986 & 1987
            Analyst Recruiting Committee, 1987 & 1988
            Regional Co-ordinator for Analyst Recruiting, 1987 & 1988
            Operating Officer, Corporate Finance Generalist Group, 1990
            Worked with Head of Investment Banking Department to restructure semi-annual professional
              review/evaluation system, 1990
            Operating Officer, Fixed Income Capital Markets, 1991-1993
            Operating Officer, East Coast Industrial Group, 1993-1994
            Wharton MBA Recruiting, 1985-2001 (Head 1999-2001)

B.  FINANCIAL ADVISORIES

    1.  DIVESTITURES/ACQUISITIONS/GENERAL ADVISORIES
            Advised Lockheed on acquisition of Sanders Electronics for $1.2B, 1986
            Represented NL Industries against hostile bid for Coniston Partners, 1986
            Advised General Cinema in acquisition/spin-off of Neiman Marcus. Group from Carter Hawley Hale, 1987
            Advised Chart House on acquisition of Paradise Bakery, 1988
            Advised General Cinema on sale of General Cinema's Bottling Division to PepsiCo for $1.75B, 1989
            Advised Home Shopping Network in proposed merger with QVC Network, 1990
            Advised General Cinema on acquisition of Harcourt Brace Jovanovich, 1990
            Advised Hershey Foods on sale of OZF Jamin to Cobana BV in a management buyout, 1995
            Advised Rhône-Poulenc Rorer on purchase of majority interest in Applied Immune Services, Inc. for
              $84.4MM, 1995
            Advised Rhône-Poulenc Rorer on two-step increase in equity interest in Applied Immune Services, Inc. for
              $42.0MM, 1995
            Advised Welsh Carson Anderson & Stowe on purchase of 60% of credit card operations of The Limited
              Inc. for $165MM, 1996
            Advised Stonington Partners in $600MM acquisition of Graphic Systems division from Rockwell
              International, 1996
            Advised Ciba-Geigy AG on the divestiture of Mettler-Toldeo AG subsidiary for $766MM to AEA
              Investors, 1996
            Advised Hershey Foods on acquisition of North American operations of Leaf from Huhtamäki Oy for
              $515MM, 1996
            Advised Hershey Foods on divestiture of European confectionery operations, Gubor and Sperlari, to
              Huhtamäki Oy for $120MM, 1996
            Advised Doncasters plc in Acquisition of Triplex Lloyd plc for $400MM, 1998
            Advised Olayan Group in its Minority Investment in Coca-Cola Beverages plc, 1998
            Advised Allied Waste Industries in its Merger with American Disposal Services for $1.1 billion, 1998
            Advised Astrolink on its formation (Astrolink is a satellite services joint venture of Lockheed Martin, TRW
              and Telespazio), $900MM, 1999
            Advised KTI Inc. on its sale to Casella Waste for $600MM, 1999
            Advised Astrolink on the minority investment by Liberty Media, $425MM, 2000
            Advised UAL Corporation on the structure of its e-commerce assets, 2000

## Exhibit 2
### Resume - Peter A. Fowler

Advised Continental Airlines on recapitalization of NWA's equity investment, 2000
Advising American Airlines on the purchase of TWA and selected USAir assets, 2001
Advising Union Pacific on the spin-off of its telecom and technology assets, 2001
Advising Pitney Bowes on its strategic and defense issues, 1995-2001

2.  RECAPITALIZATIONS

General Cinema - Dual class voting structure, 1984
Big V Supermarkets - Dual class voting structures, 1986
Cargill - Preferred stock structures, 1993
Bell Atlantic New Zealand Holdings - Tax deconsolidation, 1994
Ameritech New Zealand Holdings - Tax deconsolidation, 1994
Illinois Tool Works Leasing & Investments - Corporate restructuring/asset exchange, 1995
Pitney Bowes International Holdings - Advice on restructuring international operations, 1995
The Pittston Company - $1,550MM Tracking Stock Recapitalization of Pittston Services Group into Pittston Brinks and Pittston Burlington, 1996
Fletcher Challenge Ltd. - $3,100MM Tracking Stock Recapitalization of Ordinary Shares into Fletcher Challenge Paper, Fletcher Challenge Energy and Fletcher Challenge Building, 1996
Golden State BancCorp - Tracking Stock Warrants, 1998
Telephone & Data Systems - Tracking Stock Recapitalization, 1998

3.  STRATEGIC ADVISORY/RESTRUCTURINGS

Advised Ingersoll-Rand on a strategic review of its business portfolio, 1986
Advised PACE Industries on strategic alternatives for restructuring its business portfolio, 1986
Advised Ford Motor on a strategic review of its financial service businesses, includes separation alternatives, 1986
Advised Beatrice on a review of its business portfolio, 1988
Advised Tenneco on a strategic audit, which led to a sale of its oil and gas business, 1988
Advised J.C. Penney on a strategic audit and review of the business portfolio, 1988
Advised United Waste Systems on capital structure issues, 1995
Advised American Disposal Services on capital structure issues, 1997

4.  LEVERAGED ESOP/FLEXITRUST

Ashland Oil - $125MM Leveraged ESOP, sole advisor, 1985
Phillips Petroleum - $1.5B Leveraged ESOP, lead advisor (not closed), 1985
J.C. Penney - $706MM Leveraged ESOP, sole advisor, 1988
Rhône-Poulenc Rorer - $225MM Flexitrust, sole advisor, 1993
Air Products and Chemicals - $457MM Flexitrust, sole advisor, 1993

5.  VALUATION OPINIONS

Lykes Brothers - Common Stock, 1985-1986
Neiman Marcus. - Convertible Preferred Stock, 1987
Hallmark - Preferred Stock, 1991
Wabash Railroad - Preferred Stock, 1991
Cargill - Preferred Stock, 1991
Bell Atlantic - Tax deconsolidation, 1994
Ameritech - Tax deconsolidation, 1994
Pitney Bowes - Tax deconsolidation, 1994
Perrier American Springwater Holdings NV - Common Stock, 1995

6.  RATING AGENCY ADVISORIES

Airborne Freight, 1986
J.C. Penney, 1986-1990
Hasbro, 1990-1991
Virginia Electric, 1992
Bell Atlantic, 1994
Ameritech, 1994
Pitney Bowes, 1994-2001
PPG Industries, 2000

**Exhibit 2**
Resume - Peter A. Fowler

C.  <u>CAPITAL MARKETS TRANSACTIONS</u>

1.  PUBLIC EQUITY

Big V Supermarkets - $25MM Common Stock, sole manager, 1986
Airborne Freight - $25MM Convertible Debt, sole manager, 1986
General Cinema - £110MM Exchangeable Debentures into Cadbury Schweppes, co-lead manager, 1987
E-II Holdings - $1.0B Common Stock, co-manager (IPO), 1987
Chart House Enterprises - $57MM Common Stock, lead manager (IPO), 1989
Hasbro - $125MM Convertible Debt, lead manager, 1991
United Waste Systems - $23MM Common Stock, co-manager, 1993
Mistic Beverage - $90MM Common Stock, co-manager (IPO), 1994 (Not completed)
Canandaigua Wine - $135MM Common Stock, lead-manager, 1994
Scania AB - $2.8B Common Stock, co-manager (IPO), 1996
American Disposal Services - $25MM Common Stock, co-manager (IPO), 1996
United Waste Systems - $150MM Convertible Debt, co-manager, 1996
Pharmacia & Upjohn - $2,000MM Common Stock Sale by Volvo, co-manager, 1996
Doncasters plc - $120MM Common Stock Sale by Inco Ltd, lead manager (IPO), 1997
American Disposal - $78MM Common Stock, co-manager, 1997
Allied Waste Industries - $290MM Common Stock, co-lead manager, 1997
American Disposal - $211MM Common Stock, co-manager, 1997
L-3 Communications - $100MM Common Stock (IPO), co-manager, 1998
Owens-Illinois - $500MM Common Stock, co-manager, 1998
United Road Services - $100MM Common Stock (IPO), co-manager, 1998
Capital Environmental - $35MM Common Stock (IPO), lead-manager, 1999
L-3 Communications - $450MM Common Stock, co-manager, 1999
Pepsi Bottling Group - $2.3B Common Stock (IPO), co-manager, 1999
Republic Services Group - $1.7B Common Stock, co-manager, 1999
Continental Airlines - $350MM Convertible Preferred Stock, lead-manager, 2000
United Parcel Service - $180MM Common Stock, blocktrade, 2000
United Parcel Service - $50MM monetization of investment in Tumbleweed, 2000

2.  PUBLIC DEBT

Citicorp - $250MM Senior Notes, co-manager, 1985
Citicorp - $250MM Senior Notes, co-manager, 1985
General Cinema - $100MM Subordinated Notes, lead manager, 1985
General Cinema - $125MM Subordinated Notes, lead manager, 1987
General Cinema - $125MM Subordinated Notes, lead manager, 1988
IBM - $750MM Debentures, co-manager, 1989
IBM Credit - $300MM Tax-Exempt Asset Backed Notes, sole manager, 1990
Lockheed- $150MM Senior Euronotes, lead manager, 1986
Lockheed - $300MM Senior Notes, co-manager, 1986
J.C. Penney - $150MM Debentures, sole manager, 1986
J.C. Penney - $250MM Notes, sole manager, 1986
J.C. Penney - $200MM Debentures, sole manager, 1986
J.C. Penney - $250MM Asset Backed Notes, sole manager, 1988
J.C. Penney - $250MM Notes, sole manager, 1988
J.C. Penney - $200MM Notes, sole manager, 1990
J.C. Penney - $375MM Asset Backed Notes, sole manager, 1990
J.C. Penney - $425MM Asset Backed Notes, sole manager, 1990
Martin Marietta - $600MM Notes, co-manager, 1993
Boston Gas - $50MM Medium Term Notes; 1994
Midland Enterprises - $50MM Medium Term Notes, 1994
PHH - $2B Medium Term Notes, agent, 1994
Dayton Hudson - $400MM Asset Backed Notes, lead manager, 1995
World Financial Network National Bank - $805MM Asset Backed Notes, lead manager, 1996
Lockheed Martin - $5.0B Notes, co-manager, 1996
Lockheed Martin - $1.5B Notes, lead-manager, 1996

## Exhibit 2
### Resume - Peter A. Fowler

Canandaigua Wine - $65MM Senior Subordinated Notes, co-manager, 1996
Allied Waste Industries - $1.75B Senior Notes, co-manager, 1998
Owens-Illinois - $1.01B Senior Notes, co-manager, 1998
Pitney Bowes Credit - $200MM Senior Notes, co-manager, 1998
Pitney Bowes - $300MM Senior Notes, lead-manager, 1998
Pepsi Bottling - $3.3B Senior Notes, joint-book manager, 1999
Lockheed Martin - $2.0B Senior Notes, co-manager, 1999
USA Waste - $600MM Senior Notes, co-manager, 1999
PPG Industries - $300MM Senior Notes, co-manager, 1999
Allied Waste Industries - $2.0B Senior Sub Notes, co-manager, 1999
Lockheed Martin - $1.95B debt Tender, sole-agent, 2000
Continental Airlines - $840MM EETC, lead-manager, 2000
United Airlines - $1.5B EETC, senior co-manager, 2000
Continental Airlines - $740MM EETC, lead manager, 2000
United Airlines - $800MM EETC, co-manager, 2000
NWA - $520MM EETC, lead-manager, 2000
USAirways - $362MM EETC, lead-manager, 2000
USAirways - $280MM EETC, co-manager, 2000
Union Pacific - $400MM Senior Notes, lead manager, 2001
Allied Waste Industries - $600MM Senior Notes, joint book- running manager, 2001
Waste Management Inc. - $600MM Senior Notes, joint book-running manager, 2001
United Parcel Service - £300MM Senior Notes, co-manager, 2001

3.   PRIVATE DEBT
Airborne Freight - $25MM Senior Subordinated Notes, sole agent, 1986
New York Times - $50MM Senior Notes, sole agent, 1987
J.C. Penney - $706MM ESOP Notes, sole agent, 1988
Neiman Marcus. Group - $52MM Senior Notes, sole agent, 1989
Allied Waste Industries - $300MM lease advisory, 2001
Federal Express - $125MM EETC private placement, 2000

4.   LEVERAGED BANK DEALS
Allied Waste Industries - $1.1B, lead agent, 1998
Allied Waste Industries - $7.0B, documentation agent, 1999
Canandaigua Wine - $1.0B, syndication agent, 1999
Canandaigua Wine - $200MM "B" Loan, lead agent, 1999

5.   PREFERRED STOCK
Investment Banking:
Hartford Fire Insurance - $65MM Sinking Fund Preferred, sole manager, 1985
Hartford Fire Insurance - $85MM LIBOR Preferred, sole manager, 1985
Hartford Fire Insurance - $75MM Sinking Fund Preferred, sole manager, 1985
Hartford Fire Insurance - $50MM Sinking Fund Preferred, sole manager, 1985
Rhône-Poulenc Rorer - $175MM Auction Rate Preferred, co-manager, 1991
Bell Atlantic New Zealand Holdings - $85MM Sinking Fund Preferred, sole manager, 1994
Ameritech New Zealand Holdings - $85MM Sinking Fund Preferred, sole manager, 1994
Pitney Bowes International Holdings - $200MM Variable Term Preferred, lead manager, 1995
Bell Atlantic New Zealand Holdings - $60MM Sinking Fund Preferred, sole manager, 1995
Ameritech New Zealand Holdings - $50MM Variable Term Preferred, sole manager, 1995
Pitney Bowes International Holdings - $100MM Variable Term Preferred, lead manager, 1997

Capital Markets:
Arizona Public Service - $50MM Sinking Fund Preferred, co-manager, 1991
Alcoa International Holdings - $80MM Auction Rate Preferred, lead manager, 1991
Ratners Group - $100MM Auction Rate Preferred, lead manager, 1991
Rochester G&E - $30MM Sinking Fund Preferred, co-manager, 1991
Georgia P&L - $50MM Sinking Fund Preferred, co-manager, 1991
Rhône-Poulenc Rorer - $300MM Auction Rate Preferred, co-manager, 1991

**Exhibit 2**
Resume - Peter A. Fowler

Southern California Edison - $100MM Fixed Rate Perpetual Preferred, co-manager, 1992
Houston L&P - $100MM Auction Rate Preferred, lead manager, 1992
Exxon Corporation - $750MM SABRES Preferred, lead manager, 1992
Hackensack Water - $15MM Sinking Fund Preferred, sole agent, 1992
Citicorp - $175MM Fixed Rate Perpetual Preferred, co-manager, 1992
Southern California Edison - $100MM Sinking Fund Preferred, co-manager, 1992
Southern California Edison - $100MM Sinking Fund Preferred, lead manager, 1992
Boston Gas - $30MM Auction Rate Preferred, sole manager, 1992
U.S. Bancorp - $150MM Fixed Rate Perpetual Preferred, co-manager, 1992
Lincoln National Income Fund - $40MM Auction Rate Preferred, sole manager, 1992
First Colony Insurance - $80MM Auction Rate Preferred, lead manager, 1993

**Exhibit 3**
Materials Considered

Third Circuit Court's Opinion in Cantor et al. v. Perelman et al. (Nos. 04-1790, 04-2896), July 12, 2005
Expert Report of Jeffrey L. Baliban, January 13, 2006
Expert Report of Andrew S. Carron, January 13, 2006
Expert Report of Lawrence Hamermesh, January 13, 2006
Expert Report of Robert W. Holthausen, March 15, 2002
Expert Rebuttal Report of Robert W. Holthausen, March 29, 2002
Expert Report of Bevis Longstreth, January 12, 2006
Expert Report of William H. Purcell, March 15, 2002
Expert Rebuttal Report of William H. Purcell, March 29, 2002
Supplement to the Expert Reports of William H. Purcell, April 9, 2002
Deposition of William Bevins and Exhibits, March 7, 2002
Deposition of Robert J. Bicknese and Exhibits, March 20, 2002
Deposition of Donald G. Drapkin and Exhibits, March 8, 2002
Deposition of Marc Kramer and Exhibits, March 19, 2002
Deposition of Ronald O. Perelman, March 22, 2002
Telephonic Interview of Irwin Engelman, February 16, 2006
Telephonic Interview of Gregory Woodland, February 24, 2006
Marvel Holdings Inc. Offering Memorandum, April 16, 1993
Marvel Holdings Inc. Prospectus, July 9, 1993
Marvel (Parent) Holdings Inc. Prospectus, October 13, 1993
Marvel III Holdings Inc. Offering Memorandum, February 8, 1994
Marvel III Holdings Inc. Prospectus, May 11, 1994
Marvel Holdings Inc. Senior Secured Discount Notes due 1998 and Series B Senior Secured Discount
    Notes due 1998 Indenture, April 15, 1993
Marvel (Parent) Holdings Inc. Senior Secured Discount Notes due 1998 Indenture, October 1, 1993
Marvel III Holdings Inc. 9 1/8% Senior Secured Notes due 1998 and 9 1/8% Series B Senior Secured
    Notes due 1998 Indenture, February 15, 1994
Marvel Entertainment Group - Fleer Credit and Guarantee Agreement, September 17, 1992
Marvel Entertainment Group - Fleer Amended and Restated Credit and Guarantee Agreement, August
    30, 1994
Marvel Comics Italia and Marvel Entertainment Group Term Loan and Guarantee Agreement, August 30,
    1994
Clark Oil & Refining Corporation Senior Notes Prospectus, September 16, 1992
Clark R&M Holdings, Inc. Senior Secured Zero Coupon Notes Prospectus, April 28, 1993
Coleman Worldwide Corp. LYONs Prospectus, May 20, 1993
Coleman Holdings, Inc. Senior Secured Discount Notes Prospectus, October 7, 1993
Coleman Holdings, Inc. Senior Secured Discount Notes Indentures, July 15, 1993
Comcast Discount Convertible Subordinated Debentures Prospectus Supplement, October 14, 1993
Comcast Step-up Convertible Subordinated Debentures Prospectus Supplement, September 3, 1993
Comcast Senior Subordinated Debentures Prospectus Supplement, January 8, 1993
EPIC Healthcare Group, Inc. Senior Subordinated Notes Prospectus, June 10, 1993
EPIC Holdings, Inc. Senior Deferred Coupon Notes Prospectus, March 18, 1992
Finlay Enterprises, Inc. Senior Discount Debentures Prospectus, May 20, 1993
Finlay Fine Jewelry Corporation Senior Notes Prospectus, May 19, 1993
Levitz Furniture Corporation Senior Notes Prospectus, December 4, 1992
LFC Holdings Corporation Senior Notes, December 3, 1992
Revlon Worldwide Corporation Series B Senior Secured Discount Notes Prospectus, April 2, 1993
Specialty Foods Corporation Series B Senior Notes and Senior Subordinated Notes Prospectus, September
    16, 1993
Specialty Foods Corporation Senior Secured Discount Debentures Prospectus, September 16, 1993

Expert Report of Peter A. Fowler

## Exhibit 3
### Materials Considered

Talley Manufacturing and Technology, Inc. Senior Notes and Senior Discount Debentures, October 15, 1993

Time Warner Inc. Liquid Yield Option Notes Prospectus Supplement, December 10, 1992

Time Warner Inc. Debentures Prospectus Supplement, January 7, 1993

Time Warner Inc. Notes Prospectus Supplement, January 20, 1993

USF&G Zero Coupon Convertible Subordinated Notes Prospectus Supplement to Prospectus dated February 4, 1994, February 25, 1994

USF&G Senior Notes Prospectus Supplement, June 23, 1994

Form 10-Q and 10-K filings for December 31, 1991 – November 30, 1995: Enquirer/Star Group, Inc., Hasbro, Inc., Marvel Entertainment Group, Inc., Mattel, Inc., Scholastic Corporation, The Topps Company, Inc., Tyco Toys, Inc.

U.S. Treasury data from Bloomberg, LP

Stock Price data from the University of Chicago's Center for Research in Stock Prices (CRSP)

High Yield, Convertible & Rule 144A debt offering data from Thomson Financial Securities Data (SDC)

Moody's and Standard & Poor's (S&P) debt ratings from Bloomberg, LP

Moody's Bond Survey ratings activity

Standard & Poor's Corporate Ratings Criteria 2006

Standard & Poor's CreditWeek ratings reports

S&P CreditWire Ratings Rationale – Marvel III Holdings, September 29, 1994 (DEF 006378)

"Funding Unaffected by Marvel Tender Amendment," Private Placement Reporter Vol. 3; No. 17; Pg. 4, May 3, 1993

"Marvel Sweeping into High Yield Market with $200 Mil 144A," Private Placement Reporter Vol. 4; No. 28; Pg. 1, July 18, 1994

Marvel Entertainment Group, Inc. and Marvel Holdings, Inc. Confidential Ratings Agency Presentation, May 1993 (DEF 009545-009595)

Bear Sterns memo re: $150 Million (Gross Proceeds) Offering of Senior Secured Discount Notes Due 2003 for Marvel (Parent) Holdings, Inc., July 23, 1993 (BS 035949-035960)

Bear Sterns memo re: Marvel (Parent) Holdings Inc. $150 Million Public Offering of Senior Secured Discount Notes, September 14, 1993 (BS 036117-036131)

Bear Sterns memo re: $125 Million Offering of Senior Secured Notes for Marvel III Holdings, Inc., January 21, 1994 (BS 035917-035935)

Bear Sterns memo re: Marvel III Holdings, Inc. $125 Million 144A Offering of Senior Secured Notes, January 28, 1994 (BS 036103-036116)

Bear Sterns memo re: Marvel III Holdings, Inc. - $125 Million Offering of Senior Secured Notes, February 14, 1994 (BS 035962-035992)

Bear Sterns memo re: $200 Million Offering of Senior Notes due 2004 for Marvel Entertainment Group, Inc., July 8, 1994 (BS 035936-035948)

Bear Sterns memo re: Marvel Proposed Term Sheet, July 11, 1994 (BS 035853-035870)

Merrill Lynch memo to Leveraged Transactions Committee re: Marvel III Holdings Notes, January 23, 1994 (ML 007-0010)

Merrill Lynch memo to Leveraged Transactions Committee re: Marvel Holdings Rule 144A Private Placement, March 19, 1993 and attachments (ML 1439-1630)

Merrill Lynch analysis of Marvel Entertainment Group Interest Coverage, March 31, 1993 (2782-2785)

Merrill Lynch memo to Marvel Zeros Deal Team re: Wall Street Journal article, March 29, 1993 (ML 2836)

Merrill Lynch Presentation to Marvel Entertainment Group, Inc. Regarding Financing Alternative, February 28, 1995 (M-JB10 1175 – 1205)

Merrill Lynch memo re: Marvel Holdings Notes Collateral Coverage Analysis, November 8, 1996 (ML 3814-3818)

Marvel Entertainment Group, Inc. Presentation re: Marvel Holdings, Inc. Senior Secured Notes Offering, April 4, 1993 (ML 1139-1180)

Marvel Entertainment Group Presentation to Chemical Bank, Project Biz, March 1, 1993 (ML 2799-2809)

Marvel Entertainment Group Presentation to Bank Group, July 1994 (M-MEG7 0002-0056)

Expert Report of Peter A. Fowler

**Exhibit 3**
Materials Considered

Marvel III Holdings Tentative Roadshow Schedule, January 31, 1994 (ML 3522-3526)
Analyst Reports for Marvel Entertainment Group (BS039508-39519, BS039990-40017, DEF004975-4980,
    DEF006370-6375, DEF006381-6385, DEF009111-9121, DEF009128-9133, ML 1748-1751, ML 1867-1870,
    ML 2136-2138, ML 2145, ML 2631-2642, M-MEG5 2092-2097)
McConnell, John J. and Eduardo S. Schwartz, *LYON Taming*, Journal of Finance Vol. XLI, No. 3, July 1986.

Expert Report of Peter A. Fowler

# Exhibit 4

## Debt Capacity Analysis for Marvel Entertainment
### For the Year-end 1993
#### ($ in millions)

**Weighted Average Cost of Debt**

| | | 8% | 9% | 10% |
|---|---|---|---|---|
| **EBITDA Multiple** | 8x | $2,628.9 | $1,674.7 | $1,227.9 |
| | 10x | $1,535.0 | $1,151.7 | $920.7 |
| | 12x | $1,201.5 | $952.8 | $789.4 |

Note:
These values represent the amount of debt Marvel could issue for an acquisition at various interest rates and EBITDA acquisition multiples without violating its interest coverage ratio of 2.0x.

Expert Report of Peter A. Fowler

Exhibit 4
Marvel Entertainment Group
Debt Capacity Analysis as of December 31, 1993
($ in millions)

| Debt Capacity (EBITDA coverage) | Based on Year-end 1993 Financial Data | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| [A] Additional amount of debt | $2,628.9 | $1,674.7 | $1,227.9 | $1,535.0 | $1,151.7 | $920.7 | $1,201.5 | $952.8 | $789.4 |
| Actual LTM EBITDA | 121.3 | 121.3 | 121.3 | 121.3 | 121.3 | 121.3 | 121.3 | 121.3 | 121.3 |
| Actual LTM Interest | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 | 14.6 |
| Total Debt | 250.2 | 250.2 | 250.2 | 250.2 | 250.2 | 250.2 | 250.2 | 250.2 | 250.2 |
| Total Debt/EBITDA | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Additional EBITDA | 328.6 | 209.3 | 153.5 | 153.5 | 115.2 | 92.1 | 100.1 | 79.4 | 65.8 |
| Additional interest | 210.3 | 150.7 | 122.8 | 122.8 | 103.7 | 92.1 | 96.1 | 85.8 | 78.9 |
| Additional Debt | 2,628.9 | 1,674.7 | 1,227.9 | 1,535.0 | 1,151.7 | 920.7 | 1,201.5 | 952.8 | 789.4 |
| Pro Forma | | | | | | | | | |
| Debt/EBITDA | 6.4 | 5.8 | 5.4 | 6.5 | 5.9 | 5.5 | 6.6 | 6.0 | 5.6 |
| Pro Forma EBITDA/Interest | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |

| Assumptions | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EBITDA acquisition multiple | 8.0 | 8.0 | 8.0 | 10.0 | 10.0 | 10.0 | 12.0 | 12.0 | 12.0 |
| Weighted average cost of debt | 8% | 9% | 10% | 8% | 9% | 10% | 8% | 9% | 10% |

Notes:
[A] Marvel could issue debt for an acquisition at interest rates of 8%, 9%, and 10% at EBITDA multiples of 8x, 10x, and 12x without violating its interest coverage r

Expert Report of Peter A. Fowler

## Exhibit 4
## Marvel Entertainment Group
### Debt Capacity Analysis (4Q'1992 - 4Q'1994)
($ in millions)

| | 1992 | | | | 1993 | | | | 1994 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |
| **[A] LTM EBITDA Coverage** | | | | | | | | | | | | |
| Senior Secured Note Covenant | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x | 2.0x |
| Actual ratio | | | | 10.6x | 7.9x | 7.2x | 7.1x | 8.3x | 9.5x | 9.8x | 9.9x | 8.2x |
| **[B] Debt Capacity (EBITDA coverage)** | | | | | | | | | | | | |
| Additional amount of debt | | | | | | | | | | | | |
| Actual LTM EBITDA | | | | 69.0 | 84.9 | 102.8 | 113.6 | 121.3 | 121.0 | 115.7 | 127.4 | 135.7 |
| Actual LTM Interest | | | | 6.5 | 10.7 | 14.3 | 16.0 | 14.6 | 12.8 | 11.8 | 12.9 | 16.5 |
| Total Debt | | | | 236.2 | 215.2 | 223.7 | 250.7 | 250.2 | 245.2 | 240.2 | 398.9 | 384.3 |
| Total Debt/EBITDA | | | | 3.4 | 2.5 | 2.2 | 2.2 | 2.1 | 2.0 | 2.1 | 3.1 | 2.8 |
| Additional EBITDA | | | | 70.0 | 79.5 | 92.8 | 102.0 | 115.2 | 119.3 | 115.2 | 127.1 | 128.4 |
| Additional Interest | | | | 63.0 | 71.5 | 83.5 | 91.8 | 103.7 | 107.4 | 103.7 | 114.4 | 115.6 |
| Additional Debt | | | | 700.0 | 794.7 | 927.7 | 1,019.8 | 1,151.8 | 1,193.2 | 1,152.0 | 1,270.8 | 1,284.3 |
| Pro Forma Debt/EBITDA | | | | 6.7 | 6.1 | 5.9 | 5.9 | 5.9 | 6.0 | 6.0 | 6.6 | 6.3 |
| Pro Forma EBITDA/Interest | | | | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| **[C]** Amount of Debt that could be raised at the end of the quarter with the income distributed to shareholders and not violate the EBITDA coverage covenant. | | | | $311.1 | $353.1 | $412.4 | $453.1 | $511.7 | $530.0 | $511.7 | $564.4 | $570.6 |

Notes:

[A]  LTM EBITDA coverage secured note covenant on a quarterly basis compared to Marvel's actual interest coverage ratio on a quarterly basis.

[B]  Marvel could issue debt at its existing interest rate to fund an acquisition of this size without violating its interest coverage ratio.

[C]  The additional amount of debt Marvel could raise in a given quarter with the additional income distributed to shareholders and not violate its LTM EBITDA coverage ratio.

Assumptions
| | |
|---|---|
| EBITDA acquisition multiple | 10 |
| Weighted average cost of debt | 9% |

Expert Report of Peter A. Fowler

Exhibit 5

## Comparable Company Credit Analysis - Financial Summary
### 1992-1994
($ in millions)

| | Marvel Entertainment Group | | | Hasbro | | | Mattel | | | Tyco Toys | | | Topps | | | Enquirer | | | Scholastic | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 | 1992 | 1993 | 1994 |
| **Income Statement** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | $223.8 | $415.2 | $514.8 | $2,541.1 | $2,747.2 | $2,670.3 | $2,563.5 | $2,704.4 | $3,205.0 | $768.6 | $730.2 | $753.1 | $263.2 | $268.0 | $265.4 | $275.4 | $300.0 | $315.3 | $552.3 | $631.6 | $749.9 |
| EBITDA | 69.0 | 121.3 | 136.3 | 423.9 | 455.7 | 444.6 | 184.8 | 391.2 | 573.4 | 62.2 | (26.5) | 32.3 | 37.5 | 51.3 | 33.1 | 107.2 | 116.7 | 117.8 | 54.9 | 63.2 | 77.7 |
| EBIT | 63.2 | 109.0 | 121.6 | 328.3 | 355.0 | 332.4 | 97.0 | 299.3 | 469.1 | 44.3 | (38.7) | 0.1 | 32.8 | 46.2 | 27.8 | 72.1 | 82.6 | 82.8 | 49.1 | 55.6 | 67.7 |
| Net Income | 32.6 | 56.0 | 61.8 | 179.2 | 200.0 | 175.0 | 184.8 | 117.2 | 255.8 | 18.0 | (69.9) | (33.0) | 26.6 | 26.6 | 15.7 | 19.4 | 27.8 | 11.8 | 28.1 | 24.8 | 38.6 |
| Cash | 10.6 | 17.0 | 18.1 | 126.0 | 186.3 | 137.0 | 295.2 | 225.7 | 259.7 | 51.2 | 32.0 | 30.5 | 13.8 | 27.7 | 17.8 | 5.9 | 7.6 | 6.5 | 4.1 | 4.1 | 3.7 |
| Total Debt | 225.8 | 250.5 | 391.6 | 498.9 | 467.9 | 435.8 | 534.3 | 514.0 | 548.5 | 198.3 | 285.1 | 238.0 | 6.0 | 0.0 | 0.0 | 377.8 | 334.0 | 446.3 | 13.7 | 45.9 | 96.6 |
| Total Equity | 84.7 | 147.3 | 243.0 | 1,105.6 | 1,276.7 | 1,395.4 | 748.4 | 817.8 | 1,085.7 | 335.2 | 277.4 | 296.2 | 54.4 | 67.0 | 73.9 | 301.8 | 321.3 | 37.0 | 153.5 | 205.8 | 250.2 |
| Total Capitalization | 1,213.7 | 2,664.5 | 1,423.8 | 2,833.1 | 3,178.0 | 2,531.9 | 2,430.5 | 3,703.8 | 4,484.5 | 410.9 | 290.4 | 155.2 | 647.0 | 326.3 | 241.1 | 332.8 | 371.4 | 333.6 | 476.4 | 637.6 | 749.5 |
| **Ratings[1],[3]** | | | | | | | | | | | | | | | | | | | | | |
| Moody's | NR | NR | NR | Baa1 | A2 | A2 | Baa3 | Baa2 | Baa1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| S&P Senior Debt | NR | NR | NR | A- | A | A | BBB- | BBB+ | BBB+ | N/A | B+ | B | N/A | N/A | N/A | NR | NR | B | NR | NR | NR |
| **Coverage Ratios** | | | | | | | | | | | | | | | | | | | | | |
| Debt/EBITDA | 3.4 | 2.1 | 2.8 | 0.6 | 0.6 | 0.5 | 2.2 | 1.1 | 0.6 | 3.7 | (10.0) | 7.0 | 0.3 | 0.0 | 0.0 | 3.4 | 2.8 | 4.9 | 0.2 | 0.7 | 1.3 |
| EBITDA Coverage | 10.6 | 8.3 | 8.0 | 11.8 | 15.3 | 14.4 | 2.7 | 6.2 | 10.3 | 4.4 | (1.1) | 1.0 | 2883.9 | 526.5 | 71.7 | 3.3 | 4.1 | 3.3 | 24.3 | 22.1 | 14.4 |
| EBIT Coverage | 9.7 | 7.5 | 7.1 | 9.1 | 11.9 | 10.5 | 1.4 | 4.8 | 8.1 | 3.1 | (2.4) | 0.0 | 2533.1 | 294.5 | 60.4 | 2.2 | 2.9 | 2.3 | 21.7 | 19.5 | 12.5 |

Source: All Income and Balance Sheet items are from the companies' 10-Q and 10-K filings. Total Capitalization is from the Center for Research in Securities Prices (CRSP) at the University of Chicago's Business School. Ratings from Bloomberg and Moody's/S&P Credit Reports.

Note:
[1] Ratings for Moody's are based on their Senior Unsecured Debt rating for each company and ratings for S&P are based on S&P's LT Local Issuer Credit rating. NR = not rated. N/A = rating not available.
[2] No ratings were issued for Marvel Entertainment Group. However, the Marvel Holding Notes were rated by Moody's/S&P as follows: Marvel Holding Inc. and Marvel (Parent) Holdings (B3/B, August 1993) and Marvel III Holdings (Caa/B, June 1994).

## Exhibit 6
### Holding vs. Operating Co. Debt Issuance Comparison - Talley

| | Talley Industries (Holdings) Sr. Discount Debentures | Talley Mftg. & Tech. Senior Notes |
|---|---|---|
| **Issuance Data:** | | |
| Prospectus Date | 10/15/1993 | 10/15/1993 |
| Issuance Date | 10/15/1993 | 10/15/1993 |
| Maturity Date | 10/15/2005 | 10/15/2003 |
| Time to Maturity Date (Years) | 12.0 | 10.0 |
| Issue Price | $553.12 | $1,000.00 |
| Accreted Value at Maturity Date | $126,555,000 | $115,000,000 |
| Issuance Price | $70,000,000 | $115,000,000 |
| Coupon | -No interest accrues until 10/15/1998 | 10.75% |
| Yield | 12.25% | 10.75% |
| S&P Rating | B- | B |
| Moody's Rating | B2 | B2 |
| | | |
| **Other Information:** | | |
| Common Shares pledged (#) | -All stock and intercompany debt of operating co. (Tally Mftg) | -All stock and intercompany debt of subsidiary (Talley Technolodgy) . |
| Ownership of Operating Co. stock | -100% | -100% |
| Share Price on Prospectus Date | -Not publicly traded | -Not publicly traded |
| Use of Proceeds | -Repay outstanding debt and purchase preferred stock of Talley Mftg. | -Repay debt of Talley Mftg and its subsidiaries. |
| Optional Redemption? | -After 5 years, at set rates; before 3 years up to 35% at set rates. | -After 5 years, at set rates; before 3 years up to $15M at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Yes | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Covenants require that Holdings must continue to own all of the capital stock of Oper. | |
| Key Terms/Covenants | - No mandatory sinking fund payments. | - Mandatory sinking fund payments to pay down 30% of principal by 2002. |
| | -Limits ability of Holdings and its subsidiaries to engage in certain material business operatings or activities, to pay dividends or make certain restricted payments, to incur additional indebtedness, to encumber, transfer, lease or dispose of assets, to enter into certain transactions with affiliates or to merge or consolidate. | -Limits ability to pay dividends to Holdings or make certain other restricted payments, to incur additional indebtedness, to encumber assets, to enter into certain transactions with afiliates, to merge or consolidate or to transfer, lease or dispose of its assets. |

Sources: Data obtained from debt offering prospectus and/or SDC database.

Expert Report of Peter A. Fowler

**Exhibit 6**
Holding vs. Operating Co. Debt Issuance Comparison - Finlay

| | Finlay Enterprises, Inc. (Holding Co.) Sr. Discount Debentures | Finlay Fine Jewelry Corp. Senior Notes |
|---|---|---|
| Issuance Data: | | |
| Prospectus Date | 5/19/1993 | 5/19/1993 |
| Issuance Date | 5/1/1993 | 5/1/1993 |
| Maturity Date | 5/1/2005 | 5/1/2003 |
| Time to Maturity Date (Years) | 12.0 | 10.0 |
| Issue Price | $562.93 | $1,000.00 |
| Accreted Value at Maturity Date | $98,000,000 | $135,000,000 |
| Issuance Price | $55,167,140 | $135,000,000 |
| Coupon | -No interest accrues until 5/1/1998 | 10.625% |
| Yield | 12.00% | 10.625% |
| S&P Rating | B- | B |
| Moody's Rating | B2 | B1 |
| | | |
| Other Information: | | |
| Common Shares pledged (#) | -All of stock and intercompany debt of operating co. (Finlay Fine Jewelry) | -Unsecured |
| Ownership of Operating Co. stock | -Finlay Enterprises to hold substantially all of Oper. Co. common stock following transaction. | |
| Share Price on Prospectus Date | -Not publicly traded | |
| Use of Proceeds | -Repurchase preferred stock and warrants and repay outstanding debt. | -Repurchase preferred stock and warrants and repay outstanding debt. |
| Optional Redemption? | -After 5 years, at set rates. | -After 5 years, at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Yes | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Change of Control triggered if Holding Co. owns less than 100% of Oper. Co., which allows note holders to put their notes back to Holding Co. | |
| Key Terms/Covenants | -Limits ability of Holdings and its subsidiaries to engage in certain material business operatings or activities, to pay dividends or make certain restricted payments, to incur additional indebtedness, to encumber, transfer, lease or dispose of assets, to enter into certain transactions with affiliates or to merge or consolidate | - Limits ability of Oper. Co. and its subsidiaries to pay dividends, repurchase stock or make certain other restricted payments, to incur additional indebtedness, to create certain liens, to enter into certain transactions with affiliates, to merge or consolidate. |

Sources: Data obtained from debt offering prospectus and/or SDC database.

Expert Report of Peter A. Fowler

**Exhibit 6**
Holding vs. Operating Co. Debt Issuance Comparison – Specialty Foods

| | Specialty Foods Acquisition Corp. (Holding Co.) Sr. Secured Discount Debentures | Specialty Foods Corp. Senior Subordinated Notes |
|---|---|---|
| **Issuance Data:** | | |
| Prospectus Date | 9/16/1993 | 9/16/1993 |
| Issuance Date | 8/2/1993 | 8/2/1993 |
| Maturity Date | 8/15/2005 | 8/15/2003 |
| Time to Maturity Date (Years) | 12.0 | 10.0 |
| Issue Price | $475.14 | $1,000.00 |
| Accreted Value at Maturity Date | $319,250,000 | $200,000,000 |
| Issuance Price | $151,688,000 | $200,000,000 |
| Coupon | -No interest accrues until 8/15/1999 | 11.25% |
| Yield | 13.0% | 11.25% |
| S&P Rating | NR | NR |
| Moody's Rating | NR | NR |
| | | |
| **Other Information:** | | |
| Type of collateral | -All stock and intercompany debt of operating co. (Specialty Foods Corp., or SFC) | -Unsecured |
| Ownership of Operating Co. stock | -Holdings owns 100% of SFC common stock. | |
| Share Price on Prospectus Date | -N/A | |
| Use of Proceeds | -Acquisition of eight independent businesses that form new company, Specialty Foods Corp. | -Repurchase preferred stock and warrants and repay outstanding debt. |
| Optional Redemption? | -After 8/15/99, at set rates. | -After 8/15/99, at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Yes | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Change of Control triggered if Holding Co. owns less than 100% of Oper. Co., which allows note holders to put their notes back to Holding Co. | |
| Key Terms/Covenants | -Limits ability of Holdings and its subsidiaries to pay dividends or make certain restricted payments, to incur additional indebtedness or issue preferred stock, to create liens, make asset sales, to enter into certain transactions with affiliates or to merge, consolidate or sell all or substantially all of their assets. | - Limits ability of Oper. Co. and its subsidiares to pay dividends, repurchase stock or make certain other restricted payments, to incur additional indebtedness, to create certain liens, to enter into certain transactions with afiliates, to merge or consolidate. |

Sources: Data obtained from debt offering prospectus and/or SDC database.

Expert Report of Peter A. Fowler

**Exhibit 6**
Holding vs. Operating Co. Debt Issuance Comparison - Clark

| | Clark R&M Holdings, Inc. (Holding Co.) Sr. Secured Zero Coupon Notes | Clark Oil & Refining Corp. Senior Notes |
|---|---|---|
| **Issuance Data:** | | |
| Prospectus Date | 4/28/1993 | 9/15/1992 |
| Issuance Date | 4/23/1993 | 9/15/1992 |
| Maturity Date | 2/15/2000 | 9/14/2004 |
| Time to Maturity Date (Years) | 6.8 | 12.0 |
| Issue Price | $472.85 | $1,000.00 |
| Accreted Value at Maturity Date | $264,000,000 | $175,000,000 |
| Issuance Price | $124,832,400 | $175,000,000 |
| Coupon | 0.00% | 9.50% |
| Yield | 11.00% | 9.50% |
| S&P Rating | BB | BB+ |
| Moody's Rating | Ba3 | Ba2 |
| | | |
| **Other Information:** | | |
| Common Shares pledged (#) | -Pledge of all outstanding shares of capital stock owned by company in each of its subsidiaries. | -Unsecured |
| Ownership of Operating Co. stock | -100% | |
| Share Price on Prospectus Date | -N/A | |
| Use of Proceeds | -Not provided. | -General corporate purposes |
| Optional Redemption? | -Not unless change of control or issuance of capital stock. | -After 9/15/97, at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Yes | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Restricts mergers unless full ownership of Oper. Co. transferred to successor. | |
| Key Terms/Covenants | - No mandatory sinking fund payments.<br><br>-Limits ability of Holdings and its subsidiaries to make restricted payments, enter into certain transactions with affiliates, engage in speculative futures and options trading, incur indebtedness, consolidate or merge or transfer or lease all or substantially all of its assets, or sell capital stock and certain assets. Also contains a minimum Net Worth covenant, which if violated triggers obligation to make offer to repurchase specified amounts this debt offering. | - Mandatory sinking fund payment of $87.5 million on 9/15/03.<br>- Limits ability of Oper. Co. and its subsidiaries to incur indebtedness, pay dividends or to make distributions in respect to its capital stock or to make certain other restricted payments, to create liens, to consolidate or merge or transfer or lease all or substantially all of its assets, to enter into certain transactions with affiliates, to enter into sale and leaseback transactions, to sell capital stock of its subsidiaries and certain assets or to engage in speculative futures and options trading. Also contains a minimum Net Worth covenant, which if violated triggers obligation to make offer to repurchase specified amounts this debt |

Sources: Data obtained from debt offering prospectus and/or SDC database.

**Exhibit 6**
Holding vs. Operating Co. Debt Issuance Comparison - Levitz

| | LFC Holding Corp. (Holding Co.) Sr. Deferred Coupon Debentures and Warrants | Levitz Furniture Corp. Senior Notes |
|---|---|---|
| Issuance Data: | | |
| Prospectus Date | 12/4/1992 | 12/4/1992 |
| Issuance Date | 12/4/1992 | 12/4/1992 |
| Maturity Date | 6/15/2002 | 4/15/1997 |
| Time to Maturity Date (Years) | 9.5 | 4.4 |
| Issue Price | $520.54 | $1,000.00 |
| Accreted Value at Maturity Date | $115,005,000 | $115,000,000 |
| Issuance Price | $59,864,325 | $115,000,000 |
| Coupon | -No interest accrues until 6/15/1997 | 12.375% |
| Yield | 15% without exercise of Warrants; 18.14% with exercise of | 12.375% |
| S&P Rating | CCC+ | B- |
| Moody's Rating | B3 | B1 |
| | | |
| Other Information: | | |
| Common Shares pledged (#) | -Unsecured | -Unsecured |
| Ownership of Operating Co. stock | -Holdings owns substantially all of Levitz common stock. | |
| Share Price on Prospectus Date | -Not publicly traded | |
| Use of Proceeds | -Proceeds to be contributed to Oper. Co. and used to repay its existing indebtedness. | -Repurchase preferred stock and warrants and repay outstanding debt. |
| Optional Redemption? | -After 8/15/99, at set rates. | -After 8/15/99, at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Not mentioned in prospectus. | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Change of Control triggered if Holding Co. owns less than a majority of voting shares of Oper. Co., which allows note holders to put their notes back to Holding | |
| Key Terms/Covenants | -Limits ability of Holdings and its subsidiaries to pay dividends or make certain restricted payments, to incur additional indebtedness, to encumber assets, to enter into certain transactions with affiliates or to merge, consolidate or to transfer or lease its assets. | - Limits ability of Oper. Co. to pay dividends or make certain restricted payments, to incur additional indebtedness, to encumber assets, to enter into certain transactions with affiliates or to merge, consolidate or to transfer or lease its assets. |

Sources: Data obtained from debt offering prospectus and/or SDC database.

Expert Report of Peter A. Fowler

**Exhibit 6**
Holding vs. Operating Co. Debt Issuance Comparison - EPIC

| | EPIC Holdings, Inc. (Holding Co.) Sr. Deferred Coupon Notes | EPIC Healthcare Group, Inc. Sr. Subordinated Notes |
|---|---|---|
| Issuance Data: | | |
| Prospectus Date | 3/18/1992 | 6/10/1993 |
| Issuance Date | 3/18/1992 | 6/10/1993 |
| Maturity Date | 3/15/2002 | 6/1/2003 |
| Time to Maturity Date (Years) | 10.0 | 10.0 |
| Issue Price | $560.21 | $1,000.00 |
| Accreted Value at Maturity Date | $250,000,000 | $160,000,000 |
| Issuance Price | $140,052,500 | $160,000,000 |
| Coupon | -No interest accrues until 3/16/1997 | 10.875% |
| Yield | 12.0% | 10.875% |
| S&P Rating | CCC+ | CCC+ |
| Moody's Rating | B3 | B3 |
| | | |
| Other Information: | | |
| Common Shares pledged (#) | -Unsecured | -Unsecured |
| Ownership of Operating Co. stock | -Following sale of these notes, Holdings owns 100% of EPIC Healthcare common stock. | |
| Share Price on Prospectus Date | -Not publicly traded. | |
| Use of Proceeds | -Repurchase Holdings preferred stock and for general corporate purposes. | -Repurchase existing debt. |
| Optional Redemption? | -At any time at 100% of principal plus accrued interest. | -After 6/1/98, at set rates. |
| Tax sharing agreement between Holding and Operating Co.? | -Not mentioned in prospectus. Oper. Co. prospectus states that Holding Co. interest and principal repayment to be funding by dividends from Oper. | |
| Holding Co.'s covenants place restrictions on Operating Co.? | -Yes | |
| Holding Co.'s covenants require it to maintain certain ownership % in Operating Co.? | -Yes. Change of Control triggered if Holding Co. owns less than 100% of Oper. Co., which allows note holders to put their notes back to Holding Co. | |
| Key Terms/Covenants | -Limits ability of Holdings and its subsidiaries to pay dividends or make certain restricted payments, to incur additional indebtedness, to enter into certain transactions with affiliates or to merge, consolidate or to transfer all or substantially all of its assets. | - Limits ability of Oper. Co. and its subsidiaries to pay dividends or to repurchase capital stock, to incur additional indebtedness or liens, to redeem subordinated debt prior to maturity, to enter into certain transactions with affiliates or to merge, consolidate or to transfer or lease its assets. |

Sources: Data obtained from debt offering prospectus and/or SDC database.

Expert Report of Peter A. Fowler

Exhibit 7
Collateralization of Marvel and Coleman Debt Issuances

| | | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | Deal | Prospectus Date | Value at Issuance | Value at Maturity | Share Price on Prospectus Date | Common Shares pledged as Security (#) | Value of Collateral at issuance | Ratio of collateral to debt value at issuance | Ratio of Value of Collateral at issuance to Value at Maturity | Value of collateral needed to provide ratio of 1:1 at maturity | Stock price needed to provide 1:1 ratio at maturity |
| Marvel | Marvel Holdings' Sr. Secured Discount Notes | 4/16/1993 | $300,000,247 | $517,447,000 | $12.31 | 48,000,000 | $591,000,000 | 2.0 | 1.1 | $517,447,000 | $10.78 |
| Marvel | Marvel Parent Holdings' Sr. Secured Discount Notes | 10/13/1993 | 147,639,348 | 251,678,000 | $23.19 | 20,000,000 | 463,750,000 | 3.1 | 1.8 | 251,678,000 | $12.58 |
| Marvel | Marvel III Holdings' Senior Secured Notes | 2/8/1994 | 125,000,000 | 125,000,000 | $26.88 | 9,302,326 | 250,000,011 | 2.0 | 2.0 | 125,000,000 | $13.44 |
| Coleman | LYONs (assuming effective maturity of 5 years) | 5/20/1993 | 120,335,000 | 171,805,000 | $27.00 | 7,220,000 | 194,940,000 | 1.6 | 1.1 | 171,805,000 | $23.80 |
| Coleman | Senior Secured Discount Notes | 7/15/1993 | 168,349,491 | 281,281,000 | $26.13 | 13,000,000 | 339,625,000 | 2.0 | 1.2 | 281,281,000 | $21.64 |

Notes:
[A] Debt offering prospectus.
[B] Debt offering prospectus.
[C] Debt offering prospectus.
[D] Debt offering prospectus and/or CRSP.
[E] Debt offering prospectus.
[F] [D] x [E]
[G] [F]/[B]
[H] [F]/[C]
[I] [C]
[J] [I]/[E]

Expert Report of Peter A. Fowler

Exhibit 8

Overview of MacAndrew & Forbes Debt Issues: 1992-1994

(Dollars in Millions)

| Issue Date | Entity | Issue | Coupon | Offer Yield at Issuance | Amount Issued | Face Amount Outstanding | Maturity | Next Call | Ratings (Moody's/S&P) | Original Sinking Fund Requirement | Current Optional Redemption Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Indebtedness at Coleman Holdings Inc. and Coleman Worldwide** | | | | | | | | | | | |
| 7/22/1992 | Coleman Holdings | Sr. Sec. Disc. Notes | 0.000% | 10.875% | $168.3 | $281.3 | 5/27/1998 | 7/15/1996 | NR/B | No | Non-Redeemable |
| 5/20/1993 | Coleman Worldwide | LYONs | 0.000% | 7.250% | 138.4 | 575.0 | 5/27/2013 | 5/27/1998 | B2/B | No | Non-Redeemable |
| | | | | | | $856.3 | | | | | |
| **Indebtedness at Marvel III Holdings, Marvel (Parent) Holdings and Marvel Holdings** | | | | | | | | | | | |
| 8/3/1993 | Marvel (Parent) Holdings | Sr. Sec. Disc. Notes | 0.000% | 12.250% | $147.6 | $251.7 | 4/15/1998 | 2/13/1995 | B3/B | No | 100.0% |
| 4/16/1993 | Marvel Holdings | Sr. Sec. Disc. Notes | 0.000% | 11.250% | 300.0 | 517.4 | 4/15/1998 | 2/13/1995 | B3/B | No | 100.0% |
| 6/6/1994 | Marvel III Holdings[1] | Sr. Sec. Notes | 9.125% | 9.125% | 125.0 | 125.0 | 2/15/1998 | 10/15/1996 | Caa/B | No | Non-Redeemable |
| | | | | | | $894.1 | | | | | |
| **Indebtedness at Revlon** | | | | | | | | | | | |
| 5/13/1993 | Revlon Consumer Products | Sr. Sub Notes | 10.500% | 10.500% | $555.0 | $555.0 | 2/15/2003 | 2/15/1998 | B3/B- | No | Non-Redeemable |
| 5/27/1993 | Revlon Consumer Products | Sr. Notes | 9.500% | 10.001% | 195.6 | 200.0 | 6/1/1999 | NCL | B2/B | No | Non-Redeemable |
| 5/13/1993 | Revlon Consumer Products | Sr. Notes | 9.375% | NA | 254.7 | 260.0 | 4/1/2001 | 4/1/1998 | B2/B | No | Non-Redeemable |
| 7/9/1993 | Revlon Inc (a) | Debs | 10.875% | 11.004% | 197.8 | 85.0 | 7/15/2010 | 2/13/1995 | B2/B+ | 7/91-07/09; $9.0 | 102.9% |
| 3/18/1993 | Revlon Worldwide | Sr. Sec. Disc. Notes | 0.000% | 12.002% | 625.0 | 1,115.8 | 3/15/1998 | 2/13/1995 | B3/B- | No | 100.0% |
| | | | | | | $2,215.8 | | | | | |
| **Indebtedness at New World Communications** | | | | | | | | | | | |
| 12/1/1994 | New World Communications Group | Sr. Disc. Notes | 0.000% | 13.500% | $220.0 | $420.5 | 6/15/1999 | 2/13/1995 | Caa/B | No 12/94-12/97: $10.0 12/97-6/98: $15.0 | 100.0% |
| 5/25/1993 | SCI Television | Step-Up Notes | 7.500% (b) | NA | 250.0 | 250.0 | 6/30/1998 | 2/13/1995 | NR | | 100.0% |
| 5/25/1993 | SCI Television | Sr. Notes | 11.000% | NA | 374.0 | 374.0 | 6/30/2005 | 6/30/1996 | B3/BB- | 6/04-06/05: $187.0 | Non-Redeemable |
| | | | | | | $1,044.5 | | | | | |
| **Indebtedness at Consolidated Cigar Corp** | | | | | | | | | | | |
| 2/24/1993 | Consolidated Cigar | Sr. Sub Notes | 10.500% | 10.500% | $90.0 | $90.0 | 3/1/2003 | 3/1/2008 | B3/B | No | Non-Redeemable |
| | | | | | Total | $5,100.7 | | | | | |

Source: Merrill Lynch Presentation to Marvel Entertainment Group, Inc. Regarding Financing Alternatives, February 28, 1995 (M-JB10 1187).
(a) Mandatory sinking fund requirements satisfied until 2005.
(b) Security has multiple coupons: 7.5% until 5/25/96, 8.5% until 5/25/97 and 9.5% until 6/30/98.

Expert Report of Peter A. Fowler

**Exhibit 9**

Comparison of Coleman Worldwide and Coleman Holdings Debt Issuances

Summary of Terms

| | LYONs | Senior Secured Discount Notes |
|---|---|---|
| **Issuance Data:** | | |
| Original Prospectus Date | 5/20/1993 | 7/15/1993 |
| Settlement Date | 5/27/1993 | 7/22/1993 |
| Maturity Date | 5/27/2013 | 5/27/1998 |
| Effective Maturity Date | 5/27/1998 | 5/27/1998 |
| Time to Maturity Date (Years) | 20.0 | 4.8 |
| Time to Effective Maturity Date (Years) | 5.0 | 4.8 |
| Issue Price | $240.67 | $598.51 |
| Price per Note at Effective Maturity | $343.61 | $1,000.00 |
| Number of notes issued | 500,000 | 281,281 |
| Accreted Value at Maturity Date | $500,000,000 | $281,281,000 |
| Accreted Value at Effective Maturity Date | $171,805,000 | $281,281,000 |
| Issuance Price | $120,335,000 | $168,349,491 |
| Transaction Cost | $3,610,000 | NA |
| Expenses Payable by Issuer | $1,025,000 | NA |
| Net Proceeds to Issuer | $115,700,000 | NA |
| Coupon | 0.00% | 0.00% |
| Yield | 7.25% | 10.875% |
| S&P Rating | B | B |
| Moody's Rating | B2 | NR |
| 5 Year Treasury | 6.09% | 5.22% |
| Spread to Treasury | 1.16% | 5.66% |
| **Collateral Data:** | | |
| Common Shares (Entity) | Coleman Co. | Coleman Worldwide |
| Share Price on Prospectus Date | $27.00 | $26.13 |
| Common Shares pledged as Security (#) | 7,220,000 | 13,000,000 |
| Exchange Rate (# shares per note) | 7.853 | NA |

Sources: Data obtained from debt offering prospectus, CRSP, Bloomberg and/or SDC database.

Expert Report of Peter A. Fowler

## Exhibit 10
## Estimate of the Error in Mr. Carron's Yields for Coleman LYONs and Marvel Holding Company Hypothetical LYONs

| LYONs Issuance Data | Coleman | Holdings | Parent | III |
|---|---|---|---|---|
| Prospectus Date | 5/20/1993 | 4/16/1993 | 10/13/1993 | 2/8/1994 |
| Settlement Date | 5/27/1993 | 4/22/1993 | 10/20/1993 | 2/15/1994 |
| Effective Maturity Date | 5/27/1998 | 4/15/1998 | 4/15/1998 | 2/15/1998 |
| Net Proceeds to Issuer | $120,335,000 | $327,809,728 | $194,912,030 | $130,742,792 |
| Accredited Value at Effective Maturity Date | $171,805,000 | $517,447,000 | $251,678,000 | $178,614,898 |
| Coupon | 0.00% | 0.00% | 0.00% | 0.00% |
| Time to Effective Maturity (Years) | 5.00 | 4.98 | 4.49 | 4.00 |
| Shares as Collateral | 7,220,000 | 48,000,000 | 20,000,000 | 9,302,326 |
| Share Price on Prospectus Date | $27.000 | $12.313 | $23.313 | $26.875 |
| Number of LYONS | 500,000 | 517,447 | 251,678 | 178,615 |
| Price per LYON at Issuance | $240.7 | $633.5 | $774.5 | $732.0 |
| Price per LYON at Redemption | $343.61 | $1,000 | $1,000 | $1,000 |
| **Collateralized Debt Calculation** | | | | |
| Spread to Swap Curve | 2.13% | 2.13% | 2.13% | 2.13% |
| Swap Rate | 5.55% | 5.30% | 4.72% | 5.34% |
| Assumed Discount Rate | 7.68% | 7.43% | 6.85% | 7.47% |
| Value of Debt Component | $117,862,671 | $359,748,567 | $186,028,247 | $133,225,921 |
| **Put Option** | | | | |
| Strike Price | $23.80 | $10.78 | $12.58 | $19.20 |
| Price per Put | $4.97 | $4.07 | $2.36 | $4.25 |
| Number of Puts | 7,220,000 | 48,000,000 | 20,000,000 | 9,302,326 |
| Value of All Put Options | $35,906,031 | $195,579,899 | $47,123,805 | $39,527,160 |
| Theoretical Debt Proceeds [1] | $81,956,640 | $164,168,668 | $138,904,442 | $93,698,761 |
| Theoretical Issue Price [2] | $163.91 | $317.27 | $551.91 | $524.59 |
| Theoretical Yield [3] | 15.37% | 24.43% | 13.70% | 16.80% |
| Swap Rate | 5.55% | 5.30% | 4.72% | 5.34% |
| Theoretical Spread to Swap Rate [4] | 9.82% | 19.13% | 8.98% | 11.46% |
| Actual Yield | 10.875% | 11.25% | 12.25% | 9.125% |
| Swap Rate | 5.55% | 5.30% | 4.72% | 5.34% |
| Actual Spread to Swap Rate [5] | 5.33% | 5.95% | 7.53% | 3.79% |
| Theoretical Debt Proceeds/ Net Proceeds to Issuer | 68.11% | 50.08% | 71.27% | 71.67% |
| Total Error in Debt Yield: | | | | |
| Theoretical Spread - Actual Spread | 4.49% | 13.18% | 1.45% | 7.67% |

Source: All data is taken directly from Exhibit 6 of the Expert Report of Andrew S. Carron unless otherwise indicated.

[1] Theoretical Proceeds = Value of Debt Component - Value of All Put Options.
[2] Theoretical Issue Price = Theoretical Proceeds / Number of LYONs.
[3] Calculated yield base on Theoretical Issue Price above.
[4] Theoretical Spread to Swap Rate = Theoretical Yield - Swap Rate.
[5] Actual Spread to Swap Rate = Theoretical Yield - Swap Rate.

**Exhibit 11**
Coleman Worldwide LYONs Analysis

**Coleman Senior Secured Notes** [1]

| | |
|---|---|
| Settlement Date | 7/22/1993 |
| Effective Maturity Date | 5/27/1998 |
| Issue Price | $598.51 |
| # of Bonds | 281,281 |
| Accredited Value at Effective Maturity Date | $281,281,000 |
| Coupon | 0.00% |
| Time to Effective Maturity (Years) | 4.85 |
| Price at Effective Maturity | $1,000 |
| Proceeds | $168,349,491 |
| Yield | 10.875% |
| 5 Year US Treasury [2] | 5.22% |
| Spread to Treasury | 5.66% |
| Shares as Collateral | 7,220,000 |
| Value of Collateral | $194,940,000 |
| Collateralization @ Issuance | 1.16x |
| Collateralization @ Maturity | 0.69x |

**Debt Value (assuming same spread)**

| | |
|---|---|
| Settlement Date | 5/27/1993 |
| Effective Maturity Date | 5/27/1998 |
| Issue Price | $240.67 |
| # of Bonds | 500,000 |
| Accredited Value at Effective Maturity Date | $171,805,000 |
| Coupon | 0.00% |
| Time to Effective Maturity (Years) | 5.00 |
| Price at Effective Maturity | $344 |
| Proceeds | $120,335,000 |
| 5 Year Treasury [2] | 5.35% |
| Spread to Treasury | 5.66% |
| Debt Component Yield | 11.01% |
| Debt Component Price | $201.02 |
| Debt Component Proceeds | $100,512,266 |

**Implied Option Value**

| | |
|---|---|
| Option Proceeds | $19,822,734 |
| # of Options | 3,926,500 |
| Option Price | $5.0484 |
| Stock Price | $27.00 |
| Strike Price | $43.76 |
| Conversion Factor | 7.853 |
| Risk Free Rate | 5.35% |
| Volatility | 29.81% |
| | |
| Debt Component | 83.53% |
| Equity Component | 16.47% |

[1] Coleman Holdings, Inc. Senior Secured Discount Notes Prospectus, October 7, 1993
[2] 5 Year US Treasury yield from Bloomberg.

## Exhibit 11
## Coleman Worldwide LYONs Analysis

**Coleman LYONS** [1]

| | |
|---|---|
| Settlement Date | 5/27/1993 |
| Effective Maturity Date | 5/27/1998 |
| Issue Price | $240.67 |
| # of Bonds | 500,000 |
| Accredited Value at Effective Maturity Date | $171,805,000 |
| Coupon | 0.00% |
| Time to Effective Maturity (Years) | 5.00 |
| Price at Effective Maturity | $344 |
| Proceeds | $120,335,000 |
| Yield | 7.25% |

**Option Value**

| | |
|---|---|
| Stock Price | $27.00 |
| Strike Price | $43.76 |
| Conversion Factor | 7.853 |
| Risk Free Rate[1] | 5.35% |
| Volatility[2] | 31.39% |
| Option Price | $5.4300 |
| # of Options | 3,926,500 |
| Option Proceeds | $21,320,764 |

**Implied Debt Value**

| | |
|---|---|
| Debt Proceeds | $99,014,236 |
| # of Bonds | 500,000 |
| Price per Bond | $198.03 |
| Yield | 11.33% |

| | |
|---|---|
| Debt Component | 82.28% |
| Equity Component | 17.72% |

[1] Coleman Woldwide Corp. LYONs Prospectus, May 20, 1993

[2] 5 Year US Treasury yield from Bloomberg

[3] 12 month (250 day) historical volatility from Bloomberg.

Expert Report of Peter A. Fowler

**Exhibit 12**
**Marvel Holding Company LYONs Analysis**

| | Holdings [1] | Parent [2] | III [3] | Total |
|---|---|---|---|---|
| **Hypothetical Marvel LYONS** | | | | |
| Settlement Date | 4/22/1993 | 10/20/1993 | 2/15/1994 | |
| Effective Maturity Date | 4/15/1998 | 4/15/1998 | 2/15/1998 | |
| # of Bonds | 517,447 | 251,678 | 125,000 | |
| Accredited Value at Effective Maturity Date | $517,447,000 | $251,678,000 | $178,658,568 | $947,783,568 |
| Coupon | 0.00% | 0.00% | 0.00% | |
| Time to Effective Maturity (Years) | 4.98 | 4.49 | 4.00 | |
| Price at Effective Maturity | $1,000 | $1,000 | $1,000 | |
| Shares as Collateral | 48,000,000 | 20,000,000 | 9,302,326 | 77,302,326 |
| Value of Collateral | $591,024,000 | $466,260,000 | $250,000,011 | |
| Collateralization @ Issuance | 1.40x | 2.36x | 1.60x | |
| Collateralization @ Maturity | 1.14x | 1.85x | 1.40x | |
| | | | | |
| **Debt Component** | | | | |
| 5 Year US Treasury [4] | 5.01% | 4.63% | 5.33% | |
| Spread to Treasury | 6.24% | 7.62% | 3.80% | |
| Debt Component Yield | 11.250% | 12.25% | 9.125% | |
| Debt Component Price | $579.77 | $586.62 | $1,000.00 | |
| Debt Component Proceeds | $300,001,147 | $147,639,676 | $125,000,000 | $572,640,823 |
| | | | | |
| **Option Component** | | | | |
| Stock Price | $12.31 | $23.31 | $26.88 | |
| Strike Price [5] | $19.95 | $37.78 | $43.55 | |
| # of Options | 25,931,973 | 6,661,632 | 4,102,126 | |
| Risk Free Rate [6] | 5.01% | 4.63% | 5.33% | |
| Volatility [7] | 53.21% | 50.04% | 47.64% | |
| Call Price | $4.72 | $7.55 | $7.63 | |
| Option Component Proceeds | $122,461,647 | $50,275,185 | $31,281,548 | $204,018,380 |
| | | | | |
| Total LYON Proceeds | $422,462,794 | $197,914,861 | $156,281,548 | $776,659,203 |

[1] Marvel Holdings Prospectus, July 9, 1993.
[2] Marvel (Parent) Prospectus, October 13, 1993.
[3] Marvel III Prospectus, May 11, 1994.
[4] 5 Year US Treasury yield from Bloomberg.
[5] Assumes strike price bears same relationship to underlying price as in Coleman LYON.
[6] 5 Year US Treasury yield from Bloomberg.
[7] 12 month (250 day) historical volatility from Bloomberg.

Expert Report of Peter A. Fowler

## Exhibit 13
### Potential Payment from Negotiation between M&F Holdings and Marvel

| Benefit to Holding Companies | Total Debt Outstanding[1] | Discount Rate (r)[2] | 25 Basis Points Present Value of Incremental Cost @ | | | 50 Basis Points Present Value of Incremental Cost @ | | |
|---|---|---|---|---|---|---|---|---|
| | | | r - 50 bp | r | r + 50 bp | r - 50 bp | r | r + 50 bp |
| Marvel Holdings | $300,000,247 | 11.250% | $3,873,414 | $3,787,430 | $3,703,728 | $7,746,828 | $7,574,861 | $7,407,457 |
| Marvel Parent | $147,639,348 | 12.250% | $1,714,495 | $1,680,488 | $1,647,302 | $3,428,990 | $3,360,976 | $3,294,605 |
| Marvel III | $125,000,000 | 9.125% | $877,425 | $861,220 | $845,477 | $1,754,849 | $1,722,439 | $1,690,953 |
| Total | $572,639,595 | | $6,465,334 | $6,329,138 | $6,196,507 | $12,930,668 | $12,658,276 | $12,393,015 |

| Cost to Marvel Entertainment | Total Debt Outstanding 12/31/1993[3] | Discount Rate (r)[4] | 25 Basis Points Present Value of Incremental Cost @ | | | 50 Basis Points Present Value of Incremental Cost @ | | |
|---|---|---|---|---|---|---|---|---|
| | | | r - 50 bp | r | r + 50 bp | r - 50 bp | r | r + 50 bp |
| Current Portion | $45,100,000 | 4.67% | $451,937 | $440,977 | $430,412 | $903,874 | $881,953 | $860,824 |
| Long-term Debt | $205,100,000 | | $2,055,261 | $2,005,417 | $1,957,372 | $4,110,522 | $4,010,834 | $3,914,744 |
| Due to Fleer | $100,000 | | $1,002 | $978 | $954 | $2,004 | $1,956 | $1,909 |
| Sub-total | $250,300,000 | | $2,508,200 | $2,447,372 | $2,388,738 | $5,016,401 | $4,894,743 | $4,777,476 |

[1] Gross proceeds from Marvel Holding Company notes issuances.

[2] Discount rates reflect actual yield on the Marvel Holding Company Notes.

[3] Marvel Entertainment Group 10-K filing, December 31, 1993.

[4] Discount rate reflects Marvel Entertainment Group, Inc.'s cost of borrowing as of 12/31/1993 as reported in their form 10-K. The company's debt bears interest at the company's option of two different base rates plus applicable margins. I have selected the lower of the two rates resulting in a higher estimate of incremental cost.

Expert Report of Peter A. Fowler