## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | | **Marvel Holdings Notes** | |
| 1 | 4/15/93 | Marvel Holdings Notes Indenture for Senior Secured Discount Notes Due 1998 & Series B Senior Secured Discount Notes Due 1998 | SKA 4743-4850 |
| 2 | 4/16/93 | Marvel Holdings Notes Offering Memorandum for Senior Secured Discount Notes Due 1998 | SKA 9027-9122 |
| 3 | 5/7/93 | Marvel Holdings, Inc. Form S-1 Registration Statement for Senior Secured Discount Notes Due 1998* | |
| 4 | 7/8/93 | Amendment No. 2 to Marvel Holdings Form S-1 | DEF 1006-1126 |
| 5 | 7/9/93 | Marvel Holdings Notes Prospectus for Series B Senior Secured Discount Notes Due 1998 | |
| | | **Marvel Parent Notes** | |
| 6 | 7/2/93 | Marvel (Parent) Holdings Prospectus for Senior Secured Discount Notes Due 2003 | DEF 212-227 |
| 7 | 7/2/93 | Marvel (Parent) Holdings Form S-1 for Senior Secured Discount Notes Due 2003 | DEF 94-211 |
| 8 | 8/20/93 | Amendment No. 1 to Marvel (Parent) Holdings Form S-1 | DEF 2443-2578 |
| 9 | 9/15/93 | Amendment No.2 to Marvel (Parent) Holdings Form S-1 | DEF 2580-2720 |
| 10 | 10/01/93 | Marvel (Parent) Holdings Notes Indenture for Senior Secured Discount Notes Due 1998 | SKA 4031-4135 |
| 11 | 10/13/93 | Marvel (Parent) Holdings Notes Prospectus for Senior Secured Discount Notes Due 1998 | SKA 5872-5991 |
| | | **Marvel III Notes** | |
| 12 | 2/08/94 | Marvel III Holdings Notes Offering Memorandum for 9 1/8% Senior Secured Notes Due 1998 | SKA 5077-5212 |
| 13 | 2/15/94 | Supplement To Offering Memorandum for Marvel III Holdings 9 1/8% Senior Secured Notes Due 1998 | SKA 03171 |
| 14 | 3/31/94 | Marvel III Holdings, Inc. Form S-1 Registration Statement for Senior Secured Discount Notes Due 1998 | |
| 15 | 2/15/94 | Marvel III Holdings Indenture for 9 1/8% Senior Secured Notes Due 1998 | SKA 2801-2938 |
| 16 | 5/11/94 | Marvel III Holdings Prospectus for 9 1/8% Senior Secured Notes Due 1998 | |
| | | **MEG SEC Filings** | |
| 17 | 5/14/91 | MEG Form S-1 Registration Statement W/ Exhibit 3.1-Restated Certificate of Incorporation of The Company (All Other Exhibits Excluded) | |
| 18 | 7/15/91 | MEG Prospectus for Issuance Of 4,200,000 Shares Of Common Stock | |
| 19 | 3/30/92 | MEG Form 10-K for FY 1991 W/ Exhibit 3.1-Restated Certificate of Incorporation of the Registrant (All Other Exhibits Excluded) | |

---

* Unless otherwise indicated, all SEC filings are exclusive of exhibits.

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 20 | 5/6/93 | MEG Form 10-Q for Quarter Ended 03/31/93 | |
| 21 | 8/13/93 | MEG Form 10-Q for Quarter Ended 06/30/93 | |
| 22 | 11/12/93 | MEG Form 10-Q for Quarter Ended 09/30/93 | |
| 23 | 12/22/93 | Exhibit 3.2 To MEG Form 10-K for FY 1993-Amendment to Restated Certificate of Incorporation Of The Registrant | |
| 24 | 3/31/94 | MEG Form 10-K for FY 1993 | |
| 25 | 5/13/94 | MEG Form 10-Q for Quarter Ended 03/31/94 | |
| 26 | 8/12/94 | MEG Form 10-Q for Quarter Ended 06/30/94 | |
| 27 | 11/11/94 | MEG Form 10-Q for Quarter Ended 09/30/94 | |
| 28 | 3/14/95 | SEC Form S-3 Registration Statement Of MEG | |
| 29 | 3/24/95 | MEG Form 10-K for FY 1994 | |
| 30 | 5/12/95 | MEG Form 10-Q for Quarter Ended 03/31/95 | |
| 31 | 8/11/95 | MEG Form 10-Q for Quarter Ended 06/30/95 | |
| 32 | 9/27/95 | Amendment No. 1 To SEC Form S-3 Registration Statement Of MEG | |
| 33 | 11/13/95 | MEG Form 10-Q for Quarter Ended 09/30/95 | |
| 34 | 3/28/96 | MEG Form 10-K for FY 1995 | Jank 0465-0518 |
| 35 | 5/13/96 | MEG Form 10-Q for Quarter Ended 03/31/96 | |
| 36 | 8/14/96 | MEG Form 10-Q for Quarter Ended 06/30/96 | |
| 37 | 11/14/96 | MEG Form 10-Q for Quarter Ended 09/30/96 | |
| 38 | 11/20/96 | MEG Form 8-K Re: Information Provided By Marvel Holdings, Marvel (Parent) Holdings, and Marvel III Holdings to Their Respective Bondholders | |
| 39 | 12/27/96 | MEG Form 8-K Re: Chapter 11 Petition | BS 009929-35 |
| 40 | 3/10/97 | Marvel SEC Form Schedule 13D (Amendment No. 4) | |
| 41 | 4/15/97 | MEG Form 10-K for FY 1996 | |
| | | **Other SEC Filings** | |
| 42 | 3/26/93 | 14D-1 Tender Offer Statement By New Marvel Holdings, MacAndrews & Forbes Holdings, Inc. and MAFCO Holdings, Inc. for Shares of Marvel Entertainment Group | |
| 43 | 3/26/93 | Offer To Purchase Up To 11,000,000 Shares of Marvel Common Stock by New Marvel Holdings | DEF 4988-5010 |
| 44 | 3/30/93 | Coleman Worldwide Corporation and The Coleman Company, Inc. Forms S-1/S-3 Registration Statement for LYONs due 2013 (Zero Coupon - Senior Secured) Exchangeable for Shares of Common Stock of The Coleman Company, Inc.; Draft Coleman Company Common Stock Prospectus | |
| 45 | 4/1/93 | Amendment No. 1 to Coleman Worldwide Corporation and The Coleman Company, Inc. Forms S-1/S-3 Registration Statement (exhibits excluded but for (i) Exhibit 4.1, 3/31/93 Draft Indenture between Coleman Worldwide Corporation and Continental Bank, National Association as Trustees relating to the LYON and (ii) Exhibit 4.2, 3/31/93 Draft Escrow Agreement) | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 46 | 4/16/93 | Amendment No. 1 To 14 D-1 Tender Offer Statement, Amendment No. 1 | C 054 - C 062 |
| 47 | 4/16/93 | Supplement to New Marvel Holding's Offer to Purchase | DEF 002982-2986 |
| 48 | 5/7/93 | Amendment No. 2 to Coleman Worldwide Corporation and The Coleman Company, Inc. Forms S-1/S-3 Registration Statement | |
| 49 | 5/24/93 | Prospectus for Coleman Worldwide Corporation Liquid Yield Notes due 2013 | |
| 50 | 8/6/93 | Indenture (Execution Copy) for Coleman Worldwide Corporation Liquid Yield Option Notes due 2013 | |
| 51 | 8/13/93 | Marvel Holdings 10-Q for Quarter Ended 6/30/93 | DEF 5244-5255 |
| 52 | 11/12/93 | Marvel Holdings 10-Q for Quarter Ended 9/30/93 | DEF 5203-5216 |
| 53 | 11/24/93 | Marvel (Parent) Holdings 10-Q for Quarter Ended 9/30/93 | DEF 5229-5242 |
| 54 | 12/12/94 | Toy Biz Form S-1 Registration Statement | |
| 55 | 3/30/95 | Marvel III Holdings 10-K for FY 1994 | DEF 12908-12970 |
| 56 | 3/31/95 | Marvel (Parent) Holdings 10-K for FY 1994 | DEF 12848-12907 |
| 57 | 3/31/95 | Marvel Holdings 10-K for FY 1994 | DEF 12789-12847 |
| 58 | 3/28/96 | Marvel III Holdings 10-K for FY 1995 | DEF 12085-12147 |
| | | **MEG Board Meeting Minutes, Resolutions, Etc.** | |
| 59 | 5/14/91 | Action of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Deleware | ME 00251-00258 |
| 60 | 7/15/91 | Action By Unanimous Written Consent of the Executive Board of Directors in Lieu of a Meeting | ME 00322- |
| 61 | 7/15/91 | Action By Unanimous Written Consent of Members of the Marvel Management Compensation & Stock Option Committee in Lieu of a Meeting | ME 00323-00325 |
| 62 | 1/21/92 | Action of Management Compensation & Stock Option Committee of the Board of Directors without a Meeting Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware | ME 00332-00340- |
| 63 | 2/13/92 | Letter to Marvel Board of Directors from D. Fox re: Resignation | ME 00341 |
| 64 | 3/3/92 | Written Consent in Lieu of a Meeting of Marvel Board of Directors | ME 00342-00344 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 65 | 3/6/92 | Action by Unanimous Written Consent of the Members of the Management Compensation & Stock Option Committee of the Board of Directors | ME 00345-00346 |
| 66 | 3/12/92 | Minutes of Meeting of Marvel Board of Directors | ME 00347-00350 |
| 67 | 3/25/92 | Action of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00351-00352 |
| 68 | 3/25/92 | Letter to Marvel Board of Directors from R. Riscica re: Resignation | ME 00353 |
| 69 | 4/13/92 | Action by Unanimous Written Consent of the Members of the Executive Committee of the Board of Directors | ME 00354-00356 |
| 70 | 4/23/92 | Minutes of Meeting of Marvel Board of Directors | ME 00357-00359 |
| 71 | 4/23/92 | Minutes of Meeting of Marvel Audit Committee | ME 00360-00362 |
| 72 | 6/25/92 | Minutes of Meeting of Marvel Audit Committee | ME 00428-00429 |
| 73 | 7/23/92 | Notice of Waiver to Marvel Board of Directors from S. Lee | ME 00431 |
| 74 | 7/23/92 | Minutes of Meeting of Marvel Board of Directors | ME 00432-00440 |
| 75 | 8/10/92 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00441 |
| 76 | 8/27/92 | Written Consent of the Executive Committee of the Board of Directors | ME 00442-00456 |
| 77 | 9/1/92 | Action by Unanimous Written Consent of Executive Board of Directors in Lieu of Meeting | ME 00457-00459 |
| 78 | 9/1/92 | Action by Unanimous Written Consent of the Management Compensation & Stock Option Committee | ME 00460-00462 |
| 79 | 11/5/92 | Minutes of Meeting of Marvel Audit Committee | ME 00463-00473 |
| 80 | 11/5/92 | Minutes of Meeting of Marvel Board of Directors | ME 00474-00479 |
| 81 | 2/2/93 | Minutes of Meeting of Marvel Audit Committee | ME 00480-00481 |
| 82 | 3/15/93 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00482-484 |
| 83 | 3/18/93 | Minutes of Special Meeting of Marvel Board of Directors | ME 00485-00494 |
| 84 | 3/25/93 | Minutes of Special Meeting of the Marvel Board of Directors | ME 00495-00497 |
| 85 | 3/25/93 | Minutes of First Meeting of Marvel Special Committee | ME 00498-00500 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 86 | 3/30/93 | Minutes of Second Meeting of the Marvel Special Committee | ME 00501-00504 |
| 87 | 3/31/93 | Minutes of Third Meeting of Marvel Special Committee | ME 00505-00509 |
| 88 | 4/1/93 | Minutes of Special Meeting of Marvel Board of Directors | ME 00510-00514 |
| 89 | 4/93 | Written Consent in Lieu of Meeting of the Executive Committee of the Board of Directors | ME 00515-00521 |
| 90 | 4/2/93 | Outline for Meeting of Marvel Board of Directors | ME 00598 |
| 91 | 4/27/93 | Minutes of Fourth Meeting of Marvel's Special Committee | ME 00522-00525 |
| 92 | 4/27/93 | Minutes of Special Meeting of Marvel Board of Directors | ME 00526-00529 |
| 93 | 5/25/93 | "Script" of Annual Meeting of Marvel Stockholders | ME 00580-596 |
| 94 | 7/1/93 | Unanimous Written Consent of Directors | ME 00530-00541 |
| 95 | 9/17/93 | Action by Unanimous Written Consent of Executive Board of Directors | ME 00542-00554 |
| 96 | 10/1/93 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00555-00557 |
| 97 | 10/8/93 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00558-00562 |
| 98 | 10/8/93 | Minutes of Meeting of Marvel Audit Committee | ME 00563-00564 |
| 99 | 10/28/93 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00565-00567 |
| 100 | 11/23/93 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00568-00570 |
| 101 | 12/1/93 | Notice to Marvel's Directors Re: Special Meeting of Marvel Board of Directors | ME 00571 |
| 102 | 12/6/93 | Minutes of Special Meeting of Marvel Board of Directors | ME 00572-00577 |
| 103 | 12/17/93 | Minutes of Marvel Audit Committee | ME 00578-00579 |
| 104 | 1/31/94 | Minutes of Marvel Audit Committee | ME 00712-00714 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 105 | 3/9/94 | Minutes of Marvel Board of Directors | ME 00715-00720 |
| 106 | 5/10/94 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00721-00724 |
| 107 | 5/26/94 | Minutes of Annual Meeting of Marvel's Stockholders | ME 00725-00726 |
| 108 | 5/26/94 | Minutes of Annual Meeting of Marvel's Stockholders: Report of the Judge of Election | ME 00727 |
| 109 | 6/8/94 | Minutes of Meeting of Marvel Board of Directors | ME 00728-00734 |
| 110 | 7/6/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00735-00738 |
| 111 | 7/12/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00739-00741 |
| 112 | 8/1/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00742-00744 |
| 113 | 8/26/94 | Written Consent of the Executive Committee of the Board of Directors | ME 00745-00758 |
| 114 | 9/13/94 | Minutes of Meeting of Marvel Board of Directors | ME 00759-00761 |
| 115 | 10/26/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00762-00764 |
| 116 | 11/1/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00765-00767 |
| 117 | 11/1/94 | Notice to Marvel Directors of Special Meeting of Marvel Board of Directors | ME 00768 |
| 118 | 11/2/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00769-00771 |
| 119 | 11/8/94 | Minutes of Special Meeting of Marvel Board of Directors | ME 00772-00776 |
| 120 | 11/9/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00777-00779 |
| 121 | 11/21/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00780-00782 |
| 122 | 11/22/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00783-00785 |
| 123 | 12/5/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00786 -ME 00788 |
| 124 | 12/12/94 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00790-00795 |
| 125 | 12/15/94 | Note to R. Losey from J. Salig Enclosing Recent Resolutions Re: Credit Suisse Financing | ME 00789 |
| 126 | 12/16/94 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00796-00801 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 127 | 12/16/94 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00802-00805 |
| 128 | 12/28/94 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00806-00815 |
| 129 | 12/28/94 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00816-00818 |
| 130 | 3/8/95 | Minutes of Special Meeting of Marvel Board of Directors | ME 00820-00839 |
| 131 | 4/18/95 | Minutes of Special Meeting of Marvel Board of Directors | ME 00840-00845 |
| 132 | 4/20/95 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00846-00848 |
| 133 | 5/24/95 | Minutes of Annual Meeting of Marvel Stockholders | ME 00849-00856 |
| 134 | 5/31/95 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00857-00906 |
| 135 | 7/3/95 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00907-00910 |
| 136 | 7/25/95 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00911-00916 |
| 137 | 8/1/95 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00917-00919 |
| 138 | 9/1/95 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00920-00922 |
| 139 | 9/12/95 | Minutes of Meeting of Marvel Board of Directors | ME 00923-00926 |
| 140 | 10/15/95 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00927-00931 |
| 141 | 12/5/95 | Minutes of Meeting of Marvel Board of Directors | ME 00932-933 |
| 142 | 12/22/95 | Minutes of Meeting of Marvel Audit Committee | ME 00674-00692 |
| 143 | 12/29/95 | Action by Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 00693-00695 |
| 144 | 12/29/95 | Action by Unanimous Written Consent of the Executive Committee of the Board of Directors in Lieu of Meeting | ME 00696-00701 |
| 145 | 1/31/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00702-00706 |
| 146 | 2/19/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00707-00711 |
| 147 | 2/27/96 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00934-00937 |
| 148 | 3/5/96 | Minutes of Meeting of Marvel Audit Committee | ME 00938-00939 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 149 | 3/5/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00940-00945 |
| 150 | 3/6/96 | Minutes of Meeting of Marvel Board of Directors | ME 00946-00949 |
| 151 | 3/25/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors in Lieu of Meeting | ME 00950-00953 |
| 152 | 4/12/96 | Minutes of Meeting of Marvel Management Compensation & Stock Option Committee | ME 00954-00957 |
| 153 | 5/21/96 | Minutes of Annual Meeting of Marvel's Stockholders | ME 00958-00963 |
| 154 | 5/23/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors without a meeting Pursuant to Section 141 (f) of the General Corporate Law of the State of Delaware | ME 00964-00969 |
| 155 | 6/5/96 | Minutes of Meeting of Marvel Board of Directors | ME 00970-00972 |
| 156 | 7/26/96 | Unanimous Written Consent of Executive Committee | ME 00973-00980 |
| 157 | 8/15/96 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00981-00984 |
| 158 | 9/9/96 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 00985-01001 |
| 159 | 9/11/96 | Minutes of Meeting of Marvel Board of Directors | ME 001002-01009 |
| 160 | 9/11/96 | Marvel's Amended & Restated Bylaws | ME 01190-01212 |
| 161 | 10/23/96 | Minutes of Special Meeting of Marvel Board of Directors | ME 01010-01013 |
| 162 | 10/24/96 | Minutes of Meeting of Special Committee of Marvel Board of Directors | ME 01014-01015 |
| 163 | 10/24/96 | Action of the Management Compensation & Stock Option Committee of the Board of Directors without a meeting | ME 01016-01019 |
| 164 | 11/21/96 | Letter to Marvel Executive Committee from T. Stewart Re: Stewart's Resignation from the Board | ME 01020 |
| 165 | 11/22/96 | Unanimous Written Consent of the Executive Committee of the Board of Directors in Lieu of Meeting | ME 01021-01027 |
| 166 | 12/4/96 | Minutes of Meeting of Marvel Audit Committee | ME 01028-01057 |
| 167 | 12/4/96 | Minutes of Meeting of Marvel Board of Directors | ME 01058-01060 |
| 168 | 12/12/96 | Minutes of Special Meeting of Marvel Board of Directors | ME 01061-01063 |
| 169 | 12/26/96 | Minutes of Special Meeting of Marvel Board of Directors | ME 01064-01181 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 170 | 1/24/97 | Minutes of Meeting of Marvel Audit Committee | ME 01213-01215 |
| 171 | 1/30/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01216-01218 |
| 172 | 3/6/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01219-01221 |
| 173 | 3/19/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01222-01224 |
| 174 | 4/3/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01225-01227 |
| 175 | 4/8/97 | Unanimous Written Consent of the Executive Committee of the Board of Directors | ME 01228-01234 |
| 176 | 4/25/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01235-01238 |
| 177 | 6/19/97 | Minutes of Special Meeting of Marvel Board of Directors | ME 01239-01240 |
| 178 | 6/20/97 | Action of the 50.03% Stockholder of Marvel Entertainment Group | ME 01241-01256 |
| 179 | 6/26/97 | Minutes of Meeting of Marvel Board of Directors | ME 01260-01265 |
| | | **Marvel III Board Meeting Minutes, Resolutions** | |
| 180 | 2/7/94 | Unanimous Written Consent of Directors | DEF 1906-1919 |
| | | **Marvel Holdings Board Minutes, Resolutions** | |
| 181 | 4/15/93 | Unanimous Written Consent of Directors | SKA 05228-05240 |
| | | **Marvel Parent Board Meeting Minutes, Resolutions** | |
| 182 | 6/30/93 | Unanimous Written Consent of Directors | CSM 12890-12900 |
| 183 | 10/6/93 | Unanimous Written Consent of Directors | DEF 2385-2393 |
| | | **All Other Documents** | |
| 184 | | Bear Stearns' Working Group List: "Project Web" | BS 044916-7 |
| 185 | | Handwritten Notes Re: ToyBiz & MEG | BS 15109-11 |
| 186 | | Holding Company Covenant Calculations for Quarters in 1993, 1994, and 1995 | M-JB1 80-81 |
| 187 | | Marvel Debt Availability Issues | DEF 17129-31 |
| 188 | | Marvel III Chart of Financial Data for 1994 through 1996 | DEF 9467 |
| 189 | | Summary Timeline of Marvel Transactions | BS 5171-5176 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 190 | 7/86 | J. McConnell & E. Schwartz, "LYON Taming," 41 J. of Fin. 561 (Jul. 1986) | |
| 191 | 5/13/92 | Notice of Annual Meeting of Shareholders With MEG Proxy Statement | |
| 192 | 9/17/92 | MEG-Fleer Corp $300,000,000 Credit & Guarantee Agreement | M-SP2 1767-M-SP2 1875 |
| 193 | 3/19/93 | Merrill Lynch Interoffice Memo Re: Marvel Holdings Rule 144A Private Placement of Senior Secured Zero Coupon Discount Notes Due 1998 | ML 1439-1444 |
| 194 | 3/22/93 | Letter to New Marvel Holdings from Merrill Lynch Re: Intention to Acquire 11 Million Shares of MEG Common Stock | SKA 00347- |
| 195 | 3/23/93 | "Marvel Zeros" Working Group List | CSM 14698-14713 |
| 196 | 4/1/93 | Letter to MEG from Cravath Re: Draft of Purchase Agreement with a Draft of the Registration Agreement Re: New Marvel Holdings' Notes | CSM 1171-2 |
| 197 | 4/1/93 | Letter to R. Losey (MEG), S. Isko (MEG) from D. Grimm (Cravath) Re: Due Diligence Request List in Connection with Issuance of Senior Secured Discount Notes Due 1998 of New Marvel Holdings Inc. (Parent) | CSM 1167-70 |
| 198 | 4/2/93 | Fax to R. Losey (MEG), S. Isko (MEG) from D. Grimm (Cravath) Enclosing Revised MEG Due Diligence Request List Re: Issuance of Senior Secured Discount Notes Due 1998 of New Marvel Holdings Inc. (Parent) | CSM 1155-59 |
| 199 | 4/2/93 | Letter to MEG & Skadden from D. Grimm Re: Due Diligence Request List | CSM 1161-64 |
| 200 | 4/2/93 | Letter to MacAndrews & Forbes, Merrill Lynch, Paul Weiss, & Skadden from W. Whelan, III Re: Revised Draft of the Indenture for the Senior Secured Discount Notes Due 1998 | CSM 1165-6 |
| 201 | 4/5/93 | Merrill Lynch's Marvel Holdings Inc. Banker/Syndicate Information Package | ML 1126-1180 |
| 202 | 4/12/93 | Fax Cover Sheet to David Grimm from Fleer Corp c/o Cravath Re: Audit Reports from Fleer Corp Joint Ventures for 1992 | CSM 1113 |
| 203 | 4/13/93 | Letter to K. Newman from J.T. Wilson Enclosing Documents Responsive to Due Diligence Request | CSM 2814 |
| 204 | 4/14/93 | Fax to Cravath from Jim Wilson Re: Due Diligence | CSM 1072-75 |
| 205 | 4/16/93 | Ernst and Young Opinion Letter to Marvel Holdings Inc. & Merrill Lynch & Co. | SKA 01875-01904 |
| 206 | 4/16/93 | Fax to Cravath from J. Wilson (MEG) Re: Returnable Retail Base | CSM 1058-9 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 207 | 4/16/93 | Marvel Holdings Inc. Purchase Agreement Re: Senior Secured Discount Notes Due 1998 | SKA 01550-01600 |
| 208 | 4/21/93 | Notice of Annual Meeting of Shareholders with MEG Proxy Statement | |
| 209 | 4/22/93 | Ernst & Young Letter to Marvel Holdings Inc. & Merrill Lynch & Co. | SKA 01906 |
| 210 | 4/22/93 | Marvel Opinion Letter to Merril Lynch & Co. from R. Losey | SKA 01804-01809 |
| 211 | 4/27/93 | H. Cohen (Skadden) Memorandum to Marvel Working Group Enclosing (but not included in exhibit) Draft S-1 Re: Exchange Offer by Marvel Holdings; Marvel Zeros Working Group List attached | ML 2019 - 2042 |
| 212 | 5/93 | Journal Entry on Account Book Page of Marvel Parent Holdings | DEF 9457-62; DEF 9465-6 |
| 213 | 5/7/93 | "MacAndrews & Forbes Completes Tender Offer for Marvel Shares," PR Newswire | |
| 214 | 5/18/93 | Tax Sharing Agreement between Marvel Holdings (Parent) and MEG | |
| 215 | 5/24/93 | Coleman Worldwide Corp. LYONs Prospectus | |
| 216 | 5/27/93 | Indenture between Coleman Worldwide Corp. & Continental Bank, National Association Re: LYONs | |
| 217 | 6/8/93 | Memo to "Distribution" from G.R. Kessel Re: Marvel Holdings Closings Cashflow Diagram | DEF 8570-8572 |
| 218 | 6/24/93 | Cravath Memo to MacAndrews & Forbes Enclosing Draft Term Sheet Re: Issuance by Marvel Holdings Inc. (Parent) of Senior Secured Discount Notes Due 1998 | DEF 9807-9817 |
| 219 | 6/29/93 | 6/29/93 Cravath Letter Request To Skadden, MacAndrews & Forbes Re: Due Diligence for Marvel (Parent) Holdings Inc. Transaction; Supplementing Attached 3/24/93 Preliminary Due Diligence Request | CSM 8265-74 |
| 220 | 7/23/93 | Confidential Memorandum Re: $150 Million Offering of Senior Secured Discount Notes Due 2003 for Marvel (Parent) Holdings Inc | BS 035949-035960 |
| 221 | 9/24/93 | "Marvel Entertainment Sets Two-for-One-Split," Reuters News | |
| 222 | 9/14/93 | Selling Memo to High Yield Department from Bear Stearns Corporate Finance Re: Marvel (Parent) Holdings Public Offering of Senior Secured Discount Notes Due 1998 | BS 36117-36131 |
| 223 | 10/7/93 | Letter to MacAndrews & Forbes from Standard & Poors Re: Marvel (Parent) Holdings, Inc. $150 Million Senior Secured Notes Due 4/15/98 | CSM 12173 |

**SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE**

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 224 | 10/12/93 | Ernst & Young Letter to Marvel (Parent) and Bear Stearns | CSM 12159-12170 |
| 225 | 10/12/93 | Marvel (Parent) Holdings Inc. Underwriting Agreement with Bear, Stearns & Co. Inc. | CSM 12464-12504 |
| 226 | 10/20/93 | Ernst & Young Letter to Marvel Holdings Inc. & Bear, Sterns & Co. Inc. | SKA 03830-03831 |
| 227 | 10/20/93 | Letter to Cravath from Moody's Re: Rating of Marvel (Parent) Holdings Inc. Registered Securities | CSM 12171 |
| 228 | 10/20/93 | Letter to MacAndrews & Forbes from Standard & Poors  Re: Rating of Marvel (Parent) Holdings Inc. $150 Million Senior Secured Discount Notes Due 1998 | CSM 12172 |
| 229 | 10/20/93 | R. Losey (MEG) Opinion Letter to Bear Stearns | CSM 12150-12155 |
| 230 | 10/21/93 | Letter to Chase Manhattan Bank from MacAndrews & Forbes Holdings Re: Book Transfer from Marvel (Parent) Holdings Inc. to Revlon Group Inc. | DEF 9479 |
| 231 | 11/1/93 | Letter to J. Kaplan from V. Murray (Fleer Corp.) Re: Option Grants | ME 00597 |
| 232 | 1993 & 1994 | Revlon Group Inc.'s Statements of Incoming and Outgoing Money Transfers | DEF 15151-15153; DEF 15155; DEF 15158-15167 |
| 233 | 1/1/94 | Amended & Restated Tax Sharing Agreement among MAFCO Holdings Inc., Marvel III Holdings Inc., MEG, and its Subsidiaries | SKA 02987-03017 |
| 234 | 1/6/94 | Salomon Brothers Inc. Company Report on Marvel | |
| 235 | 1/18/94 | Fax copy of Marvel III Working Group List  (Sender unknown) | ML 3527-50 |
| 236 | 1/21/94 | Confidential Memorandum Re: $125 Million Offering of Senior Secured Notes Due 1998 for Marvel III Holdings Inc. | BS 035917-035935 |
| 237 | 1/23/94 | Merrill Lynch Interoffice Memorandum Re: Marvel III Holdings Inc. Offering of $125 Million of Senior Secured Notes Due 1998 | ML 0007-0013 |
| 238 | 1/24/94 | Marvel III Holding Inc.'s Due Diligence Outline; Marvel (Parent) Holdings Inc. Due Diligence Request | BS 36072 – 36077 |
| 239 | 1/25/94 | Merrill Lynch Interoffice Memorandum to J. Drew from C. Radichel Re: Marvel III Roadshow | ML 3526 |
| 240 | 1/28/94 | Bear Stearns Selling Memorandum to High Yield Department from Corporate Finance Re: Marvel III Holdings $125 Million 144A Offering of Senior Secured Notes Due 1998 | BS 36103-36116 |

**SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE**

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 241 | 1/31/94 | Marvel III Holdings Tentative Roadshow Schedule | ML 3522-3525 |
| 242 | 2/94 | Journal Entry on Account Book Page and "Grid Note" of Andrews Group, Inc. | DEF 14995-14996 |
| 243 | 2/8/94 | Ernst & Young Opinion Letter to Marvel III Holdings Inc. & Merrill Lynch & Co. | SKA 03384-03403 |
| 244 | 2/8/94 | Marvel III Holdings Inc. Purchase Agreement with Merrill Lynch and Bear Stearns | SKA 02526-2575 |
| 245 | 2/18/94 | Ernst & Young Letter to Marvel III Holdings & Merrill Lynch & Co. | SKA 03405-03410 |
| 246 | 2/18/94 | Marvel Opinion Letter to Merrill Lynch and Bear Stearns | SKA 03307-03311 |
| 247 | 4/18/94 | Notice of Annual Shareholders Meeting with MEG Proxy Statement | |
| 248 | 7/94 | Marvel Entertainment Group $200 Million Senior Note Offering Presentation to Rating Agencies | SKA 11975-12022 |
| 249 | 7/8/94 | Bear Stearns Internal Memo to Commitment Committee and Debt Committee from P. Abecassis, B. Bicknese et. al Re: $200 Million Offering of Senior Notes Due 2004 for MEG | BS 35936-35948 |
| 250 | 7/8/94 | Confidential Memorandum to Commitment Committee & Debt Subcommittee from M. Tarnapol, P. Abecassis, B. Bicknese, D. Speegle, E. Carse & B. Carter Re: $200 Million Offering of Senior Notes Due 2004 for MEG | BS 035936-035948 |
| 251 | 7/11/94 | Bear Stearns Memo to MacAndrews & Forbes, Marvel, Merrill Lynch, and Chemical Securities from B. Bicknese and D. Speegle Re: Marvel Proposed Term Sheet w/attachments | BS 35853-35869 |
| 252 | 7/18/94 | Fax to G. Woodland (M&F) from B. Jenkins (MEG) attaching Marvel Offering Data Forwarded to Ratings Agencies | DEF 6403-6411 |
| 253 | 7/18/94 | Letter to T. Razukas of Duff & Phelps from B. Jenkins Re: Financial Model for 1994-1998 & Recent Summary Market Information for Publishing | M-JB10 0331-0332, 0337 |
| 254 | 8/11/94 | Marvel Memo to Marvel Board of Directors from R. Losey Re: Debt Securities Offering | JANK 1799-1804 |
| 255 | 8/30/94 | Marvel Comics Italia & MEG Term Loan & Guarantee Agreement | |
| 256 | 8/30/94 | MEG-Fleer Corp. Amended & Restated Credit & Guarantee Agreement | M-JB9-0291-M-JB9 0480 |
| 257 | 9/13/94 | Swiss Bank Corp. Investment Banking Inc. Internal Memo Re: Marvel/New World Meeting | BS 023639-023640 |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 258 | 11/22/94 | First Amendment to the Amended & Restated Credit & Guarantee Agreement among Marvel, Fleer Corp., and the Financial Institutes Parties thereto, Dated August 30, 1994 | |
| 259 | ~1995 | Marvel Presentation to MacAndrews & Forbes Re: Review of Financing Alternatives | DEF 15504 –15516 |
| 260 | 2/22/95 | Toy Biz, Inc-$30,000,000 Credit Agreement with Chemical Bank as Administrative Agent | |
| 261 | 3/9/95 | Fax to S. Kanter (Skadden) from G. Dickes (MAFCO) Re: MEG Summary of Indicative Terms of Marvel LYONs | SKA 12873-12881 |
| 262 | 3/13/95 | Fax to G. Woodland from B. Jenkins Re: Bonds Secured by MEG Stock | DEF 7844-48 |
| 263 | 4/11/95 | Summary of Economic Terms for an MEG Public Offering of Notes, Prepared by Merrill Lynch & Co.'s High Yield Finance Division | DEF 15503 |
| 264 | 4/21/95 | Notice of Annual Shareholders Meeting with MEG Proxy Statement | |
| 265 | 4/24/95 | MEG-Fleer Corp-$350,000,000 Credit & Guarantee Agreement ("Conformed Copy") | M-JB9 0166-M-JB9 0289 |
| 266 | 4/24/95 | MEG-Fleer Corp-$350,000,000 Credit & Guarantee Agreement ("Execution Copy") | |
| 267 | 4/24/95 | Second Amendment to the Amended & Restated Credit & Guarantee Agreement among Marvel, Fleer Corp., and the Financial Institutes Parties thereto, Dated August 30, 1994 | |
| 268 | 6/8/95 | Letter to Marvel III Holdings Inc. from NationsBank Re: Debt Service On Registered Interest for Marvel III Holdings Inc. 9 1/8% Senior Secured Notes Due 1998 | DEF 9469 |
| 269 | 7/10/95 | Standard & Poor's CreditWire Re: Rating on Senior Secured Debt of Marvel III Holdings Inc. | BS 038763-038764 |
| 270 | 8/24/95 | Journal Entry Re: Debt Service On Registered Interest for Marvel III Holdings Inc. 9 1/8% Senior Secured Notes Due 1998 | DEF 9468 |
| 271 | 8/29/95 | First Amendment & Consent # 1 to the Credit Agreement among Toy Biz and the Financial Parties thereto, Dated February 22, 1995 | |
| 272 | 2/1/96 | Letter to Marvel III Holdings Inc. from The Bank of New York Re: interest payments for Marvel III Holdings Inc. 9 1/8% Senior Secured Notes Due 2/15/98 | DEF 9492 |
| 273 | 2/9/96 | Consent # 1 to the Amended & Restated Credit & Guarantee Agreement, the Credit & Guarantee Agreement, and the Term Loan & Guarantee Agreement | |
| 274 | 3/1/96 | Consent # 2 & First Amendment to the Credit & Guarantee Agreement among Marvel, Fleet, and Financial Parties thereto, Dated April 24, 1995 | |
| 275 | 3/1/96 | Third Amendment to the Amended & Restated Credit & Guarantee Agreement among Marvel, Fleet, and Financial Parties thereto, Dated August 30, 1994 | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 276 | 3/27/96 | Letter to Fleer Corp from Chemical Bank Re: Line of Credit for $25,000,000 from Chemical Bank | |
| 277 | 3/31/96 | Chart, Marvel Entertainment Revenues and Operating Income 1992-Qtr Ending 3/31/96 | DEF 10765-10766 |
| 278 | 4/18/96 | Notice of Annual Shareholders Meeting with MEG Proxy Statement (1996) | |
| 279 | 5/6/96 | "Project Revival" Financial Figures | DEF 5874 |
| 280 | 5/30/96 | 1993-96 Holding Company Covenant Calculations | DEF 5291 |
| 281 | 6/17/96 | 1993-95 Holding Company Covenant Calculations | M-JB1 164-165 |
| 282 | 6/30/96 | Consent #2 & Fourth Amendment to the Amended & Restated Credit & Guarantee Agreement among Marvel, Fleer, and the Financial Parties thereto, Dated August 30, 1994 | |
| 283 | 6/30/96 | Consent #3 to the Credit & Guarantee Agreement among Marvel, Fleer, and the Financial Parties thereto, Dated April 24, 1995 | |
| 284 | 9/24/96 | Consent by Panini SPA, Marvel, and Financial Institutions to the Participation Agreement and Term Loan & Guarantee Agreement, both Dated August 30, 1994 | |
| 285 | 10/1/96 | Marvel Letter to Bear Stearns Re: Retention | BS 032524-032529 |
| 286 | 10/8/96 | "Marvel Entertainment Estimate -2: Wider Oper Losses," Dow Jones News Service | |
| 287 | 10/8/96 | "Marvel Entertainment Estimate-3: Street Saw 3Q Net 8c/Shr," Dow Jones News Service | |
| 288 | 10/9/96 | "Marvel Entertainment Expects to Report Loss for 3rd Quarter," The Wall Street Journal | |
| 289 | 10/15/96 | Smith Barney Report Re: Marvel | DEF 6022-6036 |
| 290 | 10/16/96 | Chart Prepared by S. Weiss Comparing Equity Secured by Marvel and Marvel Holdings Companies | BS 019321-019324 |
| 291 | 10/17/96 | "Andrews Grp-Toy Biz 3: Andrews Might Buy Equity at Marvel," Dow Jones News Service | |
| 292 | 10/21/96 | Bear Stearns Analyst Report Re: Marvel Taking Control of Toy Biz | DEF 6929 |
| 293 | 10/22/96 | Smith Barney Report Re: Marvel | DEF 12446-12463 |
| 294 | 10/23/96 | "Scott M. Sassa Named President & COO of Andrews Group…" PR Newswire | |
| 295 | 10/24/96 | "Former Turner Broadcasting Executive Named Chairman & CEO of Marvel," The Wall Street Journal | |
| 296 | 10/28/96 | Bear Stearns Draft Presentation Re: Meeting with MacAndrews & Forbes | BS 010913-010918 |

**SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE**

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 297 | 10/28/96 | Meeting with MacAndrews & Forbes--Presentation from Bear Stearns | BS 017593-017598 |
| 298 | 10/28/96 | Spreadsheet of Marvel Holding Company Debt and Collateral | SKA 12871-12872 |
| 299 | 10/30/96 | "Project Web" Document Prepared by Bear Stearns Re: Financial Analysis of Rights and Tender Offering for "Magic Entertainment/Tiger" | BS 010899-010912 |
| 300 | 11/6/96 | Lehman Brothers High Yield Research on Marvel | DEF 6898-6912 |
| 301 | 11/11/96 | "Project Web" Debt & Share Analysis at June 30, 1996 | BS 044872-3 |
| 302 | 11/11/96 | "Project Web" Document Prepared by Bear Stearns Re: Financial Analysis of Rights and Tender Offering for Marvel Entertainment/Toy Biz | BS 062804-062817 |
| 303 | 11/12/96 | "Andrews Group Proposes to Acquire Newly Issued Marvel Entertainment Group Stock," Business Wire | BS 018853-018854 |
| 304 | 11/12/96 | "Andrews Grp-Marvel-3: Andrews Now Has 81M Marvel Shares," Dow Jones News Service | |
| 305 | 11/12/96 | "Andrews Offers to Combine Toy Biz and Marvel," Reuters News | |
| 306 | 11/12/96 | "Marvel 3Q96 Results and Performance Update," PR Newswire | |
| 307 | 11/12/96 | "Marvel Gets Perelman Bid for $350 Mln of New Stock," Bloomberg News | |
| 308 | 11/12/96 | "Perelman's Andrews Grp Plans to Buy Marvel Stk on the Cheap," Dow Jones New Service | |
| 309 | 11/12/96 | "Perelman's Andrews Grp-2: T. Biz Cash Flow Could Aid Marvel," Dow Jones News Service | |
| 310 | 11/12/96 | "Project Web" Pro Forma Debt Recovery Analysis | BS 057326-8 |
| 311 | 11/12/96 | MEG Press Release: "Marvel Receives Andrews Proposal" | KZ 1337-1338 |
| 312 | 11/13/96 | "Marvel Shares Plunge 41% on News of Perelman's Plan to Buy New Stock," The Wall Street Journal | |
| 313 | 11/13/96 | Weil, Gotshal & Manges Memo Re: MEG, Inc. Summary of Major Transactions & Debt Structure | BS 046465-046514 |
| 314 | 11/19/96 | Bank Meeting Re: Marvel Outline of HG Presentation Re: Preliminary Evaluation of Andrews Group Proposal | DEF 4588-4593 |
| 315 | 11/25/96 | "Project Web" Document Re: Pro Forma Debt Recovery Analysis | BS 019318-019320 |
| 316 | 11/25/96 | Consent #4 & Second Amendment to the Credit & Guarantee Agreement among Marvel, Fleer, and Financial Parties, Dated April 24, 1995 | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 317 | 11/25/96 | Waiver # 1 & Fifth Amendment to the Amended & Restated Credit & Guarantee Agreement among Marvel, Fleer, and Financial Parties, Dated August 30, 1994 | |
| 318 | 12/4/96 | CSFB Presentation to Marvel Special Committee | KZ 334 – 367 |
| 319 | 12/10/96 | Letter to Andrews Group Inc. from High River Limited Partnership Re: Andrews Proposal | KZ 1474-1475 |
| 320 | 12/13/96 | Letter to MEG, Andrews Group, MEG Special Committee, etc. from B. Scheler (Fried, Frank, Harris, Shriver & Jacobson) Re: Andrews Proposal | SKA 00350-00353 |
| 321 | 12/15/96 | Memorandum to "Valuation Committee" from R. Bicknese et al. Re: Valuation of Marvel Entertainment Group | BS 057055-60 |
| 322 | 12/19/96 | Letter to Marvel Board of Directors from High River Limited Partnership Re: Following up on 12/10/96 Letter Re: Alternative to Andrews Proposal | M-SP10 630-631 Appendix B |
| 323 | 12/20/96 | Standstill Agreement & Amendment by Financial Parties Re: MEG, Inc.'s Filing Voluntary Petitions for Relief under Chapter 11 | |
| 324 | 12/26/96 | CS First Boston presentation to Marvel's Special Committee  Re: Andrews Proposal | BS 012364-012396 |
| 325 | 12/27/96 | Letter to Marvel Board of Directors from CS First Boston Re: Andrews Proposal | DEF 013137-8 |
| 326 | 12/27/96 | Revolving Credit & Guaranty Agreement among MEG, Subsidiaries, & "the Banks Party Hereto," & Chase Manhattan Bank | |
| 327 | 1/24/97 | First Amendment to Revolving Credit & Guaranty Agreement among Marvel, Guarantors, and Financial Institutions, Dated December 27, 1996 | |
| 328 | 2/11/97 | Second Amendment to Revolving Credit & Guaranty Agreement among Marvel, Guarantors, and Financial Institutions, Dated December 27, 1996 | |
| 329 | 3/5/97 | Letter to Marvel Board of Directors from the Official Bondholders Committee of the Holding Companies Re: Capital Infusion | Appendix B LNB 0010598-0010608 |
| 330 | 3/10/97 | "Perelman Drops Plan for Marvel," Hollywood Reporter | |
| 331 | 6/20/97 | Letter to Marvel Board of Directors from J. Kaplan Re: Resignation | ME 01257 |
| 332 | 6/23/97 | Letter to Marvel Board of Directors from P. Shapiro Re: Resignation | ME 01258 |
| 333 | 6/23/97 | Letter to Marvel Board of Directors from S. Sassa Re: Resignation | ME 01259 |
| 334 | 6/27/97 | Notice to Marvel's Stockholders of Action by Marvel Holdings Inc. Re: Changes in Marvel Board of Directors | ME 01183-01189 |
| 335 | 7/31/98 | Consent Order Approving Reorganization Plan Proposed by the Secured Lenders and Toy Biz, Inc. in *In Re: Marvel Entertainment Group, Inc.*, 97-638-RRM | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 336 | 7/31/98 | Fourth Amended Joint Plan of Reorganization Proposed by the Secured Lenders and Toy Biz Inc. in *In Re: Marvel Entertainment Group Inc.*, 97-638-RRM | |
| 337 | 10/1/98 | MAFCO Litigation Trust Agreement | |
| 338 | 10/28/99 | Declaration of G. Dickes in Support of Defendants' Motion for Summary Judgment in *LaSalle Nat'l Bank v. Perelman*, 97CIV645 | |
| 339 | 10/29/99 | Declaration of W. Bevins in Support of Defendants' Motion for Summary Judgment in *LaSalle Nat'l Bank v. Perelman*, 97CIV645 | |
| 340 | 11/4/99 | Declaration of G. Woodland in *LaSalle Nat'l Bank v. Perelman*, 97CIV645 | |
| 341 | 8/9/00 | Defendants' Responses to Plaintiffs' First Set of Interrogatories: Responses to interrogatories nos. 1, 2, 3, 5 in *Cantor v. Perelman*, 97CIV586 | |
| 342 | 8/9/00 | Defendants' Responses to Plaintiffs' Second Request For Production of Documents in *Cantor v. Perelman*, 97CIV586 | |
| 343 | 12/16/00 | Plaintiffs' Response to Defendant MacAndrews & Forbes' First Set of Interrogatories in *Cantor v. Perelman*, 97CIV586 | |
| 344 | 2/6/02 | Letter to The Honorable Roderick R. McKelvie from A. Clark (Skadden) Re: Confidentiality and Discovery Issues in *Cantor v. Perelman*, 97CIV586 | |
| 345 | 2/19/02 | Bloomberg Company Credit Rating Revisions for Marvel and Holding Companies, 1993-96 (2/19/02-3/19/02) | |
| 346 | 2/22/02 | Plaintiff's Response to Defendants' Second Request for the Production of Documents in *Cantor v. Perelman*, 97CIV586 | |
| 347 | 3/1/02 | Letter to The Honorable Roderick R. McKelvie from A. Clark (Skadden) requesting that P. Bradford be allowed counsel of choice for deposition and that Plaintiffs be disallowed discovery concerning loans other than Holding Company Notes, *Cantor v. Perelman*, 97CIV586 | |
| 348 | 3/4/02 | Defendants' Responses to Plaintiffs' Second Set of Interrogatories: Responses to Interrogatories Nos. 6, 7, 8, 11, 13, 14, 15, 16 in *Cantor v. Perelman*, 97CIV586 | |
| 349 | 3/15/02 | Defendants' Responses to Plaintiffs' Third Set of Interrogatories: Response to Interrogatory No. 20 in *Cantor v. Perelman*, 97CIV586 | |
| 350 | 3/29/02 | Defendants' Responses to Plaintiffs' First Request for Admissions: Responses to Request Nos. 3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 21, 22, 23, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 in *Cantor v. Perelman*, 97CIV586 | |
| 351 | 3/29/02 | Defendants' Responses to Plaintiffs' Fourth Set of Interrogatories: Responses to Interrogatories Nos. 21, 22, 23, 24, 25 in *Cantor v. Perelman*, 97CIV586 | |
| 352 | 3/29/02 | Defendants' Supplemental Responses to Plaintiff's Second Set of Interrogatories: Responses to Interrogatories Nos. 6, 7, 8, 11, 13, 14, 15, 16 in *Cantor v. Perelman*, 97CIV586 | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 353 | 7/31/02 | Defendants' Second Supplemental Responses to Plaintiff's Second Set of Interrogatories: Responses to Interrogatories Nos. 6, 7, 8, 11, 13, 14, 15, 16 in *Cantor v. Perelman*, 97CIV586 | |
| 354 | 7/31/02 | Defendants' Supplemental Responses to Plaintiffs' Fourth Set of Interrogatories: Responses to Interrogatories Nos. 21, 22, 23, 24, 25, 26, 27, 29, 30, 31, 32, 33, 34 in *Cantor v. Perelman*, 97CIV586 | |
| 355 | 3/3/06 | Paragraphs 20-21 and 33-34 from Rebuttal Expert Report of Peter A. Fowler | |
| 356 | 7/12/05 | *Cantor, et al. v. Perelman, et al.*, Opinion of the Court | |
| 357 | 11/24/97 | Scheduling Order | |
| 358 | 11/24/97 | Trial Management Order | |
| 359 | 12/17/97 | Revised Scheduling Order | |
| 360 | 10/31/97 | Application of the Debtors for an Order Authorizing the Retention and Employment of Losco & Marconi, P.A. as Special Litigation Counsel for the Debtors | |
| 361 | 11/20/97 | Application of the Debtors for an Order Authorizing the Retention and Employment of Friedman Kaplan LLP as Special Litigation Counsel for the Debtors, Nunc Pro Tunc to October 22, 1997 | |
| 362 | 11/20/97 | Reply Memorandum of Law In Further Support of Debtors' Application for an Order Authorizing the Retention and Employment of Friedman Kaplan & Seiler LLP and Losco & Marconi, P.A. as Special Litigation Counsel for the Debtors | |
| 363 | 1/12/06 | Expert Report of Bevis Longstreth | |
| 364 | 1/13/06 | Expert Report of Andrew S. Carron | |
| 365 | 1/13/06 | Expert Report of Jeffrey L. Baliban | |
| 366 | 6/13/06 | Supplement to Baliban Report: Regression Model Scenarios Summary Sheet | |
| 367 | 3/15/02 | Expert Report of William Purcell | |
| 368 | 3/29/02 | Rebuttal Report of William Purcell | |
| 369 | 4/9/02 | Supplement to the Reports of William Purcell | |
| 370 | 3/1/06 | Rebuttal Report of Justice Joseph T. Walsh (Ret.) | |
| 371 | 9/13/01 | Second Amended Complaint | |
| 372 | 8/16/04 | *Cantor, et al. v. Perelman, et al.*, Court of Appeals Docket Index Nos. 04-1790 & 04-2896, Brief of Plaintiffs-Appellants and Volume 1 of Joint Appendix | |
| 373 | 9/15/04 | *Cantor, et al. v. Perelman, et al.*, Court of Appeals Docket Index Nos. 04-1790 & 04-2896, Brief for Appellees | |
| 374 | 9/29/04 | *Cantor, et al. v. Perelman, et al.*, Court of Appeals Docket Index Nos. 04-1790 & 04-2896, Reply Brief of Plaintiffs-Appellants | |
| 375 | 7/29/91 | Prospectus for Consolidated Cigar Corp. | |
| 376 | 03/31/92 | Marvel Entertainment Group, Inc. Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |
| 377 | 06/30/92 | Marvel Entertainment Group, Inc. Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 378 | 09/30/92 | Marvel Entertainment Group, Inc. Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |
| 379 | 12/31/92 | Marvel Entertainment Group, Inc. Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |
| 380 | 10/13/93 | Prospectus for NL Industries, Inc. | |
| 381 | 11/24/93 | Prospectus for Fruit of the Loom, Inc. | |
| 382 | 09/15/94 | Marvel Entertainment Group Form 10-Q/A for the Quarterly Period Ended June 30, 1994 | |
| 383 | 11/22/94 | Prospectus for Huntsman Polymers Corp. | |
| 384 | 12/31/94 – 12/31/98 | Hasbro Inc. SEC Form 10-K for the years ended at left | |
| 385 | 03/22/95 | Mattel Inc. Form 10-K for the Fiscal Year Ended December 31, 1994 | |
| 386 | 4/24/95 | Marvel U.S. Term Loan Agreement | |
| 387 | 11/17/95 | Prospectus Supplement to Prospectus for ITT Industries, Inc. | |
| 388 | 12/1/95 | Prospectus for Ikon Office Solutions, Inc. w. 12/6/95 Supplement | |
| 389 | 4/2/96 | 4 Kids Entertainment Inc. SEC Form 10-K for the fiscal year ended 12/31/95 | |
| 390 | 6/12/96 | The Topps Company Inc. SEC Form 10-K for the fiscal year ended 3/2/96 | |
| 391 | 03/22/96 | Mattel Inc. Form 10-K for the Fiscal Year Ended December 31, 1995 | |
| 392 | 8/23/96 | Scholastic Corp. SEC Form 10-K for the fiscal year ended 5/31/96 | |
| 393 | 3/31/97 | 4 Kids Entertainment Inc. SEC Form 10-K for the fiscal year ended 12/31/96 | |
| 394 | 12/31/97 | Marvel Entertainment Group, Inc. Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |
| 395 | 12/31/98 | Marvel Enterprises Inc. Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 | |
| 396 | | Corporate Debt Report - Issuances in the Industrial, Utility and Gas Transmission Industries Rated BBB or Lower From 1993 to 1995 | |
| 397 | | MRVGQ Equity, Weekly Closing Equity Prices, Bloomberg | |
| 398 | 10/15/92 | Merrill Lynch Analyst Report, 'Fleer Merger Viewed Favorably; L.T. Opinion Raised' | |
| 399 | 5/27/93 | Fine, L.R., et al. Marvel Entertainment Group Company Report. Merrill Lynch Capital Markets | |
| 400 | 7/27/93 | S&P CreditWire – "Hldgs Sr. & Marvel Hldgs Sr. Rated 'B' By S&P." | |
| 401 | 8/3/93 | Moody's Investor Service – "Marvel Holdings Inc. Senior Secured Notes Rated 'B3' by Moody's." | |
| 402 | 02/03/94 | Merrill Lynch Analyst Report, 'The Growth Continues' | |
| 403 | 02/14/94 | Merrill Lynch Analyst Report, 'Menu of Opportunities' | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 404 | 2/14/94 | Jaffe, Thomas. "Ron Perelman's Nonlinear Math." Forbes, 2/14/94 (retrieved from www.findarticles.com 2/22/02). | |
| 405 | 04/22/94 | Merrill Lynch First Quarter Results; Insight into the Year | |
| 406 | 06/07/94 | Moody's Investor Service Moody's Assigns Caa to Gtd Senior Sec Notes of Marvel III Holdings Inc. | |
| 407 | 6/7/94 | Moody's Investor Service - "Marvel III Holdings Assigned Caa to GTD Senior SEC Note." | |
| 408 | 6/20/94 | "Marvel Experiences Phenomenal Growth; Marvel Entertainment Group Inc." Chain Drug Review, 6/20/94 (retrieved from www.findarticles.com 2/22/02). | |
| 409 | 06/21/94 | Merrill Lynch Analyst Report, 'Management Realignment' | |
| 410 | 7/15/94 | "Marvel Sweeping Into High Yield Market With $200 Mil 144A. "Private Placement Reporter, 7/18/94 (retrieved from www.findarticles.com 2/22/02). | |
| 411 | 12/21/94 | Smith Barney Analyst Report, 'Industry Pressures Mount' | |
| 412 | 2/14/95 | Fine, L.R., et al. Marvel Entertainment Group Company Report. Merrill Lynch Capital Markets, 'Quarter As Expected - No Change in Outlook'. | |
| 413 | 04/18/95 | Merrill Lynch Analyst Report, 'A Lot of Moving Parts' | |
| 414 | 05/09/95 | Merrill Lynch Analyst Report, 'Meeting with Management; 1q Results' | |
| 415 | 08/15/95 | Merrill Lynch Analyst Report, 'It's Still a Second Half Growth Story' | |
| 416 | 9/11/95 | Spiro, Leah Nathans and Ronald Grover. "Ron Perelman, The Man Who Collects Companies." Business Week, 9/11/95 (retrieved from www.findarticles.com 2/22/02). | |
| 417 | 11/15/95 | Smith Barney Analyst Report, 'Comics 'N Cards Derail Growth' | |
| 418 | 3/13/96 | Bloomberg - "Marvel Entertainments Debt Ratings May Face Downgrade by S&P." | |
| 419 | 03/14/96 | Merrill Lynch Analyst Report, 'Another Disappointment; Cautious but Hopeful' | |
| 420 | 05/09/96 | Merrill Lynch Analyst Report, 'First Quarter as Expected | |
| 421 | 5/13/96 | Krutick, J.S. Marvel Entertainment Group - Company Report. Salomon Smith Barney | |
| 422 | 05/30/96 | Smith Barney Analyst Report, 'Striking a Balance' | |
| 423 | 08/15/96 | Merrill Lynch Analyst Report, 'Second Quarter Results and near Term Outlook' | |
| 424 | 08/15/96 | Analyst's Opinion Transition Slow in 2Q96 | |
| 425 | 08/30/96 | Smith Barney Analyst Report, 'Still in Transition' | |
| 426 | 10/10/96 | Moody's Investor Service - "Marvel Entertainment Cut By Moody's; Sr. Shelf To '(P)B3." | |
| 427 | 10/15/96 | S&P CreditWire - "Marvel Entertainment Shelf Rtg Cut To B/CCC+ by S&P." | |
| 428 | 11/11/96 | Analyst Report, Kastenbaum, A., Marvel Entertainment Group, Inc. MJ Whitman, Inc. | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 429 | 11/12/96 | "Perelman's Andrews Grp.-2: T. Biz Cash Flow Could Aid Marvel." Dow Jones News Service, 11/12/96.  Obtained from Factiva Research Systems. | |
| 430 | 11/20/96 | S&P CreditWire - "S&P Cuts Marvel Rtgs; Revln, Colmn, Con Cig Outlk Rev." | |
| 431 | 11/20/96 | S&P CreditWire - "S&P Cuts Marvel Rtgs; Revln, Colmn, Con Cig Outlk Rev-2-." | |
| 432 | 11/25/96 | Moody's Investor Service - "Marvel Holdings Ratings Cut By Moody's; Sr. SEC To 'C'." | |
| 433 | 12/17/96 | S&P CreditWire - "Marvel Hldg Cos' Issue Rtgs Cut To 'D'; Off S&P Watch." | |
| 434 | 12/30/96 | Levin, Gary and Martin Peers.  "Perelman Takes Marvel to Bankruptcy Court.  Marvel Files For Bankruptcy."  Daily Variety, 12/30/96 (retrieved from www.findarticles.com 2/22/02). | |
| 435 | 5/1/97 | Moody's Investor Service.  Marvel Entertainment Group - Company Report. | |
| 436 | 2/17/99 | Bloomberg - "Junk Bonds:  Formica, Marvel, World Color Sell; Calendar Builds." | |
| 437 | 2/18/99 | Bloomberg - "Junk Bonds:  Host Marriott, Triarc Sell, Familiar Names Sought." | |
| 438 | 10/23/96 | "Andrews Group Names Sassa President -2-:  Will be Marvel CEO." Dow Jones News Service, 10/23/96.  Obtained from Factiva Research Systems. | |
| 439 | | 10 Year U.S. T-Bill Weekly Interest Rate, Federal Reserve H-15. http://www.federalreserve.gov/ releases/H15/data/wf/tcm10y.txt. | |
| 440 | | 2002 S&P Corporate Ratings Criteria Book, http://www.standardandpoors.com/ ResourceCenter/RatingsCriteria/ CorporateFinance/2002CorporateRatingsCriteria.html | |
| 441 | 8/1999 | Moody's Rating Methodology, "The Evolving Meaning of Moody's Bond Ratings." http://www.moodys.com/moodys/cust/ staticcontent/Evolving%20Meaning%20 of%20Bond%20Ratings.pdf?section=rdef | |
| 442 | | Moody's Credit Rating Definitions, http://www.moodys.com/moodys/cust/ staticcontent/2002200000265736.asp? section=rdef. | |
| 443 | | "Moody's Approach Toward the Analysis of Indenture Covenants." http://www.moodys.com/moodys/cust/ research/venus/Publication/Rating%20 Methodology/noncategorized_number/ 49130.pdf. | |
| 444 | 2006 | Brealey, Richard A., Stewart C. Myers, Franklin Allen, Principle of Corporate Finance, McGraw-Hill Irwin, New York, 2006 | |
| 445 | 1995 | Ibbotson Associates Cost of Capital Quarterly 1995 Yearbook | |
| 446 | 2002 | Ross, Westerfield, and Jaffe, Corporate Finance, 6th Edition, McGraw Hill, 2002 p. 451 | |

## SCHEDULE B-1: PLAINTIFFS' EXHIBITS IN EVIDENCE

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 447 | 11/11/96 | A. Kastenbaum, Whitman Investment Research analysis re: Marvel Entertainment Group | |
| 448 | 10/31/98 | Andrade, Gregor and Kaplan, Steven, "How Costly is Financial (Not Economic) Distress?  Evidence from Highly Leveraged Transactions that Became Distressed" Journal of Finance, Vol. LIII No. 5 | |
| 449 | 11/22/05 | Marvel Price History Oct & Nov 96; 11/22/05 report from FactSet Research Systems, Inc. | |
| 450 | 1/13/97 | Letter from the Official Committee of Bondholders of Marvel Holdings, Inc., Marvel (Parent) Holding, Inc. & Marvel III Holdings, Inc to Board Members announcing their formation on 1/9/97 in Wilmington, DE | M-SP10 0572-M-SP10-0573 |
| 451 | 1997 | Corporate Finance. A Valuation Approach by Simon Benninga and Oded Sarig (1997, McGraw Hill). | |
| 452 | 1999 | Applied Corporate Finance by Aswath Damodaran (1999, John Wiley & Sons, Inc.) | |
| 453 | 2001 | The Essays of Warren Buffet: Lessons for Corporate America (First Revised Edition, 2001, Lawrence A. Cunningham, Cardozo Law Review) | |
| 454 | 2002 | Investment Valuation by Aswath Damodaran (2002, John Wiley & Sons, Inc.) | |
| 455 | 12/27/96 | First Boston Letter To Marvel Entertainment Group, Inc. Board Of Directors re:  Fairness Opinion | DEF 13137-13138 |
| 456 | 11/20/96 | Marvel Entertainment Group, Inc. Form 8-K | EY 3514-3542 |
| 457 | 03/05/97 | Letter to Marvel Entertainment Group, Inc. Board of Directors from Official Bondholders Committee, High River Limited Partnership, Westgate International., L.P. and United Equities Commodities Co. re: structure of financial proposal | LNB 10598-10608 |