**SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS**

**Bevins**

Page 5 Lines 7 to 14
Page 5 Line 22 to Page 6 Line 14
Page 6 Line 22 to Page 7 Line 17
Page 8 Lines 3 to 15
Page 10 Line 3 to Page 11 Line 17
Page 12 Lines 21 to 25
Page 13 Line 14 to Page 14 Line 6
Page 14 Line 19 to Page 15 Line 2
Page 16 Line 14 to Page 17 Line 17
Page 19 Line 23 to Page 21 Line 5
Page 21 Line 19 to Page 22 Line 7
Page 23 Line 18 to Page 29 Line 19
Page 30 Line 23 to Page 32 Line 22
Page 33 Line 13 to Page 35 Line 6
Page 35 Lines 10 to 20
Page 40 Lines 4 to 18
Page 41 Line 16 to Page 43 Line 22
Page 50 Line 7 to Page 53 Line 4
Page 55 Line 10 to Page 56 Line 5
Page 57 Line 23 to Page 58 Line 19
Page 65 Line 16 to Page 66 Line 5
Page 71 Line 5 to Page 72 Line 3
Page 72 Line 21 to Page 73 Line 12
Page 73 Lines 13 to 23
Page 74 Line 11 to Page 75 Line 12

**Bicknese**

Page 3 Lines 10 to 16
Page 5 Line 21 to Page 6 Line 13
Page 6 Line 18 to Page 8 Line 3
Page 9 Lines 8 to 22
Page 9 Line 23 to Page 10 Line 23
Page 10 Line 24 to Page 11 Line 10
Page 11 Line 11 to Page 13 Line 11
Page 12 Line 21 to Page 13 Line 21
Page 14 Line 20 to Page 16 Line 6
Page 17 Line 3 to Page 19 Line 2
Page 19 Line 3 to Page 20 Line 4
Page 25 Line 13 to Page 28 Line 21
Page 29 Lines 2 to 11 (counter-designation)
Page 30 Lines 17 to 23
Page 32 Line 22 to Page 45 Line 21
Page 49 Line 11 to Page 53 Line 8

407597.4

## SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS

Page 53 Lines 18 to 23
Page 54 Line 15 to Page 55 Line 14
Page 64 Lines 6 to 14

**Cantor (counter-designations)**

Page 16 Lines 7 to 16
Page 28 Line 21 to Page 29 Line 6
Page 37 Lines 2 to 15
Page 82 Line 25 to Page 83 Line 5

**Celentano**

Page 3 Line 25 to Page 4 Line 11
Page 6 Line 15 to Page 8 Line 8
Page 8 Line 23 to Page 9 Line 25
Page 10 Lines 7 to 9
Page 10 Line 21 to Page 11 Line 12
Page 12 Line 24 to Page 14 Line 10
Page 18 Line 23 to Page 21 Line 4
Page 27 Line 8 to Page 28 Line 10
Page 29 Line 21 to Page 30 Line 2
Page 32 Lines 6 to 12
Page 32 Line 13 to Page 33 Line 2
Page 40 Line 11 to Page 42 Line 19
Page 47 Line 20 to Page 48 Line 22
Page 48 Line 23 to Page 49 Line 10
Page 68 Line 17 to Page 69 Line 6
Page 69 Lines 7 to 16
Page 76 Lines 4 to 10

**Drapkin**

Page 4 Line 24 to Page 5 Line 18
Page 8 Line 6 to Line 14
Page 9 Line 23 to Page 10 Line 6
Page 10 Lines 16 to 20
Page 13 Line 11 to Page 14 Line 5
Page 14 Line 23 to Page 15 Line 6
Page 15 Line 10 to Page 16 Line 18
Page 17 Lines 20 to 25
Page 26 Line 18 to Page 30 Line 17
Page 31 Line 17 to Page 32 Line 23
Page 34 Line 23 to Page 36 Line 11

## SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS

**Fowler**

Page 61 Line 18 to Page 92 Line 24
Page 204 Line 7 to Page 205 Line 4
Page 207 Lines 3 to 22
Page 215 Lines 11 to 22

**Gittis**

Page 3 Lines 20 to 24
Page 4 Line 19 to Page 5 Line 23
Page 6 Lines 9 to 23
Page 9 Line 4 to Page 11 Line 4
Page 11 Line 8 to Page 15 Line 8
Page 23 Line 20 to Page 24 Line 18
Page 24 Line 25 to Page 30 Line 10
Page 30 Line 21 to Page 37 Line 5
Page 38 Line 10 to Page 39 Line 8

**Icahn (February 19, 1997) (counter-designations)**

Page 48 Lines 2 to 12
Page 57 Line 17 to Page 58 Line 12
Page 82 Line 20 to Page 83 Line 9

**Icahn (May 29, 1997) (counter-designations)**

Page 162 Line 20 to Page 164 Line 24
Page 226 Lines 18 to 21
Page 227 Line 13
Page 231 Lines 13 to 17
Page 241 Line 19 to Page 242 Line 6
Page 255 Line 24 to Page 257 Line 20

**Intrieri (February 19, 1997) (counter-designations)**

Page 28 Lines 9 to 16
Page 40 Lines 13 to 23
Page 62 Line 20 to Page 63 Line 5
Page 71 Line 24 to Page 72 Line 15

## SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS

**Intrieri (May 30, 1997) (counter-designations)**

Page 167 Line 7 to Page 169 Line 13
Page 194 Lines 5 to 9
Page 251 Lines 6 to 10
Page 251 Line 17 to Page 252 Line 9

**Intrieri (December 6, 2002) (counter-designations)**

Page 157 Line 9-14

**Jenkins**

Page 10 Line 15 to Page 11 Line 2
Page 14 Line 23 to Page 15 Line 2
Page 17 Line 7 to Page 19 Line 9
Page 19 Line 14 to Page 20 Line 11
Page 26 Line 23 to Page 27 Line 5
Page 29 Line 20 to Page 30 Line 22
Page 29 Line 24 to Page 36 Line18
Page 37 Line 11 to Page 40 Line 3
Page 43 Line 23 to Page 46 Line 23
Page 48 Line 23 to Page 51 Line 22
Page 54 Line 20 to Page 55 Line 9
Page 57 Line 22 to Page 61 Line 24
Page 61 Line 25 to Page 62 Line 2
Page 69 Line 17 to Page 71 Line 4
Page 73 Lines 13 to 23

**Kramer**

Page 5 Lines 11 to 21
Page 7 Lines 3 to 12
Page 7 Line 23 to Page 8 Line 13
Page 9 Lines 3 to 24
Page 9 Line 25 to Page 10 Line 18
Page 10 Line 19 to Page 13 Line 24
Page 13 Line 25 to Page 14 Line 13
Page 18 Lines 1 to 9
Page 18 Line 13 to Page 19 Line 4
Page 20 Line 22 to Page 21 Line 2
Page 22 Lines 4 to 10
Page 22 Lines 11 to 23
Page 24 Line 10 to Page 27 Line 7
Page 27 Line 20 to Page 28 Line 6
Page 30 Line 3 to Page 31 Line 14

## SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS

Page 34 Line 9 to Page 36 Line 25
Page 39 Lines 8 to 21

**Perelman**

Page 4 Lines 18 to 23
Page 5 Lines 4 to 22
Page 15 Lines 11 to 21
Page 16 Line 21 to Page 18 Line 9
Page 20 Lines 14 to 23
Page 26 Line 14 to Page 27 Line 20
Page 28 Line 16 to Page 33 Line 9
Page 33 Line 21 to Page 37 Line 6
Page 37 Line 11 to Page 39 Line 7
Page 42 Line 14 to Page 43 Line 9
Page 43 Line 19 to Page 44 Line 4
Page 44 Line 23 to Page 45 Line 3
Page 45 Line 19 to Page 46 Line 8
Page 53 Lines 2 to 10
Page 54 Line 2 to Page 55 Line 13
Page 56 Line 22 to Page 57 Line 20
Page 58 Lines 15 to 19
Page 61 Line 23 to Page 62 Line 14
Page 82 Line 17 to Page 83 Line 25
Page 90 Line 20 to Line 23
Page 91 Line 15 to Page 92 Line 3
Page 92 Lines 14 to 18

**Scarpone (counter-designations)**

Page 6 Lines 4 to 21
Page 10 Line 15 to Page 13 Line 10
Page 15 Line 13 to Page 16 Line 12
Page 19 Line 24 to Page 20 Line 3
Page 21 Line 16 to Page 22 Line 14
Page 33 Line 13 to Page 34 Line 7
Page 45 Line 3 to Page 48 Line 10
Page 59 Line 22 to Page 60 Line 19

## SCHEDULE C-1: PLAINTIFFS' DEPOSITION DESIGNATIONS

**Snyder (counter-designations)**

Page 10 Line 10 to Page 11 Line 5
Page 36 Line 24 to Page 38 Line 18
Page 40 Line 23 to Page 41 Line 18
Page 44 Line 22 to Page 45 Line 20
Page 56 Line 16 to Page 57 Line 6
Page 62 Line 8 to Page 63 Line 18
Page 102 Lines 1 to 6