DEFENDANTS'
DRAFT PRE-TRIAL ORDER          SCHEDULE C-2

DEFENDANTS' DEPOSITION DESIGNATIONS

**William Bevins (counter-designations)**

Page 5 Line 7 - Page 5 Line 14
Page 5 Line 22 - Page 7 Line 17
Page 8 Line 16 - Page 10 Line 20
Page 13 Line 14 - Page 14 Line 12
Page 14 Line 19 - Page 16 Line 2
Page 27 Line 17 - Page 28 Line 9
Page 35 Line 10 - Page 36 Line 24
Page 43 Line 9 - Page 46 Line 20
Page 53 Line 13 - Page 55 Line 9
Page 56 Line 6 - Page 57 Line 8
Page 57 Line 23 - Page 58 Line 14
Page 63 Line 10 - Page 65 Line 5
Page 65 Line 16 - Page 66 Line 5
Page 68 Line 15 - Page 70 Line 24


**Robert Bicknese**

Page 3 Line 12 – Page 5 Line 21
Page 5 Line 21 – Page 7 Line 11
Page 9 Line 8 – Page 11 Line 4
Page 11 Line 17 – Page 12 Line 20
Page 12 Line 21 – Page 13 Line 14
Page 14 Lines 3-9
Page 17 Line 3 – Page 18 Line 2
Page 19 Line 3 – Page 20 Line 4
Page 28 Lines 22-25
Page 31 Line 10 – Page 32 Line 21
Page 33 Lines 9-22
Page 35 Lines 4-17
Page 37 Line 9 – Page 38 Line 21
Page 40 Lines 11-25
Page 44 Line 19 – Page 45 Line 7
Page 47 Line 25 – Page 48 Line 24
Page 49 Line 11 – Page 50 Line 13
Page 53 Lines 9-24
Page 55 Line 15 – Page 56 Line 9
Page 57 Line 21 – Page 58 Line 2
Page 58 Line 18 – Page 59 Line 9
Page 59 Line 10 – Page 62 Line 2
Page 62 Line 18 – Page 63 Line 16
Page 65 Line 10 – Page 67 Line 11

DEFENDANTS'
DRAFT PRE-TRIAL ORDER        SCHEDULE C-2

**Ronald Cantor**

Page 7 Lines 11-14
Page 7 Line 21 - Page 8 Line 5
Page 8 Line 12 - Page 9 Line 5
Page 9 Line 17 - Page 10 Line 4
Page 11 Line 18 - Page 12 Line 5
Page 13 Lines 8-23
Page 14 Lines 10-19
Page 18 Lines 17-19
Page 19 Lines 5-13
Page 19 Lines 14-18
Page 20 Line 18 - Page 21 Line 9
Page 28 Lines 4-20
Page 29 Lines 7-14
Page 29 Line 20 - Page 30 Line 12
Page 30 Line 24 - Page 31 Line 12
Page 31 Lines 13 - 24
Page 35 Line 3 - Page 36 Line 3
Page 36 Lines 14 - 25
Page 38 Line 22 - Page 42 Line 13
Page 62 Line 20 - Page 63 Line 22
Page 79 Line 23 - Page 80 Line 25
Page 83 Lines 18-24

**Daniel Celantano**

Page 3 Line 22 – Page 5 Line 19
Page 5 Line 20 – Page 7 Line 2
Page 7 Line 3 – Page 8 Line 8
Page 12 Lines 9-23
Page 12 Line 24 – Page 13 Line 14
Page 17 Lines 6-24
Page 18 Line 9 – Page 19 Line 8
Page 21 Line 5 – Page 23 Line 12
Page 23 Line 13 – Page 24 Line 3
Page 25 Line 14 – Page 26 Line 2
Page 27 Line 14 – Page 28 Line 25
Page 35 Line 15 – Page 36 Line 16
Page 43 Line 17 – Page 44 Line 9
Page 47 Line 20 – Page 48 Line 23
Page 49 Lines 11-24
Page 49 Line 25 – Page 51 Line 20
Page 54 Line 19 – Page 56 Line 24

DEFENDANTS'
DRAFT PRE-TRIAL ORDER					SCHEDULE C-2

Page 56 Line 25 – Page 57 Line 15
Page 60 Line 24 – Page 61 Line 12
Page 62 Line 17 – Page 64 Line 7
Page 64 Line 8 – Page 65 Line 8
Page 65 Line 20 – Page 67 Line 2
Page 73 Line 17 – Page 75 Line 22


**Donald Drapkin (counter-designations)**

Page 8 Line 15 – Page 9 Line 21
Page 16 Line 19 – Page 17 Line 11
Page 20 Line 20 – Page 21 Line 9
Page 22 Line 13 – Page 24 Line 2
Page 30 Line 20 – Page 31 Line 16
Page 36 Line 12 – Page 38 Line 9
Page 40 Line 16 – Page 44 Line 6


**Howard Gittis (counter-designations)**

Page 3 Line 18 – Page 5 Line 14
Page 5 Lines 15-23
Page 5 Line 24 – Page 7 Line 10
Page 7 Lines 10-17
Page 12 Line 3 – Page 13 Line 2
Page 13 Lines 11-21
Page 13 Line 22 – Page 14 Line 25
Page 15 Line 9 – Page 17 Line 18
Page 18 Line 6 – Page 21 Line 12
Page 21 Lines 18-24
Page 23 Lines 5-19
Page 23 Line 20 – Page 24 Line 18
Page 25 Line 10 – Page 26 Line 4
Page 26 Line 23 – Page 27 Line 3
Page 27 Lines 10-14
Page 27 Lines 20-25
Page 28 Lines 2-7
Page 30 Line 21 – Page 31 Line 7
Page 31 Lines 8-24
Page 31 Line 25 – Page 33 Line 21
Page 33 Line 22 – Page 34 Line 22
Page 34 Line 23 – Page 35 Line 21
Page 37 Lines 17-23

3

DEFENDANTS'
DRAFT PRE-TRIAL ORDER                       SCHEDULE C-2

**Carl Icahn (February 12, 1997)**

Page 3 Lines 18-21
Page 8 Line 8 - Page 9 Line 8
Page 11 Lines 13-21
Page 18 Lines 13-20
Page 20 Line 13 - Page 22 Line 22
Page 23 Lines 12-21
Page 24 Lines 9-13
Page 27 Line 10 - Page 28 Line 25
Page 29 Line 13 - Page 31 Line 6
Page 33 Line 10 - Page 34 Line 25
Page 36 Line 13 - Page 37 Line 7
Page 37 Line 24 - Page 38 Line 20
Page 39 Line 5 - Page 45 Line 5
Page 47 Lines 17-25
Page 48 Line 13 - Page 49 Line 5
Page 51 Line 2 - Page 56 Line 25
Page 58 Lines 13-25
Page 59 Line 10 – 60 Line 17
Page 61 Lines 14-25
Page 67 Line 15 - Page 71 Line 16
Page 77 Line 14 - Page 78 Line 6
Page 80 Line 8 - Page 82 Line 19
Page 83 Line 10 – 85 Line 16
Page 94 Lines 7-25
Page 108 Lines 15-22
Page 110 Line 24 - Page 112 Line 7


**Carl Icahn (May 29, 1997)**

Page 130 Line 16 - Page 132 Line 7
Page 170 Line 20 - Page 171 Line 4
Page 174 Lines 2-16
Page 185 Lines 6-10
Page 188 Line 14 - Page 193 Line 7
Page 194 Lines 16-19
Page 215 Line 22 - Page 218 Line 5
Page 226 Line 22 - Page 227 Line 12
Page 231 Line 18 - Page 239 Line 12
Page 240 Line 15 - Page 241 Line 19
Page 242 Lines 7-11
Page 255 Lines 18-23
Page 269 Line 14 - Page 274 Line 21
Page 281 Line 12 - Page 282 Line 24

4

DEFENDANTS'
DRAFT PRE-TRIAL ORDER                    SCHEDULE C-2

Page 290 Line 5 - Page 297 Line 11


**Carl Icahn (2002)**

Page 1 Line 1 – Page 58 Line 1
Page 61 Line 11 – Page 63 Line 10
Page 67 10 – Page 69 Line 20


**Vincent Intrieri (February 19, 1997)**

Page 5 Lines 20-25
Page 7 Lines 4-13
Page 8 Lines 6-9
Page 8 Line 17 – Page 10 Line 17
Page 11 Line 17 – Page 12 Line 20
Page 14 Line 24 – Page 15 Line 5
Page 19 Lines 4-13
Page 19 Line 17 – Page 20 Line 20
Page 21 Lines 19-21
Page 22 Lines 13-23
Page 23 Lines 19-25
Page 25 Line 25 – Page 26 Line 21
Page 27 Lines 1-14
Page 28 Lines 17-21
Page 29 Line 21 – Page 30 Line 14
Page 32 Line 3-8
Page 33 Lines 10-19
Page 35 Line 23 – Page 37 Line 2
Page 39 Line 19 – Page 40 Line 4
Page 53 Lines 14-19
Page 54 Line 12 – Page 55 Line 3
Page 61 Line 6 – Page 62 Line 19
Page 68 Lines 13-18
Page 71 Lines 12-23
Page 72 Line 16 – Page 73 Line 9
Page 74 Lines 16-21
Page 79 Line 16 – Page 80 Line 5
Page 85 Lines 8-22
Page 91 Lines 10-17

DEFENDANTS'
DRAFT PRE-TRIAL ORDER                    SCHEDULE C-2

### Vincent Intrieri (May 30, 1997)

Page 114 Line 11 – Page 115 Line 3
Page 116 Line 24 – Page 117 Line 6
Page 117 Lines 16-19
Page 118 Lines 20-24
Page 120 Lines 6-14
Page 124 Lines 10-13
Page 124 Line 18-21
Page 126 Line 7 – Page 127 Line 14
Page 127 Line 24 – Page 128 Line 24
Page 139 Lines 4-12
Page 140 Line 18 – Page 141 Line 3
Page 193 Line 4 – Page 194 Line 4
Page 194 Line 24 – Page 196 Line 9
Page 215 Line 12 – Page 217 Line 25
Page 231 Line 23 – Page 233 Line 18
Page 239 Line 17 – Page 240 Line 4
Page 242 Lines 4-12
Page 243 Lines 3-5
Page 245 Lines 4-16
Page 248 Line 16 – Page 251 Line 5
Page 251 Lines 11-16
Page 255 Line 15 – Page 256 Line 21

### Vincent Intrieri (2002)

Page 1 Line 1 – Page 17 line 7
Page 27 Line 9 – Page 32 Line 12
Page 34 Line 20 – Page 35 Line 16
Page 46 Line 25 – Page 47 Line 22
Page 50 Line 9 – Page 63 Line 10
Page 71 Line 12 – Page 84 Line 6
Page 85 Line 3 – Page 107 Line 24
Page 108 Line 14 – Page 125 Line 22
Page 128 Line 16 – Page 157 Line 8
Page 159 Line 7 – Page 172 Line 6

### Bobby Jenkins

Page 10 Lines 14-25
Page 17 Line 6 – Page 19 Line 8
Page 19 Line 13 – Page 20 Line 4
Page 26 Line 22 – Page 28 Line 21
Page 29 Line 23 - Page 30 Line 5

DEFENDANTS'
DRAFT PRE-TRIAL ORDER                SCHEDULE C-2

Page 31 Line 17-25
Page 61 Line 21 – Page 63 Line 21


**Robert Kramer**

Page 5 Line 11 – Page 7 Line 12
Page 7 Line 13 – Page 7 Line 22
Page 7 Line 23 – Page 8 Line 20
Page 9 Lines 3-11
Page 9 Line 12 – Page 11 Line 4
Page 11 Line 7 – Page 12 Line 16
Page 12 Line 17 – Page 13 Line 24
Page 13 Line 25 – Page 17 Line 14
Page 17 Line 15 – Page 18 Line 13
Page 27 Line 20 – Page 30 Line 24
Page 32 Line 5 – Page 33 Line 1
Page 36 Line 1 – Page 37 Line 5
Page 37 Line 6 – Page 38 Line 2
Page 38 Lines 3-9
Page 38 Line 24 – Page 39 Line 4
Page 39 Lines 8-14


**Ronald Perelman (counter-designations)**

Page 4 Lines 18 – 23
Page 4 Line 24 – Page 5 Line 3
Page 5 Lines 4 - 22
Page 15 Lines 11 - 21
Page 16 Line 21 – Page 18 Line 9
Page 20 Lines 14 - 23
Page 26 Line 14 – Page 27 Line 20
Page 27 Line 21 – Page 28 Line 15
Page 28 Line 16 – Page 33 Line 9
Page 33 Line 21 – Page 37 Line 6
Page 37 Line 11 – Page 39 Line 6
Page 37 Lines 7-10
Page 42 Line 14 – Page 43 Line 9
Page 43 Line 19 – Page 44 Line 4
Page 44 Line 23 – Page 45 Line 3
Page 45 Lines 4-18
Page 45 Line 19 – Page 46 Line 8
Page 51 Lines 14-22
Page 53 Lines 2 -10
Page 54 Line 2 – Page 55 Line 13

**DEFENDANTS'**
**DRAFT PRE-TRIAL ORDER**  SCHEDULE C-2

Page 55 Line 22 – Page 56 Line 10
Page 56 Line 22 – Page 57 Line 20
Page 58 Lines 15 – 19
Page 59 Line 15 – Page 61 Line 7
Page 61 Line 23 – Page 62 Line 14
Page 73 Line 20 – Page 74 Line 2
Page 74 Lines 9-18
Page 80 Line 21 – Page 81 Line 16
Page 82 Line 17 – Page 83 Line 25
Page 90 Lines 20- 23
Page 91 Line 15 – Page 92 Line 3
Page 92 Lines 14 – 18


**James Scarpone**

Page 5 Line 13 - Page 6 Line 3
Page 15 Lines 19-24
Page 16 Line 13 - Page 17 Line 19
Page 25 Line 16 - Page 26 Line 19
Page 26 Line 20 - Page 27 Line 20]
Page 35 Lines 7-19
Page 37 Line 20 - Page 39 Line 6
Page 39 Lines 7-24
Page 39 Line 25 - Page 40 Line 14
Page 42 Lines 9-19


**Ivan Snyder**

Page 7 Lines 10 - 23
Page 7 Line 24 - Page 9 Line 2
Page 12 Line 14 - Page 14 Line 14
Page 15 Lines 13 - 22
Page 16 Lines 12 - 22
Page 17 Lines 16 - 18
Page 20 Line 5 - Page 23 Line 2
Page 26 Line 22 - Page 27 Line 4
Page 28 Lines 8-23
Page 31 Line 8 - Page 33 Line 10
Page 55 Line 16 - Page 56 Line 15
Page 100 Line 17 - Page 101 Line 25