IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as Successors in Interest to the Marvel Entertainment Group, Inc., et al. ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 97-586-KAJ |
| v. ) ) | |
| RONALD O. PERELMAN, et al., ) ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **10th day of August, 2006**,

IT IS ORDERED that the Pretrial Conference presently set for **September 11, 2006 at 4:30 p.m.** is hereby rescheduled to **September 11, 2006 at 3:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE