IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as SUCCESSORS IN INTEREST TO MARVEL ENTERTAINMENT GROUP, INC. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INC., WILLIAM C. BEVINS and DONALD G. DRAPKIN,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 97-586-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FIRST AMENDED SCHEDULING ORDER**

At Wilmington, Delaware, this 17th day of August, 2006,

IT IS HEREBY ORDERED that the court's October 18, 2005 Scheduling Order (D.I. 430), is hereby amended as follows:

1.   Pretrial Conference   On November 30, 2006, the Court will hold a Rule 16(d) Final Pretrial Conference in Chambers with counsel beginning at 4:00 p.m.

2.   Motions *in Limine*.   Motions *in Limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of five pages of argument and may be opposed by a maximum of five pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be

combined in a single five (5) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

3. <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. If the case is to be tried to a jury, pursuant to Local Rules 47 and 51, the parties should simultaneously exchange draft proposed instructions to the jury, special verdict forms and jury interrogatories on August 7, 2006. The parties shall file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms and jury interrogatories.

4. <u>Trial.</u> This matter is scheduled for a bench trial beginning at 9:00 a.m. on January 2, 2007 and shall conclude on January 16, 2007.

All other deadlines as set forth in the court's October 18, 2005 Scheduling Order (D.I. 430) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE