# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

August 22, 2006

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

**BY E-FILE AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Judge
United States District Court for the District of Delaware
United States Courthouse
844 North King Street
Wilmington, Delaware 19801

      Re:  *Ronald Cantor, et al. v. Ronald O. Perelman, et al.*
           Civil Action No. 97-586-KAJ

Dear Judge Jordan:

      I write to respectfully request the entry of the enclosed proposed stipulated order providing for simultaneous filing of pretrial briefs on December 15, 2006. The parties believe that pretrial briefs will aid the Court in hearing the bench trial in the above captioned action and therefore included a provision in Section XI(B) of the joint pretrial order filed on August 4, 2006 (D.I. 486) for the parties to "simultaneously file and serve their pretrial briefs on September 22, 2006 at either 5:00 p.m. or a time agreed to by the parties," subject to the approval of the Court. After the telephone conference on August 16, 2006, the Court issued an order moving the date of the pretrial conference to November 30, 2006 and the start date of trial to January 2, 2007 (D.I. 488). In light of the scheduling change, the parties respectfully request that they be allowed to simultaneously file and serve pretrial briefs on December 15, 2006.

      Defendants' counsel have reviewed and approved this letter, and counsel for both parties have signed the enclosed proposed stipulated order.

      We are, of course, available at the convenience of the Court.

              Respectfully submitted,

              */s/ Tiffany Geyer Lydon*

              Tiffany Geyer Lydon  (I.D. #3950)

Enclosure
cc:    Paul Lockwood, Esq. (by e-file w/encl.)
       Edward A. Friedman, Esq. (by e-file w/encl.)