IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 97-586-KAJ |
| RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**REVISED STIPULATED ORDER**

Plaintiffs, Ronald Cantor, Ivan Synder and James A. Scarpone, as Trustees of the MAFCO Litigation Trust, and Defendants, Ronald O. Perelman, MAFCO Holdings Inc., MacAndrews & Forbes Holdings Inc., Andrews Group Incorporated, William C. Bevins and Donald G. Drapkin, hereby stipulate and agree, subject to the approval of the Court, that they will simultaneously file and serve pretrial briefs on December 15, 2006 at either 5:00 p.m. or a time on that date agreed to by the parties.

| ASHBY & GEDDES | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Paul J. Lockwood* |
| _____ | _____ |
| Lawrence C. Ashby (I.D. #468) | Thomas J. Allingham, II (I.D. #476) |
| Philip Trainer, Jr. (I.D. #2788) | Anthony W. Clark (I.D. #2051) |
| Tiffany Geyer Lydon (I.D. #3950) | Paul J. Lockwood (I.D. #3369) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| P.O. Box 1150 | P.O. Box 636 |
| Wilmington, DE 19899-1150 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 651-3000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
United States District Judge

172352.1