IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION, and as Successors in Interest to the Marvel Entertainment Group, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>RONALD O. PERELMAN, et al.,<br><br>Defendants. | Civil Action No. 97-586-KAJ |

### ORDER

At Wilmington this **21st** day of **November, 2006**,

IT IS ORDERED that the pretrial conference presently set for **November 30, 2006 at 4:00 p.m.** is hereby rescheduled to **December 4, 2006 at 3:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE