IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD CANTOR, IVAN SNYDER and )
JAMES A. SCARPONE, as TRUSTEES )
OF THE MAFCO LITIGATION TRUST, and )
as Successors in Interest to the Marvel )
Entertainment Group, Inc., et al., )
)
)
Plaintiffs, )
)   Civil Action No. 97-586-KAJ
v. )
)
)
RONALD O. PERELMAN, et al., )
)
Defendants. )

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Expert Testimony (D.I. 470) is GRANTED as to Professor Lawrence A. Hamermesh and DENIED in all other respects. It is further ORDERED that Defendants' Motion to Exclude Expert Testimony (D.I. 466) is GRANTED as to Justice Joseph T. Walsh, Retired, and is GRANTED to the extent that Bevis Longstreth will not be permitted to opine regarding breaches of fiduciary duty; Defendants' Motion is DENIED in all other respects.



UNITED STATES DISTRICT JUDGE

November 30, 2006
Wilmington, Delaware