IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
RONALD CANTOR, IVAN SNYDER and :
JAMES A. SCARPONE, as TRUSTEES OF :
THE MAFCO LITIGATION TRUST, :
:
        Plaintiffs, :
:
    - against - :  Civil Action No. 97-586 (KAJ)
:
RONALD O. PERELMAN, :
MAFCO HOLDINGS INC., :
MacANDREWS & FORBES HOLDINGS INC., :
ANDREWS GROUP INCORPORATED, :
WILLIAM C. BEVINS and :
DONALD G. DRAPKIN, :
:
        Defendants. :
:
------------------------------------------------------------x

## ORDER

  Trial of this matter, presently scheduled to commence on January 2, 2007, is hereby postponed. A new trial date will be set after the matter is reassigned.

  SO ORDERED.

Dated: December ___, 2006

                     _____
                     UNITED STATES DISTRICT JUDGE

409773.5