IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
RONALD CANTOR, IVAN SNYDER and :
JAMES A. SCARPONE, as TRUSTEES OF :
THE MAFCO LITIGATION TRUST, :
                      Plaintiffs, :
                      - against -    :    Civil Action No. 97-586 (KAJ)
RONALD O. PERELMAN, :
MAFCO HOLDINGS INC., :
MacANDREWS & FORBES HOLDINGS INC., :
ANDREWS GROUP INCORPORATED, :
WILLIAM C. BEVINS and :
DONALD G. DRAPKIN, :
                      Defendants. :
------------------------------------------------------------x

## ORDER

Trial of this matter, presently scheduled to commence on January 2, 2007, is hereby postponed. A new trial date will be set after the matter is reassigned.

SO ORDERED.

Dated: December 14, 2006

_____
UNITED STATES DISTRICT JUDGE

409773.5