IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, et al., | : |
|            Plaintiffs, | : |
| v. | :   C. A. No. 97-586-*** (MPT) |
| RONALD O. PERELMAN, et al., | : |
|            Defendants. | : |

### ORDER

At Wilmington, Delaware, this **18th** day of **December, 2006.**

The above-referenced matter having been reassigned to this Judge for handling through the pretrial conference,

IT IS ORDERED that the pretrial and/or trial dates in this matter are canceled.

IT IS FURTHER ORDERED that counsel are to provide the Magistrate Judge with a joint status report on or before **Monday, January 8, 2007. The status report shall be electronically filed, with a courtesy copy provided to the Magistrate Judge.** The status report shall be limited to **two (2) pages, double spaced, 12 point font**, and shall include, but is not limited to, the following: the present status of the case, all outstanding motions, including D.I. numbers and the dates on which briefing was completed, the status of discovery, as well as pertinent dates under the original scheduling order, and any subsequent scheduling orders, including prior pretrial and trial dates, whether the case is scheduled for mediation, and if so, whether

the parties intend to proceed with mediation, and whether the parties have discussed settlement independent of any formal ADR.

No status and/or scheduling conference, which may address revision of prior scheduling orders, will be considered by the Magistrate Judge until the joint status report has been filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE