IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------x
                                        :
RONALD CANTOR, IVAN SNYDER and          :
JAMES A. SCARPONE, as TRUSTEES OF        :
THE MAFCO LITIGATION TRUST,             :
                                        :    No. 97-CIV-586-***
                        Plaintiffs,     :
                                        :
           v.                           :
                                        :
RONALD O. PERELMAN,                     :
MAFCO HOLDINGS INC.,                    :
MacANDREWS & FORBES HOLDINGS INC.,  :
ANDREWS GROUP INCORPORATED,             :
WILLIAM C. BEVINS and                   :
DONALD G. DRAPKIN,                      :
                                        :
                        Defendants.     :
                                        :
---------------------------------------------------------------x
```

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's order, entered on December 18, 2006 (D.I. 505), the

parties hereby report on the status of the above-captioned case as follows:

Discovery has been completed; the case is not scheduled for mediation; the parties

have discussed settlement independent of any formal ADR; and there are no outstanding

motions.  On August 4, 2006, the parties submitted a signed Joint Proposed Pretrial Order.

(D.I. 486.)  Pursuant to an order dated August 17, 2006 (D.I. 488, Jordan, J.), a bench trial had

been scheduled to commence on January 2, 2007.  On November 30, 2006, the Court (Jordan, J.)

ruled on the parties' Daubert motions.  (D.I. 494-95.)  On December 4, 2006, a final pretrial

conference was conducted by then District Court Judge Kent A. Jordan.  At the conference, the

Court ruled on all *in limine* motions.  *See* D.I. 497 (Transcript of Pre-Trial Conference Held

Before Judge Kent A. Jordan).  On December 15, 2006, the date established by D.I. 492, the

parties filed pretrial memoranda.  (D.I. 502-04.)  By order dated December 14, 2006 (D.I. 499),

the trial date was postponed, and "this case has been designated as one to be assigned to the

judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States

Court of Appeals for the Third Circuit." (D.I. 501.)


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. No. 468)
Philip Trainer, Jr. (I.D. No. 2788)
Tiffany Geyer Lydon (I.D. No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(302) 654-1888

 -and-

FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
Emily A. Stubbs
Jonathan Gottfried
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

*Attorneys for Plaintiffs*

Dated: January 3, 2007
176518.1

SKADDEN ARPS SLATE MEAGHER
    & FLOM LLP

*/s/ Paul J. Lockwood*
_____
Thomas J. Allingham, II (I.D. No. 476)
Anthony W. Clark (I.D. No. 2051)
Paul J. Lockwood (I.D. No. 3369)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
(302) 651-3000

*Attorneys for Defendants*