IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 97-586-SLR |
| ) | |
| RONALD O. PERELMAN, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 6th day of March, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, March 17, 2008**, at 12:30 p.m. Counsel for plaintiffs shall coordinate and initiate this call.

                                 _/s/ Sue L. Robinson_
                                 United States District Judge