IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 97-586-SLR |
| | ) |
| RONALD O. PERELMAN, et al., | ) |
| | ) |
| Defendants. | ) |

# O R D E R

At Wilmington this 18th day of March, having conferred with counsel;

IT IS ORDERED that:

1. The above captioned matter is hereby referred to a Magistrate Judge, pursuant to 28 U.S.C. § 636(b), for purposes of exploring ADR.

2. Motions in limine shall be filed on or before **July 23, 2008**, with responses due on or before **July 30, 2008.**

3. The parties' proposed stipulated pretrial order shall be filed on or before **July 30, 2008**.

4. The pretrial conference shall be conducted on **August 6, 2008 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

5. A bench trial shall commence on **August 18, 2008.** The parties shall be assigned a certain number of hours in which to present their respective cases to the

court.

                                                            /s/ Sue L. Robinson
                                                           United States District Judge