IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, *et al.*, : | |
| : | |
| Plaintiffs, : | No. 97-586-SLR |
| : | |
| v. : | |
| : | |
| RONALD O. PERELMAN, *et al.*, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

  Defendants hereby move pursuant to Fed. R. Civ. P. 56, for the entry of an order granting partial summary judgment. The grounds for the motion are set forth with particularity in the opening brief filed herewith.

                   /s/ Paul J. Lockwood
                   SKADDEN, ARPS, SLATE,
                     MEAGHER & FLOM LLP
                   Thomas J. Allingham II (I.D. No. 476)
                   Anthony W. Clark (I.D. No. 2051)
                   Paul J. Lockwood (I.D. No. 3369)
                   One Rodney Square
                   P.O. Box 636
                   Wilmington, Delaware 19899-0636
                   (302) 651-3000
                   Email: Paul.Lockwood@skadden.com
                   Attorneys for Defendants

DATED: March 19, 2008