IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD CANTOR, *et al.*, | : | |
| Plaintiffs, | : | No. 97-586-SLR |
| v. | : | |
| RONALD O. PERELMAN, *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY ORDERED this ___ day of _____, 2008, that Defendants' motion for partial summary judgment is granted; and it is further ordered that the MAFCO Litigation Trust's fiduciary duty claims against Defendants arising out of the terms of the notes issued by Marvel Holdings Inc. in April 1993, including any requests for unjust enrichment or equitable disgorgement, is dismissed with prejudice on the grounds that such claims are barred by laches and the statute of limitations.

 

_____
The Honorable Sue L. Robinson
UNITED STATES DISTRICT COURT JUDGE