# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
RONALD CANTOR, IVAN SNYDER and                             :
JAMES A. SCARPONE, as TRUSTEES OF                          :
THE MAFCO LITIGATION TRUST,                                :
                                                           :
                                                           :   Civil Action No. 97-586 (SLR)
                        Plaintiffs,                        :
                                                           :
             - against -                                   :
                                                           :
RONALD O. PERELMAN,                                        :
MAFCO HOLDINGS INC.,                                       :
MacANDREWS & FORBES HOLDINGS INC.,                         :
ANDREWS GROUP INCORPORATED,                                :
WILLIAM C. BEVINS and                                      :
DONALD G. DRAPKIN,                                         :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------x
```

## ORDER APPROVING SETTLEMENT

Upon consideration of the motion by the plaintiffs in this action, for an order approving the settlement and compromise of this action on the terms set forth in the Settlement Agreement, dated June 16, 2008 (the "Settlement Agreement"); and it appearing that good cause exists for approval of the Settlement Agreement;

559732.3

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. The Court approves the Settlement Agreement.

3. Upon the payment of the Settlement Amount (as defined in the Settlement Agreement), the parties shall file the Stipulation of Dismissal with Prejudice in accordance with the Settlement Agreement and the Court shall "So Order" such stipulation.

Dated: _____, 2008         _____
                                        Hon. Sue L. Robinson
                                        United States District Judge