# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 24, 2008

The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

BY ELECTRONIC FILING

Re: *Cantor, et al. v. Perelman, et al.,*
C.A. No. 97-586-SLR

Dear Judge Robinson:

We represent the Trustees of the MAFCO Litigation Trust, plaintiffs in the above matter, for which a two-week bench trial was scheduled before Your Honor beginning on August 18, 2008. We are pleased to inform Your Honor that the parties have executed a Settlement Agreement. Under the terms of the MAFCO Litigation Trust and the Settlement Agreement, the settlement is subject to Court approval, and we have filed with the Court the Trustees' Motion for an Order Approving Settlement (D.I. 520).

As set forth in paragraph 33 of the motion, the Trustees will provide notice of the motion to the beneficiaries of the Trust. The Trustees hereby respectfully request that the Court schedule a deadline for the filing of objections, if any, and a hearing to consider the motion, so that those dates can be included in the notice to the beneficiaries.

Enclosed is the form of notice that the Trustees plan to send to the beneficiaries. We anticipate mailing the notice by June 30, 2008, and respectfully request that the Court set a hearing date in mid-August 2008, if that time period would be convenient for the Court, with an objection deadline approximately two weeks in advance of the hearing date.

We thank you for Your Honor's attention to this matter, and are, of course, available at the Court's convenience to address any questions regarding this matter.

Respectfully submitted,

*/s/ Philip Trainer, Jr.*

Philip Trainer, Jr. (I.D. # 2788)

Enclosure

{00225498;v1}

The Honorable Sue L. Robinson
June 24, 2008
Page 2


cc:     Thomas A. Allingham, Esquire (via electronic mail)
        Paul J. Lockwood, Esquire (via electronic mail)
        Edward A. Friedman, Esquire (via electronic mail)
        Daniel B. Rapport, Esquire (via electronic mail)

{00225498;v1}