IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
RONALD CANTOR, IVAN SNYDER and :
JAMES A. SCARPONE, as TRUSTEES OF :
THE MAFCO LITIGATION TRUST, :
:
                Plaintiffs, :
:
      - against - :
: C.A. No. 97-586-SLR
RONALD O. PERELMAN, :
MAFCO HOLDINGS INC., :
MacANDREWS & FORBES HOLDINGS INC., :
ANDREWS GROUP INCORPORATED, :
WILLIAM C. BEVINS and :
DONALD G. DRAPKIN, :
:
                Defendants. :
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Jonathan Gottfried, Esquire, formerly of Friedman Kaplan Seiler & Adelman LLP, lead counsel for plaintiffs, hereby withdraws from this case, effective immediately. Friedman Kaplan Seiler & Adelman LLP shall continue to represent plaintiffs as lead counsel, and Ashby & Geddes shall continue to represent plaintiffs as Delaware counsel in this action.

{00233314;v1}

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Lawrence C. Ashby (I.D. 468)
Philip Trainer, Jr. (I.D. 2788)
Tiffany Geyer Lydon (I.D. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

-and-

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
Edward A. Friedman
Andrew W. Goldwater
Daniel B. Rapport
1633 Broadway
New York, New York 10019-6708
(212) 833-1100

*Attorneys for Plaintiffs*

Dated: August 1, 2008