IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST, <br><br> *Plaintiffs,* <br><br> v. <br><br> RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN, <br><br> *Defendants.* | ) ) ) ) ) ) Civil Action No. 97-586 (SLR) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew F. Lintner of Morris James LLP, and/or a representative of High River Limited Partnership, will appear at the hearing scheduled for September 11, 2008, to object to the Trustees' Motion for an Order Approving Settlement.

Dated: August 29, 2008

MORRIS JAMES LLP

*/s/ Matthew F. Lintner*
_____
Matthew F. Lintner (Bar ID #4371)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Tel: (302) 888-6800
mlintner@morrisjames.com
*Attorneys for High River Limited Partnership*