IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES A. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>RONALD O. PERELMAN, MAFCO HOLDINGS INC., MacANDREWS & FORBES HOLDINGS INC., ANDREWS GROUP INCORPORATED, WILLIAM C. BEVINS and DONALD G. DRAPKIN,<br><br>       *Defendants*. | Civil Action No. 97-586 (SLR) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Dash, Esquire of the law firm of Brown Rudnick LLP to represent High River Limited Partnership in this matter.

Dated: September 3, 2008

                                      */s/ Matthew F. Lintner*
                                      Matthew F. Lintner (#4371)
                                      MORRIS JAMES LLP
                                      500 Delaware Avenue, Suite 1500
                                      Wilmington, Delaware 19801-1494
                                      302.888.6800
                                      mlintner@morrisjames.com
                                      *Attorneys for High River Limited Partnership*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                    United States District Judge