IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES S. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST, <br><br> Plaintiffs, <br><br> - against - <br><br> RONALD O. PERELMAN, et al. <br><br> Defendants. | NO. 97-CIV-586-SLR |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MARK D. RASMUSSEN

I, Richard M. Beck, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move for the admission *pro hac vice* of Mark D. Rasmussen, Esquire (the "Admittee"), of the law firm of Chapman and Cutler LLP, to act as counsel to La Salle Bank, N.A., as Indenture Trustee, in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bar of the State of Illinois.

Dated: September 9, 2008
Wilmington, Delaware

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: */s/ Richard M. Beck*
Richard M. Beck (Del. Bar No. 3370)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Fax: (302) 426-9193
RBeck@klehr.com

Counsel for La Salle Bank, N.A.,
as Indenture Trustee

PHIL1 803678-1