## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RONALD CANTOR, IVAN SNYDER and     :     NO. 97-CIV-586-SLR
JAMES S. SCARPONE, as TRUSTEES OF     :
THE MAFCO LITIGATION TRUST,     :
    :
           Plaintiffs,     :
    :
       - against -     :
    :
RONALD O. PERELMAN, et al.     :
    :
           Defendants.     :

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____ */s/ Mark D. Rasmussen* _____
Mark D. Rasmussen