IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD CANTOR, IVAN SNYDER and JAMES S. SCARPONE, as TRUSTEES OF THE MAFCO LITIGATION TRUST,<br><br>Plaintiffs,<br><br>- against -<br><br>RONALD O. PERELMAN, et al.<br><br>Defendants. | NO. 97-CIV-586-SLR |

## ORDER GRANTING MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5(c) FOR ADMISSION OF MARK D. RASMUSSEN, ESQUIRE PRO HAC VICE

Upon the motion of Richard M. Beck of Klehr, Harrison, Harvey, Branzburg & Ellers LLP (the "Movant"), pursuant to Local District Court Rule 83.5(c), for the admission *pro hac vice* of Mark D. Rasmussen, Esquire (the "Admittee"), of the law firm of Chapman and Cutler LLP, to act as counsel to La Salle Bank, N.A., as Indenture Trustee, due and proper notice having been given under the circumstances; and other good cause appearing;

**IT IS HEREBY ORDERED THAT** Mark D. Rasmussen, Esquire, is permitted to appear *pro hac vice* in association with Movant as co-counsel to La Salle Bank, N.A., as Indenture Trustee, in the above-captioned action.

_____
Sue L. Robinson
United States District Court Judge

PHIL1 803678-1