## CERTIFICATE OF SERVICE

I hereby certify that a copy of the MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MARK D. RASMUSSEN was caused to be served this 9th day of September, 2008, upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**
Lawrence C. Ashby, Esquire
Philip Trainer, Jr., Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Anthony W. Clark, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**
Edward A. Friedman, Esquire
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, NY  10019

**VIA ELECTRONIC MAIL**
Andrew Dash, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

                                                                                */s/ Richard M. Beck*
                                                              Richard M. Beck (Del. Bar No. 3370)