CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2008, I electronically filed the Defendants' Response to the Objection of High River Limited Partnership with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Lawrence C. Ashby, Esq.
>
>Edward Friedman, Esq.
>
>Matthew Linter, Esq.

I hereby certify that on September 9, 2008, I sent via Federal Express the Defendants' Response to the Objection of High River Limited Partnership to the following non-registered participants:

>Edward E. Minter
>High River Limited Partnership
>767 Fifth Ave., 47th Fl.
>New York, New York 10153
>
>Richard M. Beck, Esq.
>Kelly A. Green, Esq.
>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
>919 Market St.
>Wilmington, DE 19801

>/s/ Paul J. Lockwood
>Paul J. Lockwood (I.D. No. 3369)
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899-0636
>(302) 651-3000
>Email: Paul Lockwood @skadden.com