IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
RONALD CANTOR, IVAN SNYDER and                           :
JAMES A. SCARPONE, as TRUSTEES OF                        :
THE MAFCO LITIGATION TRUST,                              :
                                                         :
                              Plaintiffs,            :
                                                         :
                - against -                        :
                                                         :   C.A. No. 97-586-SLR
RONALD O. PERELMAN,                                      :
MAFCO HOLDINGS INC.,                                     :
MacANDREWS & FORBES HOLDINGS INC.,                       :
ANDREWS GROUP INCORPORATED,                              :
WILLIAM C. BEVINS and                                    :
DONALD G. DRAPKIN,                                       :
                                                         :
                              Defendants.            :
                                                         :
---------------------------------------------------------x

## AFFIDAVIT OF MAILING

State of Oregon        )
                       )   ss:
County of Multnomah    )

        I, Debra Reyes, being first duly sworn, depose and say:

        1.     I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

        2.     I am employed by Epiq Systems ("Epiq"), located in Portland, Oregon. My position is project manager and my responsibilities include coordinating mailings on behalf of Epiq's clients, including the MAFCO Litigation Trust (the "Trust"). The Trust retained my company to assist it in the processing of and distributing notice of the settlement of this action to beneficiaries of the Trust. Previously, Epiq served as claims administrator in the bankruptcy

cases of the Marvel Entertainment Group, Inc. and its subsidiaries. As claims administrator, Epiq maintained a list of holders of Allowed Unsecured Claims and Allowed Equity Interests.

3. The Trust retained Epiq to distribute to Trust beneficiaries a copy of the Notice to Beneficiaries of the MAFCO Litigation Trust (the "Notice"). A copy of the Notice is attached hereto as Exhibit A.

4. On or before August 1, 2008, I caused the Notice to be sent to Trust beneficiaries per the list of holders of Allowed Unsecured Claims and Allowed Equity Interests by first-class mail. The Notices were deposited with the U.S. Post Office with postage thereon fully prepaid and addressed to the entities listed on Exhibit B attached hereto. The total number of Notices mailed was 13,671. Of that number, 2,879 were returned, as to which we obtained new addresses for 85 and re-mailed, and the balance were undeliverable.

_____
Debra Reyes

SWORN AND SUBSCRIBED
before me this 11th day of September, 2008

Notary Public: _____

My Commission expires: 8/12/2011



OFFICIAL SEAL
ROBERT OSEAS
NOTARY PUBLIC-OREGON
COMMISSION NO. 420196
MY COMMISSION EXPIRES AUG. 12, 2011

{00239671;v1}2

705796 v1/PA