# EXHIBIT B
# (Part 1 of 4)

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0001628-00  S#0013295
10 FORWARD COMICS
206 S LINCOLN ST STE 205
PORT ANGELES, WA 98362

97586    0001629-00  S#0003696
20TH CENTURY/BOK
DBA: CENTIS
8741 LAKE RD
LEROY, NY 14482

97586    0000001-00  S#0003327
A & A STORAGE TRAILER
AND CONTAINER CO INC
1055 MONTAUK HWY
EAST PATCHOGUE, NY 11772-5450

97586    0060000-00  S#0005352
A & R INVESTMENTS
ADRIAN J BRICKHOUSE AGENT
RT 5 BOX391
ZEBULON, NC 27597-8701

97586    0060001-00  S#0007922
A ALEJANDRO CRUZ
2780 LOWELL RD
ANN ARBOR, MI 48103

97586    0060002-00  S#0011180
A CLIFTON STEWART
PO BOX 906
PALOS VERDES ESTA, CA 90274

97586    0060003-00  S#0001238
A E COMICS
11 SEMINARY CT.
BERGENFIELD, NJ 07621

97586    0060004-00  S#0004771
A ERIC DOTT
2514 STONEMILL
BALTIMORE, MD 21208

97586    0000002-00  S#0001911
A J & G COURIER LTD
11 PENN PLAZA
NEW YORK, NY 10001

97586    0060005-00  S#0007211
A JEAN REGNER CUST
RYAN T MAILLE
518 PLYMOUTH RD
ASHTABULA, OH 44004-9102

97586    0060006-00  S#0008816
A KURT GRAMS &
DOROTHY M GRAMS JTTEN
135 BLANCHE DRIVE
NEW ULM, MN 56073

97586    0060007-00  S#0001630
A PAUL KIENZLE III &
CHRISTINE L KIENZLE JT TEN
225 ST ANTHONY'S DR
MOORESTOWN, NJ 08057

97586    0060008-00  S#0001699
A PAUL KIENZLE JR &
SARAH A KIENZLE JT TEN
4 SEVILLE DR
BRIDGETON, NJ 08302

97586    0060009-00  S#0010961
A RANDALL THOMAN
2428 HIGH VISTA DR
HENDERSON, NV 89014-3709

97586    0060010-00  S#0001461
A.M. SCOTT
320 HARDWICK STREET
BELVEDERE, NJ 07823

97586    0000007-00  S#0002162
AAA LOCKSMITHS
44 W 46TH ST
NEW YORK, NY 10036

97586    0060011-00  S#0010516
AARON A ANDERSON
PO BOX 687
FREER, TX 78357

97586    0060012-00  S#0012396
AARON C FANNING
900 SOUTHAMPTON APT 120
BENICIA, CA 94510-1844

97586    0060013-00  S#0006730
AARON D BUSHEY
BOX 395
HURTSBORO, AL 36860

97586    0060014-00  S#0013505
AARON D LAWY
3170 TRAILWOOD DR
BURLINGTON, ON L7M 2Z8
CANADA

97586    0060015-00  S#0005315
AARON DAWN COLLINS
1508 FOREST HILL DR
GREENSBORO, NC 27410

97586    0060016-00  S#0004338
AARON I SPOOL
1459 GROVE AVE
WEST CHESTER, PA 19380-7104

97586    0060017-00  S#0008113
AARON INGBER
5477 POND BLUFF CT
WEST BLOOMFIELD, MI 48323

97586    0060018-00  S#0004290
AARON J LIPSCHUTZ
2137 MT VERNON ST
PHILADELPHIA, PA 19130

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**     0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060019-00  S#0006241<br>AARON JACOB RUBEN<br>11737 SW 107 TER<br>MIAMI, FL 33186 | 97586   0060020-00  S#0009395<br>AARON KASSABAUM CUST<br>KURT KASSABAUM UGMA IL<br>PO BOX 622<br>GRANDVILLE, IL 61326 | 97586   0060021-00  S#0007380<br>AARON M CAMARA<br>212 MARGUERITE AVE<br>CUYAHOGA FALLS, OH 44221-1806 |
| 97586   0060022-00  S#0008875<br>AARON M HOLAS<br>100 DIVIDE STREET<br>GLENDIVE, MT 59330 | 97586   0060023-00  S#0010320<br>AARON NISHIZAKE<br>12227 PEBBLEBROOK<br>HOUSTON, TX 77024 | 97586   0060024-00  S#0010324<br>AARON NISHIZAKI<br>12227 PEBBLEBROOK<br>HOUSTON, TX 77027 |
| 97586   0060025-00  S#0008094<br>AARON R BOETTCHER<br>C/O 47241 REMER<br>UTICA, MI 48317 | 97586   0060026-00  S#0011281<br>AARON R MAURICE<br>1225 CRESTVIEW AVENUE<br>SEAL BEACH, CA 90740-5717 | 97586   0060027-00  S#0002292<br>AARON R POINDEXTER<br>226 WELLBROOK AVE<br>STATEN ISLAND, NY 10314-6925 |
| 97586   0060028-00  S#0000110<br>AARON ROSS COHEN<br>C/F MARTIN COHEN<br>7 BLACKBERRY LN<br>FRAMINGHAM, MA 01701 | 97586   0060029-00  S#0012658<br>AARON RUSSELL JACOBS-SMITH<br>413 WETSERN DR APT 2<br>SANTA CRUZ, CA 95060 | 97586   0060030-00  S#0003853<br>AARON STRAUSS<br>3822 BURNABY DR<br>PITTSBURGH, PA 15235 |
| 97586   0060031-00  S#0000062<br>AARON T DASILVA<br>473 N MAIN ST<br>LANESBORO, MA 01237 | 97586   0060032-00  S#0007066<br>AARON TAYLAR CHADWELL<br>142 BRENTLAWN DR<br>FRANKFORT, KY 40601 | 97586   0060033-00  S#0001983<br>AARON TENENBEIN CUST<br>REBECCA B TENENBEIN<br>100 BLEECKER ST<br>NEW YORK, NY 10012 |
| 97586   0060034-00  S#0001811<br>AARON TODOROFF<br>10 MAXWELL RD<br>E BRUNSWICK, NJ 08816-4113 | 97586   0060035-00  S#0001800<br>AARON TRIOLO<br>618 MADISON AVENUE<br>DUNELLEN, NJ 08812 | 97586   0060036-00  S#0002161<br>AARON YELLIN<br>400 W 43RD ST<br>APT 33-D<br>NEW YORK, NY 10036 |
| 97586   0060037-00  S#0002096<br>ABBIE ELIASBERG FUCHS&<br>STEPHEN A FUCHS JTTEN<br>245 EAST 58TH ST #8G<br>NEW YORK, NY 10022 | 97586   0000009-00  S#0003021<br>ABC INDUSTRIES INC<br>100 CLEVELAND AVE<br>FREEPORT, NY 11520 | 97586   0000010-00  S#0003272<br>ABD/DEBLINGER<br>1660 WALT WHITMAN RD<br>MELVILLE, NY 11747 |
| 97586   0060038-00  S#0002138<br>ABE BORENSTEIN &<br>CATHERINE BROWN JT TEN<br>60 EAST END AVE #7B<br>NEW YORK, NY 10028 | 97586   0060039-00  S#0008941<br>ABE YAVITZ CUST<br>JONAH LEO ALDRETE<br>612 C COBBLESTONE<br>GLENVIEW, IL 60025 | 97586   0000093-00  S#0002129<br>ABECASSIS, ARIE H<br>504 W 110TH ST #5C<br>NEW YORK, NY 10025 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060040-00   S#0002453
ABIGAIL HOFFMAN
2838 LARKSPUR ST
YORKTOWN HEIGHTS, NY 10590

97586   0000011-00   S#0001508
ABLE SECURITY LOCKSMITH
262 STATE ROUTE 10 W
SUCCASUNNA, NJ 07876-1322

97586   0000358-00   S#0013660
ABNETT, DAN
75A MAIN ST PALERTON
NR CHESTERFIELD

DERBYSHIRE,  S44 6UR
UNITED KINGDOM


97586   0065544-00   S#0004758
ABRAHAMSEN, JESSICA
1001 ALICEANNA ST APT 405
BALTIMORE, MD 21202-4343

97586   0000013-00   S#0013638
ABU-GHAZALEH INTELLECTUAL PROP
REGIONAL OFFICE/TMP AGENTS
PO BOX 921100

AMMAN 11192
JORDAN

97586   0000014-00   S#0004291
ACCARDI CORRUGATED BOX CO
2200 W SEDGLEY AVE
PHILADELPHIA, PA 19132


97586   0000015-00   S#0002034
ACCOUNTANTS ON CALL
535 5TH AVE STE 1200
NEW YORK, NY 10017

97586   0000018-00   S#0002928
ACE AUDIO-VISUAL INC
RE: ACE AUDIO-VISUAL CO
3349 55TH ST
WOODSIDE, NY 11377

97586   0000019-00   S#0011833
ACE WORLD WIDE MOVING INC
15272 BOLSA CHICA ST
HUNTINGTON BEACH, CA 92649


97586   0060041-00   S#0002236
ACHILLE J VERGA &
MARIA VERGA
104 COTTER AVE
STATEN ISLAND, NY 10306-1148

97586   0060042-00   S#0002656
ACHILLES CHARLES PASCUCCI &
CONCETTA PASCUCCI JT TEN
21-15 34TH AVE
ASTORIA, NY 11106

97586   0000020-00   S#0005446
ACOSTA SALES
PO BOX 34309
CHARLOTTE, NC 28234


97586   0060043-00   S#0002259
ADAM BLOCK
58 FORRESTAL AVE
STATEN ISLAND, NY 10312

97586   0060044-00   S#0004594
ADAM BRAND
3 PEBBLE RIDGE COURT
ROCKVILLE, MD 20854 20854

97586   0060045-00   S#0004122
ADAM CHARLES STOLZENBERG
2054 COUNTRY CLUB DR
DOYLESTOWN, PA 18901


97586   0060046-00   S#0002886
ADAM DUME &
CARMEN J TAVAREZ JT TEN
BOX 680456
CORONA, NY 11368

97586   0060047-00   S#0002917
ADAM GOLD
104 40 QUEENS BLVD
FOREST HILLS, NY 11375

97586   0060048-00   S#0006540
ADAM H LEVY
7502 WEEPING WILLOW DR
SAROSOTA, FL 34241


97586   0060049-00   S#0012725
ADAM JACOB YEE
BOX 8748
STOCKTON, CA 95208

97586   0060050-00   S#0000111
ADAM JEOFFREY GILLMAN
1 KARA ANN DR
FRAMINGHAM, MA 01701

97586   0060051-00   S#0007492
ADAM JOHNS
6032 LA FORGE DRIVE
FAIRFIELD, OH 45014

**Debtor:**      Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:**  08/01/2008  and sent to following creditors:

```
97586    0060052-00  S#0010360
ADAM L LECOUNT
11911 OAK CROFT
HOUSTON, TX 77070


97586    0060055-00  S#0002364
ADAM MATTHEW SILVER
3 CLUBWAY LANE
HARTSDALE, NY 10530

97586    0060058-00  S#0012374
ADAM RAIDER
818 LAURELWOOD DRIVE
SAN MATEO, CA 94403


97586    0060061-00  S#0008683
ADAM WILLIAM ROSS
1807 BOHLAND AVE
ST PAUL, MN 55116


97586    0001004-00  S#0001597
ADAMS, MIKE
3 CONCORD LANE
VOORHEES, NJ 08043


97586    0060064-00  S#0009596
ADELE M MAJOR CUST
THOMAS W MAJOR
159 SAPPINGTON ACRES DR
ST LOUIS, MO 63126


97586    0060067-00  S#0009901
ADRIAN GRAFF CUST
KEVIN MARCEL
5236 JASPER ST
METAIRIE, LA 70006-2546
```

```
97586    0060053-00  S#0002603
ADAM MANN
526 E SHORE RD
KINGSPOINT, NY 11024


97586    0060056-00  S#0001841
ADAM MAURER
142 MEADOWBROOK RD
EDISON, NJ 08837

97586    0060059-00  S#0002115
ADAM SCHEIN
57 W 81ST APT4J
NEW YORK, NY 10024


97586    0000981-00  S#0001596
ADAMS SR, MICHAEL A
3 CONCORD LN
VOORHEES, NJ 08043


97586    0060062-00  S#0005655
ADELE J DAVIDSON CUST
LINDSAY ANNE WILSON
4875 RIVERHILL RD
MARIETTA, GA 30068


97586    0060065-00  S#0011927
ADELHEID EICHMANN
1616 E SYCAMORE ST
ANAHEIM, CA 92805-2238


97586    0060068-00  S#0009902
ADRIAN GRAFF CUST
KIMBER LY GRAFF
5236 JASPER ST
METAIRIE, LA 70006-2546
```

```
97586    0060054-00  S#0013661
ADAM MARGOLIN
KNOX COTTAGE
4 PROWSE AVENUE
BUSHEY HEATH HERTS WD2-1JR
UNITED KINGDOM

97586    0060057-00  S#0004566
ADAM P GOLDSTEIN
10 GERARD CT
ROCKVILLE, MD 20850

97586    0060060-00  S#0002252
              CASALE
       ██████E LUPIO
237 RIDGEWOOD AVE
STATEN ISLAND, NY 10312


97586    0000621-00  S#0005542
ADAMS, GREGORY DUKE
400 WIMBLEDON CT
COLUMBIA, SC 29210-7104


97586    0060063-00  S#0009597
ADELE M MAJOR CUST
ROBERT W MAJOR JR
159 SAPPINGTON ACRES DR
ST LOUIS, MO 63126


97586    0060066-00  S#0011260
ADOLPH HERNANDEZ JR
4723 CALADA AVE
PICO RIVERA, CA 90660-2323


97586    0060069-00  S#0009900
ADRIAN GRAFF CUST
NICHOLAS DUHON
5236 JASPER ST
METAIRIE, LA 70006-2546
```

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586    0060070-00   S#0010257
ADRIAN L TOWNZEN
4344 VINE RIDGE CT
ARLINGTON, TX 76017

97586    0060071-00   S#0013025
ADRIANA A FREDERICK &
LARRY A FREDERICK
14145 SW TEAL D
BEAVERTON, OR 97005

97586    0060072-00   S#0006351
ADRIENNE DAMSKY CUST
EMILY LILLIAN DAMSKY
3110 EQUESTRIAN DR
BOCA RATON, FL 33434-3358

97586    0060073-00   S#0013541
ADRIENNE JOHANSSON
1399 ROYAL YORK RD 23
ETIBCOKE, ON M9A 4YA
CANADA

97586    0000026-00   S#0001598
ADVANTA BUSINESS SERVICES CORP
ATTN: MARGUERITE K HALL
1020 LAUREL OAK ROAD
PO BOX 1228
VOORHEES, NJ 08043

97586    0000027-00   S#0011803
ADVANTAGE SALES & MARKETING
RE: ADVANTAGE/CROWN
19100 VON KARMAN AVE STE 600
IRVINE, CA 92612

97586    0000029-00   S#0000851
ADWEEK
PO BOX 1973
DANBURY, CT 06813-1973

97586    0000030-00   S#0001990
AFAX INC
181 HUDSON ST
NEW YORK, NY 10013

97586    0060074-00   S#0002328
AGNES CAROLAN
2438 THROOP AVE
BRONX, NY 10469

97586    0000696-00   S#0002004
AGUILA, JACQUELINE
387 PARK AVE SO
NEW YORK, NY 10016

97586    0000791-00   S#0012906
AIKEN, KEITH
653 CROSSWIND DR
SACRAMENTO, CA 95838

97586    0060075-00   S#0006120
AIMEE DAWN STEIN
13350 SW 1ST STREET
PEMBROKE PINES, FL 33027

97586    0060076-00   S#0004497
AIMEE GOLDEN
218 PENNY LANE
STERLING, VA 20164

97586    0000035-00   S#0001609
AINSPAN, ALAN
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586    0000032-00   S#0013219
AIRBORNE EXPRESS
PO BOX 662
SEATTLE, WA 98111

97586    0000589-00   S#0010653
AIRDAY, GEORGE
CITY MARSHAL
PO BOX 53981
BOULDER, CO 80323-3981

97586    0000663-00   S#0012670
AKIN, IAN
PO BOX 7406
SANTA CRUZ, CA 95061-7406

97586    0060077-00   S#0013502
AL BARAUSKAS
1424 AMBERCROFT LANE
OAKVILLE, ON L6M 1Z7
CANADA

97586    0060078-00   S#0000123
AL FRAZER CUST
CHRISTOPHER ALEXANDER FRAZER
39 TUTTLE DR
ACTON, MA 01720-2831

97586    0060079-00   S#0013249
AL GEYSER
12536 10TH AVE
SEATTLE, WA 98177

97586    0060080-00   S#0010238
AL H GRUSH JR
BOX 1268
KILGORE, TX 75663

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060081-00   S#0012647<br>AL KHOSH C/F<br>SAMMY KHOSH U/CA/UGMA<br>14563 EAST VIEW DR<br>LOS GATOS, CA 95030 | 97586   0060082-00   S#0000999<br>ALAIN HAIM C/F<br>BENJAMIN HAIM UGMA NJ<br>429 BALDWIN RD<br>MAPLEWOOD, NJ 07040 | 97586   0060083-00   S#0005882<br>ALAN A BISSONETTE &<br>FLORENCE W BISSONETTE<br>10 HEATHER LANE<br>ORMOND BEACH, FL 32174-3956 |
| 97586   0060084-00   S#0002192<br>ALAN ABRAMSON CUST<br>ADAM ABRAMSON<br>1175 PARK AVE<br>NEW YORK, NY 10128 | 97586   0060085-00   S#0005451<br>ALAN B ROSE CUST<br>STEVEN J ROSE UNCUTMA<br>3432 PROVIDENCE MANOR RD<br>CHARLOTTE, NC 28270-0780 | 97586   0060086-00   S#0010981<br>ALAN C SANDERS<br>C/O ANITA GUTIERREZ SANDERS<br>8257 GUNTHER CIR<br>LAS VEGAS, NV 89128-4544 |
| 97586   0060087-00   S#0008259<br>ALAN D FREEMAN<br>2037 WOODFIELD<br>OKEMOS, MI 48864 | 97586   0060088-00   S#0004565<br>ALAN FEINBERG CUST<br>DAN FEINBERG<br>20 BOULDERCREST COURT<br>ROCKVILLE, MD 20850 | 97586   0060089-00   S#0000676<br>ALAN G BRANDL<br>19 KELSEY RD<br>CLINTON, CT 06413-2306 |
| 97586   0060090-00   S#0010779<br>ALAN G GIROUX &<br>MARSHA G GIROUX<br>116 W ECHO LANE<br>PHOENIX, AZ 85021-5551 | 97586   0060091-00   S#0007730<br>ALAN G PATTERSON<br>4417 CR 41<br>AUBURN, IN 46706-0000 | 97586   0060092-00   S#0008557<br>ALAN GINSBERG &<br>LINDA GINSBERG JT TEN<br>518 EVERGREEN AVE<br>MADISON, WI 53704 |
| 97586   0060093-00   S#0013615<br>ALAN HAMAR<br>93 WOODLAND DRIVE<br>DELTA, BC V4L 1H7<br>CANADA | 97586   0060094-00   S#0005499<br>ALAN HANTZ<br>30 INDEPENDENCE BLVD<br>ASHEVILLE, NC 28805-9729 | 97586   0060095-00   S#0010039<br>ALAN HATCHER<br>1604 AIR DEPOT RD<br>EDMOND, OK 73013-3523 |
| 97586   0060096-00   S#0004109<br>ALAN HOLLANDER CUST<br>ANDREW BENJAMIN HOLLANDER<br>137 JAMES STREET<br>KINGSTON, PA 18704 | 97586   0060097-00   S#0001387<br>ALAN J GALLOWAY CUST<br>ZACHARY GALLOWAY<br>1058 SHORE BLVD<br>KEANSBURG, NJ 07734 | 97586   0060098-00   S#0010072<br>ALAN J GOLDFARB CUST<br>AARON M GOLDFARB<br>11801 DOVER CIRCLE<br>OKLAHOMA CITY, OK 73162 |
| 97586   0060099-00   S#0003270<br>ALAN JAFFE CUST<br>VICTOR JAFFE<br>102 MELVILLE RD<br>HUNTINGTN STA, NY 11746-7601 | 97586   0060100-00   S#0000897<br>ALAN KORNSTEIN CUST<br>MICHAEL KORNSTEIN<br>21 HIGH POINT RD<br>WESTPORT, CT 06880-3906 | 97586   0060101-00   S#0009252<br>ALAN MANDEL CUST<br>MAX NATHAN MANDEL<br>3731 N JANSSEN<br>CHICAGO, IL 60613 |

**Debtor:**         Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060102-00   S#0000998
ALAN MEADES
122 OAKVIEW AVE
MAPLEWOOD, NJ 07040

97586   0060103-00   S#0010731
ALAN MONDADA &
PEGGY MONDADA JT TEN
2702 E GLOUCESTER ST
BOISE, ID 83706

97586   0060104-00   S#0005470
ALAN MORAVANSKY
3446 CONSTABLE WAY
WILMINGTON, NC 28405

97586   0060105-00   S#0012896
ALAN MORITA CUST
FBO MICHAEL MASAHARU MORITA
1 CLEAR RIVER CIRCLE
WEST SACRAMENTO, CA 95831

97586   0060106-00   S#0011911
ALAN N SHERIN
447 SANTA LOUISA
IRVINE, CA 92714

97586   0060107-00   S#0004642
ALAN PESKOWITZ CUST
JOSHUA PESKOWITZ UGTMA
10219 RIDGEMOOR DRIVE
SILVER SPRINGS, MD 20901

97586   0060108-00   S#0012931
ALAN RAYMOND FOLEY &
SHEILA LANE FOLEY
JT TEN
516 WALNUT ST
RED BLUFF, CA 96080

97586   0060109-00   S#0003608
ALAN S LERMAN &
CAREN L LERMAN
JT TEN
904 RANO BLVD
VESTAL, NY 13850-2960

97586   0060110-00   S#0001936
ALAN SCHWARTZ &
MIMI SCHWARTZ
JT TEN
200 E 17TH ST APT 5B
NEW YORK, NY 10003

97586   0060111-00   S#0002663
ALAN STUTZ CUST
BENJAMIN STUTZ
151 WARREN ST
BROOKLYN, NY 11201

97586   0060112-00   S#0010957
ALAN WRIGHT C/F
JEREMIAH WRIGHT
PO BOX 804
TUCUMCARI, NM 88401

97586   0060113-00   S#0013486
ALANNA V ROSS
849 BORONIA CRES
NEWMARKET, ON L3Y 5J8
CANADA

97586   0060114-00   S#0013523
ALANNA Y M  LEE
366 WOODSWORTH RD
TORONTO , ON M2L 2T6
CANADA

97586   0060115-00   S#0011965
ALAR MIKK
5493 BARNARD ST
SIMI VALLEY, CA 93063

97586   0060116-00   S#0012330
ALBERT A BODERO
1462 45TH AVE
SAN FRANCISCO, CA 94122

97586   0060118-00   S#0010727
ALBERT ASKER
2713 REGAN AVE
BOISE, ID 83702

97586   0060119-00   S#0013395
ALBERT B KLINE CUST
ROBERT S GARCIA
611 AIRPORT DR
SITKA, AK 99835-9436

97586   0060120-00   S#0011205
ALBERT COUNCIL III
PO BOX 2829
INGLEWOOD, CA 90305-0829

97586   0060121-00   S#0010103
ALBERT F RINE
4509 E 25TH ST
TULSA, OK 74114

97586   0060122-00   S#0010104
ALBERT F RINE CUST
BRANON M RINE
4509 E 25TH ST
TULSA, OK 74114

97586   0060123-00   S#0010105
ALBERT F RINE CUST
LOUIS C RINE
4509 E 25TH ST
TULSA, OK 74114

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060124-00  S#0005676
ALBERT F SCHWAMLEIN CUST FOR
ALBERT BRANNON SCHWAMLEIN
461 OAKDALE RD
CANTON, GA 30114-3528

97586   0060125-00  S#0011249
ALBERT FASANI
4981 ARIANO DR
CYPRESS, CA 90630

97586   0060126-00  S#0009907
ALBERT FRANKLIN
320 TIMBERLAND DR
GRETNA, LA 70056-7244

97586   0060127-00  S#0006629
ALBERT J CRISCONI &
ANNE M CRISCONI TR
THE CRISCONI TRUST
5003 S INDIAN RIVER DR
FT PIERCE, FL 34982

97586   0060128-00  S#0012588
ALBERT J KWAN &
MARCIA J M KWAN
JT TEN
577 34TH AVE
SAN FRANCISCO, CA 94921

97586   0060129-00  S#0010974
ALBERT JACOB CUST
EVAN E JACOB
BOX 29175
LAS VEGAS, NV 89126-3175

97586   0060130-00  S#0010975
ALBERT JACOB CUST
RYAN J JACOB
BOX 29175
LAS VEGAS, NV 89126-3175

97586   0060131-00  S#0010976
ALBERT JACOB CUST
TARA G JACOB
BOX 29175
LAS VEGAS, NV 89126-3175

97586   0060132-00  S#0002731
ALBERT JOHNSON JR
910 PARK PLACE APT 5C
BROOKLYN, NY 11216

97586   0060133-00  S#0002798
ALBERT KADOSH CUST
STEVEN KADOSH
2701 STRICKLAND AVE
BROOKLYN, NY 11234

97586   0060134-00  S#0000996
ALBERT M GOTTLIEB CUST
EZRA S GOTTLIEB
60 MIDLAND BLVD
MAPLEWOOD, NJ 07040

97586   0060135-00  S#0012646
ALBERT M WOOD
PO BOX 1352
CUPERTINO, CA 95015-1352

97586   0060136-00  S#0009410
ALBERT PALLEY &
MARY PALLEY
2225 ARDELL
PEORIA, IL 61604

97586   0060137-00  S#0007024
ALBERT R HOLLOWAY &
PATRICIA I HOLLOWAY JT TEN
9600 TIVERTON WAY
LOUISVILLE, KY 40242

97586   0060138-00  S#0006769
ALBERT S MALONE CUST
JESSICA ELIZABETH MALONE
121 VAUGHANS GAPS RD
NASHVILLE, TN 37205

97586   0060139-00  S#0006768
ALBERT S MALONE JR CUST
KATHLEEN SHANNON MALONE
121 VAUGHANS GAP RD
NASHVILLE, TN 37205

97586   0060140-00  S#0005004
ALBERT S ROSLYN
KAY M ROSLYN JT TEN
4550 SEMINARY RD
ALEXANDRIA, VA 22304

97586   0060141-00  S#0008306
ALBERT SWINDLE
BOX 1454
ADRIAN, MI 49221

97586   0060142-00  S#0000534
ALBERT T RAY &
VIRGINA L RAY
JT TEN
BOX 2485 AIRPORT RD
BENNINGTON, VT 05201

97586   0060143-00  S#0002670
ALBERT UTANO
1944 59TH ST
BROOKLYN, NY 11204

97586   0060144-00  S#0010156
ALBERTO S PEREZ
1618 AVENUE A
GRAND PRAIRIE, TX 75051

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060145-00  S#0005871
ALDA GEORGANN HORTON
RTE 5 BOX 7451
STARKE, FL 32091-9805

97586   0060149-00  S#0012537
ALDO J DOSSA CUST
ANDREW SCOTT DOSSA
328 DEERPARK CT
WALNUT CREEK, CA 94598 94598

97586   0060147-00  S#0012538
ALDO J DOSSA CUST
ANTHONY JOHN DOSSA
328 DEERPARK COURT
WALNUT CREEK, CA 94598 94598

97586   0060148-00  S#0012536
ALDO J DOSSA CUST
BENJAMIN CHARLES DOSSA
328 DEERPARK COURT
WALNUT CREEK, CA 94598 94598

97586   0060146-00  S#0011620
ALDO J DOSSA CUST
GIANNA MARIE DOSSA
2012 BILLY GLEN
ESCONDIDO, CA 92026 92026

97586   0060150-00  S#0003353
ALEC ADLER CUST
BENJAMIN ADLER
18 DOONE DR
SYPSSET, NY 11791

97586   0060151-00  S#0011079
ALEJANDRO ANTONIO JARAMILLO
5148 ARGUS DR
LOS ANGELES, CA 90041

97586   0060152-00  S#0010519
ALEJANDRO ANTONIO TEY
307 MARIGOLD
MCALLEN, TX 78501

97586   0060153-00  S#0013656
ALESSANDRO LAURENTI
VIA BRATTAS 23
7500 ST  MORITZ
SWITZERLAND

97586   0060154-00  S#0003333
ALEX AIELLO
511 THRIFT ST
RONKONKOMA, NY 11779

97586   0060155-00  S#0002222
ALEX G MEADERS
279 LOCKMAN AVE
STATEN ISLAND, NY 10303-1814

97586   0060156-00  S#0002087
ALEX GOLDMAN CUST
JUSTIN CHAD GORKOWITZ
301 E 63RD ST APT 5H
NEW YORK, NY 10021-7721

97586   0060157-00  S#0000801
ALEX KALB
42 MARION RD
WESTPORT, CT 06680

97586   0060158-00  S#0012040
ALEX LAUNSPACH
419 HOUCHIN RD
BAKERSFIELD, CA 93304

97586   0060159-00  S#0000953
ALEX LITWENAK
254 UNION AVENUE
CLIFTON, NJ 07011-3216

97586   0060160-00  S#0004068
ALEX MASON
620 WALNUT STREET
FREELAND, PA 18224

97586   0060161-00  S#0012772
ALEX O KRIER
4774 MORROW RD
MODESTO, CA 95356-9732

97586   0060162-00  S#0011705
ALEX QUIMAN
11460 CAMINITO LA BAR 162
SAN DIEGO, CA 92126-6005

97586   0060163-00  S#0003444
ALEX ROY BYRD
BOX 2423
KINGSTON, NY 12401

97586   0060164-00  S#0013473
ALEX SPAZIANI
234 CHAGNON
LE GARDEUR, QC J5Z 4S7
CANADA

97586   0060165-00  S#0010576
ALEX TIPTON
5674 YOUNGFIELD
ARVADA, CO 80002

97586   0060166-00  S#0001896
ALEX WESTLEIN
2307 S BRANCH DRIVE
WHITEHOUSE STATIO, NJ 08889

97586   0060167-00  S#0012270
ALEXANDER ANOLIK CUST
ADAM A ANOLIK
693 SUTTER STREET
SAN FRANCISCO, CA 94102

97586   0060168-00  S#0000169
ALEXANDER CORVINO
5 GROVE ST
WESTFORD, MA 01886-1714

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060169-00   S#0003056
ALEXANDER DIAZ
415 FENIMORE AVE
UNIONDALE, NY 11553-1814

97586   0060170-00   S#0002361
ALEXANDER DUBIN
1 MADISON PL
HARRISON, NY 10528

97586   0060171-00   S#0009567
ALEXANDER F FILLA &
ALICIA V FILLA
JT TEN
123 GRAND AVE
WASHINGTON, MO 63090

97586   0060172-00   S#0006651
ALEXANDER F FOX
PO BOX 214
MAYLENE, AL 35114

97586   0060173-00   S#0000157
ALEXANDER F VANNETT
21 CLIFTON ST
LAWRENCE, MA 01843

97586   0060174-00   S#0007549
ALEXANDER F WEINBERG
12171 REGENCY RUN CT APT 5
CINCINNATI, OH 45240-1067

97586   0060175-00   S#0004838
ALEXANDER GOOD-MALLOY
27 STEELE AVE
ANNAPOLIS, MD 21401

97586   0060176-00   S#0004127
ALEXANDER HANKIN
HELENE HANKIN
BOX 240
ROLLING HILLS FARM
ERWINNA, PA 18920

97586   0060177-00   S#0005189
ALEXANDER J LEVICKI
5400 BERNARD DR APT F-301
ROANOKE, VA 24014

97586   0060178-00   S#0001094
ALEXANDER J RIVERA &
SUSAN L RIVERA
1309 BARBARA AVE
UNION, NJ 07083-3812

97586   0060179-00   S#0011969
ALEXANDER JOHN PRENTA
3359 SUNGLOW AVE
SIMI VALLEY, CA 93063

97586   0060180-00   S#0012190
ALEXANDER KANE MCCURRY
PO BOX 5881
MONTEREY, CA 93944

97586   0060181-00   S#0009308
ALEXANDER M BIELAKOWSKI &
CHARLENE S BIELAKOWSKI JT TEN
7722 W FARRAGUT
CHICAGO, IL 60656

97586   0060182-00   S#0013411
ALEXANDER MCKEE
CHILDRENS TRUST
236 BURNHAMTHORPE RD
ETOBICOKE, ON
CANADA

97586   0060183-00   S#0011496
ALEXANDER MICHAEL PONDER
6252 GOODLAND PL
NORTH HOLLYWOOD, CA 91606

97586   0060184-00   S#0005545
ALEXANDER S CORBOY
15 HUNTERS POND DR
COLUMBIA, SC 29223-9011

97586   0060185-00   S#0002965
ALEXANDER TOWNSEND JR
130-18 226TH ST
LAURELTON, NY 11413-1730

97586   0060186-00   S#0003028
ALEXANDRA ROSE BRUNO
197 ROXBURY LANE
GARDEN CITY, NY 11530

97586   0060187-00   S#0002639
ALEXANDRA TAYLOR
RIECKMANN-LAROSA
25 HENDERSON AV-REAR
PRT WASHINGTON, NY 11050-2440

97586   0060188-00   S#0013457
ALEXANDRA TELFER
148 PERCIVAL
MONTREAL WEST, QC H4X 1T6
CANADA

97586   0060189-00   S#0005618
ALEXANDRIA P BERDANIER
8465 HOLCOMB BRIDGE RD
ALPHARETTA, GA 30022-8530

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060190-00   S#0009271
ALFONSO ALEJANDRE JR
2742 S KILDARE
CHICAGO, IL 60623

97586    0060191-00   S#0003604
ALFONSO RAMOS JR
BOX 643
MOUNT VISION, NY 13810-0643

97586    0060192-00   S#0012137
ALFONZO ORTEGA
13485 DAVENPORT
NO EDWARDS, CA 93523


97586    0060193-00   S#0007008
ALFRED DENNIS O'DANIEL CUST
JOHN EDWARD O'DANIEL
4514 LINCOLN RD
LOUISVILLE, KY 40220

97586    0060194-00   S#0008614
ALICE CLARE VINCENT&
ANDREW T BURT JTTEN
463 3RD AVE S
PARK FALLS, WI 54552

97586    0060196-00   S#0012010
ALICE DES JARDINS CUST
SHERRIE AMBER PEER
13159 HANFORD-ARMONA RD
HANFORD, CA 93230

97586    0060195-00   S#0012008
ALICE DES JARDINS CUST
STEVEN JAMES ATKINSON
13159 HANFORD-ARMONA
HANFORD, CA 93230

97586    0060197-00   S#0012009
ALICE DES JARDINS CUST STEPHAN
SHANE DES JARDINS
UNDER THE CA UNIF TRAN MIN ACT
13159 HANFORD-ARMONA
HANFORD, CA 93230

97586    0060198-00   S#0005864
ALICE FLETCHER
1174 GANO
ORANGE PARK, FL 32073

97586    0060199-00   S#0002913
ALICE H LEE
85-53 66TH AVE
REGO PARK, NY 11374

97586    0060200-00   S#0000751
ALICE HELANDER
87 MAGNA LANE
WESTBROOK, CT 06498-1908

97586    0060201-00   S#0006781
ALICE J WIRE
6119 STONEHAVEN DR
NASHVILLE, TN 37215

97586    0060202-00   S#0011263
ALICE LIN
13051 LA JARA ST
CERRITOS, CA 90701

97586    0060204-00   S#0007042
ALICE M YASTE C/F
BRIAN  YASTE UGMA KY
2484 BETHLEHEM RD
PARIS, KY 40361

97586    0060205-00   S#0007043
ALICE M YASTE C/F
LUCAS W YASTE UGMA KY
2484 BETHLEHEM RD
PARIS, KY 40361

97586    0060206-00   S#0008914
ALICIA STEPHENSON CUST
SHELBY LOUISE STEPHENSON
125 BUCKLEY RD
BARRINGTON, IL 60010

97586    0060207-00   S#0013062
ALICIA SWINDEL CUST
JOSEPH DANIEL SWINDEL
6406 SE 34TH AVE
PORTLAND, OR 97202

97586    0060208-00   S#0003230
ALICJA BIALY  &
MARK T LUTEREK  JT TEN
5 DOUGAL LANE
EAST NORTHPORT, NY 11731

97586    0060209-00   S#0010391
ALISA E GOETZ CUST
LAUREN A HOFFMAN
5330 IMOGENE ST
HOUSTON, TX 77096

97586    0060210-00   S#0002627
ALISON APPEL &
GORDON APPEL
4 BOGART AVE
PORT WASHINGTON, NY 11050

97586    0060211-00   S#0000573
ALISON C DUNN
129 BUTLER DRIVE
GLASTONBURY, CT 06033

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0060212-00  S#0008662
ALISON ELLINGSON CUST
ANDREW ELLINGSON
2268 VAN TASSEL
STILL WATER, MN 55082

97586   0060213-00  S#0008663
ALISON ELLINGSON CUST
ARICA ELLINGSON
2268 VAN TASSEL
STILLWATER, MN 55082

97586   0060214-00  S#0001078
ALISON GILL
174 SOUTH ORABGE AVE #23
SOUTH ORANGE, NJ 07079

97586   0060215-00  S#0003348
ALISON HUDAK
301 SOUTHWOOD CIRCLE
SYOSSET, NY 11791

97586   0060216-00  S#0001126
ALISON M STERN
521 N WOOD AVE
ROSELLE, NJ 07203

97586   0060217-00  S#0004244
ALISON REINES PERELMAN
1 CHERRY LANE
WYNNEWOOD, PA 19096

97586   0060218-00  S#0011615
ALIVS OTIS EOFF JR.
460 SAXONY RD
ENCINITAS, CA 92024

97586   0060219-00  S#0002431
ALLAN B WECHSLER CUST
DAVID J WECHSLER A MINOR
137 EDGEMONT RD
SCARSDALE, NY 10583

97586   0060220-00  S#0008258
ALLAN D FREEMAN &
SARAH C FREEMAN JT TEN
2037 WOODFIELD RD
OKEMOS, MI 48864

97586   0060221-00  S#0000211
ALLAN D PARKER IV
BOX 1369
MARSHFIELD, MA 02050

97586   0060222-00  S#0006097
ALLAN FIELDS CUST
JONATHAN FIELDS
4141 N 41ST ST
HOLLYWOOD, FL 33021

97586   0060223-00  S#0004350
ALLAN FURMAN CUST
TODD L BRISTER
4042 ARBOUR CIRCLE
LAFAYETTE HILL, PA 19444

97586   0060224-00  S#0005691
ALLAN NELKIN CUST
DAVID NELKIN
3229 PINEHURST WAY
DULUTH, GA 30136

97586   0060225-00  S#0011671
ALLEN BLOOM CUST
A/C/F JONATHAN L BLOOM
3640 ELLIOT ST
SAN DIEGO, CA 92106

97586   0060226-00  S#0004817
ALLEN BOSLEY CUST
BRIAN BOSLEY
4319 RIDGE AVE
BALTIMORE, MD 21227

97586   0060227-00  S#0001591
ALLEN DEITCH
10 FOREST HILL DRIVE
CHERRY HILL, NJ 08034

97586   0060228-00  S#0007415
ALLEN DENNIS VANEK C/F
JOHN RICHARD VANEK
2450 KENSINGTON RD
FAIRLAWN, OH 44333

97586   0060230-00  S#0006414
ALLEN E SHEVY
PO BOX 9421
TAMPA, FL 33604

97586   0060232-00  S#0010384
ALLEN FAYE GAW CUST
JONATHAN A GAW
2710 MANGUM 109
HOUSTON, TX 77092

97586   0060233-00  S#0010383
ALLEN FAYE GAW CUST
LAUREN LEE GAW
2710 MANGUM 109
HOUSTON, TX 77092

97586   0060234-00  S#0010385
ALLEN GAW MD CUST
JONATHAN ALLEN GAW UNIFORM
GIFT TO MINORS ACT UNDER TX
2710 MANGUM STE 109
HOUSTON, TX 77092-7404

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0060235-00  S#0010386<br>ALLEN GAW MD CUST<br>LAUREN LEE GAW<br>2710 MANGUM STE 109<br>HOUSTON, TX 77092-7404 | 97586    0060236-00  S#0002521<br>ALLEN L KELLY CUST<br>BRAD A KELLY<br>91 VINCENT DR<br>MIDDLETOWN, NY 10940-2928 | 97586    0060237-00  S#0006271<br>ALLEN MARTIN CUST<br>DONALD JAMES MARTIN<br>8290 NW 66TH TER<br>TAMARAC, FL 33321-5004 |
| 97586    0060238-00  S#0009841<br>ALLEN SCHIPULL CUST<br>FOR JEFFREY T SCHIPULLUGMA/NE<br>2019 E 3RD STREET<br>FREMONT, NE 68025-4603 | 97586    0060239-00  S#0009840<br>ALLEN SCHIPULL CUST FOR<br>DEREK R SCHIPULL UGMA/NE<br>2019 E 3RD STREET<br>FREMONT, NE 68025-4603 | 97586    0060240-00  S#0011257<br>ALLEN SZETO<br>1016 LEXINGTON AVE<br>MONTEBELLO, CA 90640-2531 |
| 97586    0060241-00  S#0007910<br>ALLEN W CHIN &<br>SHUI KUEN CHIN JT TEN<br>5773 FOLKSTONE<br>TROY, MI 48098 | 97586    0060242-00  S#0002408<br>ALLENE R BERMAN CUST<br>ACF JILLIAN BERMAN<br>20 MOHEGAN LANE<br>PORT CHESTER, NY 10573-1429 | 97586    0060243-00  S#0013655<br>ALLESANDRO LAURENTI<br>VIA BRATTAS 23<br>7500 ST. MORITZ<br>SWITZERLAND |
| 97586    0060244-00  S#0012460<br>ALLEY YOUNG CUST<br>ANWAR YOUNG<br>BOX 5095<br>HERCULES, CA 94547 | 97586    0000045-00  S#0007027<br>ALLIANCE BROKERAGE GROUP<br>DBA GUERNSEY SALES INC<br>PO BOX 5518<br>LOUISVILLE, KY 40255-0518 | 97586    0021033-00  S#0002577<br>ALLIANCE SERVICES CORP<br>ATTN: FRANK DE OLIVEIRA-PRESIDENT<br>23 VAN SICLEN AVE<br>FLORAL PARK, NY 11001 |
| 97586    0060245-00  S#0012711<br>ALLISON D M PANG<br>1296 BRIAR CREST DR<br>SAN JOSE, CA 95131-2909 | 97586    0060246-00  S#0006173<br>ALLISON DIAMOND CUST<br>NICHOLAS LEVIN<br>1060 W 47TH ST<br>MIAMI BEACH, FL 33140 | 97586    0060247-00  S#0006538<br>ALLISON LEVIN BISHOP CUST<br>ZEV MARTEN BISHOP<br>3208 DUNCAN WAY<br>SARASOTA, FL 34239 |
| 97586    0060248-00  S#0003525<br>ALLISON WRIGHT<br>601 MALLARD DR<br>CAMILLUS, NY 13031 | 97586    0060249-00  S#0007706<br>ALLISUN DUNCAN<br>9851 NORTHCOTE<br>ST JOHN, IN 46373 | 97586    0000049-00  S#0011221<br>ALLSPORT PHOTOGRAPHY USA INC<br>2450 COLORADO AVE #500W<br>SANTA MONICA, CA 90404 |
| 97586    0060250-00  S#0005067<br>ALMA J SONDOR<br>7610 MOSS SIDE AVE<br>RICHMOND, VA 23227 | 97586    0001269-00  S#0000376<br>ALMOND, ROBERT<br>68 CLIFFORD ST #3<br>PO BOX 51316<br>NEW BEDFORD, MA 02745-0041 | 97586    0060251-00  S#0008529<br>ALONA M WEBB CUST<br>BRIAN H WEBB<br>1102 N PASS<br>EDGERTON, WI 53534 |
| 97586    0060252-00  S#0007608<br>ALONZO F SEYMOUR JR<br>503 CHURCH ST<br>CHILLICOTHE, OH 45601 | 97586    0060253-00  S#0009949<br>ALOSIA N SELLERS<br>3504 KALISTE SALOOM RD<br>LAFAYETTE, LA 70508-7602 | 97586    0060254-00  S#0006962<br>ALOYSIA P PERTUIT<br>RTE 1 BOX 181<br>MONTICELLO, MS 39654 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0060255-00    S#0008278
ALVALYN R LARSON CUST
ANDREW THOMAS VANDENBERG
1901 GREENBRIAR
PORTAGE, MI 49008

97586    0060256-00    S#0008262
ALVIN HERBERT FUHRIG
2362 SOWER BLVD
OKEMOS, MI 48864-3249

97586    0060257-00    S#0011462
ALVIN KASSELMAN CUST
LANE ARON KASSELMAN
5052 RUBIO AVE
ENCINO, CA 91436-1123

97586    0060258-00    S#0012866
ALVIN KWAN
9367 TULE CT
ELK GROVE, CA 95758-4256

97586    0060259-00    S#0009775
ALVIN M CLAYMAN CUST FBO
RACHEL R CLAYMAN
9601 W 106TH ST
OVERLAND PARK, KS 66212

97586    0001270-00    S#0010253
ALVORD, ROBERT
2503 WARWICK DR
ARLINGTON, TX 76015

97586    0060260-00    S#0001343
ALYSON M CLARK
326 UNION HILL RD
MANALAPAN, NJ 07726

97586    0060261-00    S#0012471
ALYSON MARIE KING
1133 WILLOW
MARTINEZ, CA 94553-1353

97586    0060262-00    S#0001394
ALYSON SODEN
71 LAUREL DR
LITTLE SILVER, NJ 07739

97586    0060263-00    S#0000600
ALYSSA B BERGMAN
60 LANCE DR
SOMERS, CT 06071

97586    0060264-00    S#0012138
AMANDA ARIES
13485 DAVENPORT
NO EDWARDS, CA 93523

97586    0060265-00    S#0007980
AMANDA BRACKEL
537 W DUNLAP
NORTHVILLE, MI 48167

97586    0060266-00    S#0009396
AMANDA KASSABAUM CUST
KURT KASSABAUM UGMA IL
PO BOX 622
GRANDVILLE, IL 61326

97586    0060267-00    S#0001535
AMANDA MARIE POTENZA
32 FERNCLIFF RD
MORRIS PLAINS, NJ 07950

97586    0060268-00    S#0013440
AMANDA PALERMO
9980 LILLE
MONTREAL, QC H2B 2P7
CANADA

97586    0060269-00    S#0011850
AMANDA SHEA
536 SAN BERNARDINO
NEWPORT BEACH, CA 92663

97586    0060270-00    S#0013474
AMANDA SPAZIANI
234 CHAGNON
LE GARDEUR, QC J5Z 4S7
CANADA

97586    0060271-00    S#0007709
AMANDA WALTERS
228 SHOREWOOD DR
VALPARAISO, IN 46383

97586    0060272-00    S#0013589
AMANDEEP S MANN
3424 CLEARBROOK ROAD
ABBOTSFORD, BC V2T 5C1
CANADA

97586    0060273-00    S#0010209
AMANULLAH KHAN CUST FOR
SABRINA L KHAN
6717 TALMADGE
DALLAS, TX 75230

97586    0060274-00    S#0005409
AMARA PANDARNATH CSDN
RAJEEV PANDARNATH
309 ROLLINGWOOD RD
ROANOKE RAPIDS, NC 27870

97586    0060275-00    S#0000039
AMBER STAITI
MUDDY BROOK STREAM RD
WARE, MA 01082

97586    0060276-00    S#0002647
AMEDEO M VENTURA
28-28 38TH STREET
ASTORIA, NY 11103

97586    0000053-00    S#0004934
AMERICA ONLINE
ATTN: BILLING DEPARTMENT
PO BOX 10810
HERNDON, VA 22070

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000055-00   S#0002360
AMERICAN BANK NOTE HOLOGRAPHIC
399 EXECUTIVE BLVD
ELMSFORD, NY 10523-0000

97586   0000058-00   S#0011136
AMERICAN BUSINESS CAPITAL
C/O THE RIGHT CONNECTIONS
400 S BEVERLY DR STE 208
BEVERLY HILLS, CA 90212

97586   0021116-00   S#0003250
AMERICAN BUSINESS FORMS INC
775 PARK AVE STE 225
HUNTINGTON, NY 11743

97586   0000064-00   S#0005916
AMERICAN HERITAGE LIFE INS
1776 AMERICAN HERITAGE LIFE DR
JACKSONVILLE, FL 32244-6687

97586   0021049-00   S#0002612
AMERICAN INDUSTRIAL GASES INC
ATTN: RONALD G MARSON JR
1819 GILFORD AVE
NEW HYDE PARK, NY 11040

97586   0000066-00   S#0004284
AMERICAN MARKING SYSTEMS
PO BOX 9522
PHILADELPHIA, PA 19124-9522

97586   0000069-00   S#0002740
AMERICAN STOCK TRANSFER &
TRUST CO
6201 15TH AVE STE 3
BROOKLYN, NY 11219

97586   0021103-00   S#0006656
AMERISOURCE CORPORATION
ATTN: VIC SLAY-VP FINANCE
PO BOX 1628
BIRMINGHAM, AL 35201-1628

97586   0060277-00   S#0004469
AMI SEBASTIAN-HALL &
DAVID S HALL
115 SHERIDAN LANE
SMYRNA, DE 19977-1735

97586   0001078-00   S#0007741
AMICK NORTH AMERICAN VAN LINES
RE: NORTH AMERICAN VAN LINES
5001 US HIGHWAY 30 W
FORT WAYNE, IN 46818

97586   0060278-00   S#0011470
AMIKO INE MATSUMOTO
226 N NIAGARA ST
BURBANK, CA 91505

97586   0060279-00   S#0010392
AMIR S STEINBERG
6135 S BRAESWOOD
HOUSTON, TX 77096

97586   0060280-00   S#0006829
AMRI PUTRADJAJA
1702 HIGHLAND AVE #6
KNOXVILLE, TN 37916

97586   0000072-00   S#0002012
AMSTER ROTHSTEIN & EBENSTEIN
90 PARK AVE 21ST FL
NEW YORK, NY 10016

97586   0000074-00   S#0006733
AMUSEMENT BUSINESS
PO BOX 5022
BRENTWOOD, TN 37024-5022

97586   0060281-00   S#0003935
AMY B MCDONALD CUST
JEFFREY G MCDONALD
237 PENNA VE
GIRARD, PA 16417

97586   0060282-00   S#0004121
AMY BRUMGARD CUST
JACOB SAMUEL SERLEN
9 GATEHOUSE LANE
DOYLESTOWN, PA 18901

97586   0060283-00   S#0001733
AMY E JACOBSEN
719 HAMILTON AVE
ROEBLING, NJ 08554

97586   0060284-00   S#0000789
AMY GERMANO
30 NATALIE RD
TRUMBULL, CT 06611

97586   0060285-00   S#0013098
AMY HUDKINS
810 WINDGATE ST S
SALEM, OR 97302-5677

97586   0060286-00   S#0005275
AMY OGBURN CUST
HUDSON REEVES OGBURN
428 N HAWTHORNE RD
WINSTON SALEM, NC 27104

97586   0060287-00   S#0000796
AMY R GERMANO
30 NATALIE RD
TRUMBULL, CT 06611-1212

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060288-00   S#0011727
AMY VICTOR &
SHARON VICTOR JT TEN
12531 PORTADA PL
SAN DIEGO, CA 92130-2208

97586    0060289-00   S#0006157
AMY WILES CUST
BENJAMIN WILES
1243 N W 83RD AVE
CORAL SPRINGS, FL 33071

97586    0060290-00   S#0003023
ANA M EICHENBERGER
137 GRAND AVE
FREEPORT, NY 11520

97586    0060291-00   S#0011826
ANASTASIA AULT CUST
NEIL R AULT
1991 CARMANIA LANE
HUNTINGTON BEACH, CA 92646-4315

97586    0060292-00   S#0012343
ANASTASIA D MICHEALS
1784 SANCHEZ ST
SAN FRANCISCO, CA 94131

97586    0060293-00   S#0000729
ANATOL ANTONETZ
19 HIGHLAND RD
OXFORD, CT 06478-1694

97586    0000075-00   S#0001579
ANCHOR MOVING & STORAGE
ROUTE 206 COMMERCE
PO BOX 253
COLUMBUS, NJ 08022-0253

97586    0060294-00   S#0009053
ANDERSON J WARD
ONE NORTHFIELD PLAZA SUITE 30
NORTHFIELD, IL 60093

97586    0021135-00   S#0010206
ANDERSON NEWS CO SOUTHWEST LLC
SUCCESSOR TO: ETD KROMAR
11325 GEMINI LANE
DALLAS, TX 75229

97586    0061624-00   S#0004504
ANDERSON, CHARLES R
PO BOX 338
LOVETTSVILLE, VA 20180-0338

97586    0060295-00   S#0005384
ANDRE BRIAN CORBIN
5304 WALLINGFORD DR
RALEIGH, NC 27616-7819

97586    0060296-00   S#0007929
ANDRE T HARRIS
3120 DOLPH DR
ANN ARBOR, MI 48103-2067

97586    0060297-00   S#0006603
ANDREA D NAUTA
352 DAYTON CT
PALM HARBOR, FL 34684

97586    0060298-00   S#0013459
ANDREA DONAHUE
33 CAMPBELL AVENUE
MONTREAL WEST, QC H4X 1V2
CANADA

97586    0060299-00   S#0006014
ANDREA E TRINIDAD CUST
NEVILLE A RODRIGUEZ
2231 CURRYVILLE RD
CHULUOTA, FL 32766-9150

97586    0060300-00   S#0010894
ANDREA LEVIN
2707 E WARWICK VISTA
TUCSON, AZ 85713

97586    0060302-00   S#0009250
ANDREA LEWE CUST
ADAM S LEWE
401 NORTH MICHIGAN AVENUE
SUITE 1420
CHICAGO, IL 60611

97586    0060301-00   S#0008945
ANDREA LEWE CUST
ARIK N LEWE
IL/UNIF/TRNSFR/MNRS/
2322 PHILLIPS
GLENVIEW, IL 60025

97586    0060303-00   S#0010788
ANDREA LUTER CUST
LUKE ALLEN LUTER
2242 W MONONA DR
PHOENIX, AZ 85027

97586    0060304-00   S#0002409
ANDREA LYN BERMAN
20 MOHEGAN LANE
RYE BROOK, NY 10573-1429

97586    0060305-00   S#0009289
ANDREA MARK CUST
ANDREW D MARK UGMA IL
1926 N NORMANDY
CHICAGO, IL 60635

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586   0060306-00   S#0003356        97586   0060307-00   S#0003346        97586   0060308-00   S#0013428
ANDREA STEVENS                        ANDREA WILSON CUST FOR                ANDREA YEUNG
3701 BERNE RD                         CORY A WILSON NY UGTMA                C/O LORNE G YIP
WANTAGH, NY 11793                     90 UPTON DR                          812 EAST PENDER STREET
                                      SOUND BEACH, NY 11789                VANCOUVER, BC
                                                                           CANADA


97586   0060309-00   S#0013662        97586   0060310-00   S#0006182        97586   0060311-00   S#0000268
ANDREAS STAVROU                       ANDRES MACIA                         ANDREW AMORELLO
43 CRESWELL RD                        4940 SW 77 ST                        46 DALBY ST
EAST TWICKENHAM                       MIAMI, FL 33143-6053                 NEWTON, MA 02158
LONDON, TW1 2EA
UNITED KINGDOM


97586   0060313-00   S#0003467        97586   0060312-00   S#0003466        97586   0060314-00   S#0013648
ANDREW BARD CUST                      ANDREW BARD CUST                     ANDREW BOON LEONG PHANG
PATRICK A BARD                        SCOTT E BARD                         1A WEST COAST WAY
30 CRONISER DR                        30 CROMSER DRIVE                     SINGAPORE 0512
HOPEWELL JCT, NY 12533-6156           HOPEWELL JCT, NY 12533               SINGAPORE


97586   0060315-00   S#0008072        97586   0060316-00   S#0005479        97586   0060317-00   S#0001663
ANDREW C GAMALSKI CUST                ANDREW C PRESTON                     ANDREW C SABO
GRANT T GAMALSKI UGMA MI              1402 GREEN SPRINGS RD                517 A SICKLERVILLE ROAD
454 WHIMS LN                          NEW BERN, NC 28560-6628             WILLIAMSTOWN, NJ 08094
ROCHESTER, MI 48306


97586   0060318-00   S#0009602        97586   0060319-00   S#0010840        97586   0060320-00   S#0000290
ANDREW CHACKES                        ANDREW CHARLES HARRISON             ANDREW D COLLINS
8100 GANNON                           5806 E GRAND VIEW                   15 CROSS ST
ST LOUIS, MO 63130                    SCOTTSDALE, AZ 85254               ARLINGTON, MA 02174


97586   0060321-00   S#0009785        97586   0060322-00   S#0004983        97586   0060323-00   S#0009152
ANDREW D KEMME                        ANDREW D LANTZ                       ANDREW DANTA CUST
6400 MIZE RD                          961-B S ROLFE ST                    PETER ANDREW DANTA
SHAWNEE, KS 66226-3356                ARLINGTON, VA 22204                 17 W LOGAN ST
                                                                          LAMONT, IL 60439


97586   0060324-00   S#0011130        97586   0060325-00   S#0012246        97586   0060326-00   S#0001208
ANDREW DAVID ETTINGER                 ANDREW DELLINS                       ANDREW E R FROMMELT JR
C-O SANDRA ETTINGER                   818 INTREPID LANE                   50 KNOX TER 1A
8725 CLIFTON WAY N 104                REDWOOD CITY, CA 94065              WAYNE, NJ 07470-7960
BEVERLY HILLS, CA 90211
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0060327-00   S#0004633
ANDREW EGBER CUST
ALEXANDER EGBER
209 UPSHIRE CIR
GAITHERSBURG, MD 20878-5235

97586    0060328-00   S#0004632
ANDREW EGBER CUST
DEVIN M EGBER
209 UPSHIRE CIR
GAITHERSBURG, MD 20878-5235

97586    0060329-00   S#0013363
ANDREW F ETTER
1550 CRESCENT DR
ANCHORAGE, AK 99508

97586    0060330-00   S#0007342
ANDREW F KOHA CUST
JEFFREY A KOHA
7620 ISAAC DR
CLEVELAND, OH 44130-6223

97586    0060331-00   S#0007343
ANDREW F KOHA CUST
MARK A KOHA
7620 ISAAC DR
CLEVELAND, OH 44130-6223

97586    0060332-00   S#0003491
ANDREW F TENAGLIA CUST
JOHN A TENAGLIA
RD 3 MALONEY DR
WAPPINGER FALLS, NY 12590

97586    0060333-00   S#0005544
ANDREW FRIEDMAN
22 OLD SPRINGS RD
COLUMBIA, SC 29223

97586    0060334-00   S#0006003
ANDREW G MAUS JR &
LISA K MAUS
493 NORRIS LANE
LAKE HELEN, FL 32744

97586    0060335-00   S#0003132
ANDREW GARY ROTHSTEIN &
DIANE W ROTHSTEIN JTTEN
24 CLOVER LN
ROSLYN HEIGHTS, NY 11577-2724

97586    0060337-00   S#0011167
ANDREW GRUENBERG CUST
WILLIAM H GRUENBERG
18202 KINGSPORT DR
MALIBU, CA 90265

97586    0060336-00   S#0011168
ANDREW GRUENBERG CUST
WILLIAM HAROLD GRUENBERG
18202 KINGS PORT
MALIBU, CA 90265

97586    0060338-00   S#0000540
ANDREW H AUDERIETH
26 BAYCREST DR
SO BURLINGTON, VT 05403-7758

97586    0060339-00   S#0010533
ANDREW HAMLIN
606 PRESSLER ST
AUSTIN, TX 78703-5126

97586    0060340-00   S#0002194
ANDREW HARRIS RUBEL
1165 PARK AVE
NEW YORK, NY 10128

97586    0060341-00   S#0000750
ANDREW HELANDER
87 MAGNA LANE
WESTBROOK, CT 06498-1908

97586    0060342-00   S#0006846
ANDREW HOYT CRENSHAW JR CUST
ANDREW HOYT CRENSHAW III
15 ST ANDREWS FAIRWAY
MEMPHIS, TN 38111

97586    0060343-00   S#0011939
ANDREW IACOPELLI
2177 APLOMAR ST
VENTURA, CA 93003

97586    0060344-00   S#0006821
ANDREW J GIBBONS
152 WEMBECK DR
KINGSPORT, TN 37664-4639

97586    0060345-00   S#0006428
ANDREW J HAFER CUST
THOMAS R HAFER
6230 SOARING AVENUE
TAMPA, FL 33617

97586    0060346-00   S#0004207
ANDREW J O'CONNOR
105 GOLF CLUB DR
LONGHORNE, PA 19047

97586    0060347-00   S#0007387
ANDREW J TRUAX
18527 MUMFORD RD
GARRETTSVILLE, OH 44231

97586    0060348-00   S#0005647
ANDREW JAMES ZAPPAS II
3650 BLAKEFORD WAY
MARIETTA, GA 30062

97586    0060349-00   S#0005892
ANDREW JAY ZARKA
2148 ST JOHNS AVE
JACKSONVILLE, FL 32204-4419

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060350-00  S#0008064<br>ANDREW KARAY &<br>ANNE S KARAY<br>6743 VACHON DR<br>BLOOMFIELD, MI 48301-2940 | 97586   0060351-00  S#0001389<br>ANDREW KARYCINSKI<br>60 OREGON AVE<br>EAST KEANSBURG, NJ 07734-2319 | 97586   0060352-00  S#0004266<br>ANDREW KOTOWICH<br>122 ALEXIS LANE<br>PHILADELPHIA, PA 19115 |
| 97586   0060353-00  S#0013531<br>ANDREW LEO PAULSON<br>15 GORMLEY AVE<br>TORONTO, ON M4V 1Y9<br>CANADA | 97586   0060354-00  S#0005688<br>ANDREW LORING<br>2716 ASHLEY OAKS CT<br>DULUTH, GA 30136 | 97586   0060355-00  S#0007933<br>ANDREW M EGGAN CUST<br>JULIE ANNE EGGAN<br>835 CHERRY STONE COURT<br>ANN ARBOR, MI 48105 |
| 97586   0060356-00  S#0010730<br>ANDREW M POTTER<br>8911 DEVORSHIRE AVE<br>BOISE, ID 83704-4252 | 97586   0060357-00  S#0008069<br>ANDREW M SIENKIEWICZ<br>2376 HUNT CLUB DR<br>BLOOMFIELD HILLS, MI 48304 | 97586   0060358-00  S#0000315<br>ANDREW M STREISFELD<br>174 STANDISH RD<br>NEEDHAM, MA 02192 |
| 97586   0060359-00  S#0012832<br>ANDREW MARK WINDING<br>151 LOST CREEK DR<br>FOLSOM, CA 95630-1568 | 97586   0060360-00  S#0003413<br>ANDREW N CARNELL CUST<br>BRADLEY N CARNELL<br>199 FONT GROVE RD<br>SLINGERLANDS, NY 12159 | 97586   0060361-00  S#0009708<br>ANDREW N PATTERSON II<br>PO BOX 737<br>OSAGE BEACH, MO 65065-0737 |
| 97586   0060362-00  S#0013226<br>ANDREW NORTON<br>337 18TH AVE E APT B<br>SEATTLE, WA 98112-5126 | 97586   0060363-00  S#0011049<br>ANDREW ORTHUN CUST<br>JUSTIN MAX ORTHUN<br>1858 KELTON AVE<br>LOS ANGELES, CA 90025-4502 | 97586   0060364-00  S#0000019<br>ANDREW OUELLET<br>C/F JOSEPHINE OUELLET<br>237 MILLBROOK DR<br>E LONGMEADOW, MA 01028 |
| 97586   0060365-00  S#0006022<br>ANDREW PEARL<br>499 TIMBERRIDGE DR<br>LONGWOOD, FL 32779-2644 | 97586   0060366-00  S#0008844<br>ANDREW RAILE<br>724 5TH AVE SW 1<br>ABERDEEN, SD 57401-3958 | 97586   0060367-00  S#0011499<br>ANDREW RICHARD NEUMEYER<br>4936 CARPENTAR AVE<br>N HOLLYWOOD, CA 91607 |
| 97586   0060368-00  S#0011073<br>ANDREW RICHARDSON<br>634 S RIDGELEY DR APT 4<br>LOS ANGELES, CA 90036-3870 | 97586   0060369-00  S#0003395<br>ANDREW S WHITE<br>883 HICKORY DR<br>CASTLETON ON HUDS, NY 12033 | 97586   0060370-00  S#0004686<br>ANDREW SABOL JR<br>1012 PIRATES CT<br>EDGEWOOD, MD 21040-1322 |
| 97586   0060371-00  S#0004379<br>ANDREW SCOTT WICKEL<br>232 SHAKESPEARE DR<br>CORNWALL TER<br>SINKING SPRING, PA 19608 | 97586   0060372-00  S#0011991<br>ANDREW SIMONS CUST<br>KAYLA R SIMONS<br>4093 NARANJO DR<br>SANTA BARBARA, CA 93110 | 97586   0060373-00  S#0004694<br>ANDREW SPRAINIS CUST<br>STEPHEN A SPRAINIS<br>2277 DANIELS RD<br>ELLICOTT CITY, MD 21043-1907 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0060374-00  S#0005219<br>ANDREW STEPHEN THOMAS III<br>1585 CONNELL RD<br>CHARLESTON, WV 25314-1960 | 97586    0060375-00  S#0011207<br>ANDREW STRAUSS<br>445 25TH ST<br>SANTA MONICA, CA 90402 | 97586    0060376-00  S#0006494<br>ANDREW SZUMLANSKI<br>11640 PINE HAMMOCK CR<br>FT MYERS, FL 33919 |
| 97586    0060377-00  S#0006960<br>ANDREW T RATHKOPF<br>102 REYNOLDS CIR<br>OCEAN SPRINGS, MS 39564-9736 | 97586    0060378-00  S#0008211<br>ANDREW W ALBRANT JR<br>3101 DEARBORN<br>FLINT, MI 48507 | 97586    0060379-00  S#0012267<br>ANDREW W BOHANNON<br>1728 KIMBERLEY DR<br>SUNNYVALE, CA 94087-5228 |
| 97586    0060380-00  S#0011585<br>ANDREW WILLIAM  SELLGREN<br>10176 SIERRA MADRE RD<br>SPRING VALLEY, CA 91977 | 97586    0060381-00  S#0013524<br>ANDREW Y W  LEE<br>366 WOODSWORTH RD<br>TORONTO , ON M2L 2T6<br>CANADA | 97586    0000079-00  S#0009687<br>ANDREWS & MCNEEL<br>PO BOX 930838<br>KANSAS CITY, MO 64141-0838 |
| 97586    0000080-00  S#0009692<br>ANDREWS & MCNEEL<br>PO BOX 930838<br>KANSAS CITY, MO 64193-0838 | 97586    0000081-00  S#0013538<br>ANDROMEDA DISTRIBUTING<br>2113 DUNDAS ST W<br>TORONTO, ON  M6R  1X1<br>CANADA | 97586    0060382-00  S#0002900<br>ANDY CHEN<br>86-40 55 AVE<br>ELMHURST, NY 11373 |
| 97586    0060383-00  S#0008002<br>ANDY CIRINESI<br>317 WINCHESTER<br>SOUTH LYON, MI 48178-2046 | 97586    0060384-00  S#0004515<br>ANGELA C AKERS<br>13016 OLD STAGE COACH RD<br>LAUREL, MD 20708 | 97586    0060385-00  S#0002912<br>ANGELA H LEE<br>85-53 66TH AVE<br>REGO PARK, NY 11374 |
| 97586    0060386-00  S#0001828<br>ANGELA JONES CUST<br>J'LONI JONES<br>11 CHAMPLAIN WAY<br>FRANKLIN PARK, NJ 08823-1721 | 97586    0060387-00  S#0006152<br>ANGELA L VICTOR &<br>GERALDINE G VICTOR JTTEN<br>1824 RACQUET CT<br>N LAUDERDALE, FL 33068 | 97586    0060388-00  S#0007077<br>ANGELA M PALMER<br>512 MAIN ST<br>BROMLEY, KY 41016 |
| 97586    0060389-00  S#0008829<br>ANGELA M ROSENBROOK<br>1717 33 1/2 ST S<br>MOORHEAD, MN 56560 | 97586    0060390-00  S#0003183<br>ANGELA PASCUCCI<br>22 ADAMS AVE<br>BAYVILLE, NY 11709-1331 | 97586    0060391-00  S#0000727<br>ANGELA SCHUTZ CUST<br>PETER LOUIS SCHUTZ<br>506 DOGWOOD RD<br><br>ORANGE, CT 06477-2614 |
| 97586    0060392-00  S#0006447<br>ANGELIA G HUNTER CUST<br>AUSTIN P HUNTER<br>6420 RENWICK CIRCLE<br>TAMPA, FL 33647 | 97586    0060393-00  S#0002311<br>ANGELINA DANIELLE LEONE<br>1641 BAYVIEW AVENUE<br>BRONX, NY 10465 | 97586    0060394-00  S#0009120<br>ANGELINE M REISKIS<br>1066 MOHEGAN<br>SCHAUMBURG, IL 60193-3751 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060395-00   S#0012934<br>ANGELITA DEHE<br>GENERAL DELIVERY<br>APO, AP 96271-0530 | 97586   0060396-00   S#0001119<br>ANGELO E TURSI &<br>LOLA P TURSI<br>635 BELLEVILLE AVE<br>BELLEVILLE, NJ 07109 | 97586   0060399-00   S#0003893<br>ANGELO V SPAGNOLO CUST<br>DAVID C SPAGNOLO<br>RD 2 BOX 641- D<br>FAYETTE CITY, PA 15438-9802 |
| 97586   0060398-00   S#0003892<br>ANGELO V SPAGNOLO CUST<br>DONALD J SPAGNOLO II<br>RD 2 BOX 641<br>FAYETTE CITY, PA 15438-9802 | 97586   0060400-00   S#0012447<br>ANGUS M ROBINSON<br>29218 BOWHILL ROAD<br>HAYWARD, CA 94544-8700 | 97586   0060401-00   S#0002112<br>ANI POLITIS CUST<br>DAVID POLITIS UGTMA NY<br>440 WEST END AVE<br>NEW YORK, NY 10024 |
| 97586   0060402-00   S#0012481<br>ANIL K  & MAYA CHATTERJEE TR<br>09/11/89<br>FOR THE CHATTERJEE FAMILY TR<br>4883 WINDERMERE DR<br>NEWARK, CA 94560-1462 | 97586   0060403-00   S#0000234<br>ANIMAL RESCUE LEAGUE OF BOSTON<br>10 CHANDLER STREET<br>BOSTON, MA 02117 | 97586   0060404-00   S#0010442<br>ANITA ABBOTT C/F<br>ALYSSA ABBOTT UGMA TX<br>4903 HONEYSUCKLE LANE<br>PASADENA, TX 77505 |
| 97586   0060405-00   S#0001315<br>ANITA BENEDETTO CUST<br>AUSTIN BENEDETTO<br>50 LYLEWOOD DR<br>TENAFLY, NJ 07670-1909 | 97586   0060406-00   S#0001207<br>ANITA CERBONE CUST<br>ALYSON JENNA CERBONE<br>62 CASTLES DR<br>WAYNE, NJ 07470-5527 | 97586   0060407-00   S#0008559<br>ANITA J DRAKE CUST<br>MILES DAVID DRAKE<br>310 GLEN HWY<br>MADISON, WI 53705 |
| 97586   0060408-00   S#0011583<br>ANITA LOUISE SELLGREN<br>10176 SIERRA MADRE RD<br>SPRING VALLEY, CA 91977 | 97586   0060409-00   S#0003606<br>ANITA SEARS CUST<br>IAN SEARS<br>BOX K<br>OTEGO, NY 13825 | 97586   0060410-00   S#0007720<br>ANITA W KOPETSKI CUST<br>VIKTOR D CIEPLINSKI<br>212 E BORLEY AVENUE<br>MISHAWAKA, IN 46545 |
| 97586   0060411-00   S#0003027<br>ANN ANDERSON CUST<br>JONATHAN ANDERSON<br>78 TELL TER<br>GARDEN CITY, NY 11530 | 97586   0060412-00   S#0006573<br>ANN ANTHONY FIDUK CUST<br>ERIC B WARREN<br>22 SE OCALA WAY BIRD IS<br>SUMMERFIELD, FL 34491-4623 | 97586   0060413-00   S#0009757<br>ANN B VOLIN CUST<br>DANNY P VOLIN<br>16118 W 144TH ST<br>OLATHE, KS 66062 |
| 97586   0060414-00   S#0011593<br>ANN BLACKWELL CUST<br>ELIZABETH A BLACKWELL<br>11 RIDGE TOP PALMAS DEL MAR<br>HUMACOO, PR 92007 | 97586   0060415-00   S#0004712<br>ANN BLAIR MERSINGER<br>BOX 126<br>HAMPSTEAD, MD 21074 | 97586   0060416-00   S#0008666<br>ANN C DILLON TR<br>MB/FBO JOHN J LOHMAN TRUST<br>2177 CARROLL AVE<br>SAINT PAUL, MN 55104-5043 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060417-00   S#0003040
ANN CAVALIERE
46 THE GLEN
GLEN HEAD, NY 11545

97586   0060418-00   S#0011097
ANN CHANIN GOLD & LEONA CHANIN
TTEES FOR THE MARC GOLD TRUST
DTD 10/5/81
11995 DARLINGTON
LOS ANGELES, CA 90049-5603

97586   0060419-00   S#0007677
ANN DEAGAN-ROMBERG
7153 BROMPTON COURT
INDIANAPOLIS, IN 46250-2709

97586   0060420-00   S#0007834
ANN EDWARDS CUST
DANIEL EDWARDS
4665 ROLLING RIDGE
W BLOOMFIELD, MI 48033

97586   0060421-00   S#0005106
ANN HARDESTY
3740 N QUEENSGROVE CIR
VA BEACH, VA 23452

97586   0060422-00   S#0007518
ANN HILL CUST
JOHN DAVID HILL JR
1340 OBSERVATORY DR
CINCINNATI, OH 45208

97586   0060423-00   S#0005866
ANN JACKSON SWANN
611 PONTE VEDRA LAKES BLVD 506
PONTE VEDRA BEACH, FL 32082

97586   0060424-00   S#0011794
ANN L SIMMONS
24689 CORTE GAMBINO
MURRIETA, CA 92562

97586   0060425-00   S#0010956
ANN LESTER CUST
GARY W LESTER
BOX 6227
ROSWELL, NM 88202

97586   0060426-00   S#0000171
ANN LOUISE YUREK &
JOSEPH ALAN YUREK
448 SHAWSHEEN AVE
WILMINGTON, MA 01887

97586   0060427-00   S#0008431
ANN M JAMISON
BOX 204
CLINTON, IA 52733-0204

97586   0060428-00   S#0000670
ANN M LAZAREK CUST
DANIEL LAZAREK
205 PEQUOT
PAWCATUCK, CT 06379-1417

97586   0060429-00   S#0005661
ANN M OWENS CUST
DANIEL P OWENS
4577 MOUNTAIN CREEK DR NE
ROSWELL, GA 30075-4062

97586   0060430-00   S#0006441
ANN M ROSENBACH CUST
A/C/F MICHAEL SCOTT ROSENBACH
2903 S BEACH DR
TAMPA, FL 33629

97586   0060431-00   S#0013018
ANN M TOM CUST
WOODSTOCK L M TOM
250 NOONOU
HONOLULU, HI 96825

97586   0060432-00   S#0005612
ANN MARGARET MCDONALD CUST
WESLEY ALLEN MCDONALD
BOX 145
BLUFFTON, SC 29910

97586   0060433-00   S#0000612
ANN MARIE CAMPANELLI C/F
ANTHONY J CAMPANELLI III
28 EASTGATE LANE
ENFIELD, CT 06082

97586   0060434-00   S#0000616
ANN MARIE CAMPANELLI C/F
NICHOLAS A CAMPANELLI UGMA/CT
28 EASTGATE LANE
ENFIELD, CT 06082

97586   0060435-00   S#0000564
ANN MARIE MCMAHON CUST
ALYSSA D MCMAHON
14 BENTLY RD
BRISTOL, CT 06010

97586   0060436-00   S#0011498
ANN N MASHIYAMA
6706 LAUREL GROVE AVE 3
N HOLLYWOOD, CA 91606-1421

97586   0060437-00   S#0004877
ANN N SEVY
312 BROAD ST F70
MIDDLETOWN, MD 21769

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060438-00   S#0010406
ANN NECESSARY CUST
JAMES WILLIAM STUBBS
11 JOHNSON RD
COLDSPRING, TX 77331

97586   0060439-00   S#0010405
ANN NECESSARY CUST
JARRED DAVID KNOX
11 JOHNSON RD
COLDSPRING, TX 77331

97586   0060440-00   S#0010404
ANN NECESSARY CUST
JUSTIN DANIEL KNOX
11 JOHNSON RD
COLDSPRING, TX 77331

97586   0060441-00   S#0010403
ANN NECESSARY CUST
TRAVIS WAYNE HAMILTON
11 JOHNSON RD
COLDSPRING, TX 77331

97586   0060442-00   S#0004326
ANN O CUBBERLEY CUST
CHRISTOPHER D VOORHEES
966 ETHAN ALLEN RD
BERWYN, PA 19312

97586   0060443-00   S#0003461
ANN PATMAN
RR 1 BOX 148
HIGHVIEW ROAD
DOVER PLAINS, NY 12522-9720

97586   0060444-00   S#0000277
ANN POWERS CUST
TAYLOR G POWERS UMAUTMA
22 ELLIOT TER
NEWTON UPPER FALL, MA 02164

97586   0060445-00   S#0013369
ANN RUSHING C/F
CALEB KUNTZ UGMA AK
BOX 112576
ANCHORAGE, AK 99511-2576

97586   0060446-00   S#0013370
ANN RUSHING C/F
MALCOLM KUNTZ UGMA AK
BOX 112576
ANCHORAGE, AK 99511-2576

97586   0060447-00   S#0013368
ANN RUSHING C/F
RAVEN KUNTZ UGMA AK
BOX 112576
ANCHORAGE, AK 99511-2576

97586   0060448-00   S#0004196
ANN T LINK CUST
MATHEW A LINK
60 BARBARA RD
HATBORO, PA 19040-2006

97586   0060449-00   S#0004195
ANN T LINK CUST
STEPHEN L SEGER
60 BARBARA RD
HATBORO, PA 19040-2006

97586   0060450-00   S#0010223
ANN T MUIR CUST
ERIC R MUIR
7416 GRACEFIELD LANE
DALLAS, TX 75248-1612

97586   0060451-00   S#0010221
ANN T MUIR CUST
MARK T MUIR
7416 GRACEFIELD LANE
DALLAS, TX 75248-1612

97586   0060452-00   S#0010222
ANN T MUIR CUST
STEPHEN R MUIR
7416 GRACEFIELD LANE
DALLAS, TX 75248-1612

97586   0060453-00   S#0005570
ANN W STEVENSON &
ARTHUR D STEVENSON JR JT TEN
802 GENTLE ACRES
BOX 475
BENNETTSVILLE, SC 29512-0475

97586   0060454-00   S#0012034
ANN WALLACE PETERSEN CUST
DARREN CRAIG PETERSEN
BOX 417
TULARE, CA 93275-0417

97586   0060455-00   S#0010390
ANNA C DORIN CUST
PAUL DORIN
5534 CHEENA
HOUSTON, TX 77096

97586   0060456-00   S#0004156
ANNA C SPARKMAN
C/O MARIE DERING POWER OF
POWER OF ATTORNEY
453 RENFREW AVE
AMBLER, PA 19002-5816

97586   0060457-00   S#0002937
ANNA CHIN
73-15 41 AVE
WOODSIDE, NY 11377-3046

97586   0060458-00   S#0011885
ANNA CWIEKA CUST
ZACHARY J CWIEKA
26452 LOMBARDY RD
MISSION VIEJO, CA 92692

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060459-00  S#0000595
ANNA DAMSITS &
ANDREW DAMSITS JTTEN
207 TAYLOR ST
VERNON, CT 06066

97586   0060460-00  S#0003445
ANNA H PECK
BOX 3894
KINGSTON, NY 12401-0908

97586   0060461-00  S#0002109
ANNA HAYES LEVIN TR
FBO EDMUND HAYES LEVIN
30 W 60TH ST APT 2A
NEW YORK, NY 10023

97586   0060462-00  S#0002110
ANNA HAYES LEVIN TR
WILLIAM HAYES LEVIN TRUST
30 W 60TH ST APT 2A
NEW YORK, NY 10023

97586   0060463-00  S#0003308
ANNA IEVOLO CUST
JOHN IEVOLO
169 N MAPLE ST
NO MASSAPEQUA, NY 11758-2640

97586   0060464-00  S#0003795
ANNA K RICH
1807 N VILLA DR
GIBSONIA, PA 15044

97586   0060465-00  S#0004612
ANNA L RISHER
18700 WINDING CREEK PL
GERMANTOWN, MD 20874

97586   0060466-00  S#0011842
ANNA LOUISE BAKER
19 COTTAGE LN
ALISO VIEJO, CA 92656

97586   0060467-00  S#0012907
ANNA M CAPETILLO &
LYDIA RIOS JT TEN
6716 DONERAIL DR
SACRAMENTO, CA 95842

97586   0060468-00  S#0002279
ANNA MAY &
JOSEPH SAVOCA JTTEN
34 SOMMERS
STATEN ISLAND, NY 10314

97586   0060469-00  S#0008030
ANNA SAVVIDES
491 W HANCOCK APT 1
DETROIT, MI 48201-1232

97586   0060470-00  S#0004481
ANNA SHIFRIN FABER
6684 32ND PLACE NW
WASHINGTON, DC 20015-2312

97586   0060471-00  S#0001046
ANNA VAIDMAN C/F
ELY A VAIDMAN UTMA/NJ
73 WHITE PLACE
CLARK, NJ 07066

97586   0060473-00  S#0011559
ANNAMARIE TESORO PORTER CUST
ANDREW PETER-ROBERT PORTER
1658 GLENWOOD AVE
UPLAND, CA 91784

97586   0060474-00  S#0011560
ANNAMARIE TESORO PORTER CUST
ERIC TESORO PORTER
1658 GLENWOOD AVE
UPLAND, CA 91784

97586   0060472-00  S#0011547
ANNAMARIE TESORO PORTER CUST
JACK JOSEPH TESORO
1537 W FLORA ST
ONTARIO, CA 91762

97586   0060475-00  S#0005550
ANNE B KNIGHT
687 PRENTISS ST
CHARLESTON, SC 29412

97586   0060476-00  S#0006973
ANNE BRONNER CUST
FOR JONATHAN M BRONNER
KY UNIF TRANS TO MIN ACT
8000 WEYANOKE CT
PROSPECT, KY 40059-9426

97586   0060477-00  S#0000569
ANNE E MACDONALD CUST
PATRICK J MACDONALD
19 COLONY DRIVE
CANTON, CT 06019

97586   0060478-00  S#0006782
ANNE E RAGSDALE
2 NORTHUMBERLAND DR
NASHVILLE, TN 37215

97586   0060479-00  S#0000502
ANNE ELBAUM AGGER CUST
JULIE ELIZABETH AGGER
5 PLOVER LN
SCARBOROUGH, ME 04074

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060480-00    S#0000051
ANNE HERTZFELD DRAPALSHI CUST
NORA ELIZABETH DRAPALSKI
25 FARMINGTON AVE
LONGMEADOW, MA 01106

97586    0060481-00    S#0000050
ANNE HERTZFELD DRAPALSKI CUST
HENRY J DRAPALSKI III
25 FARMINGTON AVE
LONGMEADOW, MA 01106

97586    0060482-00    S#0008600
ANNE K DELWICHE CUST
JOSEPH H DELWICHE
2602 BEAUMONT ST
GREEN BAY, WI 54304

97586    0060483-00    S#0008601
ANNE K DELWICHE CUST
STEPHEN J DELWICHE
2602 BEAUMONT ST
GREEN BAY, WI 54304

97586    0060484-00    S#0005821
ANNE K SMITH
C/O KOLMAN & SMITH ARCHITECTS
1718 BULL ST
SAVANNAH, GA 31401

97586    0060485-00    S#0005825
ANNE K SMITH CUST
EDGAR W SMITH III
9845 LEHIGH AVE
SAVANNAH, GA 31406

97586    0060486-00    S#0002090
ANNE KEANE
509 E 77TH ST APT 2N
NEW YORK, NY 10021-8847

97586    0060487-00    S#0007582
ANNE L BUTLER CUST
NATHANIEL L BUTLER
3848 W STATE RTE 185
PIQUA, OH 45356

97586    0060488-00    S#0004175
ANNE M CHRISTIANSEN
71 LOUIS-JAMES COURT
ASTON, PA 19014

97586    0060489-00    S#0011307
ANNE M TOOLE
PO BOX 1542
MONROVIA, CA 91017-5542

97586    0060490-00    S#0010274
ANNE MCCARTHY DAVIDOVICH CUST
CLAIRE M DAVIDOVICH
312 RIDGEWOOD RD
FORT WORTH, TX 76107-1076

97586    0060491-00    S#0010275
ANNE MCCARTHY DAVIDOVICH CUST
RICHARD MARK DAVIDOVICH
312 RIDGEWOOD RD
FORT WORTH, TX 76107-1076

97586    0060492-00    S#0000879
ANNE MUNZER BOURNE CUST
JOHN BOURNE
7 MIDDLE WAY
OLD GREENWICH, CT 06870

97586    0060493-00    S#0001303
ANNE ONEILL
191 PLATT AVE
SADDLE BROOK, NJ 07662

97586    0060494-00    S#0008973
ANNE P SCOTT
CUST ERIN E SCOTT
1119 TAMARACK LANE
LIBERTYVILLE, IL 60048

97586    0060495-00    S#0000203
ANNE STEERE MOORE CUST FOR
ALFRED SHOPLAND MOORE III
101 FAIR OAKS LANE
COHASSET, MA 02025

97586    0060496-00    S#0001000
ANNETTE AURIEMMA CUST
CHRISTOPHER THOMAS AURIEMMA
268 DUNNELL RD
MAPLEWOOD, NJ 07040

97586    0060497-00    S#0010251
ANNETTE L DOLLAR &
THOMAS G DOLLAR JT TEN
2503 JOLYN LN
ARLINGTON, TX 76014

97586    0060498-00    S#0010494
ANNETTE MICHELE VENEGAS
1565 N BUSINESS IH 35 APT 205
NEW BRAUNFELS, TX 78130-3266

97586    0060499-00    S#0008284
ANNETTE MONJE
1761 LAKESIDE DR
CERESCO, MI 49033

97586    0060500-00    S#0012000
ANNETTE TEATER CUST
ASHLEY TEATER
530 KINNEY
COALINGA, CA 93210

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060501-00    S#0009044
ANNETTE TUROW CUST
GABRIEL TUROW
1220 MAPLE AVE
WILMETTE, IL 60091

97586    0060502-00    S#0002291
ANNETTE TUZZO CUST
ROBERT M TUZZO
336 LIGHTNER AVE
STATEN ISLAND, NY 10314-5507

97586    0060503-00    S#0009209
ANNETTE Y PELC
708 RIEDY RD
LISLE, IL 60532-2231

97586    0060504-00    S#0001997
ANNIE CHU
163 HESTER ST LOWER CNC
NEW YORK, NY 10013-4702

97586    0060505-00    S#0000754
ANRO INC
EMP PROFIT SHARING PLAN
ANDREW CIVITELLO TR
870 WINTERGREEN AVE
HAMDEN, CT 06514

97586    0060506-00    S#0003974
ANTHONY A CAPOLUPO
118 PINE ST
MILLERSBURG, PA 17060

97586    0060507-00    S#0010017
ANTHONY B PROFFER
504 N.E. A STREET
PO BOX 1764
BENTONVILLE, AR 72712-1764

97586    0060508-00    S#0009227
ANTHONY BASALONE
252 W NAPERVILLE RD
WESTMONT, IL 60559-1415

97586    0060509-00    S#0003494
ANTHONY BROWN
16 MONTTORT RD
WAPPINGERS FALLS, NY 12590

97586    0060510-00    S#0000428
ANTHONY C L JONES
8 OAK ST
CRANSTON, RI 02910-3011

97586    0060511-00    S#0002705
ANTHONY CAPPIELLO
2339 82ND ST
BROOKLY, NY 11214

97586    0060512-00    S#0004772
ANTHONY CARL AMOYAL
3416 PHILIPS RD
BALTIMORE, MD 21208

97586    0060513-00    S#0003546
ANTHONY CHEREBIN CUST
CHRISTINA B JENKINS
7565 FITZPATRICK DR
LIVERPOOL, NY 13088-3633

97586    0060514-00    S#0000735
ANTHONY D ROMANO
143 SOUNDVIEW AVE
SHELTON, CT 06484-2701

97586    0060515-00    S#0000772
ANTHONY DATTILO SR &
PALIMINA DATTILO JTTEN
420 WEST WOODS ROAD
HAMDEN, CT 06518

97586    0060516-00    S#0003730
ANTHONY DEROSA &
BONNIE A DEROSA
12 HEPATICA LANE
WEST HENRIETTA, NY 14586

97586    0060517-00    S#0001837
ANTHONY DESTEFANO CUST
DAMIAN DESTEFANO
28 CRATETOWN RD
LEBANON, NJ 08833-3008

97586    0060518-00    S#0002224
ANTHONY E WIERZBOWSKI
246 GARRETSON AVE
STATEN ISLAND, NY 10305

97586    0060519-00    S#0003885
ANTHONY F PECCON
2 SPRINGER AVE
UNIONTOWN, PA 15401

97586    0060520-00    S#0001762
ANTHONY F PETROCELLI &
CLAUDIA M PETROCELLI
1444 PRINCESS AVE
BRICK, NJ 08724-2325

97586    0060521-00    S#0004424
ANTHONY J BOSCO &
LINDA ANN BOSCO JT TEN
316 W VANBUREN AVE
NEW CASTLE, DE 19720-2571

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0060522-00  S#0001900
ANTHONY J CORTESE CUST
ANTHONY B CORTESE
TWO ASCOT PL
NORTH BRUNSWICK, NJ 08902

97586    0060523-00  S#0003115
ANTHONY J LOMBARDO JR &
LISA M LOMBARDO JT TEN
300 E LEXINGTON AVE
OCEANSIDE, NY 11572-5407

97586    0060524-00  S#0009517
ANTHONY J MIKSANEK &
ARLENE E MIKSANEK JT TEN
712 OLD ORCHARD DR
BENTON, IL 62812

97586    0060525-00  S#0002852
ANTHONY J RIZZO
43-48 171ST ST
FLUSHING, NY 11358

97586    0060526-00  S#0003260
ANTHONY J SANTA MARIA
1104 CARLLS STRAIGHT PATH
DIX HILLS, NY 11746

97586    0060527-00  S#0007897
ANTHONY J TREBOLDI
3097 CASWELL
TROY, MI 48084

97586    0060528-00  S#0004421
ANTHONY JAMES BOSCO III
316 WEST VAN BUREN AVE
WILMINGTON MANOR
NEW CASTLE, DE 19720

97586    0060529-00  S#0005683
ANTHONY JOSEPH AVELLO
10 SPRINGHOUSE COURT
CARTERSVILLE, GA 30120

97586    0060530-00  S#0005030
ANTHONY L GRANDSTAFF
714 JACKSON ST
WOODSTOCK, VA 22644

97586    0060531-00  S#0005726
ANTHONY LEE DANIEL
32 CARMICHAEL ST
NEWNAN, GA 30263-1541

97586    0060532-00  S#0012249
ANTHONY LILLIAN &
DOMINIC FINOCCHIARO JT TEN
1801 KAINSH ST
SAN BRUNO, CA 94066

97586    0060533-00  S#0001649
ANTHONY LONGINO CUST ADAM M
LONGINO UTMA NJ
13 CHAPEL CIRCLE
SICKERVILLE, NJ 08081

97586    0060534-00  S#0003312
ANTHONY LUBRANO
233 ROSE ST
MASSAPEQUA PARK
NEW YORK, NY 11762

97586    0060535-00  S#0002550
ANTHONY M FUMIA
196 EHRHARDT ROAD
PEARL RIVER, NY 10965

97586    0060536-00  S#0002501
ANTHONY MARESCA CUST
FBO GABRIELLA ANAIS MARESCA
16 PRYER PL
NEW ROCHELLE, NY 10804-4504

97586    0060537-00  S#0000866
ANTHONY MARGOLIS CUST
A/C/F BRANDON MARGOLIS
4 AIKEN RD
GREENWICH, CT 06831

97586    0060538-00  S#0003086
ANTHONY MASCIOLI JR
1531 RICHARD AVE
MERRICK, NY 11566-2012

97586    0060539-00  S#0003458
ANTHONY MIGNONE &
JOSEPHINE A MIGNONE JTWROS
304 MOUNTAINVIEW AVE
ULSTER PARK, NY 12487

97586    0060540-00  S#0001416
ANTHONY N CODISPOTI
TREEHAVEN VILLAGE II
APT 36-B
MATAWAN, NJ 07747

97586    0060541-00  S#0009624
ANTHONY N GORDON CUST
NICHOLAS ANTHONY JAMES GORDON
4686 KELLY KRIS DR
ST CHARLES, MO 63304

97586    0060542-00  S#0001942
ANTHONY PIANELLI
C/O WEISS PECK & GREER
ONE NEW YORK PLAZA 31ST FLOOR
NEW YORK, NY 10004

97586    0060543-00  S#0007508
ANTHONY R BLANKENMEYER
746 QUAILWOODS DR
LOVELAND, OH 45140

97586    0060544-00  S#0005889
ANTHONY R COTHRON
RR 04 BOX 773
PALATKA, FL 32177-9344

97586    0060545-00  S#0009070
ANTHONY R FRISCIA
147 BREWSTER CT #A
BLOOMINGDALE, IL 60108-1502

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0060546-00   S#0009157<br>ANTHONY R HEARD &<br>KATHY J HEARD JTTEN<br>314 N OSCEOLA STREET<br>MINOOKA, IL 60447 | 97586    0060547-00   S#0000016<br>ANTHONY R KRUSZ CUST<br>JAMIE PARENT<br>77 YORKTOWNE CT<br>CHICOPEE, MA 01020 | 97586    0060548-00   S#0008961<br>ANTHONY R ROBINSON CUST<br>SAMANTHA MARTINEZ<br>300 N GREEN BAY RD<br>LAKE FOREST, IL 60045 |
| 97586    0060549-00   S#0011624<br>ANTHONY R ROSSI<br>3038 E MISSION RD<br>FALLBROOK, CA 92028 | 97586    0060550-00   S#0010149<br>ANTHONY RUBINO<br>1202 COLLEGE ST<br>GRAND PRAIRIE, TX 75050 | 97586    0060551-00   S#0000007<br>ANTHONY S MCCOMAS<br>CALLE 3 BLOQUE 11 NO 7<br>ALURAS DE TORRIMAR<br>GUAYNABO, PR 00969 |
| 97586    0060552-00   S#0002430<br>ANTHONY SAMMARTANO CUST<br>MICHAEL SAMMARTANO<br>7 CARTHAGE LANE<br>SCARSDALE, NY 10583 | 97586    0060553-00   S#0003845<br>ANTHONY SON RICCI CUST<br>MATTHEW S RICCI<br>24 MAPLEWOOD ST<br>PITTSBURGH, PA 15223-1917 | 97586    0060554-00   S#0002383<br>ANTHONY TEDESCO<br>381 UNION VALLEY RD<br>MAHOPAC, NY 10541 |
| 97586    0060556-00   S#0001662<br>ANTHONY TOMASELLO CUST<br>ANTHONY TOMASELLO<br>467 PROSSER STREET<br>WILLIAMSTOWN, NJ 08094 | 97586    0060555-00   S#0001664<br>ANTHONY TOMASELLO CUST<br>MATTHEW TOMASELLO<br>467 PROSSER ST<br>WILLIAMSTOWN, NJ 08094 | 97586    0060557-00   S#0003661<br>ANTHONY VOLPE<br>59 PRINCESS LANE<br>WEST SENECA, NY 14224 |
| 97586    0060558-00   S#0007014<br>ANTHONY ZANGARI CUST<br>DOMINIC M ZANGARI<br>1008 GARDEN CREEK CIRCLE<br>LOUISVILLE, KY 40223 | 97586    0060559-00   S#0011623<br>ANTHONY ZUJKIEWICZ &<br>PREMWADEE ZUJKIEWICZ<br>550 OAK TREE PL<br>ESCONDIDO, CA 92027-5207 | 97586    0060560-00   S#0000732<br>ANTON H KOVACIK<br>5 ELEANOR LANE<br>PORTLAND, CT 06480-1204 |
| 97586    0060561-00   S#0011877<br>ANTON KENNETH MUSTER<br>5018 CALLE MANZANA<br>YORBA LINDA, CA 92686 | 97586    0060562-00   S#0006367<br>ANTONIO G MATA<br>1820 15TH AVE N<br>LAKE WORTH, FL 33460 | 97586    0060563-00   S#0002243<br>ANTONIO IGNARRA CUSTODIAN<br>LOREN IGNARRA<br>181 GURLEY AVENUE #1B<br>STATEN ISLAND, NY 10308-1528 |
| 97586    0060564-00   S#0009847<br>ANTONIO MENDIOLA<br>2205 W ST<br>OMAHA, NE 68107 | 97586    0060565-00   S#0010980<br>ANTONIO P SANDERS<br>C/O ANITA GUTIERREZ SANDERS<br>8257 GUNTHER CIR<br>LAS VEGAS, NV 89128-4544 | 97586    0000087-00   S#0006469<br>APPLIED BENEFITS RESEARCH INC<br>NKA: CERIDEAN BENEFITS SERVICES<br>3201 34TH ST S<br>ST PETERSBURG, FL 33711 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060566-00   S#0006560<br>APRIL L BUTLER CUST<br>ADAM SCOTT BUTLER<br>1142 NE 8TH ST<br>OCALA, FL 34470 | 97586   0060567-00   S#0010150<br>APRIL RUBINO<br>1202 COLLEGE ST<br>GRAND PRAIRIE, TX 75050 | 97586   0000088-00   S#0013048<br>APS TECHNOLOGIES INC<br>22985 NW EVERGREEN PKWY<br>HILLSBORO, OR 97124 |
| 97586   0060568-00   S#0007186<br>ARAM C DONABEDIAN<br>5602 RADCLIFFE RD<br>SYLVANIA, OH 43560 | 97586   0020302-00   S#0011468<br>ARAMARK MAGAZINE & BOOK SVCS<br>ATTN: JACKIE HODAN<br>115 N FIRST ST STE 205<br>BURBANK, CA 91502 | 97586   0021041-00   S#0001034<br>ARAMARK UNIFORM SERVICES INC<br>ATTN: ARDEN W CLARK-GROUP CONTROLER<br>1060 GELB STREET<br>UNION, NJ 07059 |
| 97586   0020402-00   S#0001642<br>ARC OF BURLINGTON COUNTY, THE<br>ATTN: MICHELLE SHEA-DIRECTOR<br>ONE UNDERWOOD COURT UNIT 2<br>DELRAN, NJ 08075 | 97586   0001111-00   S#0000179<br>ARCH WIRELESS<br>DBA ARCH PAGING<br>999 BROADWAY STE 200<br>SAUGUS, MA 01906 | 97586   0060569-00   S#0002595<br>ARCHIBALD A WALKER CUST<br>KIRK R STEPHENS JR<br>49 HILL TOP DR<br>MANHASSET, NY 11021 |
| 97586   0060570-00   S#0009010<br>ARDELL L COTTELEER CUST<br>JAMES GORDON ARNEAL III<br>16638 BROCKMAN AVE<br>LINCOLNSHIRE, IL 60069 | 97586   0060571-00   S#0006098<br>ARI DACH<br>3901 N 42ND TER<br>HOLLYWOOD, FL 33021 | 97586   0060573-00   S#0011694<br>ARI EMDUR<br>5806 RIDGEMORE DR<br>SAN DIEGO, CA 92120 |
| 97586   0060574-00   S#0010783<br>ARI MOFFITT CUST<br>JARRETT MOFFITT<br>335 W CAMPO BELLO<br>PHOENIX, AZ 85023 | 97586   0060575-00   S#0013441<br>ARI STEINER<br>21 HOLTHAM<br>HAMPSTEAD, QC H2X 3N2<br>CANADA | 97586   0060576-00   S#0013605<br>ARIELLE JANKOWSKI<br>2498 124 B STREET<br>SURREY, BC V4A 3N6<br>CANADA |
| 97586   0000095-00   S#0003220<br>ARJAY COMPANY<br>PO BOX 157<br>DEER PARK, NY 11729-0157 | 97586   0060577-00   S#0009666<br>ARLAN D HALL<br>36701 E JW CUMMINGS RD<br>OAK GROVE, MO 64075-8235 | 97586   0060578-00   S#0003162<br>ARLENE ESGAR<br>CUST JUSTIN ESGAR<br>1063 ROSELLE PL<br>WOODMERE, NY 11598 |
| 97586   0060579-00   S#0001065<br>ARLENE FELDMAN CUST<br>A/C/F EVAN N FELDMAN<br>104 MOHAWK RD<br>SHORT HILLS, NJ 07078 | 97586   0060580-00   S#0004256<br>ARLENE J CANEY<br>433 S 45TH ST<br>PHILADELPHIA, PA 19104-3910 | 97586   0060581-00   S#0003298<br>ARLENE LOIS WECHSLER CUST<br>JEREMY HOWARD WECHSLER<br>79 IRENE ST<br>LINDENHURST, NY 11757 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060582-00  S#0003299
ARLENE LOIS WECHSLER CUST
MICHAEL EVAN WECHSLER
79 IRENE ST
LINDENHURST, NY 11757

97586   0060583-00  S#0013277
ARLENE ROOT
1811 N LAVENTURE RD #4
MOUNT VERNOS, WA 98273

97586   0060584-00  S#0008780
ARLENE RUTH GREEN TR
FBO ARLENE GREEN TRUST
7500 EDINBOROUGH WY APT 3302
EDINA, MN 55435-5613

97586   0060585-00  S#0007875
ARLENE SCHREIBER CUST
ELLISON SCHREIBER UGMA MI
1802 SYCAMORE
ROYAL OAK, MI 48073

97586   0060586-00  S#0007876
ARLENE SCHREIBER CUST
KIMBERLY SCHREIBER
1802 SYCAMORE
ROYAL OAK, MI 48073

97586   0060587-00  S#0003057
ARLENE SHAPIRO &
ARTHUR SHAPIRO JT WROS
578 COAKLEY STREET
EAST MEADOW, NY 11554

97586   0060588-00  S#0010714
ARLYNN HORNE
299 W 97TH N
IDAHO FALLS, ID 83401-5437

97586   0060589-00  S#0011105
ARMAND SPECA
10585 CHEVIOT DR
LOS ANGELES, CA 90064

97586   0060590-00  S#0011523
ARMAND W VINCENT &
PATRICIA K VINCENT JT TEN
542 ESSEX ST
GLENDORA, CA 91740

97586   0060591-00  S#0011556
ARMAND W VINCENT CUST
THOMAS WADE WILLIAMS UCUTMA
977 AIREDALE COURT
SAN DIMAS, CA 91773

97586   0060592-00  S#0011329
ARMEN HOVSEPIAN
222 MONTEREY RD 1104
GLENDALE, CA 91206

97586   0000096-00  S#0010213
ARMY & AIR FORCE EXCHANGE SVC
3911 S WALTON WALKER BLVD
DALLAS, TX 75236

97586   0060593-00  S#0002327
ARNEL ALMENDRAL
3202 BRONXWOOD AVE
BRONX, NY 10469

97586   0060594-00  S#0009020
ARNOLD FLITMAN
8539 KEELER
SKOKIE, IL 60076-2011

97586   0060595-00  S#0009043
ARNOLD H GOODWIN &
VICKI L GOODWIN JTWROS
1004 LAKE AVE
WILMETTE, IL 60091

97586   0060596-00  S#0000673
ARNOLD J CESTARI &
ARNOLD CESTARI JT TEN
46 FOXBRIDGE VILLAGE ROAD
BRANFORD, CT 06405-2275

97586   0060597-00  S#0008429
ARNOLD K ZIEBARTH
3035 OXFORD
BETTENDORF, IA 52722-2673

97586   0060598-00  S#0008424
ARNOLD K ZIEBARTH CUST
CAROL I ZIEBARTH
3035 OXFORD DR
BETTENDORF, IA 52722

97586   0060599-00  S#0008425
ARNOLD K ZIEBARTH CUST
ERIN K ZIEBARTH
3035 OXFORD DR
BETTENDORF, IA 52722

97586   0060600-00  S#0008426
ARNOLD K ZIEBARTH CUST
JONELL L ROSS
3035 OXFORD DR
BETTENDORF, IA 52722

97586   0060601-00  S#0008423
ARNOLD K ZIEBARTH CUST
NICOLE L ROSS
3035 OXFORD DR
BETTENDORF, IA 52722

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586  0060602-00  S#0011227
ARNOLD KAJI CUST FBO
MICHAEL I KAJI UTGMA CA
1213 W 223RD STREET
TORRANCE, CA 90502-2252

97586  0060603-00  S#0001801
ARNOLD M HARRIS CUST
GEOFFREY L LITWER UTMA NJ
19 DEER PATH CIR
GREEN BROOK, NJ 08812

97586  0060604-00  S#0009023
ARNOLD P ZALON CUST
ANDREW P ZALON
5123 COYLE
SKOKIE, IL 60077

97586  0060605-00  S#0005448
ARNOLD R GRIEVES &
MARY B GRIEVES JT TEN
4618 KIRKGARD TRAIL
CHARLOTTE, NC 28269-8920

97586  0060606-00  S#0007809
ARNOLD R SELVIA JR
101 WEST RIGGY AVENUE
WEST TERRE HAUTE, IN 47885

97586  0060607-00  S#0004928
ARNOLD SHOSTAK &
BERTHA SHOSTAK
3713 S GEORGE MASON DR
APT 1706 W
FALLS CHURCH, VA 22041-3761

97586  0060608-00  S#0004767
ARNOLD T BLUMBERG &
MARVIN A BLUMBERG JT TEN
3313 NORTHMONT RD
BALTIMORE, MD 21207

97586  0060609-00  S#0007003
ARNOLD T PARRIS
BOX 17086
LOUISVILLE, KY 40217

97586  0060610-00  S#0007842
ARNOLD WEITENBERNER
20255 ANITA
CLINTON TWP, MI 48036

97586  0060611-00  S#0007521
ARNONA RUDAVSKY
3051 FELTZ
CINCINNATI, OH 45211

97586  0060612-00  S#0008942
ARON BRILL
4130 COVE LANE UNIT B
GLENVIEW, IL 60025

97586  0060613-00  S#0013554
ARON WEINSTEIN
43 PAISLEN ST
LONDON, ON N5X 3H9
CANADA

97586  0060614-00  S#0007004
ARRON HUNTER RAY
613 EAST BRADEIS AVENUE
LOUISVILLE, KY 40217

97586  0060615-00  S#0013526
ARRON MICHAEL GOTLIEB
5 ALMINGTON STREET
TORONTO, ON M3H 3E9
CANADA

97586  0000097-00  S#0008819
ARROW BUSINESS PRODUCTS
106 FIRST ST SE
GLENWOOD, MN 56334

97586  0060616-00  S#0009613
ART HERRMANN CUST
MATTHEW HERRMANN
12134 GREENWALK DRIVE
CREVE COEUR, MO 63146

97586  0000099-00  S#0010218
ART WATCH INTERNATIONAL INC
8150 BROOKRIVER LB163 #S400A
DALLAS, TX 75247

97586  0060617-00  S#0000852
ARTHUR & NORMA AYALA JT TEN
C/O UNION CARBIDE CORP
39 OLD RIDGEBURY RD
SECTION N0890
DANBURY, CT 06817

97586  0060618-00  S#0000267
ARTHUR ALAN DELUCA
44 PALMER ST
MEDFORD, MA 02155-1148

97586  0060619-00  S#0011723
ARTHUR B VICTOR
SHARON B VICTOR TTEES
VICTOR TRUST AGREEMENT
12531 PORTADA PL
SAN DIEGO, CA 92130

97586  0060621-00  S#0011726
ARTHUR B VICTOR &
SHARON B VICTOR TTEES FBO
THE VICTOR FAMILY TRUST
12531 PORTADA PL
SAN DIEGO, CA 92130-2208

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060622-00  S#0003732<br>ARTHUR BRIAN MILLER<br>299 CADILAC AVE<br>ROCHESTER, NY 14605 | 97586   0060623-00  S#0000292<br>ARTHUR C GREENWALD<br>111 WOODSIDE LANE<br>ARLINGTON, MA 02174 | 97586   0060624-00  S#0001060<br>ARTHUR C TEVLETIDIS &<br>MARY TEVLETIDIS<br>648 MILTON AVE<br>LYNDHURST, NJ 07071-1612 |
| 97586   0060625-00  S#0005571<br>ARTHUR D STEVENSON JR &<br>ANN W STEVENSON JT TEN<br>P O BOX 475<br>BENNETTSVILLE, SC 29512-0475 | 97586   0060626-00  S#0008328<br>ARTHUR E ZIMA III<br>1047 EAGLE NW<br>GRAND RAPIDS, MI 49504 | 97586   0060627-00  S#0000291<br>ARTHUR GREENWALD<br>111 WOODSIDE LANE<br>ARLINGTON, MA 02174 |
| 97586   0060628-00  S#0006007<br>ARTHUR H PRESSER &<br>ESTHER L PRESSER JTTEN<br>900 N THISTLE LN<br>MAITLAND, FL 32751 | 97586   0060629-00  S#0004259<br>ARTHUR HELLER<br>BOX 53779<br>PHILADELPHIA, PA 19105-3779 | 97586   0060630-00  S#0000249<br>ARTHUR J DEVEREAUX<br>34 PARKDALE STREET<br>SOMERVILLE, MA 02143 |
| 97586   0060631-00  S#0010495<br>ARTHUR J ROSSI JR TR<br>BERTHA P ROSSI GRANTORS TRUST<br>231 ELIZABETH RD<br>SAN ANTONIO, TX 78209 | 97586   0060632-00  S#0010525<br>ARTHUR J TYSOR CUST<br>CHRISTOPHER J TYSOR<br>702 LEISUREWOODS<br>BUDA, TX 78610 | 97586   0060633-00  S#0006826<br>ARTHUR JAMES WALKER<br>649 MIZE RD<br>SEYMOUR, TN 37865 |
| 97586   0060634-00  S#0009045<br>ARTHUR JEFFREY SEIDMAN<br>623 FOREST AVE<br>WILMETTE, IL 60091 | 97586   0060635-00  S#0012405<br>ARTHUR KURKJIAN CUST<br>RYAN KURKJIAN CA/UTMA<br>1757 SATTLER DRIVE<br>CONCORD, CA 94519 | 97586   0060636-00  S#0003455<br>ARTHUR L FITZPATRICK III<br>244 BAYARD STREET PO BOX  896<br>PORT EWEN, NY 12466 |
| 97586   0060637-00  S#0003676<br>ARTHUR L JOCOY JR &<br>AARON L JOCOY<br>8923 RIVERSHORE DR<br>NIAGARA FALLS, NY 14304-4444 | 97586   0060638-00  S#0013164<br>ARTHUR O TAYLOR CUST<br>ANDREW GEORGEVICH KOLEADA<br>70 E SUNSET WAY 249<br>ISSAQUAH, WA 98027 | 97586   0060639-00  S#0002280<br>ARTHUR PALOMBA JR<br>131 FELTON STREET<br>STATEN ISLAND, NY 10314 |
| 97586   0060640-00  S#0007921<br>ARTHUR R SCHWARTZ CUST<br>ANDREW D SCHWARTZ<br>2639 PIN OAKS<br>ANN ARBOR, MI 48103 | 97586   0060641-00  S#0001491<br>ARTHUR S WEINER &<br>DONNA S WEINER JT TEN<br>10 IROQUOIS AVE<br>ROCKAWAY, NJ 07866-1704 | 97586   0060642-00  S#0001237<br>ARTHUR SICILIANO<br>PO BOX 635<br>BERGENFIELD, NJ 07621 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060643-00   S#0001200
ARTHUR SUFFIN CUST
DANIEL M SUFFIN
7 WELSH COURT
WAYNE, NJ 07470

97586    0060644-00   S#0003345
ARTHUR V BRANDT
88 ATLANTIC PLACE
HAUPPAUGE, NY 11788-4449

97586    0060645-00   S#0012809
ARTHUR W GRIX JR CUST
JOHN A GRIX
3650 KIEKEBUSCH CT
CARMICHAEL, CA 95608

97586    0060646-00   S#0008330
ARTHUR ZIMA III &
ALECIA ZIMA
JT TEN
1047 EAGLE NW
GRAND RAPIDS, MI 49504

97586    0060647-00   S#0010053
ARVON R STAATS CUST
TERRY A STAATS UOKUTMA
4325 NW 60 ST
OKLAHOMA CITY, OK 73112

97586    0060648-00   S#0009062
ARY GILBERT
22 EAST ARMITAGE AVENUE
ADDISON, IL 60101

97586    0060649-00   S#0001257
ASHER FORST
146 VAN NOSTRAND AVE
ENGLEWOOD, NJ 07631

97586    0060650-00   S#0003780
ASHER T GRAY
657 ELMIRA RD
ITHACA, NY 14850-8745

97586    0060651-00   S#0004833
ASHISH P BHATIA
4814 GALLEY RD
BALTIMORE, MD 21236-2042

97586    0060652-00   S#0009804
ASHLEY DAVID
1802 N SAINT CLAIR
WICHITA, KS 67203-1566

97586    0060653-00   S#0005522
ASHLEY KLINGER
101 HUNSTANTON
WINNSBORO, SC 29180

97586    0060654-00   S#0011765
ASHLEY M SASANO
C/F WESLEY K SASANO
5765 YARBOROUGH DRIVE
RIVERSIDE, CA 92505

97586    0060655-00   S#0005599
ASHLEY STEPHENSON
128 PINCKNEY ST
CHESTER, SC 29706

97586    0064961-00   S#0010217
ASKEW, JAMES PHILLIP
4890 ALPHA RD #200
DALLAS, TX 75244-4607

97586    0000102-00   S#0009738
ASSOC WHOLESALE GROCERS
3201 E DIVISION
SPRINGFIELD, MO 65801

97586    0000105-00   S#0010802
AT&T
PO BOX 78355
PHOENIX, AZ 85062

97586    0000106-00   S#0005775
AT&T
PO BOX 105306
ATLANTA, GA 30348-5306

97586    0000108-00   S#0004180
ATLANTIC SECURITY GUARDS INC
1820 BYBERRY RD
PO BOX 209
BENSALEM, PA 19020

97586    0000373-00   S#0001832
AUCK, DARREN
11 HOFFMAN RD
HIGH BRIDGE, NJ 08829

97586    0060656-00   S#0011947
AUDRA L SELDEEN CUST FOR
DOUGLAS E SELDEEN
222 RAMONA PLACE
CAMARILLO, CA 93010-8406

97586    0060657-00   S#0011341
AUDREY BOHN CUST
ADAM BOHN
5305 FRANCISCA WAY
AGOURA HILLS, CA 91301

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0060658-00  S#0013229
AUDREY G BENEZRA &
JOSEPH N BENEZRA JT TEN
7732 29TH NE
SEATTLE, WA 98115

97586   0060659-00  S#0001886
AUDREY PHILLIPS
108 MOUNTAIN AVE
SOMERVILLE, NJ 08876-1406

97586   0060660-00  S#0009892
AUGUSTO C MORENO CUST FBO
MATTHEW R MORENO
RR 2 BOX 31D
MITCHELL, NE 69357

97586   0060661-00  S#0000434
AUGUSTUS H RICE JR &
ROXANNE E RICE
JT TEN
BOX 954
AMHERST, NH 03031

97586   0060662-00  S#0000405
AURELIO J SANTOS
3 STAGECOACH ROAD
CUMBERLAND, RI 02864-6155

97586   0060663-00  S#0009810
AUSTIN DAVID
2711 WINSTEAD CIRCLE
WICHITA, KS 67208

97586   0060664-00  S#0008635
AUSTIN J BONCHER
803 S PIERCE AVE
APPLETON, WI 54914

97586   0060665-00  S#0013096
AUSTIN JEFFERSON MARKER
11930 SE SOLOMON CT
HAPPY VALLEY, OR 97266

97586   0060666-00  S#0009021
AUSTIN LEE COWARD
5350 KEENEY STREET
SKOKIE, IL 60077

97586   0001459-00  S#0003459
AUSTIN, TERRY
82 COUNTRY CLUB LANE
WOODSTOCK, NY 12498-1804

97586   0000115-00  S#0007032
AUTOMATIC DATA PROCESSING
PO BOX 9001006
LOUISVILLE, KY 40290-1006

97586   0060667-00  S#0010679
AUTUMN B LACHENDRO
1293 AMSTERDAM DR
COLORADO SPRINGS, CO 80907

97586   0060668-00  S#0001307
AVI M SHMIDMAN CUST
YEHUDA R SHMIDMAN
1354 PENNINGTON RD
TEANECK, NJ 07666

97586   0000118-00  S#0010796
AVNET INDUSTRIAL
BROWNELL ELECTRO
2211 SOUTH 47TH ST
PHOENIX, AZ 85034

97586   0021296-00  S#0002056
AVOIDANCE LITIGATION DEFENDNTS
ASSIGNEE OF CANDYCOLOR DE MEXICO
ATTN: CHRISTOPHER KEARNS TTEE
622 THIRD AVE 31ST FLR
NEW YORK, NY 10019

97586   0021295-00  S#0002039
AVOIDANCE LITIGATION DEFENDNTS
ASSIGNEE OF COLOMBO CANDY&TOBACCO
ATTN: CHRISTOPHER KEARNS TTEE
622 THIRD AVE 31ST FLR
NEW YORK, NY 10017

97586   0021294-00  S#0002035
AVOIDANCE LITIGATION DEFENDNTS
ASSIGNEE OF COMMUNICATIONS DATA SVC
ATTN: CHRISTOPHER KEARNS TTEE
622 THIRD AVE 31ST FLR
NEW YORK, NY 10017

97586   0021293-00  S#0002037
AVOIDANCE LITIGATION DEFENDNTS
ASSIGNEE OF MENDON LEASING CORP
ATTN: CHRISTOPHER KEARNS TTEE
622 THIRD AVE 31ST FLR
NEW YORK, NY 10017

97586   0021298-00  S#0002044
AVOIDANCE LITIGATION TRUST
ASSIGNEE OF FRANK J O'CONNELL
ATTN: CHRISTOPHER KEARNS TTEE
622 3RD AVE 31ST FLR
NEW YORK, NY 10017-6707

97586   0021297-00  S#0002045
AVOIDANCE LITIGATION TRUST
ASSIGNEE OF JAMES E LADD
ATTN: CHRISTOPHER KEARNS TTEE
622 3RD AVE 31ST FLR
NEW YORK, NY 10017-6707

97586   0021058-01  S#0002046
AVOIDANCE LITIGATION TRUSTEE
ASSIGNEE OF ISLAND CONTAINER
ATTN CHRISTOPHER J KEARNS
622 THIRD AVE 31ST FLOOR
NEW YORK, NY 10017-6707

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0021257-00   S#0002186
AWESOME COMICS LLC
ROBINSON BROG LEINWAND GREENE ET AL
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

97586   0060669-00   S#0002697
AXEL NATAL
402 S 2ND ST #6 A
BROOKLYN, NY 11211

97586   0060670-00   S#0002732
AZADE ARDALI
423 ATLANTIC AVE
APT 3M
BROOKLYN, NY 11217

97586   0000121-00   S#0006945
B & B CONTROLS INC
714-A HARRIS ST
JACKSON, MS 39202

97586   0000123-00   S#0010305
B & G TOBACCO & CANDY CO INC
ATTN: LOUIS K BONHAM
815 WALKER STE 1640
HOUSTON, TX 77002

97586   0060671-00   S#0009806
B CHARLES MORROW &
NANCY J MORROW JT TEN
1726 WESTRIDGE
WICHITA, KS 67203-1665

97586   0060672-00   S#0012528
B DAVID HYDE &
SANDRIA HYDE
4217 TERRA GRANADA DR APT 3A
WALNUT CREEK, CA 94595-4023

97586   0060673-00   S#0005690
B GRAHAM MCCARTY &
DEBORAH S MCCARTY JT TEN
2992 INVERLOCH CIR
DULUTH, GA 30136

97586   0060674-00   S#0007737
B KEITH MURPHY
3907 FAIRFIELD AVE
FORT WAYNE, IN 46807

97586   0060675-00   S#0008715
BABU N AHARAM &
CRIS E AHARAM JT TEN
13908 FRONTIER LANE
BURNSVILLE, MN 55337

97586   0020258-00   S#0009925
BACKSTROM JR, WILLIAM M
C/O JONES WALKER ET AL
201 ST CHARLES AVE 51TH FLOOR
NEW ORLEANS, LA 70170-5100

97586   0060676-00   S#0013416
BAILEY SIERRA ADAM
5252 WALKLEY
APT 3
MONTREAL, QC
CANADA

97586   0000125-00   S#0013633
BAKER & MCKENZIE
10 HARCOURT ROAD
14TH FL HUTCHINSON HOUSE
HONG KONG

97586   0020352-01   S#0007656
BAKER, STEVE
C/O HIGHLIGHT PHOTOGRAPHY
6221 N COLLEGE AVE STE 16
INDIANAPOLIS, IN 46220

97586   0060677-00   S#0011236
BALJIT S LALLY
5531 PINERIDGE DR
LA PALMA, CA 90523

97586   0001296-00   S#0002007
BALL, ROGER ANDREW
217 E 33RD ST APT 1FW
NEW YORK, NY 10016

97586   0060678-00   S#0004766
BALTIMORE STOCK CLUB
ATTN GEORGE BAKER
4803 MANNASOTA AVENUE
BALTIMORE, MD 21206-5747

97586   0060679-00   S#0004777
BANEY NUSBAUM
8305 MARCIE DR
BALTIMORE, MD 21208-1925

97586   0000126-00   S#0005872
BANNER IMPRESSIONS
AKA: ON POINT VISUALS
501 GENE LASSERRE BLVD
YULEE, FL 32097

97586   0000127-00   S#0009247
BANNER WHOLESALE
115 W SOUTH WATER MARKET
CHICAGO, IL 60608-2281

97586   0060680-00   S#0006974
BANNING C HATCHETT
988 BURKS BRANCH RD
SHELBYVILLE, KY 40065

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060681-00   S#0003161<br>BARABARA STIEGELBAUER<br>DAVID J STIEGELBAUER<br>25 PINECONE LN<br>WESTBURY, NY 11590-6204 | 97586   0060682-00   S#0005072<br>BARBARA A BROOKE CUST<br>NOAH B BARD UTMA VA<br>222 ROSLYN HILLS DRIVE<br>RICHMOND, VA 23229 | 97586   0060683-00   S#0003436<br>BARBARA A CAPUTO &<br>JAMES J CAPUTO JTTEN<br>324 DOLAN DR<br>SCHENECCTADY, NY 12306 |
| 97586   0060684-00   S#0004573<br>BARBARA A DIXON<br>1625 FARRAGUT AVE<br>ROCKVILLE, MD 20851-1440 | 97586   0060685-00   S#0013243<br>BARBARA A MOSELY &<br>KEITH A JACKSON<br>1117 31ST AVE S<br>SEATTLE, WA 98144-3216 | 97586   0060686-00   S#0000630<br>BARBARA ALLY CUST<br>IAN ALLY-SEALS<br>44 WHITNEY ST<br>HARTFORD, CT 06105 |
| 97586   0060687-00   S#0010780<br>BARBARA ANDERSON CUST<br>NICOLE LEIGH ANDERSON<br>14801 N 12TH ST<br>PHOENIX, AZ 85022 | 97586   0060688-00   S#0010782<br>BARBARA ANDERSON CUST<br>RACHEL JORDAN ANDERSON<br>14801 N 12TH ST<br>PHOENIX, AZ 85022 | 97586   0060689-00   S#0003024<br>BARBARA ANN BERTACCINI<br>153CONN AVENUE<br>FREEPORT, NY 11520 |
| 97586   0060690-00   S#0000433<br>BARBARA ANN BIELAGUS CUST<br>JUSTIN RYAN BIELAGUS AZ/UTMA<br>PO BOX 673<br>AMHERST, NH 03031 | 97586   0060691-00   S#0009555<br>BARBARA ANN WINTEMBERG<br>11912 HONEY HILL<br>MARYLAND HGT, MO 63043 | 97586   0060692-00   S#0008725<br>BARBARA B GUSTIN CUST<br>DAVID REUBEN GUSTIN<br>4942 WESTGATE   ROAD<br>MINNETONKA, MN 55345 |
| 97586   0060693-00   S#0009994<br>BARBARA BARRE<br>3 SKYWAY DRIVE<br>LITTLE ROCK, AR 72207 | 97586   0060694-00   S#0002331<br>BARBARA BLUMENTHAL CUST<br>GIDEON B BLUMENTHAL<br>5605 INDEPENDENCE AVE<br>RIVERDALE, NY 10471 | 97586   0060695-00   S#0012823<br>BARBARA C JOSE &<br>LAWRENCE H JOSE TR<br>JOSE & LAWRENCE H JOSE REV TR<br>9006 WIMBLEY CT<br>ELK GROVE, CA 95624 |
| 97586   0060696-00   S#0012218<br>BARBARA C SLATON CUST<br>ANDREW J SLATON<br>1175 WINDSOR WAY<br>MENLO PARK, CA 94025-5066 | 97586   0060697-00   S#0002794<br>BARBARA CRAWFORD<br>1562 HENDRICKSON<br>BROOKLYN, NY 11234 | 97586   0060698-00   S#0002797<br>BARBARA CRAWFORD &<br>FRED CRAWFORD JT TEN<br>1562 HENDRICKSON ST<br>BROOKLYN, NY 11234 |
| 97586   0060699-00   S#0004542<br>BARBARA CUTTRISS CUST<br>NICK CUTTRISS<br>11 NEWLANDS ST<br>CHEVY CHASE, MD 20815 | 97586   0060700-00   S#0000904<br>BARBARA D MCNULTY CUST<br>RYAN J MCNULTY<br>93 MOUNTAIN ROAD<br>WEST REDDING, CT 06896 | 97586   0060701-00   S#0003530<br>BARBARA DAHN CUST<br>CURTIS F DAHN<br>3909 EAST RD<br>CAZENOVIA, NY 13035 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060702-00   S#0003531
BARBARA DAHN CUST
TRISTAN DAHN
3909 EAST RD
CAZENOVIA, NY 13035

97586    0060703-00   S#0012499
BARBARA E ELTON
1281 PEARSON AVE
SAN LEANDRO, CA 94577

97586    0060704-00   S#0001867
BARBARA EBERSOLE CUST
KYLE DAVID EBERSOLE
120 BLAKE CT
OLD BRIDGE, NJ 08857-2669

97586    0060705-00   S#0004159
BARBARA F MARGULIS
717 YALE RD
BALA CYNWYD, PA 19004-2115

97586    0060706-00   S#0012546
BARBARA FINKLE
4515 PLEASANT VALLEY CT
OAKLAND, CA 94611

97586    0060707-00   S#0012545
BARBARA FINKLE CUST
JONATHAN FINKLE
4515 PLEASANT VALLEY CT N
OAKLAND, CA 94611

97586    0060708-00   S#0012855
BARBARA G GAFFNEY
830 DEL ORO ST
WOODLAND, CA 95695-5045

97586    0060709-00   S#0003369
BARBARA GREENE CUST
JOSHUA GREENE UND NY UGMA
91 LINCOLN ROAD SOUTH
PLAINVIEW, NY 11803

97586    0060710-00   S#0006143
BARBARA J BURGER CUST
ERIC C BURGER
3871 NW 78 WAY
CORAL SPRINGS, FL 33065

97586    0060711-00   S#0006141
BARBARA J BURGER CUST
MARC C BURGER
3871 NW 78 WAY
CORAL SPRINGS, FL 33065

97586    0060712-00   S#0006140
BARBARA J BURGER CUST
MELANIE E BURGER
3871 NW 78 WAY
CORAL SPRINGS, FL 33065

97586    0060713-00   S#0009726
BARBARA J ELLIOTT
2501 S KENTUCKY
SEDALIA, MO 65301-8319

97586    0060714-00   S#0007373
BARBARA J FRANCIS CUST
C/FBO PATRICK W FRANCIS
Q234 HYANNIS DR
OAKWOOD VILLAGE, OH 44146

97586    0060715-00   S#0000464
BARBARA J MARTY
333 PUMPKIN HILL RD
WARNER, NH 03278

97586    0060716-00   S#0008618
BARBARA J MULLENBERG
2730 ELMER COURT
FALL CREEK, WI 54742

97586    0060717-00   S#0005696
BARBARA JANE DIXON CUST
GRAHAM DIXON, A MINOR
UNDER THE LAWS OF GEORGIA
239 CHULIO RD S
ROME, GA 30161-3455

97586    0060718-00   S#0010396
BARBARA KISTNER CUST
FOREST DEAN KISTNER
1743 BARNARD
HOUSTON, TX 77098

97586    0060719-00   S#0006006
BARBARA KREMONAS CUST
BENJAMIN SWARTZ
676 STONEFIELD LOOP
HEATHROW, FL 32746-5337

97586    0060720-00   S#0006005
BARBARA KREMONAS CUST
DANIEL SWARTZ
676 STONEFIELD LOOP
HEATHROW, FL 32746-5337

97586    0060721-00   S#0012377
BARBARA L BECKER
1310 EIGHTH STREET
ALAMEDA, CA 94501

97586    0060722-00   S#0002971
BARBARA L MAIER-HOPKINS
8333 AUSTIN ST APT 6F
KEW GARDENS, NY 11415-1826

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060723-00    S#0006338
BARBARA L RANDAZZO CUAT
JEANETTE L RANDAZZO UTMA FL
601 RYDER CUP CIRCLE
PALM BEACH GARDEN, FL 33418

97586    0060724-00    S#0004384
BARBARA L STUTZ CUST
RICHARD W STUTZ JR
2024 LINCOLN CT
WYOMISSING, PA 19610

97586    0060725-00    S#0010922
BARBARA LEE
600 ENCINO PLNE
ALBUQUERQUE, NM 87102-2602

97586    0060726-00    S#0001120
BARBARA LIM
482 JORALEMAN ST
BELLEVILLE, NJ 07109

97586    0060727-00    S#0005630
BARBARA M EARLS
55 LE PARC FONTAINE
LITHONIA, GA 30038

97586    0060728-00    S#0003361
BARBARA M JULIAN &
ANGEL JULIAN JT TEN
776 PAT DR
WEST ISLIP, NY 11795-3537

97586    0060729-00    S#0000408
BARBARA M KEEGAN CUST
CHRISTOPHER J KEEGAN URIUTMA
79 WINDWARD RD
WAKEFIELD, RI 02879-5409

97586    0060730-00    S#0003329
BARBARA M SABATINO
PO BOX 537
PT JEFFERSON, NY 11776

97586    0060731-00    S#0012841
BARBARA M SCHRIER CUST
NICHOLAS BERECK SCHRIER UNDR
8990 CAPE WINDHAM PL
ORANGEVALE, CA 95662-4162

97586    0060732-00    S#0012292
BARBARA MACHELE SWIFT
69 FAIR OAKS ST
SAN FRANCISCO, CA 94110-2208

97586    0060733-00    S#0000393
BARBARA MAGUIRE CUST
CONOR MAGUIRE
29 ATLANTIC ST
NEWPORT, RI 02840

97586    0060734-00    S#0004751
BARBARA MAZIE CUST FOR
IRA MICHAEL MAZIE UGMA MD
1276 PINCH VALLEY RD
WESTMINSTER, MD 21157

97586    0060735-00    S#0000883
BARBARA MORRIS CUST
MICHAEL D MORRIS
207 MOUNTAIN RD
RIDGEFIELD, CT 06877-1613

97586    0060736-00    S#0000174
BARBARA N LONG CUST
ROBERT G LONG III
2 GARDINER ST
LYNN, MA 01905

97586    0060737-00    S#0003650
BARBARA P BAIRD CUST
JEREMY J BAIRD
300 WOODBRIDGE AVE
BUFFALO, NY 14214

97586    0060738-00    S#0003651
BARBARA P BAIRD CUST
JONATHAN P BAIRD
300 WOODBRIDGE AVE
BUFFALO, NY 14214

97586    0060739-00    S#0004778
BARBARA P LEVINE CUST
DANA ARI LEVINE
3003 WOODVALLEY DR
BALTIMORE, MD 21208-1960

97586    0060740-00    S#0006824
BARBARA P MILLER CUST
VINCENT BRIAN MILLER
RT 1 BOX 322
MOSHEIM, TN 37818

97586    0060741-00    S#0002953
BARBARA PECORARO CUST
ROBERT PECORARO
61-19 LINDEN ST
RIDGEWOOD, NY 11385

97586    0060742-00    S#0008591
BARBARA PETERSON CUST
RACHAEL J PETERSON
651 FULLER
COLUMBUS, WI 53925

97586    0060743-00    S#0000148
BARBARA SKAAR CUST
PAIGE LAICH
13 OVERBROOK DR
CHELMSFORD, MA 01824

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0060744-00  S#0004603<br>BARBARA ZIMMERMAN CUST<br>LLOYD ZIMMERMAN<br>9917 BLUEGRASS RD<br>POTOMAC, MD 20854-5038 | 97586    0060745-00  S#0011218<br>BARBARA ZOLKIN CUST<br>ADRIENNE LAUREN NG<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 | 97586    0060746-00  S#0011213<br>BARBARA ZOLKIN CUST<br>GREGORY ALLAN NG<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 |
| 97586    0060747-00  S#0011216<br>BARBARA ZOLKIN CUST<br>KEVIN DEREK KONG<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 | 97586    0060748-00  S#0011215<br>BARBARA ZOLKIN CUST<br>KRISTEN ALISON KONG<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 | 97586    0060749-00  S#0011214<br>BARBARA ZOLKIN CUST<br>RYAN GARRETT NG<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 |
| 97586    0060750-00  S#0011217<br>BARBARA ZOLKIN CUST<br>STEVEN ERIC KONG UTMA CA<br>537 SAN VINCENTE BLVD 311<br>SANTA MONICA, CA 90402-1818 | 97586    0060751-00  S#0001947<br>BARBERRY CORPORATION<br>1 WALL ST COURT<br>9TH FLOOR<br>NEW YORK, NY 10005-3302 | 97586    0060752-00  S#0005154<br>BARCLAY C WINN CUST<br>WENDALL L WINN III UTTMA VA<br>1201 LIBERTY STREET<br>NORFOLK, VA 23523 |
| 97586    0060753-00  S#0003594<br>BARI J RODEN<br>1068 JEWETT HILL RD<br>APALACHIN, NY 13732 | 97586    0000131-00  S#0009771<br>BARKER, GLYNN & RENZ<br>ATTN: STEVE RENZ<br>12506 DELMAR ST<br>LEAWOOD, KS 66209-2243 | 97586    0060754-00  S#0006315<br>BARNEY I FRANK<br>10219 ALLAMANDA BLVD<br>PALM BCH GDNS, FL 33410-5206 |
| 97586    0060755-00  S#0013242<br>BARNEY K SMITH<br>750 N 100TH ST<br>SEATTLE, WA 98133-9306 | 97586    0060756-00  S#0000461<br>BARRETT L PADDOCK &<br>CHERYL J PADDOCK JT TEN<br>455 SO RD<br>BOX 448<br>NEWBURY, NH 03255 | 97586    0060757-00  S#0007117<br>BARRETT THOMAS SMITH<br>3012 HWY 60 E<br>OWENSBORO, KY 42301 |
| 97586    0060758-00  S#0010583<br>BARRY BLINDERMAN<br>4203 S GIBRALTER ST<br>AURORA, CO 80013 | 97586    0060759-00  S#0000632<br>BARRY C WELCH &<br>CAROL A WELCH<br>JT TEN<br>58 PROSPECT APT 304<br>HARTFORD, CT 06106-2970 | 97586    0060760-00  S#0012260<br>BARRY D BLOOM CUST<br>J MAXWELL BLOOM<br>385 CHESTNUT ST<br>SAN CARLOS, CA 94070-2116 |
| 97586    0060761-00  S#0004788<br>BARRY D MURPHY<br>107 CHARLESBROOKE RD<br>BALTIMORE, MD 21212-1208 | 97586    0060762-00  S#0004789<br>BARRY D MURPHY CUST<br>BARRY T MURPHY<br>107 CHARLESBROOKE RD<br>BALTIMORE, MD 21212-1208 | 97586    0060763-00  S#0010174<br>BARRY G GROSSMAN<br>1328 RUSK DR<br>RICHARDSON, TX 75081-4533 |

3Stop.

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586  0060764-00  S#0005748
BARRY GLENN COATES
1904 BROKHAVEN CIRCLE
ATLANTA, GA 30319

97586  0060765-00  S#0004541
BARRY GOTTFRIED
CUST DAVID GOTTFRIED
5400 UPPINGHAM ST
CHEVY CHASE, MD 20815

97586  0060766-00  S#0004543
BARRY GOTTFRIED CUST
DAVID GOTTFRIED
5400 UPPINGHAM ST
CHEVY CHASE, MD 20815

97586  0060767-00  S#0003750
BARRY J GOLDFARB CUST
ADAM L GOLDFARB UND NY UGMA
88 SOUTHWOOD LANE
ROCHESTER, NY 14618

97586  0060768-00  S#0011695
BARRY LANDER CUST
JOSHUA M LANDER
6541 DANVILLE CT
SAN DIEGO, CA 92120

97586  0060769-00  S#0002050
BARRY LEVINE
C/O LEO LEVINE INC
1384 BROADWAY
NEW YORK, NY 10018-6108

97586  0060770-00  S#0002051
BARRY LEVINE CUST
A/C/F ALISHA E LEVINE
C/O LEO LEVINE INC
1384 BROADWAY
NEW YORK, NY 10018-6108

97586  0060771-00  S#0002053
BARRY LEVINE CUST
A/C/F ROBERT E LEVINE
C/O LEO LEVINE INC
1384 BROADWAY
NEW YORK, NY 10018-6108

97586  0060772-00  S#0002052
BARRY LEVINE CUST
A/C/F SETH C LEVINE
C/O LEO LEVINE INC
1384 BROADWAY
NEW YORK, NY 10018-6108

97586  0060773-00  S#0006119
BARRY M RUSSELL CUST
CHRISTOPHER J RUSSELL
17501 NW 7THST
PEMBROKE PINES, FL 33027

97586  0060774-00  S#0004432
BARRY SCHEPP CUST
TODD MICHAEL SCHEPP
707 BURNLEY RD
WILMINGTON, DE 19803

97586  0060775-00  S#0010814
BARRY SIMONTON CUST
JOSEPH SIMONTON
1145 E HAMPTON CIRCLE
MESA, AZ 85204

97586  0060776-00  S#0010813
BARRY SIMONTON CUST
THOMAS SIMONTON
1145 E HAMPTON CIRCLE
MESA, AZ 85204

97586  0060778-00  S#0006036
BARRY WAGNER
4647 CASON COVE DR APT 2418
ORLANDO, FL 32811-6683

97586  0060779-00  S#0000124
BART D GERARDI
100 POWDERMILL RD 183
ACTON, MA 01720-5932

97586  0060780-00  S#0007971
BART R MULLER &
JENNIFER L MULLER
29461 LINDA ST
LIVONIA, MI 48154-3719

97586  0000651-00  S#0009272
BARTA, HILARY
4944 N BELL AVE
CHICAGO, IL 60625

97586  0060781-00  S#0003106
BARUCH COHEN CUST
JUDAH COHEN
518 LINKS DR E
OCEANSIDE, NY 11572

97586  0000136-00  S#0005387
BASEBALL AMERICA INC
PO BOX 2089
DURHAM, NC 27702

97586  0000137-00  S#0001932
BASELINE
838 BROADWAY
NEW YORK, NY 10003

97586  0070585-00  S#0011761
BASKETT, RON
1260 QUAIL CT
SAN BERNARDINO, CA 92404-1567

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000508-00  S#0001101<br>BATTLE, ERIC J<br>476 GREGORY AVE 3RD FLR<br>WEEHAWKEN, NJ 07087-5650 | 97586   0021290-00  S#0003242<br>BAY TRUCKING CORP<br>ATTN: LISA A BAKER - COUNSEL<br>107 E CARMANS RD<br>FARMINGDALE, NY 11735 | 97586   0065655-00  S#0011657<br>BEARCHELL, JOANNE E<br>873 STEVENS AVE APT 3313<br>SOLANA BEACH, CA 92075-2706 |
| 97586   0000141-00  S#0002644<br>BEARDSLEE TRANSMISSION EQUIP<br>26-22 JACKSON AVE<br>LONG ISLAND CITY, NY 11101 | 97586   0000142-00  S#0009327<br>BEARINGS INC<br>22647 NETWORK PL<br>CHICAGO, IL 60675-1226 | 97586   0060782-00  S#0002695<br>BEATRICE DWECK CUST<br>GABRIELLE FRIEDA DWECK<br>1442 E 22ND ST<br>BROOKLYN, NY 11210-5111 |
| 97586   0060783-00  S#0002696<br>BEATRICE DWECK CUST<br>MATTHEW EDWARD DWECK<br>1442 E 22ND ST<br>BROOKLYN, NY 11210-5111 | 97586   0060784-00  S#0002694<br>BEATRICE DWECK CUST<br>PHILIP RALPH DWECK<br>1442 E 22ND ST<br>BROOKLYN, NY 11210-5111 | 97586   0060785-00  S#0005302<br>BEATRICE G RITTS<br>2117 SMITH ST<br>REIDSVILLE, NC 27320 |
| 97586   0060786-00  S#0011828<br>BEATRICE K SASANO<br>15342 YORKSHIRE LANE<br>HUNTINGTON BEACH, CA 92647 | 97586   0060787-00  S#0002484<br>BEATRICE NOVICK<br>1160 MIDLAND AVE<br>BRONXVILLE, NY 10708-6465 | 97586   0060788-00  S#0009698<br>BEAU CAMERON<br>3309 AUBURN<br>ST JOSEPH, MO 64506 |
| 97586   0060789-00  S#0010089<br>BEAU HUNTER BREWER<br>16 N ARMSTRONG<br>BIXBY, OK 74008 | 97586   0000143-00  S#0010220<br>BECKETT PUBLICATIONS<br>15850 DALLAS PKWY<br>DALLAS, TX 75248 | 97586   0060790-00  S#0013375<br>BECKY ANN REEVES CUST<br>CONNOR WAYNE REEVES<br>5601 RICKY RD<br>ANCHORAGE, AK 99516-4919 |
| 97586   0060791-00  S#0005607<br>BECKY B ALLEN CUST<br>JAMES PAUL ALLEN<br>1022 ALLENWOOD WAY<br>NO AUGUSTA, SC 29841 | 97586   0060792-00  S#0013339<br>BECKY B FAUBION CUST<br>BENJAMIN FAUBION<br>PO BOX 809<br>CLEELUM, WA 98922 | 97586   0060793-00  S#0013338<br>BECKY B FAUBION CUST<br>RACHEL FAUBION<br>PO BOX 809<br>CLEELUM, WA 98922 |
| 97586   0060794-00  S#0000251<br>BECKY JOSEPH CUST<br>KATHRYN E JOSEPH<br>431 WASHINGTON ST APT 5<br>BROOKLINE, MA 02146 | 97586   0001132-00  S#0002217<br>BECTON, PAUL J<br>105 MAPLE AVE<br>STATEN ISLAND, NY 10302-1332 | 97586   0060795-00  S#0012228<br>BEJAMIN F SPATER<br>406 N RENGSTORFF<br>MOUNTAIN VIEW, CA 94043 |
| 97586   0000739-00  S#0011956<br>BEJAR, JESSICA<br>15199-D CAMPUS PARK DR<br>MOORPARK, CA 93021 | 97586   0060796-00  S#0002648<br>BEJAY LAM<br>31-42 48TH ST<br>ASTORIA QUEENS, NY 11103 | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0067622-00    S#0012593<br>BELAU, LYNN W &<br>ANN BELAUN JT TEN<br>117 FIRETHORN DR<br>ROHNERT PARK, CA 94928-1333 | 97586    0060797-00    S#0001636<br>BELFORD HOGATE III CUST<br>MARK HOGATE<br>119 ASH ST<br>CARNEYS POINT, NJ 08069 | 97586    0000144-00    S#0001745<br>BELL ATLANTIC<br>PO BOX 4833<br>TRENTON, NJ 08650-4833 |
| 97586    0000147-00    S#0001123<br>BELL ATLANTIC MERIDIAN SYSTEMS<br>PO BOX 13492<br>NEWARK, NJ 07188-0492 | 97586    0000149-00    S#0001115<br>BELL ATLANTIC NYNEX MOBILE<br>PO BOX 489<br>NEWARK, NJ 07101-0489 | 97586    0000148-00    S#0004837<br>BELL ATLANTIC NYNEX MOBILE<br>NKA VERIZON WIRELESS SERVICES LLC<br>PO BOX 17464<br>BALTIMORE, MD 21297-1464 |
| 97586    0060798-00    S#0002777<br>BELLA DIAMOND CUST<br>YOSEF C DIAMOND<br>1820 QUENTIN RD<br>BROOKLYN, NY 11229 | 97586    0072022-00    S#0007594<br>BELLER, TIM E<br>1804 FLESHER AVE<br>DAYTON, OH 45420-2917 | 97586    0000668-00    S#0002377<br>BELLOVIN, IRENE CHERNA<br>40 MAPLEWOOD AVE<br>LARCHMONT, NY 10538 |
| 97586    0000151-00    S#0005744<br>BELLSOUTH MOBILITY<br>1155 PEACHTREE ST NE<br>ATLANTA, GA 30309 | 97586    0020639-00    S#0005388<br>BELVIN, BARBARA T<br>PO BOX 1942<br>DURHAM, NC 27702 | 97586    0060799-00    S#0005113<br>BEN A KRAUSE CUST<br>JOSHUA C KRAUSE<br>1436 FIVE HILL TRAIL<br>VIRGINIA BEACH, VA 23452-4745 |
| 97586    0060800-00    S#0007098<br>BEN CARTER<br>316 BLUEBIRD DR<br>RUSSELL, KY 41169 | 97586    0060801-00    S#0004222<br>BEN GROSS<br>525 MONROE RD<br>MERION, PA 19066 | 97586    0060802-00    S#0003100<br>BEN LIPSCHITZ CUST<br>NATANEL LIPSCHITZ<br>3410 FAIRWAY RD<br>OCEANSIDE, NY 11572 |
| 97586    0060803-00    S#0008947<br>BEN M SMITH III CUST<br>BENJAMIN M SMITH IV<br>1008 CHESAPEAKE BLVD<br>GRAYSLAKE, IL 60030-1192 | 97586    0060804-00    S#0005538<br>BEN PORTER<br>RR 4 BOX 107<br>WINNSBORO, SC 29180-9804 | 97586    0060805-00    S#0002944<br>BEN RHOADES<br>63-62 83RD ST<br>MIDDLE VILLAGE, NY 11379 |
| 97586    0060806-00    S#0006096<br>BEN SMOLLEY<br>5000 N 36TH COURT<br>HOLLYWOOD, FL 33021 | 97586    0060807-00    S#0005059<br>BENJAMIN A BROWN II<br>102 GLENWOOD DR<br>WILLIAMSBURG, VA 23185-4424 | 97586    0060808-00    S#0011532<br>BENJAMIN A DICHOSA &<br>MYRNA D J DICHOSA<br>1707 PASO REAL AVE<br>ROWLAND HEIGHTS, CA 91748 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060809-00    S#0007635
BENJAMIN A MOYER
660 VALLEYVIEW DR
ZIONSVILLE, IN 46077

97586    0060810-00    S#0007232
BENJAMIN A SOLWITZ
10722 THWING RD
CHARDON, OH 44024

97586    0060811-00    S#0008757
BENJAMIN BURROW
5705 21ST AVE S
MINNEAPOLIS, MN 55417-2624

97586    0060812-00    S#0000027
BENJAMIN F ALEKS &
CANDACE CRAND ALEKS
JT TEN
70 OLD FARMS RD
E LONGMEADOW, MA 01028-0562

97586    0060813-00    S#0001917
BENJAMIN G AUSTIN
345 8TH AVE
NEW YORK, NY 10001-4828

97586    0060814-00    S#0002344
BENJAMIN GRAYSON
149 KINGS ST
CHAPPAQUA, NY 10514

97586    0060815-00    S#0002856
BENJAMIN GREIS
57-32 229 ST
BAYSIDE, NY 11360

97586    0060816-00    S#0003163
BENJAMIN ISRAELI CUST
ROBERT ISRAELI
569 GREEN PL
WOODMERE, NY 11598-1909

97586    0060817-00    S#0006759
BENJAMIN L THOMPSON
113 GIBSON
MADISON, TN 37115

97586    0060818-00    S#0000143
BENJAMIN LUDWIG FINN
16 STANDISH RD
WAYLAND, MA 01778

97586    0060819-00    S#0000120
BENJAMIN MALKIN
11 OLDE LANTON RD
ACTON, MA 01720

97586    0060820-00    S#0010369
BENJAMIN MICHAEL BROWN
602 STONELEIGH
HOUSTON, TX 77079-6912

97586    0060821-00    S#0012372
BENJAMIN RAIDER
818 LAURELWOOD DRIVE
SAN MATEO, CA 94403

97586    0060822-00    S#0013487
BENJAMIN S ROSS
849 BORONIA CRES
NEWMARKET, ON L3Y 5J8
CANADA

97586    0060823-00    S#0012197
BENJAMIN T NORDELL
720 ALAMEDA DE LAS PULGAS
BELMONT, CA 94002

97586    0060824-00    S#0012751
BENJAMIN V BONORA
20311 CRYSTAL DR
HILMAR, CA 95324

97586    0060825-00    S#0004866
BENJAMIN WILLIAM DOUGLAS SCHER
7407 SKYLINE DR
FREDERICK, MD 21702

97586    0060826-00    S#0005465
BENJAMIN WILLIAMS
501 ROLLINS AVE
HAMLET, NC 28345-2144

97586    0060827-00    S#0007837
BENJAMIN WOLKINSON CUST
DAVID N WOLKINSON UGMA MI
28550 TAVISTOCK TRL
SOUTHFIELD, MI 48034-5186

97586    0001588-00    S#0011208
BENJAMIN, WILLIAM
537 SAN VINCENT BLVD #106
SANTA MONICA, CA 90402

97586    0060828-00    S#0003936
BENNETT ORTIZ
1045 W 9TH ST
ERIE, PA 16502-1132

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000744-00   S#0013405
BENNETT, JOE
C/O ART & COMICS LTD
RUA CAMINHA DE AMORIM 336
SAO PAULO, SP 05454020
BRAZIL

97586   0060829-00   S#0012597
BENNY COLLINS
490 WELLESLEY AVENUE
MILL VALLEY, CA 94941

97586   0000152-00   S#0013534
BERESKIN & PARR
40 KING STREET WEST
BOX 401
TORONTO, ON M5H 3Y2
CANADA

97586   0000154-00   S#0002094
BERKELEY CATERERS
437 MADISON AVE
NEW YORK, NY 10022

97586   0020050-00   S#0004209
BERM STUDIOS INC
ATTN: ALBERT BERMAN-SECTY/TREAS
PO BOX 1275
LANSDOWNE, PA 19050

97586   0060830-00   S#0006579
BERNADETTE LECLAIR
2746 HAVERHILL CT
CLEARWATER, FL 34621

97586   0060831-00   S#0004102
BERNADETTE T STEELE CUST
LORI DENISE STEELE
80 NESBITT ST
LARKSVILLE, PA 18651

97586   0060832-00   S#0005475
BERNADINE R GIBSON
RTE 1 BOX 498-A
KINSTON, NC 28501-9752

97586   0060833-00   S#0000346
BERNARD ALPER CUST
FOR DANIEL BLACK ALPER
TRANSFERS TO MINORS ACT
513 CURRIER ROAD
E FALMOUTH, MA 02536-4208

97586   0060834-00   S#0000993
BERNARD C JACOBS
12 DAWSON TER
LIVINGSTON, NJ 07039

97586   0060835-00   S#0000145
BERNARD C SALWAY &
CAROL A SALWAY
1 PARLIAMENT LN
WOBURN, MA 01801-5323

97586   0060836-00   S#0001020
BERNARD D FOSTER
1617 76TH ST
NORTH BERGEN, NJ 07047

97586   0060837-00   S#0001494
BERNARD J RECENELLO CUST
ANTHONY M RECENELLO UGMA NJ
232 WASHINGTON VALLEY RD
RANDOLPH, NJ 07869

97586   0060838-00   S#0000055
BERNARD J WELZ
28 VIRGINIA ST
SPRINGFIELD, MA 01108-2623

97586   0060839-00   S#0003006
BERNARD L CHAN CUST
MICHAEL CHAN UNYUGMA
2777 3RD PLACE
BALDWIN, NY 11510

97586   0060840-00   S#0002545
BERNARD L GELBARD &
JOYCE GELBARD
18 INVERNESS DR
NEW CITY, NY 10956-5547

97586   0060841-00   S#0005206
BERNARD NATKIN CUST
FOR JONATHAN JOSEPH NATKIN
903 BOWYER LN
LEXINGTON, VA 24450-1809

97586   0060842-00   S#0004780
BERNARD WILLIAMS JR
16 WARREN PARK DR
APT A-1
PIKESVILLE, MD 21208-5066

97586   0060843-00   S#0004677
BERNARD ZARANSKI III
SOC SECURITY
██████████      GATE RD
BALDWIN, MD 21013

97586   0000929-00   S#0002018
BERNARDO, MARK P
387 PARK AVE SO
NEW YORK, NY 10016

97586   0060844-00   S#0007579
BERNEICE A BALTES
13929 STATE RT 118
NEW WESTIN, OH 45348

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060845-00   S#0010123
BERNICE J VANZYL CUST
CASEY J WILLIAMS
1409 LAKEVIEW DR
PRYOR, OK 74361

97586    0060846-00   S#0012320
BERNICE J YEE
359 16TH AVE
SAN FRANCISCO, CA 94118

97586    0060847-00   S#0010663
BERNIE ALEXY CUST
JEFFREY GATTORNO
4812 BROOKSIDE DR
FT COLLINS, CO 80526

97586    0000155-00   S#0004286
BERRY & HOMER INC A PA CORP
RE: BERRY & HOMER INC
2035 RICHMOND ST
PHILADELPHIA, PA 19125

97586    0060848-00   S#0004328
BERRY M KEROLLIS CUST FOR
ROBIN L KEROLLIS SMEDDY UGMA P
546 LANCASTER CT
DOWNINGTON, PA 19335

97586    0060849-00   S#0011243
BERTHA M HERST CUST
RYAN A HERST UCAUTMA
7536 EL CHINO CIR
BUENA PARK, CA 90620

97586    0060850-00   S#0009516
BERTHOLD L MC DONAL &
BETTY MC DONAL
JT TEN
1000 PINE BOX 242
CENTRALIA, IL 62801

97586    0060851-00   S#0009903
BERYL C BABIN CUST
BRANDON JOSEPH BABIN
3409 LEMON ST B
METAIRIE, LA 70006-4013

97586    0060852-00   S#0000888
BERYL DICKLER LEIFER
6 JUDY POINT LA
WESTPORT, CT 06880

97586    0060854-00   S#0001432
BESSIE N WADE UGMA
EVITA N WADE
1920 WEST LAKE DRIVE
NEPTUNE, NJ 07753-4659

97586    0060853-00   S#0001434
BESSIE N WADE UGMA
IVANN M WADE
1920 WEST LAKE AVE
NEPTUNE, NJ 07753-4659

97586    0060855-00   S#0001433
BESSIE N WADE UGMA
JONATHAN N WADE
1920 WEST LAKE DRIVE
NEPTUNE, NJ 07753-4659

97586    0000158-00   S#0001671
BEST EQUIPMENT
1895 FEDERAL ST
CAMDEN, NJ 08105

97586    0000160-00   S#0002657
BEST WIPING CLOTH CO
PO BOX 6179
LONG ISLAND CITY, NY 11106

97586    0060856-00   S#0007122
BETH A ALMES CUST
JAMES M BURTON
725 LIGHTFOOT
MADISONVILLE, KY 42431

97586    0060857-00   S#0005175
BETH ANN CONVY CUST
JAMES J CONVY IV
11108 ARBOR GREEN DR
CHESTER, VA 23831

97586    0060858-00   S#0005174
BETH ANN CONVY CUST
RAYMOND L CONVY
11108 ARBOR GREEN DR
CHESTER, VA 23831

97586    0060859-00   S#0000379
BETH E JUAIRE &
KEVIN R JUAIRE JT TEN
226 PARK ST UNIT 7
NO ATTLEBORO, MA 02760-1236

97586    0060860-00   S#0007189
BETH E MCBURNEY CUST
EMILY M MCBURNEY
4920 BURKEWOOD CT APT 204
SYLVANIA, OH 43560-3006

97586    0060861-00   S#0007188
BETH E MCBURNEY CUST
MARY C MCBURNEY
4920 BURKEWOOD CT APT 204
SYLVANIA, OH 43560-3006

97586    0060862-00   S#0006399
BETH GREENBERG CUST
GREGG CAMHI GREENBERG
5519 N MILITARY TRL APT 1004
BOCA RATON, FL 33496-3490

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060863-00   S#0004586
BETH INGBER CUST
ILANA INGBER
9249 CAMBRIDGE MANOR COURT
POTOMAC, MD 20854

97586    0060864-00   S#0001859
BETH LYNN B PIERSANTI C/F
STEPHEN J PERSANTI UGMA NY
8 O'NEAL COURT
MESHANIC, NJ 08853

97586    0060865-00   S#0007204
BETH M WISE CUST
JOSEPH D WISE
4913 STATE RTE 60 N
MCCONNELSVILLE, OH 43756

97586    0060866-00   S#0006613
BETHANN DEUFEL
566 BAYWOOD DR S
DUNEDIN, FL 34698

97586    0060867-00   S#0006783
BETHANY A RAGSDALE
2 NORTHUMBERLAND DR
NASHVILLE, TN 37215

97586    0060868-00   S#0006372
BETSY HILLMAN
513 N COUNTRY CLUB DR
ATLANTIS, FL 33462

97586    0060869-00   S#0006674
BETSY MARKS CUST
ANNABEL MARKS
3832 ORLEANS RD
BIRMINGHAM, AL 35243-5638

97586    0060870-00   S#0011244
BETSY MATA & JOSE R MATA CO TT
OF THE BETSY MATA & JOSE R MAT
REVOCABLE TRUST U/A DTD 2-26-9
8181 PAGE ST
BUENA PARK, CA 90621

97586    0060871-00   S#0011287
BETSY STANSELL
6000 BIXBY VILLAGE DR 12
LONG BEACH, CA 90803-2077

97586    0060872-00   S#0008453
BETTE C MURPHY CUST
PATRICK A MURPHY
10615 N IVY COURT 34
MEQUON, WI 53092-5020

97586    0060873-00   S#0003727
BETTE D DALOIA CUST
MICHAEL T DALOIA
1105 EVERWILD VIEW
WEBSTER, NY 14580-8751

97586    0060874-00   S#0012585
BETTE GENEVA KING
775 S ELISEO DR 1
GREENBRAE, CA 94904-2173

97586    0060875-00   S#0012659
BETTE GENEVA KING CUST
CLAIRE GENEVIEVE KING NEENAN
CA/UTM
2161 EMPIRE GRADE RD
SANTA CRUZ, CA 95060

97586    0060876-00   S#0012473
BETTE GENEVA KING CUST
DEVIN PHILIP KING
1133 WILLOW
MARTINEZ, CA 94553-1353

97586    0060877-00   S#0012599
BETTE GENEVA KING CUST
GERALD KENNEDY CAHILL JR
25 SIDNEY
MILL VALLEY, CA 94941

97586    0060878-00   S#0010243
BETTIE M FORD
1311 ROBINWOOD DR
LUFKIN, TX 75901

97586    0060879-00   S#0001227
BETTY ANASTASI
40 ZABRISKIE ST
HACKENSACK, NJ 07601

97586    0060880-00   S#0007504
BETTY C VANCE CUST
DANIEL J VEALE
7573 LAKEMEADOW COURT
WEST CHESTER, OH 45069-2682

97586    0060881-00   S#0004272
BETTY C WEISS &
CHARLES E FELDMAN JT TEN
377 HELENE PLACE
PHILADELPHIA, PA 19116

97586    0060882-00   S#0006668
BETTY C YOE CUST
CUST CHARLENE B YOE
2844 SHOOK HILL RD
BIRMINGHAM, AL 35223

97586    0060883-00   S#0011201
BETTY FORD CUST
ADAM FORD UGMA CA
7777 W 91ST B-1149
PLAYA DEL REY, CA 90293-8310

**Debtor:**            Mafco Litigation Trust
**Description:**        Notice/Motion
**Mailing Number:**     0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0060884-00   S#0011202<br>BETTY FORD CUST<br>NICLAUS MARTINSSON<br>7777 W 91ST B-1149<br>PLAYA DEL REY, CA 90293-8310 | 97586    0060885-00   S#0011200<br>BETTY FORD CUST<br>SAMANTHA HEYMAN UGMA CA<br>7777 W 91ST B-1149<br>PLAYA DEL REY, CA 90293-8310 | 97586    0060886-00   S#0004375<br>BETTY HIRSCH<br>RD 1 BOX 373<br>MORGANTOWN, PA 19543-9759 |
| 97586    0060887-00   S#0012525<br>BETTY HOM LOW CUST<br>SPENCER W LOW U/CA/UGMA<br>130 WINDWARD COURT<br>VALLEJO, CA 94591-6938 | 97586    0060888-00   S#0010335<br>BETTY J CHURCH &<br>JAMES J CHURCH JT TEN<br>10043 LARSTON<br>HOUSTON, TX 77055-6003 | 97586    0060889-00   S#0009131<br>BETTY J PASSOW<br>542 BELLEFORTE AVE<br>OAK PARK, IL 60302-1624 |
| 97586    0060890-00   S#0004420<br>BETTY J SIMMONS<br>42 LA SALLE AVE<br>NEW CASTLE, DE 19720 | 97586    0060891-00   S#0006061<br>BETTY J VAN KOUWENBERG CUST<br>CHRISTOPHER M VAN KOUWENBERG<br>14 LEE ST<br>COCOA, FL 32926-2415 | 97586    0060892-00   S#0006063<br>BETTY J VAN KOUWENBERG CUST<br>DALE VAN KOUWENBERG<br>14 LEE ST<br>COCOA, FL 32926-2415 |
| 97586    0060893-00   S#0006062<br>BETTY J VAN KOUWENBERG CUST<br>MARTY VAN KOUWENBERT<br>14 LEE ST<br>COCOA, FL 32926-2415 | 97586    0060894-00   S#0006059<br>BETTY J VAN KOUWENBERG CUST<br>WILLIAM D VAN KOUWENBERG<br>14 LEE ST<br>COCOA, FL 32926-2415 | 97586    0060895-00   S#0009950<br>BETTY JO SNELLGROVE<br>205 EASTWOOD ST<br>FRANKLIN, LA 70538 |
| 97586    0060896-00   S#0011405<br>BETTY MALLORY HERON A/C/F<br>CASEY JAMES KANEN U/CA/UTMA<br>947 WOODLAWN DR<br>THOUSAND OAKS, CA 91360 | 97586    0060897-00   S#0005190<br>BETTY P HARVEY CUT CUST<br>FBO DUJUAN ANTHONY ROBINSON<br>2111 MEADOWBROOK RD NW<br>ROANOKE, VA 24017-1541 | 97586    0060898-00   S#0005152<br>BETTY ROBBINS CUST<br>ELISE RENEE ROBBINS<br>6829 PALLISTER RD<br>NORFOLK, VA 23518 |
| 97586    0060899-00   S#0003262<br>BETTY RUBIN CUST<br>ROSS EVAN RUBIN<br>ONE ANVIL COURT<br>DIX HILLS, NY 11746 | 97586    0060900-00   S#0005456<br>BETTY S BULLARD<br>RR 33 BOX 305<br>FAYETTEVILLE, NC 28301-9618 | 97586    0060901-00   S#0012319<br>BETTY TOVAN TRAN<br>172 EWING TERRACE<br>SAN FRANCISCO, CA 94118 |
| 97586    0060902-00   S#0006060<br>BETTY VAN KOUWENBERG TR<br>VAN KOUWENBERG REV TRUST<br>14 LEE ST<br>COCOA, FL 32926-2415 | 97586    0060903-00   S#0011533<br>BETTY YANG CUST<br>JONATHAN NAJMAN<br>18602 VILLA CLARA RD<br>ROWLAND HTS, CA 91748 | 97586    0060904-00   S#0006531<br>BETTYSUE OBRIAN CUST<br>RYAN M BROWN<br>4722 STEVENS DR<br>SARASOTA, FL 34234-3753 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0060905-00   S#0007006
BEULAH WATSON
5707 SPICEWOOD LANE
LOUISVILLE, KY 40219-1024

97586   0060906-00   S#0013129
BEV VOSS
921 NORTHRIDGE AVE
SPRINGFIELD, OR 97477-2349

97586   0060907-00   S#0005588
BEVERLEY K WHITTEN &
JAMES S WHITTEN JT TEN
40 COLLINS RIDGE DR
GEENVILLE, SC 29607-3775

97586   0060908-00   S#0008021
BEVERLY A BEAUDETTE CUST
SARA A BEAUDETTE
2050 22ND ST
WYANDOTTE, MI 48192

97586   0060909-00   S#0010211
BEVERLY A FRIEDMAN CUST
JASON FRIEDMAN
5452 GLEN LAKES DR
SUITE 203
DALLAS, TX 75231-4393

97586   0060910-00   S#0000654
BEVERLY B CHAMPANY CUST
JASON J CHAMPANY
146 FAY RD
POMFRET CENTER, CT 06259

97586   0060911-00   S#0006539
BEVERLY B RAYFIELD CUST
JAMISON A RAYFIELD
3255 PINE VALLEY DR
SARASOTA, FL 34239-4330

97586   0060912-00   S#0007480
BEVERLY B WHITE CUST
J D WHITE
140 W MAIN ST APT K
NORWALK, OH 44857

97586   0060917-00   S#0007023
BEVERLY C WILSON CUST
ROBBIE AUTHER UTMA CO
7619 BEECH SPRING CT
LOUISVILLE, KY 40241-6401

97586   0060913-00   S#0003887
BEVERLY C WILSON CUST
ROBERT ALLEN AUTHER
BOX 223
FAYETTE CITY, PA 15438

97586   0060915-00   S#0003889
BEVERLY C WILSON CUST
RONALD LEE AUTHER
BOX 223
FAYETTE CITY, PA 15438

97586   0060916-00   S#0003888
BEVERLY C WILSON CUST
RONALD LEE AUTHER II UGMA PA
PO BOX 223
FAYETTE CITY, PA 15438

97586   0060918-00   S#0007152
BEVERLY COOK-FINLEY CUST FOR
MATTHEW AARON COOK UNDER
957 S REMINGTON RD
BEXLEY, OH 43209

97586   0060919-00   S#0000156
BEVERLY DUMONT
63 S CENTRAL ST
BRADFORD, MA 01835-7547

97586   0060920-00   S#0007333
BEVERLY E LEWIS
4843 WESTBOURNE RD
CLEVELAND, OH 44124-2342

97586   0060921-00   S#0011870
BEVERLY FROSS CUST
CORY FROSS
25086 BARCLAY LN
LAGUNA NIGUEL, CA 92677-8877

97586   0060922-00   S#0010797
BEVERLY HAND CUST
JERAD M HAND
13023 S 44TH PL
PHOENIX, AZ 85044

97586   0060923-00   S#0010798
BEVERLY HAND CUST
JUSTIN M HAND
13023 S 44TH PL
PHOENIX, AZ 85044

97586   0060924-00   S#0008210
BEVERLY J COLLINS
4330 ASHLAWN
FLINT, MI 48507

97586   0060925-00   S#0009407
BEVERLY K CALDWELL CUST
ROBERT CALDWELL
5325 W AKRON RD
PRINCEVILLE, IL 61559

97586   0060926-00   S#0001063
BEVERLY M LUKAS CUST
RICHARD F LUKAS
2673 CREST LN
SCOTCH PLAINS, NJ 07076-1513

**Debtor:**                Mafco Litigation Trust
**Description:**           Notice/Motion
**Mailing Number:**        0807A
**Notices Mailed By:**     08/01/2008    and sent to following creditors:

97586    0060927-00    S#0008185
BEVERLY WEEMS CUST
FBO TYLER HADLEY COHEN
320 CHERRY GROVE LANE
WALLED LAKE, MI 48390-3977

97586    0000191-00    S#0011477
BEYER, BRIAN
400 S KEYSTONE APT K
BURBANK, CA 91506

97586    0060928-00    S#0009513
BHIKKHU MAHINDA
CF RANGINI MAHINDA UGMA IL
15 COLUMBINE LANE
SPRINGFIELD, IL 62707

97586    0060929-00    S#0005566
BICH LAN T NGUYEN CUST
LINUS TRUONG USCUGMA
922 BLUE CRAB WAY
MT PLEASANT, SC 29464-2640

97586    0060930-00    S#0002899
BIK HA NG
41-80 FORLEY ST
ELMHURST, NY 11373

97586    0060931-00    S#0009475
BILL F WATERS CUST
BRIAN WATERS UTMA/IL
RTE 1 BOX 2
LIBERTY, IL 62347

97586    0060932-00    S#0009474
BILL F WATERS CUST
FORREST A WATERS UTMA/IL
RTE 1 BOX 2
LIBERTY, IL 62347

97586    0060933-00    S#0009473
BILL F WATERS CUST
SPENCER N WATERS
RTE 1 BOX 209 B
LIBERTY, IL 62347

97586    0060934-00    S#0013319
BILL HOPPE
8928 SKOKOMISH WAY NE
OLYMPIA, WA 98506-5951

97586    0060935-00    S#0012900
BILL J TOM
407 CEDAR RIVER WAY
SACRAMENTO, CA 95831-2447

97586    0060936-00    S#0006779
BILL MINKEL CUST
J R MINKEL
297 LARGO DRIVE
NASHVILLE, TN 37211-4619

97586    0060937-00    S#0008792
BILL NERESON
8064 JAMES AVE N
BROOKLYN PARK, MN 55444

97586    0060938-00    S#0010443
BILL R FAIRCHILD &
ANNA JOYCE FAIRCHILD JT TEN
501 SOUTHLAND ST
ALVIN, TX 77511-3643

97586    0060939-00    S#0008413
BILL R HUMMEL &
A ANN HUMMEL JT TEN
111 GULF LANE
BURLINGTON, IA 52601

97586    0060940-00    S#0002784
BILL WYLIE &
YUKO WYLIE JT TEN
250 UNION ST 3
BROOKLYN, NY 11231

97586    0000169-00    S#0007171
BILLBOARD
PO BOX 2011
MARION, OH 43306-4111

97586    0060941-00    S#0005143
BILLI J GERVACIO CUST
SYDNEY O LORSON
521 AUSTIN ST
NORFOLK, VA 23503-5500

97586    0060942-00    S#0007951
BILLIE ANN CHARNOCK &
DAN CHARNOCK JT TEN
27163 CECILE
DEARBORN HEIGHTS, MI 48127-3331

97586    0060943-00    S#0006989
BILLIE DURHAM CUST
ROBINSON C DURHAM
KY UTMA
1802 PARK BOUNDARY ROAD
LOUISVILLE, KY 40205

97586    0060944-00    S#0002131
BILLY BERKIS
C-O WILLIAM O BERKIS JR
320 CENTRAL PARK W APT 3L
NEW YORK, NY 10025

97586    0060945-00    S#0003671
BILLY CARR
237 73RD STREET
NIAGARA FALLS, NY 14304

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060946-00   S#0007153
BILLY D MATTHEWS &
KELLY A MATTHEWS JTTEN
2316 E LIVINGSTON AVE
COLUMBUS, OH 43209

97586    0060947-00   S#0010417
BILLY D STIGALL &
LINDA D STIGALL
JT TEN
3 TREE CREST CIRCLE
THE WOODLANDS, TX 77381

97586    0060948-00   S#0006646
BILLY E BARNES
8270 BARNES TRAIL
MCCALLA, AL 35111

97586    0060949-00   S#0006764
BILLY JOE ALLISON &
JEAN ALLISON JT TEN
RTE 1 BOX 149
WATERTOWN, TN 37184

97586    0000759-00   S#0003318
BILODEAU, JON
81 SUNKEN MEADOW RD
FORT SALONGA, NY 11768

97586    0060950-00   S#0003808
BIN LEE
211 WINDSOR DR
MOON TOWNSHIP, PA 15108-3257

97586    0000082-00   S#0002126
BINGLEY, ANN
319 W 100TH ST #4A
NEW YORK, NY 10025

97586    0060951-00   S#0007368
BLACK SHEEP INVESTMENT INC
KEITH A P ZOLA PRESIDENT
24775 MEADOW LN
WESTLAKE, OH 44145

97586    0000171-00   S#0003062
BLACKMAN PLBG SPLY CO INC
PO BOX 9400
UNIONDALE, NY 11555

97586    0060952-00   S#0003814
BLAINE SIEGEL
472 CANNONGATE DR
MONROEVILLE, PA 15146

97586    0060953-00   S#0008722
BLAINE SILVERNAGEL
10447 GRANT DR
EDEN PRAIRIE, MN 55344

97586    0060954-00   S#0007912
BLAINE TAILER-KIMBALL DIXON
80 STALWART
TROY, MI 48098

97586    0060955-00   S#0011183
BLAIR A CONTRATTO CUST FBO
ALEXANDER M CONTRATTO
UNDER CA UNIF TF TO MIN ACT
3116 VIA LA SELVA
PALOS VERDES EST, CA 90274-1050

97586    0060956-00   S#0009630
BLAIR K PETERSON
11 WINDING OAKS CIRCLE DRIVE
O FALLON, MO 63366-1683

97586    0060957-00   S#0012788
BLAIR WALTER TOM
1930 BENT TREE PL
SANTA ROSA, CA 95404-1500

97586    0060958-00   S#0011516
BLAISE BAUTSCH
2450 SAN GABRIEL WAY APT 104
CORONA, CA 91720-8014

97586    0065325-00   S#0005421
BLAKE, JEFFERY L
8715-4 PINNACLE CROSS DR
HUNTERSVILLE, NC 28078-4709

97586    0000727-00   S#0005420
BLAKE, JEFFREY L
8715-4 PINNACLE CROSS DR
HUNTERSVILLE, NC 28078-4709

97586    0001353-00   S#0013599
BLANCHARD, SHANNON
UNIT 47 1240 FALCON DR
COQUITLAM, BC V3E 2K4
CANADA

97586    0021133-00   S#0003215
BLOOMBERG
ATTN: GINA ROCHE-LEGAL REP
777 LARKFIELD ROAD
COMMACK, NY 11725

97586    0000173-00   S#0006907
BLUFF CITY ELECTRONICS
PO BOX 2121
MEMPHIS, TN 38159

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:**  08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0060959-00  S#0009988<br>BMC INVESTMENTS INC<br>BOX 1025<br>CABOT, AR 72023 | 97586   0060960-00  S#0001994<br>BO FUNG CHO<br>362 BROOME ST APT 4O<br>NEW YORK, NY 10013 | 97586   0060961-00  S#0005518<br>BOB HARKINS<br>RTE 2 BOX 41-P<br>WHITE OAK, SC 29180 |
| 97586   0060962-00  S#0011246<br>BOB MAUS<br>7512 LOS TRANCOS COURT<br>LA PALMA, CA 90623 | 97586   0060963-00  S#0011961<br>BOB MEEKER &<br>LISA MEEKER JT TEN<br>10670 CREEK RD<br>OJAI, CA 93023-9401 | 97586   0000175-00  S#0006289<br>BOB ROSATO SPORTS PHOTOGRAPHY<br>392 CAMERON DR<br>WESTON, FL 33326 |
| 97586   0060964-00  S#0010029<br>BOB WILLIAMSON<br>1709 TOWSON AVE<br>FT SMITH, AR 72901 | 97586   0060965-00  S#0000598<br>BOB WRIGHT<br>35 FAIRVIEW DRIVE<br>ROCKY HILL, CT 06067 | 97586   0060966-00  S#0003120<br>BOBBI JO MACROPOULOS CUST<br>MICHAEL PAUL MACROPOULOS<br>8 GLENWOOD RD<br>ROSLYN HARBOR, NY 11576-1029 |
| 97586   0060967-00  S#0009798<br>BOBBY D CONNER &<br>BETTY R CONNER<br>JT TEN<br>2322 DEARBORN<br>AUGUSTA, KS 67010 | 97586   0060968-00  S#0005153<br>BOBBY GOLDWASSER CUST<br>JAYME GOLDWASSER<br>7101 FOX'S LAIR CT<br>NORFOLK, VA 23518 | 97586   0060969-00  S#0009946<br>BOBBY JACOB HELMS<br>518 W ST LOUIS<br>LAFAYETTE, LA 70506-2426 |
| 97586   0060970-00  S#0000881<br>BOBETTE HUNTER<br>9 RIDGEWOOD RD<br>RIDGEFIELD, CT 06877 | 97586   0060971-00  S#0005379<br>BOBI SHERSON CUST<br>DAVID SHERSON<br>7725 HARPS HILL RD<br>RALEIGH, NC 27615 | 97586   0060972-00  S#0005402<br>BOLLIN M MILLNER JR CUST<br>B MADISON MILLNER III<br>204 GRAVELY DR<br>ROCKY MOUNT, NC 27804 |
| 97586   0060973-00  S#0001044<br>BONITO Y SANCHEZ<br>P A PROFIT SHARING PLAN<br>BONIT0 Y SANCHEZ TRUSTEE<br>35 SCOTT DR<br>WATCHUNG, NJ 07060-6315 | 97586   0060974-00  S#0009573<br>BONNIE ARNOLD CUST<br>JUSTIN RYAN ARNOLD<br>50 CRESTWOOD DR<br>CLAYTON, MO 63105 | 97586   0060975-00  S#0003232<br>BONNIE BARRETT ACF<br>BRADLEY BARRETT UT/NY/UGMA<br>12 GERRI RD<br>EAST NORTHPORT, NY 11731 |
| 97586   0060976-00  S#0002772<br>BONNIE BERMAN CUST<br>LONI N BERMAN<br>2175 EAST 15TH ST<br>APT 3B<br>BKLYN, NY 11229 | 97586   0060977-00  S#0000742<br>BONNIE CAGGANELLO CUST<br>KEVIN R MEDVECKY UGMA<br>40 PEACOCK DRIVE<br>STRATFORD, CT 06497 | 97586   0060978-00  S#0011378<br>BONNIE DEROO<br>22165 CANONES CIRCLE<br>SAUGUS, CA 91325 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0060979-00   S#0012696
BONNIE F SUBLETT
744 DUBANKY
SAN JOSE, CA 95123-4513

97586    0060980-00   S#0011008
BONNIE G ALEXANDER CUST
SEAN ADAMS
8120 SHIFTING SANDS DR
RENO, NV 89506-3104

97586    0060981-00   S#0003431
BONNIE H SOLLAZZO CUST
MICHAEL J SOLLAZZO
PO BOX 6027 POUCH 20
SCHENECTADY, NY 12301-6027

97586    0060982-00   S#0010690
BONNIE J ARCHULETA &
LAURA E ARCHULETA JT TEN
4860 MONTEBELLO DR
COLORADO SPGS, CO 80918

97586    0060983-00   S#0007719
BONNIE L KELLEY &
JEFF R KELLEYJTTEN
650 S MICHIGAN ST
LAKEVILLE, IN 46536

97586    0060984-00   S#0009378
BONNIE L STEPHENSON
4201 35 AVE
MOLINE, IL 61265

97586    0060985-00   S#0004193
BONNIE LEVIN CUST
MICHAEL LEVIN
1356 HOPE CIRCLE
FT WASHINGTON, PA 19034

97586    0060986-00   S#0005853
BONNIE OCONNOR CUST
CHRISTOPHER M WILSHIRE
2117 NATURES GATE CT N
FERNANDINA BEACH, FL 32034

97586    0060987-00   S#0005852
BONNIE OCONNOR CUST
DANIEL P OCONNOR
2117 NATURES GATE CT N
FERNANDINA BEACH, FL 32034

97586    0060988-00   S#0012691
BONNIE SUBLETT CUST
ROSS SUBLETT
744 DUBANSKY
SAN JOSE, CA 95123

97586    0060989-00   S#0004355
BONNIE WASSON CUST
PETER BURLEIGH
506 HEMLOCK CIRCLE
LANSDALE, PA 19446-6030

97586    0060990-00   S#0006178
BONNIE WEISBERG CUST
SPENCER LERNER WEISBERG
6420 ALLISON RD
ALLISON ISLAND
MIAMI BEACH, FL 33141

97586    0000176-00   S#0002015
BONO'S
35 E 28TH ST
NEW YORK, NY 10016

97586    0000165-00   S#0001587
BORDEGON, BILL
130 WESTMONT AVENUE
HADDONFIELD, NJ 08033

97586    0060991-00   S#0011171
BORIS MICHAEL LIEBMAN
417 21ST ST
MANHATTAN BEACH, CA 90266

97586    0000178-00   S#0013627
BOUJU DERAMBURE BUGNION
52 RUE DE MONCEAU
75008 PARIS
FRANCE

97586    0000921-00   S#0011402
BOURNE, MARK
1241 WHITE CLIFF RD
THOUSAND OAKS, CA 91360

97586    0001000-00   S#0002142
BOWLIN-DEMORAS, MICHELLE
1571 YORK AVE APT 4H
NEW YORK, NY 10028

97586    0000182-00   S#0005353
BOXES UNLIMITED INC
1109 TRANSPORT DR
RALEIGH, NC 27603

97586    0060992-00   S#0006480
BOYD GRAHAM
7800 SR 532 #57
DAVENPORT, FL 33837

97586    0060993-00   S#0011874
BOYD J JOYER JR CUST
RICHARD J D JOYER UGMA/CA
74 PANORAMA
COTO DE CAZA, CA 92679-5362

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000184-00   S#0004343
BPM GROUP
970 PULASKI DR
KING OF PRUSSIA, PA 19406-2802

97586   0060994-00   S#0011863
BRAD B ZELDEN CUST
BRIAN JAMES ZELDEN
2155 CAMINO LAUREL
SAN CLEMENTE, CA 92672

97586   0060995-00   S#0009027
BRAD FISHMAN CUST
ZACHARY JOSHUA FISHMAN
498 THORNDALE
BUFFALO GROVE, IL 60089

97586   0060996-00   S#0005943
BRAD JERGUSON
4045 KILMARTIN DR
TALLAHASSEE, FL 32308

97586   0060997-00   S#0012774
BRAD LOUISANA &
MARLENE G LOUISANA
10204 DEL ALMENDRA DR
OAKDALE, CA 95361

97586   0060998-00   S#0010562
BRAD MORRIS CUST
JIMMY RYAN MORRIS
1810 DRIFTWOOD
ABILENE, TX 79602

97586   0060999-00   S#0000950
BRAD P PORSCHEN
430 LINCOLN AVE
CLIFFSIDE PARK, NJ 07010

97586   0061000-00   S#0013188
BRAD R CZARSKE CUST
CHRISTOPHER CZARSKE
21022 SE 268TH CT
KENT, WA 98042

97586   0061001-00   S#0007580
BRAD WRIGHT
PO BOX 334
PHILLIPSBURG, OH 45354

97586   0061002-00   S#0007053
BRADFORD L COWGILL CUST
BENJAMIN N COWGILL
783 CHINOE RD
LEXINGTON, KY 40502-2809

97586   0061003-00   S#0000558
BRADFORD P WAND
345 WATERVILLE RD
AVON, CT 06001

97586   0061004-00   S#0013367
BRADLEY A COLVER
BOX 111286
ANCHORAGE, AK 99511

97586   0061005-00   S#0003288
BRADLEY ABRAMOWITZ
11 SERPENTINE LANE
LEVITTOWN, NY 11756

97586   0061007-00   S#0003330
BRADLEY JOEL APPLEBAUM
C/O GAIL APPLEBAUM
5 COMSEWOGUE CT
PT JEFFERSON STA, NY 11776

97586   0061008-00   S#0007650
BRADLEY K KEEN
3801 N MERIDIAN ST
APT 302
INDIANAPOLIS, IN 46208

97586   0061009-00   S#0001541
BRADLEY M BROWN
8 CHIMNEY RIDGE DR
MORRIS TOWNSHIP, NJ 07960

97586   0061010-00   S#0011110
BRADLEY MAX CUST
CHARLOTTE CELESTE WRIGHT
4211 BERRYMAN AVE
LOS ANGELES, CA 90066

97586   0061011-00   S#0013075
BRADLEY MORRIS CHUSID
10221 SW 59TH PL
PORTLAND, OR 97219

97586   0061012-00   S#0008561
BRADLEY N LEMKE CUST FBO
BRETT G LEMKE
3682 LAKE MENDOTA DR
MADISON, WI 53705-1475

97586   0000185-00   S#0013047
BRADLEY PETER PARKER
565 E ARROW HWY APT 25
AZUSA, CA 91702-5730

97586   0000186-00   S#0009329
BRADLEY PRINTING CO
DEPT 77-2907
CHICAGO, IL 60678

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061013-00   S#0008286
BRADLEY R MONJE
33807 CHIPPER DR
COLON, MI 49040

97586   0061014-00   S#0011757
BRADLEY REMINGTON TOWNEND
12279 RIDGECREST DR
YUCAIPA, CA 92399

97586   0061015-00   S#0000518
BRADLEY S RYDER CUST
DANIEL R RYDER
372 PEARL ST
BANGOR, ME 04401

97586   0061016-00   S#0003697
BRADLEY S SHANKS
2560 POND RD
LIMA, NY 14485-9614

97586   0061017-00   S#0005380
BRADLEY WOLBORSKY
7021 N RIDGE DR
RALEIGH, NC 27615

97586   0001250-00   S#0001571
BRADLEY, RICH
2 FOXTON DR
ATCO, NJ 08004

97586   0061018-00   S#0005521
BRADY BRANHAM
RTE 1 BOX 53K
WINNSBORO, SC 29180

97586   0061019-00   S#0010685
BRANDEN D WILLIAMS
1932 LANKA LN
COLORADO SPRINGS, CO 80915

97586   0061020-00   S#0011922
BRANDEN FELKER
13682 TYPEE WAY
IRVINE, CA 92720

97586   0001113-00   S#0002048
BRANDFORD, PAMELA
CALVIN KLEIN
205 W 39TH ST 12TH FL
NEW YORK, NY 10018

97586   0061021-00   S#0012834
BRANDON BERGERSON
1950 SLIGER MINE RD
GREENWOOD, CA 95635

97586   0061022-00   S#0002125
BRANDON BERKIS
C-O WILLIAM O BERKIS JR
320 CENTRAL PARK W APT 3L
NEW YORK, NY 10025

97586   0061023-00   S#0010430
BRANDON COREY REES
20806 PARK CANYON
KATY, TX 77450

97586   0061024-00   S#0009964
BRANDON DABOVAL
17839 IVERNESS AVE
BATON ROUGE, LA 70810

97586   0061025-00   S#0005519
BRANDON DAVENPORT
170 MATTHEWS DR
WINNSBORO, SC 29180

97586   0061026-00   S#0012689
BRANDON LEONG
7184 BRIDGE COURT
SAN JOSE, CA 95120-4242

97586   0061027-00   S#0008070
BRANDON R COY
2376 HUNT CLUB DR
BLOOMFIELD HILLS, MI 48304

97586   0061028-00   S#0010817
BRANDON UNCHIDA
2436 S REVOLTA
MESA, AZ 85208

97586   0061029-00   S#0011907
BRANDON ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0000187-00   S#0000849
BRANDWEEK
PO BOX 1974
DANBURY, CT 06813

97586   0061030-00   S#0006457
BRANDY B STARK
745 26TH AVE N
ST PETERSBURG, FL 33704-2711

97586   0061031-00   S#0008319
BRANT E HINRICHS
12183 BLUE WATER RD
GRAND HAVEN, MI 49417

97586   0061032-00   S#0010155
BRAULIO MANCINAS JR
402 DALWAY
GRAND PRAIRIE, TX 75051

97586   0061033-00   S#0010027
BRECK M SUMMERS-CUSTODIAN FOR
ROY DONN SUMMERS
BOX 149
DARDANELLE, AR 72834-0149

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000188-00   S#0001674
BREGLER ASSOCIATES
13 FERN AV
COLLINGSWOOD, NJ 08108-1918

97586   0061034-00   S#0012947
BREN E BAILEY
BOX 718
HAIKU, HI 96708-0718

97586   0061036-00   S#0000248
BRENDA DAVIS
161 MARGARETTA DR
RYDE PARK, MA 02136-1039

97586   0061037-00   S#0005101
BRENDA J EDMONDSON
3732 CONCORD DR
SUFFOLK, VA 23435

97586   0061038-00   S#0004402
BRENDA J NORRIS CUST
BETHANY MARIE NORRIS
BOX 35
KIRKWOOD, DE 19708

97586   0061039-00   S#0004401
BRENDA J NORRIS CUST
COURTNEY LYNN NORRIS
BOX 35
KIRKWOOD, DE 19708

97586   0061040-00   S#0004403
BRENDA J NORRIS CUST
DREW LEE NORRIS
BOX 35
KIRKWOOD, DE 19708

97586   0061041-00   S#0005610
BRENDA JEWELL EMER
2027 STONE MARTIN DR
BEAUFORT, SC 29902-5852

97586   0061042-00   S#0012166
BRENDA JONES CUST
DONALD LUNDBERG
6549 N PALM AVE APT 113
FRESNO, CA 93704-1067

97586   0061043-00   S#0011418
BRENDA KITCHEN CUST
BRIAN LAWRENCE DARNELL
C/O LAWRENCE KITCHEN
774 CEDAR POINT PL
WESTLAKE VILLAGE, CA 91362

97586   0061044-00   S#0011578
BRENDA L ARVIZU &
MERRIANNE E DEAN JT TEN
14147 MYRTLE ST
JAMUL, CA 91935-1816

97586   0061045-00   S#0009499
BRENDA L YARNELL CUST
MATTHEW J YARNELL
308 MIDDLEBURG
SHERMAN, IL 62681

97586   0061046-00   S#0006822
BRENDA LINDSEY &
RAYMOND LINDSEY JT TEN
205 JEANIA LANE
MARYVILLE, TN 37801

97586   0061047-00   S#0007304
BRENDA R JONES CUST
ASIA SAFIYA GREENE
3649 E 154TH ST
CLEVELAND, OH 44120

97586   0061048-00   S#0008360
BRENDA ROBINSON CUST
JULIA ANN ROBINSON
BOX 308
BAXTER, IA 50028

97586   0061049-00   S#0008361
BRENDA ROBINSON CUST
LEE JAMES ROBINSON
BOX 308
BAXTER, IA 50028

97586   0061050-00   S#0009594
BRENDA ROESCH CUST
KAIN ROESCH
2700 LEMAY FERRY RD
ST LOUIS, MO 63125

97586   0061051-00   S#0001441
BRENDA THALER CUST
HILLARY THALER
158 E RIVER RD
RUMSON, NJ 07760

97586   0061052-00   S#0001439
BRENDA THALER CUST
ROB THALER
158 E RIVER RD
RUMSON, NJ 07760

97586   0061053-00   S#0001440
BRENDA THALER CUST
TRAVIS THALER
158 E RIVER RD
RUMSON, NJ 07760

97586   0061054-00   S#0006906
BRENDA W MOORE CUST
TESHAUN DAVID MOORE
4400 SPRINGWOOD RD
MEMPHIS, TN 38141

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061055-00    S#0008567<br>BRENDAN EAGAN<br>3217 SANDWOOD WAY<br>MADISON, WI 53713 | 97586    0061056-00    S#0008253<br>BRENDAN M DWYER<br>4882 WILCOX RD<br>HOLT, MI 48842 | 97586    0061057-00    S#0004585<br>BRENDAN P GLYNN<br>36 ORCHARD WAY N<br>POTOMAC, MD 20854 |
| 97586    0061058-00    S#0009322<br>BRENDAN WALSH<br>1501 W HOOD AVE<br>CHICAGO, IL 60660 | 97586    0061059-00    S#0011710<br>BRENDON JOHNSON<br>9123 MEADOWREN PL<br>SAN DIEGO, CA 92129 | 97586    0061060-00    S#0012533<br>BRENNAN & WAMPLER FINANCIAL<br>SVCS<br>A PARTNERSHIP<br>1981 N BROADWAY 430<br>WALNUT CREEK, CA 94596-3850 |
| 97586    0061061-00    S#0013184<br>BRENT CHIN<br>4405 E MERCER WAY<br>MERCER ISLAND, WA 98040-3827 | 97586    0061062-00    S#0012427<br>BRENT HAMAHASHI<br>35637 DANTE PL<br>FREMONT, CA 94536 | 97586    0061063-00    S#0007104<br>BRENT HIGHFIL<br>6152 U S HWY 641<br>MARION, KY 42064 |
| 97586    0061064-00    S#0008750<br>BRENT KOFRON<br>4354 QUEEN AVENUE NORTH<br>MINNEAPOLIS, MN 55412 | 97586    0061065-00    S#0008060<br>BRENT L BOTTARO<br>19417 SEMINOLE<br>REDFORD, MI 48240 | 97586    0061066-00    S#0008869<br>BRENT M RENIER &<br>KATHI R RENIER JT TEN<br>2320 ALDERSON 5<br>BILLINGS, MT 59102 |
| 97586    0061067-00    S#0008000<br>BRENT R HALL<br>207 HAWTHORNE<br>SOUTH LYON, MI 48178 | 97586    0061068-00    S#0008290<br>BRENT S ELYEA<br>15530 A DR N<br>MARSHALL, MI 49068 | 97586    0061069-00    S#0010541<br>BRENT T SCHNEEMAN<br>5660 WAGON TRAIN RD<br>AUSTIN, TX 78749-2161 |
| 97586    0061070-00    S#0011812<br>BRET J RUSSELL<br>24721 WOODHILL<br>LAKE FOREST, CA 92630 | 97586    0061071-00    S#0008247<br>BRET J WEGENKE CUST<br>BRANDON M WEGENKE<br>12718 ISLE ROYALE DR<br>DEWITT, MI 48820 | 97586    0061072-00    S#0000119<br>BRETON M INGRAHAM<br>49 HAMMOND ST<br>ACTON, MA 01720 |
| 97586    0061073-00    S#0013557<br>BRETT BOGUCKI<br>3101 RADISSON AVE<br>WINDSOR, ON N9E 1Y4<br>CANADA | 97586    0061074-00    S#0000607<br>BRETT BRYAN<br>42 ROBERT DR<br>SOUTH WINDSOR, CT 06074-1512 | 97586    0061075-00    S#0005640<br>BRETT BURKHOLDER<br>2977 MOORINGS PKWY<br>LITHONIA, GA 30058 |
| 97586    0061076-00    S#0008793<br>BRETT CARDWELL CUST<br>AL CARDWELL<br>7733 82ND AVE N<br>BROOKLYN PARK, MN 55445-2428 | 97586    0061077-00    S#0002790<br>BRETT FRIEDMAN<br>2726 MILL AVE<br>BROOKLYN, NY 11234 | 97586    0061078-00    S#0006268<br>BRETT J HOROWITZ<br>P.O. BOX 25151<br>FT LAUDERDALE, FL 33320-5151 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0061079-00  S#0007007<br>BRETT PAGE<br>9410 DORAL COURT<br>LOUISVILLE, KY 40220 | 97586  0061080-00  S#0000608<br>BRETT S BRYAN<br>42 ROBERT DR<br>SOUTH WINDSOR, CT 06074-1512 | 97586  0061081-00  S#0000020<br>BRIAN A KING<br>175 HAMPDEN RD<br>EAST LONGMEADOW, MA 01028 |
| 97586  0061082-00  S#0006529<br>BRIAN A POLITZ<br>760 INDIAN BEACH LN<br>SARASOTA, FL 34234 | 97586  0061083-00  S#0011722<br>BRIAN A VICTOR<br>12531 PORT ADA PL<br>SAN DIEGO, CA 92130 | 97586  0061084-00  S#0013336<br>BRIAN BOPP<br>10770 MIERAS RD<br>YAKIMA, WA 98901-9736 |
| 97586  0061085-00  S#0005319<br>BRIAN C FISCHER<br>622 SUMMIT LAKE DR<br>APEX, NC 27502 | 97586  0061086-00  S#0005336<br>BRIAN C KRAUTLER<br>202 DRAYMORE WAY<br>MORRISVILLE, NC 27520 | 97586  0061087-00  S#0007253<br>BRIAN CLARK<br>5411 VICTORIA DRIVE<br>LORIAN, OH 44053 |
| 97586  0061088-00  S#0007588<br>BRIAN D BROWDER<br>265 VOLUSIA AVE<br>DAYTON, OH 45409 | 97586  0061089-00  S#0010460<br>BRIAN D JONES &<br>JERRI LEE MILLS<br>JT TEN<br>BOX 1389<br>LAKE JACKSON, TX 77566 | 97586  0061090-00  S#0003511<br>BRIAN D LEE CUST<br>CHESTON LLOYD LEE<br>BOX 283<br>SARATOGA SPRINGS, NY 12866 |
| 97586  0061091-00  S#0005117<br>BRIAN DAVID BEK<br>2416 HUNTING HORN WAY<br>VIRGINIA BEACH, VA 23456 | 97586  0061092-00  S#0001346<br>BRIAN DOWNEY C/F<br>RICHARD DOWNEY<br>18 APPOMATTOX DRIVE<br>MANALAPAN, NJ 07726 | 97586  0061093-00  S#0011630<br>BRIAN E BROWNELL &<br>VICTORIA E BROWNELL<br>2751 ALTA VISTA DR<br>FALLBROOK, CA 92028-9681 |
| 97586  0061094-00  S#0012784<br>BRIAN E CILLEY CUST<br>GEORGE C CILLEY<br>3795 COFFEY LN<br>SANTA ROSA, CA 95403 | 97586  0061095-00  S#0006997<br>BRIAN E DAVIDSON &<br>AMY B MOORE<br>410 BAUER AVE 3<br>LOUISVILLE, KY 40207-3049 | 97586  0061096-00  S#0002897<br>BRIAN E KARL<br>34-59 89 ST<br>JACKSON HEIGHTS, NY 11372-3442 |
| 97586  0061097-00  S#0003578<br>BRIAN E WEGERSKI<br>105 GORDON PKWY<br>SYRACUSE, NY 13219-1017 | 97586  0061098-00  S#0000948<br>BRIAN EMRICH<br>23 GREEENDALE RD<br>CEDAR GROVE, NJ 07009-1312 | 97586  0061099-00  S#0004656<br>BRIAN FISCHER CUST<br>BRAD MICHAEL FISCHER<br>10246 WHITEHAVEN RD<br>SILVER SPRING, MD 20906 |
| 97586  0061100-00  S#0012271<br>BRIAN G MCKENNA<br>515 O'FARRELL ST APT 44<br>SAN FRANCISCO, CA 94102-1901 | 97586  0061101-00  S#0000352<br>BRIAN GALLANT<br>JAMES GALLANT UGMA MA<br>PO BOX 1963<br>SANDWICH, MA 02563 | 97586  0061102-00  S#0011857<br>BRIAN GILBERT<br>2520 N MEADOW GROVE RD<br>ORANGE, CA 92667 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061103-00   S#0000566<br>BRIAN H HURST<br>489 WOLCOTT ST APT 27<br>BRISTOL, CT 06010-6485 | 97586    0061104-00   S#0013593<br>BRIAN HENNINGSON<br>22217 96 AVENUE<br>LANGLEY, BC V3A 8G6<br>CANADA | 97586    0061105-00   S#0001138<br>BRIAN HOLLERAN<br>229 VIRGINIA AVE<br>JERSEY CITY, NJ 07304 |
| 97586    0061106-00   S#0012247<br>BRIAN HUEY CUST<br>BRIAN CHRISTOPHER MENDOZA HUEY<br>3000 FLEETWOOD<br>SAN BRUNO, CA 94066 | 97586    0061107-00   S#0012252<br>BRIAN HUEY CUST<br>BRIAN GABRIEL MENDOZA HUEY<br>3000 FLEETWOOD<br>SAN BRUNO, CA 94066 | 97586    0061108-00   S#0012251<br>BRIAN HUEY CUST<br>BRIAN MARCELINO HUEY<br>3000 FLEETWOOD<br>SAN BRUNO, CA 94066 |
| 97586    0061109-00   S#0011010<br>BRIAN J ANDERSON<br>1352 ANTELOPE VALLEY RD<br>RENO, NV 89506-7319 | 97586    0061110-00   S#0000604<br>BRIAN J CLARK<br>11 WALCOTT GREEN<br>SOUTH WINDSOR, CT 06074 | 97586    0061111-00   S#0008312<br>BRIAN J EHLERT AND<br>LINDA L EHLERT JTTEN<br>8997 ROUGET ROAD<br>PALMYRA, MI 49268 |
| 97586    0061112-00   S#0012201<br>BRIAN J LEE<br>130 ALTA VISTA WAY<br>DALY CITY, CA 94014-1402 | 97586    0061113-00   S#0008233<br>BRIAN J LUBBE<br>1310 TROUT DR<br>SAGINAW, MI 48603-5654 | 97586    0061114-00   S#0007724<br>BRIAN J PETERSON<br>1452 CAMBRIDGE DR<br>SOUTH BENDK, IN 46614 |
| 97586    0061115-00   S#0009096<br>BRIAN JAMES SMITH<br>21 IRVING AVENUE<br>HILLSIDE, IL 60162 | 97586    0061116-00   S#0005238<br>BRIAN K BUCHANAN<br>133 PHIL AVE<br>BECKLEY, WV 25801-2049 | 97586    0061117-00   S#0000924<br>BRIAN KELLY<br>90 W 31ST ST<br>BAYONNE, NJ 07002 |
| 97586    0061118-00   S#0007131<br>BRIAN KISER<br>5595 S WILSON RD #A<br>ELIZABETHTOWN, KY 42701-8429 | 97586    0061119-00   S#0003223<br>BRIAN KUNKEL<br>90 SOUNDVIEW AVE<br>E NORTHPOINT, NY 11731 | 97586    0061120-00   S#0007530<br>BRIAN L BARKETT<br>6049 CARRY AVE<br>CINCINNATI, OH 45224 |
| 97586    0061121-00   S#0000833<br>BRIAN L CARLO CUST<br>ALEXANDER J CARLO<br>68 VALLEYWOOD RD<br>COS COB, CT 06807 | 97586    0061122-00   S#0010031<br>BRIAN L HALL<br>5900 KINKEAD APT 394<br>FORT SMITH, AR 72903 | 97586    0061124-00   S#0004718<br>BRIAN L KING &<br>ANNE LYNN S KING<br>3609 N FURNANCE RD<br>JARRETTSVILLE, MD 21084 |
| 97586    0061125-00   S#0004716<br>BRIAN L KING CUST<br>BRICE E KING UTMA<br>3609 N FURNACE RD<br>JARRETTSVILLE, MD 21084 | 97586    0061126-00   S#0004717<br>BRIAN L KING CUST<br>MATTHEW W KING UTMA<br>3609 N FURNACE RD<br>JARRETTSVILLE, MD 21084 | 97586    0061127-00   S#0013345<br>BRIAN L PURYEAR &<br>DEBRA J PURYEAR<br>6707 E WEILE AVE<br>SPOKANE, WA 99207-9750 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0061128-00  S#0006724<br>BRIAN LANIER ANGLE<br>7702 ASHLEY COURT<br>MOBILE, AL 36619-1107 | 97586  0061129-00  S#0000335<br>BRIAN LUTTON<br>62 SYCAMORE ST<br>BROCKTON, MA 02401 | 97586  0061130-00  S#0003362<br>BRIAN M BERK<br>15 CYPRESS DR<br>WOODBURY, NY 11797-1501 |
| 97586  0061131-00  S#0002059<br>BRIAN M COYNE<br>235 W 56TH ST #11A<br>NEW YORK, NY 10019 | 97586  0061132-00  S#0013305<br>BRIAN M HASH<br>18118 - 17TH ST E<br>SUMNER, WA 98390-9450 | 97586  0061133-00  S#0001760<br>BRIAN M PARI<br>18 CHERRYWOOD CIRCLE<br>BRICK, NJ 08724 |
| 97586  0061134-00  S#0013030<br>BRIAN M WHEELER &<br>ANNE MARIE WHEELER<br>6670 SW KING BLVD<br>BEAVERTON, OR 97008 | 97586  0061135-00  S#0005049<br>BRIAN MATTHEW CALVERT<br>2330 ROCHESTER CT<br>MIDLOTHIAN, VA 23113 | 97586  0061136-00  S#0000857<br>BRIAN MC FADDEN<br>65 BRUCE PARK AVE<br>GREENWICH, CT 06830 |
| 97586  0061137-00  S#0013467<br>BRIAN MCCULLOUGH<br>33 MARGARET ANN<br>BEACONSFIELD, QC H9W 5N7<br>CANADA | 97586  0061138-00  S#0010716<br>BRIAN MCLAUGHLIN CUST<br>BRENDON MCLAUGHLIN<br>5129 S 3300 W<br>REXBURG, ID 83440 | 97586  0061140-00  S#0007606<br>BRIAN MERCER<br>731 SHEFFIELD DRIVE<br>SPRINGFIELD, OH 45506 |
| 97586  0061141-00  S#0011451<br>BRIAN N NELSON<br>7259 BALBOA BLVD #15<br>VAN NUYS, CA 91406 | 97586  0061142-00  S#0013034<br>BRIAN P FLOWERS<br>1305 HALLINAN ST<br>LAKE OSWEGO, OR 97034 | 97586  0061143-00  S#0006314<br>BRIAN R BERMAN<br>12880 S SHORE DR<br>PALM BEACH GARDEN, FL 33410 |
| 97586  0061144-00  S#0000320<br>BRIAN R FRIEDBERG<br>47 BAKERS HILL ROAD<br>WESTON, MA 02193-1760 | 97586  0061145-00  S#0012383<br>BRIAN R MCDONALD<br>2101 SHORELINE DR 454<br>ALAMEDA, CA 94501-6209 | 97586  0061146-00  S#0008613<br>BRIAN R RANTANEN<br>3971 DOLLAR LAKE RD<br>EAGLE RIVER, WI 54521-8907 |
| 97586  0061147-00  S#0010735<br>BRIAN R WILLIAM BAKER<br>5988 BERMUDA DR<br>BOISE, ID 83709 | 97586  0061148-00  S#0007296<br>BRIAN RATNER CUST<br>DAVID RATNER<br>ATT BOB GEPHART<br>50 PUBLIC SQ #1170<br>CLEVELAND, OH 44113-2202 | 97586  0061149-00  S#0009105<br>BRIAN RAUSCH<br>696 LEGENDS DRIVE<br>CAROL STREAM, IL 60188 |
| 97586  0061150-00  S#0003497<br>BRIAN RICKERS<br>10 HOLLOW LANE<br>POUGHKEEPSIE, NY 12603 | 97586  0061151-00  S#0007046<br>BRIAN S DETRING CUST CUST<br>SPENCER M DETRING<br>621 REIMS DR<br>WINCHESTER, KY 40391-8727 | 97586  0061152-00  S#0007727<br>BRIAN S MINTZ<br>2116 BADER<br>SOUTH BEND, IN 46617 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061153-00   S#0000889<br>BRIAN SCHNAPP<br>15 HEN HAWK LANE<br>WESTPORT, CT 06880 | 97586    0061154-00   S#0003524<br>BRIAN SOLAMON<br>504 MALLARD DR<br>CAMILLUS, NY 13031 | 97586    0061155-00   S#0004360<br>BRIAN SOLAREK &<br>MICHELE WHALON JT TEN<br>454 CHERRY STREET<br>POTTSTOWN, PA 19464 |
| 97586    0061156-00   S#0009428<br>BRIAN T HILL<br>2002 S RACE ST<br>URBANA, IL 61801 | 97586    0061157-00   S#0006136<br>BRIAN T LATTA<br>5200 N E 29 AVE<br>LIGHTHOUSE PT, FL 33064 | 97586    0061158-00   S#0008628<br>BRIAN T LEMKE<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 |
| 97586    0061160-00   S#0008623<br>BRIAN T LEMKE CUST<br>ANTHONY LEMKE UTMA WI<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 | 97586    0061163-00   S#0008627<br>BRIAN T LEMKE CUST<br>KATIE LEMKE UTMA WI<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 | 97586    0061159-00   S#0008626<br>BRIAN T LEMKE CUST<br>KEVIN LOTTER UTMA WI<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 |
| 97586    0061161-00   S#0008625<br>BRIAN T LEMKE CUST<br>NICK LEMKE UTMA WI<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 | 97586    0061162-00   S#0008624<br>BRIAN T LEMKE CUST<br>STEVEN LOTTER UTMA WI<br>1503 JACKSON STREET<br>OSHKOSH, WI 54901-2941 | 97586    0061164-00   S#0009817<br>BRIAN T MULLER<br>2707 ANITA<br>WICHITA, KS 67216 |
| 97586    0061165-00   S#0007049<br>BRIAN T NOLAN CUST<br>STEVEN A NOLAN<br>1827 LAKEWOOD DR W<br>LEXINGTON, KY 40502 | 97586    0061166-00   S#0012477<br>BRIAN TITCOMB<br>1204 CEDARWOOD DR<br>MORAGA, CA 94556 | 97586    0061167-00   S#0011725<br>BRIAN VICTOR &<br>SHARON VICTOR JT TEN<br>12531 PORTADA PLACE<br>SAN DIEGO, CA 92130-2208 |
| 97586    0061168-00   S#0006407<br>BRIAN W MUSGROVE<br>801 WINDFIELD LN 8<br>SEFFNER, FL 33584 | 97586    0061169-00   S#0001414<br>BRIAN WECK<br>BOX 229D<br>COTTRELL RD<br>MATAWAN, NJ 07747 | 97586    0061170-00   S#0012408<br>BRIAN WILSON CUST<br>TAYLOR BEAU WILSON<br>1625 LYNWOOD DR<br>CONCORD, CA 94521 |
| 97586    0061171-00   S#0005765<br>BRIAN WOLBORSKY<br>3209 POST WOODS DRIVE<br>ATLANTA, GA 30339-3422 | 97586    0061172-00   S#0007581<br>BRIAN WRIGHT<br>BOX 334 41 W MAIN ST<br>PHILLIPSBURG, OH 45354 | 97586    0061173-00   S#0001532<br>BRIAN ZINN &<br>BEVERLY ZINN<br>6 MYRTLE AVE<br>FLORHAM PARK, NJ 07932 |
| 97586    0061174-00   S#0007457<br>BRICE LEWIS<br>1600 18TH ST NW<br>CANTON, OH 44703 | | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0061175-00  S#0005863<br>BRIDGET PAYNE CUST<br>JABOB S PAYNE<br>4080 MAGGIE LANE<br>MIDDLEBURG, FL 32068 | 97586   0061176-00  S#0004137<br>BRION E RICK<br>526 E CALLOWHILL ST<br>PERKASIE, PA 18944 | 97586   0061177-00  S#0012512<br>BRITNEY LENEA POTESTIO<br>15838 VIA ARROYO<br>SAN LORENZO, CA 94580 |
| 97586   0061178-00  S#0006632<br>BRITTANY LYNN DEMAREE<br>2360 S.W. DANFORTH CIR<br>PALM CITY, FL 34990 | 97586   0061179-00  S#0012874<br>BRITTON EDWARD MCFETRIDGE CUST<br>FBO MATTHEW MCFETRIDGE UTMA/CA<br>1810 7TH AVE<br>SACRAMENTO, CA 95818 | 97586   0061180-00  S#0012980<br>BRITTON NIIMI<br>HCR 3 BOX 14016<br>KEAAU, HI 96749-9213 |
| 97586   0000197-00  S#0011503<br>BROADCASTING & CABLE<br>PO BOX 15157<br>N HOLLYWOOD, CA 91615 | 97586   0061181-00  S#0000378<br>BROCK CORDEIRO<br>C/F NORMAN CORDEIRO<br>15 SAGAMORE DR<br>SOUTH DATMOUTH, MA 02748 | 97586   0061182-00  S#0012941<br>BRONSON R GONSALVES<br>COLONADE ON THE GREENS<br>C/O AOKI<br>1115 AINAOLA RD<br>HILO, HI 96702 |
| 97586   0061183-00  S#0003265<br>BRONWYN B KRISMAN<br>21 MELVILLE RD SO<br>HUNTINGTON STATIO, NY 11746 | 97586   0061184-00  S#0008558<br>BROOK Z ANTHONY<br>5522 BELIN ST<br>MADISON, WI 53705 | 97586   0061185-00  S#0007640<br>BROOKE M LANG<br>1249 ROSENGARTEN DR<br>GREENWOOD, IN 46142 |
| 97586   0000198-00  S#0010228<br>BROWN DELGROSSO-MORRISON INC<br>17855 DALLAS PKWY STE 200<br>DALLAS, TX 75287-6857 | 97586   0020603-00  S#0011091<br>BROWN, GLENN D<br>1710 W 124TH STREET<br>LOS ANGELES, CA 90047 | 97586   0001320-00  S#0002016<br>BROWN, RUSSEL<br>10 E 40TH ST<br>NEW YORK, NY 10016 |
| 97586   0061186-00  S#0004448<br>BRUCE A BODOFSKY<br>PO BOX 9062<br>WILIMINGTON, DE 19809 | 97586   0061187-00  S#0011190<br>BRUCE A CARLIN CUST<br>ASHLEY LAUREN CARLIN<br>228 CALLE MAYOR<br>REDONDO BEACH, CA 90277 | 97586   0061188-00  S#0005497<br>BRUCE A ELMORE JR CUST<br>REBECCA ANNE ELMORE<br>169 WINDSOR RD<br>ASHEVILLE, NC 28804 |
| 97586   0061189-00  S#0005498<br>BRUCE A ELMORE JR CUST<br>SCOTT ALEXANDER ELMORE<br>169 WINDSOR RD<br>ASHEVILLE, NC 28804 | 97586   0061190-00  S#0004945<br>BRUCE A LEVINE &<br>LAURIE M LEVINE<br>JT TEN<br>11765 ARBOR GLEN WAY<br>RESTON, VA 22094-1582 | 97586   0061191-00  S#0009582<br>BRUCE A MOHRHARD<br>4571A GRAVOIS<br>ST LOUIS, MO 63116 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0061192-00   S#0001948<br>BRUCE A MOLINAROLI<br>C-O INGALLS & SNYDER<br>61 BROADWAY<br>NEW YORK, NY 10006 | 97586   0061193-00   S#0000353<br>BRUCE A RISEBOROUGH<br>BOX 2762<br>VINEYARD HAVEN, MA 02568 | 97586   0061194-00   S#0004850<br>BRUCE B BERRIER CUST<br>LOGAN C BERRIER<br>609 S WASHINGTON ST<br>EATON, MD 21601 |
| 97586   0061195-00   S#0009169<br>BRUCE B BOROWICZ CUST<br>MARK A BOROWICZ<br>14832 S 88TH AVE<br>ORLAND PARK, IL 60462-3449 | 97586   0061196-00   S#0011642<br>BRUCE BAKER<br>3575 HATFIELD CIR<br>OCEANSIDE, CA 92056-4902 | 97586   0061197-00   S#0011641<br>BRUCE BAKER CUST<br>CHRISTOPHER R BAKER<br>3575 HATFIELD CIRCLE<br>OCEANSIDE, CA 92056 |
| 97586   0061198-00   S#0002554<br>BRUCE BARTON CUST<br>KRISTOPHER BARTON<br>8 BROOKSIDE DR<br>POMONA, NY 10970 | 97586   0061201-00   S#0001810<br>BRUCE BODINGER<br>1 HOFFMAN COURT<br>EAST BRUNSWICK, NJ 08816-3571 | 97586   0061202-00   S#0001804<br>BRUCE BODINGER CUST<br>DAVID BODINGER<br>1 HOFFMAN COURT<br>E BRUNSWICK, NJ 08816 |
| 97586   0061203-00   S#0001803<br>BRUCE BODINGER CUST<br>MARC BODINGER<br>1 HOFFMAN COURT<br>E BRUNSWICK, NJ 08816 | 97586   0061204-00   S#0010010<br>BRUCE BRANCH CUST<br>ABIGAIL A BRANCH<br>414 W COURT<br>PARAGOULD, AR 72450-4246 | 97586   0061205-00   S#0003117<br>BRUCE CAPLIN CUST<br>GARRETT CAPLIN<br>15 HICKERY DR<br>EAST HILLS, NY 11576 |
| 97586   0061206-00   S#0007571<br>BRUCE CHRISLIP &<br>JOAN CHRISLIP JT TEN<br>PO BOX 541192<br>CINCINNATI, OH 45254-1192 | 97586   0061207-00   S#0000065<br>BRUCE D TAFT<br>278 HOUGHTON ST<br>NORTH ADAMS, MA 01247 | 97586   0061208-00   S#0008870<br>BRUCE DICK<br>1008 TERRY AVE<br>BILLINGS, MT 59102 |
| 97586   0061209-00   S#0008871<br>BRUCE DICK CUST<br>MICHAEL DICK<br>1008 TERRY AVE<br>BILLINGS, MT 59102 | 97586   0061210-00   S#0007647<br>BRUCE E THOMPSON CUST<br>GARY P THOMPSON<br>2838 E 16TH ST<br>INDIANAPOLIS, IN 46201 | 97586   0061211-00   S#0007410<br>BRUCE FERRINI CUST<br>MATTHEW P FERRINI<br>1100 W MARKET ST<br>AKRON, OH 44313-7106 |
| 97586   0061212-00   S#0013329<br>BRUCE FIRSTENBURG CUST<br>STEPHAN FIRSTENBURG<br>BOX 8904<br>VANCOUVER, WA 98668-8904 | 97586   0061215-00   S#0011452<br>BRUCE H LERNER CUST<br>BRIAN J LERNER U/CA/UTMA<br>16518 GILMORE STREET<br>VAN NUYS, CA 91406 | 97586   0061214-00   S#0011450<br>BRUCE H LERNER CUST<br>SCOTT A LERNER U/CA/UTMA<br>16518 GILMORE ST<br>VAN MUYS, CA 91406 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061216-00   S#0000979
BRUCE H PRUSSACK
815 HUDSON STREET
HOBOKEN, NJ 07030

97586   0061217-00   S#0004066
BRUCE I ROSE CUST
DAVID PATRICK ROSE
2740 CAROLE LANE
ALLENTOWN, PA 18104

97586   0061218-00   S#0011228
BRUCE KATO  &
JANIS KATO   COMM PROP
20604 VICTOR ST
TORRANCE, CA 90503

97586   0061219-00   S#0000509
BRUCE KISTLER III
CUST
BRUCE KISTLER IV UMGT
120 W ELM ST
YARMOUTH, ME 04096-1221

97586   0061220-00   S#0012398
BRUCE KOLB
1575 CENTENNIAL CIRCLE
CALISTOGA, CA 94515

97586   0061221-00   S#0005885
BRUCE L FARLOW CUST
ALEXANDER LANE FARLOW
2 CROOKED BRIDGE WAY
ORMOND BEACH, FL 32174-6752

97586   0061222-00   S#0001625
BRUCE L SILVER
698 LINCOLN DR
MOUNT LAUREL, NJ 08054-3228

97586   0061223-00   S#0009919
BRUCE L SOLTIS CUST FOR
KENNETH GREEN SOLTIS UGMA/LA
5888 SYLVIA DR
NEW ORLEANS, LA 70124

97586   0061224-00   S#0004943
BRUCE LEVINE &
LAURIE LEVINE JT TEN
11765 ARBOR GLEN WAY
RESTON, VA 22094

97586   0061225-00   S#0001638
BRUCE LOWDEN CUST
DAVID J LOWDEN
41 WOODLAND AVE
PITMAN, NJ 08071-1121

97586   0061226-00   S#0010743
BRUCE PACK
2397 SO 450 W
CLEARFIELD, UT 84015

97586   0061227-00   S#0003634
BRUCE R FOX C/F
JASON B FOX UGMA MI
21 HILLSBORO DR
ORCHARD PARK, NY 14127

97586   0061228-00   S#0003635
BRUCE R FOX CUST
NICHOLAS R FOX
21 HILLSBORO DR
ORCHARD PARK, NY 14127

97586   0061229-00   S#0006045
BRUCE REED BROADHURST CUST
COREY REED BROADHURST
951 SCANDIA LANE
ORLANDO, FL 32825

97586   0061230-00   S#0002667
BRUCE SHAPIRO CUST
MATT E SHAPIRO
245 HENRY ST APT 4H
1ROOKLYN, NY 11201-4226

97586   0061231-00   S#0006286
BRUCE W JOLLY CUST
ANDREW WILLIAM JOLLY
481 SW 101 TER
PLANTATION, FL 33324

97586   0061232-00   S#0006284
BRUCE W JOLLY CUST
COURTNEY ANN JOLLY
481 SW 101 TER
PLANTATION, FL 33324

97586   0061233-00   S#0006285
BRUCE W JOLLY CUST
GREGORY J JOLLY
481 SW 101 TER
PLANTATION, FL 33324

97586   0061234-00   S#0006283
BRUCE W JOLLY CUST
LINDSEY LEE JOLLY
481 SW 101 TER
PLANTATION, FL 33324

97586   0061235-00   S#0007124
BRUCE W SINGLETON &
PEGI SINGLETON JT TEN
BOX 1233
SOMERSET, KY 42501

97586   0000201-00   S#0013535
BRUNICO COMMUNICATIONS INC
366 ADELAIDE ST W STE 500
TORONTO, ONTARIO,  M5V  1R9
CANADA

**Debtor:**          Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061236-00  S#0002979
BRUNO BERTOLINI
135-49 115TH ST
SOUTH OZONE PARK, NY 11420

97586   0061237-00  S#0007867
BRUNO HOHMANN &
PAMELA HOHMANN JT TEN
619 HENDRIE BLVD
ROYAL OAK, MI 48067

97586   0061238-00  S#0009787
BRYAN CASKEY
R R 2
BOX 370
HOLTON, KS 66436

97586   0061239-00  S#0005157
BRYAN CORNONI
P.O. BOX 22503
NEWPORT NEWS, VA 23609

97586   0061240-00  S#0007853
BRYAN JAMES NEATE
46712 COVINGTON DR
MACOMB, MI 48044-3570

97586   0061241-00  S#0005766
BRYAN JAMES SMITH
3161 OAKCLIFF RD
DORAVILLE, GA 30340

97586   0061242-00  S#0000309
BRYAN M LIBERTY
180 CHURCH ST
MILTON, MA 02186

97586   0061243-00  S#0009116
BRYAN M RAPEY &
LORI RAPEY
JT TEN
305 N CENTRAL
WOOD DALE, IL 60191

97586   0061244-00  S#0012327
BRYAN M YAGI CUST
CHRISTOPHER M YAGI
2739 MCALLISTER ST
SAN FRANCISCO, CA 94118-4114

97586   0061245-00  S#0002084
BRYAN MCGURK
70 E 77TH ST APT 2B
NEW YORK, NY 10021-1811

97586   0061246-00  S#0010023
BRYAN MCNULTY
3210 CHEROKEE RD
ROGERS, AR 72756

97586   0061247-00  S#0010938
BRYAN P EYTCHESON CUST
MARK J EYTCHESON UCOUGMA
10207 THERESA PL N E
ALBUQUERQUE, NM 87111

97586   0061248-00  S#0006190
BRYAN P SARGENT
8600 S W 112TH STREET
MIAMI, FL 33156

97586   0061249-00  S#0001763
BRYAN PEDICINI
1304 EDGEMERE AVE
FORKED FIVER, NJ 08731

97586   0061250-00  S#0005931
BRYAN R WHITE CUST
WILLIAM R WHITE
1764 GREENRIDGE CIR E
JACKSONVILLE, FL 32259

97586   0061251-00  S#0003760
BRYAN RISSEL
51 DELEVAN ST
JAMESTOWN, NY 14701

97586   0061252-00  S#0007121
BRYAN SUNN
P O BOX 162
CALHOUN, KY 42327

97586   0061253-00  S#0008856
BRYAN T REINHARDT
2901 46TH AVE SE
MANDAN, ND 58554

97586   0061254-00  S#0005144
BRYAN T SALERNO
429 PAINTER ST
NORFOLK, VA 23505

97586   0061255-00  S#0012648
BRYNNE COLLEN SPEIZER
17549 VINELAND AVE
MONTE SERENO, CA 95030-2253

97586   0061256-00  S#0005525
BUBBA POPE
RTE 1 BOX 230-F
WINNSBORO, SC 29180

97586   0000192-00  S#0010872
BUCCELLATO, BRIAN
17456 54TH LAND
GLENDALE, AZ 85308

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000922-00  S#0013659 | 97586   0001251-00  S#0001912 | 97586   0000362-00  S#0002014 |
| BUCKINGHAM, MARK | BUCKLER, RICH | BUCKLEY, DANIEL J |
| THE GABLES #2 | 292 FIFTH AVE 4TH FL | 10 E 40TH ST |
| CASTLE VIEW RD | NEW YORK, NY 10001 | NEW YORK, NY 10016 |
| CLEVEDON AVON,  BS21 7EP | | |
| UNITED KINGDOM | | |
| | | |
| 97586   0061257-00  S#0002188 | 97586   0000204-00  S#0003824 | 97586   0061258-00  S#0009717 |
| BULL MOOSE BOYS | BUMER-ANDERSON | BURDET W HOECKER CUST |
| AN INVESTMENT CLUB | GILLETTE & ASSOCIATES INC | HENRY HUGHES HOECKER |
| 500 5TH AVE | PO BOX 7860 | 3204 WOODVALLEY WAY |
| NEW YORK, NY 10110 | PITTSBURGH, PA 15215 | COLUMBIA, MO 65203-0908 |
| | | |
| 97586   0061259-00  S#0009995 | 97586   0068412-00  S#0009156 | 97586   0061260-00  S#0005259 |
| BURK A KEYS | BURKE, MICHAEL D | BURKEY LILLY |
| 09923 ECHO VALLEY CT | 12031 MAGNOLIA LN | 1272 BROADVIEW DRIVE |
| LITTLE ROCK, AR 72207 | LOCKPORT, IL 60441-6816 | MORGANTOWN, WV 26505 |
| | | |
| 97586   0000206-00  S#0011908 | 97586   0061261-00  S#0011724 | 97586   0061262-00  S#0008953 |
| BURLINGTON AIR EXPRESS | BURT EAVES & | BURTON A SCHMARAK |
| DBA BAX GLOBAL | ERIN EAVES | 189 S DEERE PARK DR |
| 16808 ARMSTRONG AVE | JT TEN | HIGHLAND PARK, IL 60035 |
| IRVINE, CA 92714 | 4204 PILON POINT | |
| | SAN DIEGO, CA 92130-2206 | |
| | | |
| 97586   0061263-00  S#0009614 | 97586   0020880-00  S#0001282 | 97586   0000209-00  S#0001720 |
| BURTON ST JOHN III | BUSH BOAKE ALLEN INC | BUSINESS WEEK |
| 12322 PROMENADE LANE | ATTN: THOMAS M SAYLES-MGR CRDT/COLL | THE MCGRAW HILL COMPANIES |
| ST LOUIS, MO 63146 | 7 MERCEDES DR | 148 PRINCETON HIGHSTOWN RD |
| | MONTVALE, NJ 07645 | HIGHTSTOWN, NJ 08520-1450 |
| | | |
| 97586   0062022-00  S#0006626 | 97586   0061264-00  S#0012092 | 97586   0000811-00  S#0011056 |
| BUSS, COLLEEN L | BUTCH DAVIS & | BUTNER, KIM |
| 37 W SMITH ST | MELISSA J DAVIS | 1901 BERENDO ST |
| WINTER GARDEN, FL 34787-3582 | 3613 VIA CAPILLA | LOS ANGELES, CA 90027 |
| | BAKERSFIELD, CA 93311 | |
| | | |
| 97586   0000212-00  S#0010647 | 97586   0000213-00  S#0006170 | 97586   0000214-00  S#0002403 |
| BUZZ-THE TALK OF LOS ANGELES | BWC CHROME LABS | BYRAM LIMOUSINE CORP |
| PO BOX 56798 | 233 11TH ST | 208 LOCUST AVE |
| BOULDER, CO 80321-6798 | MIAMI BEACH, FL 33139 | PORT CHESTER, NY 10573 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061265-00   S#0009408
BYRON G BUCK II
705 STRATFORD DRIVE
WASHINGTON, IL 61571

97586    0061266-00   S#0010106
BYRON W BURKE CUST
TAYLOR A BURKE
248 HAZEL BLVD
TULSA, OK 74114-3926

97586    0061267-00   S#0007529
C CURTIS WALDEN
4246 ZETTA AVE
CINCINNATI, OH 45217

97586    0061268-00   S#0013027
C D VON OFENHEIM CUST
CAYLIN MUSTAIN
2347 NW 153RD AVE
BEAVERTON, OR 97006

97586    0061269-00   S#0009808
C DUSTIN COLLINSWORTH
2033 LORI
WICHITA, KS 67207

97586    0061270-00   S#0013216
C EVAN METCALF JR
2460 WESTLAKE AVE N SLIP J
SEATTLE, WA 98109

97586    0061271-00   S#0007797
C G C INVESTMENTS INC
C GARY CILUFFO
BOX 532
VINCENNES, IN 47591-0532

97586    0061272-00   S#0002582
C J ERICKSON III
5 COMMONWEALTH BLVD
BELLEROSE, NY 11001-4142

97586    0061273-00   S#0012624
C JENNIFER SANFORD CUST
MICHAEL WOOD
PO BOX 393
ROSS, CA 94957

97586    0000216-00   S#0009009
C M C M A
315 S NORTHWEST HIGHWAY
PARK RIDGE, IL 60068

97586    0061274-00   S#0005739
C MARK PIRRUNG
3425 TUXEDO RD
ATLANTA, GA 30305-1050

97586    0061275-00   S#0005223
C MICHAEL WILLIAMS
ROUTE 4 BOX 433A
MARTINSBURG, WV 25401

97586    0061276-00   S#0005222
C MICHAEL WILLIAMS CUST
CONNER MICHAEL WILLIAMS
ROUTE 4 BOX 433 A
MARTINSBURG, WV 25401

97586    0061277-00   S#0011006
C R MATHIS JR TR
MATHIS REVOCABLE LIVING TRUST
1365 W 12TH ST
RENO, NV 89503-2402

97586    0061278-00   S#0008292
C SHERMAN FORD &
AMELIA E FORD
JT TEN
1201 LANE DR
ST JOSEPH, MI 49085

97586    0000217-00   S#0001483
C SPORT
A DIV OF CARRETTA SPORT I
111 HOWARD BLVD STE 150
MOUNT ARLINGTON, NJ 07856-1315

97586    0000219-00   S#0004726
CABLE & WIRELESS INC
PO BOX 5126
TIMONIUM, MD 21094

97586    0001226-00   S#0006167
CABRERA, RAFAEL E
230 SW 27TH RD
MIAMI, FL 33129

97586    0061279-00   S#0007002
CAITLIN ANN RAY
613 EAST BRADEIS AVENUE
LOUISVILLE, KY 40217

97586    0000222-00   S#0011346
CAL EAGLE INSURANCE/ROBERT INS
26707 WEST AQOURA RD
CALABASAS, CA 91302

97586    0020378-00   S#0000986
CAL OSTLUND INC
ATTN: THOMAS ROWINSKI-VP
555 N MICHIGAN AVE
PO BOX 649
KENILWORTH, NJ 07033

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0021140-00   S#0004252
CALABRESE, GERALD S
ATTN: THOMAS E BIRON ESQ
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

97586   0000710-00   S#0001881
CALAFIORE, JAMES J
234 TREPTOW RD
SOMERSET, NJ 08873

97586   0000765-00   S#0001150
CALAMARI, JOSEPH A
688 GREENHILL RD
KINNELON, NJ 07405

97586   0061280-00   S#0009225
CALEB A HALL
415 JOHN STREET
STEWARD, IL 60553

97586   0061281-00   S#0002382
CALEB DANIEL TEICHER
62 SYNCAMORE RD
LAKE MAHOPAC, NY 10541

97586   0061282-00   S#0012958
CALEB MASAJI YAMANAKA &
CATHERINE M YAMANAKA
JT TEN
428 NANIAKEA ST
HILO, HI 96720-5447

97586   0000223-00   S#0001592
CALIFORNIA GOLD INC
1951 OLD CUTHBERT RD STE 105
CHERRY HILL, NJ 08034

97586   0020015-00   S#0001735
CALIFORNIA PRINCETON
FULFILLMENT SERVICES
1445 LOWER FERRY RD
EWING, NJ 08618-1424

97586   0001402-00   S#0012359
CALIFORNIA, STATE OF
FRANCHISE TAX
PO BOX 942867
SACRAMENTO, CA 94267-2021

97586   0061283-00   S#0004070
CALVIN FERRARI
RD 1 BOX 1136
SUGERLOAF, PA 18249

97586   0061284-00   S#0012437
CALVIN O HARRIS &
SABINA HARRIS
COMMUNITY PROPERTY
4656 MONTMATRE PARK CT
FREMONT, CA 94538-5952

97586   0061285-00   S#0012207
CALVIN YEE &
SUSAN WONG YEE JT TEN
23 HEATH CT
DALY CITY, CA 94015-4457

97586   0000909-00   S#0012543
CAMPOS, MARC
429 EUCLID AVE APT B
OAKLAND, CA 94610

97586   0000982-00   S#0011095
CANAAN, MICHAEL
520 N KINGS ROAD APT 319
WEST HOLLYWOOD, CA 90048-6048

97586   0020545-00   S#0013628
CANAL D A
ESPACE LUMIERE
5/13 BD DE LA REPUBLIQUE
92100 BOULOGNE BILLANCOURT
FRANCE

97586   0061286-00   S#0008912
CANDACE E BREGENZER CUSTFOR
JAMES M BREGENZER
2613 SMITH
ROLLING MEADOWS, IL 60008

97586   0061287-00   S#0007205
CANDACE VALERI FORREST CUST
MICHAEL STEVEN FORREST JR
70 N FOURTH ST
MCCONNELSVILLE, OH 43756

97586   0061288-00   S#0005865
CANDACE WAGNER CUST
JEFFREY PHILIP STROHSAH
189 LINEKSIDE CIRCLE
JACKSONVILLE, FL 32082

97586   0000224-00   S#0001258
CANDLER COFFEE CORPORATION
333 S VAN BURNT ST
ENGLEWOOD, NJ 07631

97586   0061289-00   S#0001902
CANDY DIAL
P S C 2 BOX 8096
APO, AE 09012

97586   0000225-00   S#0000842
CANDY EXECUTIVES & ASSOC
N NABBY RD
DANBURG, CT 06811

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000226-00   S#0008798
CANDY INDUSTRY
SUBSCRIPTION SERVICES
131 W 1ST ST
DUBLIN, MN 55802-2065

97586   0061290-00   S#0008459
CANDY YOUNG
10578 W CORTEZ CIRCLE APT 10
HALES CORNERS, WI 53132

97586   0021047-00   S#0003241
CANGRO INDUSTRIES INC
LONG ISLAND TRANSMISSION DIV
495 SMITH STREET
FARMINGDALE, NY 11735

97586   0020094-00   S#0008652
CANNON EQUIPMENT CO
324 W WASHINGTON STREET
CANNON FALLS, MN 55009

97586   0000227-00   S#0002624
CANON UNITED STATES OF AMERICA
ATTN: LEGAL ADMINISTRATOR
ONE CANON PLAZA
LAKE SUCCESS, NY 11042-1198

97586   0000228-00   S#0002043
CAPITAL PRINTING SYSTEMS INC
140 E 45TH ST 36TH FL
NEW YORK, NY 10017-3144

97586   0000229-00   S#0002610
CAPPY'S PAINT & WALLPAPER
235 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040

97586   0061291-00   S#0009421
CARA J DEGENHARDT
RR1 BOX 212
HEYWORTH, IL 61745

97586   0061292-00   S#0011296
CAREN MERRILL CUST
VICTOR MERRILL
5877 DEBORAH ST
LONG BEACH, CA 90815

97586   0061293-00   S#0004199
CAREN MOSKOWITZ CUST
EMILY MOSKOWITZ
528 PINE TREE RD
JENKINTOWN, PA 19046

97586   0061294-00   S#0003012
CAREY LOIS PEPPER CUST
LEE ANDREW PEPPER
51 WALES AVE
BALDWIN, NY 11510-1753

97586   0061295-00   S#0011909
CAREY WARD CUST
BRANDON M ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0061296-00   S#0011910
CAREY WARD CUST
EMLYN D ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0061297-00   S#0011905
CAREY WARD CUST
SUTTON P ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0061298-00   S#0011906
CAREY WARD CUST
TREVOR P ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0061299-00   S#0004847
CARL A BLAKE &
ANNE BLAKE
400 S ALLEGANY ST
CUMBERLAND, MD 21502

97586   0061300-00   S#0009644
CARL A MARQUARDT &
MARY C MARQUARDT
JT TEN
2204 NOTTINGHAM
CPE GIRARDEAU, MO 63701

97586   0061301-00   S#0004356
CARL B CARSON JR &
RUTH K CARSON JT TEN
349 BRITT RD
NORTH WALES, PA 19454-2417

97586   0061302-00   S#0004748
CARL C TWIGG JR
715 SULLIVAN RD
WESTMINSTER, MD 21157

97586   0061303-00   S#0011334
CARL CASSARA CUST
CARLY JESSICA CASSARA
1907 EL ARBOLITA DR
GLENDALE, CA 91208-1803

97586   0061304-00   S#0011333
CARL CASSARA CUST
KELLY RAE CASSARA
1907 EL ARBOLITA DR
GLENDALE, CA 91208-1803

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061305-00   S#0011335
CARL CASSARA CUST
MELISSA JO CASSARA
1907 EL ARBOLITA DR
GLENDALE, CA 91208-1803

97586   0061306-00   S#0007156
CARL CERVELLINI
6035 EAST MAIN STREET
COLUMBUS, OH 43213

97586   0061307-00   S#0001820
CARL DEE
86 ALEXANDER ST
EDISON, NJ 08820

97586   0061308-00   S#0004649
CARL DOLAN CUST
TOM R DOLAN
2314 PARKER AVE
WHEATON, MD 20902

97586   0061309-00   S#0010013
CARL E HINRICHS
301 OXFORD ST
HARRISON, AR 72601

97586   0061310-00   S#0006113
CARL EDWARD MACK &
JANE ANN CIMINELLO JT TEN
8981 S HOLLYBROOK BLVD
PEMBROKE PINES, FL 33025

97586   0061311-00   S#0003903
CARL G HUSZAR CUST
ZACHARY HUSZAR
10050 JOHN DR
NO. HUNTINGDON, PA 15642

97586   0061312-00   S#0003536
CARL GAMBITTA
818 NORTH LAMONT DRIVE
CORTLAND, NY 13045-3531

97586   0061313-00   S#0010898
CARL H NYMAN JR
5025 NORTH FIRST #1205
TUSCON, AZ 85718

97586   0061314-00   S#0005704
CARL H PODLESNY CUST
ANDREW DAVID APOSTOLOS
430 GUARDSMAN CT
ALPHARETTA, GA 30202-4715

97586   0061315-00   S#0000877
CARL HEISE C/F
CHRISTIAN J. HEISE UGMA CT
21 BOND STREET
E. NORWALK, CT 06855

97586   0061316-00   S#0012783
CARL J MERNER
PO BOX 3468
SANTA ROSA, CA 95402-3468

97586   0061317-00   S#0004671
CARL JOHNSON &
HEATHER M JOHNSON JT TEN
1228 HEARTWOOD COURT
ARNOLD, MD 21012

97586   0061318-00   S#0008009
CARL JORDAN JR
2921 ELIZABETH
WAYNE, MI 48184

97586   0061319-00   S#0001788
CARL M BORNMANN
P.O. BOX 457
ANNANDALE, NJ 08801

97586   0061320-00   S#0006398
CARL MARBACH CUST
BENJAMIN MARBACH
17730 SCARSDALE WAY
BOCA RATON, FL 33496-1331

97586   0061321-00   S#0006029
CARL MARCO
3606 WILDER LANE
ORLANDO, FL 32804

97586   0061322-00   S#0009434
CARL MARX JR
1400 18TH ST
CHARLESTON, IL 61920

97586   0061323-00   S#0012609
CARL MATTHEW HAUSE
850 CYPRESS AVE
NOVATO, CA 94947-3925

97586   0061324-00   S#0004805
CARL MC KENZIE
3320 CHOPTANK AVE
BALTIMORE, MD 21220

97586   0061325-00   S#0010073
CARL R LANG CUST
ALEXANDRA DEE LANG
49428 WESTGATE RD SUITE 100A
OKLAHOMA CITY, OK 73162-6249

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061326-00   S#0010078<br>CARL RENO<br>2511 NE HERITAGE CREEK DR<br>LAWTON, OK 73507 | 97586    0061327-00   S#0007752<br>CARL ROBERT BINKLEY<br>504 HWY 337 SE<br>CORYDON, IN 47112 | 97586    0061328-00   S#0010845<br>CARL ROSS SHAVER &<br>MARY JOHANNA SHAVER<br>JT TEN<br>5632 E WINDSOR<br>SCOTTSDALE, AZ 85257-1035 |
| 97586    0061329-00   S#0006522<br>CARL T RUSS TRUST<br>CARL T RUSS TTEE<br>8328 PONDVIEW LN<br>ENGLEWOOD, FL 34224 | 97586    0061330-00   S#0006832<br>CARL VAN KELL<br>4401 1/2 CRUZE ROAD<br>NOXVILLE, TN 37920 | 97586    0061331-00   S#0007306<br>CARL W BAYNARD JR<br>3370 WESTBURY RD<br>SHAKER HTS, OH 44120 |
| 97586    0061332-00   S#0003208<br>CARL W BOEDNER<br>15 WHITE ST<br>BRENTWOOD, NY 11717 | 97586    0061333-00   S#0008672<br>CARL W OLDING<br>2699 N CHARLES ST<br>NORTH SAINT PAUL, MN 55109 | 97586    0061334-00   S#0008674<br>CARL W OLDING CUST<br>PARKER J OLDING<br>2699 N CHARLES<br>NORTH ST PAUL, MN 55109 |
| 97586    0061335-00   S#0008673<br>CARL W OLDING CUST<br>RORY D OLDING<br>2699 N CHARLES<br>NORTH ST PAUL, MN 55109 | 97586    0061336-00   S#0009041<br>CARLA F ROBERTS CUST<br>BRAD BRANUM<br>1980 BORDEAUX CT<br>WHEELING, IL 60090 | 97586    0061337-00   S#0007505<br>CARLA JAN HUSBAND &<br>L DWIGHT HUSBAND<br>JT TEN<br>5686 SAGE MEADOW CT<br>WEST CHESTER, OH 45069-5547 |
| 97586    0061338-00   S#0003518<br>CARLA VORREUTER CUST<br>J GARRETT VORREUTER<br>5878 E LAKE RD<br>AUBURN, NY 13021 | 97586    0061339-00   S#0000216<br>CARLENE A LEE CUST<br>BRYAN J LEE<br>12 DEERFIELD DR<br>MEDFIELD, MA 02052-1318 | 97586    0061341-00   S#0013415<br>CARLO GIARRUSSO<br>1501 MCGILL COLLEGE<br>SUITE 3200<br>MONTREAL, QC<br>CANADA |
| 97586    0061340-00   S#0013443<br>CARLO GIARRUSSO<br>2285 DOVER ROAD<br>MONT ROYAL, QC H3P 2N6<br>CANADA | 97586    0061342-00   S#0001928<br>CARLOS ANES<br>257 CLINTON ST APT 9F<br>NEW YORK, NY 10002-8020 | 97586    0061343-00   S#0003983<br>CARLOS PEYTON<br>303 BEACON DR<br>HARRISBURG, PA 17112 |
| 97586    0061344-00   S#0002766<br>CARLOS PINTO<br>6902-10TH  AVE<br>BROOKLYN, NY 11228 | 97586    0061345-00   S#0010055<br>CARLOS R GONZALES<br>1210 NW 95TH ST<br>OKLAHOMA CITY, OK 73114 | 97586    0061346-00   S#0011741<br>CARLOS RODRIGUEZ<br>6671 SONOMA AVE<br>FONTANA, CA 92335 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0061347-00    S#0008090
CARLTON KAMMER III
35770 LANA LANE
STERLING HEIGHTS, MI 48312-3750

97586    0061348-00    S#0008054
CARLTON W WASHINGTON CUST
CARLTON WASHINGTON II
321 KERBY RD
GROSSE POINTE FM, MI 48236

97586    0061349-00    S#0008889
CARMELLA M TIKAS CUST FOR
STEVEN M TIKAS
C/O MC NAMARA & COMPANY LTD
1845 EAST RAND ROAD  207
ARLINGTON HEIGHTS, IL 60004

97586    0061350-00    S#0006912
CARMEN COHEN CUST
JEFFREY A COHEN UGTMA/TN
17 QUINNWOOD DRIVE
JACKSON, TN 38305

97586    0061351-00    S#0012806
CARMEN NEITZE CUST
HANNA NEITZKE
290 WATSON LANE
FORTUNA, CA 95540-9213

97586    0061352-00    S#0009659
CARMEN S BROWN CUST
ACF ARRON W BROWN
516 SUNVIEW DR
BLUE SPRINGS, MO 64014-2046

97586    0061353-00    S#0002898
CARMEN S CARFAGNA CUST
MICHAEL S CARFAGNA
3728 80TH ST APT 32
JACKSON HTS, NY 11372-6826

97586    0061354-00    S#0006380
CARMEN SALVATORE III ACF
DON SALVATORE U/FL/UTMA
101 SALVATORE LANE
PAHOKEE, FL 33476-2436

97586    0061355-00    S#0001266
CARMINE ZECCARDI JR
147 PERSHING RD
ENGLEWOOD CLIFFS, NJ 07632

97586    0061356-00    S#0002942
CAROL A BROWN CUST
ERIC B SENZER
52-24 65TH PL 1P
MASPETH, NY 11378-1320

97586    0061358-00    S#0012729
CAROL A GORLEY CUST
AARON MICHAEL BEECHER
1477 GOLDENLEAF WAY
STOCKTON, CA 95209-2014

97586    0061359-00    S#0012732
CAROL A GORLEY CUST
JEFFREY JOHN BEECHER
1477 GOLDENLEAF WAY
STOCKTON, CA 95209-2014

97586    0061357-00    S#0012733
CAROL A GORLEY CUST
JOHNATHAN PATRICK MORGAN
1477 GOLDEN LEAF WAY
STOCKTON, CA 95209-2014

97586    0061360-00    S#0012728
CAROL A GORLEY CUST
SAMANTHA ELIZABETH LOPEZ
1477 GOLDENLEAF WAY
STOCKTON, CA 95209-2014

97586    0061361-00    S#0012731
CAROL A GORLEY CUST
SCOTT ARRON MORGAN
1477 GOLDENLEAF WAY
STOCKTON, CA 95209-2014

97586    0061362-00    S#0012730
CAROL A GORLEY CUST
SUMMER RENEE LOPEZ
1477 GOLDENLEAF WAY
STOCKTON, CA 95209-2014

97586    0061363-00    S#0003912
CAROL A PARTSCH CUST
MATTHEW R PARTSCH
327 CANNON ST
JOHNSTOWN, PA 15905

97586    0061364-00    S#0004981
CAROL A STEPHENS
1751 A SOUTH HAYES STREET
ARLINGTON, VA 22202

97586    0061365-00    S#0001256
CAROL AH STOLAR CUST
JACOB MH STOLAR
68 FRANKLIN ST
ENGLEWOOD, NJ 07631

97586    0061366-00    S#0006084
CAROL ANN CAMILLO CUST
MICHEL CAMILLO UTMA/FL
1006 N S LAKE DR
HOLLYWOOD, FL 33019

97586    0061367-00    S#0012942
CAROL ANN KALEIWAHEA
91-665B PUAMAE'OLE ST
EWA BEACH, HI 96706

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0061368-00  S#0009304<br>CAROL ANN MERTES CUST<br>LAWRENCE WESLEY MERTES<br>C/O JOSEPH J SIRCHIO<br>5951 N LEADER LANE<br>CHICAGO, IL 60646 | 97586   0061369-00  S#0008122<br>CAROL ANN ROBINSON<br>5927 KINGS ARMS RD<br>WATERFORD, MI 48327-3071 | 97586   0061370-00  S#0005682<br>CAROL ANN SILVESTRO CUST<br>ANTHONY JOSEPH AVELLO<br>10 SPRINGHOUSE COURT<br>CARTERSVILLE, GA 30120 |
| 97586   0061372-00  S#0002977<br>CAROL ANN SILVESTRO CUST<br>CHRISTINA PSOMAIDES<br>149-31 114 ST<br>QUEENS, NY 11420 | 97586   0061371-00  S#0005681<br>CAROL ANN SILVESTRO CUST<br>JACQUELINE AVELLO<br>10 SPRINGHOUSE COURT<br>CARTERSVILLE, GA 30120 | 97586   0061373-00  S#0002976<br>CAROL ANN SILVESTRO CUST<br>WILLIAM PSOMAIDES<br>149-31 114 ST<br>QUEENS, NY 11420 |
| 97586   0061374-00  S#0005073<br>CAROL B BARR CUST<br>ANDREW C BARR<br>204 GRANDE DR<br>RICHMOND, VA 23229 | 97586   0061375-00  S#0013281<br>CAROL BLACKWELL CUST<br>KOSHLAN MAYER-BLACKWELL<br>BOX 18<br>ORCAS ISLAND, WA 98280 | 97586   0061376-00  S#0001941<br>CAROL BRAVERMAN<br>145 E 16TH ST APT 9E<br>NEW YORK, NY 10003-3433 |
| 97586   0061377-00  S#0004881<br>CAROL E CARONE<br>6767 BALMORAL RIDGE<br>NEW MARKET, MD 21774 | 97586   0061378-00  S#0004576<br>CAROL E KUPPERBERG CUST<br>DAVID MARK KUPPERBERG<br>MD UNIF TRANSFER MINORS ACT<br>11019 MIDDLESHIRE PLACE<br>ROCKVILLE, MD 20852 | 97586   0061379-00  S#0005474<br>CAROL F BLEECKER CUST<br>BLAIR B COWAN<br>3413 MARSH HAWK CT<br>WILMINGTON, NC 28409 |
| 97586   0061380-00  S#0007275<br>CAROL F SERRA<br>1845 RIDGEWICK DR<br>WICKLIFFE, OH 44092-1632 | 97586   0061381-00  S#0006076<br>CAROL FISCHMAN CUST<br>PAUL SIMON FISCHMAN<br>1321 INDIAN MOUND TRAIL<br>VERO BEACH, FL 32963 | 97586   0061382-00  S#0004416<br>CAROL FREEDMAN CUST<br>PHILIP S FREEDMAN UDNER<br>302 LARK DRIVE<br>NEWARK, DE 19713 |
| 97586   0061383-00  S#0009604<br>CAROL GOLDENHERSH CUST<br>SCOTT DAVID GOLDENHERSH<br>2243 BARNBRIDGE RD<br>TOWN & COUNTRY, MO 63131 | 97586   0061384-00  S#0002869<br>CAROL GROSS<br>61-33 215TH ST<br>BAYSIDE, NY 11364 | 97586   0061385-00  S#0010582<br>CAROL HALILI TIGLAO<br>18199 E CASPIAN PL<br>AURORA, CO 80013 |
| 97586   0061386-00  S#0012552<br>CAROL HOFFMAN CUST<br>JEREMY G HOFFMAN<br>6122 LAWTON AVE<br>OAKLAND, CA 94618-1859 | 97586   0061387-00  S#0007564<br>CAROL HUTCHISON<br>7847 THOMPSON RD<br>CINCINNATI, OH 45247 | 97586   0061388-00  S#0010427<br>CAROL K GRECZEK CUST<br>JILLIAN C GRECZEK<br>32711 WALTHAM CROSSING<br>FULSHEAR, TX 77441 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061389-00   S#0009059
CAROL K OWENS CUST
JASON D OWENS
2030 BURKE DR
WINTHROP HARBOR, IL 60096

97586   0061390-00   S#0000273
CAROL KANIN CUST
ZACHARY J KANIN
65 STUART RD
NEWTON CENTRE, MA 02159-1210

97586   0061391-00   S#0010225
CAROL KANTER CUST
JAY R WOLFSBERG
17605 SQUAW VALLEY
DALLAS, TX 75252

97586   0061392-00   S#0002080
CAROL KEKST C/F
JOSEPH J KEKST UGMA NY
895 PARK AVE #16-B
NEW YORK, NY 10021-0327

97586   0061393-00   S#0002081
CAROL KEKST CUST
JOSEPH JACOB KEKST
895 PARK AVE #16-B
NEW YORK, NY 10021-0327

97586   0061394-00   S#0012180
CAROL L MACKEY CUST
JOSEPH RYAN MACKEY UTMA/CA
360 PAUL AVE
SALINAS, CA 93906

97586   0061395-00   S#0007898
CAROL L RHODES
3306 YORK
TROY, MI 48084

97586   0061396-00   S#0000869
CAROL LICHTERFELD CUST
MICHAEL J LICHTERFELD
55 DUNCAN DR
GREENWICH, CT 06831-3617

97586   0061397-00   S#0007556
CAROL NEUMAN CUST
ACF ERWIN B NEUMAN
9190 COACHTRAIL LANE
CINCINNATI, OH 45242-4681

97586   0061398-00   S#0011457
CAROL ROTH CUST
BRANDON ROTH
13121 HESBY
SHERMAN OAKS, CA 91423

97586   0061399-00   S#0004670
CAROL SANDRA SCHWARTZ CUST
ROBERT JEREL SCHWARTZ
810 LONG BAR HARBOR RD
ABINGDON, MD 21009

97586   0061400-00   S#0008053
CAROL SEMACK CUST
DOUGLAS R SEMACK
215 MCKINLEY
GROSSE POINTE, MI 48236

97586   0061401-00   S#0002305
CAROL SIEGEL CUST
BENJAMIN I SIEGELUNGMA/NY
2500 JOHNSON AVE
RIVERDALE, NY 10463

97586   0061402-00   S#0010098
CAROL SMITH
6303 S 155TH W AVE
SAPULPA, OK 74066

97586   0061403-00   S#0002902
CAROL TSIRKAS CUST
KONSTANTINOS TSIRKAS
A MIN U/N Y /UGMA
83-07 54TH AVE
ELMHURST, NY 11373

97586   0061404-00   S#0011555
CAROL V VECCHIO CUST
MICHAEL ANTHONY VECCHIO
442 FRENCH LANE
POMONA, CA 91767

97586   0061405-00   S#0001403
CAROL ZAITZ CUST
JASON GERSHON ZAITZ
6 YORK RD
MARLBORO, NJ 07746

97586   0061406-00   S#0001402
CAROL ZAITZ CUST
STEFANIE KAILA ZAITZ
6 YORK RD
MARLBORO, NJ 07746

97586   0061407-00   S#0007371
CAROLE F WILHELM CUST
FBO JASON ANDREW WILHELM
1054 DOMINION DR
WESTLAKE, OH 44145-1442

97586   0061408-00   S#0000150
CAROLE I MCOSKER CSDN
PHILIP J MCOSKER
51 PATRICIA LANE
DRACUT, MA 01826

97586   0061409-00   S#0001746
CAROLE IRENE SIMPSON
62 WESLEYAN DRIVE
HAMILTON SQUARE, NJ 08690

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061410-00   S#0007160
CAROLE MITCHELL CUST
BRIAN SMITH
1474 DOONE RD
COLUMBUS, OH 43221-3914

97586   0061411-00   S#0002711
CAROLE RIZZO
110 BAY 14TH ST
BROOKLYN, NY 11214

97586   0061412-00   S#0002712
CAROLE RIZZO C/F
JOANN RIZZO UGMA/NY
110 BAY 14TH STREET
BROOKLYN, NY 11214

97586   0061413-00   S#0002709
CAROLE RIZZO CUST
JACK RIZZO
110 BAY 14TH ST
BROOKLYN, NY 11214

97586   0061414-00   S#0009782
CAROLEE P TORRES CUST
DANIELLE B TORRES
14507 W 58TH TER
SHAWNEE, KS 66216

97586   0000233-00   S#0005351
CAROLINA TELEPHONE
14111 CAPITAL BLVD
WAKE FOREST, NC 27587-5900

97586   0061415-00   S#0004756
CAROLINE BABYLON
459 UNIONTOWN RD
WESTMINSTER, MD 21158-4217

97586   0061416-00   S#0004750
CAROLINE BABYLON CUST
FRANKLIN T BABYLON
459 UNIONTOWN RD
WESTMINSTER, MD 21157

97586   0061417-00   S#0004749
CAROLINE BABYLON CUST
MARNIE ROGNLIEN
459 UNIONTOWN RD
WESTMINSTER, MD 21157

97586   0061418-00   S#0005529
CAROLINE CARTER
RTE 4 BOX 291
WINNSBORO, SC 29180

97586   0061419-00   S#0000213
CAROLINE D PARKER
BOX 1369
MARSHFIELD, MA 02050

97586   0000234-00   S#0002005
CAROLINE DB WELLS DBA OCTOBER
150 E 37TH ST APT 2A
NEW YORK, NY 10016

97586   0061420-00   S#0005444
CAROLINE M GUZNICZAK CUST
MICHAEL J GUZNICZAK
11618 BRIEF RD
CHARLOTTE, NC 28227-6400

97586   0061421-00   S#0011594
CAROLINE S SAGER
2911 HIGHLAND DR
CARLSBAD, CA 92008

97586   0061422-00   S#0005585
CAROLINE S WEBSTER
223 SHELBURNE RD
GREENVILLE, SC 29607

97586   0061423-00   S#0000705
CAROLINE SWEITZER CUST
KC SWEITZER
42 SIGNAL HILL RD
MADISON, CT 06443

97586   0061424-00   S#0005523
CAROLINE WILKINS
200 WOODLAND TER
WINNSBORO, SC 29180

97586   0061425-00   S#0003519
CAROLYN CRESCO CUST
JOHN P CRESCO
6029 SOUTH ST RD
AUBURN, NY 13021

97586   0061426-00   S#0004088
CAROLYN DELUCA CUST
CHRISTOPHER DELUCA UTMA/PA
207 CHURCH ST
MOSCOW, PA 18444-9034

97586   0061427-00   S#0002831
CAROLYN DIBELLA
25-36 150 ST
FLUSHING, NY 11354-1450

97586   0061428-00   S#0001858
CAROLYN EINHORN
C/O MOMMOUTH JUNCTION SCHOOL
PO BOX 184
MOMMOUTH JUNCTION, NJ 08852-0184

97586   0061429-00   S#0009684
CAROLYN HILL
7420 BELLEFONTAINE
KANSAS CITY, MO 64132

**Debtor:**          Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061430-00  S#0007175<br>CAROLYN K KAUBLE CUST FBO<br>SCOTT A KAUBLE UTMA / OH<br>197 MEADOW LANE<br>CLYDE, OH 43410-1955 | 97586    0061431-00  S#0008091<br>CAROLYN KAMMER CUST<br>MICHAEL KAMMER<br>35770 LANA LANE<br>STERLING HEIGHTS, MI 48312-3750 | 97586    0061432-00  S#0012602<br>CAROLYN KING CAHILL<br>25 SIDNEY<br>MILL VALLEY, CA 94941-1353 |
| 97586    0061433-00  S#0000375<br>CAROLYN LIMA<br>48 NORTH ST<br>MATTAPOISETT, MA 02739-1615 | 97586    0061434-00  S#0000349<br>CAROLYN M FRENCH CUST<br>JUSTIN E FRENCH<br>POB 896<br>N FALMOUTH, MA 02556 | 97586    0061435-00  S#0006863<br>CAROLYN M LEMOND CUST<br>THOMAS CHARLES LEMOND<br>5693 ASHLEY SQ S<br>MEMPHIS, TN 38120 |
| 97586    0061436-00  S#0001796<br>CAROLYN M MUSACCHIO<br>203 RIVERVIEW RD<br>BRIDEWATER, NJ 08807-1570 | 97586    0061437-00  S#0001839<br>CAROLYN M WILKINSON CUST<br>ANDREW ROSS WILKINSON<br>PO BOX 412<br>MARTINSVILLE, NJ 08836-0412 | 97586    0061438-00  S#0001840<br>CAROLYN M WILKINSON CUST<br>AUSTIN EDWARD WILKINSON<br>PO BOX 412<br>MARTINSVILLE, NJ 08836-0412 |
| 97586    0061439-00  S#0004528<br>CAROLYN ROSS CUST<br>JARROD ALEXANDER WILLIAMS ROSS<br>6214 CEDAR POST DR<br>FORESTVILLE, MD 20747 | 97586    0061440-00  S#0007034<br>CAROLYN S HUGHES CUST<br>JEFFREY HUGHES<br>10203 W WEGO PL<br>LOUISVILLE, KY 40299-4061 | 97586    0061441-00  S#0010954<br>CAROLYN S NIBERT CUST<br>JEFFREY E NIBERT NM/UTMA<br>108 THREE CROSS<br>ROSWELL, NM 88201 |
| 97586    0061442-00  S#0010955<br>CAROLYN S NIBERT CUST FOR<br>GREGORY J NIBERT NM UTMA<br>108 THREE CROSS<br>ROSWELL, NM 88201 | 97586    0061443-00  S#0006637<br>CAROLYN SMITH CUST<br>DANIEL SMITH<br>WP 838 BOX 95-2633<br>STUART, FL 34995-0095 | 97586    0061444-00  S#0008347<br>CAROLYN SUE STUDY CUST<br>IAN MICHAEL SCHECHTER<br>UNDTHE MI UNIF GIFT MINORS ACT<br>6169 NORTHSTAR RD<br>GAYLORD, MI 49735-8711 |
| 97586    0061445-00  S#0004882<br>CAROLYN W FULLER<br>7103 STRETCH CT<br>NEW MARKET, MD 21774 | 97586    0061446-00  S#0013577<br>CAROLYNE DAVIDSON GDN<br>RHYS H DAVIDSON<br>24 SILVER CREST GREEN N W<br>CALGARY, AB T3B 3R8<br>CANADA | 97586    0000363-00  S#0002013<br>CARR, DANIEL J<br>10 E 40TH ST<br>NEW YORK, NY 10016 |
| 97586    0061447-00  S#0008835<br>CARRIE KLARE CUST<br>AMBER JIRGES<br>302 E 5TH ST<br>DELL RAPIDS, SD 57022-1612 | 97586    0061448-00  S#0010005<br>CARRIE P WILLIAMS<br>BOX 9123<br>JONESBORO, AR 72403 | 97586    0061449-00  S#0010732<br>CARRIE SKENE<br>712 SCOTT ST<br>BOISE, ID 83706 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0061450-00   S#0010880<br>CARROL ANN DILL &<br>GARY LEE DILL<br>7742 W BROWN ST<br>PEORIA, AZ 85345-6798 | 97586   0000268-00   S#0001048<br>CARROLL, CHRISTOPHER<br>14 N RAHWAY AVE<br>COLONIA, NJ 07067 | 97586   0061451-00   S#0008417<br>CARSON E SPARROW<br>3545 NWY 218<br>KEOKUK, IA 52632 |
| 97586   0000942-00   S#0002495<br>CARUSO, MARYANNE<br>41 FOREST CIRCLE<br>NEW ROCHELLE, NY 10804 | 97586   0061452-00   S#0005070<br>CARY CHAMBERS CAMPBELL<br>1 S WESTHAM PKWY<br>RICHMOND, VA 23229 | 97586   0061453-00   S#0008992<br>CARY G BLUMBERG &<br>DONNA S BLUMBERG JTTEN<br>4301 OAK KNOLL COURT<br>NORTHBROOK, IL 60062 |
| 97586   0061454-00   S#0000252<br>CARYL HUBSHER C/F<br>JUSTIN W HULL UTMA/NY<br>9 STETSON STREET<br>BROOKLINE, MA 02146 | 97586   0061455-00   S#0000018<br>CARYL ISENBERG CUST<br>DANIEL NATHAN GREENBAUM<br>8 SOUTHAMPTON RD<br>WESTHAMPTON, MA 01027 | 97586   0001253-00   S#0005294<br>CASE, RICHARD<br>121 N CHURTON<br>HILLSBOROUGH, NC 27278 |
| 97586   0061456-00   S#0008158<br>CASEY BARNES CUST<br>CHERYL BARNES UGMA MI<br>1694 ST CLAIR STREET<br>HIGHLAND, MI 48357 | 97586   0061457-00   S#0007717<br>CASEY HEYING<br>30925 WOODS AND WATER<br>ELKHART, IN 46517 | 97586   0061458-00   S#0001380<br>CASEY MAUREEN O'CONNOR<br>324 SHORE DR<br>HIGHLANDS, NJ 07732 |
| 97586   0061459-00   S#0005879<br>CASEY PICKERING &<br>KELLY PICKERING<br>6195 SEQUOIA DR<br>PORT ORANGE, FL 32127-6775 | 97586   0061460-00   S#0003496<br>CASIMER MAURICE DECUSATIS JR<br>35 BART DR<br>POUGHKEEPSIE, NY 12603 | 97586   0061461-00   S#0006406<br>CASSANDRA & TERRENCE MALLOY TR<br>CASSANDRA J MALLOY REV TRUST<br>17609 LAKE KEY DR<br>ODESSA, FL 33556-4709 |
| 97586   0061462-00   S#0011767<br>CASSANDRA M SASANO C/F<br>WESLEY K SASANO<br>5765 YARBOROUGH DR<br>RIVERSIDE, CA 92505 | 97586   0000436-00   S#0009742<br>CASSITY, DON<br>207 PINE ST<br>BONNER SPRINGS, KS 66012 | 97586   0061463-00   S#0003614<br>CATHERINE A MARZEC CUST<br>JUSTIN RYAN MARZEC<br>1479 EDEN-EVANS CENTER RD<br>ANGOLA, NY 14006 |
| 97586   0061464-00   S#0004728<br>CATHERINE A SIPPEL CUST<br>E ANGUS DWYER<br>266 MICHELE CIRCLE<br>MILLERSVILLE, MD 21108 | 97586   0061465-00   S#0005314<br>CATHERINE B TENNILLE CUST<br>LEWIS PACE POAG<br>4 DEERWOOD CT<br>GREENSBORO, NC 27410 | 97586   0061466-00   S#0003540<br>CATHERINE COHEN CUST<br>AMY REBECCA COHEN<br>314 HUNT DR<br>FAYETTEVILLE, NY 13066 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061467-00   S#0003537
CATHERINE COHEN CUST
MELISSA SARAH COHEN
314 HUNT DR
FAYETTEVILLE, NY 13066

97586   0061468-00   S#0002884
CATHERINE COSTANZO
136-31A JEWEL AVE
KEW GARDENS HILLS, NY 11367

97586   0061469-00   S#0006307
CATHERINE D RIVERA &
CATHERINE M RIVERA JT TEN
327 ALBEMARLE RD
WEST PALM BEACH, FL 33405-1673

97586   0061470-00   S#0004637
CATHERINE E RACE CUST
JASON M GROVE
18717 BLUE VIOLET LN
GAITHERSBURG, MD 20879-1529

97586   0061471-00   S#0010465
CATHERINE HARBOUR
200 EAST ST
LIBERTY, TX 77575-6104

97586   0061472-00   S#0011539
CATHERINE HORLICK
269 MESA WAY
MONTEREY PARK, CA 91754-2134

97586   0061473-00   S#0002386
CATHERINE L DOOLEY &
JAMES E DOOLEY
JT TEN
11 CHESTNUT DR
MAHOPAC, NY 10541

97586   0061474-00   S#0012045
CATHERINE L POLLEY
2115 BRADFORD
BAKERSFIELD, CA 93304-3505

97586   0061475-00   S#0004807
CATHERINE L RUTKOWSKI CUST
ERIC P RUTKOWSKI
1031 FOXCROFT LANE
BALTIMORE, MD 21221

97586   0061476-00   S#0008382
CATHERINE M EVANS &
TODD D EVANS
7005 ROCKLYN CIRCLE
DES MOINES, IA 50322-4827

97586   0061477-00   S#0012959
CATHERINE M YAMANAKA CUST
GARTH PATRICK HIDEKICHI
YAMANAKA
428 NANIAKEA ST
HILO, HI 96720-5447

97586   0061478-00   S#0012960
CATHERINE M YAMANAKA CUST
JARED KOZAEMON YAMANAKA
428 NANIAKEA ST
HILO, HI 96720-5447

97586   0061479-00   S#0012985
CATHERINE MOCHIZUKI CUST
GRANT T MOCHIZUKI HI/UTMA
98-1339 HOOHIKI ST
PEARL CITY, HI 96782

97586   0061480-00   S#0012986
CATHERINE MOCHIZUKI CUST
JUSTIN K ITO HI/UTMA
98-1339 HOOHIKI ST
PEARL CITY, HI 96782

97586   0061481-00   S#0009930
CATHERINE OLIVIA LANE
130 TRACE LOOP
MANDEVILLE, LA 70448

97586   0061482-00   S#0000361
CATHERINE PERKINS &
THOMAS REITANO JT TEN
280 BARABY ST
FALL RIVER, MA 02720

97586   0061483-00   S#0012039
CATHERINE POLLEY CUST
ADAM CUTTER POLLEY
2115 BRADFORD
BAKERSFIELD, CA 93304

97586   0061484-00   S#0012038
CATHERINE POLLEY CUST
MICHAEL DYLAN FITZGERALD
2115 BRADFORD
BAKERSFIELD, CA 93304

97586   0061485-00   S#0001182
CATHERINE R DONNELLY CUST
J PATRICK LOONEY
132 WAIKU RD
RIDGEWOOD, NJ 07450-2322

97586   0061486-00   S#0001181
CATHERINE R DONNELLY CUST
MICHAEL W LOONEY
132 WAIKU RD
RIDGEWOOD, NJ 07450-2322

97586   0061487-00   S#0006921
CATHERINE SHAWN HUDSON
ATTN TONEY B HUDSON
1245 E SPRING ST #G
COOKEVILLE, TN 38501-4310

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061488-00  S#0002226
CATHERINE SHELDON
266 ATLANTIC AVE
STATEN ISLAND, NY 10305-1336

97586   0061489-00  S#0011188
CATHERINE Y SPONG
31120 MARNE DR
RNCHO PLS VRD, CA 90275-5616

97586   0061490-00  S#0013093
CATHLEEN A SELBY
301 NE 202ND AVE
PORTLAND, OR 97230-8112

97586   0061491-00  S#0005587
CATHLEEN E WEBSTER
223 SHELBURNE RD
GREENVILLES, SC 29607

97586   0061492-00  S#0012578
CATHRYN WATSON CUST
BRANDON LAI UNDER CA UTMA
698 IDYLBERRY
SAN RAFAEL, CA 94903

97586   0061493-00  S#0006683
CATHY J EVERETT &
JOHN R BROADFOOT
RTE 4 BOX 163 A
FLORENCE, AL 35631-0163

97586   0061494-00  S#0003549
CATHY KRAFT CUST
STEPHANIE KRAFT
12 HANLEY RD
LIVERPOOL, NY 13090

97586   0061495-00  S#0003985
CATHY L DAILEY &
W PAUL DAILEY III JT TEN
8105 JONESTOWN ROAD
HARRISBURG, PA 17112

97586   0061496-00  S#0011619
CATHY O'CONNOR CUST
DYLAN J MOONEY
728 WINDING WAY
ENCINITAS, CA 92024-2445

97586   0061497-00  S#0013562
CATHY SMALL CUST
FBO MICHAEL S SMALL
27 HEMLOCK PLACE
WINNIPEG, MB R241L8
CANADA

97586   0061498-00  S#0013561
CATHY SMALL CUST
FBO STEVAN SMALL
27 HEMLOCK PLACE
WINNIPEG, MB R241L8
CANADA

97586   0000245-00  S#0009305
CCH INCORPORATED
4025 W PETERSON AVE
CHICAGO, IL 60646

97586   0061499-00  S#0000329
CECELIA M LINN &
WAYNE M LINN JTTEN
P O BOX 488
HANSON, MA 02341

97586   0061500-00  S#0009980
CECIL JOHNSON
11361 SAMPLES RD
ALEXANDER, AR 72002

97586   0061501-00  S#0006918
CECILE PHILLIP STOKES
1451 THOMAS CIRCLE
COOKEVILLE, TN 38501

97586   0061502-00  S#0004132
CECILIA A DETWEILER &
NOEL H DETWEILER
35 BEVERLY DR
KINTNERSVILLE, PA 18930-9649

97586   0061503-00  S#0004131
CECILIA A DETWEILER CUST
MARKO MARICIC-DETWEILER
35 BEVERLY DR
KINTNERSVILLE, PA 18930-9649

97586   0061504-00  S#0005268
CECILIA ENGEL FORBES CUST
ANDREW ENGEL FORBES
609 SOMMERDALE CT
RURAL HALL, NC 27045

97586   0061505-00  S#0009484
CECILIA M KEHOE CUST
MARTIN JOHN KEHOE
1202 PINEVIEW COURT
DECATUR, IL 62526-1370

97586   0061506-00  S#0002180
CEDE & CO 'FAST' ACCOUNT
55 WATER ST
NEW YORK, NY 10041

97586   0021034-00  S#0012612
CELAMARK CORPORATION
ATTN: MARY ANN STENBERG-ACCOUNTANT
22H COMMERCIAL BLVD
NOVATO, CA 94949

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000247-00   S#0008997
CELEBRITY FOCUS
3357 COMMERCIAL AVE
NORTHBROOK, IL 60062-1908

97586   0061507-00   S#0001529
CELESTE C FITZGERALD
22 OLIVER ST
CHATHAM, NJ 07928-2323

97586   0061508-00   S#0012325
CELESTE TETERS CUST
KEVIN M TETERS
191 FIFTH AVE NBR 5
SAN FRANCISCO, CA 94118-1340

97586   0061509-00   S#0003708
CELIA BICEK CUST
NICHOLAS BICEK
30 EDENFIELD RD
PENFIELD, NY 14526-1976

97586   0061510-00   S#0011736
CENA DISCHNER CUST
JONATHON DISCHNER
2772 E VIA VAGUERO RD
PALM SPRINGS, CA 92262-7940

97586   0000248-00   S#0002010
CENTRAL PARKING/PARK EAST
240 E 27TH ST
NEW YORK, NY 10016

97586   0021286-00   S#0009432
CENTRAL STATES DIST SVC INC
ATTN: CECILIA M PADFIELD
3401 LYNCH CREEK RD
DANVILLE, IL 61834

97586   0000251-00   S#0001125
CERIDIAN
PO BOX 10989
NEWARK, NJ 07193

97586   0021269-00   S#0011077
CERTIFIED CROCERS OF CA
ATTN: M ASTORGA
5200 SHELIA ST
COMMERCE, CA 90040

97586   0000252-00   S#0009202
CERTIFIED GROCERS
ONE CERTIFIED DR
HODGKINS, IL 60525

97586   0061511-00   S#0011146
CESAR LEE
12369 DOWNEY AVE
DOWNEY, CA 90242

97586   0061512-00   S#0009106
CESAR V VELAZQUEZ
580 IROQUOIS TRL
CAROL STREAM, IL 60188

97586   0061513-00   S#0004311
CESARE A PROTTO II CUST
PHILLIP M A PROTTO
C/O SARA LAFEVRE
1125 PIERCE ST
PHILADELPHIA, PA 19148

97586   0061514-00   S#0001732
CHAD A JACOBSEN
719 HAMILTON AVE
ROEBLING, NJ 08554

97586   0061515-00   S#0009957
CHAD CART
C/F CHARLES B CART
4635 IHLES ROAD
LAKE CHARLES, LA 70605

97586   0061516-00   S#0009793
CHAD CHAMPNEY
234 SE BALDWIN
TOPEKA, KS 66607

97586   0061517-00   S#0010933
CHAD D PETTY
7704 AMERICAN HERITAGE NE
ALBUQUERQUE, NM 87109-3206

97586   0061518-00   S#0010399
CHAD HUMPHREY
BOX 24763
HOUSTON, TX 77229

97586   0061519-00   S#0005763
CHAD LIESKE
4948 WINDHAVEN COURT
ATLANTA, GA 30338-5106

97586   0061520-00   S#0009431
CHAD MCKENZIE
3315 W BLOOMINGTON RD
CHAMPAIGN, IL 61821

97586   0061521-00   S#0009710
CHAD ROPER
1753 BROOKSIDE DR
JEFFERSON CTY, MO 65101-2301

97586   0061522-00   S#0009430
CHAD T SMITH
1010 N SIXTH
CHAMPAIGN, IL 61820

97586   0061523-00   S#0009761
CHAD TAYLOR ADCOX
2200 S 63RD ST
KANSAS CITY, KS 66106-5328

97586   0061524-00   S#0009373
CHAD WELSH
2203 3RD ST B
EAST MOLINE, IL 61244

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061525-00  S#0005913
CHADWICK HAMPTON KIRTON
13805 WINDJAMMER LANE
JACKSONVILLE, FL 32224

97586   0068736-00  S#0009443
CHADWICK, MICHELLE C/F
MATTHEW CHADWICK UGMA IL
1945 DUKE ST
EDWARDSVILLE, IL 62025-2647

97586   0068735-00  S#0009442
CHADWICK, MICHELLE C/F
MICHAEL CHADWICK UGMA IL
1945 DUKE ST
EDWARDSVILLE, IL 62025-2647

97586   0061526-00  S#0011209
CHAIM AARON LEVIN CUST
YEHIEL LEVIN
703 18TH ST
SANTA MONICA, CA 90402

97586   0066162-00  S#0012395
CHAMPI, JOSEPH A
900 SOUTHAMPTON RD APT 105
BENICIA, CA 94510-1832

97586   0000254-00  S#0001651
CHAMPION LIMOUSINE
900 CHESTNUT ST BLDG D
SOMERDALE, NJ 08083

97586   0020188-00  S#0005278
CHAMPION PRODUCTS INC
ATTN: JERRY I MORRISON-DIR CREDIT
1000 E HANES MILL RD
WINSTON-SALEM, NC 27105

97586   0000584-00  S#0006393
CHANDLER, GENE
5425 NW 20TH AVE
BOCA RATON, FL 33496

97586   0061527-00  S#0009632
CHANDRA HUSSEY CUST
TYLER PATRICK HUSSEY
447 OAKHILL
LAKE ST LOUIS, MO 63367

97586   0065341-00  S#0004031
CHAPPELL, JEFFREY C
534 N DERR DR #3
LEWISBURG, PA 17837-1002

97586   0001411-00  S#0004191
CHARENDOFF, STEVE
8203 CEDAR RD
ELKINS PARK, PA 19027-2113

97586   0061528-00  S#0002306
CHARITA C PARR C/F
SKYE PERRI PARR UGMA NY
2500JOHNSON AVE #11D
RIVERDALE, NY 10463

97586   0061529-00  S#0010459
CHARLENE CRABTREE CUST
SEAN CRABTREE
128 WHITE OAK
LAKE JACKSON, TX 77566

97586   0061530-00  S#0012975
CHARLENE ESAKI CUST
DAVID ESAKI UTMA/HI
180 ROYAL DR
KAPAA, HI 96746

97586   0061531-00  S#0012976
CHARLENE ESAKI CUST
JOSEPH ESAKI UTMA/HI
180 ROYAL DR
KAPAA, HI 96746

97586   0061532-00  S#0000841
CHARLENE LAMBE &
JOHN LAMBE
12 CROFUT PL
DANBURY, CT 06810-6333

97586   0061533-00  S#0007680
CHARLENE PFENNINGER
9025 DEWBERRY CT
INDIANAPOLIS, IN 46260

97586   0061534-00  S#0009309
CHARLENE S BIELAKOWSKI CUST
ANDREW P BIELAKOWSKI
7722 W FARRAGOT
CHICAGO, IL 60656

97586   0061535-00  S#0010188
CHARLES A BROWN
PO BOX 972
LANCASTER, TX 75146-0000

97586   0061536-00  S#0002404
CHARLES A HOGE JR
127 PEARL STREET
PORT CHESTER, NY 10573

97586   0061537-00  S#0008046
CHARLES A SOBERMAN CUST
DAVID A SOBERMAN A MINOR
14300 SCHAEFER
DETROIT, MI 48227-3689

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061538-00   S#0011581
CHARLES ALAN SELLGREN
10176 SIERRA MADRE RD
SPRING VALLEY, CA 91977

97586    0061539-00   S#0011289
CHARLES AMBROSE KENNEDY CUST
CHARLES STUART KENNEDY
4109 LINDEN AVE
LONG BEACH, CA 90807-2718

97586    0061540-00   S#0002568
CHARLES ANANTAVARA
15 HALE PLACE
TAPPAN, NY 10983

97586    0061541-00   S#0006751
CHARLES ANGELL
156 ALLEN ROAD
GOODLETTSVILLE, TN 37072

97586    0061542-00   S#0000324
CHARLES ANTHONY BOYER
110 LEGGE ST
BRIDGEWATER, MA 02324

97586    0061543-00   S#0008905
CHARLES ANTHONY FRANKENTHAL
1824 N FERNANDEZ AVE
ARLINGTON HTS, IL 60004-3714

97586    0061544-00   S#0006310
CHARLES B MATA
5200 POINSETTIA AVE 1002
WEST PALM BEACH, FL 33407

97586    0061545-00   S#0011821
CHARLES B RATHMELL II CUST
TREVOR C RATHMELL
204 N CORNELL AVE
FULLERTON, CA 92631-3815

97586    0061546-00   S#0005241
CHARLES BARTSCH
61 GREENWOOD AVE
WHEELIMG, WV 26003

97586    0061547-00   S#0006682
CHARLES C ANDERSON
BOX 782
FLORENCE, AL 35630

97586    0061549-00   S#0006353
CHARLES C LIMAURO CUST FOR
CHARLES E LIMAURO
641 CASTILLA LN
BOYNTON BEACH, FL 33435

97586    0061548-00   S#0006352
CHARLES C LIMAURO CUST FOR
DANIEL  J LIMAURO
641 CASTILLA LN
BOYNTON  BCH, FL 33435

97586    0061550-00   S#0004940
CHARLES C THORNTON CUST
CHARLES DAVID THORNTON
315 FOX RIDGE DR SW
LEESBURG, VA 22075-2511

97586    0061551-00   S#0000563
CHARLES CLINTON DECHAND
7 MAPLE EDGE DRIVE
BLOOMFIELD, CT 06002-1615

97586    0061553-00   S#0003953
CHARLES COX CUST
CASEY CRISMAN-COX UGMA/PA
1050 WOODLAND DRIVE
BELLEFONTE, PA 16823

97586    0061552-00   S#0003954
CHARLES COX CUST
CHRISTOPHER CRISMAN-COX UGMA/P
1050 WOODLAND DR
BELLEFONTE, PA 16823

97586    0061554-00   S#0008197
CHARLES D BEAVERS C/F
DIANA J BEAVERS
4949 HEGEL RD
GOODRICH, MI 48438

97586    0061555-00   S#0005082
CHARLES D HAMM
2341 FILMORE CIRCLE
RICHMOND, VA 23235

97586    0061556-00   S#0008031
CHARLES D NEVILLE CUST
EDWARD NEVILLE EWELL
19535 CUMBERLAND WAY
DETROIT, MI 48203-1457

97586    0061557-00   S#0008148
CHARLES DAVID KRAUT
8583 ANDERSONVILLE RD
CLARKSTON, MI 48346

97586    0061558-00   S#0012388
CHARLES E BESS CUST
SEAN TYLER CLARKE
3353 DEER HOLLOW DR
DANVILLE, CA 94506-6045

97586    0061559-00   S#0013349
CHARLES E FOURAKER
BOX 631
BENTON CITY, WA 99320

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061560-00   S#0007527
CHARLES E HOWARD CUST
WILLIAM C HOWARD II
120 NORTH AVE
WYOMING, OH 45215

97586   0061561-00   S#0008302
CHARLES E MACINNIS CUST
ROBERT J MACINNIS
6234 MOUNTIE WAY
JACKSON, MI 49201

97586   0061562-00   S#0007663
CHARLES E O'NEAL JR
4230 NORROSE DRIVE
INDIANAPOLIS, IN 46226

97586   0061563-00   S#0006053
CHARLES E OLINGER JR &
NORMA M OLINGER JT TEN
886 RIPLEY TER NE
PALM BAY, FL 32907

97586   0061564-00   S#0008592
CHARLES F CHURCH CUST
GEORGE F CHURCH
RT 1 BOX 39
MONTELLO, WI 53949-9801

97586   0061565-00   S#0010985
CHARLES F FILIPAZZO
C/F LEIGH FILIPAZZO
10264 RED FLOWER PL
LAS VEGAS, NV 89134-2586

97586   0061566-00   S#0005363
CHARLES F HARTMAN &
LINDA M HARTMAN
2124 CAMROSE ST
RALEIGH, NC 27608-1669

97586   0061567-00   S#0006706
CHARLES F JONES ACF
CHARLES E JONES U/AL/UTMA
BOX 3426
MONTGOMERY, AL 36109-0426

97586   0061568-00   S#0007382
CHARLES F KUNKEL &
LEONA R KUNKEL JTTEN
2878 PARKWOOD DR
SILVER LAKE, OH 44224

97586   0061569-00   S#0009051
CHARLES F OSGOOD CUST
ZACHARY JOSEPH BOBROW OSGOOD
823 15TH ST
WILMETTE, IL 60091-2528

97586   0061570-00   S#0004018
CHARLES F STAUFFER JR
717 SKNYLINE DR
LANCASTER, PA 17601

97586   0061571-00   S#0005668
CHARLES FORREST &
DIANA KAY FORREST JT TEN
527 HALWICK CT
STONE MOUNTAIN, GA 30083

97586   0061572-00   S#0010734
CHARLES G SAUMS
3262 NORFOLK WAY
BOISE, ID 83706-5427

97586   0061573-00   S#0004908
CHARLES G SMITH CUST
JASON HALLEY SMITH
13100 LAUREL GLEN ROAD
CLIFTON, VA 22024

97586   0061574-00   S#0006122
CHARLES GOLDMAN CUST
BARRY GOLDMAN
2259 NW 127TH AVE
PEMBROKE PINES, FL 33028-2573

97586   0061575-00   S#0006899
CHARLES GOLDSTEIN CUST
JASON GOLDSTEIN
1394 RIVERWOOD CV
GERMANTOWN, TN 38138-1924

97586   0061576-00   S#0012435
CHARLES GRAY
40249 PACIFIC ST
FREMONT, CA 94538-2833

97586   0061577-00   S#0012434
CHARLES GRAY CUST
WAYNE GRAY
40249 PACIFIC ST
FREMONT, CA 94538-2833

97586   0061578-00   S#0006761
CHARLES H EASTMAN CUST
JAMES M EASTMAN
7824 LEBANON RD
MOUNT JULIET, TN 37122-7210

97586   0061579-00   S#0003823
CHARLES H TYLER IV
416 OAKLAND AVE APT 3
PITTSBURGH, PA 15213-4168

97586   0061580-00   S#0006130
CHARLES IRVIN READON &
MEARL READON
JT TEN
17720 NW 32 AVE
MIAMI, FL 33056-3923

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061581-00   S#0007998
CHARLES J ERICKSON III
589 CRESTWOOD CIR
SALINE, MI 48176-1335

97586    0061582-00   S#0008455
CHARLES J FOLKMAN JR CUST
MAXIMILIAN L FOLKMAN
S2784 HWY 67
DOUSMAN, WI 53118

97586    0061583-00   S#0008456
CHARLES J FOLKMAN JR CUST
NICHOLAS C FOLKMAN
S2784 HWY 67
DOUSMAN, WI 53118

97586    0061584-00   S#0002278
CHARLES J FRISCIA
438 GOWER ST
STATEN ISLAND, NY 10314

97586    0061585-00   S#0009531
CHARLES J HALPERN CUST
BLAKE L HALPERN
14068 LADUE RD
CHESTERFIELD, MO 63017

97586    0061586-00   S#0008714
CHARLES J JOHNSON
PO BOX 45
GIBBON, MN 55335-0045

97586    0061587-00   S#0003326
CHARLES J MOFFETT
81 LAUREL ST
PATCHOGUE, NY 11772-3552

97586    0061588-00   S#0008612
CHARLES J PANKO
1341 17TH ST SO
WICONSIN RAPIDS, WI 54494

97586    0061589-00   S#0012024
CHARLES J PETERSEN &
ANN WALLACE PETERSEN JT TEN
BOX 417
TULARE, CA 93274

97586    0061590-00   S#0001893
CHARLES J PETRETTI JR
27 MANOR BLVD
BOX 142
SPOTSWOOD, NJ 08884-2062

97586    0061591-00   S#0000280
CHARLES J SHULL II
72 WOODCHESTER DR
CHESTNUT HILL, MA 02167

97586    0061592-00   S#0011810
CHARLES J WEINHARDT CUST
SCOTT STECK WEINHARDT
24672 BENJAMIN CIR
DANA POINT, CA 92629

97586    0061593-00   S#0005572
CHARLES JOHN CROWELL
1020 WOODFIELD CIRCLE
CONWAY, SC 29526

97586    0061594-00   S#0011265
CHARLES K JONG
16306 STONE GROVE LANE
CERRITOS, CA 90701-1947

97586    0061595-00   S#0010464
CHARLES K SHEPHERD JR
2126 DUBLIN DR
LEAGUE CITY, TX 77573-4953

97586    0061596-00   S#0013081
CHARLES KELLY SCANLAN
01411 SW RADCLIFF RD
PORTLAND, OR 97219-7947

97586    0061597-00   S#0006093
CHARLES KLEINSCHMIDT &
MARGUERITE KLEINSCHMIDT
JT TEN
5000 VAN BUREN
HOLLYWOOD, FL 33021

97586    0061598-00   S#0006999
CHARLES L AILIFF &
SHIRLEY M AILIFF JT TEN
4927 RAVEN ROAD
LOUISVILLE, KY 40213

97586    0061599-00   S#0012479
CHARLES L JOHNSTON III
BOX 658
NAPA, CA 94559-0658

97586    0061600-00   S#0005955
CHARLES L MCBRIDE
RTE 4 BOX 400055
MONTICELLO, FL 32344-9804

97586    0061601-00   S#0007048
CHARLES L SHEARER CUST
SCOTT B SHEARER
230 CHINOE RD
LEXINGTON, KY 40502

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061602-00   S#0001118
CHARLES LIM
482 JORALEMON ST E6
BELLEVILLE, NJ 07109

97586    0061603-00   S#0006217
CHARLES LOEB
16800 NE 15TH AVE
112
N MIAMI BEACH, FL 33162-2907

97586    0061604-00   S#0010719
CHARLES M STROSCHEIN
2943 MAYFAIR DR
LEWISTON, ID 83501-4213

97586    0061605-00   S#0010720
CHARLES M STROSCHEIN CUST
KRISTIN M MYERS
2943 MAYFAIR DR
LEWISTON, ID 83501-4213

97586    0061606-00   S#0012312
CHARLES M VADALABENE &
SUSAN T VADALABENE JT TEN
932 SANTIAGO ST
SAN FRANCISCO, CA 94116-1821

97586    0061607-00   S#0003274
CHARLES MCGUFFOG CUST
JAKE MCGUFFOG
6 COUNTRY MEADOWS COURT
MELVILLE, NY 11747-2027

97586    0061608-00   S#0010502
CHARLES MILLER
2323 OAKLINE RD
SAN ANTONIO, TX 78232-4683

97586    0061609-00   S#0013032
CHARLES MOORE
6570 PAOLA CT
GLADSTONE, OR 97027

97586    0061610-00   S#0013130
CHARLES MORDEN JR
PO BOX 186
VIDA, OR 97488-0186

97586    0061611-00   S#0006343
CHARLES N WARREN CUST
CHARLES MICHAEL WARREN
2393 NW 30TH RD
BOCA RATON, FL 33431-6212

97586    0061612-00   S#0007370
CHARLES N WILHELM CUST
FBO BRETT ALAN WILHELM
1054 DOMINION DR
WESTLAKE, OH 44145-1442

97586    0061613-00   S#0012821
CHARLES NEAL JOHNSON
C-O COMIC TOWN
7887 LICHEN DR
CITRUS HTS, CA 95621

97586    0061614-00   S#0007044
CHARLES O DOUGHMAN &
DEBY L DOUGHMAN
305 CASTLE BLVD
PARIS, KY 40361

97586    0061618-00   S#0011852
CHARLES P LATHROP CUST
ARIEL ANN LATHROP
2924 E TRENTON ST
ORANGE, CA 92665

97586    0061617-00   S#0011646
CHARLES P LATHROP CUST
BRIAN JEFFREY CHURCHILL
13511 TOBIASSON RD
POWAY, CA 92064

97586    0061615-00   S#0011645
CHARLES P LATHROP CUST
CARLY DENISE CHURCHILL
13511 ROBIASSON RD
POWAY, CA 92064

97586    0061619-00   S#0008826
CHARLES P LATHROP CUST
KRISTINA MARIE MCKELLEP
319 NAVAJO LN
WADENA, MN 56482

97586    0061616-00   S#0011644
CHARLES P LATHROP CUST
PAUL DAVID CHRUCHILL
13511 ROBIASSON RD
POWAY, CA 92064

97586    0061620-00   S#0008825
CHARLES P LATHROP CUST
RYAN CARL MCKELLEP
319 NAVAJO LN
WADENA, MN 56482

97586    0061621-00   S#0008827
CHARLES P LATHROP CUST
STACI RUTH MCKELLEP
319 NAVAJO LN
WADENA, MN 56482

97586    0061622-00   S#0006937
CHARLES PIKE
2326 TIFFANY CIRCLE
FLORENCE, MS 39073-8975

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061623-00   S#0002057
CHARLES PRENTISS CUST
DEREK W WOLLENSTEIN
146 WEST 57 STREET APT 51A
NEW YORK, NY 10019

97586   0061625-00   S#0007499
CHARLES R BOST II
280 S SANDS AVE
MONROE, OH 45050-1523

97586   0061626-00   S#0011918
CHARLES R BRAMWELL CUST
FBO ADAM T BRAMWELL
4911 TAMARACK WAY
IRVINE, CA 92715

97586   0061627-00   S#0011917
CHARLES R BRAMWELL CUST
FBO ALEX M BRAMWELL
4911 TAMARACK WAY
IRVINE, CA 92715

97586   0061628-00   S#0007655
CHARLES R BUCK CUST
DAVID M BUCK
5716 SHERMAN AVE
INDIANAPOLIS, IN 46220

97586   0061629-00   S#0004042
CHARLES R ESTHER CUST
JAMES DAVID ESTHER
3152 ALTONAH RD
BETHLEHEM, PA 18017-1843

97586   0061630-00   S#0003862
CHARLES R SHURTLEFF &
JANET J SHURTLEFF
JT TEN
2218 KINGRIDGE CIRCLE
PITTSBURGH, PA 15237-1510

97586   0061631-00   S#0000710
CHARLES R TAYLOR
1189 WASHINGTON ST #C18
MIDDLETOWN, CT 06457-2939

97586   0061633-00   S#0002170
CHARLES ROMEO
333 PEARL ST
NEW YORK, NY 10038

97586   0061634-00   S#0002178
CHARLES ROMEO
333 PEARL ST
NY, NY 10038

97586   0061635-00   S#0002177
CHARLES ROMEO CUST
AGATHA ROMEO
333 PEARL ST
NEW YORK, NY 10038

97586   0061636-00   S#0002173
CHARLES ROMEO CUST
ANTHONY ROMEO
333 PEARL ST
NEW YORK, NY 10038

97586   0061637-00   S#0002175
CHARLES ROMEO CUST
DOMINICK DEPACE
333 PEARL ST
NEW YORK, NY 10038

97586   0061638-00   S#0002171
CHARLES ROMEO CUST
JESSICA DEPACE
333 PEARL ST
NEW YORK, NY 10038

97586   0061639-00   S#0002172
CHARLES ROMEO CUST
JOSEPH DEPACE
333 PEARL ST
NEW YORK, NY 10038

97586   0061640-00   S#0002176
CHARLES ROMEO CUST
JOSEPH DEPACE JR
333 PEARL ST
NEW YORK, NY 10038

97586   0061641-00   S#0002891
CHARLES S CHAU
34-24 88 STREET
JACKSON HEIGHTS, NY 11372

97586   0061642-00   S#0006695
CHARLES S MADDOX
1205 CHESLEY LANE
HUNTSVILLE, AL 35803

97586   0061643-00   S#0006851
CHARLES S ZITEK
1273 E RAINES RD
MEMPHIS, TN 38116

97586   0061644-00   S#0008830
CHARLES SELEBERG
324 11TH STREET NORTH
MOORHEAD, MN 56560

97586   0061645-00   S#0000034
CHARLES STERN CUST
DANIEL STERN
150 MAIN
NORTH HAMPTON, MA 01060

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061646-00   S#0005986
CHARLES V BRYANT
513 SW 48TH ST ROAD
OCALA, FL 32674

97586    0061647-00   S#0007135
CHARLES W BOOKER
7149 SWEENY BLVD
DUBLIN, OH 43017

97586    0061648-00   S#0007915
CHARLES W COMPTON CUST
JESSICA KELSEY COMPTON
5699 WHITEHAVEN DR
TROY, MI 48098-3142

97586    0061649-00   S#0003852
CHARLES W CONN JR
831 MIDDLE ROAD
PITTSBURGH, PA 15234

97586    0061650-00   S#0000823
CHARLES W EUSTON CUST
ANDREW EUSTON
21 CHURCH ST
WOODBURY, CT 06798

97586    0061651-00   S#0005923
CHARLES W GRAGE
390 PLAZA ST
JACKSONVILLE, FL 32233-5442

97586    0061652-00   S#0010359
CHARLES W PILGRIM CUST
KATHERINE R PILGRIM
5406 MOUNT ROYAL CIR
HOUSTON, TX 77069-1921

97586    0061653-00   S#0010358
CHARLES W PILGRIM CUST
LAURA E PILGRIM
5406 MOUNT ROYAL CIR
HOUSTON, TX 77069-1921

97586    0061654-00   S#0013468
CHARLES-MICHEL GAUTHIER
1684 MCCULLOUGH
DUNHAM, QC J0E 1M0
CANADA

97586    0061655-00   S#0001731
CHARLETTE HAYES GRAY CUST
JORDAN M GRAY
60 PENN LYLE
WEST WINDSOR, NJ 08550

97586    0061656-00   S#0002569
CHARLIE BRAUNFELD CUST
DANIEL BRAUNFELD
OLD MILL LANE
TAPPEN, NY 10983

97586    0061657-00   S#0010071
CHARLIE ROBERTSON CUST
CHRISTOPHER J ROBERTSON
8000 NW 119TH
OKLAHOMA CITY, OK 73162

97586    0061658-00   S#0001270
CHARLIE STONE
69 BOGERTS MILL RD
HARRINGTON PARK, NJ 07640

97586    0061659-00   S#0005789
CHARLOTTE ANITA LORD
2941 SKYLARK PL
GAINESVILLE, GA 30506

97586    0061660-00   S#0001943
CHARLOTTE C LEE
26 BEAVER ST APT 10
NEW YORK, NY 10004

97586    0061661-00   S#0001632
CHARLTON E CONINE CUST
FRANK P V CONINE
1115 HAINES MILL RD
MOORESTOWN, NJ 08057-4007

97586    0061662-00   S#0000507
CHARYL COLESWORTHY CUST
EMILY J COLESWORTHY
PO BOX 141
YARMOUTH, ME 04096

97586    0061663-00   S#0003753
CHASE M EVERDYKE
1995 N CLINTON AVE
ROCHESTER, NY 14621

97586    0061664-00   S#0007476
CHASE PATRICK BEATTY
37 E FRONT ST
MILAN, OH 44846

97586    0000128-00   S#0003493
CHASE, BARBARA
22 SPOOKHILL RD
WAPPINGERS FALLS, NY 12590

97586    0061665-00   S#0010084
CHASITY DAVIS
903 JAMI
ELM CITY, OK 73644

97586    0001128-00   S#0002174
CHAU, PATRICK
215 PARK ROW APT 12-H
NEW YORK, NY 10038

97586    0061666-00   S#0003351
CHAZ HUDAK
301 SOUTHWOOD CIRCLE
SYOSSET, NY 11791

97586    0061667-00   S#0011471
CHERIE HELLER
2105 N SCREENLAND DR
BURBANK, CA 91505

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061668-00  S#0010962<br>CHERLENE PEDRICK &<br>JAMES A PEDRICK JR TEN<br>4405 FENTON LANE<br>N LAS VEGAS, NV 89030 | 97586    0061669-00  S#0002853<br>CHERYL ANN ACCARDI<br>47-27 195TH ST<br>FLUSHING, NY 11358-3932 | 97586    0061670-00  S#0008852<br>CHERYL ANNE JONES JONES &<br>TAYLOR ANNE JONES UGMA/ND<br>5721 32ND ST SOUTH<br>FARGO, ND 58104 |
| 97586    0061671-00  S#0010677<br>CHERYL B HAMILTON CUST<br>JOSH M HAMILTON<br>1510 MESA AVE<br>COLORADO SPRINGS, CO 80906 | 97586    0061672-00  S#0008354<br>CHERYL BICIGO<br>1123 HARRISON<br>CRYSTAL FALLS, MI 49920 | 97586    0061673-00  S#0007273<br>CHERYL C CAROLUS CUST<br>SCOTT M CAROLUS<br>3655 CALL RD<br>PERRY, OH 44081-9774 |
| 97586    0061674-00  S#0000059<br>CHERYL E RICHTER<br>154 DALTON DIVISION RD<br>PITTSFIELD, MA 01201 | 97586    0061675-00  S#0008498<br>CHERYL F MENDELOFF<br>930 E BAY POINT RD<br>BAYSIDE, WI 53217 | 97586    0061676-00  S#0006530<br>CHERYL HALLEY<br>4834 VILLAGE GARDEN DRIVE<br>SARASOTA, FL 34234 |
| 97586    0061677-00  S#0007460<br>CHERYL K RIHN CUST<br>ANDREW JOHN RIHN<br>3160 TRILLIUM AVE NW<br>CANTON, OH 44708 | 97586    0061678-00  S#0003468<br>CHERYL KREIN<br>51 MIDDLE RD LOT 36<br>HUDSON, NY 12534-4139 | 97586    0061679-00  S#0003584<br>CHERYL L GELLERT<br>7633 PARK AVE<br>LOWVILLE, NY 13367 |
| 97586    0061680-00  S#0007362<br>CHERYL L SHROUT CUST<br>FOR ANDREW SHROUT UTMA/OH<br>33964 CANTERBURY ROAD<br>SOLON, OH 44139-5617 | 97586    0061681-00  S#0003703<br>CHERYL LEGG<br>7269 ONTARIO CENTER RD<br>ONTARIO, NY 14519 | 97586    0061682-00  S#0009114<br>CHERYL LYNN FORNOWSKI &<br>CHARLOTTE FORNOWSKI<br>JT TEN<br>726 KINGSBRIDGE DR<br>CAROL STREAM, IL 60188-4369 |
| 97586    0061683-00  S#0006010<br>CHERYL LYNN MABRY CUST<br>HOLLY KRISTA MABRY<br>2448 HILLCREST TER<br>ORANGE CITY, FL 32763-8529 | 97586    0061684-00  S#0006012<br>CHERYL LYNN MABRY CUST<br>LANDON JOHN-CONRAD MABRY<br>2448 HILLCREST TER<br>ORANGE CITY, FL 32763-8529 | 97586    0061685-00  S#0007491<br>CHERYL M BARRETT<br>920 MARK AVE<br>HAMILTON, OH 45013-1782 |
| 97586    0061686-00  S#0005716<br>CHERYL PEAVYHOUSE CUST<br>RYAN PEAVYHOUSE AMULGA<br>5497 GEORGETOWN TRACE<br>LILBURN, GA 30247 | 97586    0061687-00  S#0010811<br>CHERYL THOMPSON<br>1332 W LOS LAGOS VISTA<br>MESA, AZ 85202-6643 | 97586    0061688-00  S#0011816<br>CHERYL WATERMAN CUST<br>SCOTT WATERMAN<br>22355 PRAIRIE RD<br>EL TORO, CA 92630-4329 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061689-00    S#0011797<br>CHERYL WHITAKER<br>26550 MCCLURE CT<br>PERRIS, CA 92571-8734 | 97586    0061690-00    S#0000508<br>CHERYL-ANN DAVIS CUST<br>PETER A COLESWORTHY<br>BOX 141<br>YARMOUTH, ME 04096-0141 | 97586    0061691-00    S#0003580<br>CHESTER BULLINGER<br>9458 ELM STREET<br>PO BOX 587<br>CHADWICKS, NY 13319 |
| 97586    0061692-00    S#0006877<br>CHESTER LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061693-00    S#0006890<br>CHESTER LEE &<br>MAN PING HUANG LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125-3035 | 97586    0061694-00    S#0006876<br>CHESTER LEE CUST<br>ABIGAIL L TANKERSLEY<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 |
| 97586    0061695-00    S#0006875<br>CHESTER LEE CUST<br>ALLISON K LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061696-00    S#0006874<br>CHESTER LEE CUST<br>ANDREW C TANKERSLEY<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061697-00    S#0006879<br>CHESTER LEE CUST<br>CHRISTINE A LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 |
| 97586    0061698-00    S#0006866<br>CHESTER LEE CUST<br>JENNIFER H LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061699-00    S#0006872<br>CHESTER LEE CUST<br>JONATHAN D TANKERSLEY<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061700-00    S#0006871<br>CHESTER LEE CUST<br>JULIET A LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 |
| 97586    0061701-00    S#0006870<br>CHESTER LEE CUST<br>JUSTIN A LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061702-00    S#0006873<br>CHESTER LEE CUST<br>MICHAEL S TANKERSLEY JR<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0061703-00    S#0006867<br>CHESTER LEE CUST<br>STEPHEN J TANKERSLEY<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 |
| 97586    0061704-00    S#0001082<br>CHICK CHIN CUSTODIAN FOR<br>CHRISTOPHER CHIN UTMA NJ<br>955 S SPRINGFIELD AVE 2503<br>SPRINGFIELD, NJ 07081 | 97586    0061705-00    S#0005609<br>CHILD ABUSE PREVENTION<br>C/O SUSAN CATO<br>BOX 531<br>BEAUFORT, SC 29901 | 97586    0000382-00    S#0010197<br>CHILDS, DAVID<br>TAX ASSESSOR-COLLECTOR<br>500 ELM ST<br>DALLAS, TX 75202 |
| 97586    0061706-00    S#0001558<br>CHINTANA SANG-URAI CUST<br>ARIN SANG<br>14 GATEHOUSE LANE<br>CHERRY HILL, NJ 08003 | 97586    0061707-00    S#0010212<br>CHITRALEKHA GADGIL CUST<br>ANJALI MADHURI GUPTA<br>13216 GLAD ACRES DR<br>DALLAS, TX 75234-5201 | 97586    0000777-00    S#0001899<br>CHOI, JUNG<br>923 VILLAGE DR APT B<br>NEW BRUNSWICK, NJ 08902 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0001072-00   S#0009269
CHOLES, NICHOLAS G
3733 N BELL AVE #1
CHICAGO, IL 60618-4801

97586   0061708-00   S#0008397
CHRIS A KLINE
2622 7TH AVENUE
COUNCIL BLUFF, IA 51501

97586   0061709-00   S#0007748
CHRIS A MOBLEY
BOX 1
CONVERSE, IN 46919

97586   0061710-00   S#0004953
CHRIS B WYER
C-O LUCILLE HARRIS
9608 GLADSTONE ST
MANASSAS, VA 22110

97586   0061711-00   S#0007593
CHRIS BLACKWELL
4074 RYMARK COURT
DAYTON, OH 45415

97586   0061712-00   S#0009433
CHRIS CHANCE
P.O. BOX 434
BETHANY, IL 61914-0434

97586   0061713-00   S#0010868
CHRIS EDWARDS
7832 S STANLEY PL
TEMPE, AZ 85284

97586   0061714-00   S#0002652
CHRIS ELEFTHERIADES
2172 19TH STREET
ASTORIA, NY 11105

97586   0061715-00   S#0010739
CHRIS F GRANT
11893 W EDNA
BOISE, ID 83713

97586   0061716-00   S#0005840
CHRIS FITZGERALD &
DEBRA V FITZGERALD
320 BRIARCLIFF DR
THOMASVILLE, GA 31792

97586   0061717-00   S#0009745
CHRIS FORBES CUST
JAKE FORBES
1000 IOWA
LAWRENCE, KS 66044

97586   0061718-00   S#0009747
CHRIS FORBES CUST
JEFF FORBES
1000 IOWA
LAWRENCE, KS 66044

97586   0061719-00   S#0007701
CHRIS GEORGEIEFF CUST
CHRIS GEORGEIEFF III
725 FLEMING ST
HOBART, IN 46342

97586   0061720-00   S#0002509
CHRIS GERAGHTY
1 A WARS STREET
SUFFERN, NY 10901

97586   0061721-00   S#0012544
CHRIS HARTWELL CUST
SOEN MONTGOMERY
431 PERSHING DR
OAKLAND, CA 94611

97586   0061722-00   S#0010776
CHRIS HOCHRINE
5245 N 42ND LN
PHOENIX, AZ 85019

97586   0061723-00   S#0009704
CHRIS KALMBACH CUST
ADAM KALMBACH
RTE 1 BOX 221
NOEL, MO 64854

97586   0061725-00   S#0010987
CHRIS MONTOOTH &
DIXI E MONTOOTH
BOX 930
FERNLEY, NV 89408

97586   0061726-00   S#0010530
CHRIS OVERSTREET
1507 GATLINBURG
PFLUGERVILLE, TX 78660

97586   0061727-00   S#0009750
CHRIS R COBB
2718 BONANZA ST
LAWRENCE, KS 66046-5136

97586   0061728-00   S#0012486
CHRIS SALER CUST
SHAWN SALER
2697 WRIGHT AVE
PINOLE, CA 94564

97586   0061729-00   S#0012221
CHRIS T FELIOS
245 CASTENADA DR
MILLBRAE, CA 94030

97586   0061730-00   S#0004984
CHRIS WARE
816 SOUTH BARTON STREET
ARLINGTON, VA 22204

97586   0061731-00   S#0012272
CHRIS WISE
170 GVERRERO ST J
SAN FRANCISCO, CA 94103

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0061732-00   S#0007138
CHRIS ZOCHOWSKI
9570 REFUGEE RD
PATASKALA, OH 43062

97586    0061733-00   S#0000603
CHRISITINE GOODING CUST
NATHANIEL GOODING
359 AVERY ST
SOUTH WINDSOR, CT 06074

97586    0061734-00   S#0012921
CHRISTA OWEN CUST
FBO ROBERT JOSEPH OWEN
9925 LOTT RD
DURHAM, CA 95938-9768

97586    0061735-00   S#0009780
CHRISTEL D GOOD &
MATTHEW C GOOD
12852 W 88TH CIR APT 23
LENEXA, KS 66215-3548

97586    0061736-00   S#0001771
CHRISTELLA FISCHER CUST
MICHAEL FISCHER
2503 ALGONQIN TR
MANASQUAN, NJ 08736

97586    0061737-00   S#0001770
CHRISTELLA FISCHER CUST
ROBERT P FISCHER
2503 ALGONQIN TR
MANASQUAN, NJ 08736

97586    0061738-00   S#0000154
CHRISTIAN B O'BRIEN
34 LAKEVIEW AVE
HAVERHILL, MA 01830-2714

97586    0061739-00   S#0000698
CHRISTIAN B SNOOK CUST
KRISTIAN M SNOOK
90 WOODBINE LANE
FAIRFIELD, CT 06432-1441

97586    0061740-00   S#0000697
CHRISTIAN B SNOOK CUST
TAYLOR ANNE SNOOK
90 WOODBINE LANE
FAIRFIELD, CT 06432-1441

97586    0061741-00   S#0013469
CHRISTIAN COURVILLE
3335 PINETREE
ST LAZARRE, QC J0P 1V0
CANADA

97586    0061742-00   S#0010602
CHRISTIAN DE CHATEAU
2679 W LONG CIR
LITTLETON, CO 80120-4379

97586    0061743-00   S#0006247
CHRISTIAN ESTEVEZ
8584 SW 156 COURT
MIAMI, FL 33193

97586    0061744-00   S#0010717
CHRISTIAN GODFREY
110 S CENTER
REXBURG, ID 83440

97586    0061745-00   S#0004914
CHRISTIAN R HERR III
11150 ROCK GARDEN DR
FAIRFAX, VA 22030-4935

97586    0061746-00   S#0010344
CHRISTIAN V ENRIQUEZ
16315 HICKORY KNOLL DR
HOUSTON, TX 77059

97586    0061747-00   S#0005553
CHRISTIANA HILE CUST
JOHN ALBERT HILE UGTAFL
1433 WEXFORD SOUND DRIVE
CHARLESTON, SC 29412-8291

97586    0061748-00   S#0004614
CHRISTINA CANDAFFIO CUST
EMILY KATE CANDAFFIO
20 COTTAGE FIELD COURT
GERMANTOWN, MD 20874

97586    0061749-00   S#0012037
CHRISTINA GONZALES CUST
FBO ANDREW GONZALES
2504 OLGAS COURT
BAKERSFIELD, CA 93304

97586    0061750-00   S#0003477
CHRISTINA GREENWALD ACF CUST
ERIC ROMANOWSKI
35 ROCKWOOD DR
NEWBURGH, NY 12550-2023

97586    0061751-00   S#0001497
CHRISTINA I BYTZ CUST
CASSANDRA M BYTZ
36 MOUNTAINSIDE DR
RANDOLPH, NJ 07869-2217

97586    0061752-00   S#0001215
CHRISTINA L MARVEL C/F AVA
EMILIE MARVEL UNDER NJ UTMA
714 ALBEMARLE ST
WYCKOFF, NJ 07481-1003

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061753-00   S#0001216
CHRISTINA L MARVEL CUST
KEITH G MARVEL
714 ALBEMARLE ST
WYCKOFF, NJ 07481-1003

97586   0061754-00   S#0002978
CHRISTINA PSOMAIDIES
149-31 114TH ST
SOUTH OZONE PARK, NY 11420

97586   0061755-00   S#0008887
CHRISTINA RENGEL &
LANCE RENGEL JT TEN
240 BRIDGEWOOD
ANTIOCH, IL 60002-0000

97586   0061756-00   S#0000734
CHRISTINA SPINELLI CUST
GEOFFREY SPINELLI
7 MALER AVE
HUNTINGTON, CT 06484

97586   0061757-00   S#0004112
CHRISTINE A COLEMAN
61 MAFFETT STREET
PLAINS, PA 18705

97586   0061758-00   S#0004883
CHRISTINE A DEWITT
5557 WICOMICO CR
NEW MARKET, MD 21774

97586   0061759-00   S#0007039
CHRISTINE A HURST CUST
RENEE C BYRD
110 COCONUT GROVE DR
NICHOLASVILLE, KY 40356-2316

97586   0061760-00   S#0007038
CHRISTINE A HURST CUST
RUTH H BYRD
110 COCONUT GROVE DR
NICHOLASVILLE, KY 40356-2316

97586   0061761-00   S#0001095
CHRISTINE A KAVANAUGH CUST
MATTHEW A KAVANAUGH
2772 CAROL RD
UNION, NJ 07083-4830

97586   0061762-00   S#0006326
CHRISTINE BARKER
2860 CESSNA WAY
WELLINGTON, FL 33414

97586   0061763-00   S#0003182
CHRISTINE CAUSARANO CUST
JAMES CAUSARANO
10 JACKSON AVE
BAYVILLE, NY 11709

97586   0061764-00   S#0003181
CHRISTINE CAUSARANO CUST
MICHAEL CAUSARANO
10 JACKSON AVE
BAYVILLE, NY 11709

97586   0061766-00   S#0003105
CHRISTINE CONIGLIARO CUST
ALEXA ROSE CONIGLIARO
336 MILDRED ST
OCEANSIDE, NY 11572

97586   0061765-00   S#0010408
CHRISTINE CONIGLIARO CUST
MICHAEL GARRITANO
3214 EVERGREEN GLADE
KINGWOOD, TX 77339

97586   0061767-00   S#0004426
CHRISTINE DIXON
1318 N TATNALL ST
WILMINGTON, DE 19801

97586   0061768-00   S#0000166
CHRISTINE DOOLEY CUST
SEAN JAMES DOOLEY
7 REGIS RD
TEWKSBURY, MA 01876

97586   0061769-00   S#0000167
CHRISTINE DOOLEY CUST
TIMOTHY BRYAN DOOLEY
7 REGIS RD
TEWKSBURY, MA 01876

97586   0061770-00   S#0007137
CHRISTINE FLETCHER CUST
JENNIFER FLETCHER
4787 CORDOBA ST
HILLIARD, OH 43026

97586   0061771-00   S#0000610
CHRISTINE GOODING CUST
ANDREW FITZGERALD UGMA CT
359 AVERY STREET
SOUTH WINDSOR, CT 06074-3001

97586   0061772-00   S#0003630
CHRISTINE I BERG CUST
FBO JESSICA K BERG
1110 BOWEN DR WEST
NORTH TONAWANDA, NY 14120

97586   0061773-00   S#0003631
CHRISTINE I BERG CUST
FBO RALPH CHRISTIAN BERG
1110 BOWEN DR WEST
NORTH TONAWANDA, NY 14120

Debtor:          Mafco Litigation Trust
Description:     Notice/Motion
Mailing Number:  0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586    0061774-00  S#0009236
CHRISTINE J ALLT
2504 SWANDYKE CT
NAPERVILLE, IL 60565

97586    0061775-00  S#0012264
CHRISTINE JOANTHA SMALL
767 SOUTH WOLFE RD #16
SUNNYVALE, CA 94086-8104

97586    0061776-00  S#0013040
CHRISTINE KRUEGAR CUST
ANTHONY J K GUNTERMAN
15335 S HATTAN RD
OREGON CITY, OR 97045

97586    0061777-00  S#0013041
CHRISTINE KRUEGER CUST
JAMES ANTHONY K GUNTERMAN
15335 S HATTAN RD
OREGON CITY, OR 97045

97586    0061778-00  S#0004513
CHRISTINE L FISHER
4512 USANGE ST
BELTSVILLE, MD 20705

97586    0061779-00  S#0008701
CHRISTINE L MANN &
KENT R MANN
JT TEN
10 CHARLES LAKE RD
ST PAUL, MN 55127-6227

97586    0061780-00  S#0000584
CHRISTINE L SAVINO &
FRANCIS M SAVINO JTTEN
36 WHITNEY ROAD
MANCHESTR, CT 06040

97586    0061781-00  S#0000490
CHRISTINE M KALIL CUST
NATHAN D KALIL
25 SEABREEZE LANE
NEW CASTLE, NH 03854

97586    0061782-00  S#0000489
CHRISTINE M KALIL CUST
NICHOLAS A KALIL
25 SEABREEZE LANE
NEW CASTLE, NH 03854

97586    0061783-00  S#0000488
CHRISTINE M KALIL CUST
PATRICK C KALIL
25 SEABREEZE LANE
NEW CASTLE, NH 03854

97586    0061784-00  S#0009015
CHRISTINE M SOLANO CUST
ACCURSO ANTHONY SOLANO
507 SHAWN LANE
PROSPECT HEIGHTS, IL 60070-1654

97586    0061785-00  S#0009014
CHRISTINE M SOLANO CUST
WILLIAM V SOLANO
507 SHAWN LANE
PROSPECT HEIGHTS, IL 60070-1654

97586    0061786-00  S#0010662
CHRISTINE P LILE CUST
MICAH B LILE
1730 TICONDEROGA DR
FORT COLLINS, CO 80525-3424

97586    0061787-00  S#0009728
CHRISTINE R PERRIN
21144 HWY 17N NULL
WAYNESVILLE, MO 65583-3390

97586    0061788-00  S#0001906
CHRISTINE R PERRIN
C M R 416 BOX 987
APO, AE 09140

97586    0061791-00  S#0000576
CHRISTINE TOBIN CUST
SEAN MICHAELANGELO TOBIN
26 CRANBERRY LN
GRANBY, CT 06035-1509

97586    0061792-00  S#0012114
CHRISTOPHER A DAVIS
6104 RINGSDALE COURT
BAKERSFIELD, CA 93313

97586    0061793-00  S#0008289
CHRISTOPHER A ELYEA
15530 A DR N
MARSHALL, MI 49068

97586    0061794-00  S#0009446
CHRISTOPHER A GREER
1527 MARKET STREET
MADISON, IL 62060

97586    0061796-00  S#0012065
CHRISTOPHER A HOOVER A/C
FOR DANAE MICHELLE HOOVER
4913 ZAPATO PL
BAKERSFIELD, CA 93308

97586    0061797-00  S#0012068
CHRISTOPHER A HOOVER A/C
FOR DAREN MATTHEW HOOVER
4913 ZAPATO PL
BAKERSFIELD, CA 93308

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0061795-00   S#0012072
CHRISTOPHER A HOOVER A/C
FOR DOUGLAS C HOOVER
UNDER THE CA UNIF TRAN MIN ACT
4913 ZAPATO PL
BAKERSFIELD, CA 93308

97586   0061798-00   S#0012067
CHRISTOPHER A HOOVER A/C CUST
FOR KEVIN ALAN DELLIPLAINE
4913 ZAPATO PL
BAKERSFIELD, CA 93308

97586   0061799-00   S#0012066
CHRISTOPHER A HOOVER A/C CUST
FOR REBEKAH LYNN DELLIPLAINE
4913 ZAPATO PL
BAKERSFIELD, CA 93308

97586   0061800-00   S#0013366
CHRISTOPHER A SNYDER
BOX 111286
ANCHORAGE, AK 99511

97586   0061801-00   S#0004606
CHRISTOPHER ABOD CUST
MICHAEL PAUL ABOD UTMA MD
7412 BEE BEE DR
ROCKVILLE, MD 20855

97586   0061802-00   S#0006597
CHRISTOPHER ALAN GRAY &
DAWN ANN GRAY
8617 WAGON WHEEL LANE
BAYONET POINT, FL 34667

97586   0061803-00   S#0007917
CHRISTOPHER ALLEN CHIN
P O BOX 144
TROY, MI 48099

97586   0061804-00   S#0000140
CHRISTOPHER BARRY CUST
RYAN BARRY
4 PRESIDENTIAL DR
SOUTHBOROUGH, MA 01772

97586   0061805-00   S#0005867
CHRISTOPHER BEAN
136 S BEND DR
PONTE VEDRA BEACH, FL 32082

97586   0061806-00   S#0005401
CHRISTOPHER BERNARD
1121 OLD FARM RD
ROCKY MOUNT, NC 27801

97586   0061807-00   S#0010387
CHRISTOPHER BOUNDS
8630 EASTON COMMONS #607
HOUSTON, TX 77095

97586   0061808-00   S#0013452
CHRISTOPHER BRIDGEMAN
4084 MADISON AVENUE
MONTREAL, QC H4B 2T7
CANADA

97586   0061809-00   S#0011748
CHRISTOPHER BROOKS CUST
JORDAN T BROOKS
815 S SAN MATEO ST
REDLANDS, CA 92373

97586   0061810-00   S#0007239
CHRISTOPHER C EICHENLAUB CUST
JORDAN D EICHENLAUB OH/UTMA
144 E BRIDGE
ELYRIA, OH 44035

97586   0061811-00   S#0002952
CHRISTOPHER CARRANO
77-13 79TH ST
QUEENS, NY 11385

97586   0061812-00   S#0001050
CHRISTOPHER CARROLL
14 N RAHWAY AVE
COLONIA, NJ 07067-1330

97586   0061813-00   S#0008073
CHRISTOPHER CHARLES LINN
1610 ROLLING OAKS COURT
ROCHESTER, MI 48306

97586   0061814-00   S#0003036
CHRISTOPHER CRAWFORD
27 EDWARD LANE
GLEN COVE, NY 11542

97586   0061815-00   S#0002707
CHRISTOPHER D CRESPO &
MARISOL CRESPO JT TEN
23 BAY 28TH ST
BROOKLYN, NY 11214

97586   0061816-00   S#0005697
CHRISTOPHER D HERRINGTON
3448 CALLIER SPRINGS RD
ROME, GA 30161-8417

97586   0061817-00   S#0007718
CHRISTOPHER D NETERER
1304 PRAIRIE AVE
GOSHEN, IN 46526

**Debtor:**  Mafco Litigation Trust
**Description:**  Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061818-00  S#0009196<br>CHRISTOPHER DAVID WITTENBORN<br>822 S BODIN<br><br>HINSDALE, IL 60521 | 97586    0061819-00  S#0012112<br>CHRISTOPHER DAVIS CUST<br>DREW C RISNER-DAVIS<br>6104 RINGSDALE COURT<br>BAKERSFIELD, CA 93313 | 97586    0061820-00  S#0012113<br>CHRISTOPHER DAVIS CUST<br>NICHOLAS P RISNER- DAVIS<br>6104 RINGSDALE COURT<br>BAKERSFIELD, CA 93313 |
| 97586    0061821-00  S#0001903<br>CHRISTOPHER DIAL<br>P S C 2 BOX 8096<br>APO, AE 09012 | 97586    0061822-00  S#0005841<br>CHRISTOPHER DOUGLAS MILLER<br>220 COVINGTON AVE APT 53<br>THOMASVILLE, GA 31792 | 97586    0061823-00  S#0007589<br>CHRISTOPHER E BROWDER<br>265 VOLUSIA AVE<br>DAYTON, OH 45409 |
| 97586    0061824-00  S#0013357<br>CHRISTOPHER E MORSE<br>725 W 19TH<br>ANCHORAGE, AK 99503 | 97586    0061825-00  S#0004377<br>CHRISTOPHER E SOSH &<br>TRACY L SOSH<br>12 MEADOW RIDGE RD<br>TEMPLE, PA 19560-9703 | 97586    0061826-00  S#0011983<br>CHRISTOPHER EDWARD BENHAM<br>2517 BATH ST<br>SANTA BARBARA, CA 93105 |
| 97586    0061827-00  S#0003526<br>CHRISTOPHER FANCHER<br>121 VICEROY DR<br>CAMILLUS, NY 13031 | 97586    0061828-00  S#0006387<br>CHRISTOPHER FOLEY<br>1289 W 17TH STREET<br>BOCA RATON, FL 33486 | 97586    0061829-00  S#0012605<br>CHRISTOPHER FONG<br>BOX 1751<br>MILL VALLEY, CA 94942 |
| 97586    0061830-00  S#0000385<br>CHRISTOPHER FOSTER<br>3 AZALEA COURT<br>BARRINGTON, RI 02806 | 97586    0061831-00  S#0011189<br>CHRISTOPHER FRENCH<br>269 VIA BUENA VENTURE<br>REDONDO BEACH, CA 90277 | 97586    0061832-00  S#0005894<br>CHRISTOPHER G DAVID<br>2955 OLGA PL 4<br>JACKSONVILLE, FL 32205-8056 |
| 97586    0061833-00  S#0002795<br>CHRISTOPHER G MUSCO<br>1681 E 52ND ST<br>BROOKLYN, NY 11234 | 97586    0061834-00  S#0013046<br>CHRISTOPHER G OLSON CUST<br>IAN I OLSON<br>10230 SE 252ND DRIVE<br>GRESHAM, OR 97080 | 97586    0061835-00  S#0006707<br>CHRISTOPHER G WARNER  &<br>ANN L WARNER  JT TEN<br>532 CEDAR ST<br>MAXWELL AFB, AL 36116 |
| 97586    0061836-00  S#0002508<br>CHRISTOPHER GERAGHTY<br>1 A WARD STREET<br>SUFFERN, NY 10901 | 97586    0061837-00  S#0008802<br>CHRISTOPHER GOERES<br>2004 21ST AVENUE NW<br>ROCHESTER, MN 55901-0695 | 97586    0061838-00  S#0004672<br>CHRISTOPHER HANEY<br>1180 WRIGHT AVENUE<br>ARNOLD, MD 21012 |
| 97586    0061839-00  S#0002972<br>CHRISTOPHER HARTMANN<br>94-15 95TH STREET<br>OZONE PARK, NY 11416 | 97586    0061840-00  S#0000072<br>CHRISTOPHER J CLINE<br>45 GILSON RD<br>GROTON, MA 01450-2039 | 97586    0061841-00  S#0000209<br>CHRISTOPHER J CRAWFORD<br>134 MILLER ST<br>FRANKLIN, MA 02038 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061842-00   S#0001449
CHRISTOPHER J CUMMINGS
124 TENTH AVE
SP LK HGTS, NJ 07762

97586   0061843-00   S#0004067
CHRISTOPHER J DONIO
1216 EAGLE ST
WESCOSVILLE, PA 18106-9516

97586   0061844-00   S#0003613
CHRISTOPHER J ESWORTHY &
LYNN ESWORTHY JT TEN
257 RIVERSIDE DR
BINGHAMTON, NY 13905-4058

97586   0061845-00   S#0013175
CHRISTOPHER J FRANK &
MICHELLE L FRANK JTWROS
8603 113TH LN NE
KIRKLAND, WA 98033-5769

97586   0061846-00   S#0004697
CHRISTOPHER J GOUDREAU
6028 SNOW CRYSTAL
COLUMBIA, MD 21044-3608

97586   0061847-00   S#0011935
CHRISTOPHER J LITE
11752 WEST ST
GARDEN GROVE, CA 92840-2549

97586   0061848-00   S#0008458
CHRISTOPHER J MALLINGER
8853 S 36TH ST
FRANKLIN, WI 53132

97586   0061849-00   S#0002796
CHRISTOPHER J MUSCO
1681 E 52ND ST
BROOKLYN, NY 11234

97586   0061850-00   S#0007330
CHRISTOPHER J RUSS CUSTODIAN
FOR BRIAN C RUSS
5289 ASHWOOD DR
CLEVELAND, OH 44124-1037

97586   0061851-00   S#0004115
CHRISTOPHER J WARREN
309 S WILBUR AVE
SAYRE, PA 18840-1607

97586   0061852-00   S#0012316
CHRISTOPHER JOHN BARR
1875 OAK ST APT 3
SAN FRANCISCO, CA 94117-1922

97586   0061853-00   S#0005589
CHRISTOPHER JORDAN SYRACUSE
1950 ROE FORD RD
GREENVILLE, SC 29609-7024

97586   0061854-00   S#0010440
CHRISTOPHER JOSEPH DUNCAN
1303 HEMLOCK
PASADENA, TX 77502-1518

97586   0061855-00   S#0011242
CHRISTOPHER L PARROTT
6554 SAN FRANCISCO DRIVE
BUENA PARK, CA 90620

97586   0061856-00   S#0012175
CHRISTOPHER L TSARIS
1862 E SHEA DR
FRESNO, CA 93720

97586   0061857-00   S#0000931
CHRISTOPHER LAWRENCE
153 PROSPECT AVE
BAYONNE, NJ 07002-4923

97586   0061858-00   S#0001337
CHRISTOPHER LEE THOMPSON
3222 STINES RD
WALL, NJ 07719

97586   0061859-00   S#0010048
CHRISTOPHER LENCKUS CUST
NICHOLAS R LENCKUS
1206 BEVERLY HILLS ST
NORMAN, OK 73072

97586   0061860-00   S#0012551
CHRISTOPHER LOCKWOOD HARLEY
5630 COUNTRY CLUB DR
OAKLAND, CA 94618-1716

97586   0061861-00   S#0000240
CHRISTOPHER M CASEY
125 FLORENCE STREET
ROSLINDALE, MA 02131

97586   0061862-00   S#0001629
CHRISTOPHER M MARCKS
416 E MAIN ST
MOORESTOWN, NJ 08057

97586   0061863-00   S#0006337
CHRISTOPHER M PREW
4808 ALDER DR #B
WPB, FL 33417

97586   0061864-00   S#0006067
CHRISTOPHER M ROONEY
111 ESTHER DR
COCOA BEACH, FL 32931-3210

97586   0061865-00   S#0006981
CHRISTOPHER M SPAES
C/O C ALLEN SPAES
CITIZENS FIDELITY BANK
500 W JEFFERSON ST
LOUISVILLE, KY 40202

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0061866-00  S#0002253
CHRISTOPHER MAKLARI
41 KENNETH PL
STATEN ISLAND, NY 10312

97586   0061867-00  S#0006332
CHRISTOPHER MATHIS HENLEY
12222 OLD COUNTRY RD
WEST PALM BEACH, FL 33414

97586   0061868-00  S#0004041
CHRISTOPHER MCCALLUM
3630 EMERSON CIRCLE
BETHLEHEM, PA 18017

97586   0061869-00  S#0010595
CHRISTOPHER N HATTON &
KRISTINE M DOKE
201 DURHAM CT
CASTLE ROCK, CO 80104-9287

97586   0061870-00  S#0011047
CHRISTOPHER N SANDYS
2077 KERWOOD AVE
LOS ANGELES, CA 90025

97586   0061871-00  S#0003286
CHRISTOPHER NEWSOM CUST
MEGAN NEWSOM UGMA NY
46 OAK ST
LAKE GROVE, NY 11755

97586   0061872-00  S#0003285
CHRISTOPHER NEWSOM CUST
TAYLOR NEWSOM
46 OAT ST
LAKE GROVE, NY 11755

97586   0061873-00  S#0000155
CHRISTOPHER OBERT &
NANCY OBERT
20 S PORTER ST
BRADFORD, MA 01835

97586   0061874-00  S#0004604
CHRISTOPHER P ABOD CUST
MATTHEW BEYER ABOD UTMA MA
7412 BEE BEE DR
ROCKVILLE, MD 20855

97586   0061875-00  S#0004605
CHRISTOPHER P ABOD CUST
RYAN CHRISTOPHER ABOD
7412 BEE BEE DR
ROCKVILLE, MD 20855

97586   0061876-00  S#0005487
CHRISTOPHER P BOONE
RTE 3 BOX 114
BAKERSVILLE, NC 28705-9520

97586   0061877-00  S#0003611
CHRISTOPHER P MACKIN
105 LEROY ST
BINGHAMTON, NY 13905

97586   0061878-00  S#0012309
CHRISTOPHER PARENTE
2314 25TH AVE
SAN FRANCISCO, CA 94116

97586   0061879-00  S#0009138
CHRISTOPHER PASCO JR
620 W 15TH PL
CHICAGO HEIGHTS, IL 60411

97586   0061880-00  S#0000187
CHRISTOPHER PROUTY
60 DEVEREUX ST
MARBLEHEAD, MA 01945

97586   0061881-00  S#0010329
CHRISTOPHER R BOWMAN
7318 WOODOAK
HOUSTON, TX 77040

97586   0061882-00  S#0008960
CHRISTOPHER R CAROLIN TR
CHRISTOPHER B DRAKE CAROLIN
1111 W WESTLEIGH RD
LAKE FOREST, IL 60045

97586   0061883-00  S#0013246
CHRISTOPHER R LIGHTFOOT
335 N.E. 162ND
SEATTLE, WA 98155

97586   0061884-00  S#0004730
CHRISTOPHER R MAYO CUST
JERI MAYO UGMA MD
2331 GOLDEN CHAPEL RD
ODENTON, MD 21114

97586   0061885-00  S#0009099
CHRISTOPHER RANIERI CUST
MARIA LYNN RANIERI
6 N 627 HERITAGE CT
ST CHARLES, IL 60175

97586   0061886-00  S#0013107
CHRISTOPHER RAY IVINS
924 ELIZABETH
EUGENE, OR 97402

97586   0061887-00  S#0000867
CHRISTOPHER REBELLO
119 PILGRIM DR
GREENWICH, CT 06831

97586   0061888-00  S#0007946
CHRISTOPHER REED &
JOAN M REED JT TEN
1001 MOHAWK
DEARBORN, MI 48124

97586   0061889-00  S#0000116
CHRISTOPHER REMILLARD
PO BOX 2141
FRAMINGHAM, MA 01703-2141

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0061890-00   S#0012496 | 97586    0061891-00   S#0006893 | 97586    0061892-00   S#0004285 |
| CHRISTOPHER RIBIO | CHRISTOPHER ROBERT JOWERS | CHRISTOPHER ROSSI |
| PO BOX 116 | 4245 HIGH PLAINS RD | 1340 EAST EYRE ST |
| RUTHERFORD, CA 94573 | BARTLETT, TN 38135 | PHILADELPHIA, PA 19125 |
| | | |
| 97586    0061893-00   S#0012363 | 97586    0061894-00   S#0010267 | 97586    0061895-00   S#0010534 |
| CHRISTOPHER S CARLSON | CHRISTOPHER S FARNSWORTH | CHRISTOPHER S NELSON |
| 2456 W BAYSHORE 4 | 1810 ROLLING RIDGE DR | 12 SUNSET TRAIL |
| PALO ALTO, CA 94303 | GRAPEVINE, TX 76051-7342 | AUSTIN, TX 78745 |
| | | |
| 97586    0061896-00   S#0007059 | 97586    0061897-00   S#0002844 | 97586    0061898-00   S#0004525 |
| CHRISTOPHER S NORRIS | CHRISTOPHER SOULOPULOS | CHRISTOPHER SPEAKER JR |
| 247 EAGLE CREEK DR | 166-29 21 RD | 6870 BAYBERRY XING |
| LEXINGTON, KY 40515-5919 | WHITESTONE, NY 11357 | OWINGS, MD 20736-4310 |
| | | |
| 97586    0061899-00   S#0003702 | 97586    0061900-00   S#0010571 | 97586    0061901-00   S#0005996 |
| CHRISTOPHER STEPHEN WEMETT | CHRISTOPHER T BERG | CHRISTOPHER T ISBELL |
| 127 OAK DR | 6091 BANDOLERO | 506 ALCAZAT AVE |
| NEWARK, NY 14513 | EL PASO, TX 79912 | ALTAMONTE SPRINGS, FL 32714 |
| | | |
| 97586    0061902-00   S#0000109 | 97586    0061903-00   S#0012793 | 97586    0061904-00   S#0012898 |
| CHRISTOPHER T MARTIN CUST | CHRISTOPHER TODD REITZELL | CHRISTOPHER TOM |
| CHRISTOPHER P MARTIN | 11010 RIVER ROAD | 407 CEDAR RIVER WAY |
| BOX 2924 | FORESTVILLE, CA 95436 | SACRAMENTO, CA 95831-2447 |
| WORCESTER, MA 01613-2924 | | |
| | | |
| 97586    0061905-00   S#0001316 | 97586    0061906-00   S#0003662 | 97586    0061907-00   S#0006044 |
| CHRISTOPHER VILLAFUETE | CHRISTOPHER VOLPE | CHRISTOPHER W SCHUMM |
| 290 WEST CLINTON AVE | 59 PRINCESS LANE | 5729 BENT PINE DR #304 |
| TENAFLY, NJ 07670-1921 | WEST SENECA, NY 14224 | ORLANDO, FL 32822 |
| | | |
| 97586    0061908-00   S#0002661 | 97586    0061909-00   S#0000177 | 97586    0061910-00   S#0012110 |
| CHRISTOPOHER DRAKE | CHRISTOS GARABEDIAN | CHRISTY A BOHNERT |
| 123 DARCY CIRCLE | 37 F CANAL ST | 8420 WHITEWATER DR |
| ISLIP, NY 11111 | LYNN, MA 01905 | BAKERSFIELD, CA 93312-4932 |
| | | |
| 97586    0061911-00   S#0007386 | 97586    0061912-00   S#0000506 | 97586    0061913-00   S#0013394 |
| CHRISTY LEE WAGONER | CHRYL ANN DAVIS CUST | CHRYSTAL SUMMERS BRAND |
| 2836 HASTINGS ROAD | ANNIE D COLESWORTHY UNIF | PO BOX 211287 |
| SILVER LAKE, OH 44224-3704 | GIFTS TO MIN ACT ME | AUKE BAY, AK 99821-1287 |
| | PO BOX 141 | |
| | YARMOUTH, ME 04096 | |

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0061914-00   S#0001747 | 97586   0061915-00   S#0001993 | 97586   0000667-00   S#0001613 |
| CHUN ENG C/F | CHUN MAK | CHUN, IL |
| VICKY ENG UGMA/NJ | 96 ELIZABETH ST | 1120 EXECUTIVE PLAZA STE 300 |
| 42 BROOKFIELD WAY | 26C | RT 73 |
| ROBBINSVILLE, NJ 08691 | NEW YORK, NY 10013 | MT LAUREL, NJ 08054 |
| | | |
| 97586   0061916-00   S#0002662 | 97586   0061917-00   S#0002136 | 97586   0061918-00   S#0002874 |
| CHUNAWATTIE PERMAUL | CHUNG C CHEN | CHUNG-HAO CHEN |
| 275 WARREN ST | 69 TIEMANN PL | 50-14 185TH ST |
| BROOKLYN, NY 11201 | NEW YORK, NY 10027 | FRESH MEADOWS, NY 11365-1609 |
| | | |
| 97586   0061919-00   S#0004052 | 97586   0061920-00   S#0012466 | 97586   0061921-00   S#0009814 |
| CHUNGLING MAO | CINDI M CHASE CUST | CINDY ALLEN CUST |
| 4696 SWEET BRIAR CIRCLE | FBO VERNON C CHASE | TIMOTHY JAMES ANGLETON |
| EMMAUS, PA 18049-1215 | 1818 GALAXY CT | 806 S POPLAR ST |
| | LIVERMORE, CA 94550-1064 | WICHITA, KS 67211-2831 |
| | | |
| 97586   0061922-00   S#0005798 | 97586   0061923-00   S#0012168 | 97586   0061924-00   S#0008067 |
| CINDY BETH KARP CUST | CINDY L BROWN CUST | CINDY L IAVARONE CUST |
| JASON ADAMS CLEMONS | JASON SCOTT BROWN | JUSTIN L IAVARONE |
| A MINOR UNDER LAWS OF GA | 6336 N 8TH | 4251 N WILLOWAY ESTATES CT |
| 130 OAKBEND CT | FRESNO, CA 93710 | BLOOMFIELF HILLS, MI 48302 |
| ATHENS, GA 30606 | | |
| | | |
| 97586   0061925-00   S#0003993 | 97586   0061927-00   S#0010468 | 97586   0061928-00   S#0006702 |
| CINDY MENTZELL | CINDY ROESLER CUST | CINDY RUSSELL CUST |
| 25 POPLAR SPRINGS BLVD | JUSTIN MICHAEL ROESLER | JORDAN SNOWS |
| STEWARTSTOWN, PA 17363 | 118 LAZYWOOD LANE | 3049 CLOVERDALE RD |
| | TAYLOR LAKE, TX 77586-4599 | MONTGOMERY, AL 36106 |
| | | |
| 97586   0061929-00   S#0009303 | 97586   0061930-00   S#0010327 | 97586   0061931-00   S#0001806 |
| CINDY UEHLEIN | CINDY WILLIAMS CUST | CINDY WORMSER CUST |
| 3815 NORTHSHORE | JASON DAVIES UGMA TX | FBO EVAN LAWRENCE WORMSER |
| LINCOLNWOOD, IL 60645 | 4726 WAY CROSS | 11 TROY COURT |
| | HOUSTON, TX 77035-3726 | EAST BRUNSWICK, NJ 08816 |
| | | |
| 97586   0000271-00   S#0006849 | 97586   0000272-00   S#0010805 | 97586   0000743-00   S#0013057 |
| CINTAS CORPORATION #206 | CIRCLE K | CIRILLO, JOAN |
| 1635 SOUTH MCLEAN | PO BOX 52085 | 1910 SW MYRTLE ST |
| PO BOX 140357 | PHOENIX, AZ 85072 | PORTLAND, OR 97201 |
| MEMPHIS, TN 38114 | | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0061932-00   S#0002822
CIRO FAIELLA
523 E 86TH ST
BROOKLYN, NY 11236

97586   0000273-00   S#0002208
CIS CORP
60 E  42ND ST RM 2331
NEW YORK, NY 10165-2399

97586   0020719-00   S#0007707
CITY SALES INC
ATTN: ROBERT L MEINZER JR-ATTY
PO BOX 111
ST JOHN, IN 46373-0111

97586   0061933-00   S#0008287
CLAIRE ANN HAMMER
524 SHERMAN DR
MARSHALL, MI 49068

97586   0061934-00   S#0012669
CLAIRE GENEVIEVE KING NEENAN
2161 EMPIRE GRADE RD
SANTA CRUZ, CA 95060-9701

97586   0061935-00   S#0009127
CLAIRE HALLINAN CUST
SIMON GOLDBROCH UTMA/IL
1610 ASHLAND AVE
EVANSTON, IL 60201

97586   0061936-00   S#0008288
CLAIRE HAMMER CUST
JEFFREY C HAMMER
524 SHERMAN DR
MARSHALL, MI 49068

97586   0061937-00   S#0012943
CLAIRE J BUTA TR
CLAIRE J BUTA REVOCABLE
TRUST
91-1123 KIWI ST
EWA BEACH, HI 96706

97586   0061938-00   S#0012275
CLAIRE LEE
136 DORE ST
SAN FRANCISCO, CA 94103-3815

97586   0061939-00   S#0002122
CLAIRE M EDDY
66 W 88TH ST
APT 1H
NEW YORK, NY 10024-2523

97586   0061940-00   S#0002918
CLAIRE REICH CUST
ZEKE REICH
70-20 108TH ST
FOREST HILLS, NY 11375

97586   0061941-00   S#0000847
CLAIRE VILLA &
JOHN VILLA JT TEN
34 WOODCREEK RD
NEW FAIRFIELD, CT 06812

97586   0061942-00   S#0012564
CLAIRE WILSON
812 CAMILA
BERKELEY, CA 94710

97586   0061943-00   S#0006995
CLARA L CROUCH CUST
FBO CASEY CROUCH
148 WESTWIND RD
LOUISVILLE, KY 40207-1545

97586   0061944-00   S#0011141
CLARE BROOKS
14408 CLYMAR AVE
COMPTON, CA 90220

97586   0061945-00   S#0009295
CLARENCE F SWIECH &
LEONARD W SWIECH
5704 S MERRIMAC AVE
CHICAGO, IL 60638

97586   0061946-00   S#0005670
CLARENTON N CRAWFORD
5256 GOLFCREST CIRCLE
STONE MOUNTAIN, GA 30088

97586   0061947-00   S#0012911
CLARICE SHEPARD  CUST
AARON MELZER  UTMA/CA
1675 MANZANITA AVE - UNIT #56
CHICO, CA 95926

97586   0061948-00   S#0012910
CLARICE SHEPARD  CUST
BRENNON SHEPARD  UTMA/CA
1675 MANZANITA AVE - UNIT #56
CHICO, CA 95926

97586   0061951-00   S#0012918
CLARICE SHEPARD  CUST
CARLY MELZER  UTMA/CA
1675 MANZANITA AVE - UNIT #56
CHICO, CA 95928

97586   0061949-00   S#0012912
CLARICE SHEPARD  CUST
LANDON MELZER  UTMA/CA
1675 MANZANITA AVE - UNIT #56
CHICO, CA 95926

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0061952-00  S#0012914
CLARICE SHEPARD CUST
SHANE MELZER  UTMA/CA
1675 MANZANITA AVE - UNTI #56
CHICO, CA 95926

97586    0061950-00  S#0012913
CLARICE SHEPARD CUST
TANNER SHEPARD  UTMA/CA
1675 MANZANITA AVE - UNIT #56
CHICO, CA 95926

97586    0061953-00  S#0011835
CLARK BEARDSLEE &
NANCY L BEARDSLEE JT TEN
5200 WARNER AVE STE 105
HUNTINGTON BEACH, CA 92649-4006

97586    0061954-00  S#0008849
CLARK KERSEY
LOT 18 WHITE RAIL ESTS
HERMOSA, SD 57744

97586    0061955-00  S#0011834
CLARK S BEARDSLEE & NANCY L
BEARDSLEE TR APEX PROPERTY
5200 WARNER AVE SUITE 105
HUNTINGTON BCH, CA 92649-4006

97586    0000277-00  S#0013645
CLARKE MODET & CO LDA
BANCO COMERCIAL-ACCT 4739906
R CASTILHO  42
1000 LISBOA
PORTUGAL

97586    0020663-00  S#0007096
CLAUDE FANNIN CO INC
480 23RD STREET
ASHLAND, KY 41105-1820

97586    0061956-00  S#0011732
CLAUDE L HOBSON
SPC 96
39060 CHERRY VALLEY BLVD
CHERRY VALLEY, CA 92223-4455

97586    0020714-00  S#0002049
CLAUDIA COHEN TEMPORARIES INC
ATTN: NANCY CONNOLLY-BOOKKEEPER
350 5TH AVE STE 4918
NEW YORK, NY 10018-4918

97586    0061957-00  S#0008533
CLAUDIA PONCE CUST
JASON A PONCE U/WI/UTMA
357 UNION ST
EVANSVILLE, WI 53536-1176

97586    0061958-00  S#0011999
CLAUDIA VANCE CUST
NICHOLAS DAVID SHIERTS
BOX 8665
BODFISH, CA 93205

97586    0000275-00  S#0010640
CLAWSON-HEWETT
BROKERAGE INC
9185 EAST KENYON AVENUE
DENVER, CO 80237

97586    0061959-00  S#0008684
CLAY A WILLIAMS CUST
CLAYTON A WILLIAMS
1964 HIGHLAND PKWY
ST PAUL, MN 55116

97586    0061960-00  S#0007615
CLAY E JOHNSON
BOX 194
TORCH, OH 45781

97586    0061961-00  S#0011974
CLAY MCCREA CUST
CLAY-PAUL DAVID MCCREA
600 B XANADU WAY
SIMI VALLEY, CA 93065

97586    0061962-00  S#0012937
CLAYTON G HILL
98-99 UAO PL 2901
AIEA, HI 96701

97586    0061963-00  S#0007671
CLAYTON J HOGSTON &
NANCY H HOGSTON JT TEN
11511 WOODS BAY LANE
INDIANAPOLIS, IN 46236

97586    0000277-00  S#0003770
CLEAN WHOLESALE GROCERY COOP
HASKELL RD
PO BOX 1070
OLEAN, NY 14760

97586    0061964-00  S#0010362
CLELDON F RUPPERT &
BETTY C RUPPERT JTTEN
5909 DARNELL
HOUSTON, TX 77074

97586    0061965-00  S#0007183
CLEMENT K M ENG
11953 ECKEL JUNCTION RD
PERRYSBURG, OH 43551

97586    0070623-00  S#0007989
CLEMENTS, RONALD J
LINDA L CLEMENTS
9651 RED PINE DR
PLYMOUTH, MI 48170-3270

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0061966-00   S#0008711
CLETUS J LIPETZKY CUST
ELIZABETH A LIPETZKY
19796 YORK ST NW
ELK RIVER, MN 55330

97586   0061967-00   S#0012179
CLIFF ROBERTS
567 SAN FELIPE
SALINAS, CA 93901

97586   0061970-00   S#0012752
CLIFFORD A JAMES CUST
CHAD JACOBS JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061971-00   S#0012760
CLIFFORD A JAMES CUST
CHASE CHANDLER JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061968-00   S#0012759
CLIFFORD A JAMES CUST
CHAZ AUSTIN JAMES
CA-UNIFORM TRF MINORS ACT
909 NORTHWOOD DRIVE
MERCED, CA 95348

97586   0061969-00   S#0012758
CLIFFORD A JAMES CUST
CHRISTOPHER SCOTT COLE
CA-UNIFORM TRF MINORS ACT
909 NORTHWOOD DRIVE
MERCED, CA 95348

97586   0061972-00   S#0012757
CLIFFORD A JAMES CUST
CORY C JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061978-00   S#0012755
CLIFFORD A JAMES CUST
DENAE CORA JAMES
909 NORTHWOOD DRIVE
MERCED, CA 95348

97586   0061973-00   S#0012754
CLIFFORD A JAMES CUST
KARSTEN JORDAN JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061974-00   S#0012753
CLIFFORD A JAMES CUST
KATHERINE ELIZABETH COLE
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061975-00   S#0012756
CLIFFORD A JAMES CUST
MAX HUNTER JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061979-00   S#0012761
CLIFFORD A JAMES CUST
NATALIE MARIE PERRY
909 NORTHWOOD DRIVE
MERCED, CA 95348

97586   0061980-00   S#0012762
CLIFFORD A JAMES CUST
SHELBY ANN JAMES
909 NORTHWOOD DRIVE
MERCED, CA 95348

97586   0061976-00   S#0012763
CLIFFORD A JAMES CUST
TEISHA R JAMES
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061977-00   S#0012764
CLIFFORD A JAMES CUST
ZACHARY DANIEL PERRY
909 NORTHWOOD DR
MERCED, CA 95348

97586   0061981-00   S#0004407
CLIFFORD C CLARE JR CUST
CHRISTOPHER CHARLES CLARE
5 SANDS COURT
MIDDLETOWN, DE 19709

97586   0061982-00   S#0004405
CLIFFORD C CLARE JR CUST
KELLY MARIE CLARE
5 SANDS COURT
MIDDLETOWN, DE 19709

97586   0061983-00   S#0004404
CLIFFORD C CLARE JR CUST
PATRICK ANGELO CLARE
5 SANDS COURT
MIDDLETOWN, DE 19709

97586   0061984-00   S#0007857
CLIFFORD E SCHRADER CUST
JORDAN P SCHRADER
3550 STONE ST
PORT HURON, MI 48060

97586   0061985-00   S#0002809
CLIFFORD KUBA
2165 EAST 36TH STREET
BROOKLYN, NY 11234-4908

97586   0061986-00   S#0000917
CLIFFORD LOWELL VOGES CUST
TAYLOR WILLIAM VOGES
72 CHATHAM RD
STAMFORD, CT 06903

Debtor:                  Mafco Litigation Trust
Description:             Notice/Motion
Mailing Number:         0807A
Notices Mailed By:      08/01/2008   and sent to following creditors:

97586    0061987-00   S#0013004
CLIFFORD TOYAMA CUST
TAMLYN S P TOYAMA
1480 ONIPAA ST
HONOLULU, HI 96819-1734

97586    0061988-00   S#0013272
CLIFFORD W DAVIDSON CUST
RYAN WILLIAM DAVIDSON
11711 26TH ST NE
LAKE STEVENS, WA 98258-9105

97586    0061989-00   S#0000091
CLIFFORD WAYNE LEONI
3 WAKEFIELD AVE
WEBSTER, MA 01570-3555

97586    0061990-00   S#0011739
CLINT C CAMUA
12532 WARBLER AVE
GRAND TERRACE, CA 92313-5729

97586    0061991-00   S#0010265
CLINT LATHAM &
MARLA LATHAM JT TEN
500 JONES
EULESS, TX 76040

97586    0061992-00   S#0012606
CLINTON JARVIS
23 ANDREAS CIRCLE
NOVATO, CA 94945

97586    0061993-00   S#0013165
CLINTON JOHN BRADY
PO BOX 169
ISSAQUAH, WA 98027-0000

97586    0061994-00   S#0004738
CLINTON L ANUSZEWSKI &
CHRISTINE H ANUSZEWSKI JT TEN
7935 WOODED GLEN COURT
PASADENA, MD 21122

97586    0061995-00   S#0008283
CLINTON M DEVLIN
5695 GLENN CROSS RD APT N1
BATTLE CREEK, MI 49015-4256

97586    0061996-00   S#0011268
CLINTON M TOMPKINS CUST
TODD CLINTON TOMPKINS BENSON
1138 OAKHORNE DR
HARBOR CITY, CA 90710-1528

97586    0061997-00   S#0010108
CLYDE C COLE III
1608 S TROOST AVE
TULSA, OK 74120-6616

97586    0061998-00   S#0012508
CLYDE E SCHMIDT &
BARBARA SCHMIDT JT TEN
870 CASANOVA DR
SAN LEANDRO, CA 94578-4207

97586    0061999-00   S#0001668
CLYDE GRIFFITH &
STEPHEN J GRIFFITH
1020 COOPER ST
DEPTFORD, NJ 08096

97586    0062000-00   S#0004843
CLYDE S BYRNE JR CUST
CRAIG S BYRNE
2004 PEGGY STEWART WAY STE 208
ANNAPOLIS, MD 21401-6342

97586    0062001-00   S#0011635
CLYDENE SC NEE &
JOHN S Y NEE JTTEN
BOX 2267
LA JOLLA, CA 92038

97586    0000172-00   S#0008482
COBALT CORP
RE: BLUE CROSS/BLUE SHIELD
401 W MICHIGAN ST
MILWAUKEE, WI 53203

97586    0000281-00   S#0004663
CODA INC
1100 WAYNE AVE #750
SILVER SPRING, MD 20910

97586    0062002-00   S#0010475
CODY LAWRENCE ADAMS
161 ROSINE
BEAUMONT, TX 77707

97586    0062003-00   S#0001825
CODY OCHS
83 CLOVER HILL RD
FLEMINGTON, NJ 08822

97586    0062004-00   S#0000001
CODY PETERSON
9D AMERICAN CIR
CEIBA, PR 00735

97586    0068171-00   S#0008407
COE, MATTHEW C
145 SUGAR CREEK LN APT 4
NORTH LIBERTY, IA 52317-9637

97586    0066706-00   S#0006474
COFFEY, KEITH
12464 88TH AVE
SEMINOLE, FL 33772-3305

97586    0000283-00   S#0002036
COHEN & SILVERMAN
360 LEXINGTON AVE
NEW YORK, NY 10017

97586    0062005-00   S#0007083
COLBY B COWHERD
2728 HURSTLAND CT
CRESTVIEW HILLS, KY 41017-2266

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062006-00   S#0008607<br>COLE T THROENER<br>N3535 BADGER AVE<br>CHILI, WI 54420-8680 | 97586   0062007-00   S#0011721<br>COLEEN BURNHAM<br>15008 AVENIDA MONTUOSA B<br>SAN DIEGO, CA 92129-1440 | 97586   0000284-00   S#0003370<br>COLEMAN ELECTRICAL SUPPLY CO<br>PO BOX 9110<br>PLAINVIEW, NY 11803 |
| 97586   0062008-00   S#0000484<br>COLIN A MCKINSEY<br>BOX A<br>CONWAY, NH 03818 | 97586   0062009-00   S#0012938<br>COLIN ADACHI<br>98-1058 PALULA WAY<br>AIEA, HI 96701 | 97586   0062010-00   S#0005310<br>COLIN E WARD<br>2713 ROCKWOOD ROAD<br>GREENSBORO, NC 27408 |
| 97586   0062011-00   S#0013570<br>COLIN G MALIN<br>BOX 302<br>GAINSBOROUGH, SK S0C 0Z0<br>CANADA | 97586   0062012-00   S#0007159<br>COLIN P COCKRELL<br>2701 BRANDON RD<br>COLUMBUS, OH 43221-3336 | 97586   0062013-00   S#0010086<br>COLIN TAIT BREWER<br>16 N ARMSTRONG<br>BIXBY, OK 74008 |
| 97586   0062014-00   S#0000932<br>COLLEEN A HEUER &<br>TODD M HEUER<br>JT TEN<br>5 BAY AVE<br>BLOOMFIELD, NJ 07003 | 97586   0062015-00   S#0009283<br>COLLEEN ESPOSITO &<br>MAUREEN ESPOSITO<br>6608 N OCONTO<br>CHICAGO, IL 60631 | 97586   0062016-00   S#0012025<br>COLLEEN FRIED CUST<br>EMILY KAY FRIED<br>205 S H ST<br>TULARE, CA 93274 |
| 97586   0062017-00   S#0012030<br>COLLEEN FRIED CUST<br>LELAND ROY FRIED<br>205 S H ST<br>TULARE, CA 93274 | 97586   0062018-00   S#0012023<br>COLLEEN FRIED CUST<br>PATRICK JAMES CAMPAIGNE<br>205 S H ST<br>TULARE, CA 93274 | 97586   0062019-00   S#0012027<br>COLLEEN FRIED CUST<br>SAMANTHA LEEANN FRIED<br>205 S H ST<br>TULARE, CA 93274 |
| 97586   0062020-00   S#0012028<br>COLLEEN FRIED CUST<br>SARAH ELAINE FRIED<br>205 S H ST<br>TULARE, CA 93274 | 97586   0062021-00   S#0012029<br>COLLEEN FRIED CUST<br>TIMOTHY STEPHEN CAMPAIGNE<br>205 S H ST<br>TULARE, CA 93274 | 97586   0062023-00   S#0012086<br>COLLEEN REYES CUST<br>NICHOLAS B REYES<br>6709 MIWOK CT<br>BAKERSFIELD, CA 93309 |
| 97586   0062024-00   S#0004233<br>COLLEEN SHOEMAKER CUST FOR<br>ANDREW MCCRANE SHOEMAKER UNDER<br>PA UNIFORM GIFT TO MINORS ACCT<br>415 RIVERVIEW<br>SWARTHMORE, PA 19081-1222 | 97586   0062025-00   S#0012974<br>COLLEEN SULLIVAN C/F<br>TREVOR J FITZPATRICK UGMA HI<br>P O BOX 4035<br>KAILUA-KONA, HI 96745 | 97586   0062026-00   S#0002673<br>COLOGER PANTANO &<br>CATHERINE PANTANO<br>1675 59TH ST<br>BROOKLYN, NY 11204-2146 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0000285-00    S#0011076
COLOR CENTER PHOTO LAB
1160 N LAS PALMAS
HOLLYWOOD, CA 90038

97586    0000286-00    S#0007955
COLORBOK PAPER PRODUCTS
2716 BAKER RD
DEXTER, MI 48130-1593

97586    0062027-00    S#0001156
COLUMBIA SAVINGS BANK SLA TR
FBO RAYMOND A SCALA
IRA 04/08/86
25-00 BROADWAY
FAIR LAWN, NJ 07410-3830

97586    0000289-00    S#0007770
COLUMBUS CONTAINER INC
3460 COMMERCE DR
COLUMBUS, IN 47201

97586    0000290-00    S#0008648
COMIC BUYER'S GUIDE
700 E STATE ST
IOLA, WI 54990-0001

97586    0000296-00    S#0010229
COMP USA
PO BOX 200670
DALLAS, TX 75320-0670

97586    0000297-00    S#0002785
COMPASS VAN AND STORAGE CORP
158 PIONEER ST
BROOKLYN, NY 11231

97586    0000298-00    S#0011060
COMPLETE POST INC
6087 SUNSET BLVD
HOLLYWOOD, CA 90028-6475

97586    0000299-00    S#0001973
COMPREHENSIVE COMPUTERS
36 E 23RD ST FL 7-R
NEW YORK, NY 10010-4409

97586    0000302-00    S#0007170
COMPUSERVE
DEPT L 742
COLUMBUS, OH 43268-0742

97586    0000301-00    S#0007169
COMPUSERVE
DEPT L-742-390
COLUMBUS, OH 43260

97586    0021215-00    S#0005917
COMPUSERVE INTERACTIVE SERVICE
ATTN: PAYMENT SERVICES
PO BOX 28650
JACKSONVILLE, FL 32226-8640

97586    0000305-00    S#0004321
CON-WAY CENTRAL EXPRESS
PO BOX 7777 W8670
PHILADELPHIA, PA 19175-8670

97586    0000307-00    S#0009943
CONCO FOOD DISTRIBUTORS
PO BOX 3328
LAFAYETTE, LA 70502

97586    0001029-00    S#0011943
CONE, NANCI W
9487 EL CAJON ST
VENTURA, CA 93004-1757

97586    0000309-00    S#0007831
CONFECTION MARKETING CORP
30600 TELEGRAPH RD
FRANKLIN, MI 48025

97586    0062029-00    S#0012051
CONNER CAL CHRISTIANSEN
6224 RIDGETOP TERRACE
BAKERSFIELD, CA 93306

97586    0062030-00    S#0005454
CONNIE KOURY &
NORMAN J KOURY
15840 STRICKLAND CT
CHARLOTTE, NC 28277-1477

97586    0062031-00    S#0007072
CONNIE M EBLIN CUST
JOHN SCOTT EBLIN
101 JOANNE LANE
ALEXANDRIA, KY 41001

97586    0062032-00    S#0013341
CONNIE MARX
W 1425 GORDON
SPOKANE, WA 99025

97586    0062033-00    S#0010835
CONNIE R JOHNSON
6349 N 78TH ST 80
SCOTTSDALE, AZ 85250-4779

97586    0062034-00    S#0005749
CONNIE SUHR
1276 BROOKSHIRE LANE
ATLANTA, GA 30319-3815

97586    0062035-00    S#0009507
CONRAD S RUBINKOWSKI
160 PINEHURST DR
SPRINGFIELD, IL 62704

97586    0020113-00    S#0003910
CONRAD WHOLESALE CO INC
ATTN: ALEXANDER V SABO-PERSIDENT
90 TEAK ST
JOHNSTOWN, PA 15902-1906

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0000748-00   S#0002479
CONROY, JOHN
3 FAIRMONT AVE
HASTINGSONHUDSON, NY 10706

97586    0062036-00   S#0013451
CONSTANCE AVA LAPIERRE
3481 BELMORE ST
MONTREAL, QC H4B 2B8
CANADA

97586    0062037-00   S#0005031
CONSTANCE C ELBON &
JERRY M ELBON JT TEN
13777 BACK RD
STRASBURG, VA 22657-3950

97586    0062038-00   S#0009920
CONSTANCE CARRIERE BARKLEY
210 BELLAIRE DR
NEW ORLEANS, LA 70124

97586    0062039-00   S#0007464
CONSTANCE COHEN
5655 CHEROKEE DR NW
NORTH CANTON, OH 44720

97586    0062040-00   S#0002455
CONSTANCE L JOHNSON CUST
ACF ANDREW H JOHNSON
92 EAST ST
SOUTH SALEM, NY 10590-2505

97586    0062041-00   S#0003837
CONSTANCE M WALTER CUST
JOHN MICHAEL WESTCOTT
1414 CARNAHAN
PITTSBURGH, PA 15220

97586    0062042-00   S#0003835
CONSTANCE M WALTER CUST
JOHN WESTCOTT
1414 CARNAHAN
PITTSBURGH, PA 15220

97586    0062043-00   S#0003834
CONSTANCE M WALTER CUST
JOSEPH WESTCOTT
1414 CARNAHAN
PITTSBURGH, PA 15220

97586    0062044-00   S#0003836
CONSTANCE M WALTER CUST
SARA WESTCOTT
1414 CARNAHAN
PITTSBURGH, PA 15220

97586    0062045-00   S#0009279
CONSTANCE URBAN CUST
ERIC J URBAN
6346 S KEDVALE
CHICAGO, IL 60629

97586    0062046-00   S#0007013
CONSTANCE W CHILDS CUST
JOHNATHAN L CHILDS
927 BURNING SPRINGS CIRCLE
LOUISVILLE, KY 40223

97586    0062047-00   S#0011053
CONSTANTIN JERCAN &
GETTA JERCAN
3400 BEN LOMOND PL 120
LOS ANGELES, CA 90027

97586    0062048-00   S#0004231
CONSTANTINE LACAS CUST
ANTHONY VAGANOS
28 SPRINGTON POINTE DR
NEWTOWN SQUARE, PA 19073-3930

97586    0062049-00   S#0006612
CONSTANTINE TSALIKES
5631 FLORA AVE
HOLIDAY, FL 346906506

97586    0062050-00   S#0002676
CONTROL INVESTMENTS LLP
LESTER N HUGGINS
196 CLINTON AVE
BROOKLYN, NY 11205-3437

97586    0000315-00   S#0002071
CONTROLLED ACOUSTICS CORP
PO BOX 20452
NEW YORK, NY 10021

97586    0070209-00   S#0012553
COOLIDGE, ROBERT C &
MARIE ANN COOLIDGE TR
BY COOLIDGE FAMILY TRUST
4209 REINHARDT DR
OAKLAND, CA 94619-2244

97586    0062051-00   S#0007870
COOPER A HOLOWESKI CUST
CHRISTINE ARNOLD
18 DEVONSHIRE
PLEASANT RDG, MI 48069

97586    0062052-00   S#0012615
COOPER MARINAK
616 JONAS LANE
PETALUMA, CA 94952

97586    0062053-00   S#0003586
CORA J MC EWEN
538 W THOMAS ST
ROME, NY 13440-4045

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0062054-00    S#0005969
CORBETT DAVIS JR &
NANCY DAVIS JT TEN
1450 TROPICAL FLAMINGO
SIX FLAGS ON THE BAY
GULF BREEZE, FL 32561

97586    0062055-00    S#0007397
CORBETT WRIGHT
324 CHARRING CROSS DRIVE
MUNROE FALLS, OH 44262

97586    0062056-00    S#0006455
CORELL BENNETT KIMER
5280 WHITE SAND CIRCLE NE
ST PETERSBURG, FL 33703

97586    0000316-00    S#0004323
CORESTATES BANK NA
PO BOX 8500-4375
PHILADELPHIA, PA 19178-4375

97586    0062057-00    S#0009954
COREY BOND
2402 BARBE COURT
LAKE CHARLES, LA 70601

97586    0062058-00    S#0013498
COREY C BERRY
30 SQUIRE DRIVE
RICHMOND HILL, ON L4S 1C6
CANADA

97586    0062059-00    S#0000040
COREY STAITI
MUDDY BROOK STREAM RD
WARE, MA 01082

97586    0062060-00    S#0002638
COREY STEIN CUST
REBECCA LAYNE STEIN
130 SHORE RD SUITE 257
PORT WASHINGTON, NY 11050-2205

97586    0062061-00    S#0010444
CORIE JEAN SAXMAN
RTE 1 BOX 328A
ANAHUAC, TX 77514

97586    0062062-00    S#0011762
CORINA LYNN BORSUK
3520 GARDEN DR
SAN BERNARDINO, CA 92404-2667

97586    0062063-00    S#0009088
CORINNE E DIMICELI CUST
SALVATORE J DIMICELI JR UGMA/I
307 WEST NORTH STREET
ITASCO, IL 60143

97586    0062064-00    S#0009089
CORINNE E DIMICELI CUST
SEAN JASON DIMICELI UGMA/IL
307 WEST NORTH STREET
ITASCO, IL 60143

97586    0062065-00    S#0009090
CORINNE E DIMICELI CUST
SHANNON C DIMICELI UGMA/IL
307 WEST NORTH STREET
ITASCO, IL 60143

97586    0062066-00    S#0001421
CORINNE MARIE ABRAHAMSEN
50 HENRY DRIVE
MIDDLETOWN, NJ 07748

97586    0000202-00    S#0009078
CORK, BRYAN
307 NAUTICAL WAY
ELGIN, IL 60123-4403

97586    0062067-00    S#0005770
CORLISS ARMSTRONG CUST
CHELSEA E MITCHELL
3092 GOLDEN DR
EAST POINT, GA 30344

97586    0021039-00    S#0009094
CORN PRODUCTS
CPC INTERNATIONAL
5 WESTBROOK CORPORATE CENTER
WESTCHESTER, IL 60154

97586    0062068-00    S#0002540
CORRIE FORMAN CUST
GARY FORMAN
32 FIELDSTONE COURT
NEW CITY, NY 10956

97586    0000374-00    S#0001612
CORUM, DARRYL M
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586    0000793-00    S#0001999
CORVESE, KELLY P
125 WASHINGTON PLACE #2A
NEW YORK, NY 10014

97586    0062069-00    S#0000423
CORY MACLEAN &
GEORGE MACLEAN JT TEN
72 DANA ST
PROVIDENCE, RI 02906

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062070-00  S#0006261<br>CORY T KNIGHT<br>6790 SW 16TH ST<br>PLANTATION, FL 33317 | 97586   0062071-00  S#0010458<br>CORY WAYNE STEPHENS<br>236 BIRCH<br>LAKE JACKSON, TX 77566 | 97586   0000320-00  S#0000925<br>COURIER SYSTEMS INC<br>30 PULASKI ST<br>BAYONNE, NJ 07002 |
| 97586   0062072-00  S#0013604<br>COURTNEY A VANDERZALM<br>15753 98TH AVENUE<br>SURREY, BC V3R 8J4<br>CANADA | 97586   0062073-00  S#0009931<br>COURTNEY EDWARD LANE<br>130 TRACE LOOP<br>MANDEVILLE, LA 70448 | 97586   0062074-00  S#0003224<br>COURTNEY N MARKOV<br>2 ELTONA PL<br>E NORTHPORT, NY 11731 |
| 97586   0000321-00  S#0002169<br>COWAN LIEBOWITZ & LATMAN PC<br>1133 AVE OF THE AMERICAS<br>NEW YORK, NY 10036-6799 | 97586   0062075-00  S#0005583<br>COY A LEWIS JR<br>BOX 9277<br>GREENVILLE, SC 29604-9277 | 97586   0062076-00  S#0005559<br>CRAIG A BUCKLES &<br>CAROLE A BUCKLERS JTTEN<br>8619 ARTHUR HILLS CIRCLE<br>NORTH CHARLESTON, SC 29420 |
| 97586   0062077-00  S#0003434<br>CRAIG A GOLDSTEIN<br>18 BROOKLYN DR<br>SCHENECTADY, NY 12303-4706 | 97586   0062078-00  S#0006604<br>CRAIG ALAN GORDON<br>2738 BETH CIRCLE<br>PALM HARBOR, FL 34684 | 97586   0062079-00  S#0005203<br>CRAIG B DAVIS CUST<br>MICHAEL C DAVIS<br>213 GREENWAY AVE<br>MARION, VA 24354 |
| 97586   0062080-00  S#0011806<br>CRAIG C MILLER &<br>KIMIKO P MILLER TR 05/30/90<br>OF THE MILLER FAMILY TRUST<br>2722 E SNOWFIELD<br>BREA, CA 92621 | 97586   0062081-00  S#0008676<br>CRAIG E SLETTEN<br>1993 BIRCH LAKE AVE<br>WHITE BEAR LAKE, MN 55110-3442 | 97586   0062082-00  S#0005604<br>CRAIG EVANS<br>1813 PACES RIVER AVENUE APT 7205<br>ROCK HILL, SC 29732 |
| 97586   0062083-00  S#0003832<br>CRAIG FOXHOVEN &<br>REBECCA D FOXHOVEN JT TEN<br>BIGELOW CORPORATE CTR, STE 718<br>BIGELOW SQUARE<br>PITTSBURGH, PA 15219 | 97586   0062084-00  S#0010284<br>CRAIG HARPER<br>107 SARSI COVE<br>LAKE KIOWA, TX 76240 | 97586   0062085-00  S#0002720<br>CRAIG HENRY<br>365 FIRSTST<br>BROOKLYN, NY 11215 |
| 97586   0062086-00  S#0008294<br>CRAIG HERRINGTON CUST<br>CAMERON HERRINGTON<br>4224 HIDDEN PATH<br>ST JOSEPH, MI 49085-9390 | 97586   0062087-00  S#0013325<br>CRAIG HOEHNE<br>202 INGLEWOOD DRIVE<br>LONGVIEW, WA 98632 | 97586   0062088-00  S#0002561<br>CRAIG HOLLAND<br>44 SANDY BROOK DR<br>SPRING VALLEY, NY 10977 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062089-00   S#0004800<br>CRAIG HOLLANDER<br>103 MILLBROOK RD<br>BALTIMORE, MD 21218 | 97586   0062090-00   S#0000826<br>CRAIG KUNNEMAN<br>15 MIDWAY DR<br>BETHEL, CT 06801 | 97586   0062091-00   S#0003691<br>CRAIG L LIVINGSTON<br>55 ROUND HILL RD<br>HENRIETTA, NY 14467-9529 |
| 97586   0062092-00   S#0008445<br>CRAIG M BLACK CUST<br>MICHAEL C BLACK U/WI/UTMA<br>1785 WHITEMONT DR<br>BROOKFIELD, WI 53045-2107 | 97586   0062093-00   S#0006607<br>CRAIG MCGOVERN<br>354 IXORA DR<br>PALM HARBOR, FL 34684-3419 | 97586   0062094-00   S#0008837<br>CRAIG PEYTON GAUMER<br>32 OAK PLACE<br>SIOUX FALLS, SD 57103 |
| 97586   0062095-00   S#0011350<br>CRAIG PROCTOR<br>24172 LUPIN HILL RD<br>CALABSAS, CA 91302 | 97586   0062096-00   S#0010709<br>CRAIG SATTERLEE<br>435 E 8TH STREET<br>POWELL, WY 82345 | 97586   0062097-00   S#0005141<br>CRAIG T HUDSON<br>PO BOX 164<br>WILLIS WHARF, VA 23486-0164 |
| 97586   0062098-00   S#0000568<br>CRAIG VAKIENER<br>100 FIDDLEHEAD FARMS<br>CANTON, CT 06019 | 97586   0062099-00   S#0004365<br>CRAIG W REESE<br>21 NORTH MAIN ST<br>SPRING CITY, PA 19475 | 97586   0062100-00   S#0013429<br>CRAIG YEUNG<br>C/O LORNE G YIP<br>812 EAST PENDER STREET<br><br>VANCOUVER, BC<br>CANADA |
| 97586   0000028-00   S#0009240<br>CRAIN COMMUNICATIONS INC<br>RE: ADVERTISING AGE<br>360 N MICHIGAN AVE<br>CHICAGO, IL 60601 | 97586   0001156-00   S#0011954<br>CRAIN, PHIL<br>13052 CAMDEN CT<br>MOORPARK, CA 93021 | 97586   0001157-00   S#0011955<br>CRAIN, PHIL S<br>13052 CAMDEN CT<br>MOORPARK, CA 93021 |
| 97586   0000691-00   S#0000977<br>CRAMER, J BEN<br>216 MADISON ST #6<br>HOBOKEN, NJ 07030 | 97586   0000327-00   S#0012208<br>CREATIVE INT/FSO BEN HERRERA<br>65 LYELL ST<br>LOS ALTOS, CA 94022 | 97586   0000330-00   S#0012210<br>CREATIVE INT/FSO DAVID BREWER<br>65 LYELL ST<br>LOS ALTOS, CA 94022 |
| 97586   0000331-00   S#0012211<br>CREATIVE INT/FSO M MORALES<br>65 LYELL ST<br>LOS ALTOS, CA 94022 | 97586   0000332-00   S#0012209<br>CREATIVE INT/FSO MHANAOJYAKORN<br>65 LYELL ST<br>LOS ALTOS, CA 94022 | 97586   0000335-00   S#0008036<br>CREATIVITY<br>CRAIN COMMUNICATIONS<br>1155 GRATIOT AVE<br><br>DETROIT, MI 48207-2912 |
| 97586   0020390-00   S#0001959<br>CREDIT SUISSE FIRST BOSTON<br>C/O J KEVIN MCCARTHY<br>ONE MADISON AVE 9TH FLR<br>NEW YORK, NY 10010 | 97586   0062101-00   S#0010008<br>CRETE RHODES CUST<br>JOSEPH RHODES<br>414 W COURT<br>PARAGOULD, AR 72450-4246 | 97586   0062102-00   S#0010007<br>CRETE RHODES CUST<br>KALIN RHODES<br>414 W COURT<br>PARAGOULD, AR 72450-4246 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0062103-00   S#0005524
CRISTAL THOMPSON
RTE 3 BOX 53-L
WINNSBORO, SC 29180

97586    0062104-00   S#0009805
CRISTIN DAVID
1802 N SAINT CLAIR
WICHITA, KS 67203-1566

97586    0062105-00   S#0004314
CRISTINA FOX
7212 SAUL ST
PHILADELPHIA, PA 19149-1217

97586    0062107-00   S#0009280
CRISTINA GOMEZ CUST
G ANDRES GOMEZ UTMA/IL
3800 W 57TH STREET
CHICAGO, IL 60629

97586    0000336-00   S#0002653
CROSSLANDS TRANSPORTATION
3544 11TH ST
ASTORIA, NY 11106

97586    0065370-00   S#0005186
CROWDER, JEFFREY L
1867 CUSCOWILLA LN
BOYDTON, VA 23917-3917

97586    0001297-00   S#0013403
CRUZ, ROBER
C/O ART & COMICS LTD
RUA CAMINHA DE AMORIM 336
SAP PAULO SP,  05451020
BRAZIL

97586    0062108-00   S#0007217
CRYSTAL L WILSON
434 PECAN DR
BEREA, OH 44017

97586    0020173-00   S#0002163
CSC - THE UNITED STATES CORP
ATTN: CHRISTOPHER QUIMBY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

97586    0000341-00   S#0010216
CSC-COLLECTORS' SHOWCASE
13645 BETA RD
DALLAS, TX 75244-4511

97586    0000415-00   S#0000978
CUDDY, DIANE
159 NEWARK ST APT 3D
HOBOKEN, NJ 07030

97586    0000344-00   S#0005471
CUI INC
1502 N 23D ST
WILMINGTON, NC 28405

97586    0000343-00   S#0013026
CUI INC
9615 SW ALLEN BLVD
BEAVERTON, OR 97005

97586    0000345-00   S#0001960
CUNNINGHAM-ESCOTT-DIPENE
257 PARK AVE S RM 900
NEW YORK, NY 10010

97586    0062109-00   S#0003721
CURT LOUISON
545 MARSH RD
PITTSFORD, NY 14534-3309

97586    0062110-00   S#0004526
CURTIS C KENT
11807 HICKORY DR
FT WASHINGTON, MD 20744

97586    0062111-00   S#0000838
CURTIS COVERT &
LAURA DAVI
151 SHELTER ROCK RD UNITE 19
DANBURY, CT 06810

97586    0062112-00   S#0007087
CURTIS L CHRISTIANSEN
8581 WINTHROP CIR
FLORANCE, KY 41042

97586    0062113-00   S#0007836
CURTIS M EASTER
22114 FAIRWAY DR
SOUTHFIELD, MI 48034

97586    0062114-00   S#0007885
CURTIS R ELAM CUST
CURTIS WILLIAM ELAM
23417 HELEN
ST CLAIR SHORES, MI 48080

97586    0062115-00   S#0007749
CURTIS R ZIMMER
8085 GEIS RD
WEST HARRISON, IN 47060

97586    0062116-00   S#0013310
CURTIS STEBBINS CUST
KELLY IRISH STEBBINS
BOX 7045
TACOMA, WA 98407

97586    0062117-00   S#0008879
CURTIS WATTS
1101 S GRAND
BOZEMAN, MT 59715

97586    0000346-00   S#0013425
CUSTOM ART CONCEPTS LIMITED
507 KING ST E STE 101
TORONTO, ON
CANADA

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0062118-00    S#0006149
CYNTHIA A DOHERTY CUST
ACF MATTHEW K DOHERTY
2378 NW 39TH AVE
COCONUT CREEK, FL 33066-2212

97586    0062119-00    S#0009006
CYNTHIA A HORTON CUST
RANIER L HORTON
295 PARK DR
PALATINE, IL 60067-7756

97586    0062120-00    S#0009007
CYNTHIA A HORTON CUST
ROLLIN T HORTON
295 PARK DR
PALATINE, IL 60067-7756

97586    0062121-00    S#0007892
CYNTHIA A WILSHER &
LAWRENCE L WILSHER JT TEN
369 EAST MAPLE ROAD
TROY, MI 48083

97586    0062122-00    S#0001700
CYNTHIA BASOLIS-KOONS CUST
VELTON KOONS III
1715 COUNTRY BRIDGE RD
MILLVILLE, NJ 08332

97586    0062123-00    S#0012547
CYNTHIA BLUMGART CUST
BENJAMIN M BLUMGART
6876 EVERGREEN AVE
OAKLAND, CA 94611

97586    0062124-00    S#0011009
CYNTHIA D ANDERSON
1352 ANTELOPE VALLEY RD
RENO, NV 89506-7319

97586    0062125-00    S#0010260
CYNTHIA E FERGUSON
1700-C OAK CREEK LANE
BEDFORD, TX 76022

97586    0062126-00    S#0005047
CYNTHIA H NORWOOD
10195 GUENEVERE CT
MECHANICSVILLE, VA 23111

97586    0062127-00    S#0005687
CYNTHIA J SMITH CUST
ROY C SMITH JR
A MINOR UNDER LAWS OF GA
4935 OAK GROVE DRIVE
CUMMING, GA 30130

97586    0062128-00    S#0006486
CYNTHIA L DUJARDIN
1553 BRAMAN
FT MYERS, FL 33901

97586    0062129-00    S#0006485
CYNTHIA L DUJARDIN CUST
TAYLOR R DUJARDIN UTMA/FL
1553 BRAMAN AVE
FT MYERS, FL 33901

97586    0062130-00    S#0010456
CYNTHIA L LANCASTER CUST
NICHOLAS A LANCASTER
105 FIR DR
LAKE JACKSON, TX 77566

97586    0062131-00    S#0011900
CYNTHIA L WEBB
2417 N EASTWOOD AVE
SANTA ANA, CA 92705-6719

97586    0062132-00    S#0003914
CYNTHIA L ZANE CUST
MATTHEW J ZANE
RD 1 BOX 12A
WESTERN AVE
HOLLSOPPLE, PA 15935

97586    0062133-00    S#0003913
CYNTHIA L ZANE CUST
NICHOLAS A ZANE
302 ZANE LANE
CONEMAUGH, PA 15909

97586    0062134-00    S#0007729
CYNTHIA M CHRISTLIEB CUST
JONATHON C CHRISTLIEB
912 N ECKHART
AUBURN, IN 46706

97586    0062135-00    S#0007967
CYNTHIA M SHAW CUST FBO
ALYSSA MARIE SHAW UGMA MI
18287 WHITBY
LIVONIA, MI 48152-3037

97586    0062136-00    S#0008740
CYNTHIA M WEINZIERL CUST
KARI WEINZIERL
BOX 213
ST BONIFACIOUS, MN 55375

97586    0062137-00    S#0012797
CYNTHIA PETROW CUST
RICHARD ADAM PETROW
5235 WENDELL LANE
SEBASTOPOL, CA 95472

97586    0062138-00    S#0005762
CYNTHIA R L HODGES
5100 N PEACHTREE RD
DUNWOODY, GA 30338-4508

Debtor:              Mafco Litigation Trust
Description:          Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062139-00   S#0004865<br>CYNTHIA R PORTER CUST<br>GRANT C BEEHLER<br>2209 WALLER HOUSE CT<br>FREDERICK, MD 21702 | 97586    0062140-00   S#0005611<br>CYNTHIA ROTH PRIDE CUST<br>CHRISTOPHER SCOTT PRIDE<br>HC01 BOX 25EE<br>BLUFFTON, SC 29910 | 97586    0062141-00   S#0003179<br>CYNTHIA RYAN CUST<br>KEVIN J RYAN<br>10 SACHS ST<br>BAYSHORE, NY 11706-6134 |
| 97586    0062142-00   S#0003178<br>CYNTHIA RYAN CUST<br>SEAN RYAN<br>10 SACHS ST<br>BAYSHORE, NY 11706-6134 | 97586    0062143-00   S#0004952<br>CYNTHIA SHUSTER CUST<br>ALEXANDER SHUSTER<br>8309 SUMMERWOOD RD<br>MCCLEAN, VA 22102-2214 | 97586    0062144-00   S#0005208<br>CYNTHIA SUSAN MORELAND CUST<br>CHRISTOPHER MORELAND<br>824 OLD FOREST RD<br>LYNCHBURG, VA 24501 |
| 97586    0062145-00   S#0004533<br>CYNTHIA T ALLEN CUST<br>ALBERT F ALLEN<br>7051 DEER VALLEY RD<br>HIGHLAND, MD 20777-9511 | 97586    0062146-00   S#0004534<br>CYNTHIA T ALLEN CUST<br>JANE MARIE ALLEN<br>7051 DEER VALLEY RD<br>HIGHLAND, MD 20777-9511 | 97586    0062147-00   S#0005593<br>CYNTHIA W HUFF<br>206 CASTLEWOOD DR<br>GREENVILLE, SC 29615-3406 |
| 97586    0062148-00   S#0009231<br>CYNTHIA WIEDMANN CUST<br>TIMOTHY JOSEPH PODSCHWEIT<br>30 W 170 ESTES<br>NAPERVILLE, IL 60563 | 97586    0062149-00   S#0000927<br>CYNTHIA ZUK C/F STEPHEN ZUK<br>UTMA NJ<br>508 KENNEDY BLD<br>BAYONNE, NJ 07002 | 97586    0062151-00   S#0010635<br>D HELGA ROTHS CUST<br>ANDREW J ROTHS<br>2965 S KIPLING ST<br>DENVER, CO 80227-2804 |
| 97586    0062150-00   S#0010634<br>D HELGA ROTHS CUST<br>KEVIN M ROTHS<br>2965 S KIPLING<br>DENVER, CO 80227-2804 | 97586    0062152-00   S#0007827<br>D JEFFREY KOEHLER CUST<br>JEFFREY SCOTT KOEHLER<br>16249 ELIZABETH ST<br>BEVERLY SHRS, MI 48025 | 97586    0062153-00   S#0004364<br>D THOM BELL CUST<br>ANDREW JAMES BELL<br>115 CHRYSTAL SPRING MOUNTAIN<br>SCHWENSKVILLE, PA 19473 |
| 97586    0062154-00   S#0013376<br>D WILLIAM SKITT<br>7340 HUNTSMAN F<br>ANCHORAGE, AK 99518 | 97586    0062155-00   S#0000445<br>DA SYVINSKI<br>BOX 891<br>SALEM, NH 03079 | 97586    0000923-00   S#0011403<br>DAELLENBACH, MARK<br>3148 BOXWOOD CIR<br>THOUSAND OAKS, CA 91360 |
| 97586    0062156-00   S#0002335<br>DAGMAR M KOVACIK<br>DELL LANE<br>ARDSLEY, NY 10502 | 97586    0000356-00   S#0011497<br>DAILY VARIETY<br>PO BOX 15878<br>NORTH HOLLYWOOD, CA 91606 | 97586    0062157-00   S#0013132<br>DALAS LEE GUNDERSON<br>1704 CERENE DR<br>MEDFORD, OR 97501-8121 |
| 97586    0062158-00   S#0010439<br>DALE ADAMS<br>1718 ROBINHOOD ST<br>PASADENA, TX 77502 | 97586    0062159-00   S#0012048<br>DALE BERRY<br>3101 TANFORAN ST<br>BAKERSFIELD, CA 93306 | 97586    0062160-00   S#0005812<br>DALE DUNCAN<br>P.O. BOX 1355<br>HARDWICK, GA 31034 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000357-00   S#0008496
DALE E TAIT PHOTOGRAPHIC SVCS
4244 N 64TH ST
MILWAUKEE, WI 53216-1151

97586   0062161-00   S#0008505
DALE FRITZ CUST
JOSHUA FRITZ UTMA WI
1465 E GOODRICH LN
MILWAUKEE, WI 53217-6065

97586   0062162-00   S#0004043
DALE G BEITLER &
SHIRLEY A BEITLER
JT TEN
1522 HOTTLE AVE
BETHLEHEM, PA 18018

97586   0062164-00   S#0008512
DALE JANUS
C/O PAMELA HELMICK
11032 W WELLS
WAUWATOSA, WI 53226

97586   0062165-00   S#0013187
DALE L FLEMING CUST
FBO RYAN L FLEMING
20920 SE 269TH ST
KENT, WA 98042

97586   0062166-00   S#0005068
DALE L KOSTELNY &
ELIZABETH S KOSTELNY JT TEN
3316 LOXLEY RD
RICHMOND, VA 23227-4721

97586   0062167-00   S#0002395
DALE MARGARET CENDALI
14 OLD RD LANE
MT KISCO, NY 10549

97586   0062169-00   S#0009123
DALE O TADELMAN CUST
ROBB A TADELMAN
3795 ANJOU LN
HOFFMAN ESTATES, IL 60195-1610

97586   0062170-00   S#0009028
DALE P SPEEL CUST
JOSHUA P SPEEL
1137 AUBURN LANE
BUFFALO GROVE, IL 60089

97586   0062171-00   S#0004501
DALE R SPAULDING CUST
ANDREW MICHAEL SPAULDING
2561 FARMCREST DR APT 1007
HERNDON, VA 20171-3139

97586   0062172-00   S#0008008
DALE RAINES &
MONICA RAINES
1565 GRANGE
TRENTON, MI 48183

97586   0062173-00   S#0009456
DALE ROTZ
353 SUMTER
BELLEVILLE, IL 62221

97586   0062174-00   S#0012720
DALLAS M FAULKNER
2059 MIDDLEFIELD AVE
STOCKTON, CA 95204

97586   0062175-00   S#0002256
DALLAS T RAGUSA
C/O THUNDERHORSE & SKY
22 JEFFERSON BLVD
STATEN ISLAND, NY 10312

97586   0062176-00   S#0009940
DALMER HUNTER CUST FOR
MICHAEL LONG
2003 BLUEBIRD STREET
SLIDELL, LA 70460

97586   0062177-00   S#0005665
DAMIAN CANTERINI
1245 RIDGECREST LN
SMYRMA, GA 30080

97586   0062178-00   S#0012052
DAMON WARDLOW
6200 CLIFFWOOD COURT
BAKERSFIELD, CA 93306

97586   0062179-00   S#0011706
DAN A HAMMONDS
11550 CAMINITO LA BAR APT 117
SAN DIEGO, CA 92126-6805

97586   0062180-00   S#0003323
DAN BYTHEWOOD
189 TERRACE LN
OYSTER BAY, NY 11771-2809

97586   0062181-00   S#0010785
DAN CAMPBELL &
KATHLEEN CAMPBELL
JT TEN
644 W MOON VALLEY DR
PHOENIX, AZ 85023-6233

97586   0062182-00   S#0008310
DAN CAWREY
1710 LITTLE DRIVE
HORTON, MI 49246

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062183-00   S#0001169
DAN CURTO
25 THUNDERHEAD PLACE
MAHWAH, NJ 07430

97586    0062184-00   S#0008642
DAN G GRIMMER
322 PINE ST BOX 64
HORTONVILLE, WI 54944

97586    0062186-00   S#0009705
DAN G GRIMMER CUST
ANDY T GRIMMER
322 PINE ST BOX 64
HORTONVILLE, WI 64944

97586    0062185-00   S#0008641
DAN G GRIMMER CUST
MADDY M GRIMMER
322 PINE ST BOX 64
HORTONVILLE, WI 54944

97586    0062187-00   S#0009335
DAN HENDRICKSON
325 MOHAWK
BOURBONAIS, IL 60914

97586    0062188-00   S#0009811
DAN HOLLADAY &
SHARON HOLLADAY
JT TEN
5813 E 17TH
WICHITA, KS 67208

97586    0062189-00   S#0000648
DAN INTERLANDI
30 FENWICK STREET
HARTFORD, CT 06114

97586    0062190-00   S#0004499
DAN MOORE
46583 CARLYLE CT
STERLING, VA 20165

97586    0062191-00   S#0011517
DAN MOXHAM C/F BRIAN MOXHAM
4717 ELSPETH WAY
COVINA, CA 91722

97586    0062192-00   S#0010276
DAN OSHMAN CUST
ANDREW C OSHMAN TX UTMA
3450 PARK HOLLOW
HOUSTON, TX 76109

97586    0062193-00   S#0012515
DAN SHIMIZU
404 OAHU COURT
SAN RAMON, CA 94583

97586    0062194-00   S#0000976
DAN TASHIMA
308 MAOLIS AVE
GLEN RIDGE, NJ 07028-2111

97586    0062195-00   S#0001949
DANA B FRIEDMAN
217 BROADWAY
SUITE 401
NEW YORK, NY 10007-2909

97586    0062196-00   S#0013218
DANA COVERT
9600 WATCHILL DR
BAINBRIDGE IS, WA 98110-2394

97586    0062197-00   S#0010498
DANA EDWARD RUSSELL
122 HAGGIN
SAN ANTONIO, TX 78210

97586    0062198-00   S#0005343
DANA HOLTON JENKINS
137 WILLOWOOD DR
HENDERSON, NC 27536-4859

97586    0062199-00   S#0003715
DANA JOHNSON
12 SHIRE OAKS DR
PITTSFORD, NY 14534-1515

97586    0062200-00   S#0006559
DANA L PATTON
1845 NE 23RD STREET
OCALA, FL 34470

97586    0062201-00   S#0006004
DANA SPEIGHT REED CUST
BRYAN REED
320 LESLIE LANE
LAKEMARY, FL 32746-3846

97586    0062202-00   S#0009855
DANE CHANDLER BARNHART CUST
BILL BARNHART UGMA NC
10414 HASCALL STREET
OMAHA, NE 68124

97586    0062203-00   S#0013005
DANE FERNANDEZ
1551 AULENA PL
HONOLULU, HI 96821

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062204-00    S#0011945<br>DANE L CLARK CUST<br>ROBERT CLARK<br>880 W HIGHLAND DR<br>CAMARILLO, CA 93010 | 97586    0062205-00    S#0011521<br>DANEE SAMONTE<br>2609 SEAMAN AVE<br>EL MONTE, CA 91733 | 97586    0000361-00    S#0000322<br>DANIEL & CIA<br>BANK OF BOSTON ACCT #501<br>PO BOX 3354<br>BOSTON, MA 02241-3354 |
| 97586    0062206-00    S#0006677<br>DANIEL A BROWN<br>238 LOWERY RD<br>BANKSTON, AL 35542 | 97586    0062207-00    S#0000238<br>DANIEL A CAPITUMINI<br>687 SARATOGA ST #2<br>EAST BOSTON, MA 02128-1512 | 97586    0062208-00    S#0001401<br>DANIEL A DICKHOLTZ<br>9 CANADIAN WOODS RD<br>MARLBORO, NJ 07746 |
| 97586    0062209-00    S#0004024<br>DANIEL A FINK III<br>1232 TOWNCREST RD<br>WILLIAMSPORT, PA 17701 | 97586    0062210-00    S#0002681<br>DANIEL A FLETHCHER CUST<br>DANIEL M FLETCHER<br>330 72ND ST<br>BROOKLYN, NY 11209 | 97586    0062211-00    S#0005396<br>DANIEL A PORTARO<br>1218 TERRY RD<br>DURHAM, NC 27712 |
| 97586    0000360-00    S#0003446<br>DANIEL A. GREEN<br>90 SMITH LANE<br>ACCORD, NY 12404 | 97586    0062212-00    S#0008134<br>DANIEL B COHEN<br>31510 ORCHARD CREEK<br>FARMINGTON HILLS, MI 48334-1382 | 97586    0062213-00    S#0011254<br>DANIEL B PAUL<br>1160 WEST RD<br>LA HABRA HEIGHTS, CA 90631-8631 |
| 97586    0062214-00    S#0011253<br>DANIEL B PAUL CUST<br>MICHAEL D PAUL<br>1160 WEST RD<br>LA HABRA HEIGHTS, CA 90631-8631 | 97586    T000001-00    S#0002066<br>DANIEL B RAPPORT<br>FRIEDMAN KAPLAN SEILER &ADELMAN LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019-6708 | 97586    0062215-00    S#0000799<br>DANIEL B ROSEN PH D CUST<br>JONATHAN G ROSEN<br>36 CHURCH RD<br>EASTON, CT 06612 |
| 97586    0062216-00    S#0001984<br>DANIEL BRAUN<br>265 LAFAYETTE ST<br>APT D-2<br>NEW YORK, NY 10012 | 97586    0062217-00    S#0005432<br>DANIEL C BRIENZA<br>1913 LOMBARDY CIR<br>CHARLOTTE, NC 28203 | 97586    0062218-00    S#0005273<br>DANIEL C BRIENZA CUST<br>MICHAEL CHRISTOPHER BRIENZA<br>4252 SADDLEWOOD FOREST DR<br>WINSTON SALEM, NC 27102 |
| 97586    0062219-00    S#0004900<br>DANIEL C DALY<br>9455 WILLIAM KIRK LANE<br>BURKE, VA 22015 | 97586    0062220-00    S#0008747<br>DANIEL C GARVEY<br>4218 LYNDALE AVE S<br>MINNEAPOLIS, MN 55409-1814 | 97586    0062221-00    S#0002294<br>DANIEL C MARQUART<br>1409 THIERIOT AVE<br>BRONX, NY 10460-3801 |
| 97586    0062222-00    S#0004373<br>DANIEL C WALTER &<br>LUCILLE M WALTER<br>JT TEN<br>RTE 1 BOX 8 E<br>KEMPTON, PA 19529-9702 | 97586    0062223-00    S#0001934<br>DANIEL CHRISTENSEN &<br>ELAINE GROVE CHRIDTENDEN J<br>16 WAVERLY PL<br>NEW YORK, NY 10003 | 97586    0062224-00    S#0001935<br>DANIEL CHRISTENSEN CUST<br>JAMES CHRISTENSEN<br>16 WAVERLY PL<br>NEW YORK, NY 10003 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0062225-00   S#0001931
DANIEL CHRISTENSEN CUST
WILLIAM CHRISTENSEN
16 WAVERLY PL
NEW YORK, NY 10003

97586    0062226-00   S#0004503
DANIEL CHRISTIAN ROBEY
138 PROSPECT DR SW
LEESBURG, VA 20175-3523

97586    0062227-00   S#0001199
DANIEL CUPL
54 ELDER CT
WAYNE, NJ 07470

97586    0062228-00   S#0012004
DANIEL D MC GUIRE &
E IRENE MC GUIRE
BOX 263
EXETER, CA 93221

97586    0062229-00   S#0004816
DANIEL DAVID URTON
1042 ARBORWOOD PLACE
BALTIMORE, MD 21226

97586    0062230-00   S#0012454
DANIEL DELIRAMICH &
MARY T DELIRAMICH TTEES
OF THE DELIRAMICH FAMILY TRUST
4399 ARCADIAN DR
CASTRO VALLEY, CA 94546-1003

97586    0062231-00   S#0010775
DANIEL E KATES
4238 N 35TH ST
PHOENIX, AZ 85018-4706

97586    0062232-00   S#0009220
DANIEL E KELLY CUST
SEAN D KELLY
229 ASHLEY CT
OSWEGO, IL 60543

97586    0062233-00   S#0010841
DANIEL EDWARD HARRISON
5806 E GRAND VIEW
SCOTTSDALE, AZ 85254

97586    0062234-00   S#0005453
DANIEL F FLANAGAN &
JOANNE FLANAGAN JT TEN
7305 OLD WATT LANE
CHARLOTTE, NC 28273

97586    0062235-00   S#0000593
DANIEL F LAMONT
446 PARK RD
RIVERTON, CT 06065

97586    0062236-00   S#0008928
DANIEL F NOVAK &
HELEN E NOVAK JT TEN
521 WINSTON DR
DEERFIELD, IL 60015-3656

97586    0062237-00   S#0002123
DANIEL FISHMAN
100 RIVERSIDE DR
NEW YORK, NY 10024-4822

97586    0062238-00   S#0007575
DANIEL G BRENNAN
4198 GETTYSBURG PITTSBURG RD
ARCANUM, OH 45304

97586    0062239-00   S#0010259
DANIEL G FERGUSON
1700-C OAK CREEK LANE
BEDFORD, TX 76022

97586    0062240-00   S#0003904
DANIEL G KOVAC CUST
JACOB KOVAC
1250 DIVISION ST
NO. HUNTINGDON, PA 15642

97586    0062241-00   S#0001045
DANIEL GLICKICH &
MARGUERITE GLICKICH JTTEN
1 DE FOREST AVENUE
N PLAINFIELD, NJ 07062

97586    0062242-00   S#0011427
DANIEL GLUCK CUST
BRIAN GLUCK
24766 ELIAT ST
WOODLAND HILLS, CA 91367

97586    0062243-00   S#0003543
DANIEL GREENOUGH
45 ROUTE 46
FULTON, NY 13069

97586    0062244-00   S#0000266
DANIEL GUTIERREZ
21 STURGES ST
MEDFORD, MA 02155-1023

97586    0062245-00   S#0000681
DANIEL HEAPHY
1 HEMPSHIRE PL
CROMWELL, CT 06416

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062246-00   S#0006636<br>DANIEL HOLTON ROBB CUST<br>A/C/F SEAN PATRICK ROBB<br>1743 BOATSWAINS PL<br>PALM CITY, FL 34990-4209 | 97586    0062247-00   S#0004664<br>DANIEL HOROWITZ<br>1019 N NOYES DR<br>SLIVER SPRING, MD 20910 | 97586    0062248-00   S#0002411<br>DANIEL J BRADY<br>256 LAKE SHORE DR<br>PUTNAM VALLEY, NY 10579 |
| 97586    0062249-00   S#0004937<br>DANIEL J COURAIN CUST<br>DANIEL JOHN COURAIN IV<br>3117 NESTLEWOOD DR<br>HERNDON, VA 22071 | 97586    0062250-00   S#0002544<br>DANIEL J FINORE<br>3 TEHEISE TER<br>NEW CITY, NY 10956-2827 | 97586    0062251-00   S#0009232<br>DANIEL J MCCULLOUGH<br>5 S 209 ALLISTER LN<br>NAPERVILLE, IL 60563 |
| 97586    0062252-00   S#0007905<br>DANIEL J RODOLFO<br>29157 BIRCHCREST<br>WARREN, MI 48093-2472 | 97586    0062253-00   S#0008668<br>DANIEL J SHOWALTER SR<br>1373 BURNS AVE<br>SAINT PAUL, MN 55106 | 97586    0062254-00   S#0013553<br>DANIEL JOHN PICKARD<br>535 JEFFREYBROOK DRIVE<br>LONDON, ON N5X 2S3<br>CANADA |
| 97586    0062255-00   S#0012489<br>DANIEL JOHN SUMMA<br>5816 CORTE MARGARITA<br>PLEASANTON, CA 94566 | 97586    0062256-00   S#0008100<br>DANIEL K JACOBS<br>JANE L JACOBS<br>JT TEN<br>6890 DRAKE<br>WEST BLOOMFIELD, MI 48322 | 97586    0062257-00   S#0007804<br>DANIEL L CLANCY &<br>KATHLEEN D CLANCY<br>1400 TUPMAN RD<br>EVANSVILLE, IN 47720-3331 |
| 97586    0062258-00   S#0009336<br>DANIEL L HENDRICKSON<br>325 MOHAWK DR<br>BOURBONNAIS, IL 60914-1353 | 97586    0062259-00   S#0010296<br>DANIEL L HENNEKE<br>PO BOX 311<br>STEPHENVILLE, TX 76401-0311 | 97586    0062260-00   S#0005383<br>DANIEL L HOPPING CUST<br>DANIEL A HOPPING<br>2305 HOVIS CT<br>RALIEGH, NC 27615 |
| 97586    0062261-00   S#0008082<br>DANIEL L KILE JR<br>421 SHELLBOURNE DR<br>ROCHESTER, MI 48309-1161 | 97586    0062262-00   S#0009883<br>DANIEL L MCCLUNG CUST<br>ANDREW L MCCLUNG<br>2210 W GARFIELD<br>LINCOLN, NE 68522 | 97586    0062263-00   S#0012219<br>DANIEL L SWEENEY<br>3 IRVING AVE<br>ATHERTON, CA 94027 |
| 97586    0062264-00   S#0009533<br>DANIEL LENTES<br>54 HIGHLAND PARK<br>CHESTERFIELD, MO 63017 | 97586    0062265-00   S#0001294<br>DANIEL LIBUTTI<br>395 CHELSEA ST<br>PARAMUS, NJ 07652 | 97586    0062266-00   S#0004574<br>DANIEL LICHTMAN<br>924 FARM HAVEN DR<br>ROCKVILLE, MD 20852 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062267-00   S#0011825<br>DANIEL M BRAUN &<br>TRUDY K BRAUN JT TEN<br>9172 KAHULUI DR<br>HUNTINGTON BEACH, CA 92646 | 97586    0062268-00   S#0005414<br>DANIEL M DRUMMOND<br>SURFSIDE PLAZA SHOPPING CTR<br>BOX 759<br>NAGS HEAD, NC 27959 | 97586    0062269-00   S#0003846<br>DANIEL MCQUAIDE CUST<br>RYAN D MCQUAIDE<br>361 POINTVIEW RD<br>PITTSBURGH, PA 15227 |
| 97586    0062270-00   S#0001357<br>DANIEL MEISTER<br>188 OVERBROOK DR<br>FREEHOLD, NJ 07728 | 97586    0062271-00   S#0006100<br>DANIEL MUKAMAL<br>3021 N 34 STREET<br>HOLLYWOOD, FL 33021 | 97586    0062272-00   S#0001279<br>DANIEL NAUGHTON &<br>BARBARA NAUGHTON JT TEN<br>14 PATTON ST<br>LODI, NJ 07644 |
| 97586    0062273-00   S#0009189<br>DANIEL P CERNEY &<br>TINA M CERNEY<br>JT TEN<br>6304 MAC ARTHUR DR<br>WOODRIDGE, IL 60517 | 97586    0062274-00   S#0004044<br>DANIEL P COUGHLIN CUST<br>JAMES EDWARD COUGHLIN<br>1712 W NORTH ST<br>BETHLEHEM, PA 18018 | 97586    0062275-00   S#0008667<br>DANIEL P GREGOR<br>1016 IGLEHART AVE<br>SAINT PAUL, MN 55104-5428 |
| 97586    0062276-00   S#0007722<br>DANIEL P HANN CUST<br>RYAN W HANN<br>1814 W HOBART COURT<br>WARSAW, IN 46580 | 97586    0062277-00   S#0013069<br>DANIEL P HEFFERNAN<br>5326 NE HOYT ST APT C<br>PORTLAND, OR 97213 | 97586    0062279-00   S#0002954<br>DANIEL P LUKAN<br>6069 PUTNAM AVE<br>RIDGEWOOD, NY 11385-4529 |
| 97586    0062280-00   S#0005023<br>DANIEL P PETERSON CUST<br>KIRK PETERSON<br>HCR BOX 1075 LOW<br>LOCUST GROVE, VA 22508 | 97586    0062281-00   S#0003175<br>DANIEL P RICHICHI<br>1253 SAXON AVE<br>BAYSHORE, NY 11706 | 97586    0062282-00   S#0008257<br>DANIEL POWELLCUST<br>NATHAN J POWELL<br>220 W DEERFIELD<br>MT PLEASANT, MI 48858 |
| 97586    0062283-00   S#0008553<br>DANIEL R ARNOLD<br>209 B SOUTH KLEIN STREET<br>WAUNAKEE, WI 53597 | 97586    0062284-00   S#0000846<br>DANIEL R BERSON CUST<br>DANIEL PAUL BERSON<br>37 HOLLANDALE RD<br>DANBURY, CT 06811-3016 | 97586    0062285-00   S#0003740<br>DANIEL REEDY CUST<br>GRACE REEDY<br>34 CIDER CREEK CIRCLE<br>ROCHESTER, NY 14616 |
| 97586    0062286-00   S#0011438<br>DANIEL ROEBUCK &<br>KELLY ROEBUCK<br>JT TEN<br>BOX 950-597<br>MISSION HILLS, CA 91395-0597 | 97586    0062287-00   S#0013303<br>DANIEL SCANLAND CUST<br>KAREN CHAPMAN UGMA WA<br>1106 STARTLING ST<br>STELLACOOM, WA 98388 | 97586    0062288-00   S#0000421<br>DANIEL SETH ABRAMS<br>119 WOODBURY AVE<br>PROVIDENCE, RI 02906 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062289-00   S#0006408<br>DANIEL TORONY<br>BOX 904<br>VALRICO, FL 33594 | 97586   0062290-00   S#0003744<br>DANIEL TORONY CUST<br>LISA VERZILLO<br>35 SMUGGLERS LN<br>ROCHESTER, NY 14617 | 97586   0062291-00   S#0010830<br>DANIEL TORRENS<br>536 SOUTH OAK STREET<br>GILBERT, CA 85234 |
| 97586   0062292-00   S#0000057<br>DANIEL V FITZGIBBON<br>16 SURREY RD<br>SPRINGFIELD, MA 01118 | 97586   0062293-00   S#0010761<br>DANIEL V GARCIA<br>4776 S QUAIL POINT DR<br>SALT LAKE CITY, UT 84124 | 97586   0062294-00   S#0001408<br>DANIEL W PERKINS<br>40 DEERFIELD LANE<br>ABERDEEN, NJ 07747 |
| 97586   0062295-00   S#0007928<br>DANIEL W TRAP<br>3120 DOLPH DR<br>ANN ARBOR, MI 48103-2067 | 97586   0062296-00   S#0001051<br>DANIEL WALSH<br>416 LINCOLN AVE<br>RUTHERFORD, NJ 07070 | 97586   0062297-00   S#0004048<br>DANIEL WERTZ CUST<br>CHRISTOPHER D WERTZ<br>2735 N DELAWARE DR<br>EASTON, PA 18042 |
| 97586   0062298-00   S#0000099<br>DANIEL Y CHOI<br>58 FRATERNAL AVE<br>WORCESTER, MA 01606 | 97586   0062299-00   S#0011754<br>DANIELLE DAY SHORTLIDGE<br>2938 N ORANGE AVE<br>RIALTO, CA 92377-8105 | 97586   0062300-00   S#0002254<br>DANIELLE MARIA NARDUCCI<br>223 RIDGEWOOD AVE<br>STATEN ISLAND, NY 10312 |
| 97586   0062301-00   S#0009809<br>DANIELLE N HOLLADAY<br>5813 E 17TH<br>WICHITA, KS 67208 | 97586   0000368-00   S#0006766<br>DANKA INDUSTRIES<br>725 MELPARK DRIVE<br>NASHVILLE, TN 37204 | 97586   0062302-00   S#0010063<br>DANNEY B LOOPER CUST FOR<br>BARTON JOHN LOOPER OK/UTMA<br>6508 DULANE DR<br>OKLAHOMA CITY, OK 73132 |
| 97586   0062303-00   S#0005464<br>DANNY E STEEN<br>BOX 327<br>HAMLET, NC 28345 | 97586   0062304-00   S#0009284<br>DANNY ESPOSITO &<br>EDWARD ESPOSITO<br>6608 N OCONTO<br>CHICAGO, IL 60631 | 97586   0062305-00   S#0011054<br>DANNY FINGEGOOD CUST<br>MATTHEW FINEGOOD<br>2266 CHISELHURST DR<br>LOS ANGELES, CA 90027 |
| 97586   0062306-00   S#0007651<br>DANNY J BRUNELLE CUST<br>JEDEDIAH W JOHNSON<br>444 N BELMAR<br>INDIANAPOLIS, IN 46219 | 97586   0062307-00   S#0013296<br>DANNY NARATH A/C FOR<br>AMY NARATH<br>1712 SE FENTON<br>PORT ORCHARD, WA 98366 | 97586   0062308-00   S#0013297<br>DANNY NARATH CUST<br>AMY NARATH<br>1712 SE FENTON<br>PORT ORCHARD, WA 98366 |
| 97586   0062309-00   S#0008004<br>DANNY OLSON<br>11601 DUDLEY<br>TAYLOR, MI 48180 | 97586   0062310-00   S#0009724<br>DANNY R CHERRY &<br>NELTA L CHERRY<br>224 W 6TH ST<br>FULTON, MO 65251-2628 | 97586   0062311-00   S#0009654<br>DANNY R SEABAUGH &<br>MARILYN SEABAUGH JT TEN<br>1205 BEL AIR DR<br>JACKSON, MO 63755 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000969-00   S#0002860<br>DANON, MELISA<br>21119 41ST AVE<br>BAYSIDE, NY 11361 | 97586   0062312-00   S#0011396<br>DANTE ACOSTA &<br>CAROLYN B ACOSTA<br>15102 JULIANNE COURT<br>SANTA CLARITA, CA 91351-4419 | 97586   0062313-00   S#0000951<br>DARA SHAPIRO CUST<br>AARON SHAPIRO<br>419 AURORA AVE<br>CLIFFSIDE PK, NJ 07010 |
| 97586   0062314-00   S#0012448<br>DARAYUS P ENGINEER<br>27514 STROMBERG COURT<br>HAYWARD, CA 94545 | 97586   0062315-00   S#0007760<br>DARCEY B THOMAS<br>3441 COUNTRY LANE NE<br>LANESVILLE, IN 47136 | 97586   0062316-00   S#0010466<br>DARELL A CLEM CUST<br>COY A CLEM<br>BOX 863<br>MONT BELVIEU, TX 77580-0863 |
| 97586   0062317-00   S#0000244<br>DAREN SMITH &<br>CHARLES STUART<br>612 CAMBRIDGE ST<br>ALLSTON, MA 02134 | 97586   0062318-00   S#0011142<br>DARIA BROOKS<br>14408 CLYMAR AVE<br>COMPTON, CA 90220 | 97586   0062319-00   S#0004390<br>DARIOUSH JAIHOURI<br>17 CRAIG RD<br>BEAR, DE 19701-1125 |
| 97586   0062320-00   S#0007708<br>DARKO PLAVSA &<br>JILL PLAVSA<br>1903 SHERMAN ST<br>SCHERERVILLE, IN 46375 | 97586   0062321-00   S#0004141<br>DARLE DIGNEY CUST<br>COLE PATRICK DIGNEY<br>135 PINE RUN DR<br>HOLLAND, PA 18966 | 97586   0062322-00   S#0004134<br>DARLE DIGNEY CUST<br>DENNIS C JEFFERSON III<br>586 LINTON HILL RD<br>NEWTOWN, PA 18940 |
| 97586   0062323-00   S#0009694<br>DARLENE A MCCLINTOCK &<br>JERRY D MCCLINTOCK JTTEN<br>RR 1 BOX 84<br>KING CITY, MO 64463 | 97586   0062324-00   S#0000278<br>DARLENE FRIZZELL &<br>MARK FRIZZELL<br>1207 BOYLSTON ST<br>NEWTON, MA 02164-1005 | 97586   0062325-00   S#0008190<br>DARLENE K DOUGLAS CUST<br>MATHEW DOUGLAS<br>2199 BOWERS<br>LAPEER, MI 48423 |
| 97586   0062326-00   S#0003513<br>DARLENE MARCHETTI CUST<br>NICHOLAS MARCHETTI<br>RFD 1 BOX 1045<br>WHITEHALL, NY 12887 | 97586   0062327-00   S#0005584<br>DARLENE S MURPHREE CUST<br>F/B/O JEREMY T MURPHREE<br>106 COLUMBIA CIRCLE<br>GREENVILLE, SC 29607 | 97586   0062328-00   S#0010773<br>DARRELL F IHNS<br>6115 N 12TH WAY<br>PHOENIX, AZ 85014 |
| 97586   0062329-00   S#0009755<br>DARRELL G KELLEY<br>820 S SHERIDAN<br>OLATHE, KS 66061 | 97586   0062330-00   S#0003653<br>DARRELL JOHNSON<br>327 CAMBRIDGE AVENUE<br>BUFFALO, NY 14215-3150 | 97586   0062331-00   S#0005368<br>DARRELL M LUDLOW<br>211 RIDGEWOOD DR<br>APT 908<br>RALEIGH, NC 27609-3774 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062332-00   S#0009873
DARRELL SOVEREIGN CUST
SARAH E SOVEREIGN
5668 SAYLOR
LINCOLN, NE 68506

97586   0062333-00   S#0009874
DARRELL SOVEREIGN CUST
ZACHARY J SOVEREIGN
5668 SAYLOR
LINCOLN, NE 68506

97586   0062334-00   S#0012948
DARRELL T YOSHIOKA &
FLORENCE P YOSHIOKA
JT TEN
28 IKENA PL
HILO, HI 96720

97586   0062335-00   S#0013622
DARRELL WAVRYK
724 LINDEN AVENUE
VICTORIA, BC V8V 4G7
CANADA

97586   0062336-00   S#0010094
DARREN L JOHNSON
1121 N 15TH
COLLINSVILLE, OK 74021

97586   0062337-00   S#0010790
DARRON KOLOMONA LAZARO CUST
GEORGE CALVIN BIGGS
10650 N 44TH CT
PHOENIX, AZ 85028

97586   0062338-00   S#0012589
DARRYL A HART ACF
ALEXANDER L HART U/CA/UTMA
25 ROCKLYN COURT
CORTE MADERA, CA 94925-1527

97586   0062339-00   S#0006506
DARRYL C CASANUEVA &
CAROL W CASANUEVA JT TEN
21269 GIDDINGS RD
PT CHARLOTTE, FL 33952

97586   0062340-00   S#0005772
DARRYL EDWARD SCHWARTZ
2229 FISHER TRL NE
ATLANTA, GA 30345-3432

97586   0062341-00   S#0006660
DARRYL ELWIN MACON
628 24TH AVE NW
BIRMINGHAM, AL 35215-3110

97586   0062342-00   S#0013512
DARRYL MABINI
16 HUNTS DRIVE
DUNDAS, ON L9H 6J1
CANADA

97586   0062343-00   S#0005568
DARRYL ROBIN FELKEL
421 EASTOVER CIRCLE
SUMMERVILLE, SC 29483

97586   0062344-00   S#0007305
DARRYL STOVALL CUST
KRISTINA STOVALL
13415 CORMERE AVE
CLEVELAND, OH 44120

97586   0062345-00   S#0009143
DARRYL V JONES
139 W 155TH
HARVEY, IL 60426

97586   0000375-00   S#0009239
DARTEK COMPUTER SUPPLY
PO BOX 4135
NAPERVILLE, IL 60567-4135

97586   0062346-00   S#0007934
DARWIN L SHUTES &
DORIS E SHUTES &
VANCE LEONARD SHUTES
2781 DALEVIEW DR
ANN ARBOR, MI 48105

97586   0062347-00   S#0011899
DARYL K TALLON CUST
RACHEL LEIGH TALLON
12432 RANCHWOOD RD
SANTA ANA, CA 92705-3396

97586   0000266-00   S#0001627
DATTOLO, CHRISTINE E
14 BLACKHAWK CT
MEDFORD, NJ 08055-9382

97586   0020994-00   S#0000260
DAV EL LOS ANGELES INC
ATTN: JERRIE HESLOV
200 SECOND ST
CHELSEA, MA 02150

97586   0000380-00   S#0000261
DAV-EL RESERVATION SYSTEM INC
200 2ND ST
CHELSEA, MA 02150-1802

97586   0000381-00   S#0000262
DAV-EL RESERVATIONS SYSTEM INC
200 2ND ST
CHELSEA, MA 02150-1802

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0062348-00    S#0013244
DAVE FREEMAN
EMPLOYEE ACCOUNT
10611 39TH AVE SW
SEATTLE, WA 98146

97586    0062349-00    S#0003797
DAVE J RICH
1807 N VILLA DR
GIBSONIA, PA 15044

97586    0062350-00    S#0003796
DAVE J RICH JR
1807 N VILLA DR
GIBSONIA, PA 15044

97586    0062351-00    S#0010787
DAVE LATHROP
20608 N 5TH VE
PHOENIX, AZ 85027

97586    0062352-00    S#0007116
DAVE ROBERTS
816 COTTAGE DR
OWENSBORO, KY 42301

97586    0062353-00    S#0009703
DAVE SMITH CUST
SPENCER S SMITH
6200 S BROOKWOOD
JOPLIN, MO 64804

97586    0062354-00    S#0012050
DAVE WARDLOW
6200 CLIFFWOOD COURT
BAKERSFIELD, CA 93306

97586    0062355-00    S#0012049
DAVE WARDLOW CUST
ERIC BULLARD
6200 CLIFFWOOD COURT
BAKERSFIELD, CA 93306

97586    0062356-00    S#0012053
DAVE WARDLOW CUST
ZACHARY LEE WARDLOW
6200 CLIFFWOOD COURT
BAKERSFIELD, CA 93306

97586    0001129-00    S#0002613
DAVI, PAUL
1111 GOULD ST
NEW HYDE PARK, NY 11040

97586    0062357-00    S#0003921
DAVID A BENSON
DONNA M BENSON JT TEN
214 TOWER ROAD
JAMESTOWN, PA 16134

97586    0062358-00    S#0012817
DAVID A BOUGHTON
635 RADCLIFFE
DAVIS, CA 95616-1011

97586    0062359-00    S#0008917
DAVID A CEDERBERG
4 MIDDLEBURG RTE 7
BARRINGTON HILLS, IL 60010-7626

97586    0062360-00    S#0006566
DAVID A CYRIL
5741 SE 22ND PL
OCALA, FL 34471-5855

97586    0062361-00    S#0009150
DAVID A DAVISSON CUST
KEVIN A DAVISSON
2214 BROOKWOOD COURT
JOLIET, IL 60435

97586    0062362-00    S#0010599
DAVID A FRIED CUST
DANIELLE FRIED
10571 E ORCHARD PL
ENGLEWOOD, CO 80111

97586    0062363-00    S#0007546
DAVID A GIRMANN
3377 KEYWEST DR
CINCINNATI, OH 45239

97586    0062364-00    S#0000645
DAVID A HOULDCROFT
131 STONE HEDGE DR
NEWINGTON, CT 06111

97586    0062365-00    S#0004388
DAVID A JANISZEWSKI CUST
JESSICA L JANISZEWSKI
23 DORCHESTER DR
WYOMISSING, PA 19610-1811

97586    0062366-00    S#0001438
DAVID A KELLY CUST
ACF JOHN M KELLY
523 SHREWSBURY AVE
OCEANPORT, NJ 07757-1443

97586    0062367-00    S#0006686
DAVID A LAWHEAD
PO BOX 444
RUSSELLVILLE, AL 35653

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062370-00    S#0005995
DAVID A LOFVERS CUST
JEFFREY W LOFVERS FL/UTMA
631 RIVERVIEW AVENUE
ALTAMONTE SPRGS, FL 32714

97586    0062368-00    S#0005994
DAVID A LOFVERS CUST
MICHAEL J LOFVERS FL/UTMA
631 RIVERVIEW AVE
ALTAMONTE SPRGS, FL 32714

97586    0062369-00    S#0005993
DAVID A LOFVERS CUST
STEPHEN R LOFVERS FL/UTMA
631 RIVERVIEW AVE
ALTAMONTE SPRGS, FL 32714

97586    0062371-00    S#0000987
DAVID A PALUKAITIS
14 ROSE ST
LINCOLN PARK, NJ 07035

97586    0062372-00    S#0011368
DAVID A RUSSOMANNO
207 HIRAM AVE
NEWBURY PARK, CA 91320-3217

97586    0062373-00    S#0003981
DAVID A SEAY
2414 LOGAN ST
HARRISBURG, PA 17110

97586    0062374-00    S#0009468
DAVID A SLIMENT &
KATHLEEN L SLIMENT
JT TEN
6601 BEIL RD
MILLSTADT, IL 62260

97586    0062375-00    S#0000431
DAVID A SPATOLA
98 HINES FARM RD
CRANSTON, RI 02921

97586    0062377-00    S#0009529
DAVID ALTMAN
15671 HESTER ST
CHESTEFIELD, MO 63017

97586    0062378-00    S#0002915
DAVID ANTHONY SEGROVE &
JENNIFER L SEGROVE
98-50 67TH AVE APT 4A
FOREST HILLS, NY 11374-4958

97586    0062379-00    S#0011546
DAVID B BACKHAUS
837 WEST 4TH STREET
ONTARIO, CA 91762

97586    0062380-00    S#0010867
DAVID B EDWARDS
7832 S STANLEY PL
TEMPE, AZ 85284

97586    0062381-00    S#0002539
DAVID B LEITNER
205 TREETOP CIRCLE
NANUET, NY 10954-1021

97586    0062382-00    S#0007393
DAVID B SULLIVAN &
MILDRED SULLIVAN
JT TEN
3535 ERHART RD
LITCHFIELD, OH 44253

97586    0062383-00    S#0003731
DAVID B SWEET
328 E MAIN ST #422
ROCHESTER, NY 14604

97586    0062384-00    S#0005236
DAVID B THOMPSON
3615 PIEDMONT RD
HUNTINGTON, WV 25704

97586    0062385-00    S#0013134
DAVID BEATTY
1330 LA LOMA DRIVE
MEDFORD, OR 97504-8611

97586    0062386-00    S#0008872
DAVID BICKERSTAFF
939 HARVARD
BILLINGS, MT 59102

97586    0062387-00    S#0005240
DAVID BLAIR
C/O MARIANNE BLAIR
38 FOREST HILLS
WEELING, WV 26003

97586    0062388-00    S#0011206
DAVID BOUIE &
EUNICE BOUIE
BOX 5457
INGLEWOOD, CA 90310-5457

97586    0062389-00    S#0009612
DAVID BOURN
3345 CAMBRIDGE
ST LOUIS, MO 63143

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0062390-00  S#0004500
DAVID BRAGG
701 GENTLE BREEZE CT
HERNDON, VA 20170-3909

97586    0062391-00  S#0008562
DAVID BRIAN RICHE
4922 PAUL AVE
MADISON, WI 53711

97586    0062392-00  S#0010215
DAVID BUCHANAN
3800 SPRING VALLEY 224
ADDISON, TX 75244

97586    0062393-00  S#0012818
DAVID BUI
BOX 73
DAVIS, CA 95617-0073

97586    0062394-00  S#0013346
DAVID BUNTING C/J
N HENRI BUNTING UGMA WA
E 2311 17TH AVE
SPOKANE, WA 99223

97586    0062395-00  S#0007630
DAVID BURL SCURLOCK &
JENNIFER SCURLOCK
6512 MALLARD LNDG
FISHERS, IN 46038-4642

97586    0062396-00  S#0012248
DAVID C BROWN
476A BEECH AVE
SAN BRUNO, CA 94066

97586    0062397-00  S#0011883
DAVID C CONNAIR CUST
CHRISTOPHER CONNAIR
21591 HIDDEN BROOK
MISSION VIEJO, CA 92692

97586    0062398-00  S#0002957
DAVID C DUELKA &
SHARON M DUELKA
JT TEN
74-25 65TH ST
GLENDALE, NY 11385-6950

97586    0062399-00  S#0002507
DAVID C DURRWACHTER CUST FOR
TRAVIS E DURRWACHTER
NY UNIF GIFT MIN ACT
11 LEXINGTON AVENUE
SUFFERN, NY 10901

97586    0062400-00  S#0010224
DAVID C EDDINGS
5811 COPPERWOOD LN APT 1122
DALLAS, TX 75248-3507

97586    0062401-00  S#0012790
DAVID C GREEN
5918 ANSON DR
SANTA ROSA, CA 95409-3002

97586    0062402-00  S#0001690
DAVID C KRUMM JR
563 CENTRAL AVE
LINWOOD, NJ 08221

97586    0062403-00  S#0012409
DAVID C LOWE &
MARIANNE G LOWE JT TEN
4618 SPRINGWOOD WAY
CONCORD, CA 94521

97586    0062404-00  S#0007455
DAVID C PURVIS CUST
KEELY N PURVIS
757 HAMILTON AVE
WOOSTER, OH 44691-2711

97586    0062405-00  S#0000926
DAVID C ROSCISZEWSKI
85 W 45TH ST
BAYONNE, NJ 07002

97586    0062406-00  S#0011698
DAVID C SCHIMMEL
7826 MISSION MONTANA PL
SAN DIEGO, CA 92120-1543

97586    0062407-00  S#0009578
DAVID C SIMPSON
3848 RUSSELL
ST LOUIS, MO 63110

97586    0062408-00  S#0006219
DAVID C SNYDER
3721 NW 62ND AVE
MIAMI, FL 33166-7040

97586    0062409-00  S#0006218
DAVID C SNYDER &
LINDA A SNYDER JT TEN
3721 NW 62ND AVE
MIAMI, FL 33166

97586    0062410-00  S#0007246
DAVID CAMPBELL SR &
MARY V CAMPBELL JTTEN
413 TIMBERIDGE TRL
GATE MILLS, OH 44040

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0021232-00   S#0012870
DAVID CANDY CO INC
ATTN: FRED DAVID
1015 R ST
SACRAMENTO, CA 95814

97586    0062411-00   S#0013330
DAVID CHAMBERLAIN
12012 N E 95TH STREET - STE 604
VANCOUVER, WA 98682

97586    0062412-00   S#0005633
DAVID CHITWOOD
5486 OLD DIXIE HIGHWAY
FOREST PARK, GA 30050

97586    0062413-00   S#0001500
DAVID COHEN CUST
MICHAEL COHEN
123 SHADY LANE
RANDOLPH, NJ 07869-4828

97586    0062414-00   S#0001501
DAVID COHEN CUST
PHILIP ABRAMSON
123 SHADY LANE
RANDOLPH, NJ 07869-4828

97586    0062415-00   S#0012749
DAVID COLE
BOX 7509
STOCKTON, CA 95267

97586    0062416-00   S#0003304
DAVID COMINSKY
166 BREWSTER RD
MASSAPEQUA, NY 11758

97586    0062417-00   S#0004666
DAVID CONKLIN
721 DALE DR
SILVER SPRING, MD 20910-4252

97586    0062418-00   S#0005483
DAVID CONNELLY
257 CAMELOT DR
MORGANTON, NC 28655

97586    0062419-00   S#0006385
DAVID CRUM CUST
DAVID GIUSEFFI-CRUM
1963 SW 16TH ST
BOCA RATON, FL 33486

97586    0062420-00   S#0006386
DAVID CRUM CUST
GINA GIUSEFFI-CRUM
1963 SW 16TH ST
BOCA RATON, FL 33486

97586    0062421-00   S#0007302
DAVID CURRAN CUST
CAROLYN CURRAN
4049 MEADOWBROOK BLVD
CLEVELAND, OH 44118-3836

97586    0062422-00   S#0006536
DAVID CYRIL A/C/F/ CUST
JOHN ROSS THURMOND
2105 DATURA ST
SARASOTA, FL 34239

97586    0062423-00   S#0006535
DAVID CYRIL CUST
ALEXANDER MARTIN THURMOND
2105 DATURA ST
SARASOTA, FL 34239

97586    0062424-00   S#0006537
DAVID CYRIL CUST
JESSICA ELLEN THURMOND
2105 DATURA ST
SARASOTA, FL 34239

97586    0062425-00   S#0006534
DAVID CYRIL CUST
MARISSA ELLEN THURMOND
2105 DATURA ST
SARASOTA, FL 34239

97586    0062426-00   S#0002340
DAVID D BRUEN
BIRCH HILL RD
BREWSTER, NY 10509

97586    0062427-00   S#0009357
DAVID DECKER &
MARJEAN DECKER
309 N PILOT KNOB RD
GALENA, IL 61036-8802

97586    0062428-00   S#0003688
DAVID DEJOHN CUST
ANTHONY DEJOHN
332 ST CLAIR
GENEVA, NY 14456

97586    0062429-00   S#0003687
DAVID DEJOHN CUST
MATTHEW DEJOHN
332 ST CLAIR
GENEVA, NY 14456

97586    0062430-00   S#0005480
DAVID DOUGLAS WILSON
411 TREMONT CIR
LENOIR, NC 28645-4624

97586    0062431-00   S#0005019
DAVID DOWNEY
902 WOLFE STREET
FREDERICKSBURG, VA 22401

97586    0062432-00   S#0011713
DAVID DROPS
11360 PENANAOVA STREET
SAN DIEGO, CA 92129

97586    0062433-00   S#0009770
DAVID DUKE FRANCISCO
13005 ASH
LEAWOOD, KS 66209

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062434-00   S#0009072<br>DAVID E BRISTER<br>217 WEST NEPTUNE<br>DEKALB, IL 60115 | 97586    0062435-00   S#0000537<br>DAVID E COOLBETH<br>PO BOX 1653<br>BRATTLEBORO, VT 05302 | 97586    0062436-00   S#0005017<br>DAVID E FELLIN<br>5430 A BRADFORD COURT<br>ALEXANDRIA, VA 22311 |
| 97586    0062437-00   S#0002458<br>DAVID E JACOBSEN JR<br>534 BELLWOOD AVE<br>NORTH TARRYTOWN, NY 10591 | 97586    0062438-00   S#0009581<br>DAVID E MCELROY &<br>LEE V RAWLS<br>4254 E LEXINGTON<br>ST LOUIS, MO 63115 | 97586    0062439-00   S#0013156<br>DAVID E PETERSON<br>1287 SW 300TH PL<br>FEDERAL WAY, WA 98023 |
| 97586    0062440-00   S#0007738<br>DAVID E SCHLEINKOFER &<br>CHERYL A SCHLEINKOFER<br>5602 TUNBRIDGE CROSSING<br>FT WAYNE, IN 46815-8539 | 97586    0062441-00   S#0005576<br>DAVID E SMALARA<br>603 WAGON WHEEL RD<br>APT 101<br>MYRTLE BEACH, SC 29572 | 97586    0062442-00   S#0006159<br>DAVID E SUNBERG &<br>CAROLYN SUNBERG JT TEN<br>11077 NW 17 MANOR<br>CORAL SPRINGS, FL 33071 |
| 97586    0062443-00   S#0011513<br>DAVID E SWANSON &<br>KATHRYN C SWANSON<br>2794 SPRING MEADOW DR<br>CORONA, CA 91719 | 97586    0062444-00   S#0007757<br>DAVID E WILSON CUST FBO<br>BRANDON D WILSON<br>727 STRAWBERRY LANE<br>JEFFERSONVILLE, IN 47130 | 97586    0062445-00   S#0009642<br>DAVID EDWARD LYNCH<br>1400 HOWELL<br>CAPE GIRARDEAU, MO 63701 |
| 97586    0062446-00   S#0012126<br>DAVID EFRON &<br>ZACHARY EFRON JTTEN<br>930 MAYWOOD CT<br>ARROYO GRANDE, CA 93420 | 97586    0062447-00   S#0003998<br>DAVID F WYRWAS CUST<br>MATTHEW WYRWAS<br>183 LEADER HEIGHTS RD<br>YORK, PA 17403 | 97586    0062448-00   S#0004961<br>DAVID FATTAHIAN<br>7906 BUBBLING BROOK CIRCLE<br>SPRINGFIELD, VA 22153 |
| 97586    0062449-00   S#0001807<br>DAVID FENSTER CUST<br>ROBERT FENSTER<br>27 BUFFALO RUN<br>EAST BRUNSWICK, NJ 08816 | 97586    0062450-00   S#0012860<br>DAVID FLOOD CUST<br>CHRISTOPHER FLOOD<br>1452 LORIMER<br>ROSEVILLE, CA 95747 | 97586    0062451-00   S#0012861<br>DAVID FLOOD CUST<br>MICHAEL FLOOD<br>1452 LORIMER<br>ROSEVILLE, CA 95747 |
| 97586    0062452-00   S#0012649<br>DAVID FORD<br>21691 SANTA ANA RD<br>LOS GATOS, CA 95030-8973 | 97586    0062453-00   S#0013293<br>DAVID FREEHLING CUST<br>ZACHARY FREEHLING<br>22971 JEFFERSON POINT RD NE<br>KINGSTON, WA 98346 | 97586    0062454-00   S#0004779<br>DAVID FREIMAN<br>3316 OLD POST RD<br>BALTIMORE, MD 21208-3117 |
| 97586    0062455-00   S#0009968<br>DAVID FULLER<br>BOX 14690<br>BATON ROUGE, LA 70898-4690 | 97586    0062456-00   S#0013028<br>DAVID G SEBERT<br>16130 N.W. RAMONA DR<br>BEAVERTON, OR 97006 | |

Debtor:              Mafco Litigation Trust
Description:          Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0062457-00   S#0000471
DAVID G STABLER CUST
HENRY SOLSO STABLER
80 FELT RD
KEENE, NH 03431

97586    0062458-00   S#0003725
DAVID G YOW
734 SUGARCREEK TRAIL
WEBSTER, NY 14580

97586    0062459-00   S#0009437
DAVID G ZACHOW
721 S 15TH STREET
PO BOX 1111
MATTOON, IL 61938

97586    0062460-00   S#0008187
DAVID H BROWN
10497 WOODWARD AVE
BYRON, MI 48418

97586    0062461-00   S#0001206
DAVID H EISMAN &
HELEN C EISMAN
JT TEN
17 LANGDALE RD
WAYNE, NJ 07470-2452

97586    0062462-00   S#0013579
DAVID H LEUNG
9214 - 111AVENUE
EDMONTON, AB T5G 0A1
CANADA

97586    0062463-00   S#0012425
DAVID HAMAHASHI
35637 DANTE PL
FREEMONT, CA 94536

97586    0062464-00   S#0011973
DAVID HAMMON CUST
FBO KEVIN HAMMON
1420 VAQUERO DR
SIMI VALLEY, CA 93065

97586    0062465-00   S#0011972
DAVID HAMMON CUST
FBO TANIA HAMMON
1420 VAQUERO DR
SIMI VALLEY, CA 93065

97586    0062466-00   S#0008486
DAVID HAZARD &
JUDY HAZARD JT TEN
2457 N SHERMAN BLVD
MILWAUKEE, WI 53210

97586    0062467-00   S#0013398
DAVID HEARD
192 SUMMERLEAS ROAD
FERN TREE HILL
TASMANIA 7054
AUSTRALIA

97586    0062468-00   S#0010771
DAVID HIRSCH CUST
NATHAN HIRSCH
602 W OCTILLO
PHOENIX, AZ 85013

97586    0062469-00   S#0000446
DAVID HODES
131 HITCHING POST LANE
BEDFORD, NH 03102

97586    0062470-00   S#0010070
DAVID HOLT
11905 ROSEMEADE CT
OKLAHOMA, OK 73162

97586    0062471-00   S#0006699
DAVID HOLTKAMP &
STEPHANIE HOLTKAMP JT TEN
PO BOX 4221
HUNTSVILLE, AL 35815

97586    0062472-00   S#0003917
DAVID HUFFMAN
856 EVANSCITY RD
RENFREW, PA 16053

97586    0062473-00   S#0011286
DAVID HUGHES CUST
SARAH LEE HUGHES UTMA CA/21
213 NIETO AVE
LONG BEACH, CA 90803

97586    0062474-00   S#0011285
DAVID HUGHES CUST NICHOLAS
DAVID HUGHES UTMA CA/21
213 NIETO AVE
LONG BEACH, CA 90803

97586    0062475-00   S#0009144
DAVID I SCHOENEMAN CUST
AARON N SCHOENEMAN UTMA IL
1310 POPLAR COURT
HOMEWOOD, IL 60430

97586    0062476-00   S#0009145
DAVID I SCHOENEMAN CUST
JACOB R SCHOENEMAN UTMA IL
1310 POPLAR COURT
HOMEWOOD, IL 60430

97586    0062477-00   S#0000176
DAVID INNISS
35 LAUREL STREET
LYNN, MA 01905

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062478-00  S#0012633 | 97586   0062479-00  S#0012847 | 97586   0062480-00  S#0003022 |
| DAVID J AMMERMAN & | DAVID J BAKER CUST | DAVID J BREIER |
| ANDREA R S AMMERMAN JT TEN | ELIZABETH C BAKER | 1 EAST BEDELL STREET |
| 729 FAIRLANDS AVE | 744 SYRACUSE DR | FREEPORT, NY 11520 |
| CAMPBELL, CA 95008-6053 | VACAVILLE, CA 95687 | |
| | | |
| 97586   0062481-00  S#0010290 | 97586   0062482-00  S#0001422 | 97586   0062483-00  S#0008405 |
| DAVID J CERRETA | DAVID J DEIGERT | DAVID J FODGE CUST |
| SUMI KING JTTEN | 360 HARMONY ROAD | MATTHEW A FODGE |
| 4418 MARTINIQUE | MIDDLETOWN, NJ 07748 | BOX 1921 |
| WICHITA FALLS, TX 76308 | | IOWA CITY, IA 52244 |
| | | |
| 97586   0062484-00  S#0000545 | 97586   0062485-00  S#0004339 | 97586   0062486-00  S#0011728 |
| DAVID J HILL | DAVID J HIRSCH | DAVID J JONES |
| 17 BIRCH RD | 19 MULBERRY LANE | 10975 NEGLEY AVE |
| SHELBURNE, VT 05482-7235 | NORRISTOWN, PA 19401 | SAN DIEGO, CA 92131 |
| | | |
| 97586   0062487-00  S#0007981 | 97586   0062488-00  S#0003557 | 97586   0062489-00  S#0009086 |
| DAVID J KURLUK CUST | DAVID J MORGIA CUST | DAVID J MULKERIN |
| MATTHEW D KURILUK | DYLAN JORDAN MORGIA | 63 JACOBSEN |
| 16415 SUTTERS LANE | 347 W THIRD ST | GLENDALE HEIGHTS, IL 60139 |
| NORTHVILLE, MI 48167 | OSWEGO, NY 13126 | |
| | | |
| 97586   0062490-00  S#0007193 | 97586   0062491-00  S#0010469 | 97586   0062492-00  S#0012022 |
| DAVID J POLEK | DAVID J WALSH CUST | DAVID J ZIEGLER |
| 648 COELI DR | ALEXANDER JOHN WALSH | 114 VILLAGE WAY |
| TOLEDO, OH 43612 | 2206 CHASSE BEND | TAFT, CA 93268 |
| | ORANGE, TX 77632-9815 | |
| | | |
| 97586   0062493-00  S#0004498 | 97586   0062494-00  S#0007645 | 97586   0062495-00  S#0009364 |
| DAVID JAMES RYAN & | DAVID JARMAN | DAVID JENKINS |
| JUDITH C RYAN | BOX 266 | 5032 PARLIMENT PLACE |
| 102 N CAMERON ST | MILROY, IN 46156-0266 | ROCKFORD, IL 61107 |
| STERLING, VA 20164-1908 | | |
| | | |
| 97586   0062496-00  S#0012185 | 97586   0062497-00  S#0003822 | 97586   0062498-00  S#0009947 |
| DAVID JOHNSON & | DAVID K CLEAVER | DAVID K FONTENOT CUST |
| ANNE R JOHNSON JT TEN | 4601 5TH AVE | MARK H FONTENOT |
| 295-G CORRAL DE TIERRA RD | PITTSBURGH, PA 15213-3666 | 304 WHITEBARK DRIVE |
| SALINAS, CA 93908-8952 | | LAFAYETTE, LA 70508 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062499-00    S#0009948
DAVID K FONTENOT CUST
MATTHEW D FONTENOT ULGMA/LA
304 WHITEBATRK DR
LAFAYETTE, LA 70508

97586    0062500-00    S#0009337
DAVID K MARR
1110 KING ARTHUR
BFOURBONNAIS, IL 60914-9780

97586    0062501-00    S#0009888
DAVID K PALMER &
MICHELLE M FLEIG PALMER
1005 6TH AVE APT 2
KEARNEY, NE 68847

97586    0062502-00    S#0001457
DAVID KUBERT
7 N ELK DR
DOVER, NJ 07801-2505

97586    0062503-00    S#0009668
DAVID L BROCK CUST
FBO CHRISTOPHER PAUL WILLIAMS
623 NE COUNTRY LN
LEES SUMMIT, MO 64086-3150

97586    0062504-00    S#0007592
DAVID L BROWDER &
SARAH BROWDER
265 VOLUSIA AVENU
DAYTON, OH 45409-2226

97586    0062505-00    S#0006835
DAVID L CUNNINGHAM
723 MANIS LN
KNOXVILLE, TN 37923-3304

97586    0062506-00    S#0011321
DAVID L DAVIDSON
2709 E VILLA ST
PASADENA, CA 91107-2638

97586    0062507-00    S#0003869
DAVID L FRIEDLANDER &
CYNTHIA A FRIEDLANDER JT TEN
305 GERRIE DR
PITTSBURGH, PA 15241

97586    0062508-00    S#0003866
DAVID L FRIEDLANDER CUST
BENJAMIN J FRIEDLANDER
305 GERRIE DR
PITTSBURGH, PA 15241

97586    0062509-00    S#0003868
DAVID L FRIEDLANDER CUST
HANNA ROSE FRIEDLANDER
305 GERRIE DR
PITTSBURGH, PA 15241

97586    0062510-00    S#0012713
DAVID L HAYS
3532 TELEGRAPH DR
SAN JOSE, CA 95132

97586    0062511-00    S#0012712
DAVID L HAYS JR
C/F LINDA M HAYS
3532 TELEGRAPH DR
SAN JOSE, CA 95132

97586    0062512-00    S#0009360
DAVID L KRIZKA
12126 SLEEPY HOLLOW RD
ROSCOE, IL 61073

97586    0062513-00    S#0004370
DAVID L LARSON CUST
NICHOLAS LARSON
103 N READING AVE
BOYERTOWN, PA 19512

97586    0062514-00    S#0005424
DAVID L LITAKER
BOX 1327
KANNAPOLIS, NC 28082-1327

97586    0062515-00    S#0007572
DAVID L PIERCE
8503 CORAN DR
CINCINNATI, OH 45255-3222

97586    0062516-00    S#0010336
DAVID L RONN
1300 POST OAK BLVD SUITE 1200
HOUSTON, TX 77056

97586    0062517-00    S#0012683
DAVID L SCRIBNER CUST
TREVOR D SCRIBNER
6978 DAL BON CT
SAN JOSE, CA 95119

97586    0062518-00    S#0012684
DAVID L SCRIBNER CUST
TYLER R SCRIBNER
6978 DAL BON CT
SAN JOSE, CA 95119

97586    0062519-00    S#0010877
DAVID L TODD CUST
BENJAMIN N TODD
22635 N 73RD DR
GLENDALE, AZ 85310

97586    0062520-00    S#0013080
DAVID L TROTTER
2909 SW CANBY CT
PORTLAND, OR 97219-2425

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062521-00   S#0004439<br>DAVID L WEINBERG<br>1317 TULANE RD<br>GREEN ACRES<br>WILMINGTON, DE 19803-5143 | 97586    0062522-00   S#0004280<br>DAVID LAMOZOFF<br>5505 MARIAM RD<br>PHILA, PA 19124 | 97586    0062523-00   S#0006280<br>DAVID LANGDON &<br>HARRIET NOCHOMSON LANGDON<br>JT TEN<br>1010 NW 89 WAY<br>PLANTATION, FL 33322-5020 |
| 97586    0062524-00   S#0002054<br>DAVID LARKIN CUST<br>JOSEPH H LARKIN<br>485 7TH AVE SUITE 1400<br>NEW YORK, NY 10018-6804 | 97586    0062525-00   S#0013169<br>DAVID LEE CUST<br>KRISTA A LEE<br>22041 128TH PL SE<br>KENT, WA 98031 | 97586    0062526-00   S#0005139<br>DAVID LINDSEY CUST<br>RACHEL EVE LINDSEY U/VA/UTMA<br>5368 PROVIDENCE RD<br>VA BEACH, VA 23464-4100 |
| 97586    0062527-00   S#0001352<br>DAVID LIPMAN<br>136 WELLINGTON COURT<br>MANALAPAN, NJ 07726-3260 | 97586    0062528-00   S#0004281<br>DAVID LOMOZOFF<br>5505 MIRIAM ROAD<br>PHILADELPHIA, PA 19124 | 97586    0062529-00   S#0001929<br>DAVID LOPEZ<br>675 WATER ST<br>APT 1E<br>NEW YORK, NY 10002-8108 |
| 97586    0062530-00   S#0007644<br>DAVID M BUKSAR<br>1045 TWIN BR<br>MARTINSVILLE, IN 46151-8507 | 97586    0062531-00   S#0000499<br>DAVID M DRAPER<br>284 RTE 85<br>RAYMOND, ME 04071 | 97586    0062532-00   S#0011484<br>DAVID M EHRLICH<br>4312 COLFAX AVE #27<br>STUDIO CITY, CA 91604 |
| 97586    0062533-00   S#0006692<br>DAVID M JOHNSON &<br>DELAINE E JOHNSON JT TEN<br>147 MANNINGHAM DRIVE<br>MADISON, AL 35758-7439 | 97586    0062534-00   S#0000061<br>DAVID M KEELER CUST<br>WESLEY J SULLIVAN<br>444 CHESHIRE RD<br>PITTSFIELD, MA 01201-1822 | 97586    0062535-00   S#0011649<br>DAVID M KLAUBER<br>1361 KEYES RD<br>RAMONA, CA 92065 |
| 97586    0062537-00   S#0011648<br>DAVID M KLAUBER C/F<br>EILEEN D KLAUBER<br>1361 KEYES RD<br>RAMONA, CA 92065 | 97586    0062536-00   S#0011650<br>DAVID M KLAUBER C/F<br>MARY V KLAUBER UNDER THE<br>CA UNIF TRSF TO MINORS ACT<br>1361 KEYES ROAD<br>ROMONA, CA 92065 | 97586    0062538-00   S#0009299<br>DAVID M MARTIN<br>1748 W WINNEMAC AVE APT 25<br>CHICAGO, IL 60640-2700 |
| 97586    0062539-00   S#0005959<br>DAVID M NOLL<br>942 ROSEMONT<br>PANAMA CITY, FL 32405 | 97586    0062540-00   S#0012880<br>DAVID M PORTA<br>3215 19TH AVE<br>SACRAMENTO, CA 95820 | 97586    0062541-00   S#0000672<br>DAVID M SOKOLOFF<br>59 FOXBRIDGE VILLAGE RD<br>BRANFORD, CT 06405-2207 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062542-00   S#0001201<br>DAVID M TATERKA<br>61 HEIGHTS RD<br>WAYNE, NJ 07470 | 97586   0062543-00   S#0008359<br>DAVID M WEBB &<br>LAURA TAGLIANI<br>7552 NW 28TH CT<br>ANKENY, IA 50021-9421 | 97586   0062544-00   S#0004337<br>DAVID M ZUMMO CUST<br>ADAM M ZUMMO<br>204 LAYDON LANE<br>WEST CHESTER, PA 19380 |
| 97586   0062545-00   S#0013556<br>DAVID MACLEOD<br>4909 RIVERSIDE DRIVE E<br>WINDSOR, ON N8Y 1B9<br>CANADA | 97586   0062546-00   S#0001780<br>DAVID MAHONEY<br>105 TWIN RIVERS DRIVE<br>TOMS RIVER, NJ 08753 | 97586   0062547-00   S#0010664<br>DAVID MANCINELLI<br>BOX 410<br>HYGIENE, CO 80533 |
| 97586   0062548-00   S#0011982<br>DAVID MARSHALL CUST<br>FBO PAIGE MARSHALL<br>25 LANGLO TER<br>SANTA BARBARA, CA 93105 | 97586   0062549-00   S#0008012<br>DAVID MCCRACKEN<br>8267 HOLLY DR<br>CANTON, MI 48187 | 97586   0062550-00   S#0001469<br>DAVID MEDINETS<br>40 KNOLLWOOD RD<br>FLANDERS, NJ 07836-9306 |
| 97586   0062551-00   S#0000739<br>DAVID MICHAEL BEMIS &<br>CATHERINE G BEMIS JT TEN<br>16 LAUREL RIDGE CT<br>WALLINGFORD, CT 06492 | 97586   0062552-00   S#0004678<br>DAVID MICHAEL SMITH JR<br>621 DORSEY RD<br>BEL AIR, MD 21014 | 97586   0062553-00   S#0004224<br>DAVID MILLER CUST<br>ARDEN D MILLER<br>512 COUNTESS DR<br>YARDLEY, PA 19067 |
| 97586   0062554-00   S#0000200<br>DAVID MILLIKEN<br>1 SURREY LANE<br>SO HAMILTON, MA 01982 | 97586   0062555-00   S#0001327<br>DAVID MOSES<br>410 BENDEMERE AVE<br>INTERLAKEN, NJ 07712 | 97586   0062556-00   S#0002963<br>DAVID N MOORE<br>220 02 134TH ST<br>LAURELTON, NY 11413 |
| 97586   0062557-00   S#0005133<br>DAVID N RICE CUST<br>TODD SHANE RICE<br>5539 N SUNLAND DR<br>VIRGINIA BEACH, VA 23464 | 97586   0062558-00   S#0010514<br>DAVID N TOTH<br>8463 ROMNEY<br>SAN ANTONIO, TX 78250-2467 | 97586   0062559-00   S#0010513<br>DAVID N TOTH CUST<br>ANDREW B TOTH UGMA TX<br>8463 ROMNEY<br>SAN ANTONIO, TX 78250 |
| 97586   0062560-00   S#0008275<br>DAVID NELSON & TAMMY L NELSON<br>TTEE DAVID T NELSON & TAMMY L<br>NELSON JOINT TRUST U/A<br>3300 GLENGARRY AVE<br>KALAMAZOO, MI 49004 | 97586   0062561-00   S#0013432<br>DAVID O'BRIEN<br>1307 - 1020 VIEW STREET<br>VICTORIA, BC<br>CANADA | 97586   0062562-00   S#0009417<br>DAVID OGG C/F<br>JONATHAN OGG<br>111 MAIZEFIELD AVE<br>BLOOMINGTON, IL 61701 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062563-00   S#0000764
DAVID OLIPHANT &
DEBORAH OLIPHANT
JT TEN
237 SAWMILL RD
WEST HAVEN, CT 06516-4117

97586    0062564-00   S#0013390
DAVID OWEN CUST
DOUGLAS A OWEN
3285 JEFFERSON DR
FAIRBANKS, AK 99709

97586    0062565-00   S#0010119
DAVID P BATOW CUST
TIM BATOW
8516 S WINSTON
TULSA, OK 74137

97586    0062566-00   S#0007459
DAVID P EASTON
2011 49TH ST NE
CANTON, OH 44705-3024

97586    0062567-00   S#0008882
DAVID P FOSTER CUST
JESSE C FOSTER
810 COTTONWOOD AVE
DEER LODGE, MT 59722

97586    0062568-00   S#0003267
DAVID P FRITZ
3 GLEN HILL COURT
DIX HILLS, NY 11746-4819

97586    0062569-00   S#0004082
DAVID P JONES
315 NORTH STATES STREET
CLARKS SUMMITT, PA 18411

97586    0062570-00   S#0003587
DAVID P MAKARCHUK &
SALLY G MAKARCHUK JT TEN
RD 2 HILL RD BOX 152D
VERONA, NY 13478

97586    0062574-00   S#0005357
DAVID P MCKEEVER CUST
CARRIE E HALL
3224 TANAGER ST
RALEIGH, NC 27606

97586    0062573-00   S#0013178
DAVID P MCKEEVER CUST
CHRISTOPHER MCKEEVER
24904 LAKE WILDERNESS CC DR SE
MAPLE VALLEY, WA 98038

97586    0062577-00   S#0004418
DAVID P MCKEEVER CUST
CHRISTOPHER R MCKEEVER
7 PITTSBURGH CT
NEWARK, DE 19713

97586    0062578-00   S#0004417
DAVID P MCKEEVER CUST
COURTNEY E MCKEEVER
7 PITTSBURGH CT
NEWARK, DE 19713

97586    0062575-00   S#0005356
DAVID P MCKEEVER CUST
ETHAN HALL
3224 TANAGER ST
RALEIGH, NC 27606

97586    0062571-00   S#0004450
DAVID P MCKEEVER CUST
KAITLIN M GALLAGHER
1208 HILLSIDE AVE
WILMINGTON, DE 19809

97586    0062576-00   S#0005358
DAVID P MCKEEVER CUST
MARY R HALL
3224 TANAGER ST
RALEIGH, NC 27606

97586    0062572-00   S#0004449
DAVID P MCKEEVER CUST
MEGAN C GALLAGHER
1208 HILLSIDE AVE
WILMINGTON, DE 19809

97586    0062579-00   S#0013044
DAVID PARK
BOX 2477
WILSONVILLE, OR 97070-2477

97586    0062580-00   S#0011827
DAVID PASKIL CUST
ANDREW PASKIL
6451 GOVIN CIRCLE
HUNTINGTON BEACH, CA 92647

97586    0062581-00   S#0012879
DAVID PAUL FREUDENBERGER
541 SANDBURG DR
SACRAMENTO, CA 95819-2533

97586    0062582-00   S#0007739
DAVID PAUL SEIFERT
4013 STRATHDON DR
FORT WAYNE, IN 46816

97586    0062583-00   S#0003143
DAVID PERKINS
623 VANDAM ST
N WOODMERE, NY 11581

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062584-00   S#0000495<br>DAVID PETTIS CUST<br>MATTHEW J PETTIS<br>20 COLONIAL DR<br>KENNEBUNK, ME 04043-1718 | 97586   0062585-00   S#0003457<br>DAVID PFEIL<br>329 BANK CAMP ROAD<br>SAUGERTIES, NY 12477 | 97586   0062586-00   S#0000736<br>DAVID POLKE<br>66 MURPHY LANE<br>SOUTHBURY, CT 06488 |
| 97586   0062587-00   S#0002426<br>DAVID PORIZO<br>16 OSBORNE RD<br>HARRISON, NY 10582 | 97586   0062588-00   S#0002427<br>DAVID PORIZO<br>16 OSBORNE RD<br>HARRISON, NY 10582 | 97586   0062589-00   S#0005785<br>DAVID PROSSER CUST<br>CHAD MCDANIEL PROSSER<br>RTE 1 BOX 59A<br>STATESBORO, GA 30458 |
| 97586   0062590-00   S#0005786<br>DAVID PROSSER CUST<br>JOHN DREW PROSSER<br>RTE 1 BOX 59A<br>STATESBORO, GA 30458 | 97586   0062591-00   S#0011440<br>DAVID R BENNETT<br>14418 MIRANDA ST<br>VAN NUYS, CA 91401 | 97586   0062592-00   S#0005242<br>DAVID R BLAIR<br>C/O MARIANNE BLAIR<br>38 FORREST HILLS<br>WHEELING, WV 26003 |
| 97586   0062593-00   S#0012714<br>DAVID R OJEDA &<br>SUSAN M OJEDA JT TEN<br>3439 NOBLE AVE<br>SAN JOSE, CA 95132 | 97586   0062594-00   S#0010757<br>DAVID R SANDERSON<br>3784 W 3280 S<br>WEST VALLEY CITY, UT 84120 | 97586   0062595-00   S#0011949<br>DAVID R SCHEARER &<br>BRENDA J SCHEARER JT TEN<br>4889 PASEO MONTELENA<br>CAMARILLO, CA 93012 |
| 97586   0062596-00   S#0008806<br>DAVID R STOFFERAHN<br>2221 PARK LANE SE 246<br>ROCHESTER, MN 55904-5748 | 97586   0062597-00   S#0005161<br>DAVID R WEAVER<br>22 S MALLORY ST<br>HAMPTON, VA 23663 | 97586   0062598-00   S#0001779<br>DAVID R WOOLF CUST<br>JASON WOOLF<br>1043 DOVE  ST<br>TOMS RIVER, NJ 08753 |
| 97586   0062599-00   S#0005942<br>DAVID RAYMOND<br>2241 W PENSACOLA APT 15<br>TALLAHASSEE, FL 32304-0000 | 97586   0062600-00   S#0000392<br>DAVID RAYMOND CUST<br>DALE N RAYMOND<br>2 SHADY BROOK CIRCLE<br>LINCOLN-MANVILLE, RI 02838 | 97586   0062601-00   S#0000069<br>DAVID RHENOW<br>14 GLENWOOD AVENUE<br>NORTHFIELD, MA 01360 |
| 97586   0062602-00   S#0008212<br>DAVID ROESSLER C/F<br>LOUIS ROESSLER UGMA<br>186 ROCHFORD SQUARE<br>FLINT, MI 48507 | 97586   0062603-00   S#0003925<br>DAVID ROMIG<br>2355 S KEEL RIDGE RD<br>HERMITAGE, PA 16159 | 97586   0062604-00   S#0003924<br>DAVID ROMIG CUST<br>MEGAN J ROMIG<br>2355 S KEEL RIDGE RD<br>HERMITAGE, PA 16148 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062605-00   S#0003923
DAVID ROMIG CUST
MELISSA A ROMIG
2355 S KEEL RIDGE RD
HERMITAGE, PA 16148

97586   0062606-00   S#0005443
DAVID ROUSSO CUST
STEPHANIE ROUSSO U/NC/UTMA
5935 LAURIUM RD
CHARLOTTE, NC 28226-5615

97586   0062607-00   S#0006501
DAVID RUIZ
810 SE 32ND ST
CAPE CORAL, FL 33940

97586   0062608-00   S#0006296
DAVID RUTMAN &
KAREN RUTMAN  JT TEN
11741 SW 52ND ST
COOPER CITY, FL 33330

97586   0062609-00   S#0009224
DAVID S DEITZ
451 SELBORNE
RIVERSIDE, IL 60546-1626

97586   0062610-00   S#0001280
DAVID S KOSTUS
179 B NORWOOD AVE
LODI, NJ 07644

97586   0062611-00   S#0010693
DAVID S SHARP
430 SILVER SPRING CIRCLE
COLORADO SPRINGS, CO 80919-1751

97586   0062612-00   S#0002914
DAVID SAI
6303 WETHEROLE ST
REGO PARK, NY 11374-2929

97586   0062613-00   S#0002145
DAVID SAMSON
C/F HANNAH L SAMSON UGMA NY
510 EAST 86 STREET
NEW YORK, NY 10028

97586   0062614-00   S#0010829
DAVID SAYRE
449 E MOORE
GILBERT, AZ 85234

97586   0062615-00   S#0000384
DAVID SCHOTTLAND LIVING TRUST
EDW M/NANCY R SCHOTTLAND TTEE
3 STRATFORD RD
BARRINGTON, RI 02806

97586   0062616-00   S#0004039
DAVID SCOBLIONKO CUST
EVAN SCOBLIONKO UTMA/PA
1735 CORTLAND LANE
BETHLEHAM, PA 18015

97586   0062617-00   S#0001536
DAVID SHAFFER CUST
JOSHUA SHAFFER
12 CONCORD WAY
MORRIS PLAINS, NJ 07950

97586   0062618-00   S#0006392
DAVID SILVERS
7163 AYRSHIRE LANE
BOCA RATON, FL 33496

97586   0062619-00   S#0005058
DAVID SISK CUST
PAUL E SISK
1318 JAMESTOWN RD
WILLIAMSBURG, VA 23185-3382

97586   0062620-00   S#0002414
DAVID SKRILOW CUST
MICHAEL SKRILOW
3 FAIRLAWN COURT
RYE, NY 10580

97586   0062621-00   S#0002378
DAVID STADLER
9 SERPENTINE TRAIL
LARCHMONT, NY 10538

97586   0062622-00   S#0003159
DAVID STIEGELBAUER CUST
KRISTINE STIEGELBAUER
25 PINECONE LN
WESTBURY, NY 11590-6204

97586   0062623-00   S#0000528
DAVID STONE
RR 1 BOX 3215
THOMASTON, ME 04861-9717

97586   0062624-00   S#0013478
DAVID STRATUIK
131 WRIGHT AVE
BELLEVILLE, ON K8P 4E7
CANADA

97586   0062625-00   S#0006589
DAVID SULSONA
8830 FAIRCHILD COURT
NEW PORT RICHEY, FL 34654

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062626-00   S#0010378
DAVID SWEET
6315 FRENCH CHATEAU
HOUSTON, TX 77088

97586    0062627-00   S#0011920
DAVID T LIU &
PHI PHUONG T NGUYEN
JT TEN
BOX 4388
IRVINE, CA 92716

97586    0062628-00   S#0008991
DAVID T WEINGART
2760 ROYAL DR
NORTHBROOK, IL 60062

97586    0062629-00   S#0008608
DAVID THIELMAN
N8894 COUNTY H
IRMA, WI 54442

97586    0062630-00   S#0011678
DAVID THOMAS ORR
2831 MIMIKA PLACE
SAN DIEGO, CA 92111

97586    0062631-00   S#0013230
DAVID V ANDERSEN CUST
KRISTINA ANDERSEN
3103 NE 82ND
SEATTLE, WA 98115

97586    0062632-00   S#0013231
DAVID V ANDERSEN CUST
PETER ANDERSEN
3103 NE 82ND
SEATTLE, WA 98115

97586    0062633-00   S#0008274
DAVID VANDERBIE CUST
STEVEN VANDERBIE
8167 LANDO LAKES
PORTAGE, MI 49002-5929

97586    0062634-00   S#0007271
DAVID W BREEDLOVE CUST
GERALD JAMES BREEDLOVE UTMA/OH
1105 DALTON
PAINESVILLE, OH 44077

97586    0062635-00   S#0000581
DAVID W CAUNT CUST
FOR GREGORY D CAUNT U/G/M/A CT
50 PRIMROSE LANE
KENSINGTON, CT 06037-2608

97586    0062636-00   S#0000580
DAVID W CAUNT CUST
HEATHER M CAUNT U/G/M/A CT
50 PRIMROSE LANE
KENSINGTON, CT 06037-2608

97586    0062637-00   S#0009635
DAVID W EASTER
504 ADAMS ST
PARK HILLS, MO 63601

97586    0062638-00   S#0008836
DAVID W GAUGER
802 W CITY LIMITS RD 2A
YANKTON, SD 57078-3386

97586    0062639-00   S#0003937
DAVID W JACKOWSKI CUST
DAVID M JACKOWSKI
1131 HARTT RD
ERIE, PA 16505-3213

97586    0062640-00   S#0003851
DAVID W KLUCSARITS
5437 ELLSWORTH AVE APT 215
PITTSBURGH, PA 15232-1849

97586    0062641-00   S#0004444
DAVID W MORRELL CUST
ALEC MORRELL
406 SNUFF MILL RD
CENTERVILLE, DE 19807

97586    0062643-00   S#0004445
DAVID W MORRELL CUST
DOUGLAS G MORRELL
406 SNUFF MILL RD
CENTERVILLE, MD 19807

97586    0062642-00   S#0004446
DAVID W MORRELL CUST
MEREDITH L MORRELL
406 SNUFF MILL RD
CENTERVILLE, DE 19807

97586    0062644-00   S#0001522
DAVID W WIED
458 SPRINGFIELD AVE
BERKELEY HEIGHTS, NJ 07922

97586    0062645-00   S#0005403
DAVID W WINKEL CUST
NICHOLAS D WINKEL
108 STOCKBRIDGE CIRCLE
ROCKY MOUNT, NC 27804

97586    0062646-00   S#0013328
DAVID WALKER CUST
KEVIN WALKER
1409 NW 86TH ST
VANCOUVER, WA 98665

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0062647-00   S#0005457
DAVID WARD CUST
ETHAN T WARD
2226 ROLLING HILL RD
FAYETTEVILLE, NC 28304

97586    0062648-00   S#0010646
DAVID WAYNE SEGELHORST
2040 FLORA DR
BOULDER, CO 80304

97586    0062649-00   S#0004226
DAVID WEISS
1070 DREW DR
YARDLEY, PA 19067-4058

97586    0062650-00   S#0004636
DAVID WILEY
10024 WEDGE WAY
GAITHERSBURG, MD 20879

97586    0062651-00   S#0008013
DAVID WILLIAM MC CRACKEN
8267 HOLLY DR
CANTON, MI 48187

97586    0062652-00   S#0012331
DAVID WOO
1727 37TH AVENUE
SAN FRANCISCO, CA 94122

97586    0062653-00   S#0000723
DAVID Z GREENE CUST
SHAWN T GREENE
38 OLD ORCHARD RD
NORTH HAVEN, CT 06473-3022

97586    0062654-00   S#0007617
DAVID Z ROUTSON
BOX 503
LIMA, OH 45802

97586    0000393-00   S#0013397
DAVIES COLLISON CAVE
1 LITTLE COLLINS ST
MELBOURNE 3000
AUSTRALIA

97586    0020349-00   S#0010306
DAVIS,ORETSKY & GUILFOYLE
1415 LOUISIANA #4200
HOUSTON, TX 77002

97586    0062655-00   S#0011558
DAWN E CLARK CUST
CHRISTOPHER L CLARK
9163 WEDGEWOOD LANE
TEMPLE CITY, CA 91780-2435

97586    0062656-00   S#0006988
DAWN M HITRON CUST
ANNA ELIZABETH HITRON
1501 SYLVAN WAY
LOUISVILLE, KY 40205

97586    0062657-00   S#0006990
DAWN M HITRON CUST
JOHN ANDREW HITRON
1501 SYLVAN WAY
LOUISVILLE, KY 40205

97586    0062658-00   S#0006986
DAWN M HITRON CUST
MAGGIE MARIE HITRON
1501 SYLVAN WAY
LOUISVILLE, KY 40205

97586    0062659-00   S#0003279
DAWN MARKOWITZ CUST
SAMANTHA MADISON MARKOWITZ
C/O LEVINE
35 MOSS LANE
JERICHO, NY 11753

97586    0062660-00   S#0008251
DAWN MARTIN
BOX 886
EAST LANSING, MI 48826

97586    0062661-00   S#0012613
DAWN MAWHINNEY
101 F CORTEZ CIRCLE
NOVATO, CA 94949

97586    0062662-00   S#0003067
DAWN STIEGELBAUER CUST
SAMATHA L STIEGELBAUER
4 HORSE HOLLOW RD
LATTINGTOWN, NY 11560

97586    0062663-00   S#0004177
DAWN ZBOROWSKI CUST
MICHAEL ZBOROWSKI
433 LAUREL AVE
ALDAN, PA 19018

97586    0020239-00   S#0002055
DC COMICS
ATTN: LILIAN J LASERSON-VP
1700 BROADWAY
NEW YORK, NY 10019

97586    0062664-00   S#0005980
DEAK PHILLIPS CUST
CORY H RICHARDSON
19709 NW CR 236
HIGH SPRINGS, FL 32643

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062665-00  S#0008018<br>DEAN DITTO<br>144 QUEENS WAY<br>CANTON, MI 48188 | 97586   0062666-00  S#0003585<br>DEAN GORDON CUST<br>MAX GORDON<br>91 GENESEE ST<br>NEW HARTFORD, NY 13413 | 97586   0062667-00  S#0010415<br>DEAN H NISTETTER CUST<br>DOUGLAS HARRISON NISTETTER<br>5811 ASHMERE LANE<br>SPRING, TX 77379 |
| 97586   0062668-00  S#0011992<br>DEAN H TOKUMARU<br>720 ALTO DR<br>SANTA BARBARA, CA 93110-1305 | 97586   0062669-00  S#0003127<br>DEAN MANOS<br>97 N COURT<br>ROSLYN HEIGHTS, NY 11577 | 97586   0062670-00  S#0004555<br>DEAN RODMAN CUST<br>LEONARD RODMAN<br>8809 SAUNDERS LANE<br>BETHESDA, MD 20817 |
| 97586   0062671-00  S#0006487<br>DEAN SHELLEY<br>13802 FERN TRAIL DR<br>N FT MYERS, FL 33903 | 97586   0062672-00  S#0008366<br>DEAN TEEPLES<br>403 E VEST<br>JEFFERSON, IA 50129-2747 | 97586   0062673-00  S#0010180<br>DEAN W WOODARD CUST<br>CHRISTOPHER T WOODARD UTMA IN<br>4404 CLEVELAND DR<br>PLANO, TX 75093-5435 |
| 97586   0062674-00  S#0013377<br>DEATRICE S PULLIAM CUST<br>MARCQUIS A PULLIAM<br>BOX 200703<br>ANCHORAGE, AK 99520-0703 | 97586   0062675-00  S#0013504<br>DEBBIE BECCARIO IN TRUST FOR<br>JASON<br>70 MANSFIELD STREET<br>BRAMPTON, ON L6S 2Y6<br>CANADA | 97586   0062676-00  S#0013503<br>DEBBIE BECCARIO IN TRUST FOR<br>JOSHUA<br>70 MANSFIELD STREET<br>BRAMPTON, ON L6S 2Y6<br>CANADA |
| 97586   0062677-00  S#0012660<br>DEBBIE C FUGATE CUST<br>JESSICA A FUGATE CA/UTMA<br>406 BUTTON ST<br>SANTA CRUZ, CA 95060-2220 | 97586   0062678-00  S#0009344<br>DEBBIE EGERT CUST<br>KORBY EGERT UGMA/IL<br>718 FOREST PARK DRIVE<br>DIXON, IL 61021 | 97586   0062679-00  S#0009345<br>DEBBIE EGERT CUST<br>QUINCY EGERT UGMA/IL<br>718 FOREST PARK DRIVE<br>DIXON, IL 61021 |
| 97586   0062680-00  S#0001295<br>DEBBIE FEDERBUSH CUST<br>JACQUELINE ESTHER FEDERBUSH<br>128 CIRCLE DR<br>PARAMUS, NJ 07652 | 97586   0062681-00  S#0012598<br>DEBBIE HAROLD CUST<br>NOAH TYLER HAROLD<br>372 WOODSIDE AVE<br>MILL VALLEY, CA 94941 | 97586   0062682-00  S#0009091<br>DEBBIE HENDRICKS &<br>JOHN HENDRICKS JT TEN<br>7891 SOMERSET DR<br>MARENGO, IL 60152-9138 |
| 97586   0062683-00  S#0012504<br>DEBBIE L DEFREITAS &<br>FRANK A DEFREITAS JT TEN<br>16712 COWELL ST<br>SAN LEANDRO, CA 94578 | 97586   0062684-00  S#0011356<br>DEBBIE L GABA CUST<br>ANTHONY SHANE GABA<br>8615 LURLINE AVE<br>CANOGA PARK, CA 91306-1224 | 97586   0062685-00  S#0011355<br>DEBBIE L GABA CUST<br>MICHAEL JAMES MCKEEVER<br>8615 LURLINE AVE<br>CANOGA PARK, CA 91306-1224 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062686-00   S#0011357
DEBBIE L GABA CUST
SAMANTHA LYANE GABA
8615 LURLINE AVE
CANOGA PARK, CA 91306-1224

97586   0062687-00   S#0012611
DEBBIE MICHAELS
26 COMMERCIAL BLVD SUITE L
NOVATO, CA 94949

97586   0062688-00   S#0012610
DEBBIE MICHAELS CUST
MONIQUE MICHAELS
26 COMMERCIAL BLVD STE L
NOVATO, CA 94949

97586   0062689-00   S#0010931
DEBBIE NARROW CUST
GABE PFEIFFER
503 SIERRA DR SE
ALBUQUERQUE, NM 87108-3374

97586   0062690-00   S#0007360
DEBBIE PASSAN CUST
JEFFREY PASSAN
5754 CHESWICK DR
SOLON, OH 44139

97586   0062691-00   S#0005819
DEBBIE ZAHRT CUST
MARCUS ADAM ZAHRT
BOX 690
GUYTON, GA 31312

97586   0062692-00   S#0006732
DEBBY CORBETT CUST
ROBERT CORBETT
578 MOSS LANDING DR
ANTIOCH, TN 37013-5212

97586   0062693-00   S#0010821
DEBORAH A CORTE CUST
ZACHERY J AGUIRRE
703 W MEDINA AVE
MESA, AZ 85210-6849

97586   0062694-00   S#0003815
DEBORAH A MURRAY CUST
CHRISTOPHER L MURRAY
568 SUNNYFIELD DR
MONROEVILLE, PA 15146

97586   0062695-00   S#0007652
DEBORAH A PEDDIE C/F
WILLIAM A J PEDDIE III UTMA IN
361 N BAZIL AVENUE
INDIANAPOLIS, IN 46219

97586   0062696-00   S#0008637
DEBORAH A SKUBAL
2024 S GLADYS AVE
APPLETON, WI 54915-2551

97586   0062697-00   S#0000798
DEBORAH BOLES CUST
JASON BOLES
43 LAFAYETTE DR
TRUMBULL, CT 06611-2758

97586   0062698-00   S#0000185
DEBORAH CONNERTY CUST
JACOB CONVICER
4 GUNNISON RD
BOXFORD, MA 01921

97586   0062700-00   S#0001075
DEBORAH E COHEN CUST
ARYEH COHEN-WADE
229 AUDLEY STREET
SO ORANGE, NJ 07079

97586   0062699-00   S#0001076
DEBORAH E COHEN CUST
SAMUEL COHEN-WASE
229 AUDLEY ST
SOUTH ORANGE, NJ 07079

97586   0062701-00   S#0006500
DEBORAH E SKRZYNSKI CUST
JON H SKRZYNSKI
1811 DOGWOOD RD
MARCO ISLAND, FL 33937

97586   0062702-00   S#0002706
DEBORAH FRIED
1869  83 STREET
BROOKLYN, NY 11214

97586   0062704-00   S#0010600
DEBORAH GARLOCK CUST
JEREMY BRICE GARLOCK
6254 S GALENA WAY
ENGLEWOOD, CO 80111

97586   0062705-00   S#0011026
DEBORAH J ATCHISON
5110 DRIFTSTONE AVE
RENO, NV 89523-2600

97586   0062706-00   S#0006961
DEBORAH J DAWKINS CUST
HUNTER G DAWKINS
22383 MEADOWLARK DR
PASSCHRISTIAN, MS 39571-5801

97586   0062707-00   S#0012214
DEBORAH J LUDEWIG
175 HEDGE RD
MENLO PARK, CA 94025

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062708-00   S#0006778
DEBORAH K SOLOMON CUST
JOSEPH T KNUCKLES
3616 FLORAL DR
NASHVILLE, TN 37211-3209

97586   0062709-00   S#0011098
DEBORAH KLOMAN CUST
AARON KLOMAN
5947 CHARITON AVE
LOS ANGELES, CA 90056

97586   0062710-00   S#0002791
DEBORAH KNUTSEN C/F
ANDREW KNUTSEN UGMA NY
5907 GLENWOOD ROAD - APT 2A
BROOKLYN, NY 11234

97586   0062711-00   S#0010195
DEBORAH L ALFORD CUST
TIA NOELLE AVILA
1432 SPICEWOOD DR
MESQUITE, TX 75181

97586   0062712-00   S#0004963
DEBORAH L BYRD
709 WARE ST SW
VIENNA, VA 22180

97586   0062713-00   S#0011980
DEBORAH L SEBREN CUST
MICHELLE RENEE SEBREN
1236 PATRICIA ST 40
SIMI VALLEY, CA 93065-2843

97586   0062714-00   S#0002578
DEBORAH LA GUARDIACUST
DANIEL LA GUARDIA UGMA NY
84 GERANIUM AVE
FLORAL PARK, NY 11001

97586   0062715-00   S#0010882
DEBORAH LEE WILEY CUST
KEVIN MICHAEL WILEY UNDER
2513 S EDGEWOOD DR
YUMA, AZ 85364

97586   0062716-00   S#0004381
DEBORAH LYNN KOCH CUST
ACF BENJAMIN R KOCH
33 MAYWOOD AVE
SINKING SPRING, PA 19608

97586   0062717-00   S#0005092
DEBORAH LYNN LEE CUST
KENITH D GUTHRIE II
ONE CHILTON DR
CARROLLTON, VA 23314

97586   0062718-00   S#0004146
DEBORAH MARIE SCHLOTTER
311 MAPLE AVE
SOUTHAMPTON, PA 18966-3235

97586   0062719-00   S#0000605
DEBORAH S DENFELD CUST
ZACKERY C DENFELD
643 STRONG RD
SOUTH WINDSOR, CT 06074

97586   0062720-00   S#0002961
DEBORAH S EVANS CUST
MAURICE EVANS
114-82 226TH ST
CAMBRIA HEIGHTS, NY 11411-1319

97586   0062721-00   S#0010598
DEBORAH STRAND CUST
EVAN RUSSELL STRAND
10083 E WEAVER AVE
ENGLEWOOD, CO 80111

97586   0062722-00   S#0010694
DEBORAH TEZICH
1605 ALLEGHENY DR
COLORADO SPRINGS, CO 80919-3430

97586   0062723-00   S#0010692
DEBORAH TEZICH CSDN
ALEXANDER EMMART
1605 ALLEGHENY
COLORADO SPRINGS, CO 80919

97586   0062724-00   S#0007321
DEBORAH ZOFCIN CUST
FBO NICHOLAS ZOFCIN
20230 NICHOLAS AVE
EUCLID, OH 44123

97586   0062725-00   S#0006556
DEBRA A BISMARCK CUST
AARON THOMAS PAGNIANO
BOX 1294
DUNNELLON, FL 34430

97586   0062726-00   S#0008433
DEBRA A GIGANTI CUST
TIMOTHY BRIAN GIGANTI UGMA/IA
139 FOREST ROAD
DAVENPORT, IA 52803

97586   0062727-00   S#0000592
DEBRA A GUERRETTE CUST
MATTHEW A GUERRETTE
185 WHITING ST
PLAINVILLE, CT 06062

97586   0062728-00   S#0007843
DEBRA AHERN CUST
ASHLEY MARIE AHERN
41373 JULIE DR
CLINTON TOWNSHIP, MI 48038

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062729-00   S#0007844
DEBRA AHERN CUST
NICHOLAS JOHN AHERN
41373 JULIE DR
CLINTON TOWNSHIP, MI 48038

97586   0062730-00   S#0006200
DEBRA B ROTOLANTE
6200 SW 132 ST
MIAMI, FL 33156-7151

97586   0062731-00   S#0010604
DEBRA C PERRY CUST
CHRISTOPHER D QUICK
5833 S PEARL
LITTLETON, CO 80121

97586   0062732-00   S#0010606
DEBRA C PERRY CUST
CORI W PERRY
5833 S PEARL
LITTLETON, CO 80121

97586   0062733-00   S#0010605
DEBRA C PERRY CUST
KYLE A PERRY
5833 S PEARL
LITTLETON, CO 80121

97586   0062734-00   S#0001211
DEBRA ESPOSITO
509 LONG DRIVE
WYCKOFF, NJ 07481

97586   0062735-00   S#0005992
DEBRA G O'SHEA CUST
MICHAEL JOSEPH O'SHEA
20 LAKE DR
DEBARY, FL 32713

97586   0062736-00   S#0009029
DEBRA GRAY&
DAVID GRAY JTWROS
1070 THOMPSON BLVD
BUFFALO GROVE, IL 60089

97586   0062737-00   S#0009712
DEBRA GREBING CUST
JARROD GREBING
5210 HENWICK LN
JEFFERSON CITY, MO 65109-0184

97586   0062738-00   S#0006509
DEBRA I RICHICHI CUST
JOSEPH BRYAN RICHICHI
691 ANNEMORE LANE
NAPLES, FL 33963

97586   0062739-00   S#0009547
DEBRA L COLONIUS CUST
ZACHARY L COLONIUS
1185 PATTERSON RD
FLORISSANT, MO 63031

97586   0062740-00   S#0001781
DEBRA LEE CUST
MICHAEL D LEE
175 SHENANDOAH BLVD
TOMS RIVER, NJ 08753

97586   0062741-00   S#0009706
DEBRA M TAYLOR CUST
CORTNEY J TAYLOR
307 BROAD
MOKANE, MO 65059

97586   0062742-00   S#0006205
DEBRA MAGENHEIMER CUST
CLAYTON MAGENHEIMER
7970 SOUTHWEST 141 TERRACE
MIAMI, FL 33158

97586   0062743-00   S#0003075
DEBRA OLIVERI CUST
JASON OLIVERI
48 ROWE AVE
LYNBROOK, NY 11563

97586   0062744-00   S#0001590
DEBRA PALMA
8 OLDE SPRINGS LANE
CHERRY HILL, NJ 08034

97586   0062745-00   S#0003409
DEBRA PELLERIN CUST
JESSIE LEE PELLERIN
BOX 352 RD 2
NASSAU, NY 12123

97586   0062746-00   S#0003410
DEBRA PELLERIN CUST
JONATHAN PELLERIN
BOX 352 RD 2
NASSAU, NY 12123

97586   0062747-00   S#0009707
DEBRA R TAYLOR CUST
CORTNEY J TAYLOR
307 BROAD
MOKANE, MO 65059

97586   0062748-00   S#0003113
DEBRA RABIN CUST
ANDREW RYAN RABIN
128 JEFFREY LN
OCEANSIDE, NY 11572-4709

97586   0062749-00   S#0003114
DEBRA RABIN CUST
LAURIE R RABIN
128 JEFFREY LN
OCEANSIDE, NY 11572-4709

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062750-00   S#0003507
DEBRA SCARFO CUST
JASON SCARFO
3 CRESTWOOD DR
QUEENSBURY, NY 12804

97586   0062751-00   S#0003506
DEBRA SCARFO CUST
JEFFREY SCARFO
3 CRESTWOOD DR
QUEENSBURY, NY 12804

97586   0062752-00   S#0008181
DEDAN E WONG &
BETTY Y WONG
JT TEN
23867 HICKORY GROVE LN
NOVI, MI 48375

97586   0001497-00   S#0003079
DEFALCO, TOM
3045 SHORE DR
MERRICK, NY 11566

97586   0062753-00   S#0013017
DEL-MARC FUJITA
1637 MAKIKI ST 305
HONOLULU, HI 96822-4444

97586   0062754-00   S#0011962
DELBERT CASADA
1634 CALIFORNIA ST  APT 9
OXNARD, CA 93033

97586   0062755-00   S#0000586
DELIGHT WOODHULL
DINOS P SANTAFIANOS JT TEN
93 GERALD DR
MANCHESTER, CT 06040-7057

97586   0062756-00   S#0013228
DELITHA V KELLY
7051 35TH AVE NE
SEATTLE, WA 98115

97586   0062757-00   S#0002571
DELL CULLUM
568 EAGEL VALLET RD
TUXEDO, NY 10987

97586   0000751-00   S#0009910
DELL III, JOHN G
3704 N LOUISIANA ST DR
KENNER, LA 70065

97586   0000404-00   S#0006905
DELTA MATERIALS HANDLING INC
4676 CLARKE RD
MEMPHIS, TN 38141

97586   0062758-00   S#0001898
DEMETRI E. CATIS
62 PLUM STREET
NEW BRUNSWICK, NJ 08901

97586   0062759-00   S#0009392
DEMIAN MICHAEL VELA
1034 5TH ST
LA SALLE, IL 61301-2217

97586   0062760-00   S#0001239
DENA SEDLAK CUST
HEATHER LENORE SEDLAK
283 S PROSPECT
BERGENFIELD, NJ 07621-2625

97586   0062761-00   S#0004072
DENA ZIMMERMAN CUST
BRANDON ZIMMERMAN
RD 3 BOX 3692
EAST STROUDSBURG, PA 18301

97586   0062762-00   S#0002813
DENICE CAFFREY
2719 BROWN ST
BROOKLYN, NY 11235

97586   0062763-00   S#0002552
DENIS O'KEEFE
262 CROOKED HILL ROAD
PEARL RIVER, NY 10965-1020

97586   0062764-00   S#0004257
DENIS SPIZUOCO
3451 WALNUT ST
SUITE 617
PHILADELPHIA, PA 19104-6205

97586   0062765-00   S#0004258
DENIS SPIZUOCO CUST
BRIAN SPIZUOCO
3451 WALNUT ST RM 617
PHILADELPHIA, PA 19104-6205

97586   0062766-00   S#0006066
DENISE A MC CARTY CUST
JERRED M BOGGS
5301 JAMAICA RD
COCOA, FL 32927-9060

97586   0062767-00   S#0002850
DENISE BERTRAND
167-12 33RD AVE
FLUSHING, NY 11358

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0062768-00    S#0003007
DENISE GARZILLI CUST
MATTHEW S GARZILLI
683 ARLINGTON AVE
BALDWIN, NY 11510

97586    0062769-00    S#0001872
DENISE H GILLOUD ACF CUST
FRANK A LUCCI
28 YARD RD
STOCKTON, NJ 08859

97586    0062770-00    S#0002143
DENISE JACOBS CUST
ALEXANDER R JACOBS
140 E 81ST ST
APT 10A
NEW YORK, NY 10028

97586    0062771-00    S#0012991
DENISE KARIMOTO
545 NIPO ST
WAILUKU, HI 96793

97586    0062772-00    S#0006069
DENISE KASNEY CUST
TAYLOR KELLY KASNEY
581 VERBENIA COURT
SATELITE BEACH, FL 32937

97586    0062773-00    S#0000394
DENISE L ROBERTS CUST
COLIN ANSON ROBERTS III
62 AYRAULT ST
NEWPORT, RI 02840-2770

97586    0062774-00    S#0011373
DENISE LEE ORLANDO
18901 BALLINGER ST
NORTHRIDGE, CA 91324-1802

97586    0062775-00    S#0012842
DENISE LONGWOOD CUST
SEAN COLIN LONGWOOD
11553 SODA SPRINGS WAY
GOLD RIVER, CA 95670

97586    0062776-00    S#0006642
DENISE M DENSON &
RUSSELL W DENSON
139 GLAZE CREEK RD
BESSEMER, AL 35023

97586    0062777-00    S#0004793
DENISE M HUFF
5314 ELSRODE AVE
BALTIMORE, MD 21214

97586    0062778-00    S#0003668
DENISE MCCOWAN CUST
SEAN MCCOWAN
66 STARLITE
CHEEKTOWAGA, NY 14227

97586    0062779-00    S#0002962
DENISE MILLER
104-07 189 ST
ST ALBANS, NY 11412

97586    0062780-00    S#0004408
DENISE MILOTTE CUST
JARED MILOTTE
34 HIDDEN VALLEY DR
NEWARK, DE 19711

97586    0062781-00    S#0001435
DENISE SILKWORTH CUST
SAMUEL OTTO SILKWORTH
118 COMANCHE DR
OCEANPORT, NJ 07757

97586    0062782-00    S#0003858
DENISE STRATTON C/F
MATTHEW BROWN UGMA PA
321 PONTIAC AVE
PITTSBURGH, PA 15237

97586    0062783-00    S#0003859
DENISE STRATTON C/F
NATHANIEL BROWN UGMA PA
321 PONTIAC AVE
PITTSBURGH, PA 15237

97586    0062784-00    S#0003042
DENISE TAYNE CUST
JONATHAN TAYNE
12 RINI RD
GLENHEAD, NY 11545

97586    0062785-00    S#0000675
DENNIS A VISCO CUST
DENNIS DOMBROSKI
434 RADMIERE RD
CHESHIRE, CT 06410

97586    0062786-00    S#0010927
DENNIS A WALLACE
BOX 1282
ALBUQUERQUE, NM 87103

97586    0062787-00    S#0011340
DENNIS BRYANT CUST
JUSTIN PAUL BRYANT
5509 DEVORE CT
AGOURA HILLS, CA 91301

97586    0062788-00    S#0003931
DENNIS C LICHTENBERGER CUST
TUCKER LICHTENBERGER
BOX 470 BARNES RD
SHEFFIELD, PA 16347

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062789-00   S#0012808
DENNIS C LONG
2825 RANDOLPH AVE
CARMICHAEL, CA 95608

97586    0062790-00   S#0006996
DENNIS C MONSOUR
3932 ELMWOOD AVE
LOUISVILLE, KY 40207-2702

97586    0062791-00   S#0008016
DENNIS D DITTO
144 QUEENSWAY
CANTON, MI 48188

97586    0062792-00   S#0005962
DENNIS D FULK &
VELMA G FULK JTTEN
7 ARAPAHO DRIVE
PENSACOLA, FL 32507

97586    0062793-00   S#0006600
DENNIS DAVIES
14235 OAKWOOD DR
HUDSON, FL 34669-1332

97586    0062794-00   S#0006599
DENNIS DAVIES CUST
CHRISTOPHER J DAVIES
14235 OAKWOOD DR
HUDSON, FL 34669

97586    0062795-00   S#0009656
DENNIS DEARL ALBRIGHT CUST
JANIE BYRD
132 W LEXINGTON
POPLAR BLUFF, MO 63901

97586    0062796-00   S#0005869
DENNIS DEMBEK CUST
DERREK DEMBEK
5971 COSTANERO RD
SAINT AUGUSTINE, FL 32084-7326

97586    0062797-00   S#0008506
DENNIS DILLON
2429 SOUTH 68TH STREET
WEST ALLIS, WI 53219

97586    0062798-00   S#0001341
DENNIS DOMINGO CUST
DEVIN DOMINGO
48 GETTYSBERG DR
ENGLISHTOWN, NJ 07726

97586    0062799-00   S#0000804
DENNIS E DODGE &
MARY-LOU DODGE JT TEN
66 JACKSON LANE
BOX 116
BETHLEHEM, CT 06751

97586    0062800-00   S#0007643
DENNIS E MEYER CUST
BRENT W MEYER
4630 S MORGANTOWN RD
GREENWOOD, IN 46143-9409

97586    0062801-00   S#0007576
DENNIS E PENCE CUST
SHAUN E PENCE
7053 SOUTHERN VISTA
ENON, OH 45323-1547

97586    0062802-00   S#0005020
DENNIS G HARTFORD &
LINDA A HARTFORD JT TEN
1003 CLEARVIEW AVE
FREDERICKSBURG, VA 22405

97586    0062803-00   S#0004368
DENNIS G STAUFFER
RD 2 BOX 471
FRANKLIN RD
BECHTELSVILLE, PA 19505

97586    0062804-00   S#0006904
DENNIS GALLAGHER
2120 DUNTREATH MEADOWS
GERMANTOWN, TN 38139-3524

97586    0062805-00   S#0013131
DENNIS GENE BARNES
2545 TABLE ROCK RD
MEDFORD, OR 97501

97586    0062806-00   S#0009385
DENNIS GLADKIN CUST
BENJAMIN GLADKIN
1001 5TH ST
ORION, IL 61273

97586    0062807-00   S#0004978
DENNIS GLAVIN
1201 N COURTHOUSE RD  21
ARLINGTON, VA 22201

97586    0062808-00   S#0012848
DENNIS GREGERSON CUST
CHAD J GREGERSON
7678 CLOVER LANE
VACAVILLE, CA 95688

97586    0062809-00   S#0012850
DENNIS GREGERSON CUST
KELLI R GREGERSON
7678 CLOVER LANE
VACAVILLE, CA 95688

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062810-00   S#0013378
DENNIS H MURPHY CUST
ALLISON L MURPHY
BOX 214
GIRDWOOD, AK 99587

97586   0062811-00   S#0013379
DENNIS H MURPHY CUST
ERIK T MURPHY
BOX 214
GIRDWOOD, AK 99587

97586   0062812-00   S#0013380
DENNIS H MURPHY CUST
EVAN A HAGBERG
BOX 214
GIRDWOOD, AK 99587

97586   0062813-00   S#0013381
DENNIS H MURPHY CUST
KELLY J HAGBERG
BOX 214
GIRDWOOD, AK 99587

97586   0062814-00   S#0006844
DENNIS H RUSSELL
4065 DEBBIDAN COVE
MEMPHIS, TN 38108-3504

97586   0062815-00   S#0005563
DENNIS J LEE CUST
ACF PARKER H LEE
540 CALICO RETREAT
MT PLEASANT, SC 29464

97586   0062816-00   S#0007182
DENNIS J MALINOSKI &
PATRICIA A MALINOSKI JT TEN
6647 BUCK CREEK RD
MAUMEE, OH 43537-9557

97586   0062817-00   S#0009135
DENNIS J RAEHL
13800 DIVISION
LOT 615
BLUE ISLAND, IL 60406

97586   0062818-00   S#0001173
DENNIS J SENGLAUB CUST
ACF MICHAEL D SENGLAUB
40 SIOUX AVE
OAKLAND, NJ 07436-2133

97586   0062819-00   S#0005217
DENNIS L BOYLES CUST
DAVID VINCENT BOYLES
1257 PARK AVE
CHARLESTON, WV 25302-2445

97586   0062820-00   S#0005216
DENNIS L BOYLES CUST
SARAH KATHRYN BOYLES
1257 PARK AVE
CHARLESTON, WV 25302-2445

97586   0062821-00   S#0007438
DENNIS L BYRON
5033 FOREST PARK PLACE 5
BORADMAN, OH 44512

97586   0062822-00   S#0010030
DENNIS L MAILAND &
DE ETTE DOUGLAS
JT TEN
5018 S 17TH TER
FORT SMITH, AR 72901-8578

97586   0062823-00   S#0010473
DENNIS L MONCLA
350 JUNKER RD
BEAUMONT, TX 77707

97586   0062824-00   S#0009528
DENNIS L RYLL CUST
PATRICK J RYLL
2007 KINGSPOINTE DR
CHESTERFIELD, MO 63005

97586   0062825-00   S#0009467
DENNIS LEROY PLOCHER
3042 HILL RD
HIGHLAND, IL 62249-2834

97586   0062826-00   S#0009851
DENNIS LEWIS CUST
FOR TRAVIS LEWIS
NE/UGMA
7517 PACIFIC STREET
OMAHA, NE 68114

97586   0062827-00   S#0010350
DENNIS M FREEMAN
9455 PAGEWOOD LN
HOUSTON, TX 77063

97586   0062828-00   S#0012616
DENNIS M GALLAGHER CUST
AARON GALLAGHER
100 WESTRIDGE DR
PETALUMA, CA 94952

97586   0062829-00   S#0001246
DENNIS M UNTERMAN CUST
ZACHARY A UNTERMAN UNJUTMA
14 JASON WOODS ROAD
CLOSTER, NJ 07624-3227

97586   0062830-00   S#0007436
DENNIS M WEAKLAND
3663 KIRK RD
YOUNGSTOWN, OH 44511-2049

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062831-00    S#0011241
DENNIS NARATH A/C FOR
SHELLY NARATH
6421 MYRA AVE
BUENA PARK, CA 90620

97586    0062832-00    S#0011240
DENNIS NARATH CUST
SHELLY NARATH
6421 MYRA AVE
BUENA PARK, CA 90620

97586    0062833-00    S#0007560
DENNIS O CONNOR CUST
COREY M O CONNOR
7298 TREERIDGE DR
CINCINNATI, OH 45244-3552

97586    0062834-00    S#0007559
DENNIS O CONNOR CUST
RYAN P O CONNOR
7298 TREERIDGE DR
CINCINNATI, OH 45244-3552

97586    0062835-00    S#0007424
DENNIS PASCARELLA CUST
CHRISTAN PASCARELLA
6117 CHESTNUT RIDGE RD
HUBBARD, OH 44425-2814

97586    0062836-00    S#0012699
DENNIS PATRICK DONOHOE
1688 ISABEL DR
SAN JOSE, CA 95125

97586    0062837-00    S#0012493
DENNIS PATRICK HICKS CUST
JASON TRAVIS HICKS
7303 QUARTZ CIRCLE
DUBLIN, CA 94568-3491

97586    0062838-00    S#0012494
DENNIS PATRICK HICKS CUST
TIANA MICHELLE HICKS
7303 QUARTZ CIRCLE
DUBLIN, CA 94568-3491

97586    0062839-00    S#0006244
DENNIS R TODARO
14840 SW 159TH ST
MIAMI, FL 33187-5585

97586    0062840-00    S#0006608
DENNIS SCHNEIDER CUST
SCOTT SCHNEIDER
3801 EMBASSY COURT
PALM HARBOR, FL 34685

97586    0062841-00    S#0009398
DENNIS SUMMERS
218 PULASKI
SPRING VALLEY, IL 61362

97586    0062842-00    S#0005679
DENNIS THOMPSON
1916 CLEM-LOWELL RD
CARROLLTON, GA 30117-0000

97586    0062843-00    S#0001545
DENNIS UPDEGROVE
43 CONSTITUTION WAY
MORRISTOWN, NJ 07960-5750

97586    0062844-00    S#0007570
DENNIS W DUPPS CUST
MATTHEW W DUPPS
8040 FIELDS ERTLE RD
CINNCINATI, OH 45249-8253

97586    0062845-00    S#0005279
DENNIS W GREENWOOD &
TAMARA M GREENWOOD
JT TEN
313 ROBBINS RD
WINSTON-SALEM, NC 27107

97586    0062846-00    S#0004004
DENNIS WOLF
812 CAMP MEETING RD
EAST EARL, PA 17519

97586    0062847-00    S#0003682
DENNISE E GRUTTADARO CUST
ADAM JOSEPH GRUTTADARO
16 AMBLESIDE DR
FAIRPORT, NY 14450

97586    0062848-00    S#0012639
DENNY EASTWOOD
10587 RANDY LANE
CUPERTINO, CA 95014

97586    0000407-00    S#0001463
DENVILLE BAGEL & DELI
109 E MAIN ST
DENVILLE, NJ 07834

97586    0001463-00    S#0013406
DEODATO STUDIO, THE
C/O ART & COMICS
RUA CAMINHA DE AMORIM 336
SAO PAOLO SP, 05451020
BRAZIL

97586    0001006-00    S#0013404
DEODATO, MIKE
C/O ART & COMICS LTD
RUA CAMINHA DE AMORIM 336
SAO PAULO, SP 05451020
BRAZIL

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000408-00  S#0002137
DEPENDABLE EXTERMINATING CO
360 W 125TH ST #20
NEW YORK, NY 10027

97586   0062849-00  S#0010939
DERAN A MCKEEN
12808 HUGH GRAHAM RD NE
ALBUQUERQUE, MN 87111

97586   0062850-00  S#0012174
DERAN E SHAPAZIAN
874 E DARTMOUTH
FRESNO, CA 93720

97586   0062851-00  S#0010045
DEREK A IRWIN
711 JONA KAY TERR
NORMAN, OK 73069

97586   0062852-00  S#0007021
DEREK DETENBER
3806 DREXEL COURT
LOUISVILLE, KY 40241

97586   0062853-00  S#0000831
DEREK GEORGE BAHR
2 SPRUCE DR
BROOKFIELD, CT 06804

97586   0062854-00  S#0012674
DEREK HAYASHI
13 ROGERS AVE
WATSONVILLE, CA 95076

97586   0062855-00  S#0002385
DEREK HECHT
21 MCNAIR DR
MAHOPAC, NY 10541

97586   0062856-00  S#0010044
DEREK IRWIN &
JULIA J IRWIN
711 JONA KAY TER
NORMAN, OK 73069

97586   0062857-00  S#0011339
DEREK ISA CUST
BRANDON ISA
345 SAINT THOMAS DR
AGOURA, CA 91301

97586   0062858-00  S#0002512
DEREK J FARACI
330 WHISPERING HILLS DRIVE
CHESTER, NY 10918

97586   0062859-00  S#0013580
DEREK J SWYRIPA
10652 ROWLAND RD
EDMONTON, AB T6A 3V8
CANADA

97586   0062860-00  S#0012006
DEREK OWEN KNAPP
C/O TIM KNAPP
16009 ZURICH WAY
P.O. BOX 5118
PINE MTN CLUB, CA 93222

97586   0062861-00  S#0010368
DEREK S BROWN
602 STONELEIGH
HOUSTON, TX 77079-6912

97586   0062862-00  S#0008231
DEREK T SHORT
APT 3
3925 CABARET TRL
SAGINAW, MI 48603

97586   0062863-00  S#0011034
DERICK ANDREW ABRILLE C/F
EDWIN ABRILLE
2151 PINION ROAD #165
ELKO, NV 89801

97586   0062864-00  S#0013515
DERREK S LENNOX
60 BOYDWOOD LANE
SCARBOROUGH, ON M1B 1H2
CANADA

97586   0062865-00  S#0005707
DERRELL E SMITH
BOX 80729
CONYERS, GA 30208

97586   0062866-00  S#0010080
DERRICK L FOREHAND
112 MOCKINGBIRD DR S
ALTUS, OK 73521-0000

97586   0062867-00  S#0008321
DERWIN G LESTER
4780 WILDWOOD
HOLLAND, MI 49423

97586   0062868-00  S#0010058
DESSIE L WHITFIELD CUST
DARREN D DAVIS
1440 SW 52ND
OKLAHOMA CITY, OK 73119

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0062869-00   S#0010057<br>DESSIE L WHITFIELD CUST<br>KEVIN D DAVIS<br>1440 SW 52ND<br>OKLAHOMA CITY, OK 73119 | 97586    0062870-00   S#0007254<br>DEVEE DIVINS<br>2803 HOMEWOOD DR<br>LORAIN, OH 44055 | 97586    0062871-00   S#0002513<br>DEVIN C FARACI<br>330 WHISPERING HILLS DRIVE<br>CHESTER, NY 10918 |
| 97586    0062872-00   S#0012472<br>DEVIN PHILIP KING<br>1133 WILLOW<br>MARTINEZ, CA 94553-1353 | 97586    0062873-00   S#0008717<br>DEVIN R KLEIN<br>1513 116TH ST STE E<br>BURNSVILLE, MN 55337 | 97586    0062874-00   S#0011766<br>DEVON A SASANO<br>CUST WESLEY K SASANO<br>5765 YARBOROUGH DR<br>RIVERSIDE, CA 92505 |
| 97586    0062875-00   S#0000629<br>DEVON BONNER FORBES<br>105 N MAIN ST<br>WINDSOR LOCKS, CT 06096 | 97586    0062876-00   S#0013603<br>DEVON JOHN CLARKE<br>2128 KUGLER AVENUE<br>COQUITLAM, BC V3K 2S6<br>CANADA | 97586    0062877-00   S#0010455<br>DEWITT C DUNN III CUST<br>FOR DEWITT C DUNN IV<br>2117 GROVER AVE<br>GALVESTONE, TX 77551 |
| 97586    0062878-00   S#0002701<br>DEXTER MILES VALLES<br>63 DIVISION AVE<br>BROOKLYN, NY 11211-6621 | 97586    0001494-00   S#0003462<br>DEZAGO, TODD<br>52 CALENDAR HOUSE RD<br>ELIZAVILLE, NY 12523-1223 | 97586    0062879-00   S#0008138<br>DHARLENE NORRIS CUST<br>JORDAN SAMUEL NORRIS<br>32374 FARMERSVILLE RD<br>FARMINGTON HILLS, MI 48334-3525 |
| 97586    0000411-00   S#0010804<br>DHL AIRWAYS INC<br>PO BOX 78016<br>PHOENIX, AZ 85062-8016 | 97586    0000412-00   S#0010803<br>DHL WORLWIDE EXPRESS<br>PO BOX 78016<br>PHOENIX, AZ 85062-8016 | 97586    0021207-00   S#0012994<br>DIAMOND BAKERY CO LTD<br>ATTN: PAUL ISHII<br>756 MOOWAA ST<br>PO BOX 17760<br>HONOLULU, HI 96817 |
| 97586    0062880-00   S#0006576<br>DIANA G HANE CUST<br>BRET C HANE<br>7116 BARCLAY AVE APT A<br>BROOKSVILLE, FL 34609-8821 | 97586    0062881-00   S#0006577<br>DIANA G HANE CUST<br>CASEY W HANE<br>7116 BARCLAY AVE APT A<br>BROOKSVILLE, FL 34609-8821 | 97586    0062882-00   S#0006575<br>DIANA G HANE CUST<br>MICHELLE D HANE<br>7116 BARCLAY AVE APT A<br>BROOKSVILLE, FL 34609-8821 |
| 97586    0062883-00   S#0011072<br>DIANA J KAVIN<br>647 1/2 S RIDGELEY DR<br>LOS ANGELES, CA 90036-3805 | 97586    0062884-00   S#0000738<br>DIANA KRASS CUST<br>JASON KRASS<br>11 HUELSTEDE LANE<br>WALLINGFORD, CT 06492 | 97586    0062885-00   S#0009607<br>DIANA L RUPPRECHT CUST<br>GAREN T R KENNEDY<br>6819 W PARK AVE<br>ST LOUIS, MO 63139 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586  0062886-00  S#0005102
DIANA L SCOFIELD CUST
CALEB S DOAN
13 RUDEE AVE
VIRGINIA BEACH, VA 23451

97586  0062887-00  S#0005103
DIANA L SCOFIELD CUST
CONOR R DOAN
13 RUDEE AVE
VIRGINIA BEACH, VA 23451

97586  0062888-00  S#0007725
DIANA L WILLIAMS CUST
FOR MITCHELL THORNTON
701 S 25TH
SOUTH BEND, IN 46615-0000

97586  0062889-00  S#0007361
DIANA M A GIOIELLA CUST
VINCENT GIOIELLA
5525 RIDGE LN
SOLON, OH 44139

97586  0062890-00  S#0009546
DIANA M BOSTON
2001 WAYBRIDGE
FENTON, MO 63026

97586  0062891-00  S#0002270
DIANA P BONELLI CUST
NICOLE DIANA BONELLI
41 TENAFLY PL
STATEN ISLAND, NY 10312-4031

97586  0062892-00  S#0002271
DIANA P BONELLI CUST
THOMAS J BONELLI
41 TENAFLY PL
STATEN ISLAND, NY 10312-4031

97586  0062893-00  S#0004094
DIANA P ROMANOVICH CUST
SETH ROMANOVICH
168 PINE ST
THROOP, PA 18512

97586  0062894-00  S#0007064
DIANA SUE CONLEY CUST
JOSHUA A CONLEY
600 DICKSONIA CIRCLE
LEXINGTON, KY 40517-1902

97586  0062895-00  S#0009387
DIANE ANDERSON CUST
BARRY ANDERSON
BOX 215
REYNOLDS, IL 61279

97586  0062896-00  S#0005438
DIANE B CURRY
6401-81 FOUR SEASONS LANE
CHARLOTTE, NC 28212

97586  0062897-00  S#0000522
DIANE C AUBIN &
ROGER V AUBIN JT TEN
368 MAIN RD N
HAMPDEN, ME 04444-1709

97586  0062898-00  S#0005419
DIANE C BOWDEN &
CLARENCE H BOWDEN JTTEN
9313 CEDAR RIVER RD
HUNTERSVILLE, NC 28078

97586  0062899-00  S#0002488
DIANE DAGOSTINO CUST
NICHOLAS DAGOSTINO
69 NORWOOD RD
YONKERS, NY 10710

97586  0062900-00  S#0001753
DIANE FAIGES CUST
BOBBY FAIGES JR
359 HOOVER AVE
BAYVILLE, NJ 08721

97586  0062901-00  S#0001752
DIANE FAIGES CUST
RANDY FAIGES
359 HOOVER AVE
BAYVILLE, NJ 08721

97586  0062902-00  S#0007391
DIANE G MUNSON CUST
JOHN W MUNSON
712 ALLERTON ST
KENT, OH 44240

97586  0062903-00  S#0005968
DIANE G REED
BOX 5482
FT WALTON BEACH, FL 32549-5482

97586  0062905-00  S#0004479
DIANE L EICHNER CUST
DANIEL LAZARUS EICHNER
3914 LEGATION ST NW
WASHINGTON, DC 20015

97586  0062906-00  S#0006614
DIANE L MUEHLING
2436 BAYWOOD DR E
DUNEDIN, FL 34698

97586  0062907-00  S#0007264
DIANE L WISE
5468 FITCH RD
N OLMSTED, OH 44070

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062908-00   S#0009249
DIANE LABAK CUST
WYATT HAMILTON LABAK
1000 N LAKE SHORE PLAZA 6B
CHICAGO, IL 60611

97586    0062909-00   S#0008752
DIANE M LIND CUST
KELLY JAMES GRIFFIN
642 TAYLOR ST
MINNEAPOLIS, MN 55413

97586    0062910-00   S#0012748
DIANE M OREN CUST
JOSH OREN
1800 METTLER RD
LODI, CA 95242-9406

97586    0062911-00   S#0007234
DIANE M ORIANI CUST
DAVID D ORIANI
12274 E SHILOH
CHESTERLAND, OH 44026

97586    0062912-00   S#0008084
DIANE M PIETRZYK CUST
THOMAS S PIETRZYK
33845 TWICKINGHAM
STERLING HGTS, MI 48310

97586    0062913-00   S#0009384
DIANE M SLOVER TR
FBO ANDREW JOHN SLOVER
3517 26TH AVE A
MOLINE, IL 61265-5321

97586    0062914-00   S#0009383
DIANE M SLOVER TR
FBO ANTHONY FRANK SLOVER
3517 26TH AVE A
MOLINE, IL 61265-5321

97586    0062915-00   S#0000638
DIANE M TULLY CUST
MICHAEL J TULLY UGMA/CT
20 STOCKADE CIRCLE
WETHERSFIELD, CT 06109

97586    0062916-00   S#0002130
DIANE PETCHESKY CUST
BARRY PETCHESKY
124 W 109TH ST
APT 3A
NEW YORK, NY 10025

97586    0062917-00   S#0011313
DIANE REYNOLDS CUST FOR
DYLAN REYNOLDS
10919 DELIBAN AVE
TUJUNGA, CA 91042

97586    0062918-00   S#0002718
DIANE RIGOBELLO CUST
ROBERT RIGOBELLO
152 PROSPECT PARK W
BROOKLYN, NY 11215

97586    0062919-00   S#0003623
DIANE S BOCCOLUCCI CUST
ANDREW S CORSORO
127 CENTER ST
FREDONIA, NY 14063-1739

97586    0062920-00   S#0002229
DIANE S DI PERTE C/F
STEPHEN M DI PERTE UGMA NY
1 RENO AVE
STATEN ISLAND, NY 10306

97586    0062921-00   S#0003334
DIANE SANEKOFF-MOTTOLA CUST
MICHAEL MOTTOLA UGMA NY
2381 GOLDBACH AVE
RONKONKOMA, NY 11779

97586    0062922-00   S#0009572
DIANE SANGER CUST
BRYAN JOSEPH SANGER
510 FRANCIS PL
CLAYTON, MO 63105

97586    0062923-00   S#0003772
DIANE T MERCIER &
MATTHEW T MERCIER JT TEN
2807 DAVIS HILL RD
ANDOVER, NY 14806

97586    0062924-00   S#0011159
DIANE TURNER CUST
RONALD G TURNER II
14017 CASIMIR AVE
GARDENA, CA 90249

97586    0062925-00   S#0001574
DIANE WEISER
10 BANCROFT COURT
TURNERSVILLE, NJ 08012-1402

97586    0062926-00   S#0002679
DIANNA M MALL
569-73RD ST
BKLYN, NY 11209

97586    0062927-00   S#0012565
DIANNA MCINTOSH
709 TEWKSBURY AVE
PT RICHMOND, CA 94801

97586    0062928-00   S#0001468
DIANNE HUCKBODY CUST
THOMAS HUCKBODY
259 EMMANS RD
FLANDERS, NJ 07836-9039

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

Case 1:97-cv-00586-SLR    Document 530-3    Filed 09/11/2008    Page 150 of 161

97586    0062929-00    S#0007365
DIANNE M NICHOLS CUST
GREGORY R NICHOLS
9145 MEADOW LANE
BRECKSVILLE, OH 44141

97586    0062930-00    S#0010025
DIANNE PALMER &
MICHAEL PALMER JT TEN
1308 CALLAHAN DR
ROGERS, AR 72756-1227

97586    0062931-00    S#0002494
DIANNE T RENWICK
84 BEECH TREE LN
PELHAM MANOR, NY 10803-3502

97586    0062932-00    S#0000449
DIANNE T SIKES CUST
JOHN AUSTIN
80 S CYPRESS ST
MANCHESTER, NH 03103

97586    0000477-00    S#0002006
DIETZE, ED
387 PARK AVE SO
NEW YORK, NY 10016

97586    0000423-00    S#0004166
DIGITAL IMAGES
200 RITTENHOUSE CIRCLE
UNIT 3 W BLDG
BRISTOL, PA 19007

97586    0062933-00    S#0010088
DILON THOMAS BREWER
16 N ARMSTRONG
BIXBY, OK 74008

97586    0062934-00    S#0000371
DIMAS ALMEDIA &
ILIDO ALMEDIA JT TEN
195 FOLSOM AVE
SOMERSET, MA 02726-3719

97586    0062935-00    S#0000369
DIMAS S ALMEIDA
195 FOLSOM AVE
SOMERSET, MA 02726

97586    0062936-00    S#0008447
DIMITRI GLAVAS CUST
HANNAH LEE GLAVAS
37840 W ATKINS KNOLL
OCONOMOWOC, WI 53066

97586    0062937-00    S#0001675
DINA WOLTJEN CUST
THOMAS WOLTJEN
23 W WALNUT AVE
MERCHANTVILLE, NJ 08109

97586    0000427-00    S#0009328
DIRECT MARKETING TECHNOLOGY
PO BOX 92703
CHICAGO, IL 60675-2703

97586    0000428-00    S#0003874
DISCLOSURE INFO CENTERS
PO BOX 360922
PITTSBURGH, PA 15251-6922

97586    0000445-00    S#0010959
DISTEL, DOROTHY
2705 SANDALWOOD AVE
HENDERSON, NV 89014

97586    0020074-00    S#0006799
DIXIE SAVING STORES INC
ATTN: HERBERT ST GOAR-PRES/CEO
812 EAST 12 ST
CHATTANOOGA, TN 37403-3207

97586    0000434-00    S#0006667
DO ALL MISSISSIPPI
PO BOX 170667
BIRMINGHAM, AL 35217-0667

97586    0000478-00    S#0001611
DODDS, ED
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586    0001254-00    S#0006555
DODSON, RICHARD
760 E BAFFIN RD
VENICE, FL 34293-3634

97586    0062938-00    S#0003218
DOLORES AGUANNO CUST
ANTHONY AGUANNO
115 OLD COUNTRY RD
DEER PARK, NY 11729

97586    0062939-00    S#0001474
DOLORES DE ANGELIS CUST
SAMANTHA DE ANGELIS UGMA NJ
19 BERKLEY RD
HOPATONG, NJ 07843

97586    0062940-00    S#0003311
DOLORES DULL CUST
STEVEN GREEN
52 MERRITT AVE
MASSAPEQUA, NY 11758-6512

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0062941-00   S#0004474<br>DOLORES E WATSON<br>22 JEFFERSON ST NE<br>WASHINGTON, DC 20011 | 97586   0062942-00   S#0007409<br>DOLORES J NOONAN<br>136 SOUTHWOOD RD<br>AKRON, OH 44313 | 97586   0062943-00   S#0004856<br>DOLORES S ZIMMERMAN<br>901 H BLUE LEAF COURT<br>FREDERICK, MD 21701 |
| 97586   0062944-00   S#0004765<br>DOMENIC A DI COCCO &<br>JANET E DI COCCO<br>JT TEN<br>5714 MCCORMICK AVE<br>BALTIMORE, MD 21206-3034 | 97586   0062945-00   S#0006135<br>DOMENIC MIRABILE<br>2601 NE 52ND CT<br>LIGHTHOUSE POINT, FL 33064 | 97586   0062946-00   S#0002309<br>DOMENICA MAZZARO<br>2711 NETHERLAND AVE<br>BRONX, NY 10463-4810 |
| 97586   0062947-00   S#0003101<br>DOMENICO V CHIECO &<br>MARIA CHIECO JTTEN<br>343 CLIVE AVE<br>OCEANSIDE, NY 11572 | 97586   0062948-00   S#0002240<br>DOMINIC A TAIBBI CUST<br>ANTHONY I TAIBBI II<br>91 RUSSELL ST<br>STATEN ISLAND, NY 10308 | 97586   0062949-00   S#0001297<br>DOMINICK A MATURO<br>358 FOREST AVE<br>PARAMUS, NJ 07652 |
| 97586   0062950-00   S#0001098<br>DOMINICK A VECCHIONE<br>380 MOUNTAIN ROAD<br>TROY TOWERS<br>UNION CITY, NJ 07087 | 97586   0062951-00   S#0002450<br>DOMINICK DORATA<br>PO BOX 132H<br>SCARSDALE, NY 10583-8632 | 97586   0062952-00   S#0001083<br>DOMINICK FIORENZA<br>13 JADE MEADOW DR<br>SPRINGFIELD, NJ 07081 |
| 97586   0062953-00   S#0000525<br>DOMINICK JARVIS<br>97 BIRCH ST<br>PRESQUE ISLE, ME 04769 | 97586   0062954-00   S#0001296<br>DOMINICK MATURO &<br>FREDA MATURO JTTEN<br>358 FOREST AVE<br>PARAMUS, NJ 07652 | 97586   0062955-00   S#0011324<br>DOMINIQUE ALEXANDER WILLIAMS<br>2061 WATSON ST<br>GLENDALE, CA 91201 |
| 97586   0062956-00   S#0009229<br>DON BRZOZOWSKI CUST<br>NICOLE J BRZOZOWSKI<br>2013 JUDD ST<br>DARIEN, IL 60561-6709 | 97586   0062957-00   S#0008569<br>DON BUKSTEIN CUST<br>SCOTT BUKSTEIN<br>3310 WESTVIEW LANE<br>MADISON, WI 53713 | 97586   0062958-00   S#0008568<br>DON BUKSTEIN CUST<br>TREVOR BUKSTEIN<br>3310 WESTVIEW LN<br>MADISON, WI 53713 |
| 97586   0062959-00   S#0008863<br>DON CHRISTENSEN<br>205 BURLINGTON<br>BILLINGS, MT 59101 | 97586   0062960-00   S#0009669<br>DON E FINNELL CUST<br>STEVE L FINNELL UTMA/MO<br>1529 N.E. TAWNY DR<br>LEES SUMMIT, MO 64086-5944 | 97586   0062961-00   S#0005594<br>DON E HOLTZCLAW CUST<br>CRAIG A HOLTZCLAW<br>BOX 862<br>FOUNTAIN INN, SC 29644-0862 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0062962-00   S#0008554
DON E OLSON CUST
ERIC C OLSON
510 SOUTH ST
WAUNAKEE, WI 53597-1420

97586   0062963-00   S#0008464
DON HIGHLAND
1538 35TH AVE #2 B
KENOSHA, WI 53144

97586   0062964-00   S#0011876
DON LAGERBURG &
WESTLEY LAGERGURG JT TEN
4642 TORIDA WAY
YORBA LINDA, CA 92686

97586   0062965-00   S#0004615
DON LINDBERGH
13601 ESWORTHY RD
GERMANTOWN, MD 20874

97586   0062966-00   S#0010728
DON LYNN CARLISLE &
HELEN DIANE CARLISLE
JT TEN
5474 ELLENS FERRY DR
BOISE, ID 83703

97586   0062967-00   S#0004990
DON SCOTT LUCERO
2960 S COLUMBUS STREET A2
ARLINGTON, VA 22206

97586   0062968-00   S#0000802
DONA BACCO CUST
SEAN QUIRK
BOX 4353
WATERBURY, CT 06704-0353

97586   0062969-00   S#0001454
DONA COFFEY CUST
KEVIN MICHAEL COFFEY
18 LINDEN AVE
WEST LONG BRANCH, NJ 07764-1532

97586   0062970-00   S#0001455
DONA COFFEY CUST
SEAN MICHAEL COFFEY
18 LINDEN AVE
WEST LONG BRANCH, NJ 07764-1532

97586   0062971-00   S#0007111
DONALD A ALEXANDER
11088 FINNEY RD
GLASGOW, KY 42141

97586   0062972-00   S#0007197
DONALD A COLLINS
6116 CHANEY DR
TOLEDO, OH 43615

97586   0062973-00   S#0013323
DONALD A KJOSNESS &
KATHYLEEN E KJOSNESS
JT TEN
1302 GREENWOOD LN
CENTRALIA, WA 98531-1633

97586   0062974-00   S#0001759
DONALD A O'BRIEN
19 LAURELHURST DR
BRICK, NJ 08724

97586   0062976-00   S#0002092
DONALD A TOY
45 SUTTON PLACE SOUTH
NEW YORK, NY 10022

97586   0062977-00   S#0011904
DONALD BOLTON
8682 OTTAWA RIVER CIRCLE
FOUNTAIN VALLEY, CA 92708

97586   0062978-00   S#0009617
DONALD BURGESS CUST
JOHN W BURGESS
8 NEWCASTLE COURT
ST CHARLES, MO 63301

97586   0062979-00   S#0010096
DONALD C HALL III
13905 E 87TH PL N
OWASSO, OK 74055-2564

97586   0062980-00   S#0003583
DONALD C TROMBLEY CUST
MATTHEW TROMBLEY
37 N WILLIAMS ST
LITTLE FALLS, NY 13365-1420

97586   0062981-00   S#0003701
DONALD CARLSON CUST
DEVIN CARLSON
1934 WATSON HULBERT RD
MACEDON, NY 14502-9203

97586   0062982-00   S#0006142
DONALD CHAPPE CUST
LOGAN ALEXANDER CHAPPE
490 NW 113TH AVE
CORAL SPRINGS, FL 33065

97586   0062983-00   S#0006400
DONALD COHEN &
SALLY COHEN JT TEN
8585 JASMINE WAY
BOCA RATON, FL 33496-5077

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0062984-00   S#0012819
DONALD D FISHER
8304 WOODYARD WAY
CITRUS HEIGHTS, CA 95621

97586    0062985-00   S#0001706
DONALD DAVIDSON CUST
JENNIFER DAVIDSON
404 NORTH EZETER
MARGATE, NJ 08402

97586    0062986-00   S#0004899
DONALD DIGIUILAN CUST
ANTHONY DIGIULIAN
8920 PRINCE CASPIAN CT
BURKE, VA 22015

97586    0062987-00   S#0005983
DONALD E BRENNAN CUST
ERIC JAMES BRENNAN
PO BOX 979
HIGH SPRINGS, FL 32655-0979

97586    0062988-00   S#0005458
DONALD E HALL
104 DYSART PLACE APT K
FAYETTEVILLE, NC 28314

97586    0062989-00   S#0005595
DONALD E SMITH CUST
DAVID M SMITH
23 CROSSWINDS WAY
GREER, SC 29650

97586    0062990-00   S#0005335
DONALD F DAVIS
2016 DOVE LANE
CLAYTON, NC 27520

97586    0062991-00   S#0012577
DONALD F DRUMMOND CUST
DEREK E DRUMMOND UTMA CA
125 LOWELL AVENUE
SAN RAFAEL, CA 94903

97586    0062992-00   S#0000015
DONALD FREDRICK GOEHRING
462 FRONT ST
CHICOPEE, MA 01013-3109

97586    0062993-00   S#0013298
DONALD G BAKER CUST
JAMES G BAKER
309 SHERMAN ST
PORT TOWNSEND, WA 98368

97586    0062994-00   S#0006465
DONALD G BENNYHOFF CUST
CUST/F BLAKE TAYLOR BENNYHOFF
3196 53RD ST N
ST PETERSBURG, FL 33710

97586    0062995-00   S#0006464
DONALD G BENNYHOFF CUST
CUST/F JORDAN LAYNE BENNYHOFF
3196 53RD ST N
ST PETERSBURG, FL 33710

97586    0062996-00   S#0000902
DONALD G RAFFETY CUST
DANIEL S RAFFETY UGMA/CT
21 DORETHY ROAD
REDDING, CT 06896

97586    0062997-00   S#0010607
DONALD GENE BLAIR
7798 JARED WAY
LITTLETON, CO 80125-8913

97586    0062998-00   S#0009786
DONALD GOODE &
THERESA GOODE JTTEN
7665 MONTICELLO
SHAWNEE, KS 66227

97586    0062999-00   S#0000217
DONALD H BURKHART CUST
KELLEY L BURKHART
4 JADE WALK
MEDFIELD, MA 02052-2912

97586    0063000-00   S#0004090
DONALD HAYNES III
RD 1 BOX 1020
STARRUCCA, PA 18462

97586    0063001-00   S#0011482
DONALD HUDSON
4420 ENSIGN AVE #309
N HOLLYWOOD, CA 91602

97586    0063002-00   S#0006856
DONALD J BALDWIN
505 WILKINSON
CHELSEA, MI 38118-1327

97586    0063003-00   S#0004371
DONALD J BOALTON
BOX 256
BOYERTOWN, PA 19512-0256

97586    0063004-00   S#0009982
DONALD J DOZIER
211 PINE CIRCLE
BENTON, AR 72015

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063005-00   S#0004784
DONALD J KOCH &
ANNE E KOCH TEN ENT
408 CHUMLEIGH ROAD
BALTIMORE, MD 21212

97586    0063006-00   S#0013258
DONALD J SCHAFFER &
VICKI D SCHAFFER
JT TEN
BOX 1881
EVERETT, WA 98206

97586    0063007-00   S#0007162
DONALD J SNYDER
5304 STOCK RD
COLUMBUS, OH 43229

97586    0063008-00   S#0003680
DONALD JACK CUST
MATTHEW JACK
7601 COWARD RD
BYRON, NY 14422

97586    0063009-00   S#0004003
DONALD JAREMA CUST
MARK JAREMA
362 OLD DAM RD
CHRISTIANA, PA 17509

97586    0063010-00   S#0004369
DONALD K BOALTON &
NANCY BOALTON
BOX 256
BOYERTOWN, PA 19512

97586    0063011-00   S#0013239
DONALD K FONG
157 NE 115TH ST
SEATTLE, WA 98125

97586    0063012-00   S#0002274
DONALD K PALLADINO
158 KEIBER COURT
STATEN ISLAND, NY 10314

97586    0063013-00   S#0009480
DONALD K ROLEY &
JOY LEE ROLEY
BOX 701
GREENUP, IL 62428-0701

97586    0063014-00   S#0004472
DONALD KEENER CUST
RACHEL KEENER
1200 N ST NW 8013
WASHINGTON, DC 20005

97586    0063015-00   S#0004341
DONALD L GREENBAUM CUST
ACF JAMIN S GREENBAUM
2000 VALLEY FORGE CIRCLE
APT 1237
KING OF PRUSSIA, PA 19406-1122

97586    0063016-00   S#0006678
DONALD L STIDHAM CUST
SETH C STIDHAM
1309 CANTWELL AVE SW
DECATUR, AL 35601

97586    0063017-00   S#0010042
DONALD LEE COX
814 HAWTHORNE LANE
EDMOND, OK 73034-3027

97586    0063018-00   S#0000198
DONALD LEE ROSS
31 TANGLEWOOD LN
SALEM, MA 01970-1777

97586    0063019-00   S#0005764
DONALD LIESKE CUST
COREY JAMES LIESKE
4948 WINDHAVEN CT
ATLANTA, GA 30338-5106

97586    0063020-00   S#0003476
DONALD LORENZ
10 E STONE ST
NEWBURGH, NY 12550-1903

97586    0063021-00   S#0010684
DONALD M CLARK CUST
BRIAN CLARK CO/UTMA
2823 HUDSON ST
COLORADO SPGS, CO 80910-2936

97586    0063022-00   S#0005369
DONALD M LUDLOW
211 RIDGEWOOD DR 908
RALEIGH, NC 27609-3774

97586    0063023-00   S#0000870
DONALD M MALONEY
21 GUILFORD LANE
GREENWICH, CT 06831-4121

97586    0063024-00   S#0007626
DONALD N BRINDLE &
JOYCE L BRINDLE TR
FBO BRINDLE FAMILY LIVING TR
10811 LAKEVIEW DR
CARMEL, IN 46033-3934

97586    0063025-00   S#0007195
DONALD N VEIT
4201 KINGSMORE
TOLEDO, OH 43613

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063026-00   S#0010145 | 97586    0063027-00   S#0010146 | 97586    0063028-00   S#0002413 |
| DONALD N WRIGHT CUST | DONALD N WRIGHT CUST | DONALD NOVELL |
| AMANDA DIANE WRIGHT | KATHERINE ANNE WRIGHT | SPECIAL TRADING ACCOUNT |
| 3442 IVANHOE LANE | 3442 IVANHOE LANE | 160 THEODORE FREMD AVE APT B-9 |
| GARLAND, TX 75044 | GARLAND, TX 75044 | RYE, NY 10580 |
| | | |
| 97586    0063029-00   S#0010638 | 97586    0063030-00   S#0010637 | 97586    0063031-00   S#0009264 |
| DONALD P DELMENDO CUST | DONALD P DELMENDO CUST | DONALD P EMERY |
| JASON F DELMENDO | JULIAN A DELMENDO | 3858 N LEAVITT |
| 4543 S LOWELL BLVD | 4543 S LOWELL BLVD | CHICAGO, IL 60618 |
| DENVER, CO 80236-3603 | DENVER, CO 80236-3603 | |
| | | |
| 97586    0063032-00   S#0000298 | 97586    0063033-00   S#0000299 | 97586    0063034-00   S#0007788 |
| DONALD P GILL CUST | DONALD P GILL CUST | DONALD PATTON |
| MATTHEW MCDONOUGH | ROBERT C GILL UTMA MA JT TEN | 1100 BERKSHIRE CT S |
| 32 TREMONT ST | 32 TREMONT ST | BLOOMINGTON, IN 47401-8153 |
| STONEHAM, MA 02180 | STONEHAM, MA 02180-1272 | |
| | | |
| 97586    0063035-00   S#0009576 | 97586    0063036-00   S#0009577 | 97586    0063037-00   S#0010839 |
| DONALD R BAGGETT CUST | DONALD R BAGGETT CUST | DONALD R DOERRES & |
| IAN JOSEPH BAGGETT | LYDIA ROSE BAGGETT | DENISE M BLOMMEL JT TEN |
| 5072 MARDEL | 5072 MARDEL | 8418 E ANGUS |
| ST LOUIS, MO 63109 | ST LOUIS, MO 63109 | SCOTTSDALE, AZ 85251-5955 |
| | | |
| 97586    0063038-00   S#0006426 | 97586    0063039-00   S#0005417 | 97586    0063040-00   S#0003486 |
| DONALD R PAGE | DONALD R PALMER CUST | DONALD ROBERTS JR |
| 5822 GALLEON WAY | DONALD R PALMER JR | 1427 RTE 207 |
| TAMPA, FL 33615-3634 | 4103 ANGUS DR | ROCK TAVERN, NY 12575-5309 |
| | GASTONIA, NC 28056 | |
| | | |
| 97586    0063041-00   S#0001485 | 97586    0063042-00   S#0005814 | 97586    0063043-00   S#0010909 |
| DONALD ROY RICHARD & | DONALD S WOOD & | DONALD SCHEER CUST |
| CHARLOTTE L RICHARD | MARGUERITE M WOOD TEN COM | ANIA SCHEER |
| JT TEN | 502 SUMTER STREET | 10448 N FAIR MOUNTAIN DR |
| 20 PHILLIPS RD | PO BOX 405 | TUCSON, AZ 85737-9019 |
| NEWTON, NJ 07860-5427 | OGLETHORPE, GA 31068 | |
| | | |
| 97586    0063044-00   S#0010910 | 97586    0063045-00   S#0007872 | 97586    0063046-00   S#0005187 |
| DONALD SCHEER CUST | DONALD T SMITH TR | DONALD T WILLIAMS CUST |
| MARTIN SCHEER | FBO THE DONALD T SMITH TRUST | BENJAMIN M CROWDER |
| 10448 N FAIR MOUNTAIN DR | 26024 DUNDEE | 1867 CUSCOWILLA LN |
| TUCSON, AZ 85737-9019 | HUNTINGTON WOODS, MI 48070-1309 | BOYDTON, VA 23917-3917 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063047-00   S#0011071
DONALD V KAVIN
647 1/2 S RIDGELEY DR
LOS ANGELES, CA 90036-3805

97586    0063048-00   S#0010986
DONALD V LINDEMAN
BOX 1672
FALLON, NV 89407-1672

97586    0063049-00   S#0011069
DONALD VICTOR KAVIN
647 1/2 S RIDGELEY DR
LOS ANGELES, CA 90036

97586    0063050-00   S#0008047
DONALD W KEIM CUST
ALEXANDER D KEIM
773 LAKEPOINTE
GROSSE POINTE, MI 48230

97586    0063051-00   S#0005307
DONALD W MACOMSON
1101 JULIAN ST
GREENSBORO, NC 27406

97586    0063052-00   S#0010323
DONALD WAYNE DAVIS CUST
MICHAEL A GUERRERO
3646 MARONEAL
HOUSTON, TX 77025

97586    0063053-00   S#0013133
DONALD WOLF ACF
PETER WOLF U/OR/UTMA
1985 PINEDALE ST
MEDFORD, OR 97504

97586    0063054-00   S#0010097
DONALD WYATT TRIBELL
11745 WEST 105TH STREET
SAPULPA, OK 74066

97586    0063055-00   S#0008535
DONALD ZHE
6839 NORTH FRANCIS RD
EVANSVILLE, WI 53536-9715

97586    0063056-00   S#0001777
DONATO D'DONOFRIO CUST
DANIELLE D'DONOFRIO
565 KINGSLEY COURT
TOMS RIVER, NJ 08753

97586    0063057-00   S#0001778
DONATO D'ONOFRIO CUST
MARGAUX D'ONOFRIO
565 KINGSLEY COURT
TOMS RIVER, NJ 08753

97586    0063058-00   S#0001776
DONATO D'ONOFRIO CUST
MARIELLE D'ONOFRIO
565 KINGSLEY COURT
TOMS RIVER, NJ 08753

97586    0063059-00   S#0006610
DONATO MARANO C/F
LAURA MARANO UTMA FL
4752 BRAYTON TERR S
PALM HARBOR, FL 34685

97586    0063060-00   S#0006609
DONATO MARANO C/F
MARK A MARANO UTMA FL
4752 BRAYTON TERR S
PALM HARBOR, FL 34685

97586    0063061-00   S#0010263
DONITA WIGGINS CUST
BRENT WIGGINS
5317 BLUEBONNET
COLLEYVILLE, TX 76034

97586    0063062-00   S#0010262
DONITA WIGGINS CUST
ETHAN MALONE
5317 BLUEBONNET
COLLEYVILLE, TX 76034

97586    0063063-00   S#0011269
DONNA BRADFORD ACF
JONATHAN L BRADFORD
4249 MONOGRAM AVE
LAKEWOOD, CA 90713

97586    0063065-00   S#0004924
DONNA CAPDEVILA CUST FOR
ANDREW DRAKE
4260 JEFFERSON OAKS CIR APT G
FAIRFAX, VA 22033-4084

97586    0063064-00   S#0004925
DONNA CAPDEVILA CUST FOR
STEVEN DRAKE
4260 JEFFERSON OAKS CIR APT G
FAIRFAX, VA 22033-4084

97586    0063066-00   S#0008032
DONNA CRAFT CUST
MATTHEW SWEET
14966 FAIRMONT
DETROIT, MI 48205

97586    0063067-00   S#0013001
DONNA D EDWARDS CUST
JASON DANIEL EDWARDS
108 11TH ST
HONOLULU, HI 96818-4748

97586    0063068-00   S#0007503
DONNA DOLAN
8192 LAKESPRING COURT
WEST CHESTER, OH 45069-2606

97586    0063069-00   S#0002248
DONNA FRASSETTI
173 LORRAINE LOOP
STATEN ISLAND, NY 10309-1520

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063070-00  S#0004235<br>DONNA G CAIRONE CUST<br>DANA CAIRONE<br>511 HARRIETT LANE<br>HAVERTOWN, PA 19083 | 97586    0063071-00  S#0013002<br>DONNA G EDWARDS CUST<br>THOMAS LEE EDWARDS<br>108 11TH ST<br>HONOLULU, HI 96818-4748 | 97586    0063072-00  S#0012171<br>DONNA G ROSETTA-HANSEN CUST<br>EMILY R HANSEN<br>1568 W MAGILL<br>FRESNO, CA 93711-1433 |
| 97586    0063073-00  S#0012172<br>DONNA G ROSETTA-HANSEN CUST<br>GREGORY J HANSEN<br>1568 W MAGILL<br>FRESNO, CA 93711-1433 | 97586    0063074-00  S#0011856<br>DONNA HYMES CUST<br>BRANDON HYMES<br>2145 E VISTA CYN RD<br>ORANGE, CA 92667 | 97586    0063075-00  S#0011855<br>DONNA HYMES CUST<br>SAMANTHA HYMES<br>2145 E VISTA CYN RD<br>ORANGE, CA 92667 |
| 97586    0063076-00  S#0004611<br>DONNA J RICKETTS<br>6703 WILLIS LANE<br>FREDERICK, MD 20874 | 97586    0063077-00  S#0003598<br>DONNA J TRIEBE CUST<br>ALEXANDER WILLIAM TRIEBE<br>HC 89 BOX 10<br>DOWNSVILLE, NY 13755 | 97586    0063078-00  S#0003602<br>DONNA J TRIEBE CUST<br>HARRY F TRIEBE<br>HC 89 BOX 10<br>DOWNSVILLE, NY 13775 |
| 97586    0063079-00  S#0000096<br>DONNA L BASSETT &<br>TERESA L ARCUDI<br>243 MAIN ST<br>WHITINSVILLE, MA 01588 | 97586    0063080-00  S#0001846<br>DONNA L BERTRAM &<br>JOHN W BERTRAM<br>JT TEN<br>10 MCPHERSON AVE<br>METUCHEN, NJ 08840 | 97586    0063081-00  S#0013151<br>DONNA L HANFT CUST<br>DUSTIN L HANFT<br>7723 NE 167TH ST<br>BOTHELL, WA 98011-4458 |
| 97586    0063082-00  S#0003609<br>DONNA L MANNINO CUST<br>THOMAS A MANNINO JR<br>204 RIDGE RD<br>VESTAL, NY 13850-5625 | 97586    0063083-00  S#0006020<br>DONNA LYNN SHORE CUST<br>DAVID LEE POLLARD<br>426 TWISTING PINE CIR<br>LONGWOOD, FL 32779-2634 | 97586    0063084-00  S#0006021<br>DONNA LYNN SHORE CUST<br>DAVID LEE SHORE UGMA FL<br>426 TWISTING PINE CIR<br>LONGWOOD, FL 32779-2634 |
| 97586    0063085-00  S#0001546<br>DONNA M CAMARATA<br>52 RAVEN DR<br>MORRISTOWN, NJ 07960-6444 | 97586    0063086-00  S#0013015<br>DONNA M CHING CUST<br>ERIK S M N CHING<br>3374 PAKANU ST<br>HONOLULU, HI 96822-1376 | 97586    0063087-00  S#0007648<br>DONNA M COPPINGER CUST<br>T THOMAS HAMMOND<br>107 E 48TH ST<br>INDIANAPOLIS, IN 46205-1737 |
| 97586    0063088-00  S#0010994<br>DONNA M DECAPRIO CUST<br>RUSSELL DAVID DECAPRIO NV/UTMA<br>1044 TILLER<br>INCLINE VLG, NV 89451-9318 | 97586    0063089-00  S#0009449<br>DONNA M HUMPHREYS CUST<br>JASON A HUMPHREYS<br>621 DEPPE LANE<br>FAIRVIEW HEIGHTS, IL 62208 | 97586    0063090-00  S#0009451<br>DONNA M HUMPHREYS CUST<br>JEFFREY A HUMPHREYS<br>621 DEPPE LANE<br>FAIRVIEW HEIGHTS, IL 62208 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0063091-00   S#0006549
DONNA M PACHOTA CUST
JUSTIN M PACHOTA
2505 NORTHWAY DR
VENICE, FL 34292

97586    0063092-00   S#0006550
DONNA M PACHOTA CUST
NICHOLAS W PACHOTA
2505 NORTHWAY DR
VENICE, FL 34292

97586    0063093-00   S#0008760
DONNA MARIE WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586    0063094-00   S#0001419
DONNA MCQUADE CUST
RYAN F MCQUADE
46 ARDMORE LANE
ABERDEEN, NJ 07747-1232

97586    0063095-00   S#0001299
DONNA MILLER &
MICHAEL MILLER JTTEN
24 GROBEL PLACE
PARK RIDGE, NJ 07656

97586    0063096-00   S#0001588
DONNA MIRABELLO CUST
DOUGLAS MIRABELLO
20 HERITAGE ROAD
HADDONFIELD, NJ 08033

97586    0063097-00   S#0002849
DONNA MURATORE
143-02 21 RD
WHITESTONE, NY 11357-3420

97586    0063098-00   S#0008728
DONNA O'REILLY CUST
CHRISTOPHER LOGAN O'REILLY
17676 BALLANTRAE CIR
EDEN PRAIRIE, MN 55347-3435

97586    0063099-00   S#0008727
DONNA O'REILLY CUST
KEVIN PATRICK O'REILLY
17676 BALLANTRAE CIR
EDEN PRAIRIE, MN 55347-3435

97586    0063100-00   S#0003214
DONNA OLSTEN CUST
CHRISTOPHER MOORE
35 QUAKER PATH
COLD SPG HARBOR, NY 11724-2022

97586    0063101-00   S#0005364
DONNA RAIMONDI CUST
STEPHANIE J RAIMONDI
1729 FALLS CHURCH RD
RALEIGH, NC 27609

97586    0063102-00   S#0001302
DONNA SCHMIDIG CUST
JOSEPH SCHMIDIG
353 POPLAR ST
SADDLE BROOK, NJ 07662

97586    0063103-00   S#0002526
DONNA SULLIVAN CUST
KATHRYN SULLIVAN
C/O GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0063105-00   S#0002527
DONNA SULLIVAN CUST
MAGGIE ROSE SULLIVAN
GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0063104-00   S#0002523
DONNA SULLIVAN CUST
MARY BETH SULLIVAN
C/O GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0063106-00   S#0010001
DONNA SUZANNE COLEMAN CUST
MARSHALL CODY COLEMAN
2901 PAINTED VALLEY DR
LITTLE ROCK, AR 72212

97586    0063107-00   S#0006442
DONNA TANNER ALVAREZ &
RICHARD ALVAREZ
4516 MELROSE AVE
TAMPA, FL 33629-5526

97586    0063108-00   S#0004804
DONNA TROTTER CUST
CHRISTOPHER P TROTTER
1665 ARGONNE DR
BALTIMORE, MD 21218-1625

97586    0063109-00   S#0006916
DONNA V BAIN CUST
NATHAN NEAL BAIN
212 S SAM DAVIS AVE
PULASKI, TN 38478

97586    0063110-00   S#0000454
DONNA VALLEE CUST
AMANDA MARIE VALLEE
20 RIVERSIDE ST
HOOKSETT, NH 03106

97586    0063111-00   S#0005196
DONNA WALKER CUST
JASON A WALKER
RTE 2 BOX 189
MONETA, VA 24121

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063112-00   S#0001784
DONOATO D'ONOFRIO CUST
STEPHINE D'ONOFRIO
565 KINGSLEY COURT
TOMS RIVER, NJ 08754

97586    0063113-00   S#0006518
DOOLEY PICKERING
630 OXFORD DR S
ENGLEWOOD, FL 34223

97586    0063114-00   S#0005555
DORA ANN REAVES CUST
J J REAVES III
9 DUNVEGAN DR
CHARLESTON, SC 29414

97586    0063115-00   S#0009565
DORAN DOCKSTADER
401 7TH AVENUE
STERLING, IL 63081

97586    0063116-00   S#0010527
DORAN GEORGE WILLIAMS
BOX 427
ELGIN, TX 78621-0427

97586    0063117-00   S#0001819
DOREEN MAGNANI CUST
LAINA ELEANOR MAGNANI
3402 SPRING BROOK DR
EDISON, NJ 08820

97586    0063118-00   S#0000959
DOREEN WILSON-ROBERTS C/F
TIMOTHY DANIEL ROBERTS UGMA NJ
27 MORTON PLACE
EAST ORANGE, NJ 07017

97586    0063119-00   S#0008111
DORENE WEISBERG CUST
FBO JEREMY WEISBERG SOBCZAK
6950 PINE EAGLE
WEST BLOOMFIELD, MI 48322-3872

97586    0063120-00   S#0012638
DORETTE ACKERMAN
10198 E STATES DR
CUPERTINO, CA 95014

97586    0063121-00   S#0009599
DORIS J BRADY &
GARY BRADY JT TEN
11862 E CONCORD RD
ST LOUIS, MO 63128-1823

97586    0063122-00   S#0004976
DORIS J WATSON &
JOHN H WATSON
12652 CATAWBA DR
WOODBRIDGE, VA 22192-6414

97586    0063123-00   S#0012706
DORIS LEE PON CUST
KEVIN M PON UTCAUG
1484 BLANEY AVE
SAN JOSE, CA 95129

97586    0063124-00   S#0011100
DORIS LEVY
2932 BENTLEY AVE
LOS ANGELES, CA 90064

97586    0063125-00   S#0006415
DORIS WALENT
8722 N DEXTER
TAMPA, FL 33604-1306

97586    0001501-00   S#0004194
DOROBA, TONY
1650 MAGNOLIA AVENUE
HATBORO, PA 19040

97586    0063126-00   S#0001442
DOROTHEA BONGIOVI CUST
STEPHANIE BONGIOVI
BOX 529 SOMERSET DR
RUMSON, NJ 07760

97586    0063127-00   S#0011749
DOROTHY BROOKS CUST
CHRISTOPHER C BROOKS
815 S SAN MATEO ST
REDLANDS, CA 92373

97586    0063128-00   S#0001133
DOROTHY F BROMIRSKI CUST
JONATHAN WOJCIK
221 WARREN ST
JERSEY CITY, NJ 07302

97586    0063129-00   S#0001134
DOROTHY F BROMIRSKI CUST
NICOLE WOJCIK
221 WARRENT ST
JERSEY CITY, NJ 07302

97586    0063130-00   S#0003743
DOROTHY FLANAGAN
4071 MT READ BLVD
ROCHESTER, NY 14616-3151

97586    0063131-00   S#0007868
DOROTHY L DAWES CUST
TARA LYNNE WILSON
930 FORESTDALE RD
ROYAL OAK, MI 48067

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063132-00  S#0005200
DOROTHY L NICKLO CUST
JOSEPH A CARNES
821 APPERSON DR APT M
SALEM, VA 24153-7029

97586    0063133-00  S#0000296
DOROTHY M GILL CUST
PATRICK MCDONOUGH
32 TREMONT ST
STONEHAM, MA 02180

97586    0063134-00  S#0004065
DOROTHY MAXWELL BEAZLEY CUST
MARK DAVID BEAZLEY
2412 WASHINGTON ST
ALLENTOWN, PA 18104

97586    0063135-00  S#0008395
DOROTHY MCCORMACK
510 S BRADLEY BOX 362
ROCK RAPIDS, IA 51246

97586    0063136-00  S#0011589
DOROTHY O TINDALL
9044 ROSEDALE DR
SPRING VALLEY, CA 91977-2739

97586    0063137-00  S#0007352
DOROTHY REGRUT
19115 ECHO DR
STRONGSVILLE, OH 44136

97586    0063138-00  S#0001462
DOROTHY S FRIEDEL CUST
JAY HOWARD FRIEDEL
3 WALDEN LANE
DENVILLE, NJ 07834

97586    0063139-00  S#0012014
DOROTHY S OLSON CUST
CAMERON OLSON GIBSON
472 N VILLA
PORTERVILLE, CA 93257

97586    0063140-00  S#0012015
DOROTHY S OLSON CUST
CHARLES EDWARD HARON
472 N VILLA
PORTERVILLE, CA 93257

97586    0063141-00  S#0012017
DOROTHY S OLSON CUST
ERIKA SHELDON GIBSON
472 N VILLA
PORTERVILLE, CA 93257

97586    0063142-00  S#0012016
DOROTHY S OLSON CUST
HILARY LYNN HARON
472 N VILLA
PORTERVILLE, CA 93257

97586    0063143-00  S#0012798
DOROTHY TRAVER ZAREMBSKI
1073 LARK AVE
SONOMA, CA 95476

97586    0063144-00  S#0003952
DOROTHY VANETTE CUST
CTDN CHRISTOPHER F VANETTE
PO BOX 10437
STATE COLLEGE, PA 16805-0437

97586    0063145-00  S#0011751
DOROTHY W BROWN
100 TENNESSEE ST APT 33
REDLANDS, CA 92373-4440

97586    0063146-00  S#0011290
DORTHY CRANDALL CUST
SARAH MARIE CRANDALL CA/UTMA
4316 CHARLEMAGNE AVE
LONG BEACH, CA 90808

97586    0063147-00  S#0008511
DOUG GLATZEL
C/O CHERYL GLATZEL
6635 N 89TH
MILWAUKEE, WI 53224

97586    0063148-00  S#0009643
DOUG JOHNSON CUST
AMY BETH JOHNSON
RTE 3 209 GREENBRIAR
CPE GIRARDEAU, MO 63701

97586    0063149-00  S#0002611
DOUG LA REGINA
631 S 11TH ST
NEW HYDE PARK, NY 11040

97586    0063150-00  S#0009963
DOUG MANSHIP JR C/F
JULIA P MANSHIP
4365 BLUBONNET
BATON ROUGE, LA 70809

97586    0063151-00  S#0012196
DOUG PEARSON
PO BOX 83
MADERA, CA 93969

97586    0063152-00  S#0009979
DOUG SHELLEY CUST
FBO JORDAN S SHELLEY
BOX 434
LAKE HAMILTON, AR 71951

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063153-00   S#0007218
DOUG SMITH CUST
ETHAN H SMITH
252 PROSPECT ST
BEREA, OH 44017

97586    0063154-00   S#0007092
DOUG STUDER CUST
ANDREW STUDER
16 ORCHARD TER
COLD SPRINGS, KY 41076

97586    0063155-00   S#0000637
DOUGLAS A DANFORTH &
ISABEL L DANFORTH JTTEN
40 HOLLY LANE
WETHERSFIELD, CT 06109

97586    0063156-00   S#0007372
DOUGLAS A GANSLER
23505 COMSTOCK RD
BEDFORD HTS, OH 44146

97586    0063157-00   S#0004662
DOUGLAS A MURPHY
1703 EAST WEST HWY #612
SILVER SPRING, MD 20910

97586    0063158-00   S#0008358
DOUGLAS BAGGETT CUST
FOR ADAM ROBERT BAGGETT
217 N E MANDY LANE
ANKENY, IA 50021-1620

97586    0063159-00   S#0008357
DOUGLAS BAGGETT CUST
FOR CAROLYN BAGGETT
217 N E MANDY LANE
ANKENY, IA 50021-1620

97586    0063160-00   S#0008356
DOUGLAS BAGGETT CUST
FOR NATHAN DOUGLAS BAGGETT
217 N E MANDY LANE
ANKENY, IA 50021-1620

97586    0063161-00   S#0006077
DOUGLAS C BOURNIQUE CUST
ALEXANDER BOURNIQUE
2095 S PORPOISE POINT LN
VERO BEACH, FL 32963-2848

97586    0063162-00   S#0003927
DOUGLAS C MCCULLOUGH CUST
JESSE W MCCULLOUGH
RD 4 BOX 136
COCHRANTON, PA 16314

97586    0063163-00   S#0004770
DOUGLAS CARL GUSSIO
709 CLIFFEDGE RD
BALTIMORE, MD 21208

97586    0063164-00   S#0005899
DOUGLAS CHIN CUST
ALEXANDER G CHIN
5153 ROSEBAY COURT
JACKSONVILLE, FL 32207

97586    0063165-00   S#0002556
DOUGLAS COHEN
3A PHYLLIS DR
POMONA, NY 10970-2629

97586    0063166-00   S#0007484
DOUGLAS COLMER DIEZ
1185 SHEIRER RD
MANSFIELD, OH 44903-8645

97586    0063167-00   S#0006914
DOUGLAS CUMMINGS
1914 BEAR CREEK PIKE
COLUMBIA, TN 38401

97586    0063168-00   S#0011875
DOUGLAS DELEPINE
14061 LA PAT PL
WESTMINSTER, CA 92683

97586    0063169-00   S#0006475
DOUGLAS DOUGHERTY
9487 ARBOL COURT
LARGO, FL 33773-1240

97586    0063170-00   S#0009342
DOUGLAS EDWARD JOHNSON
1419 PIER DR
DAVIS, IL 61019-9656

97586    0063171-00   S#0000355
DOUGLAS FRISBY
56 COBBLESTONE RD
BARNSTABLE, MA 02630

97586    0063172-00   S#0012426
DOUGLAS G ELLENBERG
393 FIELDSTONE DR
FREMONT, CA 94536

97586    0063173-00   S#0012692
DOUGLAS G SHARP CUST
ZACHARY E SHARP UGMA/CA
5361 CEADR GROVE CIRCLE
SAN JOSE, CA 95123

97586    0063174-00   S#0004920
DOUGLAS H BIRNIE CUST
NICHOLAS KIDDER BIRNIE
4225 MAYLOCK LN
FAIRFAX, VA 22033

97586    0063175-00   S#0003949
DOUGLAS J TRIPLETT
422 BROAD ST
PORT ALLEGHENY, PA 16743

97586    0063176-00   S#0011401
DOUGLAS JACOBSEN CUST
AMANDA TYLER JACOBSEN
4400 CONCHITA WAY
TARZANA, CA 91356