# EXHIBIT B
# (Part 2 of 4)

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063177-00   S#0000695
DOUGLAS JAMES FETCHO
1566 STRATFIELD RD
FAIRFIELD, CT 06432

97586   0063178-00   S#0011625
DOUGLAS JAMES FORE
1005 LAS NUEVAS
FALLBROOK, CA 92028

97586   0063179-00   S#0009850
DOUGLAS K VONDERFECHT &
J A KUGLER TR
THOMAS A VONDERFECHT TRUST
9739 FIELDCREST DR
OMAHA, NE 68114

97586   0063180-00   S#0010143
DOUGLAS KALE &
STACY KALE JTTEN
2509 DEER HORN DR
PLANO, TX 75025-4161

97586   0063181-00   S#0008471
DOUGLAS L BOLTER &
LISA M EURICH-BOLTER JT TEN
12835 W EUCLID CT
NEW BERLIN, WI 53151-4690

97586   0063182-00   S#0003206
DOUGLAS L DUSCHENCHUK
255 STEWART AVE
BETHPAGE, NY 11714-2712

97586   0063183-00   S#0006025
DOUGLAS L HARRIS CUST
SAMANTHA HARRIS
2360 DEVONSWOOD RD
TITUSVILLE, FL 32780

97586   0063184-00   S#0008336
DOUGLAS L WEAVER CUST
NICHOLAS J WEAVER
2267 JAMESTOWN DR SE
GRAND RAPIDS, MI 49508-6579

97586   0063185-00   S#0004202
DOUGLAS LE FEVRE CUST
ROBERT D LE FEVRE
200 CEDAR ST
JENKINTOWN, PA 19046-3229

97586   0063186-00   S#0011027
DOUGLAS LEE HARPER &
CATHRYN HEYDON HARPER JTTEN
235 MARMOT DRIVE
RENO, NV 89523-9604

97586   0063187-00   S#0012234
DOUGLAS LUCCHETTI CUST
DAVID DOUGLAS LUCCHETTI
78 FRANCES AVE
PACIFICA, CA 94044-2819

97586   0063188-00   S#0012233
DOUGLAS LUCCHETTI CUST
HEATHER J LUCCHETTI
78 FRANCES AVE
PACIFICA, CA 94044-2819

97586   0063189-00   S#0012232
DOUGLAS LUCCHETTI CUST
JASON E LUCCHETTI
78 FRANCES AVE
PACIFICA, CA 94044-2819

97586   0063190-00   S#0012235
DOUGLAS LUCCHETTI CUST
JONATHON R LUCCHETTI
78 FRANCES AVE
PACIFICA, CA 94044-2819

97586   0063191-00   S#0013055
DOUGLAS M BRAGG CUST
DOUGLAS MCLAIN BRAGG UTMA/OR
330 S.E. HIGHLAND DRIVE
SHERWOOD, OR 97140

97586   0063192-00   S#0005114
DOUGLAS M DRUMMOND
1924 THUNDERBIRD DR
VIRGINIA BEACH, VA 23454

97586   0063193-00   S#0008266
DOUGLAS M JOHNSON CUST
PETER D JOHNSON
2200 BARRITT ST
LANSING, MI 48912

97586   0063194-00   S#0010746
DOUGLAS MACDONALD
2210 E 10375 S
SANDY, UT 84092

97586   0063195-00   S#0011294
DOUGLAS P FREDRICK
3558 LOS COYOTES
LONG BEACH, CA 90808-2403

97586   0063196-00   S#0000192
DOUGLAS P KRISKO
21 ELM ST
PEABODY, MA 01960

97586   0063197-00   S#0000969
DOUGLAS P SCHMELL
2000 LINWOOD AVE 21F
FORT LEE, NJ 07024-3013

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063198-00   S#0011404
DOUGLAS R BROWN &
DIANE K BROWN
289 ODEBOLT
THOUSAND OAKS, CA 91360

97586   0063199-00   S#0005308
DOUGLAS R DAVIDSON
3251 ANVIL PL
GREENSBORO, NC 27407

97586   0063200-00   S#0010950
DOUGLAS R MAYO
2357 C 45TH ST
LOS ALAMOS, NM 87544

97586   0063201-00   S#0004546
DOUGLAS SCHIFFMAN CUST
JEFFREY SCHIFFMAN
5201 WOODLAWN AVE
CHEVY CHASE, MD 20815-6636

97586   0063203-00   S#0000306
DOUGLAS WK TOM &
MARILYN LEE TOM JT TEN
59 IVY RD
WELLESLEY, MA 02181-4537

97586   0001114-00   S#0011455
DOVALE, PAMELA
14610 ERWIN ST #316
VAN NUYS, CA 91411

97586   0000985-00   S#0002117
DRESNER, MICHAEL
505 WEST END AVE #9C
NEW YORK, NY 10024

97586   0063204-00   S#0013517
DREW BYNON REYNOLDS
87 AYLESWORTH AVENUE
SCARBOROUGH, ON M1N 2J7
CANADA

97586   0063205-00   S#0013421
DREW BYNON REYNOLDS &
MELISSA STEPHANIE REYNOLDS
87 ALYESWORTH AVENUE
SCARBOROUGH, ON
CANADA

97586   0063206-00   S#0002362
DREW FORMAN
7 CANTERBURY RD S
HARRISON, NY 10528

97586   0063207-00   S#0005371
DREW M LUDLOW
211 RIDGEWOOD DR
APT 908
RALEIGH, NC 27609-3774

97586   0063208-00   S#0007858
DREW N MAYWAR
3175 WALNUT ST
PORT HURON, MI 48060

97586   0063209-00   S#0001143
DREW R CERRIA
40 LINCOLN ST
JERSEY CITY, NJ 07307

97586   0063210-00   S#0012820
DREXEL WESLEDER &
DENISE WESLEDER JT TEN
7469 EVENING WAY
CITRUS HEIGHTS, CA 95621

97586   0000449-00   S#0004251
DRINKER BIDDLE REATH LAW LIBR
1 LOGAN SQ FL 18
PHILADELPHIA, PA 19103

97586   0000450-00   S#0012867
DROWN NEWS AGENCY
C/O RL MYERS
PO BOX 2080
FOLSOM, CA 95763-2080

97586   0000451-00   S#0008934
DSC LOGISTICS
1750 S WOLF RD
DES PLAINES, IL 60018

97586   0063211-00   S#0003603
DUANE A HACKLEY &
MARGO J HACKLEY
1893 NY RTE 11
KIRKWOOD, NY 13795

97586   0063212-00   S#0012070
DUANE AMENT CUST
CORY D AMENT
5616 NOMI ST
BAKERSFIELD, CA 93308

97586   0063213-00   S#0012071
DUANE AMENT CUST
JASON D AMENT
5616 NOMI ST
BAKERSFIELD, CA 93308

97586   0063214-00   S#0012069
DUANE AMENT CUST
SCOTT MARCELLUS
5616 NOMI ST
BAKERSFIELD, CA 93308

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0063215-00  S#0013373
DUANE R WEHRS CUST
BRADLEY BRAEGER CA/UTMA
11940 KRISTIE CIRCLE
ANCHORAGE, AK 99516

97586   0063216-00  S#0013259
DUANNE STEBEN CUST
LINDSEY R STEBEN
10728 5TH AVE SE
EVERETT, WA 98208

97586   0063217-00  S#0004551
DUANT T HOLT CUST
FELIX THOMAS HOLT IV UGMA MD
6020 KINGSFORD RD
BETHESDA, MD 20817

97586   0021062-00  S#0007550
DUBOIS CHEMICALS
ATTN: DENISE BORCHERS
200 CROWNE POINT PLACE
CINCINNATI, OH 45241

97586   0001602-00  S#0002009
DUKE, WILLIAM T
111 EAST 14TH STREET
SUITE 324
NEW YORK, NY 10016

97586   0000464-00  S#0004046
DUN & BRADSTREET
RECEIVABLE MGT SVCS
899 EATON AVE
BETHLEHEM, PA 18025-0001

97586   0063218-00  S#0005842
DUNCAN BREWER MILLER
220 COVINGTON AVE APT 53
THOMASVILLE, GA 31792

97586   0020128-01  S#0010082
DUNCAN CANDY & TOBACCO CO
ATTN: ANNETTE MCENTIRE-SECTY/TREAS
511 EAST MAIN
PO BOX 1736
DUNCAN, OK 73534-1736

97586   0063219-00  S#0011106
DUNCAN CRAIG ROULEAU
BOX 64165
LOS ANGELES, CA 90064-0165

97586   0063220-00  S#0010291
DUONG TU
4849 ANGELINA
WICHITA FALLS, TX 76308

97586   0000585-00  S#0001288
DURANTE, GENE
1 DINSMORE PL
ORADELL, NJ 07649

97586   0020009-00  S#0005386
DURHAM CHAMBER OF COMMERCE
300 W MORGAN ST
DURHAM, NC 27701

97586   0063221-00  S#0007904
DURWARD LEE FRANKLIN
5886 ARDEN
WARREN, MI 48092

97586   0063222-00  S#0010578
DUSTIN DAVID KARDOES
6265 UNION CT
ARVADA, CO 80004

97586   0063223-00  S#0013108
DUSTIN HOWELLS
378 BLAZER RD
EUGENE, OR 97404

97586   0063224-00  S#0010736
DUSTIN J HOOPER
5988 BERMUDA DR
BOISE, ID 83709

97586   0063225-00  S#0010476
DUSTIN TRAVIS RAGSDALE
5475 SUNBURY
BEAUMONT, TX 77707

97586   0063226-00  S#0007453
DWAYNE A DAUGHERTY
139 S GRANT ST
WOOSTER, OH 44691

97586   0063227-00  S#0006987
DWAYNE K DOWELL CUST
PAUL L DOWELL
2101 WROCKLAGE AVE
LOUISVILLE, KY 40205

97586   0063228-00  S#0011837
DWAYNE PELTIER CUST
CRAIG LUNDBERG
24762 MONTE ROYALE
LAGUNA HILLS, CA 92653

97586   0063229-00  S#0004794
DWELLARIE BELL CUST
ERIC C BROWN
2317 CLOVILLE AVE
BALTIMORE, MD 21214

97586   0063230-00  S#0007268
DWIGHT C HULL &
MARY KAY HULL
24695 ARLINGTON LN
NORTH OLMSTED, OH 44070-3404

97586   0063231-00  S#0008189
DWIGHT D BILLINGS
7222 RICHFIELD
DAVISON, MI 48423

97586   0063232-00  S#0009741
DWIGHT K WEAVER
3677 N 154TH STREET
BASEHOR, KS 66007

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063233-00   S#0006698<br>DWIGHT W MAXWELL<br>BOX 4936<br>HUNTSVILLE, AL 35815 | 97586    0063234-00   S#0011014<br>DYLAN HAY-CHAPMAN<br>1270 PALISADE DR<br>RENO, NV 89509 | 97586    0063235-00   S#0003881<br>DYLAN R LAMP<br>226 LOCUST ST<br>RICHEYVILLE, PA 15358 |
| 97586    0063236-00   S#0005598<br>DYLAN W NEUWIRTH<br>PO BOX 694<br>TRAVELERS REST, SC 29690-0694 | 97586    0063237-00   S#0005733<br>E B DANIELS III<br>4234 E FAIRVIEW RD<br>STOCKBRIDGE, GA 30281 | 97586    0020506-00   S#0007795<br>E BIERHAUS & SONS INC<br>DBA VALLEY DISTRIBUTING CO<br>PO BOX 538<br><br>VINCENNES, IN 47591 |
| 97586    0063238-00   S#0006070<br>E FAITH T NORMAN CUST<br>ANDREW STEVEN NORMAN<br>1325 GIRARD BLVD<br>MERRITT ISL, FL 32952 | 97586    0063239-00   S#0005338<br>E HOWARD KELLOGG JR &<br>PATRICIA KELLOGG JT TEN<br>132 CROSS LAKE DR<br>FUQUAY-VARINA, NC 27526 | 97586    0063240-00   S#0005740<br>E KIRBY SMITH<br>STATION F BOX 8124<br>ATLANTA, GA 30306 |
| 97586    0063241-00   S#0009736<br>E L SCHUENEMEYER &<br>RAMONA SCHUENEMEYER JT TEN<br>MILLWOOD CNTRY CLUB ESTATES<br>3448 E BLUFF POINT<br>OZARK, MO 65721 | 97586    0063242-00   S#0010565<br>E MIKE LANIER<br>BOX 1477<br>ABILENE, TX 79604 | 97586    0063243-00   S#0007578<br>EARL BALTES<br>13929 STATE RT 118<br>NEW WESTIN, OH 45348 |
| 97586    0063244-00   S#0009956<br>EARL DAIGLE<br>3516 RYAN<br>LAKE CHARLES, LA 70605 | 97586    0063245-00   S#0008809<br>EARL DAVIS CUST<br>BRET DAVIS<br>202 14TH STREET SE<br>AUSTIN, MN 55912 | 97586    0063246-00   S#0009629<br>EARL EDWARD YOWELL<br>408 FEISE RD<br>O'FALLON, MO 63366 |
| 97586    0063247-00   S#0007158<br>EARL GOLDHAMMER &<br>KAREN GOLDHAMMER JT TEN<br>1987 CHATFIELD RD<br>COLUMBUS, OH 43221 | 97586    0063248-00   S#0007286<br>EARL GREEN<br>3313 SILSBY ROAD<br>CLEVELAND, OH 44108 | 97586    0063249-00   S#0008454<br>EARL JAEGER CUST<br>ANDREW JAEGER WI UGMA<br>594 W23130 HAWTHORNE CHASM<br>BIG BEND, WI 53103 |
| 97586    0063250-00   S#0007238<br>EARL R DAVIS<br>11010 MIDDLE AVE<br>ELYRIA, OH 44035 | 97586    0063251-00   S#0006817<br>EARL R MONROE &<br>ANN L MONORE<br>141 BRIDGE ST<br>KINGSPORT, TN 37660 | 97586    0063252-00   S#0006816<br>EARL R MONROE CUST<br>DALLAS MONROE<br>141 BRIDGE ST<br>KINGSPORT, TN 37660 |

**Debtor:**          Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063253-00   S#0006815<br>EARL R MONROE CUST<br>JOSHUA MONROE<br>141 BRIDGE ST<br>KINGSPORT, TN 37660 | 97586   0063254-00   S#0007227<br>EARLE ROGOFF CUST<br>PHILLIP E ROGOFF<br>6367 CHAGRIN RIVER RD<br>BENTLEYVILLE, OH 44022 | 97586   0063255-00   S#0009975<br>EARNEST E TURNER JR<br>5699 NEW NATCHITOCHES RD<br>WEST MONROE, LA 71292 |
| 97586   0000471-00   S#0003170<br>EARNSHAW'S<br>475 FIRE ISLAND AVE<br>BABYLON, NY 11702 | 97586   0000473-00   S#0003875<br>EASTMAN KODAK COMPANY<br>PO BOX 640361<br>PITTSBURGH, PA 15264-0361 | 97586   0000475-00   S#0001640<br>EASY PAK SERVICES<br>PO BOX 974<br>DELRAN, NJ 08075 |
| 97586   0072060-00   S#0010940<br>ECKERT, TIMOTHY J<br>6001 MOON ST NE<br>APT 2612<br>ALBUQUERQUE, NM 87111-1458 | 97586   0000476-00   S#0010187<br>ED BAXTER & ASSOCIATES<br>PO BOX 380128<br>DUNCANVILLE, TX 75138-0128 | 97586   0063256-00   S#0003015<br>ED JACOBS &<br>IRA S JACOBS JT TEN<br>2691 HANSON PL<br>BALDWIN, NY 11510-4137 |
| 97586   0063257-00   S#0013285<br>ED L ROBERTSON<br>1325 JACOBSEN BLVD #B<br>BREMERTON, WA 98310-5431 | 97586   0063258-00   S#0013578<br>ED RHODES JR<br>4126 38TH AVE<br>RED DEER, AB T4N2T9<br>CANADA | 97586   0063259-00   S#0010185<br>ED W BLACKBURN &<br>CAROLYN D BLACKBURN JTWROS<br>2002 BELCLAIRE CIRCLE W<br>CORSICANA, TX 75110 |
| 97586   0063260-00   S#0002826<br>EDDIE ANDINO<br>185 ARDSLEY LOOP APT 13B<br>BROOKLYN, NY 11239 | 97586   0063261-00   S#0009121<br>EDDIE D WILLIAMS<br>132 ELLINGTON DR<br>SCHAUMBURG, IL 60194 | 97586   0063262-00   S#0005269<br>EDDY J ANDREWS &<br>JANET W ANDREWS<br>JT TEN<br>745 LAVERTON LANE<br>RURAL HALL, NC 27045-9747 |
| 97586   0063263-00   S#0000713<br>EDGAR ALLAN Q VILLANUEVA<br>1433 WINDWARD RD<br>MILFORD, CT 06460 | 97586   0063264-00   S#0008776<br>EDGAR C LEBLANC<br>11354 WREN STR NW<br>COON RAPIDS, MN 55433 | 97586   0063265-00   S#0011372<br>EDITH LEWIS CUST<br>JAKE ABRAHAM LEWIS<br>19516 SUPERIOR ST<br>NORTHRIDGE, CA 91324-1648 |
| 97586   0063266-00   S#0008640<br>EDITH M JOHNSON<br>N8974 COUNTY O<br>CLINTONVILLE, WI 54929 | 97586   0063267-00   S#0002982<br>EDITH PEREZ CUST<br>WILLIAM J KOCH JR<br>115-07 N CONDUIT AVE<br>S OZONE PARK, NY 11420-3912 | 97586   0021213-00   S#0000980<br>EDMUND C KLEINER INC<br>202 JEFFERSON STREET<br>HOBOKEN, NJ 07030-1896 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063268-00   S#0013201<br>EDMUND ENG<br>12223 SE 179TH PL<br>RENTON, WA 98058-6522 | 97586    0063269-00   S#0000708<br>EDMUND P YEATON<br>P O BOX 214<br>MIDDLEFIELD, CT 06455-0214 | 97586    0063270-00   S#0003011<br>EDNA MEDFORD &<br>WILLIAM MEDFORD<br>BOX 0039<br>BALDWIN, NY 11510-0039 |
| 97586    0063271-00   S#0007326<br>EDNA P CUTLER CUST<br>ADAM GREENBERGER<br>1422 SOM CENTER RD APT 312<br>MAYFIELD HTS, OH 44124 | 97586    0063272-00   S#0013348<br>EDNA V NELSON &<br>MARVIN J NELSON JTTEN<br>PO BOX 929<br>PASCO, WA 99301 | 97586    0063273-00   S#0001786<br>EDUARDO N SAGUIL &<br>EMELINDA F SAGUIL JT TEN<br>1759 TODD RD<br>TOMS RIVER, NJ 08755-2143 |
| 97586    0063274-00   S#0002476<br>EDWARD A DROHAN IV<br>18 EUCLID AVE<br>YONKERS, NY 10705-4409 | 97586    0063275-00   S#0013237<br>EDWARD A PETERSON<br>1711 1/2 HARVARD AVE D<br>SEATTLE, WA 98122-2227 | 97586    0063276-00   S#0007346<br>EDWARD A RHEE<br>8089 FOREST<br>NORTH ROYALTON, OH 44133 |
| 97586    0063277-00   S#0003934<br>EDWARD A ZARGER JR<br>30 E CONGRESS ST<br>CORRY, PA 16407 | 97586    0063278-00   S#0006226<br>EDWARD ABBOUD<br>830 SW 100 COURT<br>MIAMI, FL 33174 | 97586    0063279-00   S#0013509<br>EDWARD ALEX KRUSZYNSKI<br>APT 902<br>155 MARKET STREET<br>HAMILTON ONTARIO L8R 3H5<br>HAMILTON, ON L8R 3H5<br>CANADA |
| 97586    0063280-00   S#0011104<br>EDWARD ARTHUR ARENBERG<br>11377 W OLYMPIC BLVD 9TH FLR<br>LOS ANGELES, CA 90064 | 97586    0063281-00   S#0002693<br>EDWARD ASH CUST<br>DAVID E ASH<br>2518 AVE J<br>BROOKLYN, NY 11210-3712 | 97586    0063282-00   S#0002757<br>EDWARD BIENSTOCK CUST<br>GREGORY BIENSTOCK<br>3730 NAUTILUS AVE<br>BROOKLYN, NY 11224-1220 |
| 97586    0063283-00   S#0013271<br>EDWARD C CHRISTENSEN<br>PO BOX 184<br>GOLD BAR, WA 98251 | 97586    0063284-00   S#0009087<br>EDWARD C GOCKMAN &<br>MAUREEN E GOCKMAN JT TEN<br>15805 LERITA DR<br>HUNTLEY, IL 60142 | 97586    0063285-00   S#0012303<br>EDWARD CAMPANA C/F<br>MARIAH CAMPANA CA/UTMA<br>4 HOFFMAN AVENUE<br>SAN FRANCISCO, CA 94114 |
| 97586    0063286-00   S#0000339<br>EDWARD CUTLER CUST<br>DAVID CUTLER<br>11 RODNEY ST<br>BROCKTON, MA 02402 | 97586    0063287-00   S#0006658<br>EDWARD D BENNETT &<br>BEVERLY J BENNETT<br>1009 EUCLID AVE<br>BIRMINGHAM, AL 35213 | 97586    0063288-00   S#0009556<br>EDWARD D JONES & CO<br>201 PROGRESS PKWY<br>MARYLAND HEIGHTS, MO 63043-3009 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063289-00   S#0001853<br>EDWARD E BENSON &<br>SCOTT C BENSON<br>317 SALVATORE AVE<br>MIDDLESEX, NJ 08846-1226 | 97586   0063290-00   S#0003595<br>EDWARD EGNACZAK<br>RD 3 BOX 225<br>BAINBRIDGE, NY 13733 | 97586   0063291-00   S#0011902<br>EDWARD ELDRIDGE CUST<br>ERICA ELDRIDGE<br>16796 DAISY<br>FOUNTAIN VALLEY, CA 92708 |
| 97586   0063292-00   S#0011903<br>EDWARD ELDRIDGE CUST<br>SHAWN ELDRIDGE<br>16796 DAISY<br>FOUNTAIN VALLEY, CA 92708 | 97586   0063293-00   S#0009282<br>EDWARD ESPOSITO &<br>MARUEEN ESPOSITO<br>6608 N OCONTO<br>CHICAGO, IL 60631 | 97586   0063294-00   S#0003390<br>EDWARD F SNOEK &<br>ROSALIE SNOEK<br>JT TEN<br>38 CLEARVIEW DR<br>SAG HARBOR, NY 11963-1403 |
| 97586   0063295-00   S#0012159<br>EDWARD F WATANABE<br>6537 HIGHWAY 145<br>MADERA, CA 93637 | 97586   0063296-00   S#0005887<br>EDWARD FLETCHER<br>BOX 2518<br>ORMOND BEACH, FL 32175-2518 | 97586   0063297-00   S#0002924<br>EDWARD FOERDER &<br>BERNICE FOERDER JT TEN<br>71-18 YELLOWSTONE BLVD<br>FOREST HILLS, NY 11375-3540 |
| 97586   0063298-00   S#0001534<br>EDWARD FRANCIS KENNY JR<br>158 CIRCLE DR<br>MILLINGTON, NJ 07946 | 97586   0063299-00   S#0012514<br>EDWARD FRANCIS MCMILLAN JR<br>7498 HILLSBORO AVE<br>SAN RAMON, CA 94583 | 97586   0063300-00   S#0005541<br>EDWARD G JOHNSON JR<br>513 BRITTON LN<br>COLUMBIA, SC 29209 |
| 97586   0063301-00   S#0012344<br>EDWARD G METHE<br>3649 MARKET ST #605<br>SAN FRANCISCO, CA 94131 | 97586   0063302-00   S#0006794<br>EDWARD G ZAHOREC CUST<br>WILLIAM WILSON IV<br>7836 HUNTINGTON FOREST DR<br>HIXSON, TN 37343 | 97586   0063303-00   S#0010372<br>EDWARD GAIENNIE<br>9630 SPRINGMONT<br>HOUSTON, TX 77080 |
| 97586   0063304-00   S#0010490<br>EDWARD GOFF CUST<br>BENJAMIN GOFF<br>US EMBASSY EST<br>BOX 3087<br>LAREDO, TX 78044-3087 | 97586   0063305-00   S#0012295<br>EDWARD HAN<br>645 BATTERY ST<br>SAN FRANCISCO, CA 94111-1801 | 97586   0063306-00   S#0009012<br>EDWARD HENDRICKSON<br>16646 W APTEKISIC RD<br>PRAIRIE VIEW, IL 60069 |
| 97586   0063307-00   S#0000919<br>EDWARD HENRY FURTH<br>132 BLACKBERRY DRIVE<br>STAMFORD, CT 06903-1206 | 97586   0063308-00   S#0000814<br>EDWARD HOWLAND CUST<br>MICHAEL E HOWLAND<br>67 DEAN RD<br>NEW MILFORD, CT 06776 | 97586   0063309-00   S#0000365<br>EDWARD I ANDRE &<br>CONSTANCE ANDRE<br>363 COLUMBIA ST<br>FALL RIVER, MA 02721-1547 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063310-00   S#0009895<br>EDWARD J ABATE CUST<br>AILEEN L ABATE<br>4529 MARSEILLES PL<br>METAIRIE, LA 70002 | 97586    0063311-00   S#0009896<br>EDWARD J ABATE CUST<br>ANDREW J ABATE<br>4529 MARSEILLES PL<br>METAIRIE, LA 70002 | 97586    0063312-00   S#0009894<br>EDWARD J ABATE CUST<br>ASHLEY M ABATE<br>4529 MARSEILLES PL<br>METAIRIE, LA 70002 |
| 97586    0063313-00   S#0007336<br>EDWARD J BREWER &<br>ELLEN M BREWER JT TEN<br>9602 GARFIELD BLVD<br>CLEVELAND, OH 44125-1406 | 97586    0063314-00   S#0010742<br>EDWARD J FLEMING CUST<br>ANTHONY EDWARD FLEMING<br>1130 SOUTH 800 EAST<br>BOUNTIFUL, UT 84010 | 97586    0063315-00   S#0010687<br>EDWARD J JOHNSON &<br>KELLY J JOHNSON<br>5857 PALMER PARK BLVD<br>COLORADO SPGS, CO 80915-1611 |
| 97586    0063316-00   S#0009763<br>EDWARD J KELLEY &<br>DORIS D KELLEY JT TEN<br>7232 GRANDVIEW DR<br>OVERLAND PARK, KS 66204 | 97586    0063317-00   S#0000082<br>EDWARD J KULBOKAS III<br>17 EDGEMERE BLVD<br>SHREWSBURY, MA 01545 | 97586    0063318-00   S#0010680<br>EDWARD J LACHENDRO<br>1293 AMSTERDAM DR<br>COLORADO SPRINGS, CO 80907 |
| 97586    0063319-00   S#0006770<br>EDWARD J PETRONE<br>6705 GREELEY DR<br>NASHVILLE, TN 37205 | 97586    0063320-00   S#0003271<br>EDWARD J SCOTT III<br>29 WINTERGREEN DR<br>MELVILLE, NY 11747 | 97586    0063321-00   S#0006542<br>EDWARD J STEVENSON C/F<br>ROBERT E STEVENSON UGMA FL<br>PO BOX 57<br>LAUREL, FL 34272 |
| 97586    0063322-00   S#0006543<br>EDWARD J STEVENSON CUST<br>KRISTA ELIZABETH STEVENSON UTM<br>18 LAUREL RD BOX 57<br>LAUREL, FL 34272 | 97586    0063323-00   S#0000035<br>EDWARD J WELCH III<br>32 MAYNARD RD<br>NORTHAMPTON, MA 01060 | 97586    0063324-00   S#0000716<br>EDWARD J ZELEK CUST<br>JUSTIN J ZELEK<br>37 CHERYL ANN DR<br>MILFORD, CT 06460-2254 |
| 97586    0063325-00   S#0004125<br>EDWARD JAMES DUFF CUST<br>DANIEL DUFF<br>1245 PEBBLE HILL RD<br>DOYLESTOWN, PA 18901-3006 | 97586    0063326-00   S#0007803<br>EDWARD K KELLER<br>1806 HARMONY WAY<br>EVANSVILLE, IN 47720 | 97586    0063327-00   S#0003268<br>EDWARD KAHAN<br>3 TALBURN LANE<br>DIX HILLS, NY 11746-5300 |
| 97586    0063328-00   S#0001714<br>EDWARD KELLEY CUST<br>A/C/F BRENDAN KELLEY<br>8 MONROE PL<br>CRANBURY, NJ 08512 | 97586    0063329-00   S#0001713<br>EDWARD KELLEY CUST<br>TARA A KELLEY<br>8 MONROE PL<br>CRANBURY, NJ 08512 | 97586    0063330-00   S#0001665<br>EDWARD L GRIZE CUST<br>CHRISTOPHER E GRIZE<br>BOX 320A RD 4<br>BLACK HORSE PIKE<br>WILLIAMSTOWN, NJ 08094 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063331-00   S#0001667
EDWARD L GRIZE JR
320-A RD 4
BLACK HORSE PIKE
WILLIAMSTOWN, NJ 08094-2799

97586   0063332-00   S#0009048
EDWARD L GUBMAN CUST
CHARLES GUBMAN
1046 GREENWOOD AVE
WILMETTE, IL 60091-1754

97586   0063333-00   S#0008112
EDWARD L RUBY CUST
ERIC L RUBY
3240 WOODVIEW LAKE RD
WEST BLOOMFIELD, MI 48323

97586   0063334-00   S#0002623
EDWARD M OCONNELL CUST FOR
JOHN J LOCASTO III UTMA/NJ
597 S 11TH ST
NEW HYDE PARK, NY 11040-5562

97586   0063335-00   S#0013525
EDWARD MANDEL
34 CADILLAC AVE
NORTH YORK, ON M3H 1S2
CANADA

97586   0063336-00   S#0009348
EDWARD OSRAN &
LILLIAN OSRAN JTTEN
46 N WESTWOOD AVE
FREEPORT, IL 61032

97586   0063337-00   S#0000571
EDWARD P ADZIMA
5 HEATHER RD
ELLINGTON, CT 06029

97586   0063338-00   S#0010346
EDWARD P CONNELL JR CUST
JEFFREY W CONNELL
11734 ORCHARD MOUNTAIN DR
HOUSTON, TX 77059-5514

97586   0063339-00   S#0004153
EDWARD P DELSON CUST
DAVID DELSON
1004 STONEBRIDGE RD
LOWER GWYNEDD, PA 19002

97586   0063340-00   S#0006992
EDWARD P GINSBURG &
BARBARA J GINSBURG
3011 KENT RD
LOUISVILLE, KY 40205-3129

97586   0063341-00   S#0000865
EDWARD P SILARD
6 INTRIERI LANE
GREENWICH, CT 06830-7258

97586   0063342-00   S#0005467
EDWARD P WHALEN
PO BOX 183
PINEHURST, NC 28374

97586   0063343-00   S#0012946
EDWARD R CLARY &
KARAN E CLARY JT TEN
91-590 FARRINGTON HWY 210-176
KAPOLEI, HI 96707-1123

97586   0063344-00   S#0010077
EDWARD R GRONDIN JR
2235 NW HOOVER AVE
APT B
LAWTON, OK 73505

97586   0063345-00   S#0006269
EDWARD R HESLEY &
ELIZABETH A HESLEY
7648 NW 96TH TER
TAMARAC, FL 33321-1981

97586   0063346-00   S#0003844
EDWARD R LOWY
347 4TH AVE
PITTSBURGH, PA 15222

97586   0063347-00   S#0008472
EDWARD R RUTLEDGE
TRACY L RUTLEDGE JTTEN
101 MARK CT
NORTH PRAIRIE, WI 53153

97586   0063348-00   S#0002744
EDWARD REILLY
757 53RD ST
BROOKLYN, NY 11220

97586   0063349-00   S#0000743
EDWARD S MEDVECKY
40 PEACOCK DR
STRATFORD, CT 06497

97586   0063350-00   S#0003389
EDWARD S TUROWSKI &
JEAN TUROWSKI JT TEN
322 B WOODBRIDGE DR
RIDGE, NY 11961-1365

97586   0063351-00   S#0004269
EDWARD SCHON
9111 BUSTLETON AVE
PHILADELPHIA, PA 19115-4609

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063352-00   S#0007557
EDWARD SHERNOFF CUST
ALEX SHERNOFF
8139 MAXFIELD
CINCINNATI, OH 45243

97586    0063353-00   S#0000997
EDWARD SIMON
11 MENZEL AVE
MAPLEWOOD, NJ 07040

97586    0063354-00   S#0000749
EDWARD SLONINA &
PATRICIA SLONINA JT TEN
82A RIVER BEND RD
STRATFORD, CT 06497-8096

97586    0063355-00   S#0003392
EDWARD V CIAGLO &
MAGDALYN CAPUTO CIAGLO JT TEN
BOX 325
3 W THOMAS ST
SHELTER IS, NY 11964-0325

97586    0063356-00   S#0000151
EDWARD V LYMAN SR &
BARBARA E LYMAN JT TEN
56 STONE ST
DRACUT, MA 01826

97586    0063357-00   S#0004467
EDWARD W LITTLETON CUST
ELIZABETH A FLEETWOOD
BOX 726
SEAFORD, DE 19973

97586    0063358-00   S#0011592
EDWARDO R KAHN
367 CANYON RIDGE DR
BONITA, CA 92002

97586    0063359-00   S#0009235
EDWIN A GOEBEL JR CUST
EDWIN A GOEBEL III IL/UTMA
9 S 131 SKYLANE DR
NAPERVILLE, IL 60564-9450

97586    0063360-00   S#0003408
EDWIN A WALTERS
109 BUSHNELL RD
MAYFIELD, NY 12117-3701

97586    0063361-00   S#0004028
EDWIN CHARLES SNYDER
BOX 485 RD 3
WATSONTOWN, PA 17777

97586    0063362-00   S#0010569
EDWIN J W HAMLYN CUST
GEOFFREY S HAMLYN
3933 LAS VEGAS
EL PASO, TX 79902-1728

97586    0063363-00   S#0009306
EDWIN L BARON TTEE OF THE
EDWIN L BARON TRUST UA DTD 8/15/95
6529 N LE MAI AVE
LINCOLNWOOD, IL 60646-3013

97586    0063364-00   S#0001726
EDWIN L TURNER CUST
ALEXANDER TURNER
27 WOODS WAY
PRINCETON, NJ 08540

97586    0063365-00   S#0001875
EDWIN SANTIAGO
375 STATE ST APT 619
PERTH AMBOY, NJ 08861

97586    0063366-00   S#0009293
EDWIN THOMAS CALLAHAN &
DULCY ELLEN WOLVERTON
JT TEN
1642 E 56TH ST APT 1211
CHICAGO, IL 60637

97586    0063367-00   S#0008348
EDWIN W MOORE &
SCOTT L MOORE
BOX 929
INDIAN RIVER, MI 49749

97586    0063368-00   S#0006713
EDWIN WHITEHEAD
125 W MAIN ST
DOTHAM, AL 36301-1625

97586    0063369-00   S#0001415
EFRAIM RAJS CUST
MARC RAJS
2 NYSTROM TRAIL
MATAWAN, NJ 07747

97586    0063370-00   S#0004292
EFRAIN F CRUZ
724 KINGSTON ST
PHILADELPHIA, PA 19134

97586    0000488-00   S#0010650
EGM2
PO BOX 55370
BOULDER, CO 80322-5370

97586    0063371-00   S#0001248
EILEEN A DUFFY
24 CLARK STREET
CRESSKILL, NJ 07626

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063372-00  S#0011353<br>EILEEN BERNET &<br>ROBERT BERNET<br>JT TEN<br>22450 BURTON ST<br>WEST HILLS, CA 91304-3748 | 97586   0063373-00  S#0004884<br>EILEEN BUCKHOLTZ CSDN<br>RYAN BUCKHOLTZ<br>13762 BARBERRY WAY<br>SYKESVILLE, MD 21784 | 97586   0063374-00  S#0000297<br>EILEEN C LECCESE CUST<br>JOSEPH P LECCESE<br>1163 FRANKLIN ST<br>STONEHAM, MA 02180 |
| 97586   0063375-00  S#0001290<br>EILEEN GALLAGHER &<br>DANIEL GALLAGHER JT TEN<br>208 UNION STREET<br>ORADELL, NJ 07649 | 97586   0063376-00  S#0009448<br>EILEEN M GRAWITCH CUST<br>MATTHEW L GRAWITCH<br>1304 LEONA DR<br>FAIRVIEW HEIGHTS, IL 62208 | 97586   0063377-00  S#0002730<br>EILEEN NEVILLE &<br>ROY NEVILLE JR<br>351-22ND ST<br>BROOKLYN, NY 11215-6407 |
| 97586   0063378-00  S#0011153<br>EILEEN R SUGIMURA CUST<br>FBO KEITH M NAGAI<br>16914 DALTON AVE 1<br>GARDENA, CA 90247-5481 | 97586   0063379-00  S#0013088<br>EILEEN S CAYO<br>5225 SW OLESON RD 1<br>PORTLAND, OR 97225 | 97586   0063380-00  S#0001068<br>EILENE ROSEN CUST<br>ADAM ROSEN<br>65 WESTVIEW RD<br>SHORT HILLS, NJ 07078 |
| 97586   0063381-00  S#0000424<br>EITAN DANIEL HERSH<br>45 BARBOUR DR<br>PROVIDENCE, RI 02906 | 97586   0000490-00  S#0003877<br>EKCC<br>PO BOX 64244<br>PITTSBURGH, PA 15264-2444 | 97586   0063382-00  S#0003698<br>ELAINE A BENNETT CUST<br>SEAN M BENNETT<br>1462 CAMBORN DR<br>MACEDON, NY 14502 |
| 97586   0063383-00  S#0008234<br>ELAINE ASMUS CUST<br>BRIANA MARIE ASMUS<br>2402 S GRAHAM<br>SAGINAW, MI 48609 | 97586   0063384-00  S#0008235<br>ELAINE ASMUS CUST<br>KELLY RENEE ASMUS<br>2402 S GRAHAM<br>SAGINAW, MI 48609 | 97586   0063385-00  S#0003407<br>ELAINE D LAPRE &<br>STEPHEN C LAPRE<br>JT TEN<br>RD 2 BOX 2058<br>MARYLAND, NY 12116 |
| 97586   0063386-00  S#0000854<br>ELAINE K LANG CUST<br>JEFFREY A LANG CA/UTMA<br>4 LITTLE BROOK RD<br>DARIEN, CT 06820 | 97586   0063387-00  S#0000853<br>ELAINE K LANG CUST<br>JOEL B LANG CA/UTMA<br>4 LITTLE BROOK RD<br>DARIEN, CT 06820 | 97586   0063388-00  S#0005530<br>ELAINE MANN<br>RTE 1 BOX 56-E<br>WINNSBORO, SC 29180 |
| 97586   0063389-00  S#0007957<br>ELAINE WEEKS<br>29764 TAMARACK<br>FLAT ROCK, MI 48134 | 97586   0063390-00  S#0011643<br>ELAN YOUNG<br>1724 BRONCO WAY<br>OCEANSIDE, CA 92057 | 97586   0063391-00  S#0001064<br>ELBA CABEZAS CUST<br>JAIME CABEZAS<br>107 WOODFIELD DR<br>SHORT HILLS, NJ 07078 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063392-00   S#0010285
ELDYTH NOLAN
501 E CALIFORNIA ST #507
GAINESVILLE, TX 76240-4134

97586    0063393-00   S#0009285
ELEANOR C CRAVEN &
THOMAS M CRAVEN JTTEN
3601 W 55TH ST
CHICAGO, IL 60632

97586    0063394-00   S#0001330
ELEANOR COLEMAN CUST
ROBERT CARRION
1 KENNETH DR
OCEAN TWSHIP, NJ 07712

97586    0063395-00   S#0001165
ELEANOR DUNKERLEY CUST
FRANK DUNKERLEY
86 DOWLING PKWY
WEST PATERSON, NJ 07424

97586    0063396-00   S#0006378
ELEANORE REICHMAN CUST
BRET SCOTT LEWIS
5301 FOUNTAINS DRIVE SOUTH
LAKE WORTH, FL 33467-5757

97586    0000491-00   S#0008035
ELECTRONIC MEDIA
CRAIN COMMUNICATIONS INC
965 E JEFFERSON
DETROIT, MI 48207

97586    0000492-00   S#0008034
ELECTRONICS MEDIA
CRAIN COMMUNICATIONS INC
965 E JEFFERSON
DETROIT, MI 48207

97586    0063397-00   S#0000175
ELENI GARABEDIAN
37 F CANAL ST
LYNN, MA 01905

97586    0063398-00   S#0002483
ELENOR HARVIE-GUSTASON CUST
ERIK GUSTASON
17 VINE ST
BRONXVILLE, NY 10708-3104

97586    0063399-00   S#0005659
ELGIN FORD &
CAROLYNE FORD
BOX 561
REDAN, GA 30074-0561

97586    0063400-00   S#0004650
ELI E GUSS TR
ELI E GUSS REVOCABLE TRUST
1121 UNIVERSITY BLVD W 1019
SILVER SPRING, MD 20902-3321

97586    0063401-00   S#0004567
ELI J GOLDSTEIN
10 GERARD CT
ROCKVILLE, MD 20850

97586    0063402-00   S#0012318
ELI MONDRY-COHEN
40 5TH AVE
SAN FRANCISCO, CA 94118

97586    0063403-00   S#0004944
ELI ROSEN
C/O ROBERT ROSEN
11514 TURNBRIDGE LANE
RESTON, VA 22094

97586    0063404-00   S#0006984
ELI SIMON
2111 LAKESIDE DR
LOUISVILLE, KY 40205

97586    0063405-00   S#0007891
ELIAS ISSA CUST
ALEXANDER ELIAS ISSA
UNDTHE MI UNIF GIFT MINORS ACT
27426 LANE ST
ST CLAIR SHRS, MI 48081

97586    0063408-00   S#0007888
ELIAS ISSA CUST
NICHOLAS P KRAUSE
27426 LANE ST
ST CLAIR SHORES, MI 48081

97586    0063406-00   S#0007816
ELIAS ISSA CUST
ZACHARY E ISSA
27426 LANE ST
ST CLAIR SHORES, MI 48001

97586    0063409-00   S#0001160
ELIAS KAZAM
115 HELEN COURT
FRANKLIN LAKES, NJ 07417-2015

97586    0063410-00   S#0012306
ELIAS MARTINEZ
1725 EDDY ST
SAN FRANCISCO, CA 94115

97586    0000264-00   S#0001318
ELIOPOULOS, CHRIS
418 WALNUT ST
WASHINGTN TOWNSHP, NJ 07675

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063411-00   S#0011366<br>ELIOT JOHNSON<br>811 CAYO GRANDE CT<br>NEWBURY PARK, CA 91320 | 97586   0063412-00   S#0007230<br>ELISABETH A GEIDT CUST<br>BENJAMIN A SOLWITZ<br>10722 THWING RD<br>CHARDON, OH 44024 | 97586   0000493-00   S#0002047<br>ELISABETH J RUBINO INC<br>62 W 39TH ST STE 705<br>NEW YORK, NY 10018 |
| 97586   0063413-00   S#0002310<br>ELISE HUBSHER KAPLAN C/F<br>ALEXANDER B KAPLAN UTMA/NY<br>2722 SCHURZ AVE<br>BRONX, NY 10465 | 97586   0063414-00   S#0002345<br>ELISE SCHACTER CUST<br>JUSTIN SCHCTER<br>40 RANDOM PL<br>CHAPPAQUA, NY 10514 | 97586   0063415-00   S#0008954<br>ELISSA HERMAN CUST<br>WILLIAM B HERMAN<br>1595 LITTLE JOHN COURT<br>HIGHLAND PARK, IL 60035 |
| 97586   0063416-00   S#0008345<br>ELIZABETH & DAN KLATT TR<br>FBO ADOLF KLATT &<br>ELIZABETH KLATT TRUST<br>7730 OLD 27 NORTH<br>FREDERIC, MI 49733 | 97586   0063417-00   S#0005245<br>ELIZABETH A QUINLIN &<br>DAVID M QUINLIN<br>590 OLD FAIRMONT PIKE<br>WHEELING, WV 26003-4635 | 97586   0063418-00   S#0013160<br>ELIZABETH BOWEN HODGE<br>20032 82ND<br>EDMONDS, WA 98026 |
| 97586   0063419-00   S#0013161<br>ELIZABETH BOWEN HODGE CUST<br>CHRISTOPHER M HODGE<br>20032 82ND AVE W<br>EDMONDS, WA 98026 | 97586   0063420-00   S#0002576<br>ELIZABETH COCHRANE<br>31 HAWTHORNE AVE<br>FLORAL PARK, NY 11001 | 97586   0063421-00   S#0004790<br>ELIZABETH D LOPEZ CUST<br>JOSE G LOPEZ<br>514 CORDING AVE<br>BALTIMORE, MD 21212-3707 |
| 97586   0063422-00   S#0011354<br>ELIZABETH D ORENSTEIN CUST<br>RYAN A ORENSTEIN<br>7642 BROOKMONT PL<br>WEST HILLS, CA 91304-5200 | 97586   0063423-00   S#0010836<br>ELIZABETH DOYLE WORSLEY CUST<br>GREGORY D WORSLEY UNDER UTMA<br>7407 EAST ARLINGTON<br>SCOTTSDALE, AZ 85250-6421 | 97586   0063424-00   S#0009190<br>ELIZABETH E MYERS &<br>JEFFREY T MYERS JT TEN<br>7664 WILLOW AVE<br>WOODRIDGE, IL 60517-2832 |
| 97586   0063425-00   S#0005575<br>ELIZABETH F WALLACE<br>108 WILLCOX AVE<br>MARION, SC 29571-2810 | 97586   0063426-00   S#0009765<br>ELIZABETH FORBES CUST<br>ANDREW FORBES<br>5800 REINHARDT DR<br>FAIRWAY, KS 66205 | 97586   0063427-00   S#0009766<br>ELIZABETH FORBES CUST<br>BRADY FORBES<br>5800 REINHARDT DR<br>FAIRWAY, KS 66205 |
| 97586   0063428-00   S#0005305<br>ELIZABETH G STOUT CUST<br>MICHAEL REGAN ZEALY UTMA<br>3208 W MARKET ST<br>GREENSBORO, NC 27403 | 97586   0063429-00   S#0007231<br>ELIZABETH J GEIDT CUST<br>BENJZMIN A SOLWITZ<br>10722 THWING RD<br>CHARDON, OH 44024 | 97586   0063430-00   S#0012128<br>ELIZABETH J KILIMNIK CUST<br>FORREST PAUL KILIMNIK<br>BOX 835<br>ATASCADERO, CA 93423 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063431-00   S#0007807
ELIZABETH J LLOYD
PO BOX 133
CARLISLE, IN 47838-0133

97586   0063432-00   S#0002726
ELIZABETH J LORWIN CUST JOSEPH
LORWIN UNIF GIFT MIN ACT N Y
806 CARROLL STREET
BROOKLYN, NY 11215-1427

97586   0063433-00   S#0004283
ELIZABETH LOMAZOFF
5505 MIRIAM ROAD
PHILDELPHIA, PA 19124

97586   0063434-00   S#0007614
ELIZABETH MAPLE
12827 SALT CREEK RD
MILLFIELD, OH 45761

97586   0063435-00   S#0008206
ELIZABETH MARIE GRABILL
4215 THORNVILLE
METAMORA, MI 48455

97586   0063436-00   S#0000414
ELIZABETH MCCABE
95 SHERMAN AVE
WEST KINGSTON, RI 02892

97586   0063437-00   S#0008264
ELIZABETH MILLER C/F
MATHEW MILLER UGMA MI
2311 S PENNSYLVANIA AVE
LANSING, MI 48910

97586   0063438-00   S#0002238
ELIZABETH O SIMONE CUST
GIANNA ROSE SIMONE
730 CRAIG AVE
STATEN ISLAND, NY 10307-1510

97586   0063439-00   S#0008566
ELIZABETH ORELLA CUST
FBO AARON ROTTIGER
5428 LACY RD
MADISON, WI 53711-5316

97586   0063440-00   S#0008565
ELIZABETH ORELLA CUST
FBO PEDER ROTTIGER
5428 LACY RD
MADISON, WI 53711-5316

97586   0063441-00   S#0001809
ELIZABETH OVITS
40 RICE RUN
EAST BRUNSWICK, NJ 08816

97586   0063442-00   S#0005558
ELIZABETH PROFFITT
6625 DORCHESTER ROAD #104
NORTH CHARLESTON, SC 29418-3746

97586   0063443-00   S#0007320
ELIZABETH RACCO &
KAY RACCO JT TEN
23907 E GROVELAND
BEACHWOOD, OH 44122-1208

97586   0063444-00   S#0010441
ELIZABETH SAUNDERS CUST
MICHAEL SINKOVEC UGMA/TX
6507 ELMSCOTT DR
PASADENA, TX 77505

97586   0063445-00   S#0007568
ELIZABETH U MEINERS CUST
MICHAEL MEINERS
4624 RUNNING FAWN
CINCINNATI, OH 45247-7532

97586   0063446-00   S#0007567
ELIZABETH U MEINERS CUST
SHAUN MEINERS UGMA OH
4624 RUNNING FAWN
CINCINNATI, OH 45247-7532

97586   0063447-00   S#0007563
ELIZABETH V MEINERS CUST
MICHAEL MEINERS
4624 RUNNINGFAWN
CINCINNATI, OH 45247

97586   0063448-00   S#0007561
ELIZABETH V MEINERS CUST
SHAUN MEINERS
4624 RUNNINGFAWN
CINCINNATI, OH 45247

97586   0063449-00   S#0012607
ELIZABETH VERNON
1135 MCCLELLAND DR
NOVATO, CA 94945

97586   0063450-00   S#0000899
ELIZABETH W WILLIAMS CUST
WILLIAM CHARLES WILLIAMS
PO BOX 728
WESTPORT, CT 06881-0728

97586   0063451-00   S#0000898
ELIZABETH WILLIAMS CUST
DEVIN T WILLIAMS
PO BOX 728
WESTPORT, CT 06881-0728

97586   0063452-00   S#0004624
ELIZABETH WILSON
8114 FALLOW DR
GAITHERSBURG, MD 20877

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063453-00   S#0007524<br>ELLA CORDES &<br>ROBERT CORDES JTTEN<br>2926 DOUGLAS TERRACE<br>CINCINNATI, OH 45212 | 97586    0063454-00   S#0006207<br>ELLEN C MARVEL CUST<br>CRYSTAL M MARVEL<br>8545 SW 147 TER<br>MIAMI, FL 33158 | 97586    0063455-00   S#0006206<br>ELLEN C MARVEL CUST<br>MICHELLE MARVEL<br>8545 SW 147 TER<br>MIAMI, FL 33158 |
| 97586    0063456-00   S#0006394<br>ELLEN CHANNING CUST<br>SETH MATTHEW SPIEGEL<br>18381 LONG LAKE DR<br>BOCA RATON, FL 33496 | 97586    0063457-00   S#0001197<br>ELLEN COHEN<br>2 ADOBE DR<br>WAYNE, NJ 07470 | 97586    0063458-00   S#0006800<br>ELLEN EADY CUST<br>JOHN EADY<br>1100 DEVONSHIRE ST<br>CHATTANOOGA, TN 37405 |
| 97586    0063459-00   S#0003099<br>ELLEN GREENBERG CUST<br>ERIC GREENBERG<br>423 BAMBRICK ST<br>OCEANSIDE, NY 11572 | 97586    0063460-00   S#0003103<br>ELLEN GREENBERG CUST<br>MICHAEL GREENBERG<br>423 BAMBRICK ST<br>OCEANSIDE, NY 11572 | 97586    0063461-00   S#0013620<br>ELLEN HUTTON<br>103-1144 ST GEORGE'S AVENUE<br>NORTH VANCOUVER, BC V7L 4H8<br>CANADA |
| 97586    0063462-00   S#0004571<br>ELLEN L RAFATS<br>10627 TUPPENCE CT<br>ROCKVILLE, MD 20850-3929 | 97586    0063463-00   S#0000285<br>ELLEN L WEENE<br>80 BARNARD AVENUE<br>WATERTOWN, MA 02172-3414 | 97586    0063464-00   S#0006153<br>ELLEN M BONK CUST<br>LAWRENCE E BONK<br>1215 SW 82 AVE<br>N LAUDERDALE, FL 33068 |
| 97586    0063465-00   S#0013159<br>ELLEN M KERWIN<br>19730 80TH PL W<br>EDMONDS, WA 98026 | 97586    0063466-00   S#0011323<br>ELLEN MCKEON CUST<br>MARK DOUGLAS MCKEON<br>1929 BELLEVUE DR<br>GLENDALE, CA 91201 | 97586    0063467-00   S#0000559<br>ELLEN SHULMAN CUST<br>JASON SHULMAN<br>40 SARAH DR<br>AVON, CT 06001 |
| 97586    0063468-00   S#0001344<br>ELLEN STEIN CUST<br>COREY STEIN<br>40 SHIRA LN<br>MANALAPAN, NJ 07726 | 97586    0063469-00   S#0001345<br>ELLEN STEIN CUST<br>JAKE STEIN<br>40 SHIRA LN<br>MANALAPAN, NJ 07726 | 97586    0063470-00   S#0001349<br>ELLEN STEIN CUST<br>JARED STEIN<br>40 SHIRA LN<br>MANALAPAN, NJ 07726 |
| 97586    0063471-00   S#0001348<br>ELLEN STEIN CUST<br>MACKENZIE STEIN<br>40 SHIRA LN<br>MANALAPAN, NJ 07726 | 97586    0063472-00   S#0001347<br>ELLEN STEIN CUST<br>SKYLER STEIN<br>40 SHIRA LN<br>MANALAPAN, NJ 07726 | 97586    0063473-00   S#0006440<br>ELLEN STERN CUST<br>ELLIOT BENJAMIN STERN<br>1614 CULBREATH ISLES DR<br>TAMPA, FL 33629 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063474-00   S#0003376
ELLEN STERNSTEIN &
HILLEL STERNSTEIN
JT TEN
19 PRESCOTT PL
OLD BETHPAGE, NY 11804-1040

97586    0063475-00   S#0004695
ELLEN TREEM CUST
JEFFREY TREEM
6128 WOODED NEWARD RD
COLUMBIA, MD 21044

97586    0063476-00   S#0004688
ELLIE WEISFELD &
JAKE WEISFELD
4122 DEE JAY DR
ELLICOTT CITY, MD 21042

97586    0063477-00   S#0002326
ELLINGTON HENRY
PO BOX 357
BRONX, NY 10468

97586    0063478-00   S#0003102
ELLIOT ALLEN CUST
BENJAMIN ALLEN ALLEN
3455 2ND ST
OCEANSIDE, NY 11572

97586    0063479-00   S#0012366
ELLIOT B WILDE
3174 PORTER DR
PALO ALTO, CA 94304

97586    0063480-00   S#0002394
ELLIOT BARSCH
33 FAIRWAYS DR
MOUNT KISCO, NY 10549

97586    0063481-00   S#0002139
ELLIOT GERARO
425 E 86TH ST
NEW YORK, NY 10028

97586    0063482-00   S#0000254
ELLIOT J MARK
93 CENTRE ST APT 3
BROOKLINE, MA 02146-2801

97586    0063483-00   S#0011604
ELLIOT LEGROS
2321 TAMBOURINE LN
EL CAJON, CA 92019

97586    0063484-00   S#0011362
ELLIOT P LOUIE &
DISARAT LOUIE
22658 KITTRIDGE ST
WEST HILLS, CA 91307-3608

97586    0063485-00   S#0002502
ELLIOT W COLEMAN
47 MELROSE DR
NEW ROCHELLE, NY 10804-4609

97586    0063486-00   S#0009039
ELLIOT WEISS CUST
KEVIN WEISS
78 CHESTNUT TER
BUFFALOE GROVE, IL 60089

97586    0063487-00   S#0011858
ELLIOTT E RUMBLE &
SUSANN RUMBLE
JT TEN
6704 E JOSHUA TREE AVE
ORANGE, CA 92667

97586    0063488-00   S#0010485
ELLIOTT H COSTAS
223 BROCTON ST
VICTORIA, TX 77904-3025

97586    0063489-00   S#0004889
ELLIOTT JOEL GOTTLOEB
6901 HOLLAND AVE
BERLIN, MD 21811

97586    0063490-00   S#0012118
ELLY TRIPLETT CUST
CANAAN TRIPLETT UTMA CA/21
1505 15TH ST
LOS OSOS, CA 93402

97586    0063491-00   S#0012119
ELLY TRIPLETT CUST
VASSAR L TRIPLETT UTMA CA/21
1505 15TH ST
LOS OSOS, CA 93402

97586    0063493-00   S#0005782
ELMER DALTON CUST
JONATHON B DALTON AMUL/GA
PO BOX 76126
ATLANTA, GA 30358

97586    0063494-00   S#0005781
ELMER DALTON CUST
JOSHUA E DALTON AMUL/GA
PO BOX 76126
ATLANTA, GA 30358

97586    0063492-00   S#0005780
ELMER DALTON CUST
JOSHUA E DALTON UGMA GA
BOX 76126
ATLANTA, GA 30358

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063495-00  S#0006930 | 97586    0063496-00  S#0009734 | 97586    0063497-00  S#0009735 |
| ELMER RAY COUNCE & | ELMER THARP | ELMER THARP & |
| STARR ROSE COUNCE | BOX 6 | RUTH THARP JT TEN |
| BOX 239 | NORWOOD, MO 65717 | PO BOX 6 |
| BURNSVILLE, MS 38833-0239 | | NORWOOD, MO 65717 |
| | | |
| 97586    0063498-00  S#0009733 | 97586    0063499-00  S#0006056 | 97586    0063500-00  S#0006630 |
| ELMER THARP CONSERVATOR | ELMO L COVELL TR | ELNORA KILMER |
| GOLDA JACKSON | ELMO L COVELL | 5908 RAINTREE TRAIL |
| BOX 6 | 1108 HICKORY LANE | FT PIERCE, FL 34982 |
| NORWOOD, MO 65717 | COCOA, FL 32922 | |
| | | |
| 97586    0063501-00  S#0013493 | 97586    0063502-00  S#0012100 | 97586    0063503-00  S#0003928 |
| ELSABETH METS | ELSIE S CASHIE | ELWIN D ALLEN & |
| 127 LAKE AVENUE | 10208 BRENTFORD AVE | JEWELLE M ALLEN JT TEN |
| RICHMOND HILL, ON L4E 3G5 | BAKERSFIELD, CA 93311-3589 | RFD 4 BOX 143B |
| CANADA | | COCHRANTON, PA 16314-9027 |
| | | |
| 97586    0063504-00  S#0000270 | 97586    0063505-00  S#0008585 | 97586    0063506-00  S#0008584 |
| ELYSE M FRIEDMAN CUST | EMERITA EGGERS CUST | EMERITA EGGERS CUST |
| GABRIEL A FRIEDMAN | DIANE MERGES | JENNIFER MERGES |
| 370 DEDHAM ST | 1131 BADGER RD | 1131 BADGER RD |
| NEWTON, MA 02159 | HAZEL GREEN, WI 53811 | HAZEL GREEN, WI 53811 |
| | | |
| 97586    0063507-00  S#0008582 | 97586    0063508-00  S#0008583 | 97586    0063509-00  S#0008586 |
| EMERITA EGGERS CUST | EMERITA EGGERS CUST | EMERITA EGGERS CUST |
| JOHN EGGERS | MICHAEL EGGERS | PETER EGGERS |
| 1131 BADGER RD | 1131 BADGER RD | 1131 BADGER RD |
| HAZEL GREEN, WI 53811 | HAZEL GREEN, WI 53811 | HAZEL GREEN, WI 53811 |
| | | |
| 97586    0000497-00  S#0013494 | 97586    0063510-00  S#0001293 | 97586    0063511-00  S#0003460 |
| EMG LISCENSING LTD | EMIL ROSINI CUST | EMILY FAXON GALLO |
| 7620 YONGE ST UNIT #3 | STEVEN JOSEPH ROSINI | 28 CLARK AVE |
| THORNHILL, ONTARIO,  L4J  1V9 | 151 BROADVIEW TER | CORNWALL-ON-HUDSON, NY 12520-1508 |
| CANADA | PARAMUS, NJ 07652 | |
| | | |
| 97586    0063512-00  S#0000991 | 97586    0063513-00  S#0005938 | 97586    0063514-00  S#0012021 |
| EMILY GOLA | EMMA EDWARDS CUST | EMMANUEL R RODRIGUEZ CUST |
| 240 PRINCETON RD | TYLER EDWARDS | EMMANUEL R RODRIGUEZ |
| LINDEN, NJ 07036-3811 | 717 VON CILE AVE | 650 PACIFIC |
| | TALLAHASSEE, FL 32303 | SHAFTER, CA 93263 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0063515-00  S#0005543<br>EMMETT EMERSON HEATH III<br>211 W PASSAGE<br>COLUMBIA, SC 29212 | 97586  0000499-00  S#0002032<br>EMPIRE STAMP & SEAL COMPANY<br>36 E 29TH ST<br>NEW YORK, NY 10016-7996 | 97586  0000500-00  S#0001287<br>EMPIRE TRANSPORT SERVICE<br>55 WALNUT ST STE 208<br>NORWOOD, NJ 07648 |
| 97586  0000503-00  S#0001013<br>EMPLOYERS ASSOCIATION OF NJ<br>799 BLOOMFIELD AVE<br>VERONA, NJ 07044-1399 | 97586  0068159-00  S#0013085<br>ENGLER, MATT<br>13720 SW AERIE DRIVE<br>TIGARD, OR 97223-2804 | 97586  0063516-00  S#0011196<br>ENRIQUE SIFUENTES<br>9538 VIRGNIA AVE<br>SOUTH GATE, CA 90280 |
| 97586  0020189-00  S#0004147<br>ENTERPRISE LABEL INC<br>ATTN: PATRICK HAYES-PRESIDENT<br>1009 B PULINSKI ROAD<br>JACKSONVILLE IND PARK<br>IVYLAND, PA 18974 | 97586  0000504-00  S#0006452<br>ENTERTAINMENT<br>PO BOX 60800<br>TAMPA, FL 33660-0800 | 97586  0000505-00  S#0006451<br>ENTERTAINMENT WEEKLY<br>PO BOX 60800<br>TAMPA, FL 33660-0800 |
| 97586  0063517-00  S#0004223<br>EPHRAIM DARDASHTI<br>508 LATMER RD<br>MERION STA, PA 19066-1812 | 97586  0000506-00  S#0001982<br>EPM COMMUNICATIONS INC<br>160 MERCER ST 3RD FL<br>NEW YORK, NY 10012 | 97586  0001406-00  S#0005505<br>EPTING, STEPHEN H<br>6 HILLDOWNE ROAD<br>IRMO, SC 29063 |
| 97586  0063518-00  S#0007276<br>ERIC BEREIT CUST<br>MICHAEL A BEREIT<br>702 CHESTNUT RD<br>WILLOUGHBY, OH 44094 | 97586  0063519-00  S#0004742<br>ERIC BIELITZ<br>487 DERBY COURT<br>SEVERNA PARK, MD 21146 | 97586  0063520-00  S#0011038<br>ERIC BOWERS CUST<br>KRISTOPHER LEE BOWERS<br>2137 S VICTORIA AVE<br>LOS ANGLES, CA 90016 |
| 97586  0063521-00  S#0000246<br>ERIC BOYER<br>14 BEECHCROFT ST 4<br>BRIGHTON, MA 02135-2502 | 97586  0063522-00  S#0000550<br>ERIC BRAINSKY<br>30 MANOR DR<br>TRUMBULL, CT 05511 | 97586  0063523-00  S#0004464<br>ERIC BUNTING<br>108 CHARLES ST<br>MILFORD, DE 19963 |
| 97586  0063524-00  S#0010416<br>ERIC CARL HELGERSON<br>3314 BEAVERHEAD CT<br>SPRING, TX 77380 | 97586  0063525-00  S#0013448<br>ERIC COBRIN<br>167 EDGEHILL AVENUE<br>MONTREAL, QC H3Y 1E8<br>CANADA | 97586  0063527-00  S#0004145<br>ERIC CONSTANTINE CUST<br>DANIELLE CONSTANTINE<br>44 THOROUGHBRED DR<br>HOLLAND, PA 18966-2570 |
| 97586  0063526-00  S#0004142<br>ERIC CONSTANTINE CUST<br>JARAD SCHNEIDER<br>44 THOROUGHBRED DR<br>HOLLAND, PA 18966 | 97586  0063528-00  S#0002070<br>ERIC CONTE<br>400 SECOND AVE<br>NEW YORK, NY 10021 | 97586  0063529-00  S#0011147<br>ERIC CYRUS BATTY<br>600 W MARIPOSA AVE<br>EL SEGUNDO, CA 90245 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063530-00   S#0013365<br>ERIC DANIEL MARTIN<br>1527 VALARIAN ST<br>ANCHORAGE, AK 99508-3067 | 97586   0063531-00   S#0012438<br>ERIC EDHOLM CUST<br>KARL F EDHOLM<br>44974 MARAGANSEH CT<br>FREMONT, CA 94539 | 97586   0063532-00   S#0007060<br>ERIC F NORRIS<br>247 EAGLE CREEK DR<br>LEXINGTON, KY 40515-5919 |
| 97586   0063533-00   S#0012397<br>ERIC F STERZL CUST<br>OWEN M STERZL<br>8466 LONETREE WAY<br>BRENTWOOD, CA 94513 | 97586   0063534-00   S#0010660<br>ERIC G STERN<br>1028 SKYLINE DRIVE<br>FORT COLLINS, CO 80521 | 97586   0063535-00   S#0001633<br>ERIC GHAUL<br>F8 ARCADIA COURT<br>EASTAMPTON, NJ 08060 |
| 97586   0063536-00   S#0001035<br>ERIC J HAGERSTROM<br>21 CHESTERFIELD DR<br>WARREN, NJ 07059 | 97586   0063537-00   S#0013045<br>ERIC J OLENSLAGER<br>2370 SW 1ST<br>GRESHAM, OR 97080 | 97586   0063538-00   S#0000887<br>ERIC JOHN STEFFEN<br>3 MAPLE LANE<br>WESTPORT, CT 06880 |
| 97586   0063539-00   S#0007681<br>ERIC JOSHUA ATLAS<br>2015 BECHTEL RD<br>INDIANAPOLIS, IN 46260 | 97586   0063540-00   S#0011921<br>ERIC K SEDEI<br>56 CARSON<br>IRVINE, CA 92720 | 97586   0063541-00   S#0008963<br>ERIC KARNOSKY<br>965 S RIDGE RD<br>LAKE FOREST, IL 60045-2757 |
| 97586   0063542-00   S#0008108<br>ERIC M SCHIFFER CUST<br>FBO SAMUEL A SCHIFFER<br>5636 SWAN LAKE DR<br>WEST BLOOMFIELD, MI 48322-1766 | 97586   0063543-00   S#0004733<br>ERIC OKIMOTO<br>12122 HENESEN GARTH<br>OWING MILLS, MD 21117 | 97586   0063544-00   S#0013199<br>ERIC PAUL CUST<br>GREGORY JACOB PAUL<br>4636 194TH WAY NE<br>REDMOND, WA 98053-4647 |
| 97586   0063545-00   S#0007389<br>ERIC PHIPPS<br>7694 HOLYOKE DR<br>HUDSON, OH 44236 | 97586   0063546-00   S#0008085<br>ERIC R STACEY<br>3080 ALBANY DR<br>STERLING HEIGHTS, MI 48310-2926 | 97586   0063548-00   S#0008782<br>ERIC S EGERTSON<br>7063 OAK POINTE CURVE<br>BLOOMINGTON, MN 55438 |
| 97586   0063549-00   S#0012581<br>ERIC SCHAFER<br>101 IDLEWOOD<br>KENTFIELD, CA 94904 | 97586   0063550-00   S#0008059<br>ERIC SCOTT SMOLEN C/F<br>MARYANN GREEN UGMA MI<br>13469 FARLEY<br>REDFORD TWP, MI 48239 | 97586   0063551-00   S#0002075<br>ERIC SCOTT WOLFMAN<br>C-O MICHAEL CAPONIGRI<br>330 E 80TH ST 3B<br>NEW YORK, NY 10021 |
| 97586   0063552-00   S#0013582<br>ERIC T HILL<br>BOX 1927<br>REVELSTOKE, BC V0E 2S0<br>CANADA | 97586   0063553-00   S#0003745<br>ERIC T MONJE<br>195 SEVILLE DR<br>ROCHESTER, NY 14617 | 97586   0063554-00   S#0010615<br>ERIC T PETERSON<br>C-O CARL & JUDITH DALRYMPLE<br>10275 E BEECHWOOD DR<br>PARKER, CO 80134-8104 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063555-00   S#0009030
ERIC TIVEN CUST
MYLES ARI TIVEN
430 NEWTOWN DR
BUFFALO GROVE, IL 60089

97586    0063556-00   S#0007011
ERIC W BAKER CUST
ERIC W BAKER JR
3701 TAYLORSVILLE RD
LOUISVILLE, KY 40220-1351

97586    0063557-00   S#0000269
ERIC ZAFF
116 ARNOLD RD
NEWTON, MA 02158

97586    0063558-00   S#0010781
ERIC ZARA
15833 N 20 ST
PHOENIX, AZ 85022

97586    0063559-00   S#0004117
ERICA LYNN STOLZENBERG
2054 COUNTRY CLUB DR
DOYLESTOWN, PA 18901

97586    0063560-00   S#0000478
ERICH H BOLEWSKI
179 PARTRIDGEBERRY LN
WEST SWANZEY, NH 03469-3708

97586    0063561-00   S#0008265
ERICH SEAN EMMONS
3026 VIKING
LANSING, MI 48911-1835

97586    0000936-00   S#0002425
ERICKSON, MARK W
15 VALLEYVIEW AVE
RYE, NY 10580-3233

97586    0063562-00   S#0003173
ERIK A FARBMAN
10 NIMS AVE
W BABYLON, NY 11704

97586    0063563-00   S#0012122
ERIK AMERIKANER CSTDN FOR
JONATHAN AMERIKANER
883 VISTA COLLADOS
SAN LUIS OBISPO, CA 93405

97586    0063564-00   S#0012121
ERIK AMERIKANER CSTDN FOR
MICHAEL AMERIKANER
883 VISTA COLLADOS
SAN LUIS OBISPO, CA 93405

97586    0063565-00   S#0013613
ERIK HAMAR
93 WOODLAND DRIVE
DELTA, BC V4L 1H7
CANADA

97586    0063566-00   S#0002239
ERIK HERNANDEZ
131 OCEANVIEW PL
STATEN ISLAND, NY 10308

97586    0063567-00   S#0012876
ERIK HUTSLAR
5732 CALLISTER AVE
SACRAMENTO, CA 95819

97586    0063568-00   S#0011144
ERIK MICHAEL ANDRESEN
7209 SHADYOAK DR
DOWNEY, CA 90240

97586    0063569-00   S#0008195
ERIK MICHAEL PORN
7292 W STANLEY RD
FLUSHING, MI 48433

97586    0063570-00   S#0010874
ERIK P STANLEY
3638 W VILLA MARIA DR
GLENDALE, AZ 85308-2414

97586    0063571-00   S#0003973
ERIK PATRICK KEPTNER
117 N UNION ST
MIDDLETOWN, PA 17057

97586    0063572-00   S#0012305
ERIK RAUSCH &
MAURA T MCGINNITY
162 CORBETT AVE
SAN FRANCISCO, CA 94114-1815

97586    0063573-00   S#0008853
ERIK ROMMESMO
1944 ROSECREEK DR
FARGO, ND 58104-6803

97586    0063574-00   S#0003488
ERIK W MUELLER
BOX 373
STORMVILLE, NY 12582

97586    0063575-00   S#0006364
ERIN ELIZABETH FLYNN
5979 ROEBUCK RD
JUPITER, FL 33458

97586    0063576-00   S#0009818
ERIN M MULLER
2707 ANITA
WICHITA, KS 67216

97586    0063577-00   S#0011931
ERNEST A ROMERO &
JOY E ROMERO
JT TEN
5406 E ESTATE RIDGE RD
ANAHEIM, CA 92807-4665

**Debtor:**         Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063578-00   S#0005886
ERNEST C COOK JR M D
28 TWELVE OAKS TRAIL
ORMOND BEACH, FL 32174-8519

97586    0063579-00   S#0006489
ERNEST M RITCHIE &
BEVERLY RITCHIE JT TEN
3911 LITTLE CREEK DR
FT MYERS, FL 33905

97586    0063580-00   S#0005298
ERNEST W HOLDER
822 MATT RD
KERNERSVILLE, NC 27284

97586    0063581-00   S#0001298
ERNESTO SHILLING C/F
TYLER MICHAEL SHILLING UGMA
148 DOUGLAS DR
PARAMUS, NJ 07652-1766

97586    0063582-00   S#0013529
ERNIE PEREIRA
1516 DANFORTH AVE
TORONTO  ONTARIO
M4J 1N4
TORONTO, ON M4J 1N4
CANADA

97586    0063583-00   S#0007641
ERSKINE HUNTER JR
510 S ROBBINS DR
GREENWOOD, IN 46142

97586    0063584-00   S#0012561
ESTA BRAND CUST
SAM HUNT
841 OXFORD ST
BERKLEY, CA 94707-2013

97586    0063585-00   S#0003144
ESTELLE COHEN
46 EASTWOOD LANE
VALLEY STREAM, NY 11581

97586    0063586-00   S#0008665
ESTELLE M KALKA CUST
MITCHELL A KALKA
1586 PAYNE AVE
ST PAUL, MN 55101

97586    0063587-00   S#0011565
ESTHER CROULET CUST
FBO ANDREW MARK CROULET
19806 E PASED LUCER
WALNUT, CA 91789

97586    0063588-00   S#0011508
ESTHER S JOHNSON &
LOREN H JOHNSON
3233 GRAND AVE N-259
CHINO HILLS, CA 91709-1489

97586    0063589-00   S#0001027
ESTHER SCHULDER CUST
JACOB SCHULDER
C/O ARTHUR SCHWARTZ
47 CRESTWOOD DRIVE
WEST ORANGE, NJ 07052

97586    0063590-00   S#0001252
ESTRELLA GABRIE-GARCIA
25 VIVAN AVE
EMERSON, NJ 07630

97586    0063591-00   S#0002927
ESTRELLITA VILLANUEVA CUST
CHRISTIAN JAUN LOPEZ
56-07 31ST AVE APT 1-D
WOODSIDE, NY 11377

97586    0063592-00   S#0001310
ETHAN ROVEN
517 MARTENSE AVE
TEANECK, NJ 07666-2504

97586    0063593-00   S#0003570
ETHAN S CRAMER-FLOOD
113 KENSINGTON PL
SYRACUSE, NY 13210

97586    0063594-00   S#0001427
ETHEL L EDELL
511 CHANNEL DR
MONMOUTH BEACH, NJ 07750

97586    0063595-00   S#0001406
ETHEL STANGER CUST
ANDREW STANGER
12 NEWLAND PLACE
ABERDEEN, NJ 07747

97586    0001565-00   S#0008334
ETHERIDGE PRINTING
DIVISION OF WACE
2450 OAK INDUSTRIAL DRIVE NE
GRAND RAPIDS, MI 49505

97586    0063596-00   S#0004808
EUGENE A MARDAGG
303 CANDRY TER
BALTIMORE, MD 21221

97586    0063597-00   S#0000797
EUGENE A MOTA
265 MAYFIELD DR
TRUMBULL, CT 06611-2361

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063598-00   S#0011896
EUGENE B HOGGATT III
COLLEGE FUND
1111 CAMBERA LANE
SANTA ANA, CA 92705-2342

97586    0063599-00   S#0006068
EUGENE BERLETT &
MONIKA BERLETT
524 HILLSIDE CT
MELBOURNE, FL 32935

97586    0063600-00   S#0007407
EUGENE C FAZIO
1196 GORGE BLVD
AKRON, OH 44310-1567

97586    0063601-00   S#0005501
EUGENE C OCHSENREITER III &
SANDRA E OCHSENREITER JT TEN
BOX 8442
ASHEVILLE, NC 28814-8442

97586    0063602-00   S#0000456
EUGENE E BERG &
KATHLEEN Q BERG
19 MAIDEN LANE
BEDFORD, NH 03110-5127

97586    0063603-00   S#0007452
EUGENE E MARTINELLI
423 2ND ST NE
NEW PHILADELPHIA, OH 44663

97586    0063604-00   S#0003729
EUGENE F SUSKI
99 DESSIE HEIGHTS
WEST HENRIETTA, NY 14586

97586    0063605-00   S#0008136
EUGENE GREENSTEIN
32433 OLDE FRANKLIN RD
FARMINGTON HILLS, MI 48334-1741

97586    0063606-00   S#0009563
EUGENE KAY CUST
ADAM J KAY
556 ROLLER RD
SAINT CLAIR, MO 63077-2905

97586    0063607-00   S#0009564
EUGENE KAY CUST
CHAD L KAY
556 ROLLER RD
SAINT CLAIR, MO 63077-2905

97586    0063608-00   S#0009637
EUGENE M RAMSEY
BOX 461
FARMINGTON, MO 63640

97586    0063609-00   S#0013058
EUGENE M SILVER &
JANICE G SILVER
JT TEN
2915 SW CAROLINA ST
PORTLAND, OR 97201

97586    0063610-00   S#0006064
EUGENE MCCARTY CUST
RYAN W STEELE
5301 JAMACIA RD
COCOA, FL 32927

97586    0063611-00   S#0010303
EUGENE O'BRIEN
713 NORTH DAVIS
WEST, TX 76691

97586    0063612-00   S#0000935
EUGENE P ROLANDELLI
127 NEWARK AVE
BLOOMFIELD, NJ 07003

97586    0063613-00   S#0009276
EUGENE STINGACIU
4728 N ROCKWELL APT 3
CHICAGO, IL 60625-2935

97586    0063614-00   S#0009909
EUGENE TASSIN JR
1860 DOGWOOD
HARVEY, LA 70058-3539

97586    0063615-00   S#0002895
EUREAL A GARDNER
78-11 35TH AVE
JACKSON HEIGHTS, NY 11372-2565

97586    0000515-00   S#0005452
EUTECTIC CORPORATION
9600-H SOUTHERN PINE BLVD
CHARLOTTE, NC 28273

97586    0063616-00   S#0002114
EVA BRUNE CUST
JARED CHUNG U/NY/UGMA
203 W 90TH ST APT 5G
NEW YORK, NY 10024

97586    0063617-00   S#0003180
EVA CANO
12 ARLINGTON LANE
BAYVILLE, NY 11709

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063618-00    S#0010160
EVA L CLER
145 W WALTERS
LEWISVILLE, TX 75057

97586    0063619-00    S#0005710
EVA ROGERS DURANT
511 OLD SENOIA RD
FAYETTEVILLE, GA 30215-2340

97586    0063620-00    S#0002104
EVA YOUNG &
JULIUS YOUNG
60 SUTTON PL S
NEW YORK, NY 10022-4168

97586    0063621-00    S#0002103
EVA YOUNG &
JULIUS YOUNG JT TEN
60 SUTTON PL S
APT 12D S
NEW YORK, NY 10022-4168

97586    0063622-00    S#0000891
EVAN CORDAY CUST
AARON JAMES GERSHMAN
177 S COMPO RD
WESTPORT, CT 06880

97586    0063623-00    S#0008182
EVAN EVANS
3111 RIDGEMONT
COMMERCE TOWNSHIP, MI 48382

97586    0063624-00    S#0004372
EVAN G ROTH
2221 SWAMP PIKE
GILBERTSVILLE, PA 19525-9654

97586    0063625-00    S#0013540
EVAN JOHN RALPH FRUSTRAGLIO
187 THE KINGSWAY
ETOBICOKE, ON M8X 2R9
CANADA

97586    0063626-00    S#0005818
EVAN MICHAEL ADAIR MARVEL
BOX 11122
MACON, GA 31212

97586    0063627-00    S#0001313
EVAN MICHAEL ERLEBACHER
55 WOODLAND PARK DR
TENAFLY, NJ 07670

97586    0063628-00    S#0003675
EVAN REEVES
C/F KIM REEVES
508 76TH ST
NIAGRA FALLS, NY 14304

97586    0063629-00    S#0003289
EVAN S WONG
82 GATE LANE
LEVITTOWN, NY 11756

97586    0063630-00    S#0013220
EVAN STANLEY MATHEWS
1869 MCGILVRA BLVD E
SEATTLE, WA 98112

97586    0063631-00    S#0006780
EVAN SUSSMAN
3615 WOODLAWN DR
NASHVILLE, TN 37215

97586    0063632-00    S#0004713
EVE B SHEA CUST
BRETT GRIMM
2402 HANOVER PIKE
HAMPSTEAD, MD 21074-1149

97586    0063633-00    S#0011993
EVE Y TOKUMARU
720 ALTO DR
SANTA BARBARA, CA 93110-1305

97586    0063634-00    S#0011682
EVELYN ANN ROSE
5055 73RD ST #7
SAN DIEGO, CA 92115

97586    0063635-00    S#0002072
EVELYN HILTON CUST
ANTONY HILTON U/NY/UGMA
201 E 79TH ST
NEW YORK, NY 10021

97586    0063636-00    S#0000910
EVELYN KORNSTEIN &
ALAN S KORNSTEIN JT TEN
181 RIVERGATE DR
WILTON, CT 06897-3610

97586    0063637-00    S#0000909
EVELYN KORNSTEIN CUST
MICHAEL S KORNSTEIN
181 RIVERGATE DR
WILTON, CT 06897-3610

97586    0063638-00    S#0000906
EVELYN KORSTEIN CUST
MICHAEL S KORNSTEIN
181 RIVERGATE DR
WILTON, CT 06897

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063639-00   S#0003141
EVELYN LEVIN ACF CUST
SETH LEVINE
1003 LYNN DR
VALLEY STREAM, NY 11580-1228

97586   0063640-00   S#0003135
EVELYN LEVINE
1003 LYNN DR
VALLEY STREAM, NY 11580

97586   0063641-00   S#0003139
EVELYN LEVINE CUST
ACF ALISHA E LEVINE
1003 LYNN DR
VALLEY STREAM, NY 11580-1228

97586   0063642-00   S#0003140
EVELYN LEVINE CUST
ACF ROBERT LEVINE
1003 LYNN DR
VALLEY STREAM, NY 11580-1228

97586   0063643-00   S#0005374
EVELYN S SLAGLE CUST
MARK E SLAGLE UGTMA-NC
6308 BAYSWATER TRAIL
RALEIGH, NC 27612

97586   0063644-00   S#0005547
EVELYN T BEBKO
116 COURIER PL
SPARTANBURG, SC 29307-3807

97586   0063645-00   S#0009658
EVELYN TABOR
208 LYNN ST
BELTON, MO 64012-2332

97586   0063646-00   S#0009657
EVELYN TABOR &
MARK TABOR
208 LYNN ST
BELTON, MO 64012-2332

97586   0063647-00   S#0004021
EVELYN Z MCDOWELL CUST
JONATHAN M MCDOWELL
57 GLENN OAKS DR
LANCASTER, PA 17603

97586   0063648-00   S#0003802
EVERETT C MILLER CUST
JASON KARL MILLER
2705 TIMBERGLEN DR
WEXFORD, PA 15090

97586   0063649-00   S#0003803
EVERETT C MILLER CUST
RYAN MILLER
2705 TIMBERGLEN DR
WEXFORD, PA 15090

97586   0063650-00   S#0009772
EVERETT G BENNETT JR CUST
EVERETT G BENNETT III
11670 ROSEHILL RD
SHAWNEE MISSION, KS 66210

97586   0063651-00   S#0001644
EVERETT J MADDOX &
JOYCE A MADDOX
JT TEN
805 MANOR RD
CINNAMINSON, NJ 08077-2332

97586   0063652-00   S#0003804
EVERRET C MILLER CUST
ADAM LAWRENCE MILLER
2705 TIMBERGLEN DR
WEXFORD, PA 15090

97586   0000517-00   S#0008719
EVERS HEILIG INC
5640 FELTL RD
MINNETONKA, MN 55343

97586   0063653-00   S#0008884
EXPANDED UNIVERSE
C/O ARTHUR G WILLIAMS
730 EAST OREGON
KALISPELL, MT 59901

97586   0000518-00   S#0008909
EXPEDITORS INTERNATIONAL
2020 PRATT BLVD
ELK GROVE VILLAGE, IL 60007

97586   0063654-00   S#0009016
EYTAN TZVI FOX
8848 N KENNETH TER
SKOKIE, IL 60076

97586   0063655-00   S#0010179
EZEKIEL VAUGHN CUST
VICKIEL VAUGHN UGMA
4236 CASTLEMAINE LN
PLANO, TX 75093-3865

97586   0063656-00   S#0001789
EZIO CASTELLANI CUST
ALESSANDRO CASTELLANI UGTMNJ
137 WELL RD
BRIDGEWATER, NJ 08807

97586   0000520-00   S#0001621
F & M DELICATESSEN INC
3701 CHURCH RD
MT. LAUREL, NJ 08054

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063658-00   S#0007251
F P VON MEYER
3005 SHERWOOD DR
LORAIN, OH 44053

97586   0063659-00   S#0011800
F ROBIN TURNER CUST
JARED C TURNER
23 MONTCILO
FOOTHILL RANCH, CA 92610

97586   0020171-00   S#0006513
F S EDWARDS TOBACCO CO
ATTN: WILLIAM R HAGMAN JR PRES
224 VIA NAPOLI
NAPLES, FL 34105-7110

97586   0000521-00   S#0007406
F W ALBRECHT GROCERY
2700 GILCHRIST RD
AKRON, OH 44309

97586   0000523-00   S#0000955
FABER EQUIPMENT INC
PO BOX 2000
CLIFTON, NJ 07015

97586   0063660-00   S#0012369
FABIO RIVERA
817 KATHRYNE AVENUE
SAN MATEO, CA 94401

97586   0000526-00   S#0007676
FAIRLEY & COMPANY INC
8008 CASTLEWAY DR
PO BOX 501580
INDIANAPOLIS, IN 46250

97586   0063661-00   S#0002879
FANNIE SPIRO &
TERRI A MEISKIN JT TEN
148-06 61 ROAD
FLUSHING, NY 11367

97586   0063662-00   S#0005001
FARAHNAZ NABATHORIAN CUST
SIMAN MOEIRZADEH
1318 MARTHA CUSTIS COURT
ALEXANDRIA, VA 22302

97586   0000161-00   S#0001790
FARRELL, BETH
13 TIFFIN PL
BRIDGEWATER, NJ 08807

97586   0063663-00   S#0006057
FBO ELMO L COVELL
ELMO L COVELL TR
1108 HICKORY LANE
COCOA, FL 32922-6720

97586   0000479-00   S#0001608
FEELEY, ED
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586   0000706-00   S#0001962
FELDER, JAMES
295 PARK AVENUE S
NEW YORK, NY 10010

97586   0063664-00   S#0007686
FELICIA BOYD SMITH CUST
BRANDON B SMITH
7654 GRANDVIEW DR
INDIANAPOLIS, IN 46260-3285

97586   0063665-00   S#0002583
FELISA GARRIDO
25-74 33RD ST APT 3H
ASTORIA, NY 11002

97586   0063666-00   S#0001328
FELIX AMAR CUST
JONI AMAR U/NJ/UTMA
12 FAIRWAY LANE
OCEAN, NJ 07712

97586   0063667-00   S#0002939
FELIX GHIRLANDO
71-19 58TH RD
MASPETH, NY 11378

97586   0063668-00   S#0002329
FELIX GRANIELA &
SONIA L GRANIELA
2753 FISH AVE
BRONX, NY 10469-5518

97586   0001163-00   S#0001829
FELIX, PHILLIP
PO BOX 94
FRENCHTOWN, NJ 08825

97586   0063669-00   S#0007252
FERDINAND VON MEYER &
MARY E VON MEYER JT TEN
3005 SHERWOOD DR
LORAIN, OH 44053

97586   0063670-00   S#0001014
FERNANDO IAMURRI CUST
GABRIELLA IAMURRI
8 CEDAR RD
MONTVILLE, NJ 07045

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063671-00   S#0001015
FERNANDO IAMURRI CUST
MICHAEL L IAMURRI
8 CEDAR RD
MONTVILLE, NJ 07045

97586    0001480-00   S#0011478
FICO, THOMAS
721 N MYERS ST
BURBANK, CA 91506

97586    0063672-00   S#0000757
FIELDING JOHNSON III
59 JUDWIN AVE
NEW HAVEN, CT 06515

97586    0000536-00   S#0001979
FIND/SVP INC
625 AVE OF THE AMERICAS
NEW YORK, NY 10011-2002

97586    0063673-00   S#0001526
FINN WENTWORTH CUST
GRANT WENTWORTH
C/O FRANK EVANS
PO BOX 263
BROOKSIDE, NJ 07926

97586    0063674-00   S#0001525
FINN WENTWORTH CUST
MARK WENTWORTH
C/O FRANK EVANS
PO BOX 263
BROOKSIDE, NJ 07926

97586    0001130-00   S#0010496
FIREMAN, PAUL
340 TREELINE PARK APT 1622
SAN ANTONIO, TX 78209-1845

97586    0000537-00   S#0003002
FIRESIDE COMBUSTION CO
338 W MARKET ST
LONG BEACH, NY 11506

97586    0000539-00   S#0001641
FIRST CLASS LUXURY LIMOS
PO BOX 1555
DELRAN, NJ 08075

97586    0000540-00   S#0004849
FIRST FULFILLMENT & MGMT CO
19 FEDERAL ST STE 2E
EASTON, MD 21601

97586    0000541-00   S#0005784
FIRST UNUM LIFE INSURANCE CO
PO BOX 406919
ATLANTA, GA 30384-6919

97586    0000410-00   S#0003905
FISHER, DEREK JOHN
PO BOX 195
NEW STANTON, PA 15672

97586    0063675-00   S#0002668
FITZHUGH NEWBERNS
1199 BROOKLYN AVE
BROOKLYN, NY 11203

97586    0000845-00   S#0002919
FLANIGAN, LAURI
72-61 113TH ST
FOREST HILLS, NY 11375

97586    0000548-00   S#0005700
FLEX-PAK INCL
555 BRANCH DR
ALPHARETTA, GA 30201

97586    0063676-00   S#0009904
FLOORING SHOWCASE INC
ATT CHARLES S WILLIAMS
600 W JUDGE PEREZ RD
CHALMETTE, LA 70043

97586    0063677-00   S#0001234
FLORA CHANKALIAN
161 MOORE AVE
LEONIA, NJ 07605-2009

97586    0063678-00   S#0003561
FLORENCE ANDERSON &
CHARLES ANDERSON JT TEN
3300 GLEN ABBEY TERRACE
PHOENIX, NY 13135

97586    0063679-00   S#0007035
FLORENCE B DIAMOND
1112 PAWNEE TRAIL
APT 2
GEORGETOWN, KY 40324

97586    0063680-00   S#0007886
FLORENCE M FOURNIER &
RONALD E FOURNIER
20815 EASTLAWN
ST CLAIR SHORES, MI 48080

97586    0063681-00   S#0011605
FLORIS OLDEN PITTMAN SR CUST
FLORIS OLDEN PITTMAN JR
2027 SAKINA ST
EL CAJON, CA 92019

97586    0063682-00   S#0007979
FLOYD ALLEN REMLEY &
DEBRA SUSAN REMLEY JT TEN
3947 NELSON DR
NEWPORT, MI 48166

97586    0063683-00   S#0000541
FLOYD J GLICK
BOX 5104
ESSEX JUNCTION, VT 05453-5104

97586    0063684-00   S#0012698
FLOYD K OSHITA
5385 ROMFORD DR
SAN JOSE, CA 95124-5637

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0063685-00  S#0011172
FLOYD M WENGLIKOWSKI JR CUST
FBO JONATHAN M WENGLIKOWSKI
CA/UTMA
1700 TENTH ST
MANHATTAN BEACH, CA 90266

97586    0063686-00  S#0002840
FON-MAY FAN CUST
THOMAS I FAN
12-16 160TH ST
BEECH HURST, NY 11357

97586    0063687-00  S#0000795
FOOTBALL CAMPS INC PROFIT-SHAR
PLAN UA 11/30/72
J MESHKEN & M MESHKEN TR
BOX 317
TRUMBULL, CT 06611-0317

97586    0000550-00  S#0001977
FORBES INC
RE: FORBES MAGAZINE INC
60 5TH AVE
NEW YORK, NY 10011

97586    0000552-00  S#0004324
FORD MOTOR CREDIT
BN A332 T210
PO BOX 93000 BN
PHILADELPHIA, PA 19193-0001

97586    0063688-00  S#0009795
FORREST DARIN WHITEGON
12441 SW 13TH ST
TOPEKA, KS 66615-9703

97586    0063689-00  S#0009022
FORREST MICHAEL COWARD
5350 KEENEY ST
SKOKIE, IL 60077

97586    0000557-00  S#0001937
FRAMEWORKS NEW YORK INC
51 E 19TH ST
NEW YORK, NY 10003

97586    0063691-00  S#0003347
FRAN BARATT CUST
BRETT BARATT
56 TERREHANS LN
SYOSSET, NY 11791

97586    0063690-00  S#0003350
FRAN BARATT CUST
COREY MICHAEL BARATT
56 TERREHANS LANE
SYOSSET, NY 11791

97586    0063692-00  S#0008098
FRANCEE SIMMONS CUST
DANIEL SIMMONS
5406 LANGLEWOOD
W BLOOMFIELD, MI 48322

97586    0063693-00  S#0005370
FRANCES D LUDLOW
211 RIDGEWOOD DR 908
RALEIGH, NC 27609-3774

97586    0063694-00  S#0001272
FRANCES GRIFKA CUST
MAX PASQUALE GRIFKA UGMA
332 LIBERTY AVE
HILLSDALE, NJ 07642

97586    0063695-00  S#0005226
FRANCES K CHRISTMAN
BOX 206
SHEPHERDSTOWN, WV 25443

97586    0063696-00  S#0001482
FRANCES KNAPP CUST
VITTORIA CARBINI
21 S GLEN AVE
BOX 444
MT ARLINGTON, NJ 07856

97586    0063697-00  S#0012191
FRANCES LOUISE MCCURRY
PO BOX 5881
MONTERREY, CA 93944-0881

97586    0063698-00  S#0011941
FRANCES MESSER &
KENNY MCCULLOCH JT TEN
91 N ASHWOOD 303
VENTURA, CA 93003-1841

97586    0063699-00  S#0011938
FRANCES MESSER CUST
KYLE MC CULLOCH
91 N ASHWOOD 303
VENTURA, CA 93003

97586    0063700-00  S#0002107
FRANCES ROSENKRANTZ
44 W 62ND ST
NEW YORK, NY 10023

97586    0063701-00  S#0000009
FRANCESCO D RODA
103 HUNTERS GREN CIRCLE
AGAWAM, MA 01001

97586    0063702-00  S#0001985
FRANCINE BELLE SHAW CUST
BEAU CARMEL SHAW
3 WASHINGTON SQ VILLAGE # 4-1
NEW YORK, NY 10012

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0063703-00    S#0006095
FRANCINE BERNSTEIN CUST
MATTHEW IAN BERNSTEIN
3321-F RALEIGH ST
HOLLYWOOD, FL 33021

97586    0063704-00    S#0004798
FRANCINE BROWN CUST
TERRY BROWN-GIBBONS
1114 WHITE LOCK ST
BALTIMORE, MD 21217

97586    0063705-00    S#0000447
FRANCINE LECLERC CUST
MICHAEL RICHARD LECLERC
41 DIONNE DR
MANCHESTER, NH 03102

97586    0063706-00    S#0003963
FRANCIS A ROVITO
204 CHESTNUT GROVE RD
DILLSBURG, PA 17019-9321

97586    0063707-00    S#0000066
FRANCIS CARLI CUST
JASON CARLI
171 KEMP AVE
NORTH ADAMS, MA 01247-4329

97586    0063708-00    S#0000380
FRANCIS E RODRIGUES &
ANNE RODRIGUES JTTEN
10 TRIPPING PL
NORTON, MA 02766

97586    0063709-00    S#0000017
FRANCIS E STOROZUK &
SUSAN M STOROZUK JT TEN
16 JOHN ST
BOX 333
E HAMPTON, MA 01027

97586    0063710-00    S#0001283
FRANCIS J KOSCHIER &
NANCY A KOSCHIER
PO BOX 593
MONTVALE, NJ 07645-0593

97586    0063711-00    S#0011580
FRANCIS J PEZDEK JR
2126 ENGLEWOOD CRIVE
LEMON GROVE, CA 91945

97586    0063712-00    S#0003034
FRANCIS P DONELAN
78 RUSSELL ROAD
GARDEN CITY L I, NY 11530-1936

97586    0063713-00    S#0009115
FRANCIS PATRICK MURPHY CUST
FRANCIS PATRICK MURPHY
BOX 1051
WHEATON, IL 60189-1051

97586    0063714-00    S#0001976
FRANCIS VECCHIONE
140 FIFTH AVE
NEW YORK, NY 10011

97586    0063715-00    S#0008525
FRANCIS W HUGHES &
LAVERNE A HUGHES
JT TEN
908 KEEP ST
DARLINGTON, WI 53530-1129

97586    0063716-00    S#0005827
FRANCIS W THEIS TRUST
DTD 1/25/84
FRANCIS W THEIS TRUSTEE
9 MIDDLETON ROAD
SAVANNAH, GA 31411-1420

97586    0063717-00    S#0008504
FRANCIS W WAGENSKE
5072 N LARKIN ST
WHITEFISH BAY, WI 53217-5754

97586    0063718-00    S#0004296
FRANCISCO A RAMOS
4204 LEVICK STREET
PHILADELPHIA, PA 19135

97586    0063719-00    S#0012503
FRANK A DE FREITAS &
DEBBIE DE FREITAS
JT TEN
16712 COWELL ST
SAN LEANDRO, CA 94578

97586    0063720-00    S#0010331
FRANK A JOINES JR
10294 HAMMERLY
HOUSTON, TX 77043

97586    0063722-00    S#0009117
FRANK A PARTIPILO
586 W POTTER
WOOD DALE, IL 60191

97586    0063723-00    S#0000613
FRANK A SIBELLA CUST
GREGORY M SIBELLA UGTMA CT
253 BROAD BROOK ROAD
ENFIELD, CT 06082

97586    0063724-00    S#0001193
FRANK ALARCON CUST
FRANK M ALARCON UGMA NJ
RD 4 16 VALLEY TERRACE
VERNON, NJ 07462

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063725-00   S#0009495 | 97586   0063726-00   S#0008671 | 97586   0063727-00   S#0007001 |
| FRANK ALBRECHT & | FRANK ANDREWS | FRANK BECKER & |
| BARBARA ALBRECHT | 883 FREMONT AVENUE | BARBARA BECKER |
| JT TEN | ST PAUL, MN 55106 | JT TEN |
| 1124 W WALNUT | | 7319 PALUTE RD |
| JACKSONVILLE, IL 62650 | | LOUISVILLE, KY 40214 |
| | | |
| 97586   0063728-00   S#0003210 | 97586   0063729-00   S#0003970 | 97586   0063730-00   S#0006596 |
| FRANK BENCEVENGO | FRANK BERING | FRANK C GEORGE & |
| 5 LAUREL ST | 509 SOUTH 4TH STREET | FRANCES M GEORGE JT TEN |
| CENTEREACH, NY 11720 | LEBANON, PA 17042 | 6391 103RD AVE N |
| | | PINELLAS PARK, FL 34666-2437 |
| | | |
| 97586   0063731-00   S#0011179 | 97586   0063732-00   S#0003077 | 97586   0063733-00   S#0004216 |
| FRANK CAMPION | FRANK CIRABISI | FRANK D THOMPSON & |
| 1506 VIA ARCO | 15 NEMETH ST | MICHELLE D THOMPSON |
| PALOS VERDES, CA 90274 | MALVERNE, NY 11565-1529 | 60 MATTSON RD |
| | | BOOTHWYN, PA 19061-1403 |
| | | |
| 97586   0063734-00   S#0002967 | 97586   0063735-00   S#0004243 | 97586   0063736-00   S#0010697 |
| FRANK DI PIETRA | FRANK DUBIN CUST | FRANK DURAN |
| 158-12 79TH ST | PERRY DUBIN | 924 MAIN STREET |
| HOWARD BCH, NY 11414 | 510 WILLIAMS RD | ALAMOSA, CO 81101 |
| | WYNNEWOOD, PA 19096 | |
| | | |
| 97586   0063737-00   S#0001524 | 97586   0063738-00   S#0013563 | 97586   0063739-00   S#0003177 |
| FRANK EVANS CUST | FRANK FRIESEN | FRANK FRISINA |
| DANE EVANS | 1103-1080 HENDERSON HIGHWAY | 1462 PINE ACRES BLVD |
| BOX 263 | WINNIPEG, MB R2G 1H3 | BAY SHORE, NY 11706-3938 |
| BROOKSIDE, NJ 07926 | CANADA | |
| | | |
| 97586   0063740-00   S#0000579 | 97586   0063741-00   S#0004116 | 97586   0063742-00   S#0007071 |
| FRANK G SCHREINER | FRANK GOMBERG & | FRANK HOOD CUST FOR |
| 122 PARISH DR | VIVIAN N GOMBERG JT TEN | STEPHEN HOOD UGMA KY |
| KENSINGTON, CT 06037 | BOX 7 | PO BOX 675 |
| | SOUTH MONTROSE, PA 18843-0007 | MIDDLESBORO, KY 40965 |
| | | |
| 97586   0063743-00   S#0000544 | 97586   0063744-00   S#0007726 | 97586   0063745-00   S#0002903 |
| FRANK J CLARK CUST | FRANK J COUSSENS III | FRANK J ELENTERIO & |
| KOBY R CLARK | 107 W NORTHSHORE DR | MARY ELENTERIO JT TEN |
| 185 HILLSIDE TER | SOUTH BEND, IN 46617 | 83-09 60TH AVE |
| RICHFORD, VT 05476 | | ELMHURST, NY 11373 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063746-00   S#0000964
FRANK J FASANO CUST
FRANK V A FASANO
33 LAUREL PL
FANWOOD, NJ 07023-1314

97586   0063747-00   S#0000963
FRANK J FASANO CUST
KRISTEN FASANO
33 LAUREL PL
FANWOOD, NJ 07023-1314

97586   0063748-00   S#0006058
FRANK J KRASOVIC CUST
DUSTIN T KRASOVIC
4450 SHOWDOW ST
COCOA, FL 32926

97586   0063749-00   S#0002083
FRANK J NASTA
230 E 79TH ST APT 120
NEW YORK, NY 10021-1213

97586   0063750-00   S#0003033
FRANK JAMES CUST
DEAN TAYLOR RODMAN
185 WHITEHALL BLVD
GARDEN CITY, NY 11530-1337

97586   0063751-00   S#0001510
FRANK JOHN D'ASTOLI
C-O D'ASTOLI
284 BELVEDERE AVE
WASHINGTON, NJ 07882

97586   0063752-00   S#0007787
FRANK JOHN MARTINEZ &
DENISE DIANE MARTINEZ
7125 S FAIRFAX RD
BLOOMINGTON, IN 47401

97586   0063753-00   S#0002838
FRANK JOSEPH RHOADES
123-17 5TH AVE
COLLEGE POINT, NY 11356-1115

97586   0063754-00   S#0010297
FRANK KLINKOVSKY CUST
FRANK KLINKOVSKY III
3514 PRESTON OAKS
TEMPLE, TX 76505

97586   0063755-00   S#0010298
FRANK KLINKOVSKY CUST
KELLI KLINKOVSKY U/UGMA/TX
3514 PRESTON OAKS
TEMPLE, TX 76505

97586   0063756-00   S#0006834
FRANK L DUNN CUST
MATTHEW H DUNN UGTMA
408 SHELBYVILLE ROAD
KNOXVILLE, TN 37922-3526

97586   0063757-00   S#0009842
FRANK L MALOUSEK
BOX 77
WESTON, NE 68070-0077

97586   0063758-00   S#0007080
FRANK L PALMER III CUST
JENNIFER R PALMER
617 CHURCH ST
LUDLOW, KY 41016

97586   0063759-00   S#0007081
FRANK L PALMER III CUST
JESSIE A PALMER
617 CHURCH ST
LUDLOW, KY 41016

97586   0063760-00   S#0005348
FRANK LOSITO JR
226 GREAT LAKE DR
MORRISVILLE, NC 27560-7537

97586   0063761-00   S#0011597
FRANK M AMELIO &
MITCHELL G AMELIO JT TEN
2809 UNICORNIO
CARLSBAD, CA 92009

97586   0063762-00   S#0005881
FRANK M DECLEENE JR &
DOLORES A DECLEENE
4708 SAXON DR
NEW SMYRNA BEACH, FL 32169-4315

97586   0063763-00   S#0009256
FRANK M LOCKHART CUST
BENJAMIN G LOCKHART
1133 W SHUBERT
CHICAGO, IL 60614-1308

97586   0063764-00   S#0004103
FRANK M SOROKACH
103 BARNEY ST
WILKES-BARRE, PA 18702

97586   0063765-00   S#0011582
FRANK M WADA JR C/F
JUSTIN RYAN WADA UGMA CA
1127 MARIA AVENUE
SPRING VALLEY, CA 91977

97586   0063766-00   S#0009779
FRANK MANGIARACINA
12500 W 101ST TERR
LENEXA, KS 66215

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063767-00   S#0001247
FRANK MICHAEL GIRMAN &
CECILIA SANTOS GIRMAN JTTEN
80 MORNINGSIDE AVENUE
CRESSKILL, NJ 07626

97586    0063768-00   S#0013054
FRANK MOORE
34140 NE WILSONVILLE RD
NEWBERG, OR 97132

97586    0063769-00   S#0008075
FRANK NELSON &
MARGARET NELSON
874 DICKSON LANE
ROCHESTER, MI 48307

97586    0063770-00   S#0003442
FRANK POLIS &
RAQUEL POLIS JT TEN
815 TROTTINGHAM DR
SCHENECTADY, NY 12309-3013

97586    0063771-00   S#0006920
FRANK R MOSS JR &
LUCINDA JAYNE MOSS
JT TEN
720 FRIAR TUCK LN
COOKEVILLE, TN 38501-1159

97586    0063772-00   S#0010087
FRANK RAY BREWER
16 N ARMSTRONG
BIXBY, OK 74008

97586    0063773-00   S#0003385
FRANK S BOWMAN
93 DURYEA AVENUE
MONTAWK, NY 11954

97586    0063774-00   S#0012995
FRANK S BRIDGEWATER CUST
M STORM BRIDGEWATER
60 N BERETANIA ST 701
HONOLULU, HI 96817

97586    0063775-00   S#0004399
FRANK S MONTISANO JR
114 COOPERS DR
NEWARK, DE 19702-2119

97586    0063776-00   S#0000578
FRANK SCHREINER CUST
DANIEL R SCHREINER UGMA/CT
122 PARISH DR
KENSINGTON, CT 06037

97586    0063777-00   S#0005064
FRANK T SUTTON CUST
HUNTER WATSON SUTTON
318 LEXINGTON RD
RICHMOND, VA 23226

97586    0063778-00   S#0005065
FRANK T SUTTON CUST
KELLY SHANNON SUTTON
318 LEXINGTON RD
RICHMOND, VA 23226

97586    0063779-00   S#0013462
FRANK THOMAS TELFER
256 WESTMINSTER AVE N
MONTREAL WEST, QC H4X 1Z6
CANADA

97586    0063780-00   S#0012101
FRANK THURSTON
812 TIMBERLEAF DR
BAKERSFIELD, CA 93312

97586    0063781-00   S#0004313
FRANK TRESNAN C/F
KYLE TRESNAN UGMA PA
6946 SOUDER STREET
PHILADELPHIA, PA 19149

97586    0063782-00   S#0011571
FRANK TSAI
1815 S GRANADA AVE
ALHAMBRA, CA 91801

97586    0063783-00   S#0005701
FRANK V RAGO CUST
BENEDICT LEO PTASZENSKI IV
1504 PLANTERS RIDGE LANE
ALPHARETTA, GA 30201

97586    0063784-00   S#0011015
FRANK V RUECKL M D CUST
KATIE RUECKL
665 SKYLINE BLVD
RENO, NV 89509

97586    0063785-00   S#0003785
FRANK V TAPPER
366 IMPERIAL AVE
PAINTED POST, NY 14870-1443

97586    0063786-00   S#0003076
FRANK W CIRABISI
15 NEMETH STREET
MALVERNE, NY 11565

97586    0063787-00   S#0013342
FRANK W HILL &
CHERYL L RAJCICH HILL
1610 LOWER DR
PULLMAN, WA 99163

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063788-00   S#0005708<br>FRANK W JONES<br>BOX 80729<br>CONYERS, GA 30208 | 97586   0063789-00   S#0002832<br>FRANK WAGNER<br>33-25 149TH ST<br>FLUSHING, NY 11354-3241 | 97586   0063790-00   S#0011760<br>FRANK WEILER<br>2415 WILLOW DR<br>SAN BERNARDINO, CA 92404 |
| 97586   0063791-00   S#0003679<br>FRANKIE J KIEN<br>61 HIGH ST<br>BROCKPORT, NY 14420 | 97586   0063792-00   S#0006110<br>FRANKLIN BULLARD<br>4209 S.W. 20TH ST<br>WEST HOLLYWOOD, FL 33023 | 97586   0063793-00   S#0011101<br>FRANKLIN DE GROOT CUST<br>BENJAMIN DE GROOT<br>10532 CUSHDON AVE<br>LOS ANGELES, CA 90064 |
| 97586   0063794-00   S#0009727<br>FRANKLIN Y CHENG &<br>PI YU C CHENG JTTEN<br>900 COUNTRY LN<br>ROLLA, MO 65401 | 97586   0063795-00   S#0002220<br>FRANKLYN BARTON<br>325A MERSERAN AVE<br>STATEN ISLAND, NY 10303 | 97586   0063796-00   S#0010759<br>FRANZ A OTTENBERGER<br>7831 CHADBOURNE A<br>SALT LAKE CITY, UT 84121 |
| 97586   0063797-00   S#0004307<br>FRANZENNIA SMITH MCILWAINE<br>CUST ALLOYIUS MCILWAINE<br>UNIF GIFT MINORS ACT PA<br>3916 N 16TH ST<br>PHILADELPHIA, PA 19140 | 97586   0063798-00   S#0004306<br>FRANZENNIA SMITH MCILWAINE<br>CUST KHARISMA MCILWAINE<br>UNIF GIFT MINORS ACT PA<br>3916 N 16TH ST<br>PHILADELPHIA, PA 19140 | 97586   0063799-00   S#0010919<br>FRED B GARTEN CUST<br>CHAD L GARTEN<br>BOX 3068<br>CAMP VERDE, AZ 86322 |
| 97586   0063800-00   S#0010918<br>FRED B GARTEN CUST<br>JACE B GARTEN<br>BOX 3068<br>CAMP VERDE, AZ 86322 | 97586   0063801-00   S#0008893<br>FRED CHRISTIANSEN &<br>KATHLEEN CHRISTIANSEN<br>2003 N CHESTNUT<br>ARLINGTON HGHTS, IL 60004 | 97586   0063802-00   S#0002793<br>FRED CRAWFORD<br>1562 HENDRICKSON ST<br>BROOKLYN, NY 11234 |
| 97586   0063803-00   S#0002792<br>FRED CRAWFORD &<br>BARBARA CRAWFORD JT TEN<br>1562 HENDRICKSON<br>BROOKLYN, NY 11234 | 97586   0063804-00   S#0008339<br>FRED DYKSTRA CUST<br>TEDDY DYKSTRA<br>7851 PINEHURST SW<br>GRAND RAPIDS, MI 49548 | 97586   0063805-00   S#0013410<br>FRED ESPOSITO<br>810 ORMSBY CLOSE<br>EDMONTON, AB<br>CANADA |
| 97586   0063806-00   S#0010184<br>FRED F FOSTER<br>509 WESLEY DR<br>CORSICANA, TX 75110 | 97586   0063807-00   S#0002323<br>FRED GADRY<br>4326 WILDER AVE<br>BRONX, NY 10466-1824 | 97586   0063808-00   S#0002324<br>FRED GADRY<br>4326 WILDER AVENUE<br>BRONX, NY 10466-1824 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063809-00   S#0010866<br>FRED GALLOW CUST<br>DAVID GALLOW<br>946 E MORNINGSTAR LN<br>TEMPE, AZ 85283-1944 | 97586   0063810-00   S#0010864<br>FRED GALLOW CUST<br>KIM GALLOW<br>946 E MORNINGSTAR LN<br>TEMPE, AZ 85283-1944 | 97586   0063811-00   S#0010865<br>FRED GALLOW CUST<br>SCOTT GALLOW<br>946 E MORNINGSTAR LN<br>TEMPE, AZ 85283-1944 |
| 97586   0063812-00   S#0009518<br>FRED J BASOLO &<br>LORETTA BASOLO JTTEN<br>BOX 163<br>COELLO, IL 62825 | 97586   0063813-00   S#0009519<br>FRED J BASOLO C/F<br>FELECIA A BASOLO IL UTMA<br>BOX 163<br>COELLO, IL 62825 | 97586   0063814-00   S#0001719<br>FRED J MEYERS<br>P.O. BOX 1373<br>HIGHSTOWN, NJ 08520 |
| 97586   0063815-00   S#0007691<br>FRED KUJAWSKI &<br>ROBERTA KUJAWSKI<br>560 MAGNOLIA<br>CROWN POINT, IN 46307-8423 | 97586   0063816-00   S#0010173<br>FRED L GROSSMAN<br>1328 RUSK DR<br>RICHARDSON, TX 75081-4533 | 97586   0063817-00   S#0011511<br>FRED LOBB<br>925 DEEP SPRING DR<br>CLAREMONT, CA 91711-1402 |
| 97586   0063818-00   S#0011510<br>FRED LOBB CUST<br>STEVEN M SIEPAK<br>925 DEEP SPRING DR<br>CLAREMONT, CA 91711-1402 | 97586   0063819-00   S#0011752<br>FRED LONG<br>830 BANYAN DR<br>REDLANDS, CA 92373-6708 | 97586   0063820-00   S#0005080<br>FRED M THOMPSON CUST<br>BRIAN L THOMPSON<br>12302 PLEASANT LAKE PL<br>RICHMOND, VA 23233-3361 |
| 97586   0063821-00   S#0010492<br>FRED MORRISON CUST<br>AMY MORRISON<br>10703 LAUREL CREEK<br>CONVERSE, TX 78109-2442 | 97586   0063822-00   S#0010493<br>FRED MORRISON CUST<br>ERIK MORRISON<br>10703 LAUREL CREEK<br>CONVERSE, TX 78109-2442 | 97586   0063823-00   S#0010219<br>FRED MUELLER<br>4500 SO JOURN DR<br>DALLAS, TX 75248 |
| 97586   0063824-00   S#0011123<br>FRED OLEN RAY<br>BOX 1901<br>LOS ANGELES, CA 90078 | 97586   0063825-00   S#0006125<br>FRED R INGRAM III<br>1501 CLAREMONT RD #1219<br>DECATUR, GA 33033 | 97586   0063826-00   S#0008398<br>FRED S SELLERS &<br>PEGGY D SELLERS<br>JT TEN<br>210 BRENTWOOD HGHTS<br>COUNCIL BLUFFS, IA 51503 |
| 97586   0063827-00   S#0002878<br>FRED SELIGER<br>147-19 75TH AVE<br>FLUSHING, NY 11367 | 97586   0063828-00   S#0005232<br>FRED SILVERSTEIN CUST<br>JEFFREY ALAN SILVERSTEIN<br>U/VA/UTMA<br>104 N BOULEVARD<br>HUNTINGTON, WV 25701-3135 | 97586   0063829-00   S#0009167<br>FRED SORGENFREI &<br>RUTH SORGENFREI<br>9435 S 82ND COURT<br>HICKORY HILLS, IL 60457-1917 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063830-00   S#0003231<br>FRED TRUDWIG &<br>VERNA TRUDWIG JT TEN<br>10 FURNWOOD DR<br>EAST NORTHPORT, NY 11731 | 97586    0063831-00   S#0003233<br>FRED TRUDWIG JR<br>10 FURNWOOD DR<br>EAST NORTHPORT, NY 11731 | 97586    0063832-00   S#0008693<br>FRED TURK CUST<br>BRIAN TURK<br>27 WARREN ST<br>ST PAUL, MN 55119 |
| 97586    0063833-00   S#0008692<br>FRED TURK CUST<br>JOHN TURK<br>27 WARREN ST<br>ST PAUL, MN 55119 | 97586    0063834-00   S#0009754<br>FREDA HUNTER CUST<br>MICHAEL D FUGETT<br>847 ROCKLEDGE RD<br>LAWRENCE, KS 66049-2547 | 97586    0063835-00   S#0011154<br>FREDDIE B PAGATPATAN<br>17015 S BERENDO AVE<br>GARDENA, CA 90247-5734 |
| 97586    0063836-00   S#0004729<br>FREDERIC N SMALKIN CUST<br>FREDERIC NC SMALKIN<br>BOX 3<br>MONKTON, MD 21111 | 97586    0063837-00   S#0002105<br>FREDERICA L MILLER<br>412 E 55TH ST APT 8-H<br>NEW YORK, NY 10022-5114 | 97586    0063838-00   S#0011789<br>FREDERICK ALAN HARTFIEL<br>240 WEST THRONTON AVE<br>HEMET, CA 92543 |
| 97586    0063839-00   S#0001404<br>FREDERICK BALBI CUST<br>NICHOLAS BALBI<br>18 ESCHER ROAD<br>MARLBORO, NJ 07746 | 97586    0063840-00   S#0003078<br>FREDERICK BLUMER<br>1757 MERRICK AVE<br>MERRICK, NY 11566 | 97586    0063841-00   S#0013145<br>FREDERICK CAMP CUST<br>MEGGAN CAMP<br>4422 132ND AVE NE<br>BELLEVUE, WA 98005-1116 |
| 97586    0063842-00   S#0002876<br>FREDERICK CHAN<br>75-81 177 ST<br>FRESH MEADOWS, NY 11366-1522 | 97586    0063843-00   S#0010544<br>FREDERICK J KEATOR CUST<br>M MADELEINE ROMEU<br>4301 SHOAL CREEK BLVD<br>AUSTIN, TX 78756 | 97586    0063844-00   S#0010545<br>FREDERICK J KEATOR CUST<br>M SOPHIA ROMEU<br>4301 SHOAL CREEK BLVD<br>AUSTIN, TX 78756 |
| 97586    0063845-00   S#0003121<br>FREDERICK J KURTZMAN CUST<br>LAWRENCE KURTZMAN<br>29 WOODS DR<br>EAST HILLS, NY 11576-2616 | 97586    0063846-00   S#0000006<br>FREDERICK J RODRIGUEZ<br>ALHELI   NUM 74<br>CIUDAD JARDIN<br>TOA ALTA, PR 00953 | 97586    0063847-00   S#0000527<br>FREDERICK M NEWCOMB III<br>HC 32 BOX 278<br>OWL'S HEAD, ME 04854 |
| 97586    0063848-00   S#0001332<br>FREDERICK M SINGER &<br>SANDRA SINGER<br>JT TEN<br>159 OLD ORCHARD LANE<br>WAYSIDE, NJ 07712-2577 | 97586    0063849-00   S#0001010<br>FREDERICK MANN &<br>ANN K MANN<br>37 GREENVIEW WAY<br>UPPER MONTCLAIR, NJ 07043 | 97586    0063850-00   S#0011676<br>FREDERICK MICHAEL ROESE &<br>SHAWN COLLEEN ROESE JTTEN<br>2819 DEERPARK DR<br>SAN DIEGO, CA 92110 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063851-00   S#0008307
FREDERICK R NORRIS
118 JACKSON ST
BROOKLYN, MI 49230

97586   0063852-00   S#0001146
FREDERICK R TEPPER &
LINDA E TEPPER JTTEN
3 HARWICH ROAD
FLANDERS, NJ 07336

97586   0063853-00   S#0001685
FREDERICK SMITH JR
176 CEDARLANE W
CAPE MAY CH, NJ 08210

97586   0063854-00   S#0010610
FREDERICK W BLISS CUST
ZACHARY BLISS
2380 CRESTMONT LANE
HIGHLANDS RANCH, CO 80126

97586   0063855-00   S#0000443
FREDERICK W BROUSSARD
23 NEW HAMPSHIRE AVE
NASHUA, NH 03063

97586   0063856-00   S#0009368
FREDERICK W CHURCH & RITA M
CHURCH JT TEN
3908 EATON DR
ROCKFORD, IL 61111

97586   0063857-00   S#0007558
FREDERICK W MASCHMEIER &
BROOKS A MASCHMEIER JTTEN
8555 KUGLER MILL RD
CINCINNATI, OH 45243

97586   0063858-00   S#0008689
FREDERICK W SHOWALTER
894 HOWARD ST
SAINT PAUL, MN 55119

97586   0063859-00   S#0000901
FREDRIC E EPSTIEN & &
CATHY A EPSTIEN JT TEN
7 HARVEST LANE
WESTON, CT 06883-2442

97586   0063860-00   S#0003948
FREDRICK BLACKBURN CUST
FBO ANDREW KUBIAK
80 VISTA AVE
BRADFORD, PA 16701-2759

97586   0063861-00   S#0005197
FREDRICK P WALKER
RTE 2 BOX 189
MONETA, VA 24121

97586   0000566-00   S#0002641
FREIGHT BROKERS INTERNATIONAL
1200 BRUNSWICK AVE
PO BOX 960219
INWOOD, NY 11096-0219

97586   0061213-00   S#0004923
FREILICH, BRUCE
4213 MAYLOCK LN
FAIRFAX, VA 22033-3235

97586   0063862-00   S#0002958
FRENEL DULIEPRE JR CUST
JORDAN M DULIEPRE
227-56 114TH AVENUE
CAMBRIA HEIGHTS, NY 11411

97586   0000568-00   S#0002654
FRIKA INDUSTRIAL GLOVE CO
3333 CRESCENT ST
ASTORIA, NY 11106

97586   0020034-00   S#0005287
FRINGE MULTIMEDIA INC
ATTN: J CARL STEWART JR-VP
449 S WRENN ST
HIGH POINT, NC 27260-6642

97586   0063863-00   S#0004991
FRITS GEURTSEN &
JANE GEURTSEN
2434B S WALTER REED DR
ARLINGTON, VA 22206-1181

97586   0000570-00   S#0012640
FTP SOFTWARE INC
NETMANAGE
10725 N DE ANZA BLVD
CUPERTINO, CA 95014

97586   0063864-00   S#0012710
FU-SHENG HO CUST
FBO ALEXANDER HO
5100 FOREST VIEW DR
SAN JOSE, CA 95129-2123

97586   0000986-00   S#0002058
FUCHS, MICHAEL
9 W 57TH ST 42ND FL
NEW YORK, NY 10019

97586   0000572-00   S#0008061
FURST GROUP
PO BOX 641214
DETROIT, MI 48264

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063865-00   S#0005198
G ANDERS SYLVESTER-JOHNSON
3872 CARVINS COVE RD
SALEM, VA 24153

97586    0063867-00   S#0013208
G ANDREW MILLER JR CUST
ERIC S MILLER
1626 FEDERAL AVE EAST
SEATTLE, WA 98102-4235

97586    0063866-00   S#0013207
G ANDREW MILLER JR CUST
ROSS MILLER
1626 FEDERAL AVE E
SEATTLE, WA 98102-4235

97586    0063868-00   S#0006672
G DAVID LYNCH III
3157 WOODBRIDGE DR
BIRMINGHAM, AL 35242

97586    0063869-00   S#0012442
G DREXEL WESLEDER &
JO ANN M WESLEDER
JT TEN
1361 HENDERSON LANE
HAYWARD, CA 94544

97586    0063870-00   S#0004699
G HERBERT GILLETTE
TODD AARON GILLETTE
10366 BUGLENOTE WAY
COLUMBIA, MD 21044-3816

97586    0063871-00   S#0005028
G ROSS COOKE
RTE 1 BOX 2120
BERRYVILLE, VA 22611

97586    0000573-00   S#0004063
G W RUSSELL & ASSOCIATES
1536 WALNUT ST
ALLENTOWN, PA 18102

97586    0063872-00   S#0012136
GABRIEL ARIES
13485 DAVENPORT
NO EDWARDS, CA 93523

97586    0063873-00   S#0000785
GABRIEL CICCONE CUST
ACF CHRISTOPHER M CICCONE
40 GUILFORD DR
BRIDGEPORT, CT 06606

97586    0063874-00   S#0001836
GABRIEL GONZALEZ JR
BOX 69
KEASBY, NJ 08832

97586    0063875-00   S#0012443
GABRIEL L SHOWERS
706 ARCHCLIFF CT
HAYWARD, CA 94544

97586    0063876-00   S#0003448
GABRIEL LASRY
4 RTE 85
CATSKILL, NY 12414-5028

97586    0063877-00   S#0013061
GABRIEL MARTIN
3714 SE 31ST AVE
PORTLAND, OR 97202

97586    0063878-00   S#0010965
GABRIEL N FERNANDEZ
1225 NUGGET CREEK
LAS VEGAS CA 89108

97586    0063879-00   S#0000992
GABRIEL OLLINS
10 DRIFTWOOD DR
LIVINGSTON, NJ 07039

97586    0063880-00   S#0002999
GABRIEL PARAJOS &
MARY PARAJOS JT TEN
SPECIAL ACCT
548 LATHAM RD
MINEOLA, NY 11501-1008

97586    0063881-00   S#0002574
GABRIEL STEIN
144 BARNES RD
WASHINGTONVILLE, NY 10992

97586    0063882-00   S#0011444
GABRIEL V FERRER CUST
JORDAN ALEXANDER FERRER
4334 KESTER AVE
SHERMAN OAKS, CA 91403

97586    0063883-00   S#0003503
GABRIELE MACRINI JR
1855 RTE 97
NARROWSBURG, NY 12764

97586    0063884-00   S#0010654
GABRIELLA DURAN-KRUMTUM CUST
ALEXANDRA KRUMTUM
13428 W 23RD PL
GOLDEN, CO 80401

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063885-00   S#0001805<br>GABRIELLE OVITS<br>40 RICE RUN<br>EAST BRUNSWICK, NJ 08816 | 97586    0001375-00   S#0002144<br>GAGE, SONDRA<br>75 EAST END AVE #2F<br>NEW YORK, NY 10028 | 97586    0063886-00   S#0000669<br>GAI P SCIRO<br>1 RACE ST<br>PAWCATUCK, CT 06379 |
| 97586    0063887-00   S#0000095<br>GAIL A IVERS CUST<br>JONATHAN J IVERS<br>25 ALMANAC WAY<br>W BOYLSTON, MA 01583 | 97586    0063888-00   S#0006027<br>GAIL B COX<br>1610 ONECO AVENUE<br>WINTER PARK, FL 32789 | 97586    0063889-00   S#0002346<br>GAIL BERGER CUST<br>A/C/F JONATHAN BERGER<br>15 LEROY PL<br>CHAPPAQUA NJ 10514 |
| 97586    0063890-00   S#0007329<br>GAIL C LARSON CUST<br>ERIK IAN LARSON<br>29750 SHAKER BLVD<br>PEPPER PIKE, OH 44124 | 97586    0063891-00   S#0007328<br>GAIL C LARSON CUST<br>HANS CHRISTOPHER LARSON<br>29750 SHAKER BLVD<br>PEPPER PIKE, OH 44124 | 97586    0063892-00   S#0002964<br>GAIL CHUNG &<br>CARL WAUCHOPE JT TEN<br>145-15 228TH ST<br>ROSEDALE, NY 11413 |
| 97586    0063893-00   S#0006881<br>GAIL D DOBBINS &<br>JERRY L DOBBINS<br>72298 ASHLEY OAKS DR<br>MEMPHIS, TN 38125 | 97586    0063894-00   S#0002598<br>GAIL EVRA CUST<br>ANDREW SETH EVRA SILVER<br>125 MAPLE ST<br>GREAT NECK, NY 11023-1134 | 97586    0063895-00   S#0002599<br>GAIL EVRA CUST<br>MATHEW LEE EVRA SILVER<br>125 MAPLE ST<br>GREAT NECK, NY 11023-1134 |
| 97586    0063896-00   S#0004400<br>GAIL FUNK CUST<br>KEVIN A FUNK<br>7 NATHALIE DR<br>HOCKESSIN, DE 19707 | 97586    0063897-00   S#0010353<br>GAIL HOFFMAN-JACKSON CUST<br>LINDSEY M JACKSON<br>10415 CUTTING HORSE LANE<br>HOUSTON, TX 77064 | 97586    0063898-00   S#0010352<br>GAIL HOFFMAN-JACKSON CUST<br>MATTHEW RICHARDSON<br>10415 CUTTING HORSE LANE<br>HOUSTON, TX 77064 |
| 97586    0063899-00   S#0001364<br>GAIL LOONAN CUST<br>PETER EVAN LOONAN<br>26 CROMAN COURT<br>HAZLET, NJ 07730 | 97586    0063900-00   S#0002295<br>GAIL MURATORE CUST<br>MICHAEL MURATORE<br>1906 BRONXDALE AVE<br>BRONX, NY 10461 | 97586    0063901-00   S#0012147<br>GAIL NELSON CUST<br>CHRISTOPHER NELSON<br>4711 GREENCREST WAY<br>PALMDALE, CA 93551-1836 |
| 97586    0063902-00   S#0002412<br>GAIL ROMAN CUST<br>DAVID HARRISON ROMAN<br>625 NORTH ST<br>RYE, NY 10580 | 97586    0063903-00   S#0002586<br>GAIL SACKS &<br>HAL SACKS JTTEN<br>73-07 260 STREET<br>GLEN OAKS, NY 11004 | 97586    0063904-00   S#0003781<br>GAIL SALK CUST<br>BENJAMIN SALK<br>603 ELM ST EXTENSION<br>ITHACA, NY 14850-8786 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0063905-00   S#0001682<br>GAIL SAPP CUST<br>JUSTIN SAPP<br>206 E BRADS COURT<br>ABSECON, NJ 08201-9549 | 97586   0063906-00   S#0000487<br>GAIL STOLZ   CUST<br>PETER ROSS   UTMA/CT<br>RR 1 BOX 1865<br>FREEDOM, NH 03836-9731 | 97586   0063907-00   S#0011987<br>GAIL SULMEYER<br>1701 EAST VALLEY RD<br>SANTA BARBARA, CA 93108 |
| 97586   0063908-00   S#0001336<br>GAIL VITALE CUST<br>JOSHUA MICHAEL VITALE<br>1740 DANIEL COURT<br>WALL, NJ 07719 | 97586   0063910-00   S#0003343<br>GAIL WINOKER<br>1420 DEVONSHIRE RD<br>HAPPAUGE NY 11788 | 97586   0063909-00   S#0003005<br>GAIL WINOKER<br>3478 BERTHA DR<br>BALDWIN, NY 11510 |
| 97586   0063911-00   S#0009942<br>GALA DAFTARY CUST FOR<br>DARIUS DAFTARY, A MINOR<br>UNDR THE LA GIFTS TO MINOR ACT<br>304 MAYERS TRACE<br>SLIDELL, LA 70460-9693 | 97586   0063912-00   S#0009944<br>GALE CAMPBELL CUST<br>KEVIN J CAMPBELL<br>337 HARREL DR<br>LAFAYETTE, LA 70503 | 97586   0063913-00   S#0011963<br>GALEN KENNEDY<br>5182 COLUMBUS PL<br>OXNARD, CA 93033 |
| 97586   0000574-00   S#0012542<br>GAMEPRO MAGAZINE<br>555 12TH ST<br>OAKLAND, CA 94607-4002 | 97586   0063914-00   S#0004999<br>GANNETT CO INC<br>ATT GRACIA C MARTORE<br>1100 WILSON BLVD<br>ARLINGTON, VA 22209-2297 | 97586   0021216-00   S#0003639<br>GANSHAW, ERNEST<br>2790 DANIELS ROAD<br>WILSON, NY 14172 |
| 97586   0063915-00   S#0011574<br>GARDNER JOHN CLARK III &<br>GARDNER JOHN CLARK IV<br>2501 FAIVRE ST<br>CHULA VISTA, CA 91911-4603 | 97586   0000709-00   S#0002017<br>GARDNER, JAMES<br>387 PARK AVE SO<br>NEW YORK, NY 10016 | 97586   0063916-00   S#0008615<br>GARET KOXLIEN<br>N20777 U S HWY 53<br>GALESVILLE, WI 54630 |
| 97586   0063917-00   S#0010036<br>GARLAND MAYS CUST<br>ANDREA MAYS<br>ROUTE 8 BOX P66<br>CHARLESTON, AR 72933 | 97586   0063918-00   S#0004475<br>GARLAND PINKSTON CUST<br>BRANDON PINKSTON<br>4825 16TH ST NW<br>WASHINGTON, DC 20011 | 97586   0063919-00   S#0009751<br>GARRA P COHEN<br>2112 CHOCTAW<br>LEAVEN WORTH, KS 66048 |
| 97586   0063920-00   S#0000824<br>GARROLD W SCHMIDT<br>CUST CHRISTOPHER W SCHMIDT<br>QUAIL RUN RD<br>WOODBURY, CT 06798 | 97586   0063921-00   S#0000822<br>GARROLD W SCHMIDT &<br>HILDA C SCHMIDT JT TEN<br>QUAIL RUN RD<br>WOODBURY, CT 06798 | 97586   0063922-00   S#0011929<br>GARRY G DAY<br>4119 E MAPLE TREE DR<br>ANAHEIM, CA 92807-3436 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063923-00   S#0008342
GARTH H HOLMQUIST CUST
MICAH T HOLMQUIST
214 STIMSON
CADILLAC, MI 49601

97586    0063924-00   S#0007277
GARY A BUTZBACK
5536 BRETTON CT B
WILLOUGHBY, OH 44094

97586    0063925-00   S#0011058
GARY A CLARK ACF
MATTHEW B CLARK U/CA/UTMA
1986 N ALEXANDRIA AVE
LOS ANGELES, CA 90027-1702

97586    0063926-00   S#0005891
GARY A DEBUSK CUST
JONATHAN A DEBUSK
2160 MYRA ST
JACKSONVILLE, FL 32204

97586    0063927-00   S#0004014
GARY A GRIFFIN &
GARY B COLLINS &
WILLIAM W GREINER
509 RANDOLPH DR
LITITZ, PA 17543-9049

97586    0063928-00   S#0007743
GARY A THOMAS
6422 CLIFFSIDE PASS
FORT WAYNE, IN 46845

97586    0063929-00   S#0000477
GARY AVERY
125 MOUNTAIN RD
WEST CHESTERFIELD, NH 03466-3123

97586    0063930-00   S#0011012
GARY B HORTON CUST
CODY J LAUX-HORTON NV/UTMA
3425 MERIDIAN
RENO, NV 89509

97586    0063931-00   S#0010751
GARY BOWMAN
5910 SOUTH 350 WEST
MURRAY, UT 84107

97586    0063932-00   S#0005029
GARY BRANCHAUD &
DIANE BRANCHAUD JT TEN
358 GRAND VIEW DR
FRONT ROYAL, VA 22630-5053

97586    0063933-00   S#0007332
GARY BUCHLER &
PAULETTE G BUCHLER
1369 EASTWOOD
CLEVELAND, OH 44124-1522

97586    0063934-00   S#0001679
GARY COOK CUST
BRIAN COOK
255 E OAKBOURNE AVE
ABSECON, NJ 08201

97586    0063935-00   S#0000228
GARY CORNELL C/F
DANIEL JAMES CORNELL
C/O STEPHEN PERLMAN, ROPES
1 INTERNATIONAL PL
BOSTON, MA 02110

97586    0063937-00   S#0010613
GARY D KEIL CO
BENJAMIN JACOB KEIL
11059 PYRAMID PEAK
LITTLETON, CO 80127

97586    0063938-00   S#0008367
GARY D PETERSON C/F
JAMES ALLEN PETERSON UGMA IA
6465 THERESA DRIVE
JOHNSTON, IA 50131

97586    0063939-00   S#0005160
GARY DALE GROSSMAN
28 CHARLES PARRISH DR
POQUOSON, VA 23662-1510

97586    0063940-00   S#0005643
GARY DEMAR
3043 MILFORD CHASE OVERLOOK
MARIETTA, GA 30060

97586    0063941-00   S#0012932
GARY DUTRO
21645 MAYFAIR DR
RED BLUFF, CA 96080

97586    0063942-00   S#0010672
GARY EVANS CUST
THOMAS LEWIS EVANS
1123 49TH AVE
GREELEY, CO 80634-1914

97586    0063943-00   S#0005929
GARY FLETCHER CUST
TODD STEVEN FLETCHER
8959 WOBURN CT
JACKSONVILLE, FL 32257-5240

97586    0063944-00   S#0012239
GARY GEAGAN
1621 ANAMOR ST
REDWOOD CITY, CA 94061-2527

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0063945-00   S#0001057
GARY GENTRY
55 WOODWARD AVE
RUTHERFORD, NJ 07070-2211

97586   0063946-00   S#0013566
GARY GRAUMANN
517 RIVER RD
WINNIPEG, MB R2M 2R3
CANADA

97586   0063947-00   S#0005146
GARY H GARDNER
1445 ARMISTEAD BRIDGE RD
NORFOLK, VA 23507

97586   0063948-00   S#0006236
GARY HERZFELD CUST
JEFFREY M HERZFELD
21230 NE 23 COURT
N MIAMI BEACH, FL 33180

97586   0063949-00   S#0006237
GARY HERZFELD CUST
SUSAN W HERZFELD
21230 NE 23 COURT
N MIAMI BEACH, FL 33180

97586   0063951-00   S#0006421
GARY I TEBLUM CSDN
COREY H TEBLUM
14039 SHADY SHORES DRIVE
TAMPA, FL 33613

97586   0063950-00   S#0006420
GARY I TEBLUM CSDN
JEREMY B TEBLUM
14039 SHADT SHORES DR
TAMPA, FL 33613

97586   0063952-00   S#0003403
GARY J CASE CUST
ROBERT A CASE
RD 1 BOX 392
GILBOA, NY 12076

97586   0063953-00   S#0000582
GARY J LINKER &
ROBIN S LINKER JTTEN
316 BROOKE MEADOW RD
KENSINGTON, CT 06037-2812

97586   0063954-00   S#0005949
GARY J SEAMANS
1129 NANDINA COURT
TALLAHASSEE, FL 32308-5236

97586   0063955-00   S#0012675
GARY J WINNICK &
SOPHY WINNICK
18 AQUA VIEW DR
LA SELVA BEACH, CA 95076-1626

97586   0063956-00   S#0010019
GARY JACK HAMBLEN CUST
GARY JACK HAMBLEN
50 N LOCUST
FARMINGTON, AR 72730

97586   0063957-00   S#0012989
GARY K KAWAKAMI CUST
BRYCE KENICHI TOYAMA
95-205 NA'AUALII PL
MILILANI, HI 96789

97586   0063958-00   S#0012988
GARY K KAWAKAMI CUST
SPENCER KUNIO TOYAMA
95-205 NA'AUALII PL
MILILANI, HI 96789

97586   0063959-00   S#0000083
GARY KENDRA
10 GOLDENROD COURT
SOUTH GRAFTON, MA 01560

97586   0063960-00   S#0012379
GARY KUNZ &
TAMIKI KOIKE
3108 FERNSIDE BLVD
ALAMEDA, CA 94501-1760

97586   0063961-00   S#0011173
GARY L FEIL CUST
ADAM NORMAN FEIL UTCAUTMA21
2004 AGNES RD
MANHATTAN BEACH, CA 90266

97586   0063962-00   S#0010457
GARY L FOOSE JR &
DENICE S FOOSE
JT TEN
BOX 574
LAKE JACKSON, TX 77566

97586   0063963-00   S#0009800
GARY L HOLLER
514 E BROADWAY
NEWTON, KS 67114

97586   0063964-00   S#0006703
GARY L LAKEMPER CUST
PATRICK L LAKEMPER
619 MARY ANN DR
MONTGOMERY, AL 36109

97586   0063965-00   S#0006704
GARY L LAKEMPER CUST
PAUL RUSSO
619 MARY ANN DR
MONTGOMERY, AL 36109

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0063966-00   S#0004441 | 97586    0063967-00   S#0008434 | 97586    0063968-00   S#0009872 |
| GARY L MENSINGER CUST | GARY L NELLIS | GARY L NORTHOUSE CUST |
| MICHAEL G MENSINGER UGMA DE | 2810 FAIR AVE | JONATHAN V NORTHOUSE |
| 116 LAUREL LANE | DAVENPORT, IA 52803 | 6737 ORCHARD |
| FORREST BROOK | | LINCOLN, NE 68505 |
| WILMINGTON, DE 19804 | | |
| | | |
| 97586    0063969-00   S#0010528 | 97586    0063970-00   S#0008293 | 97586    0063971-00   S#0005210 |
| GARY L STRINGER & | GARY LUDWIG | GARY M CHEATHAM |
| MARY K STRINGER | 718 LIONS PARK DR | BOX 10784 |
| JT TEN | ST JOSEPH, MI 49085 | LYNCHBURG, VA 24506-0784 |
| 313 W SAN ANTONIO | | |
| FREDERICKSBURG, TX 78624 | | |
| | | |
| 97586    0063972-00   S#0006507 | 97586    0063973-00   S#0003938 | 97586    0063974-00   S#0010636 |
| GARY M HEISER | GARY M JACKOWSKI CUST | GARY M RICHARD CUST |
| 2540 CONWAY BLVD | JOSHUA T JACKOWSKI | MONTE K RICHARD |
| PT CHARLOTTE, FL 33952 | 2635 W 35TH ST | 9011 E COLORADO DR |
| | ERIE, PA 16506-3359 | DENVER, CO 80231-2925 |
| | | |
| 97586    0063975-00   S#0004440 | 97586    0063976-00   S#0007587 | 97586    0063977-00   S#0013234 |
| GARY MENSINGER & | GARY MORTON | GARY N ACKERMAN CUST |
| PHYLLIS MENSINGER JT TEN | PO BOX 30 | GRAHAM S ACKERMAN |
| 116 LAUREL LANE | DAYTON, OH 45402-0030 | 1318 4TH W |
| WILMINGTON, DE 19804 | | SEATTLE, WA 98119-3316 |
| | | |
| 97586    0063978-00   S#0001262 | 97586    0063979-00   S#0008488 | 97586    0063980-00   S#0008487 |
| GARY NATHANSON CUST | GARY NOSACEK CUST | GARY NOSACEK CUST |
| NATHAN CHAPMAN | REZA NAHAIE-GHANAD | STEVEN MANSOOR-ABADI |
| 177 ST NICHOLAS AVE | 2735 N HACKETT | 2735 N HACKETT |
| ENGLEWOOD, NJ 07631-1637 | MILWAUKEE, WI 53211 | MILWAUKEE, WI 53211 |
| | | |
| 97586    0063981-00   S#0011351 | 97586    0063982-00   S#0007088 | 97586    0063983-00   S#0005183 |
| GARY O'DELL | GARY R FARMER | GARY R HIGGINBOTHAM CUST |
| 22333 BURTON | 4267 CATALPA DR | GARY R HIGGINBOTHAM II |
| CANOGA PARK, CA 91304 | INDEPENDENCE, KY 41051 | 808 SMITHFIELD AVE |
| | | HOPEWELL, VA 23860 |
| | | |
| 97586    0063984-00   S#0010026 | 97586    0063985-00   S#0005922 | 97586    0063986-00   S#0010467 |
| GARY R MCNULTY & | GARY R WETHERHOLD & | GARY ROESLER CUST |
| JUDY MCNULTY | PAMELA J SHIRLEY-WETHERHOLD | JUSTIN MICHAEL ROESLER |
| JT TEN | JT TEN | 118 LAZYWOOD LANE |
| 3210 CHEROKEE RD | 316 OCEANWALK DR N | TAYLOR LAKE, TX 77586-4599 |
| ROGERS, AR 72756-1320 | ATLANTIC BEACH, FL 32233-4690 | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0063987-00   S#0011344
GARY ROSEN CUST
NICHOLAS AARON ROSEN
5525 MODENA PL
AGOURA HILLS, CA 91301-1912

97586    0063988-00   S#0011345
GARY ROSEN CUST
SARAH IDA ROSEN
5525 MODENA PL
AGOURA HILLS, CA 91301-1912

97586    0063989-00   S#0013317
GARY S KOSHI
800 SLEATER-KINNEY RD SE
STE 149
LACEY, WA 98503

97586    0063990-00   S#0011702
GARY S RITZMAN
3952 CAMINITO SILVELA
SAN DIEGO, CA 92122-4356

97586    0063991-00   S#0010264
GARY S WILLIKY C/F
DYLAN S WILLIKY UGMA/TX
1305 CHATSWORTH CT E
COLLEYVILLE, TX 76034-4273

97586    0063992-00   S#0003984
GARY SHULER JR
243 REGENT RD
HARRISBURG, PA 17112

97586    0063993-00   S#0004974
GARY STATON CUST
GREGORY FULD STATON
11780 BUCKLEY CT
WOODBRIDGE, VA 22192-5725

97586    0063994-00   S#0004973
GARY STATON CUST
KIMBERLY FRANCES STATON
11780 BUCKLEY CT
WOODBRIDGE, VA 22192-5725

97586    0063995-00   S#0003128
GARY STOLLER C/F
JOSEPH BAILEY UGMA/NY
182 ELM STREET
ROSLYN HEIGHTS, NY 11577

97586    0063996-00   S#0004915
GARY UDIS CUST
MARK HOWARD UDIS
3810 MOSS BROOKE CT
FAIRFAX, VA 22031

97586    0063997-00   S#0012150
GARY V KELLOGG
22810 JERRY DR
TEHACHAPI, CA 93561

97586    0063998-00   S#0000364
GARY W ANDRE
363 COLUMBIA ST
FALL RIVER, MA 02721-1547

97586    0063999-00   S#0004939
GARY W CONNOR CUST
MICHAEL P CONNOR
13156 AUTUMN HILL LANE
HERNDON, VA 22071-3927

97586    0064000-00   S#0000505
GARY W HARRIS CUST
CLIFFORD J HARRIS
25 STERLING DR
WESTBROOK, ME 04092-3143

97586    0064001-00   S#0000504
GARY W HARRIS CUST
KRISTY M HARRIS
25 STERLING DR
WESTBROOK, ME 04092-3143

97586    0064002-00   S#0005706
GARY W HELLMAN
790 HOLCOMBE WOODS CT
AUBURN, GA 30203

97586    0064003-00   S#0007056
GARY W JACKSON
3592 FOREST SPRING CT
LEXINGTON, KY 40509

97586    0064004-00   S#0008088
GARY W LOEFFLER &
KAREN J LOEFFLER
JT TEN
5077 N LAWN
STERLING HTS, MI 48310-6620

97586    0064005-00   S#0005602
GARY W MCDANIEL
2097 GARY CIRCLE
FORT MILL, SC 29715

97586    0064006-00   S#0011968
GARY WHITE CUST
FBO CHAD WHITE
2160 N TIMBERLANE AVE
SIMI VALLEY, CA 93063

97586    0064007-00   S#0011967
GARY WHITE CUST
FBO LINDSAY WHITE
2160 N TIMBERLANE AVE
SIMI VALLEY, CA 93063

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064008-00   S#0009532<br>GAY GORDON CUST<br>SETH GORDON<br>14004 WETHERSFIELD TER CT<br>CHESTERFIELD, MO 63017 | 97586    0064009-00   S#0013196<br>GAYLE J LEYDE CUST<br>HANNAH CHRISTINE LEYDE<br>2036 223RD PL NE<br>REDMOND, WA 98053 | 97586    0064010-00   S#0007335<br>GAYLE LEWIS<br>6413 LONGRIDGE RD<br>MAYFIELD HTS, OH 44124-4116 |
| 97586    0000578-00   S#0002184<br>GAYLORD BROS INC<br>PO BOX 161169<br>GENERAL POST OFFICE<br>NEW YORK, NY 10087-9755 | 97586    0064011-00   S#0011759<br>GAYLYN FARRINGTON CUST<br>TANA FARRINGTON<br>3657 BELLE ST<br>SAN BERNARDINO, CA 92404 | 97586    0000579-00   S#0003876<br>GE CAPITAL<br>#90131494196<br>PO BOX 642000<br>PITTSBURGH, PA 15264-2000 |
| 97586    0064012-00   S#0009001<br>GEARY S BARNES &<br>DIANE L WOLF JT TEN<br>2983 TECHNY RD<br>NORTHBROOK, IL 60062-5855 | 97586    0064013-00   S#0009002<br>GEARY S BARNES CUST<br>BARRETT E BARNES-WOLF UGMA IL<br>2983 TECHNY RD<br>NORTHBROOK, IL 60062-5855 | 97586    0021029-00   S#0011078<br>GEMCHEM INC<br>ATTN: LYNN GRISHAM<br>2110 DAVIE AVE<br>COMMERCE, CA 90040-1706 |
| 97586    0064014-00   S#0005188<br>GENE DIXON CUST<br>ARCH HUDDLE DIXON<br>PO BOX 486<br>DILLWYN, VA 23936-0486 | 97586    0064015-00   S#0008980<br>GENE E KELLY III<br>921 STRATFORD<br>MUNDELEIN, IL 60060 | 97586    0064016-00   S#0004523<br>GENE E WATSON CUST<br>WILLIAM J WATSON<br>3379 YELLOW SPRING S<br>LAUREL, MD 20724 |
| 97586    0064017-00   S#0012308<br>GENE H LEE CUST<br>BRIAN MATTHEW LEE UTMA/CA<br>2539 31ST AVENUE<br>SAN FRANCISCO, CA 94116 | 97586    0064018-00   S#0008048<br>GENE JAKUBOWKSI<br>867 FISHER ROAD<br>GROSSE POINTE, MI 48230 | 97586    0064019-00   S#0008841<br>GENE JERKE CUST<br>FOR BUD W JERKE<br>1416 N LINCOLN ST<br>ABERDEEN, SD 57401 |
| 97586    0064020-00   S#0004271<br>GENE LAMAZOFF<br>10043 FERNDALE ST<br>PHILADELPHIA, PA 19116 | 97586    0064021-00   S#0010707<br>GENE WELLS CUST<br>JASON VALENTINE WELLS<br>705 S 9TH ST<br>LARAMIE, WY 82070-3907 | 97586    0064022-00   S#0013619<br>GENE YAN<br>4158-12TH AVENUE W<br>VANCOUVER, BC V6R 2P6<br>CANADA |
| 97586    0064023-00   S#0004309<br>GENEROSO MAURI &<br>EMMA MAURI JT TEN<br>2133 S 19TH ST<br>PHILADELPHIA, PA 19145 | 97586    0064024-00   S#0002729<br>GENNARO COPPOLA<br>463 6TH AVE<br>BROOKLYN, NY 11215-4020 | 97586    0064025-00   S#0011577<br>GEOFFERY A FRANKEN<br>2072 WATERBURY<br>CHULA VISTA, CA 91913-2314 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0064026-00    S#0003573
GEOFFREY A COHEN
C/O DEBORAH FIELD
100 HAVERHILL DR
DE WITT, NY 13214

97586    0064027-00    S#0000696
GEOFFREY KOORIS CUST
DAVID KOORIS
220 LLOYD DR
FAIRFIELD, CT 06432

97586    0064028-00    S#0001901
GEOFFREY NISHIURA
467 NORTHAM DR
N BRUNSWICK, NJ 08902-4243

97586    0064029-00    S#0004482
GEOFFREY STEWART CUST
JOHN STEWART
4969 HILLBROOK LANE NW
WASHINGTON, DC 20016

97586    0064030-00    S#0004335
GEOFFREY WEYER
187 SAWMILL RD
LANDENBERG, PA 19350

97586    0064031-00    S#0011160
GEOFFREY WOOD PATTERSON
15530 CRENSHAW BLVD
GARDENA, CA 90249

97586    0064032-00    S#0013322
GEORGE A HENNING JR &
ANDREA L HENNING
1060 STATE RD 105
ABERDEEN, WA 98520-9515

97586    0064034-00    S#0011997
GEORGE A MINOR CUST FB0
MICHELE L MINOR
6159 LA GOLETA ROAD
GOLETA, CA 93117-1725

97586    0064033-00    S#0011998
GEORGE A MINOR CUST FBO
KEVIN J MINOR
6159 LA GOLETA RD
GOLETA, CA 93117-1725

97586    0064035-00    S#0010508
GEORGE A VAN TIME
7930 WAYSIDE TRAIL
SAN ANTONIO, TX 78244-2207

97586    0064036-00    S#0010507
GEORGE A VANTINE
7030 WAYSIDE TRAIL
SAN ANTONIO, TX 78244

97586    0064037-00    S#0005083
GEORGE A WOODALL
2016 TIMBERS HILL RD APT F
RICHMOND, VA 23235

97586    0064038-00    S#0005252
GEORGE B HINES IV
BOX 35
NEW CUMBERLAND, WV 26047

97586    0064039-00    S#0002503
GEORGE BARBER
130 PELHAM RD #5 C
NEW ROCHELLE, NY 10805

97586    0064040-00    S#0007909
GEORGE C LOIK
216 SOUTH MAIN STREET
YALE, MI 48097

97586    0064041-00    S#0006681
GEORGE DARLING CUST
KYLE ANDREW ORR
452 RIVERVIEW CIRCLE
FLORENCE, AL 35630

97586    0064042-00    S#0011330
GEORGE DAVIS
750 GLENMORE
GLENDALE, CA 91206-1630

97586    0064043-00    S#0002477
GEORGE DROHAN
18 EUCLID AVE
YONKERS, NY 10705-4409

97586    0064044-00    S#0011627
GEORGE F & NATALIE P
EMERICH  CO-TTEE- 9/14/90 FBO
GEORGE F & NATALIE P EMERICH
152 S STAGE COACH LN
FALLBROOK, CA 92028-2435

97586    0064045-00    S#0004098
GEORGE FINCH &
MARY ANN FINCH JT TEN
RR 2 BOX 16
HARVEYS LAKE, PA 18618-9601

97586    0064046-00    S#0004634
GEORGE FITEL &
JEANNE L FITEL JT TEN
19210 DUNBRIDGE WAY
GAITHERSBURG, MD 20879

97586    0064047-00    S#0000939
GEORGE GIORDANO
27 RUTGERS PL
BLOOMFIELD, NJ 07003-5432

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064048-00  S#0012109<br>GEORGE GOUGH CUST<br>MARCO M TAN<br>13501 MARROCO<br>BAKERSFIELD, CA 93312-3778 | 97586   0064049-00  S#0012337<br>GEORGE GUCKER<br>1900 BEACH ST<br>SAN FRANCISCO, CA 94123 | 97586   0064050-00  S#0008619<br>GEORGE HAYS REELING<br>PO BOX 131<br>CABLE, WI 54821 |
| 97586   0064051-00  S#0005805<br>GEORGE HILL &<br>SHARON HILL<br>891 DEERWOOD CIRCLE<br>EVANS, GA 30809 | 97586   0064052-00  S#0000032<br>GEORGE HOVSEPIAN CUST<br>GEORGE HOVSEPIAN III<br>139 WESTERLY CIR<br>LUDLOW, MA 01056-1610 | 97586   0064053-00  S#0001052<br>GEORGE HUGHES<br>191 WHEATON PLACE<br>RUTHERFORD, NJ 07070 |
| 97586   0064054-00  S#0010144<br>GEORGE HURLEY CUST<br>FBO STEPHEN F HURLEY<br>3013 N SPRING CT<br>GARLAND, TX 75044 | 97586   0064055-00  S#0002848<br>GEORGE I FAN<br>12-16 160TH STREET<br>WHITESTONE, NY 11357-1911 | 97586   0064056-00  S#0007963<br>GEORGE J H MASON TTEE OF THE<br>GEORGE J H MASON REVOCABLE<br>LIVING TRUST DTD 11/22/95<br>10241 NANCYS BLVD  #55<br>GROSSE ILE, MI 48138 |
| 97586   0064057-00  S#0009558<br>GEORGE J HABERBERGER JR &<br>PEGGY HABERBERGER JT TEN<br>4844 E SWALLER<br>IMPERIAL, MO 63052 | 97586   0064058-00  S#0009550<br>GEORGE J HALANEY &<br>MARGARET M HALANEY JT TEN<br>4089 90TH AVE<br>FLORISSANT, MO 63034 | 97586   0064059-00  S#0007114<br>GEORGE J MCCOUCH CUST<br>MICHAEL J MCCOUCH<br>3422 GREENWOOD DR<br>HOPKINSVILLE, KY 42240 |
| 97586   0064060-00  S#0007265<br>GEORGE J TAMAS CUST<br>SCOTT A TAMAS<br>27944 GARDENIA DRIVE<br>NORTH OLMSTED, OH 44070 | 97586   0064061-00  S#0010244<br>GEORGE J WATTS V<br>1015 SHERWOOD DRIVE<br>LUFKIN, TX 75904 | 97586   0064062-00  S#0010639<br>GEORGE JOHN DORO &<br>KIM ELIZABETH DORO JT TEN<br>3620 S TAMARAC<br>DENVER, CO 80237 |
| 97586   0064063-00  S#0009142<br>GEORGE KAVIS<br>355 E 146TH ST<br>HARVEY, IL 60426 | 97586   0064064-00  S#0011621<br>GEORGE KRISIK<br>2135 E VALLEY PARK WAY #7<br>ESCONDIDO, CA 92027 | 97586   0064065-00  S#0006083<br>GEORGE L ALFONSO<br>16413 STONE HAVEN RD<br>MIAMI LAKES, FL 33014-6052 |
| 97586   0064066-00  S#0004806<br>GEORGE L GASTROCK<br>56 HENDERSON RD<br>BALTIMORE, MD 21220-2542 | 97586   0064067-00  S#0010908<br>GEORGE LEO SMITH<br>11586 N SCIOTO AVE<br>TUCSON, AZ 85737-7208 | 97586   0064068-00  S#0007918<br>GEORGE LOIK<br>216 S MAIN ST<br>YALE, MI 48099 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064069-00    S#0000479
GEORGE M GILMAN CUST
G M JUSTIN B GILMAN
685 ROCK STRAIN DR
LITTLETON, NH 03561

97586    0064070-00    S#0005253
GEORGE MISOYIANIS
130 ELMER AVE
WEIRTON, WV 26062

97586    0064071-00    S#0004237
GEORGE O DICKINSON JR
308 GLEN RIDGE RD
HAVERTOWN, PA 19083-2717

97586    0064072-00    S#0005251
GEORGE OFFCHINIK
1411 5TH ST
MOUNDSVILLE, WV 26041-1918

97586    0064073-00    S#0000073
GEORGE P MCNAMARA
43B MEADOW POND DR
LEOMINSTER, MA 01453

97586    0064074-00    S#0005000
GEORGE P RHODES
6 EAST NELSON AVE
SUITE 103
ALEXANDRIA, VA 22301

97586    0064075-00    S#0010167
GEORGE P SNOGA
4105 MESA DRIVE
PLANO, TX 75074-3418

97586    0064076-00    S#0002517
GEORGE PAPAGEORGE CUST
KEVIN M PAPAGEORGE
VILLA PARKWAY
HIGHLAND FALLS, NY 10928

97586    0064077-00    S#0002516
GEORGE PAPAPGEORGE CUST
STEPHEN A PAPAGEORGE
VILLA PKWY
HIGHLAND FALLS, NY 10928

97586    0064078-00    S#0007806
GEORGE PFISTER
2305 POPLAR ST
TERRE HAUTE, IN 47803-2159

97586    0064079-00    S#0000737
GEORGE POHORILAK CUST
MATTHEW P POHORILAK
1297 EAST ST
SOUTHINGTON, CT 06489

97586    0064080-00    S#0005549
GEORGE R OSBORNE
19 BRIARCLIFF RD
CHARLESTON, SC 29407

97586    0064081-00    S#0012199
GEORGE RANGITSCH CTDN
SPENCER RANGITSCH
1036 WHITWELL ROAD
HILLSBOROUGH, CA 94010

97586    0064082-00    S#0001646
GEORGE REESE CUST
JASON R REESE
95 S LOCUST AVENUE
SALEM, NJ 08079

97586    0064083-00    S#0013155
GEORGE REID
18431 SE 400TH
ENUMCLAW, WA 98022-8916

97586    0064084-00    S#0011901
GEORGE S CLAYSON &
TRACY CLAYSON JT TEN
2425 N PARK BLVD
SANTA ANA, CA 92706

97586    0064085-00    S#0002221
GEORGE SIMON
334 LAKE AVE
STATEN ISLAND, NY 10303

97586    0064086-00    S#0003738
GEORGE T CONBOY CUST
GRANT P CONBOY
149 NUNDA BLVD
ROCHESTER, NY 14610-2839

97586    0064087-00    S#0008020
GEORGE T FITZGERALD CUST
SEAN A FITZGERALD
17831 FOX GLEN DR
RIVERVIEW, MI 48192

97586    0064088-00    S#0005771
GEORGE VALENTINI CUST
CHRISTINA A VALENTINI
2620 SMOKETREE WAY
ATLANTA, GA 30345

97586    0064089-00    S#0003416
GEORGE W BURGER III
97 NEW TURNPIKE RD
TROY, NY 12182

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064090-00   S#0005181
GEORGE W COGGIN &
KAREN A COGGIN JTTEN
824 ROCKBASKET LN
CHESTER, VA 23836-9708

97586   0064091-00   S#0001300
GEORGE W GRAF
43 UNION PL
RIDGEFIELD PARK, NJ 07660

97586   0064092-00   S#0008990
GEORGE W KIRBY
828 WESTERN AVE
NORTHBROOK, IL 60062

97586   0064093-00   S#0007428
GEORGE W KIRK
4598 STATE ROUTE 305
SOUTHINGTON, OH 44470

97586   0064094-00   S#0007429
GEORGE W KIRK &
CHERYL L KIRK JTTEN
4598 STATE ROUTE 305
SOUTHINGTON, OH 44470

97586   0064095-00   S#0010487
GEORGE W SMITH IV
446 HWY 46 E
BOERNE, TX 78006-8206

97586   0064096-00   S#0011696
GEORGE WALKER SCOTT CUST
BRANDON WALKER SCOTT
5657 DEL CERRO AVE
SAN DIEGO, CA 92120

97586   0064097-00   S#0005345
GEORGEANN D'ASTOLI
200 HALLWOOD CT
HOLLY SPRINGS, NC 27540-8754

97586   0064098-00   S#0000940
GEORGEOS C KYRIACOU CUST
CHRISTOS D KYRIACOU UGMA NY
25 CLUB ROAD
FAIRFIELD, NJ 07004-1541

97586   0064099-00   S#0012890
GEORGIA CHAW CUST
FBO BRANDON L CHAW
2800 TIFFANY W WAY
SACRAMENTO, CA 95827-1424

97586   0064100-00   S#0007377
GEORGIA JOLLIFFE &
GLENN JOLLIFFE JT TEN
3015 JUNIOR PKWY
BRUNSWICK, OH 44212

97586   0064101-00   S#0002865
GEORGIA KALAITZIDIS C/F
JOHN SPYRIDON CAPOGNA UGMA NY
256-12 58TH AVE
LITTLE NECK, NY 11363

97586   0064103-00   S#0002864
GEORGIA KALAITZIDIS CUST
CHRISTOPHER K BROGNA
256-12 58TH AVE
LITTLE NECK, NY 11363

97586   0064102-00   S#0002866
GEORGIA KALAITZIDIS CUST
JOHN SPYRIDON CAPOGNA
A 256-12 58TH AVE
LITTLE NECK, NY 11363

97586   0064104-00   S#0004398
GEORGIA M CHRISTINE CUST
JOHN-DAVID CHRISTINE
18 RICCI LANE
NEWARK, DE 19702-1618

97586   0064105-00   S#0001559
GEORGIA MAY KENT CUST
ALLEN J KENT
5 HEATHER LANE
CHERRY HILL, NJ 08003

97586   0000592-00   S#0005667
GEORGIA MUSIC AND SPORTS
4300 D HIGHLANDS PKWY SE
SMYRNA, GA 30082

97586   0064106-00   S#0013033
GEORGIA R SLOAN &
MICHAEL L SLOAN JT TEN
BOX 337
HUBBARD, OR 97032

97586   0064107-00   S#0012134
GEORGIA SCHRAGER CUST
ERIC ANDREW SCHRAGER
2242 FALLEN LEAF DR
SANTA MARIA, CA 93455

97586   0064108-00   S#0009485
GEORGIANA V PAINE
2370 N SUMMIT
DECATUR, IL 62526-9452

97586   0064109-00   S#0009486
GEORGIANA V PAINE CUST
ACF ANDREW M PAINE
02370 N SUMMIT
DECATUR, IL 62526-9452

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0000593-00   S#0008446
GERACI & ASSOC INC
W146 N5800 ENTERPRISE AVE
MENOMONEE FALLS, WI 53051

97586    0064110-00   S#0001989
GERALD BODNER CUST
GABRIEL BODNER
200 MERCER ST
NEW YORK, NY 10012-1546

97586    0064111-00   S#0000100
GERALD C GLADSTONE &
SALLY GLADSTONE JTTEN
17 ALYESBURY ROAD
WORCESTER, MA 01609

97586    0064112-00   S#0006679
GERALD C MAXWELL &
PATRICIA L MAXWELL
JT TEN
1201 REGENCY BLVD
DECATUR, AL 35601

97586    0064113-00   S#0004198
GERALD C NEAL CUST
TRAVIS A NEAL
127 VICTORIA LANE
HORSHAM, PA 19044

97586    0064114-00   S#0006479
GERALD CHIPPS
315 WINSTON CREEK PKWY
LAKELAND, FL 33810-2824

97586    0064115-00   S#0009693
GERALD D SWEAT CUST
CALAN J MCCONKEY
602 HOWELL
ALBANY, MO 64402

97586    0064116-00   S#0006348
GERALD DAMSKY CUST
DAVID JASON DAMSKY
3110 EQUESTRIAN DR
BOCA RAON, FL 33434

97586    0064117-00   S#0006349
GERALD DAMSKY CUST
MATTHEW R DAMSKY
3110 EQUESTRIAN DR
BOCA RATON, FL 33434

97586    0064118-00   S#0001681
GERALD E HARRIGAN CUST
JENNIFER E HARRIGAN
301 E DENNIS DR
ABSECON HGLDS, NJ 08201

97586    0064119-00   S#0008065
GERALD E THURSWELL CUST
JEREMY E THURSWELL
1781 GOLF RIDGE DR S
BLOOMFIELD, MI 48302

97586    0064120-00   S#0008654
GERALD EISERT
23330 POLK AVE
HASTINGS, MN 55033

97586    0064121-00   S#0002570
GERALD ESKINAZI
ONE DOCTOR MARQUISE DR
THIELLS, NY 10984-1442

97586    0064122-00   S#0003726
GERALD F DALOIA CUST
DOMINICK A DALOIA
1105 EVERWILD VIEW
WEBSTER, NY 14580-8751

97586    0064123-00   S#0003728
GERALD F DALOIA CUST
VINCENT S DALOIA
1105 EVERWILD VIEW
WEBSTER, NY 14580-8751

97586    0064124-00   S#0007237
GERALD F TOMASEK JR
764 GEORGETOWN AVE
ELYRIA, OH 44035

97586    0064125-00   S#0001305
GERALD HICSWA
86 LEXINGTON AVE
ROCHELLE PARK, NJ 07662-4313

97586    0064126-00   S#0007847
GERALD J COLOMBO &
BONNIE A HARDING
JT TEN
43909 WELLAND DR
CLINTON TOWNSHIP, MI 48038-5505

97586    0064127-00   S#0009426
GERALD J DAUGHERTY CUST
ANTHONY P DAUGHERTY
602 HIGHPPOINT ROAD
NOMAL, IL 61761-2853

97586    0064128-00   S#0003829
GERALD J GILLIGAN &
AMY L GILLIGAN JTWROS
655 LORETTA ST
PITTSBURGH, PA 15217

97586    0064129-00   S#0008696
GERALD J SHOWALTER
2870 JORDAN DR
WOODBURY, MN 55125

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0064130-00    S#0005924
GERALD JAYNE
208 7TH AVE S APT A
JACKSONVILLE, FL 32250

97586    0064131-00    S#0005107
GERALD K PAYNE CUST
CHRISTOPHER M PAYNE UGTMA
600 ROYAL PALM DR
VA VEACH, VA 23452

97586    0064133-00    S#0002543
GERALD KAPLAN CUST FOR
MORGAN MILLER
64 W CLARKSTOWN RD
NEW CITY, NY 10956-1229

97586    0064134-00    S#0012603
GERALD KENNEDY CAHELL JR
25 SIDNEY
MILL VALLEY, CA 94941-1353

97586    0064135-00    S#0000494
GERALD LANCE BIVINS
14 ENTERPRISE DR
BRUNSWICK, ME 04011-2711

97586    0064136-00    S#0008344
GERALD LAUZON CUST
ERIC PAUL LAUZON
4331 SHAWN DR
TRAVERSE CITY, MI 49684

97586    0064137-00    S#0009298
GERALD M BERKOWITZ M D
4640 N MARINE DR
CHICAGO, IL 60640

97586    0064138-00    S#0010462
GERALD M LANCASTER &
CYNTHIA L LANCASTER JT TEN
105 FIR DR
LAKE JACKSON, TX 77566-4625

97586    0064139-00    S#0005614
GERALD M SUESS
16 MYRTLE BANK LANE
HILTON HEAD, SC 29926

97586    0064140-00    S#0005615
GERALD M SUESS CUST
MICHAEL DAVID SUESS
16 MYRTEL BANK LANE
HILTON HEAD ISLAN, SC 29926

97586    0064141-00    S#0000790
GERALD PAUL MC DOUGALL
14 ARBUTUS LANE
TRUMBULL, CT 06611

97586    0064142-00    S#0001286
GERALD RUBINETTI
585 ELIZABETH ST
NEW MILFORD, NJ 07646

97586    0064143-00    S#0005211
GERALD S DUFFIE CUST
HALLEY RAE DUFFIE
226 BENT CREEK CT
DANVILLE, VA 24540-5210

97586    0064144-00    S#0010182
GERALD SHELLEY
1001 JORGENSON RD
CEDAR HILL, TX 75104

97586    0064145-00    S#0008143
GERALD SOREK
23671 LARKSHIRE
FARMINGTON, MI 48336

97586    0064146-00    S#0000728
GERALD TICHY
6 EDWARDS DRIVE
OXFORD, CT 06478

97586    0064147-00    S#0007693
GERALD W CHILDS SR CUST
GERALD W CHILDS JR
108 POTOMAC DR
DYER, IN 46311

97586    0064148-00    S#0007192
GERALDINE A MICHALSKI
4556 282 ST
TOLEDO, OH 43611-1847

97586    0064149-00    S#0006625
GERALDINE A YONITIS
14137 LAKE TILDEN BLVD
WINTER GARDEN, FL 34787

97586    0064150-00    S#0010504
GERALDINE CERVANTES &
JOHN RICHARD CERVANTES
JT TEN
6007 CAMMIE WAY
SAN ANTONIO, TX 78238

97586    0064151-00    S#0006151
GERALDINE G VICTOR &
ANGELA L VICTOR JTTEN
1824 NACQUET CT
N LAUDERDALE, FL 33068

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064152-00   S#0011182
GERALDINE L BUTLER ACF
KYLE BUTLER U/CA/UTMA
6406 VIA BARON
RANCHO PALOS VERD, CA 90274

97586    0064153-00   S#0007794
GERALDINE M HOWARD
RURAL RTE 2 BOX 233
VELPEN, IN 47590

97586    0064154-00   S#0003471
GERALDINE M SCHMIDT & WILLIAM
H SCHMIDT
41 LANCER DR
NEWBURGH, NY 12550

97586    0064155-00   S#0012634
GERALDINE RENEE SMALL
1299 GAY AVE
CAMPBELL, CA 95008-6414

97586    0064156-00   S#0006512
GERALDINE SHEARER
6670 SABLE RIDGE LANE
NAPLES, FL 33999-2426

97586    0064157-00   S#0007212
GERALYN JONES CUST
FBO KYLE THOMAS JONES
33030 CAMBRIDGE CIR
AVON LAKE, OH 44012

97586    0064158-00   S#0007213
GERALYN JONES CUST
FBO RYAN RADWAY JONES
33030 CAMBRIDGE CIR
AVON LAKE, OH 44012

97586    0064159-00   S#0002312
GERARD ANTHONY
40 E EDGEWATER PARK
BRONX, NY 10465

97586    0064160-00   S#0000441
GERARD L LESAGE II
870 W HOLLIS ST
NASHUA, NH 03062

97586    0064161-00   S#0004549
GERARD PAUL PANARO CUST FBO
MATHEW VINCENT PANARO UGMA
6117 HIGHBORO DR
BETHESDA, MD 20817

97586    0064162-00   S#0002650
GERARDO ACEVEDO III
BOX 4647
SUNNYSIDE, NY 11104-0647

97586    0064163-00   S#0009748
GERI COFFMAN
1459 N 718 RD
LAWRENCE, KS 66046

97586    0064164-00   S#0001748
GERI LYNN BUCKHOLZ
95 GUDZ RD
LAKEWOOD, NJ 08701

97586    0064165-00   S#0012269
GERONIMO MORALES
135 HYDE
SAN FRANCISCO, CA 94102

97586    0064166-00   S#0006024
GERRI WARDLE CUST
CHARLES SCOTT WARDLE
620 JANA DRIVE
TITUSVILLE, FL 32780

97586    0064167-00   S#0007084
GERRI WENERT CUST
ROBYN WENERT UTMA KY
2007 RIVER VISTA COURT
VILLA HILLS, KY 41017-4449

97586    0064168-00   S#0000548
GERRY A GUILES CUST
PAUL R GUILES
RD 1 BOX 380
WATERVILLE, VT 05492

97586    0064169-00   S#0009822
GERRY ANDERSON
1027 S YALE
WICHITA, KS 67218

97586    0064170-00   S#0013340
GERRY M SCHMOKER &
SHIRLEY MAIKE JT TEN
BOX 388
MEDICAL LAKE, WA 99022

97586    0064171-00   S#0003069
GERTRUDE BERNSTEIN
74 HARROGATE ST
LIDO BEACH, NY 11561

97586    0064172-00   S#0008864
GERTRUDE CHRISTENSEN &
DON CHRISTENSEN
JT TEN
205 BURLINGTON
BILLINGS, MT 59101

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064173-00    S#0002771
GIACINTO F MORACA &
ALESSANDRO M MORACA
JT TEN
7424 12TH AVE
BROOKLYN, NY 11228-2007

97586    0064174-00    S#0004550
GIBBY WAITZKIN CUST FBO
GRAEME WAITZKIN
9224 BEECHHILL DR
BETHESDA, MD 20817

97586    0000562-00    S#0002091
GIFFORD, FRANK
C/O REVLON
625 MADISON AVENUE 4TH FLR
NEW YORK, NY 10022

97586    0064175-00    S#0004230
GIL A ABRAMSON CUST
ARI CHARLES ABRAMSON
C/O ANDY TOPPING
19 PAPER MILL RD
NEWTOWN SQUARE, PA 19073-1803

97586    0064176-00    S#0002702
GIL BIEN-AIME
157 REMSEN AVE
BROOKLYN, NY 11212

97586    0064177-00    S#0011203
GIL MORALES &
LINDA MORALES
TRADING ACCOUNT
8500 FALMOUTH AVE 1111
PLAYA DEL REY, CA 90293-8721

97586    0064178-00    S#0004696
GIL THURM CUST
MICHAEL CRAIG THURM
C/O ALAN STOCKMAN
10705 CHARTER DR STE 450
COLUMBIA, MD 21044

97586    0064179-00    S#0010140
GILBERT ALAN BUSICK CUST
DAVID MATTHEW BUSICK
801 HYDE PARK
DENISON, TX 75020

97586    0064181-00    S#0011526
GILBERT B ARZOLA
16313 BLUE BONNET STREET
LA PUENTE, CA 91744

97586    0064182-00    S#0010936
GILBERT B DAVIS
2921 AVENIDA NEVADA NE
ALBUQUERQUE, NM 87110-2401

97586    0064183-00    S#0004563
GILBERT S LAVINE &
ROBERTA Z LAVINE JT TEN
4120 ALFALFA TER
OLNEY, MD 20832-2962

97586    0064184-00    S#0001513
GILBERT ZWEIG C/F
ROBIN ROSE ZWEIG UGMA/NJ
10 BEAVER POINT ROAD
WHARTON, NJ 07885

97586    0064185-00    S#0004288
GILBERTO GONZALEZ CUST
GILBERTO K GONZALEZ JR
218 BELGRADE ST
PHILADELPHIA, PA 19125-4402

97586    0064186-00    S#0002620
GILDA YELLIN &
LAWRENCE YELLIN JT TEN
65 LARCH DR
NEW HYDE PARK, NY 11040-2327

97586    0064187-00    S#0013362
GILGERB K CHO
3111 REGIS COURT
ANCHORAGE, AK 99508

97586    0000042-00    S#0001930
GILL, ALISON
82 IRVING PL APT 6G
NEW YORK, NY 10003

97586    0064188-00    S#0003590
GILMAN DUROSS
13 CROMWELL PL
UTICA, NY 13502-5625

97586    0000874-00    S#0004613
GILMORE, LINDA
10 PINERIDGE CT
GERMANTOWN, MD 20874

97586    0064189-00    S#0010482
GILSIE KNAPP WIESE
BOX 33
CALVERT, TX 77837-0033

97586    0064190-00    S#0001863
GINA M WILSON CUST
BRYAN PATRICK WILSON
167 COMMUNITY CIRCLE
OLD BRIDGE, NJ 08857

97586    0064191-00    S#0002082
GINE P MAH &
YEE LI MAH JT TEN
1376 3RD AVE #3-R
NEW YORK, NY 10021-0476

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586    0064192-00   S#0003565        97586    0064193-00   S#0000599        97586    0064194-00   S#0004813
GINGER DUNLAP- DIETZ CUST              GINO SPAGNOLO                          GINO WILLIAM GUSSIO
ISAAC HAMILTON DIETZ                   67 SUNSET RIDGE                        1221 S POTOMAC ST
215 HIGHLAND AVE                      ROCKYHILL, CT 06067                     BALTIMORE, MD 21224
SYRACUSE, NY 13203


97586    0064195-00   S#0009330        97586    0064196-00   S#0003556        97586    0064197-00   S#0006250
GIPSON DENARRARD                      GISELLE R NEU CUST                     GLADYS ARZOUN TR
BOX 87128                             JAMES D NEU UGMA/NY                    FBO GLADYS ARZOUN TRUST
CHICAGO, IL 60680                     2933 LORDS HILL RD                     2800 E SUNRISE BLVD 11C
                                      NEDROW, NY 13120                       FT LAUDERDALE, FL 33304-3325


97586    0064198-00   S#0011255        97586    0064199-00   S#0008632        97586    0000596-00   S#0005243
GLADYS S MALDOON                      GLADYS VEIDEMANIS                      GLASS HOUSE F/S/O O CARIELLO
15750 LEMON DR                       2948 4TH ST RD                         11 HAWK CT NORTH PARK
LA MIRADA, CA 90638                  OSHKOSH, WI 54904                       WHEELING, WV 26003


97586    0065854-00   S#0009566        97586    0064200-00   S#0012428        97586    0064201-00   S#0012342
GLECKLER, JOHN                        GLEN D LEE                            GLEN E SIRCHUK CUST
916 BENTON ST                        4595 MILDRED                          FBO EDWARD F SIRCHUK
VALLEY PARK, MO 63088-1906           FREMONT, CA 94536                      160 PALOMA AVE

                                                                            SAN FRANCISCO, CA 94127-2610


97586    0064202-00   S#0010669        97586    0064203-00   S#0010670        97586    0064204-00   S#0010671
GLEN R KEIL CUST                      GLEN R KEIL CUST                      GLEN R KEIL CUST
ACF GLENN KEIL                       ACF MELINDA KEIL                      ACF MICHAEL J KEIL
1022 18TH ST                         1022 18TH ST                         1022 18TH ST
GREELEY, CO 80631-5517               GREELEY, CO 80631-5517               GREELEY, CO 80631-5517


97586    0064205-00   S#0012971        97586    0064206-00   S#0001131        97586    0064207-00   S#0008805
GLEN S FUJIWARA &                     GLEND PHILLIPPI C/F                   GLENDA L EVANS CUST
JULIE YH FUJIWARA JT TEN              NICHOLAS PHILLIPPI UGMA NJ            THOMAS L EVANS
47-228 B HUI AKIKIKI PL               1025 FAIRVIEW PLACE                   725 7TH ST SW
KANEOHE, HI 96744                     HILLSIDE, NJ 07205                    ROCHESTER, MN 55902


97586    0064208-00   S#0006622        97586    0064209-00   S#0000142        97586    0064210-00   S#0006493
GLENDA SANDERS KACHELMEIER            GLENN A PALMER CUST                   GLENN BUTTION
PO BOX 822                           GLENN PALMER JR                       13255 BROADHURST LOOP
OKAHUMPKA, FL 34762-0822             21 CLUBHOUSE LN                      FORT MYERS, FL 33919
                                     WAYLAND, MA 01778
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0064211-00   S#0008799
GLENN D SCHRAMM &
KAREN R SCHRAMM JT TEN
130 W LEMON ST
DULUTH, MN 55811

97586    0064212-00   S#0013252
GLENN EASTEY &
ELLEN EASTEY
12238 61ST AVE S
SEATTLE, WA 98178-3525

97586    0064213-00   S#0008803
GLENN GOERES CUST
KIMBERLY GOOEES
2004 21ST AVENUE NW
ROCHESTER, MN 55901-0695

97586    0064214-00   S#0010550
GLENN HATFIELD
BOX 948
AMARILLO, TX 79105

97586    0064215-00   S#0010043
GLENN OWEN COCKRELL IRREV TR
SHEILA JOY COCKRELL TTEE
535 S KEITH
EL RENO, OK 73036

97586    0064216-00   S#0003379
GLENN R CURRY
PO BOX 21
AQUEBOQUE, NY 11931-0021

97586    0064217-00   S#0000480
GLENN R GAGNE CUST
ERIC C GAGNE, UND THE NH UNIF
TRANSFER TO MINORS ACT
RD 2 BOX 2625
BERLIN, NH 03570-0750

97586    0064218-00   S#0012373
GLENN R WARE CUST
DAVID WARD
601 CUESTA AVE
SAN MATEO, CA 94403

97586    0064219-00   S#0006322
GLENN ROSENTHAL
905 ISLAND SHORES
WEST PALM BEACH, FL 33413

97586    0064220-00   S#0009997
GLENNDA PORBECK CUST
DAVID A PORBECK
9 RUSSWOOD CIRCLE
LITTLE ROCK, AR 72211

97586    0064221-00   S#0009996
GLENNDA PORBECK CUST
JASON P PORBECK
9 RUSSWOOD CIRCLE
LITTLE ROCK, AR 72211

97586    0000601-00   S#0001918
GLM COMMUNICATIONS INC
242 W 27TH ST STE 1B
NEW YORK, NY 10001-5926

97586    0000602-00   S#0002636
GLOBAL COMPUTER SUPPLIES
11 HARBOR PARK DR
PT WASHINGTON, NY 11050

97586    0000603-00   S#0002635
GLOBAL EQUIPMENT CO
22 HARBOR PK DR
PT WASHINGTON, NY 11050

97586    0064223-00   S#0011715
GLORIA B BANTOG CUST
CHRISTOPHER B BANTOG
9556 ADOLPHIA ST
SAN DIEGO, CA 92129

97586    0064222-00   S#0011711
GLORIA B BANTOG CUST
RANDY B BANTOG
9556 ADOLPHIA
SAN DIEGO, CA 92129

97586    0064224-00   S#0000601
GLORIA BERGMAN &
ROBERT BERGMAN
JT TEN
60 LANCE DR
SOMERS, CT 06071

97586    0064225-00   S#0001241
GLORIA BIRULIN
69 CHESTNUT AVE
CLOSTER, NJ 07624

97586    0064226-00   S#0000614
GLORIA J DERY CUST
TREAVOR A HEWITT
6 GEM GROVE
ENFIELD, CT 06082

97586    0064227-00   S#0011639
GLORIA K BAKER
3575 HATFIELD CIRCLE
OCEANSIDE, CA 92056

97586    0064228-00   S#0011640
GLORIA K BAKER CUST
BROOKE L BAKER
3575 HATFIELD CIRCLE
OCEANSIDE, CA 92056

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0064229-00  S#0011638
GLORIA K BAKER CUST
MATTHEW D BAKER
3575 HATFIELD CIRCLE
OCEANSIDE, CA 92056

97586   0064230-00  S#0000788
GLORIA PACELLI C/F
FRANK ANTHONY PACELLI III
87 FLINT STREET
TRUMBULL, CT 06611

97586   0064231-00  S#0004265
GLORIA R LEVINSON &
HARVEY LEVINSON
JT TEN
1112 STRAHLE ST
PHILADELPHIA, PA 19111-1416

97586   0064232-00  S#0004340
GLORIA SWEDE
335 MYERS ROAD
KING OF PRUSSIA, PA 19406

97586   0000244-00  S#0011065
GLOSSER, CATHY
9555 KIRKSIDE RD
LOS ANGELES, CA 90035

97586   0064233-00  S#0006725
GLYNIS E HYDE &
ROBERT W HYDE JR
JT TEN
5609 JAMES MADISON DR S
MOBILE, AL 36693

97586   0000606-00  S#0002643
GOOD STUFF CORPORATION
FANTASMA DIVISION
47-00 33RD STREET
LONG ISLAND CITY, NY 11101

97586   0064234-00  S#0012516
GORDON A GRANGER &
LUSMARIA GRANGER &
ANAMARIA F MAGALLON
9530 ALCOSTA BLVD
SAN RAMON, CA 94583

97586   0064235-00  S#0012523
GORDON E HOM
130 WINDWARD CT
VALLEJO, CA 94591

97586   0064236-00  S#0009549
GORDON E MORRIS &
BARBARA A MORRIS
3615 DWYER LN
FLORISSANT, MO 63033

97586   0064237-00  S#0010946
GORDON JIO
329 DON CABERO PLACE
SANTA FE, NM 87501

97586   0064238-00  S#0012223
GORDON K BURTON &
ROBERTA L BURTON JT TEN
30 EL BONITO WAY
MILLBRAE, CA 94030-2225

97586   0064239-00  S#0003508
GORDON KILTS &
BEVERLY KILTS
534 N MOUNTAIN RD
QUEENSBURY, NY 12804-8431

97586   0064240-00  S#0010984
GORDON L GRENIER &
RENEE E JENSEN
9437 SUMMER RAIN DR
LAS VEGAS, NV 89134-0106

97586   0064241-00  S#0002778
GORDON LAU
2233 E 15TH ST
BROOKLYN, NY 11229

97586   0064242-00  S#0003867
GORDON M REID CUST
ANDREW W REID
140 FIELDGATE DR
PITTSBURGH, PA 15241

97586   0064243-00  S#0010165
GORDON P JOSWIAK JR
2719 WIND RIDGE
MCKINNEY, TX 75070

97586   0064244-00  S#0008343
GORDON SCHAAF
10861 E 20 MILE RD
MANTON, MI 49663

97586   0064245-00  S#0011439
GORDON THEIL CUST
JACOB HARRY THEIL
5243 BUFFALO AVE
VAN NUYS, CA 91401

97586   0064246-00  S#0007952
GORDON W SHIRK
710 N TELEGRAPH
DEARBORN, MI 48128

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0021146-00   S#0003029
GOULD, BERT
C/O REISMAN PEIREZ & REISMAN
ATTN: JEROME HEISMAN
1305 FRANKLIN AVENUE
GARDEN CITY, NY 11530

97586    0000607-00   S#0010649
GQ
PO BOX 53806
BOULDER, CO 80322-3806

97586    0001466-00   S#0009554
GRABBE-LEONARD COMPANY, THE
233 MILLWELL DRIVE
SUITE 116
MARYLAND HEIGHTS, MO 63043

97586    0064247-00   S#0006213
GRACE A MORENO &
CHRISTINE M MORENO JT TEN
640 NE 138 ST
NO MIAMI, FL 33161

97586    0064248-00   S#0012807
GRACE HUDEK CUST
SARA BANKERT
13443 PENINSULA DR
AUBURN, CA 95602-8955

97586    0064249-00   S#0008862
GRACE LEHNHERR
124 WYOMING
BILLINGS, MT 59101

97586    0064250-00   S#0008865
GRACE LEHNHERR CUST
TIMMY PEREZ
124 WYOMING
BILLINGS, MT 59101

97586    0064251-00   S#0008480
GRACE M THOMPSON
1660 N PROSPECT AVE APT 704
MILWAUKEE, WI 53202

97586    0064252-00   S#0009585
GRACE T BARUTIO
7715 BROOKLINE TER
SAINT LOUIS, MO 63117-1501

97586    0064254-00   S#0010847
GRACIELA GRAF CUST
ADAM M GRAF
24640 S FOXGLENN
SUN LAKES, AZ 85258

97586    0064253-00   S#0010833
GRACIELA GRAF CUST
STEPHANIE A GRAF
24640 S FOXGLENN
SUN LAKES, AZ 85248

97586    0064255-00   S#0010445
GRADY LEE SAXMAN
RTE 1 BOX 328A
ANAHUAC, TX 77514

97586    0064256-00   S#0005323
GRADY STURDIVANT
108 EAST MAIN STREET
CARRBORO, NC 27510

97586    0064257-00   S#0013544
GRAHAM DOWNER
959 STONEBROOK ROAD
CAMBRIDGE, ON N1T 1H4
CANADA

97586    0064258-00   S#0013663
GRAHAM WITHERICK
24 STANLEY ROAD SOUTH
WOODFORD
E18 2NS LONDON
UNITED KINGDOM

97586    0064259-00   S#0009510
GRANT B WARD
2907 S LOWELL AVE
SPRINGFIELD, IL 62704-5171

97586    0064260-00   S#0010537
GRANT BERNARD SIMON
1809 WINTER PARK RD
AUSTIN, TX 78746-7618

97586    0064261-00   S#0013588
GRANT DOMSHY
RR 3 SITE 16 COMP 26
PRINCE GEORGE, BC V2N 2J1
CANADA

97586    0064262-00   S#0010347
GRANT JAMES ELFORD
14710 DAWNVALE
HOUSTON, TX 77062

97586    0064263-00   S#0008546
GRANT L BRISTOL &
LOLA A BRISTOL
813 S PARK ST
RICHLAND CENTER, WI 53581-2824

97586    0064264-00   S#0012549
GRANT L SHAFFER
812 HIGHLAND AVE
PIEDMONT, CA 94611

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064265-00   S#0008478<br>GRANT S WIEDENHOEFT<br>312 FREDERICK ST<br>WAUKESHA, WI 53186-8117 | 97586   0064266-00   S#0003533<br>GRANT SCHMIT<br>3234 MORAINE RD<br>CAZENOVIA, NY 13035-9418 | 97586   0064267-00   S#0007033<br>GRANT T AVERILL<br>BOX 91237<br>LOUISVILLE, KY 40291-0389 |
| 97586   0064268-00   S#0013021<br>GRANT T ENOMOTO &<br>RACHEL M TAKIGUCHI<br>444 LUNALILO HOME RD 111<br>HONOLULU, HI 96825-1707 | 97586   0000615-00   S#0002625<br>GRAPHICS SERVICE BUREAU INC<br>10D INWOOD RD<br>PORT WASHINGTON, NY 11050 | 97586   0000616-00   S#0011479<br>GRAPHICS TWO<br>819 S MAIN ST<br>BURBANK, CA 91506-3305 |
| 97586   0064269-00   S#0006913<br>GRAY SENTER CUST<br>JEFFERSON ANDREW SENTER<br>2411 MAIN STREET<br>HUMBOLDT, TN 38343 | 97586   0064270-00   S#0013177<br>GRAYSEN SCOTT BENAMATI CUST<br>RODNEY BENAMATI<br>18310 52ND AVE W APT 202<br>LYNNWOOD, WA 98037 | 97586   0000920-00   S#0002646<br>GRAYSON, MARK BIERTEMPFEL<br>24-24 28TH ST 1A<br>ASTORIA, NY 11102 |
| 97586   0000618-00   S#0010226<br>GREAT BEAR PROCESSING CNTR<br>PO BOX 650641<br>DALLAS, TX 75265-0641 | 97586   0000619-00   S#0000856<br>GREAT BEAR SPRING COMPANY<br>777 W PUTNAM AVE<br>GREENWICH, CT 06830 | 97586   0000844-00   S#0002093<br>GREEN, LAUREN<br>875 THIRD AVE 15TH FLOOR<br>NEW YORK, NY 10022 |
| 97586   0064271-00   S#0008371<br>GREG BOATTENHAMER CUST<br>TYLER BOATTENHAMER<br>1129 38TH ST<br>DES MOINES, IA 50309 | 97586   0064272-00   S#0013056<br>GREG CHEONG<br>306 BRIDGE DRIVE<br>WARRENTON, OR 97146 | 97586   0064273-00   S#0000201<br>GREG G JOHANSON<br>17 MILL BROOK LN<br>TOPSFIELD, MA 01983 |
| 97586   0064274-00   S#0007565<br>GREG HOLTKAMP<br>6057 SNYDER RD<br>CINCINNATI, OH 45247 | 97586   0064275-00   S#0009861<br>GREG L WERNER<br>TAMI L WERNER<br>5604 S 118TH PLZ<br>OMAHA, NE 68137-3505 | 97586   0064276-00   S#0006968<br>GREG S STEINBOCK CUST<br>GREG M STEINBOCK<br>10300 COVERED BRIDGE RD<br>PROSPECT, KY 40059 |
| 97586   0064277-00   S#0006966<br>GREG S STEINBOCK CUST<br>WILLIAM E STEINBOCK<br>10300 COVERED BRIDGE RD<br>PROSPECT, KY 40059 | 97586   0064278-00   S#0006967<br>GREG S STEINBOCK CUST<br>ZACHARY L STEINBOCK<br>10300 COVERED BRIDGE RD<br>PROSPECT, KY 40059 | 97586   0064279-00   S#0009323<br>GREG VITI CUST<br>HANNAH KATE VITI<br>1624 W HIGHLAND<br>CHICAGO, IL 60660 |
| 97586   0064280-00   S#0001025<br>GREG WISOTSKY CUST<br>JASON MARK WISTOSKY<br>19 PERKINS DR<br>WEST ORANGE, NJ 07052 | 97586   0064281-00   S#0005911<br>GREGG B KEEFER<br>4536 GRASSEY CAY LN<br>JACKSONVILLE, FL 32224 | 97586   0064282-00   S#0003538<br>GREGG M ENGEL<br>21 BROCKWAY LANE<br>FAYETTEVILLE, NY 13066 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064283-00   S#0005987<br>GREGG W HUNZIKER<br>352 TANGERINE ST<br>ALTAMONTE SPRINGS, FL 32701 | 97586    0064284-00   S#0009317<br>GREGOR BOND<br>2850 NORTH SHERIDAN #1011<br>CHICAGO, IL 60657 | 97586    0064285-00   S#0006793<br>GREGORY A DOVE<br>1896 PRESWOOD DR<br>HIXSON, TN 37343 |
| 97586    0064286-00   S#0012707<br>GREGORY A FONG<br>4656 DOYLE COURT<br>SAN JOSE, CA 95129 | 97586    0064287-00   S#0008120<br>GREGORY A PARKS<br>404 HICKORY LN<br>WATERFORD, MI 48327 | 97586    0064288-00   S#0008383<br>GREGORY A POLAND<br>202 E SESAME STREET<br>GARNER, IA 50438 |
| 97586    0064289-00   S#0008017<br>GREGORY ARNOLD JOHNSON<br>41533 AYRSHIRE DR<br>CANTON, MI 48188 | 97586    0064290-00   S#0007753<br>GREGORY B EVESLAGE &<br>PAULA F EVESLAGE<br>5205 CLOVER RIDGE DR<br>GREENVILLE, IN 47124-9528 | 97586    0064291-00   S#0009490<br>GREGORY BOGART CUST<br>MITCHELL BOGART<br>116 NORTHWOOD<br>SHELBYVILLE, IL 62565-1454 |
| 97586    0064292-00   S#0013100<br>GREGORY C DILGER<br>3290 BELVEDEVEST NW<br>SALEM, OR 97304 | 97586    0064293-00   S#0005836<br>GREGORY C GLAZ<br>2806 SHANNON RD<br>ALBANY, GA 31707 | 97586    0064294-00   S#0000704<br>GREGORY CAHILL CUST<br>PAIGE CAHILL<br>17 PENT RD<br>MADISON, CT 06443 |
| 97586    0064295-00   S#0003542<br>GREGORY D DIAMANTIS<br>10 BOVINGTON LANE<br>FAYETTEVILLE, NY 13066-9750 | 97586    0064296-00   S#0012502<br>GREGORY D GORDON &<br>MARY M GORDON JT TEN<br>366 BROADMOOR BLVD<br>SAN LEANDRO, CA 94577-1946 | 97586    0064297-00   S#0008540<br>GREGORY D SCHABEN<br>6320 PHEASANT LANE 8<br>MIDDLETON, WI 53562 |
| 97586    0064298-00   S#0001005<br>GREGORY D WALKER<br>6 BERKLEY PL<br>MONTCLAIR, NJ 07042 | 97586    0064299-00   S#0006409<br>GREGORY DANIEL HOLLOWAY<br>1406 GRAYWOOD COURT<br>VALRICO, FL 33594 | 97586    0064300-00   S#0002651<br>GREGORY ELEFTHERIADES CUST<br>JOHN ELEFTHERIADES UGMA NY<br>21-72 19TH STREET<br>ASTORIA, NY 11105 |
| 97586    0064301-00   S#0005250<br>GREGORY F FROMHART CUST<br>GREGORY JABOB FROMHART<br>2007 4TH ST<br>MOUNSVILLE, WV 26041-1741 | 97586    0064302-00   S#0005249<br>GREGORY F FROMHART CUST<br>JOSHUA R FROMHART<br>2007 4TH STREET<br>MOUNDSVILLE, WV 26041-1741 | 97586    0064303-00   S#0009583<br>GREGORY F PETERS<br>3958 A FILLMORE<br>SAINT LOUIS, MO 63116-3116 |
| 97586    0064304-00   S#0008922<br>GREGORY F SIEGMAN<br>41 BURNING TREE LANE<br>DEERFIELD, IL 60015 | 97586    0064305-00   S#0000680<br>GREGORY HEAPHY<br>1 HEMPSHIRE PL<br>CROMWELL, CT 06416 | 97586    0064306-00   S#0000031<br>GREGORY HOVSEPIAN CUST<br>GREGORY G HOVSEPIAN<br>139 WESTERLY CIR<br>LUDLOW, MA 01056-1610 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064307-00   S#0011928
GREGORY J FAESSEL
1005 S CARDIFF STREET
ANAHEIM, CA 92806

97586   0064308-00   S#0004232
GREGORY J FOX &
JANETTE N FOX
64 FOSTER AVE
SHARON HILL, PA 19079-1907

97586   0064309-00   S#0001880
GREGORY JAMES PULZ &
SHARON HALLIE PULZ JT TEN
17 FRALEY DR
SOMERSET, NJ 08873

97586   0064310-00   S#0011854
GREGORY JOHN MARONE
359 S PINE
ORANGE, CA 92666

97586   0064311-00   S#0002547
GREGORY K BAZAZ
95 RT 59
CENTRAL NYACK, NY 10960-2809

97586   0064312-00   S#0009868
GREGORY KUBICEK
SWANSON 906L
CREIGHTON UNIVERSITY
OMAHA, NE 68178

97586   0064313-00   S#0006554
GREGORY L GILDNER &
BARBARA J GILDNER JTTEN
1532 US 41 BYP S #205
VENICE, FL 34293-1032

97586   0064314-00   S#0002069
GREGORY L HILTON
201 E 79TH ST
NEW YORK, NY 10021

97586   0064315-00   S#0013304
GREGORY L MINTZ
1206 SUMNER AVENUE
SUMNER, WA 98390-1915

97586   0064316-00   S#0013560
GREGORY M B CHOMICHUK
55 NEWPORT ROAD
ST GERMAIN, MB R0G 2A0
CANADA

97586   0064317-00   S#0011801
GREGORY M GRIFFIN
18 ESTRADE LANE
FOOTHILL RANCH, CA 92610-2203

97586   0064318-00   S#0012652
GREGORY MARLEY CUST
ERIN R MARLEY
406 DONAHE DR
MILPITAS, CA 95035-3504

97586   0064319-00   S#0010540
GREGORY MT JOY
8309 TREEHOUSE LANE
AUSTIN, TX 78749

97586   0064320-00   S#0011629
GREGORY MUNRO CUST
CAROLINE ELIZABETH MUNRO
1906 WESTVIEW RD
FALLBROOK, CA 92028-4600

97586   0064321-00   S#0011628
GREGORY MUNRO CUST
JOHN GREGORY MUNRO
1906 WESTVIEW RD
FALLBROOK, CA 92028-4600

97586   0064322-00   S#0013598
GREGORY NORUM
1667 RENTON AVENUE
PORT COQUITLAM, BC V3B 6Z7
CANADA

97586   0064323-00   S#0001998
GREGORY PAIR &
LAURA PAIR
720 GREENWICH ST 7L
NEW YORK, NY 10014

97586   0064324-00   S#0012511
GREGORY PAUL MATAWARAN
968 HEATHER LN
SAN LORENZO, CA 94580

97586   0064325-00   S#0011308
GREGORY R KATHOL
214N SUNNYSIDE AVE
SIERRA MADRE, CA 91024

97586   0064326-00   S#0012568
GREGORY R VAN KESTEREN
237 BELLAM BLVD
SAN RAFAEL, CA 94901

97586   0064327-00   S#0004009
GREGORY S LEFEVER
701 ROSEMONT DR
LITITZ, PA 17543

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0064328-00   S#0008638
GREGORY S MYKISEN &
DONNA M MYKISEN
JT TEN
7423 SHERMAN RD
BANCROFT, WI 54921

97586    0064329-00   S#0010227
GREGORY SANDERS LYNCH
4903 BELLERIVE DR
DALLAS, TX 75287

97586    0064330-00   S#0010249
GREGORY SKRTIC &
KIM SKRTIC JT TEN
2605 WESTWOOD DRIVE
ARLINGTON, TX 76012

97586    0064331-00   S#0012449
GREGORY STERLING NERLAND
81 MAPLE LN
WALNUT CREEK, CA 94545

97586    0064332-00   S#0001933
GREGORY WARREN JR
111 E 14TH ST #371
NEW YORK, NY 10003

97586    0064333-00   S#0008724
GREGORY WILLIAM GREENWOOD
16307 MOORLAND CIRCLE
MINNETONKA, MN 55345

97586    0064334-00   S#0011040
GREGORY Y BROWN
454 S WINDSOR BLVD
LOS ANGELES, CA 90020-4714

97586    0064335-00   S#0008051
GRETA F WOODSON
19330 NORWOOD
DETROIT, MI 48234-1820

97586    0064336-00   S#0003383
GRETA PETERSON
46 LYNCLIFF RD
HAMPTON BAYS, NY 11946

97586    0064337-00   S#0006277
GRETCHEN EVAUL
9850 NW 10TH CT
PLANTATION, FL 33322-4853

97586    0064338-00   S#0005939
GRETCHEN GRIFFITH
4113 BLIND BROOK CT
TALLAHASSEE, FL 32303

97586    0064339-00   S#0010973
GRETCHEN SAMOS
780 BACHMAN COURT
LAS VEGAS, NV 89123

97586    0064340-00   S#0009829
GRIFFIN MASTERS
3109 STEVENS
PARSONS, KS 67357

97586    0000623-00   S#0005476
GTE SOUTH INC
128 S 2ND ST
MIDWAY PARK, NC 28544-1574

97586    0064342-00   S#0010947
GUADALUPE A MARTINEZ &
SARA ANN NOBLE JT TEN
155 CALLE VERADA
SANTA FE, NM 87501-9605

97586    0000624-00   S#0001144
GUARANTEE RECORDS MANAGEMENT
215 COLES ST
JERSEY CITY, NJ 07310

97586    0000626-00   S#0006998
GUERNSEY SALES INC
PO BOX 33180
LOUISVILLE, KY 40213

97586    0064343-00   S#0005854
GUERRY R KEY CUST
JAKE D THOMPSON
1547 PENBROOK DR
FERNANDINA BEACH, FL 32034-0196

97586    0064344-00   S#0005313
GUILDA FRIEDMAN CUST
FBO COURTNEY FRIEDMAN
2909 ROUNDHILL RD
GREENSBORO, NC 27408-3710

97586    0000627-00   S#0006418
GULF CENTRAL TRANSPORTATION
4535 S DALE MABRY HWY
TAMPA, FL 33611-1425

97586    0000628-00   S#0003344
GUNNING BUSINESS MACH INC
40 OSER AVE #2
HAUPPAUGE, NY 11788

97586    0064345-00   S#0000004
GUSTAVO GELPI ABARCA
P.O. BOX 194395
SAN JUAN, PR 00919

97586    0064346-00   S#0003283
GUY ABALDO &
CHRIS S ABALDO JT TEN
45 KNIGHT LANE
KINGS PARK, NY 11754-2021

97586    0064347-00   S#0012257
GUY S MILLS
680 CEDAR ST #2
SAN CARLOS, CA 94070

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000394-00   S#0002355<br>GUZZO, DAWN K<br>6 HUDSON TERRACE<br>DOBBS FERRY, NY 10522 | 97586   0064348-00   S#0000542<br>GWEN L KUKLEWICZ<br>BOX 5104<br>ESSEX JUNCTION, VT 05453-5104 | 97586   0064349-00   S#0010202<br>GWEN PHARO<br>6310A BANDERA AVE<br>DALLAS, TX 75225 |
| 97586   0064350-00   S#0002303<br>GWENDOLYN JONES C/F<br>DAVID JONES UGMA NY<br>3977 SEDGEWICK AVE<br>BRONX, NY 10463 | 97586   0064351-00   S#0006126<br>GWENYTH J VIAPREE CUST<br>RUSSELL J PELLOW IV<br>BOX 1690<br>ISLAMORADA, FL 33036 | 97586   0064352-00   S#0013104<br>GWYNNE D PEASLEE &<br>DAVID G PEASLEE JT TEN<br>1625 HIATT STREET<br>LEBANON, OR 97355-3938 |
| 97586   0064353-00   S#0011808<br>H ARTHUR TAUSSIG<br>2404 NARBONNE WAY<br>COSTA MESA, CA 92627 | 97586   0021141-00   S#0001813<br>H DERKSEN & SONS CO INC<br>C/O WONG TSAI & FLEMING PC<br>2035 LINCLON HIGHWAY STE 1050<br>EDISON, NJ 08817 | 97586   0064354-00   S#0009399<br>H DUANE KELLEY<br>234 W CHURCH<br>KEWANEE, IL 61443 |
| 97586   0064355-00   S#0009400<br>H DUANE KELLEY CUST<br>KEVIN L KELLEY<br>234 W CHURCH<br>KEWANEE, IL 61443 | 97586   0020160-00   S#0010515<br>H E BUTT GROCERY<br>ATTN: CORP LAW DEPT<br>PO BOX 839999<br>SAN ANTONIO, TX 78283-3999 | 97586   0064356-00   S#0011150<br>H E YANAI<br>16511 MANHATTAN PL #1<br>GARDENA, CA 90247 |
| 97586   0064357-00   S#0001560<br>H MICHAEL TURTZ<br>1995 GREENTREE RD<br>CHERRY HILL, NJ 08003 | 97586   0064358-00   S#0008282<br>H W BREITBACH CUST<br>ATLEE C MCFELLIN<br>251 W COLUMBIA 11<br>BATTLE CREEK, MI 49015 | 97586   0064359-00   S#0011884<br>H WERNER TREICHLER TR<br>FBO H WERNER TREICHLER FAMILY<br>22321 ROSEBRIAR<br>MISSION VIEJO, CA 92692 |
| 97586   0064360-00   S#0011151<br>H YANAI<br>16511 MANHATTAN PL #1<br>GARDENA, CA 90247 | 97586   0064361-00   S#0011328<br>HAIG PETROSIAN<br>713 S LOUISE STREET<br>GLENDALE, CA 91205 | 97586   0064362-00   S#0000470<br>HAILEY WHITE<br>165 BAKER ST<br>KEENE, NH 03431 |
| 97586   0064363-00   S#0005513<br>HALEY RAY<br>RTE 1 BOX 404<br>RIDGEWAY, SC 29130 | 97586   0064364-00   S#0004358<br>HALINA DYER CUST<br>KATHERINE DYER<br>2368 NOEL CIRCLE<br>POTTSTOWN, PA 19464 | 97586   0064365-00   S#0004357<br>HALINA DYER CUST<br>KELLY IRENE DYER<br>2368 NOEL CIRCLE<br>POTTSTOWN, PA 19464 |
| 97586   0064366-00   S#0004359<br>HALINA DYER CUST<br>KORI ANN DYER<br>2368 NOEL CIRCLE<br>POTTSTOWN, PA 19464 | 97586   0064367-00   S#0010138<br>HALL EUGENE NICHOLS<br>ELIZABETH MARGARET NICHOLS JT<br>341 PARK VALLEY<br>COPPELL, TX 75019-3176 | 97586   0000632-00   S#0009691<br>HALLMARK MARKETING CORPORATION<br>PO BOX 27-O199<br>KANSAS CITY, MO 64180 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064368-00   S#0005041<br>HAMILTON CLARK<br>ROUTE 6, BOX 127<br>WAYNESBORO, VA 22980 | 97586    0000633-00   S#0001572<br>HAMILTON PRESS INC<br>1042 INDUSTRIAL DR<br>W BERLIN INDUSTRIAL CENTER<br>BERLIN, NJ 08009 | 97586    0000634-00   S#0001660<br>HAMILTON PRESS INC<br>1042 INDUSTRIAL DR<br>W BERLIN INDUSTRIAL CENTER<br>BERLIN, NJ 08091 |
| 97586    0063202-00   S#0003864<br>HAMILTON, DOUGLAS W &<br>ELIZABETH S HAMILTON JTTEN<br>911 ANDREA CT<br>PITTSBURGH, PA 15237-4316 | 97586    0064369-00   S#0003453<br>HANK HADDEN<br>BOX 489 MAPLE AVE<br>KERHONKSON, NY 12446 | 97586    0064370-00   S#0000633<br>HANK LERNER CUST<br>SAMUEL LERNER<br>37 MIDDLEFIELD ST<br>WEST HARTFORD, CT 06107 |
| 97586    0001341-00   S#0004059<br>HANNA, SCOTT D<br>595 SUMMIT LANE<br>RIEGELSVILLE, PA 18077 | 97586    0064371-00   S#0004184<br>HANS E DANIELS<br>PO BOX 286<br>DRESHER, PA 19025 | 97586    0064372-00   S#0012263<br>HANS LEBECK<br>377 E EAGLEWOOD<br>SUNNYVALE, CA 94086-3660 |
| 97586    0000786-00   S#0011305<br>HARB, KATHIE<br>811 LA PORTE DR<br>LA CARRADA, CA 91011 | 97586    0021142-00   S#0013476<br>HARDING, WILLIAM J<br>PO BOX 908<br>HALIBURTON, ON K0M  1S0<br>CANADA | 97586    0064373-00   S#0011087<br>HARLAN LANSKY<br>7250 FRANKLIN AVE APT 1017<br>LOS ANGELES, CA 90046-3045 |
| 97586    0064374-00   S#0006377<br>HAROLD & JEANETTE GILLMAN,TTEE<br>HAROLD & JEANETTE GILLMAN REV TR<br>3186 VIA POINCIANA #309<br>LAKE WORTH, FL 33467 | 97586    0064375-00   S#0009835<br>HAROLD B HERBEL CUST<br>ALEX HERBEL<br>831 COUNTY RD 22<br>COLBY, KS 67701 | 97586    0064376-00   S#0009836<br>HAROLD B HERBEL CUST<br>AUSTIN HERBEL<br>831 COUNTY RD 22<br>COLBY, KS 67701 |
| 97586    0064377-00   S#0001652<br>HAROLD DIANGELO CUST<br>DAVID R DI ANGELO<br>649 CHATHAM RD<br>SOMERDALE, NJ 08083 | 97586    0064378-00   S#0003174<br>HAROLD FARBMAN<br>10 NIMS AVE<br>W BABYLON, NY 11704 | 97586    0064379-00   S#0004554<br>HAROLD FRANCIS CAMPBELL JR<br>5515 SOUTHWICK ST<br>BETHESDA, MD 20817 |
| 97586    0064380-00   S#0007103<br>HAROLD G ROBEY C/F<br>BRIAN M ROBEY UKYUTMA<br>825 DENVER ST<br>PADUCAN, KY 42001-8131 | 97586    0064381-00   S#0005979<br>HAROLD GLENN CORBITT &<br>DOROTHY ANN CORBITT<br>BOX 101<br>BRONSON, FL 32621 | 97586    0064382-00   S#0011487<br>HAROLD GNE DENOS<br>11712 MOORPARK ST STE 205<br>STUDIO CITY, CA 91604-2158 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064383-00   S#0008460
HAROLD H HARMON &
IDELLE HARMON
JT TEN
7903 22ND AVE
KENOSHA, WI 53140

97586    0064384-00   S#0004781
HAROLD I GLAZER &
LYNN B GLAZER JTTEN
2417 TANEY RD
BALTIMORE, MD 21209

97586    0064385-00   S#0006274
HAROLD JOSEPH
10911 NW 29 MANOR
SUNRISE, FL 33322

97586    0064386-00   S#0008680
HAROLD KAMMUELLER CUST
MICHAEL SPEIDEL
2858 HURON ST
ROSEVILLE, MN 55113

97586    0064387-00   S#0010793
HAROLD KAYSER III
10620 N 38TH AVE
PHOENIX, AZ 85029-4014

97586    0064388-00   S#0007315
HAROLD L LEVEY &
JANET LEVEY JT TEN
2475 BRENTWOOD RD
BEACHWOOD, OH 44122

97586    0064389-00   S#0007316
HAROLD L LEVEY CUST
BARRY A LEVEY UTMA/OH/21
2475 BRENTWOOD RD
BEACHWOOD, OH 44122

97586    0064390-00   S#0001749
HAROLD R BROOKS JR
1453 TANGLEWOOD LANE
LAKEWOOD, NJ 08701

97586    0064391-00   S#0003424
HAROLD R LLOYD &
ORETHA A LLOYD TEN COM
32 MEADOW LANE
ALBANY, NY 12208

97586    0064392-00   S#0001826
HAROLD RYAN OCHS
83 CLOVER HILL RD
FLEMINGTON, NJ 08822

97586    0064393-00   S#0003423
HAROLD T CLAUS
96 NEW SHAKER ROAD
ALBANY, NY 12205

97586    0064394-00   S#0001161
HAROTON A BEYLERIAN CUST
ALINE MELINE BEYLERIAN
823 PEACHTREE LN
FRANKLIN LAKES, NJ 07417-2337

97586    0064395-00   S#0005199
HARRIET L DAHLGREN CUST
ANDREW SETH DAHLEGREN
3439 HAVENS TRAIL
SALEM, VA 24153

97586    0064397-00   S#0012701
HARRIETT SIEGEL CUST
DAVID CASEY
2134 CEDARWOOD LANE
SAN JOSE, CA 95125-4654

97586    0064396-00   S#0012381
HARRIETT SIEGEL CUST
JOEL CASEY
1325 DAYTON AVE
ALAMEDA, CA 94501-4009

97586    0064398-00   S#0000803
HARRIETT THERKILDSEN
BOX 489
WATERBURY, CT 06720

97586    0064399-00   S#0009719
HARRIS COOPER CUST
FBO EMILY A COOPER MINOR
1909 KATY PL
COLUMBIA, MO 65203-5406

97586    0064400-00   S#0009718
HARRIS COOPER CUST
FBO SETH E COOPER
1909 KATY PL
COLUMBIA, MO 65203-5406

97586    0064401-00   S#0009890
HARRIS E HOGG
PO BOX 2037
NORTH PLATTE, NE 69103

97586    0000925-00   S#0001622
HARRIS, MARK
1120 EXECUTIVE PLAZA STE 300
RTE 73
MT.LAUREL, NJ 08054

97586    0064402-00   S#0004669
HARRISON L BOWERS &
MAXINE BOWERS JT TEN
3813 FAIRHAVEN TER
ABINGDON, MD 21009

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064403-00  S#0012227
HARRISON PAGE
BOX 752
MOUNTAIN VIEW, CA 94042

97586   0064404-00  S#0011434
HARRY A MANHOFF C/F
EITAN A MANHOFF UTMA CA
5878 FAIRHAVEN AVE
WOODLAND HILLS, CA 91367-3929

97586   0064405-00  S#0006040
HARRY ADELMAN &
BARBARA D ADELMAN JTTEN
6428 EDGE-O-GROVE CR
ORLANDO, FL 32819

97586   0064406-00  S#0010633
HARRY ANDREW MUDGETT
405 DOVER ST
LAKEWOOD, CO 80226-1147

97586   0064407-00  S#0007167
HARRY B FOX JR
1234 SMALLWOOD DRIVE
COLUMBUS, OH 43235

97586   0064408-00  S#0004015
HARRY B SHEARER
404 FRUITVILLE PIKE
MANHEIM, PA 17545-9709

97586   0064409-00  S#0008510
HARRY HALLORAN
3270 N COLONIAL DR
WAUWATOSA, WI 53222-3436

97586   0064410-00  S#0009924
HARRY J BLUMENTHAL JR CUST
HARRY J BLUMENTHAL III,  MINOR
UNDR THE LA GIFTS TO MINOR ACT
905 S BROAD ST
NEW ORLEANS, LA 70125-1493

97586   0064411-00  S#0001376
HARRY J WYMAN &
ANN P WYMAN
12 N APPLETREE RD
HOWELL, NJ 07731

97586   0064412-00  S#0005801
HARRY KYTHAS
BOX 272
CHICKAMAUGA, GA 30707

97586   0064413-00  S#0000900
HARRY M MATEER
8 OLD KINGS HIGHWAY
WESTON, CT 06883

97586   0064414-00  S#0004282
HARRY MC GINNIS JR
1685 BRILL ST
PHILADELPHIA, PA 19124

97586   0064415-00  S#0004172
HARRY P SOLOMON CUST
EYTAN M SOLOMON UNDER
PA UNI TRANS MIN ACT
1116 ORLEANS RD
CHELTENHAM, PA 19012

97586   0064416-00  S#0013399
HARRY ROSENBERG CUST FOR
ADAM PAUL ROSENBERG  IL/UTMA
1059 MALVERN RD
TOORAK VICTORIA 3142
AUSTRALIA

97586   0064417-00  S#0002911
HARRY SIMMONS &
ESTHER SIMMONS
98-09 64TH RD
REGO PARK, NY 11374

97586   0064418-00  S#0007883
HARRY STEFANIAK CUST
MARK A STEFANIAK
21411 CIVIC CENTER DR
SUITE 100
SOUTHFIELD, MI 48076

97586   0064419-00  S#0007882
HARRY STEFANIAK CUST
MICHAEL G STEFANIAK
21411 CIVIC CENTER DR
SUITE 100
SOUTHFIELD, MI 48076

97586   0064420-00  S#0003643
HARRY THURSTON CUST
JESSICA THURSTON
114 REGENT
BUFFALO, NY 14206

97586   0064421-00  S#0003647
HARRY THURSTON CUST
JOSEPH R THURSTON
114 REGENT
BUFFALO, NY 14206

97586   0064422-00  S#0003645
HARRY THURSTON CUST
THOMAS A THURSTON
114 REGENT
BUFFALO, NY 14206

97586   0064423-00  S#0001691
HARRY VANDERSLICE JR
216 VICTORIA LANE
OCEAN CITY, NJ 08226-1847

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064424-00  S#0004582<br>HARRY W HAVERKOS &<br>LYNNE M HAVERKOS JT TEN<br>15328 BITTERROOT WAY<br>ROCKVILLE, MD 20853 | 97586    0064425-00  S#0013360<br>HARRY WHITAKER CUST<br>WILLIAM WHITAKER<br>3410 EVERGREEN ST<br>ANCHORAGE, AK 99504-4235 | 97586    0061632-00  S#0000159<br>HART, CHARLES R<br>12 WASHINGTON ST APT 52<br>METHUEN, MA 01844-6927 |
| 97586    0064426-00  S#0005378<br>HARV WELLS CUST<br>BRETT WELLS<br>12129 LOCKHART DR<br>RALEIGH, NC 27614 | 97586    0064427-00  S#0013116<br>HARVEST LEE MONDELLO<br>76252 MOSBY CREEK ROAD<br>COTTAGE GROVE, OR 97424 | 97586    0064428-00  S#0006643<br>HARVEY A FLAMHOLTZ &<br>CATHY J FLAMHOLTZ JTTEN<br>149 MCMILLAN ST<br>BRENT, AL 35034 |
| 97586    0064429-00  S#0001669<br>HARVEY A SHENTON III<br>219 HUNTER STREET<br>WOODBERRY, NJ 08096 | 97586    0064430-00  S#0002748<br>HARVEY C GARBER<br>1622 OCEAN PARKWAY<br>BROOKLYN, NY 11223 | 97586    0064431-00  S#0008322<br>HARVEY D TERHAAR<br>4840 BALDWIN<br>HUDSONVILLE, MI 49426 |
| 97586    0064432-00  S#0002857<br>HARVEY FRANK CUST<br>ANDREW FRANK<br>208-06 15TH AVE<br>BAYSIDE, NY 11360 | 97586    0064433-00  S#0002855<br>HARVEY FRANK CUST<br>JASON FRANK<br>208-06 15TH AVE<br>BAYSIDE, NY 11360 | 97586    0064434-00  S#0002228<br>HARVEY KOLONKO &<br>KATHLEEN KOLONKO JT TEN<br>20 BELFAST AVE<br>STATEN ISLAND, NY 10306 |
| 97586    0064435-00  S#0000880<br>HARVEY L THOMPSON CUST<br>JOSHUA J THOMPSON<br>2 MULBERRY ST<br>RIDGEFIELD, CT 06877 | 97586    0064436-00  S#0007327<br>HARVEY SCHOLNICK CUST<br>ANDREW EVAN SCHOLNICK<br>3238 BREMERTON RD<br>PEPPER PIKE, OH 44124 | 97586    0064437-00  S#0011148<br>HARVEY YANAI<br>16511 MANHATTAN PLAZA #1<br>GARDENA, CA 90247 |
| 97586    0064438-00  S#0002376<br>HASSAN NEMAZEE<br>128-135 MT HOLLY RD<br>KATONAH, NY 10536-3540 | 97586    0064439-00  S#0005957<br>HATTIE BOWERS CUST<br>BREIANA BOWERS<br>228 N CHALK ST<br>QUINCY, FL 32351-2622 | 97586    0064440-00  S#0005958<br>HATTIE BOWERS CUST<br>ROLAND TURNER II<br>228 N CHALK ST<br>QUINCY, FL 32351-2622 |
| 97586    0001098-00  S#0001623<br>HAUER, OSCAR A<br>1120 EXECUTIVE PLAZA STE 300<br>RTE 73<br>MT.LAUREL, NJ 08054 | 97586    0000638-00  S#0001548<br>HAWK GRAPHICS<br>1248 SUSSEX TURNPIKE<br>PO BOX 153<br>MT FREEDOM, NJ 07970-0153 | 97586    0064441-00  S#0011248<br>HAYDEN MAUS<br>7512 LOS TRANCOS CIRCLE<br>LA PALMA, CA 90623 |
| 97586    0000565-00  S#0003165<br>HAYNES, FREDERICK<br>20-12 SEAGIRT BLVD APT 1B<br>FAR ROCKAWAY, NY 11691 | 97586    0064442-00  S#0000469<br>HAZEL HUNTER<br>165 BAKER ST<br>KEENE, NH 03431 | 97586    0064443-00  S#0010715<br>HAZEL T ROSE<br>2805 E MORNINGSIDE<br>IDAHO FALLS, ID 83402 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0020398-00  S#0008723
HAZELWOOD FARMS BAKERIES INC
RE: SUPERVALU INC
11840 VALLEY VIEW RD
EDEN PRAIRIE, MN 55344

97586    0000640-00  S#0007413
HBL CONSULTANTS INC
503 PORTAGE LAKE DR STE 1
AKRON, OH 44319-2269

97586    0000773-00  S#0013639
HDEZ VELASCO, JUAN FRANCISCO
OTE 4 #144 COL REFORMA
CD NEZAHUSLCOYOTL EDO
MEXICO, CP 57840
MEXICO

97586    0064444-00  S#0003287
HEATH ABRAMOWITZ
11 SERPENTINE LANE
LEVITTOWN, NY 11756

97586    0064445-00  S#0009663
HEATH M MASON
1100 FOREST LANE
LIBERTY, MO 64068

97586    0064446-00  S#0007935
HEATHER ANNE HIGGINS
2140 BREDEFIELD
ANN ARBOR, MI 48105-1101

97586    0064447-00  S#0008508
HEATHER D MARSHALL GERGEN &
JOHN D GERGEN
2913 S 47TH ST
MILWAUKEE, WI 53219-3433

97586    0064448-00  S#0012498
HEATHER GOMES
1007 ARTHUR AVENUE
SAN LEANDRO, CA 94577

97586    0064449-00  S#0008180
HEATHER MARSHALL CUST
SHAUN MARSHALL
23609 LONDONDERRY
NOVI, MI 48375

97586    0064450-00  S#0011085
HEATHER MORGAN WOLPERT
1825 MOUNT OLYMPUS DR
LOS ANGELES, CA 90046

97586    0064451-00  S#0005055
HEATHER S TAYLOR CUST
QUINN TAYLOR UGMA/NY
4857 BRISTOL CIRLE
WILLIAMSBURG, VA 23145

97586    0064452-00  S#0007287
HEATHRE L MCELROY
1819 PLEASANTDALE APT 11
CLEVELAND, OH 44109

97586    0064453-00  S#0003209
HECTOR CRUZ
256 AMERICAN BLVD
BRENTWOOD, NY 11717

97586    0064454-00  S#0012195
HECTOR DE LA ROSA JR
BOX 365
SOLEDAD, CA 93960

97586    0064455-00  S#0012802
HEIDE MALIA NEAL
2123 BIGHAM COURT
EUREKA, CA 95503

97586    0064456-00  S#0006295
HEIDI DONAVAN CUST
RYAN DONAVAN
11548 SW 59 COURT
COOPER CITY, FL 33330

97586    0064457-00  S#0005651
HEIDI ELLISON CUST
JORDAN M ELLISON
2104 HASCALL COURT
MARIETTA, GA 30064

97586    0064458-00  S#0012803
HEIDI M NEAL
2123 BINGHAM COURT
EUREKA, CA 95503

97586    0064459-00  S#0005324
HEIDI P PERRY CUST
CHRISTINE ELIS PERRY
107 MARY ST
CARRBORO, NC 27510

97586    0064460-00  S#0010846
HEIDI STARKMAN CUST
DAVID STARKMAN
9237 N 82ND ST
SCOTTSDALE, AZ 85258

97586    0064461-00  S#0009369
HEINZ G VEIGEL
4520 24TH AVE
ROCK ISLAND, IL 61201

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064462-00   S#0008126
HELEN BARRON CUST
DANIEL PETERMAN
29115 APPLE BLOSSOM
FARMINGTON HILLS, MI 48331

97586    0064463-00   S#0002947
HELEN BLACK CUST
JASON BLACK
80-25 64TH RD
MIDDLE VILLAGE, NY 11379-2322

97586    0064464-00   S#0005731
HELEN BRIGGS
1730 ROCK HOUSE RD
SENOIA, GA 30276-0000

97586    0064465-00   S#0007949
HELEN FOSTER
5136 HAZEL STREET
DEARBORN HEIGHTS, MI 48125

97586    0064466-00   S#0008261
HELEN LOUISE FUHRIG
2362 SOWER BLVD
OKEMOS, MI 48864-3249

97586    0064467-00   S#0013491
HELEN MARION PAIGE NORWELL
5 COUNTRY COURT
OAK RIDGES, ON L4E 2N7
CANADA

97586    0064468-00   S#0000358
HELEN N HADDAD
1 BELMONT ROAD
WEST HARWICH, MA 02671-1341

97586    0064469-00   S#0000744
HELEN PENEBRE
CUST GARY PENEBRE JR
220 LOBDELL DR
STRATFORD, CT 06497

97586    0064470-00   S#0011607
HELEN RAYME GUZZMAN
832 LURA AVE
EL CAJON, CA 92020

97586    0064471-00   S#0003944
HELEN RITCHEY CUST
MICHAEL RITCHEY
BOX 265
CRESSON, PA 16630

97586    0064472-00   S#0000975
HELEN SANCHEZ CUST
ACF GUIDO A SANCHEZ
27 DOUGLAS RD
GLEN RIDGE, NJ 07028-1106

97586    0064473-00   S#0003324
HELEN SOLOWEY CUST
RICHARD SCOTT LA BARCA
181 SOUTHERN BLVD
E PATCHOGUE, NY 11772

97586    0064474-00   S#0003484
HELEN TECK
3 OLD ALBANY POST RD #2
RHINEBECK, NY 12572

97586    0064475-00   S#0003150
HELEN ZACHOWSKI
RAYMOND ZACHOWSKI JTTEN
523 BENINE ROAD
WESTBURY, NY 11590

97586    0064477-00   S#0004201
HELENE HANKIN CUST
ALEXANDER HANKIN
1443 REVELATION RD
MEADOWBROOK, PA 19046-1023

97586    0064476-00   S#0004128
HELENE HANKIN CUST
ALEXANDER HANKIN UGMA PA
PO BOX 240
ERWINNA, PA 18920

97586    0064478-00   S#0012625
HELGA GRUBER CUST
SEBASTIAN KNOX   UTMA/CA
48 SEQUOIA DRIVE
SAN ANSELMO, CA 94960

97586    0000487-00   S#0011946
HENDRICKS, EDWIN T
606 CHAPALA DR
CAMARELLO, CA 93010-6028

97586    0064479-00   S#0003074
HENRIETTA STAUB CUST
MICHAEL L STAUB
72 CURLEY STREET
LONG BEACH, NY 11561-2715

97586    0064480-00   S#0000101
HENRY A GREENBERG CUST
MAX G GREENBERG
20 SURREY LANE
WORCESTER, MA 01609

97586    0064481-00   S#0000102
HENRY A GREENBERG CUST
SAMANTHA BEA GREENBERG
20 SURREY LANE
WORCESTER, MA 01609

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064482-00   S#0004964<br>HENRY A LATIMER II<br>110 KINGSLEY RD SW<br>VIENNA, VA 22180 | 97586   0064483-00   S#0004516<br>HENRY C EINOLF &<br>MARIA EINOLF<br>9218 TWIN HILL LN<br>LAUREL, MD 20708-2507 | 97586   0064484-00   S#0009927<br>HENRY C PERTUIT JR<br>204 TUDOR ST<br>HOUMA, LA 70364 |
| 97586   0064485-00   S#0012389<br>HENRY DESJARDINS<br>4621 GOLDCREST WAY<br>ANTIOCH, CA 94509 | 97586   0064486-00   S#0007878<br>HENRY DON MOULDER CUST<br>DAVID EARL MOULDER<br>23745 TWINING<br>SOUTHFIELD, MI 48075 | 97586   0064487-00   S#0004260<br>HENRY G GARSON<br>241 SOUTH 6 STREET<br>PHILADELPHIA, PA 19106-3727 |
| 97586   0064488-00   S#0000146<br>HENRY H BESSLER &<br>NORMA E BESSLER JT TEN<br>40 HILLTOP DR<br>BURLINGTON, MA 01803-3927 | 97586   0064489-00   S#0010806<br>HENRY HASEBE<br>263 E GLENCOVE<br>MESA, AZ 85201 | 97586   0064490-00   S#0012302<br>HENRY J DIAZ<br>159 SADOWA ST<br>SAN FRANCISCO, CA 94112-2941 |
| 97586   0064491-00   S#0012969<br>HENRY J ELLIS JR CUST<br>DYLAN ELLIS UTMA HI<br>45-076 WAIAPE PL<br>KANEOE, HI 96744 | 97586   0064492-00   S#0012968<br>HENRY J ELLIS JR CUST<br>ERIC J ELLIS UTMA HI<br>45-076 WAIAPE PL<br>KANEOE, HI 96744 | 97586   0064493-00   S#0000422<br>HENRY J MAY &<br>CATHERINE M NAGLE JTTEN<br>29 BLACKSTONE BLVD<br>PROVIDENCE, RI 02906 |
| 97586   0064494-00   S#0011916<br>HENRY K ISEFUKU<br>16 SPICEWOOD WAY<br>IRVINE, CA 92715 | 97586   0064495-00   S#0005172<br>HENRY L ALBRITTON<br>1311 WILLNEW DR<br>HAMPTON, VA 23669-3042 | 97586   0064496-00   S#0000366<br>HENRY LEBREUX C/F<br>KELSEY LYYNN LEBREUX UGMA MA<br>385 DWELLY ST<br>FALL RIVER, MA 02724 |
| 97586   0064497-00   S#0000367<br>HENRY LEBREUX C/F<br>KRISTEN MARIE LEBREUX UGMA MA<br>385 DWELLY ST<br>FALL RIVER, MA 02724 | 97586   0064498-00   S#0012949<br>HENRY LEE LOY CUST<br>KALILOA LEE LOY<br>C/O KEITH T SHIMIZU CPA INC<br>280 PONAHAWAI ST<br>HILO, HI 96720 | 97586   0064499-00   S#0011570<br>HENRY LEONG CUST<br>MATTHEW MIYAUCHI-CHUNG CA/UTMA<br>1547 CAMBRIDGE COURT<br>W COVINA, CA 91791 |
| 97586   0064500-00   S#0005565<br>HENRY N GRIFFIN<br>220 WANDOLEA DR<br>MOUNT PLEASANT, SC 29464-2524 | 97586   0064501-00   S#0002160<br>HENRY RIVERA<br>336 FORT WASHINGTON AVE<br>APT 1J<br>NEW YORK, NY 10033-6804 | 97586   0064502-00   S#0004152<br>HENRY ROSENTHA CUST<br>BRETT DAVID ROSENTHAL<br>1122 TANNERIE RUN RD<br>AMBLER, PA 19002 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0064503-00   S#0009206
HENRY S ALLEN JR CUST
FBO DAVID B ALLEN
544 S BRAINARD AVENUE
LA GRANGE, IL 60525-6108

97586    0064504-00   S#0005126
HENRY S JAMES CUST
RUSSELL S JAMES
700 SEMMIE DRIVE
VIRGINIA BEACH, VA 23457-1318

97586    0064505-00   S#0006994
HENRY SCHILDKNECHT CUST
JAMES H SCHILDKNECHT
1903 DALEVIEW LANE
LOUISVILLE, KY 40207

97586    0064506-00   S#0005372
HENRY STUART PARKER JR CUST
H STUART PARKER III
6316 RUSHINGBROOK DR
RALEIGH, NC 27612

97586    0064507-00   S#0005373
HENRY STUART PARKER JR CUST
SARAH ASHELY PARKER
6316 RUSHINGBROOK DR
RALEIGH, NC 27612

97586    0064508-00   S#0000636
HENRY TAMARIN CUST
NATHANAEL POIRIER TAMARIN
311 CHURCH ST
WETHERSFIELD, CT 06109

97586    0064509-00   S#0000635
HENRY TAMARIN CUST
NICHOLAS POIRIER TAMARIN
311 CHURCH STREET
WETHERSFIELD, CT 06109

97586    0064510-00   S#0005178
HENRY W WALTERS JR
9610 GAMEWELL RD
CHESTERFIELD, VA 23832

97586    0001573-00   S#0001614
HENSLEY, WARREN
1120 EXECUTIVE PLAZA SUITE 300
RT 73
MT LAUREL, NJ 08054

97586    0064511-00   S#0005774
HERB C SAUNDERS ACF
JOSEPH SAUNDERS A/M/U/L/GA
2553 MERCEDES DR
ATLANTA, GA 30345-3943

97586    0064512-00   S#0005773
HERB C SAUNDERS ACF
STEVEN SAUNDERS A/M/U/L/GA
2553 MERCEDES DR
ATLANTA, GA 30345-3943

97586    0064513-00   S#0010142
HERB STEINBERGER CUST
WILLIAM STEINBERGER
73-08 EVERETT LANE
PLANO, TX 75025

97586    0064514-00   S#0008277
HERBERT C BOYER CUST
NATHAN M BOYER
2207 WAITE
KALAMAZOO, MI 49008

97586    0064515-00   S#0011084
HERBERT C KIRCHNER
5918 W 78TH ST
LOS ANGELES, CA 90045-2942

97586    0064516-00   S#0012816
HERBERT F HEFFNER
PO BOX 448
CLARKSBURG, CA 95612

97586    0064517-00   S#0008596
HERBERT F SANDMIRE &
CRYSTAL J SANDMIRE
201 ST MARYS BLVD
GREEN BAY, WI 54301-2603

97586    0064518-00   S#0009470
HERBERT G MC GRATH &
IDA MELITA MC GRATH JT TEN
39 EAST MAIN ST BOX 72
OAKDALE, IL 62268

97586    0064519-00   S#0002981
HERBERT M WYATT
115-14 127TH ST
SOUTH OZONE PARK, NY 11420-2632

97586    0064520-00   S#0005071
HERBERT SCOTT SEALE
205 BROOKCHASE LA
RICHMOND, VA 23229

97586    0064521-00   S#0005944
HERBERT WILLS III &
MARILYNN T WILLS
2326 KILKENNY DR W
TALLAHASSEE, FL 32308

97586    0064522-00   S#0008276
HERERT C BOYER CUST
SARA P BOYER
2207 WAITE
KALAMAZOO, MI 49008

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0064523-00   S#0000886
HERMAN FREEMAN A/C/F
IAN RAY FREEMAN UGMA/CT
3 ROCKWELL PLACE
WESTPORT, CT 06880

97586    0064524-00   S#0012539
HERMAN WEISMAN
3729 WOODRUFF AVE
OAKLAND, CA 94602

97586    0001255-00   S#0012682
HERNANDEZ, RICHARD
254 LOS PALMOS WAY
SAN JOSE, CA 95119

97586    0000649-00   S#0009487
HEROIC AGE STUDIOS
505 S STATE HIGHWAY 121
MT  ZION, IL 62549

97586    0064525-00   S#0011414
HILARIE B SPATER
2009 DEWBERRY CT
WESTLAKE VILLAGE, CA 91361

97586    0064526-00   S#0002535
HILARY LEVIN
28 PARK AVE
MONSEY, NY 10952-4511

97586    0064527-00   S#0000970
HILDA D WISTREICH
2100 LINWOOD AVE
FORT LEE, NJ 07024-3101

97586    0064528-00   S#0006144
HILDRED BROMBERG
8305 NW 37TH ST
CORAL SPRINGS, FL 33065

97586    0064529-00   S#0006147
HILDRED BROMBERG CUST
WILLIAM LAWRENCE BROMBERG
8305 NW 37TH ST
CORAL SPRINGS, FL 33065-4504

97586    0064530-00   S#0004242
HILDY JAFFE
833 POWDER MILL RD
WYNNEWOOD, PA 19096

97586    0064531-00   S#0002379
HILLARY VOLPER CUST
ERIK ROSS VOLPER
46 LANSDOWNE DR
LARCHMONT, NY 10538

97586    0000438-00   S#0005631
HILLSMAN II, DON
5059 ROCKSPRINGS RD
LITHORIA, GA 30038

97586    0064532-00   S#0004238
HINDA HASKELL CUST
DAVID B HASKELL
518 CANDANCE LANE
VILLANOVA, PA 19085

97586    0000653-00   S#0012998
HOBBIES HAWAII DIST
4420 LAWEHANA ST #3
HONOLULU, HI 96818

97586    0064533-00   S#0005906
HOLLY BROOKS MCCORMICK CUST
BENJAMIN BROOKS MCCORMICK
2451 SEDGWICK
JACKSONVILLE, FL 32217

97586    0064534-00   S#0012676
HOLLY GRAY &
MICHAEL GRAY JT TEN
4975 ROEDER RD
SAN JOSE, CA 95111

97586    0064535-00   S#0008316
HOLLY HANSON CUST DREW HARMON
3231 GORDON
FREMONT, MI 49412

97586    0064536-00   S#0012559
HOLLY W EGENBERGER CUST
CHRISTOPHER STRONG-EGENBERGER
518 STANNAGE AVE
ALBANY, CA 94706

97586    0064537-00   S#0009636
HOMER S SHANNON
4325 WHITECLIFF COURT
FARMINGTON, MO 63640

97586    0064538-00   S#0005166
HON SAM TSANG
255 SUMMIT COURT
HAMPTON, VA 23666-5610

97586    0000654-00   S#0007177
HONEYBAKED FOODS INC
6145 MERGER DR
PO BOX 965
HOLLAND, OH 43528

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0000467-00  S#0011135
HOOKSTRATTEN, E GREGORY
HOOKSTRATTEN & HOOKSTRATTEN
9536 WILSHIRE BLVD SUITE 300
BEVERLY HILLS, CA 90212

97586   0064539-00  S#0003989
HOPE H FREMONT
160 MYERS RD
EAST BERLIN, PA 17316

97586   0064540-00  S#0000517
HOPE HILTON CUST
LIAM FLANAGAN
OLD KENTS HILL ROAD
PFD 1 BOX 6
READFIELD, ME 04355

97586   0000599-00  S#0011485
HOPKINS, GLENN
12241 MOORPARK ST #3
STUDIO CITY, CA 91604

97586   0064541-00  S#0004473
HORACE WHITE HOWELLS CUST
CHARLES E H HOWELLS
3503 30TH ST NW
WASHINGTON, DC 20008

97586   0000656-00  S#0001991
HORTICULTURAL CREATIONS INC
53-55 BEACH ST
NEW YORK, NY 10013

97586   0064542-00  S#0001366
HOWARD A BAKER III
2 LAMMERS ST
HAZLETT, NJ 07730

97586   0064543-00  S#0003133
HOWARD B GALIN CUST
MATTHEW GALIN
23 BIRCH LANE
GREENACRES VLLY STR, NY 1158

97586   0064544-00  S#0001785
HOWARD BENDER
515 BUXTON RD
TOMS RIVER, NJ 08755

97586   0064545-00  S#0003126
HOWARD BRAVERMAN CUST
RICHARD BRAVERMAN
7 PARK PL
ROSLYN HEIGHTS, NY 11577

97586   0064546-00  S#0003281
HOWARD CHESIN CUST
ERIC CHESIN
75 MOSS LANE
JERICO, NY 11753

97586   0064547-00  S#0004693
HOWARD D ULMER CUST
CHRISTOPHER D ULMER
4571 ROLLING MEADOWS WAY
ELLICOTT CITY, MD 21043

97586   0064548-00  S#0011540
HOWARD DER JR
145 E ARLIGHT ST
MONTEREY PARK, CA 91755

97586   0064549-00  S#0006654
HOWARD G KIMBROUGH &
BRENDA E KIMBROUGH
JT TEN
1139 SHELTON SHORES DR
TALLADEGA, AL 35160

97586   0064550-00  S#0004427
HOWARD G SHOLL JR CUST
HOWARD G SHOLL III UGMA/DE
606 WEST 19TH STREET
WILMINGTON, DE 19802

97586   0064551-00  S#0003246
HOWARD GINSBERG CUST
JOSHUA SCOTT GINSBERG
27 SANTA ANITA COURT
HOLBROOK, NY 11741-4303

97586   0064552-00  S#0013426
HOWARD GREEN
C/O H WILLIAMS CO
145 CHURCH ST
TORONTO, ON
CANADA

97586   0064553-00  S#0004110
HOWARD J HOLLY &
DAVID J HOLLY
JT TEN
29 CHARLES ST
COURTDALE, PA 18704-1112

97586   0064554-00  S#0001581
HOWARD J HOLMES JR &
SUSAN M HOLMES JTTEN
106 UNIVERSITY BLVD
GLASSBORO, NJ 08028

97586   0064555-00  S#0007973
HOWARD L KUHN CUST
ROSS J KUHN
17333 ENGLISH RD
MANCHESTER, MI 48158

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064556-00   S#0009655
HOWARD M SUEDMEYER &
MARTHA A SUEDMEYER
JT TEN
3562 NICOLE LN
JACKSON, MO 63755

97586    0064557-00   S#0002452
HOWARD MATATIA
BOX 1373
SCARSDALE, NY 10583-9373

97586    0064558-00   S#0009363
HOWARD PRATHER &
LOIS PRATHER
1335 5TH AVE
ROCKFORD, IL 61104

97586    0064559-00   S#0011089
HOWARD R BLAKESLEE
1045 N CRESCENT HGTS BLVD
LOS ANGELES, CA 90046-6007

97586    0064560-00   S#0006094
HOWARD SEIF CUST
SOLLY SEIF
4701 N 37TH ST
HOLLYWOOD, FL 33021

97586    0064561-00   S#0007392
HOWARD TED BLISS
144 S WATER ST
KENT, OH 44240

97586    0064562-00   S#0010952
HOWARD W KRAMER &
VALERIE E KRAMER
4532 PASEO AZUL
LAS CRUCES, NM 88011

97586    0064563-00   S#0009610
HOWARD WOLKOWITZ CUST
KEVIN WOLKOWITZ
224 BRYN WYCK PL
SAINT LOUIS, MO 63141

97586    0064564-00   S#0004188
HUGH BRIAN STERBAKOV
BOX 489
DREXEL HILL, PA 19026-0489

97586    0064565-00   S#0005998
HUGH C WARD III
2170 LAUREN LANE
DELAND, FL 32720

97586    0064566-00   S#0005999
HUGH C WARD JR CUST
HUGH C WARD III
2170 LAUREN LANE
DELAND, FL 32720

97586    0064567-00   S#0011796
HUGO A GODOY
727 LA BONITA AVER
PERRIS, CA 92571

97586    0064568-00   S#0001021
HUGO JAUREGUI
7613 1ST AVE
NORTH BERGEN, NJ 07047-4901

97586    0064569-00   S#0009147
HUGO S LOPEZ
216 N EASTERN AVE
JOLIET, IL 60432

97586    0064570-00   S#0008706
HUNTER JAMES GAITAN
9608 ROBIN OAK RD
MINNETONKA, MN 55305

97586    0064571-00   S#0005214
HUNTER S THOMPSON
1910 MT HILL ROAD
RINGGOLD VA 24586

97586    0064572-00   S#0004906
HUNTER WILSON
12249 WYE OAK COMMONS CIR
BURKE, VA 22015-2868

97586    0064573-00   S#0001185
HY EISMAN &
ADRI EISMAN JT TEN
99 BOULEVARD RD
GLEN ROCK, NJ 07452

97586    0064574-00   S#0007462
HYMIE WILLIAMS
417-36TH ST NW
CANTON, OH 44709

97586    0000660-00   S#0004987
HYNAK RESEARCH COMPANY
812 S COURTHOUSE RD
ARLINGTON, VA 22204-2105

97586    0001240-00   S#0006009
HYNES INC
DBA REID BROKERAGE INC
PO BOX 521164
LONGWOOD, FL 32752-1164

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064575-00   S#0002155<br>HYONBY WALES CUST<br>MAXTON WALES<br>351 EAST 84TH STREET<br>APT 4B<br>NEW YORK, NY 10028-4455 | 97586   0064576-00   S#0011291<br>I A CRADDALL JR CUST<br>DANIEL ROBERT CRANDALL CA/UTMA<br>4316 CHARLEMAGNE AVE<br>LONG BEACH, CA 90808 | 97586   0064577-00   S#0006652<br>I B ALEXANDER<br>7313 WHITNEY DRIVE<br>PINSON, AL 35126 |
| 97586   0064578-00   S#0009176<br>IAN C LILLY CUST<br>ADAM C LILLY<br>18025 THOMAS LANE<br>CNTRY CLUB HILLS, IL 60478-5065 | 97586   0064579-00   S#0002823<br>IAN ELLIS CUST<br>JALON ELLIS<br>1017 E 84TH ST<br>BROOKLYN, NY 11236-4227 | 97586   0064580-00   S#0011364<br>IAN F LAZAR<br>17364 QUESAN PL<br>ENCINO, CA 91316 |
| 97586   0064581-00   S#0000557<br>IAN L COURCHESNE<br>PO BOX 31<br>BARNET, VT 05821-0031 | 97586   0064582-00   S#0001423<br>IAN MICHAEL ABRAHAMSEN<br>130 LYNCH ROAD<br>MIDDLETOWN, NJ 07748 | 97586   0064583-00   S#0013420<br>IAN PARK GDN<br>NIGEL PARK<br>70 HILLCREST DRIVE<br>SAINT JOHN, NB<br>CANADA |
| 97586   0064584-00   S#0010316<br>IAN ROSS WOLF<br>1404 NORTH BLVD<br>HOUSTON, TX 77006 | 97586   0064585-00   S#0013641<br>IAN ROUT<br>PO BOX 1702<br>INVERCARGILL<br>9515<br>NEW ZEALAND | 97586   0064586-00   S#0000769<br>IAN SHEDD<br>166 PUTNAM AVE<br>HAMDEN, CT 06517 |
| 97586   0064587-00   S#0011064<br>IDELL DAVIDSON<br>3280 MIDVALE AVE<br>LOS ANGELES, CA 90034-4413 | 97586   0000943-00   S#0002011<br>IDELSON, MATT<br>387 PARK AVE SO<br>NEW YORK, NY 10016 | 97586   0064588-00   S#0006186<br>IGOR DUQUE &<br>MARINA DUQUE<br>8540 SW 32 ST<br>MIAMI, FL 33155 |
| 97586   0000666-00   S#0004322<br>IKON CAPITAL<br>PO BOX 8500-1430<br>PHILADELPHIA, PA 19178 | 97586   0064589-00   S#0011417<br>ILAN FERSHT CUST<br>FBO JONATHAN FERSHT<br>31918 FOXFIELD DR<br>WESTLAKE VILLAGE, CA 91361-4202 | 97586   0064590-00   S#0001519<br>ILANA KNAPP CUST<br>ERIC D KNAPP<br>955 SO SPRINGFIELD AVE #403<br>SPRINGFIELD, NJ 07920 |
| 97586   0064591-00   S#0002330<br>ILEANA VELEZ CUST<br>GABRIELA A VELEZ<br>2555 MORGAN AVE<br>BRONX, NY 10469-5601 | 97586   0064592-00   S#0004600<br>ILENE L LEVINE CUST<br>SCOTT DAVID LEVINE<br>5 SCOTTVIEW COURT<br>POTOMAC, MD 20854-2655 | 97586   0064593-00   S#0002085<br>ILENE WEIL-JESSOP<br>301 E 75TH ST APT 4D<br>NEW YORK, NY 10021-3019 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064594-00    S#0000370
ILIDIO S ALMEIDA
195 FOLSOM AVE
SOMERSET, MA 02726

97586    0064595-00    S#0008514
ILIJA POTKONJAK &
PAULA POTKONJAK JT TEN
8905 JACKSON PARK BLVD
MILWAUKEE, WI 53226-2713

97586    0064596-00    S#0012768
IMELDA C BRIONES
825 RAVENSTONE CIR
MODESTO, CA 95355-4565

97586    0000670-00    S#0001495
IMPERIAL COPY PRODUCTS
961 ROUTE 10 EAST
BLDG 1C
RANDOLPH, NJ 07869

97586    0000672-00    S#0001553
IMPULSE COURIER SVC INC
62B ROUTE 10 WEST
WHIPPANY, NJ 07981

97586    0064597-00    S#0005623
INA A MARKS C/F
WILL D MARKS
2951 PONDEROSA CIRCLE
DECATUR, GA 30033

97586    0064598-00    S#0002592
INA HYMAN CUST
ALEX HYMAN UGMA/NY
1 IPSWICH AVENUE
GREAT NECK, NY 11021

97586    0001557-00    S#0002464
INCORVAIA, VITO
1895 GLEN ROCK ST
YORKTOWN HGTS, NY 10598

97586    0000675-00    S#0006892
INDUSTRIAL SALES CO MEMPHIS
7520 BARTLETT CORP VC E
MEMPHIS, TN 38133-3963

97586    0064599-00    S#0002925
INGA LAMONACA CUST
TALLIN LAMONACA UGMA NY
82 ROCKROSE PLACE
FOREST HILLS, NY 11375-6054

97586    0064600-00    S#0006568
INGEBORG C CARBONE CUST
JOANN LARKIN
12 SAPPHIRE WAY
OCALA, FL 34472

97586    0064601-00    S#0005985
INGEBORG CARBONE A/C/F CUST
ERICK CHARLES DONDERO
12 SAPPHIRE WAY
OCALA, FL 32672-2386

97586    0020122-00    S#0006757
INGRAM ENTERTAINMENT
ATTN: KAREN ADAY-A/P
TWO INGRAM BLVD
LAVERGNE, IN 37089

97586    0064602-00    S#0000457
INGRID M BUTLER CUST
STEPHAN J BUTLER
17 BELL HILL RD
BEDFORD, NH 03110-5427

97586    0064603-00    S#0010991
INGRID MARTELL CUST
CURTIS MARTELL
1281 SATELLITE DRIVE
SPARKS, NV 89431-9320

97586    0000677-00    S#0004079
INN AT NICHOLS VILLAGE
1101 NORTHERN BLVD
CLARKS SUMMIT, PA 18411

97586    0000678-00    S#0010862
INSIGHT DIRECT INC
6820 S HARL AVE
PHOENIX, IL 85283

97586    0000679-00    S#0009076
INT'L ENTERTAINMENT SYSTEMS
ATT: DAN STORCH
708 DEER LN
SLEEPY HOLLOW, IL 60118-1814

97586    0000681-00    S#0001595
INTERIORSCAPES INC
PO BOX 215
HALNESPORT, NJ 08036

97586    0020986-00    S#0004451
INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
409 SILVERSIDE RD
WILMINGTON, DE 19809

97586    0000685-00    S#0003247
INTERNAL REVENUE SERVICE/ACS
DEPT OF THE TREASURY
PO BOX 889
HOLTSVILLE, NY 11742

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0020987-00   S#0004452 | 97586    0020087-00   S#0006344 | 97586    0000684-00   S#0009243 |
| INTERNAL REVENUE SREVICE | INTL MUSEUM OF CARTOON ART | IPN LTD |
| DEPARTMENT OF THE TREASURY | ATTN: M M WALKER-CHARIMAN | 19 S LASALLE ST STE 603 |
| 409 SILVERSIDE RD | 201 PLAZA REAL | CHICAGO, IL 60603 |
| WIMINGTON, DE 19809 | BOCA RATON, FL 33432 | |
| | | |
| 97586    0064604-00   S#0003147 | 97586    0064605-00   S#0006593 | 97586    0064606-00   S#0004553 |
| IRA BIDERMAN & | IRA LISS CUST | IRA P ROBBINS CUST |
| MERYL BIDERMAN  JT TEN | MICHAEL NATHAN LISS | ANDREW T ROBBINS |
| 70 FOREST RD | 8417 CRANES ROOST DR | 7507 LEESBURG PLACE |
| VALLEY STREAM, NY 11581-2312 | NEW PORT RICHEY, FL 34654-4208 | BETHESDA, MD 20817 |
| | | |
| 97586    0064607-00   S#0013204 | 97586    0064608-00   S#0006107 | 97586    0064609-00   S#0003014 |
| IRA PALMER | IRA ROTHSTEIN | IRA S JACOBS & |
| C/O HARVARD PALMER | 3814 41ST AVE | MARCIA JACOBS JT TEN |
| 200 SECURITIES BLDG | HOLLYWOOD, FL 33021-1842 | 2691 HANSON PL |
| SEATTLE, WA 98101 | | BALDWIN, NY 11510-4137 |
| | | |
| 97586    0064610-00   S#0002536 | 97586    0064611-00   S#0001878 | 97586    0064612-00   S#0001549 |
| IRA SONIN CUST | IRENE ADAM | IRENE BROMBERG CUST |
| KEITH S SONIN | 104 PUDDING STONE WAY | ILANA BROMBERG |
| 22 COLGATE DR | PHILLIPSBURG, NJ 08865-2069 | 7 YARMOUTH DR |
| BARDONIA, NY 10954 | | MURRAY HILL, NJ 07974 |
| | | |
| 97586    0064613-00   S#0000685 | 97586    0064614-00   S#0007450 | 97586    0064615-00   S#0001381 |
| IRENE COOK & | IRENE E WILLARD CUST | IRENE JOHNSON |
| GARY COOK | RYAN E WILLARD | 52 LINE RD |
| 146 HOG HILL RD | 925 BENNINGTON AVE NE | HOLMDEL, NJ 07733 |
| EAST HAMPTON, CT 06424-1823 | MASSILLON, OH 44646 | |
| | | |
| 97586    0064616-00   S#0010763 | 97586    0064617-00   S#0001862 | 97586    0064618-00   S#0012276 |
| IRENE K CHILINSKI | IRENE SOO CUST | IRENE YU |
| BOX 70986 | ANDREW LEE UTMA/NJ | 136 DORE ST |
| SALT LAKE CITY, UT 84170 | 63 CREIGHTON CIRCLE | SAN FRANCISCO, CA 94103-3815 |
| | OLD BRIDGE, NJ 08857 | |
| | | |
| 97586    0064619-00   S#0006495 | 97586    0064620-00   S#0003098 | 97586    0064621-00   S#0011332 |
| IRIS MATHER CUST | IRIS SCHOENFELD | IRMA ACEMIAN CUST |
| FBO JACQUES PHILIP MATHER | 3426 4 ST | NICOLE ACEMIAN |
| 3970 ASCOT LANE | OCEANSIDE, NY 11572 | 1734 N VERDUGO RD 17 |
| FT MYERS, FL 33919 | | GLENDALE, CA 91208 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064622-00   S#0002559<br>IRMA CRESPO &<br>SANDRA CRESPO JT TEN<br>142 ROCKLAND LN<br>SPRING VALLEY, NY 10977 | 97586   0064623-00   S#0009149<br>IRNA R JONES CUST<br>AN'TONY RASHAAD JONES<br>1085 CHOVAN DR<br>JOLIET, IL 60435 | 97586   0064624-00   S#0009866<br>IRVIN GENDLER<br>11222 DAVENPORT ST<br>OMAHA, NE 68154-2628 |
| 97586   0064625-00   S#0007610<br>IRVIN MAYNARD &<br>EMOGENE MAYNARD<br>BOX 57<br>CHILLICOTHE, OH 45601-0057 | 97586   0064626-00   S#0011530<br>IRVING LEW<br>BOX 5602<br>HACIENDA HGTS, CA 91745 | 97586   0064627-00   S#0002451<br>IRVING MATATIA<br>BOX 1373<br>SCARSDALE, NY 10583-9373 |
| 97586   0064628-00   S#0009320<br>IRWIN E BROWN<br>426 W SURF ST APT 612<br>CHICAGO, IL 60657-6135 | 97586   0064629-00   S#0004163<br>IRWIN GIBBS<br>144 ROY LANE<br>HUNTINGTON VALLEY, PA 19006 | 97586   0064630-00   S#0000920<br>IRWIN NIEDOBER<br>25 3RD ST<br>STAMFORD, CT 06905 |
| 97586   0064631-00   S#0010254<br>ISAAC C SOMMERS<br>2807 BONNEVILLE<br>ARLINGTON, TX 76016 | 97586   0064632-00   S#0005628<br>ISAAC I WASHINGTON &<br>LISA WASHINGTON<br>3714 OZMERE CT<br>DECATUR, GA 30034-4700 | 97586   0064633-00   S#0010481<br>ISAAC L ADAMS &<br>CHARLOTTE A ADAMS JT TEN<br>305 E CALDWOOD DR<br>BEAUMONT, TX 77707-1921 |
| 97586   0064634-00   S#0012286<br>ISAAC STEIN CUST<br>JOSHUA STEIN<br>1565 JACKSON #6<br>SAN FRANCISCO, CA 94109 | 97586   0064635-00   S#0011161<br>ISMAEL MEDRANO &<br>ROMELIA MEDRANO COM PROP<br>3634 W 146TH ST<br>HAWTHORNE, CA 90250 | 97586   0064636-00   S#0002754<br>ISRAEL BAUM<br>2940 WEST 5TH ST<br>BROOKLYN, NY 11224 |
| 97586   0064637-00   S#0003107<br>ISRAEL TABAKSBLAT CUST<br>MARTIN TABAKSBLAT<br>57 VERMONT AVE<br>OCEANSIDE, NY 11572 | 97586   0064638-00   S#0007911<br>ITALO CIANFARANI<br>295 LOVELL<br>TROY, MI 48098 | 97586   0064639-00   S#0000028<br>IVA M NESIN &<br>LEAH NESIN JT TEN<br>12 PLEASANT VALLEY RD<br>FEEDING HILLS, MA 01030-1235 |
| 97586   0064640-00   S#0010977<br>IVA S SESKY<br>800 VINCENT WAY<br>LAS VEGAS, NV 89128 | 97586   0064641-00   S#0009292<br>IVAN A SMITH<br>5839 S WINCHESTER AVE<br>CHICAGO, IL 60636 | 97586   0020383-00   S#0006391<br>IVAN I SNYDER<br>5852 NW 26TH CT<br>BOCA RATON, FL 33496 |
| 97586   0064642-00   S#0002968<br>IVONNE COLONNA CUST<br>JOHN ANTHONY COLONNA UGMA/NY<br>87-19 163RD AVE<br>HOWARD BEACH, NY 11414 | 97586   0064643-00   S#0012965<br>IVY LONGSWORTH<br>BOX 3494<br>RPINCEVILLE, HI 96722-3494 | 97586   0064644-00   S#0012724<br>J A  & D J MURRAY TR 12/29/82<br>FBO MURRAY FAMILY TRUST<br>929 EL CAMINO<br>STOCKTON, CA 95204-0000 |

**Debtor:**         Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064646-00   S#0007768
J A BENNETT CUST
ETHAN HUNTER MARTIN BENNETT
2322 POINDEXTER LN
SELLERSBURG, IN 47172-9037

97586    0064645-00   S#0007769
J A BENNETT CUST
ZACHARY N BENNETT
2322 POINDEXTER LANE
SELLERSBURG, IN 47172-9037

97586    0064647-00   S#0009095
J ARTHUR LEMMON &
ALICE J LEMMON
22 W 084 FOSTER AVE
MEDINAH, IL 60157

97586    0064648-00   S#0005508
J BENJAMIN JACKSON III
68 CIRCLEVIEW DR
LEXINGTON, SC 29072

97586    0064649-00   S#0006137
J BRUCE LATTA
5200 N E 29TH AVE
LIGHTHOUSE PT, FL 33064

97586    0064650-00   S#0006620
J C BOWERS CUST
JEREMY C BOWERS
BOX 560215
MONTVERDE, FL 34756

97586    0064651-00   S#0005094
J DICK PENSYL &
JANET R PENSYL
1340 CAMBRIDGE WAY
CHESAPEAKE, VA 23320-8246

97586    0064652-00   S#0011191
J GARY HASTINGS CUST
FBO JAMES DOUGLAS HASTINGS
510 S JUANITA AVE
REDONDO BEACH, CA 90277

97586    0064653-00   S#0006023
J GREGORY MACKENZIE CUST
SHAUN G MACKENZIE
288 CAMBRIDGE DR
LONGWOOD, FL 32779-5739

97586    0064654-00   S#0005272
J H JOHNSON CONSTRUCTION
ATTN JAMES JOHNSON
1001 S MARSHALL ST STE 27
WINSTON SALEM, NC 27101-5851

97586    0064655-00   S#0005554
J J REAVES III
9 DUUVEGAN DR
CHARLESTON, SC 29414

97586    0064656-00   S#0013152
J L MCCORD LEGAL NAME
FBO ANDREW J MCCORD
6602 138TH PL SW
EDMONDS, WA 98020

97586    0064657-00   S#0010474
J LARRY PORTER III
P.O. BOX 2751
BEAUMONT, TX 77707

97586    0064659-00   S#0010470
J LARRY PORTER III C/F
J LARRY PORTER IV UGMA TX
1340 CANDLESTICK CIRCLE
BEAUMONT, TX 77706

97586    0064658-00   S#0010477
J LARRY PORTER III C/F
SARAH MICHELLE PORTER UGMA TX
PO BOX 2751
BEAUMONT, TX 77707

97586    0064660-00   S#0010471
J LARRYNPORTER III C/F
JUSTIN M PORTER UGMA TX
1340 CANDLESTICK CIRCLE
BEAUMONT, TX 77706

97586    0064662-00   S#0006741
J LAWRENCE SULLIVAN CUST
J LAWRENCE SULLIVAN JR
602 TYNEBRAE DRIVE
FRANKLIN, TN 37064

97586    0064661-00   S#0006742
J LAWRENCE SULLIVAN CUST
JAMIE LYNNE SULLIVAN
602 TYNEBRAE DR
FRANKLIN, TN 37064

97586    0064663-00   S#0010266
J M L KLING CUST
KATHERINE BROOKE KLING
3241 SHADY GLEN DR
GRAPEVINE, TX 76051

97586    0064664-00   S#0004938
J MATTHEW GOFUS
2225 STIRRUP IRON LANE
HERNDON, VA 22071

97586    0064665-00   S#0000510
J OAKLEY JONES
CUST JAKE JONES UGTMA
143 J SANDY POINT RD
YARMOUTH, ME 04096-9716

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064666-00   S#0001460
J PATRICK HESTER CUST
NORIN HESTER
32 CRANBERRY LEDGE RD
ANDOVER, NJ 07821-9427

97586   0064667-00   S#0013490
J PAUL LEMAITRE
321 HAREWOOD BLVD
NEWMARKET, ON L3Y 6N5
CANADA

97586   0064668-00   S#0010876
J R JOHNSON
6382 W LOUISE DR
GLENDALE, AZ 85310

97586   0064669-00   S#0000112
J RICHARD HORVATH
1 AARON ST APT 1
FRAMINGHAM, MA 01701

97586   0064670-00   S#0009588
J RODNEY BRYAN JR
604 MEADOWRIDGE DR
ST LOUIS, MO 63122

97586   0064671-00   S#0009917
J S HUBAR DEPT ORAL DIAGNOSIS
LSUMC SCHOOL OF DENTISTRY
1100 FLORIDA AVE
NEW ORLEANS, LA 70119

97586   0064672-00   S#0008789
J SCOTT MILLER CUST
BRETT D MILLER
9143 NANTWICK RIDGE
BROOKLYN PARK, MN 55443

97586   0064673-00   S#0008790
J SCOTT MILLER CUST
CORY J MILLER
9143 NANTWICK RIDGE
BROOKLYN PARK, MN 55443

97586   0064674-00   S#0001458
JACALYN SHARPE CUST FOR
WESLEY SHARPE UNDER NJ UTMA
23 SOUTH ST
DOVER, NJ 07801-4930

97586   0064675-00   S#0006155
JACK A HABER CUST
MATTHEW HABER
2950 N PALM AIRE DR BLDG 5-60
POMPANO BEACH, FL 33069-3462

97586   0064676-00   S#0008590
JACK A JENSEN
W10175 HWY 127
PORTAGE, WI 53901

97586   0064677-00   S#0008589
JACK A JENSEN CUST
LINDSAY N JENSEN
W10175 HWY 127
PORTAGE, WI 53901

97586   0064678-00   S#0008587
JACK A JENSEN CUST
NATHAN H JENSEN
W10175 HWY 127
PORTAGE, WI 53901

97586   0064679-00   S#0008588
JACK A JENSEN CUST
VALERIE G JENSEN
W10175 HWY 127
PORTAGE, WI 53901

97586   0064680-00   S#0006823
JACK C WILDE &
R JEANETTE WILDE JTTEN
1912 SCENIC
MARYVILLE, TN 37803-6369

97586   0064681-00   S#0002986
JACK COSTI &
JANICE COSTI JT TEN
82-30 214TH ST
HOLLIS HILLS, NY 11427

97586   0064682-00   S#0006544
JACK D HANSEN CUST
REBECCA JEAN BUTTS
2009 CALUSA LAKES BLVD
NOKOMIS, FL 34275

97586   0064683-00   S#0006545
JACK D HANSEN CUST
SAMUEL THOMAS BUTTS
2009 CALUSA LAKES BLVD
NOKOMIS, FL 34275

97586   0064684-00   S#0006546
JACK D HANSEN CUST
SUSAN MICHELLE BUTTS
2099 CALUSA LAKES BLVD
NOKOMIS, FL 34275

97586   0064685-00   S#0002448
JACK DWECK CUST
BENJAMIN DWECK
9 NORMANDY LANE
SCARSDALE, NY 10583-7620

97586   0064686-00   S#0001229
JACK FISCHETTI
245 MAPLEWOOD AVE
BOGOTA, NJ 07603

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064687-00   S#0004657<br>JACK GOLDSTEIN &<br>MARIAN GOLDSTEIN JT TEN<br>13828 VINTAGE LANE<br>SILVER SPRING, MD 20906 | 97586    0064688-00   S#0004660<br>JACK GOLDSTEIN &<br>MARIAN GOLDSTEIN JT TEN<br>13828 VINTAGE LANE<br>SILVER SPRING, MD 20906-2240 | 97586    0064689-00   S#0010892<br>JACK H DUNN CUST<br>ALLISON MARIE DUNN<br>2100 N ROSEMONT<br>TUCSON, AZ 85712 |
| 97586    0064690-00   S#0011847<br>JACK HUGHES CUST KENNETH<br>DAVID GONZALES UTMA CA/21<br>2217 CHANNEL RD<br>NEWPORT BCH, CA 92661-1509 | 97586    0064691-00   S#0012778<br>JACK J HARRINGTON &<br>BONNIE L HARRINGTON<br>810 TARROGANA DR<br>TRACY, CA 95376 | 97586    0064692-00   S#0011143<br>JACK LEON BARR TTEE<br>FBO THE JACK LEON BARR TRUST<br>10812 BRADDOCK DR<br>CULVER CITY, CA 90230 |
| 97586    0064693-00   S#0011535<br>JACK M ROSS CUST<br>ACF DAN ROSS<br>1918 GENESEE DR<br>LA VERNE, CA 91750-2038 | 97586    0064694-00   S#0012382<br>JACK MECHLING<br>1158 PARK AVE APT A<br>ALAMEDA, CA 94501-5255 | 97586    0064695-00   S#0001370<br>JACK PENSABENE CUST<br>JOSEPH PENSABENE<br>4 VIRGINIA AVE<br>HAZLET, NJ 07730-2221 |
| 97586    0064696-00   S#0001369<br>JACK PENSABENE CUST<br>KYLE WILLIAMS<br>4 VIRGINIA AVE<br>HAZLET, NJ 07730-2221 | 97586    0064697-00   S#0005158<br>JACK REIBER CUST<br>JOSEPH REIBER UTMG/FL<br>3705 PALMA CAIA COURT<br>TAMPA, FL 23629 | 97586    0064698-00   S#0003898<br>JACK ROBERT HEWETT<br>206 BEAVER RUN RD<br>APOLLO, PA 15613 |
| 97586    0064699-00   S#0007849<br>JACK ROBERT WHITE<br>172 JONES ST<br>MT CLEMENS, MI 48043-1729 | 97586    0064700-00   S#0010579<br>JACK S TIPTON<br>8163 EVERETT ST<br>ARVADA, CO 80005 | 97586    0064701-00   S#0003305<br>JACK SILVERMAN<br>C/O DR M SILVERMAN<br>5015 MERRICK RD<br>MASSAPEQUA, NY 11758 |
| 97586    0064702-00   S#0008712<br>JACK V BAITINGER &<br>PENNY L BAITINGER JT TEN<br>6120 SIERRA CIR<br>EXCELSIOR, MN 55331-8131 | 97586    0064703-00   S#0007172<br>JACK VEIT<br>105 WEEPING WILLOW DR<br>CAREY, OH 43316-1300 | 97586    0064704-00   S#0010856<br>JACK W GRAHAM &<br>GAYLE W GRAHAM<br>JT TEN<br>15111 E PALOMINO BLVD<br>FOUNTAIN HILLS, AZ 85268-4814 |
| 97586    0064705-00   S#0004492<br>JACK W WEYANT CUST<br>TIMOTHY D WEYANT<br>13605 BRIDGELAND LANE<br>CLIFTON, VA 20124 | 97586    0064706-00   S#0012073<br>JACK WAYNE HOGUE<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 | 97586    0064707-00   S#0012091<br>JACK WILLIAMS CUST<br>JASON SCOTT WILLIAMS<br>7801 REVELSTORE<br>BAKERSFIELD, CA 93309-5312 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064708-00   S#0001186
JACK ZAKIM CUST
NOAH DOV ZAKIM
1000 S MAPLE AVE
GLEN ROCK, NJ 07452

97586    0064709-00   S#0009640
JACKIE L NICKELSON CUST
ERIC W NICKELSON
11328 NICKELSON DR
ST GENEVIEVE, MO 63670

97586    0064710-00   S#0005231
JACKIE LOU CHICO CUST
KRISTOPHER K BLAZIER
516 ELM ST
WILLIAMSON, WV 25661-3321

97586    0064711-00   S#0007288
JACKIE WAGNER CUST
FBO ELIZABETH N WAGNER
3322 W 155TH ST
CLEVELAND, OH 44111

97586    0064712-00   S#0007289
JACKIE WAGNER CUST
FBO JAMES J WAGNER JR
3322 W 155TH ST
CLEVELAND, OH 44111

97586    0064713-00   S#0004151
JACKSON J CRAVATS TTEE
THE JACKSON J CRAVATS &
BLANCHE M CRAVATS TR # 1
1833 MEADOWBROOK RD
ABINGTON, PA 19001-2015

97586    0064714-00   S#0002457
JACLYN DOROTHY MONACO
53 FREMONT RD
NORTH TARRYTOWN, NY 10591

97586    0064715-00   S#0000493
JACOB A OUILLETTE
BOX 616
YORK, ME 03909-0616

97586    0064716-00   S#0002588
JACOB DICK PROFIT-SHARING PLAN
FBO JACOB DICK JACOB DICK TR
270-20W
GRAND CENTRAL PKWY
FLORAL PARK, NY 11005-1109

97586    0064717-00   S#0012777
JACOB I FRIEDRICH
6206 DEER RIDGE PL
RIVERBANK, CA 95367

97586    0064718-00   S#0001634
JACOB N GHAUL
F8 ARCADIA COURT
EASTAMPTON, NJ 08060

97586    0064719-00   S#0011793
JACOB R BASGALL
24661 MANTEE PL
MORENO VALLEY, CA 92553

97586    0064720-00   S#0012083
JACOB TALBERT
2705 WORTHINGTON AVE
BAKERSFIELD, CA 93308-1542

97586    0000712-00   S#0002113
JACOVIDES, JAMES L
100 W 89TH ST #7F
NEW YORK, NY 10024

97586    0064721-00   S#0005680
JACQUELINE AVELLO
10 SPRINGHOUSE COURT
CARTERSVILLE, GA 30120

97586    0064722-00   S#0002698
JACQUELINE DATO
104 AINSLIE ST APT 1
BROOKLYN, NY 11211

97586    0064723-00   S#0004828
JACQUELINE DIPIETRO CUST
DEAN ANTHONY DIPIETRO
9032 FIELDCHAT RD
BALTIMORE, MD 21236

97586    0064724-00   S#0004827
JACQUELINE DIPIETRO CUST
JOSEPH DIPIETRO JR
9032 FIELDCHAT RD
BALTIMORE, MD 21236

97586    0064725-00   S#0004761
JACQUELINE F NEIBURGER CUST
UPHAR D NEIBURGER
6608 DARNELL RD
RUXTON, MD 21204

97586    0064726-00   S#0002140
JACQUELINE FOX CUST
TAYLOR LEVIN
351 E 84TH ST
NEW YORK, NY 10028

97586    0064727-00   S#0006278
JACQUELINE J GERO CUST
SCOTT EVAUL
9850 NW 10 CT
PLANTATION, FL 33322-4853

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586  0064728-00  S#0009137<br>JACQUELINE J MARDOS &<br>JANET L BOJDA JT WROS<br>508 156TH PLACE<br>CALUMET CITY, IL 60409 | 97586  0064729-00  S#0007978<br>JACQUELINE L RAINS CUST<br>FOR JAMES M RAINES II<br>219 LINCOLN AVE<br>MONROE, MI 48162-2604 | 97586  0064730-00  S#0012044<br>JACQUELINE MICHELLE<br>ALEXANDER MONTGOMERY<br>304 DIXON AVE<br>BAKERSFIELD, CA 93304-3388 |
| 97586  0064731-00  S#0006265<br>JACQUELINE WHITE CUST<br>MARTINE REYES<br>5711 BAMBOO CIRCLE<br>TAMARAC, FL 33319-3561 | 97586  0064732-00  S#0008280<br>JACQUELYN M MIGDAL CUST<br>JASON P FUHRMAN<br>9127 GREYSTONE RD<br>KALAMAZOO, MI 49009 | 97586  0064733-00  S#0006016<br>JACQUELYN P SMITH<br>1304 NORTHLAKE DR<br>SANFORD, FL 32773-6106 |
| 97586  0064734-00  S#0006722<br>JACQUITTA C POWELL<br>18 EDGEFIELD RD<br>MOBILE, AL 36608-1806 | 97586  0064735-00  S#0003692<br>JACQULYN EADIE<br>539 N HAMLIN RD<br>HILTON, NY 14468 | 97586  0064736-00  S#0002299<br>JADE LUGO<br>1855 BOGART AVE A2<br>BRONX, NY 10462 |
| 97586  0064737-00  S#0000588<br>JADWIGA STROCZKOWSKI<br>25 LINDEN ST<br>NEW BRITAIN, CT 06051-2411 | 97586  0000698-00  S#0003642<br>JAECKLE FLEISCHMANN & MUGEL<br>TWELVE FOUNTAIN PLAZA<br>FLEET BUILDING<br>BUFFALO, NY 14202-2292 | 97586  0064738-00  S#0011247<br>JAGAT S LALLY CUST<br>AMRIK S LALLY<br>5531 PINERIDGE DRIVE<br>LA PALMA, CA 90623 |
| 97586  0064739-00  S#0001240<br>JAGDISH N SAXENA &<br>SANTOSH J SAXENA<br>19 WESTSIDE AVE<br>BERGENFIELD, NJ 07621-2835 | 97586  0064740-00  S#0003771<br>JAI ALAN PAWLAK<br>210 W STATE ST<br>OLEAN, NY 14760-2538 | 97586  0064741-00  S#0002655<br>JAIME BETANCOURT III<br>25 23 31ST AVE<br>ASTORIA, NY 11106 |
| 97586  0064742-00  S#0012505<br>JAIME VITAL<br>1604 136TH AVE<br>SAN LEANDRO, CA 94578 | 97586  0000699-00  S#0002609<br>JAMAICA BEARING CO INC<br>PO BOX 1080<br>NEW HYDE PARK, NY 11040 | 97586  0064743-00  S#0002755<br>JAMAR ANTONIO PATRICK VASQUEZ<br>2007 SURF AVE<br>APT 12D<br>BROOKLYN, NY 11224 |
| 97586  0064744-00  S#0000197<br>JAMES A AYUBE<br>12 1/2 BOARDMAN ST<br>SALEM, MA 01970 | 97586  0064745-00  S#0009349<br>JAMES A CHAPPELL<br>1260 W AMERICAN<br>FREEPORT, IL 61032 | 97586  0064746-00  S#0003774<br>JAMES A EYER<br>BOX 129<br>DUNDEE, NY 14837 |
| 97586  0064747-00  S#0010214<br>JAMES A GARCIA<br>9327 MOSS FARM LANE<br>DALLAS, TX 75243 | 97586  0064748-00  S#0011045<br>JAMES A GINSBURG<br>10960 WILSHIRE BLVD 1800<br>LOS ANGELES, CA 90024-3881 | 97586  0064749-00  S#0003612<br>JAMES A GORMLEY CUST<br>JAMES L GORMLEY<br>33 CRARY AVE<br>BINGHAMTON, NY 13905 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064753-00   S#0001436<br>JAMES A HILTON CUST<br>JOHN MINDER<br>32 MAIN ST<br>OCEANPORT, NJ 07757-1137 | 97586   0064750-00   S#0001333<br>JAMES A HILTON CUST<br>MICHAEL G HILTON<br>145 BROWNSDOCK RD<br>ATLANTIC HIGHLAND, NJ 07716 | 97586   0064751-00   S#0001446<br>JAMES A HILTON CUST<br>PARKER R HILTON<br>19 WASHINGTON AVE<br>RUMSON, NJ 07760-2036 |
| 97586   0064752-00   S#0001447<br>JAMES A HILTON CUST<br>PETER B HILTON JR<br>19 WASHINGTON AVE<br>RUMSON, NJ 07760-2036 | 97586   0064754-00   S#0010678<br>JAMES A KAISER &<br>HEIDI P KAISER<br>3563 PENNYROYAL LN<br>COLORADO SPGS, CO 80906-6104 | 97586   0064755-00   S#0008170<br>JAMES A KIRKLAND CUST<br>BARBARA KIRKLAND<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 |
| 97586   0064756-00   S#0008167<br>JAMES A KIRKLAND CUST<br>BRIAN BARNES<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 | 97586   0064757-00   S#0008168<br>JAMES A KIRKLAND CUST<br>CHERIE KIRKLAND<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 | 97586   0064758-00   S#0008166<br>JAMES A KIRKLAND CUST<br>MATHEW BARNES UGMA MI<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 |
| 97586   0064759-00   S#0008171<br>JAMES A KIRKLAND CUST<br>MELISSA KIRKLAND<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 | 97586   0064760-00   S#0008174<br>JAMES A KIRKLAND CUST<br>ROBERT KIRKLAND UGMA MI<br>2781 FARMBROOK TRL<br>OXFORD, MI 48371-2309 | 97586   0064761-00   S#0008173<br>JAMES A KIRKLAND CUST<br>SARAH KIRKLAND<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 |
| 97586   0064762-00   S#0008169<br>JAMES A KIRKLAND CUST<br>THOMAS COLEMAN<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 | 97586   0064763-00   S#0008172<br>JAMES A KIRKLAND CUST<br>ZACK COLEMAN<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 | 97586   0064764-00   S#0008165<br>JAMES A KIRKLAND CUST<br>ZEKE COLEMAN<br>2781 FARMBROOK TRL<br>OXFORD, MI 48370-2309 |
| 97586   0064765-00   S#0010580<br>JAMES A KLINGENMEIER CUST<br>MAELYN KLINGENMEIER<br>11279 E ALASKA PL<br>AURORA, CO 80012 | 97586   0064766-00   S#0010581<br>JAMES A KLINGENMEIER CUST<br>WILLIAM F KLINGENMEIER<br>11279 E ALASKA PL<br>AURORA, CO 80012 | 97586   0064767-00   S#0003778<br>JAMES A MOODY<br>201 DATES DR<br>ITHACA, NY 14850 |
| 97586   0064768-00   S#0009179<br>JAMES A MOORE<br>605 IOWA AVE<br>AURORA, IL 60506 | 97586   0064769-00   S#0001802<br>JAMES A MORGART<br>7 PEACH ORCHARD DR<br>E BRUNSWICK, NJ 08816 | 97586   0064770-00   S#0007711<br>JAMES A SIMANTS<br>1742 OLIVER ST<br>WHITING, IN 46394 |
| 97586   0064771-00   S#0009746<br>JAMES A SLOUGH<br>BOX 763<br>LAWRENCE, KS 66044 | | |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064774-00   S#0010067
JAMES A STAPP CUST
ELIZABETH VIRGINIA
KATHERINE STAPP
BOX 76475
OKLAHOMA CITY, OK 73147

97586    0064772-00   S#0010066
JAMES A STAPP CUST
HALLIE MARIE LOTTIE STAPP
BOX 76475
OKLAHOMA CITY, OK 73147

97586    0064773-00   S#0010068
JAMES A STAPP CUST
JAMES DEWEY WAYNE STAPP
BOX 76475
OKLAHOMA CITY, OK 73147

97586    0064775-00   S#0012169
JAMES ALLEN JOSEPH
5089 N VAN NESS BLVD
FRESNO, CA 93711

97586    0064776-00   S#0002708
JAMES ARMENTI
1962 85TH ST
BROOKLYN, NY 11214

97586    0064777-00   S#0007069
JAMES B CARMICAL
208 SUNNY ACRES
HARLAN, KY 40831

97586    0064778-00   S#0007070
JAMES B CARMICAL CUST
CASEY CARMICAL
208 SUNNY ACRES
HARLAN, KY 40831

97586    0064779-00   S#0007068
JAMES B CARMICAL CUST
CLAY CARMICAL
208 SUNNY ACRES
HARLAN, KY 40831

97586    0064780-00   S#0007821
JAMES B CHARNOCK
631 BIRD AVE
BIRMINGHAM, MI 48009-2011

97586    0064781-00   S#0007642
JAMES B CHURCH
5251 MT PLEASANT N DRIVE
GREENWOOD, IN 46142

97586    0064782-00   S#0000862
JAMES B CUMMINGS CUST
JUSTIN CUMMINGS UGMA NY
8 DEWART RD
GREENWICH, CT 06830-3417

97586    0064783-00   S#0000476
JAMES B FRANK CUST JASON R
FRANK
NORCROSS LANDING
BOX 206
W CHSTRFIELD, NH 03466

97586    0064784-00   S#0005125
JAMES B JACOBS
1488 SANDBRIDGE RD
VIRGINIA BEACH, VA 23456-4024

97586    0064785-00   S#0007395
JAMES B PALMQUIST IV
3500 OLD HICKORY LN
MEDINA, OH 44256

97586    0064786-00   S#0003600
JAMES BEAVAN &
NORMA BEAVAN
JT TEN
904 BROAD ST
ENDICOTT, NY 13760-5104

97586    0064787-00   S#0013567
JAMES BEERNAERTS
7 APPELMANS BAY
WINNIPEG, MB R2N 3A6
CANADA

97586    0064788-00   S#0002862
JAMES BORSIC
246-19 CAMBRIA AVE
FLUSHING, NY 11362-1227

97586    0064789-00   S#0010972
JAMES BURNS
4775 S TOPAZ ST #156
LAS VEGAS, NV 89121

97586    0064790-00   S#0012705
JAMES C BOWEN
763 BELLEROSE DR
SAN JOSE, CA 95128-1414

97586    0064791-00   S#0003911
JAMES C DEWAR JR
1605 SCALP AVE
JOHNSTOWN, PA 15904

97586    0064792-00   S#0012840
JAMES C FERGUSON CUST
RICHARD IAN FERGUSON
1874 HIDDENVIEW LANE
ROSEVILLE, CA 95661-5806

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064793-00  S#0001883
JAMES C GRADY
58 ORIOLE LANE
BRANCHBURG, NJ 08874

97586    0064794-00  S#0011385
JAMES C LUTHER &
MARIAN MANCUSO
JT TEN
13862 PADDOCK ST
SYLMAR, CA 91342

97586    0064795-00  S#0005833
JAMES C MANNING III
2207 YOUNG DR
VALDOSTA, GA 31602

97586    0064796-00  S#0005264
JAMES C MARSHALL &
LINDA E MARSHALL JT TEN
218 DOGWOOD DR
KING, NC 27021

97586    0064797-00  S#0004376
JAMES C MURDOUGH CUST
ADAM C MURDOUGH UGMA/PA
PO BOX75
ROBESONIA, PA 19551

97586    0064798-00  S#0001430
JAMES C PERRY
521 N RIVERSIDE DR
SHARK RIVER HLLS, NJ 07753

97586    0064799-00  S#0003160
JAMES C STIEGELBAUER
25 PINECONE LN
WESTBURY, NY 11590-6204

97586    0064800-00  S#0008616
JAMES C SYVERSON &
PATTI J SYVERSON
JT TEN
416 STELTING ST
SPARTA, WI 54656

97586    0064801-00  S#0010543
JAMES CARMAN
1213 SILVERTON CT
AUSTIN, TX 78753

97586    0064802-00  S#0005725
JAMES CARTER
48  FLORENCE DRIVE
NEWMAN, GA 30263

97586    0064803-00  S#0003919
JAMES CASTIGLIONE
BOX 228
FARRELL, PA 16121

97586    0064804-00  S#0004711
JAMES CASTO CUST
CRYSTAL CASTO
343 BEAGHAN DR
GLEN BURNIE, MD 21060

97586    0064805-00  S#0004710
JAMES CASTO CUST
JASON CASTO
343 BEAGHAN DR
GLEN BURNIE, MD 21060

97586    0064806-00  S#0009875
JAMES CONRADT
3231 FOX HOLLOW
LINCOLN, NE 68506

97586    0064807-00  S#0010824
JAMES COOK
25661 MAKAPUU PL
CASA GRANDE, AZ 85222

97586    0064808-00  S#0009168
JAMES CRAIG GIES CUST
JAMES CRAIG GIES II
8815 BERKELEY COURT DR
ORLAND PARK, IL 60462-2090

97586    0064809-00  S#0000699
JAMES D FETCHO
462 NONOPOGE RD
FAIRFIELD, CT 06432-7250

97586    0064810-00  S#0003908
JAMES D HOLTZMAN
76 PENROD ST
JOHNSTOWN, PA 15902

97586    0064811-00  S#0012925
JAMES D HUDSON &
ERIKA M HUDSON &
TIMOTHY J HUDSON
2453 ATHENS AVE
REDDING, CA 96001-2838

97586    0064812-00  S#0009661
JAMES D LOWMAN CUST
JAMES L LOWMAN
4821 TIERNEY
INDEPENDENCE, MO 64055-6343

97586    0064813-00  S#0012770
JAMES D LYNCH CUST
CHRISTOPHER D LYNCH
3913 ZAKESSIAN CT
MODESTO, CA 95356

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064814-00   S#0007702<br>JAMES D NAPIWOCKI &<br>VICTORIA S NAPIWOCKI JTTEN<br>0706 E 400 N<br>LA PORTE, IN 46350 | 97586    0064815-00   S#0002735<br>JAMES D NOBLE CUST<br>JAMES K NOBLE UGMA NY<br>151 DAHILL RD<br>BROOKLYN, NY 11218 | 97586    0064816-00   S#0011895<br>JAMES D STEINMETZ CUST<br>CHELSEA LANGE DIEFENBACH<br>1332 LUNA LANE<br>SANTA ANA, CA 92705 |
| 97586    0064817-00   S#0011894<br>JAMES D STEINMETZ CUST<br>COLE JAMES STEINMETZ<br>1332 LUNA LANE<br>SANTA ANA, CA 92705 | 97586    0064818-00   S#0011892<br>JAMES D STEINMETZ CUST<br>ERIN PAIGE DIEFENBACH<br>1332 LUNA LANE<br>SANTA ANA, CA 92705 | 97586    0064819-00   S#0011893<br>JAMES D STEINMETZ CUST<br>GRAYDON THOMAS DIEFENBACH<br>1332 LUNA LANE<br>SANTA ANA, CA 92705 |
| 97586    0064820-00   S#0011891<br>JAMES D STEINMETZ CUST<br>MORGAN MARIE STEINMETZ<br>1332 LUNA LANE<br>SANTA ANA, CA 92705 | 97586    0064821-00   S#0008144<br>JAMES D STUART C/F<br>ALANA K STUART MI/UGMA<br>30112 11 MILE RD<br>FARMINGTON HILLS, MI 48336 | 97586    0064822-00   S#0008145<br>JAMES D STUART C/F<br>ALEXANDER J STUART MI/UGMA<br>30112 11 MILE RD<br>FARMINGTON HILLS, MI 48336 |
| 97586    0064823-00   S#0004010<br>JAMES D WALKER &<br>PENNY A WALKER<br>JT TEN<br>16 BENTLEY LANE<br>LITITZ, PA 17543-8400 | 97586    0064824-00   S#0002116<br>JAMES D WILLIAMS<br>162 W 80TH, APT 6PHA<br>NEW YORK, NY 10024 | 97586    0064825-00   S#0012140<br>JAMES DARREL HUBBERD &<br>REESE HUBBARD JT TEN<br>45 B STREET<br>EDWARD AFB, CA 93525 |
| 97586    0064826-00   S#0004415<br>JAMES DAVIS JR<br>24 CRADLE RD<br>NEWARK, DE 19713 | 97586    0064827-00   S#0002276<br>JAMES DAVIS JR<br>347 DEMOREST AVE<br>STATEN ISLAND, NY 10314 | 97586    0064828-00   S#0004485<br>JAMES DELGADO CUST<br>EMILIANA DELGADO<br>03804 17TH ST NE<br>WASHINGTON, DC 20018 |
| 97586    0064829-00   S#0000081<br>JAMES DELUCA CUST<br>LAUREN ANN DELUCA<br>21 ROUND TABLE RD<br>SHREWSBURY, MA 01545 | 97586    0064830-00   S#0004635<br>JAMES DEVEREAUX<br>19525 BURLINGAME WAY<br>GAITHERSBURG, MD 20879 | 97586    0064831-00   S#0009790<br>JAMES DWIGHT THOMAS<br>3029 AMMHERST AVE<br>MANHATTAN, KS 66503 |
| 97586    0064832-00   S#0011703<br>JAMES E ANDERSON<br>11053 DELPHINUS WAY<br>SAN DIEGO, CA 92126 | 97586    0064833-00   S#0004864<br>JAMES E BECK &<br>THERESA K BECK<br>7133 LINGANORE RD<br>FREDERICK, MD 21701-4735 | 97586    0064834-00   S#0005195<br>JAMES E COMER<br>RTE 1 BOX 483 F<br>MONETA, VA 24121 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064835-00   S#0008781<br>JAMES E DOLL<br>5616 CODE AVE<br>EDINA, MN 55436-2459 | 97586    0064836-00   S#0002158<br>JAMES E HAUSHALTER<br>718 WEST 178 ST<br>APT 27<br>NEW YORK, NY 10033 | 97586    0064837-00   S#0003572<br>JAMES E HERRMANN<br>104 LAWDON ST<br>NORTH SYRACCUSE, NY 13212-2021 |
| 97586    0064838-00   S#0011879<br>JAMES E KUHTER &<br>CONSTANCE J KUHTER JT TEN<br>26755 RABIDA CIRCLE<br>MISSION VIEJO, CA 92691 | 97586    0064839-00   S#0000282<br>JAMES E LAPOINTE<br>3 GLENWOOD WAY<br>QUINCY, MA 02169 | 97586    0064840-00   S#0006936<br>JAMES E LONG<br>125 OAKDALE ST<br>FLORENCE, MS 39073 |
| 97586    0064841-00   S#0007020<br>JAMES E MULLOY III CUST<br>BRITTANY MORGAN MULOY<br>4409 AMELIA CT<br>LOUISVILLE, KY 40241 | 97586    0064842-00   S#0006740<br>JAMES E MYERS CUST<br>JOHN J MYERS UGMA/TN<br>610 TYNEBRAE DR<br>FRANKLIN, TN 37064 | 97586    0064843-00   S#0006075<br>JAMES E NORTH<br>2620 ADDINGTON CIR<br>ROCKLEDGE, FL 32955-6510 |
| 97586    0064844-00   S#0006548<br>JAMES E OTTAVIANO III<br>BOX 20693<br>SARASOTA, FL 34276 | 97586    0064845-00   S#0004468<br>JAMES E PASSWATERS JR<br>714 WOODLAWN AVE<br>SEAFORD, DE 19973-1238 | 97586    0064846-00   S#0013137<br>JAMES E POWELL CUST<br>ACF NICHOLAS J POWELL<br>BOX 498<br>GRANTS PASS, OR 97526-0042 |
| 97586    0064847-00   S#0009404<br>JAMES E SIBLEY &<br>DIANE E SIBLEY<br>1305 BUTTERNUT CT<br>METAMORA, IL 61548-9094 | 97586    0064848-00   S#0007091<br>JAMES E STAHL<br>232 W THIRD<br>BOX 365<br>MAYSVILLE, KY 41056-1015 | 97586    0064849-00   S#0007041<br>JAMES E THORNTON<br>212 N MAIN ST<br>OWENTON, KY 40359 |
| 97586    0064850-00   S#0001212<br>JAMES E. BAXTER C/F<br>DANIEL J. BAXTER UGMA NJ<br>681 TERRACE HEIGHTS<br>WYCKOFF, NJ 07481 | 97586    0064851-00   S#0007065<br>JAMES EARL HURST<br>BOX 21889<br>LEXINGTON, KY 40522 | 97586    0064852-00   S#0002387<br>JAMES EDWARD DOOLEY<br>11 CHESTNUT DR<br>MAHOPAC, NY 10541 |
| 97586    0064853-00   S#0006810<br>JAMES EDWARD KELLY JR<br>161 LESTER HEIGHTS RD<br>JOHNSON CITY, TN 37615 | 97586    0064854-00   S#0007551<br>JAMES EDWARD TOLBERT JR CUST<br>JAMES TREY TOLBERT OTMA<br>9820 WINNEBAGO TRAIL<br>CINCINNATI, OH 45241 | 97586    0064855-00   S#0007552<br>JAMES EDWARD TOLBERT JR CUST<br>JENNIFER DAWN TOLBERT<br>9820 WINNEGABO TRAIL<br>CINCINNATI, OH 45241 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064856-00   S#0010194
JAMES ELLIOTT
2200 WALDEN PL
MESQUITE, TX 75181

97586   0064857-00   S#0001873
JAMES F BARBA JR &
MARYBETH BARNA JT TEN
14 DUSKO DR
PARLIN, NJ 08859-2023

97586   0064858-00   S#0011887
JAMES F EGNER CUST
JEFFREY EGNER
28762 WALNUT GROVE
MISSION VIEJO, CA 92692-1077

97586   0064859-00   S#0006305
JAMES F GINCHEREAU
2585 CONROY DRIVE
WEST PALM BEACH, FL 33403

97586   0064860-00   S#0000117
JAMES F INGRAHAM IV
49 HAMMOND ST
ACTON, MA 01720

97586   0064861-00   S#0004919
JAMES F LEE CUST
DANIEL ADAM LEE
5218 PUMPHREY DR
FAIRFAX, VA 22032-2625

97586   0064862-00   S#0009218
JAMES F MOORE &
CAROL ANN MOORE
JT TEN
212 MAGNOLIA DR
NORTH AURORA, IL 60542

97586   0064863-00   S#0004192
JAMES F MURTHA CUST
RYAN LINKE
311 ROOSEVELT AVE
FOLSOM, PA 19033-3132

97586   0064864-00   S#0002269
JAMES F RAGUSA C/F
KIANA SKY RAGUSA UGAM NY
C/O THUNDERHORSE AND SKY
22 JEFFERSON BLVD
STATEN ISLANS, NY 10312

97586   0064865-00   S#0008658
JAMES FAIR
2672 HIDDEN NOLE
RED WING, MN 55066

97586   0064866-00   S#0001963
JAMES FELDER
APT 7F
295 PARK AVESOUTH
NEW YORK, NY 10010

97586   0064867-00   S#0003966
JAMES FELICIANO
29 SCOUT LANE
HUMMELSTOWN, PA 17036

97586   0064868-00   S#0013466
JAMES FEWER
4971 LAKE RD
DOLLARD DES ORMEAUX, QC H9G 1G9
CANADA

97586   0064869-00   S#0003172
JAMES G CLIFFORD CUST
ANDREW ERIKSEN
578 PINTO ST
NORTH BABYLON, NY 11703

97586   0064870-00   S#0004383
JAMES G DRACOULES
300 SHAKESPEAR DR
SINKING SPRING, PA 19608-1726

97586   0064871-00   S#0004380
JAMES G DRACOULES CUST
CHRISTOPHER L BEILHART
2903 REGENCY DR
SINKING SPRING, PA 19608

97586   0064872-00   S#0007431
JAMES G FOGARTY
3110 HALSEY DR
WARREN, OH 44483

97586   0064873-00   S#0008468
JAMES G LYNCH CUST
RYAN J LYNCH
15320 W FENWAY DR
NEW BERLIN, WI 53151

97586   0064874-00   S#0008213
JAMES G WILBER
2061 W MAPLE
FLINT, MI 48507-3501

97586   0064875-00   S#0008214
JAMES G WILBER CUST
ACF DAVID A WILBER
2061 W MAPLE
FLINT, MI 48507-3501

97586   0064876-00   S#0003932
JAMES G WILMOTH CUST
ANDREW R WILMOTH
RD 2 JONESHILL BOX 164
SUGAR GROVE, PA 16350-9214

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0064877-00   S#0002896<br>JAMES GARCIA &<br>SUSAN GARCIA<br>88-11 34 AVE<br>APT 3L<br>JACKSON HTS, NY 11372-3433 | 97586   0064878-00   S#0009832<br>JAMES GERTKEN CUST<br>FBO JON THOMAS GERTKEN<br>2901 N LORRAINE BLDG B STE A<br>HUTCHINSON, KS 67502 | 97586   0064879-00   S#0009833<br>JAMES GERTKEN CUST<br>FBO MATTHEW CHARLES GERTKEN<br>2901 N LORRAINE BLDG B STE 2<br>HUTCHINSON, KS 67502 |
| 97586   0064880-00   S#0010161<br>JAMES H ABBOTT &<br>ANN WOODS JTTEN<br>935 N BLAYLOCK CIR<br>IRVING, TX 75061-7319 | 97586   0064881-00   S#0009489<br>JAMES H BOARMAN &<br>TINA M BOARMAN<br>RR 2<br>PAWNEE, IL 62558 | 97586   0064882-00   S#0008972<br>JAMES H BOLKER CUST<br>JEREMY BOLKER<br>BOX 6779 RFD<br>LONG GROVE, IL 60047 |
| 97586   0064883-00   S#0009412<br>JAMES H BROWDER II<br>BOX 4011<br>PEORIA, IL 61607 | 97586   0064884-00   S#0003435<br>JAMES H LEGGETT &<br>PAULINE K LEGGETT JT TEN<br>108 S ARROW ST<br>SCHENECTADY, NY 12304 | 97586   0064885-00   S#0000033<br>JAMES H MCINERNY &<br>IRENE P MCINERNY<br>JT TEN<br>310 BLISSWOOD VILLAGE DR<br>LUDLOW, MA 01056-2377 |
| 97586   0064886-00   S#0009941<br>JAMES H PAGONES &<br>SARA L PAGONES<br>110 ROYAL DR<br>SLIDELL, LA 70460 | 97586   0064887-00   S#0013245<br>JAMES H PEPPAN<br>1109 N.E. 187TH ST<br>SEATTLE, WA 98155 | 97586   0064888-00   S#0006490<br>JAMES HAICK JR CUST<br>JAMES HAICK III<br>9110 BAYBERRY BND APT 103<br>FT MYERS, FL 33908-6252 |
| 97586   0064889-00   S#0003788<br>JAMES HARE CUST<br>ARRON HARE<br>464 CYPRESS ST<br>ELMIRA, NY 14904 | 97586   0064890-00   S#0005395<br>JAMES HARRIS<br>4411 CHAPEL HILL BLVD<br>DURHAM, NC 27707-2667 | 97586   0064891-00   S#0001961<br>JAMES HARRIS FELDER<br>295 PARL  AVE APT 7F<br>NEW YORK, NY 10010 |
| 97586   0064892-00   S#0000348<br>JAMES HENRY ALEXANDRE<br>BOX 1817<br>NANTUCKET, MA 02554 | 97586   0064893-00   S#0003502<br>JAMES J CONWAY<br>155 GREGORY RD<br>MONTICELLO, NY 12701 | 97586   0064894-00   S#0001871<br>JAMES J FARLEY<br>56 RICHARDS DR<br>PARLIN, NJ 08859 |
| 97586   0064895-00   S#0008457<br>JAMES J FUCHS CUST<br>THOMAS J FUCHS<br>4129 THORNCREST DR<br>FRANKLIN, WI 53132 | 97586   0064896-00   S#0009214<br>JAMES J HIRCHAK C/F<br>JAMES DAVID HIRCHAK UGMA/IL<br>920- WATERCRESS DR<br>NAPERVILLE, IL 60540 | 97586   0064897-00   S#0012827<br>JAMES J IRVIN<br>5324 PACIFIC PALM COURT<br>FAIR OAKS, CA 95628 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0064898-00   S#0008469
JAMES J LYNCH CUST
PATRICK F LYNCH
15320 W FENWAY DR
NEW BERLIN, WI 53151

97586    0064899-00   S#0010594
JAMES J RYAN III
4860 BLUESKY DR
CASTLE ROCK, CO 80104-8617

97586    0064900-00   S#0012488
JAMES J ZOUREK III
203 BAY CREST DR
PITTSBURG, CA 94565-2289

97586    0064901-00   S#0011882
JAMES JACOB WALTON GORDON III
CUST JAMES W GORDON
22121 CANYON CREST DR
MISSION VIEJO, CA 92692

97586    0064902-00   S#0008374
JAMES JEAN-PARIS KIRBY
4009 UNIVERSITY AVE APT 2
DES MOINES, IA 50311-3549

97586    0064903-00   S#0003095
JAMES JOANNON
9 PRINCETON RD
ROCKVILLE CENTRE, NY 11570

97586    0064904-00   S#0005557
JAMES JOSEPH REAVES III
9 DUNVEGAN DR
CHARLESTON, SC 29414-6939

97586    0064905-00   S#0003148
JAMES K FRIEL CUST
JAMES K FRIEL JR
214 MUNRO BLVD
VALLEY STREAM, NY 11581-3442

97586    0064906-00   S#0008333
JAMES K MEAD CUST
DAVID JAMES MEAD
539 NORDBERG AVE NW
GRAND RAPIDS, MI 49504-4729

97586    0064907-00   S#0005730
JAMES KMENT
3772 HACKNEY DR
REX, GA 30273-1229

97586    0064908-00   S#0006050
JAMES KORKIS
2509 STRATFORD UPON AVON BLVD
ORLANDO, FL 32837

97586    0064909-00   S#0002038
JAMES KREISSMAN
C-O SIMPSON THACHER & BARTLETT
425 LEXINGTON AVE
NEW YORK, NY 10017

97586    0064910-00   S#0012891
JAMES KWONG
7732 ROBERTS RIVER WAY
SACRAMENTO, CA 95831

97586    0064911-00   S#0006790
JAMES L CARMAN CUST
J SHAWN CARMAN
RTE 1 BOX 254
ATHENS, TN 37303

97586    0064912-00   S#0010524
JAMES L OSBOURNE C/F
MATTHEW JAMES OSBOURNE UGMA TX
500 N BRYAN RD #I-6
MISSION, TX 78572-9300

97586    0064913-00   S#0010523
JAMES L OSBOURNE CUST
FOR ERIC RYAN OSBOURNE UGMA TX
500 N BRYAN RD #I-6
MISSION, TX 78572-9300

97586    0064914-00   S#0010844
JAMES L REDMAN CUST
JASON M REDMAN, UND THE AZ
UNIF TRANSF MINORS ACT
5933 E GRANDVIEW RD
SCOTTSDALE, AZ 85254-1293

97586    0064915-00   S#0000684
JAMES L REINHART
710 HADDAM QUARTER RD
DURHAM, CT 06422-1802

97586    0064916-00   S#0013489
JAMES L ROSS
849 BORONIA CRES
NEWMARKET, ON L3Y 5JB
CANADA

97586    0064917-00   S#0003764
JAMES L SHARPE
310 ARLINGTON AVE
JAMESTOWN, NY 14701-2108

97586    0064918-00   S#0012419
JAMES L SLONEKER &
CYNTHIA L SLONEKER
JT TEN
367 CONWAY DR
DANVILLE, CA 94526-5511

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0064919-00   S#0013073<br>JAMES L WOLFORD III<br>4105 N CASTLE AVE<br>PORTLAND, OR 97217 | 97586    0064920-00   S#0010566<br>JAMES LEE BROWN CUST<br>JAMES CHRISTOPHER BROWN<br>4712 BISHOPS CASTLE<br>MIDLAND, TX 79705 | 97586    0064921-00   S#0007638<br>JAMES LEE FISHER<br>3270 EAST POINTE DRIVE<br>FRANKLIN, IN 46131 |
| 97586    0064922-00   S#0007813<br>JAMES LEE FREES<br>2043 CLOVER DR<br>CRAWFORDSVILLE, IN 47933 | 97586    0064923-00   S#0009182<br>JAMES LEE OLESON<br>22 N ROYAL OAKS DR<br>BRISTOL, IL 60512 | 97586    0064924-00   S#0008201<br>JAMES LEWIS BOLES &<br>KATHY LEE BOLES<br>1511 WAGON WHEEL<br>GRAND BLANC, MI 48439-4848 |
| 97586    0064925-00   S#0007005<br>JAMES LILLIE JR &<br>SHARON LILLIE<br>2059 S SHELBY ST<br>LOUISVILLE, KY 40217-2128 | 97586    0064926-00   S#0009794<br>JAMES M BAUERSFELD CUST<br>FBO JAMES BAILEY BAUERSFELD<br>6441 SW 29<br>TOPEKA, KS 66614-0000 | 97586    0064927-00   S#0001637<br>JAMES M CARPENTER<br>337 S BROADWAY<br>PENNSVILLE, NJ 08070 |
| 97586    0064928-00   S#0002943<br>JAMES M DEMETRIOU CUST<br>MICHAEL G DEMETRIOU UNYUGMA<br>82-40 61ST DRIVE<br>MIDDLE VILLAGE, NY 11379 | 97586    0064929-00   S#0004535<br>JAMES M DODSON<br>4415 UNDERWOOD ST<br>HYATTSVILLE, MD 20782-1118 | 97586    0064930-00   S#0000524<br>JAMES M HILDEBRAND<br>BOX 111<br>BROOKLYN, ME 04616 |
| 97586    0064931-00   S#0008218<br>JAMES M JOZWIAK &<br>SUSAN D JOZWIAK JT TEN<br>6271 CHESTNUT LN<br>BURTON, MI 48519-1373 | 97586    0064933-00   S#0001191<br>JAMES M OZELLO C/F<br>ANDERSON R OZELLO UGMA/NJ<br>37 KENDALL DR<br>RINGWOOD, NJ 07456 | 97586    0064934-00   S#0008355<br>JAMES M PHILLIPS<br>1105 PINON DR APT 6<br>AMES, IA 50014-7941 |
| 97586    0064935-00   S#0005793<br>JAMES M REED CUST<br>AUBREE J CRUMLEY<br>4815 HIAWATHA DR<br>GAINSVILLE, GA 30506 | 97586    0064936-00   S#0005792<br>JAMES M REED CUST<br>JESSE CRUMLEY<br>4815 HIAWATHA DR<br>GAINSVILLE, GA 30506 | 97586    0064937-00   S#0005767<br>JAMES M WADE ACF<br>W PATRICK WADE A/M/U/L/GA<br>4141 N GLOUCESTER PL<br>CHAMBLEE, GA 30341-1249 |
| 97586    0064938-00   S#0002901<br>JAMES MAR<br>9206 48TH AVE<br>ELMHURST, NY 11373 | 97586    0064939-00   S#0006046<br>JAMES MARTIN VACHON &<br>JAMES R BERLIN JT TEN<br>8247 DEMING DR<br>ORLANDO, FL 32825 | 97586    0064940-00   S#0006787<br>JAMES MCCORKLE CUST FOR<br>MATTHEW A MELTON TUTMA<br>4941 STILLWOOD DR<br>NASHVILLE, TN 37220 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0064941-00  S#0009681
JAMES MICHAEL HARTLEROAD
6505 N ELMWOOD CT
KANSAS CITY, MO 64119

97586    0064942-00  S#0012047
JAMES MICOCCI
2819 CHRISTMAS TREE LANE
BAKERSFIELD, CA 93306

97586    0064943-00  S#0000973
JAMES MILLAR CUST
DANIEL H MILLAR
174 BAY AVE
GLEN RIDGE, NJ 07028

97586    0064944-00  S#0000974
JAMES MILLAR CUST
PETER T MILLAR
174 BAY AVE
GLEN RIDGE, NJ 07028

97586    0064945-00  S#0001176
JAMES MURPHY
50 PROSPECT AVE
POMPTON PLAINS, NJ 07444

97586    0064946-00  S#0004030
JAMES MURTIN
803 LIGHTSTREET RD
BLOOMSBURG, PA 17815-9530

97586    0064947-00  S#0013385
JAMES N JAMES CUST
CASEY A JAMES
BOX 3027
PALMER, AK 99645

97586    0064948-00  S#0002374
JAMES NARDELLI
RTE 6 & INDIAN HILL BLVD
JEFFERSON VALLEY, NY 10535

97586    0064949-00  S#0000311
JAMES NAUGHTON
142 CHURCH ST
MILTON, MA 02186-5029

97586    0064950-00  S#0007206
JAMES O HENRY
RFD 1 BOX 59
IRONDALE, OH 43932

97586    0064951-00  S#0013189
JAMES P ANDERBERG
4701 225TH PLACE SW
MOUNTLAKE TERRACE, WA 98043

97586    0064952-00  S#0002518
JAMES P HEADY
6 SUTHERLAND DR
HIGHLAND MLS, NY 10930-3010

97586    0064953-00  S#0007163
JAMES P MCMILLEN
1404 IRONWOOD DR
COLUMBUS, OH 43229

97586    0064954-00  S#0013042
JAMES P PERUZZO
1643 EAST 19TH ST
THE DALLES, OR 97058

97586    0064955-00  S#0001889
JAMES P VELLANTI
94 ATHENS AVE
SOUTH AMBOY, NJ 08879-2451

97586    0064956-00  S#0010547
JAMES PATRICK CASEY
8004 A GAULT
AUSTIN, TX 78758

97586    0064957-00  S#0010050
JAMES PATRICK ELDER CUST
FBO JAMES PAUL ELDER UTMA OK
3010 N WARREN
OKLAHOMA CITY, OK 73107

97586    0064958-00  S#0010052
JAMES PATRICK ELDER CUST FBO
BEN ELDER
3010 N WARREN
OKLAHOMA CITY, OK 73107

97586    0064959-00  S#0010051
JAMES PATRICK ELDER CUST FBO
ERIN ELDER
3010 N WARREN
OKLAHOMA CITY, OK 73107

97586    0064960-00  S#0002255
JAMES PHILIP CECALA
229 RIDGEWOOD AVE Q
STATEN ISLAND, NY 10312

97586    0064963-00  S#0005377
JAMES POLLAN CUST
HILARY POLLAN UNGMA/NC
6405 MARGATE COURT
RALEIGH, NC 27612 27612

97586    0064962-00  S#0005375
JAMES POLLAN CUST
SAMUEL POLLAN
6405 MARGATE COURT
RALEIGH, NC 27612

97586    0064964-00  S#0010941
JAMES R BLACK
1533 GARCIA
ALBUQ, NM 87112

97586    0064965-00  S#0007940
JAMES R BUCK CUST
FOR STEVEN J BUCK UGMA /MI
2411 DORIS DR
BRIGHTON, MI 48116

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064966-00   S#0008950
JAMES R CAMELI
1615 EASTON COURT
GURNEE, IL 60031

97586   0064967-00   S#0007350
JAMES R DURANEY &
KAREN M DURANEY
JT TEN
5548 SANDPIPER DR
PARMA, OH 44134-2029

97586   0064968-00   S#0007399
JAMES R GERREN
4200 MARKS AVE
ROOTSTOWN, OH 44272

97586   0064969-00   S#0002095
JAMES R GROSS
25 SUTTON PL S
NEW YORK, NY 10022

97586   0064970-00   S#0008645
JAMES R HACKSTOCK CUST
MATTHEW J HACKSTOCK
330 12TH ST
NEENAH, WI 54956-2821

97586   0064971-00   S#0008646
JAMES R HACKSTOCK CUST
ZACHARY J HACKSTOCK
330 12TH ST
NEENAH, WI 54956-2821

97586   0064972-00   S#0001055
JAMES R KEEGAN
74 PROSPECT PLACE
RUTHERFORD, NJ 07070-113

97586   0064973-00   S#0000063
JAMES R MULKEY JR CUST
JAMES R MULKEY III
PO BOX 388
LANESBORO, MA 01237-0388

97586   0064974-00   S#0013192
JAMES R PAIGE
CHERYL L PAIGE
4306 156TH AVE NE APT KK135
REDMOND, WA 98052

97586   0064975-00   S#0011737
JAMES R PERDUE CUST
NICHOLAS A PERDUE CA/UTMA
18361 CHAPAE LN
APPLE VALLEY, CA 92307

97586   0064976-00   S#0005321
JAMES R SHIRLEY
112 BRIERRIDGE DRIVE
APEX, NC 27502-4002

97586   0064977-00   S#0007190
JAMES R STEAD
1815 MT VERNON
TOLEDO, OH 43607

97586   0064978-00   S#0008392
JAMES R UNDERHILL
PO BOX 135
ONAWA, IA 51040-0135

97586   0064979-00   S#0008888
JAMES R VITULLO &
ROBERT D VITULLO JT TEN
407 N WILSHIRE LANE
ARLINGTON HEIGHTS, IL 60004

97586   0064980-00   S#0007649
JAMES R WALLIHAN
CHARLENE B WALLIHAN JTTEN
348 W 44TH ST
INDIANAPOLIS, IN 46208

97586   0064981-00   S#0013140
JAMES RAYMOND MC TEAR
512 ARIZONA AVE
BEND, OR 97701

97586   0064982-00   S#0009371
JAMES RITTER
502 EAST 10TH AVENUE
COAL VALLEY, IL 61240

97586   0064983-00   S#0002945
JAMES ROBERT DICZ
63-53 75TH ST
MIDDLE VILLAGE, NY 11379-1817

97586   0064984-00   S#0002946
JAMES ROBERT DICZ &
MICHAEL JOHN DIETZ
JT TEN
63-53 75TH ST
MIDDLE VILLAGE, NY 11379-1817

97586   0064985-00   S#0008860
JAMES RYAN CUST
STEFFEN RYAN U/ND/UTMA
HC 1 BOX 13
BALFOUR, ND 58712-9718

97586   0064986-00   S#0006192
JAMES S CASSEL CUST
SETH IAN CASSEL
5935 CHAPMAN FIELD DR
MIAMI, FL 33156

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0064987-00   S#0006601
JAMES S DABRUZZI AND
LINDA L DABRUZZI JTTEN
1821 DRIFTWOOD CIRCLE N
OLDSMAR, FL 34677

97586   0064988-00   S#0007147
JAMES S DAUBENMIRE CUST
ABIGAIL B DAUBENMIRE
9955 HOUNSDALE DR NW
PICKERINGTON, OH 43147

97586   0064989-00   S#0007148
JAMES S DAUBENMIRE CUST
ANDREW J DAUBENMIRE
9955 HOUNSDALE DR NW
PICKERINGTON, OH 43147

97586   0064990-00   S#0012905
JAMES S DUKE
4391 BURGESS DR
SACRAMENTO, CA 95838

97586   0064991-00   S#0005495
JAMES S ELDER &
PATRICIA H ELDER JTTEN
5 CHANCERY LN
WAYNESVILLE, NC 28786

97586   0064992-00   S#0005330
JAMES S J WANG CUST FBO
DANIEL WANG
1309 SEABROOK AVE
CARY, NC 27511-5723

97586   0064993-00   S#0009362
JAMES S JOURDIN &
O JERIENE JOURDIN
7637 LASABRE DR
ROCKFORD, IL 61103-7708

97586   0064994-00   S#0010673
JAMES S MAPLE CUST
KIRSTEN L MAPLE UGMA/TX
1136 52ND AVENUE CT
GREELEY, CO 80634-2111

97586   0064995-00   S#0011301
JAMES S SCHAEFER CUST
BRIAN LOUIS SCHAEFER
1411 DESCANSO DR
LA CANADA, CA 91011

97586   0064996-00   S#0009296
JAMES SCEHOVIC
5636 S MOODY
CHICAGO, IL 60638-3546

97586   0064997-00   S#0012930
JAMES SCHMIDT &
BARBARA SCHMIDT
JT TEN
10662 SWEDE CREEK RD
PALO CEDRO, CA 96073

97586   0064998-00   S#0001537
JAMES SILVESTRI
2350 RT 10 APT B-17
MORRIS PLAINS, NJ 07950

97586   0064999-00   S#0010248
JAMES SIMPSON
1735 RIDGEVIEW DR
ARLINGTON, TX 76012

97586   0065000-00   S#0004508
JAMES STEVENS CST JOHN STEVENS
BUDAPEST RESIDENT MISSION
THE WORLD BANK
1818 H STREET NW
WASHINGTON, DC 20433-0001

97586   0065001-00   S#0013076
JAMES STEWART
12503 SW 62ND
PORTLAND, OR 97219

97586   0065002-00   S#0002789
JAMES STILE CUST
ACF STEPHANIE STILE
0849 41ST ST
BROOKLYN, NY 11232-3854

97586   0065003-00   S#0001219
JAMES SULLIVAN JR
354 TOTOWA
PATERSON, NJ 07502

97586   0065004-00   S#0013287
JAMES T HUFF JR &
DONNA L HUFF
4480 W FRONE DR
BREMERTON, WA 98312

97586   0065005-00   S#0002557
JAMES T O'BRIEN
42 WASHINGTON AVE
SLOATSBURG, NY 10974

97586   0065006-00   S#0006803
JAMES THOMAS ARNOLD
3903 N QUAIL LANE
CHATTANOOGA, TN 37415-3956

97586   0065007-00   S#0001049
JAMES V MULLARNEY JR
94 BERDINE COURT
COLONIA, NJ 07067

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065008-00   S#0006423
JAMES V PARKER
7318 EGYPT LAKE DR
TAMPA, FL 33614-3410

97586   0065009-00   S#0000954
JAMES V SCARLATA CUST
EMRE P SCARLATA
6 EAST PKWY
CLIFTON, NJ 07014

97586   0065010-00   S#0004835
JAMES VAN HEEL
1605 MYAMBY AVE
BALTIMORE, MD 21286

97586   0065011-00   S#0009203
JAMES VINICKY &
SUSAN VINICKY JT TEN
5630 HARVEY
LA GRANGE, IL 60525

97586   0065012-00   S#0006736
JAMES W BELL JR
651 DUNLOP LANE
CLARKSVILLE, TN 37040

97586   0065013-00   S#0006563
JAMES W BUTSCHER JR
1008 S.E. 14TH ST
OCALA, FL 34471-3916

97586   0065014-00   S#0004430
JAMES W FERGUSON
309 W 39TH ST
WILMINGTON, DE 19802-2113

97586   0065015-00   S#0010159
JAMES W GUSE
1017 SANDRA LN
GRAND PRAIRIE, TX 75052

97586   0065016-00   S#0005134
JAMES W MILLER &
GIA M MILLER
JT TEN
5541 FAIR OAKS DR
VIRGINIA BEACH, VA 23464

97586   0065017-00   S#0005410
JAMES W PRIDGEN
1117 CHURCHILL AVE
WILSON, NC 27893

97586   0065018-00   S#0005261
JAMES W ROBINSON III
1404 MRYTLE ST
SUMMERSVILLE, WV 26651

97586   0065019-00   S#0002373
JAMES W RYAN
383 ELWOOD AVE
HAWTHORNE, NY 10532-1220

97586   0065020-00   S#0009912
JAMES WALTER HAAG
49 ASPHODEL DR
MARRERO, LA 70072

97586   0065021-00   S#0010113
JAMES WALTON PEVELER II
6506 S 93RD EAST AVE APT F
TULSA, OK 74133-1416

97586   0065022-00   S#0009445
JAMES WATSON &
WANDA WATSON
JT TEN
17 VICTORIA DR
GRANITE CITY, IL 62040

97586   0065023-00   S#0003080
JAMES WILLIAMS
1775 E BERKSHIRE RD
MERRICK, NY 11566

97586   0065024-00   S#0000768
JAMES ZYGMONT III
1220 WHITNEY AVE
APT 2B
HAMDEN, CT 06517

97586   0065025-00   S#0004507
JAMIE A GEGERSON
11404 LINKS DR
RESTON, VA 20190-4810

97586   0065026-00   S#0001171
JAMIE BLITZSTEIN CUST
JARED BLITZSTEIN
26 HILLTOP RD
NEWFOUNDLAND, NJ 07435-1502

97586   0065027-00   S#0001517
JAMIE CHESMAN CUST
DANIELLE CHESMAN
12 HOBART AVE
SUMMIT, NJ 07901-3619

97586   0000717-00   S#0002398
JAMIE J BLACK INC
35 QUAKER BRIDGE RD
OSSNING, NY 10562

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0065028-00   S#0007250
JAMIE J CASAREZ CUST
JOSHUA J SCHLAGER
1036 10TH STREET
LORAIN, OH 44052

97586   0065029-00   S#0001703
JAMIE J GOVE
595 FAVA DR
VINELAND, NJ 08360-6452

97586   0065030-00   S#0002560
JAMIE J PULLEY
90 SNEDEN PLACE WEST
SPRING VALLEY, NY 10977

97586   0065031-00   S#0006282
JAMIE KERZNER CUST
JEREMY SPENCER KERZNER
9260 NW 9TH CT
PLANATION, FL 33324

97586   0065032-00   S#0007877
JAMIE M STEWART
2317 BEECHWOOD AVE
ROYAL OAK, MI 48073-4005

97586   0065033-00   S#0007555
JAN E ARENSTEIN CUST
NOAH M ARENSTEIN
10325 STABLEHAND DR
CINCINNATI, OH 45242-4642

97586   0065034-00   S#0005526
JAN FAILE
RTE 3 BOX 59-B
WINNSBORO, SC 29180

97586   0065035-00   S#0009042
JAN LINDELL CUST
JONATHON L LINDELL
823 CHESTNUT
WILMETTE, IL 60091

97586   0065036-00   S#0005271
JAN M SMITH CUST
WARREN G SMITH
245 DONNA AVE
WINSTON SALEM, NC 27101-2105

97586   0065037-00   S#0008331
JAN MACHIELSE &
JOHANNA MACHIELSE JTTEN
631 WESTVIEW NW
GRAND RAPIDS, MI 49504

97586   0065038-00   S#0001507
JAN MICHAEL LAMIE
SUZANNE LAMIE JTTEN
7 PEPPER LN
SUCCASUNNA, NJ 07876-1015

97586   0065039-00   S#0007822
JAN SMYKOWSKI
7274 HELEN
CENTERLINE, MI 48015-1808

97586   0065040-00   S#0004875
JANA F HARDISON
11027 GRAY MARSH PL
IJAMSVILLE, MD 21754-9036

97586   0065041-00   S#0004248
JANAE A ALBERTS CUST
ACF SCOTT J ALBERTS
212 OLD FOREST RD
WYNNEWOOD, PA 19096-4018

97586   0065042-00   S#0003449
JANAINA CABRAL
HCR 1 BOX 39B
ELKA PARK, NY 12427

97586   0065043-00   S#0003737
JANE A WEERASINGHE CUST
IAN E WEERASINGHE
301 SOUTH LANDING ROAD
ROCHESTER, NY 14610

97586   0065044-00   S#0011527
JANE AGUILERA
15831 SAN JOSE AVE
LA PUENTE, CA 91744-4544

97586   0065045-00   S#0006737
JANE AMOROSO &
MARK AMOROSO
1430 HWY 70 E
DICKSON, TN 37055-2220

97586   0065046-00   S#0003620
JANE ANN RICE KIRSCH CUST
WILLIAM JOHN KIRSCH II
781 LAWRENCE AVENUE
EAST AURORA, NY 14052

97586   0065047-00   S#0004842
JANE BOWEN CUST
FBO THOMAS C BOWEN
WOODWINDS
1879 WHITEHALL RD
ANNAPOLIS, MD 21401-6130

97586   0065048-00   S#0003381
JANE C MANINGO C/F
DOUGLAS M MANINGO UGMA NY
76 EVERGREEN AVE
E MORICHES, NY 11940

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065049-00  S#0005233<br>JANE D FLOWER CUST<br>STEVEN LEE FLOWER<br>924 11TH AVE<br>HUNTINGTON, WV 25701-3431 | 97586   0065050-00  S#0005898<br>JANE D GANT<br>4553 REVELSTOKE DR<br>JACKSONVILLE, FL 32207 | 97586   0065051-00  S#0005142<br>JANE DOHRMANN CUST<br>JUSTIN B DOHRMANN<br>9602 MASON CREEK RD<br>NORFOLK, VA 23503 |
| 97586   0065052-00  S#0006687<br>JANE E DENIS CUST<br>CHRISTOPHER ONEAL<br>105 CEPHA DR<br>HAZEL GREEN, AL 35750 | 97586   0065053-00  S#0000624<br>JANE E ERIE  CUST<br>MATTHEW ERIE UGMA/CT<br>35 HARVEST HILL RD<br>WEST SIMSBURY, CT 06092-2224 | 97586   0065054-00  S#0000625<br>JANE E ERIE CUST<br>LUCAS C ERIE UGMA/CT<br>35 HARVEST HILL RD<br>WEST SIMSBURY, CT 06092-2224 |
| 97586   0065055-00  S#0013113<br>JANE F BEAUCHAMP CUST UTMA/OR<br>COLLIN R ZIMMERER-MAZZA<br>85882 MCBETH RD<br>EUGENE, OR 97405 | 97586   0065056-00  S#0013115<br>JANE F BEAUCHAMP CUT U/L/OR<br>FOR COLLIN MAZZA A MNR<br>85882 MCBETH RD<br>EUGENE, OR 97405-9606 | 97586   0065057-00  S#0012371<br>JANE FRANK CUST<br>J CONRAD FRANK<br>806 BARNESON AVE<br>SAN MATEO, CA 94402-3417 |
| 97586   0065058-00  S#0003955<br>JANE FROST CUST<br>CARL FROST<br>5 LAKE ROAD<br>RIDGEFIELD, CT 16877 | 97586   0065059-00  S#0008102<br>JANE L JACOBS<br>6890 DRAKE ROAD<br>WEST BLOOMFIELD, MI 48322 | 97586   0065060-00  S#0006011<br>JANE LEE FIELITZ CUST<br>MEREDITH ANNE FIELITZ<br>2448 HILLCREST TER<br>ORANGE CITY, FL 32763-8529 |
| 97586   0065061-00  S#0009953<br>JANE M VEAZEY CUST<br>ALYSSA C MILLER<br>4832 VEROT SCHOOL RD<br>YOUNGSVILLE, LA 70592-9122 | 97586   0065062-00  S#0009952<br>JANE M VEAZEY CUST<br>MALLORY M MILLER<br>4832 VEROT SCHOOL RD<br>YOUNGSVILLE, LA 70592-9122 | 97586   0065063-00  S#0005613<br>JANE MOLONEY INGLIS CUST<br>ALLICK WYLLIE INGLIS IV<br>17 A SAWMILL CREEK<br>BLUFFTON, SC 29910 |
| 97586   0065064-00  S#0001249<br>JANE S BOGERT CUST<br>JAKE M SHAFER UGMA NJ<br>104 EVERETT ROAD<br>DEMAREST, NJ 07627 | 97586   0065065-00  S#0011500<br>JANE SCHRAGE CUST<br>MICHAEL SCHRAGE<br>11938 OTSEGO ST<br>NORTH HOLLYWOOD, CA 91607 | 97586   0065066-00  S#0011531<br>JANE SHEN LEW CUST<br>CHRISTOPHER S LEW<br>BOX 5602<br>2248 S JESLEW CT<br>HACIENDA HGTS, CA 91745 |
| 97586   0065067-00  S#0011529<br>JANE SHEN LEW CUST<br>JONATHAN AARON LEW<br>BOX 5602<br>2248 S JESLEW CT<br>HACIENDA HGTS, CA 91745 | 97586   0065068-00  S#0003064<br>JANE SLOYER CUST<br>GABRIEL SLOYER<br>86 AUERBACH LN<br>LAWRENCE, NY 11559 | 97586   0065069-00  S#0000472<br>JANE TAYLOR CUST<br>JUDD SANDERS<br>24 BIRCH ST<br>KEENE, NH 03431 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065070-00   S#0000934<br>JANE VITART CUST<br>ALEXANDRE VITART<br>41 PARKIEW DR<br>BLOOMFIELD, NJ 07003 | 97586   0065071-00   S#0000933<br>JANE VITART CUST<br>CHANTAL M VITART<br>41 PARKVIEW DR<br>BLOOMFIELD, NJ 07003 | 97586   0065072-00   S#0001838<br>JANE WALSH CUST<br>SHAWN M WALSH<br>26 N 17TH AVE<br>MANVILLE, NJ 08835 |
| 97586   0065073-00   S#0002593<br>JANE WASLEY CUST<br>DAVID WASLEY<br>2 CHESTNUT DR<br>GREAT NECK, NY 11021 | 97586   0065074-00   S#0001231<br>JANE WINOGRAD CUST<br>FBO NOAH WINOGRAD<br>376 PARK AVE<br>LEONIA, NJ 07605 | 97586   0065075-00   S#0007516<br>JANEEN R RUTHERFORD CUST<br>JERIN M RUTHERFORD<br>3586 AKRON AVE<br>CINCINNATI, OH 45204-1155 |
| 97586   0065076-00   S#0000333<br>JANELL CROCE CUST<br>MARI E CROCE, UND THE MA UNIF<br>TRANSF MINORS ACT<br>8 WHITE PINE LANE<br>KINGSTON, MA 02364 | 97586   0065077-00   S#0009574<br>JANET A BRODSKY CUST<br>LOUIS DANIEL BRODSKY III<br>8021 DAVIS DR<br>ST LOUIS, MO 63105 | 97586   0065078-00   S#0001090<br>JANET C KOSIEK<br>14 CANAL RD<br>TOWACO, NJ 07082-1401 |
| 97586   0065079-00   S#0007531<br>JANET COSTA &<br>DAVID COSTA<br>475 STANLEY AVE<br>CINCINNATI, OH 45226-1718 | 97586   0065080-00   S#0005978<br>JANET DANIEL WISBY CUST<br>WILLIAM ROGERS DANIEL III<br>10534 SW 51ST LANE<br>GAINESVILLE, FL 32608 | 97586   0065081-00   S#0005875<br>JANET DAVIS BUSH CUST<br>CHRISTINE JOY BUSH<br>228 FLORIDA SHORES BLVD<br>DAYTONA BEACH, FL 32118-5641 |
| 97586   0065082-00   S#0005874<br>JANET DAVIS BUSH CUST<br>JACQUELINE GRACE BUSH<br>228 FLORIDA SHORES BLVD<br>DAYTONA BEACH, FL 32118-5641 | 97586   0065083-00   S#0004971<br>JANET DAVIS BUSH CUST<br>WILLIAM ALEXANDER BUSH<br>3578 VERONICA LANE<br>WOODBRIDGE, VA 22192 | 97586   0065084-00   S#0008396<br>JANET E HOYT-BOYENS &<br>KEVIN L BOYENSJT TEN<br>1505 280TH STREET<br>EVERLY, IA 51338-7515 |
| 97586   0065085-00   S#0010054<br>JANET E MARION CUST FOR<br>MICHAEL B MARION<br>2330 NW 58TH CIRCLE<br>OKLAHOMA CITY, OK 73112 | 97586   0065086-00   S#0004962<br>JANET E SCHLANSKY<br>CUST FBO JEFFREY B SCHLANSKY<br>7825 RICHFIELD RD<br>SPRINGFIELD, VA 22153 | 97586   0065087-00   S#0003707<br>JANET F CRABB CUST<br>AARON A LEVITT<br>75 COBBLES DR<br>PENFIELD, NY 14526 |
| 97586   0065088-00   S#0003706<br>JANET F CRABB CUST<br>MAX A LEVITT<br>75 COBBLES DR<br>PENFIELD, NY 14526 | 97586   0065089-00   S#0011170<br>JANET FRANK CUST<br>MICHAEL J FRANK<br>1544 5TH ST<br>MANHATTAN BEACH, CA 90266 | 97586   0065090-00   S#0010015<br>JANET FULLER CUST<br>AARON FULLER<br>1737 HUNTERS RIDGE<br>FAYETTEVILLE, AR 72701 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065091-00    S#0010014 | 97586    0065092-00    S#0001390 | 97586    0065093-00    S#0001391 |
| JANET FULLER CUST | JANET HUGHES WOLLMAN CUST | JANET HUGHES WOLLMAN CUST |
| JAKE FULLER | DANIEL HUGHES WOLLMAN | SEAN HUGHES WOLLMAN |
| 1737 HUNTERS RIDGE | 549 CLARK AVE | 549 CLARK AVE |
| FAYETTEVILLE, AR 72701 | UNION BEACH, NJ 07735-3333 | UNION BEACH, NJ 07735-3333 |
| | | |
| 97586    0065094-00    S#0001077 | 97586    0065095-00    S#0013074 | 97586    0065096-00    S#0009405 |
| JANET IVERSEN CUST | JANET J STEWART | JANET K RENFROE CUST |
| PAUL J IVERSEN | 12503 SW 62ND AVE | DARREN REDMAN |
| 215 COUDERT PL | PORTAND, OR 97219 | 147 CHESTNUT DR |
| SOUTH ORANGE, NJ 07079 | | MORTON, IL 61550-1013 |
| | | |
| 97586    0065097-00    S#0000463 | 97586    0065098-00    S#0001086 | 97586    0065099-00    S#0013321 |
| JANET KIDDER CUST | JANET KOSIEK | JANET KURINA |
| DREW J KIDDER UTMA/NH | 14 CANAL ROAD | 8242 RUN DR SE |
| 4 BLUEBERRY LANE | TOWACO, NJ 07082 | OLYMPIA, WA 98513 |
| NEW LONDON, NH 03257-4916 | | |
| | | |
| 97586    0065100-00    S#0013286 | 97586    0065101-00    S#0011481 | 97586    0065102-00    S#0011480 |
| JANET L BILYEU & | JANET LA KIND CUST | JANET LAKIND |
| ALFRED R BILYEU | CHRISTIAN CHAPMAN | 11606 OTSEGO ST |
| 387 NW MOSHER CYN RD | 11606 OTSEGO ST | NORTH HOLLYWOOD, CA 91601 |
| BREMERTON, WA 98311-2376 | N HOLLYWOOD, CA 91601-3627 | |
| | | |
| 97586    0065103-00    S#0002141 | 97586    0065104-00    S#0000961 | 97586    0065105-00    S#0008196 |
| JANET LEVIN CUST | JANET LISTA FUGES CUST | JANET M COX CUST FOR |
| TAYLOR LEVIN | FRANCESCA LISTA FUGES | JOSHUA A COX UMUGMA |
| 351 E 84TH ST | 786 UNDERCLIFF AVE | 4600 BITTERSWEET LANE |
| NEW YORK, NY 10028 | EDGEWATER, NJ 07020 | GOODRICH, MI 48438 |
| | | |
| 97586    0065106-00    S#0010911 | 97586    0065107-00    S#0005561 | 97586    0065108-00    S#0004212 |
| JANET M VASILIUS CUST | JANET M WIGHTMAN CUST | JANET METAGUE CUST |
| NICOLAS DWAN VASILIUS | CHRISTOPHER M WIGHTMAN | JOSEPH FOSTER |
| BOX 65900 | 2923 SEABROOK ISLAND RD | 129 E BRISTOL RD |
| TUCSON, AZ 85740 | JOHNS ISLAND, SC 29455 | FEASTERVILLE, PA 19053-3341 |
| | | |
| 97586    0065109-00    S#0010608 | 97586    0065110-00    S#0011832 | 97586    0065111-00    S#0011831 |
| JANET MILLER CUST | JANET PIONTKOWSKI CUST | JANET PIONTKOWSKI CUST |
| ADAM WILLIAM MILLER UTMA/CO | ALISON M PIONTKOWSKI | BENJAMIN M PIONTKOWSKI |
| 9464 S BEXLEY DRIVE | 928 10TH ST | 928 10TH ST |
| HIGHLANDS RANCH, CO 80126 | HUNTINGTON BCH, CA 92648-3406 | HUNTINGTON BCH, CA 92648-3406 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065112-00  S#0007682<br>JANET SHAW CUST<br>ZACHARY SHAW<br>1143 WEST 75TH STREET<br>INDIANAPOLIS, IN 46260 | 97586   0065113-00  S#0001026<br>JANET WRIGHT CUST<br>ERIC BENJAMIN WRIGHT<br>93 LESSING RD<br>WEST ORANGE, NJ 07052 | 97586   0065114-00  S#0013090<br>JANETTE LEE GILL CUST<br>FBO BENJAMIN THOMAS GILL<br>12075 NW VALLEVUE PL<br>PORTLAND, OR 97229 |
| 97586   0065115-00  S#0013374<br>JANICE A BRUCHHAUSER CUST<br>BRIANNA BRUCHHAUSER<br>3130 SPINNAKER DR<br>ANCHORAGE, AK 99516-3419 | 97586   0065116-00  S#0012857<br>JANICE ALBERT CUST<br>MARK ALBERT<br>4900 EIGHT MILE RD<br>CAMINO, CA 95709 | 97586   0065117-00  S#0009107<br>JANICE C TAGLIA CUST<br>CARMEN A TAGLIA<br>1325 PETERSBURG CT<br>CAROL STREAM, IL 60188 |
| 97586   0065118-00  S#0001504<br>JANICE CAPUANO<br>15 MAYNE AVENUE<br>STANHOPE, NJ 07874 | 97586   0065119-00  S#0002677<br>JANICE CARTER<br>589 ELTON ST<br>BROOKLYN, NY 11208-3517 | 97586   0065120-00  S#0000283<br>JANICE DAVIGNON<br>22 BENNINGTON ST<br>QUINCY, MA 02169 |
| 97586   0065121-00  S#0011785<br>JANICE FIELDING CUST<br>CHRIS FIELDING U/UGTA/CA<br>158 N PENNSYLVANIA<br>LAKE ELSINORE, CA 92530 | 97586   0065122-00  S#0011784<br>JANICE FIELDING CUST<br>KATIE FIELDING<br>158 N PENNSYLVANIA<br>LAKE ELSINORE, CA 92530 | 97586   0065123-00  S#0012826<br>JANICE L VINA CUST<br>TARA M WERTZ<br>9218 DECORAH WAY<br>ELK GROVE, CA 95624-3535 |
| 97586   0065124-00  S#0001505<br>JANICE M CAPUANA C/F<br>CHRISTOPHER FERRARO UGMA NJ<br>15 MAYNE AVENUE<br>STANHOPE, NJ 07874 | 97586   0065125-00  S#0001506<br>JANICE M CAPUANO CUST FOR<br>JONATHAN D CAPUANO<br>15 MAYNE AVENUE<br>STANHOPE, NJ 07874 | 97586   0065126-00  S#0007247<br>JANICE M KAHN  CUST<br>ADAM K KAHN  UGMA/OH<br>825 HANOVER WOODS BLVD<br>GATES MILLS, OH 44040 |
| 97586   0065127-00  S#0001306<br>JANICE POLLICK<br>411 LEONHARDT DRIVE<br>SADDLE BROOK, NJ 07663 | 97586   0065128-00  S#0006756<br>JANICE S HOLT CUST<br>JANTZEN CODY HOLT<br>4004 PORT CLEBURNE<br>HERMITAGE, TN 37076-3119 | 97586   0065129-00  S#0002429<br>JANICE S LEVY CUST<br>ERIC M LEVY<br>21 GATE HOUSE RD<br>SCARSDALE, NY 10583 |
| 97586   0065130-00  S#0002428<br>JANICE S LEVY CUST<br>JOSHUA D LEVY U/NY/UGMTA<br>21 GATE HOUSE RD<br>SCARSDALE, NY 10583 | 97586   0065131-00  S#0012727<br>JANICE SCHKLOVEN TR<br>FOR THE SCHKLOVEN FAMILY<br>2853 SMOKETREE CIRCLE<br>STOCKTON, CA 95209-1160 | 97586   0065132-00  S#0001751<br>JANICE SCHWARTZ<br>859 DUMBARTON DR #B<br>LAKEWOOD, NJ 08701-6628 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586   0065133-00   S#0000718
JANICE T PEARSON CUST
CHRISTOPHER T PEARSON
118 MARYANNE DR
MONROE, CT 06468

97586   0065134-00   S#0000615
JANINE FONTAINE
49 BROOK ROAD
ENFIELD, CT 06082

97586   0065135-00   S#0008050
JANINE S COLE
1246 DEVONSHIRE RD
GROSSE POINTE, MI 48230-1156

97586   0065136-00   S#0011237
JANINE Y EZAKI CUST FBO
BRANDON T EZAKI
16256 CAMPO NUEVO DR
WHITTIER, CA 90603

97586   0065137-00   S#0003125
JANIS COHEN CUST
ADAM COHEN
83 PEACHTREE LANE
ROSLYN, NY 11577

97586   0001017-00   S#0002102
JANKLOW, MORTON L
JANKLOW & NESBIT ASSOCIATES
445 PARK AVE FL 13
NEW YORK, NY 10022-2606

97586   0065138-00   S#0011919
JANN GUMBINER CUST
AARON EZROJ UTMA/CA
4982 TAMARACK
IRVING, CA 92715

97586   0065139-00   S#0006676
JANNA BROWN
6621 CLARK ST
NORTHPORT, AL 35476

97586   0065140-00   S#0001728
JARED A BILANIN
62 BATTLE RD
PRINCETON, NJ 08540-4902

97586   0065141-00   S#0010764
JARED G ANDERSON
940 E 2600 N
OGDEN, UT 84414-2438

97586   0065142-00   S#0005689
JARED GOULD
10910 PEMBROKE CROSSING
DULUTH, GA 30136

97586   0065143-00   S#0003414
JARED HICKEY
CUST SHERRIE HICKEY
32 MAYFAIR DR
SLINGERLANDS, NY 12159

97586   0065144-00   S#0000686
JARED KAYE
147 KNAPPS HWY
FAIRFIELD, CT 06430

97586   0065145-00   S#0007678
JARED M ANDERSON
7525 RUNNINGBROOK COURT
INDIANAPOLIS, IN 46254

97586   0065146-00   S#0008207
JARED M GRABILL
4215 THORNVILLE
METAMORA, MI 48455

97586   0065147-00   S#0000606
JARED MATFESS
223 CARRIAGE DR
SOUTH WINDSOR, CT 06074

97586   0065148-00   S#0000758
JARED SHURE
2073 CHAPEL ST
NEW HAVEN, CT 06515

97586   0065149-00   S#0009972
JARET T HARRISON
43 OAKWOOD DR
MONROE, LA 71203

97586   0065150-00   S#0002127
JARETT M WEINTRAUB
245 W 107TH ST APT 4H
NEW YORK, NY 10025

97586   0065151-00   S#0007985
JASON A CRANDALL
16523 WEATHERFIELD DR
NORTHVILLE, MI 48167-3452

97586   0065152-00   S#0002106
JASON ALVAREZ CORREA
44 W 62ND ST
APT 18B
NEW YORK, NY 10023

97586   0065153-00   S#0006712
JASON B BARNES
5222 SLASH PINE DR
MONTGOMERY, AL 36116-5158

97586   0065154-00   S#0000662
JASON B PERE
40 BRUGGEMAN PLACE
MYSTIC, CT 06355

97586   0065155-00   S#0013481
JASON BALABAN
11969 R R 1
ZEPHYR, ON L0E 1T0
CANADA

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065156-00   S#0004948<br>JASON C GILES<br>926 RIDGE DR<br>MC LEAN, VA 22101-1632 | 97586    0065157-00   S#0008710<br>JASON C HALLONQUIST<br>6897 100TH AVE<br>CLEAR LAKE, MN 55319-9607 | 97586    0065158-00   S#0011822<br>JASON C LYTHGOE<br>3613 GREEN MEADOW DRIVE<br>FULLERTON, CA 92635 |
| 97586    0065159-00   S#0012440<br>JASON CAPPS-MCLEOD<br>2431 LOCKWOOD AVE<br>FREMONT, CA 94539-4592 | 97586    0065160-00   S#0000326<br>JASON CRONIN<br>1205 VERNON ST<br>BRIDGEWATER, MA 02324-3570 | 97586    0065161-00   S#0000719<br>JASON D KOVAC<br>318 MOOSE HILL RD<br>MONROE, CT 06468-2404 |
| 97586    0065162-00   S#0005815<br>JASON DAVID CAGLE  &<br>MARGUERITE M WOOD   JT TEN<br>502 SUMTER ST - PO BOX #405<br>OGLETHORPE, GA 31068-0405 | 97586    0065163-00   S#0013586<br>JASON E MANNINGS<br>700 MAPLE GROVE<br>NELSON, BC V1L 2W5<br>CANADA | 97586    0065164-00   S#0006811<br>JASON E MUMPOWER<br>105 MARTINDALE ROAD<br>BRISTOL, TN 37620 |
| 97586    0065165-00   S#0003591<br>JASON E STEVENSON<br>59TH C M L CO<br>FT DRUM, NY 13602 | 97586    0065166-00   S#0011149<br>JASON E STEWART<br>15413 S BERENDO AVE<br>APT NBR 3<br>GARDENA, CA 90247 | 97586    0065167-00   S#0009379<br>JASON GABBARD<br>3011 36TH STREET<br>MOLINE, IL 61265 |
| 97586    0065168-00   S#0009641<br>JASON H NICKELSON<br>RTE 4 BOX 3<br>ST GENEVIEVE, MO 63670-9501 | 97586    0065169-00   S#0006099<br>JASON HAMMERMAN<br>4490 PLAYER ST<br>HOLLYWOOD, FL 33021 | 97586    0065170-00   S#0011013<br>JASON HAY-CHAPMAN<br>1270 PALISADE DR<br>RENO, NV 89509 |
| 97586    0065171-00   S#0007037<br>JASON HURST<br>449 SOUTHBROOK DR<br>NICHOLASVILLE, KY 40356 | 97586    0065172-00   S#0012929<br>JASON J ARONSON&<br>NEAL ARONSON JTTEN<br>10002 W BOGUS MTN RD<br>MONTAGUE, CA 96064 | 97586    0065173-00   S#0008263<br>JASON KRISTOPHER LEVECK<br>309 NORTH MORTON ST<br>ST JOHNS, MI 48879 |
| 97586    0065174-00   S#0010766<br>JASON L ANDERSON<br>940 E 2600 N<br>OGDEN, UT 84414-2438 | 97586    0065175-00   S#0004731<br>JASON L MAYOCUST<br>JERI MAYO UGMA MD<br>2331 GOLDEN CHAPEL RD<br>ODENTON, MD 21114 | 97586    0065176-00   S#0007079<br>JASON L PALMER<br>617 CHURCH ST<br>LUDLOW, KY 41016 |
| 97586    0065177-00   S#0013574<br>JASON LEE<br>6830 SHERWOOD DRIVE<br>REGINA, SK S4X 1B9<br>CANADA | 97586    0065178-00   S#0008250<br>JASON M HOTRA<br>306 BEAL ST<br>EAST LANSING, MI 48823-4227 | 97586    0065179-00   S#0012399<br>JASON M HUGHES<br>938 TIFFIN DR<br>CLAYTON, CA 94517 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586  0065180-00  S#0012243<br>JASON MENDELSON<br>145 SHERIDAN WAY<br>WOODSIDE, CA 94062 | 97586  0065181-00  S#0009973<br>JASON MICHAEL HARRISON<br>43 OAKWOOD DR<br>MONROE, LA 71203-2753 | 97586  0065182-00  S#0000538<br>JASON P STOVER<br>204 PROSPECT PKWY<br>BURLINGTON, VT 05401-4148 |
| 97586  0065183-00  S#0009759<br>JASON PATRICK MCNULTY &<br>JUDY MCNULTY JT TEN<br>715 RIVER ST<br>TONGANOXIE, KS 66086 | 97586  0065184-00  S#0010512<br>JASON PERELMAN<br>6317 ROBINSNEST ST<br>SAN ANTONIO, TX 78249-2129 | 97586  0065185-00  S#0006717<br>JASON PIERCE<br>46980 EMMONS RD<br>BAY MINETTE, AL 36507 |
| 97586  0065186-00  S#0008242<br>JASON R SHARP<br>606 PARK AVE<br>BAY CITY, MI 48708 | 97586  0065187-00  S#0008861<br>JASON R STEINBERGER<br>RR 2 BOX 8<br>DONNYBROOK, ND 58734 | 97586  0065188-00  S#0003624<br>JASON RAEPPLE<br>7 BUCKHORN COURT<br>GRAND ISLAND, NY 14072 |
| 97586  0065189-00  S#0002738<br>JASON S DUBROW  &<br>ALAN J DUBROW  JT TEN<br>300 OCEAN PARKWAY<br>BROOKLYN, NY 11218-4057 | 97586  0065190-00  S#0009802<br>JASON S GIFFIN CUST<br>TANNER J GIFFIN<br>3939 W 109TH ST N<br>VALLEY CENTER, KS 67147 | 97586  0065191-00  S#0007545<br>JASON SAUER<br>3260 ROCKER DRIVE<br>APT B<br>CINCINNATI, OH 45239 |
| 97586  0000720-00  S#0008911<br>JASON STORAGE & DIST INC<br>1325 MORSE AVE<br>ELK GROVE VILLGE, IL 60007 | 97586  0065192-00  S#0009340<br>JASON T KRUCKENBERG<br>165 RAINBOW DR<br>CAPRON, IL 61012-9588 | 97586  0065193-00  S#0009339<br>JASON T KRUCKENBERG CUST<br>FOR ERIK MICHAEL BERG<br>165 RAINBOW DR<br>CAPRON, IL 61012-9588 |
| 97586  0065194-00  S#0010609<br>JASON TIPTON<br>7125 E TOWNSEND DR<br>HIGHLANDS RANCH, CO 80126 | 97586  0065195-00  S#0005304<br>JASON W BATTEN<br>14 CULBRETH AVE<br>THOMASVILLE, NC 27360 | 97586  0065196-00  S#0002191<br>JASON WAROBOW<br>125 E 87TH ST<br>APT 8G<br>NEW YORK, NY 10128 |
| 97586  0065197-00  S#0009870<br>JASON WASSER<br>2431 S 120TH<br>WALTON, NE 68461-9748 | 97586  0065198-00  S#0004336<br>JASON ZERBEY<br>970 CORNWALLIS DR<br>WEST CHESTER, PA 19380 | 97586  0065199-00  S#0001281<br>JAVIER RODRIGUEZ<br>47 HOME PL<br>LODI, NJ 07644-1511 |
| 97586  0065200-00  S#0011681<br>JAVONDA R FRANKLIN CUST<br>JESSICA N FRANKLIN<br>208 PARKBROOK PL<br>SAN DIEGO, CA 92114-7728 | 97586  0065201-00  S#0006590<br>JAY A VAN HOOK CUST<br>JAY A VAN HOOK JR<br>6701 MEDLAR DR<br>NEW PORT RICHEY, FL 34654 | 97586  0065202-00  S#0006591<br>JAY A VAN HOOK CUST<br>JAYME S VAN HOOK<br>6701 MEDLAR DR<br>NEW PORT RICHEY, FL 34654 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065203-00   S#0006592
JAY A VAN HOOK CUST
JERROD R VAN HOOK
6701 MEDLAR DR
NEW PORT RICHEY, FL 34654

97586    0065204-00   S#0003349
JAY CAPLIN CUST
DANIEL BRETT CAPLIN
207 FENWAY
SYOSSET, NY 11791

97586    0065205-00   S#0009671
JAY CLIFFORD PATTIZ CUST
BRIAN DAVID PATTIZ UTMA MO
102 COTTONWOOD CLOSE
WARRENSBURG, MO 64093

97586    0065206-00   S#0003013
JAY COHEN
2769 HARVARD PL
BALDWIN, NY 11510-4112

97586    0065207-00   S#0001196
JAY DITTAMO &
ANNE J DITTAMO JT TEN
92 E PROSPECT ST
WALDWICK, NJ 07463-2216

97586    0065208-00   S#0000222
JAY EAGLES
51 ERICA DR
STOUGHTON, MA 02072

97586    0065209-00   S#0012970
JAY F ACIERTO
45-212 WENA ST
KANEOHE, HI 96744

97586    0065210-00   S#0010870
JAY G NISTETTER CUST
TOMMY DEAN NISTETTER
6115 W MESCAL ST
GLENDALE, AZ 85304

97586    0065211-00   S#0002008
JAY KAPLAN
132 E 35TH ST APT 6H
NEW YORK, NY 10016

97586    0065212-00   S#0002821
JAY KOCHISS
2611 E 12TH ST
BROOKLYN, NY 11235-5103

97586    0065213-00   S#0007154
JAY L SCHOTTENSTEIN CUST
JONATHON R SCHOTTENSTEIN
445 N PARKVIEW
BEXLEY, OH 43209-1010

97586    0065214-00   S#0007300
JAY L SCHWARTZ CUST
TROY SCHWARTZ
4104 MEADOWBROOK BLVD
UNIVERSITY HTS, OH 44118

97586    0065215-00   S#0009122
JAY M HOWVER
3578 TREATY LANE
HOFFMAN ESTATES, IL 60195

97586    0065216-00   S#0006362
JAY MANNE CUST
DREW B MANNE UGMA/FL
2931 NW 29TH AVENUE
BOCA RATON, FL 33444

97586    0065217-00   S#0012370
JAY N MILLER
105 DARTMOUTH RD APT 4
SAN MATEO, CA 94402-1622

97586    0065218-00   S#0002854
JAY ODINTZ CUST
JUSTIN MELENDEZ
18-15 215TH ST 9H
BAYSIDE, NY 11360

97586    0065219-00   S#0001210
JAY OPPER CUST
WENDI E OPPER
471 MEER AVE
WYCHOFF, NJ 07481

97586    0065220-00   S#0006215
JAY PRINCE CUST
ADAM PRINCE
1240 NE 173 STREET
NO MIAMI BEACH, FL 33162

97586    0065221-00   S#0011673
JAY R RAINIER
140 SYLVESTER RD
SAN DIEGO, CA 92106-3521

97586    0065222-00   S#0008677
JAY RONALD FRISCHMAN
1409 LONG LAKE RD
NEW BRIGHTON, MN 55112

97586    0065223-00   S#0007341
JAY S FERRIER CUST
MATTHEW FERRIER
5841 FLOWER DR
PARMA HTS, OH 44130

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586    0065224-00   S#0007340
JAY S FERRIER CUT FOR
JASON FERRIER
5841 FLOWER DR
PARMA HTS, OH 44130

97586    0065225-00   S#0003831
JAY SCHUETZMAN
2830 FERNWALD RD
PITTSBURGH, PA 15217-3124

97586    0065226-00   S#0008219
JAY SEMERAD
411 SHERATON DR
FLINT, MI 48532

97586    0065227-00   S#0000733
JAY W HILL CUST
GARY J TREADWELL
C/O GARY TREADWELL
78 GREAT RING RD
SANDY HOOK, CT 06482

97586    0065228-00   S#0005163
JAY W WALKER
202 CLAY ST
HAMPTON, VA 23663-2251

97586    0065229-00   S#0008375
JAYME COX CUST
SHANE COX
3224 SW 12TH
DES MOINES, IA 50315

97586    0065230-00   S#0008099
JAYNE S JACOBS
6890 DRAKE RD
W BLOOMFIELD, MI 48322

97586    0065231-00   S#0004208
JDE INVESTMENT SERVICES
JOSEPH DEANGELIS SOLE PROP
675 WHITE ASH DR
LANGHORNE, PA 19047-2036

97586    0065232-00   S#0005022
JEAN A CARTER CUST
JOHN R EBERSOLE
BOX 918
KILMARNOCK, VA 22482-0918

97586    0065233-00   S#0010937
JEAN A THUROW CUST
WILLIAM THUROW UTMA NM
11904 EL SOLINDO DR NE
ALBUQ, NM 87111

97586    0065234-00   S#0010828
JEAN ANN SANDERS CUST
ADAM M SANDERS
103 N 130TH CIRCLE
CHANDLER, AZ 85225-5910

97586    0065235-00   S#0010827
JEAN ANN SANDERS CUST
NATHANIEL J SANDERS
103 N 130TH CIRCLE
CHANDLER, AZ 85225-5910

97586    0065236-00   S#0006379
JEAN BECK CUST
JOSHUA SETH BECK
18504 SE HERITAGE DR
TEQUESTA, FL 33469

97586    0065237-00   S#0003512
JEAN CRONIN CUST
JEREMY CRONIN
11 JAMES ST
WARRENSBURG, NY 12885

97586    0065238-00   S#0012822
JEAN E BROWN
7533 LATOUR LANE
CITRUS HEIGHTS, CA 95621-1975

97586    0065239-00   S#0002440
JEAN ENDE CUST
BRIAN ENDE UNI
220 UNDERHILL RD
SCARSDALE, NY 10583-1007

97586    0065240-00   S#0009171
JEAN GNAP
12822 OAK PARK AVE
PALOS HEIGHTS, NJ 60463

97586    0065241-00   S#0013006
JEAN ITO CUST
DARIN K ITO HI/UTMA
1850 LAUKAHI ST
HONOLULU, HI 96821

97586    0065242-00   S#0008989
JEAN KOO
3642 PALM CAUYON DR
NORTHBROOK, IL 60062

97586    0065243-00   S#0005057
JEAN L CAMPBELL
1502 CONWAY DR #102
WILLIAMSBURG, VA 23185

97586    0065244-00   S#0008572
JEAN L LARSON
157 JUDD ST
MADISON, WI 53714

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0065245-00    S#0006581
JEAN LOUIS LIMOUSIN
147 COUNTRY OAKS LN
CLEARWATER, FL 34624

97586    0065246-00    S#0008651
JEAN M MCNALLY
13255 50TH ST S
AFTON, MN 55001

97586    0065247-00    S#0005567
JEAN M NAPPI CUST
JOSEPH M BOSSO
537 CALICO RETREAT
MT PLEASANT, SC 29464-2765

97586    0065248-00    S#0006895
JEAN O BROOKS CUST
BROOKS WINCHESTER
2171 GLENALDEN DR W
GERMANTOWN, TN 38138

97586    0065249-00    S#0006903
JEAN O BROOKS CUST
BROOKS WINCHESTER
2171 GLENALDEN DR W
GERMANTOWN, TN 38139

97586    0065250-00    S#0006902
JEAN O BROOKS CUST
JAMES PHILLIP BROOKS
2171 GLENALDEN DR W
GERMANTOWN, TN 38139

97586    0065251-00    S#0006901
JEAN O BROOKS CUST
JORDAN JAMES WINCHESTER
2171 GLENALDEN DR W
GERMANTOWN, TN 38139

97586    0065252-00    S#0006900
JEAN O BROOKS CUST
PHILIP BROOKS UTMA TN
2171 GLENALDEN DR W
GERMANTOWN, TN 38139

97586    0065253-00    S#0008216
JEAN S SNYDER CUST
CHRIS CHILDERS
2228 S VASSAR RD
BURTON, MI 48519

97586    0065254-00    S#0008217
JEAN S SNYDER CUST
RAYMOND CHILDERS
2228 S VASSAR RD
BURTON, MI 48519

97586    0065255-00    S#0004618
JEAN T CYR
13205 TRIMFIELD LN
GERMANTOWN, MD 20874-1147

97586    0065256-00    S#0013497
JEAN-CLAUDE ABTAN
35 MILLCREEK CRES
THORNHILL, ON L4J 6N5
CANADA

97586    0065257-00    S#0011590
JEANETTE D CAMERON
8858 MILBURN
SPRING VALLEY, CA 91977-5512

97586    0065258-00    S#0011730
JEANETTE DAY CUST
JENNIFER DAY
BOX 81952
SAN DIEGO, CA 92138-1952

97586    0065259-00    S#0011729
JEANETTE DAY CUST
MARK DAY
BOX 81952
SAN DIEGO, CA 92138-1952

97586    0065260-00    S#0011787
JEANIE ARCHER CUST
JOSEPH ARCHER JR U/UGTA/CA
15271 ALVARADO ST
LAKE ELSINORE, CA 92530-6962

97586    0065261-00    S#0011788
JEANIE ARCHER CUST
ROBERT ARCHER U/UGTA/CA
15271 ALVARADO ST
LAKE ELSINORE, CA 92530-6962

97586    0065262-00    S#0012193
JEANIE WATTS HAVAS CUST
TYSON C HAVAS
3059 SLOAT RD
PEBBLE BEACH, CA 93953-2839

97586    0065264-00    S#0001710
JEANINE DENGLER CUST
BRITTANY DENGLER
24 EXETER CT
BORDENTOWN, NJ 08505

97586    0065263-00    S#0001607
JEANINE DENGLER CUST
KIRK DENGLER
1602 VIRGINIA CT
MARLTON, NJ 08053-3754

97586    0065265-00    S#0000500
JEANINE TROTTIER
322 LINCOLN ST
SACO, ME 04072

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065266-00   S#0000547
JEANNE B BARNES CUST
CORMICK H BARNES
RR 2 BOX 965
UNDERHILL, VT 05489-9314

97586   0065267-00   S#0000546
JEANNE B BARNES CUST
JORDAN T BARNES
RR 2 BOX 965
UNDERHILL, VT 05489-9314

97586   0065268-00   S#0000465
JEANNE B BARNES CUST
TIMOTHY KONAN RICHARDSON
830 CONCORD STAGE RD
WEARE, NH 03281

97586   0065269-00   S#0003597
JEANNE BARTLETT SNYDER CUST
ADAM JOSEPH BRUNELLE
RTE 1 BOX 186C
CHENANGO FORKS, NY 13746-9617

97586   0065270-00   S#0003596
JEANNE BARTLETT SNYDER CUST
CHRISTOPHER JAMES BRUNELLE
RTE 1 BOX 186C
CHENANGO FORKS, NY 13746-9617

97586   0065271-00   S#0000381
JEANNE D GILBERT CUST
JULIAN WEBSTER GILBERT
48 SPRING ST
REHOBOTH, MA 02769

97586   0065272-00   S#0010696
JEANNE GIBSON C/F
ARTHUR JEFFERY GIBSON UGMA NY
34 DRAKE ST
PUEBLO, NY 81005

97586   0065273-00   S#0012244
JEANNE L MARCELLA
759 TEMESCAL WAY
REDWOOD CITY, CA 94062-4031

97586   0065274-00   S#0012787
JEANNE L MCINTOSH SEKHON C/F
RAJDEEP S GILL
912 HOWARD ST
SANTA ROSA, CA 95404

97586   0065275-00   S#0012786
JEANNE L MCINTOSH SEKHON C/F
RAVINDER S GILL
912 HOWARD ST
SANTA ROSA, CA 95404

97586   0065276-00   S#0005860
JEANNE M DAVIS CUST
JACQUELINE M DAVIS
BOX 1692
ORANGE PARK, FL 32067

97586   0065277-00   S#0005861
JEANNE M DAVIS CUST
JEFFREY M DAVIS
BOX 1692
ORANGE PARK, FL 32067

97586   0065278-00   S#0007734
JEANNE R SHAHEEN CUST
JAMES G SHAHEEN
2101 SYCAMORE  HILLS DR
FORT WAYNE, IN 46804

97586   0065279-00   S#0003922
JEANNE ROMIG CUST
RICHARD A HAMILTON
2355 S KEEL RIDGE RD
HERMITAGE, PA 16148

97586   0065280-00   S#0011210
JEANNETTE E P YOUNG CUST
JOHN VAN WIE YOUNG
316 ALTA AVE
SANTA MONICA, CA 90402

97586   0065281-00   S#0009172
JEANNETTE M NEMEC CUST
JUSTIN A KROLL
10243 S 81ST CT
PALOS HILLS, IL 60465

97586   0065282-00   S#0000212
JEANNETTE TESTA
67 PRINCE CIRCLE
MARSHFIELD, MA 02050

97586   0065283-00   S#0004609
JEANNIE C LUCEY
9 ATHEY CT
BURTONSVILLE, MD 20866

97586   0065284-00   S#0010020
JEANNIE CROUSE
RT 3 BOX 10
LINCOLN, AR 72744

97586   0065285-00   S#0007517
JEANNIE F PHILLIPS CUST
ALEXANDER F PHILLIPS
3443 BURCH AVE
CINCINNATI, OH 45208

97586   0065286-00   S#0009680
JEANNIE M BOBRINK &
BENJAMIN F BOBRINK
2108 NE SHADY LANE DR
GLADSTONE, MO 64118

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0065287-00   S#0007665
JEANNINE R ROWE
8081 SOUTH MADISON AVE
STE 242
INDIANAPOLIS, IN 46227

97586   0065288-00   S#0005646
JEBEDIAH L NAPIER
1966 REGENTS WAY
MARIETTA, GA 30062

97586   0065289-00   S#0001744
JEFF A WEINBERG &
MICHELLE A WEINBERG
26 SAPPHIRE DR
TRENTON, NJ 08648-5225

97586   0065290-00   S#0007449
JEFF A ZWICK
1015 ANDREWS ST NW
HARTVILLE, OH 44632

97586   0065291-00   S#0012738
JEFF BEASLEY
14099 OAKPOINT
LOCKFORD, CA 95237

97586   0065292-00   S#0012740
JEFF BEASLEY CUST
KEVIN BEASLEY
14099 OAKPOINT
LOCKFORD, CA 95237

97586   0065293-00   S#0012739
JEFF BEASLEY CUST
MATHEW BEASLEY
14099 OAKPOINT
LOCKFORD, CA 95237

97586   0065294-00   S#0010009
JEFF BRANCH CUST
CONNER BRANCH
414 W COURT
PARAGOULD, AR 72450-4246

97586   0065295-00   S#0005778
JEFF CARTY &
RHODA CARTY
JT TEN
7610 S SPALDING LAKE DR
ATLANTA, GA 30350-1046

97586   0065296-00   S#0002753
JEFF COLETTA
1734 BAY RIDGE AVE
BROOKLYN, NY 11224

97586   0065297-00   S#0012444
JEFF FERREIRA
679 BISHOP AVE
HAYWARD, CA 94544-2609

97586   0065298-00   S#0006796
JEFF GEBAROWSKI
2513 DOWLER CIRCLE
SIGNAL MOUNTAIN, TN 37377

97586   0065299-00   S#0007776
JEFF GOAD
500 W FUSON RD
MUNCIE, IN 47302

97586   0065300-00   S#0000079
JEFF GRAVELLE
440 GREEN ST
NORTHBOROUGH, MA 01532

97586   0065301-00   S#0003830
JEFF HERMAN CUST
JOSH HERMAN UGMA/VT
6441 FORWARD AVENUE
PITTSBURGH, PA 15217

97586   0065302-00   S#0012262
JEFF JOHNSON
923 LANTANA DR
SUNNYVALE, CA 94086

97586   0065303-00   S#0013519
JEFF JOHNSTON
34 HOSEY HILL CRESENT
SCARBOROUGH, ON M1S2
CANADA

97586   0065304-00   S#0011799
JEFF JUNEMAN &
LOU JUNEMAN JT TEN
2 COLORADO
IRVINE, CA 92606

97586   0065305-00   S#0011612
JEFF KORBER
PO BOX 230983
ENCINITAS, CA 92023

97586   0065306-00   S#0013521
JEFF KOWAL
7 SANDBOURNE CRESCENT
WILLOWDALE, ON M2J 3A5
CANADA

97586   0065307-00   S#0007632
JEFF KOZICKI
315 CHRIS COURT
NOBLESVILLE, IN 46060

**Debtor:**             Mafco Litigation Trust
**Description:**        Notice/Motion
**Mailing Number:**     0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0065308-00   S#0008544
JEFF MILLARD &
KATHY MILLARD
401 LAKE ST
MOUNT HOREB, WI 53572-1629

97586    0065310-00   S#0013275
JEFF PYGOTT CUST
ADAM JEFFREY PYGOTT
817 AARON DR UNIT 108
LYNDEN, WA 98264-8509

97586    0065309-00   S#0013274
JEFF PYGOTT CUST
SCOTT ROBERT PYGOTT
817 AARON DR UNIT 108
LYNDEN, WA 98264-8509

97586    0065311-00   S#0011704
JEFF ROBINSON CUST
AVI ROBINSON
10967 WESTMORE CIRCLE
SAN DIEGO, CA 92126-2112

97586    0065312-00   S#0012838
JEFF ROVEGNO CUST
FBO JAMIE B ROVEGNO
1526 PINE VALLEY CIRCLE
ROSEVILLE, CA 95661

97586    0065313-00   S#0012839
JEFF ROVEGNO CUST
FBO JULIANNA N ROVEGNO
1526 PINE VALLEY CIRCLE
ROSEVILLE, CA 95661

97586    0065314-00   S#0007744
JEFF TESTIN &
SUE TESTIN JTTEN
10922 OAKWIND COURT
FT WAYNE, IN 46845

97586    0065315-00   S#0012298
JEFF THONGVICHIT CUST
JANE THONGVICHIT UGMA CA
4736 MISSION ST
SAN FRANCISCO, CA 94112

97586    0065316-00   S#0005069
JEFF TRESLER
BOX 28183
RICHMOND, VA 23228-0183

97586    0065317-00   S#0004038
JEFF VARGO
MARY VARGO JT TEN
330 AVI DRIVE
ALBURTIS, PA 18011

97586    0065318-00   S#0010102
JEFF W MOORE
808 S WHEELING AVE
TULSA, OK 74104

97586    0065319-00   S#0008933
JEFF WATERS
1807 SYCAMORE
DES PLAINES, IL 60018

97586    0065320-00   S#0007448
JEFF ZWICK
1015 ANDREWS NW
HARTVILLE, OH 44632

97586    0065321-00   S#0003685
JEFFERY C BROWN &
LYNNE M BROWN
JT TEN
72 VALLEY BROOK DR
FAIRPORT, NY 14450-9372

97586    0065322-00   S#0012697
JEFFERY COPE
4313 MARLOWE DRIVE
SAN JOSE, CA 95124

97586    0065323-00   S#0010074
JEFFERY G DEPRINCE
13113 S ROBINSON AVE
OKLAHOMA CITY, OK 73170

97586    0065324-00   S#0013424
JEFFERY HAMILTON
BOX 178 KING STREET
TIVERTON, ON
CANADA

97586    0065326-00   S#0013625
JEFFORY E GROGAN
1439 GITZEL STREET
YELLOWKNIFE, NT X1A2
CANADA

97586    0065327-00   S#0000092
JEFFREY A DONAHUE &
KAREN P DONAHUE JT TEN
BOX 313
WESTBORO, MA 01581

97586    0065328-00   S#0005081
JEFFREY A KETRON
2702 ROBERT EARL CIRCLE
RICHMOND, VA 23235

97586    0065330-00   S#0011129
JEFFREY A SEIGEL C/F
MATTHEW J SEIGEL UGMA CA
317 S LAPEER DR
BEVERLEY HILLS, CA 90211

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0065329-00   S#0011131
JEFFREY A SEIGEL C/F
STEVEN A SEIGEL UGMA CA
317 LA PEER DR
BEVERLY HILLS, CA 90211

97586    0065331-00   S#0008737
JEFFREY A VAVRA
109 E BROADWAY ST
OSSEO, MN 55369-1523

97586    0065332-00   S#0001155
JEFFREY A ZONENSHINE &
MARCIA L MINUSKIN
JT TEN
11-03 NORMA AVE
FAIR LAWN, NJ 07410-1757

97586    0065333-00   S#0008199
JEFFREY ALLAN FAWCETT
889 BOUTELL DR
GRAND BLANC, MI 48439

97586    0065334-00   S#0011103
JEFFREY ALLEN ARENBERG
11377 W OLYMPIC BLVD 9TH FLR
LOS ANGELES, CA 90064

97586    0065335-00   S#0007461
JEFFREY B CORRELL
2024 WOODLAWN AVE NW
CANTON, OH 44708-2163

97586    0065336-00   S#0003464
JEFFREY B NAPOLI
416 PLUTARCH RD
HIGHLAND, NY 12528

97586    0065337-00   S#0003800
JEFFREY BINGLE
186 BRIGHTON AVE
ROCHESTER, PA 15074-2224

97586    0065338-00   S#0001528
JEFFREY BLUESTONE CUST
DAVID BLUESTONE
7 E FREDERICK PL
CEDAR KNOLLS, NJ 07927-1801

97586    0065339-00   S#0004253
JEFFREY BRAFF C/F
PAUL BRAFF UGMA PA
234 SOUTH 21ST STREET
PHILADELPHIA, PA 19103

97586    0065340-00   S#0001355
JEFFREY BROWN CUST
MATTHEW BROWN
13 BIRCH HILL RD
FREEHOLD, NJ 07728

97586    0065342-00   S#0009823
JEFFREY C GATES
3922 E WILLOW DRIVE
WICHITA, KS 67218

97586    0065343-00   S#0008603
JEFFREY C JONES CUST
PATRICK J JONES
1435 MOHICAN CT
GREEN BAY, WI 54313-5941

97586    0065344-00   S#0001769
JEFFREY CLAYTON CUST
KYLE CLAYTON
2245 BLANSING RD
MANASQUAN, NJ 08736

97586    0065345-00   S#0009689
JEFFREY CLELLAND NELSON
7501 LAKE RD NW
PLATTE WOODS, MO 64151-1510

97586    0065346-00   S#0009869
JEFFREY D HOWARD
RR 1 BOX 166A
ADAMS, NE 68301-9760

97586    0065347-00   S#0008758
JEFFREY D NOBLE
5317 COLFAX AVE S
MINNEAPOLIS, MN 55419

97586    0065348-00   S#0006827
JEFFREY D PARSLEY
4033 LOCUST RIDGE RD
SEVIERVILLE, TN 37876

97586    0065349-00   S#0003880
JEFFREY D YODERS
RD 1 BOX 119 A
MARIANNA, PA 15345

97586    0065350-00   S#0007968
JEFFREY DAWS CUST
STEVEN DAWS
28201 W SEVEN MILE
LIVONIA, MI 48152-3750

97586    0065351-00   S#0013326
JEFFREY DAWSON
2519 E MILL PLAIN BLVD APT 220
VANCOUVER, WA 98661

97586    0065352-00   S#0004186
JEFFREY DESANTIS
1206 DERMOND RD
DREXEL HILL, PA 19026

97586    0065353-00   S#0008015
JEFFREY DONALD BAR
48764 GYDE RD
CANTON, MI 48187-1211

97586    0065354-00   S#0011037
JEFFREY DOUGLAS MURCIA
2405 CLYDE AVENUE
LOS ANGELES, CA 90016

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065355-00   S#0008700<br>JEFFREY EDWARD KLINE CUST MADE<br>R KLINE -<br>335 OAKWOOD DRIVE<br>SHOREVIEW, MN 55126 | 97586   0065356-00   S#0011102<br>JEFFREY ELLIS CUST<br>JONAH HOFFMAN ELLIS<br>10516 ILONA<br>LOS ANGELES, CA 90064 | 97586   0065357-00   S#0011398<br>JEFFREY ERIC FLETCHER<br>23605 W MUIR TRAIL 78<br>VALENCIA, CA 91354 |
| 97586   0065358-00   S#0012111<br>JEFFREY FANKHAUSER<br>13715 TABLE ROCK AVE<br>BAKERSFIELD, CA 93312-8323 | 97586   0065359-00   S#0009616<br>JEFFREY G HARRIS CUST<br>FOR ALAN J HARRIS<br>334 S SECOND ST<br>ST CHARLES, MO 63301 | 97586   0065360-00   S#0007664<br>JEFFREY GRAVELLE CUST<br>CAROL ELIZABETH GRAVELLE<br>344 BENINGTON DR<br>INDIANAPOLIS, IN 46227 |
| 97586   0065361-00   S#0007666<br>JEFFREY GRAVELLE CUST<br>JENNIFER GAIL GAGNON<br>344 BENINGTON DR<br>INDIANAPOLIS, IN 46227 | 97586   0065362-00   S#0007667<br>JEFFREY GRAVELLE CUST<br>JILL ALLISON GAGNON<br>344 BENINGTON DR<br>INDIANAPOLIS, IN 46227 | 97586   0065363-00   S#0007668<br>JEFFREY GRAVELLE CUST<br>KATHERINE ANN GRAVELLE<br>344 BENINGTON DR<br>INDIANAPOLIS, IN 46227 |
| 97586   0065364-00   S#0008695<br>JEFFREY H KING &<br>CHRISTINE S KING JT TEN<br>5820 DEER TRAIL CIRCLE<br>WOODBURY, MN 55125 | 97586   0065365-00   S#0011579<br>JEFFREY J BUYSE<br>480 4TH AVE #207<br>CHULA VISTA, CA 91940 | 97586   0065366-00   S#0012853<br>JEFFREY J SHIMADA<br>520 BUENA TIERRA DR<br>WOODLAND, CA 95695 |
| 97586   0065367-00   S#0003331<br>JEFFREY KERLAVAGE CUST<br>DAVID KERLAVAGE<br>103 HAWTHORNE ST<br>PT JEFFERSON, NY 11777 | 97586   0065368-00   S#0013284<br>JEFFREY KNAPP CUST<br>SHAWN TRAVIS HILTON<br>32202 MANN RD<br>SULTAN, WA 98294 | 97586   0065369-00   S#0011194<br>JEFFREY KRBEC &<br>CHERYL KRBEC<br>JT TEN<br>1412 STANFORD AVE B<br>REDONDO BEACH, CA 90278 |
| 97586   0065371-00   S#0007958<br>JEFFREY L DICKINSON CUST<br>KYLE I DICKINSON UGMA<br>26091 EAST HURON RIVER DRIVE<br>FLATROCK, MI 48134 | 97586   0065372-00   S#0007537<br>JEFFREY L GOODE CUST<br>JOSHUA L GOODE<br>6339 COFFEY ST<br>CINCINNATI, OH 45230-1406 | 97586   0065373-00   S#0013190<br>JEFFREY L LAGESON &<br>ROBIN K LAGESON<br>PO BOX 5011<br>LYNWOOD, WA 98046-5011 |
| 97586   0065374-00   S#0005204<br>JEFFREY L SCHWAB<br>BOX 1044<br>LEXINGTON, VA 24450 | 97586   0065375-00   S#0006150<br>JEFFREY LAUB C/F<br>COREY E LAUB UGTMA FL<br>5257 N.W. 89TH DR<br>CORAL SPRINGS, FL 33067-4613 | 97586   0065376-00   S#0006880<br>JEFFREY LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 |

**Debtor:**            Mafco Litigation Trust
**Description:**        Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:**  08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065377-00   S#0013433<br>JEFFREY LUNTER AND<br>BARBARA LUNTER JTWROS<br>2450 OTTAWA AVENUE<br>WEST VANCOUVER, BC<br>CANADA | 97586    0065378-00   S#0007263<br>JEFFREY M HABACKO<br>30 S OAKMONT<br>NORTHFIELD, OH 44067-2781 | 97586    0065379-00   S#0011298<br>JEFFREY M INUI<br>817 KALLIN AVE<br>LONG BEACH, CA 90815-5005 |
| 97586    0065380-00   S#0011226<br>JEFFREY M TSAI<br>1610 LOCKNESS PL<br>TORRANCE, CA 90501-5119 | 97586    0065381-00   S#0003164<br>JEFFREY NEUMAN CUST<br>ADAM NEUMAN<br>843 BRYANT ST<br>WOODMERE, NY 11598-2541 | 97586    0065382-00   S#0002776<br>JEFFREY NISSENBAUM &<br>LYNN NISSENBAUM JT TEN<br>2416 KINGSHIGHWAY<br>BROOKLYN, NY 11229 |
| 97586    0065383-00   S#0000561<br>JEFFREY OAKES &<br>JOELLEN OAKES<br>149 FORGE DR<br>AVON, CT 06001-3242 | 97586    0000729-00   S#0008074<br>JEFFREY R ALBRECHT INC<br>438 S MAIN ST #207<br>ROCHESTER, MI 48307 | 97586    0065384-00   S#0000664<br>JEFFREY R HABRYCH<br>12 WATER ST B3<br>MYSTIC, CT 06355-2529 |
| 97586    0065385-00   S#0009031<br>JEFFREY R PEASE CUST<br>ZACHARY RICHARD PEASE<br>411 GARDENIA LANE<br>BUFFALO GROVE, IL 60089 | 97586    0065386-00   S#0000354<br>JEFFREY R SAYRE<br>PO BOX 2668<br>VINEYARD HAVEN, MA 02568 | 97586    0065387-00   S#0009411<br>JEFFREY R ZOUBEK<br>3536 W RICHWOODS BLVD<br>PEORIA, IL 61604 |
| 97586    0065388-00   S#0002861<br>JEFFREY ROSENFELD CUST<br>JORDAN H ROSENFELD<br>3250 BELL BLVD<br>BAYSIDE, NY 11361-1059 | 97586    0065389-00   S#0000674<br>JEFFREY S BAILEY CUST<br>KEVIN A BAILEY<br>288 E MAIN ST #9<br>BRANFORD, CT 06405-3129 | 97586    0065390-00   S#0007810<br>JEFFREY S CAHOON<br>JEANNIE CAHOON JTTEN<br>6720 RIPPLE CREEK DR<br>LAFAYETTE, IN 47905 |
| 97586    0065391-00   S#0007986<br>JEFFREY S CRANDALL<br>16523 WEATHERFIELD DR<br>NORTHVILLE, MI 48167-3452 | 97586    0065392-00   S#0010887<br>JEFFREY S HUGHES<br>61 E MILLS #B<br>TUCSON, AZ 85705 | 97586    0065393-00   S#0004979<br>JEFFREY S LANDE &<br>ROBIN L GOFFEN<br>JT TEN<br>513 N KENMORE ST<br>ARLINGTON, VA 22201 |
| 97586    0065394-00   S#0003452<br>JEFFREY S LUCASH<br>CUST<br>NATHAN PETER LUCASH<br>129 ALTAMONT DR<br>HURLEY, NY 12443 | 97586    0065395-00   S#0013571<br>JEFFREY S MALIN<br>BOX 302<br>GAINSBOROUGH, SK S0C 0Z0<br>CANADA | 97586    0065396-00   S#0012026<br>JEFFREY S PETERSEN &<br>ANN W PETERSEN JT TEN<br>BOX 417<br>TULARE, CA 93274 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065397-00   S#0007685<br>JEFFREY S PFENNINGER<br>9025 DEWBERRY CT<br>INDIANAPOLIS, IN 46260-1527 | 97586    0065398-00   S#0001356<br>JEFFREY SURGENT CUST<br>HENRY SHEA SURGENT<br>23 HOLMES TER<br>FREEHOLD, NJ 07728 | 97586    0065399-00   S#0008163<br>JEFFREY SUTHERLAND CUST<br>JENNIFER JEANNE SUTHERLAND<br>1259 HARMON RD<br>OAKLAND, MI 48363 |
| 97586    0065400-00   S#0008164<br>JEFFREY SUTHERLAND CUST<br>MICHAEL EDWARD SUTHERLAND<br>1259 HARMON RD<br>OAKLAND, MI 48363 | 97586    0065401-00   S#0009767<br>JEFFREY T CARRIGER CUST<br>COOPER P CARRIGER U/KS/UTMA<br>5708 ROELAND DR<br>ROELAND PARK, KS 66205 | 97586    0065402-00   S#0003843<br>JEFFREY T MORECI &<br>PAULA J MORECI<br>622 WHITNEY AVE CONDO 8<br>PITTSBURGH, PA 15221-3353 |
| 97586    0065403-00   S#0011234<br>JEFFREY THOMAS RIGLIN<br>3123 W 187TH ST<br>TORRANCE, CA 90504-5909 | 97586    0065404-00   S#0007469<br>JEFFREY TODD WRIGHT<br>2530 FOXHAVEN DR<br>ASHLAND, OH 44805 | 97586    0065405-00   S#0011966<br>JEFFREY TYLER PRENTA<br>3359 SUNGLOW AVE<br>SIMI VALLEY, CA 93063 |
| 97586    0065406-00   S#0011169<br>JEFFREY W HACKETT CUST<br>DANIEL DAUGHERTY<br>23901 CIVIC CENTER WAY 160<br>MALIBU, CA 90265 | 97586    0065407-00   S#0008704<br>JEFFREY W HARVEY CUST<br>JEFFREY W HARVEY JR<br>1783 HALE AVE N<br>SAINT PAUL, MN 55128-5417 | 97586    0065408-00   S#0006729<br>JEFFREY W RICHARDSON<br>PO BOX 2027<br>AUBURN, AL 36831 |
| 97586    0065409-00   S#0009069<br>JEFFREY WAYNE ESCUE<br>MARILYN ROCHELLE ESCUE JT TEN<br>164 LKARCHMONT LN<br>BLOOMINGDALE, IL 60108-1412 | 97586    0065410-00   S#0009058<br>JEFFREYE DANOFF CUST<br>CHARLES J DANOFF<br>182 FULLER LANE<br>WINNETKA, IL 60093-4213 | 97586    0065411-00   S#0004349<br>JENA B GORDON<br>4075 SOURWOOD LANE<br>LAFAYETTE HILL, PA 19444 |
| 97586    0065412-00   S#0004215<br>JENNIE E THOMPSON<br>60 MATTSON ROAD<br>BOOTHWYN, PA 19061 | 97586    0065413-00   S#0004685<br>JENNIFER A MILLER<br>13504 ARGO DR<br>DAYTON, MD 21036 | 97586    0065415-00   S#0010365<br>JENNIFER BARDWELL SIEBELS CUST<br>JAMES BRANDON SIEBELS<br>12447 WEDGE HILL LANE<br>HOUSTON, TX 77077 |
| 97586    0065416-00   S#0010364<br>JENNIFER BARDWELL SIEBELS CUST<br>STEPHANIE CATLIN SIEBELS<br>12447 WEDGE HILL LANE<br>HOUSTON, TX 77077 | 97586    0065417-00   S#0002765<br>JENNIFER C ROBERTS<br>6912 15TH AVE<br>BROOKLYN, NY 11228 | 97586    0065418-00   S#0003035<br>JENNIFER CHALFEN<br>45 SMITH ST<br>GLEN COVE, NY 11542 |
| 97586    0065419-00   S#0002585<br>JENNIFER DISCLAFANI<br>1647 ESTELLE AVE<br>ELMONT, NY 11003-2217 | 97586    0065420-00   S#0013315<br>JENNIFER E JAMISON<br>5609 119TH SW<br>TACOMA, WA 98499 | 97586    0065421-00   S#0000010<br>JENNIFER E RODA<br>103 HUNTERS GREEN CIRCLE<br>AGAWAM, MA 01001 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065422-00  S#0004076 | 97586   0065423-00  S#0009215 | 97586   0065424-00  S#0002481 |
| JENNIFER FICANO | JENNIFER GARHAM CUST | JENNIFER GIBNEY |
| GOLD KEY LAKE | CHARLES BREDRUP | 1160 MIDLAND AVE |
| BOX 2367 | 6 S 237 NEWHOPE RD | BRONXVILLE, NY 10708 |
| MILFORD, PA 18337 | NAPERVILLE, IL 60540 | |
| | | |
| 97586   0065425-00  S#0012560 | 97586   0065426-00  S#0005930 | 97586   0065427-00  S#0012348 |
| JENNIFER HOLLAND CUST | JENNIFER J ZICHI CUST | JENNIFER JOSEPH CUST |
| ISAAC NARELL | KELLY JOSEPH LUPO | PHOEBE A LONGHI |
| 1133 STANNAGE AVE | 4468 CROOKED OAK CT | 1853 STOCKTON ST |
| ALBANY, CA 94706 | JACKSONVILLE, FL 32257-6061 | SAN FRANCISCO, CA 94133 |
| | | |
| 97586   0065428-00  S#0008385 | 97586   0065429-00  S#0010612 | 97586   0065430-00  S#0006032 |
| JENNIFER L DIONESE CUST | JENNIFER L MCFEETERS & | JENNIFER L MILLER CUST |
| THOMAS E SCHNEIDER UTMA IA | THOMAS M MCFEETERS | CHRISTA CHERRIE MILLER |
| 208 WEST LOGAN ST | 10 LONG SPUR | 3705 LAKE ORLANDO PKY S 5 |
| NEW HAMPTON, IA 50659 | LITTLETON, CO 80127 | ORLANDO, FL 32808 |
| | | |
| 97586   0065431-00  S#0012178 | 97586   0065432-00  S#0008056 | 97586   0065433-00  S#0001910 |
| JENNIFER LEIGH BEVERS | JENNIFER M WOOD CUST | JENNIFER N M COILE CUST |
| 1581 N WISHON AVE | ERIC M WOOD | SIENNA J C ROBROCK UTMA CA |
| FRESNO, CA 93728-1830 | 63 RADNOR CIR | PSC 59 BOX 60 |
| | GROSSE POINTE FRM, MI 48236-3812 | APO, AE 09624-0001 |
| | | |
| 97586   0065434-00  S#0000836 | 97586   0065435-00  S#0005945 | 97586   0065436-00  S#0006633 |
| JENNIFER NADINE GRAY | JENNIFER O'CONNELL | JENNIFER P TRETHAWAY |
| 4 SIERRA WAY | 4608 BARCLAY LANE | 2901 SW LAKE TER |
| DANBURY, CT 06810 | TALLAHASSEE, FL 32308 | PALM CITY, FL 34990-1924 |
| | | |
| 97586   0065437-00  S#0011562 | 97586   0065438-00  S#0013601 | 97586   0065439-00  S#0006368 |
| JENNIFER R CAREY | JENNIFER REID | JENNIFER ROSE MARCHAL |
| 393 VERJUGO WAY | 3055 ARIES PLACE | 2217 COLLIER AVE |
| UPLAND, CA 91786 | BURNABY BC, V3J 7G1 | LAKE WORTH, FL 33461 |
| | CANADA | |
| | | |
| 97586   0065440-00  S#0005919 | 97586   0065441-00  S#0006276 | 97586   0065442-00  S#0006158 |
| JENNIFER ROSE NICE | JENNIFER S EVAUL | JENNIFER SAMARA GETTER |
| BOX 330805 | 9850 NW 10 CT | 10038 VESTAL PL |
| ATLANTIC BEACH, FL 32233-0805 | PLANTATION, FL 33322-4853 | CORAL SPRINGS, FL 33071 |
| | | |
| 97586   0065443-00  S#0012364 | 97586   0065444-00  S#0002787 | 97586   0065445-00  S#0009856 |
| JENNIFER SCHERER CARLSON | JENNIFER SCLAFANI | JENNIFER THOMPSON CUST |
| 2456 W BAYSHORE 4 | 185 SACKETT ST | MAITLAND J THOMPSON |
| PALO ALTO, CA 94303 | BROOKLYN, NY 11231-3015 | 7907 LAUREL COURT |
| | | LA VISTA, NE 68128 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065446-00   S#0012156
JENNY A DOWDY CUST
BRENT W DOWDY
2297 SAMPLE AVE
CLOVIS, CA 93611-5424

97586    0065447-00   S#0012155
JENNY DOWDY CUST
ERICH MICHAEL AUFDERHEIDE
2582 PALO ALTO
CLOVIS, CA 93611

97586    0065448-00   S#0012154
JENNY DOWDY CUST
WALTER H T AUFDERHEIDE IV
2582 PALO ALTO
CLOVIS, CA 93611

97586    0065449-00   S#0001023
JEOFREY M VITA
433 NEW ENGLAND TER
ORANGE, NJ 07050

97586    0065450-00   S#0005318
JEREMIAH JAMES PADDOCK
6101 THISTLE TRCE
GREENSBORO, NC 27410-9218

97586    0065451-00   S#0013117
JEREMIAH JOSEPH MONDELLO
76252 MOSBY CREEK RD
COTTAGE GROVE, OR 97424

97586    0065452-00   S#0007784
JEREMY BELL
3071 SOUTH COUNTY RD   250 E
NEWCASTLE, IN 47362

97586    0065453-00   S#0002775
JEREMY COMINS &
ELEANOR COMINS
JT TEN
1776 E 19TH ST
BROOKLYN, NY 11229

97586    0065454-00   S#0008771
JEREMY D LEFFERT
4517 CASCO AVE
EDINA, MN 55424

97586    0065455-00   S#0003084
JEREMY HARELICK
1446 N JERUSALEM RD
NORTH MERRICK, NY 11566

97586    0065456-00   S#0007196
JEREMY J GEYER
2318 MARYANN PLACE
TOLEDO, OH 43614

97586    0065457-00   S#0007712
JEREMY J ROBERTSON
8810 POLK ST
MERRILLVILLE, IN 46410-8518

97586    0065458-00   S#0008536
JEREMY J ZHE
6839 N FRANCIS RD
EVANSVILLE, WI 53536-9715

97586    0065459-00   S#0010888
JEREMY JAMES PREWITT
1620 E MINORKA
TUCSON, AZ 85706

97586    0065460-00   S#0006272
JEREMY LEVITAN
9780 NW 17TH ST
PLANTATION, FL 33322

97586    0065461-00   S#0011274
JEREMY M HUNT
15962-A DOWNEY AVE
PARAMOUNT, CA 90723

97586    0065462-00   S#0000475
JEREMY MC CUTCHEON
19 HIGHLAND DR
PETERBOROUGH, NH 03458-1259

97586    0065463-00   S#0010990
JEREMY MCBIRNEY
2567 GARFIELD DR
SPARKS, NV 89431

97586    0065464-00   S#0011522
JEREMY SAMONTE
2609 SEAMAN AVE
EL MONTE, CA 91733

97586    0065465-00   S#0010825
JEREMY SEAN BERGIN
1433 S MONTEREY ST
GILBERT, AZ 85223-8436

97586    0065466-00   S#0000756
JEREMY SHURE
2073 CHAPEL ST
NEW HAVEN, CT 06515

97586    0065467-00   S#0009768
JEREMY T BELZER
4405 W 82ND ST
PRAIRIE VILLAGE, KS 66208

97586    0065468-00   S#0007772
JEREMY T VANDER PAN
RR 6 BOX 199
COLUMBUS, IN 47201-9408

97586    0065469-00   S#0003607
JEREMY ULMANN
1409 DREXEL DR
VESTAL, NY 13850

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065470-00   S#0003577
JEREMY WEGERSKI
105 GORDON PKWY
SYRACUSE, NY 13219-1017

97586   0065471-00   S#0004752
JERI E TWIGG CUST
DENNIS TWIGG
2811 RAINBOW DR
WESTMINSTER, MD 21157

97586   0065472-00   S#0008866
JERI LEHNHERR
124 WYOMING
BILLINGS, MT 59101

97586   0065473-00   S#0011164
JERI REEDER CUST
JOHN MICHAEL REEDER
56 8TH ST
HERMOSA BEACH, CA 90254

97586   0065474-00   S#0012085
JERICHA TALBERT
2705 WOTHINGTON AVE
BAKERSFIELD, CA 93308-1542

97586   0065475-00   S#0005477
JERMEL MILLER
653 CHAIR RD
NEW BERN, NC 28560

97586   0065476-00   S#0008115
JEROLD G NEFF &
MARY ANN NEFF JT TEN
4921 FAIRWAY RIDGE CIR
WEST BLOOMFIELD, MI 48323-3321

97586   0065477-00   S#0004545
JEROME B HERGENREDER
3516 BRADLEY LN
CHEVY CHASE, MD 20815-3260

97586   0065478-00   S#0013224
JEROME D BOSCH CUST
JOSEPH D BOSCH
2127 E HAMLIN
SEATTLE, WA 98112-2011

97586   0065479-00   S#0010705
JEROME DALE FIECHTNER CUST
MATTHEW AARON FIECHTNER
4308 BRAHMA RD
CHEYENNE, WY 82009

97586   0065480-00   S#0009273
JEROME DAVIS &
JEANETTE MCFARLAND JT TEN
2437 W FARRAGUT #G
CHICAGO, IL 60625

97586   0065481-00   S#0006461
JEROME F LOWE CUST
JEROME F LOWE JR
UNDER THE FL UNIF TRAN MIN ACT
321 S ISLE DR
ST PETE BCH, FL 33706-2711

97586   0065482-00   S#0008110
JEROME KATZ CUST
FBO TAMAR KAREN KATZ
6951 ALDERLEY WAY
W BLOOMFIELD, MI 48322-3856

97586   0065483-00   S#0004682
JEROME KEYES
4423 DECLARATION CIRCLE
BELCAMP, MD 21017

97586   0065484-00   S#0004564
JEROME M RAFATS
10627 TUPPENCE CT
ROCKVILLE, MD 20850

97586   0065485-00   S#0002277
JEROME N RIBELLINO SR CUST
NICOLE M MEDORO
544 GOLF VIEW CT
STATEN ISLAND, NY 10314

97586   0065486-00   S#0001954
JEROME P CRAIG CUST
ALEXANDER CRAIG
647 E 14TH ST APT 3A
NEW YORK, NY 10009

97586   0065487-00   S#0010491
JEROME PIENIAZEK CUST
ADAM CHRISTOPHER PIENIAZEK
BOX 254
ADKINS, TX 78101

97586   0065488-00   S#0007540
JEROME R HAGENHOFF
4421 CLIFFORD ROAD
CINCINNATI, OH 45236

97586   0065489-00   S#0008501
JEROME R SILBERMAN
PO BOX 17192
MILWAUKEE, WI 53217-0192

97586   0065490-00   S#0004478
JEROME SHUMAN CUST
JEROME SHUMAN JR UDCUTMA
1630 JUNIPER ST NW
WASHINGTON, DC 20012

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065491-00   S#0003104
JERROLD B TEITCHER CUST
MICHAEL E TEITCHER
386 LINKS DR E
OCEANSIDE, NY 11572

97586   0065492-00   S#0006183
JERRY A GALINDO
520 SW 63RD AVE
MIAMI, FL 33144

97586   0065493-00   S#0005813
JERRY ANDREW DAVIS
BOX 441
HAWKINSVILLE, GA 31036

97586   0065494-00   S#0010319
JERRY ANN LOCKE FORD CUST
ROGER FORD
241 LITCHFIELD LANE
HOUSTON, TX 77024

97586   0065495-00   S#0013516
JERRY B WONG
32 ANNIS RD
SCARBOROUGH, ON M1M 2Y7
CANADA

97586   0065496-00   S#0006645
JERRY C BARNES
BOX 32
GREENPOND, AL 35074

97586   0065497-00   S#0006201
JERRY C KALINE &
ANNA M KALINE JTTEN
16745 SW 83RD COURT
MIAMI, FL 33157

97586   0065498-00   S#0009860
JERRY D BUSCH &
JOYCE E BUSCH JT TEN
12609 ANNE ST
OMAHA, NE 68137-2016

97586   0065499-00   S#0009623
JERRY D GRAMMER
JANICE D GRAMMER JTTEN
5447 WESTWOOD DR
ST CHARLES, MO 63304

97586   0065500-00   S#0010552
JERRY DEAN THOMPSON
1006 SUNSET
AMARILLO, TX 79106-6337

97586   0065501-00   S#0003212
JERRY ELLSTEIN CUST
JOSHUA HARRIS ELLSTEIN
49 HARBOR PARK DR
CENTERPORT, NY 11721

97586   0065502-00   S#0002325
JERRY J GUTIERREZ &
KYRA M GUTIERREZ JT TEN
817 E 219TH STREET
BRONX, NY 10467

97586   0065503-00   S#0011018
JERRY J HITTLET &
JUDY HITTLET
JT TEN
1235 CLOUGH RD
RENO, NV 89509-3111

97586   0065504-00   S#0007941
JERRY J MADONNA CUST
ANTHONY J MADONNA UGMA MI
4444 OAK POINTE DRIVE
BRIGHTON, MI 48116

97586   0065505-00   S#0009019
JERRY JAFFE &
DORLENE JAFFE
9129 KILDARE
SKOKIE, IL 60076-1654

97586   0065506-00   S#0012596
JERRY JOHNSON
BOX 238
INVERNESS, CA 94937

97586   0065507-00   S#0005365
JERRY K LIVINGSTON &
BONNIE S LIVINGSTON
JT TEN
5905 VOLANT DR
RALEIGH, NC 27609

97586   0065508-00   S#0010786
JERRY L BRADLEY
1965 E ROCKWOOD DRIVE
PHOENIX, AZ 85024

97586   0065509-00   S#0010062
JERRY L STOVER &
MICKIE L STOVER
1804 HAVEN DR
MIDWEST CITY, OK 73130-6729

97586   0065510-00   S#0006878
JERRY LEE
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586   0065512-00   S#0007074
JERRY LEE TOLBERT CUST
CHRISTOPHER LEE TOLBERT
3023 TOMAHAWK WAY
BURLINGTON, KY 41005

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065511-00   S#0007086<br>JERRY LEE TOLBERT CUST<br>GERRY LEO TOLBERT<br>RR 1 BOX 475-A<br>DEMOSSVILLE, KY 41033 | 97586   0065513-00   S#0007073<br>JERRY LEE TOLBERT CUST<br>KATHRYN MARIE TOLBERT<br>3023 TOMAHAWK WAY<br>BURLINGTON, KY 41005 | 97586   0065514-00   S#0004690<br>JERRY LEVINE CUST<br>MARC Z LEVINE<br>11921 FARSIDE RD<br>ELLICOTT CITY, MD 21042-1519 |
| 97586   0065515-00   S#0011348<br>JERRY LEVINE CUST<br>MATTHEW RYAN LEVINE<br>3514 EDDINGHAM AVE<br>CALABASAS, CA 91302 | 97586   0065516-00   S#0005182<br>JERRY M WALTERS CUST<br>CHRISTOPHER D WALTERS<br>5801 LARCHWOOD DR<br>DISPUTANTA, VA 23842 | 97586   0065517-00   S#0002851<br>JERRY MYTIDES<br>192-02A 39TH AVENUE<br>FLUSHING, NY 11358 |
| 97586   0065518-00   S#0011055<br>JERRY NEELEY<br>4241 AVOCADO<br>LOS ANGELES, CA 90027 | 97586   0065519-00   S#0007047<br>JERRY O'DANIEL<br>2064 LAKESIDE DR<br>LEXINGTON, KY 40502 | 97586   0065520-00   S#0003191<br>JERRY P ORENSTEIN CUST<br>ADAM S ORENSTEIN UGMA/NY<br>2519 NORWOOD AVE<br>N BELLMORE, NY 11710 |
| 97586   0065521-00   S#0003192<br>JERRY P ORENSTEIN CUST<br>DAVID ORENSTEIN UGMA/NY<br>2519 NORWOOD AVE<br>N BELLMORE, NY 11710 | 97586   0065522-00   S#0003190<br>JERRY P ORENSTEIN CUST<br>SCOTT ORENSTEIN UGMA/NY<br>2519 NORWOOD AVE<br>N BELLMORE, NY 11710 | 97586   0065523-00   S#0006516<br>JERRY P PERRY &<br>JOAN S PERRY JT TEN<br>507 74TH ST<br>HOLMES BEACH, FL 34217-1113 |
| 97586   0065524-00   S#0010556<br>JERRY PECK &<br>BETTY JANE PECK<br>3026 55TH<br>LUBBOCK, TX 79413 | 97586   0065525-00   S#0010341<br>JERRY T REECE<br>1734 PLUMWOOD WAY<br>HOUSTON, TX 77058 | 97586   0065526-00   S#0006754<br>JERRY W ALLEN &<br>GAIL ALLEN JT TEN<br>4808 REEDER SCHOOL RD<br>GREENBRIER, TN 37073-5013 |
| 97586   0065527-00   S#0006755<br>JERRY W ALLEN &<br>GAIL ALLENJT TEN<br>4808 REEDER SCHOOL ROAD<br>GREENBRIER, TN 37073-5013 | 97586   0065528-00   S#0006752<br>JERRY W ALLEN CUST<br>JOHSAU S ALLEN UGMA TN<br>4808 REEDER SCHOOL RD<br>GREENBRIER, TN 37073 | 97586   0065529-00   S#0007755<br>JERRY W COLE<br>1015 MAYFAIR AVE<br>CLARKSVILLE, IN 47129-1939 |
| 97586   0065530-00   S#0009471<br>JERRY WORT CUST<br>ERIC WORT<br>3326 LEWIS DR<br>QUINCY, IL 62301 | 97586   0065531-00   S#0013099<br>JERRYL WEATHER CUST<br>CHARLES JAMES WEATHERS<br>6980 WINDSOR ISLAND RD N<br>KEIZER, OR 97303 | 97586   0001073-00   S#0001739<br>JERSEY, STATE OF<br>PENNSYLVANIA SALES TAX<br>DIV OF TAXATION<br>TRENTON, NJ 08646-0999 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065532-00  S#0007920
JESSE ALLEN COHN
701 MT PLEASANT ST
ANN ARBOR, MI 48103

97586   0065533-00  S#0008716
JESSE E KLEIN
1513 116TH ST STE E
BURNSVILLE, MN 55337

97586   0065534-00  S#0003371
JESSE E STREITMAN
41 CLEARWATER DR
PLAINVIEW, NY 11803

97586   0065535-00  S#0002454
JESSE HOFFMAN
2838 LARKSPUR ST
YORKTOWN HEIGHTS, NY 10590

97586   0065536-00  S#0012558
JESSE HORNSTEIN
3021 HILLEGASS AVE #B
BERKELEY, CA 94705-2513

97586   0065537-00  S#0012336
JESSE K K MA
C/O YOLANDA KING
BOX 229
2269 CHESTNUT ST
SAN FRANCISCO, CA 94123

97586   0065538-00  S#0010463
JESSE L HIBBETTS III
126 WATERLILY ST
LAKE JACKSON, TX 77566-5037

97586   0065539-00  S#0011819
JESSE R MOHLER
C-O SANDRA J MOHLER
21165 SERRA VISTA
LAKE FOREST, CA 92630-7044

97586   0065540-00  S#0003417
JESSE S SOMMER
665 CLIPP RD
VOORHEESVILLE, NY 12186

97586   0065541-00  S#0004119
JESSE SCOTT HORSTMANN
2052 COUNTRY CLUB DR
DOYLESTOWN, PA 18901

97586   0065542-00  S#0003261
JESSE SNIDER
4 DICKENS RD
DIX HILLS, NY 11746

97586   0065543-00  S#0001429
JESSE ULEZALKA
36 ERIC CT
MORGANVILLE, NJ 07751-1060

97586   0065545-00  S#0001767
JESSICA AVERBACH CUST
SUSAN BOYCE
2109 HOLLY HILL RD
LAKEHURST, NJ 08733

97586   0065546-00  S#0013547
JESSICA BUTTINGER
286 STOKE DRIVE
KITCHENER, ON N2N 2C1
CANADA

97586   0065547-00  S#0000160
JESSICA E SMITH
C/F RONALD SMITH UGMA MA
43 VEST WAY
N ANDOVER, MA 01845

97586   0065548-00  S#0000084
JESSICA KENDRA
10 GOLDENROD COURT
SOUTH GRAFTON, MA 01560

97586   0065549-00  S#0001424
JESSICA L DEIGERT
360 HARMONY ROAD
MIDDLETOWN, NJ 07748

97586   0065550-00  S#0013606
JESSICA LUCKHURST
2709 141ST STREET
WHITE ROCK, BC V4A 5X6
CANADA

97586   0065551-00  S#0010090
JESSICA MAURINE BREWER
16 N ARMSTRONG
BIXBY, OK 74008

97586   0065552-00  S#0012084
JESSICA TALBERT
2705 WORTHINGTON AVE
BAKERSFIELD, CA 93308-1542

97586   0065553-00  S#0006868
JESSIE L TANKERSLEY
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586   0065554-00  S#0005552
JESSIE O WATTS CUST
CHARLES R WATTS
316 CHERAW DR
CHARLESTON, SC 29412-2339

97586   0065555-00  S#0006228
JESUS D RODRIGUEZ
11902 SW 98TH CT
MIAMI, FL 33176

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065556-00   S#0006225
JESUS M OQUENDO &
DELIA OQUENDO
JT TEN
11428 SW 74 ST
MIAMI, FL 33173-2600

97586   0065557-00   S#0006735
JEWELL BAKER
2609 STUART STREET
BURNS, TN 37029

97586   0065558-00   S#0007136
JILL A KANDEL CUST
STEPHEN J KANDEL
5672 DUDDINGSTON DR
DUBLIN, OH 43017-9677

97586   0065559-00   S#0003470
JILL A SCHMIDT
41 LANCER DR
NEWBURGH, NY 12550

97586   0065560-00   S#0004035
JILL ANN FISHER
16 N WATER ST
SELINSGROVE, PA 17870

97586   0065561-00   S#0001695
JILL C FLUHARTY
PO BOX 1205
RIO GRANDE, NJ 08242

97586   0065562-00   S#0009491
JILL E BERGSCHNEIDER CUST
BLAKE S WOOD
1193 FRANKLIN ALEXANDER RD
ALEXANDER, IL 62601-7021

97586   0065563-00   S#0007493
JILL E HELLMANN CUST
RANDY A RUETHER
3393 CHERRY HILL DR
FAIRFIELD, OH 45014

97586   0065564-00   S#0001236
JILL FLORIO
157 E CHURCH ST
BERGENFIELD, NJ 07621

97586   0065565-00   S#0009816
JILL GREGORY
1435 MORGANTOWN
WICHITA, KS 67212-1528

97586   0065566-00   S#0001437
JILL K FULTON CUST
RICHARD F FULTON III
38 MAIN ST
OCEANPORT, NJ 07757-1137

97586   0065567-00   S#0011317
JILL K POREMBA
1210 N HOLLISTON AVE
PASADENA, CA 91104-3018

97586   0065568-00   S#0001002
JILL LERNER CUST
ALEXANDRIA LERNER
13 TOWER  DR
MAPLEWOOD, NJ 07040-1007

97586   0065569-00   S#0001001
JILL LERNER CUST
JESI M LERNER
13 TOWER DR
MAPLEWOOD, NJ 07040-1007

97586   0065570-00   S#0001091
JILL MAYO
1488 VAUXHALL RD
UNION, NJ 07083

97586   0065571-00   S#0007451
JILL MEO
634 THIRD AVE NW
NEW PHILADELPHIA, OH 44663

97586   0065572-00   S#0000911
JILL MORGAN SMYTH &
GREG E SMYTH JTTEN
77-05 COURTLAND AVE #136
STAMFORD, CT 06901

97586   0065573-00   S#0006156
JILL MORTON CUST
MICHAEL R MORTON
10359 NW 4TH ST
CORAL SPRINGS, FL 33071

97586   0065574-00   S#0006273
JILL SCHEIN CUST
DANIEL J SCHEIN
10730 NW 14TH ST APT 165
PLANTATION, FL 33322

97586   0065575-00   S#0001342
JILLIAN SELVAGGIO
4 SALEM CT
MANALAPAN, NJ 07726

97586   0065576-00   S#0012849
JIM BALL
242 ALDERCREST WAY
VACAVILLE, CA 95688

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065577-00   S#0011380<br>JIM DRUMMOND<br>19335 PAUMA VALLEY DR<br>NORTHRIDGE, CA 91326-1701 | 97586    0065578-00   S#0010951<br>JIM LAWS<br>850 CAMINO DEL REX<br>LOS CRUCES, NM 88001 | 97586    0065579-00   S#0007494<br>JIM MC CLURE<br>451 WILLIAMS AVE<br>HAMILTON, OH 45015 |
| 97586    0065580-00   S#0012909<br>JIM MC CONNELL CUST<br>MICAH MC CONNELL<br>BOX 232<br>BANGOR, CA 95914 | 97586    0065581-00   S#0008800<br>JIM RENN CUST<br>STEVEN RENN<br>4115 2ND ST NW<br>ROCHESTER, MN 55901 | 97586    0065582-00   S#0009377<br>JIM SHOLLENBERGER<br>1830 14TH AVE<br>MOLINE, IL 61265 |
| 97586    0065583-00   S#0009858<br>JIM VAKOC<br>2816 N 78TH ST<br>OMAHA, NE 68134 | 97586    0065584-00   S#0006171<br>JIM WHITLOW<br>1521 ALTON RD #326<br>MIAMI BEACH, FL 33139 | 97586    0065585-00   S#0002704<br>JIMMIE BURNETT<br>13 REVERE PL<br>BROOKLYN, NY 11213-1540 |
| 97586    0065586-00   S#0002275<br>JIMMY C DILLON JR<br>43-A COUNTRY DR W<br>STATEN ISLAND, NY 10314 | 97586    0065587-00   S#0010132<br>JIMMY D WHITE &<br>CAROLYN F WHITE<br>JT TEN<br>341 TIMBERIDGE RD<br>HOWE, OK 74940 | 97586    0065588-00   S#0006926<br>JIMMY KENNEDY &<br>JUDY KENNEDY JTTEN<br>RT 2<br>NEW ALBANY, MS 38652 |
| 97586    0065589-00   S#0006925<br>JIMMY L KENNEDY &<br>JUDY W KENNEDY JT TEN<br>RTE 2 BOX 279-A<br>NEW ALBANY, MS 38652 | 97586    0065590-00   S#0008040<br>JIMMY LEE GRAY CUST<br>JIMMY LEE GRAY JR<br>19995 RENFREW<br>DETROIT, MI 48221 | 97586    0065591-00   S#0002249<br>JIMMY MINUNNI &<br>MICHELE MINUNNI<br>JT TEN<br>30 GREENLEAF AVE<br>STATEN ISLAND, NY 10310 |
| 97586    0065592-00   S#0008270<br>JIMMY SCAVONE<br>10481 WOODLAWN<br>PORTAGE, MI 49002 | 97586    0065593-00   S#0012846<br>JINA DEATHERAGE CUST<br>LYNDELL ALEXANDER DEATHERAGE<br>2805 ALHAMBRA DR<br>CAMERON PARK, CA 95682-8857 | 97586    0065594-00   S#0004183<br>JITENDRA SHAH<br>1500 BARN SWALLOW DR<br>BENSALEM, PA 19020-4655 |
| 97586    0065595-00   S#0006731<br>JO A GICZEWSKI &<br>RONALD J MARISI JT TEN<br>6020 LEGEND DR<br>ANTIOCH, TN 37013 | 97586    0065596-00   S#0010630<br>JO ANN ADAMSON CUST<br>SHELLY SMITH<br>1011 LOCUST ST<br>DENVER, CO 80220-4642 | 97586    0065597-00   S#0007303<br>JO ANNE F CAPUTO CUST<br>JOE CAPUTO<br>2588 ASHTON RD<br>CLEVELAND HTS, OH 44118-4224 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065598-00  S#0007351<br>JO ANNE LACHENDRO<br>4015 W 163RD ST<br>CLEVELAND, OH 44135 | 97586    0065599-00  S#0003440<br>JO ANNE WROBLESKI DISTEFANO<br>197 SHAKER RIDGE DR<br>NISKAYUNA, NY 12309-1965 | 97586    0065600-00  S#0011325<br>JO CRAWFORD<br>1310 ARISTO ST<br>GLENDALE, CA 91201-2303 |
| 97586    0065601-00  S#0012833<br>JO LYNN P MARQUEZ<br>1313 YOUNG WO CIR<br>FOLSOM, CA 95630-2469 | 97586    0065602-00  S#0011898<br>JO TUCKER CUST<br>ABRAHAM JOSEPH TUCKER<br>1891 PARK SKYLINE DR<br>SANTA ANA, CA 92705-3185 | 97586    0065603-00  S#0011897<br>JO TUCKER CUST<br>ZACHARY STATON TUCKER<br>1891 PARK SKYLINE DR<br>SANTA ANA, CA 92705-3185 |
| 97586    0065604-00  S#0011880<br>JO ZINK<br>24061 SILVESTRE<br>MISSION VIEJO, CA 92692 | 97586    0065605-00  S#0013019<br>JOAL MURAKAMI<br>575 POIPU DRIVE<br>HONOLULU, HI 96825 | 97586    0065606-00  S#0008329<br>JOAN C MALEWITZ CUST<br>ERIC J MALEWITZ<br>4183 SAND CREEK DRIVE NW<br>GRAND RAPIDS, MI 49504 |
| 97586    0065607-00  S#0000170<br>JOAN DANCEWICZ &<br>STANLEY DANCEWICZ<br>JT TEN<br>6 PINE VIEW RD<br>WILMINGTON, MA 01887 | 97586    0065608-00  S#0003709<br>JOAN DUBUWYK CUST<br>SHAWN DUBUWYK<br>2661 WALKER RD<br>PENN YAN, NY 14527 | 97586    0065609-00  S#0011584<br>JOAN E LIENEMANN<br>3245 CRISTOBAL WAY<br>SPRING VALLEY, CA 91977 |
| 97586    0065610-00  S#0000644<br>JOAN E LONG CUST<br>CONOR M LONG<br>872 QUAKER LANE S<br>WEST HARTFORD, CT 06110-1456 | 97586    0065611-00  S#0000643<br>JOAN E LONG CUST<br>MICHAEL T LONG<br>872 QUAKER LANE S<br>WEST HARTFORD, CT 06110-1456 | 97586    0065612-00  S#0010698<br>JOAN G SHAPIRO CUST<br>JOSEPH N SHAPIRO UNDER THE<br>788 MARYS RD<br>RIDGEWAY, CO 81432-9330 |
| 97586    0065613-00  S#0010699<br>JOAN G SHAPIRO CUST<br>KEVIN B SHAPIRO<br>788 MARYS RD<br>RIDGEWAY, CO 81432-9330 | 97586    0065614-00  S#0003756<br>JOAN H HULL<br>122 NORLANE DR<br>ROCHESTER, NY 14622 | 97586    0065615-00  S#0003439<br>JOAN HEFFLER<br>2335 CAYUGA RD<br>SCHENECTADY, NY 12309-1424 |
| 97586    0065616-00  S#0002519<br>JOAN KARALIS CUST<br>JAMES KARALIS<br>24 LINDEN AVE<br>MIDDLETOWN, NY 10940 | 97586    0065623-00  S#0005751<br>JOAN KIRSTEIN CUST<br>ALEXANDER GRANT TARATOOT<br>1712 RIDGE VALLEY CT<br>ATLANTA, GA 30327 | 97586    0065620-00  S#0006325<br>JOAN KIRSTEIN CUST<br>BRITTANY KIRSTEIN<br>12795 KINGSWAY RD<br>WELLINGTON, FL 33414 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065621-00   S#0006324
JOAN KIRSTEIN CUST
JARED KIRSTEIN
12795 KINGSWAY RD
WELLINGTON, FL 33414

97586   0065618-00   S#0005703
JOAN KIRSTEIN CUST
KELLEY KIRSTEIN
1115 OLIVINE DR
ALPHARETTA, GA 30202

97586   0065617-00   S#0006359
JOAN KIRSTEIN CUST
KYLE KIRSTEIN
1000 PONCE DE LEON
CLEWISTON, FL 33440

97586   0065619-00   S#0005702
JOAN KIRSTEIN CUST
MATTHEW KIRSTEIN
1115 OLIVINE DR
ALPHARETTA, GA 30202

97586   0065622-00   S#0006323
JOAN KIRSTEIN CUST
RYAN KIRSTEIN
12795 KINGSWAY RD
WELLINGTON, FL 33414

97586   0065624-00   S#0002537
JOAN LASHER CUST
STEPHEN LASHER
5 SPUR DR
NANUET, NY 10954

97586   0065625-00   S#0008944
JOAN LEE SACKS CUST
STEVEN MICHAEL SACKS UTMA IOWA
3317 MAPLE LEAF DR
GLENVIEW, IL 60025

97586   0065626-00   S#0007759
JOAN M HUMPHREY CUST
JOSEPH H HUMPHREY III
BOX 2022
CLARKSVILLE, IN 47131

97586   0065627-00   S#0000427
JOAN M MARASCO CUST
JAMES G MARASCO UTMA/RI
617 SMITH ST
PROVIDENCE, RI 02908

97586   0065628-00   S#0002073
JOAN MANTEL CUST
KENNETH S MANTEL
135 E 74TH ST
NEW YORK, NY 10021

97586   0065629-00   S#0012680
JOAN MINER CUST
KYLE H JENKE
1331 LINDSAY
SAN JOSE, CA 95118

97586   0065630-00   S#0006940
JOAN PLAYER
BOX 784
MADISON, MS 39130

97586   0065631-00   S#0004725
JOAN R STUCKEY CUST
MICHAEL L STUCKEY
09 BALLYHEAN CT
TIMONIUM, MD 21093-1813

97586   0065632-00   S#0003338
JOAN S BLAIR CUST
ROBERT FRANCIS BLAIR
151 MCNEIL ST
SAYVILLE, NY 11782-2047

97586   0065633-00   S#0006312
JOAN SCHATTEN TR
JOAN SCHATTEN REV LIVING TRUST
108 LAKESHORE  DR APT 1439
NORTH PALM BEACH, FL 33408-3608

97586   0065634-00   S#0012952
JOAN TAKEMOTO CUST
MATTHEW T TAKEMOTO
1719 HALELOKE ST
HILO, HI 96720-1553

97586   0065635-00   S#0004363
JOAN W GIESY &
ERIC H GIESY JT TEN
6 WALTERS LANE
ROYERSFORD, PA 19468-1124

97586   0065636-00   S#0007339
JOAN WITT
6379 MANDALAY DR
PARMA HTS, OH 44130

97586   0065637-00   S#0008556
JOANIE M DEXTER
4105 SUNNYSIDE CRESCENT
MADISON, WI 53704

97586   0065638-00   S#0003539
JOANN ABBENE MEAGLEY CUST
LOUIS ALEXANDER ABBENE MEAGLEY
314 HUNT DR
FAYETTEVILLE, NY 13066

97586   0065639-00   S#0008124
JOANN DROHAN CUST
DAVID DROHAN
6153 BARKER CIR
WATERFORD, MI 48329-3115

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065640-00   S#0002626<br>JOANN ENGEL CUST<br>STEVEN ENGEL<br>25 SCHOONER LANE<br>PORT WASHINGTON, NY 11050 | 97586    0065641-00   S#0012032<br>JOANN GONZALES CUST<br>JESUS M MAGDALENO<br>787 S LASPINA ST<br>TULARE, CA 93274-5986 | 97586    0065642-00   S#0012031<br>JOANN GONZALES CUST<br>KRISTINA M GONZALES<br>787 S LASPINA ST<br>TULARE, CA 93274-5986 |
| 97586    0065643-00   S#0008080<br>JOANN KERSTEN CUST<br>CHRISTRIPHER P KERSTEN<br>50 GROSS PINE DR<br>ROCHESTER HILLS, MI 48309 | 97586    0065644-00   S#0008081<br>JOANN KERSTEN CUST<br>JOSEPH M KERSTEN<br>50 GROSS PINE DR<br>ROCHESTER HILLS, MI 48309 | 97586    0065645-00   S#0004160<br>JOANN M DUFF CUST<br>SHAWN ROBERT DUFF<br>565 RAIKES RD<br>HUNTINGDON VALLEY, PA 19006 |
| 97586    0065646-00   S#0007487<br>JOANN MADDEN<br>2430 SALVATORE PL<br>HAMILTON, OH 45011 | 97586    0065647-00   S#0007771<br>JOANN SWAIM CUST<br>STEVEN M SWAIM<br>44 BEECHWOOD COURT<br>COLUMBUS, IN 47201 | 97586    0065648-00   S#0003297<br>JOANN ZIROGIANNIS<br>46 HAWK LANE<br>LEVITTOWN, NY 11756-4918 |
| 97586    0065649-00   S#0003290<br>JOANN ZIROGIANNIS &<br>DEMETRIOS ZIROGIANNIS JT TEN<br>46 HAWK LANE<br>LEVITTOWN, NY 11756 | 97586    0065650-00   S#0002863<br>JOANNA KAPLANC/F CUST<br>SEAN KAPLAN<br>239-40 66TH ST<br>FLUSHING, NY 11362-1923 | 97586    0065651-00   S#0004453<br>JOANNA KURZEKNABE CUST<br>RYAN SHEARES U/DE/UTMA<br>2322 TAGGART COURT<br>WILMINGTON, DE 19810 |
| 97586    0065652-00   S#0010422<br>JOANNA TAGHIZADEH CUST<br>JUSTIN TAGHIZADEH<br>19715 ENCHANTED OAKS DR<br>SPRING, TX 77388 | 97586    0065653-00   S#0010421<br>JOANNA TAGHIZADEH CUST<br>NIKOLAS TAGHIZADEH<br>19715 ENCHANTED OAKS DR<br>SPRING, TX 77388 | 97586    0065654-00   S#0006214<br>JOANNE AKELAITIS &<br>KEVIN E AKELAITIS JT TEN<br>14920 NE 9 CT<br>NO MIAMI, FL 33161-2326 |
| 97586    0065656-00   S#0010912<br>JOANNE F DE CHANT CUST<br>TOBY DE CHANT<br>2331 N TANQUE VERDE PL<br>TUCSON, AZ 85749 | 97586    0065657-00   S#0009315<br>JOANNE FONTANA CUST<br>MITCHELL FONTANA<br>4724 NORTH OVERHILL<br>NORRIDGE, IL 60656-4525 | 97586    0065658-00   S#0002833<br>JOANNE GAZZARA &<br>ZACHARY NOGUERA JT TEN<br>143-28 POPLAR AVE<br>FLUSHING, NY 11355 |
| 97586    0065659-00   S#0000312<br>JOANNE MARY KELLEY &<br>PAUL M KELLEY JT TEN<br>32 OLD COLONY DR<br>WEYMOUTH, MA 02188 | 97586    0065660-00   S#0002575<br>JOANNE MORRIS CUST<br>STEPHEN N MORRIS<br>16 PKWY DR<br>WEST NYACK, NY 10994 | 97586    0065661-00   S#0005573<br>JOANNE R BANKS<br>2001 DIRTY BRANCH RD<br>CONWAY, SC 29527 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065663-00    S#0011022
JOANNE R BOYD CUST
BRANDON JOHN EVANS
14085 EDMANDS DR
RENO, NV 89511

97586    0065664-00    S#0008993
JOANNE SILVA CUST
BRADLEY A SILVA
3641 TORREY PINES
NORTHBROOK, IL 60062

97586    0065665-00    S#0010343
JOANNE VALDEZ CUST
CHRISTOPHER GERARD VALDEZ
13706 HIDDENDELL COURT
HOUSTON, TX 77059

97586    0065666-00    S#0006354
JOANNE ZASLOW
8853 B ANDY CT
BOYNTON BEACH, FL 33436

97586    0065667-00    S#0011165
JOCELYN MCBRIDE
32 9TH ST
HERMOSA BEACH, CA 90254-4106

97586    0065668-00    S#0004120
JOCELYNE MARIE HORSTMANN
2052 COUNTRY CLUB DR
DOYLESTOWN, PA 18901

97586    0065669-00    S#0011441
JODI SWIFT CUST
JACK SWIFT UGMAN/CA
13837 BURBANK 6
VAN NUYS, CA 91401

97586    0065670-00    S#0000387
JODI-ANN MCLANE CUST
JOSEPH EDWARD COUTO
40 DIMOND AVE
BRISTOL, RI 02809

97586    0065671-00    S#0009237
JODIE A SHIH-HSIEH CUST
BRIAN TODD SWANSON
2044 COBBLEBROOK LN
NAPERVILLE, IL 60565

97586    0065672-00    S#0006369
JODY CALVERT
3940 EVERETT CT
LAKE WORTH, FL 33461

97586    0065673-00    S#0009530
JODY ELLEN WALDMAN CUST
EVANS WALDMAN
8 SAYLESVILLE CT
CHESTERFIELD, MO 63017

97586    0065674-00    S#0007155
JOE BLUM
451 CONESTOGA DR
COLUMBUS, OH 43213

97586    0065675-00    S#0006640
JOE BRISCUSO
541 SW S RIVER DR 205
STUART, FL 34997-3262

97586    0065676-00    S#0010018
JOE E HOLMES &
ANITA C HOLMES JT TEN
94 WESTBURY DR
BELLA VISTA, AR 72714

97586    0065677-00    S#0001194
JOE EVANS III
3 SHERIDAN AVE
WALDWICK, NJ 07463

97586    0065678-00    S#0012672
JOE FERRARA &
DOROTHY FERRARA
JT TEN
323 CALEDONIA ST
SANTA CRUZ, CA 95062-3309

97586    0065679-00    S#0010535
JOE L MOLLIMAN III
2222 WESTERN TRAILS STE 101
AUSTIN, TX 78745-1601

97586    0065680-00    S#0006864
JOE LEE COX JR
985 WREN WOOD LANE
MEMPHIS, TN 38122

97586    0065681-00    S#0003050
JOE MC GUINNESS
455 HEMPSTEAD GARDENS DR
WEST HEMPSTEAD, NY 11552

97586    0065682-00    S#0009067
JOE NEGRON CUST
DAVID NEGRON
326 N WINDSOR DR
BLOOMINGDALE, IL 60108

97586    0065683-00    S#0005520
JOE RENWICK
202 CARLISLE AVE
WINNSBORO, SC 29180

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0065684-00  S#0011603
JOE RODRIGUEZ
2287 MONRACH RIDGE CIRCLE
EL CAJON, CA 92019

97586    0065685-00  S#0011198
JOEL A FADEM CUST
JOSHUA R FADEM
14108 TAHITI WAY SUITE 626
MARINA DEL REY, CA 90292

97586    0065686-00  S#0012074
JOEL B JEFFREY &
MYRNA JOY JEFFREY
930 OLIVE DR N 64
BAKERSFIELD, CA 93308

97586    0065687-00  S#0010270
JOEL DON HUMPHREYS
1126 SOUTH RUSK
WEATHERFORD, TX 76086-6016

97586    0065688-00  S#0011068
JOEL ESMOND CUST
BRIAN ESMOND
1738 S WOOSTER ST
LOS ANGELES, CA 90035-4333

97586    0065689-00  S#0011067
JOEL ESMOND CUST
DANIEL ESMOND UTMA CA
1738 S WOOSTER ST
LOS ANGELES, CA 90035-4333

97586    0065690-00  S#0001043
JOEL F BARSKY
70 GLEN EAGLE DR
WATCHUNG, NJ 07060-6202

97586    0065691-00  S#0010337
JOEL HEFNER
3300 SAGE RD #9304
HOUSTON, TX 77056

97586    0065692-00  S#0011740
JOEL HENDLER CUST
FBO STEWART M HENDLER
PO BOX 3425
BIG BEAR LAKE, CA 92315-3425

97586    0065693-00  S#0001808
JOEL LEIZER CUST
JAMIE LEIZER
15 FERNWOOD COURT
EAST BRUNSWICK, NJ 08816

97586    0065694-00  S#0005776
JOEL MARCUS CUST
BARNEY JASON MARCUS
9401 ROBERTS DR 7H
ATLANTA, GA 30350

97586    0065695-00  S#0002128
JOEL MINSKY CUST
DAVID MINSKY
245 W 107TH ST
NEW YORK, NY 10025

97586    0065696-00  S#0006806
JOEL S GROSSMAN
1005 MELROSE AVE
JOHNSON CITY, TN 37601

97586    0065697-00  S#0009571
JOEL SCHRAIER &
FRANCINE SCHRAIER JT TEN
C/O BERGMAN & SCHRAIER & CO
7777 BONHOMME STE 1501
CLAYTON, MO 63105

97586    0065698-00  S#0004653
JOEL STEIN CUST
ROBERT STEIN UMDUGMA
607 CANNON ROAD
SILVER SPRING, MD 20904-3321

97586    0065699-00  S#0011413
JOEL T CHITIEA &
VIVIAN A CHITIEA
JT TEN
857 CALLE LAREDO
THOUSAND OAKS, CA 91360-2515

97586    0065700-00  S#0013136
JOELLEN K NIEMAN &
TED PUCKETT JTTEN
PO BOX 845
GRANTS PASS, OR 97526

97586    0065701-00  S#0013511
JOHANN BEDA &
RACHEL BEDA
105 VICTORIA ST
DUNDAS, ON L9H  2C1
CANADA

97586    0065702-00  S#0002719
JOHANNA JOHNSEN
299 15TH ST
BROOKLYN, NY 11215

97586    0065703-00  S#0003664
JOHANNA M ROZLER CUST
JACOB ROZLER
48 ALPINE PL
CHEEKTOWAGA, NY 14225

97586    0065707-00  S#0005391
JOHANNA METZ CUST
BRIAN BOUTERSE
3997 W CORNWALLIS RD
DURHAM, NC 27705

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065704-00    S#0001018
JOHANNA METZ CUST
DANIEL THOMAS METZ
13 LENAPE DR
MONTVILLE, NJ 07045

97586    0065705-00    S#0001016
JOHANNA METZ CUST
HEIDI JOHANNA METZ UGMA NJ
13 LENAPE DR
MONTVILLE, NJ 07045

97586    0065708-00    S#0006038
JOHANNA METZ CUST
LEANN MARIE METZ
7598 SOUTHWICK ST
ORLANDO, FL 32818

97586    0065709-00    S#0006039
JOHANNA METZ CUST
PHILIP JOSEPH METZ
7598 SOUTHWICK ST
ORLANDO, FL 32818

97586    0065706-00    S#0001017
JOHANNA METZ CUST
SAMANTHA MARIE METZ
13 LENAPE DR
MONTVILLE, NJ 07045

97586    0065710-00    S#0006819
JOHATHAN B KISER C/F
MATHEW KISER UGMA TN
605 KINGSBERRY CT
KINGSPORT, TN 37664

97586    0065711-00    S#0005579
JOHATHAN MYERS
1891 COLONY DR APT 15E
SURFSIDE BEACH, SC 29575-5175

97586    0065712-00    S#0013427
JOHN & SUSAN ROTHCHILD IN TRUS
ADAM ROTHCHILD
955 ST CLAIR ROAD
TOWN OF MT ROYAL, QC
CANADA

97586    0065713-00    S#0003757
JOHN A BACCHETTA
41 HOLIDAY RD
ROCHESTER, NY 14623

97586    0065714-00    S#0008959
JOHN A BACEVICIUS V CUST
JOHN A BACEVICIUS VI UNDER
IL UNIF TRANSFER MINOR ACT
252 W WASHINGTON AVENUE
LAKE BLUFF, IL 60044-2036

97586    0065715-00    S#0005912
JOHN A BILELLO CUST
ANDREW BILELLO UTMA
1715 HODGES BLVD 2801
JACKSONVILLE, FL 32224

97586    0065716-00    S#0005883
JOHN A BOWDEN &
JANICE A BOWDEN
350 HICKORY HILL PL
ORMOND BEACH, FL 32174-4858

97586    0065720-00    S#0000108
JOHN A BRUNELL CUST
ANDREW J BRUNELL
1 FRANKLIN ST
PAXTON, MA 01612-1333

97586    0065717-00    S#0000106
JOHN A BRUNELL CUST
BRIAN A BRUNELL
1 FRANKLIN ST
PAXTON, MA 01612

97586    0065718-00    S#0000104
JOHN A BRUNELL CUST
HEATHER M BRUNELL
1 FRANKLIN ST
PAXTON, MA 01612

97586    0065719-00    S#0000105
JOHN A BRUNELL CUST
PATRICK J BRUNELL
1 FRANKLIN ST
PAXTON, MA 01612

97586    0065721-00    S#0002788
JOHN A BUONO
229 UNION ST
BROOKLYN, NY 11231-3503

97586    0065722-00    S#0012054
JOHN A BURGER
2341 PICTORIA DR
BAKERSFIELD, CA 93306

97586    0065723-00    S#0008327
JOHN A C DESPRES
BOX 1672
GRAND RAPIDS, MI 49501-1672

97586    0065724-00    S#0007519
JOHN A CIOK
CUST MICHAEL T CIOK
2949 VAN DYKE DRIVE
CINCINNATI, OH 45208-3127

97586    0065725-00    S#0004532
JOHN A CRUPI
4607 SUTHERLAND CIRCLE
UPPER MARLBORO, MD 20772

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065726-00   S#0001658
JOHN A FERNER
804 OLD INDIAN MILLS RD
TABERNACLE, NJ 08088-9023

97586   0065727-00   S#0010586
JOHN A FRANCESKI CUST
ALEXANDER C FRANCESKI
1477 S LAREDO ST
AURORA, CO 80017

97586   0065728-00   S#0010585
JOHN A FRANCESKI CUST
NICHOLAS J FRANCESKI
1477 S LAREDO ST
AURORA, CO 80017

97586   0065729-00   S#0009472
JOHN A GLECKLER
502 N 12TH ST
QUINCY, IL 62301

97586   0065730-00   S#0008822
JOHN A GORING
4544 30TH AVE SOUTH
MINNEAPOLIS, MN 56406

97586   0065731-00   S#0000539
JOHN A KANE CUST
PATRICK JOSEPH KANE
1455 SPEAR ST
SO BURLINGTON, VT 05403-7406

97586   0065732-00   S#0009825
JOHN A KING
6455 WENDELL
WICHITA, KS 67219

97586   0065733-00   S#0011709
JOHN A MANN &
MARSHA L MANN
11929 TIVOLI PARK ROW APT 2
SAN DIEGO, CA 92128-4300

97586   0065734-00   S#0006977
JOHN A MCCLAY &
MARTHA J MCCLAY
156 OLD SPRING DR
SHELBYVILLE, KY 40065-9626

97586   0065735-00   S#0001650
JOHN A METZGER
18 MAYFLOWER DRIVE
SICKLERVILLE, NJ 08081

97586   0065736-00   S#0005877
JOHN A MORENCY &
JOAN R MORENCY
715 STEELE AV
S DAYTONA, FL 32119-1923

97586   0065737-00   S#0000819
JOHN A PAWASAUSKAS
22 HIGH MEADOWS LN
ROXBURY, CT 06783

97586   0065738-00   S#0001582
JOHN A TURINO CUST
JUSTIN JOHN TURINO
9 CHERRY ST
GLASSBORO, NJ 08028

97586   0065739-00   S#0005012
JOHN A WASOWICZ C/F
ALEXANDER H WASOWICZ
3005 WESSYNTON WAY
ALEXANDRIA, VA 22309

97586   0065740-00   S#0005011
JOHN A WASOWICZ C/F
ANDREW WASOWICZ UGMA/VA
3005 WESSYNTON WAY
ALEXANDRIA, VA 22309

97586   0065741-00   S#0013091
JOHN AARON
15954 NE FREMONT
PORTLAND, OR 97230

97586   0065742-00   S#0000725
JOHN AGAPIOU &
BETH AGAPIOU JTTEN
265 ARNOLD LANE
ORANGE, CT 06477

97586   0065743-00   S#0007620
JOHN ALBANESE CUST
STEPHEN V ALBANESE
3039 WHIPPOORWILL
ELIDA, OH 45807-1348

97586   0065744-00   S#0004140
JOHN AMBOLINO
1209 QUAKERS WAY
QUAKERTOWN, PA 18951

97586   0065745-00   S#0005349
JOHN ANDERSON
308 MAIN ST
OXFORD, NC 27565-3323

97586   0065746-00   S#0012162
JOHN ARAKELIAN &
MADELINE ARAKELIAN JT TEN
59 S LEONARD
SANGER, CA 93657

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065747-00   S#0006433
JOHN ASHTON GALLOWAY
KIMBERLY GALLOWAY
15813 HOUND HORN LN
TAMPA, FL 33624

97586    0065748-00   S#0011786
JOHN ATKINS
30541 WILSON WAY
LAKE ELSINORE, CA 92530

97586    0065749-00   S#0009978
JOHN B AKIN &
BETTY J AKIN JT TEN
278 TANGLEWOOD RD
HOT SPGS NAT PARK, AR 71913-8522

97586    0065750-00   S#0004332
JOHN B ARMKNECHT
329 MISTY AUTUMN DR
EXTON, PA 19341

97586    0065751-00   S#0002532
JOHN B BOREK CUST
HEATHER A BOREK
8 ANDREW DR
CHESTNUT, NY 10952

97586    0065752-00   S#0004732
JOHN B CORNS CUST
BRENTON JON CORNS UTMA/MD/21
40 PICKERSGILL SQUARE
OWING MILLS, MD 21117

97586    0065753-00   S#0004034
JOHN B GALLAGHER
100 CRYSTAL LANE
SELINSGROVE, PA 17870

97586    0065754-00   S#0000483
JOHN B GATES CUST
ABRAHAM R GATES
BOX 1133
CHARLESTOWN, NH 03603

97586    0065755-00   S#0007785
JOHN B GOODRICH
R R 1 BOX 224A
PORTLAND, IN 47371

97586    0065756-00   S#0011602
JOHN B KOSMATKA
2604 LA GOLONDRINA
LA COSTA, CA 92009

97586    0065757-00   S#0006049
JOHN B RIGSBY
9013 POINT CYPRESS DR
ORLANDO, FL 32836-5475

97586    0065758-00   S#0008979
JOHN B VAN MEER
541 N PRAIRIE
MUNDELEIN, IL 60060

97586    0065759-00   S#0010120
JOHN BEASLEY
5029 E 117 ST S
TULSA, OK 74137

97586    0065760-00   S#0003332
JOHN BELVEDERE
2290 GOLDBACH AVE
RONKONKOMA, NY 11779

97586    0065761-00   S#0009083
JOHN BERTRAND CUST
DAVID BERTRAND
312 COTTAGE AVE
GLEN ELLYN, IL 60137

97586    0065762-00   S#0001121
JOHN BONGIOVANNI
9 PLENGE DR
BELLEVILLE, NJ 07109

97586    0065763-00   S#0013052
JOHN BOURQUE
13255 SW IRON MOUNTAIN BLVD
PORTLAND, OR 97129

97586    0065764-00   S#0006488
JOHN BRIAN TOMLINS
3916 SE 16TH PL
CAPE CORAL, FL 33904

97586    0065765-00   S#0002538
JOHN BRYANT PHILLIPS
47 CHESTER LANE
NANUET, NY 10954

97586    0065766-00   S#0006941
JOHN C GARBO CUST
ALEXANDRIA BRETT GARBO
521 N SPRINGLAKE CIRCLE
TERRY, MS 39170

97586    0065767-00   S#0006942
JOHN C GARBO CUST
CAMILLE A GARBO
521 N SPRINGLAKE CIRCLE
TERRY, MS 39170

97586    0065768-00   S#0004575
JOHN C GRIDLEY CUST
MAURY L GRIDLEY
804 CROTHERS LANE
ROCKVILLE, MD 20852

97586    0065769-00   S#0012836
JOHN C JIMENEZ
PO BOX 2346
N HIGHLANDS, CA 95660

97586    0065770-00   S#0002835
JOHN C LEE CUST
MICHELLE LEE
23-59 126TH ST
COLLEGE POINT, NY 11356

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065771-00   S#0007562
JOHN C LUDLUM
3641 TWINVIEW DR
CINCINNATI, OH 45247

97586    0065772-00   S#0003777
JOHN C MACELI
104 CRESCENT PL
ITHACA, NY 14850

97586    0065773-00   S#0005099
JOHN C MC MAHON&
BARBARA A MC MAHON JTTEN
301 AUTUMN CIRCLE
SUFFOLK, VA 23434

97586    0065774-00   S#0007408
JOHN C MORGAN
3349 BRUNK RD
AKRON, OH 44312

97586    0065775-00   S#0002493
JOHN C PAINO TR
JOHN PAINO &
MARIE PAINO TRUST
44 HILLSIDE AVE
NEW ROCHELLE, NY 10801-1609

97586    0065776-00   S#0000631
JOHN C SHEA &
KIMBERLY E SHEA
100 WESTERLY TER
HARTFORD, CT 06105-1117

97586    0065777-00   S#0001736
JOHN CAHILL
95 TERRILL AVENUE
TRENTON, NJ 08619

97586    0065778-00   S#0005325
JOHN CALCAGNI CUST
JOHN E CALCAGNI U/NC UTMA
435 KEVIN WAY
CARY, NC 27511

97586    0065779-00   S#0012341
JOHN CANELLOS
140 JUNIPERO SERRA BLVD
SAN FRANCISCO, CA 94127-1955

97586    0065780-00   S#0009749
JOHN CARLSON
2408 ALABAMA APT D9
LAWRENCE, KS 66046

97586    0065781-00   S#0007356
JOHN CASTRO
17105 MAPLEBORO
MAPLE HTS, OH 44137

97586    0065782-00   S#0001907
JOHN CHAVES
A COMPANY 7159 AVN
CMR 416 BOX 634
APO, AE 09140

97586    0065783-00   S#0001209
JOHN CIP0LLONE
ALICE CIP0LLONE
14 CUMBERLAND RD
W MILFORD, NJ 07480

97586    0065784-00   S#0002773
JOHN CIRESI
2256 PLUMB 2ND ST
BROOKLYN, NY 11229

97586    0065785-00   S#0005769
JOHN COATES
4617 DALMER RD NE
ATLANTA, GA 30342-2725

97586    0065786-00   S#0010110
JOHN COLEMAN CONNOLLY
2130 S SHERIDAN RD
TULSA, OK 74129

97586    0065787-00   S#0001527
JOHN CONNELLY
12 MC NABB AVE
CEDAR KNOLLS, NJ 07927-1533

97586    0065788-00   S#0001851
JOHN COPPOLA
12 RUTHERFORD COURT
MIDDLESEX, NJ 08846

97586    0065789-00   S#0002474
JOHN CRANSTON
99 JERVIS RD
YONKERS, NY 10705

97586    0065790-00   S#0003755
JOHN D EVERDYKE
1995 N CLINTON AVE
ROCHESTER, NY 14621

97586    0065791-00   S#0002551
JOHN D FUMIA JR
196 EHRHARDT ROAD
PEARL RIVER, NY 10965 10965

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065792-00   S#0010863 | 97586    0065793-00   S#0003915 | 97586    0065794-00   S#0007495 |
| JOHN D HALL & | JOHN D LA SLAVIC | JOHN D MCCOMB CUST |
| JEAN ANN HALL | 115 JOSHUA DR | KEVIN M MCCOMB |
| JT TEN | HARMONY, PA 16037 | 117 HICKORY LANE |
| 2044 E ORION ST | | LEBANON, OH 45036-2318 |
| TEMPE, AZ 85283 | | |
| | | |
| 97586    0065795-00   S#0008096 | 97586    0065796-00   S#0008940 | 97586    0065797-00   S#0012436 |
| JOHN D PEDRIE & | JOHN D SENG | JOHN D WELLS |
| SALLY PEDRIE TEN-BY-ENT | 1634 RIVERSIDE CT | 40559 BLACOW RD |
| 50628 LINDA LN | GLENVIEW, IL 60025 | FREMONT, CA 94538-3377 |
| SHELBY TOWNSHIP, MI 48317-1206 | | |
| | | |
| 97586    0065798-00   S#0001904 | 97586    0065799-00   S#0011772 | 97586    0065800-00   S#0011775 |
| JOHN D WOMACK | JOHN DAVID DELOZIER | JOHN DAVID DELOZIER |
| SOTSE USAREUR | 6009 ACADEMY AVE | SEPARATE PROPERTY |
| CMR 420 BOX 2584 | RIVERSIDE, CA 92506 | 6009 ACADEMY AVE |
| APO, AE 09063-2584 | | RIVERSIDE, CA 92506 |
| | | |
| 97586    0065801-00   S#0005908 | 97586    0065802-00   S#0004791 | 97586    0065803-00   S#0004792 |
| JOHN DAVID DENNISON | JOHN DAVIS CUST | JOHN DAVIS CUST |
| 4218 WEATHERWOOD ESTATES DR | JAMEL M DAVIS | JOHN DAVIS JR |
| JACKSONVILLE, FL 32223 | 3927 LYNDALE AVE | 3927 LYNDALE AVE |
| | BALTIMORE, MD 21213 | BALTIMORE, MD 21213 |
| | | |
| 97586    0065804-00   S#0004721 | 97586    0065805-00   S#0005426 | 97586    0065806-00   S#0010484 |
| JOHN DEROS | JOHN DEVITO | JOHN E BARBER |
| 7 CASTLEBAR COURT | RTE 1 BOX 291 | 108 S CRESCENT |
| TIMONIUM, MD 21093 | OLD STANLY HWY 27 | VICTORIA, TX 77901 |
| | MT HOLLY, NC 28120 | |
| | | |
| 97586    0065807-00   S#0004608 | 97586    0065808-00   S#0003816 | 97586    0065809-00   S#0002384 |
| JOHN E CHOW | JOHN E DUBEL | JOHN E KRISTENSEN |
| 7802 MISTIC VIEW CT | 569 PETER STREET | 85 CORTLANDT RD |
| ROCKVILLE, MD 20855-2274 | VERONA PLACE, PA 15147 | MAHOPAC, NY 10541 |
| | | |
| 97586    0065810-00   S#0009139 | 97586    0065811-00   S#0001112 | 97586    0065812-00   S#0006583 |
| JOHN E MERRION | JOHN E MURPHY | JOHN E ROSENBLUTH CUST FOR |
| 644 PHEASANT TRAIL | 176 LOUIS ST | SCOTT DAVID ROSENBLUTH |
| FRANKFORT, IL 60423 | SECAUCUS, NJ 07094-2110 | 11269 HARBORSIDE DR |
| | | LARGO, FL 34641 |

**Debtor:**                Mafco Litigation Trust
**Description:**        Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:**  08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586    0065813-00  S#0006959 | 97586    0065814-00  S#0006956 | 97586    0065816-00  S#0006958 |
| JOHN E ROUNTREE CUST | JOHN ED ROUNTREE CUST | JOHN ED ROUNTREE CUST |
| JOHN C KOSTMAYER | AMANDA N B ROUNTREE | JADEN ASHLEY ROUNTREE |
| 8846 KIPAPA WAY | 8846 KIPAPA WAY | 8846 KIPAPA WAY |
| DIAMONDHEAD, MS 39525 | BAY ST LOUIS, MS 39525 | DIAMONDHEAD, MS 39525 |
| | | |
| 97586    0065815-00  S#0006957 | 97586    0065817-00  S#0000949 | 97586    0065818-00  S#0007331 |
| JOHN ED ROUNTREE CUST | JOHN EMRICH | JOHN ENGOGLIA |
| RICHARD B ROUNTREE | 23 GREEENDALE RD | 5037 S BARTON |
| 8846 KIPAPA WAY | CEDAR GROVE, NJ 07009-1312 | LYNDHURST, OH 44124-1154 |
| BAY ST LOUIS, MS 39525 | | |
| | | |
| 97586    0065819-00  S#0006749 | 97586    0065820-00  S#0000453 | 97586    0065821-00  S#0003599 |
| JOHN EPPERSON A/C FOR | JOHN F CAREY | JOHN F COOK & |
| JENNIFER A EPPERSON | 490 N RIVER RD 26 | DAWN B COOK JT TEN |
| 2480 UNION HILLS RD | MANCHESTER, NH 03104-1938 | 1459 UNION CTR HWY |
| GOODLETTSUILLE, TN 37072 | | ENDICOTT, NY 13760-4734 |
| | | |
| 97586    0065822-00  S#0000549 | 97586    0065823-00  S#0009195 | 97586    0065824-00  S#0003221 |
| JOHN F DANNIES & | JOHN F DICKENS CUST | JOHN F JOY |
| KIMBERLEY DANNIES JT TEN | KEITH E DICKENS | 277 W 18 ST |
| 18 TERRACE DR | 415 S QUINCY | DEER PARK, NY 11729-6315 |
| WILLISTON, VT 05495-8002 | HINSDALE, IL 60521 | |
| | | |
| 97586    0065825-00  S#0001647 | 97586    0065826-00  S#0001184 | 97586    0065827-00  S#0009389 |
| JOHN F KOVACS & | JOHN F MC RAE C/F | JOHN F PELSZYNSKI & |
| DAWN M KOVACS JTTEN | CHRISTINA A MC RAE UGMA NJ | REANNA PELSZYNSKI JTTEN |
| 238 TALL PINES DRIVE EAST | 68 THORNBURY AVE | 12 HEATHER CT |
| SEWELL, NJ 08080 | GLEN ROCK, NJ 07452 | LASALLE, IL 61301 |
| | | |
| 97586    0065828-00  S#0003582 | 97586    0065829-00  S#0010255 | 97586    0065830-00  S#0013157 |
| JOHN F SCHOMER JR C/F | JOHN F SOMMERS | JOHN F ULRICH CUST |
| JOSHUA N SCHOMER UGMA NY | 2807 BONNEVILLE | JEFFERY M ULRICH |
| 109 E GERMAN ST | ARLINGTON, TX 76016 | 32661 39TH PL SW |
| HERKIMER, NY 13350 | | FEDERAL WAY, WA 98023-2648 |
| | | |
| 97586    0065831-00  S#0002375 | 97586    0065832-00  S#0000837 | 97586    0065833-00  S#0006199 |
| JOHN F WEIS & | JOHN F ZDANOWSKI | JOHN FERNANDEZ CUST |
| KATHLEEN A WEIS JT TEN | 17 PADANARAM RD | JASON RICHARD FERNANDEZ |
| 19 MOSEMAN AVE | DANBURY, CT 06810 | 12440 OLD CUTLER RD |
| KATONAH, NY 10536 | | MIAMI, FL 33156-5761 |

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065834-00  S#0003683<br>JOHN FERRANTE<br>8 ARBOR CT<br>FAIRPORT, NY 14450 | 97586   0065835-00  S#0008894<br>JOHN FIGLEWICZ CUST<br>JEREMIAH E DZIERZYNSKI UGMA IL<br>1102 N WATERMAN<br>ARLINGTON HTS, IL 60004 | 97586   0065836-00  S#0008898<br>JOHN FIGLEWICZ CUST<br>JESSI LEE M DZIERZYNSKI UGMA I<br>1102 N WATERMAN<br>ARLINGTON HTS, IL 60004 |
| 97586   0065837-00  S#0008897<br>JOHN FIGLEWICZ CUST<br>KIMBERLY R SCHMIDT UGMA IL<br>1102 N WATERMAN<br>ARLINGTON HTS, IL 60004 | 97586   0065838-00  S#0008896<br>JOHN FIGLEWICZ CUST<br>KRISTIN M SCHMIDT UGMA IL<br>1102 N WATERMAN<br>ARLINGTON HTS, IL 60004 | 97586   0065839-00  S#0009074<br>JOHN FINN<br>3305 MEADOW TRAIL WEST<br>DEKALB, IL 60115 |
| 97586   0065840-00  S#0005385<br>JOHN FLOYD<br>4564 COLONIAL MANOR DRIVE<br>THOMASVILLE, NC 27630 | 97586   0065841-00  S#0007374<br>JOHN FLYNN &<br>PRISCILLA FLYNN<br>JT TEN<br>7467 AMBER LANE<br>BRECKSVILLE, OH 44147 | 97586   0065842-00  S#0012459<br>JOHN FOUNTAIN CUST<br>MICHAEL V FOUNTAIN<br>22162 N 6TH ST<br>CASTRO VALLEY, CA 94546-7039 |
| 97586   0065843-00  S#0011520<br>JOHN FRANCIS<br>4915 PECK ROAD<br>EL MONTE, CA 91732 | 97586   0065844-00  S#0001761<br>JOHN FRANCISCO<br>27 SAWMILL RD<br>BRICK, NJ 08724-1374 | 97586   0065846-00  S#0006715<br>JOHN FRANKLIN CAMP<br>BOX 266<br>COTTONWOOD, AL 36320-0266 |
| 97586   0065845-00  S#0006714<br>JOHN FRANKLIN CAMP<br>PO BOX 266<br>COTTONWOOD, AL 36320 | 97586   0065847-00  S#0012151<br>JOHN FUNDERBURK CUST<br>DREW FUNDERBURK<br>21005 COUNTRY CLUB DR<br>TEHACHAPI, CA 93561 | 97586   0065848-00  S#0004185<br>JOHN G DISANTIS<br>952 BRYAN ST<br>DREXEL HILL, PA 19026 |
| 97586   0065849-00  S#0009886<br>JOHN G MAAS<br>1139 W GROVE<br>WEST POINT, NE 68788 | 97586   0065850-00  S#0006665<br>JOHN G SOWELL &<br>MARY W SOWELL JT TEN<br>3444 LYNNGATE CIR<br>BIRMINGHAM, AL 35216-5242 | 97586   0065851-00  S#0006666<br>JOHN G SOWELL ACF CUST<br>JEFFREY A WHITE<br>3444 LYNNGATE CIRCLE<br>BIRMINGHAM, AL 35216-5242 |
| 97586   0065852-00  S#0006664<br>JOHN G SOWELL ACF CUST<br>WILLIAM A WHITE<br>3444 LYNNGATE CIRCLE<br>BIRMINGHAM, AL 35216-5242 | 97586   0065853-00  S#0007736<br>JOHN GARDNER CUST<br>GABRIEL JAMES GARDNER<br>1615 DODGE AVE<br>FORT WAYNE, IN 46805-3667 | 97586   0065855-00  S#0013186<br>JOHN GORDON HILL CUST<br>FBO MICHAEL A HILL<br>8914 SE 56TH ST<br>MERCER ISLAND, WA 98040-5004 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0065856-00   S#0005416<br>JOHN GREGORY GARDNER &<br>AMY POPE GARDNER<br>919 DEWEY ST<br>GASTONIA, NC 28054-1516 | 97586   0065857-00   S#0002219<br>JOHN GRIFFIN<br>29 HAMLIN PL<br>STATEN ISLAND, NY 10302-2606 | 97586   0065858-00   S#0008895<br>JOHN GUZAK &<br>JOHN MICHAEL GUZAK JT TEN<br>2622 N WALNUT<br>ARLINGTON HTS, IL 60004 |
| 97586   0065859-00   S#0000520<br>JOHN H HART JR<br>99 PINE ST<br>BANGOR, ME 04401-5213 | 97586   0065860-00   S#0010056<br>JOHN H KAY CUST<br>SHALINA LEE KAY<br>1313 NW 81ST ST<br>OKLAHOMA CITY, OK 73114 | 97586   0065861-00   S#0004391<br>JOHN H LA ROSCH CUST<br>JOSEPH T F LA ROSCH<br>2221 S COLLEGE AVE<br>NEWARK, DE 19702 |
| 97586   0065862-00   S#0000983<br>JOHN H MANTHEY<br>514 FOREST ST<br>KEARNY, NJ 07032 | 97586   0065863-00   S#0003278<br>JOHN H MC VEY CUST<br>BRENDAN T MC VEY<br>54 S OCEAN AVE<br>ISLIP, NY 11751-3804 | 97586   0065864-00   S#0004433<br>JOHN H MCDONALD CUST<br>STEPHEN C MCDONALD<br>1308 CHADWICK RD<br>WILMINGTON, DE 19803 |
| 97586   0065865-00   S#0005606<br>JOHN H MCNEELY<br>575 CHAMBERS RD<br>YORK, SC 29745 | 97586   0065866-00   S#0001058<br>JOHN H NEWMAN<br>663 CHASE AVE<br>LYNDHURST, NJ 07071 | 97586   0065867-00   S#0009265<br>JOHN H T COMBES<br>2830 NORTH TROY, 2ND FLOOR<br>CHICAGO, IL 60618 |
| 97586   0065868-00   S#0007144<br>JOHN H WEGMAN<br>268 OLD COACH PLACE<br>CANAL WINCHESTER, OH 43110 | 97586   0065869-00   S#0002542<br>JOHN H WINKLER &<br>DOROTHY M WINKLER JT TEN<br>34 RADCLIFF DR<br>NEW CITY, NY 10956 | 97586   0065870-00   S#0008774<br>JOHN HAERLE<br>9309 66TH PL N<br>BROOKLYN PARK, MN 55428 |
| 97586   0065871-00   S#0008845<br>JOHN HAMMER<br>315 NORTH WEST 3RD STREET<br>MADISON, SD 57402 | 97586   0065872-00   S#0008855<br>JOHN HAMRE<br>402 N 19TH ST<br>BISMARCK, ND 58501 | 97586   0065873-00   S#0012902<br>JOHN HART CUST<br>JOSEPH T K HART<br>10 SHORECLIFF COURT<br>SACRAMENTO, CA 95831-4356 |
| 97586   0065874-00   S#0008005<br>JOHN HINTON<br>7661 MONROE<br>TAYLOR, MI 48180 | 97586   0065875-00   S#0007903<br>JOHN HOTCHKISS<br>25206 HOOVER #304<br>WARREN, MI 48089 | 97586   0065876-00   S#0007109<br>JOHN I KULLMAN JR<br>3345 BOW DR<br>BOWLING GREEN, KY 42104 |
| 97586   0065877-00   S#0004013<br>JOHN J BENJAMIN<br>16 RIDGE DR<br>LITITZ, PA 17543-8565 | 97586   0065878-00   S#0011700<br>JOHN J BURKE III<br>7978 CAMINO TRANQUILO<br>SAN DIEGO, CA 92122 | 97586   0065879-00   S#0004149<br>JOHN J CARPITELLA III<br>1350 WELSH RD<br>WARRINGTON, PA 18976-1946 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586   0065880-00  S#0011412        97586   0065881-00  S#0001407        97586   0065882-00  S#0001409
JOHN J DEGIOVANNI                    JOHN J GALLAGHER                    JOHN J GALLAGHER IV
2637 SAN MIGUEL CIR                  109 DUDA LANE                      109 DUDA LANE
THOUSAND OAKS, CA 91360-1326         ABERDEEN, NJ 07747                 ABERDEEN, NJ 07747


97586   0065883-00  S#0004836        97586   0065884-00  S#0001195        97586   0065885-00  S#0010800
JOHN J GERDING &                    JOHN J KISSANE                     JOHN J KWAK JR &
NANCY M GERDING                     21 DOUGLAS ST                     CAROLYN J KWAK
115 OVERCREST RD                    WALDWICK, NJ 07463                1721 E BROOKWOOD CT
BALTIMORE, MD 21286-5447                                              PHOENIX, AZ 85048-8619


97586   0065886-00  S#0011814        97586   0065887-00  S#0001705        97586   0065888-00  S#0007322
JOHN J KWEDER CUST                  JOHN J MCGETTIGAN                  JOHN J MOTUZA
JUSTIN CANTY KWEDER                 440 N ALBANY AVE                  21400 PRIDAY AVE
24561 VIZ TEQUILA                   ATLANTIC CITY, NJ 08401          EUCLID, OH 44123
EL TORO, CA 92630-2049


97586   0065889-00  S#0001717        97586   0065890-00  S#0000090        97586   0065891-00  S#0010157
JOHN J NIERADKA CUST               JOHN J PARRILLO &                 JOHN JANSS
BRIANA M NIERADKA                  JANE F PARRILLO                  2322 SHERIFF DR
15 WESTBROOKE BLVD                 JT TEN                          GRAND PRAIRIE, TX 75051
CRANBURY, NJ 08512-1717            14 BLUEBERRY LANE
                                   WEBSTER, MA 01570-3229


97586   0065892-00  S#0004826        97586   0065893-00  S#0003001        97586   0065894-00  S#0013232
JOHN JOSEPH KELLY &                JOHN JOSEPH LYSAGHT              JOHN K LAUGHLIN
ELSIE LOUISE KELLY                 25 FAIRFIELD AVE                824 66TH ST NE
3825 PERRYHURST PL                 MINEOLA, NY 11501-33335         SEATTLE, WA 98115-5554
BALTIMORE, MD 21236


97586   0065895-00  S#0003960        97586   0065896-00  S#0003959        97586   0065897-00  S#0003961
JOHN K SATTERLEE                   JOHN K SATTERLEE CUST           JOHN K SATTERLEE CUST
113 FIELDSTONE DR                  ASHLEY A SATTERLEE              BRITNEY SATTERLEE
CARLISLE, PA 17013-9051            113 FIELDSTONE DR              113 FIELDSTONE DR
                                   CARLISLE, PA 17013-9051       CARLISLE, PA 17013-9051


97586   0065898-00  S#0006112        97586   0065899-00  S#0002211        97586   0065900-00  S#0000952
JOHN KEITH PASCALIS               JOHN KOTTKE                     JOHN KUZMICH &
1055 SW 113TERRACE                US S JOHN C STENNIS             ELAINE S KUZMICH
PEMBROKE PINES, FL 33025          FPO NEW YORK, NY 10174          JT TEN
                                                                  6 HOBART PL
                                                                  CLIFTON, NJ 07011-3114
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065901-00   S#0004126
JOHN L BALL SR
29 WOODSIDE AVE
CHALFONT, PA 18914

97586    0065902-00   S#0009263
JOHN L BURLEY CUST
LAWRENCE J BURLEY
3848 N RIDGEWAY AVE
CHICAGO, IL 60618

97586    0065903-00   S#0011541
JOHN L CAMPOS CUST
CHRISTOPHER ALAN CAMPOS
604 N RURAL DR
MONTEREY PARK, CA 91755-1325

97586    0065904-00   S#0005408
JOHN L CAPES
2934 MULBERRY LN D
GREENVILLE, NC 27858

97586    0065905-00   S#0009923
JOHN L FACIANE CUST
JOHN L FACIANE JR
6128 GENERAL DIAZ
NEW ORLEANS, LA 70124-3036

97586    0065906-00   S#0009922
JOHN L FACIANE CUST
JOSHUA L FACIANE
6128 GENERAL DIAZ
NEW ORLEANS, LA 70124-3036

97586    0065907-00   S#0007262
JOHN L FITZGERALD CUST
TIMOTHY J FITZGERALD
161 NORTHFIELD AVENUE
NORTHFIELD CENTR, OH 44067

97586    0065908-00   S#0003520
JOHN L HERRLING CUST
DANIEL FREDERICK HERRLING
RD 5 CHERRY ST RD
AUBURN, NY 13021

97586    0065909-00   S#0010314
JOHN L JOHNSON
1918 SUNSET BLVD
HOUSTON, TX 77005-1649

97586    0065910-00   S#0008595
JOHN L PHILPS CUST FOR
JASON L PHILPS
5307 DORIS ROAD
NEW FRANKEN, WI 54229

97586    0065911-00   S#0012474
JOHN L RICCI CUST
MICHAEL P RICCI
2150 SPRING LAKE CT
MARTINEZ, CA 94553-5453

97586    0065912-00   S#0003930
JOHN L SCHOTT
RD 2 BOX 202
RUSSELL, PA 16345

97586    0065913-00   S#0010269
JOHN L WOODBURY
400 ARWINE DR
HURST, TX 76053-7136

97586    0065914-00   S#0002473
JOHN LAWLER
648 YONKERS AVE
YONKERS, NY 10704-2641

97586    0065915-00   S#0008542
JOHN LEUNG
5202 SHORE CREST DR
MIDDLETON, WI 53562-1322

97586    0065916-00   S#0004970
JOHN LILLIE CUST
JORDAN LILLIE
7475 EDGEHILL DR
WARRENTON, VA 22186-7864

97586    0065917-00   S#0004969
JOHN LILLIE CUST
JULIA LILLIE
7475 EDGEHILL DR
WARRENTON, VA 22186-7864

97586    0065918-00   S#0012962
JOHN LONGSWORTH
BOX 3494
PRINCEVILLE, HI 96722-3494

97586    0065919-00   S#0001368
JOHN LUNANUOVA &
JANE LUNANUOVA JT TEN
37 CROMAN COURT
HAZLET, NJ 07730-2018

97586    0065920-00   S#0002363
JOHN M DEPIRO
CUST JOHN MONACO JR
70 LYTTON AVE
HARTSDALE, NY 10530

97586    0065921-00   S#0004811
JOHN M GATTUS CUST
MICHAEL JOHN GATTUS
1201 RIDGESHIRE RD
BALTIMORE, MD 21222-1205

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0065922-00   S#0004812
JOHN M GATTUS JR CUST
JOSEPH MICHAEL GATTUS
1201 RIDGESHIRE RD
BALTIMORE, MD 21222-1205

97586   0065927-00   S#0011779
JOHN M GONZALES CUST
CHRISTOPHER M GONZALES
1058 BAY RIDGE RD
RIVESIDE, CA 92506

97586   0065923-00   S#0011777
JOHN M GONZALES CUST
COURTNEY L GONZALES
1058 BAY RIDGE RD
RIVERSIDE, CA 92506

97586   0065924-00   S#0011776
JOHN M GONZALES CUST
DALE E ENGEL JR
1058 BAY RIDGE RD
RIVERSIDE, CA 92506

97586   0065925-00   S#0011774
JOHN M GONZALES CUST
DESIRAE M ENGEL
1058 BAY RIDGE RD
RIVERSIDE, CA 92506

97586   0065926-00   S#0011773
JOHN M GONZALES CUST
KAYLA M DUFOUR
1058 BAY RIDGE RD
RIVERSIDE, CA 92506

97586   0065928-00   S#0008970
JOHN M GUZAK
1585 CORAL REEFWAY
LAKE ZURICH, IL 60047

97586   0065929-00   S#0011563
JOHN M HATCH &
JENNIFER H HATCH
JT TEN
1139 DICKENSON CT
UPLAND, CA 91786

97586   0065930-00   S#0003571
JOHN M HORVATH
101 BROOKHAVEN RD
NORTH SYRACUSE, NY 13212

97586   0065931-00   S#0005951
JOHN M KUROWSKI CUST
ANNIE KATHRYN KUROWSKI
7030 DARDWOOD LANE
TALLAHASSEE, FL 32312

97586   0065932-00   S#0000372
JOHN M MILLER
6 DEXTER RD BOX 479
MARION, MA 02738

97586   0065933-00   S#0006659
JOHN M PARKER CUST
JOSHUA LINDSEY PARKER
908 NELSON DR
BIRMINGHAM, AL 35215

97586   0065934-00   S#0007634
JOHN M PORTER CUST
BRIAN J PORTER
1225 GOVERNORS LANE
ZIONSVILLE, IN 46077

97586   0065935-00   S#0002589
JOHN M ROSAS
29 SCHERER BLVD
FRANKLIN SQUARE, NY 11010

97586   0065936-00   S#0006774
JOHN M STONE JR
210 GAYLORD COURT
NASHVILLE, TN 37210-3201

97586   0065938-00   S#0000153
JOHN MARCUS LATHROP III CUST
JOHN MARCUS LATHROP IV
29 COLUMBIA PARK
HAVERHILL, MA 01830

97586   0065939-00   S#0009974
JOHN MARK VOSBURG
BOX 156
RUSTON, LA 71273

97586   0065940-00   S#0000942
JOHN MARLIN &
BARBARA MARLIN JT TEN
25 GROVE ST
CALDWELL, NJ 07006

97586   0065941-00   S#0009141
JOHN MARTIN O'DONNELL CUST
JOHN LUKE O'DONNELL
925 W 187TH ST
GLENWOOD, IL 60425

97586   0065942-00   S#0002548
JOHN MAYER CUST
ERIC JOSEPH MAYER
35 RELD DR
PEARL RIVER, NY 10965

97586   0065943-00   S#0002549
JOHN MAYER CUST
JON PAUL MAYER
35 RELD DR
PEARL RIVER, NY 10965

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0065944-00   S#0002621
JOHN MCAVEY &
VIRGINIA MCAVEY
1007 N FIFTH ST
NEW HYDE PARK, NY 11040-2939

97586    0065945-00   S#0009611
JOHN MCGRATH &
JOAN MCGRATH JT TEN
702 CHAMPEIX
ST LOUIS, MO 63141-7329

97586    0065946-00   S#0006015
JOHN MICHAEL DOW
5347 FAWN WOODS CT
SANFORD, FL 32771-7173

97586    0065947-00   S#0013510
JOHN MIGLIORE
26 DESANTIS CT
HAMILTON, ON L8W3A9
CANADA

97586    0065948-00   S#0011030
JOHN MILES
BOX 21671
CARSON CITY, NV 89721

97586    0065949-00   S#0002814
JOHN MINERVINI &
LOUISA MINERVINI
JT TEN
2652 E 28TH ST
BROOKLYN, NY 11235

97586    0065950-00   S#0010151
JOHN MITCHELL
201 W TARRANT RD  813
GRAND PRAIRIE, TX 75050

97586    0065951-00   S#0009561
JOHN MOISSON CUST
ADAM T MOISSON
PO BOX 260
SAINT ALBANS, MO 63073-9999

97586    0065952-00   S#0009562
JOHN MOISSON CUST
ANDREW C MOISSON
PO BOX 260
SAINT ALBANS, MO 63073-9999

97586    0065953-00   S#0005062
JOHN MOORE
MOORE LOANS INC
316 E GRACE ST
RICHMOND, VA 23219

97586    0065954-00   S#0000237
JOHN MOORE JR CUST
JOHN MOORE III
28 WELLES AVE
DORCHESTER, MA 02124

97586    0065955-00   S#0010903
JOHN MORENO &
BETTE L MORENO JT TEN
3243 EAST LINDEN STREET
TUSCON, AZ 85719

97586    0065956-00   S#0005025
JOHN O KING
1310 WASHINGTON DR
SATFFORD, VA 22554

97586    0065957-00   S#0001857
JOHN O SULLIVAN CUST
RYAN O SULLIVAN
33 WEXFORD DR
MONMOUTH JUNCTION, NJ 08852

97586    0065958-00   S#0000745
JOHN O'BRIEN
374 THOMPSON ST
STRATFORD, CT 06497

97586    0065959-00   S#0004270
JOHN OPAL
15164 INA DR
PHILADELPHIA, PA 19116

97586    0065960-00   S#0007295
JOHN P COURY JR
C-O ARISTOCRAT MANAGEMENT INC
16210 LORAIN AVE
CLEVELAND, OH 44111-5569

97586    0065961-00   S#0009937
JOHN P DANIEL JR CUST
JOHN P DANIEL III
2024 BIRON ST
MANDEVILLE, LA 70448-6536

97586    0065962-00   S#0003339
JOHN P DOHERTY CUST
THOMAS P DOHERTY
56 DEHAN ST
SMITHTOWN, NY 11787

97586    0065963-00   S#0001289
JOHN P FALCONE CUST
JOHN P FALCONE UTMA/NJ
770 BATTEL PL
ORADELL, NJ 07649

97586    0065964-00   S#0000459
JOHN P MC HUGH IV
320 DICK BROWN ROAD
BRIDGEWATER, NH 03222

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0065965-00  S#0008574
JOHN P MEANY
408 S RANDALL AVE
MADISON, WI 53715

97586    0065966-00  S#0012573
JOHN P MILLER
42 CONVENT COURT
SAN RAFAEL, CA 94901-1334

97586    0065967-00  S#0000890
JOHN P OWEN
15 N TURKEY HILL RD
WESTPORT, CT 06880

97586    0065968-00  S#0005138
JOHN P ROCKEL
929 HANOVER DR
VIRGINIA BEACH, VA 23464-3117

97586    0065969-00  S#0003269
JOHN PAPAZOGLOU CUST
CHRIS PAPAZOGLOU
33 APRIL AVE
DIX HILLS, NY 11746-7033

97586    0065970-00  S#0001163
JOHN PARRINELLO CUST
SAMANTHA-GRACE PARRINELLO
9 6TH AVE
HASKELL, NJ 07420

97586    0065971-00  S#0001431
JOHN PASCALE CUST
JOSEPH PASCALE
4 CORA ST
NEPTUNE, NJ 07753-3409

97586    0065972-00  S#0003705
JOHN PATRICK GERBER
60 FOXBOURNE RD
PENFIELD, NY 14526

97586    0065973-00  S#0013171
JOHN PAUL BLOCHOWIAK &
MARIAN F GIB BLOCHOWIAK JTTEN
3302 S 262
KENT, WA 98032

97586    0065974-00  S#0009688
JOHN PAUL DALLAM IV
13307 WALNUT ST
KANSAS CITY, MO 64145-1464

97586    0065975-00  S#0004118
JOHN PAUL HORSTMANN
2052 COUNTRY CLUB DR
DOYLESTOWN, PA 18901

97586    0065976-00  S#0008245
JOHN PAUL SKLBA
9691 W SAGINAW ROAD
REESE, MI 48757

97586    0065977-00  S#0012385
JOHN PETER FANUCCHI
4358 CONEJO DR TREET
DANVILLE, CA 94506

97586    0065978-00  S#0001022
JOHN PONTRELLI &
LISA PONTRELLI
9 MORSE DR
BUTLER, NJ 07048

97586    0065979-00  S#0004764
JOHN PURVIS
5756 VAN DYKE RD
BALTIMORE, MD 21206

97586    0065980-00  S#0003626
JOHN Q ADAMS
97 WILLOW ST APT 4
LOCKPORT, NY 14094

97586    0065981-00  S#0011575
JOHN Q LALAS JR
1943 KENT STREET
CHULA VISTA, CA 91913

97586    0065982-00  S#0007209
JOHN R COCHRANE CUST
FOR JOHN L COCHRANE
521 SHADY LAWN DR
AMHERST, OH 44001-1538

97586    0065983-00  S#0009359
JOHN R COLLINS &
KAREN R LAMB-COLLINS
5103 BROOKSTONE
ROCHELLE, IL 61068-9131

97586    0065984-00  S#0006869
JOHN R DELUGACH
6994 TIMBER RISE COVE
MEMPHIS, TN 38125

97586    0065985-00  S#0010661
JOHN R GARRISON &
LAUREEN GARRISON
3535 E LOCUST
FORT COLLINS, CO 80524

97586    0065986-00  S#0006256
JOHN R GRASSO
2950 NW 46TH AVE #17-107
LAUDERDALE LAKES, FL 33313-1843

97586    0065987-00  S#0005037
JOHN R HARRINGTON III
DBA HARRINGTON HOUSE INV
BOX 43
PENN LAIRD, VA 22846-0043

97586    0065988-00  S#0012887
JOHN R KENNEY CUST
WILLIAM WILEY KENNEY
9124 THILOW WAY
SACRAMENTO, CA 95826

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0065989-00   S#0007089
JOHN R KLEE CUST
JACOB O KLEE
6035 MILL CREEK PIKE
MAYSLICK, KY 41055

97586    0065990-00   S#0009834
JOHN R LAMPE CUST
JOHN CAMERON LAMPE
BOX 546
ELLINWOOD, KS 67526

97586    0065991-00   S#0002257
JOHN R MERLINO JR
751 ARDEN AVENUE
STATEN ISLAND, NY 10312

97586    0065992-00   S#0000373
JOHN R MILLER CUST
BRIAN C MILLER
BOX 479
MARION, MA 02738

97586    0065993-00   S#0000374
JOHN R MILLER CUST
JOHN M MILLER
BOX 479
MARION, MA 02738

97586    0065994-00   S#0003184
JOHN R MORRIS
1997 BERGEN ST
BELLMORE, NY 11710

97586    0065995-00   S#0003681
JOHN R PIPER &
SHARON H PIPER
152 GALVIN CT
FARMINGTON, NY 14425

97586    0065996-00   S#0006949
JOHN R SCHEMMEL
809 NEWLAND ST
JACKSON, MS 39211

97586    0065997-00   S#0007590
JOHN R THYNE &
ROBERTA M THYNE
3115 FAIRWAY DR
DAYTON, OH 45409

97586    0065998-00   S#0005857
JOHN R TOLOCZKO CUST
GREGORY E TOLOCZKO
817 HARDWOOD ST
ORANGE PARK, FL 32065-6275

97586    0065999-00   S#0005859
JOHN R TOLOCZKO CUST
MICHAEL J TOLOCZKO
817 HARDWOOD ST
ORANGE PARK, FL 32065-6275

97586    0066000-00   S#0005858
JOHN R TOLOCZKO CUST
ROBERT J TOLOCZKO
817 HARDWOOD ST
ORANGE PARK, FL 32065-6275

97586    0066001-00   S#0004000
JOHN R WAINWRIGHT &
PATRICIA M WAINWRIGHT
JT TEN
4165 ROBINHOOD DR
YORK, PA 17404

97586    0066002-00   S#0003901
JOHN R WARGOFCHIK II CUST
JOHN R WARGOFCHIK III
3101 OAKVIEW DRIVE
EXPORT, PA 15632

97586    0066003-00   S#0009863
JOHN RAILE
14711 GERTRUDE ST
OMAHA, NE 68138-6338

97586    0066004-00   S#0009509
JOHN RANSDELL CUST
JOHN RANSDELL
2024 S GLENWOOD
SPRINGFIELD, IL 62704-4518

97586    0066005-00   S#0011376
JOHN RAPPAPORT &
ELIZABETH RAPPAPORT JT TEN
17329 STAGG
NORTHRIDGE, CA 91325

97586    0066006-00   S#0010623
JOHN REBCHOOK &
KIMBERLY REBCHOOK
3259 W HAYWARD PL
DENVER, CO 80211-3719

97586    0066007-00   S#0001168
JOHN REITER CUST
MICHAEL REITER
230 ORCHARD DRIVE
MAHWAH, NJ 07430

97586    0066008-00   S#0001167
JOHN REITER CUST
STEVEN REITER
230 ORCHARD DRIVE
MAHWAH, NJ 07430

97586    0066009-00   S#0012063
JOHN REYES CUST
AARON GONZALES
6304 RHONDA WAY
BAKERSFIELD, CA 93307

**Debtor:**    Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:**    08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586  0066010-00  S#0005788<br>JOHN ROBERT CANNADY<br>RTE 9 BOX 96<br>STATESBORO, GA 30458-9809 | 97586  0066011-00  S#0004392<br>JOHN ROBERT LA ROSCH<br>2221 S COLLEGE AVE<br>NEWARK, DE 19702 | 97586  0066012-00  S#0008854<br>JOHN ROMMESMO<br>1944 ROSECREEK DR<br>FARGO, ND 58104-6803 |
| 97586  0066013-00  S#0003485<br>JOHN ROSS<br>123 BRITTANY TER<br>ROCK TAVERN, NY 12575 | 97586  0066014-00  S#0012469<br>JOHN RYLAND MAYS<br>240 KUWAIT WAY<br>PACHECO, CA 94553 | 97586  0066015-00  S#0007619<br>JOHN S ALBANESE CUST<br>STEPHEN V ALBANESE<br>3039 WHIPPOORWILL AVE<br>LIMA, OH 45807 |
| 97586  0066016-00  S#0004746<br>JOHN S CERMAK JR<br>601 MANOR ROAD<br>SEVERNA PARK, MD 21146-2600 | 97586  0066017-00  S#0004898<br>JOHN S HICKY &<br>BONNIE L HICKY JT TEN<br>3607 HUMMER RD<br>ANNANDALE, VA 22003-1502 | 97586  0066018-00  S#0000786<br>JOHN S HORNYAK &<br>DOROTHY HORNYAK JT TEN<br>138 RIDGEVIEW AVE<br>TRUMBULL, CT 06611 |
| 97586  0066019-00  S#0009375<br>JOHN S THODOS<br>4087 4TH ST #A<br>EAST MOLINE, IL 61244-3355 | 97586  0066020-00  S#0004484<br>JOHN SANET CUST<br>BRENT LEE SANET UGMA/DC<br>4636 WINDOM PLA NW<br>WASHINGTON, DC 20016-2404 | 97586  0066021-00  S#0010577<br>JOHN SCHECK<br>6265 UNION CT<br>ARVADA, CO 80004 |
| 97586  0066022-00  S#0004348<br>JOHN SCHENKEL<br>PO BOX 15<br>HARLEYSVILLE, PA 19438-0015 | 97586  0066023-00  S#0009372<br>JOHN SCHMELZER<br>1108 EAST 5TH STREET<br>COAL VALLEY, IL 61240 | 97586  0066024-00  S#0013301<br>JOHN SCHRUP<br>154 WEST SPRUCE<br>SEQUIM, CA 98382 |
| 97586  0066025-00  S#0005741<br>JOHN SCOTT<br>878 BRIARCLIFF RD NE APT A2<br>ATLANTA, GA 30306 | 97586  0066026-00  S#0011686<br>JOHN SCRANTON<br>4443 IDAHO STREET, APT.11<br>SAN DIEGO, CA 92116 | 97586  0066027-00  S#0002674<br>JOHN SCRIMENTI<br>1602 66TH ST<br>BROOKLYN, NY 11204-4207 |
| 97586  0066028-00  S#0003951<br>JOHN SHINGLER<br>737 CORNWALL RD<br>STATE COLLEGE, PA 16803 | 97586  0066029-00  S#0002396<br>JOHN SORENSEN<br>300 HAYWARD AVE<br>MOUNT VERNON, NY 10552 | 97586  0066030-00  S#0001413<br>JOHN STEPHEN KUSHWARA CUST<br>A/C STEPHEN ANDREW KUSHWARA<br>22 OAK KNOLL DR<br>MATAWAN, NJ 07747 |
| 97586  0066031-00  S#0000779<br>JOHN STEWART<br>4 HOMEWOOD RD<br>WOODBRIDGE, CT 06525-2430 | 97586  0066032-00  S#0012668<br>JOHN STUART NEENAN<br>2161 EMPIRE GRADE RD<br>SANTA CRUZ, CA 95060-9701 | 97586  0066033-00  S#0006260<br>JOHN T ABERNETHY<br>314 NW 69TH AVE 286<br>PLANTATION, FL 33317 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0066034-00  S#0006355<br>JOHN T BENNETT CUST<br>SHANE T BENNETT<br>4125 ALPINA COURT<br>BOYNTON BEACH, FL 33436 | 97586   0066035-00  S#0009958<br>JOHN T CHRISTIAN<br>3516 RYAN ST<br>LAKE CHARLES, LA 70605 | 97586   0066036-00  S#0005830<br>JOHN T GATHRIGHT<br>CUST WILLIAM T GATHRIGHT<br>108 ST CLAIR DRIVE<br>ST. SIMONS ISLAND, GA 31522 |
| 97586   0066037-00  S#0004409<br>JOHN T MILOTTE CUST<br>JARED PAUL MILOTTE<br>34 HIDDEN VALLEY DR<br>NEWARK, DE 19711 | 97586   0066038-00  S#0004747<br>JOHN T PERKINS &<br>VIRGINIA R PERKINS JT TEN<br>1 CROSS FALLS CIRCLE<br>SPARKS, MD 21152 | 97586   0066039-00  S#0003972<br>JOHN T TITZEL JR<br>1437 BRANDTON RD<br>MECHANICSBURG, PA 17055-6767 |
| 97586   0066040-00  S#0010815<br>JOHN T TYLER<br>4056 E GLENCOVE<br>MESA, AZ 85205 | 97586   0066041-00  S#0004947<br>JOHN TRAN CUST<br>CHLOE JULIA TRAN UTMA VA<br>1418 KURTZ RD<br>MCLEAN, VA 22101 | 97586   0066042-00  S#0003051<br>JOHN TRIMBLE<br>58 GILROY AVE<br>UNIONDALE, NY 11553 |
| 97586   0066043-00  S#0011306<br>JOHN TRIMBLE & BJO TRIMBLE JTW<br>601 E FOOTHILL BLVD<br>MONROVIA, CA 91016-2403 | 97586   0066044-00  S#0001992<br>JOHN TSAI<br>55 AVE OF THE AMERICAS APT 509<br>NEW YORK, NY 10013 | 97586   0066045-00  S#0009366<br>JOHN UNDERWOOD C/F<br>DUSTIN UNDERWOOD UTGMA IL<br>504 WOOD RD<br>ROCKFORD, IL 61107-4932 |
| 97586   0066046-00  S#0001656<br>JOHN VETERANO CUST<br>JOHN DOUGLAS VETERANO<br>66 RICHTER RD<br>TABERNACLE, NJ 08088 | 97586   0066047-00  S#0011250<br>JOHN W BENNETT<br>10444 JANICE LYNN CIRCLE<br>CYPRESS, CA 90630-4225 | 97586   0066048-00  S#0005227<br>JOHN W BRALEY<br>1 BRALEY ROAD<br>BARBOURSVILLE, WV 25504 |
| 97586   0066049-00  S#0005131<br>JOHN W CARMAN CUST<br>BENJAMIN CARMAN<br>5244 LOCKE LN<br>VA BEACH, VA 23464 | 97586   0066051-00  S#0005130<br>JOHN W CARMAN CUST<br>JENNIFER CARMAN<br>5244 LOCKE LN<br>VA BEACH, VA 23464 | 97586   0066050-00  S#0005132<br>JOHN W CARMAN CUST<br>KATHERINE CARMAN<br>5244 LOCKE LN<br>VA BEACH, VA 23464 |
| 97586   0066052-00  S#0008773<br>JOHN W ELLENSON<br>2559 XENWOOD AVE S<br>ST LOUIS PARK, MN 55426 | 97586   0066053-00  S#0005953<br>JOHN W FOLLY JR CUST<br>MICHELLE J JOLLY<br>6293 HINES HILL CIR<br>TALLAHASSEE, FL 32312-1558 | 97586   0066054-00  S#0006279<br>JOHN W GIDLEY JR<br>9831 NW 10TH COURT<br>PLANTATION, FL 33322-4854 |

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586   0066055-00   S#0009548
JOHN W HARTFIELD III
1639 SPANGLER DR
FLORISSANT, MO 63031

97586   0066056-00   S#0010667
JOHN W HAY-ARTHUR
15546 W CTY RD 18E
LOVELAND, CO 80537-9715

97586   0066057-00   S#0012863
JOHN W JACKSON CUST
ROSS MACKENZIE JACKSON
5240 MISTY MEADOW WAY
ELK GROVE, CA 95758

97586   0066058-00   S#0010304
JOHN W REDDEN &
IDA J REDDEN
2721 COLCORD
WACO, TX 76707

97586   0066059-00   S#0005671
JOHN W STEPHENS JR
5130 FAIRFOREST DR
STONE MOUNTAIN, GA 30088

97586   0066060-00   S#0006204
JOHN W WAGENBLASS
15903 FAIRWAY HTS BLVD
MIAMI, FL 33157-1428

97586   0066061-00   S#0004854
JOHN W WILT II
5 E 15TH ST
FREDERICK, MD 21701

97586   0066062-00   S#0000377
JOHN WILLIAMS CUST
JAY WILLIAMS
52 BARNEYS JOY
S DARTMOUTH, MA 02748

97586   0066063-00   S#0008532
JOHN WILLOUGHBY
15 GARFIELD AVE
EVANSVILLE, WI 53536-1110

97586   0066064-00   S#0008958
JOHN WITHERS
3305 SOUTHPORT DR
ISLAND LAKE, IL 60042

97586   0066065-00   S#0001794
JOHN WONG CUST
CANDACE T WONG
1264 DOGWOOD DR
BRIDGEWATER, NJ 08807-1255

97586   0066066-00   S#0001795
JOHN WONG CUST
RAYMOND J WONG
1264 DOGWOOD DR
BRIDGEWATER, NJ 08807-1255

97586   0066067-00   S#0007435
JOHN WOODALL
2223 RIDGELAWN
YOUNGSTOWN, OH 44509-2120

97586   0066068-00   S#0011552
JOHN Y MURAKAMI CUST
JASON MURAKAMI CA/UTMA
1310 ROLLING KNOLL RD
DIAMOND BAR, CA 91765-2636

97586   0066069-00   S#0011553
JOHN Y MURAKAMI CUST
JEFFREY Y MURAKAMI
1310 ROLLING KNOLL RD
DIAMOND BAR, CA 91765-2636

97586   0066070-00   S#0007887
JOHN ZOLIN &
LENA ZOLIN JT TEN
21019 WINKEL DR
ST CLAIR SHORES, MI 48080

97586   0066071-00   S#0007889
JOHN ZOLIN JR
21019 WINKEL DR
ST CLAIR SHORES, MI 48081

97586   0066072-00   S#0007790
JOHN ZOLLER &
LILLIAN ZOLLER JTTEN
PO BOX 767
SANTA CLAUS, IN 47579

97586   0066073-00   S#0006621
JOHN ZOLLER CUST
DONALD JOS CURRAN
17533 STRAHAN ST
BOX 560514
MONTVERDE, FL 34756

97586   0066074-00   S#0005834
JOHNATHAN GASKINS
RTE ONE BOX 252
ALAPAHA, GA 31622

97586   0066075-00   S#0002824
JOHNNY HSI LEE &
YU HUAN CHEN JTTEN
201 IRVING AVE 2ND FLR
BROOKLYN, NY 11237

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000782-00   S#0013174<br>JOHNSON, KARA<br>410 2ND ST APT A<br>KIRKLAND, WA 98033-3711 | 97586   0066076-00   S#0012529<br>JOIE SPINELLI CUST<br>COOPER SPINELLI<br>3249 SUN VALLEY AVE<br>WALNUT CREEK, CA 94596 | 97586   0066077-00   S#0012721<br>JOLENE MORELL CUST<br>JUDSON J MORELL<br>3511 DELAWARE<br>STOCKTON, CA 95204 |
| 97586   0066078-00   S#0009341<br>JON A YOUNGREN CUST<br>MATTHEW J YOUNGREN<br>7319 SORGHUM LN<br>CHERRY VALLEY, IL 61016 | 97586   0066079-00   S#0010881<br>JON C OTTO CUST<br>ROCHELLE L OTTO<br>9949 W AUGUSTA DR<br>SUN CITY, AZ 85351-3623 | 97586   0066080-00   S#0000572<br>JON C RUSSELL<br>325 SPRING ST EXTENSION<br>GLASTONBURY, CT 06033 |
| 97586   0066081-00   S#0009419<br>JON D CREASEY &<br>DENISE M CREASEY JTTEN<br>2501 SLAYTON DR<br>BLOOMINGTON, IL 61704-3627 | 97586   0066082-00   S#0006750<br>JON EPPERSON A/C FOR<br>STEPHANIE M EPPERSON<br>2480 UNION HILL RD<br>GOODLETTSUILLE, TN 37072 | 97586   0066083-00   S#0006748<br>JON EPPERSON CUST<br>JENNIFER A EPPERSON<br>2480 UNION HILL RD<br>GOODLETTSUILLE, TN 37072 |
| 97586   0066084-00   S#0006747<br>JON EPPERSON CUST<br>STEPHANIE M EPPERSON<br>2480 UNION HILL RD<br>GOODLETTSUILLE, TN 37072 | 97586   0066085-00   S#0005652<br>JON F CANTLIN &<br>HELEN N CANTLIN JT TEN<br>4410 KEHELEY DRIVE<br>MARIETTA, GA 30066 | 97586   0066086-00   S#0001740<br>JON FRIESCH<br>314 GLENN AVE<br>LAWRENCEVILLE, NJ 08648 |
| 97586   0066087-00   S#0005461<br>JON M CARTER<br>BOX 723<br>CARTHAGE, NC 28327 | 97586   0066088-00   S#0005422<br>JON MARTIN<br>148 GRASS ST<br>KANNAPOLIS, NC 28081 | 97586   0066089-00   S#0011697<br>JON MATTHEW GALLAGHER<br>5137 LEICESTER WAY<br>SAN DIEGO, CA 92120-1241 |
| 97586   0066090-00   S#0011299<br>JON SCHEER CUST<br>DEREK SCHEER<br>1092 BEVERLY WAY<br>ALTA DENA, CA 91001 | 97586   0066091-00   S#0011300<br>JON SCHEER CUST<br>STEPHANIE SCHEER<br>1092 BEVERLY WAY<br>ALTO DENA, CA 91001 | 97586   0066093-00   S#0010895<br>JON WOLF CUST<br>HANNAH WOLF<br>2707 E WARWICK VISTA<br>TUCSON, AZ 85713 |
| 97586   0066094-00   S#0010893<br>JON WOLF CUST<br>LACEY WOLF UTMA/AZ<br>2707 E WARWICK VISTA<br>TUCSON, AZ 85713 | 97586   0066095-00   S#0007637<br>JON-MIKEL E PEARSON<br>BOX 413<br>CLOVERDALE, IN 46120 | 97586   0066096-00   S#0005193<br>JONAH C ROGIN<br>RTE 1<br>BOX 758<br>EAGLE ROCK, VA 24085 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0066097-00    S#0004619
JONATHAN A SNELSON &
LON SNELSON &
PHYLLIS K SNELSON
22523 WILDCAT RD
GERMANTOWN, MD 20876

97586    0066098-00    S#0000873
JONATHAN B ROSENBLUM CUST
ROBIN BLANK
13 HOLLOW SPRING RD
NORWALK, CT 06850

97586    0066099-00    S#0000918
JONATHAN BECKER CUST
MICHAEL BECKER
42 RUSSET RD
STANFORD, CT 06903

97586    0066100-00    S#0010765
JONATHAN C ANDERSON
940 E 2600 N
OGDEN, UT 84414-2438

97586    0066101-00    S#0000071
JONATHAN CLINE
45 GILSON RD
GROTON, MA 01450-2039

97586    0066102-00    S#0000855
JONATHAN D AGNEW CUST
CHRISTOPHER AGNEW
9 WOODLAND DR
DARIEN, CT 06820-5627

97586    0066103-00    S#0004517
JONATHAN D GRUBMEYER CUST
ADAM T GRUBMEYER
12715 KAVANAUGH LN
BOWIE, MD 20715

97586    0066104-00    S#0004518
JONATHAN D GRUBMEYER CUST
ANDREA L GRUBMEYER
12715 KAVANAUGH LN
BOWIE, MD 20715

97586    0066105-00    S#0005262
JONATHAN DAVID FELTS
RTE 4 BOX 324
ADVANCE, NC 27006-9462

97586    0066106-00    S#0006510
JONATHAN DINSCHEL &
KATHLEEN DINSCHEL
JT TEN
4511 31ST AVE SW
NAPLES, FL 33999

97586    0066107-00    S#0002356
JONATHAN E YANOW
40 DEERFOOT LANE
DOBBS FERRY, NY 10522

97586    0066108-00    S#0008530
JONATHAN EMERY
252 W LIBERTY ST
EVANSVILLE, WI 53536

97586    0066109-00    S#0010622
JONATHAN ESTY CUST
NATHANIEL A ESTY
3080 S MONROE ST
DENVER, CO 80210

97586    0066110-00    S#0010928
JONATHAN F BIRKHOLZ
1328 SLOAN PL SW
ALBUQ, NM 87105

97586    0066111-00    S#0002193
JONATHAN GOLDBERG
14 EAST 90TH STREET APT 8A
NEW YORK, NY 10128

97586    0066112-00    S#0004220
JONATHAN GRECO CUST
NATHAN GRECO
8 MOORE CIR
MEDIA, PA 19063-4953

97586    0066113-00    S#0006985
JONATHAN GREIVER
1801 BUNKER HILL COURT
LOUISVILLE, KY 40205

97586    0066114-00    S#0000204
JONATHAN H NADLER
48 AARON RIVER RD
COHASSET, MA 02025

97586    0066115-00    S#0005205
JONATHAN H SCHWAB
BOX 1044
LEXINGTON, VA 24450

97586    0066116-00    S#0002108
JONATHAN HARRIS BERNSTEIN
160 W END AVE
APT 26-E
NEW YORK, NY 10023

97586    0066117-00    S#0001854
JONATHAN HILTON EVANS
9 RUMFORD WAY
PRINCETON JUNCTIO, NJ 08850

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066118-00   S#0003735
JONATHAN J BATTAGLIA
100 IMPALA DR
ROCHESTER, NY 14609-1410

97586    0066119-00   S#0012347
JONATHAN JEW
39 FLORENCE STREET
SAN FRANCISCO, CA 94133

97586    0066120-00   S#0012124
JONATHAN KOLSTAD &
TAYA M KOLSTAD
811 MISSION ST
SN LUIS OBISP, CA 93405-2342

97586    0066121-00   S#0010532
JONATHAN LUSTRI &
PAULA PIERCE JT TEN
32 MARGRANITA CRES
AUSTIN, TX 78703

97586    0066122-00   S#0006801
JONATHAN M BUTTERS
1185 MOUNTAIN CREEK RD
APT 1307
CHATTANOOGA, TN 37405-1656

97586    0066123-00   S#0002867
JONATHAN M PRESSER
75-24 BELL BLVD
APT 2B
BAYSIDE, NY 11364

97586    0066124-00   S#0013445
JONATHAN MAX GARFINKLE
33 THURLOW
HAMPSTEAD, QC H3X 3G7
CANADA

97586    0066125-00   S#0004997
JONATHAN P KOKOLAKIS
5131 N 27TH RD
ARLINGTON, VA 22207-1722

97586    0066126-00   S#0011454
JONATHAN PRUCHER
14826 WEDDINGTON ST
VAN NUYS, CA 91411

97586    0066127-00   S#0004217
JONATHAN R GHAUL
101 WOODHILL LANE
MEDIA, PA 19063

97586    0066128-00   S#0007229
JONATHAN RICHEY
7325 STUMP HOLLOW LN
CHAGRIN FALLS, OH 44022-4028

97586    0066130-00   S#0004720
JONATHAN SCHOCHOR CUST
DANIEL SCHOCHOR
15 TREADWELL COURT
LUTHERVILLE, MD 21093

97586    0066131-00   S#0005473
JONATHAN T ROWELL
344 SABRA DR
WILMINGTON, NC 28405-3833

97586    0066132-00   S#0013456
JONATHAN TELEDANO
5637 MERRIMAC
COTE ST LUC, QC H4W 1S5
CANADA

97586    0066133-00   S#0010924
JONATHAN TYLER BURNS
C-O BARBARA LEE
600 ENCINO PL NE
ALBUQUERQUE, NM 87102-2602

97586    0066134-00   S#0001066
JONATHAN YOUNGER
14 PINE TERRACE EAST
SHORT HILLS, NJ 07078

97586    0066135-00   S#0008943
JONATHON PAUL PALASEK
701 FOREST RD
GLENVIEW, IL 60025

97586    0066136-00   S#0000787
JONATHON R WALSH
128 PUTTING GREEN RD
TRUMBULL, CT 06611

97586    0066137-00   S#0000660
JONATHON TYLER HVIZDAK
24 TYLER TERRACE
JEWETT CITY, CT 06351

97586    0066138-00   S#0008636
JONE M RIESTER CUST
DAVID RIESTER UGMA WI
500 W RIVER RD
APPLETON, WI 54915-1259

97586    0000101-00   S#0008041
JONES, ARVELL M
14895 STAHELIN
DETROIT, MI 48223

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0001220-00   S#0011119
JONES, QUINCY
QUINCY JONES PRODUCTIONS
3800 BARHAM BLVD SUITE 503
LOS ANGELES, CA 90068

97586    0001276-00   S#0001478
JONES, ROBERT
501 BENSEL DR APT I-65
LANDING, NJ 07850

97586    0066139-00   S#0013496
JORDAN GLASER
74 GREENBUSH CRESCENT
THORNHILL, ON L4J 3J3
CANADA

97586    0066140-00   S#0005592
JORDAN M ELSON
201 ROCKY POINT WAY
GREENVILLE, SC 29615

97586    0066141-00   S#0009017
JORDAN MOLTZ
7820 N KARLOV AVE
SKOKIE, IL 60076

97586    0066142-00   S#0000180
JORDAN MOLTZ C/F
DAVID SETH MOLTZ UGTMA/MA
82 KENSINGTON LANE
SWAMPSCOTT, MA 01907

97586    0066143-00   S#0013446
JORDAN STEINER
21 HOLTHAM
HAMPSTEAD, QC H3X 3N2
CANADA

97586    0066144-00   S#0006430
JORENE SCHRETZMEIJER
10213 LAKE CARROLL WAY
TAMPA, FL 33618

97586    0066145-00   S#0006297
JORGE MAXION CUST FOR
DANIEL J MAXION UTMA FL
5366 S W 120TH AVE
COOPER CITY, FL 33330

97586    0066146-00   S#0011712
JOSE F GARCIA
8974 STIMSON CT
SAN DIEGO, CA 92129

97586    0066147-00   S#0009080
JOSE GOMEZ &
CHARLES BRIDGERS
435 EAST COURT
ELMHURST, IL 60126-2909

97586    0066148-00   S#0008520
JOSE J CARBAJAL
2019 KENTUCKY ST
RACINE, WI 53405

97586    0066149-00   S#0006166
JOSE JAVIER HERNANDEZ
506 NW 25TH AVE
MIAMI, FL 33125

97586    0066150-00   S#0000005
JOSE M BAEZA JR CUST
ALEJANDRO M BAEZA
BOX 364884
SAN JUAN, PR 00936-4884

97586    0066151-00   S#0011245
JOSE MATA
ARNUM ELIE
8181 PAGE ST
BUENA PARK, CA 90621

97586    0066152-00   S#0000984
JOSE REY CUST
GABRIELA REY
20 MAGNOLIA AVE
KEARNY, NJ 07032

97586    0066153-00   S#0012475
JOSE SOLERA CUST UGMA/CA
JOSHUA W SOLERA
34130 GANNON TERRACE
FREMONT, CA 94555

97586    0066154-00   S#0008256
JOSE TOMAS BROWN CUST
JOHN THOMAS BROWN
9015 ISLAND VIEW DR
LAINGSBURG, MI 48848

97586    0066155-00   S#0008255
JOSE TOMAS BROWN CUST
KATIE RENE BROWN
9015 ISLAND VIEW DR
LAINGSBURG, MI 48848

97586    0066156-00   S#0011537
JOSEF LEWIS FRANDEN
633 CHAPPARAL DR
MIRA LOMA, CA 91752

97586    0066157-00   S#0013147
JOSEF LOMBARDI
18608 BEARDSLEE BLVD
APT G101
BOTHELL, WA 98011

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066158-00   S#0001319
JOSEFA MOLINA &
LOURDES NACHUM JTWROS
20 BEECH
WESTWOOD, NJ 07675-2805

97586    0066159-00   S#0001815
JOSEPH A BIANCA
BOX 21
852 US HWY 1
EDISON, NJ 08817

97586    0066160-00   S#0000577
JOSEPH A BISCHOF
7 N GRANBY RD
GRANBY, CT 06035-2101

97586    0066161-00   S#0001704
JOSEPH A CAMARDO
1401 SHERIDAN AVE
VINELAND, NJ 08360-7730

97586    0066163-00   S#0004531
JOSEPH A COOPER
BOX 444
GREENBELT, MD 20768

97586    0066164-00   S#0009207
JOSEPH A DOMBI &
KAREN J DOMBI JT TEN
741 S 6TH AVE
LAGRANGE, IL 60525-6718

97586    0066165-00   S#0000158
JOSEPH A GABRIEL
25 DERRY RD
METHUEN, MA 01844

97586    0066166-00   S#0001338
JOSEPH A HALL CUST
BRITTANY C HALL
1603 VOORHEES AVE
WALL TOWNSHIP, NJ 07719-3827

97586    0066167-00   S#0006202
JOSEPH A RINCONES CUST
JOSEPH RAYMOND RINCONES
18320 SW 89TH CT
MIAMI, FL 33157

97586    0066168-00   S#0006179
JOSEPH A TRAINA CUST
GIAN TRAINA
7590 SW 47 CT
MIAMI, FL 33143

97586    0066169-00   S#0004105
JOSEPH A WILLIAMS &
PATRICIA R WILLIAMS
247 N MAIN ST
WILKES BARRE, PA 18702-1533

97586    0066170-00   S#0007479
JOSEPH A ZANNIERI
70 W CHESTNUT STREET
NORWALK, OH 44857

97586    0066171-00   S#0000219
JOSEPH A ZINFOLINO
87 ALLENDALE PKWY
NORWOOD, MA 02062-4018

97586    0066172-00   S#0000820
JOSEPH ADORNO
49 WINDTREE ST
TORRINGTON, CT 06790

97586    0066173-00   S#0012495
JOSEPH ANDREW CENIZAL
861 CORAL RIDGE CIR
RODEO, CA 94572

97586    0066174-00   S#0001492
JOSEPH ANTHONY DEROSE SR CUST
JOSEPH ANTHONY DEROSE JR
127 MCKINLEY PL
ROCKAWAY TNSHP, NJ 07866-2420

97586    0066175-00   S#0002225
JOSEPH ANTHONY YODICE
282 SEAVIEW AVE
STATEN ISLAND, NY 10305

97586    0066176-00   S#0003309
JOSEPH ASARO &
SUSAN ASARO
JT TEN
552 N SUFFOLK AVE
MASSAPEQUA, NY 11758-3245

97586    0066177-00   S#0001578
JOSEPH BARWISE &
CAROLANN BARWISE
JT TEN
26 W PARK AVE
LINDENWOLD, NJ 08021-3211

97586    0066178-00   S#0004773
JOSEPH BENJAMIN AMOYAL
3416 PHILIPS RD
BALTIMORE, MD 21208

97586    0066179-00   S#0003404
JOSEPH BRYAN CUST
ANTHONY J BRYAN UGMA NY
665 CO HWY 146
GLOVERSVILLE, NY 12078

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066180-00   S#0011225
JOSEPH C ALTEMUS
2314 W TORRANCE BLVD 3
TORRANCE, CA 90501

97586    0066181-00   S#0004176
JOSEPH C DANIELE CUST
MELISSA CLARK
316 E BROOKHAVEN RD
BROOKHAVEN, PA 19015

97586    0066182-00   S#0008177
JOSEPH C HUBER
574 BAY POINTE DR
OXFORD, MI 48371-5151

97586    0066184-00   S#0008175
JOSEPH C HUBER CUST
BENJAMIN A HUBER
574 BAY POINTE DR
OXFORD, MI 48371-5151

97586    0066183-00   S#0008176
JOSEPH C HUBER CUST
BENJAMIN A HUBER, A MINOR
UND MI UNIF GIFT MINOR ACT LAW
574 BAY POINTE DR
OXFORD, MI 48371-5151

97586    0066185-00   S#0000815
JOSEPH C KOZLOWSKI
14 STONE CASTLE RD
NEW MILFORD, CT 06776

97586    0066186-00   S#0003659
JOSEPH CAROSI
217 PARKHURST BLVD
BUFFALO, NY 14223

97586    0066187-00   S#0000030
JOSEPH CASAGRANDA
762 ALDEN ST
LUDLOW, MA 01056

97586    0066188-00   S#0001561
JOSEPH CATANOSO CUST
CRAIG CATANOSO
116 GAINSBORO RD
CHERRY HILL, NJ 08003

97586    0066189-00   S#0002258
JOSEPH CECALA IV
229 RIDGEWOOD AVE
STATEN ISLAND, NY 10312

97586    0066190-00   S#0003576
JOSEPH COMINOLLI CUST
ERIK A COMINOLLI
624 CHERRY RD
SYRACUSE, NY 13219

97586    0066191-00   S#0003575
JOSEPH COMINOLLI CUST
MICHAEL Z COMINOLLI
624 CHERRY RD
SYRACUSE, NY 13219

97586    0066192-00   S#0005528
JOSEPH COPE
RTE 3 BOX 69
WINNSBORO, SC 29180

97586    0066193-00   S#0010022
JOSEPH D ASKINS
1843 S 11TH PLACE
ROGERS, AR 72756

97586    0066194-00   S#0000448
JOSEPH D CASEY CUST
ADAM M CASEY
074 PHEASANT LANE
MANCHESTER, NH 03103

97586    0066195-00   S#0004853
JOSEPH D COSTELLO CUST
JOSEPH D COSTELLO JR
116 MARLBOROUGH RD
QUEENSTOWN, MD 21658

97586    0066196-00   S#0002478
JOSEPH D MACALUSO
15 WILLIAMS ST
HASTINGS ON HUDSON, NY 10706

97586    0066197-00   S#0005482
JOSEPH D N DEMAIO
154 ORCHARD RD
MORAVIAN FALLS, NC 28654

97586    0066198-00   S#0000265
JOSEPH D PINKOS
23 WHITMAN RD
MEDFORD, MA 02155

97586    0066199-00   S#0012250
JOSEPH D STRAZZULLO
213 LINDEN AVE
SAN BRUNO, CA 94066

97586    0066200-00   S#0005309
JOSEPH D WINKLER &
LORRIE HURR-WINKLER
4403 SUFFOLK TRL
GREENSBORO, NC 27407-7841

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066201-00   S#0011632<br>JOSEPH DEAN KLATT CUST<br>JAMES DEAN KLATT UTMA/CA<br>1124 WALL STREET<br>LA JOLLA, CA 92037 | 97586    0066202-00   S#0004206<br>JOSEPH DEANGELIS CUST<br>CARL GROTKOWSKI<br>675 WHITE ASH DR<br>LONGHORNE, PA 19047 | 97586    0066203-00   S#0008125<br>JOSEPH DESANTIS CUST<br>JONATHAN BROWN<br>3038 ST JUDE<br>WATERFORD, MI 48329-4356 |
| 97586    0066204-00   S#0001382<br>JOSEPH DI MARE CUST<br>JUSTIN DI MARE<br>10 SEVEN OAKS DR<br>HOLMDEL, NJ 07733 | 97586    0066205-00   S#0002649<br>JOSEPH DIAZ<br>24 49 43RD ST<br>LONG ISLAND, NY 11103 | 97586    0066206-00   S#0007280<br>JOSEPH E DESALVO C/F<br>JOSEPH J DESALVO UGMA OH<br>30515 ROYALVIEW<br>WILLOWICK, OH 44095 |
| 97586    0066207-00   S#0004241<br>JOSEPH E DONNELLY<br>1819 KIMBALL AVE<br>WILLOW GROVE, PA 19090-3809 | 97586    0066208-00   S#0004354<br>JOSEPH E ISKI &<br>MARY FELICIA ISKI JTTEN<br>18 ANDREW LANE<br>LANSDALE, PA 19446-1402 | 97586    0066209-00   S#0006320<br>JOSEPH E KUHN TR<br>JOSEPH E KUHN REVOCABLE TRUST<br>140 LAKE NANCY LANE APT 216<br>WEST PALM BEACH, FL 33411-9231 |
| 97586    0066210-00   S#0010426<br>JOSEPH E WILLIAMS CUST<br>COLIN JOSEPH WILLIAMS<br>12610 CHRISWOOD<br>CYPRESS, TX 77429 | 97586    0066211-00   S#0000627<br>JOSEPH E WOJTANOWSKI CUST<br>JONATHAN R WOJTANOWSKI<br>1927 POQUONOCK AVE<br>WINDSOR, CT 06095 | 97586    0066212-00   S#0004406<br>JOSEPH ENGLISH &<br>ADA ENGLISH<br>JT TEN<br>400 VIRGINIA DR<br>MIDDLETOWN, DE 19709 |
| 97586    0066213-00   S#0010425<br>JOSEPH F WILLIAMS CUST<br>JASON EDWARD WILLIAMS<br>12610 CHRISWOOD<br>CYPRESS, TX 77429 | 97586    0066214-00   S#0002392<br>JOSEPH FRATARCANGELI<br>319 UNION AVE<br>MAMARONECK, NY 10543-2646 | 97586    0066215-00   S#0001042<br>JOSEPH G CONZOLO<br>117 RIDGE RD<br>WATCHUNG, NJ 07060 |
| 97586    0066216-00   S#0005768<br>JOSEPH GOODMAN<br>4275 LAKE FORREST<br>ATLANTA, GA 30342 | 97586    0066217-00   S#0004167<br>JOSEPH GREENBERG &<br>ROSE GREENBERG TR<br>ROSE GREENBERG LIVING TRUST<br>2153 MARY LANE<br>BROOMALL, PA 19008 | 97586    0066218-00   S#0012955<br>JOSEPH H S MARTIN JR TR<br>THE JOSEPH H S MARTIN RLT<br>FBO JOSEPH H S MARTIN<br>1575 AHE ST<br>HILO, HI 96720-3351 |
| 97586    0066219-00   S#0000609<br>JOSEPH H SCOTT &<br>JANICE R SCOTT JT TEN<br>390 ABBE RD EXT<br>SOUTH WINDSOR, CT 06074-1516 | 97586    0066220-00   S#0001140<br>JOSEPH HEFFERMAN &<br>DOROTHY TYBOTSKI JTTEN<br>235 PALISADE AVE<br>JERSEY CITY, NJ 07306 | 97586    0066221-00   S#0001269<br>JOSEPH HERBERT<br>45 JANE DRIVE<br>ENGLEWOOD CLIFFS, NJ 07632-2322 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066222-00  S#0002868<br>JOSEPH HOCHBERG<br>219-01 74TH AVE<br>BAYSIDE, NY 11364 | 97586    0066223-00  S#0001321<br>JOSEPH J ANANIA JR CUST<br>ACF WILLIAM ANANIA JR<br>70 IVY HILL ROAD<br>RED BANK, NJ 07701 | 97586    0066224-00  S#0005982<br>JOSEPH J BRENNAN CUST<br>ERIC JAMES BRENNAN<br>PO BOX 979<br>HIGH SPRINGS, FL 32655-0979 |
| 97586    0066225-00  S#0005950<br>JOSEPH J BRENNAN JR &<br>SUSAN T BRENNAN<br>2010 W RANDOLPH CIRCLE<br>TALLAHASSEE, FL 32312 | 97586    0066226-00  S#0009977<br>JOSEPH J BURROFF &<br>ALISON F BURROFF<br>400 N RIPLEY RD<br>EL DORADO, AR 71730 | 97586    0066227-00  S#0000807<br>JOSEPH J BURTON CUST<br>JUSTIN BURTON<br>15 MINE HILL RD<br>BRIDGEWATER, CT 06752 |
| 97586    0066228-00  S#0003581<br>JOSEPH J CARLESIMO<br>BOX 325<br>FRANKFORT, NY 13340-0325 | 97586    0066229-00  S#0004100<br>JOSEPH J GLAZENSKI<br>4 WEST STEEET<br>PITTSON, PA 18640 | 97586    0066230-00  S#0007313<br>JOSEPH J KLICH III<br>1929 GREEN RD 404<br>CLEVELAND, OH 44121-1152 |
| 97586    0066231-00  S#0003358<br>JOSEPH J LE BARR<br>2242 BEECH ST<br>WANTAGH, NY 11793 | 97586    0066232-00  S#0010389<br>JOSEPH J MAURO CUST<br>CUST/FOR DOMINIC J MAURO<br>7402 BULL CREEK ROAD<br>HOUSTON, TX 77095-3310 | 97586    0066233-00  S#0004139<br>JOSEPH J OLENICK CUST<br>JOSEPH J OLENICK III<br>323 THISTLE LN<br>PERKASIE, PA 18944-2469 |
| 97586    0066234-00  S#0010409<br>JOSEPH J ROBNETT JR<br>3319 REDWOOD LAKE DR<br>HUMBLE, TX 77345-1141 | 97586    0066235-00  S#0001670<br>JOSEPH J VALLEE<br>935 LOCKSLEY LANE<br>WOODBURY, NJ 08096 | 97586    0066236-00  S#0006082<br>JOSEPH JOHN GIULIANO<br>2101 ATLANTIC SHORES BLVD<br>HALLANDALE, FL 33009 |
| 97586    0066237-00  S#0000659<br>JOSEPH K BIRKLE &<br>NANCY B BIRKLE JT TEN<br>145 LAURELWOOD RD<br>GROTON, CT 06340 | 97586    0066238-00  S#0004581<br>JOSEPH K SPEICHER C/F<br>MATTHEW V SPEICHER UTMA/MD<br>4941 WALKINGFERN DR<br>ROCKVILLE, MD 20853 | 97586    0066239-00  S#0004075<br>JOSEPH KASZYCKI<br>1011 CUDDEBACK ST<br>MATAMORAS, PA 18336 |
| 97586    0066240-00  S#0001456<br>JOSEPH KUBERT &<br>MURIEL KUBERT JT TEN<br>167 PROSPECT ST<br>DOVER, NJ 07801 | 97586    0066241-00  S#0002405<br>JOSEPH L CICCONE<br>64 BETSY BROWN CIRCLE<br>PORTCHESTER, NY 10573 | 97586    0066242-00  S#0004353<br>JOSEPH L ISKI<br>18 ANDREW LANE<br>LANSDALE, PA 19446-1402 |
| 97586    0066243-00  S#0003646<br>JOSEPH L MANCINI<br>137 REIMAN ST<br>BUFFALO, NY 14206 | 97586    0066244-00  S#0003644<br>JOSEPH L MANCINI<br>ATTN PATRICIA FELGER<br>137 REIMAN ST<br>BUFFALO, NY 14206 | 97586    0066245-00  S#0008975<br>JOSEPH L VENTURA<br>9511 N SHERMER ROAD<br>MORTON GROVE, IL 60053-1117 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066246-00    S#0000711<br>JOSEPH LEGGE<br>438 MAIN ST<br>MIDDLETOWN, CT 06457-3366 | 97586    0066247-00    S#0004106<br>JOSEPH LEONI<br>HELEN LEONI JT TEN<br>338 S FRANKLIN STREET<br>WILKES BARRE, PA 18702-3809 | 97586    0066248-00    S#0013584<br>JOSEPH LUCKHURST<br>6998 STRAIT STREET<br>LANTZVILLE, BC V0R 2H0<br>CANADA |
| 97586    0066249-00    S#0001104<br>JOSEPH M ARONDS<br>4 DRUMMOND RD<br>WESTFIELD, NJ 07090-1111 | 97586    0066250-00    S#0002541<br>JOSEPH M FITZGERALD CUST<br>KEVIN FITZGERALD<br>79 EBERLING DR<br>NEW CITY, NY 10956 | 97586    0066251-00    S#0003982<br>JOSEPH M MARINAK<br>1157 WINTERTIDE DR<br>HARRISBURG, PA 17111 |
| 97586    0066252-00    S#0012835<br>JOSEPH M MC DOLE<br>7485 HORSESHOE BAR RD<br>LOOMIS, CA 95650 | 97586    0066253-00    S#0008929<br>JOSEPH M SIEGMAN<br>41 BURNING TREE LANE<br>DEERFIELD, IL 60015-4716 | 97586    0066254-00    S#0001232<br>JOSEPH MAKUSTA CUST<br>PATRICIA MAKSUTA UGMA NJ<br>330 FORTLEE RD APT 1A<br>LEONIA, NJ 07605 |
| 97586    0066255-00    S#0004101<br>JOSEPH MALOSH CUST<br>JOSEPH MALOSH II<br>1400 HOBART ST<br>AVOCA, PA 18641-1806 | 97586    0066256-00    S#0004310<br>JOSEPH MANZO CUST<br>JOSEPH MANZO III<br>2002 S NEWKIRK ST<br>PHILIP, PA 19145 | 97586    0066257-00    S#0007756<br>JOSEPH MARC OLSON<br>24 PORTAGE PL<br>JEFFERSONVILLE, IN 47130 |
| 97586    0066258-00    S#0009093<br>JOSEPH MILLS<br>1901 MANCHESTER AVENUE<br>WESTCHESTER, IL 60154 | 97586    0066259-00    S#0009488<br>JOSEPH MROSKO<br>ANNABELLE MROSKO JT TEN<br>310 W DEWITT<br>PANA, IL 62557 | 97586    0066260-00    S#0001386<br>JOSEPH MUCCINO<br>CUST MICHAEL MUCCINO UTMANJ<br>8 PHEASANT RUN<br>HOLMDEL, NJ 07733-1317 |
| 97586    0066261-00    S#0003717<br>JOSEPH NACCA CUST<br>JOSEPH J NACCA<br>16 SPLIT ROCK RD<br>PITTSFORD, NY 14534-1814 | 97586    0066262-00    S#0003716<br>JOSEPH NACCA CUST<br>NICHOLAS E NACCA<br>16 SPLIT ROCK RD<br>PITTSFORD, NY 14534-1814 | 97586    0066263-00    S#0012886<br>JOSEPH P BARANKIN CUST<br>FBO MICHAEL D BARANKIN<br>BOX 221848<br>SACRAMENTO, CA 95822-8848 |
| 97586    0066264-00    S#0004091<br>JOSEPH P CACOSSA &<br>BARBARA CACOSSA<br>RR 1 BOX 1193<br>WAYMART, PA 18472 | 97586    0066265-00    S#0001452<br>JOSEPH P MAJEWSKI<br>1405 THIRD AVE<br>SPRING LAKE, NJ 07762-1450 | 97586    0066266-00    S#0000314<br>JOSEPH P POWERS CUST<br>DEVIN O POWERS<br>88 FAIRFIELD ST<br>NEEDHAM, MA 02192 |

**Debtor:**  Mafco Litigation Trust
**Description:**  Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0066267-00  S#0007439
JOSEPH P SLIFKA JR
6164 GLENWOOD AVENUE
YOUNGSTOWN, OH 44512

97586    0066268-00  S#0007440
JOSEPH P SLIFKA SR
6164 GLENWOOD AVE
YOUNGSTOWN, OH 44512

97586    0066269-00  S#0002990
JOSEPH P WAGNER &
INGE WAGNER
85-62 160 ST
JAMAICA, NY 11432-1722

97586    0066270-00  S#0004491
JOSEPH PATRICK MC WILLIAMS
BOX 27763
WASHINGTON, DC 20038

97586    0066271-00  S#0009828
JOSEPH R DEBES
310 N BAY COUNTRY DR
WICHITA, KS 67235-1300

97586    0066272-00  S#0003357
JOSEPH R LE BARR &
CAROL LE BARR JT TEN
2242 BEECH ST
WANTAGH, NY 11793

97586    0066273-00  S#0004236
JOSEPH R MADONNA CUST
NICHOLAS MADONNA
544 VIRGINIA AVE
HAVERTOWN, PA 19083-2125

97586    0066274-00  S#0006521
JOSEPH R PORTER CUST
DEREK R PORTER
7389 BRANDYWINE DR
ENGLEWOOD, FL 34224

97586    0066275-00  S#0006520
JOSEPH R PORTER CUST
ERIN L PORTER
7389 BRANDYWINE DR
ENGLEWOOD, FL 34224

97586    0066276-00  S#0002734
JOSEPH RANCHELLI
400 ARGYLE ROAD
BROOKLYN, NY 11218

97586    0066277-00  S#0010340
JOSEPH RAPOPORT
6061 BEVERLYHILL 362
HOUSTON, TX 77057-7624

97586    0066278-00  S#0001709
JOSEPH ROMANO &
LINDA R ROMANO JT TEN
95 MONROE AVE
BELLEMEAD, NJ 08502-4603

97586    0066279-00  S#0008240
JOSEPH S KING CUST
JOHN LUCZAK
609 SOPHIA
BAY CITY, MI 48706

97586    0066280-00  S#0008241
JOSEPH S KING CUST
JULIE LUCZAK
609 SOPHIA
BAY CITY, MI 48706

97586    0066281-00  S#0005527
JOSEPH SCHACHNER
RTE 3 BOX 53-F
WINNSBORO, SC 29180

97586    0066282-00  S#0002955
JOSEPH SCHOENSTEIN &
JUDITH SCHOENSTEIN JT TEN
68-35 CENTRAL AVE
GLENDALE, NY 11385-6635

97586    0066283-00  S#0005717
JOSEPH SHAWN MURDOCH
1146 MANDALEY CT
LILBURN, GA 30247

97586    0066284-00  S#0010171
JOSEPH SHOEMAKER
805 NORTHLAKE DR
RICHARDSON, TX 75080

97586    0066285-00  S#0007906
JOSEPH SLISINGER CUST
MICHAEL J SLISINGER UGMA
30637 SCHOENHERR
WARREN, MI 48093-6855

97586    0066286-00  S#0002368
JOSEPH SMITH
174 ELWOOD AVE
HAWTHORNE, NY 10532

97586    0066287-00  S#0000406
JOSEPH SNEE CUST
MASTER CHRISTOPHER M SNEE
11 GARDEN DR
LINCOLN, RI 02865-1505

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066288-00   S#0011660
JOSEPH ST OURS CUST
JOSEPH DANIEL ST OURS
1251 TYLEE ST
VISTA, CA 92083

97586    0066289-00   S#0011661
JOSEPH ST OURS CUST
LILLIAN HALI ST OURS
1251 TYLEE ST
VISTA, CA 92083

97586    0066290-00   S#0011659
JOSEPH ST OURS CUST
NATHANIEL JUDE WIDELL
1251 TYLEE ST
VISTA, CA 92083

97586    0066291-00   S#0008043
JOSEPH SUMMERS
3652 BEDFORD
DETROIT, MI 48224

97586    0066292-00   S#0010982
JOSEPH T BONAVENTURE CUST
SANTINO C BONAVENTURE UNVUTMA
4576 CONOUGH LANE
LAS VEGAS, NV 89129

97586    0066293-00   S#0004502
JOSEPH TORSELLA
2710 ASPEN DR
HAMPSTEAD, MD 20174

97586    0066294-00   S#0008401
JOSEPH V CULLEN &
EMMABELLE H CULLEN JTTEN
2995 ST ANNE DRIVE
DUBUQUE, IA 52001

97586    0066295-00   S#0000163
JOSEPH V GRECO
9 POMEROY RD
N READING, MA 01864

97586    0066297-00   S#0008149
JOSEPH VINCENT KRAUT
8583 ANDERSONVILLE RD
CLARKSTON, MI 48346

97586    0066298-00   S#0005282
JOSEPH W ADE &
IRENE ADE JT TEN
1916 TOWNSEND FOREST LN 5
BROWNS SUMMIT, NC 27214-9638

97586    0066299-00   S#0006993
JOSEPH W FISCHER
518 MORNINGSIDE
LOUISVILLE, KY 40206

97586    0066300-00   S#0002068
JOSEPH W MAYS JR
340 E 64TH ST APT 19-M
NEW YORK, NY 10021

97586    0066301-00   S#0002774
JOSEPH W ROSEN
1530 E 27TH ST
BROOKLYN, NY 11229

97586    0066302-00   S#0000070
JOSEPH WARD
BOX 2307
FITCHBORG, MA 01420-0000

97586    0066303-00   S#0004651
JOSEPHINA A GYIMAH
3016 SHEPPERTON TER
SILVER SPRING, MD 20904

97586    0066304-00   S#0003761
JOSEPHINE A GRAVES
248 HUXLEY ST
JAMESTOWN, NY 14701

97586    0066305-00   S#0003842
JOSEPHINE BARNETT
2026 REMINGTON DR
PITTSBURGH, PA 15221-1512

97586    0066306-00   S#0003894
JOSEPHINE BARNETT
2026 REMINGTON DR
PITTSBURGH, PA 15521-1512

97586    0066307-00   S#0006950
JOSEPHINE TS ASHCRAFT AUSTIN &
LAWRENCE B AUSTIN JT TEN
5918 KRISTEN DR
JACKSON, MS 39211

97586    0066308-00   S#0001308
JOSH LEVINE
805 WASHBUM ST
TEANECK, NJ 07666

97586    0066309-00   S#0009497
JOSHUA B STROTHEIDE
76 GAVIN
LINCOLN, IL 62656

97586    0066310-00   S#0013482
JOSHUA BALABAN
11969 R R 1
ZEPHYR, ON L0E 1T0
CANADA

97586    0066311-00   S#0000196
JOSHUA C ROBERTS
14 INDEPENDENT ST
ROWLEY, MA 01969

97586    0066312-00   S#0013600
JOSHUA CAIRNS
16 MAUDE COURT
PORT MOODY, BC V3H 4E7
CANADA

**Debtor:**          Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066313-00   S#0006424
JOSHUA CRUZ
8514 WOOD WICK CT
TAMPA, FL 33615

97586    0066314-00   S#0000523
JOSHUA D MCLEMORE
4712 BROOKSIDE WAY
LEXINGTON, KY 04515-6238

97586    0066315-00   S#0010923
JOSHUA DAVID BURNS
C-O BARBARA LEE
600 ENCINO PL NE
ALBUQUERQUE, NM 87102-2602

97586    0066316-00   S#0012304
JOSHUA DRISCOLL
4458 17TH ST
SAN FRANCISCO, CA 94114

97586    0066317-00   S#0007314
JOSHUA E GLAZER
25285 TWICKENHAM DR
BEACHWOOD, OH 44122

97586    0066318-00   S#0001842
JOSHUA FISCHBEIN
142 MEADOWBROOK RD
EDISON, NJ 08837

97586    0066319-00   S#0009827
JOSHUA J HAMILTON
4022 CRANBERRY ST
WICHITA, KS 67226-2403

97586    0066320-00   S#0002146
JOSHUA KESTENBAUM CUST
DAVID KESTENBAUM
920 PARK AVE
NEW YORK, NY 10028

97586    0066321-00   S#0007577
JOSHUA M MEYER
2218 ENGLISH OAK COURT
MIAMISBURG, OH 45342-4548

97586    0066322-00   S#0003794
JOSHUA M PAUSIC
13- E SCOTT DR
DRAVOSBURG, PA 15034-1153

97586    0066323-00   S#0005719
JOSHUA M WARREN
517 CHANTRELLA RD
LILBURN, GA 30247-6503

97586    0066324-00   S#0000307
JOSHUA MC GINN
769 WORCHESTER ST
WELLESLEY, MA 02181-4558

97586    0066325-00   S#0007061
JOSHUA MCLEMORE
4712 BROOKSIDE WAY
LEXINGTON, KY 40515-6238

97586    0066326-00   S#0004548
JOSHUA O TURNBULL
16 ROYAL DOMINION COURT
BETHESDA, MD 20817

97586    0066327-00   S#0004078
JOSHUA P FAZIO
638 FAIRVIEW RD
CLARKS SUMMIT, PA 18411

97586    0066328-00   S#0000253
JOSHUA P KAUFMAN
24 STETSON ST
BROOKLINE, MA 02146

97586    0066329-00   S#0003677
JOSHUA PACIONI
4116 CLIFF ST
NIAGRA FALLS, NY 14305

97586    0066330-00   S#0012490
JOSHUA ROBERTS
CASA DE ROBERTS
1710 GREENWOOD RD
PLEASANTON, CA 94566

97586    0066331-00   S#0006174
JOSHUA SHORE
2532 REGATTA AVE
MIAMI BEACH, FL 33140

97586    0066332-00   S#0002449
JOSHUA TAYLOR ORLICK
45 GRIFFIN AVE
SCARSDALE, NY 10583-7646

97586    0066333-00   S#0007036
JOSHUA WILKERSON
3001 US HWY 421
MIDWAY, KY 40347

97586    0066334-00   S#0011304
JOSHUA WILLIAM POTTER
4930 ALTA CANYADA RD
LA CANADA FLINTRI, CA 91011

97586    0066335-00   S#0010688
JOY A MAYNARD
2609 E SERENDIPITY CIR APT 357
COLORADO SPGS, CO 80917

97586    0066336-00   S#0010915
JOY DUNLAP
4775 E ELORO DR
FLAGSTAFF, AZ 86004

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586    0066337-00   S#0007506        97586    0066338-00   S#0005493        97586    0066339-00   S#0004108
JOY LYNN LYONS CUST                    JOY P LINDSEY CUST                     JOYCE A GABOR CUST
MICHAEL LYONS                          FOR IAN SCOTT LINDSEY                  KRISTEN GABOR
6 MONTGOMERY WAY 10                    OAK LANE                              10 TRIPP MNR
AMELIA, OH 45102-1473                  PO BOX 568                            FORTY FORT, PA 18704
                                       LAKE JUNALUSKA, NC 28745-0568


97586    0066340-00   S#0012093        97586    0066341-00   S#0009620        97586    0066342-00   S#0009621
JOYCE A MEIER CUST                     JOYCE A SCHOWENGERDT CUST             JOYCE A SCHOWENGERDT CUST
TIMOTHY MEIER                          ROBERT W SCHOWENGERDT                 SARAH A SCHOWENGERDT
10409 SUNSET CANYON DR                 32 FORDYCE MANOR                      32 FORDYCE MANOR
BAKERSFIELD, CA 93311                  ST CHARLES, MO 63303                  ST CHARLES, MO 63303


97586    0066343-00   S#0003374        97586    0066344-00   S#0007657        97586    0066345-00   S#0010357
JOYCE A SMITH &                        JOYCE A SOLEY CUST                    JOYCE ANN RICHARDS
GARY SMITH                             NEAL J SOLEY UTMA IN                  3451 EDGECREEK DR
14 IVY CT                              4731 EAST 64TH STREET                 HOUSTON, TX 77066
PLAINVIEW, NY 11803-1211               INDIANAPOLIS, IN 46220


97586    0066346-00   S#0005645        97586    0066347-00   S#0002736        97586    0066348-00   S#0009859
JOYCE BIVONE / CUST                    JOYCE DUBENSKY CUST                   JOYCE E BUSCH
MICHAEL BIVONE /                       JOSHUA MATTHEW DUBENSKY               12609 ANNE ST
3363 EMORY DR                          209 STRATFORD RD                     OMAHA, NE 68137-2016
MARIETTA, GA 30062                     BROOKLYN, NY 11218


97586    0066349-00   S#0009403        97586    0066350-00   S#0002749        97586    0066351-00   S#0000496
JOYCE FLEISHER CUST                    JOYCE LEVY CUST                       JOYCE MACISAAC CUST
ROBERT J TALLEY                        GARY LEVY UGMA NY                     NEIL MADSEN RYAN
954 E LOCUST ST                        2099 EAST 3RD STREET                  MALLINGWOOD LN
CANTON, IL 61520                       BROOKLYN, NY 11223                    BOX 986
                                                                            KENNEBUNKPORT, ME 04046-0986


97586    0066352-00   S#0003879        97586    0066353-00   S#0002827        97586    0066354-00   S#0011743
JOYCE N SCHOLLAERT CUST                JOYCE O CONNELL                       JOYCE OLIVER CUST
JAMES THOMAS SCHOLLAERT UTMA P         154-27 28TH AVE                      ERIC WICKMAN
10 ORCHARD LANE                        FLUSHING, NY 11354                   28383 TONNER RD
HICKORY, PA 15340                                                          HIGHLAND, CA 92346


97586    0066355-00   S#0009118        97586    0066356-00   S#0006462        97586    0066357-00   S#0002782
JOYCE PERRI CUST                       JOYCE S WOODRUFF RIPPS TTEE           JOYCE SAFF CUST
NICHOLAS PERRI                         JOYCE S WOODRUFF TRUST                DAVID SAFF
264 EDGEWOOD                           7400 SUN ISLAND DR S                 808 AVE J
WOOD DALE, IL 60191                    APT 804                              BROOKLYN, NY 11230
                                       ST PETERSBURG, FL 33707-4423
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066358-00   S#0004708
JOYCE SEBIAN CUST
MICHAEL A SEBIAN
2506 SANDY MOUNT RD
FINKSBURG, MD 21048

97586   0066359-00   S#0012899
JOYCE W TOM
407 CEDAR RIVER WAY
SACRAMENTO, CA 95831-2447

97586   0000771-00   S#0003217
JP EXPRESS SERVICE INC
377 CARLLS PATH
DEER PARK, NY 11729

97586   0066361-00   S#0008908
JUAN A CORTES
565 E SEEGERS ROAD APT 217
ARLINGTON HEIGHTS, IL 60005-4044

97586   0066362-00   S#0013351
JUAN ANDY AREBALOS
3712 W 15TH AVE
KENNEWICK, WA 99337

97586   0066363-00   S#0006191
JUAN BRAVO CUST
DAMION A BRAVO
7360 SW 136TH ST
MIAMI, FL 33156

97586   0066364-00   S#0006193
JUAN P BRAVO CUST
DAMION ALAN BRAVO UTMA/FL
7360 SW 136TH STREET
MIAMI, FL 33156

97586   0066365-00   S#0002273
JUAN SEPULVEDA &
MARIA SEPULVEDA
82 LITTLEFIELD AVE
STATEN ISLAND, NY 10312-6510

97586   0066366-00   S#0002691
JUDAH FRANKEL
3083 BEDFORD AVE
BROOKLYN, NY 11210

97586   0066367-00   S#0007259
JUDE' KRAUS CUST
FBO KEVIN KRAUS
6175 PEPPERWOOD DR
MENTOR, OH 44060

97586   0066368-00   S#0007257
JUDE' KRAUS CUST
FBO MEGHAN KRAUS
6175 PEPPERWOOD DR
MENTOR, OH 44060

97586   0066369-00   S#0007258
JUDE' KRAUS CUST
FBO MELISSA KRAUS
6175 PEPPERWOOD DR
MENTOR, OH 44060

97586   0066370-00   S#0008503
JUDELL W BILLER
7707 N LINKS WAY
MILWAUKEE, WI 53217-3232

97586   0066371-00   S#0000271
JUDI PAVA CUST
ZACHARY PAVA
485 PARKER ST
NEWTON, MA 02159

97586   0066372-00   S#0011042
JUDI SALZMAN CUST
RACHEL E SALZMAN
262 S CARMELINA AVE
LOS ANGELES, CA 90024

97586   0066373-00   S#0011714
JUDIE ADAMS
12650 BRICKELLIA ST
SAN DIEGO, CA 92129

97586   0066374-00   S#0001488
JUDITH A APICELLA CUST
JOSEPH A APICELLA
5 WOODSIDE DR
ROCKAWAY, NJ 07866

97586   0066375-00   S#0004036
JUDITH A HARRIS &
BILLY D HARRIS
338 SUMMER HILL RD, RD 2
SCHUYLKILL HAVEN, PA 17972

97586   0066376-00   S#0005437
JUDITH A LOWE CUST
FBO MATTHEW C DOBSON
2418 VISTA DR
CHARLOTTE, NC 28212

97586   0066377-00   S#0003402
JUDITH A PULVER
39 GREENRIDGE DR
CLIFTON PARK, NY 12065-0004

97586   0066378-00   S#0010810
JUDITH A WODASH
1937 S ALTA VISTA CIRCLE
MESA, AZ 85202-5537

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066379-00   S#0001743
JUDITH ANN TILTON
2459 MAIN ST
LAWRENCEVILLE, NJ 08648-1634

97586    0066380-00   S#0001218
JUDITH B ZANDER
277 BIRCH PKWY
WYCKOFF, NJ 07481-2830

97586    0066381-00   S#0009962
JUDITH BOYCE CUST
BRANDI BOYCE
1666 STONELIEGH DR
BATON ROUGE, LA 70808-5736

97586    0066382-00   S#0006528
JUDITH C PACKARD CUST
JEFFREY JOHN PEDERSEN JR
4782 OAK FOREST DR W
SARASOTA, FL 34231-6480

97586    0066383-00   S#0005334
JUDITH C SUMMER CUST
AARON B SUMMER
9316 COLLINS CREEK DR
CHAPEL HILL, NC 27516-7584

97586    0066384-00   S#0002203
JUDITH D FRYER CUST
JEREMY FRYER-BIGGS
250 E 87TH ST
APT 27B
NEW YORK, NY 10128-3117

97586    0066385-00   S#0005108
JUDITH D GRIGGS CUST
WILLIAM THOMAS GRIGGS IV
3012 PEWTER RD
VIRGINIA BEACH, VA 23452

97586    0066386-00   S#0000765
JUDITH F DELLAMURA CUST
RAYMOND P DELLAMURA
330 PECK AVE
WEST HAVEN, CT 06516-5415

97586    0066387-00   S#0006933
JUDITH F FORD C/F
JORDAN SCOTT FORD UGMA/MS
4 PARK VIEW ROAD
CLINTON, MS 39056

97586    0066388-00   S#0001729
JUDITH FRIEDMAN CUST
JOSHUA O NEILL
39 LONGVIEW DR
PRINCETON, NJ 08540-5636

97586    0066389-00   S#0002204
JUDITH FRYER CUST
ZACHARY FRYER BIGGS
250 E 87TH ST APT 27-B
NEW YORK, NY 10128-3117

97586    0066390-00   S#0000310
JUDITH G DARRELL CUST
IAN DARRELL KEMP
232 HIGHLAND ST
MILTON, MA 02186-4431

97586    0066391-00   S#0008988
JUDITH GRAFF CUST
JONATHAN L GRAFF
2785 GRACE
NORTHBROOK, IL 60062

97586    0066392-00   S#0003547
JUDITH HELEN ROSSOFF
4763 NORSTAR BLVD BLDG 2
LIVERPOOL, NY 13088-4253

97586    0066393-00   S#0010367
JUDITH K HANSEN CUST
PETER HANSEN
647 ELECTRA DR
HOUSTON, TX 77079

97586    0066394-00   S#0009769
JUDITH L WELLS CUST
BENJAMIN C WELLS
3317 W 68TH ST
SHAWNEE MISSION, KS 66208

97586    0066395-00   S#0007596
JUDITH LYNNE JANICKI
4165 FOREST RIDGE BLVD
DAYTON, OH 45424-4836

97586    0066396-00   S#0011608
JUDITH MARIE COOK
2996 B FLETCHER PKWY
EL CAJON, CA 92020-2645

97586    0066397-00   S#0005090
JUDITH N LANG CUST
ROBERT S LANG JR
2333 PATHFINDER CIRCLE
RICHMOND, VA 23294

97586    0066398-00   S#0008109
JUDITH SIEGEL
7659 DANBURY CIR
WEST BLOOMFIELD, MI 48322-3569

97586    0066399-00   S#0003251
JUDITH STREITER CUST
AARON MARC STREITER
29 RENWICK AVE
HUNTINGTON, NY 11743

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0066400-00  S#0010497 | 97586   0066401-00  S#0010079 | 97586   0066402-00  S#0007798 |
| JUDITH T LACKRITZ CUST | JUDITH V FOREHAND | JUDY A BLACKARD CUST |
| JED LACKRITZ | 112 MOCKINGBIRD DR S | CODY L BLACKARD |
| 1033 IVY LANE | ALTUS, OK 73521-0000 | DAMOSA DR |
| SAN ANTONIO, TX 78209-6046 | | HAUBSTADT, IN 47639 |
| | | |
| 97586   0066403-00  S#0012715 | 97586   0066404-00  S#0007964 | 97586   0066405-00  S#0012507 |
| JUDY A COX CUST | JUDY A GORDON C/F | JUDY A GREEN CUST |
| JEFF T COX UNDER THE CA UNIFRM | JOHN HENRY GORDON UGMA MI | KIMBERLY GREEN |
| TRANSFERS TO MINOR ACT | 29949 BAYVIEW DRIVE | 1605 136TH AVE |
| 4905 MINAS DR | GROSSE ILE, MI 48138 | SAN LEANDRO, CA 94578-1642 |
| SAN JOSE, CA 95136 | | |
| | | |
| 97586   0066406-00  S#0002680 | 97586   0066407-00  S#0010871 | 97586   0066408-00  S#0008932 |
| JUDY A REGAN CUST | JUDY H HAENEL CUST FBO | JUDY H POSKOZIN |
| WILLIAM KEELER | JEREMY C HAENEL | 1681 CAMPBELL AVE |
| 48 GATLING PL | TULIP TREE | DES PLAINES, IL 60016-6636 |
| BROOKLYN, NY 11209 | 5933 W BELL RD | |
| | GLENDALE, AZ 85308 | |
| | | |
| 97586   0066409-00  S#0004841 | 97586   0066410-00  S#0000093 | 97586   0066411-00  S#0008876 |
| JUDY HASTY LARSON CUST | JUDY JOFFE CUST | JUDY K FREEMAN CUST |
| MATTHEW PETER LARSON | LEAH JOFFEE | ROBERT A FREEMAN |
| 125 SPA VIEW AVE | 43 SOUTH STREET | MT UNIF TRANSFER TO MINORS ACT |
| ANNAPOLIS, MD 21401-3542 | WESTBORO, MA 01581 | 1409 2 WEST HILL DR |
| | | GREAT FALLS, MT 59404 |
| | | |
| 97586   0066412-00  S#0001755 | 97586   0066413-00  S#0007267 | 97586   0066414-00  S#0007672 |
| JUDY K SCHWARTZ | JUDY KNEBLEWICZ | JUDY L LAYDEN CUST |
| 312 ESSEX DRIVE | 27571 LAURELL LA | BRIAN A LAYDEN UINUTMA |
| BRICKTOWN, NJ 08723 | NORTH OLMSTED, OH 44070-2557 | 10410 E 79TH ST |
| | | INDIANAPOLIS, IN 46236 |
| | | |
| 97586   0066415-00  S#0009773 | 97586   0066416-00  S#0007939 | 97586   0066417-00  S#0007602 |
| JUDY LOEWENHERZ | JUDY M SCOTT CUST | JUDY MEYER |
| 7600 W 101ST ST | JENNIFER P SCOTT | 1082 GRETA LN |
| BROOKRIDGE, KS 66212 | 9139 FROME | DAYTON, OH 45456-1934 |
| | BRIGHTON, MI 48116 | |
| | | |
| 97586   0066418-00  S#0003667 | 97586   0066419-00  S#0006641 | 97586   0066420-00  S#0011820 |
| JUDY PERKOWSKI & | JUDY R ROY & | JUDY WEBER CUST |
| STEFAN PERKOWSKI JTTEN | MICHAEL H ROY JT TEN | ANDREW RAYMOND WEBER |
| 112 WINDMERE BLVD | 2915 BROWNING RD | 3359 TOPAZ LANE |
| BUFFALO, NY 14226-3047 | BESSEMER, AL 35023 | FULLERTON, CA 92631 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000711-00   S#0009743
JUKES, JAMES
207 PINE
BONNER SPRINGS, KS 66012

97586   0066421-00   S#0010884
JULES OWEN KNAPP
14729 W LAS BRIZAS LN
SUN CITY WEST, AZ 85375-2607

97586   0066422-00   S#0008029
JULIA ANN COLLINS
301 E CROSS 1
YPSILANTI, MI 48198-2939

97586   0066423-00   S#0009187
JULIA CREIGHTON
3817 WILCOX AVE
DOWNERS GROVE, IL 60515-1601

97586   0066424-00   S#0003004
JULIA F BOURNAKIS
1710 BAY BOULEVARD
ATLANTIC BEACH, NY 11509-1503

97586   0066425-00   S#0013384
JULIA J MARTIN
BOX 3628
HOMER, AK 99603-3628

97586   0066426-00   S#0013382
JULIA J MARTIN CUST
NATHANIEL B RAYMOND
BOX 3628
HOMER, AK 99603

97586   0066427-00   S#0010115
JULIA MCGHEE CUST
CODY T ADDINGTON
4653 S URBANA
TULSA, OK 74135

97586   0066428-00   S#0010114
JULIA MCGHEE CUST
TRAVIS L ADDINGTON
4653 S URBANA
TULSA, OK 74135

97586   0066429-00   S#0004629
JULIA MENDLER C/F
DAVID MENDLER UGMA MD
11036 RUTLEDGE DR
GAITHERSBURG, MD 20878

97586   0066430-00   S#0009511
JULIA SCHAD CUST
LAINE SCHAD
R R 6 BOX 207B
SPRINGFIELD, IL 62707

97586   0066431-00   S#0009512
JULIA SCHAD CUST
LUCAS SCHAD
R R 6 BOX 207B
SPRINGFIELD, IL 62707

97586   0066432-00   S#0009679
JULIA WOOTTEN SAGE HENRY CUST
SEAN MICHAEL HENRY
605 WHITE OAK LANE
GLADSTONE, MO 64116

97586   0066433-00   S#0002432
JULIAN ADLER
40 WOLBROOK RD
SCARSDALE, NY 10583

97586   0066434-00   S#0005512
JULIAN CORBETT
RTE 2 BOX 510
PINEWOOD, SC 29125

97586   0066435-00   S#0007026
JULIAN E KENNAMER
7407 WESBORO RD
LOUISVILLE, KY 40242-4035

97586   0066436-00   S#0003091
JULIAN FRANK CUST
ACF RICHARD H FRANK
2051 VINE DR
MERRICK, NY 11566-5511

97586   0066437-00   S#0005046
JULIAN KEEVIL CUST
ALEXANDER KEEVIL UTTMA VA
1225 SHALLOWELL ROAD
MANAKIN SABOT, VA 23103

97586   0066438-00   S#0005045
JULIAN KEEVIL CUST
HARRISON KEEVIL UTTMA VA
1225 SHALLOWELL ROAD
MANAKIN SABOT, VA 23103

97586   0066439-00   S#0006154
JULIAN R PENNINGTON &
NANCY L PENNINGTON JT TEN
517 SW 72ND AVE
NORTH LAUDERDALE, FL 33068-1456

97586   0066440-00   S#0007947
JULIANA TREVES
1045 WALNUT
DEARBORN, MI 48124

97586   0066441-00   S#0004759
JULIANNE ABRAHAMSEN
1001 ALICEANNA ST APT 405
BALTIMORE, MD 21202-4393

97586   0066442-00   S#0000781
JULIANNE OWEN
851 BRIARWOOD AVE
BRIDGEPORT, CT 06604

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066443-00  S#0009506
JULIE A KELLNER CUST FOR
NATHAN L KELLNER  UNDER THE IL
UNIF TRANSFERS TO MINOR ACT
3117 LOCKRIDGE
SPRINGFIELD, IL 62704

97586   0066444-00  S#0013253
JULIE A SHULTS
16864 SOUTH CENTER PKWY #193
SEATTLE, WA 98188

97586   0066445-00  S#0010135
JULIE ANN H HALL CUST
ADAM C HALL
2220 CEDAR CIRCLE
CARROLLTON, TX 75006

97586   0066446-00  S#0010438
JULIE ANNE SHAW
2706 AVENUE D
KATY, TX 77493-1231

97586   0066447-00  S#0007669
JULIE B RANDALL CUST
NATHAN T RANDALL UGMA/TN
11425 WOLF LANE
INDIANAPOLIS, IN 46229

97586   0000776-00  S#0004064
JULIE BELL INC
4454 KOHLER DR
ALLENTOWN, PA 18103

97586   0066448-00  S#0013320
JULIE BLACK CUST
DEREK BLACK
7834 DELPHI RD SW
OLYMPIA, WA 98512

97586   0066449-00  S#0001190
JULIE FRANKSTON CUST
DOUGLAS B FRANKSTON
135 BERKLEY RD
GLEN ROCK, NJ 07452-2331

97586   0066450-00  S#0001189
JULIE FRANKSTON CUST
JEFFREY W FRANKSTON
135 BERKLEY RD
GLEN ROCK, NJ 07452-2331

97586   0066451-00  S#0013542
JULIE HAMILTON
PO BOX 178 KING ST
TIVERTON, ON N0G 2T0
CANADA

97586   0066452-00  S#0012098
JULIE LLACH CUST
FBO HANNAH LLACH
2408 MOUNTAIN OAK RD
BAKERSFIELD, CA 93311-1634

97586   0066453-00  S#0010890
JULIE M CONRAD CUST
JASON M CONRAD
7142 E 18TH ST
TUCSON, AZ 85710-4937

97586   0066455-00  S#0004539
JULIE MALTZMAN CUST
ZACK MALTZMAN
5904 CHATSWORTH LANE
BETHESDA, MD 20814

97586   0066456-00  S#0009393
JULIE MCCOY CUST
KADE MCCOY UGMA/IL
750 ILLINOIS ROUTE 26
AMBOY, IL 61310

97586   0066457-00  S#0001814
JULIE ROSE MONTALBANO CUST
ANTHONY JOSEPH MONTALBANO
48 ERIE ST
EDISON, NJ 08817

97586   0066458-00  S#0001812
JULIE ROSE MONTALBANO CUST
NICHOLAS PAUL MONTALBANO UTMA
48 ERIE ST
EDISON, NJ 08817

97586   0066459-00  S#0008028
JULIET BRINKMAN BOGAN CUST
KENNETH THOMAS BOGAN
4558 SYCAMORE DR
YPSILANTI, MI 48197-6125

97586   0066460-00  S#0008027
JULIET BRINKMAN BOGAN CUST
MICHAEL FENLON BOGAN
4558 SYCAMORE DR
YPSILANTI, MI 48197-6125

97586   0066461-00  S#0000208
JULIO A RENZI CUST
DANIEL J RENZI
BOX 416
FRANKLIN, MA 02038

97586   0066462-00  S#0010932
JULIO MARTINEZ &
CLARA MARTINEZ
1037 KENTUCKY SE
ALBUQUERQUE, NM 87108-4940

97586   0066463-00  S#0004374
JULIUS A HIRSCH &
BETTY HIRSCH
RD 1 BOX 373
MORGANTOWN, PA 19543-9759

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0066464-00    S#0003655
JULIUS G ADAMS
200 SANDERS RD APT 8
BUFFALO, NY 14216

97586    0066465-00    S#0003654
JULIUS G ADAMS CUST
ERIC WU
200 SANDERS RD APT 8
BUFFALO, NY 14216

97586    0066466-00    S#0005468
JULIUS H OETTINGER
70 MIDLAND DR
PINEHURST, NC 28374-8251

97586    0066467-00    S#0000921
JULIUS M WILENSKY &
DOROTHY T WILENSKY
JT TEN
51 BARRETTE AVE
STAMFORD, CT 06905-3212

97586    0066468-00    S#0002710
JULIUS SOLOMON
1869 83RD ST APT 6A
BROOKLYN, NY 11214

97586    0066469-00    S#0000440
JUNE CARON CUST
JONATHON M CARON
24 MONTGOMERY AVE
NASHUA, NH 03060-5008

97586    0066470-00    S#0008340
JUNE FORCE
238 ABBIE S E
WYOMING, MI 49548

97586    0066471-00    S#0006972
JUNE K LAVALLE CUST
TIMOTHY P LAVELLE
3817 DEER LAKE CIRCLE
PROSPECT, KY 40059-9101

97586    0066472-00    S#0004876
JUNE M MELVIN
11825 SIMPSONS MILL RD
KEYMAR, MD 21757

97586    0066473-00    S#0000759
JUNE T LEWIS CUST
GERALD A LEWIS
27 GEORGE STREET
WEST HAVEN, CT 06516

97586    0021121-00    S#0000272
JUNGBUNZLAUER INC
ATTN: JOHN QUINN
75 WELLS AVE
NEWTON, MA 02159

97586    0066474-00    S#0009049
JUNSE KIM
1756 HIGHLAND AVENUE
WILMETTE, IL 60091-2412

97586    0066475-00    S#0002074
JUSTIN B CHEUNG
C-O MICHAEL CAPONIGRI
330 E 80TH ST 3B
NEW YORK, NY 10021

97586    0066476-00    S#0010549
JUSTIN BIGGS
PO BOX 941
SMITHVILLE, TX 78957-0941

97586    0066477-00    S#0001868
JUSTIN BRADFORD KAMINE
BOX 198
OLDWICK, NJ 08858

97586    0066478-00    S#0009609
JUSTIN DIEDRICH
119 LADUE PINE WOODS PL
CREVE COEUR, MO 63141

97586    0066479-00    S#0010279
JUSTIN E FULKERSON
6412 LAVANO DR
FT WORTH, TX 76134

97586    0066480-00    S#0013324
JUSTIN F WHITLING &
LISA S WHITLING
15903 NE 185TH AVE
BRUSH PRAIRIE, WA 98606-9775

97586    0066481-00    S#0009061
JUSTIN GILBERT
22 E ARMITAGE AVE
ADDISON, IL 60101

97586    0066482-00    S#0005560
JUSTIN J FAZIO
1048 MAIN SAIL CT
AWENDAW, SC 29429-6021

97586    0066483-00    S#0001198
JUSTIN M SCHWARTZ
37 HUBBARDTON RD
WAYNE, NJ 07470