# EXHIBIT B
# (Part 3 of 4)

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066484-00  S#0009575
JUSTIN OLIVER BROCKMAN
210 N CENTRAL AVE
ST LOUIS, MO 63105-3832

97586   0066485-00  S#0004169
JUSTIN R KLOC
208 LEE CIRCLE
BRYN MAWR, PA 19010

97586   0066486-00  S#0002214
JUSTIN ROSE
375 E END AVE 17-E
NEW YORK, NY 10280

97586   0066487-00  S#0002300
JUSTINE LUGO
1855 BOGART AVE A2
BRONX, NY 10462

97586   0066488-00  S#0009230
K ANN COUSINS CUST
SHANE COUSINS UTMA/IL 21
1547 FOXHILL RD
NAPERVILLE, IL 60563

97586   0066489-00  S#0004552
K PRASAD NAIR
6317 POE RD
BETHESDA, MD 20817

97586   0000780-00  S#0009244
K-111 BACON'S INFORMATION
A PRIMEDIA CO
332 S MICHIGAN AVE
CHICAGO, IL 60604

97586   0066490-00  S#0009346
KAERN LEAKE
JASON LEAKE COMM PROP
1003 UNIVERSITY
DIXON, IL 61021-4006

97586   0000834-00  S#0013089
KAHLER-SENDERS GROUP INC
FKA LANG-SENDERS
PO BOX 5697
PORTLAND, OR 97228

97586   0066491-00  S#0011685
KALEB ALLAN KLAUBER
4344 ARGOS DR
SAN DIEGO, CA 92116

97586   0066492-00  S#0009527
KALEB JOHN SWENSON
2330 ILLINOIS AVE
ELDORADO, IL 62930

97586   0000755-00  S#0003657
KALISZ, JOHN
65 SPICEBUSH LN
WILLIAMS, NY 14221

97586   0066493-00  S#0011889
KALVIN C YU
2105 N MANTLE LN
SANTA ANA, CA 92701

97586   0064132-00  S#0003482
KAMINSKY, GERALD
5 PATRICIA DR
PLEASANT VALLEY, NY 12569-5500

97586   0000781-00  S#0006789
KANO LABORATORIES
PO BOX 110098
100 S THOMPSON LN
NASHVILLE, TN 37222-0098

97586   0021188-00  S#0001067
KAPLAN, JEFFREY L
1 SHORE EDGE LN
SHORT HILLS, NJ 07078

97586   0066494-00  S#0009645
KARA EBAUGH
1835 RICARDO
CPE GIRARDEAU, MO 63701

97586   0066495-00  S#0000340
KAREL KUNZ
645 EAST STREET
BROCKTON, MA 02402

97586   0066496-00  S#0007851
KAREN A CLARK &
JOSEPH K CLARK  TTEES
47437 GREENBRIAR
MACOMB, MI 48044

97586   0066497-00  S#0007850
KAREN A CLARK &
JOSEPH K CLARK &
GEOFFREY T CLARK JTTEN
47437 GREENBRIAR
MACOMB, MI 48044

97586   0066498-00  S#0005042
KAREN A RANSONE &
STERLING N RANSONE JR JT TEN
HCR-01 BOX 324
DELTAVILLE, VA 23043

97586   0066499-00  S#0006574
KAREN ANN ALFANO
1752 LARKIN RD
SPRING HILL, FL 34608

97586   0066500-00  S#0005625
KAREN ARMSTRONG CUST
BRUCE MARCUS MAYFIELD
3013 FLAT SHOALS RD
DECATUR, GA 30034

97586   0066501-00  S#0003401
KAREN BAUM CUST
AARON BAUM UTMA/KY-18
9 BITTERSWEET LN
CLIFTON PARK, NY 12065

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066502-00   S#0003400
KAREN BAUM CUST
LOREN BAUM UTMA/KY-18
9 BITTERSWEET LN
CLIFTON PARK, NY 12065

97586   0066503-00   S#0001177
KAREN BISAILLON
165 W OAK ST
RAMSEY, NJ 07446

97586   0066504-00   S#0000301
KAREN C LEE
49 YARMOUTH RD
WELLESLEY, MA 02181

97586   0066505-00   S#0002842
KAREN CORBO CUST
CHRISTINA MORIZIO
2101 147TH ST
WHITESTONE, NY 11357

97586   0066506-00   S#0002843
KAREN CORBO CUST
MOE HERNANDEZ
2101 147TH ST
WHITESTONE, NY 11357

97586   0066507-00   S#0000279
KAREN DERMARDEROSIAN &
MARK DERMARDEROSIAN JTTEN
83 PLEASANT STREET
WEST NEWTON, MA 02165

97586   0066508-00   S#0009911
KAREN DODSON
17 MICHAEL DR
LULING, LA 70070

97586   0066509-00   S#0010308
KAREN E FRAZER CUST
DAVID HARRISON MILLER
3835 UNIVERSITY BLVD
HOUSTON, TX 77005

97586   0066510-00   S#0000591
KAREN FORT-SMITH CUST
CONRAD SMITH JR
136 COOKE ST
PLAINVILLE, CT 06062

97586   0066511-00   S#0010309
KAREN FRAZER CUST
ERIC CHRISTOPHER MEYER
3835 UNIVERSITY BLVD
HOUSTON, TX 77005

97586   0066512-00   S#0000938
KAREN FREDA CUST
STEVEN NEBESNI
110 RAAB ST
BLOOMFIELD, NJ 07003-4521

97586   0066513-00   S#0010131
KAREN GLINSKI CUST
FOR JACOB L GLINSKI UGMA/OK
909 WEST 2ND
HEAVENER, OK 74937

97586   0066514-00   S#0012792
KAREN H JENNINGS
BOX 136
COBB, CA 95426

97586   0066515-00   S#0001721
KAREN H LESNIEWSKI
15A MINE RD
HOPEWELL, NJ 08525

97586   0066516-00   S#0012265
KAREN J BOCHENEK &
JOHN BOCHENEK JR
942 ERICA DR
SUNNYVALE, CA 94086-8211

97586   0066517-00   S#0007270
KAREN J BREEDLOVE CUST
MATTHEW DAVID BREEDLOVE UTMA/O
1105 DALTON DRIVE
PAINESVILLE, OH 44077

97586   0066518-00   S#0011166
KAREN J JOHNSON
925 THIRD ST
HERMOSA BEACH, CA 90254-5342

97586   0066519-00   S#0006419
KAREN J SINNREICH CUST
MICHAEL E SINNREICH
1113 PARILLA ST
TAMPA, FL 33613

97586   0066520-00   S#0006932
KAREN JAMES C/F
BILLY ROSS JAMES III
PO BOX 90
GORE SPRINGS, MS 38929

97586   0066521-00   S#0011948
KAREN JUNE SONA VARTANIAN
4278 STONETREE ST
CAMARILLO, CA 93012

97586   0066522-00   S#0007830
KAREN KATZ CUST
JEFFREY KATZ
26520 WILLOWGREEN
FRANKLIN, MI 48025

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066523-00   S#0006232
KAREN KENNEDY
9955 COSTA DEL SOL
MIAMI, FL 33178

97586    0066524-00   S#0010420
KAREN L PEASE CUST
ANDREW S L PEASE
3403 GOLD CANDLE DR
SPRING, TX 77388

97586    0066525-00   S#0003861
KAREN L SHURTLEFF
2218 KINGRIDGE CICLE
PITTSBURGH, PA 15237-1510

97586    0066526-00   S#0005920
KAREN LEE NICE CUST
JASON PARKER NICE
BOX 330805
ATLANTIC BEACH, FL 32233-0805

97586    0066527-00   S#0005918
KAREN LEE NICE CUST
JUSTIN CARTER NICE
BOX 330805
ATLANTIC BEACH, FL 32233-0805

97586    0066528-00   S#0005921
KAREN LEE NICE CUST
KRISTEN LAUREL NICE
BOX 330805
ATLANTIC BEACH, FL 32233-0805

97586    0066529-00   S#0008101
KAREN M DANTO CUST
JOEL H DANTO
5534 HAVERHILL
WEST BLOOMFIELD, MI 48322

97586    0066531-00   S#0003463
KAREN M PARK CUST
DANIEL J CASTANO
52 NANTUCKET
FISHKILL, NY 12524-1023

97586    0066532-00   S#0002390
KAREN M PARK CUST
JAMES J FATONE
6 MAHOPAC GARDENS
MAHOPAC, NY 10541-4627

97586    0066530-00   S#0004676
KAREN M PARK CUST
MATTHEW D INCH
1293 DOUBLEDAY DR
ARNOLD, MD 21012-2356

97586    0066533-00   S#0012961
KAREN M UEMURA
356 KIKALALOA ST
HILO, HI 96720-6103

97586    0066534-00   S#0013072
KAREN MADDEN CUST
COLIN J LEE UTMA/OR
526 SE 45TH
PORTLAND, OR 97215

97586    0066535-00   S#0013012
KAREN N F FROST CUST
BRANDON R FROST UTMA/HI
264 HALEMAUMAU ST
HONOLULU, HI 96821-2058

97586    0066536-00   S#0012993
KAREN N KANZAKI
3152 MOKIHANA STREET
HONOLULU, HI 96816-1403

97586    0066537-00   S#0008003
KAREN NAGY CUST
EMILY NAGY
768 WESTHILLS DR
SOUTH LYON, MI 48178-2532

97586    0066538-00   S#0008777
KAREN O HUFFMAN
4724 DUNBERRY LANE
EDINA, MN 55435

97586    0066540-00   S#0008778
KAREN O HUFFMAN CUST
KATHERINE ANNE HUFFMAN
4724 DUNBERRY LANE
EDINA, MN 55435

97586    0066541-00   S#0008779
KAREN O HUFFMAN CUST
MACKENZIE LEIGH HUFFMAN
4724 DUNBERRY LANE
EDINA, MN 55435

97586    0066539-00   S#0008848
KAREN O HUFFMAN CUST
RICHARD E HUFFMAN IV
4701 EDGEWOOD DR
RAPID CITY, SD 57702

97586    0066542-00   S#0012007
KAREN ODLE
BOX 522
GLENVILLE, CA 93226

97586    0066543-00   S#0011805
KAREN OSTARTICKI CUST
ELIZABETH ANNE GLANDER
6 CAMELLIA
IRVINE, CA 92620-1986

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066544-00   S#0004267
KAREN P COHEN CUST
DANA F COHEN
9738 CHAPEL RD
PHILADELPHIA, PA 19115-2515

97586   0066545-00   S#0007758
KAREN PANGBURN CUST
AMANDA PANGBURN
524 CRESTVIEW CT
JEFFERSONVILLE, IN 47130-4410

97586   0066546-00   S#0008859
KAREN PARSONS
3509 WHITEWAY BLVD
BUTTE, MT 58701-4433

97586   0066547-00   S#0009916
KAREN PERSCHALL
497 WALNUT ST
NEW ORLEANS, LA 70118

97586   0066548-00   S#0001443
KAREN PLUNKETT-POWELL CUST
JASON C POWELL
37 B WATERMAN AVE
RUMSON, NJ 07760

97586   0066549-00   S#0007176
KAREN PRYMICZ CUST
BRADLEY PRYMICZ
28443 MAIN ST
MILLBURY, OH 43447

97586   0066550-00   S#0002505
KAREN RAGONE CUST
JOHN WILLIAM RAGONE
149 LIBERTY AVE
NEW ROCHELLE, NY 10805

97586   0066551-00   S#0002504
KAREN RAGONE CUST
MATTHEW MARK RAGONE
149 LIBERTY AVE
NEW ROCHELLE, NY 10805

97586   0066552-00   S#0012404
KAREN REESE
2405 N 6TH ST
CONCORD, CA 94519

97586   0066553-00   S#0007312
KAREN ROSENBLUM
4229 LAMBERT RD
SO EUCLID, OH 44121

97586   0066554-00   S#0002230
KAREN RUSSO CUST
SHANE FAIR
190 CRANFORD AVE
STATEN ISLAND, NY 10306

97586   0066555-00   S#0009234
KAREN S MARSHALL
1528 ORWELL RD
NAPERVILLE, IL 60564

97586   0066556-00   S#0011347
KAREN SCHORE CUST
TODD SEGAL
3621 DEAUVILLA CT
CALABASAS, CA 91302

97586   0066557-00   S#0004333
KAREN SINTON CUST
BEAU FOURNIER
181 THOMPSON RD
KENNETT SQUARE, PA 19348-2223

97586   0066558-00   S#0004334
KAREN SINTON CUST
DREW FOURNIER
181 THOMPSON RD
KENNETT SQUARE, PA 19348-2223

97586   0066559-00   S#0007754
KAREN SUZANNE COLE
1128 S SHERWOOD AVE
CLARKSVILLE, IN 47129

97586   0066560-00   S#0002334
KAREN TYSON
760 METCALF AVE APT A
BRONX, NY 10473-4113

97586   0066561-00   S#0006253
KAREN V CLARK CUST
CHARLES DRENIK CLARK
2140 NE 63RD ST
FT LAUDERDALE, FL 33308-1331

97586   0066562-00   S#0008052
KAREN V CLARK CUST
DANIEL V JENSEN JR
336 KERBY
GROSSE POINT FM, MI 48236

97586   0066563-00   S#0008555
KAREN W JEPSEN &
ANDREW K JEPSEN
1347 E DAYTON ST #2
MADISON, WI 53703-2407

97586   0066564-00   S#0013023
KAREN WATADA
1919 CITRON 714
HONOLULU, HI 96826

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0066565-00  S#0007520<br>KAREN WHEDON<br>2147 MADISON RD<br>APT 32<br>CINCINNATI, OH 45208-3237 | 97586  0066566-00  S#0010192<br>KAREN WOOLHEATER CUST<br>KASSI WOOLHEATER<br>13225 VALLEY FORGE<br>BALCH SPRINGS, TX 75180 | 97586  0066567-00  S#0010193<br>KAREN WOOLHEATER CUST<br>KYLE WOOLHEATER<br>13225 VALLEY FORGE<br>BALCK SPRINGS, TX 75180 |
| 97586  0066568-00  S#0008653<br>KARI J IRBER &<br>JOHN C IRBER JT TEN<br>8802 90TH ST S<br>COTTAGE GROVE, MN 55016 | 97586  0066569-00  S#0003328<br>KARIN LAWRENCE CUST<br>BRIAN LAWRENCE<br>458 BICYCLE PATH<br>PORT JEFFERSON ST, NY 11776 | 97586  0066570-00  S#0005797<br>KARL ANDREW MORRISON SWAGLER<br>435 SNAPFINGER DR<br>ATHENS, GA 30605 |
| 97586  0066571-00  S#0012510<br>KARL HERZER CUST<br>KARL PATRICK HERZER<br>318 ALOHA ST<br>SAN LEANDRO, CA 94578-4303 | 97586  0066572-00  S#0012509<br>KARL HERZER CUST<br>RYAN FRANCIS HERZER<br>318 ALOHA ST<br>SAN LEANDRO, CA 94578-4303 | 97586  0066573-00  S#0001708<br>KARL J BAKER &<br>ANNETTE M BAKER JT TEN<br>752 TOWNSHIP LINE RD<br>BELLE MEAD, NJ 08502-4217 |
| 97586  0066574-00  S#0001363<br>KARL K DEIGERT<br>15 MAPLE DRIVE<br>HAZLET, NJ 07730 | 97586  0066575-00  S#0010328<br>KARL PENNY<br>8302 LA ROCHE #112<br>HOUSTON, TX 77036 | 97586  0066576-00  S#0013248<br>KARL PETTERSON &<br>MARY PETTERSON<br>JT TEN<br>18664 MARINE VIEW DR<br>NORMANDY PARK, WA 98166 |
| 97586  0066577-00  S#0004755<br>KARL R BYERS &<br>ESTHER Y BYERS<br>102 ALTO AVE<br>WESTMINSTER, MD 21157-5708 | 97586  0066578-00  S#0011387<br>KARL R SHIELDS<br>15831 ROMAR ST<br>SEPULVEDA, CA 91343-1417 | 97586  0066579-00  S#0005096<br>KARL STIEGEBAUER &<br>SARA STUART<br>JT TEN<br>10254 CHURCH NECK RD<br>MACHIPONGO, VA 23405 |
| 97586  0066580-00  S#0005098<br>KARL STIEGELBAUER CUST<br>MARY A STIEGELBAUER<br>10254 CHURCH NECK RD<br>MACHIPONGO, VA 23405 | 97586  0066581-00  S#0005097<br>KARL STIEGELBAUR CUST<br>ALISON STIEGELBAUER<br>10254 CHURCH NECK RD<br>MACHIPONGO, VA 23405 | 97586  0066582-00  S#0010075<br>KARL W BORUM CUST<br>JEREMY M BORUM<br>2317 SANDPIPER COURT<br>OKLAHOMA CITY, OK 73170 |
| 97586  0066583-00  S#0008570<br>KARLA BUKSTEIN CUST<br>SCOTT JEFFREY BUKSTEIN<br>3310 WESTVIEW LANE<br>MADISON, WI 53713-3424 | 97586  0066584-00  S#0008571<br>KARLA BUKSTEIN CUST<br>TREVOR JORDAN BUKSTEIN<br>3310 WESTVIEW LANE<br>MADISON, WI 53713-3424 | 97586  0066585-00  S#0006127<br>KARLA LA ROSA<br>KEY LARGO NMS<br>BOX 1083<br>KEY LARGO, FL 33037-1083 |

**Debtor:**             Mafco Litigation Trust
**Description:**        Notice/Motion
**Mailing Number:**     0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066586-00   S#0008697<br>KARLA M WRIGHT CUST<br>FBO NATHAN TY WRIGHT<br>1274 SCHOONER WAY<br>WOODBURY, MN 55125 | 97586    0066587-00   S#0003978<br>KARLA R MYERS<br>2145 DERRY ST<br>HARRISBURG, PA 17104 | 97586    0066588-00   S#0003670<br>KARLEEN BORDONARO CUST<br>DANIEL BORDONARO<br>178 SUNSHINE DR<br>AMHERST, NY 14228 |
| 97586    0066589-00   S#0013095<br>KARSTEN CARL MARKER<br>11930 SE SOLOMON CT<br>HAPPY VALLEY, OR 97266 | 97586    0066590-00   S#0001271<br>KARYL SICURANZA &<br>ROCCO P SICURANZA<br>JT TEN<br>628 LAFAYETTE RD<br>HARRINGTON PARK, NJ 07640 | 97586    0066591-00   S#0013611<br>KARYN KRAEMER<br>4273 ARTHUR DRIVE<br>LADNER, BC V4K 2X1<br>CANADA |
| 97586    0066592-00   S#0000118<br>KATE A PETERSON CUST<br>ANDREW M PETERSON<br>138 POPE RD<br>ACTON, MA 01720 | 97586    0066593-00   S#0013623<br>KATE LEVERING<br>183 HOY LAKE ROAD WEST<br>QUALICUM BEACH, BC V9K 1K3<br>CANADA | 97586    0066594-00   S#0013227<br>KATE SCHULTZ<br>4515 NE 62ND ST<br>SEATTLE, WA 98115 |
| 97586    0066595-00   S#0013124<br>KATHARINE L PAYNE<br>412 - 23RD ST<br>MYRTLE POINT, OR 97458-1704 | 97586    0066596-00   S#0007601<br>KATHARINE M RYAN<br>5960 MILLSHIRE DR APT B1<br>KETTERING, OH 45440-4142 | 97586    0066597-00   S#0006339<br>KATHERINE A JAKUBIAK CUST<br>STEPHEN M JAKUBIAK<br>11474 COUNTRY SOUND COURT<br>BOCA RATON, FL 33428-2411 |
| 97586    0066598-00   S#0002511<br>KATHERINE BALTIVIK<br>BOX 278<br>CENTRAL VALLEY, NY 10917-0278 | 97586    0066599-00   S#0009452<br>KATHERINE BUGG CUST<br>THOMAS M BUGG JR<br>13 NEUNER DR<br>FAIRVIEW HEIGHTS, IL 62208 | 97586    0066600-00   S#0009450<br>KATHERINE BUGG CUST<br>TIMOTHY A BUGG<br>13 NEUNER DR<br>FAIRVIEW HEIGHTS, IL 62208 |
| 97586    0066601-00   S#0010592<br>KATHERINE C WISE CUST<br>GRANT RAYMOND WISE<br>3381 W 114TH CIR UNIT B<br>WESTMINISTER, CO 80030-7194 | 97586    0066602-00   S#0011140<br>KATHERINE GEORGE<br>83-04 ZITOLA TER<br>PLAYA DEL RAY, CA 90219 | 97586    0066603-00   S#0004912<br>KATHERINE GINSBERG CUST<br>MICHAEL KIM GINSBERG<br>11111 BRADDOCK RD<br>FAIRFAX, VA 22030 |
| 97586    0066604-00   S#0013614<br>KATHERINE HAMAR<br>93 WOODLAND DRIVE<br>DELTA, BC V4L 1H7<br>CANADA | 97586    0066605-00   S#0012773<br>KATHERINE JOAN TAYLOR ACF<br>CHARLES DAVID TAYLOR<br>892 RIVER BLUFF RD<br>OAKDALE, CA 95361 | 97586    0066606-00   S#0007896<br>KATHERINE MARIE GRABILL<br>2083 VANCOURTLAND<br>TROY, MI 48084 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066607-00   S#0005074
KATHERINE MARSH LEWIS CUST
ABIGAIL VAN NORT LEWIS
229 ROSS RD
RICHMOND, VA 23229

97586    0066608-00   S#0007143
KATHERINE P SMITHBERGER
5573 FOSTER AVE
WORTHINGTON, OH 43085-3603

97586    0066609-00   S#0009003
KATHERINE PHILIPPE CUST
NONA K PHILIPPE IL/UMGA
926E PLATE
PALATINE, IL 60067

97586    0066610-00   S#0003198
KATHERINE REY
2761 PRESTON PL
N BELLMORE, NY 11710-1412

97586    0066611-00   S#0012420
KATHERINE STEINGROOT CUST
JACOB S STEINGROOT
CA TRANSFERS TO MINORS ACT
7430 LYNN AVE
EL CERRITO, CA 94530

97586    0066612-00   S#0007763
KATHI PAVEY
2209 SHELBY ST
NEW ALBANY, IN 47150

97586    0066613-00   S#0012653
KATHIE L BAILEY CUST
JARED GILL U/CA/UTMA
1281 OLD HERNANDEZ RD
PAICINES, CA 95043

97586    0066614-00   S#0004330
KATHLEEN A NESTER CUST
ADAM NESTER
431 SPRUCE DR
EXTON, PA 19341

97586    0066615-00   S#0004331
KATHLEEN A NESTER CUST
ADAM R NESTER
431 SPRUCE DR
EXTON, PA 19341

97586    0066616-00   S#0000596
KATHLEEN A SPAGNOLO CUST
TINA MARIE SPAGNOLO
292 TALCOTTVILLE RD
VERNON, CT 06066

97586    0066617-00   S#0006402
KATHLEEN A SULLIVAN
BOX 2301
ZEPHYRHILLS, FL 33539-2301

97586    0066618-00   S#0011881
KATHLEEN ANGLIN CUST
ACF MASON THOMAS ANGLIN
28831 HEDGEROW
MISSION VIEJO, CA 92692

97586    0066619-00   S#0005966
KATHLEEN ARONSON C/F
JONATHAN C HARRIS
354 MARIE CIRCLE
FT WALTON BEACH, FL 32548

97586    0066620-00   S#0004855
KATHLEEN DESTEFANO
7010 ALLINGTON MANOR CR E
FREDERICK, MD 21701

97586    0066621-00   S#0002973
KATHLEEN FERRANTE &
ANTHONY FERRANTE JT TEN
103-50 97TH ST
OZONE PARK, NY 11417-1622

97586    0066622-00   S#0007157
KATHLEEN FINN CUST
JOHN R MAST
2276 JOHNSTON RD
COLUMBUS, OH 43220-4743

97586    0066623-00   S#0001680
KATHLEEN FRANZESE
434 S CAMBELBACK DR
ABSECON, NJ 08201

97586    0066624-00   S#0000835
KATHLEEN HUME CUST
MICHAEL D HUME
44 SIDE HILL LANE
DANBURY, CT 06810

97586    0066625-00   S#0007586
KATHLEEN I HOOK
796 DAYTON XENIA RD
XENIA, OH 45385

97586    0066626-00   S#0006982
KATHLEEN K BAUMANN CUST
DAVID K BAUMANN
1533 ROSEWOOD AVE
LOUISVILLE, KY 40204-1549

97586    0066627-00   S#0006983
KATHLEEN K BAUMANN CUST
SARA K BAUMANN
1533 ROSEWOOD AVE
LOUISVILLE, KY 40204-1549

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066628-00   S#0009627
KATHLEEN KLING
201 INDIAN CREEK LANE
AUGUSTA, MO 63332-1135

97586    0066629-00   S#0009626
KATHLEEN KLING CUST
JAMIE C KLING
201 INDIAN CREEK LANE
AUGUSTA, MO 63332-1135

97586    0066630-00   S#0009628
KATHLEEN KLING TOD TO
BRIAN R MCKENNA
201 INDIAN CREEK LANE
AUGUSTA, MO 63332-1135

97586    0066631-00   S#0004179
KATHLEEN KRAJEWSKI CUST
MARTIN JOHN KRAJEWSKI
4720 PAISLEY PL
BENSALEM, PA 19020

97586    0066632-00   S#0009670
KATHLEEN LOUISE REIMER
1707 NE DUCHESS DR
LEES SUMMIT, MO 64086-6203

97586    0066633-00   S#0002133
KATHLEEN M MCCORMICK PERLMAN
CUST
STEPHEN BUONOMO
395 RIVERSIDE DR APT 10-C
NEW YORK, NY 10025-1846

97586    0066634-00   S#0007383
KATHLEEN M NADIN
2510 SHERWOOD DR
STOW, OH 44224-1916

97586    0066635-00   S#0001758
KATHLEEN M O'BRIEN
19 LAURELHURST DR
BRICK, NJ 08724

97586    0066636-00   S#0002134
KATHLEEN M PERLEMAN CUST
ELIZABETH GRIMES
395 RIVERSIDE DR APT 10C
NEW YORK, NY 10025-1846

97586    0066637-00   S#0007184
KATHLEEN M ROBBINS
882 MILL ROAD
PERRYSBURG, OH 43551-3111

97586    0066638-00   S#0003628
KATHLEEN M RUDICK CUST
JONATHAN D RUDICK
5326 ERNEST RD
LOCKPORT, NY 14094-5405

97586    0066639-00   S#0000407
KATHLEEN M SULLIVAN CUST
BENJAMIN P SULLIVAN
128 POCASSET AVE
TIVERTON, RI 02878

97586    0066640-00   S#0012392
KATHLEEN M WYRICK CUST
CASEY L WYRICK
461 CAMELLIA COURT
BENICIA, CA 94510

97586    0066641-00   S#0011187
KATHLEEN MARIE WILSON CUST
SEAN CHRISTOPHER WILSON
26228 BIRCHFIELD AVE
RANCHO PALOS VERD, CA 90275-1720

97586    0066642-00   S#0003427
KATHLEEN MORRELL CUST
JOSEPH MORRELL
3 WOOD PLOT RD
LOUDONVILLE, NY 12211-1122

97586    0066643-00   S#0003426
KATHLEEN MORRELL CUST
MICHAEL MORRELL
3 WOOD PLOT RD
LOUDONVILLE, NY 12211-1122

97586    0066644-00   S#0007751
KATHLEEN P BINKLEY
504 HWY 337 SE
CORYDON, IN 47112

97586    0066645-00   S#0009939
KATHLEEN PERSCHALL CUST
HEATHER MCLAUGHLIN
134 TRACE LOOP
MANDEVILLE, LA 70448-7560

97586    0066646-00   S#0009938
KATHLEEN PERSCHALL CUST
SHANE MCLAUGHLIN
134 TRACE LOOP
MANDEVILLE, LA 70448-7560

97586    0066647-00   S#0012750
KATHLEEN R ALVARADO
1537 BOGART DR
CERES, CA 95307-9780

97586    0066648-00   S#0003063
KATHLEEN R SAEGER CUST
KAITLYN SAEGER
34 AVALON RD
HEWLETT, NY 11557

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0066649-00    S#0000908
KATHLEEN SHOUVLIN CUST
KYLE SHOUVLIN
26  SURREY GLN
WILTON, CT 06897-2121

97586    0066650-00    S#0000594
KATHLEEN SPAGNOLO
292 TALCOTTVILLE ROAD
VERNON, CT 06066

97586    0066651-00    S#0000774
KATHLEEN THISSELL CUST
ACF RACHEL LYNN THISSELL
405 HILLFIELD RD
HAMDEN, CT 06518-1813

97586    0066652-00    S#0001285
KATHLYN MUNSON NEUBERT CUST
BRIAN JOHN NEUBERT UGMA NJ
714 STOCKTON ST
NEW MILFORD, NJ 07646

97586    0066653-00    S#0003044
KATHRYN A STUDWELL CUST
KRISTOPHER B WHITE
11 MARY LANE
GREENVALE, NY 11548

97586    0066654-00    S#0007654
KATHRYN C BUCK CUST
JEFFREY ADAM BUCK
5716 SHERMAN AVE
INDIANAPOLIS, IN 46220

97586    0066655-00    S#0009008
KATHRYN D REDA CUST
PAUL A REDA
1331 S CRESCENT
PARK RIDGE, IL 60068

97586    0066656-00    S#0003593
KATHRYN G VOETBERG
P.O. BOX 1005
US EMBASSY MS 83
OGDENSBURG, NY 13669-5000

97586    0066657-00    S#0012904
KATHRYN J FERROGGIARO CUST
ALEXANDER VINCENT HILTS
15 MORNING DOVE CIRCLE
SACRAMENTO, CA 95833-1627

97586    0066658-00    S#0008440
KATHRYN M BOEDECKER CUST
NICHOLAS R BARNES
2760 CLEARWATER DR
BROOKFIELD, WI 53005-3704

97586    0066659-00    S#0009228
KATHRYN M FABIAN &
LAWRENCE M FABIAN
1025 TAMARACK DR
DARIEN, IL 60561

97586    0066660-00    S#0000363
KATHRYN M THEROUX CUST
BRIAN THEROUX UTMA MA
910 HOOD ST
FALL RIVER, MA 02720-7201

97586    0066661-00    S#0004506
KATHRYN W GOUGH CUST
CHRISTOPHER R MAY
1627 PARKCREST CIR APT 101
RESTON, VA 20190

97586    0066662-00    S#0004505
KATHRYN W GOUGH CUST
JONATHAN R MAY
1627 PARKCREST CIR APT 101
RESTON, VA 20190

97586    0066663-00    S#0007401
KATHY ADAMS
3667 SCHAUB
SEVILLE, OH 44273-9749

97586    0066664-00    S#0009695
KATHY BRAND CUST
BRANDON BRAND
PO BOX 182
RAVENWOOD, MO 64479

97586    0066665-00    S#0010153
KATHY CAROL RAY
1913 WILDERNESS TR
GRAND PRAIRIE, TX 75050-5155

97586    0066666-00    S#0007845
KATHY FILIPKOWSKI CUST
JOHN M FILIPKOWSKI
42348 GREENBRIER LN
CLINTON TWP, MI 48038

97586    0066667-00    S#0009961
KATHY G LACKIE CUST
LAURA A LACKIE
9119 SHADOW BLUFF AVE
DENHAM SPGS, LA 70726

97586    0066668-00    S#0009960
KATHY G LACKIE CUST
SETH J LACKIE
9119 SHADOW BLUFF AVE
DENHAM SPGS, LA 70726

97586    0066669-00    S#0009781
KATHY HARRIS CUST
TODD G HARRIS
14200 W 114TH ST
LENEXA, KS 66215-4851

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586    0066670-00   S#0006719
KATHY K HICKS
13906 COUNTY ROAD 27
FAIRHOPE, AL 36532

97586    0066671-00   S#0007735
KATHY L PERRY CUST
NICHOLAS R PERRY
3815 ANDOVER PLACE
FORT WAYNE, IN 46804

97586    0066672-00   S#0011021
KATHY L YTURBIDE TR
KATHY L YTURBIDE 1994
6157 GREENROOKE DR
RENO, NV 89511

97586    0066673-00   S#0000467
KATHY LAGOS CUST
ANDREW G LAGOS
18 TONGA DR
BOW, NH 03304-4817

97586    0066674-00   S#0000466
KATHY LAGOS CUST
PETER J LAGOS
18 TONGA DR
BOW, NH 03304-4817

97586    0066675-00   S#0000468
KATHY LAGOS CUST
STEPHEN C LAGOS
18 TONGA DR
BOW, NH 03304-4817

97586    0066676-00   S#0013086
KATHY LOEWER &
STEVE LOEWER
12275 SW TIPPITT PL
TIGARD, OR 97223-2967

97586    0066677-00   S#0007999
KATHY PASEK DUNNUCK &
JOHN BENJAMIN DUNNUCK
JT TEN
63010 EIGHT MILE RD
SOUTH LYON, MI 48178

97586    0066678-00   S#0004880
KATHY PAULSGROVE CUST
JARED M PAULSGROVE
12531 QUIET STREAM COURT
MOUNT AIRY, MD 21771

97586    0066679-00   S#0004879
KATHY PAULSGROVE CUST
NATHAN D PAULSGROVE
12531 QUIET STREAM COURT
MOUNT AIRY, MD 21771

97586    0066680-00   S#0011066
KATHY ROSENBLATT CUST
LINDA PEARL ROSENBLATT
1171 STEARNS DR
LOS ANGELES, CA 90035

97586    0066681-00   S#0006935
KATHY S LAMONTE
101 CARDINAL LANE
CLINTON, MS 39056-4534

97586    0066682-00   S#0002524
KATHY STAFFORD CUST
JENNA STAFFORD
C/O GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0066683-00   S#0002525
KATHY STAFFORD CUST
RYAN STAFFORD
C/O GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0066684-00   S#0004988
KATHY THOMAS
2503 COLUMBIA PIKE STE 406
ARLINGTON, VA 22204-4442

97586    0066685-00   S#0002367
KATHYE CATALANO
200 MANHATTAN AVE
HAWTHORNE, NY 10532

97586    0066686-00   S#0003754
KATIE L EVERDYKE
1995 N CLINTON AVE
ROCHESTER, NY 14621

97586    0066687-00   S#0008831
KATY L ROSENBROOK
1717 33 1/2 STREET SOUTH
MOORHEAD, MN 56560

97586    0000379-00   S#0001610
KAUFFMAN, DAUN
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586    0066688-00   S#0012335
KAY CAVAGNARO
1823 10TH AVE
SAN FRANCISCO, CA 94122-4601

97586    0066689-00   S#0006413
KAY DYAL CUST
LUCIUS M DYAL III
PO BOX 3324
TAMPA, FL 33601-3324

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066690-00   S#0009524
KAY E CASLETON
RR 3 BOX 45
CARBONDALE, IL 62901-9423

97586    0066691-00   S#0011336
KAY KIRKLAND CUST
KELSEY KIRKLAND
1840 TAMERLANE DR
GLENDALE, CA 91208-2607

97586    0066692-00   S#0011337
KAY KIRKLAND CUST
LINDSEY KIRKLAND
1840 TAMERLANE DR
GLENDALE, CA 91208-2607

97586    0066693-00   S#0011734
KAY WOODS &
KERALA WOODS
72-751 BEL AIR RD
PALM DESERT, CA 92260

97586    0000789-00   S#0007317
KAYE & SILVER BROKERAGE
23550S WOODLAND RD
BEACHWOOD, OH 44122

97586    0066694-00   S#0012285
KAZUO MIURA &
DENISE MAYUKO MIURA
COMMUNITY PROPERTY
66 CLEARY CT 1107
SAN FRANCISCO, CA 94109

97586    0000790-00   S#0001226
KBF POLLUTION MANAGEMENT INC
JASPER ST
PATERSON, NJ 07522

97586    0066695-00   S#0001684
KEATING JAMES WEINBERGER
203 SAYR ROAD
CAPE MAY C H, NJ 08210

97586    0066696-00   S#0000444
KEE KEE INVESTMENT CLUB
BOX 321
RAYMOND, NH 03077

97586    0066697-00   S#0005257
KEITH A BUCHANAN CUST
KENNETH SCOTT BUCHANAN
53 KING SCHOOL RD
BUCKHANNON, WV 26201-8508

97586    0066698-00   S#0012997
KEITH A CHOCK &
PEGGY S CHOCK
148 RAGSDALE PL
HONOLULU, HI 96817-1008

97586    0066699-00   S#0005063
KEITH A DOBBINS
4203 BROMLEY LANE
RICHMOND, VA 23221

97586    0066700-00   S#0003873
KEITH A WIWEL
1921 SPRING VALLEY RD
PITTSBURGH, PA 15243

97586    0066701-00   S#0001599
KEITH ALLEN
11 TILLMAN PLACE
WILLINGBORO, NJ 08046

97586    0066702-00   S#0009241
KEITH ANDERSON
101 EAST OLTENDORF
STREAMWOOD, IL 60601

97586    0066703-00   S#0000813
KEITH B RITCHIE &
CARYN RITCHIE JT TEN
8 OLD ORCHARD LN
NEW MILFORD, CT 06776

97586    0066704-00   S#0003693
KEITH C BOCK
9652 BEAN HILL RD
HONEOYE FALLS, NY 14472-9103

97586    0066705-00   S#0007625
KEITH CHARLES STARLING II
3 GREYHOUND CIRCLE
CARMEL, IN 46032

97586    0066707-00   S#0008391
KEITH D MELICK &
RUTH ANN MELICK
808 KING ST
BEDFORD, IA 50833-1213

97586    0066708-00   S#0008033
KEITH DAVID ADAMS
1626 W BOSTON
DETROIT, MI 48206

97586    0066709-00   S#0005202
KEITH E BARKER
P.O. BOX 703
GALAX, VA 24333

97586    0066710-00   S#0000666
KEITH E ESTEP
PO BOX 4118
OLD LYME, CT 06371-1329

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066711-00   S#0000401<br>KEITH G SAUNDERS CUST<br>SARAH L SAUNDERS<br>3 ANVIL DR<br>CUMBERLAND, RI 02864 | 97586    0066712-00   S#0000402<br>KEITH G SAUNDERS CUST<br>SHAUN M SAUNDERS<br>3 ANVIL DR<br>CUMBERLAND, RI 02864 | 97586    0066713-00   S#0011501<br>KEITH KNUDSEN<br>12215 HESBY ST<br>NORTH HOLLYWOOD, CA 91607 |
| 97586    0066714-00   S#0005434<br>KEITH L CUMMINGS<br>1920 BAY ST<br>CHARLOTTE, NC 28204 | 97586    0066715-00   S#0011652<br>KEITH MATTERN<br>1241 BORDEN RD<br>SAN MARCOS, CA 92069 | 97586    0066716-00   S#0010046<br>KEITH MCNIFF<br>1642 W ROBINSON STREET<br>NORMAN, OK 73069 |
| 97586    0066717-00   S#0012217<br>KEITH PARISH<br>48 HEDGE ROAD<br>MENLO PARK, CA 94025 | 97586    0066718-00   S#0006858<br>KEITH PERHAC<br>6808 E RIDGE COVE<br>MEMPHIS, TN 38119 | 97586    0066719-00   S#0006180<br>KEITH RUMENS CUST<br>JESSIE RUMENS<br>6401 SW 84TH ST<br>MIAMI, FL 33143 |
| 97586    0066721-00   S#0000404<br>KEITH SAUNDERS CUST<br>SARAH SAUNDERS<br>2 ANVIL DR<br>CUMBERLAND, RI 02864-4214 | 97586    0066720-00   S#0000403<br>KEITH SAUNDERS CUST<br>SHAUN SAUNDERS<br>2 ANVIL DR<br>CUMBERLAND, RI 02864-2895 | 97586    0066722-00   S#0000088<br>KEITH SCHOLLARD &<br>DANA SCHOLLARD JT TEN<br>29 FORREST ST<br>UPTON, MA 01568 |
| 97586    0066723-00   S#0012106<br>KEITH STEWART CUST<br>JASON STEWART<br>9200 GIG HARBOR COURT<br>BAKERSFIELD, CA 93312 | 97586    0066724-00   S#0013050<br>KEITH T KINSEY CUST<br>IAN A KINSEY<br>1072 NW DARNIELLE<br>HILLSBORO, OR 97124-2223 | 97586    0066725-00   S#0013049<br>KEITH T KINSEY CUST<br>TAYLOR A KINSEY<br>1072 NW DARNIELLE<br>HILLSBORO, OR 97124-2223 |
| 97586    0066726-00   S#0000531<br>KEITH TALLON<br>BOX 130<br>READING, VT 05062-0114 | 97586    0066727-00   S#0005712<br>KEITH W HIX<br>C/F VIKI L SPERRY UGMA AR<br>8922 BONAIRE CT<br>JONESBORO, GA 30238-4847 | 97586    0066728-00   S#0004486<br>KEITH WARD<br>1112 EASTERN AVE NE 205<br>WASHINGTON, DC 20019-4052 |
| 97586    0066729-00   S#0004300<br>KEITH WM PATTERSON SR CUST<br>KEITH WM PATTERSON JR<br>2808 HARGRAVE ST<br>PHILADELPHIA, PA 19136 | 97586    0066730-00   S#0004299<br>KEITH WM PATTERSON SR CUST<br>KEVIN G PATTERSON<br>2808 HARGRAVE ST<br>PHILADELPHIA, PA 19136 | 97586    0066731-00   S#0009744<br>KELL W GRIFFITH CUST<br>NICHOLAS T GRIFFITH<br>35352 W 146TH ST<br>GARDNER, KS 66030 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066732-00    S#0012829<br>KELLEY THORN &<br>DECCI THORN JT TEN<br>500 S LEXINGTON DR<br>FOLSOM, CA 95630 | 97586    0066733-00    S#0003041<br>KELLY ANN CAVALIERE &<br>ANN CAVALIERE JT TEN<br>46 THE GLEN<br>GLEN HEAD, NY 11545 | 97586    0066734-00    S#0010339<br>KELLY ANN SMITH<br>6524 SAN FELIPE #258<br>HOUSTON, TX 77057 |
| 97586    0066735-00    S#0001734<br>KELLY BEAMON<br>1423 S BROAD ST<br>TRENTON, NJ 08610-6235 | 97586    0066736-00    S#0005536<br>KELLY HOBGOOD<br>RTE 3 BOX 161-E<br>WINNSBORO, SC 29180 | 97586    0066737-00    S#0010095<br>KELLY HOLDERREAD &<br>PAULA HOLDERREAD JT TEN<br>RTE 1 BOX 2450<br>CUSHING, OK 74023 |
| 97586    0066738-00    S#0009154<br>KELLY K BAILEY<br>320 E 10TH ST<br>LOCKPORT, IL 60441 | 97586    0066739-00    S#0012963<br>KELLY LONGSWORTH<br>BOX 3494<br>PRINCEVILLE, HI 96722-3494 | 97586    0066740-00    S#0007793<br>KELLY MICHAEL POWERS<br>#9 ROLLING PINES<br>TELL CITY, IN 47586 |
| 97586    0066741-00    S#0007058<br>KELLY S PRATT<br>1324 COOPER CREEK DRIVE<br>LEXINGTON, KY 40514 | 97586    0066742-00    S#0011391<br>KELLY SHANNON DEROO<br>22165 CANONES CIRCLE<br>SAUGUS, CA 91350 | 97586    0066743-00    S#0008362<br>KELLY TAGTOW<br>13464 NE 46TH ST<br>ELKHART, IA 50073 |
| 97586    0066744-00    S#0006944<br>KELLY W GILLIAM CUST<br>ROCKY C GILLIAM<br>RTE 6 BOX 113A<br>YAZOO CITY, MS 39194-9806 | 97586    0000795-00    S#0003637<br>KELLY'S CHOCOLATES INC<br>PO BOX 806<br>TONAWANDA, NY 14151-0806 | 97586    0000745-00    S#0003081<br>KELLY, JOSEPH<br>40 KIRKWOOD AVE APT E<br>MERRICK, NY 11566 |
| 97586    0066746-00    S#0002244<br>KELLYANN SUSINO<br>797 STAFFORD AVE<br>STATEN ISLAND, NY 10309 | 97586    0066748-00    S#0010712<br>KELVIN H STIRN<br>P.O. BOX 313<br>TETON VILLAGE, WY 83025-0313 | 97586    0066749-00    S#0012734<br>KEN BIELEJESKI CUSTODIAN<br>MATHEW BIELEJESKI<br>5526 E MORADA LN<br>STOCKTON, CA 95212 |
| 97586    0066750-00    S#0011017<br>KEN BROWN &<br>MEGAN ALICIA BROWN<br>3425 W PLUMB LANE<br>RENO, NV 89509-3080 | 97586    0066751-00    S#0009752<br>KEN C JANASZ<br>2616 S 17TH ST<br>LEAVENWORTH, KS 66048-4008 | 97586    0066752-00    S#0009420<br>KEN E COWDERY<br>BOX 412<br>DANVERS, IL 61732 |
| 97586    0066753-00    S#0004589<br>KEN FALK CUST<br>MICHAL FALK<br>8114 WHITES FORD WAY<br>POTOMAC, MD 20854 | 97586    0066754-00    S#0004136<br>KEN GRAFFEO CUST<br>ERIC GRAFFEO<br>6 SPRING OAK DR<br>NEWTOWN, PA 18940 | 97586    0066755-00    S#0005532<br>KEN HORNSBY<br>RTE 3 BOX 163<br>WINNSBORO, SC 29180 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586     0066756-00   S#0008204
KEN KANDER CUST
JACOB KANDER
2122 HOUSER
HOLLY, MI 48442

97586     0066757-00   S#0005297
KENDALL A MACDONALD CUST
AUSTIN SCOTT MACDONALD
BOX 1911
JAMESTOWN, NC 27282

97586     0066758-00   S#0012224
KENDRA K DAVIS
BOX 807
MOSS BEACH, CA 94038

97586     0066759-00   S#0001678
KENLEY DIAZ
5804 BROWNING RD
PENNSAUKEN, NJ 08109-1502

97586     0066760-00   S#0007249
KENNARD SMITH CUST
RYAN SMITH UGTMAOH
15109 WHITEHEAD ROAD
LAGRANGE, OH 44050

97586     0001031-00   S#0001624
KENNECK, NANCY
18 SOUTHGATE DR
MOUNT LAUREL, NJ 08054-2934

97586     0066761-00   S#0011029
KENNETH A BARBONE
258  W WINNIE  LANE
CARSON CITY, NV 89703

97586     0066762-00   S#0009559
KENNETH A BOLTE &
SANDRA SUE BOLTE
JT TEN
RTE 1 BOX 55
NEW HAVEN, MO 63068

97586     0066763-00   S#0011932
KENNETH A CORMAN CUST
JASON A CORMAN UCAUTMA
7450 E MILL STREAM CIR
ANAHEIM, CA 92808-1320

97586     0066764-00   S#0009592
KENNETH A GLEICH &
MARY ANN GLEICH JT TEN
4640 SEIBERT AVE
AFFTON, MO 63123-5809

97586     0066765-00   S#0002322
KENNETH A GRAHAM
661 E 222ND ST APT 1A
BRONX, NY 10466

97586     0066766-00   S#0011374
KENNETH BRIAN PERLE &
NORMAN I PERLE
8357 SHIRLEY AVE
NORTHRIDGE, CA 91324-4146

97586     0066767-00   S#0003505
KENNETH C HAND &
MARY E HAND JTTEN
26 OAK CIRCLE
QUEENSBURY, NY 12804

97586     0066768-00   S#0004910
KENNETH D BUCKLEY
BOX 64
112642 CHAPEL RD
CLIFTON, VA 22024-0064

97586     0066769-00   S#0012531
KENNETH D MEYER
20 HAVEN LANE
WALNUT CREEK, CA 94596

97586     0066770-00   S#0003839
KENNETH D WALTER CUST
DONALD JAMES WALTER
1414 CARNAHAN
PITTSBURGH, PA 15220

97586     0066771-00   S#0003838
KENNETH D WALTER CUST
JOHN WALLACE
1414 CARNAHAN
PITTSBURGH, PA 15220

97586     0066772-00   S#0003840
KENNETH D WALTER CUST
LEAH WALLACE
1414 CARNAHAN
PITTSBURGH, PA 15220

97586     0066773-00   S#0003841
KENNETH D WALTER CUST
PAUL WALLACE
1414 CARNAHAN
PITTSBURGH, PA 15220

97586     0066774-00   S#0009665
KENNETH DOBISCH &
DOROTHY DOBISCH JT TEN
603 COTTONWOOD LANE
LIBERTY, MO 64068

97586     0066775-00   S#0004509
KENNETH E BASOM
800 A LARKSPUR COURT
WALDORF, MD 20602-2828

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0066776-00   S#0009255<br>KENNETH E BRUNKE JR<br>2232 N BURLING ST<br>CHICAGO, IL 60614 | 97586   0066777-00   S#0008593<br>KENNETH E JOHNSON &<br>SUSAN E JOHNSON<br>N3943 HAGEN RD<br>RIO, WI 53960-9576 | 97586   0066778-00   S#0011596<br>KENNETH E JOSEPH &<br>BRENDA JOSEPH JT TEN<br>5201 EL ARBOL DR<br>CARLSBAD, CA 92008-4317 |
| 97586   0066779-00   S#0007833<br>KENNETH EDWARD SCHOP<br>33928 KLEIN ROAD<br>FRASER, MI 48026 | 97586   0066780-00   S#0004681<br>KENNETH EDWIN ROBINSON<br>621 DORSEY RD<br>BEL AIR, MD 21014 | 97586   0066781-00   S#0005905<br>KENNETH F SWEAT CUST<br>JONATHAN K LOGUE<br>2712 LATEN LANE<br>JACKSONVILLE, FL 32216 |
| 97586   0066782-00   S#0001088<br>KENNETH G ECKERT &<br>LEE ANNE M ECKERT<br>JT TEN<br>1 JAMES TERR<br>TOWACO, NJ 07082 | 97586   0066783-00   S#0011279<br>KENNETH H SEIFF M D<br>4324 HAZELNUT AVE<br>SEAL BEACH, CA 90740-2914 | 97586   0066784-00   S#0003783<br>KENNETH HOGREFE CUST<br>ERIC HOGREFE<br>6 KNOLLBROOK LANE EAST<br>PAINTED POST, NY 14870 |
| 97586   0066785-00   S#0003784<br>KENNETH HOGREFE CUST<br>JONATHAN HOGREFE<br>6 KNOLLBROOK LN EAST<br>PAINTED POST, NY 14870 | 97586   0066786-00   S#0011598<br>KENNETH HOITT<br>CUST ELIZABETH HOITT<br>2537 NAVARRA DR #A10<br>CARLSBAD, CA 92009 | 97586   0066787-00   S#0002235<br>KENNETH HUGH<br>104 JEFFERSON AVENUE<br>STATEN ISLAND, NY 10306 |
| 97586   0066788-00   S#0002198<br>KENNETH I HABER CUST<br>ADAM M HABER<br>200 E 89TH ST<br>NEW YORK, NY 10128 | 97586   0066789-00   S#0008734<br>KENNETH J LIPETZKY CUST<br>ALEXANDER J LIPETZKY<br>7670 MARINER POINT<br>MAPLE GROVE, MN 55369 | 97586   0066790-00   S#0008732<br>KENNETH J LIPETZKY CUST<br>JEFFREY X LIPETZKY<br>7670 MARINER POINT<br>MAPLE GROVE, MN 55369 |
| 97586   0066791-00   S#0008733<br>KENNETH J LIPETZKY CUST<br>LISA N LIPETZKY<br>7670 MARINER POINT<br>MAPLE GROVE, MN 55369 | 97586   0066792-00   S#0008731<br>KENNETH J LIPETZKY CUST<br>MICHAEL J LIPETZKY<br>7670 MARINER POINT<br>MAPLE GROVE, MN 55369 | 97586   0066793-00   S#0005320<br>KENNETH J OSBORNE CUST<br>BRYSON G OSBORNE<br>1008 CAMBERLY DR<br>APEX, NC 27502-0000 |
| 97586   0066794-00   S#0012744<br>KENNETH JOHNSTON<br>2224 MANZNITA CT<br>LODI, CA 95242 | 97586   0066795-00   S#0004922<br>KENNETH L MAHER<br>3500 STRINGFELLOW CT<br>FAIRFAX, VA 22033-1502 | 97586   0066796-00   S#0005040<br>KENNETH LEMONS<br>1538 CHERRY BARK LN<br>CHARLOTTESVILLE, VA 22911-8283 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0066797-00    S#0008659
KENNETH M ORGAN CUST
WILLIAM A ORGAN
1831 NEAL ST
RED WING, MN 55066

97586    0066798-00    S#0002201
KENNETH M WOLFF
1088 PARK AVE
NEW YORK, NY 10128

97586    0066799-00    S#0009248
KENNETH MARSH
111 W HURON APT 1126
CHICAGO, IL 60610

97586    0066800-00    S#0007207
KENNETH MCCONNELL CUST
KEVIN JAMES MCCONNELL
2189 STATE HWY 43
RICHMOND, OH 43944

97586    0066801-00    S#0002932
KENNETH ORTIZ
31-16 68TH ST
APT 3-G
WOODSIDE, NY 11377

97586    0066802-00    S#0006026
KENNETH P ABREU
1200 OVERLOOK TER
TITUSVILLE, FL 32780

97586    0066803-00    S#0006054
KENNETH P LOVING
3211 WESTMORE RD
PALM BAY, FL 32909

97586    0066804-00    S#0013313
KENNETH PIM
5434 S A ST
TACOMA, WA 98408-7631

97586    0066805-00    S#0003605
KENNETH R BULL JR
351 RUSSELL RD
NEWARK VALLEY, NY 13811

97586    0066806-00    S#0005934
KENNETH R KIRTON II CUST
KENNETH RAY KIRTON III
1504 BIG TREE RD
NEPTUNE BEACH, FL 32266

97586    0066807-00    S#0005933
KENNETH R KIRTON II CUST
PERRY HAMPTON KIRTON
1504 BIG TREE RD
NEPTUNE BEACH, FL 32266

97586    0066808-00    S#0005935
KENNETH R KIRTON II CUST
TERRY PARKER KIRTON
1504 BIG TREE RD
NEPTUNE BEACH, FL 32266

97586    0066809-00    S#0012527
KENNETH R LOO CUST
JEFFREY CURTIS LOO
378 CLYDESDALE DR
VALLEJO, CA 94591-8402

97586    0066810-00    S#0012526
KENNETH R LOO CUST
KENNETH PAUL LOO
378 CLYDESDALE DR
VALLEJO, CA 94591-8402

97586    0066811-00    S#0010499
KENNETH R POPE
207 BLUFF GARDEN CIR
SAN ANTONIO, TX 78216-6307

97586    0066812-00    S#0003878
KENNETH R WEISS CUST
JONATHAN R WEISS
1002 BALSAM DR
WASHINGTON, PA 15301-9561

97586    0066813-00    S#0000131
KENNETH RABIDOU
447 BOSTON POST RD #20
MARLBORO, MA 01752

97586    0066814-00    S#0013289
KENNETH ROBERT TAYLOR
3444 CIRCLE WAY NW
BREMERTON, WA 98312

97586    0066815-00    S#0003072
KENNETH ROBERT TRAVERS
444 W FULTON ST
LONG BEACH, NY 11561-1818

97586    0066816-00    S#0009165
KENNETH S OSBORNE CUST
KENNETH T OSBORNE
9138 S 85TH AVE
HICKORY HILLS, IL 60457

97586    0066817-00    S#0001489
KENNETH SHAFER
57 OMAHA AVE
ROCKAWAY, NJ 07866

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0066818-00   S#0007765
KENNETH TRULOCK CUST
CHRISTOPHER TRULOCK
2209 SHELBY ST
NEW ALBANY, IN 47150

97586   0066819-00   S#0007783
KENNETH V CARNAHAN
612 SOUTH MAIN
NEW CASTLE, IN 47362

97586   0066820-00   S#0003342
KENNETH V CASEY
6 RIVIERA DR
SMITHTOWN, NY 11787-1513

97586   0066821-00   S#0009568
KENNETH W FILLA &
ALICIA V FILLA TR
ALEXANDER F FILLA IRREVOCABLE
123 GRAND AVE
WASHINGTON, MO 63090

97586   0066822-00   S#0007497
KENNETH WAYNE CAMPBELL&
BARBARAELIZABETH CAMPBELL JTT
1391 FIRETHORN DRIVE
MASON, OH 45040

97586   0066823-00   S#0005436
KENNETH WILLIAM PEARSON
5111 HAVILON COURT
CHARLOTTE, NC 28211-4100

97586   0066824-00   S#0007899
KENNETH ZMIJEWSKI CUST
JILL ZMIJEWSKI
3830 FINCH DR
TROY, MI 48084

97586   0066825-00   S#0005162
KENNOSHA TYISKIA
42 SCOTLAND RD
HAMPTON, VA 23663-1430

97586   0066826-00   S#0011942
KENNY MCCULLOCH
91 N ASHWOOD 303
VENTURA, CA 93003-1841

97586   0066827-00   S#0013142
KENON H MC GEE
2004 NE VERONICA LN
BEND, OR 97701-6538

97586   0066828-00   S#0011311
KENT F BLOTT &
RUTH E BLOTT
10818 ART ST
SUNLAND, CA 91040-1308

97586   0066829-00   S#0006760
KENT FOX
2731 SANDERSVILLE FERRY RD
MT JULIET, TN 37122

97586   0066830-00   S#0006952
KENT LAMBERT
BOX 55554
JACKSON, MS 39296-5554

97586   0066831-00   S#0011394
KENT NEALIS CUST
TIM NEALIS U/G/M/A /CA
28308 WINTERDALE
CANYON COUNTRY, CA 91351

97586   0066832-00   S#0008702
KENT R MANN &
CHRISTINE L MANN JT TEN
10 CHARLES LAKE RD
ST PAUL, MN 55127-6227

97586   0066833-00   S#0009352
KENT S HENDERSON
704 DEWEY AVE
GALENA, IL 61036

97586   0066834-00   S#0006743
KENT W FREEMAN CUST UW
FREEMAN
1105 DAVID DR
FRANKLIN, TN 37064

97586   0066835-00   S#0009427
KENT WILLARD
RR 4 BOX 160B
BLOOMINGTON, IL 61764

97586   0066836-00   S#0010126
KENTON E NESBIT DDS &
GERALDINE M NESBIT JT TEN
RTE 1 BOX 390
TONKAWA, OK 74653

97586   0066837-00   S#0006744
KENTON WILLIAM FREEMAN
1105 DAVID DR
FRANKLIN, TN 37064

97586   0066838-00   S#0002907
KENWAY NG
41-95 FORLEY STREET
FLUSHING, NY 11373

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0000004-00   S#0013657<br>KERR AG, A<br>PO BOX 444<br>FINKELERWEG 44<br>CH-4144 ARLESHEIM<br>SWITZERLAND | 97586    0066839-00   S#0001362<br>KERRI KAPULSKY CUST<br>BRITTANY RUSSO<br>51 WHITE MOUNTAIN LN<br>FREEHOLD, NJ 07728-8007 | 97586    0066840-00   S#0011950<br>KERRIE TANZY JEAN VARTANIAN<br>4278 STONETREE ST<br>CAMARILLO, CA 93012 |
| 97586    0066841-00   S#0004002<br>KERRY D MEADS<br>458 ARNOLD LANE<br>HELLAM, PA 17406 | 97586    0066843-00   S#0005267<br>KERRY L PLACE<br>506 W WASHINGTON STREET<br>MAYODAN, NC 27027 | 97586    0066844-00   S#0010377<br>KERRY L ROCK &<br>KATHRYN H ROCK JT TEN<br>18214 KNOTTY GREEN DR<br>HOUSTON, TX 77084 |
| 97586    0066845-00   S#0012103<br>KERRY REX STEVENS CUST<br>ELIZABETH CLAIR STERNER<br>3750 NORD RD<br>BAKERSFIELD, CA 93312 | 97586    0066846-00   S#0012102<br>KERRY REX STEVENS CUST<br>RACHEL NICOLE STERNER<br>3750 NORD RD<br>BAKERSFIELD, CA 93312 | 97586    0066847-00   S#0012105<br>KERRY REX STEVENS CUST<br>SARAH DANIELLE STERNER<br>3750 NORD RD<br>BAKERSFIELD, CA 93312 |
| 97586    0066848-00   S#0013514<br>KERRY SMITH<br>BOX 407<br>BROOKLYN, ON L0B 1C0<br>CANADA | 97586    0066849-00   S#0012506<br>KERRY VITAL<br>1604 136TH AVE<br>SAN LEANDRO, CA 94578 | 97586    0066850-00   S#0012033<br>KEVIN A CODAY &<br>CHRISTIE L CODAY<br>1260 MALIBU COURT<br>TULARE, CA 93274-7641 |
| 97586    0066851-00   S#0004346<br>KEVIN A FOX &<br>HEIDI A FOX JTTEN<br>10 MEDWAY CIR<br>COLLEGEVILLE, PA 19426 | 97586    0066852-00   S#0007631<br>KEVIN ALLEN WIERZBINSKI CUST<br>CHAD ALLEN WIERZBINSKI<br>5603 W REFORMATORY RD TRLR 13<br>FORTVILLE, IN 46040-9239 | 97586    0066853-00   S#0011075<br>KEVIN ANDRE SHAW<br>1239 W 51ST STREET<br>LOS ANGELES, CA 90037 |
| 97586    0066854-00   S#0009984<br>KEVIN BENEFIELD<br>620 NEWCOMB CIRCLE<br>BENTON, AR 72015 | 97586    0066855-00   S#0009128<br>KEVIN BIOLSI<br>3206 HARRISON<br>EVANSTON, IL 60201 | 97586    0066856-00   S#0002315<br>KEVIN CALLINAN<br>3004 LAFAYETTE<br>BRONX, NY 10465 |
| 97586    0066857-00   S#0003307<br>KEVIN COMINSKY<br>166 BREWSTER RD<br>MASSAPEQUA, NY 11758 | 97586    0066858-00   S#0011011<br>KEVIN D ANDERSON<br>1352 ANTELOPE VALLEY RD<br>RENO, NV 89506-7319 | 97586    0066859-00   S#0008906<br>KEVIN DOWNING<br>497 FRANKLIN LN<br>ELD GROVE VILLAGE, IL 60005 |
| 97586    0066860-00   S#0008095<br>KEVIN DYER<br>4895 SYDNEY<br>UTICA, MI 48317 | 97586    0066861-00   S#0000308<br>KEVIN E BARRY<br>23 WOODSIDE AVE<br>BRAINTREE, MA 02184 | 97586    0066862-00   S#0013263<br>KEVIN E BROOKS<br>BOX 426<br>ARLINGTON, WA 98223 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066863-00   S#0010506<br>KEVIN E UERKWITZ<br>PSC 2 BOX 534<br>SAN ANTONIO, TX 78243 | 97586    0066864-00   S#0011647<br>KEVIN ERIC ALSOP<br>16519 WILDERNESS RD<br>POWAY, CA 92064-1409 | 97586    0066865-00   S#0011656<br>KEVIN F JIAMPA C/F<br>NICHOLAS A JIAMPA UGMA CA<br>10249 BELL CARDENS DR #2<br>SANTEE, CA 92071 |
| 97586    0066866-00   S#0002149<br>KEVIN FEIL SECUNDA<br>160 E 84TH ST APT 4G<br>NEW YORK, NY 10028 | 97586    0066867-00   S#0006808<br>KEVIN G ANDERS<br>1109 E UNAKA AVE #B<br>JOHNSON CITY, TN 37601-3451 | 97586    0066868-00   S#0004020<br>KEVIN G CLARKIN &<br>FIONA T CLARKIN<br>172 NORTHVIEW DR<br>LANCASTER, PA 17601-3222 |
| 97586    0066869-00   S#0005061<br>KEVIN G MOBLEY<br>BOX 204<br>RICHMOND, VA 23202-0204 | 97586    0066870-00   S#0010885<br>KEVIN G SMITH CUST<br>SAMUEL TAYLOR SMITH<br>8014 W BLOOMFIELD<br>PEORIA, AZ 85381-9007 | 97586    0066871-00   S#0004638<br>KEVIN GILLEN CUST<br>JAMES ROBERT GILLEN<br>10232 PEANUT MILL DR<br>GAITHERSBURG, MD 20882 |
| 97586    0066872-00   S#0008045<br>KEVIN J ARMSTRONG<br>555 BRUSH ST #1515<br>DETROIT, MI 48226 | 97586    0066873-00   S#0000652<br>KEVIN J BUDDS CUST<br>KEVIN J BUDDS JR<br>47 WALKLEY RD<br>W HARTFORD, CT 06119-1346 | 97586    0066874-00   S#0007388<br>KEVIN J COUSINO<br>318 BABBLING BROOK OVAL<br>HINCKLEY, OH 44233 |
| 97586    0066875-00   S#0013251<br>KEVIN J JOHNSON<br>10809 RENTON AVE S<br>SEATTLE, WA 98178 | 97586    0066876-00   S#0006680<br>KEVIN J KEENUM<br>417 LAFAYETTE ST NE<br>DECATUR, AL 35601 | 97586    0066877-00   S#0008610<br>KEVIN J LUTZ<br>3333 FELTZ AVE<br>STEVENS POINT, WI 54481-5560 |
| 97586    0066878-00   S#0008379<br>KEVIN J MCROBERTS CUST<br>ADAM T MCROBERTS<br>5024 WILLOW DR<br>PLEASANT HILL, IA 50317-2058 | 97586    0066879-00   S#0008236<br>KEVIN J ZUCHNIK &<br>JEANNE T ZUCHNIK<br>6113 SIEBERT<br>MIDLAND, MI 48640 | 97586    0066880-00   S#0012631<br>KEVIN JAMES BIRMINGHAM<br>BOX 1510<br>BOULDER CREEK, CA 95006 |
| 97586    0066881-00   S#0001707<br>KEVIN JOSEPH BROMMER<br>15 PIERSON DR<br>BELLE MEAD, NJ 08502 | 97586    0066882-00   S#0001594<br>KEVIN K KUDATZKY CUST<br>NICHOLAS J KUDATZKY<br>1225 COTSWOLD LN<br>CHERRY HILL, NJ 08034 | 97586    0066883-00   S#0012107<br>KEVIN KERWIN CUST<br>SPENCER KERWIN<br>8702 GOLDFINCH DR<br>BAKERSFIELD, CA 93312 |
| 97586    0066884-00   S#0013141<br>KEVIN KUKAR<br>63251 CHEROKEE LANE<br>BEND, OR 97701 | 97586    0066885-00   S#0005711<br>KEVIN L BONNER<br>8011 THRAILKILL<br>JONESBORO, GA 30236-3390 | 97586    0066886-00   S#0010686<br>KEVIN L D WILLIAMS<br>1932 LANKA LN<br>COLORADO SPRINGS, CO 80915 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0066887-00   S#0005230<br>KEVIN L ELKINS<br>BOX 64<br>TEAYS, WV 25569-0064 | 97586   0066888-00   S#0009505<br>KEVIN LUST<br>2745 S 6TH ST 349<br>SPRINGFIELD, IL 62703 | 97586   0066889-00   S#0004998<br>KEVIN M HUNTER<br>4019 N 20TH ST<br>ARLINGTON, VA 22207-3009 |
| 97586   0066890-00   S#0004561<br>KEVIN M KLEIN<br>6313 KENHOWE DR<br>BETHESDA, MD 20817-5419 | 97586   0066891-00   S#0001036<br>KEVIN M LYNCH<br>C-O AG EDWARDS<br>BOX 4266<br>WARREN, NJ 07059 | 97586   0066892-00   S#0013014<br>KEVIN M MIZOGUCHI<br>3709 KUMULANI PL<br>HONOLULU, HI 96822 |
| 97586   0066893-00   S#0003813<br>KEVIN MANNION<br>320 OHIO RIVER BLVD APT C10<br>SEWICKLEY, PA 15143-1349 | 97586   0066894-00   S#0002728<br>KEVIN MAURICE SMITH<br>65 PROSPECT PARK W<br>BROOKLYN, NY 11215-3021 | 97586   0066896-00   S#0002723<br>KEVIN MAURICE SMITH C/F<br>CHRISTINA SMITH UGMA NY<br>65 PROSPECT PARK WEST<br>BROOKLYN, NY 11215 |
| 97586   0066895-00   S#0002725<br>KEVIN MAURICE SMITH C/F<br>PARKER SMITH UGMA NY<br>65 PROSPECE PARK WEST<br>BROOKLYN, NY 11215 | 97586   0066897-00   S#0005902<br>KEVIN OLDS<br>3529 FORMOSA DR<br>JACKSONVILLE, FL 32207 | 97586   0066898-00   S#0005900<br>KEVIN OLDS CUST<br>KEVIN OLDS JR<br>3529 FORMOSA DR<br>JACKSONVILLE, FL 32207 |
| 97586   0066899-00   S#0013475<br>KEVIN OLTON<br>C/O 78 JARRY ST<br>REPENTIGNY, QC J6A 6V9<br>CANADA | 97586   0066900-00   S#0003909<br>KEVIN OSMAN<br>154 1/2 HORNER ST<br>JOHNSTOWN, PA 15902 | 97586   0066901-00   S#0012206<br>KEVIN OWYANG<br>199 SERRAVISTA AVE<br>DALY CITY, CA 94015 |
| 97586   0066902-00   S#0012532<br>KEVIN P KEATING CUST<br>JAQULINE KEATING<br>1576 FIRST AVE<br>WALNUT CREEK, CA 94596-2726 | 97586   0066903-00   S#0003313<br>KEVIN P LEHOE<br>BOX 314<br>NESCONSET, NY 11767 | 97586   0066904-00   S#0005207<br>KEVIN PALLEY<br>907 SE 3RD AVE<br>OCALA, FL 24471-3709 |
| 97586   0066905-00   S#0002234<br>KEVIN PATRICK VACCARD<br>323 JEFFERSON AVE<br>STATEN ISLAND, NY 10306 | 97586   0066906-00   S#0009935<br>KEVIN R DASTE<br>819 BOCAGE LANE<br>MANDEVILLE, LA 70448-1521 | 97586   0066907-00   S#0006432<br>KEVIN R GOWEN CUST<br>KEVIN R GOWEN II UTMA/FL<br>BOX 24475<br>TAMPA, FL 33622 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0066908-00  S#0008795<br>KEVIN R PAASKE CUST<br>JORDAN ROBERT GALBRAITH<br>17400 32ND AVE N<br>PLYMOUTH, MN 55447-1262 | 97586    0066909-00  S#0008796<br>KEVIN R PAASKE CUST<br>MATTHEW THOMAS GALBRAITH<br>17440 32ND AVE N<br>PLYMOUTH, MN 55447-1262 | 97586    0066910-00  S#0011824<br>KEVIN R STEARNS &<br>JANETTE N STEARNS JT TEN<br>9711 LUDERS AVE<br>GARDEN GROVE, CA 92644 |
| 97586    0066911-00  S#0010363<br>KEVIN RALEY<br>8114 BRAEBURN VALLEY DR<br>HOUSTON, TX 77074 | 97586    0066912-00  S#0013602<br>KEVIN REID<br>3055 ARIES PLACE<br>BURNABY, BC V3J 7G1<br>CANADA | 97586    0066913-00  S#0007057<br>KEVIN ROBINSON<br>3475 LYON DR 93<br>LEXINGTON, KY 40513 |
| 97586    0066914-00  S#0008633<br>KEVIN ROHDE<br>1745 MARICOPA DR<br>APT C<br>OSHKOSH, WI 54904-8283 | 97586    0066915-00  S#0006460<br>KEVIN ROSE<br>512 79TH AVE<br>SAINT PETE BEACH, FL 33706-1722 | 97586    0066916-00  S#0008066<br>KEVIN SCOTT GOLDSTEIN<br>4207 RAMSGATE LANE<br>BLOOMFIELD HILLS, MI 48302 |
| 97586    0066917-00  S#0008408<br>KEVIN SHEA CUST<br>MATTHEW J SHEA<br>205 UNITED FIRE CASUALTY BLDG<br>CEDAR RAPIDS, IA 52401 | 97586    0066918-00  S#0013435<br>KEVIN SNYDER<br>210 ZUILL COURT<br>SASKATOON, SK 27K 4V2<br>CANADA | 97586    0066919-00  S#0012153<br>KEVIN STENSLAND &<br>DAVID STENSLAND<br>16990 BOLDVENTURE DR<br>TEHACHAPI, CA 93561-5507 |
| 97586    0066920-00  S#0005489<br>KEVIN STEWMAN<br>BOX 5<br>ENKA, NC 28728 | 97586    0066921-00  S#0012824<br>KEVIN T MURPHY<br>8981 LANSDOWNE COURT<br>ELK GROVE, CA 95624 | 97586    0066922-00  S#0001722<br>KEVIN WIOLAND<br>227 NEW CENTRAL AVE<br>JACKSON, NJ 08527 |
| 97586    0066923-00  S#0005381<br>KEVIN WOLBORSKY<br>7021 N RIDGE DR<br>RALEIGH, NC 27615 | 97586    0066924-00  S#0002658<br>KEVIN WONG<br>32-18 35TH ST<br>LONG ISLAND CITY, NY 11106 | 97586    0066925-00  S#0011667<br>KEY<br>4216 COPELAND AVE<br>SAN DIEGO, CA 92105 |
| 97586    0000809-00  S#0004704<br>KEY FOOD BROKERS INC<br>9121 RED BRANCH RD<br>COLUMBIA, MD 21045 | 97586    0066926-00  S#0011665<br>KEYMAKER<br>4216 COPELAND AVE<br>SAN DIEGO, CA 92105 | 97586    0066927-00  S#0010293<br>KHON BINH TU<br>4849 ANGELINA<br>WICHITA FALLS, TX 76308 |
| 97586    0066928-00  S#0002263<br>KIANA SKY RAGUSA<br>C/O THUNDERHORSE AND SKY<br>22 JEFFERSON BLVD<br>STATEN ISLAND, NY 10312 | 97586    0066929-00  S#0000214<br>KIERAN B LANE<br>152 PINEHURST RD<br>MARSHFIELD, MA 02050 | 97586    0066930-00  S#0012781<br>KIM CHAPMAN CUST<br>ALEXANDER N BERGER CA/UTMA<br>610 MENDOCINO AVE<br>SANTA ROSA, CA 95401 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0066931-00   S#0012780<br>KIM CHAPMAN CUST<br>JOSHUA A BERGER CA/UTMA<br>610 MENDOCINO AVE<br>SANTA ROSA, CA 95401 | 97586   0066932-00   S#0009075<br>KIM GEDDES CUST<br>JEREMY R GEDDES<br>1208 UNIVERSITY DR<br>DE KALB, IL 60115-2108 | 97586   0066933-00   S#0011990<br>KIM HARRIS CUST<br>JESSICA E SHERIDAN UGMA CA<br>167 VISTA DEL MAR<br>SANTA BARBARA, CA 93109 |
| 97586   0066934-00   S#0011989<br>KIM HARRIS CUST<br>ZACK HARRIS<br>167 VISTA DEL MAR<br>SANTA BARBARA, CA 93109 | 97586   0066935-00   S#0011591<br>KIM HAWLEY CUST<br>JOEY SARDO<br>3015 BROOK PINE COURT<br>SPRING VALLEY, CA 91978-1941 | 97586   0066936-00   S#0005777<br>KIM HERZOG CUST<br>NICOLE MICHELLE HERZOG AMUL/GA<br>8200 GROGANS FERRY RD<br>ATLANTA, GA 30350 |
| 97586   0066937-00   S#0008006<br>KIM J PARRISH CUST<br>ERIN ANN PARRISH<br>25259 CROWLEY<br>TAYLOR, MI 48180 | 97586   0066938-00   S#0008007<br>KIM J PARRISH CUST<br>JUSTIN J PARRISH<br>25259 CROWLEY<br>TAYLOR, MI 48180 | 97586   0066939-00   S#0011844<br>KIM J THOMPSON CUST FOR<br>BRANDON L SWIFT<br>11 WILLOW WIND<br>ALISO VIEJO, CA 92656-2321 |
| 97586   0066940-00   S#0010414<br>KIM MARDEL CUST<br>ADAM J MARDEL<br>23419 PRAIRIE BIRD DR<br>SPRING, TX 77373 | 97586   0066941-00   S#0010413<br>KIM MARDEL CUST<br>ALYSSA MARDEL<br>23419 PRAIRIE BIRD DR<br>SPRING, TX 77373 | 97586   0066942-00   S#0012094<br>KIM MCGUIRE CUST<br>JEFFREY MCGUIRE<br>8600 LANDOVER LN<br>BAKERSFIELD, CA 93311 |
| 97586   0066943-00   S#0007544<br>KIM MILLER CUST<br>ANDREW BOSWELL<br>3012 GLENMORE AVE<br>CINCINNATI, OH 45238 | 97586   0066944-00   S#0003566<br>KIM MINNOE<br>608 MILTON AVE<br>SYRACUSE, NY 13204-1614 | 97586   0066945-00   S#0007260<br>KIM MOORE CUST<br>JASON MOORE<br>9503 PILGRIM DR<br>MENTOR, OH 44060 |
| 97586   0066946-00   S#0002811<br>KIM RIZZI &<br>PETER MATTHEW RIZZI JR<br>2175 KIMBALL ST<br>BROOKLYN, NY 11234-5001 | 97586   0066947-00   S#0010152<br>KIM RUBINO<br>1202 COLLEGE ST<br>GRAND PRAIRIE, TX 75050 | 97586   0066948-00   S#0003987<br>KIM S BEADLE CUST<br>JOSHUA A BEADLE UTMA PA<br>2011 BLACK GAP ROAD<br>FAYETTEVILLE, PA 17222 |
| 97586   0066949-00   S#0005326<br>KIM S BLEVINS<br>100 GLASGOW RD<br>CARY, NC 27511 | 97586   0066950-00   S#0003669<br>KIM S FIORETTI CUST<br>LOUIS M FIORETTI<br>16 STATE CREEK DR #4<br>CHEEKTOWAGA, NY 14227 | 97586   0066951-00   S#0006242<br>KIM SESKIN CUST<br>ADAM SESKIN<br>12720 SW 147TH ST<br>MIAMI, FL 33186 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0066952-00   S#0011951
KIM WOLFSON CUST
REBECCA WOLFSON
12626 ANDALUSIA
CAMARILLO, CA 93012

97586    0066953-00   S#0013393
KIM ZWINGELBERG CUST
JOSHUA ZWINGELBERG
2408 KA SEE AN DR
JUNEAU, AK 99801-8011

97586    0066954-00   S#0009586
KIMBERLY & TITUS & STEPHANIE &
JOHN TOLSON   JT TEN
2840 RARITAN
ROCK HILL, MO 63119

97586    0066955-00   S#0011515
KIMBERLY A DENHAM CUST
GUSTAVE K DENHAM II
1004 S WASHBURN
CORONA, CA 91720

97586    0066956-00   S#0010682
KIMBERLY A WILLIAMS
518 W POLK ST
COLORADO SPGS, CO 80907-6019

97586    0066957-00   S#0008378
KIMBERLY ANN GRIFFIN &
EDWARD GRIFFIN
JT TEN
1208 SW VIRGINIA AVE
DES MOINES, IA 50315

97586    0066958-00   S#0003422
KIMBERLY BASCO
24 REGENT ST
ALBANY, NY 12202

97586    0066959-00   S#0005502
KIMBERLY BRICE
RTE 2 BOX 184
BLACKSTOCK, SC 29014

97586    0066960-00   S#0007710
KIMBERLY CORLEY &
RONNY CORLEY
263 DANICA
VALPARISO, IN 46383

97586    0066961-00   S#0004524
KIMBERLY D MCSORLEY
9101 TOWNSEND LANE
CLINTON, MD 20735

97586    0066962-00   S#0006565
KIMBERLY H PONDER &
J ART PONDER JT TEN
1305 SE 16TH ST
OCALA, FL 34471-4501

97586    0066963-00   S#0009675
KIMBERLY K ALIBER CUST
THOMAS J ALIBER
1215 W 64TH ST
KANSAS CITY, MO 64113-1514

97586    0066964-00   S#0008552
KIMBERLY K LUDLOW
779 EDDINGTON DR
SUN PRAIRIE, WI 53590

97586    0066965-00   S#0008551
KIMBERLY K LUDLOW
779 EDDINGTON DRIVE
SUN PRAIRIE, WI 53590

97586    0066967-00   S#0004413
KIMBERLY S WINTER CUST
ERIC R WINTER
310 STAMFORD DR
NEWARK, DE 19711-2761

97586    0066968-00   S#0004412
KIMBERLY S WINTER CUST
ROBERT M WINTER
310 STAMFORD DR
NEWARK, DE 19711-2761

97586    0066969-00   S#0004967
KIMBERLY TAYLOR LOCEY
2525 W MEREDITH DR
VIENNA, VA 22181

97586    0066970-00   S#0004801
KIMBERLY WHITAKER CUST
TRACE KENON JOHNSON
2030 E 30TH ST
BALTIMORE, MD 21218

97586    0066971-00   S#0013170
KIN YEE CUST
TAYLOR YEE
22041 128TH PL SE
KENT, WA 98031

97586    0066972-00   S#0006131
KING RIVERA
257 S W 11TH STREET
POMPANO BEACH, FL 33060

97586    0000770-00   S#0005734
KING, JOSHEPH H
C/O NATIONSBANK -#0374670447
PO BOX 50505
ATLANTA, GA 30302-0505

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000812-00   S#0003429
KINGS SCU
PO BOX 15358
ALBANY, NY 12212-5358

97586   0066973-00   S#0009976
KIPPARD A WARE
486 MEADOWVIEW
MONTICELLO, AR 71655

97586   0066975-00   S#0011869
KIPTON WELLS CUST
BRYAN M WELLS UTMA
61 HASTINGS
LAGUNA NIGUEL, CA 92677-2938

97586   0001134-00   S#0000773
KIRCHNER, PAUL
141 HANDY RD
HAMDEN, CT 06518

97586   0066976-00   S#0008156
KIRK A THAMS CUST
FBO JAKE A THAMS
9980 CREEKWOOD TRAIL
DAVISBURG, MI 48350-2058

97586   0066977-00   S#0008157
KIRK A THAMS CUST
FBO KELSIE R THAMS
9980 CREEKWOOD TRAIL
DAVISBURG, MI 48350-2058

97586   0066978-00   S#0004344
KIRK H PARRY CUST
CHARLES K PARRY II
27 COVENTRY COURT
BLUE BELL, PA 19422

97586   0066979-00   S#0011251
KIRK SANCHEZ
711 WEST LA PRESA
LA HABRA, CA 90631

97586   0066980-00   S#0004019
KIRK T STAUFFER
717 SKNYLINE DR
LANCASTER, PA 17601

97586   0000868-00   S#0013483
KIRK, LEONARD
64 FORSTER #33
ST CATHARINES, ON L2N  6T5
CANADA

97586   0000867-00   S#0013484
KIRK, LEONARD
64 FORSTER #33
ST CATHARINES, ON L2N  6T5
CANADA

97586   0001495-00   S#0001687
KLEIN, TODD
35 LAKE VISTA DRIVE
CAPE MAY COURTHSE, NJ 08210

97586   0062163-00   S#0010666
KLINER, DALE J
1105 KING DR
LOVELAND, CO 80537-8915

97586   0000814-00   S#0002700
KNICKERBOCKER PAPER RECYCLING
2 N 5TH ST
BROOKLYN, NY 11211

97586   0066981-00   S#0013592
KNIK LAHAY
3939-244 ST
R R 3
LANGLEY, BC V3A 4P6
CANADA

97586   0066982-00   S#0002870
KOK SHIN CHAN
53-09 206TH ST
BAYSIDE, NY 11364

97586   0066983-00   S#0000194
KONSTANTINOS ANTONIOU
70 FRANKLIN ST
PEABODY, MA 01960

97586   0066984-00   S#0010792
KOREN ZUPKO
3942 E MERCER LANE
PHOENIX, AZ 85028

97586   0066985-00   S#0002215
KOREY ROSE
375 E END AV 17-E
NEW YORK, NY 10280

97586   0000676-00   S#0001631
KOZMIN, INGRID
60 RED LEAF RD
MOORESTOWN, NJ 08057-1223

97586   0000988-00   S#0001142
KRAIGER, MICHAEL
73 GAUTIER AVE #2ND
JERSEY CITY, NJ 07306-7047

97586   0000816-00   S#0008644
KRAUSE PUBLICATIONS
700 E STATE ST
IOLA, WI 54945

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000817-00   S#0008649
KRAUSE PUBLICATIONS
ACCT# BA 10351
700 E STATE ST
IOLA, WI 54990-0001

97586   0066986-00   S#0000080
KRIS ANDERS VOKES CUST
BENJAMIN HUNTER VOKES
33 BAY VIEW DR
SHRESWBURY, MA 01545

97586   0066987-00   S#0008152
KRIS M WERNER
26 CLARKSTON RD
CLARKSTON, MI 48346-1548

97586   0066988-00   S#0003235
KRIS RENKEWITZ
1111 5TH AVE
E NORTHPORT, NY 11731-2529

97586   0066989-00   S#0002459
KRISTA A JACOBSEN
534 BELLWOOD AVE
NORTH TARRYTOWN, NY 10591

97586   0066991-00   S#0012183
KRISTI B THOENI CUST
DAVID THOENI UTMA CA
19101 CREEKSIDE PL
SALINAS, CA 93908-1209

97586   0066992-00   S#0012184
KRISTI B THOENI CUST
NICK THOENI
19101 CREEKSIDE PL
SALINAS, CA 93908-1209

97586   0066993-00   S#0002566
KRISTI LIANA CALLANAN
30 VAN BUREN ST
STONY POINT, NY 10980

97586   0066994-00   S#0012394
KRISTI LUCAS CUST
MELISSA LUCAS
451 ASPINWALL DR
BENICIA, CA 94510

97586   0066995-00   S#0012393
KRISTI LUCAS CUST
STEFANIE LUCAS
451 ASPINWALL DR
BENICIA, CA 94510

97586   0066996-00   S#0009891
KRISTIE A BARTLETT CUST
BRODY LANDON BARTLETT
RURAL RTE 1 BOX 96
COZAD, NE 69130-9428

97586   0066997-00   S#0012035
KRISTIN B MCMILLAN CUST
CLAY MCMILLAN UNDER CA/UTMA
3111 E RACE
VISALIA, CA 93291

97586   0066998-00   S#0013139
KRISTIN BRADLEY
6817 BAGGONER COURT
KLAMATH FALLS, OR 97603

97586   0066999-00   S#0009132
KRISTIN CLARK
VIA
1131 FOREST AVE
RIVER FOREST, IL 60305

97586   0067000-00   S#0000229
KRISTIN E BADGER CUST
JEDIDIAH T MITTEN UMAUTMA
192 SOUTH STREET SUITE 500
BOSTON, MA 02111-2702

97586   0067001-00   S#0011219
KRISTINA HOLT
1007 MONTANA AVE #544
SANTA MONICA, CA 90403-1603

97586   0067002-00   S#0007396
KRISTINE A ELLMAN CUST
JENNIFER A BEVIER
6731 NEFF RD
MEDINA, OH 44256

97586   0067003-00   S#0012964
KRISTINE FEHN
BOX 3494
PRINCEVILLE, HI 96722-3494

97586   0067004-00   S#0012709
KRISTOFER BENJAMIN HUGUNIN CUS
FBO KRISTOFER JACOB HUGUNIN
501 SHADOW COURT
SAN JOSE, CA 95129

97586   0067005-00   S#0003145
KRISTOPHER A SELIGMAN
54 PERSHING AVE
VALLEY STREAM, NY 11581

97586   0067006-00   S#0011432
KRISTOPHER ALEXANDER
KARAZISSIS
6200 KENTLAND AVE
WOODLAND HLS, CA 91367-1721

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067007-00   S#0003045
KRISTOPHER B WHITE
11 MARY LANE
GREENVALE, NY 11548

97586    0067008-00   S#0012534
KRISTOPHER RIEMER
314 PERSIMMON RD
WALNUT CREEK, CA 94598

97586    0067009-00   S#0007742
KRISTOPHOR BEX
4720 DRUID HILLS DR 208
FORT WAYNE, IN 46835

97586    0067010-00   S#0002951
KURT ANDREAS C/F
KURT ANDREAS UGMA NY
8319 77TH AVENUE
GLENDALE, NY 11385

97586    0067011-00   S#0009161
KURT BETTENHAUSEN &
MYRLA BETTENHAUSEN JTTEN
921 MEADOW RIDGE LANE
NEW LENOX, IL 60451

97586    0067012-00   S#0010850
KURT BLOESER
11843 E MISSION LN
SCOTTSDALE, AZ 85259-5946

97586    0067013-00   S#0005087
KURT E STYKMAIN CUST
DEVON R STYKMAIN
2606 KROSSRIDGE RD
RICHMOND, VA 23236

97586    0067014-00   S#0010593
KURT GERMAN
5222 DEVON AVE
CASTLE ROCK, CO 80104-8534

97586    0067015-00   S#0009933
KURT M BRAUNER
68351 NOSWORTHY
MANDEVILLE, LA 70448

97586    0067016-00   S#0004047
KURT NEWHARD
437 E STATE ST
COOPERSBURG, PA 18036-2003

97586    0067017-00   S#0008910
KURT S TYRRELL &
LISA L TYRRELL JTTEN
560 NEWBERRY DRIVE
ELK GROVE VILLAGE, IL 60007

97586    0067018-00   S#0007948
KURT STICHLER
23061 NONA
DEARBORN, MI 48124-2623

97586    0067019-00   S#0002922
KWONG CHIN CUST
JONATHAN YAM UGMA NY
93-07 71ST DR
FOREST HILLS, NY 11375

97586    0067020-00   S#0000284
KWONG SANG AU &
FIONA L C AU JT TEN
17 PRISCILLA LANE
QUINCY, MA 02169-1721

97586    0067021-00   S#0013417
KYLE BANYON ADAM
5252 WALKLEY
APT 3
MONTREAL, QC
CANADA

97586    0067022-00   S#0013594
KYLE HENNINGSON
22217 - 96 AVENUE
LANGLEY, BC V3A 8G6
CANADA

97586    0067023-00   S#0005914
KYLE KENNETH KIRTON
13805 WINDJAMMER LANE
JACKSONVILLE, FL 32224

97586    0067024-00   S#0000748
KYLE KOCHISS CUST
AUSTIN OWEN UGTMA/CT
3333 MAIN ST
STRATFORD, CT 06497-4820

97586    0067025-00   S#0013595
KYLE LAWRENCE GANT
22217 96 AVENUE
LANGLEY, BC V3A 8G6
CANADA

97586    0067026-00   S#0005266
KYLE M KAPP
P.O. BOX 40
KING, NC 27021

97586    0067027-00   S#0010617
KYLE O MONJE
10355 KETTERING LN
PARKER, CO 80134-9574

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067028-00  S#0011818
KYLE S JAMES
25201 CALLE MADRID
LAKE FOREST, CA 92630-7034

97586   0067029-00  S#0012281
L & D PARTNERS
350 TOWNSEND ST
SUITE 255
SAN FRANCISCO, CA 94107

97586   0020084-00  S#0011327
L & M DISTRIBUTORS INC
ATTN: ROBERT LESSIN-PRESIDENT
205 W HARVARD ST
GLENDALE, CA 91204-1314

97586   0067030-00  S#0005895
L ANDREW BELL III &
JANIE S BELL JT TEN
3557 HEDRICK ST
JACKSONVILLE, FL 32205-9445

97586   0067031-00  S#0008634
L ARTHUR JUDSON
1719 E COLLEGE AVE
APPLETSON, WI 54911

97586   0067032-00  S#0011086
L BARRETT SHERWOOD
750 N SIERRA BONITA AVE
LOS ANGELES, CA 90046

97586   0067033-00  S#0007597
L CHARLES WENTLING
4165 FOREST RIDGE BLVD
DAYTON, OH 45424-4836

97586   0067034-00  S#0006396
L H DESIGNS CORP
5425 N 20TH AVE
BOCA RATON, FL 33496

97586   0067035-00  S#0011981
L MARIE GARSIDE CUST
MICAH GARSIDE WHITE
16 E BONITA DR
SIMI VALLEY, CA 93065-2915

97586   0067036-00  S#0012617
L MARVEL GARDNER
621 SUNNYSLOPE AVE
PETALUMA, CA 94952

97586   0000825-00  S#0012429
LA FRENIERE AND ASSOCS
200 BROWN RD STE 208
FREMONT, CA 94538

97586   0067037-00  S#0007881
LA VIVIAN D WHITE &
EUGENE WHITE
18900 JEANETTE ST
SOUTHFIELD, MI 48075-7254

97586   0067038-00  S#0005488
LACEY RENEE GERSTENMIER
C/F RAYMOND ZAITZ UGMA NC
17 BIG PINE LANE
BREVARD, NC 28712

97586   0067039-00  S#0009593
LACRETIA NEUNREITER CUST
CHANDLER WESTBROOK HIATT
21 ELLSWORTH LANE
ST LOUIS, MO 63124

97586   0067040-00  S#0001583
LACY J SUTTON JR
1000 POWELL ST
GLOUCESTER CITY, NJ 08030

97586   0020590-00  S#0005296
LADD, JAMES E
2314 ST MARY'S ROAD
HILLSBOROUGH, NC 27278

97586   0067041-00  S#0002031
LAEL BERELOWITZ
415 E 37TH ST APT 36C
NEW YORK, NY 10016-3247

97586   0000828-00  S#0005669
LAG INC
DBA JAY BEE CO
4444 ELMDALE DR
TUCKER, GA 30084

97586   0062703-00  S#0006624
LAKE, DEBORAH G
DONALD D LAKE
106 DOWN CT
WINDERMERE, FL 34786-8629

97586   0000829-00  S#0004459
LAMB & BOUCHARD
222 DELAWARE AVE STE 1102
PO BOX 29
WILMINGTON, DE 19899

97586   0067042-00  S#0013629
LANARO STEPHANE
19 RUE JEAN JAURES
54550 POINT SAINT VINCENT
FRANCE

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067043-00   S#0006240
LANCE AYLSWORTH
15000 DSW 49TH LANE
MIAMI, FL 33185

97586    0067044-00   S#0012431
LANCE C GLIDEWELL
4500 PIPER ST
FREMONT, CA 94538-2518

97586    0067045-00   S#0012432
LANCE C GLIDEWELL CUST
ALYSSA M GLIDEWELL
4500 PIPER ST
FREMONT, CA 94538-2518

97586    0067046-00   S#0012433
LANCE C GLIDEWELL CUST
CYLE A GLIDEWELL
4500 PIPER ST
FREMONT, CA 94538-2518

97586    0067047-00   S#0010334
LANCE HARVEY
8733 BANZER
HOUSTN, TX 77055

97586    0067048-00   S#0012279
LANCE LEE
136 DORE ST
SAN FRANCISCO, CA 94103-3815

97586    0067049-00   S#0006910
LANCE R GARDNER
305 GARLAND
GREENFIELD, TN 38230

97586    0000831-00   S#0002003
LANDMARK STATIONERS INC
303 W 10TH ST
NEW YORK, NY 10014-6504

97586    0067050-00   S#0010906
LANDON G WOODMANSEE
91111 NORTH ORACLE RD #170
TUCSON, AZ 85737

97586    0000833-00   S#0005915
LANDSTAR RANGER INC
NKA: LANDSTAR RANGER INC
13410 SUTTON PARK DR S
JACKSONVILLE, FL 32224

97586    0067051-00   S#0002381
LANE NEWMAN
5 EAST AVE
LARCHMONT, NY 10538-2442

97586    0000836-00   S#0013254
LANG-SENDERS & COMPANY
671 STRANDER BLVD
TUKWILA, WA 98188-2922

97586    0067052-00   S#0002148
LANNY SAGAL CUST
JONATHON PAUL SAGAL
45 E END AVE APT 14D
NEW YORK, NY 10028

97586    0000837-00   S#0004352
LANSDALE WAREHOUSE CO INC
PO BOX 892
LANSDALE, PA 19446

97586    0067053-00   S#0011074
LARA A ROBINSON
6419 10TH AVE AP T #14
LOS ANGELES, CA 90037

97586    0067054-00   S#0006498
LARAINE D REICH &
JOHN R REICH JT TEN
116 CRESCENT STREET
FORT MYERS BEACH, FL 33931

97586    0067055-00   S#0008767
LARISA ANN MEDVIC
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586    0067056-00   S#0001122
LARISA BORNEMANN CUST
BRYAN MATTHEW BORNEMANN
30 HOMER AVE
NUTLEY, NJ 07110

97586    0000038-00   S#0004074
LAROSA, ALBERT BUD
PO BOX 601
BROADHEADSVILLE, PA 18322-0601

97586    0067057-00   S#0007106
LARRY B DUNCAN
BOX 30027
BOWLING GREEN, KY 42102-5027

97586    0067058-00   S#0007379
LARRY B HART &
EDITH J HART
JT TEN
166 E COMET RD
CLINTON, OH 44216-9424

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067059-00  S#0006690
LARRY C YOUNG &
DEBBIE F YOUNG
135 MOUNTAIN VIEW LANE
MADISON, AL 35758

97586   0067060-00  S#0006370
LARRY CALVERT
3940 EVERETT CT
LAKE WORTH, FL 33461

97586   0067061-00  S#0006595
LARRY D MARCUM &
CINDY F MARCUM
5561 66TH AVE N
PINELLAS PARK, FL 34665

97586   0067062-00  S#0008705
LARRY E FIELDSETH &
MARY M FIELDSETH
331 HIGHLAND ST W
ANNANDALE, MN 55302

97586   0067063-00  S#0006184
LARRY FEIN CUST
JOSHUA ANDREW FEIN
10155 COLLINS AVE
BAL HARBOR, FL 33154

97586   0067064-00  S#0009071
LARRY FINN
716 SOUTH 3 RD
DE KALB, IL 60115

97586   0067065-00  S#0007855
LARRY GRANT &
CHERYL GRANT
JT TEN
54300 GRATIOT
CHESTERFIELD, MI 48051

97586   0067066-00  S#0010823
LARRY GRUEBMEYER
6744 E VANGUARD CIRCLE
MESA, AZ 85215

97586   0067067-00  S#0005746
LARRY H ATTAWAY &
EILEEN P ATTAWAY
810 MARCOS ST SE
ATLANTA, GA 30316-1230

97586   0067068-00  S#0010755
LARRY HOLDENER
5131 SEARLE CIR
SALT LAKE CITY, UT 84117

97586   0067069-00  S#0011680
LARRY J BARRICK &
LUCINDA RUBIO-BARRICK
3646 MARLESTA DR
SAN DIEGO, CA 92111

97586   0067070-00  S#0010239
LARRY J JONES
505 E TRAVIS ST STE 205
MARSHALL, TX 75670-4281

97586   0067071-00  S#0007714
LARRY J LINN &
LYNN J LINN JTTEN
22910 STONE WAY
ELKHART, IN 46514

97586   0067072-00  S#0003991
LARRY J MILLER CUST
TIMOTH J MILLER UPAUGMA
102 PAYPULA DRIVE
SHREWSBURG, PA 17361

97586   0067073-00  S#0011568
LARRY J THOMPSON
1904 PADRE DR
W COVINA, CA 91790

97586   0067074-00  S#0009799
LARRY K  WILLIAMS & ORVILLE I
HAURY & DAVID C  BURNS TTEE
ESTHER MUELLER STUDENT LN TR
C/O HALSTEAD BANK
314 MAIN ST
HALSTEAD, KS 67056

97586   0067076-00  S#0012378
LARRY L BRANCHAUD &
KATHLEEN A BRANCHAUD JT TEN
1035 CAMELLIA DR
ALAMEDA, CA 94501

97586   0067077-00  S#0007936
LARRY L CATTELL &
SUSAN C CATTELL JTTEN
545 LONGSHORE DR #A
ANN ARBOR, MI 48105-1649

97586   0067078-00  S#0009354
LARRY L GAGE &
ADRIENNE A GAGE
421 BROADWAY
GALENA, IL 61036-1901

97586   0067079-00  S#0010711
LARRY L MEHLHAFF
18 TAXI DR
SHERIDAN, WY 82801-9334

97586   0067080-00  S#0008300
LARRY L MEHLHAFF CUST
CHRISTOPHER BERTSCH
6752 STEVENSVILLE-BARODA RD
STEVENSVILLE, MI 49127

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067081-00  S#0008299<br>LARRY L MEHLHAFF CUST<br>CORY BERTSCH<br>6752 STEVENSVILLE-BARODA RD<br>STEVENSVILLE, MI 49127 | 97586   0067082-00  S#0009386<br>LARRY L PAXTON<br>13180 SPRING HILL RD<br>PROPHETS TOWN, IL 61277 | 97586   0067083-00  S#0010128<br>LARRY LENORA CUST<br>NINO LENORA<br>24 FAIRVIEW<br>SHAWNEE, OK 74801 |
| 97586   0067084-00  S#0004436<br>LARRY M RYAN &<br>LYNN A RYAN JT TEN<br>16 WELDIN PARK DR<br>WELDIN PARK<br>WILMINGTON, DE 19803 | 97586   0067085-00  S#0010603<br>LARRY R PALMER<br>4271 E PLUM CT<br>GREENWOOD VILLAGE, CO 80121 | 97586   0067086-00  S#0010642<br>LARRY R PARSONS CUST<br>FBO DAVID PARSONS<br>1860 LINCOLN ST STE 1040<br>DENVER, CO 80295-1040 |
| 97586   0067087-00  S#0005135<br>LARRY ROSSEN CUST<br>J JEFFREY ROSSEN U/VA/UTMA<br>5108 FALLSMEAD<br>VIRGINIA BEACH, VA 23464 | 97586   0067088-00  S#0008957<br>LARRY S FRIEDMAN CUST<br>HARLEY D FRIEDMAN<br>1655 LAKE COOK RD APT 341<br>HIGHLAND PARK, IL 60035-4432 | 97586   0067089-00  S#0007566<br>LARRY SCOTT BICKETT<br>6460 WEST FORK RD<br>CINCINNATI, OH 45247 |
| 97586   0067090-00  S#0008130<br>LARRY SHULMAN CUST<br>BRIAN SHULMAN<br>29411 NEW BRADFORD<br>FARMINGTON HILLS, MI 48331 | 97586   0067091-00  S#0002887<br>LARRY SMITH<br>34-65 110TH ST<br>CORONA, NY 11368 | 97586   0067092-00  S#0001410<br>LARRY STANGER<br>12 NEWLAND PL<br>ABERDEEN, NJ 07747 |
| 97586   0067093-00  S#0009033<br>LARRY STONE<br>440 REGENT DR<br>BUFFALO GROVE, IL 60089 | 97586   0067094-00  S#0004840<br>LARRY TEPPER CUST<br>LUCAS TEPPER<br>1803 BEACHFIELD RD<br>ANNAPOLIS, MD 21401 | 97586   0067095-00  S#0004130<br>LARRY V STEED CUST<br>DAMON F STEED<br>2026 BUCKINGHAM DR<br>JAMISON, PA 18929 |
| 97586   0067096-00  S#0011197<br>LARRY VIGAS CUST<br>DYLAN VIGAS<br>20210 PARADISE LANE<br>TOPANGA, CA 90290 | 97586   0067097-00  S#0009435<br>LARRY W KUYKENDALL &<br>BARBARA KUYKENDALL JTTEN<br>304 E LAFAYETTE<br>PO BOX 293<br>KANSAS, IL 61933 | 97586   0067098-00  S#0009436<br>LARRY W KUYKENDALL C/F<br>JARED W KUYKENDALL UGMA/IL<br>304 E LAFAYETTE<br>PO BOX 293<br>KANSAS, IL 61933 |
| 97586   0067099-00  S#0013008<br>LARRY W TONG &<br>PENELOPE WAT TONG<br>JT TEN<br>2337 AHA MAKA WAY<br>HONOLULU, HI 96821 | 97586   0067100-00  S#0006435<br>LARRY WASSER CUST<br>ADAM WASSER<br>15619 GARDENSIDE LANE<br>TAMPA, FL 33624 | 97586   0067101-00  S#0006434<br>LARRY WASSER CUST<br>KURT WASSER<br>15619 GARDENSIDE LANE<br>TAMPA, FL 33624 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0067102-00   S#0007895
LARRY WILSHER
369 EAST MAPLE ROAD
TROY, MI 48083

97586   0067103-00   S#0009631
LARRY WILSON
505 SUNWARD DR
O FALLON, MO 63366-6938

97586   0067104-00   S#0006689
LARRY YOUNG CUST
JASON SCHILBERG UTMA/AL
135 MT VIEW LANE
MADISON, AL 35758

97586   0067105-00   S#0003291
LARWENCE ISSACS JR
36 GRIDDLE LA
LEVITTOWN, NY 11756

97586   0020017-00   S#0011370
LASER NETWORK INC
ATTN: JERRY ADAMS
21224 VANOWEN STREET
CANOGA PARK, CA 91324

97586   0001429-00   S#0005397
LATTA, SUE
112 OAK HILL DRIVE
DURHAM, NC 27712

97586   0000842-00   S#0002061
LAUMONT LABS
333 W 52ND ST
NEW YORK, NY 10019

97586   0067106-00   S#0000947
LAURA BETHUNE
143 SUNRISE TER
CEDAR GROVE, NJ 07009

97586   0067107-00   S#0002894
LAURA BRUCKNER &
WALTER BRUCKNER
35-58 91ST ST
JACKSON HTS, NY 11372

97586   0067108-00   S#0009186
LAURA C OPITZ HESTER CUST FBO
TRAVIS O'NEIL HESTER
4416 FLORENCE
DOWNERS GROVE, IL 60515

97586   0067109-00   S#0005034
LAURA CHAPMAN &
ROGER CHAPMAN
4217 ABBEY RD
BEALETON, VA 22712

97586   0067110-00   S#0010205
LAURA DAVIS CUST
BLAKE BARNETT DAVIS
6823 WOODLAND DR
DALLAS, TX 75225

97586   0067111-00   S#0010203
LAURA DAVIS CUST
JAMES BRYSE DAVIS
6823 WOODLAND DR
DALLAS, TX 75225

97586   0067112-00   S#0012064
LAURA DENISE BLAND CUST
CLAUDIA J BASHAM
1130 VAN SITE ST
BAKERSFIELD, CA 93307

97586   0067113-00   S#0003801
LAURA FLEDER
C/O DANIEL FLEDER
11 HORSEGUARD RD
SCARSDALE, NY 15083

97586   0067114-00   S#0002438
LAURA FLEDER CUST
DANIEL FLEDER
11 HORSEGUARD RD
SCARSDALE, NY 10583

97586   0067115-00   S#0006233
LAURA GABE ARNOLD CUST
LINDSEY ARNOLD
1998 NE 196 TER
NORTH MIAMI BEACH, FL 33179-366

97586   0067116-00   S#0012779
LAURA L BOTTOM CUST
GARY BOTTOM
8620 W FAIROAKS
TRACY, CA 95376

97586   0067117-00   S#0004347
LAURA L HANKS
2375 KRIEBEL ROAD
HARLEYSVILLE, PA 19438

97586   0067118-00   S#0008161
LAURA L WILSHER C/F
SHAWN D WILSHER UGMA MI
915 BUCKHORNE DRIVE
LAKE ORION, MI 48362

97586   0067119-00   S#0005511
LAURA LANGDALE
136 LACAYA RD
BLYTHEWOOD, SC 29106

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0067120-00  S#0007093
LAURA LYNN ECKLER
690 CHAMBERS RD
WALTON, KY 41094

97586   0067121-00  S#0002601
LAURA OSTRER CUST
EVAN OSTRER
8 MORELAND COURT
GREAT NECK, NY 11024

97586   0067122-00  S#0007338
LAURA T PLANTAN CUST
RYAN PATRICK THUR
7491 DAWN HAVEN DR
PARMA, OH 44130

97586   0067123-00  S#0003382
LAURAINE PITTARI CUST
ANTHONY LOUIS PITTARI
3 LINCOLN DR
EAST QUOGUE, NY 11942-4704

97586   0067124-00  S#0009493
LAUREEN A MCCARTHY CUST
CAITLIN C MCCARTHY
95 TEAL DR
CHATHAM, IL 62629

97586   0067125-00  S#0010060
LAUREL B PARKER CUST
BRENDAN PARKER
11020 MAPLE GROVE
OKLAHOMA CITY, OK 73120

97586   0067126-00  S#0000720
LAUREL CAPRIO CUST
MICHAEL V CAPRIO JR
142 SUMMIT DR
N BRANFORD, CT 06471

97586   0067127-00  S#0009063
LAUREL O'DONNELL
1521 HOLTZ
ADDISON, IL 60101

97586   0067128-00  S#0010370
LAUREL W BROWN CUST
DAHLYA BETH BROWN
602 STONELEIGH
HOUSTON, TX 77079-6912

97586   0067129-00  S#0010371
LAUREL W BROWN CUST
JACOB DANIEL BROWN
602 STONELEIGH
HOUSTON, TX 77079-6912

97586   0067130-00  S#0003061
LAUREN ALLOUCHE CUST
JOSHUA S ALLOUCHE
1972 COLE DR
EAST MEADOW, NY 11554-2506

97586   0067131-00  S#0008024
LAUREN E SCHAFER
12553 DEVOE
SOUTHGATE, MI 48195

97586   0067132-00  S#0001007
LAUREN FERRO CUST
ALEXANDER DAVID FERO
199 MONTCLAIR AVE
MONTCLAIR, NJ 07042

97586   0067133-00  S#0003082
LAUREN HARRIS CUST
JULIANNE RAE HARRIS
3312 SEAWANE DR
MERRICK, NY 11566

97586   0067134-00  S#0010501
LAUREN JANE BAILEY CUST
RY PICKARD
11130 VANCEW JACKSON #202
SAN ANTONIO, TX 78230

97586   0067135-00  S#0000794
LAUREN M MC DOUGALL
14 ARBUTUS LANE
TRUMBULL, CT 06611

97586   0067136-00  S#0010130
LAURENCE G VARVEL &
JEANINE P VARVEL JT TEN
700 S RENNIE ST
ADA, OK 74820-7852

97586   0067137-00  S#0003990
LAURENE R DALPEZZO CUST
ADAM R LEVESQUE
RD-1 BOX 16G
ROSER RD
GLEN ROCK, PA 17327

97586   0067138-00  S#0011039
LAURENTINO GOMES IV
1115 S LA BREA AVE
LOS ANGELES, CA 90019-6908

97586   0067139-00  S#0013009
LAURETTA G BREEDEN
1532 KAMOLE ST
HONOLULU, HI 96821

97586   0067140-00  S#0002391
LAURIE A BARTELS CUST
JAMIE ISAAC BARTELS
755 SOUNDVIEW DR
MAMARONECK, NY 10543

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586    0067141-00  S#0010354<br>LAURIE BOYER CUST FBO<br>GRAHAM BOYER UGMA TX<br>9310 REID LAKE<br>HOUSTON, TX 77064 | 97586    0067142-00  S#0010355<br>LAURIE BOYER CUST FOR<br>CHELSEA BOYER UGMA TX<br>9310 REID LAKE<br>HOUSTON, TX 77064 | 97586    0067143-00  S#0005608<br>LAURIE BOYKIN CUST<br>MICHAEL DAVID BOYKIN<br>519 LAUREL LAKE DR #A<br>NORTH AUGUSTA, SC 29841-9286 |
| 97586    0067144-00  S#0012200<br>LAURIE DAVIES CUST<br>CHARLES HUSTON ADAMSCA/UTMA<br>1245 LA CANADA RD<br>HILLSBOROUGH, CA 94010-6642 | 97586    0067145-00  S#0009945<br>LAURIE DOMINGUE CUST<br>PAUL DOMINGUE II,  A MINOR<br>UNDR THE LA GIFTS TO MINOR ACT<br>358 RENA DR<br>LAFAYETTE, LA 70503 | 97586    0067146-00  S#0011424<br>LAURIE GRAUMAN CUST<br>STEVEN GRAUMAN<br>4711 LARKWOOD<br>WOODLAND HILLS, CA 91364 |
| 97586    0067147-00  S#0012574<br>LAURIE J SAMERA CUST<br>JOSH P GORCHOV<br>145 SAN MARINO DR<br>SAN RAFAEL, CA 94901-1537 | 97586    0067148-00  S#0001322<br>LAURIE LOWENSTEIN CUST<br>JAY LOWENSTEIN<br>19 PAGE DR<br>RED BANK, NJ 07701 | 97586    0067149-00  S#0001876<br>LAURIE MCCLELLAN CUST<br>ANDREW MCCLELLAN<br>98 HOWELL AVE<br>FORDS, NJ 08863 |
| 97586    0067150-00  S#0004646<br>LAURRIE R HOFBERG CUST<br>DAVID P HOFBERG<br>1813 REEDIE DR<br>SILVER SPRING, MD 20902 | 97586    0067151-00  S#0008605<br>LAVERN O PLANTIKO &<br>HAZEL PLANTIKO JT TEN<br>810 ADAMS STREET<br>WAUSAU, WI 54401 | 97586    0067152-00  S#0010241<br>LAVERNE WOOD &<br>FLOYD D WOOD JTTEN<br>9018 ELM TREE CIR<br>TYLER, TX 75703 |
| 97586    0067153-00  S#0010198<br>LAWERENCE MCKENDELL III<br>300 S MONTCLAIR AVE<br>DALLAS, TX 75208-5805 | 97586    0067154-00  S#0004204<br>LAWRENCE & MELISSA SCHODOWSKI<br>181 BARNSBURY RD<br>LANGHORNE, PA 19047 | 97586    0067155-00  S#0009523<br>LAWRENCE A CRISTAUDO<br>ROUTE 4 BOX 210<br>CARBONDALE, IL 62901-9210 |
| 97586    0067156-00  S#0005239<br>LAWRENCE A MISITI CUST<br>MICHAEL S MISITI<br>211 PERDUE ST<br>BECKLEY, WV 25801-3245 | 97586    0067157-00  S#0002807<br>LAWRENCE A PADUANO CUST<br>ANTHONY L PADUANO<br>1337 E 57TH ST<br>BROOKLYN, NY 11234 | 97586    0067158-00  S#0005136<br>LAWRENCE A ROSSEN CUST<br>BRANDEN LEE ROSSEN<br>5108 FALLS MEAD DOWNS<br>VIRGINIA BEACH, VA 23464 |
| 97586    0067159-00  S#0008815<br>LAWRENCE A SANDERS<br>22 RENANN COURT<br>NORTH MANKATO, MN 56003 | 97586    0067160-00  S#0002640<br>LAWRENCE A SILVER CUST<br>JARED MUEHL SILVER<br>83 WILLOWDALE AVE<br>PORT WASHINGTON, NY 11050-3916 | 97586    0067161-00  S#0001940<br>LAWRENCE ALLYN KLEIN<br>20 EAST 9TH STREET- APT 5N<br>NEW YORK, NY 10003 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0067162-00  S#0006979
LAWRENCE B ADAMS
279 PAULA LANE
SHEPHERDSVILLE, KY 40165

97586    0067163-00  S#0011458
LAWRENCE BEYLEN
3336 LONGRIDGE AVE
SHERMAN OAKS, CA 91423

97586    0067164-00  S#0007704
LAWRENCE BULTEMA CUST
ANDREW BULTEMA
17309 HOLTZ RD
LOWELL, IN 46356

97586    0067165-00  S#0012222
LAWRENCE C GOTELLI SR &
PATRICIA E GOTELLI TRUSTEES UNDER
GOTELLI TRUST AGREEMENT
1257 SLEEPY HOLLOW LANE
MILLBRAE, CA 94030

97586    0067166-00  S#0012277
LAWRENCE C LEE
136 DORE ST
SAN FRANCISCO, CA 94103-3815

97586    0067167-00  S#0011514
LAWRENCE C MAXFIELD &
JANINE D MAXFIELD
23143 CANYON PINES PL
CORONA, CA 91719-7602

97586    0067168-00  S#0000668
LAWRENCE C THIBEAULT CUST
ADAM C THIBEAULT
15 JEREMY HILL RD
STONINGTON, CT 06378

97586    0067169-00  S#0007914
LAWRENCE C WU
6785 SERENITY DR
TROY, MI 48098-1747

97586    0067170-00  S#0012283
LAWRENCE CHINN
738 WASHINGTON ST
SAN FRANCISCO, CA 94108-1305

97586    0067171-00  S#0005973
LAWRENCE E BATTOE &
MARILYN R CLOSE-BATTOE JT TEN
1611 NW 6TH AVE
GAINESVILLE, FL 32603-1203

97586    0067172-00  S#0009830
LAWRENCE E STOSKOPF CUST
KURT W STOSKOPF
4408 E COUNTRY ESTATES CIR
SALINA, KS 67401-9656

97586    0067173-00  S#0006839
LAWRENCE EDWARD FEAZEL
966 WAIF WOODS COVE
MEMPHIS, TN 38018

97586    0067174-00  S#0009004
LAWRENCE G SCHRANK
1134 RANDVILLE
PALATINE, IL 60067

97586    0067175-00  S#0003239
LAWRENCE GORDON
63 GABRIELE DR
EAST NORWICH, NY 11732-1316

97586    0067176-00  S#0003238
LAWRENCE GORDON CUST
ACF STEPHEN GORDON
63 GABRIELE DR
EAST NORWICH, NY 11732-1316

97586    0067177-00  S#0005331
LAWRENCE H MANDEL
P.O. BOX 2031
CARY, NC 27512-2031

97586    0067178-00  S#0007621
LAWRENCE H MCGRIEVY
BESSIE L MCGRIEVY JT TEN
1645 SUNRISE DR
LIMA, OH 45854-4066

97586    0067179-00  S#0005168
LAWRENCE HAGAN
207 FORREST ST
HAMPTON, VA 23669

97586    0067180-00  S#0005876
LAWRENCE HUGH BROWN
3444 COUNTRY MANOR DR
PT ORANGE, FL 32119

97586    0067181-00  S#0004886
LAWRENCE J BLACK &
LINDA J BLACK
15780 BUSHY PARK RD
WOODBINE, MD 21797-8302

97586    0067182-00  S#0000460
LAWRENCE J LAPLANTE
121 N MAIN ST
FRANKLIN, NH 03235-1005

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0067183-00   S#0008952
LAWRENCE JAROSZ &
IRENE JAROSZ JTTEN
16774 JONATHAN
GURNEE, IL 60031-2445

97586   0067184-00   S#0007894
LAWRENCE L WILSHER &
CYNTHIA A WILSHER JT TEN
369 EAST MAPLE ROAD
TROY, MI 48083

97586   0067185-00   S#0005293
LAWRENCE M BROWNING CUST
MICHAEL A BROWNING
3502 LANGDALE DR
HIGH POINT, NC 27265

97586   0067186-00   S#0004540
LAWRENCE MANN CUST
BENJAMIN MANN
5215 EDGEMOOR LANE
BETHESDA, MD 20814-2341

97586   0067187-00   S#0000243
LAWRENCE N MCGINN
1515 VFW PKWY #R35
WEST ROXBURY, MA 02132-5415

97586   0067188-00   S#0010423
LAWRENCE N NEMOTO CUST FOR
LANDON A NEMOTO
3519 PEACHSTONE PLACE
SPRING, TX 77389

97586   0067189-00   S#0007141
LAWRENCE NICKELS &
AMBER NICKELS TEN COM
374 GOSFIELD GATE RD
WESTERVILLE, OH 43081

97586   0067190-00   S#0012384
LAWRENCE P PICETTI &
DENISE R PICETTI
JT TEN
3009 BAYVIEW DR
ALAMEDA, CA 94501-6304

97586   0067191-00   S#0002629
LAWRENCE PINNER CUST
REUBEN PINNER
140 SOUNDVIEW
PORT WASHINGTON, NY 11050

97586   0067192-00   S#0009776
LAWRENCE R BOLD CUST
MERRITT BOLD
10230 GRANDVIEW RD
OVERLAND PARK, KS 66212

97586   0067193-00   S#0005201
LAWRENCE R FOSTER III CUST
JUSTIN ROBERT FOSTER
160 BOGEY DR
ABINGDON, VA 24210

97586   0067194-00   S#0005760
LAWRENCE REID CUST
JAY REID
1029 WINDING RIDGE COURT
DUNWOODY, GA 30338

97586   0067195-00   S#0005761
LAWRENCE REID CUST
SCOTT REID
1029 WINDING RIDGE COURT
DUNWOODY, GA 30338

97586   0067196-00   S#0000122
LAWRENCE S FREY CUST
AVRAM D FREY
1 FAIRWAY RD
ACTON, MA 01720

97586   0067197-00   S#0001024
LAWRENCE SAMUELS
C/O THE CITY OF ORANGE
29 NORTH DAY STREET
ORANGE, NJ 07050

97586   0067198-00   S#0002564
LAWRENCE SIMONS
16 ELENER LANE
SPRING VALLEY, NY 10977-2521

97586   0067199-00   S#0001754
LAWRENCE T GRECO
7 SEAGULL POINT
BAYVILLE, NJ 08721

97586   0067200-00   S#0004096
LAWRENCE T GRESSER II &
CYNTHIA A GRESSER
1606 ASPEN DR
BLAKESLEE, PA 18610-2101

97586   0067201-00   S#0000276
LAWRENCE T SHIELDS CUST
MICHAEL LAWRENCE SHIELDS
9 BEVERLY RD
NEWTON, MA 02161-1112

97586   0067202-00   S#0009908
LAWRENCE T TOMLINSON
2263 TELESTAR ST
HARVEY, LA 70058

97586   0067203-00   S#0011303
LAWRENCE V MCQUAIDE
1252 GREEN LANE
LA CANADA, CA 91011

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067204-00   S#0002321
LAWRENCE WALLACE
946 E 233RD ST
BRONX, NY 10466

97586   0063721-00   S#0008519
LAYCOCK, FRANK A
5808 SUNSHINE LN
RACINE, WI 53402

97586   0067205-00   S#0010969
LAYNE EKLUND
3647 TEAK HOLLOW COURT
LAS VEGAS, NV 89117

97586   0067206-00   S#0006169
LAZARO VALDES
2730 SW 20 ST
MIAMI, FL 33133

97586   0000485-00   S#0001136
LAZELLARI, EDWARD
245 7TH ST APT 3
JERSEY CITY, NJ 07302

97586   0000851-00   S#0002024
LE CROISSANT SHOP
404 PARK AVE SO
NEW YORK, NY 10016

97586   0067207-00   S#0003054
LE THI TRIMBLE CUST
TIMOTHY V TRIMBLE
58 GILRAY AVE
UNIONDALE, NY 11553

97586   0000853-00   S#0001968
LEADER PUBLICATIONS
345 PARK AVE SO
NEW YORK, NY 10010

97586   0067208-00   S#0012685
LEAH ELISE BRAUNSTEIN
1230 SHELBY CREEK LANE
SAN JOSE, CA 95120

97586   0067209-00   S#0003116
LEAH HAUSER A C F
JOSHUA HAUSER
321 NILES ST
OCEANSIDE, NY 11572-5628

97586   0067210-00   S#0011868
LEAH MONGEY &
MARK MONGEY
JT TEN
32802 VALLEY RD 98
SAN JUAN CAPISTRA, CA 92675

97586   0067211-00   S#0012339
LEANDER DAVIS
1481 HUDSON ST
SAN FRANCISCO, CA 94124-2119

97586   0067212-00   S#0008913
LEANDER WORKMAN JR CUST
LEANDER WORKMAN III
5527 AZALEA CT
ROLLING MEADOWS, IL 60008

97586   0067213-00   S#0011019
LEANN K COX &
FREDERICK F COX
JT TEN
4320 WARREN WAY
RENO, NV 89509-5931

97586   0067214-00   S#0001311
LEANNA HALBRECHT CUST
ACF ZACHARY HALBRECHT
476 FOREST AVE
TEANECK, NJ 07666-2775

97586   0000855-00   S#0006444
LEBHAR-FRIEDMAN INC
PO BOX 31199
TAMPA, FL 33631-3199

97586   0067215-00   S#0013264
LEE ANN HENDRICKSEN CUST
CAROLYN DIANE HENDRICKSEN
201 YORK STREET
BELLINGHAM, WA 98225

97586   0067216-00   S#0013266
LEE ANN HENDRICKSEN CUST
RAYMOND THOMAS HENDRICKSEN
201 YORK STREET
BELLINGHAM, WA 98225

97586   0067217-00   S#0003782
LEE ATTERIDGE MANCINI
22 SKY ACRES DR
ITHACA, NY 14850-9749

97586   0067218-00   S#0010988
LEE BENDER CUST
JUSTIN L BENDER
1234 SPRINGTIME DR
GARDNERVILLE, NV 89410

97586   0000858-00   S#0013039
LEE GROCERY CASH & CARRY
4949 MEADOWS RD STE 500
LAKE OSWEGO, OR 97035-3176

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0067219-00  S#0006671
LEE GUTHRIE
263 THREE SONS DR
HOOVER, AL 35226

97586   0067220-00  S#0005656
LEE I KELLER &
SANDRA P KELLER JT TEN
2811 GEORGIAN TER
MARIETTA, GA 30068

97586   0067221-00  S#0000893
LEE J EDELSTEIN CUST
ANDREW EDELSTEIN UGMA/CT
44 BURR FARMS RD
WESTPORT, CT 06880

97586   0067222-00  S#0013624
LEE LEVERING
183 HOY LAKE ROAD WEST
QUALICUM BEACH, BC V9K 1K3
CANADA

97586   0067223-00  S#0005755
LEE R FREEDMAN
C/F TERRY S FREEDMAN
325 BURNT OAK COURT
ATLANTA, GA 30328

97586   0067224-00  S#0006517
LEE R LISKEY &
ANNE V LISKEY JTRWOS
667 KEY ROYALE DR
HOLMES BEACH, FL 34217-1237

97586   0067225-00  S#0013302
LEE ROY WALTER HEGWOOD
5435 NW GLEN FIRS LN
SILVERDALE, WA 98383

97586   0067226-00  S#0013642
LEE THOMSON
322 GREAT SOUTH RD
PAPATOETOE
NEW ZEALAND

97586   0067227-00  S#0012416
LEE W HONE CUST
JASON L HONE
392 BORICA DR
DANVILLE, CA 94526-5456

97586   0067228-00  S#0012417
LEE W HONE CUST
JORDAN M HONE
392 BORICA DR
DANVILLE, CA 94526-5456

97586   0067229-00  S#0012418
LEE W HONE CUST
JUSTIN N HONE
392 BORICA DR
DANVILLE, CA 94526-5456

97586   0067230-00  S#0013573
LEE WILLOCK
920 - 4TH STREET
ESTEVAN, SK S4A 0W3
CANADA

97586   0067231-00  S#0010899
LEE ZELTZER CUST
SEBASTIAN ZELTZER UGTMA/AZ
6480 CAMINO DE MICHAEL STREET
TUSCON, AZ 85718

97586   0001135-00  S#0011937
LEE, PAUL
2214 MONTREAL CIR
PLACENTIA, CA 92870-1829

97586   0067232-00  S#0002366
LEIGH J ABRAMS CUST
ROSS ABRAMS
91 RIDGE RD
HARTSDALE, NY 10530-2212

97586   0067233-00  S#0010873
LEIGH STRICKMAN CUST
BRAD D STRICKMAN
20728 N 62ND AVE
GLENDALE, AZ 85308

97586   0067234-00  S#0007298
LEIGHTON A ROSENTHAL
HALLE BLDG SUITE 310
1228 EUCLID AVE
CLEVELAND, OH 44115-1831

97586   0067235-00  S#0007609
LEILA M HARTLAND
70 MOUNTAINVIEW DR
CHILLICOTHE, OH 45601

97586   0067236-00  S#0012967
LEILA S SHIMIZU &
BRANDON T SHIMIZU JT TEN
77-6423 NALANI ST
KAILUA KONA, HI 96740-9763

97586   0067237-00  S#0005165
LEILANI KAYRENE LUCERO CUST
PATRICK H S TOLER UTMA/VA
5 FINDLEY STREET
HAMPTON, VA 23666

97586   0067238-00  S#0003335
LEIS RUBINSTEIN
344 PORTION RD
LK RONKONKOMA, NY 11779-2349

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586   0067239-00   S#0012089
LEISA C KIGER CUST
HALEY KIGER
1304 LA PUENTE DR
BAKERSFIELD, CA 93309-3553

97586   0067240-00   S#0012090
LEISA C KIGER CUST
NATHANIEL KIGER
1304 LA PUENTE DR
BAKERSFIELD, CA 93309-3553

97586   0001355-00   S#0001635
LEITMEYER, SHARON M
3045 HARBOUR DR
PAYMYRA, NJ 08065

97586   0067241-00   S#0011491
LELAND E MCCRORY CUST
NICHOLAS J MCCLENDON
7045 N ETHEL AVE
N HOLLYWOOD, CA 91605-4729

97586   0067242-00   S#0011490
LELAND E MCCRORY CUST
TIMOTHY J MELDMAN
7045 N ETHEL AVE
N HOLLYWOOD, CA 91605-4729

97586   0000864-00   S#0007573
LENS CRAFTERS
8650 GOVERNORS HILL DR
PO BOX 631563
CINCINNATI, OH 45263-1563

97586   0067243-00   S#0002565
LEO A KUGLER JR &
PATRICIA F KUGLER JT TEN
8 FRANKLIN DR
STONY POINT, NY 10980

97586   0067244-00   S#0008699
LEO F SHOWALTER III
2870 JORDAN DR
WOODBURY, MN 55125

97586   0067245-00   S#0011864
LEO J MARTIN &
DONNA MARIE MARTIN JT TEN
645 VISTA VALINDA
SAN CLEMENTE, CA 92672

97586   0067246-00   S#0001080
LEO SAJONAS
1009 PIPPS ST
S PLAINFIELD, NJ 07080

97586   0067247-00   S#0006267
LEO TAUS &
SONYA TAUS JTWROS
4140 NW 44TH AVE 112
LAUDERDALE LA, FL 33319-4846

97586   0067248-00   S#0001925
LEON B LEE
575 GRAND STREET APT E 1701
NEW YORK, NY 10002

97586   0067249-00   S#0002159
LEON BERGER &
SOPHIE BERGER JT TEN
860 W 181ST ST
NEW YORK, NY 10033

97586   0067250-00   S#0000784
LEON J BATTISTA JR &
KIMBERLY J BATTISTA
281 LAKE AVE
BRIDGEPORT, CT 06605-3538

97586   0067251-00   S#0010479
LEON J MONCLA JR
350 JUNKER RD
BEAUMONT, TX 77707

97586   0067252-00   S#0001919
LEON JOLSON
164 W 25TH ST
NEW YORK, NY 10001-7400

97586   0067253-00   S#0010480
LEON MONCLA &
KIMBERLY MONCLA
390 JUNKER
BEAUMONT, TX 77707

97586   0067254-00   S#0013402
LEON RUYSSCHAERT &
NOELLE RUYSSCHAERT JTWROS
6 EMILE VERHEEREN STREET
1800 VILVOORDE
BELGIUM

97586   0067255-00   S#0013029
LEONA B BOLTON ACF
KEITH R BOLTON U/OR/UTMA
14155 SW TODD ST
BEAVERTON, OR 97006

97586   0067256-00   S#0006547
LEONA D KAHL
905 LUCILLE AVE
NOKOMIS, FL 34275-2312

97586   0067257-00   S#0004891
LEONA L BRAMBLE
BOX 285
OCEAN CITY, MD 21842-0285

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067258-00   S#0011771
LEONARD A GAUDREAU CUST
AMBER LAYNE GAUDREAU
3886 NEW HAVEN DR
RIVERSIDE, CA 92505-3512

97586   0067259-00   S#0011770
LEONARD A GAUDREAU CUST
TRAVIS A GAUDREAU
3886 NEW HAVEN DR
RIVERSIDE, CA 92505-3512

97586   0067260-00   S#0003714
LEONARD A WITTMEYER CUST
FBO MATTHEW D WITTMEYER
21 WOOD ACRE DR
PITTSFORD, NY 14534

97586   0067261-00   S#0011382
LEONARD BENSON
CUST FOR BRIAN F BENSON
13770 TERRA BELLA ST
ARLETA, CA 91331

97586   0067262-00   S#0011381
LEONARD BENSON
CUST FOR DAVID G BENSON
13770 TERRA BELLA ST
ARLETA, CA 91331

97586   0067263-00   S#0003574
LEONARD DIFINO
105 ROCKWOOD RD
SYRACUSE, NY 13215

97586   0067264-00   S#0001253
LEONARD E LEGASPI &
MAAURITA N LEGASPI JT TEN
970 SOLDIER HILL RD
EMERSON, NJ 07630

97586   0067265-00   S#0007745
LEONARD ENGQUIST CUST
NATHAN A ENGQUIST
10521 ALBEMARLE COURT
FT WAYNE, IN 46845

97586   0067266-00   S#0003806
LEONARD FARRELL
542 ROLLING GREEN DR
BETHEL PARK, PA 15102-3708

97586   0067267-00   S#0007319
LEONARD HEIMAN
26600 GEORGE ZEIGER DR #809
BEACHWOOD, OH 44122

97586   0067268-00   S#0007318
LEONARD HEIMAN &
LESLIE E HEIMAN JT TEN
26600  GEORGE ZEIGER DR #809
BEACHWOOD, OH 44122

97586   0067269-00   S#0003469
LEONARD I SHANKMAN
BOX M
MILLBROOK, NY 12545-0169

97586   0067270-00   S#0007835
LEONARD IDEN CUST
JEFFREY IDEN
5222 HARDWOOD DR
WEST BLOOMFIELD, MI 48033

97586   0067271-00   S#0000721
LEONARD J CORSO JR
37 GREAT MEADOW DR
NORTH HAVEN, CT 06473

97586   0067272-00   S#0000345
LEONARD L MIHALOVICH JR
30 WASHINGTON AVENUE
BUZZARDS BAY, MA 02532-3186

97586   0067273-00   S#0004029
LEONARD L NEIDIG &
MARY H NEIDIG
JT TEN
RD 2 BOX 420
SUNBURY, PA 17801

97586   0067274-00   S#0002812
LEONARD MICHAELSON
2215 E 65TH ST
BROOKLYN, NY 11234-6319

97586   0067275-00   S#0004051
LEONARD MICKLUS
1765 WEST WOOD ST
EMMAUS, PA 18049

97586   0067276-00   S#0007699
LEONARD P DREYFUS
1336 MAGNOLIA LN
MUNSTER, IN 46321

97586   0067277-00   S#0009913
LEONARD P GRAY
14 MORNING GLORY LANE
WAGGAMAN, LA 70094

97586   0067278-00   S#0009101
LEONARD R STEPHENSON
5 SARA CT
SOUTH ELGIN, IL 60177-3045

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067279-00  S#0007526<br>LEONARD STEINBERG CUST<br>JULIAN STEINBERG<br>40 CENTRAL TER<br>CINNCINATI, OH 45215 | 97586   0067280-00  S#0006118<br>LEONARDO GUERRA<br>3900 SW 126TH AVE<br>MIRAMAR, FL 33027 | 97586   0067281-00  S#0002805<br>LEONARDO MICHAELSON CUST<br>BETH MICHAELSON UGMA/NY<br>2215 EAST 65TH ST<br>BROOKLYN, NY 11234 |
| 97586   0067282-00  S#0006894<br>LEONORA N LABRADOR<br>5625 HEARTWOOD DR<br>BARTLETT, TN 38135-1011 | 97586   0067283-00  S#0012036<br>LEROY E PORTER CUST<br>MELISSA JANE PORTER<br>228 S ARKLE ST<br>VISALIA, CA 93292-6720 | 97586   0067284-00  S#0008188<br>LEROY MC DOWELL CUST<br>BRIAN D MC DOWELL<br>369 COLUMBIAVILLE RD<br>COLUMBIAVILLE, MI 48421 |
| 97586   0067285-00  S#0006836<br>LEROY R LANE CUST<br>ROBERT W LANE<br>58 JEAN DR<br>ATOKA, TN 38004 | 97586   0067286-00  S#0004234<br>LEROY RASCON CUST<br>MICHAEL LIGUORI<br>7313 MILLER AVE<br>UPPER DARBY, PA 19082-2104 | 97586   0067287-00  S#0009037<br>LESLEY N HARLING<br>131 LILAC LANE<br>BUFFALO GROVE, IL 60089 |
| 97586   0067288-00  S#0004820<br>LESLIE G BUCHMAN &<br>THOMAS R BUCHMAN<br>48 N PROSPECT AVE<br>BALTIMORE, MD 21228-1905 | 97586   0067289-00  S#0008254<br>LESLIE LYNNE MACKINNON CUST<br>SARALYN WINSHIP MACKINNON<br>1687 CHELSEA CIR<br>HOWELL, MI 48843-7119 | 97586   0067290-00  S#0007299<br>LESLIE M LUCZYK CUST<br>JUSTIN M LUCZYK<br>21090 ABERDEEN RD<br>ROCKY RIVER, OH 44116 |
| 97586   0067291-00  S#0006258<br>LESLIE M SCHROEDER<br>5877 SW 54TH CT<br>DAVIE, FL 33314 | 97586   0067292-00  S#0006257<br>LESLIE M SCHROEDER CUST<br>ZACHARY SCHROEDER<br>5877 SW 54TH CT<br>DAVIE, FL 33314 | 97586   0067293-00  S#0011567<br>LESLIE MARIE CHOW<br>695 N RODEO WAY<br>WALNUT, CA 91789 |
| 97586   0067294-00  S#0011134<br>LESLIE MITCHNER<br>8306 WILSHIRE BLVD 99<br>BEVERLY HILLS, CA 90211-2382 | 97586   0067295-00  S#0004434<br>LESLIE NEWMAN CUST<br>CRAIG NEWMAN<br>200 PEIRCE RD<br>WILMINGTON, DE 19803 | 97586   0067296-00  S#0004435<br>LESLIE NEWMAN CUST<br>MICHAEL NEWMAN<br>200 PEIRCE RD<br>WILMINGTON, DE 19803 |
| 97586   0067297-00  S#0008239<br>LESLIE TODD KEMPFER<br>1673 HIGGINS<br>ST HELEN, MI 48656 | 97586   0067298-00  S#0011359<br>LESLIE WEISS CUST<br>MATTHRW BENNETT SCHWARTZ<br>CA/ UGMA<br>23248 W VAIL DRIVE<br>WEST HILLS, CA 91307 | 97586   0067299-00  S#0007728<br>LESLIY D MARTZ CUST<br>FBO GARRETT L MARTZ<br>2685 N 300TH W<br>ANGOLA, IN 46703-8426 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0067300-00   S#0001329<br>LESTER FROMKIN<br>1 RANDI LANE<br>OCEAN, NJ 07712 | 97586    0067301-00   S#0002520<br>LESTER KANTUREK<br>63 BLUMEL RD<br>MIDDLETOWN, NY 10940 | 97586    0067302-00   S#0012278<br>LESTER TC LEE<br>136 DORE ST<br>SAN FRANCISCO, CA 94103-3815 |
| 97586    0064341-00   S#0005014<br>LETARTE, GROVE H<br>4307 SOUTHWOOD DR<br>ALEXANDRIA, VA 22309-2822 | 97586    0000387-00   S#0001986<br>LEVINE, DAVID<br>RAGDOLL LTD<br>120 WOOSTER ST 5TH FL<br>NEW YORK, NY 10012 | 97586    0067303-00   S#0006991<br>LEW NEWTON CUST<br>JOSHUA C NEWTON<br>2500 BARDSTOWN RD #7<br>LOUISVILLE, KY 40205-2675 |
| 97586    0000754-00   S#0002721<br>LEWANDOWSKI, JOHN J<br>29 WINDSOR PL<br>BROOKLYN, NY 11215 | 97586    0067304-00   S#0010210<br>LEWIS H MCMAHAN &<br>VALERIE L MCMAHAN TEN COM<br>7415 CROFTON<br>DALLAS, TX 75231 | 97586    0067305-00   S#0008996<br>LEWIS LAUTER  &<br>ESTHER LAUTER JT TEN<br>2391 DORINA DR<br>NORTHFIELD, IL 60062 |
| 97586    0001054-00   S#0006897<br>LEWIS, NEIL<br>1641 KIMBROUGH PARK PLACE<br>GERMANTOWN, TN 38138 | 97586    0067306-00   S#0006329<br>LEX BARKER<br>2860 CESSNA WAY<br>WELLINGTON, FL 33414 | 97586    0067307-00   S#0006328<br>LEX BARKER CUST<br>CHRISTOPHER BARKER<br>2860 CESSNA WAY<br>WELLINGTON, FL 33414 |
| 97586    0067308-00   S#0006331<br>LEX BARKER CUST<br>COREY BARKER<br>2860 CESSNA WAY<br>WELLINGTON, FL 33414 | 97586    0067309-00   S#0006327<br>LEX BARKER CUST<br>ZACHARY BARKER<br>2860 CESSNA WAY<br>WELLINGTON, FL 33414 | 97586    0067310-00   S#0006330<br>LEX BARKER CUST<br>ZACKARY BARKER<br>2860 CESSNA WAY<br>WELLINGTON, FL 33414 |
| 97586    0067311-00   S#0005300<br>LEXICO<br>C/O TRUST DEPARTMENT<br>LEXINGTON STATE BANK<br>BOX 867<br>LEXINGTON, NC 27293-0867 | 97586    0067312-00   S#0005888<br>LIAM DOWNEY<br>105 ROBERTA RD<br>ORMOND BEACH, FL 32176 | 97586    0067313-00   S#0003123<br>LIBBY J HART<br>19 FOX RIDGE<br>ROSLYN, NY 11576-2827 |
| 97586    0067314-00   S#0000231<br>LIBBY KOPONEN<br>49 CHARLES ST<br>BOSTON, MA 02114-4605 | 97586    0067315-00   S#0010837<br>LIBBY MARIAN COHEN CUST<br>REBECCA ROSELEE COHEN<br>6720 E EXETER BLVD<br>SCOTTSDALE, AZ 85251 | 97586    0067316-00   S#0006862<br>LIDA W JONES<br>2654 MCVAY RD<br>MEMPHIS, TN 38119 |

**Debtor:**          Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067317-00   S#0008268
LILA J SMITH CUST
JASON L SMITH
227 THEO
LANSING, MI 48917-2647

97586    0067318-00   S#0006091
LILI MATALON ROCHEN C/F
GIL SHAFIR U/FL/UGMA
1201 S OCEAN DR  #1112
NO. TWR HOLLYWOOD, FL 33019

97586    0067319-00   S#0006090
LILI MATALON ROCHEN CUST
ADI SHAFIR
1201 S OCEAN DR 1112
NO TWR HOLLYWOOD, FL 33019

97586    0067320-00   S#0006092
LILI MATALON ROCHEN CUST FOR
LERAN SHAFIR UGMA/FL
1201 S OCEAN DRIVE #1112
NO. TWR HOLLYWOOD, FL 33019

97586    0067321-00   S#0006087
LILI MATALON ROCHEN TTEE
FBO LILI MATALON ROCHEN TRUST
1201 S OCEAN DR 1112
N TOWER
HOLLYWOOD, FL 33019

97586    0067322-00   S#0012869
LILI NEWMAN CUST FBO
JOHN PORTER NEWMAN III UNDER
CA/UTMA
2715 ASHLAND COURT
ROCKLIN, CA 95765

97586    0067323-00   S#0012868
LILI NEWMAN CUSTODIAN
FBO JAMES MARTIN NEWMAN UNDER
CA/UTMA
2715 ASHLAND COURT
ROCKLIN, CA 95765

97586    0067324-00   S#0012562
LILIA V VILLANUEVA CUST
BENJAMIN B VILLANUEVA-SHARLIN
1218 SPRUCE ST
BERKELEY, CA 94709

97586    0067325-00   S#0007347
LILLIAN A MILLER &
PAUL F MILLER JT TEN
4919 TUXEDO AVE
PARMA, OH 44134

97586    0067326-00   S#0011107
LILLIAN ANN FIELDS ROULEAU
CUST AUGUST HENRY ROULEAU
BOX 64165
LOS ANGELES, CA 90064-0165

97586    0067327-00   S#0006275
LILLIAN GRASSO
8435 SUNRISE LAKE BLVD
APT 110
SUNRISE, FL 33322-1526

97586    0067328-00   S#0001214
LILLIAN LASERSON CUST
JONATHAN M DUNN
431 KELLEY CT
WYCKOFF, NJ 07481

97586    0067329-00   S#0005177
LILLIAN M JONES CUST
BRANDON O JONES
11818 BRENTWOOD ARBOR CT
CHESTER, VA 23831

97586    0067330-00   S#0003352
LILLY MAJEWSKI CUST
JASON MAJEWSKI
7 ALBERGO LN
SYOSSET, NY 11791

97586    0067331-00   S#0011267
LILY CHIN WONG TR
THE LILY CHIN WONG TRUST
1352 WOODBURY DR
HARBOR CITY, CA 90710

97586    0067332-00   S#0004655
LINDA A KRAUSS CUST
DOUGLAS A KRAUSS
14563 CUTSTONE WAY
SILVER SPRING, MD 20905-7432

97586    0067333-00   S#0011280
LINDA A TAM
4324 IRONWOOD AVE
SEAL BEACH, CA 90740-2924

97586    0067334-00   S#0011446
LINDA ARBITER CUST
DEVIN ARBITER
15936 TOBIN WAY
SHERMAN OAKS, CA 91403

97586    0067335-00   S#0005406
LINDA B EVANS CUST
GINNY L EVANS
3124 OLD BAILEY HWY
NASHVILLE, NC 27856

97586    0067336-00   S#0005407
LINDA B EVANS CUST
JOSEPH S EVANS JR
3124 OLD BAILEY HWY
NASHVILLE, NC 27856

97586    0067337-00   S#0005405
LINDA B EVANS CUST
NIKKI B EVANS
3124 OLD BAILEY HWY
NASHVILLE, NC 27856

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067338-00   S#0005404
LINDA B EVANS CUST
TARA V EVANS
3124 OLD BAILEY HWY
NASHVILLE, NC 27856

97586   0067339-00   S#0010278
LINDA B MOORE
7121 QUAIL RIDGE RD
FT WORTH, TX 76132

97586   0067340-00   S#0001149
LINDA BARKER CUST
NICHOLAS DEAN BARKER
15 HEATHER LN
BLOOMINGDALE, NJ 07403-1507

97586   0067341-00   S#0010021
LINDA BATSON CUST
TRISTON BRADLEY BATSON
11592 MCCRATIC
LINCOLN, AR 72744

97586   0067342-00   S#0013114
LINDA BOWMAN CUST
ELLIOT J BOWMAN
3370 OLIVE ST
EUGENE, OR 97405

97586   0067343-00   S#0006564
LINDA BUTSCHER CUST
A/C/F DAVID BUTSCHER
1008 S.E. 14TH ST
OCALA, FL 34471-3916

97586   0067344-00   S#0004205
LINDA C FORTUNATO
832 FIR AVE
LANGHORNE, PA 19047

97586   0067345-00   S#0003529
LINDA CERIO CUST
CHRISTOPHER DAVID CERIO
1301 BLACK POINT RD
RR 2 BOX 252
CANASTOTA, NY 13032

97586   0067346-00   S#0007256
LINDA COYNE CUST
CHRISTOPHER COYNE OTMA
10131 S HAMPTON COURT
CONCORD, OH 44060

97586   0067347-00   S#0007255
LINDA COYNE CUST
JOSHUA COYNE OTMA
10131 S HAMPTON COURT
CONCORD, OH 44060

97586   0067348-00   S#0001151
LINDA CULLARI CUST
JASON CULLARI
ONE POST COURT
BUTLER, NJ 07405-1931

97586   0067349-00   S#0008984
LINDA D WEINBERG CUST
FBO JEREMY D WEINBERG
484 SUTCLIFFE CIRCLE
VERNON HILLS, IL 60061-2914

97586   0067350-00   S#0008563
LINDA DALY CUST
JOEL P DALY UNER
4913 GROTON LANE
MADISON, WI 53711

97586   0067351-00   S#0003673
LINDA DANOVSKIS CUST
DEVON DANOVSKIS
2532 NICOLE DRIVE
NIAGARA FALLS, NY 14304

97586   0067352-00   S#0012569
LINDA DAY-GIBSON CUST
KENNETH J GIBSON
29 BRET AVE
SAN RAFAEL, CA 94901

97586   0067353-00   S#0012572
LINDA DAY-GIBSON CUST
WILLIAM C GIBSON
29 BRET AVE
SAN RAFAEL, CA 94901

97586   0067354-00   S#0003202
LINDA DINICOLA
2 CURTIS AVE
BELLPORT, NY 11713-1120

97586   0067355-00   S#0003203
LINDA DINICOLA CUST
JILL DINICOLA
2 CURTIS AVE
BELLPORT, NY 11713-1120

97586   0067356-00   S#0003204
LINDA DINICOLA CUST
NICHOLAS DINICOLA
2 CURTIS AVE
BELLPORT, NY 11713-1120

97586   0067357-00   S#0012950
LINDA E LODGE CUST
JULIAN I T LODGE
711 HUALANI ST
HILO, HI 96720

97586   0067358-00   S#0005516
LINDA F GILKINSON CUST
JOSH M GILKINSON
145 PAISKY PARK
SUMTER, SC 29150

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067359-00   S#0004799
LINDA F LAPIDES &
JULIAN L LAPIDES JT TEN
1528 BOLTON ST
BALTIMORE, MD 21217-4203

97586    0067360-00   S#0000462
LINDA G MILLER CUST
BRADEN MILLER UTMA/NH
RR BOX 1300
PLEASANT STREET
NEW LONDON, NH 03257

97586    0067361-00   S#0003094
LINDA G RUDELL CUST
CHELSEA ANNE DAVENPORT UGMA NY
117 FREEPORT AVE
POINT LOOKOUT, NY 11569

97586    0067362-00   S#0003093
LINDA G RUDELL CUST
DANA MARIE DAVENPORT UGTMA/NY
117 FREEPORT AVE
POINT LOOKOUT, NY 11569

97586    0067363-00   S#0011476
LINDA GAIL BRAND
730 N MAPLE ST
BURBANK, CA 91505-3114

97586    0067364-00   S#0007856
LINDA GRANT CUST
NOAH GRANT
54300 GRATIOT
CHESTERFIELD, MI 48051

97586    0067365-00   S#0006235
LINDA HERTZ CUST
RACHEL HERTZ
21123 NE 23RD COURT
MIAMI, FL 33180

97586    0067366-00   S#0013316
LINDA INGERSOLL CUST
TAYLOR A INGERSOLL
7004 GLENN ANNIE LN SW
OLYMPIA, WA 98502

97586    0067367-00   S#0007890
LINDA J DITTMER CUST
JESSE M DITTMER
22300 BENJAMIN
ST CLAIR SHORES, MI 48081

97586    0067368-00   S#0004366
LINDA J MARTIN
112 SHADY LANE
SPRING CITY, PA 19475-1131

97586    0067369-00   S#0004958
LINDA K GROTH
10110 EBENSHIRE CT
OAKTON, VA 22124-2929

97586    0067370-00   S#0001139
LINDA KOWALSKI
115 CLENDENNY AVE
JERSEY CITY, NJ 07304

97586    0067371-00   S#0010822
LINDA L ASHTON
C-O ANN WIELAND
3134 E MCKELLIPS 156
MESA, AZ 85213

97586    0067372-00   S#0004846
LINDA L MEARA CUST
COLIN MICHAEL MEARA
1010 TALLWOOD RD APT 2B
ANNAPOLIS, MD 21403-3528

97586    0067373-00   S#0000602
LINDA L PERKINSON CUST
JAMES R PERKINSON
471 SPRINGFIELD RD
SOMERS, CT 06071

97586    0067374-00   S#0003475
LINDA L ROBERTS-JACKSON
12 MAPLEWOOD DR
NEWBURGH, NY 12550-1638

97586    0067375-00   S#0008670
LINDA L SCHOENBAUER
1687 E ORANGE
SAINT PAUL, MN 55106

97586    0067376-00   S#0010280
LINDA LEE HILL
6345 BEETLE DR
WATAUGA, TX 76148

97586    0067377-00   S#0006230
LINDA LEVY CUST
SCOTT LEVY
10301 SW 141 ST
MIAMI, FL 33176

97586    0067378-00   S#0001823
LINDA M ADLER CUST
CRAIG A ADLER
23 GREENWICH RD
EDISON, NJ 08820-2237

97586    0067379-00   S#0003672
LINDA M DANOVSKIS
2532 NICOLE DRIVE
NIAGARA FALLS, NY 14304

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067380-00   S#0003674<br>LINDA M DANOVSKIS CUST<br>DANE JOSEPH DANOVSKIS<br>2532 NICOLE DRIVE<br>NIAGARA FALLS, NY 14304 | 97586   0067381-00   S#0010900<br>LINDA M DONAGHAY<br>6380 N VALLEY VIEW RD<br>TUCSON, AZ 85718-3841 | 97586   0067382-00   S#0000567<br>LINDA M GORMAN CUST<br>MATTHEW J GORMAN<br>26 LAUREL CREST DR<br>BURLINGTON, CT 06013 |
| 97586   0067383-00   S#0007823<br>LINDA M MICHON CUST<br>PAUL W MICHON<br>772 ELMSFORD<br>CLAWSON, MI 48017-1233 | 97586   0067384-00   S#0009465<br>LINDA M MORRIS  CUST<br>FOR RYAN C MORRIS<br>312 N ALTON ST<br>FREEBURG, IL 62243-1106 | 97586   0067385-00   S#0009464<br>LINDA M MORRIS CUST<br>FOR ZACHARY J MORRIS<br>312 N ALTON ST<br>FREEBURG, IL 62243-1106 |
| 97586   0067386-00   S#0009466<br>LINDA M MORRIS CUST FOR<br>RACHAEL A MORRIS<br>312 N ALTON ST<br>FREEBURG, IL 62243-1106 | 97586   0067387-00   S#0007140<br>LINDA M PAUL CUST<br>DANA TRACEY DICKINSON<br>2416 SHROTON CT<br>POWELL, OH 43065-9002 | 97586   0067388-00   S#0011272<br>LINDA M RODRIGUEZ<br>24506 CADIZ DR<br>LOMITA, CA 90717-1103 |
| 97586   0067389-00   S#0000436<br>LINDA M SOLES CUST<br>BENJAMIN A SOLES<br>50 CLIFFORD FARM RD<br>DUNBARTON, NH 03045 | 97586   0067390-00   S#0001503<br>LINDA MAC FARLANE CUST<br>A/C/F MEGAN MAC FARLANE<br>13 CARDINAL DR<br>SPARTA, NJ 07871 | 97586   0067391-00   S#0010112<br>LINDA MARES CUST<br>JESSE MARES<br>8359 S MAYBELLE<br>TULSA, OK 74132 |
| 97586   0067392-00   S#0010111<br>LINDA MARES CUST<br>ROBERT MARES<br>8359 S MAYBELLE<br>TULSA, OK 74132 | 97586   0067393-00   S#0006616<br>LINDA ORESTE CUST<br>THOMAS D ORESTE<br>2455 BAYWOOD DR W<br>DUNEDIN, FL 34698 | 97586   0067394-00   S#0008999<br>LINDA PIME CUST<br>KEVIN PIME<br>3637 INDIAN WELLS LANE<br>NORTHBROOK, IL 60062-3103 |
| 97586   0067395-00   S#0008998<br>LINDA PIME CUST<br>LAURA S PIME<br>3637 INDIAN WELLS LANE<br>NORTHBROOK, IL 60062-3103 | 97586   0067396-00   S#0009000<br>LINDA PIME CUST<br>MATTHEW J PIME<br>3637 INDIAN WELLS LANE<br>NORTHBROOK, IL 60062-3103 | 97586   0067397-00   S#0003399<br>LINDA POLLMAN<br>279 LUTHER RD<br>EAST GREENBUSH, NY 12061 |
| 97586   0067398-00   S#0003398<br>LINDA POLLMAN CUST<br>BRIAN M POLLMAN<br>279 LUTHER RD<br>EAST GREENBUSH, NY 12061 | 97586   0067399-00   S#0011178<br>LINDA ROSETTI CUST<br>NICHOLAS N JONAS<br>867 GALLOWAY ST<br>PACIFIC PALISADES, CA 90272 | 97586   0067400-00   S#0002472<br>LINDA S GAZZOLA<br>43 BRONX RIVER RD<br>YONKERS, NY 10704 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067401-00   S#0005021<br>LINDA S HICKMAN CUST<br>DARREN C HICKMAN<br>11723 ROOSEVELT ROAD<br>FREDERICKSBRG, VA 22407-6425 | 97586   0067402-00   S#0006194<br>LINDA S MARVEL CUST<br>CHRISTOPHER MARVEL<br>10230 SW 58 COURT<br>MIAMI, FL 33156 | 97586   0067403-00   S#0008746<br>LINDA SCHIMBERG<br>C/F AARON SCHIMBERG UTMA MN<br>4201 FREMONT AVE<br>SO. MINNEAPOLIS, MN 55409 |
| 97586   0067404-00   S#0006220<br>LINDA SEABROOKS CUST<br>DANIELLE SEABROOKS<br>1240 NW 125TH ST<br>MIAMI, FL 33167-2337 | 97586   0067405-00   S#0007488<br>LINDA SMITH<br>1329 CAMPBELL AVE<br>HAMILTON, OH 45011 | 97586   0067406-00   S#0000965<br>LINDA STENDER CUST<br>NIEL STENDER<br>154 HERBERT AVE<br>FANWOOD, NJ 07023-1644 |
| 97586   0067407-00   S#0004745<br>LINDA STOLKOVICH CUST<br>JOSEPH STOLKOVICH<br>206 WINDRUSH FARM LANE<br>SEVERNA PARK, MD 21146 | 97586   0067408-00   S#0004744<br>LINDA STOLKOVICH CUST<br>KRISTIN STOLKOVICH<br>206 WINDRUSH FARM LN<br>SEVERNA PARK, MD 21146 | 97586   0067409-00   S#0009716<br>LINDA SUE COOPER CUST<br>BRYAN A GRIEME-VERSLUES<br>UNDER THE MO TRAN MIN LAW<br>3213 WOOD DALE DR<br>COLUMBIA, MO 65203 |
| 97586   0067410-00   S#0009714<br>LINDA SUE COOPER CUST<br>TYLER WAYNE SHUEY<br>3213 WOOD DALE DR<br>COLUMBIA, MO 65203 | 97586   0067411-00   S#0009711<br>LINDA SUSAN EPSTEIN CUST<br>JOHN MALCOLM EPSTEIN<br>642 BELMONT DR<br>JEFFERSON CITY, MO 65109 | 97586   0067412-00   S#0002260<br>LINDA TIERNEY CUST<br>MICHAEL P TIERNEY<br>58 BERRY AVE<br>STATEN ISLAND, NY 10312 |
| 97586   0067413-00   S#0002268<br>LINDA TIERNEY CUST<br>ROBERT J TIERNEY<br>58 BERRY AVE<br>STATEN ISLAND, NY 10312 | 97586   0067414-00   S#0005675<br>LINDA TOUSIGNANT CUST<br>CURTIS MICHAEL GATNEY UGMA/GA<br>2859 EMERALD LANE<br>ACWORTH, GA 30102 | 97586   0067415-00   S#0005674<br>LINDA TOUSIGNANT CUST<br>KIRSTIN T CARROS UGMA/GA<br>2859 EMERALD LANE<br>ACWORTH, GA 30102 |
| 97586   0067416-00   S#0008179<br>LINDA VAUGHAN CUST<br>ANDREW THOMAS LONGE<br>22737 SUMMER LN<br>NOVI, MI 48374 | 97586   0067417-00   S#0006483<br>LINDA W BALDWIN CUST<br>JOSHWA W BALDWIN<br>4311 SHADOW WOOD TRL<br>WINTER HAVEN, FL 33880 | 97586   0067418-00   S#0003089<br>LINDA ZRYB CUST<br>JESSE ZRYB<br>3033 CHERYL RD<br>MERRICK, NY 11566-5433 |
| 97586   0067419-00   S#0003090<br>LINDA ZRYB CUST<br>MATTHEW ZRYB<br>3033 CHERYL RD<br>MERRICK, NY 11566-5433 | 97586   0000875-00   S#0011352<br>LINDAVID CO<br>C/O DAVID LARKS<br>7917 SALE AVE<br>WEST HILLS, CA 91304 | 97586   0000877-00   S#0003273<br>LINDENMEYR MUNROE<br>30 HUB DR<br>MELVILLE, NY 11747 |

Debtor:            Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:     0807A
Notices Mailed By:  08/01/2008   and sent to following creditors:

97586   0067420-00   S#0000839
LINDSEY ERIN PEARLMAN
22 MARION STREET
DANBURY, CT 06810

97586   0067421-00   S#0013105
LINN SINES
31372 BELLINGER RD
LEBANON, OR 97355-9728

97586   0067422-00   S#0009481
LISA A LEACH CUST
TIMOTHY R LEACH
871 CEDAR HILL DR
DECATUR, IL 62521

97586   0067423-00   S#0000325
LISA ANN BOYER
110 LEGGE ST
BRIDGEWATER, MA 02324

97586   0067424-00   S#0002216
LISA BUONO
482 KISSEL AVE
STATEN ISLAND, NY 10301

97586   0067425-00   S#0002371
LISA BURKE CUST
ALLISON BURKE UGMA NY
209 MARIETTA AVE
HAWTHORNE, NY 10532

97586   0067426-00   S#0002372
LISA BURKE CUST
TIMOTHY RYAN UGMA NY
209 MARIETTA AVE
HAWTHORNE, NY 10532

97586   0067427-00   S#0012461
LISA C JUNG CUST
ALEXANDER K JUNG
1164 TURQUOISE DR
HERCULES, CA 94547

97586   0067428-00   S#0012462
LISA C JUNG CUST
TAYLOR N JUNG
1164 TURQUOISE DR
HERCULES, CA 94547

97586   0067429-00   S#0005478
LISA DICKENSHEETS CUST
MICHAEL L CAULEY JR
802 BLACK SWAN RD
NEW BERN, NC 28560

97586   0067430-00   S#0007422
LISA E TUCCIARONE CUST
ANDREW JOHN TUCCIARONE
365 SCOTT ST
HUBBARD, OH 44425

97586   0067431-00   S#0007421
LISA E TUCCIARONE CUST
WILLIAM ANDREW TUCCIARONE
365 SCOTT ST
HUBBARD, OH 44425

97586   0067432-00   S#0009986
LISA EVERHART CUST
DEREK FULLINGTON
50 NEAL COVE
BRYANT, AR 72022

97586   0067433-00   S#0009987
LISA EVERHART CUST
DUSTIN L EVERHART
50 NEAL COVE
BRYANT, AR 72022

97586   0067434-00   S#0004689
LISA F BRIERLEY CUST
TIMOTHY N BRIERLEY
10228 CLUBHOUSE CT
ELLICOTT CITY, MD 21042

97586   0067435-00   S#0012333
LISA FULLER CUST
ADAM SWEYER
1469 48TH AVE 2
SAN FRANCISCO, CA 94122

97586   0067436-00   S#0002747
LISA GARIBAJ CUST
KEVIN GARIBAJ
6805 OWLS HEAD CT APT 3B
BROOKLYN, NY 11220

97586   0067437-00   S#0009791
LISA HASE CUST
CLAYTON E HASE
RTE 2 BOX 188
MAYETTA, KS 66509

97586   0067438-00   S#0009792
LISA HASE CUST FOR
CASEY M HASE UGMA KS
ROUTE 2 BOX 188
MAYETTA, KS 66509

97586   0067439-00   S#0008526
LISA J BLASKI C/F
JEREMY J REINERT UTMA WI
521 BRULE PKWY
DE FOREST, WI 53532

97586   0067440-00   S#0008528
LISA J BLASKI CUST
JADE M ROYSTON
521 BRULE PKWY
DEFOREST, WI 53532-1078

**Debtor:**                Mafco Litigation Trust
**Description:**          Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0067441-00   S#0008527
LISA J BLASKI CUST
KYLER D ROYSTON
521 BRULE PKWY
DEFOREST, WI 53532-1078

97586    0067442-00   S#0008807
LISA J STIVING CUST
JAMES S STIVING
2002 N.E. 14TH ST
ROCHESTER, MN 55906

97586    0067443-00   S#0004703
LISA K PASHION
9342 WHEATSHEAF WAY
COLUMBIA, MD 21045

97586    0067444-00   S#0005658
LISA L TANNER
2636 BAILEY DR
NORCROSS, GA 30071-4305

97586    0067445-00   S#0004878
LISA L WHITAKER
8699 S PACIFIC CT
MIDDLETOWN, MD 21769

97586    0067446-00   S#0002296
LISA M ROSSO
1826 YATES AVE
BRONX, NY 10461

97586    0067447-00   S#0002808
LISA MASSARO
1954 E 36TH ST
NEW YORK, NY 11234

97586    0067448-00   S#0003367
LISA MCGINN CUST
JOHN JOSEPH MCGINN UGMA/NY
17 TOBIA STREET
HICKSVILLE, NY 11801

97586    0067449-00   S#0001374
LISA NOBILE
2 WYOMING DR
HAZLET, NJ 07730-2223

97586    0067450-00   S#0004519
LISA REAVIS CUST
MICHAEL REAVIS JR
8306 SATIN LEAF COURT
BOWIE, MD 20715-4575

97586    0067451-00   S#0006807
LISA S HAYES
902 E HOLSTON AVE
JOHNSON CITY, TN 37601

97586    0067452-00   S#0003656
LISA SCAFFIDI CUST
BRIAN SCAFFIDI
217 COMMONWEALTH
BUFFALO, NY 14216

97586    0067453-00   S#0002737
LISA SCALLO
521 E 5TH STREET
BROOKLYN, NY 11218

97586    0067454-00   S#0008222
LISA SEMERAD
411 SHERATON DR
FLINT, MI 48532

97586    0067455-00   S#0006381
LISA SHEEN CUST
ARIEL SHEEN
3062 30TH COURT
JUPITER, FL 33477-9371

97586    0067456-00   S#0007598
LISA SPAYD BILINSKI CUST
ALEX PRESTON BILINSKI
941 E DAVID RD
KETTERING, OH 45429

97586    0067457-00   S#0002197
LISA WADE CUST
RYAN WADE
235 E 95TH ST/APT 15-K
NEW YORK, NY 10128

97586    0067458-00   S#0000916
LISA WALSH
15 NELSON ST
STAMFORD, CT 06902-7411

97586    0067459-00   S#0008891
LISA WEIL CUST
KATRINA ALECSI WEIL
200 N ARLINGTON HEIGHTS RD
ARLINGTON HEIGHTS, IL 60004

97586    0067460-00   S#0003341
LISBETH LAMPERT CUST
SAMANTHA LAMPERT
23 MIKE LANE
SMITHTOWN, NY 11787

97586    0067461-00   S#0005629
LISHA WHEELER GOINS CUST
MICHAEL DAVID GOINS
3612 JOHN CARROL DR
DECATUR, GA 30034-5600

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000880-00   S#0000224
LITTLE BROWN AND COMPANY
C/O TIME WARNER BOOK GROUP
3 CENTER PLAZA
BOSTON, MA 02108

97586   0000881-00   S#0000225
LITTLE BROWN AND COMPANY INC
C/O TIME WARNER BOOK GROUP
3 CENTER PLAZA
BOSTON, MA 02108

97586   0020295-00   S#0004025
LITTLE LEAGUE BASEBALL INC
ATTN: THOMAS C MARSHALL
PO BOX 3485
WILLIAMSPORT, PA 17701

97586   0067462-00   S#0000611
LIZA MC MAHON CUST
FOR DENIS MC MAHON U/G/M/A CT
844 RIVER BLVD
SUFFIELD, CT 06078

97586   0067463-00   S#0012557
LLOYD ASHLEY DENKINS
2001 ALLSTON WAY RM 432
BERLKELEY, CA 94704

97586   0067464-00   S#0009579
LLOYD D BUSH &
ALPHA M BUSH JT TEN
7811 PENNSYLVANIA
ST LOUIS, MO 63111

97586   0067465-00   S#0013288
LLOYD HALL
17010 N W ONE MILE ROAD
BREMERTON, WA 98312

97586   0067466-00   S#0002190
LLOYD SHAFFER CUST
ERIC SHAFFER
400 E 77TH ST
APT 10D
NEW YORK, NY 10121

97586   0067467-00   S#0012996
LLOYD T KAMIGAKI CUST
DEREK L T KAMIGAKI UNDER THE
HI UNIF TFRS TO MINORS ACT
842 N KING ST
HONOLULU, HI 96817

97586   0000823-00   S#0004057
LM ROBBINS COMPANY INC
PO BOX 217
NEFFS, PA 18065-0217

97586   0020577-00   S#0004279
LOCAL 6 BAKERY CONFECTIONERY &
TOBACCO WORKERS INT'L UNION/AFL-CIO
5416 RISING SUN AVE
PHILADELPHIA, PA 19120

97586   0000887-00   S#0010196
LOCKE PURNELL RAIN HARRELL
2200 ROSS AVE ST STE 2200
DALLAS, TX 75201-6776

97586   0067468-00   S#0009370
LOGAN J CRACRAFT
100 W UPPER ST 40
CAMBRIDGE, IL 61238

97586   0067469-00   S#0006401
LOIS BECKER-BENJAMIN CUST
ANDREW WEISMAN
7589 FAIRMONT COURT
BOCA RATON, FL 33496-5902

97586   0067470-00   S#0011195
LOIS DAVIS
2518 RALSTON LANE
REDONDO BEACH, CA 90278-5315

97586   0067471-00   S#0008937
LOIS GOULD
754 WOODRIDGE LANE
GLENCOE, IL 60022

97586   0067472-00   S#0006562
LOIS GWILT ACF
WILLIAM RANSON JR U/FL/UTMA
3312 SE 6TH STREET
OCALA, FL 34471-2976

97586   0067473-00   S#0006561
LOIS GWILT CUST
JOSEPH SAMUEL SMALE
3312 SE 6TH ST
OCALA, FL 34471-2976

97586   0067474-00   S#0006567
LOIS GWILT CUST
SHANNON LEE SMALE UGMA FL
3312 SE 6TH ST
OCALA, FL 34471-9530

97586   0067475-00   S#0004592
LOIS HARTMAN CUST
ALEZA HARTMAN
14 ELDWICK COURT
POTOMAC, MD 20854

97586   0067476-00   S#0006033
LOIS J PERRY &
RICHARD J MOHR III JT TEN
3120 KELVINGTON DRIVE
ORLANDO, FL 32810

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067477-00  S#0008694
LOIS PARSONS CUST
RYAN PARSONS
2332 APACHE ST
MENDOTA HEIGHTS, MN 55120

97586   0067478-00  S#0000641
LOIU L BELL CUST
JOSEPH MATTHEW BELL
70 BUTTERNUT CIRCLE
WETHERSFIELD, CT 06109

97586   0067479-00  S#0012814
LONNIE JACOB MASON
6424 NAVION DR
CITRUS HEIGHTS, CA 95610

97586   0067480-00  S#0005145
LONNIE SLONE CUST
HARRIS SLONE
413 RIDGLEY AVE
NORFOLK, VA 23505

97586   0067481-00  S#0000184
LORELEI MARIE GUIDARA CUST
ANDREA LOUISE GUIDARA
8 LINDSEY AVE
BEVERLY, MA 01915-2813

97586   0067482-00  S#0000183
LORELEI MARIE GUIDARA CUST
GINA MARIE GUIDARA
8 LINDSEY AVE
BEVERLY, MA 01915-2813

97586   0067483-00  S#0009764
LOREN T ISRAEL
6814 ANTIOCH RD APT 182
SHAWNEE MISSION, KS 66204-1272

97586   0067484-00  S#0006978
LORENA R PETER
BOX 120
SIMPSONVILLE, KY 40067

97586   0067485-00  S#0012954
LORENE L HOUGH CUST
KEVIN Z HOUGH
327 WAINOHIA PL
HILO, HI 96720-3184

97586   0067486-00  S#0008690
LORETTA A WILLIAMS
2133 NEBRASKA AVE
SAINT PAUL, MN 55119

97586   0067487-00  S#0000825
LORETTA ADAMS
BOX 584 8 MAIN ST S
WOODBURY, CT 06798

97586   0067488-00  S#0009520
LORETTA BASOLO C/F
BRITTANY A BASOLO IL UTMA
BOX 163
COELLO, IL 62825

97586   0067489-00  S#0001539
LORETTA VIGLIONE CUST
JASON THOMAS VIGLIONE
28 WATERLOO DR
MORRIS PLAINS, NJ 07950

97586   0067490-00  S#0001538
LORETTA VIGLIONE CUST
MARK NICHOLAS VIGLIONE
28 WATERLOO DR
MORRIS PLAINS, NJ 07950

97586   0067491-00  S#0008448
LORI CRONIN CUST
FBO JAKE VERLINDE
816 WOOD DR
OCONOMOWOC, WI 53066-3930

97586   0067492-00  S#0008873
LORI DICK
1008 TERRY AVE
BILLINGS, MT 59102

97586   0067493-00  S#0013195
LORI K MORTON CUST
COLIN TYLER MORTON
10320 181ST AVE NE
REDMOND, WA 98052

97586   0067494-00  S#0013193
LORI K MORTON CUST
KELSEY TAYLOR MORTON
10320 181ST AVE NE
REDMOND, WA 98052

97586   0067495-00  S#0013194
LORI K MORTON CUST
NICOLE ASHLEY MORTON
10320 181ST AVE NE
REDMOND, WA 98052

97586   0067496-00  S#0008675
LORI L HAGER CUST
ANDREW C HAGER
2517 BLOMQUIST AVE
WHITE BEAR LAKE, MN 55110

97586   0067497-00  S#0001606
LORI MACHLUS CUST
KELLIE MACHLUS
7 FARMINGTON DR
MARLTON, NJ 08053

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067498-00   S#0001604
LORI MACHLUS CUST
REBECCA MACHLUS
7 FARMINGTON DR
MARLTON, NJ 08053

97586    0067499-00   S#0001892
LORI MERENDINO CUST
CALI MERENDINO
18 BRANDY PL
SPOTSWOOD, NJ 08884

97586    0067500-00   S#0001891
LORI MERENDINO CUST
JESSICA MERENDINO
18 BRANDY PL
SPOTSWOOD, NJ 08884

97586    0067501-00   S#0001890
LORI MERENDINO CUST
NICHOLAS MERENDINO
18 BRANDY PL
SPOTSWOOD, NJ 08884

97586    0067503-00   S#0003749
LORIE GIBSON RICK CUST
JAKE STEVEN RICK
79 RIDGEPORT DR
ROCHESTER, NY 14617

97586    0067504-00   S#0003747
LORIE GIBSON RICK CUST
MAXWELL JOHN RICK
79 RIDGEPORT DR
ROCHESTER, NY 14617

97586    0067505-00   S#0005684
LORING W MCFAIL CUST
FOR MATTHEW B PRICE UTMA/GA
1302 JONES MILL RD
CARTERSVILLE, GA 30120

97586    0067506-00   S#0005685
LORING W MCFAIL CUST
FOR MICHAEL DELISI UTMA/GA
1302 JONES MILL RD
CARTERSVILLE, GA 30120

97586    0067507-00   S#0008517
LORNA GRANRATH CUST
FBO TIMOTHY JOHN NEARY WI/UTMA
4024 S LIPTON AVE
ST FRANCIS, WI 53235

97586    0067508-00   S#0006129
LORNA JEAN LEE &
LEON E SHAL JR
27431 W INDIES DR
RAMROD KEY, FL 33042-5451

97586    0067509-00   S#0013309
LORRAINE C SKAUGHT CUST
BRADLEY JOEL SKAUGHT
1836 N BALTIMORE ST
TACOMA, WA 98406

97586    0067510-00   S#0002714
LORRAINE DAVIS C/F
TARA DAVIS UGMA NY
8801 23RD AVENUE
BROOKLYN, NY 11214

97586    0067511-00   S#0006929
LORRAINE FOSHEE CUST
JOSEPH A FOSHEE
BOX 2936
TUPELO, MS 38803

97586    0067512-00   S#0004936
LORRAINE HUNERS CUST
CARL HUNERS
1312 ROCK CHAPEL RD
HERNDON, VA 22070

97586    0067513-00   S#0010191
LORRAINE L LANSEN
320 UNIVERSITY AVE
WAXAHACHIE, TX 75165-2352

97586    0067514-00   S#0000332
LORRAINE T KOBLANTZ
39 RUSSELL ST
PLYMOUTH, MA 02360-3957

97586    0067515-00   S#0005184
LORRIE A GILBERT
1101 LEMONWOOD DR
HOPEWELL, VA 23860

97586    0000888-00   S#0011099
LOS ANGELES TIMES
PO BOX 60062
LOS ANGELES, CA 90060

97586    0021138-03   S#0002026
LOSEY TEILLON, ANNE
264 LEXINGTON AVE APT 8C
NEW YORK, NY 10016

97586    0021138-02   S#0002350
LOSEY, KATHERINE
102 SEVEN BRIDGES RD
CHAPPAQUA, NY 10514

97586    0067516-00   S#0003301
LOU VALENTI JR
625 BUFFALO AVE
LINDENHURST, NY 11757

97586    0067517-00   S#0011524
LOUIS A HENRY
409 E MYRTLE
GLENDORA, CA 91741

97586    0067518-00   S#0004848
LOUIS BERNSTEIN
731 WASHINGTON STREET
CUMBERLAND, MD 21502

97586    0067519-00   S#0009314
LOUIS BIELAKOWSKI &
CHARLENE S BIELAKOWSKI JT TEN
7722 W FARRAGOT
CHICAGO, IL 60656-1626

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067520-00   S#0001697
LOUIS COSENZA
122 E CRESSE AVE
WILDWOOD CREST, NJ 08260

97586    0067521-00   S#0000829
LOUIS D SWANSON CUST
BLAKE A SWANSON
13 WHIPPOORWILL RD
BETHEL, CT 06801-2722

97586    0067522-00   S#0000830
LOUIS D SWANSON CUST
RYAN R SWANSON
13 WHIPPOORWILL RD
BETHEL, CT 06801-2722

97586    0067523-00   S#0006134
LOUIS DAVID WEINSTEIN
7312 PINEWALK DR S
MARGATE, FL 33063-8104

97586    0067524-00   S#0010572
LOUIS G CHAMALES CUST
GEORGE L CHAMALES
833 DE LEON
EL PASO, TX 79912-4946

97586    0067526-00   S#0010573
LOUIS G CHAMALES CUST
JOHN CLINTON CHAMALES
833 DE LEON
EL PASO, TX 79912-4946

97586    0067528-00   S#0008380
LOUIS HOCKENBERG CUST
BENJAMIN HOCKENBERG U/IA/UTMA
1775 NW 99TH COURT
DES MOINES, IA 50322

97586    0067529-00   S#0005192
LOUIS J IRWIN CUST
NICOLE SPITZER IRWIN
6567 HARMONY LN
ROANOKE, VA 24018-5630

97586    0067530-00   S#0005003
LOUIS M ZICKAR &
LISA G ZICKAR JTTEN
805 ALBANY AVENUE
ALEXANDRIA, VA 22302-3501

97586    0067531-00   S#0002890
LOUIS MARCHESI &
THERESA MARCHESI JTWROS
22-60 79TH STREET
JACKSON HEIGHTS, NY 11370

97586    0067532-00   S#0001683
LOUIS PERRY CUST
CHRISTOPHER PERRY
109 22ND ST
BRIGANTINE, NJ 08203

97586    0067533-00   S#0012465
LOUIS ROESSLER
4790 SCENIC AVE
LIVERMORE, CA 94550-1044

97586    0067534-00   S#0012003
LOUIS S CARIC
216 RD 148
DELANO, CA 93215-9514

97586    0067535-00   S#0010452
LOUIS S RILEY III CUST
CHRIS RILEY
808 CASTLEWOOD
FRIENDSWOOD, TX 77546-4710

97586    0067536-00   S#0009018
LOUIS S SCHUTZ &
JUDEE SCHUTZ JT TEN
3909 W HOWARD ST
SKOKIE, IL 60076

97586    0067537-00   S#0000763
LOUIS SACCO &
BARBARA SACCO JT TEN
25 HIGHVIEW AVE
WEST HAVEN, CT 06516-1021

97586    0067538-00   S#0000762
LOUIS SACCO CUST
KARI LYNN SACCO
25 HIGHVIEW AVE
WEST HAVEN, CT 06516-1021

97586    0067539-00   S#0002830
LOUIS TESTA
29-14 139TH STREET
FLUSHING, NY 11354

97586    0067540-00   S#0003447
LOUISE ALLEN
BOX 538
SHADY, NY 12409

97586    0067541-00   S#0000410
LOUISE B MC GREGOR &
DONALD F MC GREGOR JT TEN
35 SOPHIA DR
WARWICK, RI 02886

97586    0067542-00   S#0000409
LOUISE B MC GREGOR &
SCOTT D MC GREGOR JTTEN
35 SOPHIA DR
WARWICK, RI 02886

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067543-00    S#0000411
LOUISE B MC GREGOR &
SUSAN L MC GREGOR JTTEN
35 SOPHIA DR
WARWICK, RI 02886

97586    0067544-00    S#0013043
LOUISE D HOLTZ CUST
MAXWELL DYLAN HOLTZ
19737 SW 68TH AVE
TUALATIN, OR 97062-9252

97586    0067545-00    S#0005038
LOUISE GALLAGHER CUST
FBO MATTHEW G BABCOCK
1432 MINOR RIDGE COURT
CHARLOTTESVILLE, VA 22901-1630

97586    0067546-00    S#0001079
LOUISE GANTMAN CUST
A/C/F KENNETH GANTMAN
198 GREAT HILLS RD
SOUTH ORANGE, NJ 07079-1117

97586    0067547-00    S#0012992
LOUISE K Y ING CUST DOR
KURT C ZWALD
1080 S BERETANIA ST 504
HONOLULU, HI 96814-1444

97586    0067548-00    S#0000412
LOUISE MCGREGOR
35 SOPHIA DRIVE
WARWICK, RI 02886-0657

97586    0067549-00    S#0008643
LOUISE R MORTENSON &
EUGENE A MORTENSON JT TEN
E1876 NELSON RD
IOLA, WI 54945

97586    0067550-00    S#0003122
LOUISE SABER CUST
LINDSAY B TENDLER
62 CARDINAL DR
EAST HILLS, NY 11576-2716

97586    0067551-00    S#0008376
LOUISE SLACK CUST
JACOB SLACK
606 PORTER AVE
DES MOINES, IA 50315

97586    0067552-00    S#0010356
LOURDES F CORONA
9618 TOP GALLANT CRT
HOUSTON, TX 77065

97586    0067553-00    S#0001274
LOURDES NACHUM C/F
DANIEL NACHUM UTMA NJ
C/O TANIA VAILE
267 CAMBRIDGE RD
HILLSDALE, NJ 07642

97586    0000756-00    S#0001955
LOWE, JOHN
528 E 5TH ST
NEW YORK, NY 10009

97586    0067554-00    S#0009839
LOWELL D CARLSON &
CARMEN M CARLSON
1335 W DAKOTA ST
FREMONT, NE 68025-2004

97586    0067555-00    S#0006270
LOWELL S RICHARD CUST
MATTHEW A RICHARD
8825 NW 75TH COURT
TAMARAC, FL 33321-2422

97586    0067556-00    S#0009753
LOWELL STEWART
652 N 1600 RD
LAWREN, KS 66049

97586    0067557-00    S#0007994
LUANN K SYLVESTER
1189 LANDSEND LN
SALINE, MI 48176

97586    0067558-00    S#0007995
LUANN K SYLVESTER C/F
ROBERT M SYLVESTER UGMA MI
1189 LANDSEND LN
SALINE, MI 48176

97586    0021045-00    S#0003282
LUBRIKOTE INDUSTIAL CORP
PO BOX 407
JERICHO, NY 11753-0407

97586    0000891-00    S#0003280
LUBRIKOTE INDUSTRIAL CORP
PO BOX 407
JERICHO, NY 11753

97586    0000892-00    S#0012587
LUCAS FILM LTD
PO BOX 2009
SAN RAFAEL, CA 94912

97586    0000894-00    S#0010820
LUCE PRESS CLIPPINGS
42 SOUTH CENTER ST
MESA, AZ 85210-1397

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0000893-00  S#0010819<br>LUCE PRESS CLIPPINGS INC<br>42 SOUTH CENTER ST<br>MESA, AZ 85210-1397 | 97586   0067559-00  S#0013634<br>LUCIANO ALFO<br>PASSEGGIATA DI RIPETTA 16<br>ROME ITALY 00186<br>ITALY | 97586   0067560-00  S#0005548<br>LUCILLE A KELLER CUST<br>DAVID A KELLER<br>11 WENTWORTH ST<br>CHARLESTON, SC 29401-1625 |
| 97586   0067561-00  S#0004316<br>LUCILLE DIBONO CUST<br>ROSS JAMES DIBONO II<br>1823 FARRINGTON RD<br>PHILADELPHIA, PA 19151-2003 | 97586   0067562-00  S#0000450<br>LUCILLE E SALYARDS ACF<br>BRIAN S SALYARD U/NH/UTMA<br>79 PURCHASE STREET<br>MANCHESTER, NH 03103-5841 | 97586   0067563-00  S#0010233<br>LUCILLE HAWKINS &<br>WAYNE HAWKINS JTTEN<br>5106 RYAN RD<br>TEXARKANA, TX 75501 |
| 97586   0067564-00  S#0009365<br>LUCILLE JENKINS<br>5032 PARLIMENT PLACE<br>ROCKFORD, IL 61107 | 97586   0067565-00  S#0009725<br>LUCILLE M FULLINGTON<br>RR 1 BOX 75<br>HIGBEE, MO 65257 | 97586   0067566-00  S#0003562<br>LUCILLE S GARLOCK<br>2360 W LAKE RD<br>SKANEATELES, NY 13152-9609 |
| 97586   0067567-00  S#0004005<br>LUCILLE T BARON CUST<br>ADAM LLOYD<br>1224 W MAIN ST<br>EPHRATA, PA 17522 | 97586   0067568-00  S#0001267<br>LUCILLE ZECCARDI CUST<br>PETER ZECCARDI<br>147 PERSHING RD<br>ENGLEWOOD CLIFFS, NJ 07632 | 97586   0067569-00  S#0000420<br>LUCINDA L CORY &<br>JOHN FOX CORY JT TEN<br>91 GLEN AVE<br>CRANSTON, RI 02905 |
| 97586   0067570-00  S#0012261<br>LUCIO PEREZ<br>281 GARDEN SIDE AVE<br>SOUTH SAN FRANCIS, CA 94080 | 97586   0067571-00  S#0005093<br>LUCKY L LAKOSKI<br>323 BARCELONA DR<br>CHESAPEAKE, VA 23320-8014 | 97586   0067572-00  S#0006438<br>LUCY CAMINITI<br>10418 LIGHTNER BRIDGE DR<br>TAMPA, FL 33626 |
| 97586   0067573-00  S#0010601<br>LUCY EDWARDS-MICHAEL CUST<br>CHRISTOPHER EDWARDS<br>8325 E JAMISON CIR N<br>ENGLEWOOD, CO 80112-2751 | 97586   0067574-00  S#0001577<br>LUIGI MARRAFINO CUST<br>PATRICK ONEILL<br>24 VICKSBURG RD<br>LAUREL SPGS, NJ 08021-2835 | 97586   0067575-00  S#0011310<br>LUIS A AGUILAR<br>634 W SIERRA MADRE BLVD APT G<br>SIERRA MADRE, CA 91024 |
| 97586   0067576-00  S#0002745<br>LUIS A TORRES<br>358 SENATOR ST<br>BROOKLYN, NY 11220 | 97586   0067577-00  S#0002596<br>LUIS CAMNITZER &<br>FLORENCE CAMNITZER JT TEN<br>124 SUSQUENHANNA AVE<br>GREAT NECK, NY 11021-3853 | 97586   0067578-00  S#0011861<br>LUIS R RUIZ<br>7412 E WHITE OAK RIDGE<br>ORANGE, CA 92669 |
| 97586   0067579-00  S#0011860<br>LUIS R RUIZ CUST<br>KRISTINA M RUIZ UTMA/ CA<br>7412 EAST WHITE OAK RIDGE<br>ORANGE, CA 92669 | 97586   0067580-00  S#0011862<br>LUIS R RUIZ CUST<br>MICHAEL L RUIZ UTMA/ CA<br>7412 EAST WHITE OAK RIDGE<br>ORANGE, CA 92669 | 97586   0067581-00  S#0000780<br>LUIS RUIZ<br>PO BOX 1354<br>BRIDGEPORT, CT 06601-1354 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067582-00   S#0008656
LUISE M MILLS
P O BOX 160
MARINE-ON-CROIX, MN 55047

97586   0067583-00   S#0000503
LUKE ERWIN
6 WOOD LANE
SCARBOROUGH, ME 04074

97586   0067584-00   S#0012188
LUKE ZANE PERKINS
3463 TAYLOR RD
CARMEL, CA 93923

97586   0067585-00   S#0005171
LULA A WEST
220 WOODLAND RD
HAMPTON, VA 23669-2427

97586   0067586-00   S#0002746
LURETIUS C DUMAGUING
428-56TH ST
BROOKLYN, NY 11220

97586   0067587-00   S#0004465
LUTHER M HEARN CUST
SEAN W HEARN
2009 HWY ONE
DEWEY BEACH, DE 19971-2318

97586   0067588-00   S#0004466
LUTHER MARTIN HEARN CUST
JASON ALVAREZ
2009 HWY 1
DEWEY BEACH, DE 19971-2381

97586   0000897-00   S#0006845
LUTTRELL BELTING & SUPPLY CO
311 BELZ BLVD EAST
MEMPHIS, TN 38109

97586   0067589-00   S#0001147
LUZVISMAN RAAGAS CUST
CAMILLE J CUNANAN
705 SUMMIT AVE
JERSEY CITY, NJ 07360

97586   0067590-00   S#0001551
LYDIA BRIECHLE &
RICHARD E BRIECHLE JTTEN
12 MURRAY BLVD
MURRAY HILL, NJ 07974

97586   0067591-00   S#0011626
LYDIA P ROSSI
3038 E MISSION ROAD
FALLBROOK, CA 92028

97586   0067592-00   S#0012813
LYES BOUSSELOUB
4725 HAZELWOOD AVE
CARMICHAEL, CA 95608

97586   0067593-00   S#0010758
LYLE D MC MILLAN
2954 S BRUSHWOOD BAY
WEST VALLEY CITY, UT 84120

97586   0067594-00   S#0000556
LYN K KOLB CUST
JULIAN H KOPALD
BOX 597
PITTSFIELD, VT 05762

97586   0067595-00   S#0008880
LYNDA C FISHER CUST
CALE T FISHER
1028 SUMMER RIDGE RD
BOZEMAN, MT 59715

97586   0067596-00   S#0008881
LYNDA C FISHER CUST
TYLER K FISHER
1028 SUMMER RIDGE RD
BOZEMAN, MT 59715

97586   0067597-00   S#0009319
LYNDA KARDISH WALSH
3145 N KENMORE
CHICAGO, IL 60657-3304

97586   0067598-00   S#0002232
LYNDA M PREZIOSA CUST
CHRISTINE HONADEL
195 PRESCOTT AVE
STATEN ISLAND, NY 10306

97586   0067599-00   S#0002233
LYNDA M PREZIOSA CUST
LYNDA HONADEL
195 PRESCOTT AVE
STATEN ISLAND, NY 10306

97586   0067600-00   S#0012854
LYNETT S ALEXANDER-NORTH
555 ELM STREET
WOODLAND, CA 95695

97586   0067601-00   S#0008232
LYNETTE A KELLY CUST
MATTHEW A KELLY
1191 N FROST
SAGINAW, MI 48603

97586   0067602-00   S#0005601
LYNLY EHRLICH
119 GADSDEN ST
CHESTER, SC 29706

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067603-00   S#0011848
LYNN ANN REYNOLDS CUST
PATRICK S REYNOLDS
123 AMETHYST AVE
BALBOA ISL, CA 92662

97586   0067604-00   S#0007202
LYNN BISHOP
3998 MAYHEW DR
ZANESVILLE, OH 43701

97586   0067605-00   S#0007201
LYNN BISHOP CUST
MATT BISHOP
3998 MAYHEW DR
ZANESVILLE, OH 43701

97586   0067606-00   S#0013070
LYNN DIANNE MILLER
5326 NE HOYT ST APT C
PORTLAND, OR 97213

97586   0067608-00   S#0000126
LYNN DISCHLER CUST
MAXWELL DISCHLER
MRV
313 STILL RIVER
BOLTON, MA 01740

97586   0067609-00   S#0007200
LYNN E BISHOP CUST
MATTHEW M BISHOP
3998 MAYHEW DR
ZANESVILLE, OH 43701

97586   0067610-00   S#0007216
LYNN E KELLER CUST
HENRY C KELLER
33174 LAKE RD
AVON LAKE, OH 44012-1304

97586   0067611-00   S#0002533
LYNN GOLDMAN CUST
ANDREW LEE GOLDMAN
21 FAWN HILL DR
MONSEY, NY 10952-4404

97586   0067612-00   S#0002534
LYNN GOLDMAN CUST
DANIEL ROBERT GOLDMAN
21 FAWN HILL DR
MONSEY, NY 10952-4404

97586   0067613-00   S#0001072
LYNN GRUBER CUST
A/C/F JONATHAN C GRUBER
31 MOHAWK DR
SHORT HILLS, NJ 07078

97586   0067614-00   S#0005235
LYNN HAYNES
CHRISTOPHER HAYNES
2540 THIRD AVE APT 2
HUNTINGTON, WV 25703

97586   0067615-00   S#0004099
LYNN I BANTA CUST
ANTHONY B COLOSIMO
RFD 3 BOX 3026, POLE 303
HARVEY'S LAKE, PA 18618-9789

97586   0067616-00   S#0011259
LYNN M GONZALES CUST
JERRY E GONZALES JR
15228 PIUMA AVE
NORWALK, CA 90650

97586   0067617-00   S#0009153
LYNN M KUNCE CUST
EDWARD T KUNCE
15532 S SCOTT DR
LOCKPORT, IL 60441

97586   0067618-00   S#0005301
LYNN M SHARPE CUST
JOHN BARRETT SHARPE
779 HOOVER RD
LEXINGTON, NC 27295-6060

97586   0067619-00   S#0008874
LYNN MCDONOUGH CUST
JOHN JOSEPH MCDONOUGH BEEMSTER
700 INDIAN TRAIL
BILLINGS, MT 59105

97586   0067620-00   S#0006041
LYNN SHAIN CUST
TODD SHAIN UTMA FL 21
10122 SO FULTON COURT
ORLANDO, FL 32819

97586   0067621-00   S#0009136
LYNN SUTTON
2042 GROVE
BLUE ISLAND, IL 60406-2663

97586   0067623-00   S#0007181
LYNN W KOSSOW CUST
JOSEPH RICHARD KOSSOW
1216 BIRCH AVE
MAUMEE, OH 43537

97586   0067624-00   S#0003704
LYNNE A NOTARESCHI CUST
JASON M NOTARESCHI
205 W JACKSON ST
PALMYRA, NY 14522

97586   0067625-00   S#0000590
LYNNE A ZEITLER
87 GLADIOLA
NEW BRITAIN, CT 06053-3002

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067626-00   S#0000651
LYNNE ARNOLD CUST
MATTHEW JONATHAN ARNOLD
37 GREENBRIER RD
EAST HARTFORD, CT 06118

97586    0067627-00   S#0008368
LYNNE C NIXON
1110 WESTWOOD DR
MARSHALLTOWN, IA 50158-3860

97586    0067628-00   S#0007817
LYNNE D CARL CUST
ZACHARY DAVID CARL
7329 FLAMINGO
ALGANAC, MI 48001-4133

97586    0067629-00   S#0004757
LYNNE D NORRIS CUST
SETH JACOB NORRIS
2409 WHITE HALL RD
WHITE HALL, MD 21161

97586    0067630-00   S#0013372
LYNNE KOSHIYAMA CUST
ERIN C KOSHIYAMA
4051 EDINBURGH DR
ANCHORAGE, AK 99515

97586    0067631-00   S#0013371
LYNNE KOSHIYAMA CUST
KRISTEN A KOSHIYAMA
4051 EDINBURGH DR
ANCHORAGE, AK 99515

97586    0067632-00   S#0006403
LYNNE MULDOON CUST
KELLY RAE MULDOON
18514 SUNWARD LAKE PL
LUTZ, FL 33549

97586    0067633-00   S#0002290
LYNNE R STONE
227 WOODWARD AVE
STATEN ISLAND, NY 10314-4236

97586    0067634-00   S#0005212
LYNWOOD LBARBOUR CUST
JOHN T BARBOUR VA/UGMA
411 ARLINGTON ROAD
DANVILLE, VA 24541

97586    0020525-00   S#0010134
LYONS PARTNERSHIP LP
ATTN: JOYCE E SLOCUM-VP
830 S GREENVILLE AVE
ALLEN, TX 75002

97586    0067635-00   S#0005745
M CATHERINE VOGEL
244 13TH STREET 311
ATLANTA, GA 30309

97586    0067636-00   S#0004547
M CHASE BRADLEY
5603 POLLARD RD
BETHESDA, MD 20816

97586    0067637-00   S#0011430
M CHRISTINE VALADA &
LEN WEIN JT TEN
6300 JUMILLA AVE
WOODLAND HILLS, CA 91367

97586    0067638-00   S#0011940
M D & C E SACHER TR
12/08/93 MICHEL D &
CAROL SACHER LIVING TRUST
6486 STORK ST
VENTURA, CA 93003

97586    0067639-00   S#0006072
M FRANCES HALL
1340 PAUL ST
MERRITT IS, FL 32953

97586    0067640-00   S#0006313
M GRIECO
1280 SLASH PINE CIRCLE
WEST PALM BEACH, FL 33409

97586    0067641-00   S#0006254
M HAMILTON SMITH CUST
KATHERINE NOVICE SMITH
5990 NE 22ND WAY
FT LAUDERDALE, FL 33308-2623

97586    0067642-00   S#0004023
M LOUISE GREEN CUST
MICHAEL A BALMER U/PA/UGMA
2824 FIDDLERS GREEN RD
LANCASTER, PA 17606

97586    0067643-00   S#0001188
M LOURDES GUERRA
51 BEECH RD
GLEN ROCK, NJ 07452-1501

97586    0067644-00   S#0005095
M MARY CLENDENNING &
G WAYNE CLENDENNING JT TEN
4013 PENNY LANE
CHESAPEAKE, VA 23322

97586    0067645-00   S#0004739
M MICHELE HUBER CUST
DEREK J HUBER
8292 SHILLING RD
PASADENA, MD 21122

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067646-00   S#0002213
M R & J J GILBERT TR UW
S ROSENTHAL
C/O THE BANK OF NY
BOX 11203
NEW YORK, NY 10249

97586   0067647-00   S#0009918
M REMI DEMATTEO &
DEBRA ANDRE DEMATTEO
JT TEN
738 MOSS ST
NEW ORLEANS, LA 70119-4918

97586   0067648-00   S#0001128
MA STELLA D CRUZ
529 THOMPSON AVE
ROSELLE, NJ 07203

97586   0067649-00   S#0001127
MA SYLVIA D CRUZ
529 THOMPSON AVENUE
ROSELLE, NJ 07203

97586   0067650-00   S#0001129
MA SYLVIA D CRUZ SR
529 THOMPSON AVE
ROSELLE, NJ 07203

97586   0067651-00   S#0006187
MABEL MORALES
3885 SW 68TH AVE
MIAMI, FL 33155

97586   0000900-00   S#0004158
MAC TEMPS INC
1 PRESIDENTIAL BLVD STE 204
BALA CYNWYD, PA 19004

97586   0001229-00   S#0002019
MACCHIO, RALPH
10 E 40TH ST
NEW YORK, NY 10016

97586   0021250-00   S#0005897
MACKOUL DISTRIBUTORS INC
A FLORIDA CORPORATION
ATTN: JERRY MACKOUL-PRES
3425 MAIN STREET
JACKSONVILLE, FL 32206

97586   0067652-00   S#0010701
MADALIENNE FRANCES PETERS CUST
FRANK-O PETERS
629 W NORTH ST
ASPEN, CO 81611-1254

97586   0067653-00   S#0010702
MADALIENNE FRANCES PETERS CUST
LAURA MADALIENNE PETERS
629 W NORTH ST
ASPEN, CO 81611-1254

97586   0067654-00   S#0013549
MADELANIE BUTTINGER
286 STOKE DRIVE
KITCHENER, ON N2N 2C1
CANADA

97586   0067655-00   S#0010307
MADELEINE CROZAT-WILLIAMS
4394 FIESTA LANE
HOUSTON, TX 77004-6603

97586   0067656-00   S#0000597
MADELEINE KALUNA CUST
KEOKI KALUNA UGMA/CT
27 SUNRISE DRIVE
VERNON, CT 06066

97586   0067657-00   S#0013492
MADELEINE RENA NORWELL
5 COUNTRY COURT
OAK RIDGES , ON L4E 2N7
CANADA

97586   0067658-00   S#0010148
MADELEINE V WADDELL
814 ROBERTSON RD
GRAND PAIRIE, TX 75050

97586   0067659-00   S#0001255
MADELINE A SICLARI CUST
ACF FRANK J SICLARI
170 COLONIAL RD
EMERSON, NJ 07630-1453

97586   0067660-00   S#0002318
MADELINE QUILES CUST
CHRISTIAN A QUILES
2805 DEWEY AVE APT 7A
BRONX, NY 10465-2823

97586   0067661-00   S#0002319
MADELINE QUILES CUST
KEVIN A QUILES
2805 DEWEY AVE APT 7A
BRONX, NY 10465-2823

97586   0067662-00   S#0001547
MADELINE SHAY CUST
DAVID SHAY
8 COLDWELL AVE
SUMMIT, NJ 07961

97586   0067663-00   S#0001584
MADELYN GIANNAVEI &
FRANK GIANNAVEI
515 THIRD AVE
BELMAWR, NJ 08031

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0067664-00   S#0008438<br>MADELYN M MEYER<br>2332 HWY A<br>BELGIUM, WI 53004 | 97586    0067665-00   S#0004941<br>MADISON E JUDSON<br>11872 SOUTH LAKE COURT<br>RESTON, VA 22091 | 97586    0067666-00   S#0003391<br>MAGDALYN CAPUTO CIAGLO<br>BOX 325<br>3 W THOMAS ST<br>SHELTER ISLAND, NY 11964-0003 |
| 97586    0067667-00   S#0012604<br>MAIA ADAIR CAHILL<br>25 SIDNEY<br>MILL VALLEY, CA 94941-1353 | 97586    0067668-00   S#0012940<br>MAILE KALILIKANE<br>99-241 OHIALOMI PL<br>AIEA, HI 96701 | 97586    0000903-00   S#0002210<br>MAJOR LEAGUE BASEBALL PROP INC<br>245 PARK AVE<br>NEW YORK, NY 10167 |
| 97586    0067669-00   S#0010300<br>MAKAYLA M BARBEE CUST<br>BRANDON BARKER<br>BOX 1364<br>COPPERAS COVE, TX 76522-5364 | 97586    0067670-00   S#0002181<br>MALCOLM COHEN CUST<br>BENJAMIN COHEN<br>531 MAIN ST APT 907<br>NEW YORK, NY 10044 | 97586    0020167-00   S#0011117<br>MALIBU CANYON OFFICE PARTNERS<br>FIELDS & PEARL<br>1875 CENTURY PARK E STE 1400<br>LOS ANGELES, CA 90067-2515 |
| 97586    0067671-00   S#0006795<br>MALINDA W GIBSON CUST<br>DAVID ADAM GIBSON<br>327 PROSPECT RD<br>FAYETTEVILLE, TN 37344 | 97586    0067672-00   S#0012216<br>MALLORY HONDORP-CRAWFORD CUST<br>RYAN KELLY CRAWFORD<br>124 PRINSTON RD<br>MENLO PARK, CA 94025 | 97586    0067673-00   S#0004797<br>MANFRED MEISELES CUST<br>ANDREW D MEISELES<br>3409 LABYRINTH RD<br>BALTIMORE, MD 21215 |
| 97586    0000905-00   S#0002040<br>MANHATTAN PARKING-E 39 ST CORP<br>C/O MANHATTAN PARKING<br>277 PARK AVE<br>NEW YORK, NY 10017 | 97586    0067674-00   S#0006885<br>MANPING HUANG LEE<br>4416 BUNKER HILL DR<br>MEMPHIS, TN 38125 | 97586    0067675-00   S#0012518<br>MANUEL D CARREON JR<br>124 ARAPAHO CIRCLE<br>SAN RAMON, CA 94583 |
| 97586    0067676-00   S#0010886<br>MANUEL DOMINGUEZ JR<br>2808 CINNEBAR CIRCLE<br>SAFFORD, AZ 85546 | 97586    0067677-00   S#0004173<br>MAOMI M DRUCKMAN CUST<br>DANIEL LEE TANNEBAUM<br>204 BARCLAY CIRCLE<br>CHELTENHAM, PA 19012 | 97586    0067678-00   S#0008058<br>MARC AW SMITH  &<br>LAIRD W SMITH  JT TEN<br>13711 VERNON<br>OAK PARK, MI 48237 |
| 97586    0067679-00   S#0012182<br>MARC BORDONARO CUST<br>WILLIAM BORDONARO<br>281 SAN BENANCIO RD<br>SALINAS, CA 93908 | 97586    0067680-00   S#0003257<br>MARC BRENNER<br>3 GERRY LANE<br>LLOYD NECK, NY 11743 | 97586    0067681-00   S#0003259<br>MARC BRENNER CUST<br>ARI BLINDER<br>3 JERRY LANE<br>LLOYD NECK, NY 11743 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067682-00   S#0003255
MARC BRENNER CUST
ETHAN BLINDER
3 JERRY LANE
LLOYD NECK, NY 11743

97586   0067683-00   S#0003258
MARC BRENNER CUST
JASON BLINDER
3 JERRY LANE
LLOYD NECK, NY 11743

97586   0067684-00   S#0003256
MARC BRENNER CUST
JEREMY LEVENTHAL
3 JERRY LANE
LLOYD NECK, NY 11743

97586   0067685-00   S#0005586
MARC CROCKER JR
103 CEDAR CT
GREENVILLE, SC 29607

97586   0067686-00   S#0008409
MARC D KIRKLAND
1929 B AVE
CEDAR RAPIDS, IA 52402

97586   0067687-00   S#0012087
MARC D WIDELOCK CUST
JORDAN N WIDELOCK
1113 CALLE EXTRANO
BAKERSFIELD, CA 93309

97586   0067688-00   S#0011975
MARC DELLINS
2425 PARK MEADOW COURT
SIMI VALLEY, CA 93065

97586   0067689-00   S#0002966
MARC E ELLIS &
GARDY ELLIS JTTEN
146-27 223RD ST
JAMAICA, NY 11413-3838

97586   0067690-00   S#0002634
MARC GEOFFREY GUGGENHEIM
18 MARLIN LANE
PORT WASHINGTON, NY 11050

97586   0067691-00   S#0011976
MARC J DELLINS
24R25 PARK MEADOW COURT
SIMI VALLEY, CA 93065

97586   0067692-00   S#0009084
MARC JACOBS CUST
JACKSON JACOBS
792 HIGHVIEW
GLEN ELLYN, IL 60137

97586   0067693-00   S#0007937
MARC MEDRICH
5270 GEDDES
ANN ARBOR, MI 48105-9516

97586   0067694-00   S#0002567
MARC MINKER CUST
JACKLYN ELISABETH MINKER
16 SLOANE CT
STONY POINT, NY 10980-3120

97586   0067695-00   S#0011007
MARC PICKER ATTY &
LARRI A PICKER JT TEN
BOX 3344
RENO, NV 89505-3344

97586   0067696-00   S#0006089
MARC S MACAULAY
1115 SCARLET OAK ST
HOLLYWOOD, FL 33019

97586   0067697-00   S#0008846
MARC SCHMITZ CUST
KORTNEY J SCHMITZ
1008 FAIRWAY DR
PIERRE, SD 57501-5730

97586   0067698-00   S#0011670
MARC STEIN
3041 N 38TH ST
SAN DIEGO, CA 92105-4002

97586   0067699-00   S#0003532
MARC W KUTIK
5320 CHRISTIAN DRIVE
CAZENOVIA, NY 13035-9337

97586   0067700-00   S#0011363
MARC WINTERS TR OF THE
MARC WINTERS PROFIT SHARING
PLAN U/A DTD 6-20-90
10901 WINNETKA
CHATSWORTH, CA 91311

97586   0067701-00   S#0013439
MARC-ANDRE TURCOTTE
13500 DU GLORIEUX
NEUFCHATEL, QC G2A 3V2
CANADA

97586   0067702-00   S#0000330
MARCEL D RICHARD &
EDITH A RICHARD JT TEN
33 SMITH ST
MIDDLEBORO, MA 02346

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067703-00  S#0001499
MARCELLA L BELL CUST
BRIAN A MISHER
5 KNOLLWOOD TERRACE
RANDOLPH, NJ 07869-3013

97586   0067704-00  S#0011507
MARCELLA THORNHILL
BOX 893
CHINO, CA 91708-0893

97586   0067705-00  S#0010122
MARCIA ALLEN
8312 S QUEBEC AVE
TULSA, OK 74137

97586   0067706-00  S#0003131
MARCIA BLANK CUST
JOSHUA T BLANK
46 BARBERRY LANE
ROSLYN HEIGHTS, NY 11577-1502

97586   0067707-00  S#0001323
MARCIA GUZA CUST
PETER GUZA
21 SPRUCE DR
FAIR HAVEN, NJ 07704

97586   0067708-00  S#0006108
MARCIA HOFFMAN CUST
FBO AVERY MARON
4350 PLAYER ST
HOLLYWOOD, FL 33021-2425

97586   0067709-00  S#0006617
MARCIA JANE COCKRELL
2222 PINK GRAPEFRUIT TRAIL
CLERMONT, FL 34711

97586   0067710-00  S#0002365
MARCIA MARKOWICZ CUST
PAUL MARKOWICZ UGMA/NY
48 JOYCE ROAD
HARTSDALE, NY 10530

97586   0067711-00  S#0001601
MARCIA STERNIN &
WALTER STERNIN JT TEN
23 COVENTRY HOUSE
MAPLE SHADE, NJ 08052

97586   0067712-00  S#0001566
MARCIA TITUS CUST
BENJAMIN H TITUS
13 BLACKLATCH LANE
CHERRY HILL, NJ 08003

97586   0067713-00  S#0008754
MARCIE MURRAY CUST
JORDAN MURRAY UGMA MIN
2837 OTTAWA AVE S
ST LOUIS PARK, MN 55416

97586   0000416-00  S#0004393
MARCINIZYN, DIANNE
1D5 CATANO DRIVE APT D
NEWARK, DE 19702

97586   0067714-00  S#0005990
MARCO J SANTORO
705 IRONWOOD CT
WINTER SPRINGS, FL 32708

97586   0067715-00  S#0010570
MARCO LATERZA CUST FBO
MATTHEW E LATERZA
7808 BIG BEND
EL PASO, TX 79904

97586   0067716-00  S#0012877
MARCUS BRUCE WIGGINS
1033 64TH ST
SACRAMENTO, CA 95819

97586   0067717-00  S#0011320
MARCUS S WEAKLEY
3680 FAIRMEAD RD
PASADENA, CA 91107

97586   0021197-00  S#0002118
MARDEN, SCOTT C
271 CENTRAL PARK WEST #8W
NEW YORK, NY 10024

97586   0067718-00  S#0003412
MARGARET A BOOTH CUST
MEGAN SMITH
TWO OLD ENGLISH RD
SLINGERLANDO
ALBANY, NY 12159

97586   0067719-00  S#0009200
MARGARET A BURTON &
GARY V BURTON JT TEN
473 KIRKWOOD COVE
BURR RIDGE, IL 60521-6391

97586   0067720-00  S#0009193
MARGARET A BURTON CUST
DAVID BURTON U/IL/UTMA
473 KIRKWOOD COVE
BURR RIDGE, IL 60521

97586   0067721-00  S#0009191
MARGARET A BURTON CUST
JAY ERIC BURTON U/IL/UTMA
473 KIRKWOOD COVE
BURR RIDGE, IL 60521

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067722-00   S#0013354
MARGARET A PANISKO CUST
ELLEN A PANISKO
901 BOMBING RANGE RD
WEST RICHLAND, WA 99353-7714

97586   0067723-00   S#0013355
MARGARET A PANISKO CUST
MARK E PANISKO
901 BOMBING RANGE RD
WEST RICHLAND, WA 99353-7714

97586   0067724-00   S#0001089
MARGARET A RIANO CUST
SEAN T LINDERT
7 SUNRISE WAY
TOWACO, NJ 07082

97586   0067729-00   S#0003186
MARGARET BOOTH CUST
COLIN SMYTH UGMA NY
2115 SKIPPER CT
BELLMORE, NY 11710

97586   0067726-00   S#0003189
MARGARET BOOTH CUST
DAVID COMINSKY
21-15 SKIPPER CT
BELLMORE, NY 11710

97586   0067730-00   S#0003199
MARGARET BOOTH CUST
DAVID COMINSKY UGMA NY
2115 SKIPPER CT
BELLMORE, NY 11710-3011

97586   0067727-00   S#0003187
MARGARET BOOTH CUST
FRANCIS VECCHIONE
21-15 SKIPPER CT
BELLMORE, NY 11710

97586   0067725-00   S#0003306
MARGARET BOOTH CUST
KEVIN COMINSKY
166 BREWSTER RD
MASSAPEQUA, NY 11758

97586   0067728-00   S#0003188
MARGARET BOOTH CUST
MEGAN SMYTH
21-15 SKIPPER CT
BELLMORE, NY 11710

97586   0067731-00   S#0007224
MARGARET BRILLER CUST
WILLIAM D BRILLER
354 ADRIAN DR
BEREA, OH 44017

97586   0067732-00   S#0001653
MARGARET BYRNE &
PETER BYRNE
15 REDWOOD LANE
L E H TOWNSHIP, NJ 08087

97586   0067733-00   S#0011295
MARGARET C STRAUPE
2545 WASHINGTON ST
LONG BEACH, CA 90810-1538

97586   0067734-00   S#0002579
MARGARET CAMPBELL CUST
CLIFF CAMPBELL
64 PANSY AVE
FLORAL PARK, NY 11001

97586   0067735-00   S#0004385
MARGARET E BURNS
2024 LINCOLN CT
WYOMISSING, PA 19610

97586   0067736-00   S#0013013
MARGARET E CW CHOY
2376 LILOA RISE
HONOLULU, HI 96822

97586   0067738-00   S#0010859
MARGARET F ARREDONDO CUST
JACOB EDWARD ARREDONDO
1109 E CAMPUS
TEMPE, AZ 85282

97586   0067739-00   S#0010860
MARGARET F ARREDONDO CUST
JANA ROCHELLE ARREDONDO
1109 E CAMPUS
TEMPE, AZ 85282

97586   0067737-00   S#0010858
MARGARET F ARREDONDO CUST
RICHARD CASEY ARREDONDO
1109 E CAMPUS
TEMPE, AZ 85281

97586   0067740-00   S#0003564
MARGARET F MC COMB CUST
J PETER MC COMB
6803 VAN BUREN RD
WARNERS, NY 13164

97586   0067741-00   S#0006316
MARGARET G RAND TTEE
MARGARET G RAND TRUST
1329 WESTSIDE WAY
ROYAL PALM BEACH, FL 33411

97586   0067742-00   S#0009281
MARGARET H DONOHOE &
4AE C OCONNOR JT TEN
6129 S KEDVALE
CHICAGO, IL 60629

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067743-00   S#0003195
MARGARET HESS CUST
DANIEL HESS
2756 WALLACE AVE
NORTH BELLMORE, NY 11710

97586    0067744-00   S#0003193
MARGARET HESS CUST
MICHAEL HESS
2756 WALLACE AVE
NORTH BELLMORE, NY 11710

97586    0067745-00   S#0003194
MARGARET HESS CUST
NICHOLAS HESS
2756 WALLACE AVE
NORTH BELLMORE, NY 11710

97586    0067746-00   S#0010451
MARGARET J SKINNER
606 LINKWOOD
FRIENDSWOOD, TX 77546-4530

97586    0067747-00   S#0012831
MARGARET KUGLER CUST
MATTHEW C KUGLER
102 EZLOFF COURT
FOLSON, CA 95630

97586    0067748-00   S#0012830
MARGARET KUGLER CUST
TODD M KUGLER
102 EZLOFF COURT
FOLSON, CA 95630

97586    0067749-00   S#0000300
MARGARET M DUNN
17 TREMONT ST
STONEHAM, MA 02180-1273

97586    0067750-00   S#0003016
MARGARET M SCHMITT
1032 THOMAS AVE 7
BALDWIN, NY 11510-4156

97586    0067751-00   S#0006896
MARGARET M WEINBERG CUST
STEPHEN E WEINBERG
1842 ELMHURST DR
GERMANTOWN, TN 38138

97586    0067752-00   S#0013337
MARGARET MAC GAVIN CUST
DERRICK CASE
2808 WEST LINCOLN AVE
YAKIMA, WA 98902

97586    0067753-00   S#0013209
MARGARET MARTING CUST
CAROLINE B MARTING
3530 BURKE AVE N
SEATTLE, WA 98103

97586    0067754-00   S#0000413
MARGARET O'BRIEN GALLOGLY
31 BOURBON PL
WARWICK, RI 02888

97586    0067755-00   S#0000416
MARGARET O'CONNOR CUST
JEREMIAH O'CONNOR
7 LANEWAY COURT
NARRAGANSETT, RI 02903

97586    0067756-00   S#0012928
MARGARET QUINTANA CUST
RONALD QUINTANA
161 JUSTIN WAY
REDDING, CA 96003-7503

97586    0067757-00   S#0002212
MARGARET R  & JOHN J GILBERT
SAMUEL ROSENTHAL
C/O THE BANK OF NY
BOX 11203
NEW YORK, NY 10249

97586    0067758-00   S#0008883
MARGARET R HEATH
1601 JACKSON DR
MISSOULA, MT 59802

97586    0067759-00   S#0008915
MARGARET R STOPKA &
BRUCE S STOPKA JTTEN
1428 CARLISLE DR
BARRINGTON, IL 60010

97586    0067760-00   S#0009205
MARGARET RUDY CUST
JAMES A RUDY JR UTMA IL/21
610 WAIOLA
LAGRANGE PK, IL 60525

97586    0067761-00   S#0009204
MARGARET RUDY CUST
SEAN C RUDY
610 WAIOLA
LAGRANGE PK, IL 60525

97586    0067762-00   S#0004583
MARGARET SCHWARTZ CUST
MICHAEL JASON SCHWARTZ
15500 WHITE WILLOW LANE
ROCKVILLE, MD 20853

97586    0067763-00   S#0001756
MARGARET SMITH CUST
BRANDSON S SMITH
621 KENMORE RD
BRICKTOWN, NJ 08723-6324

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067764-00   S#0008057
MARGARET TITTYUNG CUST
GEOFFREY TITTYUNG
24050 RENSSELAER
OAK PARK, MI 48237

97586    0067765-00   S#0013158
MARGARETT D PETERSON
1287 SW 300TH PL
FEDERAL WAY, WA 98023-3412

97586    0067766-00   S#0011252
MARGARITA MCCOY CUST
MICHAEL WILLIAM MCCOY
UT/CA/UGTMA
1625 KASHLAN RD
LA HABRA HEIGHTS, CA 90631

97586    0067767-00   S#0004935
MARGERY M SHAPIRA CUST
ADAM M SHAPIRA
1109 IRON RIDGE COURT
HERNDON, VA 22070

97586    0067768-00   S#0011025
MARGIE LISH CUST
BRIAN LISH
6350 FAIRHAVEN PL
RENO, NV 89523-1226

97586    0067769-00   S#0010921
MARGO B BRAMAN
180 BROKEN ARROW WAY S
SEDONA, AZ 86351-8998

97586    0067770-00   S#0008114
MARGO GOODMAN CUST
ERIC GOODMAN
MARGO GOODMAN
4166 SOUTHMOORE LANE
WEST BLOOMFIELD, MI 48323-3127

97586    0067771-00   S#0012984
MARGOLEE P MAR
1604 HOOLEHUA STREET
PEARL, HI 96782

97586    0067772-00   S#0012401
MARGUERITE M MCCARTNEY CUST
JUSTIN TIETJEN
1766 RISDON RD
CONCORD, CA 94518

97586    0067773-00   S#0004625
MARI BLANKENSHIP CUST
KEVIN JOSEPH BLANKENSHIP
452 GIRARD ST 304
GAITHERSBURG, MD 20877

97586    0067774-00   S#0008925
MARI KRASNEY CUST
KEVIN KRASNEY
675 APPLETREE LANE
DEERFIELD, IL 60015

97586    0067775-00   S#0002166
MARI LIGOTTI &
TOMMASO LIGOTTI JT TEN
338 WEST 47TH STREET
APT 3-C
NEW YORK, NY 10036

97586    0067776-00   S#0003980
MARIA ANASTASIOU CUST
NICK K ANASTASIOU
4729 BERKLEY ST
HARRISBURG, PA 17109-4502

97586    0067777-00   S#0013412
MARIA BUSSMAN IN TRUST FOR
ALEX BUSSMAN
81 HARDRIAM DRIVE
ETOBICOKE, ON
CANADA

97586    0067778-00   S#0012566
MARIA CECELIA LOPEZ
230 BUENA VISTA AVE
PT RICHMOND, CA 94801-4027

97586    0067779-00   S#0003548
MARIA F MEZZO CUST
ALAN MANDARINO
121 COLONY PK DR
LIVERPOOL, NY 13088-5407

97586    0067780-00   S#0003736
MARIA GRACE SIMONE &
ANTHONY SIMONE
75 GRANADA CIRCLE
ROCHESTER, NY 14609-1954

97586    0067781-00   S#0012718
MARIA J LEAL CUST
BRIAN LEAL
2585 GLEN FALL COURT
SAN JOSE, CA 95148

97586    0067782-00   S#0012717
MARIA J LEAL CUST
PAUL LEAL
2585 GLEN FALL COURT
SAN JOSE, CA 95148

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067783-00   S#0001158<br>MARIA L DEFELICE &<br>PETER J DEFELICE<br>C/O PETALS FLORIST<br>278 RTE 23<br>FRANKLIN, NJ 07416 | 97586   0067784-00   S#0011576<br>MARIA L LALAS<br>1943 KENT STREET<br>CHULA VISTA, CA 91913 | 97586   0067785-00   S#0001278<br>MARIA LOPICCOLO &<br>GIOVAN B LOPICCOLO<br>12 BRIARCLIFF RD<br>HILLSDALE, NJ 07642-1302 |
| 97586   0067786-00   S#0002223<br>MARIA PULEO CUST<br>MICHAEL PULEO<br>134 ROME AVE<br>STATEN ISLAND, NY 10304 | 97586   0067787-00   S#0010317<br>MARIA ROSENFIELD CUST<br>DYLAN MILTON ROSENFIELD<br>3382 DEL MONTE<br>HOUSTON, TX 77019 | 97586   0067788-00   S#0009052<br>MARIA SCHNAPER CUST<br>MICHAEL SCHNAPER<br>3116 NINA AVE<br>WILMETTE, IL 60091-2941 |
| 97586   0067789-00   S#0002659<br>MARIA WASYLENIUK<br>35-09 BROADWAY<br>ASTORIA, NY 11106-1113 | 97586   0067790-00   S#0008133<br>MARIAN OUELLETTE CUST<br>THOMAS M OUELLETTE<br>35569 SPRINGVALE<br>FARMINGTON HILLS, MI 48334 | 97586   0067791-00   S#0008851<br>MARIAN R JOHNSON CUST<br>MATTHEW DEAN JOHNSON<br>BOX 514<br>HILL CITY, SD 57745 |
| 97586   0067792-00   S#0008850<br>MARIAN R JOHNSON CUST<br>TRICIA DIANE JOHNSON<br>BOX 514<br>HILL CITY, SD 57745 | 97586   0067793-00   S#0012362<br>MARIAN SCHEUER SOFAER CUST<br>HELEN ROSE SOFAER<br>1200 BRYANT ST<br>PALO ALTO, CA 94301-2716 | 97586   0067794-00   S#0000876<br>MARIANN COHEN<br>2 HADIK PKWY UNIT C-2<br>NORWALK, CT 06854-3442 |
| 97586   0067795-00   S#0011050<br>MARIANNE GREEN<br>11734 WILSHIRE BLVD 708<br>LOS ANGELES, CA 90025-6451 | 97586   0067797-00   S#0005650<br>MARIANNE MCKENNEY CUST<br>CAITLIN ANDRA MCKENNEY<br>2436 SPRING LAKE DR<br>MARIETTA, GA 30062-2536 | 97586   0067796-00   S#0005648<br>MARIANNE MCKENNEY CUST<br>MARGARET AVERY MCKENNEY<br>2436 SPRING LAKE DR<br>MARIETTA, GA 30062 |
| 97586   0067798-00   S#0010177<br>MARIANNE NAGY CUST<br>ALYSSA NAGY<br>2608 WAKEFIELD<br>PLANO, TX 75093 | 97586   0067799-00   S#0010178<br>MARIANNE NAGY CUST<br>ASHTON PHILIP NAGY<br>2608 WAKEFIELD<br>PLANO, TX 75093 | 97586   0067800-00   S#0002470<br>MARIANNE ROSNER KLIMCHUK CUST<br>AARON HUNTER KLIMCHUK<br>23 ROSEDALE AVE<br>WHITE PLAINS, NY 10605-4810 |
| 97586   0067801-00   S#0002287<br>MARIANNE SEDUTTO CUST<br>WILLIAM SEDUTTO<br>103 BENEDICT AVE<br>STATEN ISLAND, NY 10314 | 97586   0067802-00   S#0002500<br>MARIE A MANDARANO<br>995 WEAVER ST<br>NEW ROCHELLE, NY 10804-1925 | 97586   0067807-00   S#0008804<br>MARIE A STEHR CUST<br>ANDREW RALPH STEHR<br>1706 28TH ST NW<br>ROCHESTER, MN 55901-3208 |

Debtor:                Mafco Litigation Trust
Description:           Notice/Motion
Mailing Number:        0807A
Notices Mailed By:     08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067803-00  S#0012642<br>MARIE BERGSTROM CUST<br>TODD BERGSTROM<br>10631 STOKES AVE<br>CUPERTINO, CA 95014-1236 | 97586   0067804-00  S#0004157<br>MARIE C ANDERSON<br>C/O MARIE C DERING POWER OF<br>POWER OF ATTORNEY<br>453 RENDREW AVE<br>AMBLER, PA 19002-5816 | 97586   0067805-00  S#0001835<br>MARIE D'ALBERO CUST<br>ANTHONY V D'ALBERO<br>RD 1 ENGLISHTOWN RD<br>JAMESBURG, NJ 08831 |
| 97586   0067806-00  S#0010700<br>MARIE DAVIS-SHOPE CUST<br>FOR GENEVIEVE SHOPE<br>3560 G RD<br>PALISADE, CO 81526 | 97586   0067808-00  S#0011692<br>MARIE HEACOCK<br>5565 NOAH WAY<br>SAN DIEGO, CA 92117-1335 | 97586   0067809-00  S#0003421<br>MARIE HIEMEL CUST<br>CHRISTOPHER DOWD<br>500 16TH ST APT 219<br>WATERVLIET, NY 12189 |
| 97586   0067810-00  S#0000665<br>MARIE I FEINBERG CUST<br>MICHAEL JAMES FEINBERG<br>849 CHESTERFIELD RD<br>OAKDALE, CT 06370 | 97586   0067811-00  S#0001956<br>MARIE JAVINS<br>212 AVE B #9<br>NEW YORK, NY 10009 | 97586   0067812-00  S#0004189<br>MARIE L BEGLEY &<br>MARY R TOWEY<br>3200 TOWNSHIPLINE RD APT 120W<br>DREXEL HILL, PA 19026-1940 |
| 97586   0067813-00  S#0000956<br>MARIE LITTMAN<br>47 LEWIS ST<br>CRANFORD, NJ 07016 | 97586   0067814-00  S#0001470<br>MARIE O'HARE<br>6 LOIS COURT<br>HACKETTSTOWN, NJ 07840 | 97586   0067815-00  S#0003275<br>MARIE RAGONE<br>2 WESTBOURNE LN<br>MELVILLE, NY 11747-3305 |
| 97586   0067816-00  S#0005229<br>MARIETTA WILEY CUST<br>CHRISTOPHER GLEN WILEY<br>113 GREEN ACRES<br>HURRICANE, WV 25526 | 97586   0067817-00  S#0010035<br>MARILYN BECRAFT &<br>JEAN BASHAM JT TEN<br>5715 TENNESSEE RIDGE RD<br>FORT SMITH, AR 72916 | 97586   0067818-00  S#0010028<br>MARILYN BECRAFT CUST<br>DOUGLAS MARTINDALE<br>5715 TENNESSEE RIDGE RD<br>FORT SMITH, AR 72901 |
| 97586   0067819-00  S#0004273<br>MARILYN CASSIS CUST<br>NOAH CASSIS<br>7951 MONTGOMERY AVE<br>ELKINS PARK, PA 19117 | 97586   0067820-00  S#0006101<br>MARILYN D BERSON CUST<br>DAVID GOLDBERG<br>3620 N 33RD TER<br>HOLLYWOOD, FL 33021 | 97586   0067821-00  S#0001757<br>MARILYN E WILLIAMSON CUST<br>ROBERT M WILLIAMSON<br>214 KNOLL CREST AVE<br>BRICK, NJ 08723-7563 |
| 97586   0067822-00  S#0002227<br>MARILYN G RUSSO CUST<br>DANIEL M RUSSO<br>49 HARBOR VIEW PL<br>STATEN ISLAND, NY 10305-3909 | 97586   0067823-00  S#0011315<br>MARILYN GRUNZWEIG CUST<br>HENRY DAVID GRUNZWEIG<br>1535 LANCASHIRE PL<br>PASADENA, CA 91103 | 97586   0067824-00  S#0003899<br>MARILYN M DAVIS<br>206 DERRY RD<br>DERRY, PA 15627 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0067825-00  S#0003900<br>MARILYN M DAVIS CUST<br>MATTHEW D DAVIS<br>206 DERRY RD<br>DERRY, PA 15627 | 97586    0067826-00  S#0008135<br>MARILYN SCHELBERG CUST<br>DAVID W SCHELBERG<br>31937 OLDE FRANKLIN DR<br>FARMINGTON HILLS, MI 48334-1731 | 97586    0067827-00  S#0010704<br>MARILYN THOMPSON<br>334 EAST 10TH ST<br>RIFLE, CO 81650 |
| 97586    0067828-00  S#0012973<br>MARILYNN ITO WON CUST<br>CHELSIE K WON HI/UTMA<br>45-345 NAMOKU ST<br>KANEOHE, HI 96744 | 97586    0067829-00  S#0012972<br>MARILYNN ITO WON CUST<br>DARSI H K WON HI/UTMA<br>45-345 NAMOKU ST<br>KANEOHE, HI 96744 | 97586    0067830-00  S#0008083<br>MARILYNN JANIAK CUST<br>MATTHEW SCOTT JANIAK<br>38775 CENTURY DR<br>STERLING HEIGHTS, MI 48310 |
| 97586    0067832-00  S#0006422<br>MARIO G RIVERA JR CUST<br>MARIO G RIVERA III<br>4747 W WATERS AVE APT 1804<br>TAMPA, FL 33614 | 97586    0067833-00  S#0001130<br>MARIO GUARRIELLO<br>273 E WESTFIELD AVE<br>ROZELLE PARK, NJ 07204 | 97586    0067834-00  S#0005459<br>MARIO J UMBELINA<br>6870 KIZER DR<br>FAYETTEVILLE, NC 28314-5428 |
| 97586    0067835-00  S#0012354<br>MARION DE GIROLAMO CUST<br>LISA DE GIROLAMO<br>631 HAMILTON ST<br>SAN FRANCISCO, CA 94134-1812 | 97586    0067836-00  S#0004607<br>MARION LERNER CUST<br>TODD EVAN LERNER<br>17217 LAROSA DR<br>ROCKVILLE, MD 20855 | 97586    0067837-00  S#0012361<br>MARION SCHEUER SOFAER CUST<br>MICHAEL JONAS SOFAER<br>972 HAMILTON AVE<br>PALO ALTO, CA 94301-2212 |
| 97586    0067838-00  S#0005531<br>MARION SPROTT<br>206 BRATTON ST<br>WINNSBORO, SC 29180 | 97586    0067839-00  S#0001914<br>MARIS VEIDEMANIS &<br>GAIL DOBISH JT TEN<br>250 W 27TH ST APT 5A<br>NEW YORK, NY 10001 | 97586    0067840-00  S#0003396<br>MARISA REED CUST<br>JASON REED<br>6 PARTRIDGE LANE<br>COHOES, NY 12047 |
| 97586    0067841-00  S#0001012<br>MARISSA CONNELLY<br>5 SPRUCE LANE<br>VERONA, NJ 07044 | 97586    0067842-00  S#0002460<br>MARISSA PANIGROSSO<br>500 HIGH CLIFF LANE<br>TARRYTOWN, NY 10591 | 97586    0067843-00  S#0005053<br>MARITA JOHNSON WINKS CUST<br>M ALEXANDER WINKS UTMA/VA<br>9060 WINTERHAM PT<br>MECHANICSVILLE, VA 23116 |
| 97586    0067844-00  S#0008573<br>MARJORIE A FONTANA<br>157 JUDD ST<br>MADISON, WI 53714 | 97586    0067845-00  S#0007142<br>MARJORIE A MILLER<br>5733 N HIGH ST<br>WORTHINGTON, OH 43085 | 97586    0067846-00  S#0004834<br>MARJORIE B STITZ CUST<br>TOBY M SLUSS UNDER THE MD UTMA<br>7912 HILLTOP AVE<br>BALTIMORE, MD 21236-3808 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0067847-00    S#0007944
MARJORIE E MILLER &
JEFFREY MCELDERY &
REBECCA L MCELDERY
215 W SUMMIT
CHELSA, MI 48118-1243

97586    0067848-00    S#0011239
MARJORIE GONZALEZ CUST
MICHAEL GONZALEZ
9512 GUNN AVE
WHITTIER, CA 90605

97586    0067849-00    S#0004832
MARJORIE S STITZ CUST
TOBY M SLUSS UTMA MD
7912 HILLTOP AVE
BALTIMORE, MD 21236

97586    0067850-00    S#0004665
MARJORIE TAYLOR CUST
DAMON TAYLOR
1404 DALE DR
SILVER SPRING, MD 20910-1501

97586    0067851-00    S#0011836
MARK A DISMAN CUST FBO
AARON J DISMAN
937 EMERALD BAY
LAGUNA BEACH, CA 92651-1260

97586    0067852-00    S#0007358
MARK A FORSYTH
27127 SCHADY RD
OLMSTED TOWNSHIP, OH 44138

97586    0067853-00    S#0004027
MARK A HUFFMAN
206 TULE ST
MONTOURSVILLE, PA 17754

97586    0067854-00    S#0010166
MARK A JOHNSON
1518 TIMBER EDGE
MCKINNEY, TX 75070

97586    0067855-00    S#0003956
MARK A KINCAID
48 WALN ST
WELLSBORO, PA 16901

97586    0067856-00    S#0007746
MARK A KIRKENDALL
3504 ALTO RD W
KOKOMO, IN 46902

97586    0067857-00    S#0008403
MARK A MCCORMACK CUST
COLIN R MCCORMACK
414 D AVE
ATKINS, IA 52206-9707

97586    0067858-00    S#0008581
MARK A MUSSER
1234 N WESTFIELD RD
MADISON, WI 53717-1040

97586    0067859-00    S#0009251
MARK A NEWMAN &
JANET L NEWMAN JT TEN
132 E DELAWARE PL
CHICAGO, IL 60611

97586    0067860-00    S#0005878
MARK A PARI &
MICHELLE M PARI JT TEN
569 MOONPENNY CIRCLE
PORT ORANGE, FL 32127-4801

97586    0067861-00    S#0003886
MARK A PECCON
2 SPRINGER AVE
UNIONTOWN, PA 15401

97586    0067862-00    S#0002439
MARK A SMILEY
2 LEON CLOSE
SCARSDALE, NY 10583

97586    0067863-00    S#0012340
MARK A TEGLAND
C/F ROBERT S TEGLAND
270 VALDEZ AVE
SAN FRANCISCO, CA 94127

97586    0067864-00    S#0007414
MARK A WALKER
4810 WHYEM DR
AKRON, OH 44319-4469

97586    0067865-00    S#0003943
MARK A WYNN
BOX 3264
ALTOONA, PA 16603-3264

97586    0067866-00    S#0003294
MARK A ZIROGIANNIS
46 HAWK LANE
LEVITTOWN, NY 11756

97586    0067867-00    S#0012858
MARK ALBERT
4900 EIGHT MILE RD
CAMINO, CA 95709

97586    0067868-00    S#0008252
MARK ALLEN HIGDON
302 STATE ST
EATON RAPIDS, MI 48827

97586    0067869-00    S#0003419
MARK ANIGIAN
600 25TH ST
WATERVLIET, NY 12189

97586    0067870-00    S#0000054
MARK AXLER
77 OAKWOOD DR
LONGMEADOW, MA 01106-2525

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0067871-00   S#0011270
MARK B AVIS
6113 COLDBROOK AVE
LAKEWOOD, CA 90713-1027

97586    0067872-00   S#0008679
MARK BASTOM
53 15TH SW
NEW BRIGHTON, MN 55112

97586    0067873-00   S#0005441
MARK BRANDON SMITH
1701 RUNNINGBROOK RD
CHARLOTTE, NC 28214

97586    0067874-00   S#0006734
MARK BREGANTE
C/O PETER MARCUM
5007 FOUNTAINHEAD DR
BRENTWOOD, TN 37027

97586    0067875-00   S#0004461
MARK BRITTINGHAM CUST
CHASE M BRITTINGHAM
1411 S FARMVIEW DR
DOVER, DE 19904

97586    0067876-00   S#0007367
MARK C LAFFERTY
& KELLY A LAFFERTY JTTEN
24714 DUNDEE DRIVE
RICHMOND HTS, OH 44143

97586    0067877-00   S#0008332
MARK C MALEWITZ CUST
DAVID J MALEWITZ
4183 SAND CREEK DR NW
GRAND RAPIDS, MI 49504

97586    0067878-00   S#0007553
MARK C SWENSKI &
LINDA S SWENSKI
5933 TROWBRIDGE DR
SHARONVILLE, OH 45241

97586    0067879-00   S#0005052
MARK C TOMCZAK &
DENISE BODER TOMCZAK JT TEN
12607 LANCEY CT
MIDLOTHIAN, VA 23113-3357

97586    0067880-00   S#0008097
MARK CHANDLER SCHWARTZ
1590 BENENUE AVE
SYLVAN LAKE, MI 48320-1719

97586    0067881-00   S#0013644
MARK CONNORS
28 TORONTO ST
ST JOHN'S

A1A 2S9NF
NEWFOUNDLAND

97586    0067882-00   S#0005590
MARK CRAIG SYRACUSE JR
1950 ROE FORD RD
GREENVILLE, SC 29609-7024

97586    0067883-00   S#0013356
MARK D KING
1634 UNIVERSITY DRIVE
WALLA WALLA, WA 99362

97586    0067884-00   S#0006306
MARK D MCKENZIE
625 COLONIAL ROAD
WEST PALM BEACH, FL 33405

97586    0067885-00   S#0007398
MARK D TENNANT
4699 HAYES RD
RAVENNA, OH 44266

97586    0067886-00   S#0006453
MARK D WILHELMY
PO BOX 13596
TAMPA, FL 33681-3596

97586    0067887-00   S#0013102
MARK DAILY CUST
RHETT DAILY
BOX 2575

CORVALLIS, OR 97339

97586    0067888-00   S#0006301
MARK DAVID HURST
9311 N.W. 37TH CT
SUNRISE, FL 33351

97586    0067889-00   S#0012935
MARK DEHE
GENERAL DELIVERY
APO, AP 96271-0530

97586    0067890-00   S#0008147
MARK E BRYANT
622 HIGHLAND AVE
PONTIAC, MI 48341

97586    0067891-00   S#0010831
MARK E LINDSTROM &
PAMELA V LINDSTROM JT TEN
1533 E DOUGLAS AVE

GILBERT, AZ 85234-3692

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0067892-00   S#0004972
MARK E MC CANN &
PATRICIA MAE MC CANN JTENTR
2886 BURGUNDY PL
LAKE RIDGE, VA 22192-1917

97586   0067893-00   S#0007639
MARK E MOCK
307 EAST FRANKLIN STREET
GREENCASTLE, IN 46135

97586   0067894-00   S#0011386
MARK E RHODES CUST
CHRISTOPHER RHODES
14344 FOOTHILL BLVD 803
SYLMAR, CA 91342

97586   0067895-00   S#0010826
MARK E SPAULDING CUST
SCOTT EDWARD SPAULDING
2556 N ELLIS
CHANDLER, AZ 85224-5804

97586   0067896-00   S#0004017
MARK E STAUFFER
318 BRIMMER AVE
NEW HOLLAND, PA 17557

97586   0067897-00   S#0000319
MARK EGERMAN
77 WESTCLIFF RD
WESTON, MA 02193

97586   0067898-00   S#0008611
MARK EISENMAN II
N10822 RED PINE RD
TOMAHAWK, WI 54487-9606

97586   0067899-00   S#0011093
MARK EVANIER
6282 DREXEL AVE
LOS ANGELES, CA 90048

97586   0067900-00   S#0003405
MARK FINKLE CUST
COREY FINKLE
18 WESSCUM WOODS RD
GLOVERSVILLE, NY 12078

97586   0067901-00   S#0005431
MARK FLYNN
7540 HWY 52 S #9
SALISBURY, NC 28146

97586   0067902-00   S#0012878
MARK FOX MORGAN
5326 SANDBURG DR
SACRAMENTO, CA 95819-1756

97586   0067903-00   S#0010483
MARK G DOTZOUR CUST
FBO BRYAN G DOTZOUR UNDER
KANSAS UNIF TRNSF TO MIN ACT
4609 SAINT ANDREWS DR
COLLEGE STATION, TX 77845-4415

97586   0067904-00   S#0002289
MARK G PICCIRILLO
23 DARCEY AVE
APT 3B
STATEN ISLAND, NY 10314-4223

97586   0067905-00   S#0005054
MARK GODDARD &
JACQUELINE M GODDARD
5430 RIDGEWOOD DR
NEW KENT, VA 23124-2813

97586   0067906-00   S#0012259
MARK GRIFFIN
1431 HULL DR
SAN CARLOS, CA 94070

97586   0067907-00   S#0002781
MARK GRINBERG &
MONA GRINBERG JTTEN
1945 EAST 18TH STREET 2ND FLOO
BROOKLYN, NY 11229-3409

97586   0067908-00   S#0001187
MARK GUGLIELMO
33 WADSWORTH RD
GLEN ROCK, NJ 07452

97586   0067909-00   S#0011338
MARK HALES
2938 FRANCES AVE
LA CRESCENTA, CA 91214-2036

97586   0067910-00   S#0006103
MARK HAMMERMAN CUST
JASON HAMMERMAN
4490 PLAYER STREET
HOLLYWOOD, FL 33021

97586   0067911-00   S#0004301
MARK HANKIN CUST
ALEXANDER HANKIN
5301 TACONY ST BLDG 1
PHILADELPHIA, PA 19137

97586   0067912-00   S#0002590
MARK HANSEN C/F
MARC ANTHONY HANSEN UGMA NY
883 VAN BUREN AVE
FRANKLIN SQUARE, NY 11010

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586  0067913-00  S#0003085<br>MARK HARELICK<br>1446 N JERUSALEM RD<br>NORTH MERRICK, NY 11566 | 97586  0067914-00  S#0002819<br>MARK HEINEMANN<br>2532 E 27TH<br>BROOKLYN, NY 11235 | 97586  0067915-00  S#0005657<br>MARK HUARD CUST<br>BRIAN HUARD<br>5470 WILLOW POINT PKWY<br>MARIETTA, GA 30068 |
| 97586  0067916-00  S#0007629<br>MARK I HENZ<br>12107 LAKESIDE PL<br>FISHERS, IN 46038-1144 | 97586  0067917-00  S#0006008<br>MARK J ABRAMSON<br>121 SHELL POINT W<br>MAITLAND, FL 32751-5844 | 97586  0067918-00  S#0002314<br>MARK J BINETTI<br>240 HUNTINGTON AVENUE<br>BRONX, NY 10465 |
| 97586  0067919-00  S#0011654<br>MARK J GUNNER<br>8838 MISSION VEGA CT #2<br>SANTEE, CA 92071 | 97586  0067920-00  S#0004327<br>MARK J KOLOD<br>509 PAINTERS CROSSING<br>CHADDS FORD, PA 19317 | 97586  0067921-00  S#0012274<br>MARK J KOZIARSKI<br>426 B FOURTEENTH ST<br>SAN FRANCISCO, CA 94103 |
| 97586  0067922-00  S#0005831<br>MARK J PODLIN<br>P.O. BOX 24529<br>ST SIMONS ISL, GA 31522-7529 | 97586  0067923-00  S#0006013<br>MARK J SCHWARTZ CUST<br>JASON SCHWARTZ<br>1055 WEAVER DR<br>OVIEDO, FL 32765 | 97586  0067924-00  S#0010889<br>MARK J STUTZ<br>8741 E COLLETTE<br>TUCSON, AZ 85710-2631 |
| 97586  0067925-00  S#0009429<br>MARK JAMES COWAN<br>2012 S ANDERSON<br>URBANA, IL 61801-6229 | 97586  0067927-00  S#0008832<br>MARK K JOHNSON CUST<br>ANDREW J JOHNSON UTMA/MN<br>2314 RIVER DRIVE NORTH<br>MOORHEAD, MN 56560 | 97586  0067926-00  S#0008828<br>MARK K JOHNSON CUST<br>BRADY JOHNSON UTMA/MN<br>2314 RIVER DRIVE NORTH<br>MOOREHEAD, MN 56560 |
| 97586  0067928-00  S#0011672<br>MARK KINGSLEY SMITH &<br>JEANNE M SMITH JT TEN<br>691 SAN FERNANDO ST<br>SAN DIEGO, CA 92106 | 97586  0067929-00  S#0008025<br>MARK L CRAIG &<br>LESA A CRAIG JT TEN<br>15760 MCCANN<br>SOUTHGATE, MI 48195 | 97586  0067930-00  S#0007916<br>MARK L IGNASIAK CUST<br>CHRISTINA D IGNASIAK<br>5358 STANDISH<br>TROY, MI 48098-6702 |
| 97586  0067931-00  S#0001054<br>MARK L LEIBOWITZ<br>206 RIVER OAKS DR<br>RUTHERFORD, NJ 07070 | 97586  0067932-00  S#0004305<br>MARK L MARSHALL<br>32 NORTH 61ST ST<br>PHILADELPHIA, PA 19139 | 97586  0067933-00  S#0003916<br>MARK L STOLZENBACH CUST<br>ANDREW MARK STOLZENBACH<br>114 STONEFIELD DR<br>CRANBERRY TOWNSHI, PA 16044 |
| 97586  0067934-00  S#0013617<br>MARK LEIREN YOUNG<br>6263 CARNARVON STREET<br>VANCOUVER, BC V6N 1K2<br>CANADA | 97586  0067935-00  S#0008462<br>MARK LEUCK<br>3615 13TH STREET<br>KENOSHA, WI 53141 | 97586  0067936-00  S#0003719<br>MARK LILLIE CUST<br>DEBRA LILLIE<br>6 TEN EYKE CIRCLE<br>PITTSFORD, NY 14534-3121 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067937-00   S#0003718<br>MARK LILLIE CUST<br>JONATHAN LILLIE<br>6 TEN EYKE CIRCLE<br>PITTSFORD, NY 14534-3121 | 97586   0067938-00   S#0003720<br>MARK LILLIE CUST<br>RACHEL LILLIE<br>6 TEN EYKE CIRCLE<br>PITTSFORD, NY 14534-3121 | 97586   0067939-00   S#0001113<br>MARK MAC DUFFIE<br>142 OVERLOOK CT<br>WOODBRIDGE, NJ 07095-1439 |
| 97586   0067940-00   S#0006623<br>MARK MAPES &<br>LOURDES MAPES JTTEN<br>404 DELAWARE AVE<br>SAINT CLOUD, FL 34769 | 97586   0067941-00   S#0011744<br>MARK MILLER CUST<br>ALEXANDER RYAN MILLER<br>7278 CEDARWOOD PL<br>HIGHLAND, CA 92346 | 97586   0067942-00   S#0005155<br>MARK MUELLER<br>469 LEES MILL DR<br>NEWPORT NEWS, VA 23602 |
| 97586   0067943-00   S#0002872<br>MARK N PLAUT CUST<br>ROBERT E PLAUT<br>64-54 UTOPIA PKY<br>FRESH MEADOWS, NY 11365 | 97586   0067944-00   S#0010183<br>MARK O FLANERY &<br>SANDRA FLANERY<br>613 ARMADILLO CT<br>CEDAR HILL, TX 75104 | 97586   0067945-00   S#0003253<br>MARK O WAITS<br>34 BAYBERRY DR<br>HUNTINGTON, NY 11743 |
| 97586   0067946-00   S#0004187<br>MARK ORTH<br>BOX 103<br>DREXEL HILL, PA 19026 | 97586   0067947-00   S#0001471<br>MARK P PARISI<br>331 CARNEGIE CT<br>HACKETTSTOWN, NJ 07840-1605 | 97586   0067948-00   S#0012457<br>MARK PETER DELIRAMICH<br>19200 LAKERIDGE RD<br>CASTRO VALLEY, CA 94546-3375 |
| 97586   0067949-00   S#0000236<br>MARK PHELAN<br>302 ASHMOUNT ST<br>DORCHESTER, MA 02121 | 97586   0067950-00   S#0009318<br>MARK R BORELLI<br>1538 GEORGE ST<br>CHICAGO, IL 60657 | 97586   0067951-00   S#0010181<br>MARK R DAWSON CUST<br>MATTHEW R DAWSON<br>602 HORIZON DR<br>PLANO, TX 75094-3201 |
| 97586   0067952-00   S#0000492<br>MARK R HAMBLETT CUST<br>GRAHAM P HAMBLETT UNDER THE<br>NH UNIF TRANSF TO MINORS ACT<br>31 ROWELL ROAD<br>SANDOWN, NH 03873-2317 | 97586   0067953-00   S#0001834<br>MARK R KORSU<br>100 CHERRY ST<br>ISELIN, NJ 08830-1909 | 97586   0067954-00   S#0012310<br>MARK RAWLS<br>2566 17TH AVE<br>SAN FRANCISCO, CA 94116 |
| 97586   0067955-00   S#0013236<br>MARK RINNA<br>410 11TH AVE 5<br>SEATTLE, WA 98122 | 97586   0067956-00   S#0007107<br>MARK RITTER CUST<br>JAMES D RITTER<br>612 CHIPPENDALE COURT<br>BOWLING GREEN, KY 42103 | 97586   0067957-00   S#0007108<br>MARK RITTER CUST<br>JOHN M RITTER<br>612 CHIPPENDALE COURT<br>BOWLING GREEN, KY 42103 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0067958-00   S#0009884<br>MARK ROBERT HEIDTBRINK<br>5112 WEST KINGSLEY DR<br>LINCOLN, NE 68524 | 97586   0067959-00   S#0000885<br>MARK ROBERT MANERO<br>27 MARY LANE<br>RIVERSIDE, CT 06878-1507 | 97586   0067960-00   S#0004053<br>MARK RUTH &<br>ELSIE RUTH<br>134 HARRISON ST<br>EMMAUS, PA 18049-2606 |
| 97586   0067961-00   S#0012694<br>MARK S BLACKNEY<br>5779 CALPINE DR<br>SAN JOSE, CA 95123 | 97586   0067962-00   S#0000884<br>MARK S FLYNN &<br>ANNE M FLYNN JT TEN<br>22 MANOR RD<br>RIDGEFIELD, CT 06877-4908 | 97586   0067963-00   S#0007244<br>MARK S FUNDAK<br>352 BRIAR LAKE DR<br>ELYRIA, OH 44035 |
| 97586   0067964-00   S#0006224<br>MARK S LIGHTERMAN<br>9230 SW 59TH ST<br>MIAMI, FL 33173-1660 | 97586   0067965-00   S#0009439<br>MARK S SHASHEK<br>C/O CASSENS TRANSPORT COMPANY<br>BOX 468<br>EDWARDSVILLE, IL 62025 | 97586   0067966-00   S#0010744<br>MARK S SWINDEL CUST FOR<br>MATTHEW LANG SWINDEL UGMA UT<br>2242 DOC HOLIDAY DRIVE<br>PARK CITY, UT 84060 |
| 97586   0067967-00   S#0002938<br>MARK STEVEN LONG<br>4840 59TH ST #3<br>WOODSIDE, NY 11377-5546 | 97586   0067968-00   S#0006481<br>MARK STOLLSTEIMER<br>PLANTATION LANDINGS<br>101 WILKES DR<br>HAINES CITY, FL 33844-9276 | 97586   0067969-00   S#0007970<br>MARK T THOMPSON CUST<br>ELSIE N THOMPSON<br>14034 BRENTWOOD<br>LIVONIA, MI 48154 |
| 97586   0067970-00   S#0007969<br>MARK T THOMPSON CUST<br>SHANNON APRIL THOMPSON<br>14034 BRENTWOOD<br>LIVONIA, MI 48154 | 97586   0067971-00   S#0011886<br>MARK THOMAS TAYLOR CUST<br>SHAWN MICHAEL TAYLOR<br>28776 WALNUT GROVE<br>MISSION VIEJO, CA 92692 | 97586   0067972-00   S#0009697<br>MARK V BRYSON CUST<br>LUKE D BRYSON<br>RTE 1 BOX 77<br>UNION STAR, MO 64494 |
| 97586   0067973-00   S#0007780<br>MARK W CROWE CUST<br>CAMRON W CROWE<br>9600 BLUEGRASS CT<br>MUNCIE, IN 47303 | 97586   0067974-00   S#0010883<br>MARK W RICHMOND<br>15802 W JOSHUA TREE DR<br>SURPRISE, AZ 85374-5004 | 97586   0067975-00   S#0010361<br>MARK W VANCE CUST<br>RYAN W VANCE<br>7607 BRAESMEADOW<br>HOUSTON, TX 77071 |
| 97586   0067976-00   S#0002546<br>MARK WEINER CUST<br>ARI WEINER<br>77 SIXTH AVE<br>NYACK, NY 10960 | 97586   0067977-00   S#0001152<br>MARK WERTLIEB &<br>ESTHER WERTLIEB JT TEN<br>39-01 KUIKEN TER<br>FAIR LAWN, NJ 07410 | 97586   0067978-00   S#0011823<br>MARK WOODFIN<br>12322 CORVETTE STREET<br>GARDEN GROVE, CA 92641 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0067979-00   S#0013431
MARK YEUNG
C/O LORNE G YIP
812 EAST PENDER STREET
VANCOUVER, BC
CANADA

97586    0000937-00   S#0006675
MARKETING PERFORMANCE INC
TINNEY & ASSOCIATES
2147 RIVERCHASE OFFICE RD
BIRMINGHAM, AL 35244

97586    0067980-00   S#0010777
MARLA BLOOM CUST
EDWARD J W BLOOM
404 E HAYMONT DR
PHOENIX, AZ 85020

97586    0067981-00   S#0013423
MARLA KAY IN TRUST
FOR MARK KAY
111 GRENADIER CRESCENT
THORNHILL, ON
CANADA

97586    0067982-00   S#0001602
MARLA L STERNIN
23 COVENTRY HOUSE
CLUSTERS OF LEXTON
MAPLE SHADE, NJ 08052

97586    0067983-00   S#0006492
MARLENE J MCCRACKEN CUST
JUSTIN RAND MCCRACKEN
2609 SW 9TH AVE
CAPE CORAL, FL 33914-4108

97586    0067984-00   S#0008215
MARLENE R BROOKMAN CUST
ACF COY W BROOKMAN
7011 BREWER RD
FLINT, MI 48507-4607

97586    0067985-00   S#0003363
MARLENE WALD CUST
ACF DANIEL ERIC WALD
15 PINE DR
WOODBURY, NY 11797-1509

97586    0067986-00   S#0004394
MARLENE ZICARELLI
3 SUMAC COURT
NEWARK, DE 19702

97586    0067987-00   S#0001412
MARLEY LEVITT CUST
DAVID LEVITT
136 IVY HILL DR
ABERDEEN, NJ 07747

97586    0067988-00   S#0000097
MARQUE HOENIG
90 SYLVAN
WHITTINSVILLE, MA 01588

97586    0067989-00   S#0012656
MARRIANNE GILL
370 LA HERRAN
SANTA CLARA, CA 95051

97586    0067990-00   S#0009699
MARSHA A CONANT CUST
JAMES G CONANT II
2807 FREDERICK
ST JOSEPH, MO 64506

97586    0067991-00   S#0010596
MARSHA A WHITAKER CUST FOR
CHRISTOPHER THOMAS HAWKINS
4518 S SHERMAN ST
ENGLEWOOD, CO 80110

97586    0067992-00   S#0010979
MARSHA BAKER AGUILAR
800 VINCENT WAY
LAS VEGAS, NV 89128

97586    0067993-00   S#0010978
MARSHA BAKER AGUILAR CUST
RICHARD JOSEPH AGUILAR
800 VINCENT WAY
LAS VEGAS, NV 89128

97586    0067994-00   S#0004648
MARSHA D SPIETH CUST
CHRISTIAN F CLOKE
1802 ALCAN DR
SILVER SPRING, MD 20902

97586    0067995-00   S#0011057
MARSHA L NILES
3263 ROWENA 1
LOS ANGELES, CA 90027

97586    0067996-00   S#0007149
MARSHA WILLIS
230 TOPAZ LN
WASHINGTON CH, OH 43160

97586    0067997-00   S#0005692
MARSHALL L WILSON
4701 QUAIL RIDGE RD
HIRAM, GA 30141

97586    0067998-00   S#0001953
MARSHALL WOLF
BOX 566
CHURCH ST STATION
NEW YORK, NY 10008-0566

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0067999-00  S#0013616
MARTEN SYBRANDUS HIEMSTRA
1308 WALNUT STREET
VANCOUVER, BC V6J3R3
CANADA

97586    0068000-00  S#0004980
MARTHA A LANE &
DOUGLAS E PETERSON
3114 N 8TH ST
ARLINGTON, VA 22201-2021

97586    0068001-00  S#0005111
MARTHA A MCCULLOUGH CUST
MARTHA ANNA MCCULLOUGH
520 BIG PINE DR
VIRGINIA BEACH, VA 23452

97586    0068002-00  S#0005112
MARTHA ANNA MCCULLOUGH CUST
MICHAEL BRANDON MCCULLOUGH
520 BIG PINE DR
VIRGINIA BEACH, VA 23452

97586    0068003-00  S#0005109
MARTHA ANNA MCCULLOUGH CUST
PAUL GREGORY MCCULLOUGH
520 BIG PINE DR
VIRGINIA BEACH, VA 23452

97586    0068004-00  S#0009258
MARTHA AYALA MIKULSKI CUST
BRANDON JOSEPH MIKULSKI
1158 W DICKENS AVE
CHICAGO, IL 60614-4135

97586    0068005-00  S#0006243
MARTHA BACKER CUST
SCOTT BACKER
10502 SW 143 COURT
MIAMI, FL 33186-3040

97586    0068006-00  S#0000172
MARTHA E OKANE
43 SHORE RD
WINCHESTER, MA 01890

97586    0068007-00  S#0004907
MARTHA OTT GARMON
13741 CABELLS MILL DR
CENTERVILLE, VA 22020

97586    0068008-00  S#0006482
MARTHA R MIXON TR
BY
BY MARTHA R MIXON
250 N LAKE LULU DR
WINTER HAVEN, FL 33880

97586    0068009-00  S#0007778
MARTHA RUTH GOAD &
VIRGIL A GOAD JT TEN
500 W FUSON RD
MUNCIE, IN 47302

97586    0068010-00  S#0005036
MARTHA STARKEY GRINNAN
RT 1 BOX 494B
LURAY, VA 22835-9613

97586    0068011-00  S#0005533
MARTHA STEVENSON
305 W HIGH ST
WINNSBORO, SC 29180

97586    0068012-00  S#0008620
MARTHA W MOORE
1125 ELMWOOD AVE
OSHKOSH, WI 54901

97586    0068013-00  S#0012322
MARTIN A FUNG
85 LUPINE AVE
SAN FRANCISCO, CA 94118

97586    0068014-00  S#0001543
MARTIN BROWN CUST
BRADLEY M BROWN
8 CHIMNEY RIDGE DR
MORRISTOWN, NJ 07960

97586    0068015-00  S#0013470
MARTIN COURVILLE
3335 PINETREE
ST LAZARRE, QC J0P 1V0
CANADA

97586    0068016-00  S#0002444
MARTIN DOUGLASS
59 CRANE RD
SCARSDALE, NY 10583-4347

97586    0068017-00  S#0007528
MARTIN FRANCIS QUINN
20 SOUTH TER DR APT 2
READING, OH 45215-3633

97586    0068018-00  S#0009521
MARTIN G BASOLO &
VIRGINIA P BASOLO JTTEN
BOX 163
COELLO, IL 62825

97586    0068019-00  S#0007112
MARTIN G STEFFENS &
KATHIE A STEFFENS JTTEN
116 E 5TH STREET
SMITH GROVE, KY 42171

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0068020-00  S#0007542
MARTIN J COULTON JR
12 E LAKE SHORE DR APT 19
CINCINNATI, OH 45237-1545

97586    0068021-00  S#0006635
MARTIN J LIDDY &
CATHERINE A LIDDY
1280 SW KEVIN COURT
PALM CITY, FL 34990-2735

97586    0068022-00  S#0004959
MARTIN J NILSON &
PARTCIA A NILSON
JT TEN
6521 ELDER AVE
SPRINGFIELD, VA 22150

97586    0068023-00  S#0000147
MARTIN KLEIN CUST
ALLEN JAMESON KLEIN
4 OLD S LN
ANDOVER, MA 01810

97586    0068024-00  S#0005491
MARTIN L BLACK &
PAULA B BLACK JTTEN
313 CROOKED CREEK ROAD
HENDERSONVILLE, NC 28739

97586    0068025-00  S#0002002
MARTIN LOWENSTEIN
463 WEST ST A204
NEW YORK, NY 10014-2029

97586    0068026-00  S#0006262
MARTIN MATAK
6850 NORTHWEST 6TH CT
PLANTATION, FL 33317

97586    0068027-00  S#0004698
MARTIN N BLOOM
10527 E WIND WAY
COLUMBIA, MD 21044-3633

97586    0068028-00  S#0006317
MARTIN NODELL &
CAROLINE R NODELL
117 LAKE IRENE DR
WEST PALM BEACH, FL 33411

97586    0068029-00  S#0002975
MARTIN ROMAN
87-19 104 ST
RICHMOND HILL, NY 11418

97586    0068030-00  S#0002758
MARTIN SCHNEE CUST
STEVEN SCHNEE
3733 LAUREL AVE
BROOKLYN, NY 11224-1307

97586    0068031-00  S#0004735
MARTIN SHARROW CUST
RYAN SHARROW
22 CONNBURY COURT
OWINGS MISS, MD 21117

97586    0068032-00  S#0003240
MARTIN STARK
12 CAMPUS DR
EAST SETAUKET, NY 11733-1149

97586    0068033-00  S#0003610
MARTIN STEPHEN EVAN
11 HOWARD AVE
BINGHAMTON, NY 13904

97586    0068034-00  S#0010242
MARTIN T BIEGELMAN CUST
DANIEL R BIEGELMAN
5651 HURFORD CT
AGOURA HILLS, CA 758-7327

97586    0068035-00  S#0008044
MARTY NEIL
20910 FLEETWOOD
HARPEK WOODS, MI 48225

97586    0021912-00  S#0002022
MARVEL ENTERPRISES INC
ATTN: ALLEN LIPSON
10 EAST 40TH ST
NEW YORK, NY 10016

97586    0068038-00  S#0009731
MARVIN E AND MARIE L EGGERS
TRUSTEES, OR THEIR SUCCESSOR
428 CLAREMONT DR
BRANSON, MO 65616

97586    0068039-00  S#0009040
MARVIN E RUBIN CUST
AARON M RUBIN
1218 LOCKWOOD DR
BUFFALO GROVE, IL 60089-1177

97586    0068040-00  S#0003996
MARVIN P ALBRIGHT &
DIXIE L ALBRIGHT JT TEN
BOX 134
WRIGHTSVILLE, PA 17368-0134

97586    0068041-00  S#0009899
MARVIN S KOGUTT
4913 TRANSCONTINENTAL DR
METAIRIE, LA 70006

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068042-00    S#0001533
MARVIN SCHATZ &
EUNICE SCHATZ JT TEN
21 ANITA DR
EAST HANOVER, NJ 07936-3421

97586    0068043-00    S#0001411
MARVIN STANGER
12 NEWLAND PL
ABERDEEN, NJ 07747

97586    0001309-00    S#0001848
MARX, RONALD
9 VAIL PL
METUCHEN, NJ 08840

97586    0001308-00    S#0001847
MARX, RONALD
9 VAIL PLACE
METUCHEN, NJ 08840

97586    0068044-00    S#0000094
MARY A DONATY
21 SOUTH ST UNIT 36
WESTBORO, MA 01581

97586    0068045-00    S#0008493
MARY A VACCA CUST
PHILIP E VACCA
806 N 74TH STREET
WAUWATOSA, WI 53213

97586    0068046-00    S#0009112
MARY AHART A/C/F
JOSEPH C AHART UGMA/IL
767 MEDFORD DRIVE
CAROL STREAM, IL 60188

97586    0068047-00    S#0009111
MARY AHART A/C/F
WILLIAM C AHART UGMA/IL
767 MEDFORD DRIVE
CAROL STREAM, IL 60188

97586    0068048-00    S#0007605
MARY ALICE WILSON
739 N LIMESTONE ST
SPRINGFIELD, OH 45503

97586    0068049-00    S#0001180
MARY AMORESANO
436 HOPPER AVE
RIDGEWOOD, NJ 07450

97586    0068050-00    S#0006943
MARY ANN COLLINS
BOX 54
YAZOO CITY, MS 39194

97586    0068051-00    S#0003592
MARY ANN CURTIS CUST
ROBERT I CURTIS
RD 1 - BOX 174
EDWARDS, NY 13635-9739

97586    0068052-00    S#0008604
MARY ANN JONES CUST
KELSEY A JONES
1435 MOHICAN CT
GREEN BAY, WI 54313-5941

97586    0068053-00    S#0006673
MARY ANN LYNCH CUST
FBO DAMON P JONES U/AL UTTMA
3157 WOODBRIDGE DR
BIRMINGHAM, AL 35242

97586    0068054-00    S#0013059
MARY ANN MEGAN MC DOWELL CUST
STUART MC DOWELL NEWBURGER
3434 SW 12TH
PORTLAND, OR 97201

97586    0068055-00    S#0007863
MARY ANN MERRITT CUST
MICHAEL E PEARCE
70274 CAMPGROUND
ROMEO, MI 48065

97586    0068056-00    S#0012590
MARY ANN WREN-JARVIS
1564 HOLLY AVE
ROHERT PARK, CA 94928

97586    0068057-00    S#0006946
MARY B MORRISON CUST
CHARLES E MORRISON JR
435 NAPLES
JACKSON, MS 39206

97586    0068058-00    S#0005619
MARY B TRAVIS CUST
PARKER OUTLAW HODGE GA/UTMA
126 CHAMPLAIN ST
DECATUR, GA 30030

97586    0068059-00    S#0005620
MARY B TRAVIS CUST
TRAVIS LANE HODGE GA/UTMA
126 CHAMPLAIN STREET
DECATUR, GA 30030

97586    0068060-00    S#0012828
MARY BENSTEAD CUST
DOMINICK CONDE
4804 SQUADRON COURT
FAIR OAKS, CA 95628-8139

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068061-00   S#0006065
MARY C DEFRANCESCO CUST
PAUL J DEFRANCESCO
7050 N US HWY 1
BB 103
COCOA, FL 32927-5091

97586    0068062-00   S#0003517
MARY C HUBBELL
112 PARK AVE
SARANAC LAKE, NY 12983

97586    0068063-00   S#0009353
MARY C MAC DONALD
201 N JACKSON
GALENA, IL 61036-1831

97586    0068064-00   S#0006772
MARY C WORSHAM CUST
BARON MICHAEL WORSHAM
4708 UTAH AVE
NASHVILLE, TN 37209-4605

97586    0068065-00   S#0001019
MARY CANNICI CUST
RICHARD J CANNICI
41 GLEN RD
MOUNTAIN LAKES, NJ 07046

97586    0068066-00   S#0007774
MARY CAROLINE MILLER CUST
HANNAH NOEL MILLER
1602 N 600 W
MADISON, IN 47250

97586    0068067-00   S#0003302
MARY COLLETTI CUST
CHRISTOPHER COLLETTI
40 HERBERT AVE
LINDENHURST, NY 11757

97586    0068068-00   S#0003300
MARY COLLETTI CUST
MATTHEW COLLETTI
40 HERBERT AVE
LINDENHURST, NY 11757

97586    0068069-00   S#0012500
MARY COPELAND CUST
CASEY ALLEN COPELAND
785 ESTUDILLO
SAN LEANDRO, CA 94577

97586    0068070-00   S#0008907
MARY D MCDONNELL
1307 W CEDAR LN
ARLINGTON HTS, IL 60005-3569

97586    0068071-00   S#0011492
MARY DEA MCCRORY CUST
JOHN DARRELL LEUM
7045 N ETHEL AVE
N HOLLYWOOD, CA 91605-4729

97586    0068072-00   S#0004897
MARY DURGALA CUST
MICHAEL DURGALA UGMA
8800 NERO ST
ANNANDALE, VA 22003

97586    0068073-00   S#0001686
MARY E ANDERSEN
749 STONE HARBOR BLVD
CAPE MAY COURT HO, NJ 08210

97586    0068075-00   S#0003947
MARY E LEGARSKI CUST
CHRIS J LEGARSKI A MINOR
UNDER THE PA UNIF TRAN MIN ACT
RD 1 BOX 348A
ROARING SPRING, PA 16673-9801

97586    0068074-00   S#0003946
MARY E LEGARSKI CUST
S P LEGARSKI
A MINOR UNIF GIFT MIN4 ACT PA
RD 1 BOX 348A
ROARING SPRING, PA 16673-9801

97586    0068076-00   S#0004966
MARY E MORRIS CUST
CHRISTOPHER A MORRIS
2831 ALLARD LN
VIENNA, VA 22180-7411

97586    0068077-00   S#0009164
MARY E MOZWECZ CUST
JEFFREY MOZWECZ
10612 S KILDARE
OAKLAWN, IL 60453

97586    0068078-00   S#0006762
MARY E SANDERS CUST
RUSSELL LOVVORN
5518 VANDERBILT RD
OLD HICKORY, TN 37138

97586    0068079-00   S#0008597
MARY E VOEKS CUST
DALE J VOEKS
1476 UNIVERSITY AVE
GREEN BAY, WI 54302-1848

97586    0068080-00   S#0005044
MARY ELIZABETH BURWELL
8075 CADYS WOODS DR
HANOVER, VA 23069-9802

97586    0068081-00   S#0006955
MARY ELIZABETH LANDER
529 DEMONTLUZIN AVE
BAT ST LOUIS, MS 39520

**Debtor:**              Mafco Litigation Trust
**Description:**          Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0068082-00   S#0009508
MARY ELLEN CREIGHTON
3417 S PARK
SPRINGFIELD, IL 62704

97586   0068083-00   S#0003249
MARY ELLEN L WEBER CUST
ERIC WILLIAM WEBER
110 TENTH AVE
HOLTSVILLE, NY 11742

97586   0068084-00   S#0003380
MARY ELLEN MCGUIRE CUST
TERENCE P MCGUIRE
76 SKIMHAMPTON RD
EAST HAMPTON, NY 11937

97586   0068085-00   S#0009905
MARY EVELYN RACKER
605 FAIR LAWN DR
GRETNA, LA 70056

97586   0068086-00   S#0005329
MARY F LUND CUST
DAVID H LUND
NCUTMA
112 TIERCEL CT
CARY, NC 27511

97586   0068087-00   S#0001481
MARY FLEMING CUST
LLOYD D FLEMING III
26 E SPRING TOWN RD
LONG VALLEY, NJ 07853-3340

97586   0068088-00   S#0008833
MARY FREEMAN CUST
JASON FREEMAN
RTE 1 BOX 870
BRANDON, SD 57005

97586   0068089-00   S#0010147
MARY GEARHART-GRAY
2914 SPRING BROOK DRIVE
GARLAND, TX 75044

97586   0068090-00   S#0013143
MARY GEENAN CUST
TIMOTHY MCKEANEY
1960 SW 27TH ST
REDMOND, OR 97756-7880

97586   0068091-00   S#0000264
MARY GIARLA CUST
MARC GIARLA
10 LYNNWAY
REVERE, MA 02151-1734

97586   0068092-00   S#0007777
MARY GOAD
500 W FUSON RD
MUNCIE, IN 47302

97586   0068093-00   S#0010330
MARY GOODE FARRELL &
OSCAR W FARRELL JT TEN
8431 WINDELL LANE
HOUSTON, TX 77040

97586   0068094-00   S#0003501
MARY H PENNY CUST
JEFFREY W PENNY
33 KINRY RD
POUGHKEEPSIE, NY 12603-5419

97586   0068095-00   S#0005709
MARY HAAS
496 W BRIDGE RD
FAIRBURN, GA 30213-3442

97586   0068096-00   S#0000458
MARY JANE KYMER C/F
JUSTIN A KYMER UGMA NJ
50 PRIEST RD
NOTTINGHAM, NH 03209

97586   0068097-00   S#0012282
MARY JANE MIKURIYA CUST
ANTON JUNG HERR JR
361 MISSISSIPPI ST
SAN FRANCISCO, CA 94107

97586   0068098-00   S#0000220
MARY JO MC NALLY CUST
FOR ANDREW JOSEPH MC NALLY
21 HICKORY LN
SCITUATE, MA 02066-2672

97586   0068099-00   S#0009109
MARY K AHART &
STEVE A AHART JTTEN
767 MEDFORD DR
CAROL STREAM, IL 60188

97586   0068100-00   S#0006000
MARY KATHERINE SMITH CUST
MAX COOPER UNDER THE FLORIDA
GIFTS TO MINORS ACT
1314 N RIDGEWOOD AVE
DELAND, FL 32720

97586   0068101-00   S#0007884
MARY KATHLEEN STAEGER C/F
STEPHEN M STAEGER UGMA MI
29846 PLESANT TRAIL
SOUTHFIELD, MI 48076

97586   0068102-00   S#0000848
MARY KAWULICZ &
STEVE KAWULICZ JTTEN
4 COLD SPRINGS DRIVE
NEW FAIRFIELD, CT 06812

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0068103-00  S#0009194<br>MARY KING CUST SCOTT KING UGTM<br>93 TOMLIN CIR<br>BURR RIDGE, IL 60521 | 97586  0068104-00  S#0008534<br>MARY KOEHL<br>252 W LIBERTY ST<br>EVANSVILLE, WI 53536-1253 | 97586  0068105-00  S#0013265<br>MARY KUBALANZA CUST<br>ANN FRANCES KUBALANZA<br>201 YORK STREET<br>BELLINGHAM, WA 98225 |
| 97586  0068106-00  S#0000827<br>MARY L COTTA<br>2011 HUDSON ST<br>BETHEL, CT 06801 | 97586  0068107-00  S#0012386<br>MARY L HARRIS CUST<br>CLARK L STRAUB<br>3834 SHEFFIELD CIR<br>DANVILLE, CA 94506-1260 | 97586  0068108-00  S#0013197<br>MARY L MARSHALL CUST<br>THOMAS S ROLLING<br>21323 NE 79TH ST<br>REDMOND, WA 98053 |
| 97586  0068109-00  S#0003699<br>MARY L WAGNER &<br>RICHARD L WAGNER<br>JT TEN<br>2 EUCLID DR<br>MACEDON, NY 14502 | 97586  0068110-00  S#0012582<br>MARY LAMIA CUST<br>DAVID LAMIA PARRIS<br>10 RIDGECREST RD 32708<br>KENTFIELD, CA 94904 | 97586  0068111-00  S#0012583<br>MARY LAMIA CUST<br>JULIAN LAMIA PARRIS<br>10 RIDGECREST RD 32708<br>KENTFIELD, CA 94904 |
| 97586  0068112-00  S#0011830<br>MARY LEE SMITH CUST<br>FBO SHAWN MATTHEW SMITH<br>16242 WOODSTOCK LANE<br>HUNTINGTON BEACH, CA 92647-3262 | 97586  0068113-00  S#0011849<br>MARY LEE SULLIVAN CUST<br>FBO SHAWN AKIRA SULLIVAN<br>130 PEARL AVE<br>BALBOA ISLAND, CA 92662-1021 | 97586  0068114-00  S#0005723<br>MARY LINDA BOYD CUST<br>ACF JOSEPH ANTHONY BOYD<br>4429 TIFFANY LANE<br>LOGANVILLE, GA 30249-3535 |
| 97586  0068115-00  S#0005722<br>MARY LINDA BOYD CUST<br>ACF RICHARD WAYNE BOYD<br>4429 TIFFANY LANE<br>LOGANVILLE, GA 30249-3535 | 97586  0068116-00  S#0005724<br>MARY LINDA BOYD CUST<br>ACF TIMOTHY MICHAEL BOYD<br>4429 TIFFANY LANE<br>LOGANVILLE, GA 30249-3535 | 97586  0068117-00  S#0003897<br>MARY LOU HARBULAK CUST<br>MELISSA E HARBULAK-KING<br>25 JACKSON ST<br>GREENSBURG, PA 15601 |
| 97586  0068118-00  S#0003896<br>MARY LOU HARBULAK CUST<br>PAUL M HARBULAK JR<br>25 JACKSON ST<br>GREENSBURG, PA 15601 | 97586  0068119-00  S#0011778<br>MARY LOU HASTINGS CUST<br>JOSHUA HAYWOOD<br>2342 ARCHDALE<br>RIVERSIDE, CA 92506 | 97586  0068120-00  S#0013176<br>MARY LOU HERRICK CUST<br>JOSHUA C HERRICK<br>1911 205TH SW<br>LYNNWOOD, WA 98036 |
| 97586  0068121-00  S#0009966<br>MARY M CHIDESTER<br>9820 CHATEAU DR<br>BATON ROUGE, LA 70815 | 97586  0068122-00  S#0009355<br>MARY M OHMS &<br>STUART C OHMS<br>517 WANN ST<br>GALENA, IL 61036-1917 | 97586  0068123-00  S#0000215<br>MARY M PREIKSZAS &<br>JEANNETTE L REDDICK<br>145 SPRING ST<br>MEDFIELD, MA 02052 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0068124-00  S#0004493<br>MARY M WEYANT CUST<br>EMILY E WEYANT<br>13605 BRIDGLAND LANE<br>CLIFTON, VA 20124 | 97586   0068125-00  S#0011795<br>MARY MARIE COMER<br>21331 MOUNTAIN AVE<br>PERRIS, CA 92570 | 97586   0068126-00  S#0002905<br>MARY MCPHERRAN<br>9042 52ND AVE<br>ELMHURST, NY 11373 |
| 97586   0068127-00  S#0009660<br>MARY N LUCIDO<br>3401 LAKE VILLAGE BLVD<br>BLUE SPRINGS, MO 64014-5451 | 97586   0068128-00  S#0002250<br>MARY NARDUCCI<br>223 RIDGEWOOD AVE<br>ATATEN ISLAND, NY 10312 | 97586   0068129-00  S#0001225<br>MARY PAGANO CUST<br>ANTHONY MARTIN<br>29 CRAIG CT<br>TOTOWA, NJ 07512-1124 |
| 97586   0068130-00  S#0001223<br>MARY PAGANO CUST<br>ERIK MARTIN<br>29 CRAIG CT<br>TOTOWA, NJ 07512-1124 | 97586   0068132-00  S#0001224<br>MARY PAGANO CUST<br>JASON MARTIN<br>29 CRAIG CT<br>TOTOWA, NJ 07512-1124 | 97586   0068133-00  S#0009192<br>MARY R KING<br>C/F SCOTT KING UGTM<br>93 TOMLIN CIR<br>BURR RIDGE, IL 60521 |
| 97586   0068134-00  S#0008857<br>MARY SCHWEITZER<br>4209 CORTEZ CIRCLE<br>MANDAN, ND 58554-1129 | 97586   0068135-00  S#0007956<br>MARY STREVEL CUST<br>KEVIN STREVEL<br>2571 LENOX<br>TRENTON, MI 48133 | 97586   0068136-00  S#0006416<br>MARY SUE F ROTHENBERG CUST<br>SAMUEL FLOM ROTHENBERG<br>1817 BAYSHORE BLVD<br>TAMPA, FL 33606-3210 |
| 97586   0068137-00  S#0012478<br>MARY SUSAN JOHNSON CUST<br>MATTHEW S JOHNSON<br>336 THARP DR<br>MORAGA, CA 94556 | 97586   0068138-00  S#0004262<br>MARY T MCCLAIN CUST<br>THOMAS MCCLAIN JR<br>6851 OXFORD AVE<br>PHILADELPHIA, PA 19111 | 97586   0068139-00  S#0002317<br>MARY WITHERS CUST<br>MICHEAL D WITHERS<br>723 EDISON AVE<br>BRONX, NY 10465-2324 |
| 97586   0068140-00  S#0000121<br>MARY WYNNE BURNS CUST<br>PATRICK BURNS<br>59 STONEYMEADE WAY<br>ACTON, MA 01720 | 97586   0068141-00  S#0000642<br>MARY WYSOCKI &<br>WILLIAM SWEENEY JT TEN<br>8 FEDERAL STREET<br>ELMWOOD, CT 06110 | 97586   0068142-00  S#0007185<br>MARYANN F ROBBINS<br>882 MILL ROAD<br>PERRYSBURG, OH 43551-3111 |
| 97586   0068143-00  S#0000874<br>MARYANN TRAVITZ CUST<br>JULIE TRAVITZ<br>13 BEVERLY PL<br>NORWALK, CT 06850-2902 | 97586   0068144-00  S#0000694<br>MARYANN TRAVITZ CUST<br>MATTHEW JOHN TRAVITZ<br>154 CARROLL RD<br>FAIRFIELD, CT 06430-3020 | 97586   0068145-00  S#0012116<br>MARYELLEN METCALF CUST<br>JULIAN METCALF<br>2935 AUGUSTA APT 8<br>SAN LUIS OBISPO, CA 93401 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068146-00   S#0006745 | 97586    0068147-00   S#0006746 | 97586    0068148-00   S#0011157 |
| MARYLOU B NEAL CUST | MARYLOU B NEAL CUST | MASAE ARIMA CUST |
| MATTHEW J NEAL | NATHANIEL R NEAL | FBO JANA A YONEMURA |
| BOX 301 | BOX 301 | 1523 W 186TH ST |
| FRANKLIN, TN 37065-0301 | FRANKLIN, TN 37065-0301 | GARDENA, CA 90248 |
| | | |
| 97586    0068149-00   S#0011156 | 97586    0068150-00   S#0011155 | 97586    0068151-00   S#0011158 |
| MASAE ARIMA CUST BRENT HARUO | MASAE ARIMA CUST JORDAN | MASAE ARIMA CUST KELLY DAVID |
| HISAYASU UTMA CA/18 | MASANORI IKEDA UTMA CA/18 | SUGINO UTMA CA/18 |
| 1523 W 186TH ST | 1523 W 186TH ST | 1523 W 186TH ST |
| GARDENA, CA 90248 | GARDENA, CA 90248 | GARDENA, CA 90248 |
| | | |
| 97586    0068152-00   S#0011538 | 97586    0001037-00   S#0005347 | 97586    0001279-00   S#0011367 |
| MASAHARU HIGASHI | MASSENGILL, NATHAN | MASTROIANNI, ROBERT |
| TERUKO HIGASHI | PO BOX 291 | 3375 W CORNING |
| 2290 COLLEGE VIEW DR | MICRO, NC 27555-0291 | NEWBURY PARK, CA 91320 |
| MONTEREY PARK, CA 91754 | | |
| | | |
| 97586    0068153-00   S#0013585 | 97586    0068154-00   S#0008594 | 97586    0068155-00   S#0006389 |
| MATHEW LUCKHURST | MATHEW OSCAR MITTELSTEADT | MATHEW STERN CUST |
| 6998 STRAIT STREET | N 1136 PATRICK RD | JONATHON DAVID STERN |
| LANTZVILLE, BC V0R 2H0 | WONEWOC, WI 53968 | 751 PARK OF COMMERCE DR 136 |
| CANADA | | BOCA RATON, FL 33487 |
| | | |
| 97586    0068156-00   S#0010489 | 97586    0068157-00   S#0013121 | 97586    0068158-00   S#0001593 |
| MATHHEW F SMITH | MATT ASHLAND & | MATT DUNN |
| 446 HWY 46 E | CHARLOTTE ASHLAND JT TEN | 920 EDGEMOOR |
| BOERNE, TX 78006-8206 | 32530 DEBERRY | CHERRY HILL, NJ 08034 |
| | CRESWELL, OR 97426-9717 | |
| | | |
| 97586    0068160-00   S#0008249 | 97586    0068161-00   S#0008892 | 97586    0068162-00   S#0011557 |
| MATT HANSON | MATT SHAUGHNESSY | MATTHEW A MACRITCHIE |
| 13002 SHADYBROOK LANE | 216 S DRURY LN | 1458 CALLE PAJAROS |
| DEWITT, MI 48820 | ARLINGTON HEIGHTS, IL 60004 | SAN DIMAS, CA 91773 |
| | | |
| 97586    0068163-00   S#0003227 | 97586    0068164-00   S#0008703 | 97586    0068165-00   S#0009261 |
| MATTHEW A MARKOV | MATTHEW A SHOWALTER & | MATTHEW ARRON TALBERT |
| 2 ELTONA PL | GENROA C SHOWALTER | 501 W 24TH PL  APT 611 |
| E NORTHPORT, NY 11731 | JT TEN | CHICAGO, IL 60616 |
| | 6040 22ND ST N | |
| | OAKDALE, MN 55128 | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068166-00   S#0012470
MATTHEW B HAVERTY
5702 SUITE L MARSH DRIVE
PACHECO, CA 94553

97586    0068167-00   S#0004056
MATTHEW B SCARPINO
5140 MEADOWVIEW DR
MACUNGIE, PA 18062-9060

97586    0068168-00   S#0003560
MATTHEW BECKWITH
RD 7 BOX 375-E
MORGAN DR
OSWEGO, NY 13126-9807

97586    0000946-00   S#0004319
MATTHEW BENDER & CO INC
PO BOX 7247-0178
PHILADELPHIA, PA 19170-0001

97586    0068169-00   S#0006238
MATTHEW BRIAN ROTHSTEIN
1210 NE 173RD ST
NORTH MIAMI BEACH, FL 33180

97586    0068170-00   S#0013551
MATTHEW C BALABAN
73 MERIDENE CRES W
LONDON, ON N5X 2M2
CANADA

97586    0068172-00   S#0003957
MATTHEW C ROY
28 MEADOW DR
GREEN LANE FARMS
CAMP HILL, PA 17011

97586    0068173-00   S#0009865
MATTHEW CASTELLI
840 N 124TH CT APT 4
OMAHA, NE 68154

97586    0068174-00   S#0000026
MATTHEW D KING
175 HAMPDEN RD
EAST LONGMEADOW, MA 01028

97586    0068176-00   S#0009077
MATTHEW DAN STROICK
708 DEER LANE
SLEEPY HOLLOW, IL 60118-1814

97586    0068177-00   S#0009959
MATTHEW DANIEL
BOX 240
ADDIS, LA 70710

97586    0068178-00   S#0010812
MATTHEW DAVIS
1504 E BATES ST
MESA, AZ 85203-2004

97586    0068179-00   S#0012148
MATTHEW DENSING
2708 WESTLAND DR
ROSAMOND, CA 93560-6242

97586    0068180-00   S#0012521
MATTHEW DITTMER
7395 SEDGEFIELD AVE
SAN RAMON, CA 94583-3563

97586    0068181-00   S#0001085
MATTHEW E FELDMAN
86 EDGEWOOD AVE
SPRINGFIELD, NJ 07081

97586    0068182-00   S#0008903
MATTHEW E HENEGHAN
4240 N BLOOMINGTON AVE APT 204
ARLINGTON HTS, IL 60004-1189

97586    0068183-00   S#0008971
MATTHEW E VITNER &
SUSAN E VITNER
590 GINGER TRAIL
LAKE ZURICH, IL 60047

97586    0068184-00   S#0008531
MATTHEW EMERY
252 W LIBERTY ST
EVANSVILLE, WI 53536

97586    0068185-00   S#0001870
MATTHEW EVAN KAMINE
BOX 198
OLDWICK, NJ 08858

97586    0068186-00   S#0003388
MATTHEW FINKELSTEIN
BOX 114
REMSENBURG, NY 11960

97586    0068187-00   S#0011407
MATTHEW GOLLUB
591 CALLE ARROYD
THOUSAND OAKS, CA 91360

97586    0068188-00   S#0006208
MATTHEW H MARVEL &
ELLEN C MARVEL JT TEN
8545 SW 147 TER
MIAMI, FL 33158

97586    0068189-00   S#0005732
MATTHEW H WILKERSON
1136 BRIDGEWATER WALK
SNELLVILLE, GA 30278-2085

97586    0068190-00   S#0009801
MATTHEW HARMON &
KAREN HARMON
301 N COMMERCIAL
SEDGWICK, KS 67135

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0068191-00  S#0000683<br>MATTHEW HEAPHY<br>1 HEMPSHIRE PL<br>CROMWELL, CT 06416 | 97586   0068192-00  S#0007865<br>MATTHEW HOLTZ<br>26615 NIEMAN<br>ROSEVILLE, MI 48066 | 97586   0068193-00  S#0005234<br>MATTHEW J ANDERSON<br>159 HONEYSUCKLE LANE<br>HUNTINGTON, WV 25701-4725 |
| 97586   0068194-00  S#0003882<br>MATTHEW J D AMES CUST<br>CINDY AMES UGMA PA<br>634 BEALLESVILLE RD<br>SCENERY HILL, PA 15360 | 97586   0068195-00  S#0003733<br>MATTHEW J NEXCI &<br>RONALD GARROW<br>459 LYELL AVE<br>ROCHESTER, NY 14606-1623 | 97586   0068196-00  S#0010943<br>MATTHEW J TORRES<br>2102 CLEOPATRA PL NE<br>ALBUQUERQUE, NM 87112 |
| 97586   0068197-00  S#0006303<br>MATTHEW JOSEPH HURST<br>9311 N.W. 37TH CT<br>SUNRISE, FL 33351 | 97586   0068198-00  S#0000085<br>MATTHEW KENDRA<br>10 GOLDENROD COURT<br>SOUTH GRAFTON, MA 01560 | 97586   0068199-00  S#0006476<br>MATTHEW L SANDONATO<br>14805 SEMINOLE TRL<br>SEMINOLE, FL 33776-1081 |
| 97586   0068200-00  S#0008461<br>MATTHEW LEUCK<br>3615 13TH STREET<br>KENOSHA, WI 53141 | 97586   0068201-00  S#0003136<br>MATTHEW LEVY<br>350-11 N CORONA AVE<br>VALLEY STREAM, NY 11580 | 97586   0068202-00  S#0008418<br>MATTHEW MCGREEVEY<br>1228 GRAND AVE<br>KEOKUK, IA 52632 |
| 97586   0068203-00  S#0001570<br>MATTHEW MINOFF<br>1684 BLUE JAY LANE<br>CHERRY HILL, NJ 08003-3159 | 97586   0068204-00  S#0013455<br>MATTHEW MINTZ<br>6701 BELAND ROAD<br>COTE ST LUC, QC H4V 1E6<br>CANADA | 97586   0068205-00  S#0004458<br>MATTHEW MOSES<br>BOX 12361<br>WILMINGTON, DE 19850 |
| 97586   0068206-00  S#0012618<br>MATTHEW P KERNAN<br>C-O PATRICIA S SKINNER<br>1349 RAMONA LANE<br>PETALUMA, CA 94954 | 97586   0068208-00  S#0005556<br>MATTHEW P WARD<br>10 GARTH DR<br>CHARLESTON, SC 29414 | 97586   0068209-00  S#0009055<br>MATTHEW R LOCKRIDGE<br>1303 SCOTT AVENUE<br>WINNETKA, IL 60093 |
| 97586   0068210-00  S#0009622<br>MATTHEW R SONDAG<br>78 NUMBER 8 GREEN DR<br>ST CHARLES, MO 63303 | 97586   0068212-00  S#0003850<br>MATTHEW R TANZER<br>1155 SHADY AVE<br>PITTSBURGH, PA 15232 | 97586   0068213-00  S#0002491<br>MATTHEW RAGONE<br>CUST KATHRYN ELIZABETH<br>RAGONEUGMA/NY<br><br>65 FANEUIL PL<br>NEW ROCHELLE, NY 10801 |
| 97586   0068214-00  S#0002490<br>MATTHEW RAGONE CUST<br>MICHAEL JAMES RAGONE<br>65 FANEUIL PL<br>NEW ROCHELLE, NY 10801 | 97586   0068215-00  S#0000731<br>MATTHEW RAIDER<br>91 FAIRWAY DRIVE<br>PORTLAND, CT 06480 | 97586   0068216-00  S#0001041<br>MATTHEW SCOTT APTEKAR<br>13 BLUE JAY COURT<br>WARREN, NJ 07059 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0068217-00   S#0013465<br>MATTHEW SLOAN<br>80 BIRCHVIEW<br>DOLLARD DES ORMEAUX, QC H9A 2Y4<br>CANADA | 97586   0068218-00   S#0013532<br>MATTHEW SMITH<br>2 ARMEL COURT APT 1502<br>REXDALE, ON M4W 6L4<br>CANADA | 97586   0068219-00   S#0010851<br>MATTHEW STANTON KLUVO<br>9564 E ALTADENA AVE<br>SCOOTSDALE, AZ 85260 |
| 97586   0068220-00   S#0010325<br>MATTHEW T DELEVORYAS<br>7202 SELMA APT 8<br>HOUSTON, TX 77030-5023 | 97586   0068221-00   S#0008721<br>MATTHEW TARAN<br>9712 ST JOHNS RD<br>MINNETONKA, MN 55343-7036 | 97586   0068222-00   S#0006753<br>MATTHEW W ALLEN<br>4808 REEDER SCHOOL RD<br>GREENBRIER, TN 37073 |
| 97586   0068223-00   S#0009580<br>MATTHEW W HILL<br>5350 PERSHING RD #5B<br>ST LOUIS, MO 63112 | 97586   0068224-00   S#0002515<br>MATTHEW W MARKIEWICZ<br>8 MEADOWBROOK LN<br>GOSHEN, NY 10924 | 97586   0068225-00   S#0007353<br>MATTHEW W SELBY &<br>KRISTIN A SELBY JTTEN<br>19191 WESTWOOD DR<br>STRONGSVILLE, OH 44136 |
| 97586   0068226-00   S#0007012<br>MATTHEW WEINBERG<br>5018 DUNVEGAN ROAD<br>LOUISVILLE, KY 40222 | 97586   0068227-00   S#0008350<br>MATTHEW ZASTROW<br>616 KENNEDY RD<br>IRON MOUNTAIN, MI 49801 | 97586   0068228-00   S#0000692<br>MATTIA J DEANGELO<br>421 MEADOWBROOK RD<br>FAIRFIELD, CT 06430 |
| 97586   0068229-00   S#0004104<br>MAURA GRIBBLE<br>103 BARNEY ST<br>WILKES-BARRE, PA 18702 | 97586   0068230-00   S#0011081<br>MAUREEN BROWN CUST<br>MICHAEL BROWN<br>5412 ABBOT PL<br>LOS ANGELES, CA 90042 | 97586   0068231-00   S#0000575<br>MAUREEN E ANDRYUK CUST<br>JASON P ANDRYUKUGMA-CT<br>53 EDGEWOOD LANE<br>GLASTONBURY, CT 06033-3849 |
| 97586   0068232-00   S#0009297<br>MAUREEN FARKAS<br>6117 S MASSASOIT AVE<br>CHICAGO, IL 60638-4515 | 97586   0068233-00   S#0002468<br>MAUREEN H LUNDAHL CUST<br>IAN MICHAEL LUNDAHL<br>2 WESTCHESTER AVE<br>WHITE PLAINS, NY 10601-3529 | 97586   0068234-00   S#0008141<br>MAUREEN HARRIS CUST<br>MEGAN HARRIS<br>22170 SHEFFIELD<br>FARMINGTON HILLS, MI 48335 |
| 97586   0068235-00   S#0008140<br>MAUREEN HARRIS CUST<br>ROBERT HARRIS<br>22170 SHEFFIELD<br>FARMINGTON HILLS, MI 48335 | 97586   0068236-00   S#0008139<br>MAUREEN HARRIS CUST<br>SHANNON HARRIS<br>22170 SHEFFIELD<br>FARMINGTON HILLS, MI 48335 | 97586   0068237-00   S#0005159<br>MAUREEN K PACE CUST<br>ERIN C PACE<br>34 HAMPTON ST<br>FT MONROE, VA 23651-1013 |
| 97586   0068238-00   S#0012548<br>MAUREEN KAY LENAHAN C/F<br>SEAN CHRISTOPHER LENAHAN UGMA/CA<br>45 CASTLE LANE<br>OAKLAND, CA 94611 | 97586   0068239-00   S#0000678<br>MAUREEN LABELLA CUST<br>CATILYN M LABELLA<br>370 W CHESTER RD<br>COLCHESTER, CT 06415 | 97586   0068240-00   S#0000677<br>MAUREEN LABELLA CUST<br>KRISTA LABELLA<br>370 W CHESTER RD<br>COLCHESTER, CT 06415 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068241-00   S#0011044
MAUREEN M FRANK CUST
DAVID MATTHEW FRANK
1028 SELBY AVE
LOS ANGELES, CA 90024

97586    0068242-00   S#0011043
RICHARD ANDREW FRANK
1028 SELBY AVE
LOS ANGELES, CA 90024

97586    0068243-00   S#0004911
MAUREEN P VALENCIA
15241 HYACINTH PL
DUMFRIES, VA 22026-1054

97586    0068244-00   S#0001798
MAUREEN PHELPS
T.O.D. RICHARD PHELPS
19 LIDGERT AVENUE
CLINTON, NJ 08809-1218

97586    0068245-00   S#0012012
MAUREEN T RANDALL &
KEVIN M RANDALL
JT TEN
5799 13TH AVE
HANFORD, CA 93230

97586    0068246-00   S#0006116
MAURELLE AIN CUST
MARISSA FAY AIN
10630 MANAGUA AVE
COOPER CITY, FL 33026

97586    0068247-00   S#0011266
MAURICE G BRASSARD
9303 ALONDRA BOULEVARD
BELLFLOWER, CA 90706

97586    0068248-00   S#0008092
MAURICE L CHARBONNEAU
40467 MEADE PTE DR
STERLING HEIGHTS, MI 48313-3957

97586    0068249-00   S#0009098
MAURY J WEXLER
295 GARDEN AVE
ROSELLE, IL 60172

97586    0068250-00   S#0000982
MAX A JOHNSON CUST
DONNA E JOHNSON
41 FIRST STREET-APT 1-A
HOBOKEN, NJ 07030-5721

97586    0068251-00   S#0003820
MAX A LEVINE CUST
RANDALL M LEVINE
745 S LINDEN AVE
PITTSBURGH, PA 15208-2814

97586    0068252-00   S#0000844
MAX CAPILUPI
5 SHERRY LANE
DANBURY, CT 06811

97586    0068253-00   S#0012580
MAX EDGAR GIDEON
26 LOS CERROS
GREENBRAE, CA 94904

97586    0068254-00   S#0012923
MAX L KLEINSMITH
1536 RUSHING ST
YUBA CITY, CA 95993-5507

97586    0068255-00   S#0003264
MAX POHL CUSTODIAN FOR
JORDAN ALEXANDER MEISNER UGMA/NY
7 MOT PLACE
DIX HILLS, NY 11746

97586    0068256-00   S#0012042
MAXSTELL N PEARCE CUST
AMANDA MICHELLE MERINO
3117 AGATE
BAKERSFIELD, CA 93304

97586    0068257-00   S#0012043
MAXSTELL N PEARCE CUST
JOSHUA O'NEIL PEARCE
3117 AGATE
BAKERSFIELD, CA 93304

97586    0068258-00   S#0013241
MAXWELL MICHEAL WINKELHAKE
3548 N E 93RD
SEATTLE, WA 98125

97586    0068259-00   S#0008763
MAY WALENTINY CUST
BENJAMIN JOHNSON
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586    0068260-00   S#0008764
MAY WALENTINY CUST
DANELLE REE WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586    0068261-00   S#0008761
MAY WALENTINY CUST
JOE WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068262-00   S#0008766
MAY WALENTINY CUST
KELLY JO WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586   0068263-00   S#0008768
MAY WALENTINY CUST
MATTHEW WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586   0068264-00   S#0008770
MAY WALENTINY CUST
NICOL ANNETTE MEDVIC
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586   0068265-00   S#0008765
MAY WALENTINY CUST
PATRICK WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586   0068266-00   S#0008769
MAY WALENTINY CUST
RACHEL JOHNSON
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586   0068267-00   S#0001860
MAY Y ENG
61 CASTLE POINT BLVD
PISCATAWAY, NJ 08854

97586   0068268-00   S#0012903
MAYBELLE WHANG CUST
CASEY K LEONG
1035 RIO CIDADE DR
SACRAMENTO, CA 95831-4488

97586   0000953-00   S#0005783
MAYFLOWER TRANSIT INC
PO BOX 198160
ATLANTA, GA 30384

97586   0068269-00   S#0008323
MAYLENE SINKA CUST
GRADY SINKA UCUTMA
5552 72ND AVE
HUDSONVILLE, MI 49426-8508

97586   0000263-00   S#0001618
MCALEESE, CHERI
EXECUTIVE PLAZA SUITE 300
1120 RT 73
MT LAUREL, NJ 08054

97586   0000954-00   S#0011456
MCARDLE BROKERAGE INC
RE: MCARDLE INC
14957 HAMLIN ST
VAN NUYS, CA 91411

97586   0000957-00   S#0001576
MCCOLLISTER'S MOVING & STORAGE
1800 RT 130 NORTH
PO BOX 9
BURLINGTON, NJ 08016

97586   0020005-00   S#0011342
MCDONNELL, PAMELA
28522 DRIVER AVE
AGOURA HILLS, CA 91301

97586   0000494-00   S#0001004
MCGEE, ELIZABETH
11 WELLESLEY RD
MAPLEWOOD, NJ 07040-2809

97586   0000958-00   S#0009325
MCI
PO BOX 70129
CHICAGO, IL 60673

97586   0000959-00   S#0004249
MCI INTERNATIONAL
PO BOX 42925
PHILADELPHIA, PA 19101

97586   0000960-00   S#0004250
MCI INTERNATIONAL/WUI INC
PO BOX 42925
PHILADELPHIA, PA 19101-2925

97586   0000926-00   S#0005312
MCINTYRE, MARK
2904 LAKE FOREST DR
GREENSBORO, NC 27408

97586   0060777-00   S#0005007
MCKEE, BARRY W
309 YOAKUM PKWY APT 1215
ALEXANDRIA, VA 22304-3949

97586   0000965-00   S#0005796
MCLANE SOUTHEAST
US HIGHWAY 29 & ATHENA DR
ATHENS, GA 30603

97586   0001356-00   S#0011464
MCMANUS, SHAWN
624 E CEDAR AVE APT H
BURBANK, CA 91501

97586   0000966-00   S#0009331
MCMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690

97586   0000928-00   S#0001475
MCNABB, MARK
136 NEW JERSEY AVE
LAKE HOPATCONG, NJ 07849

97586   0020455-00   S#0007673
MCPHERSON, SHANNON R
MEMORIAL FUND - LYNWOOD MCPHERSON
8906 COMPTON ST #D
INDIANAPOLIS, IN 46240-1826

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**     0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586   0061139-00   S#0009690
MCTAVIS, BRIAN
4715 NW 90TH ST
KANSAS CITY, MO 64154-2013

97586   0000967-00   S#0007281
MECHANICS CHOICE
PO BOX 94877
CLEVELAND, OH 44101

97586   0000968-00   S#0000850
MEDIAWEEK
PO BOX 1976
DANBURY, CT 06813

97586   0068270-00   S#0007662
MEG STEIN CUST
JACOB A LAFORGE
2746 VINEWOOD DRIVE
SPEEDWAY, IN 46224

97586   0068271-00   S#0007661
MEG STEIN CUST
TIMOTHY H LAFORGE
2746 VINEWOOD DRIVE
SPEEDWAY, IN 46224

97586   0068272-00   S#0006001
MEGAN B MC CORVEY
1573 TWIN OAKS DR
DE LAND, FL 32720-4570

97586   0068273-00   S#0000907
MEGAN E WILLIAMS
97 WILTON CREST
WILTON, CT 06897

97586   0068274-00   S#0009819
MEGAN L MULLER
2707 ANITA
WICHITA, KS 67216

97586   0068275-00   S#0005591
MEGAN LINDSAY MARSH
1950 ROE FORD RD
GREENVILLE, SC 29609-7025

97586   0068276-00   S#0000682
MEGIN HEAPHY
1 HEMPSHIRE PL
CROMWELL, CT 06416

97586   0068277-00   S#0007536
MEL ADKINS
1402 BEACON STREET
CINTI, OH 45230

97586   0068278-00   S#0001097
MEL LAZORWITZ CUST
MATTHEW E LAZORWITZ
256 GLOBE AVE
UNION, NJ 07083-7242

97586   0068279-00   S#0006221
MELANIE E SAWYER CUST
DONALD GRAIG SAWYER
9121 S.W. 103RD ST
MIAMI, FL 33173

97586   0068280-00   S#0010904
MELANIE GRAY
7286 E 38TH STREET
TUCSON, AZ 85730

97586   0068281-00   S#0004861
MELANIE J SASSE &
CHRISTOPHER M SASSE JT TEN
9004 SHADYBROOK DR
FREDERICK, MD 21701

97586   0068282-00   S#0004860
MELANIE J SASSE CUST
KARL C SASSE
9004 SHADYBROOK DR
FREDERICK, MD 21701

97586   0068283-00   S#0004859
MELANIE J SASSE CUST
WILLIAM F SASSE
9004 SHADYBROOK DR
FREDERICK, MD 21701

97586   0068284-00   S#0003665
MELANIE M ZABLOTNY CUST
DOMINIC J ZABLOTNY
74 ELLSWORTH DR
CHEEKTOWAGA, NY 14225

97586   0068285-00   S#0011807
MELANIE ROTMAN CUST
TIFFANY GRACE ROTMAN
PO BOX 19565
IRVINE, CA 92623

97586   0068286-00   S#0011193
MELANIE S MCINTOSH
419 N BROADWAY 10
REDONDO BEACH, CA 90277

97586   0068287-00   S#0002111
MELANIE STEILEN CUST
MAEVE LAWSON MCNEW
65 CENTRAL PARK W 8A
NEW YORK, NY 10023

97586   0068288-00   S#0012061
MELANIE WELLS CUST
FBO THOMAS MARQUEZ
1816 CHEVY CHASE DR
BAKERSFIELD, CA 93306-3844

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0068289-00  S#0001905
MELANIE WINTERS CUST
AMELIA JANE NEWMAN
HQ USEUCOM
UNIT 30400 BOX 305
APO, AE 09128

97586   0001139-00  S#0003207
MELHADO, PAUL W
C/O SPEEDWAY PHOTOGRAPHS
101 COREY AVE
BLUE POINT, NY 11715

97586   0068290-00  S#0010315
MELINDA B MCMAHAN
2617 ARBUCKLE
HOUSTON, TX 77005-3929

97586   0068291-00  S#0011804
MELINDA DIXON ROACH CUST
JOHN ROACH
PO BOX 6883
ORANGE, CA 92613-6863

97586   0068293-00  S#0001006
MELINDA FISHMAN CUST FBO
MAX HENRY BRECHER NJ/UTMA
5 ROOSEVELT PLACE #40
MONTCLAIR, NJ 07042

97586   0068292-00  S#0008490
MELINDA FISHMAN CUST FBO
SETH HENRY HOUSE WI/UTMA
3432 N FRATNEY STREET
MILWAUKEE, WI 53212

97586   0068294-00  S#0005800
MELINDA S QUINN CUST
PATRICK WAYNE QUINN, A MINOR
UNDER THE LAWS OF GEORGIA
1707 DOGWOOD TRAIL NE
MONROE, GA 30655-5240

97586   0068295-00  S#0012133
MELINDA T STACKHOUSE CUST
JASON A T STACKHOUSE
BOX 1935
PASO ROBLES, CA 93447

97586   0068296-00  S#0012132
MELINDA T STACKHOUSE CUST
NICHOLAS L T STACKHOUSE
BOX 1935
PASO ROBLES, CA 93447

97586   0068297-00  S#0007775
MELINDA UEBEL
6936 N BACONRIDGE ROAD
MADISON, IN 47250

97586   0068298-00  S#0000498
MELINDA V NOONAN
93 UNION AVE
OLD ORCHD BCH, ME 04064-2431

97586   0068299-00  S#0000294
MELISSA A FARRINGTON
26 LOCKELAND AVE
ARLINGTON, MA 02174

97586   0068300-00  S#0003146
MELISSA A GALIN
23 BIRCH LANE - GREEN ACRES
VALLEY STREAM, NY 11581-1730

97586   0068301-00  S#0002261
MELISSA ANN NARDUCCI
223 RIDGEWOOD AVE
STATEN ISLAND, NY 10312

97586   0068302-00  S#0009223
MELISSA FANTETTI AND
RONALD J FANTETTI JTTEN
394 REPTON ROAD
RUVERSIDE, IL 60546

97586   0068303-00  S#0009222
MELISSA FANTETTI C/F
CHRISTOPHER R FANTETTI
394 REPTON ROAD
RIVERSIDE, IL 60546

97586   0068304-00  S#0013173
MELISSA G THIRLOWAY CUST
TYLER MCPHAIL THIRLOWAY
235 10TH AVE W
KIRKLAND, WA 98033

97586   0068305-00  S#0010083
MELISSA HAGERMAN
PO BOX 10
CANUTE, OK 73626

97586   0068306-00  S#0006911
MELISSA HANKINS CUST
FOR JOSHUA HANKINS
RT 6 BOX 79-A
MARTIN, TN 38237

97586   0068307-00  S#0006711
MELISSA HOMESTEAD
5609 CALMAR DR APT A
MONTOOMERY, AL 36116-1759

97586   0068308-00  S#0004858
MELISSA J MCDANIEL
6414 QUINN RD
FREDERICK, MD 21701

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068309-00   S#0005088
MELISSA K GILBERT
9106 GERMONT AVE
RICHMOND, VA 23237

97586   0068310-00   S#0000337
MELISSA KOBRAN
29 SAMUEL AVE
BROCKTON, MA 02401

97586   0068311-00   S#0007283
MELISSA L AMOS-LANDGRAF &
JAMES M AMOS-LANDGRAF JT TEN
1615 MISTLETOE DR
CLEVELAND, OH 44106

97586   0068312-00   S#0007284
MELISSA L AMOS-LANDGRAF CUST
JACOB D AMOS-LANDGRAF
1615 MISTLETOE DR
CLEVELAND, OH 44106

97586   0068313-00   S#0006161
MELISSA MEREDITH GETTER
10038 VESTAL PL
CORAL SPRINGS, FL 33071

97586   0068314-00   S#0012181
MELISSA SILVERSTEIN
344 ECHO VALLEY RD #A
PRUNEDALE, CA 93907-8400

97586   0068315-00   S#0013518
MELISSA STEPHANIE REYNOLDS
87 AYLESWORTH AVENUE
SCARBOROUGH, ON M1N 2J7
CANADA

97586   0068316-00   S#0005221
MELISSA WAIBEL
P.O. BOX 75072
CHARLESTON, WV 25375

97586   0068317-00   S#0008427
MELISSA WILKINSON
1403 18TH STREET
BETTENDORF, IA 52722

97586   0068318-00   S#0006124
MELODY ROWDON
17932 SW 29 LANE
MIRAMAR, FL 33029-5500

97586   0068319-00   S#0004577
MELVIN A REFF CUST
ANDREW MICHAEL REFF
11119 ROCKVILLE PIKE SUITE 40
ROCKVILLE, MD 20852

97586   0068320-00   S#0004579
MELVIN A REFF CUST
STEVEN NEIL REFF
608 FARM POND LANE
ROCKVILLE, MD 20852

97586   0068321-00   S#0012882
MELVIN D BROWN
2146 56TH AVE
SACRAMENTO, CA 95822

97586   0068324-00   S#0009647
MELVIN L BUSCH CUST
JAMIE V WILSON
1513 JESSICA ST
CAPE GIRARDEAU, MO 63701-2272

97586   0068325-00   S#0009651
MELVIN L BUSCH CUST
JESSICA O WILSON
1513 JESSICA ST
CAPE GIRARDEAU, MO 63701-2272

97586   0068326-00   S#0009650
MELVIN L BUSCH CUST
MEREDITH E BUSCH
1513 JESSICA ST
CAPE GIRARDEAU, MO 63701-2272

97586   0068322-00   S#0009648
MELVIN L BUSCH CUST
TAYLOR B BUSCH
1513 JESSICA ST
CAPE GIRARDEAU, MO 63701-2272

97586   0068323-00   S#0009649
MELVIN L BUSCH CUST
TREY M BUSCH
1513 JESSICA ST
CAPE GIRARDEAU, MO 63701-2272

97586   0068327-00   S#0005880
MELVYN NATHANSON
652 SAN PEDRO DR
LADY LAKE, FL 32159

97586   0000973-00   S#0009678
MEMPHIS CONCRETE CUTTING INC
120 W 72ND ST
KANSAS CITY, MO 64114-5702

97586   0070170-00   S#0007113
MENGELBERG, ROBERT A
225 RUSSELLVILLE RD
ALLENSVILLE, KY 42204-9028

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0020887-00   S#0001727
MENSEL, THOMAS W
DBA NORTHEAST DISPLAYS & GRAPHICS
616 BRICKHOUSE RD
PRINCETON, NJ 08540

97586    0001592-00   S#0002182
MERCER, WILLIAM M
PO BOX 5175 GPO
NEW YORK, NY 10087-5175

97586    0068328-00   S#0000661
MEREDITH ANN HVIZDAK
24 TYLER TERRACE
JEWETT CITY, CT 06351

97586    0068329-00   S#0010801
MEREDITH BROWN
3922 W KALER DR
PHOENIX, AZ 85051-7326

97586    0068330-00   S#0010236
MEREDITH CANON
5215 TEVEY RD
LONGVIEW, TX 75605-9229

97586    0068331-00   S#0002692
MERICK FLEISHER
1167 EAST 27TH STREET
BROOKLYN, NY 11210

97586    0068332-00   S#0000207
MERILL BERGER SEGALLER CUST
ADAM J SEGALLER UTMA MA
145 WALPOLE ST
DOVER, MA 02030

97586    0068333-00   S#0005137
MERLE E STORM
5100 DUNDEE LN
VIRGINIA BEACH, VA 23464

97586    0068334-00   S#0004595
MERRIE M EISENSTADT CUST
REBECCA EISENSTADT
11724 LAKE POTOMAC DR
POTOMAC, MD 20854-1219

97586    0068335-00   S#0000242
MERRY L MORSE
8 MEREDITH ST
WEST ROXBURY, MA 02132-2005

97586    0068336-00   S#0003185
MERYL ALTSTADTER
30-86 LYDIA LANE
BELLMORE, NY 11710

97586    0068337-00   S#0006898
MERYL SHAHUN ROSEN CUST
SCOTT M ROSEN UTMA TN
1694 BRYN MAWR COVE
GERMANTOWN, TN 38138

97586    0000977-00   S#0001944
MERZARIO USA INC
17 BATTERY PL #1630
NEW YORK, NY 10004

97586    0000034-00   S#0006611
MESSERSCHMIDT, AL
861 E KLOSTERMAN RD
TARPON SPRINGS, FL 34689-3914

97586    0001427-00   S#0000962
MESSINGER, STUART H
9 COLUMBIA TERRACE #2B
EDGEWATER, NJ 07020

97586    0000978-00   S#0006909
METAL SUPPLY CO
PO BOX 9041
MEMPHIS, TN 38190

97586    0000730-00   S#0001568
METAXIA FINE ART
C/O JENIFER LAZOS
706 CRESTBROOK AVE
CHERRY HILL, NJ 08003-1502

97586    0068338-00   S#0004558
MEYER H GORDON CUST
CARY E GORDON
9845 SINGLETON DR
BETHESDA, MD 20817-2352

97586    0068339-00   S#0004559
MEYER H GORDON CUST
ERIC S GORDON
9845 SINGLETON DR
BETHESDA, MD 20817-2352

97586    0068340-00   S#0003065
MEYER STATMAN &
MIRIAM STATMAN
JT TEN
127 HARDS LANE
LAWRENCE, NY 11559

97586    0061035-00   S#0009601
MEYER, BRENDA A
311 MALONE DR
ST LOUIS, MO 63129-3824

97586    0068341-00   S#0008545
MIA T CHIN
410 E RICHARDS RD
OREGON, WI 53575-1020

97586    0068342-00   S#0001741
MICAH A GOLDFUS
509 BERGEN ST
LAWRENCEVILLE, NJ 08648

97586    0068343-00   S#0007441
MICHAEL A AROCHO
8108 HUNTING VALLEY
YOUNGSTOWN, OH 44512-8116

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0068344-00   S#0009560<br>MICHAEL A BRIGGS<br>4016 HAWKS REST<br>PACIFIC, MO 63069-2551 | 97586   0068345-00   S#0007800<br>MICHAEL A CATHRO &<br>KAREN D CATHRO JT TEN<br>3300 STRATFORD<br>EVANSVILLE, IN 47710 | 97586   0068346-00   S#0000442<br>MICHAEL A COYNE JR<br>8 WAGON TRAIL<br>NASHUA, NH 03062 |
| 97586   0068347-00   S#0001490<br>MICHAEL A D'ANTON JR<br>164 LAKESIDE DR<br>ROCKAWAY, NJ 07866 | 97586   0068348-00   S#0002415<br>MICHAEL A DATY CUST<br>ALEXANDER NAMBA<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068349-00   S#0002420<br>MICHAEL A DATY CUST<br>BENJAMIN W NAEMURA<br>71 BRADFORD ST<br>RYE, NY 10580 |
| 97586   0068350-00   S#0002417<br>MICHAEL A DATY CUST<br>GREGORY GILLIE<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068351-00   S#0002418<br>MICHAEL A DATY CUST<br>JEFFREY NAEMURA<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068352-00   S#0002416<br>MICHAEL A DATY CUST<br>JOHNNY NAEMURA<br>71 BRADFORD ST<br>RYE, NY 10580 |
| 97586   0068353-00   S#0002419<br>MICHAEL A DATY CUST<br>JOSEPH N ROSS<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068354-00   S#0002423<br>MICHAEL A DATY CUST<br>MICHAEL SUGURO<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068355-00   S#0002424<br>MICHAEL A DATY CUST<br>TIMOTHY K DATY<br>71 BRADFORD ST<br>RYE, NY 10580 |
| 97586   0068356-00   S#0002421<br>MICHAEL A DATY CUST<br>WILLIAMM J NAEMURA<br>71 BRADFORD ST<br>RYE, NY 10580 | 97586   0068357-00   S#0009133<br>MICHAEL A GRANO &<br>CHRISTINE M GRANO JT TEN<br>3601 S EUCLID<br>BERWYN, IL 60402 | 97586   0068358-00   S#0003418<br>MICHAEL A IPPOLITO<br>15 ROBERTS RD<br>WATERFORD, NY 12188 |
| 97586   0068359-00   S#0012143<br>MICHAEL A LEMOS<br>40702 168TH ST EAST<br>LANCASTER, CA 93535 | 97586   0068360-00   S#0012458<br>MICHAEL A LEONE<br>4110 RAVENWOOD PL<br>CASTRO VALLEY, CA 94546-6016 | 97586   0068361-00   S#0006765<br>MICHAEL A MOTT &<br>SANDRA S MOTT JT TEN<br>1 CONRAD CT<br>WAVERLY, TN 37185 |
| 97586   0068362-00   S#0005937<br>MICHAEL A RUSSO<br>496 STONEHOUSE RD<br>TALLAHASSE, FL 32301-8542 | 97586   0068363-00   S#0004037<br>MICHAEL A SAUSSER<br>BOX 387 RD 2<br>SCHUYLKILL HAVEN, PA 17972 | 97586   0068364-00   S#0003988<br>MICHAEL A SCHRIVER<br>367 S WALNUT STREET<br>DALLASTOWN, PA 17313 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068365-00   S#0010529
MICHAEL A TAYLOR &
ELIZABETH M TAYLOR JT TEN
509 TOLEDO TRAIL
GEORGETOWN, TX 78628-1753

97586    0068366-00   S#0007900
MICHAEL A WOMACK
2338 GOLFVIEW 108
TROY, MI 48084-3856

97586    0068367-00   S#0003219
MICHAEL AGUANNO &
DOLORES AGUANNO
115 OLD COUNTRY RD
DEER PARK, NY 11729

97586    0068368-00   S#0011742
MICHAEL ALLAN JONES
14123 MENDICINO CT
FONTANA, CA 92336

97586    0068369-00   S#0010631
MICHAEL ALLEN
3350 W 54TH AVE
DENVER, CO 80221-0000

97586    0068370-00   S#0008483
MICHAEL ANDRESEN
1109 N OLD WORLD 3RD ST
MILWAUKEE, WI 53203-1101

97586    0068371-00   S#0012334
MICHAEL ANTONY
1890 11TH AVENUE
SAN FRANCISCO, CA 94122

97586    0068372-00   S#0010767
MICHAEL ASBELL
1683 NORTH HICKORY LANE
PROVO, UT 84604

97586    0068373-00   S#0004062
MICHAEL B BOCICH CUST
BRYAN M BOCICH UGMA PA
C/O MERIDIAN BANK
645 HAMILTON MALL
ALLENTOWN, PA 18101

97586    0068374-00   S#0004061
MICHAEL B BOCICH CUST
ERIC R BOCICH UGMA PA
C/O MERIDIAN BANK
645 HAMILTON MALL
ALLENTOWN, PA 18101

97586    0068375-00   S#0000287
MICHAEL B BOGDANOW CUST
MATTHEW AARON BOGDANOW
56 LEDGELAWN AVE
LEXINGTON, MA 02173

97586    0068376-00   S#0004667
MICHAEL B SASSANI
7907 TAKOMA AVE
SILVER SPRING, MD 20910-5227

97586    0068377-00   S#0013583
MICHAEL BEATY
BOX 128
BOWEN ISLAND, BC V0N 1G0
CANADA

97586    0068378-00   S#0012441
MICHAEL BENDORF
48645 TAOS RD
FREMONT, CA 94539-7736

97586    0068379-00   S#0000037
MICHAEL BENEDETTI
4 HIGHLAND STREET
PALMER, MA 01069

97586    0068380-00   S#0004815
MICHAEL BENJAMIN GUSSIO
1221 S POTOMAC ST
BALTIMORE, MD 21224

97586    0068381-00   S#0013610
MICHAEL BENJAMIN WOLFE
9087  118TH STREET
DELTA , BC V4C 7L8
CANADA

97586    0068382-00   S#0007838
MICHAEL BENSON
22600 GLENWOOD
CLINTON TOWNSHIP, MI 48035

97586    0068383-00   S#0009854
MICHAEL BESSER
13304 S 20TH AVE
OMAHA, NE 68123

97586    0068384-00   S#0000543
MICHAEL BISSONETTE &
DEBRA BISSONETTE JT TEN
RFD 1 BOX 2195
HINESBURG, VT 05461

97586    0068385-00   S#0002949
MICHAEL BLACK
80-25 64TH RD
MIDDLE VILLAGE, NY 11379-2322

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068386-00   S#0002948
MICHAEL BLACK CUST CUST
SAMANTHA BLACK
80-25 64TH RD
MIDDLE VILLAGE, NY 11379-2322

97586   0068387-00   S#0010446
MICHAEL BLANCHARD CUST
ROBERT DARRELL BLANCHARD
119 PECAN ESTATES
ANGLETON, TX 77515

97586   0068388-00   S#0010436
MICHAEL BORNSTEIN &
AIMEE BORNSTEIN
JT TEN
57 FOXHALL CRESCENT DR
SUGAR LAND, TX 77479-2505

97586   0068390-00   S#0001324
MICHAEL BOYLE CUST
COLLIN L BOYLE
79 LAKE AVE
FAIR HAVEN, NJ 07704

97586   0068389-00   S#0001320
MICHAEL BOYLE CUST
KATHERINE E BOYLE
79 LAKE AVE
FAIR HAVEN, NJ 07701

97586   0068391-00   S#0001325
MICHAEL BOYLE CUST
TAYLOR K BOYLE
79 LAKE AVE
FAIR HAVEN, NJ 07704

97586   0068392-00   S#0013223
MICHAEL BRADLEY CUST
SARAH BRADLEY
2045 E NEWTON
SEATTLE, WA 98112

97586   0068393-00   S#0000043
MICHAEL BUSCEMI
BOX 1709
WESTFIELD, MA 01086-1709

97586   0068394-00   S#0000239
MICHAEL BUTLER
10 MT VERNON STREET
CHARLESTOWN, MA 02129

97586   0068395-00   S#0007825
MICHAEL C BENSON
22479 SCHROEDER
EASTPOINTE, MI 48021

97586   0068396-00   S#0006964
MICHAEL C HESS
1306 OLD TAYLOR TRL
GOSHEN, KY 40026

97586   0068397-00   S#0011425
MICHAEL C TRISTANO
20959 COSTANSO STREET
WOODLAND HILLS, CA 91364

97586   0068398-00   S#0013501
MICHAEL C WRIGHT
158 SHANLEY TERRACE
OAKVILLE, ON L6K 2H6
CANADA

97586   0068399-00   S#0000305
MICHAEL C YOUNG &
KAREN C LEE JT TEN
49 YARMOUTH RD
WELLESLEY HILLS, MA 02181

97586   0068400-00   S#0000667
MICHAEL CAHILL CUST
CONOR CAHILLL
24 STERLING CITY RD
LYME, CT 06371-3305

97586   0068401-00   S#0001062
MICHAEL CALABRIA JR
351 PARK VIEW DR
SCOTCH PLAINS, NJ 07076

97586   0068402-00   S#0003387
MICHAEL CARMINE HAMMOND
25 MIDHAMPTON AVE
QUOGUE, NY 11959

97586   0068403-00   S#0002284
MICHAEL CASEY
452 BUCHANNAN AVE
STATEN ISLAND, NY 10314

97586   0068404-00   S#0006148
MICHAEL CIPES
4350 NW 30TH ST
APT 235
COCONUT CREEK, FL 33066

97586   0068405-00   S#0002402
MICHAEL COLLINS
160 MANVILLE RD
PLEASANTVILLE, NY 10570

97586   0068406-00   S#0005002
MICHAEL COOK CUST
NOAH COOK
2724 KING ST
ALEXANDRIA, VA 22302

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068407-00   S#0005673 | 97586    0068408-00   S#0010614 | 97586    0068409-00   S#0000832 |
| MICHAEL COULOMBE | MICHAEL CROUCH | MICHAEL D ANDREA |
| ERICA DUMPEL JT TEN | 16290 GOLDENROD WAY | 60 BERKSHIRE RD |
| 4392 WHITECAP LN | PARKER, CO 80134 | BROOKFIELD, CT 06804 |
| NORCROSS, GA 30092 | | |
| | | |
| 97586    0068410-00   S#0009732 | 97586    0068411-00   S#0011573 | 97586    0068413-00   S#0000388 |
| MICHAEL D BALL | MICHAEL D BRAWDT | MICHAEL D COSTELLO |
| 405 N MAIN | 1213 NOLAN AVE | 22 BRASSIE COURT |
| MTN GROVE, MO 65711 | CHULA VISTA, CA 91911-3723 | COVENTRY, RI 02816 |
| | | |
| 97586    0068414-00   S#0006791 | 97586    0068415-00   S#0005626 | 97586    0068416-00   S#0009672 |
| MICHAEL D CREAGAN CUST | MICHAEL D GOINS JR | MICHAEL D HALPERN & |
| MICHAEL W CREAGAN U/TN/UGTMA | 3612 JOHN CARROL DR | CARLOTA M HALPERN JT TEN |
| 701 EVERHART DRIVE NW | DECATUR, GA 30034 | 3648 CHARLOTTE |
| CLEVELAND, TN 37311 | | KANSAS CITY, MO 64109 |
| | | |
| 97586    0068417-00   S#0009673 | 97586    0068418-00   S#0008010 | 97586    0068419-00   S#0011361 |
| MICHAEL D HALPERN CUST | MICHAEL D HAMMONDS | MICHAEL D LANGEWISCH |
| JACOB B HALPERN | 31660 MADISON STREET | 23262 MOBILE ST |
| 3648 CHARLOTTE | WAYNE, MI 48184-1934 | WEST HILLS, CA 91307-3431 |
| KANSAS CITY, MO 64109 | | |
| | | |
| 97586    0068420-00   S#0001221 | 97586    0068421-00   S#0010740 | 97586    0068422-00   S#0000650 |
| MICHAEL D MC LEAN & | MICHAEL D MORGAN CUST | MICHAEL D SHEA |
| DIANE MC LEAN JT TEN | KEEGAN H MORGAN | 208 WESTERLY TER |
| 529 GOFFLE HILL RD | 1951 HOGAN ST | E HARTFORD, CT 06118 |
| HAWTHORNE, NJ 07506 | COEUR D'ALENE, ID 83814-8009 | |
| | | |
| 97586    0068423-00   S#0001074 | 97586    0068424-00   S#0013123 | 97586    0068425-00   S#0012654 |
| MICHAEL D SILVERMAN | MICHAEL D SKINNER & | MICHAEL D TRAPP |
| 115 HEMLOCK RD | BARBARA J SKINNER | 2449 REBECCA LYNN WAY |
| SHORT HILLS, NJ 07078-1823 | 93399 PITNEY LN | SANTA CLARA, CA 95050 |
| | JUNCTION CITY, OR 97448-9601 | |
| | | |
| 97586    0068426-00   S#0007547 | 97586    0068427-00   S#0007987 | 97586    0068428-00   S#0010065 |
| MICHAEL D WHALEN | MICHAEL D WRIGHT | MICHAEL DALLMAN CUST |
| 9751 MARINO DR | 8641 CRESTON | TRAVIS MICHAEL DALLMAN |
| CINCINNATI, OH 45239 | PICNKNEY, MI 48169 | 5500 N W 65TH ST |
| | | OKLAHOMA CITY, OK 73132 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068429-00  S#0003213
MICHAEL DAVES CUST
MICHELE C DAVES
151 HAWTHORNE AVE #236
CENTRAL ISLIP, NY 11722

97586   0068430-00  S#0004921
MICHAEL DAVID FORRESTER
3704 BROOMSEDGE CT
FAIRFAX, VA 22033

97586   0068431-00  S#0002152
MICHAEL DAVID ROSENBERG
983 PARK AVE APT 11C
NEW YORK, NY 10028-0808

97586   0068432-00  S#0008363
MICHAEL DAVID SMITH &
DENISE RENEE SMITH
C/O GEHLHAAR
BOX 141
GARDEN GRV, IA 50103-0104

97586   0068433-00  S#0007191
MICHAEL DAVID STEAD
1815 MT VERNON
TOLEDO, OH 43607

97586   0068434-00  S#0012041
MICHAEL DEAN BABB
3209 JENNY COURT
BAKERSFIELD, CA 93304

97586   0068435-00  S#0000957
MICHAEL DENCI
7 ADAMS AVE
CRANFORD, NJ 07016-2452

97586   0068436-00  S#0002077
MICHAEL DIMSON
245 E 63RD ST APT 1104
NEW YORK, NY 10021

97586   0068437-00  S#0008104
MICHAEL DORFMAN CUST
RICKY DORFMAN
5038 VILLAGE SQUARE CT
WEST BLOOMFIELD, MI 48322

97586   0068438-00  S#0003965
MICHAEL DOSTER
RD 2, BOX 1
FREDRICKBURG, PA 17026

97586   0068439-00  S#0000221
MICHAEL DROBNIS
47 BERKSHIRE AVE
SHARON, MA 02067

97586   0068440-00  S#0003472
MICHAEL DUCHNYCZ
574 SOUTH STREET
NEWBURGH, NY 12550

97586   0068441-00  S#0013552
MICHAEL E BALABAN
73 MERIDENE CRES W
LONDON, ON N5X 2M2
CANADA

97586   0068442-00  S#0007869
MICHAEL E COLLINS
122 PHILLIPS PL
ROYAL OAK, MI 48067-2731

97586   0068443-00  S#0005637
MICHAEL E CORBY
912 KENNESAW DR
FOREST PARK, GA 30050

97586   0068444-00  S#0011318
MICHAEL E CURRY
1270 CLUBHOUSE DR
PASADENA, CA 91105

97586   0068445-00  S#0000107
MICHAEL E DONNELLY CUST
PETER S DONNELLY
6 NIPMUC RD
PAXTON, MA 01612

97586   0068446-00  S#0001849
MICHAEL E ELCHONESS
28 WOODSIDE AVE
METUCHEN, NJ 08840-1615

97586   0068447-00  S#0000623
MICHAEL E GAMACHE CUST
COREY R GAMACHE
BOX 784
TOLLAND, CT 06084-0784

97586   0068448-00  S#0000535
MICHAEL E MARMILLO &
CHRISTINE A MARMILLO
JT TEN
27 CENTER ST
BENNINGTON, VT 05201-9223

97586   0068449-00  S#0001170
MICHAEL EISMAN &
MARLENE EISMAN JT TEN
50 POST PL
NEWFOUNDLAND, NJ 07435

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068450-00   S#0009462
MICHAEL ELDON GASSMANN &
RITA C GASSMANN JT TEN
10 RULEWOOD COURT
COLLINSVILLE, IL 62234-1532

97586    0068451-00   S#0013447
MICHAEL ELLIOT AZEFF
71 HARROW RD
HAMSTEAD, QC H3X 3W3
CANADA

97586    0068452-00   S#0009294
MICHAEL F ACQUAVELLA
1642 E 56TH ST APT 313
CHICAGO, IL 60637-5050

97586    0068453-00   S#0004869
MICHAEL F AMOS
751 HEATHER RIDGE DR A
FREDERICK, MD 21702-8802

97586    0068454-00   S#0008026
MICHAEL F DOHERTY JR
ANGELA DOHERTY
15883 DRYSDALE
SOUTHGATE, MI 48195

97586    0068455-00   S#0010789
MICHAEL F GHIGO &
STEPHANIE L GHIGO
3202 W LOUISE DR
PHOENIX, AZ 85027

97586    0068456-00   S#0006404
MICHAEL F PHALIN CUST
MICHAEL PATRICK PHALIN FL/UTMA
18424 SWAN LAKE DRIVE
LUTZ, FL 33549

97586    0068457-00   S#0002313
MICHAEL F SHADWICK &
WAND I SHADWICK JTTEN
3084 FEARN PLACE
BRONX, NY 10465

97586    0068458-00   S#0007789
MICHAEL F SUTTON
RR 1 BOX 65
MONROE CITY, IN 47557

97586    0068459-00   S#0002522
MICHAEL FERRERO
RD 9 BOX 745
MIDDLETOWN, NY 10940-9536

97586    0068460-00   S#0004077
MICHAEL FILE
BOX 623
POCONO LAKE, PA 18347

97586    0068461-00   S#0009301
MICHAEL FLEMING
11325 S BELL
CHICAGO, IL 60643

97586    0068462-00   S#0012895
MICHAEL FONG CUST FOR
CAMERON FONG
444 DEER RIVER WAY
SACRAMENTO, CA 95831

97586    0068463-00   S#0012894
MICHAEL FONG CUST FOR
COREY FONG
444 DEER RIVER WAY
SACRAMENTO, CA 95831

97586    0068464-00   S#0012893
MICHAEL FONG CUST FOR
KIMBERLY FONG
444 DEER RIVER WAY
SACRAMENTO, CA 95831

97586    0068465-00   S#0001417
MICHAEL FRIEDLANDER
C-O NATHANIEL MICHAEL
53 HIGHPOINTE WAY
MATAWAN, NJ 07747

97586    0068466-00   S#0002304
MICHAEL FRIEDMAN
2601 HENRY HUDSON PKWY
BRONX, NY 10463

97586    0068467-00   S#0012164
MICHAEL G ALLEN
423 W VARTIKIAN
FRESNO, CA 93704

97586    0068468-00   S#0008079
MICHAEL G CONSENTIONO CUST
NICHOLAS HENRI
344 WYNGATE DRIVE
ROCHESTER, MI 48307-1732

97586    0068469-00   S#0009163
MICHAEL G DREZNES JR
15408 CHERRY LANE
OAK FOREST, IL 60452

97586    0068470-00   S#0008324
MICHAEL G GAUTRAUD CUST FBO
MICHAEL DONATO
3135 LAKESHORE DRIVE
MUSKEGON, MI 49441-1108

97586    0068471-00   S#0000649
MICHAEL G HOFFBERG
39 VARDON RD
WEST HARTFORD, CT 06117

97586    0068472-00   S#0001797
MICHAEL G KUBIK
33 LINGERT AVE
CLINTON, NJ 08809

97586    0068473-00   S#0010450
MICHAEL G MEDWEDEFF
5323 APPLEBLOSSOM
FRIENDSWOOD, TX 77546-3231

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0068474-00  S#0000791<br>MICHAEL G METZA CUST<br>ANDREW METZA<br>1451 SYLVAN AVE<br>TRUMBULL, CT 06611 | 97586   0068475-00  S#0009820<br>MICHAEL G MULLER<br>2707 ANITA<br>WICHITA, KS 67216 | 97586   0068476-00  S#0000257<br>MICHAEL GILES<br>4 INGLESIDE AVENUE<br>MALDEN, MA 02148 |
| 97586   0068477-00  S#0000945<br>MICHAEL GILLIGAN<br>34 BIRCH ST<br>CARTERET, NJ 07008-2459 | 97586   0068478-00  S#0008858<br>MICHAEL GJOVIG<br>P.O. BOX 326<br>HEBRON, ND 58638 | 97586   0068479-00  S#0002602<br>MICHAEL GOLDBERG<br>10 KENNETH COURT<br>KINGS POINT, NY 11024 |
| 97586   0068480-00  S#0005140<br>MICHAEL GOLDMEIER CUST<br>AARON GOLDMEIER U/VA/UTMA<br>4721 BERRYWOOD COURT<br>VA BEACH, VA 23464-5878 | 97586   0068481-00  S#0006410<br>MICHAEL GRACE<br>4007 CANTER CT<br>VALRICO, FL 33594 | 97586   0068482-00  S#0000347<br>MICHAEL GRADY<br>65 PROSPECT ST<br>FALMOUTH, MA 02540 |
| 97586   0068483-00  S#0004942<br>MICHAEL GREIFNER CUST<br>ACF RICHARD GREIFNER<br>12206 HOUNDS LANE<br>RESTON, VA 22091 | 97586   0068484-00  S#0005033<br>MICHAEL GROSS<br>6367 PITCHER CT<br>BEALETON, VA 22712 | 97586   0068485-00  S#0011688<br>MICHAEL H BRYANT CUST<br>STEVEN M BRYANT<br>4214 TACOMA ST<br>SAN DIEGO, CA 92117 |
| 97586   0068486-00  S#0005596<br>MICHAEL H FARB<br>121 COALMONT CT<br>SIMPSONVILLE, SC 29681 | 97586   0068487-00  S#0005851<br>MICHAEL H HUELSKAMP CUST<br>MICHAEL H HUELSKAMP JR<br>RTE 15 BOX 2402<br>LAKE CITY, FL 32024 | 97586   0068488-00  S#0013290<br>MICHAEL H LUPPINO CUST<br>NATHAN E LUPPINO<br>810 S SUMMIT AVE<br>BREMERTON, WA 98312-4523 |
| 97586   0068489-00  S#0008183<br>MICHAEL H PETRUCCI &<br>JANET M PETRUCCI JTTEN<br>4232 REBECCA CR<br>WALLED LAKE, MI 48390 | 97586   0068490-00  S#0008543<br>MICHAEL H PRITZKOW CUST<br>MATTHEW M PRITZKOW<br>7701 HILLCREST AVE<br>MIDDLETON, WI 53562-3615 | 97586   0068491-00  S#0007715<br>MICHAEL H SCHOEFFLER &<br>VICKIE A SCHOEFFLER JT TEN<br>57073 COPPER COVE<br>ELKHART, IN 46516 |
| 97586   0068492-00  S#0006502<br>MICHAEL H SHEVLIN CUST<br>TIMOTHY M SHEVLIN<br>BOX 256<br>PINELAND, FL 33945 | 97586   0068493-00  S#0012284<br>MICHAEL HANDLERY CUST<br>FBO SEAN MICHAEL HANDLERY<br>180 GEARY ST 700<br>SAN FRANCISCO, CA 94108-5604 | 97586   0068494-00  S#0011331<br>MICHAEL HARDY<br>1124 N LOUISE ST #E<br>GLENDALE, CA 91207 |

Debtor:            Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586    0068495-00   S#0003130
MICHAEL HARKAVY CUST
JOSHUA HARKAVY
PO BOX 331
ROSLYN HEIGHTS, NY 11577

97586    0068496-00   S#0010374
MICHAEL HEATH
5655 GLENMONT DR APT 417
HOUSTON, TX 77081-1864

97586    0068497-00   S#0004155
MICHAEL HESNEY CUST
FBO DANIEL HESNEY
1609 HOPEGATE DR
MAPLE GLEN, PA 19002

97586    0068498-00   S#0012497
MICHAEL HONIG
PO BOX 165
RUTHERFORD, CA 94573

97586    0068499-00   S#0013110
MICHAEL HOWELLS
378 BLAZER RD
EUGENE, OR 97404

97586    0068500-00   S#0000281
MICHAEL I GRADY CUST
SEAN K GRADY A MINOR
49 PRISCILLA RD
CHESTNUT HILL, MA 02167-3967

97586    0068501-00   S#0012919
MICHAEL I ISHAM
1266 NORMAL AVE
CHICO, CA 95928

97586    0068503-00   S#0011843
MICHAEL J BELLAVIA
22501 CHASE APT 1203
ALISO VIEJO, CA 92656

97586    0068504-00   S#0006288
MICHAEL J BRODER CUST
JEREMY EDGAR BRODER
13700 SW 20TH ST
DAVIE, FL 33325

97586    0068505-00   S#0006638
MICHAEL J BUSHA CUST
J J BUSHA FL/UTMA
10 PALM CT
STUART, FL 34996-6603

97586    0068506-00   S#0012215
MICHAEL J CASENTINI IV
175 HEDGE RD
MENLO PARK, CA 94025

97586    0068507-00   S#0000382
MICHAEL J CONWAY CUST
NICHOLAS J CONWAY
40 BENNETT RD
ROCHESTER, MA 02770-1832

97586    0068508-00   S#0009409
MICHAEL J FOSSELMAN CUST
JEFFERY M FOSSELMAN
104 MAPLE LEAF LANE
WASHINGTON, IL 61571-9756

97586    0068509-00   S#0009110
MICHAEL J GAPASTIONE
942 CLIFF COURT
CAROL STREAM, IL 60188

97586    0068510-00   S#0009104
MICHAEL J GRESK CUST
FOR GEOFFREY S GRESK
424 S WEST ST
WHEATON, IL 60187

97586    0068511-00   S#0003694
MICHAEL J HEALY
2935 COUNTY HOUSE WOOD RD
BLUFF POINT, NY 14478-9709

97586    0068512-00   S#0007416
MICHAEL J HOVAN
4151 W BATH RD
AKRON, OH 44333-1109

97586    0068513-00   S#0004150
MICHAEL J LACKMAN
1821 CANTERBURY RD
ABINGTON, PA 19001

97586    0068514-00   S#0007713
MICHAEL J LINN
22910 STONE WAY
ELKHART, IN 46514

97586    0068515-00   S#0001304
MICHAEL J LOCASCIO
57 SOMERVILLE ST
ROCHELLE PARK, NJ 07662-3512

97586    0068516-00   S#0007174
MICHAEL J MARSH CF
PETER MARSH UTMA OH
1438 CONNEAUT AVENUE
BOWLING GREEN, OH 43402

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068517-00  S#0012120<br>MICHAEL J MATUS CUST<br>MICHAEL G MATUS<br>1339 EL MORO<br>LOS OSOS, CA 93402 | 97586    0068518-00  S#0001573<br>MICHAEL J NICOLO C/F<br>DAVID J NICOLO UGMA PA<br>109 ROBERT CT<br>TURNERSVILLE, NJ 08012 | 97586    0068519-00  S#0009113<br>MICHAEL J NIEMIEC &<br>THERESE M NIEMIEC JT TEN<br>805 LONGMEADOW<br>CAROL STREAM, IL 60188-2969 |
| 97586    0068520-00  S#0013255<br>MICHAEL J RAVEN<br>3488 W BLAINE ST<br>SEATTLE, WA 98199-3962 | 97586    0068521-00  S#0004049<br>MICHAEL J RICHARDSON JR<br>1517 LEHIGH ST<br>EASTON, PA 18042 | 97586    0068522-00  S#0006861<br>MICHAEL J SHORT &<br>DEBRA H SHORT<br>6075 POPLAR AVE<br>SUITE 921<br>MEMPHIS, TN 38119 |
| 97586    0068523-00  S#0006853<br>MICHAEL J SHORT CUST<br>VIRGINIA R SHORT<br>336 N PERKINS<br>MEMPHIS, TN 38117 | 97586    0068524-00  S#0012225<br>MICHAEL J SIMMONS<br>550 ORTEGA 307<br>MOUNTAIN VIEW, CA 94040 | 97586    0068525-00  S#0006860<br>MICHAEL J TIMMONS<br>2295 KIRBY PKY<br>MEMPHIS, TN 38119 |
| 97586    0068526-00  S#0001833<br>MICHAEL J TREIBER<br>17 HIGH VIEW DR<br>HIGH BRIDGE, NJ 08829 | 97586    0068527-00  S#0001154<br>MICHAEL J VARNER &<br>JOANNE S RILEY-VARNER<br>16-50 CHANDLER DR<br>FAIRLAWN, NJ 07410 | 97586    0068528-00  S#0004287<br>MICHAEL J VINCENT CUST<br>KIERA L MCMONAGLE<br>2050 E SERGEANT ST<br>PHILADELPHIA, PA 19125-1721 |
| 97586    0068529-00  S#0004707<br>MICHAEL J WILES<br>7163 FOUNTAIN ROCK WAY<br>COLUMBIA, MD 21046 | 97586    0068530-00  S#0007950<br>MICHAEL JAY BAUMGARDNER<br>8304 NIGHTINGALE<br>DEARBORN HTS, MI 48127 | 97586    0068531-00  S#0011111<br>MICHAEL JAY BEAR CUST<br>DANIEL SOLOMON BEAR<br>12518 BROOKLAKE ST<br>LOS ANGELES, CA 90066 |
| 97586    0068532-00  S#0004641<br>MICHAEL JOHN MATHERON CUST<br>BRIAN JOHN MATHERON UGMA/MD<br>10204 CHERRY TREE LANE<br>SILVER SPRING, MD 20901 | 97586    0068533-00  S#0010708<br>MICHAEL JORDAN<br>54 14TH ST<br>WHEATLAND, WY 82201 | 97586    0068534-00  S#0006653<br>MICHAEL K HENDERSON<br>1496 KIOWA RD<br>REMPLAP, AL 35133 |
| 97586    0068535-00  S#0008726<br>MICHAEL K MCCORMICK &<br>KIMBERLY MCCORMICK JT TEN<br>6540 PINNACLE DR<br>EDEN PRAIRIE, MN 55346-1905 | 97586    0068536-00  S#0008127<br>MICHAEL KAPLAN<br>28965 APPLE BLOSSOM LN<br>FARMINGTON HILLS, MI 48331 | 97586    0068537-00  S#0004247<br>MICHAEL KARLINER CUST<br>MATTHEW RYAN KARLINER<br>508 ROCK GLEN DR<br>WYNNEWOOD, PA 19096-2621 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068538-00   S#0003373
MICHAEL KARLSON
556 OLD COUNTRY ROAD
PLAINVIEW, NY 11803

97586   0068539-00   S#0000995
MICHAEL KARPAS CUST
ERIC RYAN KARPAS
16 BRENTWOOD DR
LIVINGSTON, NJ 07039-4426

97586   0068540-00   S#0010342
MICHAEL KILGORE
2000 BAY AREA BLVD 815
HOUSTON, TX 77058

97586   0068541-00   S#0006915
MICHAEL KISIEL
1407 COURTLAND DR
COLUMBIA, TN 38401

97586   0068542-00   S#0002469
MICHAEL KLAUSMAN CUST
NOAH KLAUSMAN
8 WYNDHAM CLOSE
WHITE PLAINS, NY 10605

97586   0068543-00   S#0008541
MICHAEL KNAPSTEIN
1528 RED OAK CT
MIDDLETON, WI 53562

97586   0068544-00   S#0004628
MICHAEL KRAUSS CUST
JOSH KRAUSS
14617 DODIE TER
DARNESTOWN, MD 20878

97586   0068545-00   S#0012345
MICHAEL KURE
178 MONTEREY BLVD
SAN FRANCISCO, CA 94131

97586   0068546-00   S#0005056
MICHAEL L ADAMS
448 EVANRUDE LANE
SANDSTON, VA 23150

97586   0068547-00   S#0012990
MICHAEL L BARON
951168 MAKAIKAI ST #112
MILILANI, HI 96789

97586   0068548-00   S#0005617
MICHAEL L EDWARDS &
SAMANTHA Y EDWARDS
1912 WILD CIRCLE
CLARKSTON, GA 30021-1482

97586   0068549-00   S#0007781
MICHAEL L HANNON &
BARBARA A HANNON
4208 W FRIAR
MUNCIE, IN 47304

97586   0068550-00   S#0005981
MICHAEL L LAW
BOX 1771
HIGH SPRINGS, FL 32643-1771

97586   0068551-00   S#0005156
MICHAEL L LUCKEY
714 RANDOLPH RD
NEWPORT NEWS, VA 23605-1132

97586   0068552-00   S#0006263
MICHAEL L MCMULLAN CUST
MICHAEL L MCMULLAN JR
2112 S.E. 19TH ST
FT LAUDERDALE, FL 33318

97586   0068553-00   S#0003994
MICHAEL L MENTZELL
25 POPLAR SPRINGS BLVD
STEWARTSTOWN, PA 17363

97586   0068554-00   S#0003995
MICHAEL L MENTZELL C/F
EVAN M MENTZELL UGMA PA
25 POPLAR SPRINGS BLVD
STEWARTSTOWN, PA 17363

97586   0068555-00   S#0001335
MICHAEL L O'MALLEY JR
129 SEABIRD LANE
BELFORD, NJ 07718

97586   0068556-00   S#0004916
MICHAEL L PICKETT
8267 ANDERSON DR
FAIRFAX, VA 22031-4857

97586   0068557-00   S#0000583
MICHAEL L POLICASTRO
162 GRISSOM ROAD
MANCHESTER, CT 06040

97586   0068558-00   S#0008295
MICHAEL L WALLACE *
HELEN B WALLACE JT TEN
1113 68TH ST
SOUTH HAVEN, MI 49090-0000

Debtor:            Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586    0068559-00   S#0006234
MICHAEL LATHAM
3300 N E 191ST ST   APT 1417
AVENTURA, FL 33180

97586    0068560-00   S#0010668
MICHAEL LEE POPOVICH
2550 16TH AVE
GREELEY, CO 80631

97586    0068561-00   S#0002486
MICHAEL LEONE C/F
MICHELLE LEONE UGMA NY
8 LEEWOOD CIRCLE
EASTCHESTER, NY 10709

97586    0068562-00   S#0004580
MICHAEL LEVY CUST
MARK LEVY
11110 BUCKWOOD LANE
ROCKVILLE, MD 20852

97586    0068563-00   S#0012805
MICHAEL LISKA &
SUSAN M LISKA
JT TEN
5448 PINECREST CT
EUREKA, CA 95503

97586    0068564-00   S#0006468
MICHAEL LOEBENBERG CUST
KENNETH R LOEBENBERG
6529 CENTRAL AVE
ST PETERSBURG, FL 33710-8412

97586    0068565-00   S#0009774
MICHAEL LOEWENHERZ
7600 W 101ST ST
BROOKRIDGE, KS 66212

97586    0068566-00   S#0012144
MICHAEL LOPEZ CUST
FBO MICHAEL LOPEZ
36511 TURNER DR
PALMDALE, CA 93550

97586    0068567-00   S#0012145
MICHAEL LOPEZ SR CUST
FBO AMBER LOPEZ
36511 TURNER DR
PALMDALE, CA 93550

97586    0068568-00   S#0001894
MICHAEL LOTENBERG CUST
MARISSA BASAR
31 10TH AVE
SPOTSWOOD, NJ 08884-2078

97586    0068569-00   S#0002241
MICHAEL LOUIS MAGLIULO
91 MIDLAND RD
STATEN ISLAND, NY 10308

97586    0068570-00   S#0002265
MICHAEL LOUIS NARDUCCI
223 RIDGEWOOD AVE
STATEN ISLAND, NY 10312

97586    0068571-00   S#0001175
MICHAEL LUTERZO JR
66 HOPI TRL
OAK RIDGE, NJ 07438-9312

97586    0068573-00   S#0007090
MICHAEL M CLARKE
923 JERSEY RIDGE
MAYSVILLE, KY 41056

97586    0068574-00   S#0008093
MICHAEL M LAI CUST
ANGIE LAI
8803 BALBOA DR
STERLING HEIGHTS, MI 48313-4816

97586    0068575-00   S#0012951
MICHAEL M MIYAMATO
551 MAKALIKA ST
HILO, HI 96720

97586    0068576-00   S#0009914
MICHAEL M PITTS
4900 CARONDELET ST
NEW ORLEANS, LA 70115-4931

97586    0068577-00   S#0000334
MICHAEL M T ROMANOW CUST
LEE M LUKER
58 FOREST ST
PLYMPTON, MA 02367

97586    0068578-00   S#0006105
MICHAEL MAIORANA
3321 N 34TH ST
HOLLYWOOD, FL 33021

97586    0068579-00   S#0002604
MICHAEL MANN CUST
ADAM MANN
526 E SHORE RD
KINGS POINT, NY 11024-1543

97586    0068580-00   S#0011953
MICHAEL MARIANI CUST
IAN L MARIANI
4505 CHAPPARAL DR
CARPINTERIA, CA 93013

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068581-00   S#0012125
MICHAEL MC JILTON
SIERRA MADRE #23-O
SAN LUIS OBISPO, CA 93410

97586    0068582-00   S#0009103
MICHAEL MCLAUGHLIN &
MARY B MCLAUGHLIN &
MAXWELL J MCLAUGHLIN
0 S 510 CORNELL
VILLA PARK, IL 60181

97586    0068583-00   S#0002286
MICHAEL MIGNONE
60 MULBERRY AVE
STATEN ISLAND, NY 10314

97586    0068584-00   S#0004483
MICHAEL MILLER
2930 44TH ST NW
WASHINGTON, DC 20016

97586    0068585-00   S#0001153
MICHAEL MOSENKIS
9-01 12TH ST
FAIR LAWN, NJ 07410

97586    0068586-00   S#0005977
MICHAEL MUNSON
2318 SW 39TH DR APT C
GAINESVILLE, FL 32607-4375

97586    0068587-00   S#0008494
MICHAEL MUZI &
MARY ANN MUZI
JT TEN
2163 WAUWATOSA AVE
WAUWATOSA, WI 53213

97586    0068588-00   S#0004724
MICHAEL N RUBINSTEIN CUST
BRIAN RUBINSTEIN
1018 CHESTNUT RIDGE RD
LUTHERVILLE, MD 21093-1716

97586    0068589-00   S#0011393
MICHAEL NARDONE
29063 FLOWER PARK
CANYON COUNTRY, CA 91351

97586    0068590-00   S#0007924
MICHAEL NETTLES CUST
ANA SIMONE NETTLES
2046 SCIO CHURCH COURT
ANN ARBOR, MI 48103

97586    0068591-00   S#0007923
MICHAEL NETTLES CUST
SABIN ALEXIA NETTLES
2046 SCIO CHURCH COURT
ANN ARBOR, MI 48103

97586    0068592-00   S#0004437
MICHAEL NEWMAN
200 PEIRCE RD
WILMINGTON, DE 19803

97586    0068593-00   S#0010311
MICHAEL NIEBRUEGGE CUST
ALEX M NIEBRUEGGE
3510 PLUMB
HOUSTON, TX 77005

97586    0068594-00   S#0010312
MICHAEL NIEBRUEGGE CUST
MEGAN E NIEBRUEGGE
3510 PLUMB
HOUSTON, TX 77005

97586    0068595-00   S#0010313
MICHAEL NIEBRUEGGE CUST
NORA F NIEBRUEGGE
3510 PLUMB
HOUSTON, TX 77005

97586    0068596-00   S#0010207
MICHAEL NOCE
3667 PALLOS VERDAS
DALLAS, TX 75229

97586    0068597-00   S#0010208
MICHAEL NOCE
3667 PALLOS VERDAS
DALLAS, TX 75229-2626

97586    0068598-00   S#0010809
MICHAEL NORTH
2826 S ELDERADO
MESA, CA 85202

97586    0068599-00   S#0010590
MICHAEL O COULTER
9530 WEST 104TH AVE
BROOMFIELD, CO 80021

97586    0068600-00   S#0004572
MICHAEL O GLYNN III
1715 CRAWFORD DRIVE
ROCKVILLE, MD 20851

97586    0068601-00   S#0009674
MICHAEL O HALPERN CUST
ADRIAN HALPERN
3648 CHARLOTTE
KANSAS CITY, MO 64109

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068602-00   S#0000967
MICHAEL OLSHAN
FIVE HORIZON ROAD
APT 2409
FORT LEE, NJ 07024

97586   0068603-00   S#0011275
MICHAEL P FINN
1099 CAPITOL DR 315
SAN PEDRO, CA 90731

97586   0068604-00   S#0013268
MICHAEL P HELLIS
304 MOREY AVE
BELLINGHAM, WA 98225-6343

97586   0068605-00   S#0000620
MICHAEL P JASION JR &
MICHAEL P JASION JTTEN
13 VIRGINIA LANE
TOLLAND, CT 06084

97586   0068606-00   S#0008797
MICHAEL P KALIBABKY &
MARY ANN CENTA JTWROS
5325 MC NIVEN RD
CHISHOLM, MN 55719

97586   0068607-00   S#0013211
MICHAEL P LAZARA
3300 MERIDIAN AVE N #212
SEATTLE, WA 98103-9118

97586   0068608-00   S#0001787
MICHAEL P LEFAND &
JOANNE H LEFAND
JT TEN
184 NEW BRUNSWICK AVE
WHITING, NJ 08759-4008

97586   0068609-00   S#0000008
MICHAEL P MCCOMAS
CALLE 3 BLOQUE 11 NO 7
ALTURAS DE TORRIMAR
GUAYNABO, PR 00969

97586   0068610-00   S#0012795
MICHAEL P MORK CUST
CODY MICHAEL MORK UCUTMA
1111 WESTSIDE RD
HEALDSBURG, CA 95448

97586   0068611-00   S#0006417
MICHAEL P MYSAK CUST
PAUL R MYSAK
431 ROYAL POINCIANA DR
TAMPA, FL 33609

97586   0068612-00   S#0007078
MICHAEL PALMER CUST
MICHAEL ZACHERY PALMER
512 MAIN ST
BROMLEY, KY 41016

97586   0068613-00   S#0006216
MICHAEL PARITZKY CUST
YIRMI PARITZKY
955 NE 173 STREET
NO MIAMI BEACH, FL 33162

97586   0068614-00   S#0009300
MICHAEL PATRYN
1257 W WINNEMAC
CHICACO, IL 60640-2911

97586   0068615-00   S#0013664
MICHAEL PEARCE
47 HILBERRY BIRCHHILL
BRACKNELL BERKSHIRE RG12 ZY
UNITED KINGDOM

97586   0068616-00   S#0001764
MICHAEL PEDICINI
1304 EDGEMERE AVE
FORKED RIVER, NJ 08731

97586   0068617-00   S#0011397
MICHAEL PEREZ
8511 REMICK AVENUE
SUN VALLEY, CA 91352

97586   0068618-00   S#0001384
MICHAEL PIAZZA CUST
JEFFREY PIAZZA
3 REDFERN ROAD
HOLMDEL, NJ 07733

97586   0068619-00   S#0003649
MICHAEL PIETRUSZKA CUST
MICHAEL GOLEBIEWSKI UGMA NY
98 FLOSS AVE
BUFFALO, NY 14211

97586   0068620-00   S#0002446
MICHAEL POMERANTZ CUST
LARA M POMERANTZ
8 LEATHERSTOCKING LANE
SCARSDALE, NY 10583-6925

97586   0068621-00   S#0010435
MICHAEL PRIMM
2923 CANE FIELD DR
SUGARLAND, TX 77479

97586   0068622-00   S#0000521
MICHAEL Q SHERRY
PO BOX 306
BANGOR, ME 04402-0306

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068623-00    S#0012060<br>MICHAEL R BLACK CUST<br>FBO JOSEPH BLACK<br>1909 CAMINO PRIMAVERA<br>BAKERSFIELD, CA 93306-3801 | 97586    0068624-00    S#0008755<br>MICHAEL R COHEN CUST<br>AARON MEIR COHEN<br>2809 GLENHURST AVE SO<br>ST LOUIS PARK, MN 55416-4101 | 97586    0068625-00    S#0008756<br>MICHAEL R COHEN CUST<br>BENJAMIN SAMUEL COHEN UGMA MN<br>2809 GLENHURST AVE SO<br>ST LOUIS PARK, MN 55416-4101 |
| 97586    0068626-00    S#0008491<br>MICHAEL R DUNN<br>2605 N BOOTH<br>MILWAUKEE, WI 53212 | 97586    0068627-00    S#0007603<br>MICHAEL R HAASE CUST<br>AUDREY HAASE<br>9064 HEATHER LANE<br>CENTERVILLE, OH 45458-3749 | 97586    0068628-00    S#0009226<br>MICHAEL R HALL<br>415 JOHN STREET<br>STEWARD, IL 60553 |
| 97586    0068629-00    S#0003636<br>MICHAEL R KEYES<br>70 CALVERT BLVD<br>TONAWANDA, NY 14150 | 97586    0068630-00    S#0002499<br>MICHAEL R MANLEY<br>73 KINGSBURY RD<br>NEW ROCHELLE, NY 10804 | 97586    0068631-00    S#0010691<br>MICHAEL R STROUD &<br>LISA M STROUD JTTEN<br>6183 TREELEDGE DR<br>COLORADO SPGS, CO 80918 |
| 97586    0068632-00    S#0007723<br>MICHAEL R SWIENTAL &<br>WENDY J SWIENTAL<br>1815 CAROLINE ST<br>SOUTH BEND, IN 46613-3405 | 97586    0068633-00    S#0006104<br>MICHAEL RIGBERG CUST<br>MATTHEW RIGBERG<br>4831 FILMORE ST<br>HOLLYWOOD, FL 33021 | 97586    0068634-00    S#0002769<br>MICHAEL RINALDI<br>8324 10TH AVE<br>BROOKLYN, NY 11228 |
| 97586    0068635-00    S#0000426<br>MICHAEL ROBERT TAYLOR<br>PO BOX 603316<br>PROVIDENCE, RI 02906-0716 | 97586    0068636-00    S#0007468<br>MICHAEL ROGERS &<br>SHERRY ROGERS JT TEN<br>1193 LAKE BREEZE DR<br>NORTH CANTON, OH 44720-1035 | 97586    0068637-00    S#0000293<br>MICHAEL ROSE<br>21 ROCKAWAY LANE<br>ARLINGTON, MA 02174 |
| 97586    0068638-00    S#0001712<br>MICHAEL ROSEN<br>#7 PARK STREET HAMLET<br>BORDETOWN, NJ 08505 | 97586    0068639-00    S#0012400<br>MICHAEL ROSEN<br>2865 WATSON COURT WEST<br>CONCORD, CA 94518 | 97586    0068640-00    S#0000274<br>MICHAEL ROSENBLATT CUST<br>ADAM ROSENBLATT UGMA/PA<br>130 LAKE AVE<br>NEWTON CENTRE, MA 02159-2108 |
| 97586    0068641-00    S#0012881<br>MICHAEL ROSS &<br>ANNA ROSS JT TEN<br>1808 SHERWOOD<br>SACRAMENTO, CA 95822 | 97586    0068642-00    S#0003321<br>MICHAEL ROTHENBERG<br>11 VAN WICKLIN CT<br>NORTHPORT, NY 11768-2110 | 97586    0068643-00    S#0004536<br>MICHAEL ROUCH<br>9123 JEFFERSON ST<br>JESSUP, MD 20794 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0068644-00    S#0004723
MICHAEL RUBINSTEIN CUST
ACF SPENCER RUBINSTEIN
1018 CHESTNUT RIDGE DR
LUTHERVILLE, MD 21093-1716

97586    0068645-00    S#0010587
MICHAEL RYAN CAULFIELD &
MARY ANN CAULFIELD
1752 S SEDALIA CIR
AURORA, CO 80017-5219

97586    0068646-00    S#0000038
MICHAEL S BASHISTA
61 PLEASANT STREET
SOUTHHAMPTON, MA 01073

97586    0068647-00    S#0000029
MICHAEL S BLOOM
20 GRANBY HGTS
BOX 115
GRANBY, MA 01033

97586    0068648-00    S#0008370
MICHAEL S CORUM
1216 BIG ROCK RD
PELLA, IA 50219

97586    0068649-00    S#0001392
MICHAEL S KEENAN
83 STILLWELL RD
LEONARDO, NJ 07737-1717

97586    0068650-00    S#0010768
MICHAEL S LEVESQUE &
SONJA M LEVESQUE
BOX 332
SPRINGVILLE, UT 84663-0332

97586    0068651-00    S#0002307
MICHAEL S PARR C/F
TIFFANY LYNETTE PARR UGMA NY
2500 JOHNSON AVE ##11D
RIVERDALE, NY 10463

97586    0068652-00    S#0010381
MICHAEL S PEAKE
11434 SAGEYORK DR
HOUSTON, TX 77089-4210

97586    0068653-00    S#0011020
MICHAEL S SMITH &
DEBORAH L BREEN SMITH
3210 MARKRIDGE DR
RENO, NV 89509-8906

97586    0068654-00    S#0006889
MICHAEL S TANKERSLEY
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586    0068655-00    S#0006473
MICHAEL SALITSKY CUST
JESSICA SALITSKY
2986 FIELDBROOK PL
CLEARWATER, FL 33761-2513

97586    0068656-00    S#0006472
MICHAEL SALITSKY CUST
SCOTT A SALITSKY
2986 FIELDBROOK PL
CLEARWATER, FL 33761-2513

97586    0068657-00    S#0002247
MICHAEL SANTULLI
135 COMMODORE DR
STATEN ISLAND, NY 10309

97586    0068658-00    S#0008783
MICHAEL SCHAEFFER CUST
MICHAEL CHRISTOPHER SCHAEFFER
7337 BUSH LAKE DRIVE
BLOOMINGTON, MN 55438

97586    0068660-00    S#0000871
MICHAEL SCHELL
40 STONEYBROOK
DARIEN, CT 06840

97586    0068661-00    S#0011839
MICHAEL SCHWEICH
23665 CREMONA AVE
LAGUNA HILLS, CA 92653-1933

97586    0068662-00    S#0010388
MICHAEL SERRETT
7811 PINE FALLS
HOUSTON, TX 77095

97586    0068663-00    S#0007178
MICHAEL SHEIDLER &
SUSAN SHEIDLER
JT TEN
310 CHESWICK
HOLLAND, OH 43528

97586    0068664-00    S#0009034
MICHAEL SHERMAN CUST
JENNA PHYLLIS SHERMAN
1513 BONESCU LANE
BUFFALO GROVE, IL 60089

97586    0068665-00    S#0011473
MICHAEL SHIGEO MATSUMOTO
226 N NIAGARA ST
BURBANK, CA 91505

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068666-00   S#0002983
MICHAEL SKOMSKY &
ROSEMARY KING JT TEN
71-16 252ND ST
BELLEROSE, NY 11426

97586    0068667-00   S#0002984
MICHAEL SKOMSKY &
THEODORE SKOMSKY JT TEN
71-16 252ND ST
BELLROSE, NY 11426

97586    0068668-00   S#0001292
MICHAEL SKROCE
863 BATTEL PL
ORADELL, NJ 07649-1908

97586    0068669-00   S#0013654
MICHAEL SKRTIC &
PATRICIA SKRTIC JT TEN
KALMGATAN 45
12145 JOHANNESHOV
SWEDEN

97586    0068670-00   S#0013202
MICHAEL SMITH
13811 BEAR CREEK RD
WOODENVILLE, WA 98072

97586    0068671-00   S#0008246
MICHAEL SMITH CUST
JASON SMITH
1081 W ANDERSON
TAWAS, MI 48763

97586    0068672-00   S#0012677
MICHAEL SONOBE
863 N 19TH ST
SAN JOSE, CA 95112

97586    0068673-00   S#0000937
MICHAEL STELLATO JR
35 MACLEOD LANE
BLOOMFIELD, NJ 07003-4305

97586    0068674-00   S#0009993
MICHAEL STEVEN KELLER CUST
STEVEN MORROW KELLER UARUTMA
5508 BRUSH CREEK
LITTLE ROCK, AR 72206

97586    0068675-00   S#0012059
MICHAEL STEVEN LUNA
1020 TANGERINE STREET
BAKERSFIELD, CA 93306

97586    0068676-00   S#0011988
MICHAEL SULMEYER
1701 EAST VALLEY RD
SANTA BARBARA, CA 93108

97586    0068677-00   S#0012273
MICHAEL SUNSHINE CUST
AARON MAYFIELD SUNSHINE
C/O GENERAL BEAD
637 MINNA ST
SAN FRANCISCO, CA 94103

97586    0068678-00   S#0010942
MICHAEL T BLACK
1533 GARCIA
ALBUQ, NM 87112

97586    0068679-00   S#0001448
MICHAEL T CARTON
17 WIGWAM RD
LOCUST, NJ 07760-2337

97586    0068680-00   S#0006728
MICHAEL T CORTEZ
306 E MAGNOLIA AVE APT 312
AUBURN, AL 36830

97586    0068681-00   S#0012859
MICHAEL T KUTZMAN CUSTODAIN FO
BLAIR M KUTZMAN CA/UTMA
1346 NATUREWOOD DRIVE
COLFAX, CA 95713-9661

97586    0068682-00   S#0001666
MICHAEL T LANZALOTTI &
CHRISTINE P MC DONNELL JT TEN
632 S. MAIN ST
WILLIAMSTOWN, NJ 08094

97586    0068683-00   S#0007261
MICHAEL T RAE
6501 DURHAM CT
MENTOR, OH 44060-4064

97586    0068684-00   S#0001358
MICHAEL T RUSSO CUST
MATTHEW N RUSSO
211 SETON HALL DR
FREEHOLD, NJ 07728

97586    0068685-00   S#0001856
MICHAEL T RUSSO CUST
QUENTIN E MADIA
27 KINGSLAND CIR
MONMOUTH JCT, NJ 08852

97586    0068686-00   S#0007050
MICHAEL T SWERCZER
664 PROVIDENCE RD
LEXINGTON, KY 40502

Debtor:             Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:     0807A
Notices Mailed By:  08/01/2008   and sent to following creditors:

97586   0068687-00   S#0003686
MICHAEL TERES CUST
JEDEDIAH TERES
4322 RESERVOIR RD
GENESEO, NY 14454

97586   0068688-00   S#0002682
MICHAEL TSAMBOUNIERIS
81-12 6TH AVE
BROOKLYN, NY 11209

97586   0068689-00   S#0008393
MICHAEL V BURKE
213 PRESCOTT STREET
SIOUX CITY, IA 51103

97586   0068690-00   S#0000316
MICHAEL W DOOHER &
MICHAEL R DURYEA
22 GIBSON ST
NEEDHAM, MA 02192

97586   0068691-00   S#0012871
MICHAEL W FONG &
HELEN K FONG
JT TEN
444 DEER RIVER WAY
SACRAMENTO, CA 95814

97586   0068692-00   S#0003786
MICHAEL W HARTER
925 LINCOLN ST
ELMIRA, NY 14901-1806

97586   0068693-00   S#0007636
MICHAEL W PUCKETT CUST
LUKE A PUCKETT
11166 CLARKSTON RD
ZIONSVILLE, IN 46077-9351

97586   0068694-00   S#0010139
MICHAEL W SAMPSEL &
ELIZABETH A SAMPSEL
109 HEATHER GLEN DR
COPPELL, TX 75019-5821

97586   0068695-00   S#0009268
MICHAEL W SKIDMORE
3631 W EDDY
CHICAGO, IL 60618

97586   0068696-00   S#0006773
MICHAEL W WORSHAM CUST
CHRISTIE MICHELE WORSHAM
4708 UTAH AVE
NASHVILLE, TN 37209-4605

97586   0068698-00   S#0004298
MICHAEL WALSH CUST
EDWARD T WALSH UGMA PA
4743 MARPLE ST
PHILADELPHIA, PA 19136

97586   0068699-00   S#0006168
MICHAEL WALSH TAYLOR
C-O SANDRA WALSH
540 BRICKELL KEY DR #1723
MIAMI, FL 33131-2646

97586   0068700-00   S#0007463
MICHAEL WAYNE ROGERS &
SHERRY LYNN ROGERS JT TEN
1193 LAKE BREEZE DR
N CANTON, OH 44720

97586   0068701-00   S#0003870
MICHAEL WEISSERT
449 LORLITA LANE
PITTSBURGH, PA 15241

97586   0068702-00   S#0001865
MICHAEL WEITSEN
45 YORK ST
OLD BRIDGE, NJ 08857

97586   0068703-00   S#0000188
MICHAEL WEST ZIMMER
47 NANAPACHMET RD
MARBLEHEAD, MA 01945

97586   0068704-00   S#0007689
MICHAEL WHITMAN CUST
MICHAEL JOSEPH WHITMAN
7230 CHABLIS COURT
INDIANAPOLIS, IN 46278

97586   0068705-00   S#0007938
MICHAEL WILCOX &
LISA WILCOX
9241 PARKWOOD DR BLDG 6
BELLEVILLE, MI 48111

97586   0068706-00   S#0010778
MICHAEL WILLIAM LONGSTRETH
CUST MASON LONGSTRETH
1522 E NORTHERN AVE
PHOENIX, AZ 85020

97586   0068707-00   S#0009720
MICHAEL WILLIAMS &
MARY WILLIAMS JT TEN
5356 HICKHAM CT
COLUMBIA, MO 65203-9141

97586   0068708-00   S#0006346
MICHAEL WOHL C/F
OLIVIA LEE WOHL UGMA FL
770 N.E. 6TH ST
BOCA RATON, FL 33432-4114

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068709-00  S#0013442
MICHAEL YOUNG
2517 ST CHARLES STREET
MONTREAL, QC H3K 1E6
CANADA

97586   0068710-00  S#0002553
MICHAEL ZUCCARO
134 N LINCOLN AVE
PEARL RIVER, NY 10965-1709

97586   0068711-00  S#0008739
MICHEAL D ANGELI &
ELKE WEBER ANGELI JT TEN
22700 FAWN TRAIL
ROGERS, MN 55374

97586   0068712-00  S#0003617
MICHEAL MARINELL CUST
JON-MICHAEL MARINELL
2252 GEORGE URBAN BOULEVARD
DEPEW, NY 14043

97586   0068713-00  S#0004902
MICHEAL T VACHON &
RANDI J VACHON JT TEN
6333 FALLING BROOK DR
BURKE, VA 22015

97586   0068714-00  S#0011746
MICHEELENE SANBORN CUST
ELISE SANBORN
1261 OLIVINE ST
MENTONE, CA 92359

97586   0068715-00  S#0012411
MICHEL H TYRRELL &
NOELEEN J TYRRELL JT TEN
5514 FLORIDA DR
CONCORD, CA 94521

97586   0068716-00  S#0004862
MICHEL M FISCUS
1400 WILLOW OAK DR
FREDERICK, MD 21701

97586   0068717-00  S#0013200
MICHELE A BRINTON
1908 SE 21ST PL
RENTON, WA 98055-4555

97586   0068718-00  S#0006411
MICHELE A DOSS C/F
BRADLEY CHARLES DOSS
2913 CHELSEAWOOD DRIVE
VALRICO, FL 33594

97586   0068719-00  S#0000928
MICHELE C COLABRARO CUST
RICHARD J COLABRARO
27 LA TOURETTE PL
BAYONNE, NJ 07002

97586   0068720-00  S#0008159
MICHELE DICK CUST
MATTHEW DICK
3816 TAGGETT LAKE DR
HIGHLAND, MI 48357

97586   0068721-00  S#0008160
MICHELE DICK CUST
MICHAEL DICK
3816 TAGGETT LAKE DR
HIGHLAND, MI 48357

97586   0068722-00  S#0013060
MICHELE E LEWIS
6327 SW CAPITAL HWY #291-C
PORTLAND, OR 97201-1937

97586   0068723-00  S#0012412
MICHELE HOLTZ
1101 GLEN WILLOW LANE
CONCORD, GA 94521

97586   0068724-00  S#0008708
MICHELE L RAYMOND CUST
RICHARD T RAYMOND
15178 ELM RD
MAPLE GROVE, MN 55311-3916

97586   0068725-00  S#0003378
MICHELE LYNCH CUST
PATRICK T LYNCH
32 DOLPHIN WAY
RIVERHEAD, NY 11901

97586   0068726-00  S#0009591
MICHELE M PERKINS &
CHARLES D PERKINS JT TEN
8109 MORGANFORD
ST LOUIS, MO 63123

97586   0068727-00  S#0012313
MICHELE PARENTE
2314 25TH AVE
SAN FRANCISCO, CA 94116-2337

97586   0068728-00  S#0008123
MICHELE STEIN-SCHEICH
719 SHERYL DR
WATERFORD, MI 48328-2365

97586   0068729-00  S#0000690
MICHELE WAGGNER CUST
MATTHEW WAGGNER
26 DALEWOOD AVE
FAIRFIELD, CT 06430

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068730-00   S#0011747<br>MICHELENE SANBORN CUST<br>THOMAS MITCHELL SANBORN<br>1261 OLIVINE ST<br>MENTONE, CA 92359 | 97586    0068731-00   S#0003039<br>MICHELINE KAGAN CUST<br>BENJAMIN KAGAN<br>10 SCOTT PL<br>GLEN COVE, NY 11542-1507 | 97586    0068732-00   S#0008515<br>MICHELLE A BOJAR<br>9805 W ARTHUR AVE<br>WEST ALLIS, WI 53227 |
| 97586    0068733-00   S#0005009<br>MICHELLE A DELANEY &<br>PAUL L DELANEY III<br>JT TEN<br>2324 WINDSOR RD<br>ALEXANDRIA, VA 22307 | 97586    0068734-00   S#0011853<br>MICHELLE ARSENAULT C/F<br>JOE ARSENAULT UGMA CA<br>3002 COTTONWOOD STREET<br>ORANGE, CA 92665 | 97586    0068737-00   S#0012623<br>MICHELLE ELENA MINERO CUST<br>ALBERT STEVEN MINERO JR<br>1617 ALBIN WAY<br>PETALUMA, CA 94954-4525 |
| 97586    0068738-00   S#0012620<br>MICHELLE ELENA MINERO CUST<br>EMELINA ANNE MINERO<br>1617 ALBIN WAY<br>PETALUMA, CA 94954-4525 | 97586    0068739-00   S#0012621<br>MICHELLE ELENA MINERO CUST<br>KRISTINA MICHELLE MINERO<br>1617 ALBIN WAY<br>PETALUMA, CA 94954-4525 | 97586    0068740-00   S#0012622<br>MICHELLE ELENA MINERO CUST<br>RENEE MARIE MINERO<br>1617 ALBIN WAY<br>PETALUMA, CA 94954-4525 |
| 97586    0068741-00   S#0012413<br>MICHELLE F YEE &<br>RICHARD G YEE JT TEN<br>696 SAN RAMON VALLEY BLVD #409<br>DANVILLE, CA 94526-4022 | 97586    0068742-00   S#0001869<br>MICHELLE HEATHER KAMINE<br>BOX 198<br>OLDWICK, NJ 08858 | 97586    0068743-00   S#0012203<br>MICHELLE J LEE<br>130 ALTA VISTA WAY<br>DALY CITY, CA 94014-1402 |
| 97586    0068744-00   S#0012571<br>MICHELLE L HUFFORD<br>101 JENSEN WAY<br>SAN RAFAEL, CA 94901 | 97586    0068745-00   S#0008709<br>MICHELLE L RAYMOND CUST<br>JEFFREY I RAYMOND<br>15178 ELM RD<br>MAPLE GROVE, MN 55311-3916 | 97586    0068746-00   S#0007764<br>MICHELLE M HORNUNG<br>1815 GRAYBROOK LANE<br>NEW ALBANY, IN 47150 |
| 97586    0068747-00   S#0006557<br>MICHELLE MAIDLOW CUST<br>CHADLER N MAIDLOW<br>1859 E HUMPHREY LN<br>HERNANDO, FL 34442-4535 | 97586    0068748-00   S#0007390<br>MICHELLE NENNI CUST<br>BRENDAN JAMES NENNI<br>809 STONEHAVEN CIRCLE<br>HUDSON, OH 44236 | 97586    0068749-00   S#0004683<br>MICHELLE PICCININI CUST<br>CHARLES PICCININI<br>1215 DULANEY WOODS RD<br>COCKEYSVILLE, MD 21030 |
| 97586    0068750-00   S#0004684<br>MICHELLE PICCININI CUST<br>MEREDITH L PICCININI<br>1215 DULANEY WOODS RD<br>COCKEYSVILLE, MD 21030 | 97586    0068751-00   S#0010875<br>MICHELLE ROBIN BUCKHANNON CUST<br>KENDRA CECELIA BUCKHANNON<br>4702 W PIUTE<br>GLENDALE, AZ 85308-5150 | 97586    0068752-00   S#0013106<br>MICHELLE SCHAFFER CUST<br>ROBERT D SCHAFFER<br>PO BOX 601<br>169 WILLOW ST<br>SILETZ, OR 97380 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068753-00   S#0003766
MICHELLE SHORT
RT 16 BOX 261 F
ANGELICA, NY 14709

97586   0068754-00   S#0008921
MICHELLE SIEGMAN
41 BURNING TREE LANE
DEEFIELD, IL 60015

97586   0068755-00   S#0008812
MICHELLE T FRANKE
RR 1 BOX 147-A
HAYFIELD, MN 55940-9751

97586   0068756-00   S#0010137
MICHON E SQUYRES CUST
ASPEN E SQUYRES
1109 E HEBRON PKWY 17204
CARROLLTON, TX 75010-1340

97586   0068757-00   S#0001877
MICKEY DEFRANCO CUST JERRY
FRENCH JR UNDER THE UNIF TRSF
MINORS ACT
14 CHAMPLAIN WAY 23 RALEIGH CT
LOPATCONG, NJ 08865

97586   0068758-00   S#0010848
MICKI EVELOFF CUST
RYAN M EVELOFF
10755 E MARY KATHERINE DR
SCOTTSDALE, AZ 85259

97586   0068759-00   S#0010914
MICKIE SMALL CUST
CHASE STEPHEN SMALL
294 TOHO TRAIL
FLAGSTAFF, AZ 86001

97586   0000901-00   S#0007515
MICRO WAREHOUSE INC
RE: MACWAREHOUSE
3550 S STATE ROUTE 73
WILMINGTON, OH 45177

97586   0001001-00   S#0001141
MICRODYNAMICS PLUS INC
10 HURON AVE APT 16M
JERSEY CITY, NJ 07306-3657

97586   0001002-00   S#0007514
MICROWAREHOUSE
ACCT # 16668642
3550 S STATE RTE 73
WILLMINGTON, OH 45177

97586   0061724-00   S#0007210
MIDKIFF, CHRIS
49894 STATE ROUTE 511
AMHERST, OH 44001-9738

97586   0001003-00   S#0011595
MIDRANGE COMPUTING
5650 EL CAMINO REAL STE 225
CARLSBAD, CA 92008

97586   0021190-00   S#0009267
MIDWAY GAMES INC
ATTN: ORRIN J EDIDIN
3401 N CALIFORNIA AVENUE
CHICAGO, IL 60618

97586   0020449-00   S#0002101
MIDWAY GAMES INC
C/O HANDLER & GOODMAN LLP
805 THIRD AVE 8TH FLR
NEW YORK, NY 10022

97586   0068760-00   S#0006189
MIGUEL A VALDES
8455 SW 46 ST
MIAMI, FL 33155

97586   0068761-00   S#0002332
MIGUEL CRUZ
PO BOX 143
BRONX, NY 10472

97586   0068763-00   S#0013652
MIGUEL G SAAVEDRA
ROSARIO 47, 3-2
08017 BARCELONA SPAIN
SPAIN

97586   0068764-00   S#0012293
MIGUEL SWIFT
69 FAIR OAKS ST
SAN FRANCISCO, CA 94110-2208

97586   0068765-00   S#0007731
MIKE ALT
6550 S 400 WEST
BERNE, IN 46711

97586   0068766-00   S#0011859
MIKE BARNHART
628 EAST WILSON AVENUE
ORANGE, CA 92667

97586   0068767-00   S#0007203
MIKE BISHOP
3998 MAYHEW DR
ZANESVILLE, OH 43701

**Debtor:**              Mafco Litigation Trust
**Description:**          Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0068768-00   S#0008823
MIKE C MURPHY &
LUCY L MURPHY
1131 GREENWOOD RD S
BAXTER, MN 56425-7808

97586   0068769-00   S#0013292
MIKE COOKE
1104 36TH AVE CT NW
GIG HARBOR, WA 98335

97586   0001007-00   S#0013409
MIKE DEODATO STUDIO
C/O ART & COMICS
RUA CAMINHA DE AMORIM 336
SAO PAULO, SP 05451020
BRAZIL

97586   0068770-00   S#0012146
MIKE JAKIC
38707 9TH STREET EAST
PALMDALE, CA 93550

97586   0068771-00   S#0007100
MIKE JOHNSON
BOX 2606
PIKEVILLE, KY 41502-2606

97586   0068772-00   S#0012236
MIKE KING
C-O KINGS CHEVRON
975 WOODSIDE RD
REDWOOD CITY, CA 94061

97586   0068773-00   S#0011554
MIKE KOHLER &
JANET KOHLER
JT TEN
27 RIDGE CREST
PHILLIPS RANCH, CA 91766

97586   0068776-00   S#0003568
MIKE KRAFT CUST
JONATHAN COWIN
1836 VALLEY DR
SYRACUSE, NY 13207

97586   0068777-00   S#0003567
MIKE KRAFT CUST
JONATHAN COWIN UGMA - NY
1836 VALLEY DRIVE
SYRACUSE, NY 13207

97586   0068774-00   S#0003551
MIKE KRAFT CUST
STEPHANIE KRAFT
12 HANLEY RD
LIVERPOOL, NY 13090

97586   0068775-00   S#0003550
MIKE KRAFT CUST
STEPHANIE KRAFT UGMA - NY
12 HANLEY ROAD
LIVERPOOL, NY 13090

97586   0068778-00   S#0009148
MIKE LARIMORE &
ARLEEN LARIMORE JTTEN
1656 ROY STREET
JOLIET, IL 60433

97586   0068779-00   S#0009598
MIKE LEARA
10163 CONCORD SCHOOL RD
SAINT LOUIS, MO 63128-1224

97586   0068780-00   S#0009216
MIKE MILKA &
WANDA MILKA JTTEN
24 WEST 631 PARTRIDGE CT
NAPERVILLE, IL 60540

97586   0068781-00   S#0013618
MIKE ROMER
3642 WEST 5TH AVENUE
VANCOUVER, BC V6R 1V9
CANADA

97586   0068782-00   S#0001531
MIKE ROSKAM
64 COLLIS LANE
CHESTER, NJ 07930

97586   0068783-00   S#0010154
MIKE RUBINO &
KIMBERLY A RUBINO
1202 COLLEGE

GRAND PRAIRIE, TX 75050-5155

97586   0068784-00   S#0002743
MIKE SAVIOA
1134 66TH ST
BROOKLYN, NY 11219

97586   0068785-00   S#0011566
MIKE SCOTT CUST FBO
CAMERON J SCOTT UCGMA/CA
C/O SCOTT ENGINEERING
20540 WALNUT DR
WALNUT, CA 91789

97586   0068786-00   S#0012627
MIKE SMITH &
KELLY SMITH JT TEN
PO BOX 751324
PETALUMA, CA 94975-1324

97586   0068787-00   S#0004521
MIKE ST CLAIR CUST
LOUIS EVRIN WOOLARD III
3000 CITATION CT
MITCHELLVILLE, MD 20721

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0068788-00   S#0010675
MIKE VAN MAARTH &
KATHY VAN MAARTH JT TEN
48568 SNEAD DRIVE
BURLINGTON, CO 80807-9036

97586    0068789-00   S#0011358
MIKE W BARR
22920 VALERIO ST
CANOGA PARK, CA 91307

97586    0068790-00   S#0011798
MIKE WAGNER
26650 MCCLURE COURT
PERRIS, CA 92571-8734

97586    0068791-00   S#0010718
MIKE WEBSTER CUST
KENNETH WEBSTER
1960 E 400 N
ROBERTS, ID 83444

97586    0068792-00   S#0011815
MIKI KUNTZ
22582 CHARWOOD CIRCLE
LAKE FOREST, CA 92630-3101

97586    0068793-00   S#0009390
MILAGROS A MUENCHOW CUST
MICHAEL MUENCHOW UNDER IL UNIF
TRANS MIN ACT
440 BAKER AVE
LA SALLE, IL 61301-1130

97586    0020327-00   S#0001946
MILBANK TWEED HADLEY & MCCLOY
ATTN: MICHAEL L HIRSCHFELD ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

97586    0068794-00   S#0012801
MILBREN C WADE
530 BUCKEYE DR
WINDSOR, CA 95492

97586    0068795-00   S#0006106
MILDRED L GOODMAN
4330 HILLCREST DR
APT 411
HOLLYWOOD, FL 33021

97586    0068796-00   S#0002780
MILDRED LEROY TR
MILDRED LEROY REVOCABLE
LIVING TRUST
1900 QUENTIN RD APT B16
BROOKLYN, NY 11229-2340

97586    0068797-00   S#0005173
MILDRED R ANDERSON CUST
JAMES H DAVENPORT II
304 PINECREST DR
PORTSMOUTH, VA 23701

97586    0068798-00   S#0013344
MILDRED R TREHERNE
E 1227 SANSON
SPOKANE, WA 99207-3437

97586    0068799-00   S#0007394
MILDRED SULLIVAN CUST
MICHAEL J SULLIVAN
3535 ERHART RD
LITCHFIELD, OH 44253

97586    0068800-00   S#0011229
MILES DAWSON
4829 SPENCER ST
TORRANCE, CA 90503

97586    0068801-00   S#0001628
MILISSA M PISTOR CUST
NICHOLAS PISTOR
135 KATHLEEN AVE
DELRAN, NJ 08057

97586    0068802-00   S#0007498
MILLER GOOSE JR CUST
MORGAN IAN GOOSE
9771 MONTCLAIRE DR
MASON, OH 45040-9530

97586    0000622-00   S#0004229
MILLSPAUGH COONEY, GRETCHEN
10 HARRISON DRIVE
NEWTOWN SQUARE, PA 19073

97586    0020537-00   S#0008630
MILPRINT INC
ATTN: DAVID M HAEN-VP/FINANCE
2451 BADGER AVE
PO BOX 2968
OSHKOSH, WI 54903

97586    0068803-00   S#0010505
MILTON E MILLER JR
6834 LAGUNA NORTE
SAN ANTONIO, TX 78239

97586    0068804-00   S#0002437
MILTON G. STROM C/F
JONATHAN B. STROM UGMA NY
56 CUSHMAN ROAD
SCARSDALE, NY 10583

97586    0068805-00   S#0002433
MILTON G. STROM C/F
MICHAEL E. STROM UGMA NY
56 CUSHMAN ROAD
SCARSDALE, NY 10583

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0068806-00   S#0008068
MILTON H ROYE JR &
GLORIA E LARA JT TEN
4277 SEDGEMOOR LN
BLOOMFIELD HILLS, MI 48302-1650

97586   0068807-00   S#0005400
MILTON HOLMES HAMILTON &
MARTHA TOWLER HAMILTON JT TEN
6 MONTCREST DR
DURHAM, NC 27713-8136

97586   0068808-00   S#0004951
MILTON HOLMES HAMILTON CUST
JAMES A HAMILTON
819 SWINKS MILL RD
MCLEAN, VA 22102-2124

97586   0068809-00   S#0004950
MILTON HOLMES HAMILTON CUST
WILLIAM C HAMILTON
819 SWINKS MILL RD
MCLEAN, VA 22102-2124

97586   0068810-00   S#0004736
MILTON KLEIN &
ALMA D KLEIN JT TEN
4503 SPRINGWATER CT APT F
OWINGS MILLS, MD 21117-4944

97586   0068811-00   S#0003237
MILTON KURZBAN &
MARLA KURZBAN JT TEN
11 ROOSEVELT DR
EAST NORWICH, NY 11732-1124

97586   0068812-00   S#0007085
MILTON L MCCRACKEN JR &
IRENE H MCCRACKEN JT TEN
4115 FITZGERALD CT
ERLANGER, KY 41018

97586   0068814-00   S#0013011
MILTON SAIKI CUST
IAN SAIKI
711 HAO ST
HONOLULU, HI 96821-1619

97586   0068813-00   S#0013010
MILTON SAIKI CUST
NICHOLAS M SAIKI UTMA/HI 21
711 HAO ST
HONOLULU, HI 96821

97586   0068815-00   S#0006700
MILTON W COPELAND
402 S 8TH ST
GODSDEN, AL 35901

97586   0068816-00   S#0010996
MIMI BANKS CUST
JAMES HILDING BANKS
203 KIRMAN
RENO, NV 89502

97586   0068817-00   S#0013250
MIMI J CHAVES CUST
ACF DEREK CHAVES
12521 3RD AVE NW
SEATTLE, WA 98177-4410

97586   0068818-00   S#0010998
MIMI RUECKL CUST
JAMES BANKS
203 KIRMAN AVE
RENO, NV 89502

97586   0068819-00   S#0003228
MIMI SPITZ
45 VERLEYE ROAD
E NORTHPORT, NY 11731

97586   0068820-00   S#0005484
MINAZ HASSAM CUST
KHALIL HASSAM
102 WOODLAWN DR
MORGANTON, NC 28655-3654

97586   0068821-00   S#0005485
MINAZ HASSAM CUST
OMAR HASSAM
102 WOODLAWN DR
MORGANTON, NC 28655-3654

97586   0068822-00   S#0004073
MINDY ANN DITMARS
122 WILDERNESS ACRES
E STROUDSBURG, PA 18301-8528

97586   0068823-00   S#0011314
MINGYA HSU
926 KIRKWOOD AVE
PASADENA, CA 91103

97586   0068824-00   S#0006505
MINIQUE TORNER DONAHUE
333 SEVERIN
PORT CHARLOTTE, FL 33952

97586   0068825-00   S#0004659
MIRIAM GILBERT
15300 BEAVERBROOK CT APT 3H
SILVER SPRING, MD 20906-1304

97586   0068826-00   S#0005050
MIRIAM H FORD CUST
MATTHEW N FORD
3421 BREEZEWOOD CT
MIDLOTHIAN, VA 23113

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068827-00   S#0005051
MIRIAM H FORD CUST
PIERCE A FORD
3421 BREEZEWOOD CT
MIDLOTHIAN, VA 23113

97586   0001313-00   S#0011222
MISHER, ROSS
C/O MARVEL LA
3340 OCEAN PARK BLVD STE 200
SANTA MONICA, CA 90405

97586   0000879-00   S#0011223
MISRAJE, LISA
623 ASHLAND AVE APT 3
SANTA MONICA, CA 90405

97586   0068828-00   S#0005537
MISSY LUTZ
465 MAPLE ST
WINNSBORO, SC 29180

97586   0068829-00   S#0000512
MISSY LYON
85 NEW GLOUCESTER RD
NORTH YARMOUTH, ME 04097

97586   0068830-00   S#0010375
MISTY L YARNEAU &
GLEN YARNEAU JT TEN
4023 GREEN CREST DR
HOUSTON, TX 77082

97586   0068831-00   S#0008685
MITCH FINK CUST
ADAM J FINK
735 CLEVELAND AVE S
ST PAUL, MN 55116

97586   0068832-00   S#0008686
MITCH FINK CUST
CARRIE B FINK
735 CLEVELAND AVE S
ST PAUL, MN 55116

97586   0068833-00   S#0012554
MITCH NAKANO
1330 SACRAMENTO ST 13
BERKELEY, CA 94702

97586   0068834-00   S#0003110
MITCHEL J GREENSPAN
557 LINKS DR S
OCEANSIDE, NY 11572

97586   0068835-00   S#0000760
MITCHELL A S HALLOCK
95 FAIRFAX ST
WEST HAVEN, CT 06516

97586   0068836-00   S#0003083
MITCHELL BOTWIN CUST
ACF SETH BOTWIN
175 SMITH ST
MERRICK, NY 11566

97586   0068837-00   S#0005991
MITCHELL COLSON
3631 BISCAYNE DR
WINTER SPGS, FL 32708-4623

97586   0068838-00   S#0005510
MITCHELL D RABON CUST
MICHAEL F RABON
BOX 214
LUGOFF, SC 29078

97586   0068839-00   S#0005509
MITCHELL D RABON CUST
MITCHELL D RABON JR
BOX 214
LUGOFF, SC 29078

97586   0068840-00   S#0011028
MITCHELL E STEWART
160 OVERLAND STREET
CARSON CITY, NV 89701

97586   0068841-00   S#0008107
MITCHELL FINKEL CUST
AMY FINKEL
6322 SILVERBROOKE W
WEST BLOOMFIELD, MI 48322-1031

97586   0068842-00   S#0006831
MITCHELL GOLDMAN CUST
MARSHALL H GOLDMAN
5300 RIVERBRIAR RD
KNOXVILLE, TN 37919

97586   0068843-00   S#0010738
MITCHELL GRIMES
1007 E HOLLY ST
BOISE, ID 83712-8306

97586   0068844-00   S#0007437
MITCHELL J SHOPINSKY JR &
SHERRI L SHOPINSKY JT TEN
6742 BRISTLEWOOD DR
BOARDMAN, OH 44512

97586   0068845-00   S#0004714
MITCHELL KEDDRELL
7624 VISTA RD #40
ELKRIDGE, MD 21075-6534

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068846-00    S#0006685 | 97586    0068847-00    S#0006397 | 97586    0068848-00    S#0003197 |
| MITCHELL L ROSE | MITCHELL SILVERS CSDN | MITCHELL SKALKA |
| 19 COUNTY ROAD 296 | DAVID SILVERS UTMA FL | 781 GRETA PL |
| HILLSBORO, AL 35643 | 7163 AYRSHIRE LANE | NORTH BELLMORE, NY 11710-1311 |
| | BOCA RATON, FL 33496 | |
| 97586    0068849-00    S#0007483 | 97586    0068850-00    S#0002342 | 97586    0068851-00    S#0002341 |
| MITCHELL T JOHNSON | MITCHELL WEINFELD | MITCHELL WEINFELD |
| 628 E JEFFERSON ST | 44 FOUNTAIN RD | 44 FOUNTAIN ROAD |
| SANDSUSKY, OH 44870-2924 | BRIARCLIFF MANOR, NY 10510 | BRIARCLIFF MANOR, NY 10510 |
| 97586    0068852-00    S#0006922 | 97586    0068853-00    S#0005382 | 97586    0068854-00    S#0002727 |
| MITCHELL WINNELL STEWART & | MITCHELL WOLBORSKY | MITCHELL ZYKOFSKY |
| BRENDA K STEWART | 7021 N RIDGE DR | 140 8TH AVE #1-0 |
| JT TEN | RALEIGH, NC 27615 | BROOKLYN, NY 11215-1767 |
| BOX 3468 | | |
| COOKEVILLE, TN 38502 | | |
| 97586    0068855-00    S#0011121 | 97586    0068856-00    S#0010774 | 97586    0068857-00    S#0009639 |
| MITCHUM SECURITIES INC | MITTNEEN K WILLIAMS CUST | MITZI COOK |
| C/O J P GUERIN | DANIEL J B WILLIAMS | BOX 33 |
| 355 S GRAND AVE 34TH FLOOR | 4701 N 56TH ST | PATTON, MO 63662 |
| LOS ANGELES, CA 90071-1560 | PHOENIX, AZ 85018 | |
| 97586    0068858-00    S#0013434 | 97586    0068859-00    S#0013449 | 97586    0068860-00    S#0001952 |
| MODICO CANADA LIMITED | MODICO CANADA LTD | MOHAMED KHAN |
| ATT MORRIE COHEN | ATTENTION MORRIE COHEN | CHURCH STREET STATION |
| 65 FORDEN AVE | 65 FORDEN AVENUE | PO BOX 283 |
| WESTMOUNT, QC | WESTMOUNT, QC H3Y 2Z1 | NEW YORK, NY 10008 |
| CANADA | CANADA | |
| 97586    0068861-00    S#0004490 | 97586    0068862-00    S#0011292 | 97586    0068863-00    S#0000113 |
| MOHAMMAD KOHISTANY | MOIRA LOVE CUST | MOLLIE ANN GILLMAN |
| 10 TILLER CT SW | STUART T LOVE | 1 KARA ANN DR |
| WASHINGTON, DC 20032-5308 | 3812 MARBER AVE | FRAMINGHAM, MA 01701 |
| | LONG BEACH, CA 90808 | |
| 97586    0068864-00    S#0008326 | 97586    0068865-00    S#0007600 | 97586    0068866-00    S#0001268 |
| MOLLY ANNE GULLO & | MOLLY ANNE RENTZ | MOLLY EPSTEIN |
| THOMAS GULLO JT TEN | 3845 CORDELL DR | 11 SANFORD DR |
| 422 S LAKE | KETTERING, OH 45439 | ENGLEWOOD CLIFFS, NJ 07632 |
| SPRING LAKE, MI 49456 | | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068867-00   S#0006311
MOLLY R SAMSON TR
FBO MOLLY R SAMSON TRUST
2800 NO FLAGLER DR
W PALM BEACH, FL 33407-5227

97586   0068868-00   S#0005311
MOLLY W MILLER
200 WENTWORTH DR
GREENSBORO, NC 27408

97586   0068869-00   S#0001326
MONA A POLLARD CUST
NICHOLAS BARTZOKAS
124 FAIR HAVEN RD
FAIR HAVEN, NJ 07704-3413

97586   0068870-00   S#0006292
MONA FENDEL CUST
SARI FENDEL
2780 SW 81 WAY
DAVIE, FL 33328-1618

97586   0068871-00   S#0010332
MONICA MARIE CUEVAS
11702 WICKHOLLOW
HOUSTON, TX 77043-4534

97586   0068872-00   S#0002348
MONICA T HOCKMAN CUST
JASON A HOCKMAN
24 HAMILTON DR
CHAPPAQUA, NY 10514

97586   0020072-00   S#0010509
MONROE & ASSOCIATES INC
ATTN: ROBERT MONROE-PRESIDENT
1870 W BITTERS RD
SAN ANTONIO, TX 78248-1800

97586   0068873-00   S#0009492
MONTE R BERGSCHNEIDER CUST
ADAM M BERGSCHNEIDER
1193 FRANKLIN ALEXANDER RD
ALEXANDER, IL 62601-7021

97586   0000008-00   S#0004228
MOORE, AARON J
225 IONA AVE
NARBERTH, PA 19072-2022

97586   0001008-00   S#0010842
MOORE, MIKE
15042 N 55TH ST
SCOTTSDALE, AZ 85254

97586   0068874-00   S#0002742
MORDECHAI WOLINSKY
1173 52ND ST
BROOKLYN, NY 11219

97586   0020497-00   S#0000972
MOREHOUSE, THOMAS A
14 PARK AVE
GARFIELD, NJ 07026-1415

97586   0021048-00   S#0003046
MORELAND HOSE & BELTING CORP
135 ADAMS AVE
HAMPSTEAD, NY 11550

97586   0001016-00   S#0003048
MORELAND HOSE & BELTING CORP
135 ADAMS AVE
HEMPSTEAD, NY 11550

97586   0068875-00   S#0002063
MORGAN E BAUER
448 W 57TH
NEW YORK, NY 10019

97586   0068876-00   S#0005120
MORGAN MCTEER BEK
2416 HUNTING HORN WAY
VIRGINIA BEACH, VA 23456

97586   0068877-00   S#0007761
MORGAN O THOMAS
3441 COUNTRY LANE NE
LANESVILLE, IN 47136

97586   0000945-00   S#0001009
MORRA, MATTHEW A
639 UPPERMOUNTAIN AVE
MOUNT CLAIR, NJ 07043

97586   0068878-00   S#0011545
MORRIS COX CUST
MARISSA COX
2513 CASTLE HARBOUR
ONTARIO, CA 91761

97586   0068879-00   S#0011544
MORRIS COX JR CUST
MORRIS COX JR
2513 CASTLE HARBOUR
ONTARIO, CA 91761

97586   0068880-00   S#0006139
MORRIS LANSBURGH JR CUST
MARISA BLAIR LANSBURGH
2375 NE 30TH CT
LIGHTHOUSE POINT, FL 33064-8132

97586   0068881-00   S#0010624
MORRIS SJOBERG &
ALICE SJOBERG
820 TELLER ST
LAKEWOOD, CO 80215

97586   0068882-00   S#0002086
MORTON TULLER
211 E 70TH ST APT 22B
NEW YORK, NY 10021-5218

97586   0068883-00   S#0004289
MOSE A AIMONE CUST
MOSE D AIMONE
633 RENZ ST
PHILADELPHIA, PA 19128

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068884-00   S#0001314
MOSES LEE CUST
MARCUS LEE
101 SURREY LANE
TENAFLY, NJ 07670

97586   0069763-00   S#0007478
MOSTELLER, RANDY J
2100 SLEEPY HOLLOW RD
MILAN, OH 44846-9612

97586   0001020-00   S#0011459
MOTION PICTURE ASSOC OF AMER
15503 VENTURA BLVD
ENCINO, CA 91436

97586   0001021-00   S#0009124
MOTOROLA CELLULAR SERVICE INC
CORPORATE OFFICES
1303 E ALGONQUIN RD
SCHAUMBURG, IL 60196

97586   0001022-00   S#0011637
MOVIELINE
PO BOX 469004
ESCONDIDO, CA 92046-9004

97586   0001023-00   S#0011631
MOVIELINE MAGAZINE
PO BOX 3711
ESCONDIDO, CA 92033

97586   0001160-00   S#0008981
MOY, PHILIP WING
1209 STERLING DRIVE
MUNDELEIN, IL 60060-1081

97586   0068885-00   S#0010100
MOZELLA B IRWIN
824 S ADAMS
STILLWATER, OK 74074-4325

97586   0068886-00   S#0000767
MOZELLE AVERY-OWENS
BOX 27230
WEST HAVEN, CT 06516-8230

97586   0068887-00   S#0013527
MR ANDRE SIMONEAU
98 MALVERN AVE
TORONTO, ON M4E 3E5
CANADA

97586   0068888-00   S#0002293
MR CEFERINO RODRIGUEZ JR CUST
CEFERINO RODRIGUEZ III
1365 FINDLAY AVE
BRONX, NY 10456

97586   0068889-00   S#0007481
MR RICHARD S LYNCH C/F
RICHARD S LYNCH JR
LYNCH & WHITE
51 E MAIN ST
NORWALK, OH 44857

97586   0068890-00   S#0013400
MR SANFORD FEIRSON
P O BOX 85
ROZELLE NSW 2039
AUSTRALIA

97586   0068891-00   S#0003119
MRL RUSSELL SOLON
66 THE HEMLOCKS
ROSLYN ESTATES, NY 11576

97586   0068892-00   S#0013636
MRS  MEIKO MERNER
437 HORIUCHI HAYAMA
MIURA-GUN
KANAGAWA
JAPAN

97586   0068893-00   S#0001692
MRS DIANE M CUNIUS C/F
DANIEL P CUNIUS
7 WEST READING AVENUE
PLEASANTVILLE, NJ 08232

97586   0068894-00   S#0001385
MRS GERRY HODGE CUST
NICHOLAS J CAVET
5 TYCOR RUN
HOLMDEL, NJ 07733

97586   0068895-00   S#0000256
MRS GLENN ASKIN SCHWEICH CUST
ARDEN A SCHWEICH
80 DUDLEY ST
BROOKLINE, MA 02146-5937

97586   0068896-00   S#0000255
MRS GLENN ASKIN SCHWEICH CUST
TARA A SCHWEICH
80 DUDLEY ST
BROOKLINE, MA 02146-5937

97586   0068897-00   S#0006412
MRS KATHLEEN P HENDERSON TTEE
BY MATTHEW D HENDERSON IRR TR
2901 BRUCKEN RD
VALRICO, FL 33594

97586   0068898-00   S#0008063
MS. LORI B. FREEMAN
4091 CRANBROOK COURT
BLOOMFIELD, MI 48301

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

| | | |
|---|---|---|
| 97586    0021162-00    S#0000230<br>MSC PARSIPPANY LLC<br>GREAT POINT INVESTORS LLC<br>ATTN: JIM HALLIDAY<br>98 N WASHINGTON ST, 5TH FLR<br>BOSTON, MA 02114 | 97586    0001025-00    S#0012767<br>MTC DISTRIBUTING<br>1573 CUMMINS DR<br>PO BOX 3776<br>MODESTO, CA 95352 | 97586    0001457-00    S#0001655<br>MUCHLER, TERESA<br>31 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 |
| 97586    0021072-00    S#0000182<br>MUNTERS MOISTURE CONTROL<br>ATTN: NANCY CLAIRE-CREDIT MGR<br>79 MONROE ST<br>PO BOX 640<br>AMESBURY, MA 01913-0640 | 97586    0069443-00    S#0001738<br>MURPHY, PAUL<br>172 GROVE PARK<br>FORT DIX, NJ 08640-3904 | 97586    0068899-00    S#0005837<br>MURRAY CAMPBELL<br>RTE 4 BOX 352<br>CAMILLA, GA 31730 |
| 97586    0068900-00    S#0004494<br>MURRAY F ROSE CUST<br>JAMES F HORTON<br>39858 MEADOWLARK DR<br>PAEONIAN SPRINGS, VA 20129 | 97586    0068901-00    S#0004164<br>MURRAY MARKOWITZ CUST<br>MICHAEL MARKOWITZ<br>115 ROY LANE<br>HUNTINGTON VALLEY, PA 19006 | 97586    0020014-00    S#0011756<br>MWB BUSINESS SYSTEMS<br>ATTN: EVA SMITH-COLLECTIONS<br>14397 AMARGOSA<br>VICTORVILLE, CA 92392 |
| 97586    0020104-00    S#0009367<br>MYCO INC<br>ATTN: WILLIAM L ANDERSON-CONTROLLER<br>1122 MILFORD AVE<br>ROCKFORD, IL 61109 | 97586    0068902-00    S#0001567<br>MYLES TURTZ &<br>MIRIAM TURTZ JT TEN<br>1995 GREENTREE RD<br>CHERRY HILL, NJ 08003-1120 | 97586    0068903-00    S#0012936<br>MYLON MARSHALL<br>2201 LASSEN PLACE<br>DAVIS, CA 96616 |
| 97586    0068904-00    S#0012746<br>MYRA J VELASQUEZ CUST<br>FBO MICHAEL TROY VELASQUEZ<br>1519 AMBERLEAF WAY<br>LODI, CA 95242-4404 | 97586    0068905-00    S#0013067<br>MYRA M MITCHELL &<br>EUGENE A MITCHELL<br>5608 NE 35TH AVE<br>PORTLAND, OR 97211 | 97586    0068906-00    S#0006197<br>MYRA SHEAR CUST<br>MYLES SHEAR<br>10355 SW 67TH AVE<br>MIAMI, FL 33156 |
| 97586    0068907-00    S#0012747<br>MYRA VELASQUEZ<br>1519 AMBER LEAF WAY<br>LODI, CA 95242-4404 | 97586    0068908-00    S#0012745<br>MYRA VELASQUEZ CUST<br>FBO DERRICK VELASQUEZ<br>1519 AMBER LEAF WAY<br>LODI, CA 95242-4404 | 97586    0068909-00    S#0001260<br>MYRIAM MENKIN CUST<br>GABRIEL MENKIN<br>232 HUTCHINSON RD<br>ENGLEWOOD, NJ 07631 |
| 97586    0068910-00    S#0011070<br>MYRNA SCHARF CUST<br>C/M ELI LEONARD SCHARF<br>241 S MANSFIELD AVENUE<br>LOS ANGELES, CA 90036-3016 | 97586    0068911-00    S#0001817<br>MYRON GESSNER CUST<br>DAVID GESSNER<br>6 MORZINE RD<br>EDISON, NJ 08817 | 97586    0068912-00    S#0001498<br>MYRON M BYTZ CUST<br>MYROSLAW M BYTZ<br>36 MOUNTAINSIDE DR<br>RANDOLPH, NJ 07869-2217 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0068913-00  S#0006684
MYRTLE M FALLS
6440 COUNTY RD 200
FLORENCE, AL 35633

97586   0068914-00  S#0006647
N JOYCE MCCULLEY
6976 EASTERN VALLEY RD
MCCALLA, AL 35111

97586   0068915-00  S#0012956
N KATIE MARTIN CUST
ALYSON J MARTIN
1575 AHE ST
HILO, HI 96720-3351

97586   0068916-00  S#0012957
N KATIE MARTIN CUST
SPENCER MARTIN
1575 AHE ST
HILO, HI 96720-3351

97586   0068917-00  S#0008986
N PETER SCHNETTLER CUST
MATTHEW J SCHNETTLER U/IL/UTMA
2822 DUNDEE ROAD 8B
NORTBROOK, IL 60062

97586   0068918-00  S#0008987
N PETER SCHNETTLER CUST
NICHOLAS J SCHNETTLER
2822 DUNDEE ROAD 8B
NORTBROOK, IL 60062

97586   0068919-00  S#0010397
NAN'S GAME HEADQUARTERS INC
ATTN FRANK A JOINES JR
2011 SOUTHWEST FREEWAY
HOUSTON, TX 77098

97586   0068920-00  S#0010321
NANCY A FATHEREE
12219 BROKEN ARROW ST
HOUSTON, TX 77024

97586   0068921-00  S#0002770
NANCY A FITZSIMMONS
1357 75TH ST
BROOKLYN, NY 11228

97586   0068922-00  S#0011419
NANCY A NIPARKO CUST
DUSTIN JOHN NIPARKO
21324 CASTILLO
WOODLAND HILLS, CA 91364

97586   0068923-00  S#0011423
NANCY A NIPARKO CUST
KATARINA LYNN NIPARKO
21324 CASTILLO
WOODLAND HILLS, CA 91364

97586   0068924-00  S#0011421
NANCY A NIPARKO CUST
KEVIN JOHN NIPARKO
21324 CASTILLO
WOODLAND HILLS, CA 91364

97586   0068925-00  S#0011420
NANCY A NIPARKO CUST
NATHAN JOHN NIPARKO
21324 CASTILLO
WOODLAND HILLS, CA 91364

97586   0068926-00  S#0006771
NANCY A RANSOM CUST
JENNY ANN RANSOM SUGGS
511 BELLE MEADE BLVD
NASHVILLE, TN 37205

97586   0068927-00  S#0000435
NANCY AAN TUTHILL CUST
MICAHEL D TUTHILL
32 ARABIAN WAY
CHESTER, NH 03036-4191

97586   0068928-00  S#0004588
NANCY ABRAMOWITZ CUST
MOLLY ELLENBERG
9600 SOTWEED DR
POTOMAC, MD 20854

97586   0068929-00  S#0012096
NANCY ACQUAVIVA CUST
BRANDON ACQUAVIVA
3500 PASEO AIROSA
BAKERSFIELD, CA 93311

97586   0068930-00  S#0012097
NANCY ACQUAVIVA CUST
CAITLYN ACQUAVIVA
3500 PASEO AIROSA
BAKERSFIELD, CA 93311

97586   0068931-00  S#0012095
NANCY ACQUAVIVA CUST
JUSTIN AZQOUR
3500 PASIO AIROSA
BAKERSFIELD, CA 93311

97586   0068932-00  S#0005185
NANCY ANN ANDOLINA
2905 POPLAR ST
HOPEWELL, VA 23860-4944

97586   0068933-00  S#0009324
NANCY ANN LOVITZ
6347 N RIDGE BLVD
UNIT 308
CHICAGO, IL 60660

Debtor:           Mafco Litigation Trust
Description:      Notice/Motion
Mailing Number:  0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0068934-00  S#0013180<br>NANCY B PIANTANIDA CUST<br>DANIEL CL PIANTANIDA<br>2457 60TH SE<br>MERCER ISLAND, WA 98040 | 97586    0068935-00  S#0003277<br>NANCY BETH BUEHLER CUST<br>ACF ERIC S BUEHLER<br>23 GRACE COURT<br>ISLIP, NY 11751 | 97586    0068937-00  S#0000328<br>NANCY BROWN CUST<br>EVAN BROWN<br>251 CLEARWATER DR<br>DUXBURY, MA 02332 |
| 97586    0068938-00  S#0000327<br>NANCY BROWN CUST<br>ROSS BROWN<br>251 CLEARWATER DR<br>DUXBURY, MA 02332 | 97586    0068939-00  S#0011979<br>NANCY C SNYDER CUST<br>JAMES D SNYDER<br>2373 LANDSALE COURT<br>SIMI VALLEY, CA 93065 | 97586    0068940-00  S#0004170<br>NANCY CANTOR CUST<br>TONY CANTOR<br>1280 ROUND HILL RD<br>BRYN MAWR, PA 19010 |
| 97586    0068941-00  S#0007099<br>NANCY CARTER<br>316 BLUEBIRD DR<br>RUSSELL, KY 41169 | 97586    0068942-00  S#0008476<br>NANCY E LE MARBRE CUST<br>MATTHEW A LE MARBRE<br>515 E NEWHALL<br>WAUKESHA, WI 53186 | 97586    0068943-00  S#0000474<br>NANCY E WHITNEY<br>11 MALCOLM DR<br>SURRY, NH 03431 |
| 97586    0068944-00  S#0011469<br>NANCY EGGEBRECHT CUST<br>JENNIFER AMBER DONNELL<br>2528 N KEYSTONE ST<br>BURBANK, CA 91504 | 97586    0068945-00  S#0004819<br>NANCY ENNIS CUST<br>MICHAEL R ENNIS<br>7006 UPPER MILLS RD<br>BALTIMORE, MD 21228 | 97586    0068946-00  S#0006605<br>NANCY EVANS CUST<br>IRA EVANS<br>4010 SANDPIPER CT<br>PALM HARBOR, FL 34684 |
| 97586    0068947-00  S#0003666<br>NANCY FREDRICKSON CUST<br>BRANDON EISENMANN<br>136 WESTFIELD RD<br>AMHERST, NY 14226 | 97586    0068948-00  S#0009056<br>NANCY G MARCUS<br>333 ROSEWOOD AVE<br>WINNETKA, IL 60093 | 97586    0068949-00  S#0009730<br>NANCY GARNER C/F TOBY GARNER<br>H C R 1 BOX 12 HWY 39 SOUTH<br>AURORA, MO 65605 |
| 97586    0068950-00  S#0006634<br>NANCY GREENBERG CUST<br>JEFFREY GREENBERG<br>2375 DEEPWOOD PASS<br>PALM CITY, FL 34990-2235 | 97586    0068951-00  S#0001557<br>NANCY GRIMLEY CUST<br>JEFFREY S GRIMLEY<br>323 BROOKLINE AVE<br>CHERRY HILL, NJ 08002-2532 | 97586    0068952-00  S#0008142<br>NANCY H MILLIKEN<br>23776 GILL RD<br>FARMINGTON, MI 48335-3514 |
| 97586    0068953-00  S#0005960<br>NANCY HAGLAND COURTS<br>2934 HARRISON AVE #H<br>PANAMA CITY, FL 32405-4492 | 97586    0068954-00  S#0003857<br>NANCY HEALY CUST<br>PATRICK HEALY<br>421 JENNE DR<br>PITTSBURGH, PA 15236 | 97586    0068955-00  S#0007430<br>NANCY JAMES CUST<br>RYAN SCOTT JAMES<br>OH/UTMA<br>3628 ST ROUTE 305<br>SOUTHINGTON, OH 44470 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0068956-00   S#0013353
NANCY JO PHILIPP
1734 ALDER
RICHLAND, WA 99352

97586    0068957-00   S#0002497
NANCY KAPLAN CUST
BRIAN ROSS KAPLAN
11 ROCK RIDGE RD
NEW ROCHELLE, NY 10804

97586    0068958-00   S#0004617
NANCY KESSLER CUST
BRITT KESSLER
18383 TINKO LANE
GERMANTOWN, MD 20874

97586    0068959-00   S#0002353
NANCY KRAUS CUST
MATTHEW KRAUS
92 VALLEY LANE
CHAPPAQUA, NY 10514-2003

97586    0068960-00   S#0008200
NANCY LEE FAWCETT TTEE
NANCY LEE FAWCETT TRUST
889 BOUTELL DR
GRAND BLANC, MI 48439

97586    0068961-00   S#0003473
NANCY M D'ALFONSO CUST
FOR PAUL F D'ALFONSO
NY/UNIF GIFT MIN ACT
565 SOUTH STREET
NEWBURGH, NY 12550

97586    0068962-00   S#0003478
NANCY M D'ALFONSO CUST
FOR PAUL F D'ALFONSO
565 SOUTH STREET
NEWBURGH, NY 12550-4114

97586    0068963-00   S#0003142
NANCY MINEROFF
946 DOWNING RD
VALLEY STREAM, NY 11580-1509

97586    0068964-00   S#0010002
NANCY N HARRIS CUST
JAMES B HARRIS
4120 SAM PECK RD
LITTLE ROCK, AR 72212

97586    0068965-00   S#0010004
NANCY N HARRIS CUST
WILLIAM HARRIS
4120 SAM PECK RD
LITTLE ROCK, AR 72212-2149

97586    0068966-00   S#0001926
NANCY NG
10 CONFUCIUS PLAZA 6K
NEW YORK, NY 10002-6734

97586    0068967-00   S#0008946
NANCY O'BRIEN CUST
SHANNON MARIE O'BRIEN
319 FAIRFAX LANE
GRAYSLAKE, IL 60030

97586    0068968-00   S#0012451
NANCY R CRUM CUST
JEREMY JASON CRUM
27704 CALAROGA AVE
HAYWARD, CA 94545-4610

97586    0068969-00   S#0005907
NANCY R HARRIS CUST
SHANNON BLAKE HARRIS
1860 EPPING FOREST WAY S
JACKSONVILLE, FL 32217

97586    0068970-00   S#0004480
NANCY R HORAN
6609 31ST ST N.W.
WASHINGTON, DC 20015

97586    0068971-00   S#0012595
NANCY R RAPPOLT CUST
ANDREW F RAPPOLT UNDER THE
CA UNIFORM TFRS TO MINORS ACT
15 PINETREE CIRCLE
COTATI, CA 94931-5319

97586    0068972-00   S#0003433
NANCY RICHARDSON &
THOMAS J RICHARDSON JT TEN
193 BENJAMIN ST
SCHENECTADY, NY 12303

97586    0068973-00   S#0005104
NANCY ROSENBLATT CUST
BARBARA ELLEN ROSENBLATT
1324 CHEWINK CT
VIRGINIA BEACH, VA 23451

97586    0068974-00   S#0004097
NANCY S BROWN
RR 4 BOX 174B
DALLAS, PA 18612-9201

97586    0068975-00   S#0001723
NANCY STARK WODELE CUST
BEAU STARK WODELE
BOX 409
LAMBERTVILLE, NJ 08530

97586    0068976-00   S#0008983
NANCY T WAGNER &
JEFFREY T WAGNER JT TEN
17 WARRINGTON RD
VERNON HILLS, IL 60061-1817

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0068977-00   S#0000626
NANCY TULIN CUST
SEAN M TULIN
1 GREAT MOWS
WEST SIMSBURY, CT 06092-2818

97586   0068978-00   S#0002462
NANCY TURBE CUST
FRANK TURBE
3305 QUINLAN ST
YORKTOWN HEIGHTS, NY 10598

97586   0068979-00   S#0011488
NANCY WOODS
3617 WILLOWCREST AVE
STUDIO CITY, CA 91604-3921

97586   0068980-00   S#0009026
NANCY ZALON CUST
ANDREW P ZALON
5123 COYLE
SKOKIE, IL 60077

97586   0068981-00   S#0009024
NANCY ZALON CUST
BENJAMIN C MILES UGMA IL
5123 COYLE
SKOKIE, IL 60077

97586   0068982-00   S#0012198
NANETTE G LEW CUST
JASON LEW UTMA/CA
2716 NEWLANDS AVE
BELMONT, CA 94002

97586   0068983-00   S#0007187
NAOMI E DONABEDIAN
5602 RADCLIFFE RD
SYLVANIA, OH 43560

97586   0001511-00   S#0003055
NASSAU COUNTY TREASURER
OFFICE OF FIRE MARSHALL
899 JERUSALEM AVE
UNIONDALE, NY 11553

97586   0001033-00   S#0003058
NASSAU HEALTH CARE CORP
D/B/A NASSAU COUNTY MED CTR
2201 HEMPSTEAD TPKE
EAST MEADOW, NY 11554

97586   0001034-00   S#0003303
NAT CARTING INC
PO BOX 444
LINDENHURST, NY 11757

97586   0001036-00   S#0002098
NAT'L FOOTBALL LEAGUE PROPS
410 PARK AVE
NEW YORK, NY 10022

97586   0068984-00   S#0013548
NATALIE BUTTINGER
286 STOKE DRIVE
KITCHENER, ON N2N 2C1
CANADA

97586   0068985-00   S#0008198
NATHAN A COX &
JANET M COX JTTEN
4600 BITTERSWEET LANE
GOODRICH, MI 48438

97586   0068986-00   S#0006917
NATHAN BAIN
212 S SAM DAVIS AVE
PULASKI, TN 38478

97586   0068987-00   S#0005110
NATHAN BENSON CUST
CARLA BENSON
3108 BISHOPSGATE CT
VIRGINIA BEACH, VA 23452

97586   0068988-00   S#0008315
NATHAN CHARLES CARROLL
119 HANLON CT
WAYLAND, MI 49348-1307

97586   0068989-00   S#0012439
NATHAN DOWNEND
46380 SENTINEL DR
FREMONT, CA 94539

97586   0068990-00   S#0010190
NATHAN E BAKER
603 W MARVIN
WAXAHACHIE, TX 75165

97586   0068991-00   S#0012726
NATHAN EDWARD YEE
BOX 8748
STOCKTON, CA 95208

97586   0068992-00   S#0009876
NATHAN L SOVEREIGN
5668 SAYLON
LINCOLN, NE 68506

97586   0068993-00   S#0003438
NATHAN M KILBURN
33 LINDA LANE
NISKAYUNA, NY 12309

97586   0068994-00   S#0011016
NATHAN P DONAHOE
1350 HUMBOLDT
RENO, NV 89509-2732

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586   0068995-00   S#0006726
NATHAN TERRY MORGAN &
GERALDINE T MORGAN JT TEN
RTE 1
BOX 10-H
THOMASVILLE, AL 36784

97586   0068996-00   S#0002445
NATHANIEL DOUGLASS
59 CRANE RD
SCARSDALE, NY 10583-4347

97586   0068997-00   S#0013065
NATHANIEL F HOUGHTON
7206 N AMHERST
PORTLAND, OR 97203

97586   0068998-00   S#0006019
NATHANIEL J CLARK
584 ESTATES PL
LONGWOOD, FL 32779

97586   0068999-00   S#0004926
NATHANIEL JAMES HARDY
6401 COLCHESTER RD
FAIRFAX STATION, VA 22039

97586   0001038-00   S#0011360
NATIONAL BLACK EMPLOYMENT DIR
23705 VANOWEN ST STE 218
WEST HILLS, CA 91307

97586   0021287-00   S#0013533
NATIONAL HOCKEY LEAGUE PLAYERS
ATTN: TED SASKIN
777 BAY ST STE 2400
TORONTO, ON M5G2C8
CANADA

97586   0001039-00   S#0004312
NATIONAL INDUSTRIAL SUPPLIES
1609 E PASSYUNK AVE
PHILADELPHIA, PA 19148-1121

97586   0001040-00   S#0001821
NATIONAL MARKETING SERVICES
3 PROGRESS ST STE 100
EDISON, NJ 08820

97586   0001044-00   S#0003364
NATIONAL PROPANE
PO BOX 67
WYANDANCH, NY 11798

97586   0001047-00   S#0002183
NATIONWIDE CELLULAR SERV
PO BOX 5211 GPO
NEW YORK, NY 10087-5211

97586   0020584-00   S#0002029
NBA PROPERTIES INC
C/O MARVEL ENTERPRISES INC
ATTN: ALLEN LIPSON
10 EAST 40TH STREET
NEW YORK, NY 10016

97586   0001027-00   S#0008923
NCH PROMOTIONAL SERVICES
NCH MARKETING SERVICES
155 PFINGSTEN RD
DEERFIELD, IL 60015

97586   0001052-00   S#0007604
NCR CORPORATION
1700 S PATTERSON BLVD
DAYTON, OH 45479-0001

97586   0069000-00   S#0005884
NEAL I SINER JR
130 GREENBRIAR AVE
ORMOND BEACH, FL 32174-5812

97586   0069001-00   S#0003092
NEAL KAPLAN CUST
MARK KAPLAN
121 WHEATLEY RAOD
OLD WESTBURY, NY 11568-1210

97586   0069002-00   S#0004578
NEAL L BAYLIN
10810 ANTIGUA TER 102
ROCKVILLE, MD 20852

97586   0069003-00   S#0006102
NEAL LEVINE
3025 OAKTREE LANE
HOLLYWOOD, FL 33021

97586   0069004-00   S#0007554
NEAL PLOTNICK
10852 PONDS LN
CINCINNATI, OH 45242-3206

97586   0069005-00   S#0012953
NEAL T KAWACHI
121 LUANA WAY
HILO, HI 96720-1822

97586   0001136-00   S#0013670
NEARY, PAUL
18 STJOHNS NORTH HOLMWOOD
DORKING SURREY,   RH5  4JG
UNITED KINGDOM

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069006-00   S#0002407
NEIL FREDMAN CUST
DANIEL J FREDMAN
11 EAGLES BLUFF
RYE BROOK, NY 10573-1207

97586   0069007-00   S#0008985
NEIL REID CUST
RACHEL REID
1022 BETTE LANE
GLENVIEW, IL 60062

97586   0069008-00   S#0006838
NEIL SOLOMON CUST
DAVID LOUIS SOLOMON
2725 GERALD FORD DR W
CORDOVA, TN 38018

97586   0069009-00   S#0000193
NEKTARIO DEMAKES
6 SHEFFIELD DR
PEABODY, MA 01960

97586   0069010-00   S#0009737
NELDA M SHAW TR
NELDA M SHAW REV LIVING TRUST
RTE 2 BOX 184
ROGERSVILLE, MO 65742-9435

97586   0069012-00   S#0010551
NELL WILLIAMS
1812 LAWSON
AMARILLO, TX 79106

97586   0069013-00   S#0003773
NELLY S CONLEY CUST
ALEXANDER Z KOSTERA
105 CAMPBELL ST
BATH, NY 14810

97586   0069014-00   S#0000966
NELSON AYRES
13 POPLAR PL
FANWOOD, NJ 07023-1715

97586   0069015-00   S#0004705
NELSON POLLACK CUST
RYAN N POLLACK
6252 GOLDEN COIN COURT
COLUMBIA, MD 21045

97586   0069016-00   S#0004706
NELSON V POLLACK CUST
RYAN H POLLACK
6652 GOLDEN COIN COURT
COLUMBIA, MD 21045

97586   0071124-00   S#0006035
NELSON, DOUGLAS R
5628 LONG LAKE HILLS
ORLANDO, FL 32810

97586   0071123-00   S#0006034
NELSON, SHARON L CUST
DONALD R NELSON
5628 LONG LAKE HILLS
ORLANDO, FL 32810

97586   0069017-00   S#0006648
NETTIE JOYCE MCCULLEY &
HENRY V MCCULLEY JT TEN
6976 EASTERN VALLEY RD
MCCALLA, AL 35111

97586   0001059-00   S#0011204
NEUTRAL CUSTOMS BROKER INC
347 W ARBOR VITAE ST
INGLEWOOD, CA 90301

97586   0001060-00   S#0001032
NEW CAREER PERSONNEL SVC
364 PARSIPPANY RD UNIT 12B
PARSIPPANY, NJ 07054

97586   0001074-00   S#0001580
NEW JERSEY, STATE OF
DEPT OF TRANSPORTATION
MOTOR VEHICLE SERVICES
1035 PARKWAY DR
EWAN, NJ 08025

97586   0001064-00   S#0002666
NEW YORK CITY DEPT OF FINANCE
BANKRUPTCY & ASSIGNMENT UNIT
345 ADAMS STREET 10TH FLR SO
BROOKLYN, NY 11201-3714

97586   0001471-00   S#0002168
NEW YORK TIMES, THE
229 W 43RD ST
NEW YORK, NY 10036-3913

97586   0020505-00   S#0009406
NEWMAN & ULLMAN INC
ATTN: JAMES A GERBER
2312 LAKESHORE DR
PEKIN, IL 61554

97586   0001071-00   S#0002060
NEWSWEEK
251 W 57TH ST
NEW YORK, NY 10019

97586   0069018-00   S#0013643
NG ENG KIN
244 WHITNEY STREET
BLOCKHOUSE BAY
AUCKLAND
NEW ZEALAND

Page 445 of 637

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069019-00   S#0002825
NGON TOY LEE &
SIU YEN KWONG LEE JTTEN
201 IRVING AVE 2ND FLR
BROOKLYN, NY 11237

97586    0069020-00   S#0012332
NGUEY HOM & HANG FONG HOM
TR FBO NGUEY & HANG FONG
HOM REV TRUST U/A DTD 8-9-93
1716 14TH AVE
SAN FRANCISCO, CA 94122

97586    0069021-00   S#0006887
NGUYET LEE
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586    0069022-00   S#0001693
NIALL BRIDGEMAN
169 BLACKMAN RD
EGG HARBOR TOWNSH, NJ 08234

97586    0069023-00   S#0012570
NICHOLAS A KUNST CUST
JOHN FRANCIS KUNST
76 BELVEDERE ST
SAN RAFAEL, CA 94901

97586    0069024-00   S#0007873
NICHOLAS A REA CUST
JONATHAN T REA
13347 NADINE
HUNTINGTON WOODS, MI 48070-1422

97586    0069025-00   S#0012255
NICHOLAS BRAND
3338 SHELTER CREEK LN
SAN BRUNO, CA 94066

97586    0069026-00   S#0006439
NICHOLAS C COCKING &
DIANE C COCKING JT TEN
11904 KEATING DR
TAMPA, FL 33626

97586    0069027-00   S#0004111
NICHOLAS C HAROS
90 WALNUT STREET
FORTY FORT, PA 18704-5059

97586    0069028-00   S#0007345
NICHOLAS C LUCARELLI &
DOROTHY G LUCARELLI JT TEN
488 CHERRY LANE
SEVEN HILLS, OH 44131

97586    0069029-00   S#0000912
NICHOLAS C LUCAS CUST
JOSHUA LUCAS
805 BEDFORD ST
STAMFORD, CT 06901

97586    0069030-00   S#0006657
NICHOLAS CABINESS RAFFINO
1532 4TH COURT W
BIRMINGHAM, AL 35208

97586    0069031-00   S#0012242
NICHOLAS CHARLES DEMELLO
231 SCENIC DRIVE
REDWOOD CITY, CA 94062

97586    0069032-00   S#0002836
NICHOLAS D MILANO &
DIANA M MILANO
13-21 135TH ST
COLLEGE POINT, NY 11356

97586    0069033-00   S#0011466
NICHOLAS FILIPPI
460 E PALM APT J
BURBANK, CA 91501-2803

97586    0069034-00   S#0009965
NICHOLAS G APOSTOLOU
243 SHADY OAKS CT
BATON ROUGE, LA 70810

97586    0069035-00   S#0008539
NICHOLAS G BRISTOL
BOX 344 RICHLAND STREET
LONE ROCK, WI 53556

97586    0069036-00   S#0013545
NICHOLAS GEHL
421 KING ST W
WATEWLOO, ON N2J 4E4
CANADA

97586    0069037-00   S#0004839
NICHOLAS GOOD-MALLOY
27 STEELE AVE
ANNAPOLIS, MD 21401

97586    0069038-00   S#0007820
NICHOLAS HARP
825 S BATES ST
BIRMINGHAM, MI 48009

97586    0069039-00   S#0010616
NICHOLAS J MONJE
10355 KETTERING LN
PARKER, CO 80134-9574

**Debtor:**    Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:**    08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069040-00   S#0013507<br>NICHOLAS J PEKARUK<br>103 MAPLE DRIVE<br>STONEY CREEK, ON L8G 4T2<br>CANADA | 97586   0069041-00   S#0001768<br>NICHOLAS J ZACCARIA CUST<br>JEFFREY ZACCARIA<br>117 PRESIDENT AVE<br>LAVALLETTE, NJ 08735 | 97586   0069042-00   S#0013240<br>NICHOLAS L BODE<br>P O BOX 75492 NORTHGATE STA<br>SEATTLE, WA 98125 |
| 97586   0069043-00   S#0003487<br>NICHOLAS L THOMPSON &<br>ANITA S THOMPSON JT TEN<br>59 S CROSS RD<br>STAATSBURG, NY 12580 | 97586   0069044-00   S#0001585<br>NICHOLAS M CONCHEWSKI JR<br>35 MIDWAY LANE<br>BELLMAWR, NJ 08031-3011 | 97586   0069045-00   S#0001586<br>NICHOLAS M CONCHEWSKI SR &<br>JANE CONCHEWSKI<br>35 MIDWAY LANE<br>BELLMAWR, NJ 08031-3011 |
| 97586   0069046-00   S#0002282<br>NICHOLAS MIGNONE<br>60 MULBERRY AVENUE<br>STATEN ISLAND, NY 10314 | 97586   0069047-00   S#0008655<br>NICHOLAS R ANHUT<br>16309 GRIFFON CT<br>LAKEVILLE, MN 55044 | 97586   0069048-00   S#0000025<br>NICHOLAS R KING<br>175 HAMPDEN RD<br>EAST LONGMEADOW, MA 01028 |
| 97586   0069049-00   S#0001400<br>NICHOLAS R PORTANTIERE<br>8 COVENTRY COURT<br>MATAWAN, NJ 07740 | 97586   0069050-00   S#0007282<br>NICHOLAS RODIN<br>2034 W 50TH ST<br>CLEVELAND, OH 44102-4435 | 97586   0069051-00   S#0010611<br>NICHOLAS TIPTON<br>7125 E TOWNSEND DR<br>HIGHLANDS RANCH, CO 80126 |
| 97586   0069052-00   S#0003456<br>NICHOLAS TRESALONI &<br>BEATRICE A TRESALONI JTWROS<br>PO BOX 47<br>RIFTON, NY 12471 | 97586   0069053-00   S#0013647<br>NICHOLAS WATT<br>C/O SYCAMORE BANK<br>19 FERRYHILLS ROAD<br>NORTH QUEENSFERRY<br>SCOTLAND | 97586   0069054-00   S#0000936<br>NICK DUVA<br>107 RIDGE AVE<br>BLOOMFIELD, NJ 07003-3861 |
| 97586   0069055-00   S#0004814<br>NICK FRANK<br>1001 S LAKEWOOD<br>BALTIMORE, MD 21224 | 97586   0069056-00   S#0011534<br>NICK K TCHENG &<br>PEGGY T TCHENG<br>18289 WELLINGTON LN<br>ROWLAND HGHTS, CA 91748-5127 | 97586   0069057-00   S#0000944<br>NICK NICHOLSON &<br>BARBARA NICHOLSON<br>JT TEN<br>BOX 928<br>WEST CALDWELL, NJ 07007-0928 |
| 97586   0069058-00   S#0003812<br>NICK R INCORVATI &<br>MARIE B INCORVATI JTTEN<br>806 LIBERTY STREET<br>MCKEES ROCK, PA 15136 | 97586   0069059-00   S#0010295<br>NICK TU<br>4849 ANGELINA<br>WICHITA FALLS, TX 76308 | 97586   0069060-00   S#0002614<br>NICK VINCI &<br>VICTORIA VINCI<br>JT TEN<br>825 WHITTIER AVE<br>NEW HYDE PARK, NY 11040 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069061-00  S#0006721 | 97586    0069062-00  S#0010983 | 97586    0069063-00  S#0012651 |
| NICKI E PATTERSON CUST | NICKOLOS LANE | NICKY K WU |
| SYDNEY G MCCLEAVE | PO BOX 33184 | 16060 SHANNON RD |
| 1010 OLD SHELL RD | LAS VEGAS, NV 89133-3184 | LOS GATOS, CA 95032 |
| MOBILE, AL 36604 | | |
| | | |
| 97586    0069064-00  S#0010247 | 97586    0069065-00  S#0005244 | 97586    0069066-00  S#0012513 |
| NICOLE E COLLINS | NICOLE E KUDLAK | NICOLE MARIE POTESTIO |
| 2400 CORWN COLONY DR | 37 MOZART MEADOWS | 15838 VIA ARROYO |
| ARLINGTON, TX 76011-2229 | WHEELING, WV 26003 | SAN LORENZO, CA 94580 |
| | | |
| 97586    0069067-00  S#0004774 | 97586    0069068-00  S#0010431 | 97586    0069069-00  S#0000041 |
| NICOLE REBECCA AMOYAL | NICOLE ROSALES | NICOLE STAITI |
| 3416 PHILIPS RD | 1219 HANNINGTON | MUDDY BROOK STREAM RD |
| BALTIMORE, MD 21208 | KATY, TX 77450 | WARE, MA 01082 |
| | | |
| 97586    0069070-00  S#0003068 | 97586    0069071-00  S#0008949 | 97586    0069072-00  S#0004680 |
| NICOLE STIEGELBAUER | NIKOLA KOJIC | NIKOLAI RYAN SMITH |
| 4 HORSE HOLLOW RD | 18753 MAPLE AVE | 621 DORSEY RD |
| LATTINGTOWN, NY 11560 | GRAYSLAKE, IL 60030-2534 | BEL AIR, MD 21014 |
| | | |
| 97586    0069073-00  S#0000144 | 97586    0069074-00  S#0005013 | 97586    0069075-00  S#0012002 |
| NIKOLAS MANOUSARIDIS | NIKOLAS SHORT | NINA D OXBORROW CUST |
| 78 BOSTON POST RD | 8370 WAGON WHEEL | BECKY R OXBORROW |
| WAYLAND, MA 01778 | ALEXANDRIA, VA 22309 | BOX 113 |
| | | COALINGA, CA 93210 |
| | | |
| 97586    0069076-00  S#0012001 | 97586    0069077-00  S#0001033 | 97586    0069078-00  S#0013053 |
| NINA D OXBORROW CUST | NOAH GUROCK CUST | NOAH K ROSS |
| KEITH D OXBORROW | YONAH GUROCK | BOX 2741 |
| BOX 113 | 275 BROOK AVE | GEARHART, OR 97132 |
| COALINGA, CA 93210 | PASSAIC, NJ 07055 | |
| | | |
| 97586    0069079-00  S#0000425 | 97586    0069080-00  S#0002151 | 97586    0069081-00  S#0000702 |
| NOAH MARWIL | NOAH NUNBERG CUST | NOEL A CAIN & |
| 310 DOYLE AVE | SAMUEL NUNBERG | TERESE E CAIN |
| PROVIDENCE, RI 02906 | 535 E 86TH ST | 161 THREE CORNERS RD |
| | NEW YORK, NY 10028 | GUILFORD, CT 06437-2513 |
| | | |
| 97586    0069082-00  S#0002156 | 97586    0069086-00  S#0009351 | 97586    0000239-00  S#0013581 |
| NOEL MC INTOSH | NORBERT J LEINEN | NORD, CARY MICHAEL |
| 4 E 107TH ST APT 2H | 109 NORTH HIGH ST | 47 ANALIEIM COURT NE |
| NEW YORK, NY 10029 | GALENA, IL 61036 | TIY 7BA |
| | | CALGARY, AB TIY  7BA |
| | | CANADA |

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069087-00  S#0001518
NOREEN RICCARDI CUST
MATTHEW RICCARDI
34 BALDWIN COURT
BASKING RIDGE, NJ 07920

97586   0069088-00  S#0000042
NORMA B HARLOW
118 WESTERN CIRCLE
WESTFIELD, MA 01085-3421

97586   0069089-00  S#0003601
NORMA BEAVAN &
JAMES BEAVAN
JT TEN
904 BROAD ST
ENDICOTT, NY 13760-5104

97586   0069090-00  S#0013279
NORMA C EASTMAN CUST UGMA/OR
FOR RYAN S JACKSON
9631 50TH PL WEST
MUKILTEO, WA 98275

97586   0069091-00  S#0002489
NORMA DARBY
279 ALTA VISTA DR
YONKERS, NY 10710

97586   0069092-00  S#0010916
NORMA E WALTON
2345 CANYON CT
PRESCOTT, AZ 86301-5638

97586   0069094-00  S#0006211
NORMA GOLD &
ELISSA LEWIS JT TEN
3849 NW 169TH ST C312
N MIAMI BEACH, FL 33160-3224

97586   0069093-00  S#0006212
NORMA GOLD &
PETER GOLD JT TEN
3849 NE 169TH ST
NO MIAMI BEACH, FL 33160-3224

97586   0069095-00  S#0002994
NORMA KRAMER
84-10 MAIN ST 653
KEW GARDENS, NY 11435

97586   0069096-00  S#0006181
NORMA MARTIN
5110 SOUTHWEST 80TH STREET
MIAMI, FL 33143

97586   0069097-00  S#0001047
NORMA W MOY
47 SUBURBAN ROAD
CLARK, NJ 07066

97586   0069098-00  S#0003521
NORMAN A HOY CUST
JEFFREY R HOY
8848 HAWKS WATCH
BALDWINSVILLE, NY 13027

97586   0069099-00  S#0006650
NORMAN C BARNES
8228 BARNES TRAIL
MCCALLA, AL 35111

97586   0069100-00  S#0006798
NORMAN C KENDRICK &
HELOISE C KENDRICK
1390 CLINE RIDGE RD
WINCHESTER, TN 37398-3967

97586   0069101-00  S#0011944
NORMAN I FLAM CUST
JONATHAN P FLAM
PO BOX 7847
VENTURA, CA 93006-7847

97586   0069102-00  S#0011063
NORMAN JAY GOLDMAN
3140 MILITARY AVE
LOS ANGELES, CA 90034-3016

97586   0069103-00  S#0012592
NORMAN M HOWARD CUST
DAMON NAVAS-HOWARD
7394 BORIS CT APT 2
SANTA ROSA, CA 94928

97586   0069104-00  S#0012567
NORMAN MARTIN
2000 19TH ST
SAN PABLO, CA 94806

97586   0069105-00  S#0007522
NORMAN MAYES
4328 WESTWOOD NORTHERN
CINCINNATI, OH 45211

97586   0069106-00  S#0007953
NORMAN R BROWN
22401 HEINZE ST
DEARBORN, MI 48128-1323

97586   0069107-00  S#0007624
NORMAN R COOTS
2625 TRADE WIND CT
ANDERSON, IN 46011-4761

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069108-00   S#0001233
NORMAN R SMITH CUST
MATTHEW C E SMITH
168 PARK AVE
LEONIA, NJ 07605

97586    0069109-00   S#0004431
NORMAN WHITELEY
501 W 19TH ST
WILMINGTON, DE 19802-3903

97586    0001080-00   S#0001676
NORTH PARK STUDIOS
110 COOPER CENTER
PENNSAUKEN, NJ 08109

97586    0001081-00   S#0008518
NORTHWESTERN COLORGRAPHICS
DRAWER 185
MILWAUKEE, WI 53278

97586    0069110-00   S#0013454
NOVEL TEEZ DESIGNS INC
6395 COTE DE LIESSE
MONTREAL, QC H4T 1E5
CANADA

97586    0001084-00   S#0011475
NOW MESSENGER SERVICE
2906 W MAGNOLIA BLVD
BURBANK, CA 91505-3038

97586    0001085-00   S#0002189
NY ARIES DIV OF WI DATA INC
PO BOX 1259
OLD CHELSEA STATION
NEW YORK, NY 10113-0920

97586    0001087-00   S#0003430
NYNEX
PO BOX 1100
ALBANY, NY 12250

97586    0001089-00   S#0004318
NYS TAX DEPARTMENT
TAX COMPLIANCE DIVISION
PO BOX 7247-0178
PHILADELPHIA, PA 19170-0001

97586    0069111-00   S#0006572
O J WAGNER TR
O J WAGNER TRUST
8884 D SW 94TH LANE
OCALA, FL 34481

97586    0020428-00   S#0011124
O S P PUBLISHING INC
ATTN: BOBBI LIM-CREDIT MANAGER
5548 LINDBERGH LANE
BELL, CA 90201

97586    0020489-00   S#0000533
O'CONNELL, FRANK J
1616 WESTERDALE RD
WOODSTOCK, VT 05091

97586    0061926-00   S#0010816
O'DELL, CINDY
5435 E FLORIAN AVE
MESA, AZ 85206-2924

97586    0001090-00   S#0010652
OAG-OFFICIAL AIRLINES GUIDES
PO BOX 51703
BOULDER, CO 80323-1703

97586    0001091-00   S#0001523
OAKITE PRODUCTS INC
50 VALLEY RD
BERKLEY HEIGHTS, NJ 07922-2712

97586    0001092-00   S#0000323
OFFICE TEAM
D-3759
BOSTON, MA 02241-3759

97586    0069112-00   S#0003534
OISIN & CATHLEEN MCGINTY
TTEES THE MCGINTY LIVING TRUST
8541 TENDER TRAIL
CICERO, NY 13039

97586    0069113-00   S#0007541
OLAF KAHN II &
CAROL A KAHN
8345 ARBORCREST DR
CINCINNATI, OH 45236-1403

97586    0069114-00   S#0001569
OLGA C KLEIN CUST
ADAM C KLEIN
14 PARTRIDGE LANE
CHERRY HILL, NJ 08003-2203

97586    0069115-00   S#0000359
OLIVA P DENONCOURT &
MARJORIE A DENONCOURT JT TEN
18 CARVER RD
WEST YARMOUTH, MA 02673

97586    0000604-00   S#0000064
OLIVER, GLYNIS
PO BOX 74
MONEREY, MA 01245

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0000094-00    S#0013396
OLIVETTI, ARIEL
HONORIO PUEYRREDON 1137
BUENOS AIRES,   1414
ARGENTINA

97586    0069116-00    S#0012875
OLIVIA A LINDEN
2625 5TH AVE
SACRAMENTO, CA 95818-3505

97586    0069117-00    S#0005362
OLIVIA A MAYER CUST
MARION D PRICE UGTMA-NC
3312 REDBUD LANE
RALEIGH, NC 27607

97586    0069119-00    S#0005361
OLIVIA D MAYER CUST
LOUISE A PRICE UGTMA/NC
3312 REDBUD LANE
RALEIGH, NC 27607

97586    0069118-00    S#0005360
OLIVIA D MAYER CUST
LOUISE A PRICE UGTMA-NC
3312 REDBUD LANE
RALEIGH, NC 27607

97586    0069120-00    S#0005359
OLIVIA D MAYER CUST
MARION D PRICE UGTMA-NC
3312 REDBUD LANE
RALEIGH, NC 27607

97586    0001095-00    S#0003276
OLSTEN STAFFING SERVICES
PO BOX 8906
MELVILLE, NY 11747-8906

97586    0001096-00    S#0004737
OPTICAL SECURITY INC
21132 OLD YORK RD
PO BOX 700
PARKTON, MD 21120-0700

97586    0020351-00    S#0004968
OPTIMA DIRECT
ATTN: ROBIN LEHMAN, VP FINANCE
8100 BOONE BLVD #300
VIENNA, VA 22182

97586    0000714-00    S#0003779
ORCUTT, JAMES R
130 BROOK WAY
ITHACA, NY 14850-1004

97586    0069121-00    S#0002665
ORLANDO ADIAO
80 CRANBERRY ST #10B
BROOKLYN, NY 11201-1726

97586    0069122-00    S#0009824
ORLIN L WAGNER CUST
MILES D WAGNER
5051 E LINCOLN ST #7FG
WICHITA, KS 67218-2416

97586    0069123-00    S#0010695
ORVILLE L SCHREIBER CUST
FBO ROBERT S WELLS DIODOSIO
111 CARLILE AVE
PUEBLO, CO 81004

97586    0001259-00    S#0011052
ORY, RICHARD
2041 N COMMONWEALTH AVE #301
HOLLYWOOD, CA 90027

97586    0000719-00    S#0002514
OSBORN, JARED
20 DINDER RD
GARNERVILLE, NY 10923

97586    0069124-00    S#0010568
OSCAR FRISBEY CUST
JOHN M FRISBEY
4325 BUCKINGHAM
EL PASO, TX 79902

97586    0069125-00    S#0009253
OSCAR MARX A/C/F
CHRISTOPHER IGNAZ MARX UGMA/IL
1099 WEST CORNELIA
CHICAGO, IL 60613

97586    0001099-00    S#0011125
OSP PUBLISHING INC
5548 LINDBERGH LN
BELL, CA 90201-6410

97586    0001102-00    S#0006309
OVERSEAS SERVICE CORP
1100 N POINT PARKWAY
W. PALM BEACH, FL 33407

97586    0069126-00    S#0004477
OVID G MARKS CUST
PAMELA ALLISON MARKS
5112 13TH ST NW
WASHINGTON, DC 20011-6912

97586    0000863-00    S#0013626
OY, LEITZINGER
RUOHOLAHDENKATU 8
HELSINKI,   00180
FINLAND

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0001103-00  S#0002207<br>P & G MAIL SERVICE<br>PO BOX 235 GRAND CENTRAL ANX<br>NEW YORK, NY 10163 | 97586   0069127-00  S#0009047<br>P BRADLEY BAIRD CUST<br>JOSEPH DANE BAIRD<br>1326 FOREST AVE<br>WILMETTE, IL 60091-1659 | 97586   0069128-00  S#0007683<br>P FREDERICK PFENNINGER<br>9025 DEWBERRY CT<br>INDIANAPOLIS, IN 46260 |
| 97586   0069129-00  S#0011426<br>P J SOLES HOLM CUST<br>JEFFREY SKY HOLM<br>20940 ALMAZAN RD<br>WOODLAND HLS, CA 91364-5501 | 97586   0001104-00  S#0004496<br>P S I NET<br>44983 KNOLL SQ<br>AUBURN, VA 20147-2692 | 97586   0069130-00  S#0009991<br>P STEPHENS & P MCMURTRY &<br>RON BROADAWAY JT TEN<br>417 WISHON<br>NEWPORT, AR 72112 |
| 97586   0069131-00  S#0011509<br>P T AKIYAMA<br>11758 ROSWELL AVE<br>CHINO, CA 91710 | 97586   0069132-00  S#0013388<br>P T OBIE<br>105 CLIFTON CT<br>VALDEZ, AK 99686 | 97586   0069133-00  S#0013273<br>PABA'S GROWING GARDENS<br>5814 S USELESS BAY AVE<br>LANGLEY, WA 98260 |
| 97586   0001107-00  S#0003372<br>PACE DRUGS<br>PO BOX 192<br>PLAINVIEW, NY 11803 | 97586   0001108-00  S#0011437<br>PACIFIC BELL<br>PAYMENT CENTER<br>VAN NUYS, CA 91388-0001 | 97586   0001109-00  S#0001661<br>PACKAGING GRAPHICS INC<br>435 COMMERCE LANE<br>WEST BERLIN, NJ 08091-9254 |
| 97586   0069134-00  S#0009278<br>PADMAJA PILLAI<br>1731 W ALBION<br>CHICAGO, IL 60626 | 97586   0021201-00  S#0011493<br>PADNOS, SANDRA WILDMAN<br>6160 LAURELGROVE AVE<br>N HOLLYWOOD, CA 91606 | 97586   0001110-00  S#0010200<br>PAGEMART<br>DBA WEBLINK WIRELESS<br>3333 LEE PARKWAY #100<br>DALLAS, TX 75219-5111 |
| 97586   0069135-00  S#0009934<br>PAIGE DARSEY LANE CUST<br>CATHERINE OLIVIA LANE<br>130 TRACE LOOP<br>MANDEVILLE, LA 70448 | 97586   0069136-00  S#0009932<br>PAIGE DARSEY LANE CUST<br>COURTNEY EDWARD LANE<br>130 TRACE LOOP<br>MANDEVILLE, LA 70448 | 97586   0069137-00  S#0002930<br>PAK SIU CHIU &<br>YUK SAM CHIU JTTEN<br>39-16 50TH STREET<br>WOODSIDE, NY 11377 |
| 97586   0001112-00  S#0006843<br>PALLET SUPPLY CO INC<br>PO BOX 613415<br>MEMPHIS, TN 38101 | 97586   0069138-00  S#0006661<br>PALMER H BELL III CUST<br>SELLERS BELL<br>2107 CHESTNUT ROAD<br>VESTAVIA, AL 35216 | 97586   0069139-00  S#0010627<br>PALOMA TEJERO CUST<br>DAVID FOX<br>4771 E 5TH AVE<br>DENVER, CO 80220 |
| 97586   0069140-00  S#0010628<br>PALOMA TEJERO CUST<br>RICHARD FOX<br>4771 E 5TH AVE<br>DENVER, CO 80220 | 97586   0069141-00  S#0002351<br>PAM MOSKOWITZ CUST<br>ZACHARY MOSKOWITZ<br>22 DEEPWOOD HILL<br>CHAPPAQUQ, NY 10514 | 97586   0069142-00  S#0012945<br>PAM WHITTY OAKLAND CST WILLIAM<br>MICAH POMAIKA'I WHITTY OAKLAND<br>92-644 AAHUALII ST<br>MAKAKILO, HI 96707 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069143-00   S#0003821
PAMELA A PIEKARSKI &
WILLIAM M PIEKARSKI
426 GREENWOOD ST
PITTSBURGH, PA 15209-2120

97586    0069144-00   S#0007975
PAMELA ATWATER CUST
DANIEL ATWATER
3140 HEISS RD
MONROE, MI 48161

97586    0069145-00   S#0007976
PAMELA ATWATER CUST
KATHRYN ATWATER
3140 HEISS RD
MONROE, MI 48161

97586    0069146-00   S#0007977
PAMELA ATWATER CUST
KIMBERLY ATWATER
3140 HEISS RD
MONROE, MI 48161

97586    0069147-00   S#0013413
PAMELA BUTTINGER
286 STOKE DRIVE
KITCHENER, ON
CANADA

97586    0069148-00   S#0013247
PAMELA CREITZ-PEPPAN
343 N.E. 195TH ST
SHORELINE, WA 98155-2138

97586    0069149-00   S#0004278
PAMELA DARDEN CUST
RALPH NILE DARDEN
6678 ARDLEIGH ST
PHILADELPHIA, PA 19119

97586    0069150-00   S#0012450
PAMELA J BUCKHOLZ
2635 HAWTHORNE AVE
HAYWARD, CA 94545-3311

97586    0069151-00   S#0010676
PAMELA J COLE CUST
JASON B COLE
824 CROWN RIDGE DR
COLORADO SPRGS, CO 80904-1732

97586    0069152-00   S#0008298
PAMELA J MARRS CUST
ALEXANDER W MARRS
5003 BONNY BRUCE DR
STEVENSVILLE, MI 49127

97586    0069153-00   S#0008499
PAMELA J RYDER CUST
RANDALL P RYDER
8336 N LINKS WAY
FOX POINT, WI 53217

97586    0069154-00   S#0005150
PAMELA KATRANCHA CUST
JEDD KATRANCHA
615 W PRINCESS ANNE RD
NORFOLK, VA 23517

97586    0069155-00   S#0003500
PAMELA L GARTLAND CUST
GREGORY M GARTLAND
4 SANTA ANNA DR
POUGHKEEPSIE, NY 12603-4016

97586    0069156-00   S#0003499
PAMELA L GARTLAND CUST
STEVEN C GARTLAND
4 SANTA ANNA DR
POUGHKEEPSIE, NY 12603-4016

97586    0069157-00   S#0006553
PAMELA M DURHAM CUST
DANIELLE ERIN DURHAM
2691 SIESTA DR
VENICE, FL 34293

97586    0069158-00   S#0006551
PAMELA M DURHAM CUST
ERIKA NICHOLE DURHAM
2691 SIESTA DR
VENICE, FL 34293

97586    0069159-00   S#0006552
PAMELA M DURHAM CUST
JOSHUA ERIK DURHAM
2691 SIESTA DR
VENICE, FL 34293

97586    0069160-00   S#0005787
PAMELA M PROSSER
RTE 1 BOX 57
STATESBORO, GA 30458

97586    0069161-00   S#0011448
PAMELA MERLE PECHTER
3954 HOPEVALE DR
SHERMAN OAKS, CA 91403-4414

97586    0069162-00   S#0003929
PAMELA R BATZEL
178 GLENNWOOD AVE
MEADVILLE, PA 16335

97586    0069163-00   S#0004909
PAMELA R KENNEDY CUST
SHAUN PATRICK KENNEDY
13824 FOGGY HILLS COURT
CLIFTON, VA 22024

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069164-00   S#0011914
PAMELA ROWE CUST
JOSHUA W HEIDEMAN
4 MOUNTAIN ASH
IRVINE, CA 92714

97586   0069165-00   S#0005578
PAMELA S CUTHBERTSON CUST
RALPH HUNTER CUTHBERTSON III
1927 RACCOON LANE
SURFSIDE BEACH, SC 29575

97586   0069166-00   S#0000076
PAMELA S HANRAHAN CUST
MARK HANRAHAN
296 HILLTOP RD
LANCASTER, MA 01523-2129

97586   0069167-00   S#0009813
PAMELA S HARNDEN CUST
ERIC E HARNDEN
11 HILLCREST AVE
WICHITA, KS 67208

97586   0069168-00   S#0008191
PAMELA S MARRS CUST
FOR RYAN S BAKER U/G/M/A MI
703 COLUMBIA
DURAND, MI 48429

97586   0069169-00   S#0008192
PAMELA S MARRS CUST
FOR TROY A BAKER U/G/M/A MI
703 COLUMBIA
DURAND, MI 48429

97586   0069170-00   S#0008916
PAMELA S REILLEY
26133 N ORCHARD RD
BARRINGTON, IL 60010

97586   0069171-00   S#0010729
PAMELA SIMMONDS CUST
BENJAMIN SIMMONDS
5011 WILDRYE DR
BOISE, ID 83703

97586   0069172-00   S#0008926
PAMELA WEINER CUST
ZACHARY WEINER
1525 WOODLAND DR
DEERFIELD, IL 60015

97586   0020071-00   S#0009844
PAMIDA INC
ATTN: SARA KEIM-A/R MGR
PO BOX 3856
OMAHA, NE 68103-0856

97586   0001116-00   S#0013094
PANDER BROTHERS
2626 NE WEIDLER
PORTLAND, OR 97232

97586   0001117-00   S#0013635
PANINI SRL
41100 MODENA
VIALE EMILIO, PO 380
ITALY

97586   0069173-00   S#0009416
PANO G TRILIKIS C/F
GEORGE P TRILIKIS UTMA IL 21
1601 W TETON
PEORIA, IL 61614

97586   0069174-00   S#0009415
PANO G TRILIKIS C/F
THEODOSIS P TRILIKIS UTMA IL21
1601 W TETON
PEORIA, IL 61614

97586   0069175-00   S#0009414
PANO G TRILIKIS CF
GEORGIA P TRILIKIS
1601 W TETON
PEORIA, IL 61614

97586   0069176-00   S#0009413
PANOS TRILIKIS &
ANNA TRILIKIS
JT TEN
1601 W TETON
PEORIA, IL 61614

97586   0001121-00   S#0008631
PARAMOUNT PACKAGING CORP
ATTN: JULIE SORRELLS
PO BOX 2968
OSHKOSH, WI 54903-2968

97586   0001124-00   S#0002920
PARK GRANGER STUDIO
ATTN: SAM SOMMER
111-45 76TH DR #F-5
FOREST HILLS, NY 11375

97586   0069177-00   S#0013084
PARKER EDWARD SAMMONS
3809 S.W. 48TH PL
PORTLAND, OR 97221

97586   0069178-00   S#0001265
PARMA CORP
45 JANE DRIVE
ENGLEWD CLFS, NJ 07632

97586   0001125-00   S#0002027
PASTAFINA
388 THIRD AVE
NEW YORK, NY 10016

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069179-00   S#0010158
PAT BUNDY
2202 AVE C
GRAND PRAIRIE, TX 75051

97586    0069180-00   S#0007334
PAT GATES CUST
DONALD GATES JR UTMA OH
4872 WESTBOURNE RD
LYNDHURST, OH 44124-2362

97586    0069181-00   S#0001791
PAT MILLER CUST
MICHAEL POLESE MARSIGLIANO
21 FLANDERS WAY
BRIDGEWATER, NJ 08807

97586    0069182-00   S#0010737
PAT MURPHY &
JACK MURPHY &
TIM MURPHY JT TEN
2650 S COLE
BOISE, ID 83709-2827

97586    0069183-00   S#0012380
PAT PAGANO CUST
NICHOLAS RAYMOND PAGANO
1825 CENTRAL AVE
ALAMEDA, CA 94501-2620

97586    0069184-00   S#0006133
PAT PATTERSON
6207 N BRANDYWINE
MARGATE, FL 33063

97586    0069185-00   S#0012055
PAT WHITE A/C FOR CUST
JORDAN ALCON
3425 MEADOW VISTA
BAKERSFIELD, CA 93306

97586    0000991-00   S#0012555
PATCHEN, MICHAEL
1708 WARD
BERKELY, CA 94703

97586    0001127-00   S#0001117
PATHMARK STORES INC
131 BERGEN ST
NEWARK, NJ 07103-2426

97586    0069186-00   S#0003865
PATRICE AMERICUS CUST
SCOTT AMERICUS
206 TIMBER RIDGE ROAD
PITTSBURGH, PA 15238

97586    0069187-00   S#0004317
PATRICE FOSTER CUST
NIKIA P DOWNER
12718 KNIGHTS RD
PHILADELPHIA, PA 19154

97586    0069188-00   S#0001830
PATRICE THOMS-CAPPELLO CUST
FOR DONAL THOMS-CAPPELLO
638 WOODGLEN RD
GLEN GARDNER, NJ 08826

97586    0069189-00   S#0001831
PATRICE THOMS-CAPPELLO CUST
FOR TIMOTHY THOMS-CAPPELLO
638 WOODGLEN RD
GLEN GARDNER, NJ 08826

97586    0069190-00   S#0011162
PATRICIA A ALTIERA
5515 W 124TH ST
HAWTHORNE, CA 90250-3447

97586    0069191-00   S#0011163
PATRICIA A ALTIERI
5515 W 124TH ST
HAWTHORNE, CA 90250-3447

97586    0069192-00   S#0007445
PATRICIA A ANDA CUST
JAROD ANDA
8192 CLIFFVIEW DR
POLAND, OH 44514-2763

97586    0069193-00   S#0005693
PATRICIA A ATKINSON CUST
BRENDAN T ATKINSON UGMA/GA
3636 ABERCORN WAY
KENNESAW, GA 30144

97586    0069194-00   S#0007274
PATRICIA A BRADEN
9947 DARROW PARK DR 104I
TWINSBURG, OH 44087

97586    0069195-00   S#0000134
PATRICIA A BROWN
25 CEMETARY ST
MENDON, MA 01756-1127

97586    0069197-00   S#0004129
PATRICIA A COOK CUST
FBO BARRETT S COOK
960 CAMELOT RD
FURLONG, PA 18925-1400

97586    0069198-00   S#0005947
PATRICIA A GREEN-POWELL CUST
ELLIOTT HUNTER POWELL
2013 AMBOISE COURT
TALLAHASSEE, FL 32308

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069199-00    S#0003481 | 97586    0069200-00    S#0005213 | 97586    0069201-00    S#0012517 |
| PATRICIA A HOLT | PATRICIA A LEE & | PATRICIA A MC MILLAN & |
| BOX 410 | WILLARD T LEE | EDWARD F MC MILLAN JT TEN |
| SOUTH AVE | 210 MERRYWOOD DR | 7498 HILLSBORO AVE |
| PLEASANT VALLY, NY 12569 | FOREST, VA 24551 | SAN RAMON, CA 94583 |
| | | |
| 97586    0069202-00    S#0007272 | 97586    0069203-00    S#0002399 | 97586    0069204-00    S#0007467 |
| PATRICIA A MEEK CUST | PATRICIA A PISANELLO-GUNZEL | PATRICIA A ROGERS C/F |
| JASON S MEEK | 218 DEPEW STREET | DAVID JOSEPH ROGERS UGMA OH |
| 1651 MENTOR AVE 1404 | PEEKSKILL, NY 10566 | 1193 LAKE BREEZE DR |
| PAINESVILLE, OH 44077 | | NORTH CANTON, OH 44720 |
| | | |
| 97586    0069205-00    S#0011720 | 97586    0069206-00    S#0011719 | 97586    0069207-00    S#0000331 |
| PATRICIA A RUSSELL CUST | PATRICIA A RUSSELL CUST | PATRICIA A TARRANT CUST |
| JEFFREY S RUSSELL | SARAH M RUSSELL | GABRIEL T TARRANT |
| 15285 SOCORRO PL | 15285 SOCORRO PL | 165 BARTLETT RD |
| SAN DIEGO, CA 92129-1316 | SAN DIEGO, CA 92129-1316 | PLYMOUTH, MA 02360 |
| | | |
| 97586    0069208-00    S#0011925 | 97586    0069209-00    S#0000338 | 97586    0069210-00    S#0009155 |
| PATRICIA ANN CLEVELAND CUST | PATRICIA ANN LAGASSE | PATRICIA ANN ROBINSON & |
| BENJAMIN CLEVELAND | 132 COVENTRY CIRCLE | CHARLOTTE FORNOWSKI |
| 10211 GRAVIER ST | BROCTON, MA 02401-1907 | JT TEN |
| ANAHEIM, CA 92804-5329 | | 14735 INNISBROOK LN |
| | | LOCKPORT, IL 60441-5949 |
| | | |
| 97586    0069211-00    S#0000068 | 97586    0069212-00    S#0005903 | 97586    0069213-00    S#0005901 |
| PATRICIA ANN ZAK CUST | PATRICIA ASHLEY CUST | PATRICIA ASHLEY CUST |
| ROBERT MUZINA | JAMIE ASHLEY | JOSHUA ASHLEY |
| 264 WENDELL RD | 1737 JORK RD E | 1737 JORK RD E |
| NEW SALEM, MA 01355 | JACKSONVILLE, FL 32207 | JACKSONVILLE, FL 32207 |
| | | |
| 97586    0069214-00    S#0006427 | 97586    0069215-00    S#0013150 | 97586    0069217-00    S#0001783 |
| PATRICIA B HUGGINS & | PATRICIA BAER CUST | PATRICIA CASTRIANNI CUST |
| JAMES A HUGGINS | TAYLOR NICOLE MORGAN | FBO JENNA CASTRIANNI |
| 8908 SHANDWICK CT | 18704 82ND AVE NE | 743 CONGRESS ST |
| TAMPA, FL 33615-5713 | BOTHELL, WA 98011-2812 | TOMSRIVER, NJ 08753 |
| | | |
| 97586    0069216-00    S#0001782 | 97586    0069218-00    S#0003375 | 97586    0069219-00    S#0001459 |
| PATRICIA CASTRIANNI CUST | PATRICIA CHILLEMI CUST | PATRICIA D PIERSON CUST |
| PETER CASTRIANNI | DAMIEN CHILLEMI | HAROLD S FREUNDLICH |
| 743 CONGRESS ST | 267 CENTRAL PARK RD | 16 HAWTHORNE TRAIL |
| TOMS RIVER, NJ 08753 | PLAINVIEW, NY 11803-2030 | ANDOVER, NJ 07821-3015 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069220-00   S#0004709<br>PATRICIA D WEZIK CUST<br>RAYMOND LEE WESIK JR<br>2317 KAYS MILL RD<br>FINKSBURG, MD 21048 | 97586    0069221-00   S#0010689<br>PATRICIA DAILEY DOLIN<br>CUST WILLIAM G BONIFACE UTMACO<br>2745 NOGAL CT<br>COLORADO SPRINGS, CO 80917 | 97586    0069222-00   S#0003615<br>PATRICIA DYNARSKI CUST<br>NATALIE H STACHOWSKI<br>174 OAK ST<br>BATAVIA, NY 14020 |
| 97586    0069223-00   S#0002531<br>PATRICIA EASTERMAN CUST<br>ALEX EASTERMAN<br>C/O GREG DISTLER<br>9 REINHEIMER RD<br>MONROE, NY 10950 | 97586    0069224-00   S#0002528<br>PATRICIA EASTERMAN CUST<br>AMANDA EASTERMAN<br>C/O GREG DISTLER<br>9 REINHEIMER RD<br>MONROE, NY 10950 | 97586    0069225-00   S#0002529<br>PATRICIA EASTERMAN CUST<br>SAMANTHA EASTERMAN<br>C/O GREG DISTLER<br>9 REINHEIMER RD<br>MONROE, NY 10950 |
| 97586    0069226-00   S#0004955<br>PATRICIA EVANS AND<br>BRAD EVANS JTTEN<br>10232 BATTLEFIELD DRIVE<br>MANASSAS, VA 22110 | 97586    0069227-00   S#0004069<br>PATRICIA FERRARI<br>RFD 1 BOX 1136<br>SUGARLOAF, PA 18249 | 97586    0069228-00   S#0004071<br>PATRICIA FERRARI CUST<br>CHAD FERRARI<br>RD 1 BOX 1136<br>SUGERLOAF, PA 18249 |
| 97586    0069229-00   S#0000700<br>PATRICIA FETCHO<br>462 NONOPOGE RD<br>FAIRFIELD, CT 06432-7250 | 97586    0069230-00   S#0005678<br>PATRICIA G KEY CUST<br>FBO EDDIE CALVIN KEY<br>3526 E HWY 166<br>CARROLLTON, GA 30116-9087 | 97586    0069231-00   S#0001827<br>PATRICIA G SMITH CUST<br>PATRICK JOHN SMITH<br>13 SAXONNEY CIRCLE<br>FLEMINGTON, NJ 08822 |
| 97586    0069232-00   S#0003397<br>PATRICIA G WEISS<br>32 ALDEN CT<br>DELMAR, NY 12054 | 97586    0069233-00   S#0011548<br>PATRICIA GAMBOA CUST<br>DAVID M GAMBOA<br>9109 CAMULOS AVE<br>MONTCLAIR, CA 91763-1704 | 97586    0069234-00   S#0011549<br>PATRICIA GAMBOA CUST<br>MARIA INEZ GAMBOA<br>9109 CAMULOS AVE<br>MONTCLAIR, CA 91763-1704 |
| 97586    0069235-00   S#0005496<br>PATRICIA H ELDER CUST<br>MATTHEW S ELDER<br>5 CHANCERY LANE<br>WAYNESVILLE, NC 28786 | 97586    0069236-00   S#0013191<br>PATRICIA HAMPTON CUST<br>RACHAEL DERUSHA<br>PO BOX 5419<br>LYNNWOOD, WA 98046-5419 | 97586    0069237-00   S#0006425<br>PATRICIA HUGGINS CUST<br>JAMES HUGGINS JR<br>8908 SHANDWICK CT<br>TAMPA, FL 33615 |
| 97586    0069238-00   S#0005616<br>PATRICIA J BERKEY<br>1490 ROCK MILL RD<br>ALPHARETTA, GA 30004-4715 | 97586    0069239-00   S#0011600<br>PATRICIA K ELLIOT &<br>JIM ELLIOT JT TEN<br>825 SKYSAIL AVE<br>CARLSBAD, CA 92009 | 97586    0069240-00   S#0000747<br>PATRICIA K PARKER &<br>STUART G PARKER<br>JT TEN<br>80 VAN RENSSELAER AVE<br>STRATFORD, CT 06497 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069241-00   S#0008452
PATRICIA K STAPELKAMP CUST
MICHAEL J STAPELKAMP
219 MADERO DR
THIENSVILLE, WI 53092-1731

97586   0069242-00   S#0011388
PATRICIA KORECHOFF &
VICTOR KORECHOFF JT TEN
16930 GUNTHER ST
GRANADA HILLS, CA 91344

97586   0069243-00   S#0012791
PATRICIA L HICKS
5918 ANSON DR
SANTA ROSA, CA 95409-3002

97586   0069245-00   S#0009846
PATRICIA L TURNER
4724 N 47TH ST
OMAHA, NE 68104-2410

97586   0069244-00   S#0009845
PATRICIA L TURNER
4724 N 47TH STREET
OMAHA, NE 68104

97586   0069246-00   S#0008308
PATRICIA M GADOURY
504 JACKSON ST
APT A
CLINTON, MI 49236

97586   0069247-00   S#0000075
PATRICIA M PARA
BOX 66
AUBURN, MA 01501-0066

97586   0069248-00   S#0002885
PATRICIA M TATE CUST
FELIPE COLON
14407 78TH AVE
FLUSHING, NY 11367-3430

97586   0069249-00   S#0000226
PATRICIA M TWOHIG &
MICHAEL J MALONEY JT TEN
130 BOWDOIN ST APT 809
BOSTON, MA 02108-2700

97586   0069250-00   S#0009857
PATRICIA M VACHA
PATRICK  C VACHA JTTEN
1402 N 56TH STREET
OMAHA, NE 68132

97586   0069251-00   S#0009570
PATRICIA M WATSON CUST
NICHOLAS H WATSON
1431 MISSOURI AVE
ST LOUIS, MO 63104-2521

97586   0069252-00   S#0004135
PATRICIA MARKHAM CUST
WILLIAM EDWARD MARKHAM
423 MERION DR
NEWTOWN, PA 18940

97586   0069253-00   S#0001975
PATRICIA MCMAHON CUST
JOHN F MCMAHON
8 PETER COOPER RD
NEW YORK, NY 10010-6711

97586   0069254-00   S#0009515
PATRICIA N RYAN
BOX 7112
SPRINGFIELD, IL 62791

97586   0069255-00   S#0002630
PATRICIA OLVANY HODSON CUST
MICHAEL ROBERT HODSON
48 LITCHFIELD RD
PORT WASHINGTON, NY 11050

97586   0069256-00   S#0010749
PATRICIA P HAUSSER CUST
DAVID OAKES HAUSSER
437 THIRD AVE
SALT LAKE CITY, UT 84103

97586   0069257-00   S#0010059
PATRICIA P LOWTHER CUST
MICHAEL A LOWTHER
2508 NW 112TH ST
OKLAHOMA, OK 73120

97586   0069258-00   S#0012212
PATRICIA PROCTOR CUST
DANIEL J PROCTOR
774 MANOR WAY
LOS ALTOS, CA 94024

97586   0069259-00   S#0012213
PATRICIA PROCTOR CUST
DAVID R PROCTOR
774 MANOR WAY
LOS ALTOS, CA 94024

97586   0069260-00   S#0006833
PATRICIA R DALTON CUST
DAVID MARK DALTON
1608 WINDING RIDGE TRAIL
KNOXVILLE, TN 37922

97586   0069261-00   S#0006459
PATRICIA R KENNEDY CUST
BYRON LEIT KENNEDY IV
2910 SUNSET WAY
ST PETERSBURG BEA, FL 33706

**Debtor:**          Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0069262-00   S#0007384
PATRICIA ROBERTELL HUDSON CUST
J PAUL HUDSON
2921 VINCENT RD
SILVER LAKE, OH 44224-2916

97586    0069263-00   S#0007385
PATRICIA ROBERTELL HUDSON CUST
ZACHARY P HUDSON
2921 VINCENT RD
SILVER LAKE, OH 44224-2916

97586    0069264-00   S#0009701
PATRICIA S HENRY
R 3 BOX 201
CHILLICOTHE, MO 64601-9318

97586    0069265-00   S#0004538
PATRICIA S ROUCH CUST
AMBER ROUCH
9123 JEFFERSON ST
JESSUP, MD 20794

97586    0069266-00   S#0012619
PATRICIA S SKINNER
1349 RAMONA LANE
PETALUMA, CA 94954-3453

97586    0069268-00   S#0011177
PATRICIA SANDOVAL CUST
ASHLEY SANDOVAL
PO BOX 213
MANHATTAN BEACH, CA 90267-0213

97586    0069267-00   S#0011276
PATRICIA SANDOVAL CUST
JASON LOMONACO
1813 BARDALE
SAN PEDRO, CA 90731

97586    0069269-00   S#0008303
PATRICIA SCHWYN CUST
ALEXANDER SCHWYN
6517 MAPLEDALE RD
JACKSON, MI 49201

97586    0069270-00   S#0008224
PATRICIA SCLATER
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069271-00   S#0008223
PATRICIA SCLATER CUST
ANGELA KINNEY
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069272-00   S#0008230
PATRICIA SCLATER CUST
ERIC TAGGI
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069273-00   S#0008229
PATRICIA SCLATER CUST
JEREMY KINNEY
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069274-00   S#0008228
PATRICIA SCLATER CUST
JESSICA SCLATER
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069275-00   S#0008227
PATRICIA SCLATER CUST
RODNEY SCLATER JR
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069276-00   S#0008226
PATRICIA SCLATER CUST
RYAN TAGGI
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069277-00   S#0008225
PATRICIA SCLATER CUST
TOBY SCLATER
1257 HEATHERCREST DR
FLINT, MI 48532-2643

97586    0069278-00   S#0006694
PATRICIA T PREWETT CUST
BENJAMIN JAMES DAY
8711 EDGEHILL DR SE
HUNTSVILLE, AL 35802-3641

97586    0069279-00   S#0006693
PATRICIA T PREWETT CUST
ROSS V PREWETT IV
8711 EDGEHILL DR SE
HUNTSVILLE, AL 35802-3641

97586    0069280-00   S#0011995
PATRICIA T RICHARDS CUST
GERALD B RICHARDS JR UNDER
CA UNIF TSFRS TO MINORS ACT
76 BRISTOL PLACE
GOLETA, CA 93117

97586    0069281-00   S#0009401
PATRICIA WILLARD CUST
KYLE T WILLARD
RR 4 BOX 160B
BLOOMINGTON, IL 61489

97586    0069282-00   S#0008463
PATRICIA WOLFF CUST
BRANDON WOLFF
9305 74TH ST
KENOSHA, WI 53142-7680

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069283-00   S#0001476
PATRICK A AHERN &
DOROTHY K FLOYD-AHERN
JT TEN
3 WISCONSIN AVE
LK HOPATCONG, NJ 07849

97586   0069284-00   S#0012307
PATRICK A HULL
2841 SACRAMENTO ST
APT 303
SAN FRANCISCO, CA 94115

97586   0069285-00   S#0005151
PATRICK A LONG
940 GATES AVENUE #4-B
NORFOLK, VA 23517

97586   0069286-00   S#0008042
PATRICK A ROBERTS CUST
SIWATU B MOORE
15493 AUBURN ST
DETROIT, MI 48223-1764

97586   0069287-00   S#0010117
PATRICK A SHARP JR CUST
PATRICK W SHARP
7628 S QUEBEC AVE
TULSA, OK 74136-8101

97586   0069288-00   S#0012139
PATRICK ARIES
13485 DAVENPORT
NO EDWARDS, CA 93523

97586   0069289-00   S#0011383
PATRICK C KAN &
ALICE L KAN
JT TEN
6306 GEYSER AVE
RESEDA, CA 91335

97586   0069290-00   S#0000770
PATRICK C MCCARTHY &
KAREN ANN MCCARTHY
63 RALSTON AVE
HAMDEN, CT 06517

97586   0069291-00   S#0007075
PATRICK C NELSON
130 BELLEPOINT COMMONS
BELLEVIEW, KY 41011

97586   0069292-00   S#0003579
PATRICK C WEGERSKI &
MARGARET E WEGERSKI JT TEN
105 GORDON PKWY
SYRACUSE, NY 13219-1017

97586   0069293-00   S#0000818
PATRICK CALLANAN &
SANDRA CALLANAN JT TEN
42 FENN RD
NORTHFIELD, CT 06778-2316

97586   0069294-00   S#0009185
PATRICK CREIGHTON
3817 WILCOX AVE
DOWERS GR, IL 60515

97586   0069295-00   S#0009821
PATRICK CROUCH
2527 S KANSAS
WICHITA, KS 67216

97586   0069296-00   S#0012487
PATRICK D EMBODY &
KATHY EMBODY JT TEN
86 LA HABRA
PITTSBURG, CA 94565

97586   0069297-00   S#0002959
PATRICK DULIEPRE CUST
NAILAH DULIEPRE
227-56 114TH AVENUE
CAMBRIA HEIGHTS, NY 11411

97586   0069298-00   S#0002960
PATRICK DULIEPRE CUST
TAILENE DULIEPRE
227-56 114TH AVENUE
CAMBRIA HEOGHTS, NY 11411

97586   0069299-00   S#0008598
PATRICK F COTHERN
490 POLARIS
GREEN BAY, WI 54302-4838

97586   0069300-00   S#0008465
PATRICK F COWLE CUST
RYAN PATRICK COWLE
W303 S10236 LAKEVIEW DR
MUKWONAGO, WI 53149

97586   0069301-00   S#0009290
PATRICK F KOWAL&
CHARMAINE J KOWAL JTTEN
7936 BIRCHDALE
ELMWOOD PARK, IL 60635

97586   0069302-00   S#0011410
PATRICK F WALSH CUST
ERIN MARIE WALSH U/CUGMA/CA
C/O DWR
199 W HILLCREST DR
THOUSAND OAKS, CA 91360

97586   0069303-00   S#0011409
PATRICK F WALSH CUST
KELLY E WALSH U/CUGMA/CA
C/O DWR
199 W HILLCREST DR
THOUSAND OAKS, CA 91360

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069304-00  S#0011411
PATRICK F WALSH CUST
PATRICK D WALSH U/CUGMA/CA
C/O DWR
199 W HILLCREST DR
THOUSAND OAKS, CA 91360

97586   0069305-00  S#0011923
PATRICK FELKER
13682 TYPEE WAY
IRVINE, CA 92720

97586   0069306-00  S#0002245
PATRICK GIGLIO CUST
EMILIO MEDUGNO
31 BARROW ST
STATEN ISLAND, NY 10309

97586   0069307-00  S#0012892
PATRICK GUILDAY
1219 SILVER RIDGEWAY
SACRAMENTO, CA 95831

97586   0069308-00  S#0007485
PATRICK H WILSON
1633 HIDDEN OAK TRAIL
MANSFIELD, OH 44906

97586   0069309-00  S#0009881
PATRICK J GILL &
BARBARA A GILL JT TEN
5930 DOGWOOD DR
LINCOLN, NE 68516

97586   0069310-00  S#0010433
PATRICK J HENNESSEY III
4610 CLAYHEAD RD
RICHMOND, TX 77469

97586   0069311-00  S#0004986
PATRICK J MCCARRON
961-B S ROLFE ST
ARLINGTON, VA 22204

97586   0069312-00  S#0013312
PATRICK J MCDAID JR
701 S 52ND ST
TACOMA, WA 98408-5712

97586   0069313-00  S#0007309
PATRICK J MORIARTY
4639 MC FARLAND BLVD
S EUCLID, OH 44121

97586   0069314-00  S#0003425
PATRICK J REGAN
51 TEN EYCK AVE
ALBANY, NY 12209

97586   0069315-00  S#0013350
PATRICK L CLEPPE CUST
JARED L CLEPPE
103 S ZINSER ST
KENNEWICK, WA 99336

97586   0069316-00  S#0000658
PATRICK L CONSOLINI
184 IRON ST
LEDYARD, CT 06339

97586   0069317-00  S#0013311
PATRICK L HAMILTON CUST
MATTHEW P HAMILTON
5212 S I ST
TACOMA, WA 98408

97586   0069318-00  S#0004931
PATRICK L HAWKINS &
KATY M HAWKINS JTTEN
7438 HIGH RD
FALLS CHURCH, VA 22043

97586   0069319-00  S#0010725
PATRICK L HOUSE CUST
PHILLIP J HOUSE
2554 W PENICK POINT CT
MERIDIAN, ID 83642-5182

97586   0069320-00  S#0010724
PATRICK L HOUSE CUST
STEPHEN L HOUSE
2554 W PENLICK POINTE CT
MERIDIAN, ID 83642-5182

97586   0069321-00  S#0004414
PATRICK L MILLS JR
28 TAYLOR'S FARM DR
NEWARK, DE 19711-2963

97586   0069322-00  S#0006145
PATRICK LARABEE THURMAN
C/F KELLEY THURMAN UGMA FL
9924 ROYAL PALM BLVD
CORAL SPRINGS, FL 33065

97586   0069323-00  S#0011606
PATRICK LE GROS
2321 TAMBOURINE LN
EL CAJON, CA 92019

97586   0069324-00  S#0009494
PATRICK M MCCARTHY CUST
SEAN P MCCARTHY
95 TEAL DR
CHATHAM, IL 62629

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069325-00  S#0008669<br>PATRICK M SHOWALTER<br>1117 N HAZEL ST<br>SAINT PAUL, MN 55106 | 97586   0069326-00  S#0012194<br>PATRICK M WHITEHURST<br>1064 CLEMENTINA AVE<br>SEASIDE, CA 93955 | 97586   0069327-00  S#0001375<br>PATRICK MCGLYNN<br>1734 UNION AVE<br>HAZLET, NJ 07730-2444 |
| 97586   0069328-00  S#0006924<br>PATRICK N POINTER VIP AC<br>VIP ACCOUNT<br>337 1ST AVE S<br>ALGOOD, TN 38506-5256 | 97586   0069329-00  S#0008843<br>PATRICK P HANSON<br>821 S GRAND<br>ABERDEEN, SD 57401 | 97586   0069330-00  S#0011235<br>PATRICK PITTENGER<br>BOX 3241<br>TORRANCE, CA 90510-3241 |
| 97586   0069331-00  S#0009079<br>PATRICK POWERS<br>1445 SWEETBRIAR LN<br>ELGIN, IL 60123-8877 | 97586   0069332-00  S#0013278<br>PATRICK R ARMSTRONG &<br>DIANE L ARMSTRONG<br>1510 FOREST RIDGE PL<br>MOUNT VERNON, WA 98273-5653 | 97586   0069333-00  S#0003394<br>PATRICK REGAN CUST<br>BRENDAN REGAN<br>7 WOODALE DR<br>BALLSTON LAKE, NY 12019-9359 |
| 97586   0069334-00  S#0003510<br>PATRICK ROCHE &<br>MARY ELLEN ROCHE JT TEN<br>8 COLEMAN AVE<br>HUDSON FALLS, NY 12839 | 97586   0069335-00  S#0013314<br>PATRICK SWAN<br>8602 92ND ST SW<br>TACOMA, WA 98498 | 97586   0069336-00  S#0010772<br>PATRICK T BAIN &<br>RACHEL M BAIN<br>5642 N 10TH AVE<br>PHOENIX, AZ 85013-1752 |
| 97586   0069337-00  S#0003498<br>PATRICK T GARTLAND<br>4 SANTA ANNA DR<br>POUGHKEEPSIE, NY 12603 | 97586   0069338-00  S#0001251<br>PATRICK TOMASULO<br>76 HOWARD STREET<br>DUMONT, NJ 07628 | 97586   0069339-00  S#0010843<br>PATRICK W STRIPP<br>5537 E BEVERLY LN<br>SCOTTSDALE, AZ 85254 |
| 97586   0069340-00  S#0010891<br>PATRICK WILLIAM KANE<br>1917 S SLEEPY HOLLOW AVE<br>TUCSON, AZ 85710-7259 | 97586   0069341-00  S#0012117<br>PATRICK WILLIAM TROUT<br>679 SANDERCOCK<br>SAN LUIS OBISPO, CA 93401-5242 | 97586   0069342-00  S#0005149<br>PATSY D M CHAVIS CUST<br>CHRISTEN B CHAVIS<br>6324 WELLINGTON ST<br>NORFOLK, VA 23513 |
| 97586   0069343-00  S#0005147<br>PATSY D M CHAVIS CUST<br>REGINALD J CHAVIS JR<br>6324 WELLINGTON ST<br>NORFOLK, VA 23513 | 97586   0069344-00  S#0005148<br>PATSY D M CHAVIS CUST<br>ZACHERY D CHAVIS<br>6324 WELLINGTON ST<br>NORFOLK, VA 23513 | 97586   0069345-00  S#0002660<br>PATSY JAGANATH<br>14-23 31ST AVE APT 2B<br>ASTORIA, NY 11106-4557 |
| 97586   0069346-00  S#0012872<br>PATSY SCHIFF CUST<br>THEO SCHIFF<br>715 25TH ST<br>SACRAMENTO, CA 95816-4103 | 97586   0069347-00  S#0011369<br>PATTI A VELUZAT CUST<br>MARCEL VELUZAT<br>23469 SAN FERNANDO RD<br>NEWHALL, CA 91321-3118 | 97586   0069348-00  S#0010038<br>PATTI L SAUNDERS<br>18505 N ANTLER WAY<br>EDMOND, OK 73003-8709 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0069349-00    S#0003386
PATTI LEBER CUST
BRETT M LEBER
PO BOX 513
MONTAUK, NY 11954-0401

97586    0069350-00    S#0006300
PATTI MEADOR CUST
GREGORY MEADOR UTMA/FL
5324 NW 92ND AVE
SUNRISE, FL 33351

97586    0069351-00    S#0002320
PATTY CORR CUST
MEAHGAN J CORR
2819 SCHURZ AVENUE
BRONX, NY 10465-3235

97586    0069352-00    S#0002530
PATTY KNAUSDORF CUST
BRIAN KNAUSDORF
C/O GREG DISTLER
9 REINHEIMER RD
MONROE, NY 10950

97586    0069353-00    S#0012885
PATTY S BLOMBERG ACF
ELIZABETH BLOMBERT U/CA/UTMA
7530 HENRIETTA DR
SACRAMENTO, CA 95822-5145

97586    0069354-00    S#0004727
PAUL A BENNEK &
THERESA A BENNEK JTTEN
1080 DRIVER RD
MARRIOTTSVILLE, MD 21104

97586    0069355-00    S#0003660
PAUL A CAIN CUST
ZACHARY CAIN
305 CLARK ST
BUFFALO, NY 14223

97586    0069357-00    S#0008785
PAUL A LIPETZKY CUST
CHRISTOPHER P LIPETZKY
6229 LOCH MOOR DR
EDINA, MN 55439

97586    0069358-00    S#0008786
PAUL A LIPETZKY CUST
MICHELLE C LIPETZKY
6229 LOCH MOOR DR
EDINA, MN 55439

97586    0069359-00    S#0008787
PAUL A LIPETZKY CUST
SEAN F LIPETZKY
6229 LOCH MOOR DR
EDINA, MN 55439

97586    0069356-00    S#0008745
PAUL A LIPETZKY CUST
STEPHANIE A LIPETZKY
3414 10TH AVE S
MINNEAPOLIS, MN 55407

97586    0069360-00    S#0002285
PAUL A MARZILLA &
MARGHERITE MARZILLA
JT TEN
977-A ROCKLAND AVE
STATEN ISLAND, NY 10314

97586    0069361-00    S#0007161
PAUL A WARD &
JOYCE M WARD JTTEN
3164 HAMILTON AVENUE
COLUMBUS, OH 43224-4124

97586    0069362-00    S#0013569
PAUL ALLEN SAMBORSKI
254 SHEFFIELD ROAD
WINNIPEG, MB R3Y 1P1
CANADA

97586    0069363-00    S#0011233
PAUL APODACA CUST
ACF ROBERT APODACA
3717 W 185TH ST
TORRANCE, CA 90504-4816

97586    0069364-00    S#0011175
PAUL BARR
500 6TH ST
MANHATTAN BEACH, CA 90266

97586    0069365-00    S#0002768
PAUL BERNSTEIN &
JULIEANN BERNSTEIN JT TEN
8642 15TH AVE
BROOKLYN, NY 11228

97586    0069366-00    S#0006804
PAUL BREWSTER C/F
ALEXANDRIA BREWSTER
4948 MONTCREST DRIVE
CHATANOOGA, TN 37416

97586    0069367-00    S#0006805
PAUL BREWSTER C/F
BRANDON BREWSTER
4948 MONTCREST DRIVE
CHATANOOGA, TN 37416

97586    0069368-00    S#0006598
PAUL C HEINERTH CUST
JOSEPH P HEINERTH
8109 NEW YORK AVENUE
HUDSON, FL 34667

97586    0069369-00    S#0012186
PAUL C JOHNSON JR & DONNA M
JOHNSON TR 12/14/92 FBO PAUL C
& D M JOHNSON REV LIV TR SUB A
295 CORRAL DE TIERRA RD BOX F
SALINAS, CA 93908-8952

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069370-00   S#0000437
PAUL C REED &
DEBORAH REED
32 FOREST VIEW DR
HOLLIS, NH 03049-6590

97586    0069371-00   S#0002741
PAUL C ZIEGLER
969 67TH ST
BROOKLYN, NY 11219

97586    0069372-00   S#0004769
PAUL CERINO
3415 ESSEX RD
BALTIMORE, MD 21207-45321

97586    0069373-00   S#0004593
PAUL CHODC/F CUST
BRADLEY JOSEPH CHOD
17 NANTUCKET COURT
POTOMAC, MD 20854

97586    0069374-00   S#0013183
PAUL CLARK PARKS CUST
BRANDON CLARK PARKS
8500 SE 72ND
MERCER ISLAND, WA 98040

97586    0069375-00   S#0013182
PAUL CLARK PARKS CUST
CASEY JOSEPH PARKS
8500 SE 72ND
MERCER ISLAND, WA 98040

97586    0069376-00   S#0005215
PAUL CRAIG HALLORAN
2587 BENSON DRIVE
CHARLESTON, WV 25302

97586    0069377-00   S#0007502
PAUL D BAHNER &
DEBRA R BAHNER
JT TEN
7237 CINNAMON WOODS DR
WEST CHESTER, OH 45069-1075

97586    0069378-00   S#0009321
PAUL D BALDWIN
12229 S HAMLIN
ALSIP, IL 60658

97586    0069379-00   S#0007595
PAUL D BROIDA &
ALICE S BROIDA JT TEN
6082 ANSBURY DR
HUBER HEIGHTS, OH 45424

97586    0069380-00   S#0013066
PAUL D ECKER
2246 NW IRVING
PORTLAND, OR 97210

97586    0069381-00   S#0013499
PAUL DAVIES
1162 MC CRANEY ST E
OAKVILLE, ON L6H 4S4
CANADA

97586    0069382-00   S#0007945
PAUL DUNN CUST
STEWART DUNN
16990 ROE
CHELSEA, MI 48118-9413

97586    0069383-00   S#0005010
PAUL E BACKS CUST
SHAWN P BACKS UGMA VA
1001 DEWOLFE DR
ALEXANDRIA, VA 22308-2604

97586    0069384-00   S#0004957
PAUL E GROTH
10110 EBENSHIRE COURT
OAKTON, VA 22124-2929

97586    0069385-00   S#0003437
PAUL E JENDZEIZYK &
REGINA M JENDZEIZYK
3019 KIRVIN LANE
SCHENECTADY, NY 12306-1041

97586    0069386-00   S#0007418
PAUL E SHERBA CUST
P NOAH SHERBA
4494 MELLINGER RD
CANFIELD, OH 44406-9324

97586    0069387-00   S#0010488
PAUL E SMITH
446 HWY 46 E
BOERNE, TX 78006-8206

97586    0069388-00   S#0009501
PAUL E VEHLOW CUST
MATTHEW P VEHLOW
11 TIMBERCREST
SHERMAN, IL 62684

97586    0069389-00   S#0009646
PAUL EBAUGH CUST
MEGAN EBAUGH UNDER MO UNIF
TRSF TO MINORS ACT
1835 RICARDO
CPE GIRARDEAU, MO 63701

97586    0069390-00   S#0007993
PAUL F GABRYS
15201 SPRUCE CT
ROMULUS, MI 48174

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069391-00  S#0000656<br>PAUL FEDELI<br>BOX 63<br>BOZRAH, CT 06334 | 97586   0069392-00  S#0013564<br>PAUL FRIESEN<br>1103-1080 HENDERSON HIGHWAY<br>WINNIPEG, MB R2G 1H3<br>CANADA | 97586   0069393-00  S#0004844<br>PAUL G DICONSIGLIO CUST<br>CHRISTIAN DICONSIGLIO<br>6 SOMERSET CT<br>ANNAPOLIS, MD 21403 |
| 97586   0069394-00  S#0005283<br>PAUL GULEY CUST<br>KEVIN P GULEY<br>213 FORESTVIEW DR<br>ELON COLLEGE, NC 27244 | 97586   0069395-00  S#0005284<br>PAUL GULEY CUST<br>PATRICK C GULEY<br>213 FORESTVIEW DR<br>ELON COLLEGE, NC 27244 | 97586   0069396-00  S#0009356<br>PAUL H CONNOR<br>211 PARK AVE<br>GALENA, IL 61036-2305 |
| 97586   0069397-00  S#0007269<br>PAUL H DUNN &<br>PATRICIA L DUNN JTTEN<br>7074 BRIGHTWOOD DRIVE<br>CONCORD TWP, OH 44077 | 97586   0069398-00  S#0007943<br>PAUL H DUNN CUST<br>ANDREW P DUNN<br>16990 ROE ROAD<br>CHELSEA, MI 48118 | 97586   0069399-00  S#0007659<br>PAUL HANAHAN<br>6644 EVANSTON AVE<br>INDIANAPOLIS, IN 46220-1252 |
| 97586   0069400-00  S#0013530<br>PAUL HAYGARTH<br>77 CHADORNA AVENUE<br>TORONTO, ON M4J 3W9<br>CANADA | 97586   0069401-00  S#0004006<br>PAUL HIRSCH<br>22 HILL DALE DR<br>EPHRATA, PA 17522 | 97586   0069402-00  S#0003895<br>PAUL I DETWILER JR &<br>PATRICIA B DETWILER JT TEN<br>RR 5 BOX 14<br>BEDFORD, PA 15522-8701 |
| 97586   0069403-00  S#0003847<br>PAUL J BALDAUF<br>5231 ELMWOOD DR<br>PITTSBURGH, PA 15227-3629 | 97586   0069404-00  S#0001479<br>PAUL J BRYSON<br>151 SHIPPEN RD<br>LANDING, NJ 07850 | 97586   0069405-00  S#0007198<br>PAUL J CUNNINGHAM<br>2270 NAVARRE<br>OREGON, OH 43616 |
| 97586   0069406-00  S#0013144<br>PAUL J FREEMAN<br>RTE 1 BOX 58<br>ADAMS, OR 97810 | 97586   0069407-00  S#0007992<br>PAUL J GABRYS<br>15201 SPRUCE CT<br>ROMULUS, MI 48174 | 97586   0069408-00  S#0009740<br>PAUL J GILL CTDN<br>ARRON A GILL<br>4750 BITTERSWEET<br>SPRINGFIELD, MO 65809 |
| 97586   0069409-00  S#0003340<br>PAUL J IPPOLITO<br>46 MOREWOOD DR<br>SMITHTOWN, NY 11787 | 97586   0069410-00  S#0000905<br>PAUL J MCNULTY<br>93 MOUNTAIN RD<br>WEST REDDING, CT 06896-2712 | 97586   0069411-00  S#0000903<br>PAUL J MCNULTY &<br>BARBARA D MCNULTY JTTEN<br>93 MOUNTAIN ROAD<br>WEST READING, CT 06896 |
| 97586   0069412-00  S#0002251<br>PAUL J NARDUCCI<br>223 RIDGEWOOD AVE<br>SRATEN ISLAND, NY 10312 | 97586   0069413-00  S#0004410<br>PAUL J TELOH<br>20 OLD STABLE LANE<br>NEWARK, DE 19711 | 97586   0069414-00  S#0003589<br>PAUL J VAETH<br>115 BOYCE AVE<br>UTICA, NY 13501-4901 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069415-00   S#0004640
PAUL JOHN MONK CUST
ACF JONATHAN A MONK
4020 FRANKLIN ST
KENSINGTON, MD 20895-3826

97586   0069416-00   S#0003627
PAUL K MACK &
MAUREEN L MACK JTTEN
27 INDEPENDENCE DR
LOCKPORT, NY 14094

97586   0069417-00   S#0004601
PAUL KAPLAN CUST
CLIFFORD KAPLAN/UGMA
9002 SHAD LANE
POTOMAC, MD 20854-3136

97586   0069418-00   S#0011472
PAUL KENJI MATSUMOTO
226 N NIAGARA ST
BURBANK, CA 91505

97586   0069419-00   S#0000724
PAUL KOZEY
1165 BOXTON POST ROAD
PO BOX 51
OLD SAYBROOK, CT 06475

97586   0069420-00   S#0007692
PAUL KUJAWSKI
125 S 725 W
CROWN POINT, IN 46307-8509

97586   0069421-00   S#0004627
PAUL L ALMQUIST
332 EAST DIAMOND AVENUE #4
GAITHERSBURG, MD 20877

97586   0069422-00   S#0002664
PAUL L KENNEDY CUST
NICHOLAS R KENNEDY NY
166 COLUMBIA HEIGHTS
BROOKLYN, NY 11201

97586   0069423-00   S#0010520
PAUL L MOORE CUST
MITCHEL L MOORE
7508 NORTH 31ST
MCALLEN, TX 78504

97586   0069424-00   S#0006478
PAUL L MOORE CUST
RANDON PAUL MELARAGNO
6274 SANDPIPERS DR
LAKELAND, FL 33809-5671

97586   0069425-00   S#0011375
PAUL L YAROS CUST
PAUL KENNETH YAROS
8417 TAMPA AVE
NORTHRIDGE, CA 91324-4257

97586   0069426-00   S#0007908
PAUL LA BAERE II
C/F PAUL CHRISTOPHER LA BAERE
3830 31 MILE
WASHINGTON TWP, MI 48095

97586   0069427-00   S#0002615
PAUL LAREGINA
631 S 11TH ST
NEW HYDE PARK, NY 11040

97586   0069428-00   S#0005224
PAUL LEPORINI CUST
CHRISTOPHER MICHAEL LEPORINI
1201 W JOHN ST
MARTINSBURG, WV 25401

97586   0069429-00   S#0012376
PAUL LOUIS CARLSON
288 BOOTHBAY
FOSTER CITY, CA 94404

97586   0069430-00   S#0002121
PAUL LUTVAK CUST
ACF SPENCER KRETCHMER LUTVAK
110 W 90TH ST APT 3C
NEW YORK, NY 10024

97586   0069431-00   S#0011707
PAUL M ALICEA
17571 FAIRLIE RD
SAN DIEGO, CA 92128

97586   0069432-00   S#0005490
PAUL M BERNAU
201 FOUNTAIN TRACE DR
HENDERSONVILLE, NC 28739

97586   0069433-00   S#0006891
PAUL M BRYANT
4011 KINGFISHER DR
MEMPHIS, TN 38128-4411

97586   0069434-00   S#0003377
PAUL M CLARKE
1 BRINTON RD
OLD BETHPAGE, NY 11807

97586   0069435-00   S#0006953
PAUL M ROCCONI &
MARGARET GLENN ROCCONI JT TEN
3002 SOUTHHAVEN
HATTIESBURG, MS 39402

**Debtor:**       Mafco Litigation Trust
**Description:**   Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:**  08/01/2008   and sent to following creditors:

97586    0069436-00   S#0011128
PAUL M VIDOR C/F
ANDREW G VIDOR UGMA CA
3282 HUTTON DR
BEVERLY HILLS, CA 90210-1042

97586    0069437-00   S#0011127
PAUL M VIDOR C/F
STEVEN M VIDOR UGMA CA
3282 HUTTON DR
BEVERLY HILLS, CA 90210-1042

97586    0069438-00   S#0010235
PAUL MACKEY
BOX 1021
NASH, TX 75569

97586    0069439-00   S#0005016
PAUL MATTHEIS
5935 HIGHDALE CIRCLE APT L
ALEXANDRIA, VA 22310

97586    0069440-00   S#0000044
PAUL MICHALSKI CUST
SETH SMITH
4 POMEROY ST
WILBRAHAM, MA 01095

97586    0069441-00   S#0013543
PAUL MISZCZAK
RR 1
HYDE PARK, ON N0M 1Z0
CANADA

97586    0069442-00   S#0006588
PAUL MONTEMURNO
7036 MAIDSTONE CT
NEW PORT RICHEY, FL 34653-5600

97586    0069444-00   S#0005170
PAUL N MORRISON CUST
KEVIN P MORRISON
476 ELIZABETH LAKE DR
HAMPTON, VA 23669

97586    0069445-00   S#0005169
PAUL N MORRISON CUST
MICHEAL B MORRISON
476 ELIZABETH LAKE DR
HAMPTON, VA 23669

97586    0069446-00   S#0007173
PAUL N ZEVCHAK CUST
ANDREW PAUL ZEVCHAK
859 WHITE HOUSE DR
HIGHLAND, MI 43355

97586    0069447-00   S#0013148
PAUL OSENTOWSKI
9620 N.E. 188TH ST
BOTHELL, WA 98011

97586    0069448-00   S#0009685
PAUL OVERMAN
7600 E 75TH ST
KANSAS CITY, MO 64138

97586    0069449-00   S#0003871
PAUL PASQUARELLI CUST
ZACHARY PASQUARELLI
261 TROTWOOD DR
PITTSBURGH, PA 15241

97586    0069450-00   S#0004022
PAUL PETERSEN
1300 HILLCREST ROAD
LANCASTER, PA 17603-2413

97586    0069451-00   S#0004154
PAUL POCALYKO &
COLEEN C POCALYKO JT TEN
SAXON LANE
MAPLE GLEN, PA 19002

97586    0069452-00   S#0001312
PAUL R BUTTERWORTH
68 CHURCH ST
TEANECK, NJ 07666-4932

97586    0069453-00   S#0004302
PAUL R MORLOCK
3979 RICHMOND STREET
PHILADELPHIA, PA 19137

97586    0069454-00   S#0011463
PAUL R TORRE C/F
JARED B TORRE JTTEN
5027 NOELINE AVE
ENCINPO, CA 91436-1216

97586    0069455-00   S#0006828
PAUL RUSSELL &
FRANK RUSSELL
2069 BLUFF MOUNTAIN RD
SEVIERVILLE, TN 37876-7337

97586    0069456-00   S#0000130
PAUL RYAN &
LINDA RYAN
5 PIERCE ST
HUDSON, MA 01749

97586    0069457-00   S#0002631
PAUL S RAPPAPORT CUST
ADAM DAVID RAPPAPORT
1 VISTA WAY
PORT WASHINGTON, NY 11050

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0069458-00  S#0008220
PAUL SEMERAD CUST
JAY A SEMERAD
4111 SHERATON DR
FLINT, MI 48532

97586   0069459-00  S#0008221
PAUL SEMERAD CUST
LISA M SEMERAD
4111 SHERATON DR
FLINT, MI 48532

97586   0069460-00  S#0013671
PAUL SHOEFIELD
28B PERRY ROAD
LONDON ENGLAND W129
UNITED KINGDOM

97586   0069461-00  S#0010250
PAUL SKRTIC &
PATRICIA SKRTIC JT TEN
2605 WESTWOOD DRIVE
ARLINGTON, TX 76012

97586   0069462-00  S#0009885
PAUL SPLITTGERBER
700 N BOXELDER
NORFOLK, NE 68701

97586   0069463-00  S#0003010
PAUL STIEGELBAUER CUST
BRIAN STIEGELBAUER
954 BARTH AVE
BALDWIN, NY 11510

97586   0069464-00  S#0003009
PAUL STIEGELBAUER CUST
KEITH STIEGELBAUER
954 BARTH AVE
BALDWIN, NY 11510

97586   0069465-00  S#0003008
PAUL STIEGELBAUER CUST
MELISSA STIEGELBAUER
954 BARTH AVE
BALDWIN, NY 11510

97586   0069466-00  S#0000923
PAUL T SALERNO
20 JOHN STREE AVE 14
TRUMBULL, CT 06906

97586   0069467-00  S#0012390
PAUL TAVARES
4419 BELLE DRIVE
ANTIOCH, CA 94509

97586   0069468-00  S#0007240
PAUL THRASHER
10324 ASPEN
ELYRIA, OH 44035

97586   0069470-00  S#0007243
PAUL THRASHER CUST
MICHAEL P THRASHER OH/UGMA
10324 ASPEN DRIVE
ELYRIA, OH 44035

97586   0069471-00  S#0010345
PAUL V ENRIQUEZ
16315 HICKORY KNOLL DR
HOUSTON, TX 77059

97586   0069472-00  S#0002267
PAUL VINCENT NARDUCCI
223 RIDGEWOOD AVE
STATEN ISLAND, NY 10312

97586   0069473-00  S#0012315
PAUL VOLBERDING CUST
ALEXANDER VOLBERDING
112 UPPER TER
SAN FRANCISCO, CA 94117

97586   0069474-00  S#0005035
PAUL W HENRIKSEN &
ANNE D HENRIKSEN
1671 GILMER CIRCLE
HARRISONBURG, VA 22801-7333

97586   0069475-00  S#0008420
PAUL W MERYER
405 NORTH ELM
NEW LONDON, IA 52645-1121

97586   0069476-00  S#0004197
PAUL WACHTER
39 BRIGHT RD
HATBORO, PA 19040-2023

97586   0069477-00  S#0010168
PAUL WADE MEASLEY
3620 BIG HORN TRAIL
PLANO, TX 75075

97586   0069479-00  S#0012679
PAUL WEDEL &
RAE WEDEL
JT TEN
432 S 12TH ST
SAN JOSE, CA 95112-2230

97586   0020447-00  S#0002065
PAUL WEISS RIFKIND ET AL
ATTN: ROBERT DRAIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069480-00   S#0001924
PAUL WEISSMAN &
LORI K WEISSMAN
JT TEN
383 GRAND ST 2001
NEW YORK, NY 10002

97586   0069481-00   S#0008877
PAUL WONNACOTT CUST
AARON WONNACOTT
103 HIGHQOOD DR
GREAT FALLS, MT 59404-6428

97586   0069482-00   S#0007444
PAULA B FORSYTH
363 N MAIN
POLAND, OH 44514-1664

97586   0069483-00   S#0003112
PAULA B GOLDBERG CUST
JACOB A GOLDBERG
4024 GREENTREE DR
OCEANSIDE, NY 11572

97586   0069484-00   S#0012187
PAULA BECKMAN
PO BOX 2097
CARMEL, CA 93921-2097

97586   0069485-00   S#0012688
PAULA BRAUNSTEIN CUST
DANIEL BRAUNSTEIN
1230 SHELBY CREEK LANE
SAN JOSE, CA 95120

97586   0069486-00   S#0012687
PAULA BRAUNSTEIN CUST
HAYLEY DANIELLE HOGAN
1230 SHELBY CREEK LANE
SAN JOSE, CA 95120

97586   0069487-00   S#0012686
PAULA BRAUNSTEIN CUST
KELLY LEAH BRAUNSTEIN
1230 SHELBY CREEK LANE
SAN JOSE, CA 95120

97586   0069488-00   S#0001309
PAULA BUTTERWORTH
68 CHURCH STREET
TEANECK, NJ 07666

97586   0069489-00   S#0004315
PAULA GORDON CUST
JONATHAN GORDON UGMA/PA
1320 FARRINGTON RD
PHILA, PA 19151

97586   0069490-00   S#0004631
PAULA ISKOW CUST
SCOTT ISKOW
14633 ROLLING GREEN WAY
GAIGHERSBURG, MD 20878-2582

97586   0069491-00   S#0008930
PAULA J LEVIN &
DAVID S LEVIN JT TEN
9408 BAY COLONY DR
DES PLAINES, IL 60016

97586   0069492-00   S#0009500
PAULA J VEHLOW CUST
DAVID E VEHLOW
11 TIMBERCREST
SHERMAN, IL 62684

97586   0069493-00   S#0012837
PAULA L WONG CUST
KRISTOPHER W WONG
7600 WILD FLOWER COURT
GRANITE BAY, CA 95661

97586   0069494-00   S#0007179
PAULA M BRACY CUST
MATHEW C BRACY UND OH
UN TFRS ACT
321 FOREST GLEN PL
HOLLAND, OH 43528-9208

97586   0069495-00   S#0011924
PAULA PERRIN
1278 N SIESTA ST
ANAHEIM, CA 92801-1558

97586   0069496-00   S#0011614
PAULA S EOFF
PO BOX 232189
ENCINITAS, CA 92023-2189

97586   0069497-00   S#0011613
PAULA S EOFF CUST
FRITZ OTIS EOFF
BOX 232189
ENCINITAS, CA 92023

97586   0069498-00   S#0008377
PAULA STOCKTON CUST
ZACHARY STOCKTON
2907 DRUID HILL DR
DES MOINES, IA 50315

97586   0069499-00   S#0003355
PAULA VASILAKOS
12 CLEARLAND RD
SYOSSET, NY 11791-6914

97586   0069500-00   S#0004658
PAULETTE CANTER CUST
JAKE CANTER
13402 NORDEN DR
SILVER SPRING, MD 20906

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069501-00   S#0006585
PAULETTE D CARR CUST
YVETTE J STRICKLAND
13085 96TH AVE N
SEMINOLE, FL 34646

97586    0069503-00   S#0000722
PAULINE BIANCHI
CUST JACQUALYN BIANCHI
10 COLLETT ST
NORTH HAVEN, CT 06473

97586    0069502-00   S#0000771
PAULINE BIANCHI
CUST JAMES J BIANCHI
10 COLLETT ST
HAMDEN, CT 06517

97586    0069504-00   S#0006185
PAULINE BROOKS &
SUSAN BROOKS TR
BROOKS LIVING TRUST
1310 - 100 ST
BAL HARBOUR, FL 33154-1108

97586    0069505-00   S#0003134
PAULINE CRISTANDO &
JOHN CRISTANDO JT TEN
674 WYNGATE DR WEST
N VALLEY STREAM, NY 11580

97586    0069506-00   S#0006210
PAULINE LAFACE &
ERIC LAFACE JTTEN
3849 NE 169 ST
APT C312
NO MIAMI BCH, FL 33160

97586    0069507-00   S#0008269
PAULINE M OWENS
304 REED ST
KALAMAZOO, MI 49001

97586    0069508-00   S#0002288
PAULINE SCHREIBER CUST
JOSHUA ERIC HABER
277 MONAHAN
STATON ISLAND, NY 10314

97586    0069509-00   S#0009174
PAULINE T JOHNS
183 NANTI ST
PARK FOREST, IL 60466

97586    0069510-00   S#0002354
PAULINE V SIMARD
HUSTIS RD
COLD SPRING, NY 10516

97586    0069511-00   S#0011343
PAULINE ZABLOW CUST
MARK ZABLOW UCUTMA
29456 BERTRAND DR
AGOURA HILLS, CA 91301

97586    0000885-00   S#0001715
PAWLAK, LLOYD
88 CRANBURY NECK RD
CRANBURY, NJ 08512

97586    0001106-00   S#0002642
PE PASCALE & CO
ENGRAVER & DIE STAMPER
30-30 NORTHERN BLVD
LIC, NY 11101

97586    0001105-00   S#0002645
PE PASCALE & CO INC
30-30 NORTHERN BLVD
LONG ISLAND CITY, NY 11101

97586    0069512-00   S#0004488
PEARL B THOMPSON
3717 S ST SE
WASHINGTON, DC 20020

97586    0069513-00   S#0013109
PEARL LEWIS CUST
BRIAN ELLIOTT LEWIS
3209 CINDY ST
EUGENE, OR 97404

97586    0069514-00   S#0002023
PEARL NOVICK
C/O DICERBO PCP
261 MADISON AVE
4TH FLOOR
NEW YORK, NY 10016

97586    0069515-00   S#0005472
PEARL R ROWELL &
MELVILLE T ROWELL
344 SABRA DR
WILMINGTON, NC 28405

97586    0069516-00   S#0012983
PEDRO VELASCO III CUST
MEI-LIN L VELASCO
15-2739 AKULE ST
PAHOA, HI 96778

97586    0069517-00   S#0012982
PEDRO VELASCO III CUST
PEDRO K VELASCO
15-2739 AKULE ST
PAHOA, HI 96778

97586    0001144-00   S#0006848
PEEK LABEL SERVICE
136 CUMBERLAND ST
MEMPHIS, TN 38112-3820

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069518-00   S#0005976<br>PEGGI A BOCKMAN &<br>JOHN D BOCKMAN<br>2310 NW 44TH PL<br>GAINESVILLE, FL 32605-1776 | 97586   0069519-00   S#0008682<br>PEGGIE C STUART CUST<br>DEREK STUART<br>1091 W GRANDVIEW AVE<br>ROSEVILLE, MN 55113 | 97586   0069520-00   S#0008681<br>PEGGIE C STUART CUST<br>DYLAN STUART<br>1091 W GRANDVIEW AVE<br>ROSEVILLE, MN 55113 |
| 97586   0069521-00   S#0013213<br>PEGGY A SPENCER CUST<br>SIDNEY L SPENCER<br>3616 NE 44TH ST<br>SEATTLE, WA 98105 | 97586   0069522-00   S#0005317<br>PEGGY C DAVIDSON &<br>ROBERT O DAVIDSON<br>JT TEN<br>1508 FOREST HILL DR<br>GREENSBORO, NC 27410 | 97586   0069523-00   S#0005260<br>PEGGY DAWN MILLER CUST<br>CLINTON JAY MILLER<br>RTE 1 BOX 10<br>SHOCK, WV 26638-9701 |
| 97586   0069524-00   S#0009469<br>PEGGY HUBBS CUST<br>TREVOR HUBBS<br>4045 SAXONY ESTATES<br>MILLSTADT, IL 62260 | 97586   0069525-00   S#0007381<br>PEGGY R DIPAOLA CUSTODIAN FBO<br>JARROD W BARBER UGMA/OH<br>PO BOX 1254<br>CUYAHOGA FALLS, OH 44223 | 97586   0069526-00   S#0010125<br>PEGGY SHIMP CUST<br>FOR RYAN CHRISTOPHER SHIMP<br>2 NIGHTINGALE<br>PONCA CITY, OK 74604 |
| 97586   0069527-00   S#0005076<br>PEMBERTON H CARTER CUST<br>AUSTIN CABELL CARTER<br>8603 WARRENTON DR<br>RICHMOND, VA 23229-7243 | 97586   0069528-00   S#0002135<br>PENELOPE P BOEHM<br>507 W 111TH ST APT 2<br>NEW YORK, NY 10025-1996 | 97586   0069529-00   S#0008743<br>PENNELL WHITNEY CUST<br>FBO E SCHUYLER BALLENTINE<br>821 MARQUETTE AVE<br>1900 FOSHAY TOWER<br>MPLS, MN 55402 |
| 97586   0069530-00   S#0008744<br>PENNELL WHITNEY CUST<br>FBO GALEN WHITNEY BALLENTINE<br>821 MARQUETTE AVE<br>1900 FOSHAY TOWER<br>MPLS, MN 55402 | 97586   0069531-00   S#0008742<br>PENNELL WHITNEY CUST<br>FBO STEPHEN KIMBALL BALLENTINE<br>821 MARQUETTE AVE<br>1900 FOSHAY TOWER<br>MPLS, MN 55402 | 97586   0000389-00   S#0011978<br>PENNER, DAVID<br>2745 GUM CIRCLE<br>SIMI VALLEY, CA 93065 |
| 97586   0000933-00   S#0006602<br>PENNINGTON, MARK<br>612 S BAYVIEW BLVD<br>OLDSMAR, FL 34677 | 97586   0069532-00   S#0004012<br>PENNY A WAKLER CUST<br>RYAN C WAKLER<br>16 BENTLEY LANE<br>LITITZ, PA 17543-8400 | 97586   0069533-00   S#0004011<br>PENNY A WALKER CUST<br>JESSICA D WAKLER<br>16 BENTLEY LANE<br>LITITZ, PA 17543-8400 |
| 97586   0069534-00   S#0002088<br>PENNY BAIRD CUST<br>ADAM BAIRD ALPERT<br>236 E 61ST ST<br>NEW YORK, NY 10021-8506 | 97586   0069535-00   S#0002389<br>PENNY DWYER CUST<br>ROBERT D DWYER<br>25 CONCORD DR<br>MAHOPAC, NY 10541 | 97586   0069536-00   S#0009603<br>PENNY GOLDENHERSH CUST<br>BENJAMIN J GOLDENHERSH<br>2228 BARNBRIDGE RD<br>ST LOUIS, MO 63131 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586  0069537-00  S#0008713<br>PENNY L BAITINGER CUST<br>JEFFREY T BAITINGER<br>IL UNIF TRANSFER TO MINORS ACT<br>6120 SIERRA CIR<br>EXCELSIOR, MN 55331-8131 | 97586  0069538-00  S#0010619<br>PENNY MOORE CUST<br>DAVID MOORE<br>2375 DEXTER ST<br>DENVER, CO 80207 | 97586  0069539-00  S#0010620<br>PENNY MOORE CUST<br>KELLAN MOORE<br>2375 DEXTER ST<br>DENVER, CO 80207 |
| 97586  0001145-00  S#0006448<br>PEOPLE<br>PO BOX 60001<br>TAMPA, FL 33660-0001 | 97586  0001146-00  S#0006449<br>PEOPLE MAGAZINE<br>PO BOX 60001<br>TAMPA, FL 33660-0001 | 97586  0020207-00  S#0004255<br>PEPPER HAMILTON & SCHEETZ<br>ATTN: FRANCIS J LAWALL ESQ<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH & ARCH STREETS<br>PHILADELPHIA, PA 19103-2799 |
| 97586  0001306-00  S#0001657<br>PERAZZA JR, RONALD J<br>390 INDIAN MILLS RD<br>SHAMONG, NJ 08088-8923 | 97586  0069540-00  S#0009130<br>PERCY L BERGER CUST<br>WILLIAM L BERGER<br>1211 GREENLEAF ST<br>EVANSTON, IL 60202-1229 | 97586  0001147-00  S#0009201<br>PERFETTI SALES & MKTG<br>6432 JULIET RD<br>SUITE D<br>COUNTRYSIDE, IL 60525 |
| 97586  0069541-00  S#0010658<br>PERI GORDON CUST<br>MATT COHEN<br>7048 BLUFF TRAIL<br>MORRISON, CO 80465 | 97586  0001148-00  S#0002619<br>PERLFRAN REALTY<br>1824 GILFORD AVE<br>NEW HYDE PARK, NY 11040 | 97586  0069542-00  S#0013082<br>PERRIN STEWART CUST<br>HALEY A STEWART<br>5322 SW HEWETT ST<br>PORTLAND, OR 97221 |
| 97586  0069543-00  S#0013185<br>PERRY C BLOCH CUST FBO<br>BENJAMIN D BLOCH<br>4280 95TH AVE SE<br>MERCER ISLAND, WA 98040-4230 | 97586  0069544-00  S#0008839<br>PERRY L EMMONS &<br>SHIRLEY L EMMONS<br>JT TEN<br>3208 S 4TH AVE<br>SIOUX FALLS, SD 57105 | 97586  0069545-00  S#0008838<br>PERRY L EMMONS CUST<br>BEN L EMMONS<br>3208 S FOURTH AVE<br>SIOUX FALLS, SD 57105 |
| 97586  0069546-00  S#0008509<br>PERRY L PEGORARO<br>4555 SOUTH 46TH STREET<br>GREENFIELD, WI 53220 | 97586  0069547-00  S#0005500<br>PERRY LEE SHAFFER<br>210 PROVIDENCE RD<br>ASHEVILLE, NC 28806 | 97586  0069548-00  S#0005350<br>PERRY MCCULLOUGH<br>2835 HELENA MORIAH RD<br>TIMBERLAKE, NC 27583 |
| 97586  0069549-00  S#0001742<br>PERRY PEI HONG YEH<br>4 BRENDAN PLACE<br>LAWRENCEVILLE, NJ 08648 | 97586  0069550-00  S#0013205<br>PERRY PLUSH<br>1923 3RD AVE<br>SEATTLE, WA 98101 | 97586  0069551-00  S#0001938<br>PERRY STARER<br>41 5TH AVE #10 F<br>NEW YORK, NY 10003 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069552-00  S#0010093<br>PETE A ROGERS CUST<br>CODY HUDSON ROGERS<br>11748 S 87TH E AVE<br>BIXBY, OK 74008 | 97586   0069553-00  S#0010092<br>PETE A ROGERS CUST<br>SHAUNA KAY ROGERS<br>11748 S 87TH E AVE<br>BIXBY, OK 74008 | 97586   0069554-00  S#0011677<br>PETE AMEND<br>5725 LINDA VISTA ROAD #9<br>SAN DIEGO, CA 92110 |
| 97586   0069555-00  S#0012927<br>PETE FORNER<br>1113 5TH ST<br>REDDING, CA 96002-2022 | 97586   0069556-00  S#0009482<br>PETE GROSSO &<br>D JANE GROSSO JTTEN<br>336 SHADOW DR<br>DECATUR, IL 62526 | 97586   0069557-00  S#0009483<br>PETE P GROSSO &<br>JAN GROSSO<br>JT TEN<br>336 SHADOW DR<br>DECATUR, IL 62526-1139 |
| 97586   0069558-00  S#0001030<br>PETER A CALABRESE<br>12 BEASLEY ST<br>WEST ORANGE, NJ 07052 | 97586   0069559-00  S#0008707<br>PETER A HOSETH<br>C/O JAMES A HOSETH/FULL POA<br>12510 CREEK ROAD WEST<br>MINNETONKA, MN 55305 | 97586   0069560-00  S#0009046<br>PETER A MEYER CUST<br>DREW MEYER<br>IL/UNIF/TRNSFR/MNRS/<br>34 CANTERBURY<br>WILMETTE, IL 60091 |
| 97586   0069561-00  S#0007919<br>PETER A SANFILIPPO &<br>ANGELA C SANFILIPPO<br>6771 ROBINSON<br>ALLEN PARK, MI 48101-2346 | 97586   0069562-00  S#0011994<br>PETER ALAN GLASS<br>442 ELLWOOD BEACH DR APT 7<br>GOLETA, CA 93117 | 97586   0069563-00  S#0006491<br>PETER ANGELO CORRADINO II<br>233 NE 17TH AVE<br>CAPE CORAL, FL 33909 |
| 97586   0069564-00  S#0001339<br>PETER B WELLER<br>2223 HADLEY CT<br>WALL, NJ 07719-4023 | 97586   0069565-00  S#0001273<br>PETER BECK T/A GRAFIX XS<br>143 KINDERKAMACK ROAD<br>HILLSDALE, NJ 07642 | 97586   0069566-00  S#0011829<br>PETER BUSHER<br>16211 WOODSTOCK<br>HUNTINGTON BEACH, CA 92647 |
| 97586   0020205-00  S#0008474<br>PETER C BECK CORP<br>ATTN: PETER STACY-PRESIDENT<br>2410 10TH AVE<br>SOUTH MILWAUKEE, WI 53172-2507 | 97586   0069567-00  S#0001619<br>PETER C GALLAGHER CUST<br>PETER J GALLAGHER<br>14 UNION MILL COURT<br>MT LAUREL, NJ 08054 | 97586   0069568-00  S#0003155<br>PETER C RUGGIERO<br>132 LEXINGTON ST<br>WESTBURY, NY 11590 |
| 97586   0069569-00  S#0013419<br>PETER CARLYON<br>129 NEWTON SQUARE<br>POINTE CLAIRE, QC<br>CANADA | 97586   0069570-00  S#0012673<br>PETER CARR &<br>HELEN L CARR JT TEN<br>4005 CORY ST<br>SOQUEL, CA 95073 | 97586   0069571-00  S#0005066<br>PETER CHURCHILL JUSTICE<br>5515 CARY ST RD<br>RICHMOND, VA 23226-2304 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069572-00   S#0001472
PETER COKELET CUST
BRIAN COKELET
7 N WAY
HOPATCONG, NJ 07843

97586   0069573-00   S#0001473
PETER COKELET CUST
BRIAN COKELET
7 N WAY
HOPATCONG, NJ 07843

97586   0069574-00   S#0000482
PETER F DAIGLE
77 HILLSIDE AVE
BERLIN, NH 03570-1813

97586   0069575-00   S#0001887
PETER F HUNKO
37 VANDERVER AVE
SOMERVILLE, NJ 08876-2506

97586   0001149-00   S#0011474
PETER GREEN DESIGN
4219 W BURBANK BLVD
BURBANK, CA 91505

97586   0069576-00   S#0002410
PETER H GERARD
11 POUND RIDGE RD
POUND RIDGE, NY 10576

97586   0069577-00   S#0003266
PETER J ACCARDI &
MARY ANN ACCARDI
17 SPRUCETREE LANE
SO HUNTINGTON, NY 11746-4044

97586   0069578-00   S#0000247
PETER J COSTA
565 METROPOLITAN AVE
HYDE PARK, MA 02136

97586   0069579-00   S#0002506
PETER J GRILLO CUST
ANTHONY RIFILATO JR
88 S DIVISION ST
NEW ROCHELLE, NY 10805-2706

97586   0069580-00   S#0000218
PETER J VIOLETTE &
MARY ANN VIOLETTE
4 OAKLIEGH RD
NORWOOD, MA 02062-1111

97586   0069581-00   S#0000087
PETER JULES THOMANN
10 GOLDENROD COURT
SOUTH GRAFTON, MA 01560

97586   0069582-00   S#0002153
PETER KRAUS CUST
JASON A KRAUS
55 E 86TH ST APT 14A
NEW YORK, NY 10028-1059

97586   0069583-00   S#0000036
PETER LAWSON
61 SOUTH ST
NORTHAMPTON, MA 01060-4029

97586   0069584-00   S#0011115
PETER LESSING
4365 MCLAUGHLIN AVE APT 29
LOS ANGELES, CA 90066-5958

97586   0069585-00   S#0012540
PETER LEVY CUST
SAMUEL LEVY
1958 ROSECREST DR
OAKLAND, CA 94602

97586   0069586-00   S#0002272
PETER LIO &
SUSAN M FERRARO
85 EAGAN AVE
STATEN ISLAND, NY 10312-4103

97586   0069587-00   S#0002283
PETER LOSPENUSO
44 LEGGETT PLACE
STATEN ISLAND, NY 10314

97586   0069588-00   S#0012170
PETER M ARNOLD &
CINDY S ARNOLD
6571 N HASLAM AVE
FRESNO, CA 93711-0907

97586   0069589-00   S#0008103
PETER NOGUERAS
6529 TAMERLANE DR
WEST BLOOMFIELD, IL 48322

97586   0069590-00   S#0007325
PETER MACEWAN CUST
MATTHEW MACEWAN
4970 COUNTRYSIDE RD
LYNDHURST, OH 44124

97586   0069591-00   S#0008137
PETER MOLNAR CUST
ALEXANDER MURPHY
31455 FRANKLIN FAIRWAY ST
FARMINGTON HILLS, MI 48334-1829

97586   0069592-00   S#0005442
PETER PARKER
5424 LAREWOOD DRIVE
CHARLOTTE, NC 28215

97586   0069593-00   S#0008146
PETER PONIATOWSKI
23256 TUCK RD
FARMINGTON HILLS, MI 48336-3463

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069594-00  S#0013471<br>PETER POUPART<br>2029 ENGLISH RIVER RD<br>HOWICK, QC J0S 1G0<br>CANADA | 97586    0069595-00  S#0001654<br>PETER R BYRNE JR &<br>JANE A BYRNE<br>15 DAVIDS LANE<br>LITTLE EGG HARBOR, NJ 08087 | 97586    0069596-00  S#0000195<br>PETER S DEMAKES<br>6 SHEFFIELD DR<br>PEABODY, MA 01960 |
| 97586    0069597-00  S#0010169<br>PETER S DURNIN<br>3000 DARTMOUTH DR<br>PLANO, TX 75075 | 97586    0069598-00  S#0003137<br>PETER SBASHNIG CUST<br>MEGAN SEERY<br>1099 FRANCES DR<br>VALLEY STREAM, NY 11580 | 97586    0069599-00  S#0013464<br>PETER SLOAN<br>80 BIRCHVIEW<br>DOLLARD DES ORMEAUX, QC H9A 2Y4<br>CANADA |
| 97586    0069600-00  S#0013559<br>PETER SMITH<br>185 HURON RD  BOX 1<br>SEBRINGVILLE , ON N0K 1X0<br>CANADA | 97586    0069601-00  S#0000777<br>PETER STAMOS<br>19 BROOKSIDE DR<br>WOODBURY, CT 06525 | 97586    0069602-00  S#0001465<br>PETER STERN II<br>2505 VANTAGE CT<br>DENVILLE, NJ 07834 |
| 97586    0069603-00  S#0010963<br>PETER T SMITH<br>2504 LA SOLANA WAY<br>LAS VEGAS, NV 89102 | 97586    0069604-00  S#0003618<br>PETER V TONSOLINE<br>3 IRONDALE<br>DEPEW, NY 14043 | 97586    0069605-00  S#0002357<br>PETER W HOFMANN<br>97 SOUTHLAWN AVE<br>DOBBS FERRY, NY 10522 |
| 97586    0069606-00  S#0002436<br>PETER WANG CUST<br>GREGORY ADAM WANG<br>7 WHEELOCK RD<br>SCARSDALE, NY 10583 | 97586    0069607-00  S#0013632<br>PETER WILKE<br>FRANKENSTR. 1<br>BAYREUTH 95448<br>GERMANY | 97586    0069608-00  S#0000530<br>PETRA C HALL<br>BOX 233<br>BELFAST, ME 04915 |
| 97586    0069609-00  S#0005281<br>PETRA M HALKER CUST<br>BRYAN J HALKER<br>381 SHADY GROVE CHURCH RD<br>WINSTON-SALEM, NC 27107 | 97586    0001153-00  S#0001124<br>PEZ CANDY INC<br>PO BOX 18341<br>NEWARK, NJ 07191 | 97586    0001154-00  S#0007434<br>PHAR MOR INC<br>20 FEDERAL PLAZA WEST<br>PO BOX 400<br>YOUNGSTOWN, OH 44501-0400 |
| 97586    0020181-00  S#0009838<br>PHELPS COMPANY INC<br>C/O SIDNER SVOBODA SCHILKE ET AL<br>1245 HILLS ROAD<br>FREMONT, NE 68025 | 97586    0069610-00  S#0005694<br>PHIL ANZALONE CUST<br>PHILIP JAMES ANZALONE<br>3182 PINE KNOLL COURT<br>KENNESAW, GA 30144 | 97586    0069611-00  S#0005481<br>PHIL E NORRIS &<br>DEBBIE M NORRIS<br>3154 MORGANTON BLVD SW<br>LENOIR, NC 28645-8608 |

Debtor:                Mafco Litigation Trust
Description:           Notice/Motion
Mailing Number:        0807A
Notices Mailed By:     08/01/2008   and sent to following creditors:

97586   0069612-00  S#0000775
PHIL LEBOV CUST
ANDREW LEBOV
43 FOX HILL ROAD
WOODBRIDGE, CT 06525

97586   0069613-00  S#0013389
PHIL OBIE
105 CLIFTON CT
VALDEZ, AK 99686

97586   0069614-00  S#0011550
PHILBERT R WILLIAMS &
MARCIA C WILLIAMS JT TEN
24039 DECORAH RD
DIAMOND BAR, CA 91765-1410

97586   0069615-00  S#0007525
PHILIP BERNE C/F
BENJAMIN CARLSON BERNE UGMA OH
210 WENTWORTH AVE
CINCINNATI, OH 45215

97586   0069616-00  S#0001965
PHILIP BOGITSH
319 EAST 24TH STREET #19F
NEW YORK, NY 10010

97586   0069617-00  S#0001967
PHILIP BOGITSH CUST
JACOB A BOGITSH UGMA/NY
319 EAST 24TH ST APT 19F
NEW YORK, NY 10010

97586   0069618-00  S#0003451
PHILIP BORKO
929 BUDD RD
ELLENVILLE, NY 12428-5734

97586   0069619-00  S#0010557
PHILIP CRAIG MORTON
4203 68TH ST
LUBBOCK, TX 79413

97586   0069620-00  S#0003849
PHILIP E ROESER
C/O PHIL'S SUNOCO
5340 PERRY HIGHWAY
PITTSBURGH, PA 15229-3001

97586   0069621-00  S#0012491
PHILIP FONG &
ELEANOR FONG
JT TEN
3724 PINOT CT
PLEASANTON, CA 94566

97586   0069622-00  S#0004419
PHILIP FREEDMAN
302 LARK DR
NEWARK, DE 19713

97586   0069623-00  S#0009700
PHILIP G DENVER CUST
DEE R DENVER UTMA MO
3106 FLORAL AVE
ST JOSEPH, MO 64506-1532

97586   0069624-00  S#0010011
PHILIP G SMITH CUST
RYAN A SMITH UTMA/AR
1626 SPRINGVIEW RD
POCAHONTAS, AR 72455

97586   0069625-00  S#0002042
PHILIP GETTER UGTMA/NY
CUST IAN MICHAEL BRYAN GETTER
310 EAST 46TH ST
APT 12-A
NEW YORK, NY 10017

97586   0069626-00  S#0013391
PHILIP GRANBERRY CUST
KEITH GRANBERRY
3255 RIVERVIEW DR
FAIRBANKS, AK 99709

97586   0069627-00  S#0000845
PHILIP HAJJ
13 DANA RD
DANBURY, CT 06811

97586   0069628-00  S#0007323
PHILIP J HORVATH CUST
PHILIP A HORVATH
285 E 218TH STRET
EUCLID, OH 44123

97586   0069629-00  S#0005246
PHILIP J JACKSON CUST
PHILIP M JACKSON
30 EDGEWOOD ST
WHEELING, WV 26003-5758

97586   0069630-00  S#0005425
PHILIP J ST MARTIN &
ELIZABETH A ST MARTIN JT TEN
42333 LAKEVIEW CIRCLE
MATTHEWS, NC 28105-7557

97586   0069631-00  S#0007120
PHILIP K FLYNN
1900 GRIFFITH PL
OWENSBORO, KY 42301-4631

97586   0069632-00  S#0008956
PHILIP KARMIN CUST
RACHEL RUTH KARMIN
230 CARY AVE
HIGHLAND PARK, FL 60035

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0069633-00  S#0001132
PHILIP L LAQUAGLIA &
IVONNE A LAQUAGLIA
1021 EDGEWOOD RD
ELIZABETH, NJ 07208

97586    0069634-00  S#0010618
PHILIP LUKE BAESE
975 HARRISON ST
DENVER, CO 80206

97586    0069635-00  S#0003031
PHILIP PETERSON CUST
JORDAN PETERSON
63 WHITEHALL BLVD
GARDEN CITY, NY 11530

97586    0069636-00  S#0012666
PHILIP R ADAMS CUST
ASHLEY G ADAMS
103 MOORE CREEK RD
SANTA CRUZ, CA 95060-2321

97586    0069637-00  S#0012663
PHILIP R ADAMS CUST
FBO BRYAN ANDERSON ADAMS
103 MOORE CREEK RD
SANTA CRUZ, CA 95060-2321

97586    0069638-00  S#0012661
PHILIP R ADAMS CUST
FBO MARK TRAINA ADAMS
103 MOORE CREEK RD
SANTA CRUZ, CA 95060-2321

97586    0069639-00  S#0007543
PHILIP R YEARY CUST
PATRICK R YEARY OTMA
219 SOLARAMA COURT
CINCINNATI, OH 45238

97586    0069640-00  S#0004093
PHILIP SCOTCH JR &
MARJORIE M SCOTCH
810 WILLOW ST
SCRANTON, PA 18505-1971

97586    0069641-00  S#0010175
PHILIP STEVEN BOYD
111 TEAKWOOD
ROCKWALL, TX 75087

97586    0069642-00  S#0000761
PHILIP T KING II
32 SUMAC ST
WEST HAVEN, CT 06516

97586    0069643-00  S#0010418
PHILIP T PIENKOS CUST
ANDREW T PIENKOS
50 TREESCAPE CIRCLE
THE WOODLANDS, TX 77381-4060

97586    0069644-00  S#0010419
PHILIP T PIENKOS CUST
ELIZABETH S PIENKOS
50 TREESCAPE CIRCLE
THE WOODLANDS, TX 77381-4060

97586    0069645-00  S#0001284
PHILIP T VADON &
DENISE G VADON
JT TEN
21 PENNSYLVANIA AVE
MONTVALE, NJ 07645-2216

97586    0069646-00  S#0013450
PHILIP WILLIAM BRIDGEMAN
4110 MARCIL AVE
MONTREAL, QC H4A 2Z6
CANADA

97586    0069647-00  S#0005270
PHILIP X KALTENBACH
218 N SUNSET DR
WINSTON-SALEM, NC 27101

97586    0069648-00  S#0006840
PHILLIP A GROCE
184 GLEN PARK DR 4
CORDOVA, TN 38018-9039

97586    0069649-00  S#0011738
PHILLIP C SAUCEDO
22131 MAVIS ST
GRAND TERRACE, CA 92313

97586    0069650-00  S#0007101
PHILLIP D ANDERSON CUST
FBO JUSTIN LEE ANDERSON
145 RAINTREE DR
PADUCAH, KY 42001

97586    0069651-00  S#0007102
PHILLIP DEAN ANDERSON CUST
NIKOLAS DEAN ANDERSON
145 RAINTREE DR
PADUCAH, KY 42001

97586    0069652-00  S#0004982
PHILLIP DERROW
1600 S EADS ST  1104N
ARLINGTON, VA 22202

97586    0069653-00  S#0004949
PHILLIP F HERRICK JR CUST
CHARLES C HERRICK UGMAVA
1119 LAURELWOOD DR
MCLEAN, VA 22102

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069654-00    S#0005823
PHILLIP J SCHWEIER
316 E YORK LANE
SAVANNAH, GA 31401

97586    0069655-00    S#0008402
PHILLIP L MIHALAKIS
2096 JUDSON DR
DUBUQUE, IA 52001

97586    0069656-00    S#0010849
PHILLIP M FOXHOVEN
11345 E BERYL AVE
SCOTTSDALE, AZ 85259

97586    0069657-00    S#0009796
PHILLIP MACELI & MARY A MACELI
& JESS MACELI &
INGRID A HARRY JT TEN
818 N BROADWAY ST
PITTSBURG, KS 66762

97586    0069658-00    S#0012351
PHILLIP NG &
SOPHIA NG JT TEN
50 HIMMELMANN PL
SAN FRANCISCO, CA 94133

97586    0069659-00    S#0013387
PHILLIP OBIE
105 CLIFTON CT
VALDEZ, AK 99686

97586    0069660-00    S#0005258
PHILLIP S LEINBACH CUST
MATTHEW C LEINBACH
14 MEADOW ST
BRIDGEPORT, WV 26330

97586    0069661-00    S#0013386
PHILLIP T OBIE
105 CLIFTON CT
VALDEZ, AK 99686

97586    0069662-00    S#0010033
PHILLIP W LOVELL CUST
BRANDI R MORRISON
1500 OAK KNOLLS
FORT SMITH, AR 72903

97586    0069663-00    S#0010032
PHILLIP W LOVELL CUST
CINNAMON R MORRISON
1500 OAK KNOLLS
FORT SMITH, AR 72903

97586    0069664-00    S#0003097
PHILLIP ZINKOFSKY CUST
NEIL HARRISON
3257 BENJAMIN RD
OCEAN SIDE, NY 11572

97586    0001164-00    S#0004590
PHILLIPS BUSINESS INFORMATION
1201 SEVEN LOCKS RD
PO BOX 61130
POTOMAC, MD 20854

97586    0000199-00    S#0003245
PHOTO VISUAL COMMUNICATION
RE: BRUCE BENNETT STUDIOS
222 MAIN ST
FARMINGDALE, NY 11735-2618

97586    0069665-00    S#0004647
PHUONG DO
10317 INWOOD AVE
SILVER SPRING, MD 20902

97586    0069666-00    S#0006405
PHYLLIS A GLENZ CUST
KATHERINE E GLENZ
505 CHANCELLAR DR
LUTZ, FL 33549-4548

97586    0069667-00    S#0006923
PHYLLIS A STAMPS
PO BOX 285
COOKEVILLE, TN 38503

97586    0069668-00    S#0002487
PHYLLIS B KNOWLES CUST
CHRISTOPHER B FLEIZACH
71 PARK DR
EASTCHESTER, NY 10709

97586    0069669-00    S#0002485
PHYLLIS B KNOWLES CUST
GREGORY K FLEIZACH
71 PARK DR
EASTCHESTER, NY 10709

97586    0069670-00    S#0003020
PHYLLIS BOLAND CUST
ANDREW MICHAEL BOLAND
490 ATLANTIC AVE APT 221
EAST ROCKAWAY, NY 11518-1435

97586    0069671-00    S#0000778
PHYLLIS COHEN CUST
JOSEPH Z COHEN
11 BROOK RD
WOODBRIDGE, CT 06525-1926

97586    0069672-00    S#0000896
PHYLLIS E NOBILE CUST
ZACHARY ISRAEL NOBILE KAMPLER
19 EASTON RD
WESTPORT, CT 06880

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069673-00   S#0011445
PHYLLIS GORBY KELLEY CUST
BRIAN KELLEY
3562 CROWNRIDGE DR
SHERMAN OAKS, CA 91403

97586    0069674-00   S#0004904
PHYLLIS HOFFER CUST
PAUL J DEMAIO
5313 DUNLEIGH DR
BURKE, VA 22015

97586    0069675-00   S#0013125
PHYLLIS I ZEGERS CUST
JOHNATHAN P ZEGERS
1256 NW TROOST
ROSEBURG, OR 97470-1813

97586    0069676-00   S#0000317
PHYLLIS REISNER CUST
LEONARD M REISNER UGMA MA
140 DAWSON DRIVE
NEEDHAM, MA 02192

97586    0069677-00   S#0001444
PHYLLIS SANDLER CUST
A/C/F MATTHEW SANDLER
26 WARDELL AVE
RUMSON, NJ 07760

97586    0069678-00   S#0006294
PHYLLIS SPIVAK CUST
AMY MCCARTNEY
4975 SW 76TH AVE
DAVIE, FL 33328-3807

97586    0069679-00   S#0012192
PICTURE ENTERTAINMENT CORP
BOX 854
PEBBLE BEACH, CA 93953

97586    0000764-00   S#0013407
PIMENTEL, JOSE
C/O ART & COMICS LTD
RUA CAMINHA DE AMORIM 336
SAO PAULO, SP 05451020
BRAZIL

97586    0001165-00   S#0004320
PINKERTON
PO BOX 7247 DEPT 8256
PHILADELPHIA, PA 19170-8256

97586    0000516-00   S#0001276
PINKUS, EVAN
86 OAK TRAIL RD
HILLSDALE, NJ 07642

97586    0001284-00   S#0013539
PIOTROWSKI, ROBERT
24 GAIR DR
ETOBICOKE, ONTARIO,  M8W  4P4
CANADA

97586    0001167-00   S#0007028
PITNEY BOWES
PO BOX 85390
LOUISVILLE, KY 40285

97586    0001168-00   S#0007031
PITNEY BOWES CREDIT CORP
A/C 4675344-001
PO BOX 85460
LOUISVILLE, KY 40285-5460

97586    0001169-00   S#0007030
PITNEY BOWES INC
PO BOX 85390
LOUISVILLE, KY 40285-5390

97586    0001171-00   S#0010948
PLANET STUDIOS
PO BOX 729
CHIMAYO, NM 87522

97586    0001173-00   S#0010949
PLANET STUDIOS INC
PO BOX 729
CHIMAYO, NM 87522-0284

97586    0001472-00   S#0001939
PLAYERS, THE
16 GRAMERCY PARK
NEW YORK, NY 10003

97586    0001174-00   S#0001970
PLAYTHINGS
51 MADISON AVE
NEW YORK, NY 10010-1675

97586    0001175-00   S#0001966
PLAYTHINGS
51 MADISON AVE,
NEW YORK, NY 10010

97586    0021071-00   S#0002845
POBER INDUSTRIAL SUPPLY CO
ATTN: DANIEL POBER
2342 143RD ST
WHITESTONE, NY 11357

97586    0000354-00   S#0002496
POGUE, D ERIC
41 FOREST CIRCLE
NEW ROCHELLE, NY 10804

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0001179-00   S#0000859
POLAND SPRING 0013258595
PROCESSING CENTER
777 W PUTNAM AVE
GREENWICH, CT 06830

97586    0001178-00   S#0000860
POLAND SPRING WATER CO
ACCT# 0017928052
777 W PUTNAM AVE
GREENWICH, CT 06830

97586    0000023-00   S#0001957
POLLINA, ADAM P
418 1/2 E 9TH ST #16
NEW YORK, NY 10009-4903

97586    0069680-00   S#0007411
POLLY L KEENER CUST
JUNE WHITNEY KEENER
37 ELMDALE AVE
AKRON, OH 44313-7645

97586    0069681-00   S#0005843
POLYDIUS INC
C-O ROBERT THOMAS III
BOX 638
THOMASVILLE, GA 31799

97586    0001182-00   S#0001645
POSTMASTER-CINNAMINSOM
ANDOVER RD
CINNAMINSOM, NJ 08077-9998

97586    0001183-00   S#0006865
POWER EQUIPMENT CO
3050 BROAD AVE
PO BOX 22007
MEMPHIS, TN 38122

97586    0001184-00   S#0011936
POWER PLUS TEMPORARY UTILITY
RE: POWER PLUS
681 S PARKER ST STE 300
ORANGE, CA 92868-4719

97586    0000934-00   S#0001137
POWERS, MARK
254 9TH ST #3R
JERSEY CITY, NJ 07302

97586    0001187-00   S#0001626
PRECISION ARTS
PAUL A MUSSO
4913 CHURCH RD
MOUNT LAUREL, NJ 08054-9550

97586    0001188-00   S#0010651
PREMIERE
PO BOX 55393
BOULDER, CO 80322-5393

97586    0021203-00   S#0003325
PRESTIGE MATERIALS HANDLING CO
414 W SUNRISE HWY STE 275
PATCHOGUE, NY 11772

97586    0069682-00   S#0005721
PRESTON D GOFORTH &
PHILLIP D GOFORTH JT TEN
4193 RANDY RD
LOGANSVILLE, GA 30249

97586    0069683-00   S#0004422
PRESTON J ROSS
11 ANDOVER COURT WILTON
NEW CASTLE, DE 19720

97586    0001189-00   S#0010855
PRIME MATRIX WIRELESS COMM
8901 E RAINTREE DR STE 100
SCOTTSDALE, AZ 85260-7026

97586    0069684-00   S#0006239
PRINCESS FELDMAN CUST
PAUL FELDMAN
11550 NE 21ST DR
NORTH MIAMI, FL 33181

97586    0069685-00   S#0010574
PRISCILLA R RUTHERFORD GDN
ANDREW CHARLES BROUGHTON
A MIN
469 TIMBER OAKS DR
EL PASO, TX 79932-3138

97586    0001196-00   S#0011733
PROFESSIONAL CANDY BUYER
PO BOX 2150
CATHEDRAL CITY, CA 92235

97586    0020329-00   S#0008372
PROFFESSIONAL ASSOC OF COMICS
ENTERTAINMENT RETAILERS (PACER)
525 SW 5TH ST #A
DES MOINES, IA 50309-4501

97586    0001201-00   S#0002359
PROFTECH LLC
PO BOX 573
ELMSFORD, NY 10523

97586    0001202-00   S#0004203
PROMO
PO BOX 3085
LANGHORNE, PA 19047