# EXHIBIT B
# (Part 4 of 4)

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0001204-00  S#0002097
PROTRAVEL INTERNATIONAL
515 MADISON AVE
NEW YORK, NY 10022

97586   0001209-00  S#0001799
PSS TRANSPORTATION INC
7 NICHOLAS CT
PO BOX 329
DAYTON, NJ 08810

97586   0001211-00  S#0011505
PUBLISHERS WEEKLY
PO BOX 16178
N HOLLYWOOD, CA 91615-6178

97586   0001212-00  S#0011504
PUBLISHERS WEEKLY
SUBSCRIPTION DEPT
PO BOX 16178
NORTH HOLLYWOOD, CA 91615

97586   0069686-00  S#0011264
PURITA S WARRINER CUST
FBO RAYMOND F WARRINER
13420 LUCAS PL
CERRITOS, CA 90701

97586   0001213-00  S#0008449
QUAD GRAPHICS INC
ATTN: ANN M EGELAND
W224 W 3322 DUPLAINVILLE RD
PEWAUKEE, WI 53072-4195

97586   0021043-00  S#0002993
QUEENS INDUSTRIAL ELECTRIC CRP
ATTN: DAVID MOLLET-SECRETARY
94-12 150 STREET
JAMAICA, NY 11435

97586   0069687-00  S#0013649
QUEK KANG HAN
11 B TELOK KURUA RD
SINGAPORE  1542
SINGAPORE

97586   0001218-00  S#0012355
QUICKRESPONSE SERVICES INC
DEPT 05039
PO BOX 39000
SAN FRANCISCO, CA 94139-5039

97586   0069688-00  S#0012865
QUIN C HOELLWARTH
9413 CEDARVIEW WAY
ELK GROVE, CA 95758

97586   0069689-00  S#0005662
QUINETTA D LEMONS CUST
ANDREW LEMONS
510 SWEET BIRCH LANE
ROSWELL, GA 30076

97586   0000489-00  S#0001603
QUINN (GARLAND), EILEEN F
210 ROCKLAND AVE
MAPLE SHADE, NJ 08052-1831

97586   0001458-00  S#0004123
QUINNETTE, TERRI L
RE: TERRI LEE CALPINO
4200 TERSHER DR
DOYLESTOWN, PA 18901

97586   0069690-00  S#0007599
QUINTANA GIAMBRONE
2179 RED ROCK DR
BEVERCREEK, OH 45431

97586   0069691-00  S#0001183
R ABBATOMARCO
630 ALBERT PL
RIDGEWOOD, NJ 07450-5309

97586   0069692-00  S#0008629
R ANDREW SWINNEY CUST
JOHN C SWINNEY UTMA/WI
1716 HICKORY STREET
OSHKOSH, WI 54902

97586   0069693-00  S#0003787
R BRUCE STEWART
330 W WASHINGTON AVE
ELMIRA, NY 14901-1810

97586   0069694-00  S#0013418
R CHARLTON
IN TRUST FOR ALEXANDER
505-710 DORVAL DRIVE
OAKVILLE, ON
CANADA

97586   0069695-00  S#0011669
R DUNCAN
4216 COPELAND AVE
SAN DIEGO, CA 92105

97586   0069696-00  S#0008688
R EDWARD BERGMARK CUST
BRIAN BERGMARK
747 EVERGREEN KNOLLS
MENDOTA HEIGHTS, MN 55118

97586   0069697-00  S#0001616
R ERICH FLORENTINE CUST
JUSTIN F FLORENTINE
257 ST CLAIR DR
MT LAUREL, NJ 08054

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069698-00   S#0005412<br>R FINLEY SNIPES JR CUST<br>ROBERT F SNIPES III<br>1607 KENAN ST<br>WILSON, NC 27893-2254 | 97586    0069700-00   S#0011663<br>R JAMES COURTICE &<br>RANDY J COURTICE<br>1576 PROMONTORY RIDGE WAY<br>VISTA, CA 92083 | 97586    0069701-00   S#0000205<br>R JEFFREY PARKER<br>44 COURT ST<br>DEDHAM, MA 02026 |
| 97586    0069702-00   S#0012294<br>R KENT MOORE<br>9 BRADFORD ST<br>SAN FRANCISCO, CA 94110-5710 | 97586    0069703-00   S#0007134<br>R MATTHEW GILLETTE CUST<br>M JOSEPH GILLETTE<br>2716 COPPERHILL DR<br>DUBLIN, OH 43016-8437 | 97586    0069704-00   S#0001399<br>R MORRIS<br>82 HENESSEY ST<br>LONG BRANCH, NJ 07740 |
| 97586    0069705-00   S#0000671<br>R PAUL HUNTER CUST<br>TIMOTHY T HUNTER<br>33 BURBAN DR<br>BRANFORD, CT 06405 | 97586    0069706-00   S#0011735<br>R THOMAS CAFFERY II &<br>NANCY KELL CAFFERY JT TEN<br>40-964 SONATA COURT<br>PALM DESERT, CA 92260 | 97586    0069707-00   S#0002839<br>RACHEL EFRATI CUST GIL EFRATI<br>121-26 KEEL COURT<br>COLLEGE POINT, NY 11356-1154 |
| 97586    0069709-00   S#0005121<br>RACHEL ELIZABETH BEK<br>2416 HUNTING HORN WAY<br>VIRGINIA BEACH, VA 23456 | 97586    0069710-00   S#0002297<br>RACHEL KIM<br>1925 EASTCHESTER RD<br>APT 24E<br>BRONX, NY 10461-2107 | 97586    0069711-00   S#0006109<br>RACHEL L MUKAMAL<br>3021 N 34 STREET<br>HOLLYWOOD, FL 33021-2623 |
| 97586    0069712-00   S#0004329<br>RACHEL M KEROLLIS CUST FOR<br>ROBIN L KEROLLIS-SMEDDY UGMA P<br>546 LANCASTER CT<br>DOWNINGTON, PA 19335 | 97586    0069713-00   S#0003443<br>RACHEL V POLIS<br>815 TROTTINGHAM DR<br>SCHENECTADY, NY 12309-3013 | 97586    0001225-00   S#0010272<br>RADIO SHACK ADVERTISING<br>100 THROCKMORTON ST STE 300<br>FORT WORTH, TX 76102 |
| 97586    0000948-00   S#0002492<br>RAGONE, MARTIN<br>65 FANEUIL PL<br>NEW ROCHELLE, NY 10801 | 97586    0069714-00   S#0002929<br>RAINER C MARTIN<br>43 19 68TH ST<br>WOODSIDE, NY 11377 | 97586    0069715-00   S#0001818<br>RAKSHA KAVERIA<br>144 WINTHROP RD<br>EDISON, NJ 08817 |
| 97586    0069716-00   S#0011618<br>RALPH BERNAL &<br>PENNY BERNAL JT TEN<br>1956 CIRCLE PARK LANE<br>ENCINITAS, CA 92024-1928 | 97586    0069717-00   S#0008415<br>RALPH CUSHMAN &<br>AUDREY CUSHMAN JT TEN<br>1101 SOUTH STARR AVE<br>BURLINGTON, IA 52601-3138 | 97586    0069718-00   S#0013016<br>RALPH DANIEL &<br>HA YEN DANIEL JT TEN<br>1616 KEWALO ST APT #307<br>HONOLULU, HI 96822-3105 |
| 97586    0001228-00   S#0010745<br>RALPH DAVEY BROKERAGE INC<br>1039 WEST RIVER VISTA COVE<br>RIVERTON, UT 84065 | | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069719-00  S#0004462<br>RALPH E MARVEL &<br>BETTY F MARVEL<br>RTE 2 BOX 119<br>DAGSBORO, DE 19939 | 97586   0069720-00  S#0010234<br>RALPH E MIDDLETON &<br>MELBA J MIDDLETON JTTEN<br>P O BOX 5031<br>TEXARKANA, TX 75505 | 97586   0069721-00  S#0004138<br>RALPH E RICK<br>526 E CALLOWHILL ST<br>PERKASIE, PA 18944 |
| 97586   0069722-00  S#0012485<br>RALPH H SCHWARTZ CUST<br>ALEXANDER J SCHWARTZ UTMA/CA<br>1 FLEETWOOD COURT<br>ORINDA, CA 94563-4003 | 97586   0069723-00  S#0012484<br>RALPH H SCHWARZ CUST<br>DANIEL R SCHWARZ UTMA/CA<br>1 FLEETWOOD CT<br>ORINDA, CA 94563-4003 | 97586   0069724-00  S#0012483<br>RALPH H SCHWARZ CUST<br>PETER R SCHWARZ<br>1 FLEETWOOD CT<br>ORINDA, CA 94563-4003 |
| 97586   0069725-00  S#0009951<br>RALPH J FERNANDEZ<br>520 N LEWIS ST STE 103<br>NEW IBERIA, LA 70560 | 97586   0069726-00  S#0007815<br>RALPH L CONDERMAN<br>509 N RANGE ST<br>WOLCOTT, IN 47995 | 97586   0069727-00  S#0007307<br>RALPH L DANNLEY<br>3691 RUNNYMEADE BLVD<br>CLEVELAND HEIGHTS, OH 44121 |
| 97586   0069728-00  S#0007442<br>RALPH M FAJACK CUST<br>NICHOLAS J FAJACK<br>8108 HUNTING VLY<br>YOUNGSTOWN, OH 44512-8116 | 97586   0069729-00  S#0012804<br>RALPH M NEAL CUST<br>MORGAN MUNDON NEAL<br>2123 BIGHAM CT<br>EUREKA, CA 95503 | 97586   0001232-00  S#0008444<br>RALPH MARLIN & CO INC<br>PO BOX 999<br>HARTLAND, WI 53029-0999 |
| 97586   0069730-00  S#0003017<br>RALPH MEDOFF<br>26 CEDATHURST AVE<br>CEDARHURST, NY 11516-2142 | 97586   0069731-00  S#0006818<br>RALPH N ANDERSON<br>682 SHERMAN PL<br>KINGSPORT, TN 37660 | 97586   0069732-00  S#0004060<br>RALPH R RENNINGER<br>BOX 747<br>TREXLERTOWN, PA 18087 |
| 97586   0069733-00  S#0004782<br>RALPH RAPHAEL CUST<br>DAVID J RAPHAEL<br>6102 IVYDEAN TER<br>BALTIMORE, MD 21209 | 97586   0069734-00  S#0007792<br>RALPH S HARDING<br>BOX 659<br>SHOALS, IN 47581 | 97586   0069735-00  S#0005507<br>RALPH S KENNEDY CUST<br>CARLISLE EVANS KENNEDY UGMA<br>617 WOODLAND WAY<br>LEESVILLE, SC 29070-7414 |
| 97586   0069736-00  S#0005506<br>RALPH S KENNEDY CUST<br>LAUREN ELIZABETH KENNEDY UGMA<br>617 WOODLAND WAY<br>LEESVILLE, SC 29070-7414 | 97586   0069737-00  S#0012966<br>RALPH S T YEE<br>1279 ALOHA OE DR<br>KAILUA, HI 96734 | 97586   0069738-00  S#0009797<br>RALPH W SPEER &<br>SUSAN J SPEER JT TEN<br>3 MEADOW LANE<br>ARKANSAS CITY, KS 67005 |
| 97586   0020117-00  S#0009569<br>RALSTON FOODS INC<br>ATN: LARRY D WATSON-MGR CORPCREDIT<br>800 MARKET ST<br>ST LOUIS, MO 63101 | 97586   0069739-00  S#0012161<br>RAMIRO R GUTIERREZ CUST<br>SOFIA MARIE JOHNSON<br>2511 GRAPEWOOD WAY<br>MADERA, CA 93637 | 97586   0069740-00  S#0012769<br>RAMON ORTIZ LUNA &<br>ANITA LUNA JTWROS<br>2728 MERLE AVE<br>MODESTO, CA 95355-9353 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069741-00  S#0011238<br>RAMSEY EZAKI CUST FBO<br>EVAN YASUO EZAKI UTMA 21<br>1625 E CAMPO NUEVO DR<br>WHITTIER, CA 90603 | 97586   0069742-00  S#0011926<br>RANDAL G CORMIER<br>100 W MIDWAY DR 132<br>ANAHEIM, CA 92805 | 97586   0069743-00  S#0011958<br>RANDALL A GREENWOOD &<br>KERRY GREENWOOD JT TEN<br>15547 MALLORY COURT<br>MOORPARK, CA 93021 |
| 97586   0069744-00  S#0010561<br>RANDALL L BRIGHAM &<br>SANDRA BRIGHAM JT TEN<br>13635 FM RD 1661<br>STAMFORD, TX 79553 | 97586   0069745-00  S#0010518<br>RANDALL L WEBBER TR<br>ANNUAL EXCLUSION TRUST<br>FOR RAWLEY LYON WEBBER<br>4917 DELWOOD ST APT C1<br>CORPUS CHRISTI, TX 78413-5108 | 97586   0069746-00  S#0007802<br>RANDALL LEE OLIVER<br>2858 MT VERNON AVE<br>EVANSVILLE, IN 47712-5822 |
| 97586   0069747-00  S#0007907<br>RANDALL O HARSHMAN<br>57261 COPPER CREEK DR<br>WASHINGTON, MI 48094 | 97586   0069748-00  S#0004821<br>RANDALL TODD MOORE<br>4609 COLLEGE AVE<br>BALTIMORE, MD 21229 | 97586   0001302-00  S#0013071<br>RANDALL, RON<br>1544 NE 73RD AVE<br>PORTLAND, OR 97213 |
| 97586   0069749-00  S#0011970<br>RANDI GREENBERG CUST<br>CORY GREENBERG<br>3264 DARBY ST 142<br>SIMI VALLEY, CA 93063 | 97586   0069750-00  S#0011113<br>RANDOLF ARGUELLES<br>3220 SAWTELLE BLVD APT 207<br>LOS ANGELES, CA 90066-1615 | 97586   0069751-00  S#0005433<br>RANDOLPH BURCH<br>1634 GARDEN TER<br>CHARLOTTE, NC 28203-5836 |
| 97586   0069752-00  S#0008237<br>RANDY A OBERSON CUST<br>MATTHEW E OBERSON<br>2620 WALDEN WOODS COURT<br>MIDLAND, MI 48640-6953 | 97586   0069753-00  S#0011551<br>RANDY A WALLACE JR<br>24401 GABLE CT<br>DIAMOND BAR, CA 91765-1464 | 97586   0069754-00  S#0008381<br>RANDY AARON REINWASSER<br>7706 MARILYN DR<br>DES MOINES, IA 50322 |
| 97586   0069755-00  S#0003296<br>RANDY ABRAMOWITZ<br>11 SERPENTINE LANE<br>LEVITTOWN, NY 11756-3843 | 97586   0069756-00  S#0011651<br>RANDY AYERS<br>23919 BENITO WAY<br>RAMONA, CA 92065-4167 | 97586   0069757-00  S#0010373<br>RANDY BUCK<br>2602 MOSS HILL<br>HOUSTON, TX 77080 |
| 97586   0069758-00  S#0005339<br>RANDY C LONG<br>4303 S SHILAH RD<br>GARNER, NC 27529 | 97586   0069759-00  S#0000438<br>RANDY CASWELL<br>29 JO ELLEN DR<br>MERRIMACK, NH 03054 | 97586   0069760-00  S#0008579<br>RANDY COPPERNOLL<br>4802 WINNEQUAH RD<br>MONONA, WI 53716 |
| 97586   0069761-00  S#0008437<br>RANDY HANCKS &<br>ELIZABETH HANCKS<br>1328 E 12TH ST<br>DAVENPORT, IA 52803-4140 | 97586   0069762-00  S#0007859<br>RANDY J GILBERT &<br>SUSAN A GILBERT<br>1424 COURT ST<br>PORT HURON, MI 48060 | 97586   0069764-00  S#0007786<br>RANDY J SOLLARS CUST FOR<br>JONATHAN M LAMB UGMA IN<br>901 S DEVONSHIRE<br>YORKTOWN, IN 47396 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069765-00    S#0005265
RANDY JONES
P.O. BOX 2110
KING, NC 27021

97586    0069766-00    S#0009444
RANDY LEE LONG
200 BAYHILL BLVD
GLEN CARBON, IL 62034-2974

97586    0069767-00    S#0005418
RANDY MCKINNISH
2335 AUTUMWOOD TRAIL
GASTONIA, NC 28056

97586    0069768-00    S#0009983
RANDY SELF , DEBI SELF &
JAY SELF  JT TEN
35 AZALEA CIRCLE
BENTON, AR 72015

97586    0069769-00    S#0011964
RANDY SHOEMAKER
3262 COLE ST
SIMI, CA 93063

97586    0069770-00    S#0010968
RANDY SKAARE &
SAM SUZANNE SHRIMPTON
JT TEN
1086 EASTRIDGE WAY
LAS VEGAS, NV 89110-2931

97586    0069771-00    S#0006627
RANDY SWAIN
2013 NE COLLINS CIRCLE
APT 90
JENSEN BEACH, FL 34957-6628

97586    0069772-00    S#0012667
RANDY T ADRIAN CUST
SHELSEA CARYN ADRIAN
136 SURFSIDE AVE
SANTA CRUZ, CA 95060-5330

97586    0069773-00    S#0010567
RANDY TURNER &
SANDY TURNER
4901 LANCASTER DR
ODESSA, TX 79762

97586    0069774-00    S#0013162
RAOUL RIVERA CUST
ANDRE RIVERA
15308 60TH AVE W
EDMONDS, WA 98026

97586    0069775-00    S#0013163
RAOUL RIVERA CUST
ANGELA RIVERA
15308 60TH AVE W
EDMONDS, WA 98026

97586    0069776-00    S#0001895
RAPHAEL CHELI
BOX 282
THREE BRIDGES, NJ 08887

97586    0069777-00    S#0005128
RAPHAEL HALIOVA CUST
NESSIM HALIOVA U/VA/UTMA
712 SOUTHLEAF DR
VIRGINIA BEACH, VA 23462

97586    0069778-00    S#0006223
RAPHAEL OQUENDO
11428 SW 74 ST
MIAMI, FL 33173

97586    0001233-00    S#0002617
RAPID STEEL SUPPLY CORP
27 DENTON AVE
NEW HYDE PARK, NY 11040

97586    0021038-00    S#0002616
RAPID STEEL SUPPLY CORP
ATTN: ROY WEINSTEIN-VICE PRESIDENT
27 DENTON AVE
NEW HYDE PARK, NY 11040

97586    0001437-00    S#0003111
RASO, SUSAN
347 OCEANSIDE PKWY
OCEANSIDE, NY 11572

97586    0069779-00    S#0004512
RAUF ADAM DEMIRKAN
11150 GAIL CT
LAPLATA, MD 20646

97586    0069780-00    S#0005413
RAY  & AILEEN CULPEPPER JT TEN
JT TEN /WROS
182 STAR RTE
CURRITUCK, NC 27929

97586    0069781-00    S#0008730
RAY D HURLEY
4475 FOREST LAKE LNDG
MOUND, MN 55364-9747

97586    0069782-00    S#0010964
RAY DANIEL SMITH
3176 JUANITA
LAS VEGAS, NV 89102-7318

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0069783-00   S#0006976
RAY ELLIOTTE DDS
2468 FINCHVILLE ROAD
SHELBYVILLE, KY 40065

97586   0069784-00   S#0006618
RAY H NG
2233 WHITE EAGLE ST
CLERMONT, FL 34711

97586   0069785-00   S#0012127
RAY M BUBAN
645 GARCIA RD
ATASCADERO, CA 93422

97586   0069786-00   S#0007782
RAY MORRIS EDWARDS
672 SOUTH GREENSBORO PIKE
NEW CASTLE, IN 47362

97586   0069787-00   S#0012231
RAY PETERSEN CUST
JESICA L PETERSEN
927 LINDA MAR BLVD
PACIFICA, CA 94044

97586   0069788-00   S#0007534
RAY S BOTTORFF JR
6450 FAUST
DETROIT, MI 45228

97586   0069789-00   S#0006188
RAY SHORR
6431 SW 36TH ST
MIAMI, FL 33155

97586   0069790-00   S#0003941
RAY SZOSZOREK JR
2213 WOODLAWN
ERIE, PA 16510-1261

97586   0069791-00   S#0008150
RAY W HARRIS JR
8711 FOSTER RD
CLARKSTON, MI 48346

97586   0069792-00   S#0013508
RAY WILLIAMS
253 PROSPECT ST S
HAMILTON, ON L8M 2Z8
CANADA

97586   0069793-00   S#0002688
RAYMOND A HANLEY
PO BOX 090111
BROOKLYN, NY 11209

97586   0069794-00   S#0002333
RAYMOND A SANABRIA JR C/F
RAYMOND SANABRIA SR UGMA NY
1130 EVERGREEN AVE
BRONX, NY 10472

97586   0069795-00   S#0007052
RAYMOND A YOZWIAK CUST
FRANK EDWARD YOZWIAK
2040 BRIDGEPORT DR
LEXINGTON, KY 40502-2616

97586   0069796-00   S#0007051
RAYMOND A YOZWIAK DMD CUST
RAYMOND JOSEPH YOZWIAK
2040 BRIDGEPORT DR
LEXINGTON, KY 40502-2616

97586   0069797-00   S#0009397
RAYMOND B STEPHENS JR &
RUTH M STEPHENS JTTEN
713 GUTHRIE
OTTAWA, IL 61350

97586   0069798-00   S#0000800
RAYMOND C H BRYAN CUST
AZURAH C BERTRAND
5 GOLF VIEW DR
EASTON, CT 06612-2156

97586   0069799-00   S#0013262
RAYMOND C SCHMIDTKE JR
24647 SE 44TH ST
ISSAQUAH, WA 98209-7544

97586   0069800-00   S#0013166
RAYMOND C SCHMIDTKE JR CUST
BARRETT C SCHMIDTKE U/GTMA
24647 SE 44TH ST
ISSAQUAH, WA 98209-7544

97586   0069801-00   S#0013168
RAYMOND C SCHMIDTKE JR CUST
MICHAEL T SCHMIDTKE U/GTMA
24647 SE 44TH ST
ISSAQUAH, WA 98029-7544

97586   0069802-00   S#0013167
RAYMOND C SCHMIDTKE JR CUST
RAYMOND CALVIN SCHMIDTKE III
24647 SE 44TH ST
ISSAQUAH, WA 98029-7544

97586   0069803-00   S#0007355
RAYMOND C ZANDER &
LORI J ZANDER JT TEN
15509 GLENWOOD AVE
MAPLE HEIGHTS, OH 44137

97586   0069804-00   S#0007811
RAYMOND D MARTYN CUST
JANE DICKSON MARTYN
4635 DOE PATH LN
LAFAYETTE, IN 47905-8516

97586   0069805-00   S#0007812
RAYMOND D MARTYN CUST
RAYMOND D MARTYN III
4635 DOE PATH LN
LAFAYETTE, IN 47905-8516

97586   0069807-00   S#0004823
RAYMOND D TAFT CUST
ADRIAN DAVID TAFT U/MD/UTMA
8205 EVERGREEN DRIVE
BALTIMORE, MD 21234

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069808-00   S#0004825<br>RAYMOND D TAFT CUST<br>ALICIA L TAFT U/MD/UTMA<br>8205 EVERGREEN DRIVE<br>BALTIMORE, MD 21234 | 97586    0069809-00   S#0009374<br>RAYMOND DASSO TR<br>11/16/93<br>RAYMOND DASSO TRUST<br>843 47TH AVE<br>EAST MOLINE, IL 61244 | 97586    0069810-00   S#0004824<br>RAYMOND DAVID TAFT &<br>MARIA L TAFT JTTEN<br>8205 EVERGREEN DRIVE<br>BALTIMORE, MD 21234 |
| 97586    0069811-00   S#0009291<br>RAYMOND G INIQUEZ JR<br>19 CONTI PKWY<br>ELMWOOD PARK, IL 60635 | 97586    0069812-00   S#0008049<br>RAYMOND G LANDE &<br>BRENDA N LANDE JT TEN<br>1217 BISHOP RD<br>GROSSE POINTE PK, MI 48230-1143 | 97586    0069813-00   S#0006727<br>RAYMOND J LOVE<br>BOX 3048<br>OPELIKA, AL 36803-3048 |
| 97586    0069814-00   S#0010116<br>RAYMOND J ST CLAIR<br>5557 E 47TH PL 413<br>TULSA, OK 74135 | 97586    0069815-00   S#0013210<br>RAYMOND J WALTERS CUST<br>LUCAS J WALTERS<br>516 N 60TH ST<br>SEATTLE, WA 98103 | 97586    0069816-00   S#0003535<br>RAYMOND KRYSSING<br>1056 BLOODY POND RD<br>CINCINNATUS, NY 13040-9624 |
| 97586    0069817-00   S#0005256<br>RAYMOND L SNIDER JR CUST<br>DAVID P SNIDER<br>RT 1 BOX 128<br>WAVERLY, WV 26184-9716 | 97586    0069818-00   S#0004511<br>RAYMOND L WENDERLICH CUST<br>RAYMOND J WENDERLICH<br>220 HOILE LN<br>HUNTINGTOWN, MD 20639 | 97586    0069819-00   S#0000368<br>RAYMOND MC CALLOUGH<br>1248 S MAIN ST<br>FALL RIVER, MA 02724 |
| 97586    0069820-00   S#0000077<br>RAYMOND P BARONI JR &<br>LAURIE A BARONI JTTEN<br>47 SOUTH OXFORD ROAD<br>MILLBURY, MA 01527 | 97586    0069821-00   S#0009715<br>RAYMOND PFAFF CUST<br>CHRISTOPHER PFAFF<br>3407 VALENCIA DR<br>COLUMBIA, MO 65203 | 97586    0069822-00   S#0009119<br>RAYMOND R HAACK &<br>PHYLLIS A HAACK JT TEN<br>523 WESTOVER LANE<br>SCHAUMBURG, IL 60193 |
| 97586    0069823-00   S#0005100<br>RAYMOND REESE HILL<br>3809 DEER PATH RD<br>SUFFOLK, CA 23434-7335 | 97586    0069826-00   S#0003752<br>RAYMOND S COWEN CUST<br>DAVIS M COWEN<br>355 RHINECLIFF DR<br>ROCHESTER, NY 14618 | 97586    0069824-00   S#0004162<br>RAYMOND S COWEN CUST<br>KATHRYN B WUNDERLE<br>220 CLEARVIEW AVE<br>HUNTINGTON, PA 19006 |
| 97586    0069827-00   S#0003751<br>RAYMOND S COWEN CUST<br>LAUREN B COWEN<br>355 RHNECLIFF DR<br>ROCHESTER, NY 14618 | 97586    0069825-00   S#0004165<br>RAYMOND S COWEN CUST<br>ROBERT A WUNDERLE<br>220 CLEARWATER AVE<br>HUNTNGTON VALLEY, PA 19006 | 97586    0069828-00   S#0003171<br>RAYMOND SCHEIN<br>20 PEARSALL ST<br>BABYLON, NY 11702 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069829-00   S#0000894
RAYMOND STEFFEN
3 MAPLE LANE
WESTPORT, CT 06880

97586    0069830-00   S#0006264
RAYMOND YOUNG
5448 N.W. 56TH CT
TAMARAC, FL 33319-2519

97586    0069831-00   S#0005179
RAZMIK BABOORIAN
3707 MALBON  WAY
CHESTERFIELD, VA 23832

97586    0001236-00   S#0010807
RCI MARKETING
519 W 8TH ST
MESA, AZ 85201

97586    0069832-00   S#0012356
REA INVESTIGATIONS
CHRIS BROWN ADM
BOX 420529
SAN FRANCISCO, CA 94142-0529

97586    0069833-00   S#0012268
REAGAN JEW &
SHIRLEY JEW JT TEN
505-D PORPOISE BAY TERR
SUNNYVALE, CA 94089-1755

97586    0069834-00   S#0006852
REAGAN RYDER
4770 COLE RD
MEMPHIS, TN 38117

97586    0069835-00   S#0011059
REBECA COHL
BOX 3765
LOS ANGELES, CA 90028

97586    0069836-00   S#0000741
REBECCA A ALDRICH
1092 OLD ROCK HILL ROAD
WALLINGTON, CT 06492

97586    0069837-00   S#0009277
REBECCA A MARTIN
5412 N SPAULDING AVE
CHICAGO, IL 60625-4608

97586    0069838-00   S#0008489
REBECCA BARDWELL CUST
ASASYS HOPE BRAASKMA
2228 NEWBERRY BLVD
MILWAUKEE, WI 53211

97586    0069840-00   S#0013214
REBECCA C CORNIEL CUST
MITCHELL A CORNIEL
2116 SW TRENTON
SEATTLE, WA 98106-2286

97586    0069841-00   S#0002877
REBECCA CHAN
75-81 177 ST
FRESH MEADOWS, NY 11366-1522

97586    0069842-00   S#0005123
REBECCA D BEK CUST
BRIAN DAVID BEK UTMA/VA
2416 HUNTING HORN WAY
VIRGINIA BEACH, VA 23456

97586    0069843-00   S#0005118
REBECCA D BEK CUST
MORGAN MCTEER BEK UTMA/VA
2416 HUNTING HORN WAY
VIRGINIA BEACH, VA 23456

97586    0069844-00   S#0005124
REBECCA D BEK CUST
RACHEL ELIZABETH BEK UTMA/VA
2416 HUNTING HORN WAY
VIRGINIA BEACH, VA 23456

97586    0069845-00   S#0010721
REBECCA J BECK
12913 INDIO AVENUE
OROFINO, ID 83544

97586    0069846-00   S#0007145
REBECCA J MARTIN CUST
AMY L MARTIN
229 PONTIOUS LANE
CIRCLEVILLE, OH 43113

97586    0069847-00   S#0007146
REBECCA J MARTIN CUST
EMILY A MARTIN
229 PONTIOUS LANE
CIRCLEVILLE, OH 43113

97586    0069848-00   S#0003798
REBECCA K RICH
1807 N VILLA DR
GIBSONIA, PA 15044

97586    0069849-00   S#0007419
REBECCA L DESMOND CUST
ERIN L DESMOND
527 N ST CLAIR
GIRARD, OH 44420

97586    0069850-00   S#0010472
REBECCA L PORTER
1340 CANDLESTICK CIRCLE
BEAUMONT, TX 77706

97586    0069851-00   S#0003790
REBECCA LYNN MCCADNEY
302 PARK HILL RD
BADEN, PA 15005

97586    0069852-00   S#0008660
REBECCA R TATE
2229 BURMA LANE
SO ST PAUL, MN 55075

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069853-00  S#0000712<br>REBECCA RAUCCI<br>114 CORONA DRIVE<br>MILDORD, CT 06460 | 97586   0069854-00  S#0006587<br>REBECCA T DOYLE &<br>EDWARD L DOYLE III JT TEN<br>8043 STAG LN<br>NEW PORT RICHEY, FL 34653 | 97586   0069855-00  S#0011212<br>REBECCA UPCHURCH C/F<br>ALEXANDER UPCHURCH U/CA/UGMA<br>215 GEORGINA AVE<br>SANTA MONICA, CA 90402 |
| 97586   0069856-00  S#0011211<br>REBECCA UPCHURCH C/F<br>ANDREW J UPCHURCH U/CA/UTMA<br>215 GEORGINA AVENUE<br>SANTA MONICA, CA 90402 | 97586   0069857-00  S#0000473<br>REBECCA WHITE<br>165 BAKER ST<br>KEENE, NH 03431 | 97586   0069858-00  S#0008023<br>REBECCA ZDANOWSKI CUST<br>AARON JAMES ZDANOWSKI<br>17301 DAWNSHIRE COURT<br>RIVERVIEW, MI 48192-8595 |
| 97586   0000724-00  S#0011199<br>REBNER, JEFF<br>13856 BORA BORA WAY #C224<br>MARINA DEL REY, CA 90292-6885 | 97586   0020003-00  S#0001552<br>REED ELSEVIER INC<br>ATTN: JACK WOLFE-DIR CRDT SVCS<br>121 CHANLON RD<br>NEW PROVIDENCE, NJ 07974 | 97586   0069859-00  S#0013181<br>REED PARSLEY CUST<br>CHASE C PARSLEY<br>3501 88TH SE<br>MERCER ISLAND, WA 98040 |
| 97586   0069860-00  S#0001259<br>REENA FORST<br>146 VAN NOSTRAND AVE<br>ENGLEWOOD, NJ 07631 | 97586   0069861-00  S#0006669<br>REEVES RICKMAN WARREN<br>C/F LAVONE WARREN<br>2905 RYECROFT RD<br>BIRMINGHAM, AL 35223 | 97586   0069862-00  S#0006123<br>REGGIE B WILLIAMS &<br>ALVILDIA J WILLIAMS JT TEN<br>1020 NW 192ND AVE<br>PEMBROKE PINES, FL 33029 |
| 97586   0069863-00  S#0003622<br>REGGIE D SANDERS<br>1021 OLEAN RD LOT 42<br>EAST AURORA, NY 14052-9754 | 97586   0069864-00  S#0005642<br>REGIE CHARLES HARRIS CUST<br>HANNAH MARTIN HARRIS<br>C/O O E STARNES<br>21 QUEEN ANNE DR<br>MABLETON, GA 30059 | 97586   0069865-00  S#0005720<br>REGINA E JOHNSON<br>5659 FOREST DR<br>LILBURN, GA 30247-6505 |
| 97586   0069867-00  S#0002882<br>REGINA LANGER<br>141-48 72ND DR<br>FLUSHING, NY 11367 | 97586   0069868-00  S#0010246<br>REGINALD HARDEN<br>1709 GERALDINE LN<br>ARLINGTON, TX 76010 | 97586   0069869-00  S#0009178<br>REGINALD J HU<br>31 BRECKENRIDGE DR<br>AURORA, IL 60504 |
| 97586   0069870-00  S#0004308<br>REGINALD SEABREEZE<br>5611 MC MAHON<br>PHILADELPHIA, PA 19144 | 97586   0069871-00  S#0007791<br>REID K TAUBE TR<br>REID K TAUBE PRIMARY TRUST<br>55 PINE DR BOX 471<br>SANTA CLAUS, IN 47579 | 97586   0068207-00  S#0006763<br>REISMEYER, MATTHEW P<br>748 PINE GROVE RD<br>SMITHVILLE, TN 37166-7331 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0069872-00   S#0000491 | 97586    0069873-00   S#0002000 | 97586    0069874-00   S#0003263 |
| RENA M DAVID | RENA ROSENFELD & | RENATE CAGGIANO CUST |
| 2A ITHACA LANE | MARILYN MERCOGLIANO JT TEN | BRYAN CAGGIANO |
| BOX 153 | 295 WEST 11TH ST #3E | 1371 CARLL'S STRAIGHT PATH |
| NEWMARKET, NH 03857 | NEW YORK, NY 10014 | DIX HILLS, NY 11746 |
| | | |
| 97586    0069875-00   S#0002802 | 97586    0000270-00   S#0002205 | 97586    0069876-00   S#0004275 |
| RENATO ARLORO | RENAUD, CHRISTOPHER | RENE M PRESSER |
| 1530 E 32ND STREET | 400 E 89TH ST | 475 COOPER BEECH CIRCLE |
| BROOKLYN, NY 11234 | NEW YORK, NY 10128-6731 | ELKINS PARK, PA 19117 |
| | | |
| 97586    0069877-00   S#0011185 | 97586    0069878-00   S#0007301 | 97586    0069879-00   S#0009453 |
| RENEE KASTENBAUM CUST | RENEE LICHTMAN CUST | RENEE M MC WHORTER C/F |
| JUSTIN KASTENBAUM | BRANDON S LICHTMAN | RYAN MC WHORTER UGMA IL |
| 6330 SATTES DR | 2220 S BELVOIR RD | 19 MARK DRIVE |
| RANCHO PALOS VERD, CA 90275 | UNIVERSITY HTS, OH 44118 | FAIRVIEW HEIGHTS, IL 62208 |
| | | |
| 97586    0069880-00   S#0009454 | 97586    0069881-00   S#0005649 | 97586    0063547-00   S#0006375 |
| RENEE MC WHORTER C/F | RENEE MIGDALL CUST | REPLOGLE, ERIC |
| SARA MC WHORTER UGMA IL | BROOKE MIGDALL | 2875 WINDSWEPT DR APT 104 |
| 19 MARK DRIVE | 3004 MANNING DR | LANTANA, FL 33462-2496 |
| FAIRVIEW HEIGHTS, IL 62208 | MARIETTA, GA 30062 | |
| | | |
| 97586    0069882-00   S#0013003 | 97586    0069883-00   S#0010006 | 97586    0069884-00   S#0003926 |
| REUEL TOYAMA | REX CHRISTIAN | REX L MUNSEE & |
| 2414-H NOTLEY ST | 3918 FLEMON RD | CYNTHIA A MUNSEE JT TEN |
| HONOLULU, HI 96819 | JONESBORO, AR 72404-8925 | RD 3 OLEAN TRAIL |
| | | NEW BETHLEHEM, PA 16242 |
| | | |
| 97586    0069885-00   S#0011495 | 97586    0069886-00   S#0011494 | 97586    0069887-00   S#0013621 |
| REX SHIMIZU CUST | REX SHIMIZU CUST | REXCO |
| BRIAN Y SHIMIZU | DARREN M SHIMIZU | PACIFIC CENTRE BOX 10341 |
| 6242 BEEMAN AVE | 6242 BEEMAN AVE | 609 GRANVILLE STREET |
| N HOLLYWOOD, CA 91606 | N HOLLYWOOD, CA 91606 | VANCOUVER, BC V7Y 1H4 |
| | | CANADA |
| | | |
| 97586    0069888-00   S#0000519 | 97586    0069889-00   S#0000679 | 97586    0001248-00   S#0008062 |
| REXFORD R GROVER & | REYNOLD MARVIN CUST | REYNOLDS & REYNOLDS CO |
| ELEANOR S GROVER JT TEN | JUSTIN R BINGHAM | PO BOX 77096 |
| 78 MT HOPE AVE | 37 KRAMMER RD | DETROIT, MI 48277-7096 |
| BANGOR, ME 04401-4056 | COLCHESTER, CT 06415-2012 | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069890-00   S#0013063<br>RHEA PAUL CUST<br>MARTIN ISENBERG<br>7524 SE 28TH AVE<br>PORTLAND, OR 97202-8813 | 97586   0069891-00   S#0013064<br>RHEA PAUL CUST<br>WILLIAM ISENBERG<br>7524 SE 28TH AVE<br>PORTLAND, OR 97202-8813 | 97586   0069892-00   S#0001972<br>RHODA DICKLER<br>305 EAST 24TH STREET<br>NEW YORK, NY 10010-4011 |
| 97586   0069893-00   S#0009702<br>RHONDA CREASON<br>RTE 3 BOX 42<br>PURDIN, MO 64674 | 97586   0069894-00   S#0005486<br>RHONDA FORBES<br>P.O. BOX 141<br>BAKERSVILLE, NC 28705 | 97586   0069895-00   S#0011564<br>RHONDA J RUPP CUST<br>DANIEL A JUAREZ<br>579 THIRD AVE<br>UPLAND, CA 91786-4724 |
| 97586   0069896-00   S#0004610<br>RHONDA K ISSETTE<br>25009 ANGELA CT<br>DAMASCUS, MD 20872 | 97586   0069897-00   S#0012104<br>RHONDA TURNBAUGH CUST<br>JAMES TURNBAUGH<br>4049 LIZ DR<br>BAKERSFIELD, CA 93312 | 97586   0069898-00   S#0006701<br>RHONDA WALKER<br>RT 3 BOX 152<br>3160 PEA RIDGE ROAD<br>CROSSVILLE, AL 35950 |
| 97586   0069899-00   S#0004903<br>RICARDO FERNANDEZ CUST<br>CARLOS K FERNANDEZ<br>6607 DEGEN DR<br>BURKE, VA 22015 | 97586   0069900-00   S#0004901<br>RICARDO FERNANDEZ CUST<br>JOSEPH R FERNANDEZ<br>6607 DEGEN DR<br>BURKE, VA 22015 | 97586   0069901-00   S#0007366<br>RICH RUGGERI CF/ CUST<br>DAVID TREVATHAN<br>301 KATIE ROSE LANE<br>EUCLID, OH 44143 |
| 97586   0069902-00   S#0007128<br>RICH WALTERS CUST<br>REID S WALTERS<br>1024 SHAWNEE DR<br>ELIZABETHTOWN, KY 42701 | 97586   0069903-00   S#0006376<br>RICHARD A ANGELO<br>4648 EMPIRE WAY<br>GREENACRES, FL 33463-5321 | 97586   0069904-00   S#0012845<br>RICHARD A HAMARLUND<br>2409 MASONI WAY<br>RANCHO CORDOVA, CA 95670-3817 |
| 97586   0069905-00   S#0005254<br>RICHARD A HUDSON CUST<br>J CHARLES HUDSON<br>4106 10TH AVE<br>VIENNA, WV 26105-2850 | 97586   0069906-00   S#0005255<br>RICHARD A HUDSON CUST<br>RICHARD A HUDSON JR<br>4106 10TH AVE<br>VIENNA, WV 26105-2850 | 97586   0069907-00   S#0009503<br>RICHARD A JESSUP CUST<br>DANIEL R JESSUP<br>40 ARABIAN SPUR<br>SPRINGFIELD, IL 62702 |
| 97586   0069908-00   S#0009504<br>RICHARD A JESSUP CUST<br>SCOTT C JESSUP<br>40 ARABIAN SPUR<br>SPRINGFIELD, IL 62702 | 97586   0069909-00   S#0005263<br>RICHARD A LANGEVIN CUST<br>BRIAN ALEXANDER LANGEVIN UGMA/<br>1530 OAK CREEK CT<br>CLEMMONS, NC 27012 | 97586   0069910-00   S#0009557<br>RICHARD A MEIER &<br>ROSALIE F MEIER JT TEN<br>3774 RAYMOND<br>BRIDGETON, MO 63044 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069911-00  S#0007819<br>RICHARD A REID CUST<br>MICHAEL D A REID<br>1440 SHIPMAN<br>BIRMINGHAM, MI 48009 | 97586   0069912-00  S#0003962<br>RICHARD A SAAR<br>C-O FRANCIS A ROVITO<br>204 CHESTNUT GROVE RD<br>DILLSBURG, PA 17019 | 97586   0069913-00  S#0006347<br>RICHARD A SACHS CUST<br>ALLISON MICHELLE SACHS<br>345 S.W. 16TH ST<br>BOCA RATON, FL 33432-7213 |
| 97586   0069914-00  S#0008412<br>RICHARD A SAMEK CUST<br>MATTHEW R SAMEK<br>2428 HAVEN CT SW<br>CEDAR RAPIDS, IA 52404 | 97586   0069915-00  S#0009915<br>RICHARD A SEARS<br>1850 LIZARDI ST<br>NEW ORLEANS, LA 70117 | 97586   0069916-00  S#0010992<br>RICHARD A VINCENT &<br>MARY ANN VINCENT<br>BOX 4813<br>SPARKS, NV 89432-4813 |
| 97586   0069917-00  S#0000553<br>RICHARD A WHITE CUST<br>MATTHEW WHITE<br>74 PARK ST<br>BRANDON, VT 05733-1122 | 97586   0069918-00  S#0013122<br>RICHARD ALAN LEWIS<br>498 SHARA PL<br>JUNCTION CITY, OR 97448 | 97586   0069919-00  S#0010542<br>RICHARD ANDERS<br>11434 RUSTIC ROCK RD<br>AUSTIN, TX 78750-3506 |
| 97586   0069920-00  S#0008394<br>RICHARD ASHMORE<br>3405 DEARBORN<br>SIOUX CITY, IA 51104-2609 | 97586   0069921-00  S#0004675<br>RICHARD B HANDELMAN CUST<br>JORDAN S HANDELMAN UGMA<br>509 PRIDE OF BALTIMORE DR<br>ARNOLD, MD 21012 | 97586   0069922-00  S#0004673<br>RICHARD B HANDELMAN CUST<br>JOSHUA L HANDELMAN UGMA MD<br>509 PRIDE OF BALTIMORE DR<br>ARNOLD, MD 21012 |
| 97586   0069923-00  S#0006360<br>RICHARD B MATHIAS<br>4028 VENTNOR H<br>DEERFIELD BEACH, FL 33442-2406 | 97586   0069924-00  S#0008919<br>RICHARD B MONBROD &<br>MARISOL MONBROD JTTEN<br>181 HICKORY DR<br>CRYSTAL LAKE, IL 60014 | 97586   0069925-00  S#0009275<br>RICHARD B NOVAR &<br>SHERI F NOVAR<br>JT TEN<br>2205 W GIDDINGS<br>CHICAGO, IL 60625-2001 |
| 97586   0069926-00  S#0012635<br>RICHARD B SMALL II<br>1299 GAY AVE<br>CAMPBELL, CA 95008-6414 | 97586   0069927-00  S#0002591<br>RICHARD BAKER CUST<br>BRETT BAKER<br>17 BRIARFIELD DR<br>GREAT NECK, NY 11020-1409 | 97586   0069928-00  S#0009097<br>RICHARD BALLO<br>8711 W FULLERTON<br>RIVER GROVE, IL 60171 |
| 97586   0069929-00  S#0003088<br>RICHARD BARTEN CUST<br>GARRETT BARTEN UGMA/NY<br>1992 BROOK PARK DR<br>MERRICK, NY 11566-4606 | 97586   0069930-00  S#0000138<br>RICHARD BICKELMAN CUST<br>ADAM M BICKELMAN U/MA/UGMA<br>63 OLDFIELD DR<br>SHERBORN, MA 01770 | 97586   0069931-00  S#0001550<br>RICHARD BRIECHLE<br>C-O LYDIA BRIECHLE<br>12 MURRAY HILL BLVD<br>MURRAY HILL, NJ 07974 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0069933-00   S#0005967<br>RICHARD C BAILEY<br>119 HOLLYWOOD BLVD NW<br>SUITE 102<br>FT WALTON BEACH, FL 32548 | 97586   0069934-00   S#0002763<br>RICHARD C COLEY<br>200 E 17TH ST APT 4E<br>BROOKLYN, NY 11226 | 97586   0069935-00   S#0008477<br>RICHARD C DIMOCK<br>226 TENNY AVE<br>WAUKESHA, WI 53186-6452 |
| 97586   0069936-00   S#0003621<br>RICHARD C EWEL CUST<br>CHRISTOPHER R EWEL<br>4085 TWO ROD RD<br>EAST AURORA, NY 14052 | 97586   0069937-00   S#0000356<br>RICHARD C MURDOCK CUST FOR<br>JADON TAYLOR MURDOCK UGMA MA<br>PO BOX 1216<br>EAST DENNIS, MA 02641 | 97586   0069938-00   S#0004200<br>RICHARD CANTOR CUST<br>ZACK CANTOR UGTMA PA<br>1138 SEWEL LANE<br>RYDAL, PA 19046 |
| 97586   0069939-00   S#0013506<br>RICHARD CHARLTON ITF<br>JOHN CHARLTON<br>313 HART AVE<br>BURLINGTON, ON L7N 1R7<br>CANADA | 97586   0069940-00   S#0002764<br>RICHARD COLEY<br>200 E 17TH ST APT 4E<br>BROOKLYN, NY 11226-4637 | 97586   0069941-00   S#0012678<br>RICHARD COLLINS<br>C/O COLLINS PRECISION<br>1721 JUNCTION AVE<br>SAN JOSE, CA 95112-1010 |
| 97586   0069942-00   S#0003640<br>RICHARD COLLINS CUST<br>HEATHER LYNN COLLINS<br>200 MAIN ST<br>YOUNGSTOWN, NY 14174 | 97586   0069943-00   S#0003641<br>RICHARD COLLINS CUST<br>HILARY KAY COLLINS<br>200 MAIN ST<br>YOUNGSTOWN, NY 14174 | 97586   0069944-00   S#0003480<br>RICHARD CORTI CUST<br>JOSEPH D CORTI<br>3 GRISTMILL LANE<br>PAWLING, NY 12564 |
| 97586   0069945-00   S#0005581<br>RICHARD D AMMONS CUST<br>RICHARD D AMMONS JR<br>3331 HWY 17 BUS<br>MURRELLS INLT, SC 29576 | 97586   0069946-00   S#0010748<br>RICHARD D HAGIO CUST<br>TANNER Z HAGIO<br>1151 RIDGETOP COVE<br>SOUTH JORDAN, UT 84095 | 97586   0069947-00   S#0007180<br>RICHARD D LANE CUST<br>ADAM C LANE<br>2148 WHITE OAK CT<br>HOLLAND, OH 43528-9494 |
| 97586   0069948-00   S#0000821<br>RICHARD D PESCE<br>29 COLE ST<br>TORRINGTON, CT 06790 | 97586   0069949-00   S#0006792<br>RICHARD D REYNOLDS<br>PO BOX #214<br>ENGLEWOOD, TN 37329 | 97586   0069950-00   S#0001861<br>RICHARD D ROLLINS &<br>CAROL M ROLLINS JTTEN<br>59 SEYMOUR TERRACE<br>PISCATAWAY, NJ 08854 |
| 97586   0069951-00   S#0008349<br>RICHARD D SHAUL CUST<br>AARON R SHAUL<br>ONE MILE ROAD<br>RT 1 BOX 300<br>PICKFORD, MI 49774 | 97586   0069952-00   S#0006716<br>RICHARD D SHIMUNEK CUST<br>FBO RUSSELL DUSTIN SHIMUNEK<br>3456 LAKE OAK RIDGE DRIVE<br>ENTERPRISE, AL 36330-6444 | 97586   0069953-00   S#0002461<br>RICHARD D WEISS<br>JOAN LEVY WEISS<br>2 TERRACE CLOSE<br>NORTH TARRYTOWN, NY 10591-1014 |

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586   0069954-00  S#0005759
RICHARD DOUGLAS ORSAGH
5453 REDSTONE TERRACE
DUNWOODY, GA 30338

97586   0069955-00  S#0008400
RICHARD DREW MEREDITH C/F
ANDREW S MEREDITHUGMA /NE
813 HAWTHORN COURT
COUNCIL BLUFFS, IA 51503

97586   0069956-00  S#0008399
RICHARD DREW MEREDITH C/F
JEFFREY R MEREDITH UGMA/NE
813 HAWTHORNE COURT
COUNCIL BLUFFS, IA 51503

97586   0069957-00  S#0011572
RICHARD E CAMPBELL &
CAROL M CAMPBELL JT TEN
436 SMOKY CR
CHULA VISTA, CA 91910-7420

97586   0069958-00  S#0011690
RICHARD E FELCHLIN
4733 ABERDEEN STREET
SAN DIEGO, CA 92117

97586   0069959-00  S#0010277
RICHARD E GARNETT &
SUSAN GARNETT
3700 WYNDALE CT
FORT WORTH, TX 76109-5233

97586   0069960-00  S#0001730
RICHARD E GUERRY &
PATRICIA A GUERRY JT TEN
4 LEE COURT
PRINCETON JUNCTIO, NJ 08550

97586   0069961-00  S#0000190
RICHARD E JOYCE CUST
PATRICK R JOYCE UGTMMA
13 SHANDELL DR
NEWBURYPORT, MA 01950

97586   0069962-00  S#0009543
RICHARD E LENTES
54 HIGHLAND PARK
CHESTERFIELD, MO 63017-2704

97586   0069963-00  S#0009541
RICHARD E LENTES CUST
FOR JOHN LENTES
54 HIGHLAND PARK
CHESTERFIELD, MO 63017-0000

97586   0069964-00  S#0009540
RICHARD E LENTES CUST
FOR MITCH LENTES
54 HIGHLAND PARK
CHESTERFIELD, MO 63017-0000

97586   0069965-00  S#0009542
RICHARD E LENTES CUST
FOR RICHARD LENTES
54 HIGHLAND PARK
CHESTERFIELD, MO 63017-0000

97586   0069966-00  S#0008432
RICHARD E MELSON
1410 MULBERRY AVE
MUSCATINE, IA 52761-3431

97586   0069967-00  S#0001480
RICHARD E ORTIZ
44 PARKER RD
LONG VALLEY, NJ 07853-3051

97586   0069968-00  S#0002987
RICHARD E PACKARD
83-23 160TH ST
JAMAICA, NY 11432

97586   0069969-00  S#0000717
RICHARD E PECK
71 GOVERNORS AVE
MILFORD, CT 06460-3439

97586   0069970-00  S#0006785
RICHARD E RAGSDALE
2 NORTHUMBERLAND DR
NASHVILLE, TN 37215

97586   0069971-00  S#0006784
RICHARD E RAGSDALE 11
2 NORTHUMBERLAND DR
NASHVILLE, TN 37215

97586   0069972-00  S#0006466
RICHARD E ROBERTS CUST
RYAN J ROBERTS
7800 COUNTRY CLUB RD N
ST PETERSBURG, FL 33710

97586   0069973-00  S#0004929
RICHARD E VODRA CUST
PAUL W VODRA
6827 MONTIVIDEO SQ CT
FALLS CHURCH, VA 22043

97586   0069974-00  S#0005829
RICHARD ERNEST BRAITHWAITE
CUST
ROBERT DAVID BRAITHWAITE
20 OLD BARN RD
SAVANNAH, GA 31419

97586   0069975-00  S#0010760
RICHARD F ARMKNECHT JR
7862 DANISH DOWNES CT
SALT LAKE CITY, UT 84121-5783

Debtor: Mafco Litigation Trust
Description: Notice/Motion
Mailing Number: 0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586    0069976-00   S#0000946
RICHARD F DENES CUST
MATTHEW DENES UGMA NJ
7 ROBIN LANE
CEDAR GROVE, NJ 07009

97586    0069977-00   S#0010061
RICHARD F FURCHAK OR
PATRICIA J FURCHAK CO TRUSTEES
OF RICHARD F FURCHAK LIVING TR
1808 WHISPERING TRAIL
MIDWEST CITY, OK 73130

97586    0069978-00   S#0000336
RICHARD F HEATH
131 MORAINE ST
BROCKTON, MA 02401

97586    0069979-00   S#0000089
RICHARD FRANCIS LEONI III
3 WAKEFIELD AVE
WEBSTER, MA 01570

97586    0069980-00   S#0001174
RICHARD FRANK BAKUNAS
23 COOPER RD
OAKRIDGE, NJ 07438-9002

97586    0069981-00   S#0000882
RICHARD FRANK COFONE CUST
THOMAS J COFONE
19 HERMIT LANE
RIDGEFIELD, CT 06877

97586    0069982-00   S#0003441
RICHARD FRANKEL
21 GLADE DR
SCHENECTADY, NY 12309-1970

97586    0069983-00   S#0006162
RICHARD FRIEDMAN CUST
JASON FRIEDMAN UTMA FL
1697 CYPRESS POINT DRIVE
CORAL SPRINGS, FL 33071

97586    0069984-00   S#0012402
RICHARD G GARLAND
105 SUMMERWOOD PL
CONCORD, CA 94518

97586    0069985-00   S#0011866
RICHARD G HANSON
1408 AVENIDA TRANQUILA
SAN CLEMENTE, CA 92672-9467

97586    0069986-00   S#0001093
RICHARD GIORGI CUST
ROBERT PETER GIORGI
PO BOX 3623
UNION, NJ 07083-1894

97586    0069987-00   S#0001222
RICHARD GOLDBERG CUST
JONATHAN GOLDBERG
154 BEVERLY RD
HAWTHORNE, NJ 07506

97586    0069988-00   S#0008484
RICHARD GUITERREZ
901 S 25TH STREET
MILWAUKEE, WI 53204

97586    0069989-00   S#0000103
RICHARD H ANGOFF CUST
ANDREW B ANGOFF
35 CHILTERN HILL DR N
WORCHESTER, MA 01609

97586    0069990-00   S#0005209
RICHARD H COPPO &
GLORIA I COPPO
104 NICHOLES WAY
LYNCHBURG, VA 24502

97586    0069991-00   S#0009812
RICHARD H HOLLADAY
5813 E 17TH
WICHITA, KS 67208

97586    0069993-00   S#0005728
RICHARD H KATERNDAHL CUST
ELIZABETH KATERNDAHL
320 SANDOWN DR
PEACHTREE, GA 30269

97586    0069994-00   S#0005727
RICHARD H KATERNDAHL CUST
KARLA KATERNDAHL
320 SANDOWN DR
PEACHTREE, GA 30269

97586    0069992-00   S#0012576
RICHARD H KATERNDAHL CUST
KEVIN M KATERNDAHL
31 ROBERTS AVE
SAN RAFAEL, CA 94901-5037

97586    0069995-00   S#0006231
RICHARD H REYNOLDS
8925 S W 148TH STREET #207
MIAMI, FL 33176

97586    0069996-00   S#0007584
RICHARD H STEIN
2980 BROKEN WOODS DR
TROY, OH 45373

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0069997-00    S#0001672
RICHARD H STOLTE
103 E PINE DR
AUDUBON, NJ 08106

97586    0069998-00    S#0011845
RICHARD H W DEMMER
BOX 15403
NEWPORT BEACH, CA 92659-5403

97586    0069999-00    S#0003999
RICHARD HARRIS &
EVELYN HARRIS JT TEN
2015 CRESCENT RD
YORK, PA 17403

97586    0070000-00    S#0010747
RICHARD HATIO CUST
TAYLOR HAGIO
1151 RIDGETOP COVE
SO JORDON, UT 84095

97586    0070001-00    S#0011408
RICHARD HENDRICKSON
265 W SIDLEE
THOUSAND OAKS, CA 91360

97586    0070002-00    S#0002475
RICHARD HICKS
90 CARYL AVENUE
YONKERS, NY 10705

97586    0070003-00    S#0004537
RICHARD HUBATA &
DIANNE HUBATA
JT TEN
BOX 564
JESSUP, MD 20794

97586    0070004-00    S#0013463
RICHARD HUGHES
7745 BERNARD
LASALLE, QC H8N 1V8
CANADA

97586    0070005-00    S#0013233
RICHARD I KEDWARD
2327 WALNUT AVE SW
SEATTLE, WA 98116-2039

97586    0070006-00    S#0003819
RICHARD J BARAFF
121 HARTWOOD DRIVE
PITTSBURGH, PA 15208

97586    0070007-00    S#0011258
RICHARD J BUTTERY
11512 GWYNNE AVE
NORWALK, CA 90650

97586    0070008-00    S#0013138
RICHARD J DE YOUNG
BOX 1455
TALENT, OR 97540-1455

97586    0070009-00    S#0011769
RICHARD J HUGHES SR &
HELEN M HUGHES TES RICHARD &
HELEN HUGHES LIVING TRUST
10938 DESERT SAND AVE
RIVERSIDE, CA 92505

97586    0070010-00    S#0009188
RICHARD J KOT CUST
SCOTT A BIBLY
5850 WALNUT AVE APT 2A
DOWNERS GROVE, IL 60516-6024

97586    0070011-00    S#0012350
RICHARD J LEE
2230 JONES STREET
SAN FRANCISCO, CA 94133

97586    0070012-00    S#0005079
RICHARD J LIEB CUST
DAVID C LIEB
12810 POPLAR FOREST DR
RICHMOND, VA 23233

97586    0070013-00    S#0001852
RICHARD J MINICH &
MARY LU MINICH JT TEN
2 LILAC PL
MIDDLESEX, NJ 08846

97586    0070014-00    S#0003292
RICHARD JAMES TAMARO JR
101 HOLLYHOCK ROAD
LEVITTOWN, NY 11756

97586    0070015-00    S#0011764
RICHARD JOEL STERN
3943 CHESTNUT APT 4
RIVERSIDE, CA 92501

97586    0070016-00    S#0007828
RICHARD JOSEPH CUST
ARMOND VAUGHN JOSEPH
31409 SOUTHFIELD RD
BIRMINGHAM, MI 48025

97586    0070017-00    S#0005844
RICHARD K BATTS SR CUST
RICHARD KEITH BATTS JR
251 EDGEWATER CIRCLE
ELLERSLIE, GA 31807

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070018-00   S#0001775<br>RICHARD K DONOVAN CUST<br>K TIMOTHY DONOVAN UGMA NJ<br>137 MINNESINK RD<br>MANASQUAN, NJ 08736-1607 | 97586   0070019-00   S#0000585<br>RICHARD K KRUMINS &<br>LYNN A MCKENNA<br>20 ESQUIRE DR<br>MANCHESTER, CT 06040-2450 | 97586   0070020-00   S#0012799<br>RICHARD K PERUSSE<br>17325 HILLSIDE AVE<br>SONOMA, CA 95476 |
| 97586   0070021-00   S#0004225<br>RICHARD K ROBERTSON CUST<br>TIMOTHY JOHN KEIGHLEY ROBERTSO<br>3 ALTAR RD<br>YARDLEY, PA 19067 | 97586   0070022-00   S#0000776<br>RICHARD KAYNE CUST<br>A/C/F MICHAEL JONATHAN KAYNE<br>1891 LITCHFIELD TPKE<br>WOODBRIDGE, CT 06525 | 97586   0070023-00   S#0009981<br>RICHARD KEITH WINBURY &<br>CAROLYN JOYCE WINBURY JTTEN<br>13513 PANTHER RIDGE<br>BAUXITE, AR 72011 |
| 97586   0070024-00   S#0011277<br>RICHARD KERN SIGLER<br>1804 MARINA DR<br>SAN PEDRO, CA 90732-4312 | 97586   0070025-00   S#0013444<br>RICHARD KIRSCH<br>732 LANARK DR<br>TOWN OF MOUNT ROYAL, QC H3R 2K7<br>CANADA | 97586   0070026-00   S#0002810<br>RICHARD KUBA SR &<br>NILDA KUBA JT TEN<br>2165 EAST 36TH ST<br>BRROKLYN, NY 11234-4908 |
| 97586   0070027-00   S#0001061<br>RICHARD L BRANCA<br>SPECIAL ACCT<br>C/O BERGEN ENGINEERING CORP<br>375 MURRAY HILLS PKWY<br>EAST RUTHERFORD, NJ 07073 | 97586   0070028-00   S#0009422<br>RICHARD L DEGENHARDT III<br>RR1 BOX 212<br>HEYWORTH, IL 61745 | 97586   0070029-00   S#0005742<br>RICHARD L EHRENBERG CUST<br>FBO PHILIP H EHRENBERG<br>A MINOR UNDER THE LAWS OF GA<br>1005 AMSTERDAM AVE NE<br>ATLANTA, GA 30306 |
| 97586   0070030-00   S#0010081<br>RICHARD L FOREHAND<br>112 MOCKINGBIRD DR S<br>ALTUS, OK 73521-0000 | 97586   0070031-00   S#0007612<br>RICHARD L HICKMAN<br>BOX 306<br>CHESAPEAKE, OH 45619 | 97586   0070032-00   S#0005392<br>RICHARD L JOHNSON CUST<br>KIRK W BROWN<br>3313 RIDGE RD<br>DURHAM, NC 27705 |
| 97586   0070033-00   S#0007446<br>RICHARD L KUNTZMAN<br>1801 ROSEMONT<br>ALLIANCE, OH 44601 | 97586   0070034-00   S#0005084<br>RICHARD L MANDARINO CUST<br>RYAN P MANDARINO<br>2256 STUTS LANE<br>RICHMOND, VA 23236 | 97586   0070035-00   S#0001542<br>RICHARD L MONAGHAN CUST<br>SEAN FARRELL MONAGHAN<br>30 MOUNTAINSIDE DR<br>MORRISTOWN, NJ 07960 |
| 97586   0070036-00   S#0010521<br>RICHARD L SCHLOTTERBACK CUST<br>MIKEL J SCHLOTTERBACK<br>BOX 27<br>ALAMO, TX 78516 | 97586   0070037-00   S#0005008<br>RICHARD LACEY CRAIN<br>BOX 6141<br>COMMUNITY BRANCH<br>ALEXANDRIA, VA 22306 | 97586   0070038-00   S#0000455<br>RICHARD LEBLANC CUST<br>JOSHUA LEBLANC UTMA/NH<br>14 GARRISON DR<br>BEDFORD, NH 03110 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0070039-00   S#0012367
RICHARD LEMOS FORD CUST
JOSHUA LEE FORD U/CA
2349 CORNELL STREET
PALO ALTO, CA 94306

97586    0070040-00   S#0009054
RICHARD LIEBERMAN CUST
TODD LIEBERMAN
625 OAK
WINNETKA, IL 60093

97586    0070041-00   S#0000397
RICHARD LONGO CUST
ALEXANDER LONGO
32 PINETREE CIRCLE
NORTH KINGSTOWN, RI 02852

97586    0070042-00   S#0000396
RICHARD LONGO CUST
DAVID LONGO
32 PINETREE CIRCLE
NORTH KINGSTOWN, RI 02852

97586    0070043-00   S#0008037
RICHARD M BROWN
2326 CABOT
DETROIT, MI 48209

97586    0070044-00   S#0002594
RICHARD M COHEN CUST
JOSH M COHEN
5 SUSQUEHANNA AVE
GREAT NECK, NY 11021

97586    0070045-00   S#0011750
RICHARD M STRONG CUST
RICHARD D STRONG
13049 BURNS LANE
REDLANDS, CA 92373

97586    0070046-00   S#0002875
RICHARD MAGLIETTA
75-42 193 RD STREET
FLUSHING, NY 11366

97586    0070047-00   S#0002562
RICHARD MARTINEZ
120 HEITMAN DR #F
SPRING VALLEY, NY 10977

97586    0070048-00   S#0011176
RICHARD MORALES CUST
MICHAEL LEO MORALES
13826 DITTMAR
WHITTIER, CA 90266

97586    0070049-00   S#0003776
RICHARD MORIARTY &
BEVERLY MORIARTY
505 HIGHLAND AVE
HORSEHEADS, NY 14845-2117

97586    0070050-00   S#0011271
RICHARD N HAINES
5939 E BROOK AVE
LAKEWOOD, CA 90713-1050

97586    0070051-00   S#0002572
RICHARD N MARSIGLIA
CUST KEITH R MARSIGLIA
12 RIDGEWAY LOOP
WARWICK, NY 10990

97586    0070052-00   S#0002573
RICHARD N MARSIGLIA
CUST SEAN J MARSIGLIA
12 RIDGEWAY LOOP
WARWICK, NY 10990

97586    0070053-00   S#0008784
RICHARD N MILLER C/F
JOSHUA S MILLER
8717 SANDRO ROAD
BLOOMINGTON, MN 55438

97586    0070054-00   S#0000191
RICHARD NOSEWORTHY
3 RYAN RD
NEWBURYPORT, MA 01950

97586    0070055-00   S#0003977
RICHARD O HAMMERSMITH CUST
MARCUS RUDOLPH HAMMERSMITH
152 N GREEN ST
PALMYRA, PA 17078

97586    0070056-00   S#0003734
RICHARD P COCOLA
786 MERCHANTS ROAD
ROCHESTER, NY 14609

97586    0070057-00   S#0013666
RICHARD P HARRIS
296 PICKHURST RISE
KENT WEST WICKHAM
ENGLAND BR4 0AY
UNITED KINGDOM

97586    0070061-00   S#0000344
RICHARD P HAWKINS C/F
ADAM ELLIS UGTMA MA
33 GITCHIE GUMEE RD
BUZZARDS BAY, MA 02532

97586    0070062-00   S#0000351
RICHARD P HAWKINS C/F
DANIEL HAWKINS UGTMA MA
55 GREENEVILLE DR
FORESTDALE, MA 02563

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070058-00   S#0000350<br>RICHARD P HAWKINS C/F<br>HOLLY HALL UGTMA MA<br>16 VALLEY BARS RD<br>POCASSET, MA 02559 | 97586   0070064-00   S#0006586<br>RICHARD P HAWKINS C/F<br>MADISON HAWKINS UGTMA FL<br>8431 LANTANA DR<br>SEMINOLE, FL 34647 | 97586   0070063-00   S#0009552<br>RICHARD P HAWKINS C/F<br>MICHAEL ANDERSON UGTMA MO<br>7453 SUNSET AVE<br>HAZELWOOD, MO 63042 |
| 97586   0070059-00   S#0005119<br>RICHARD P HAWKINS C/F<br>RYAN MULLIGAN UGTMA VA<br>1620 MARGIN CT<br>VIRGINIA BEACH, VA 23456 | 97586   0070060-00   S#0005122<br>RICHARD P HAWKINS C/F<br>SEAN MULLIGAN UGTMA VA<br>1620 MARGIN CT<br>VIRGINIA BEACH, VA 23456 | 97586   0070065-00   S#0004008<br>RICHARD P HEILIG CUST<br>DAVID P HEILIG<br>59 W RIDGE DR<br>LEOLA, PA 17540 |
| 97586   0070066-00   S#0003848<br>RICHARD P JUNKER CUST<br>ALEXANDER J JUNKER<br>5 PARKRIDGE LN<br>PITTSBURGH, PA 15228-1106 | 97586   0070067-00   S#0013101<br>RICHARD P LEMMON &<br>SUSAN A LEMMON JT TEN<br>1387 BELMONT AVE<br>ALBANY, OR 97321 | 97586   0070068-00   S#0001565<br>RICHARD P MARTIN II<br>21 HILL TOP DR<br>CHERRY HILL, NJ 08003 |
| 97586   0070069-00   S#0011389<br>RICHARD P PENA &<br>KARRY J PENA JT TEN<br>28226 N EVERGREEN LN<br>SAUGUS, CA 91350 | 97586   0070070-00   S#0001243<br>RICHARD P TRIFOGLIO &<br>ELIZABETH TRIFOGLIO<br>114 CEDAR COURT<br>CLOSTER, NJ 07624-1055 | 97586   0070073-00   S#0000985<br>RICHARD P TRIFOGLIO CUST<br>CHRISTOPHER WEY<br>287 STEWART AVE<br>KEARNY, NJ 07032-3639 |
| 97586   0070071-00   S#0001245<br>RICHARD P TRIFOGLIO CUST<br>KEVIN DEMBROE<br>114 CEDAR COURT<br>CLOSTER, NJ 07624-1055 | 97586   0070072-00   S#0001244<br>RICHARD P TRIFOGLIO CUST<br>RAYMOND COOK<br>114 CEDAR COURT<br>CLOSTER, NJ 07624-1055 | 97586   0070074-00   S#0009259<br>RICHARD PARISER<br>1825 N LINCOLN AVE APT 2907<br>CHICAGO, IL 60614-5340 |
| 97586   0070075-00   S#0007864<br>RICHARD PAUL PARIDEE<br>18320 MEIER<br>ROSEVILLE, MI 48066 | 97586   0070076-00   S#0006533<br>RICHARD PAUL STEPP<br>4177 LOSILLIAS DR<br>SARASOTA, FL 34238 | 97586   0070077-00   S#0007405<br>RICHARD PIETRZYK CUSTODIAN<br>KEVIN PIETRZYK<br>2588 SOUTHERN RD<br>RICHFIELD TWP, OH 44286 |
| 97586   0070078-00   S#0003157<br>RICHARD PLUSH CUST<br>PAUL PHILIP PLUSH UTMA/NY<br>920 ROXBURY DR<br>WESTBURY, NY 11590 | 97586   0070079-00   S#0004810<br>RICHARD R BARE<br>4025 ST MONICA DR<br>BALTIMORE, MD 21222 | 97586   0070080-00   S#0008238<br>RICHARD R BIBER CUST<br>DANIEL BIBER<br>3013 HIGHBROOK<br>MIDLAND, MI 48642 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070081-00  S#0001698<br>RICHARD R FEDERICI JR &<br>LINDA L FEDERICI<br>321 W PINE AVE<br>UNIT 103<br>N WILDWOOD, NJ 08260-3173 | 97586    0070082-00  S#0005622<br>RICHARD R SHAW<br>1979 AUSTIN DR<br>DECATUR, GA 30032 | 97586    0070083-00  S#0001087<br>RICHARD RIANO<br>7 SUNRISE WAY<br>TOWACO, NJ 07082 |
| 97586    0070084-00  S#0000241<br>RICHARD RIZZA<br>212 STIMSON STREET<br>WEST ROXBURY, MA 02132 | 97586    0070085-00  S#0008089<br>RICHARD RODOLFO<br>13915 CAMELOT DR APT 4<br>STERLING HTS, MI 48312-2444 | 97586    0070086-00  S#0006333<br>RICHARD ROGERS &<br>SHERRI ROGERS JTTEN<br>574 JUNIPER PLACE<br>WEST PALM BEACH, FL 33414 |
| 97586    0070087-00  S#0010970<br>RICHARD ROSEN &<br>SONIA ROSEN JT TEN<br>1521 WINDHAVEN CIR<br>LAS VEGAS, NV 89117-1532 | 97586    0070088-00  S#0007854<br>RICHARD S JOHNSTON CUST<br>DEREK B JOHNSTON<br>41310 GLOCA MORA<br>MT CLEMENS, MI 48045 | 97586    0070089-00  S#0000526<br>RICHARD S STEARNS<br>121 ELM ST<br>CAMDEN, ME 04843 |
| 97586    0070090-00  S#0005909<br>RICHARD S TERRY CUST<br>J BROOKS TERRY<br>2603 SCOTT MILL DR S<br>JACKSONVILLE, FL 32223 | 97586    0070091-00  S#0011996<br>RICHARD SALAS<br>5925 CALLE REAL STE A<br>GOLETA, CA 93117 | 97586    0070092-00  S#0001264<br>RICHARD SAMUELS CUST<br>JUSTIN TODD SAMUELS<br>132 ROSS AVE<br>EMERSON, NJ 07632 |
| 97586    0070093-00  S#0005286<br>RICHARD SCHLIEPER CUST<br>BRYAN T SCHLIEPER<br>1810 BROADWAY DR<br>GRAHAM, NC 27253 | 97586    0070094-00  S#0005285<br>RICHARD SCHLIEPER CUST<br>RICHARD E SCHLIEPER<br>1810 BROADWAY DR<br>GRAHAM, NC 27253 | 97586    0070095-00  S#0003154<br>RICHARD SCHREINER<br>12 COBALT LN<br>WESTBURY, NY 11590 |
| 97586    0070096-00  S#0003152<br>RICHARD SCHREINER<br>12 COLBALT LN<br>WESTBURY, NY 11590 | 97586    0070097-00  S#0001978<br>RICHARD SHORE<br>401 W 21ST ST<br>NEW YORK, NY 10011 | 97586    0070098-00  S#0004975<br>RICHARD SIMPSON &<br>ALFRIEDA SIMPSON<br>11267 RAMROD ROAD<br>WOODBRIDGE, VA 22192-5751 |
| 97586    0070099-00  S#0002637<br>RICHARD SIROW CUST<br>MICHAEL A SIROW<br>45 W CREEK FARMS RD<br>SANDS POINT, NY 11050 | 97586    0070100-00  S#0011693<br>RICHARD SMITH CUST<br>DEVIN R SMITH<br>4853 MOUNT ROYAL COURT<br>SAN DIEGO, CA 92117-2917 | 97586    0070101-00  S#0012586<br>RICHARD SMITH-ALLEN CUST<br>JOSHUA SMITH-ALLEN<br>223 WOODLAND RD<br>KENTFIELD, CA 94904-2631 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070102-00   S#0010852
RICHARD STANFORD
9160 E CAMINO DEL SANTO
SCOTTSDALE, AZ 85260

97586   0070103-00   S#0001157
RICHARD T BALL
38-50 ACKERMAN DR
FAIR LAWN, NJ 07410-5101

97586   0070104-00   S#0011717
RICHARD T FELIX CUST
RICHARD L FELIX
12650 SALMON RIVER RD
SAN DIEGO, CA 92129

97586   0070105-00   S#0004719
RICHARD T FRANK &
VICKI L FRANK ATBE
1801 MOUNTAIN RD
JOPPA, MD 21085

97586   0070106-00   S#0012641
RICHARD T KNOCK/ LINDA J KNOCK
AS TRS-THE RICHARD T KNOCK TR
DTD 11-10-76
21662 COLUMBUS AVENUE
CUPERTINO, CA 95014

97586   0070107-00   S#0012643
RICHARD T KNOCK/ LINDA J KNOCK
AS TRS-THE RICHARD T KNOCK TR
DTD 11-10-76
21662 COLUMBUS AVENUE
CUPERTINO, CA 95014-4711

97586   0070108-00   S#0013206
RICHARD T MASSE
264 E BOSTON ST #2
SEATTLE, WA 98102-3520

97586   0070109-00   S#0001291
RICHARD T MATHEWS
480 PROSPECT AVE
ORADELL, NJ 07649-1424

97586   0070110-00   S#0012005
RICHARD T SAWYER CUST
NICHOLAS T SAWYER
1328 S ANDERSON RD
EXETER, CA 93221

97586   0070111-00   S#0007110
RICHARD TODD TOWE
4750 MORGANTOWN RD
FRANKLIN, KY 42134

97586   0070112-00   S#0011400
RICHARD TOMLINSON &
CHRISTINA TOMLINSON
24658 BRIGHTON DR A
VALENCIA, CA 91355-4357

97586   0070113-00   S#0012579
RICHARD UCHIDA C/F
JOANNE UCHIDA UGMA CA
916 DEL GANADO ROAD
SAN RAFAEL, CA 94903

97586   0070114-00   S#0007548
RICHARD W BAKER
3348 ROBERT COURT
CINCINNATI, OH 45239-3914

97586   0070115-00   S#0008507
RICHARD W BROWN JR &
ANNE K BROWN JT TEN
2361 S 72ND STREET
WEST ALLIS, WI 53219

97586   0070116-00   S#0005577
RICHARD W EDGAR
5594 GREENBAY CIRCLE
MYRTLE BEACH, SC 29575

97586   0070117-00   S#0004342
RICHARD W GREGER JR
251 W DEKALB PIKE APT E-410
KING OF PRUSSIA, PA 19406-2421

97586   0070118-00   S#0006321
RICHARD W MAXWELL CUST
ROARKE MAXWELL
11333 N 81ST CT
LAKE PARK, FL 33412

97586   0070119-00   S#0010907
RICHARD W SHERFEY &
H MAXINE SHERFEY JT TEN
1416 W SUNRIDGE DR
TUCSON, AZ 85737-2379

97586   0070120-00   S#0011867
RICHARD W WEIMER JR
26195 VIA DE GAVLLIAN
SAN JUAN, CA 92675

97586   0070121-00   S#0009762
RICHARD WATERS
10,000 W 70TH TERRACE
MERRIAM, KS 66203

97586   0070122-00   S#0010429
RICHARD WATSON CUST
BRANDON WATSON
███████████
707 RED ROCK CANYON
KATIE, TX 77450

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070123-00   S#0010428<br>RICHARD WATSON CUST<br>JASON WATSON<br>█████████ CANYON<br>KATIE, TX 77450 | 97586   0070124-00   S#0006841<br>RICHARD WAYNE HILLIARD<br>619 W TIGRETT<br><br>HALLS, TN 38040 | 97586   0070125-00   S#0006383<br>RICHARD WEISFISCH<br>280 N OCEAN BLVD<br><br>PALM BEACH, FL 33480 |
| 97586   0070126-00   S#0009260<br>RICHARD Y LAW CUST<br>BENJAMIN LAW<br>268 W 24TH PLACE<br>CHICAGO, IL 60616 | 97586   0070127-00   S#0009262<br>RICHARD Y Y LAW CUST FOR<br>DANIEL R LAW<br>268 W 24TH PLACE<br>CHICAGO, IL 60616 | 97586   0020043-00   S#0004254<br>RICHARDS, MICHAEL TODD<br>ATTN: JOSEPH A BATTIPAGLIA<br>DUANE MORRIS<br>ONE LIBERTY PL<br>PHILADELPHIA, PA 19103 |
| 97586   0070128-00   S#0002157<br>RICHARDSON SCURRY CUST<br>ACF RICHARDSON SCURRY<br>1158 5TH AVE<br>NEW YORK, NY 10029-6917 | 97586   0070129-00   S#0007015<br>RICHENA ESPOSITO MORRISON<br>116 TANGLEWOOD TRAIL<br>LOUISVILLE, KY 40223 | 97586   0070130-00   S#0013537<br>RICHIE MASLOV<br>628 CRAWFORD AVENUE<br>TORONTO , ON M6G 3K2<br>CANADA |
| 97586   0070131-00   S#0013646<br>RICK A STEPHENSON &<br>MARGARET M AUSTIN-STEPHENSON<br>SAUDI ARAMC<br>PO BOX 11902<br>SAUDIA ARABIA | 97586   0070132-00   S#0008281<br>RICK D MCDANIEL<br>8908 BEECHWOOD  DR  LOT 44<br>KALAMAZOO, MI 49009 | 97586   0070133-00   S#0010124<br>RICK ELLIOTT CUST FOR<br>DAVID W ELLIOTT<br>PO BOX 664<br>PRYOR, OK 74361 |
| 97586   0070134-00   S#0010834<br>RICK G FORGUS &<br>COLLEEN E FORGUS JTTEN<br>8120 E MONTEBELLO<br>SCOTTSDALE, AZ 85250 | 97586   0070135-00   S#0007105<br>RICK J OSBORNE<br>1337 INDIANOLA<br>BOWLING GREEN, KY 42101 | 97586   0070136-00   S#0012812<br>RICK JEW &<br>SHIRLEY JEW JTTEN<br>4811 KEANE<br>CARMICHAEL, CA 95608 |
| 97586   0070137-00   S#0012671<br>RICK L DRUMMOND CUST<br>NICHOLAS DRUMMOND<br>3121 DEE ST<br>SANTA CRUZ, CA 95062 | 97586   0070138-00   S#0008772<br>RICK L HAMMOND<br>5613 SHERWOOD AVE<br>EDINA, MN 55424-1540 | 97586   0070139-00   S#0004743<br>RICK LATCHAW &<br>MARTI LATCHAW JT TEN<br>640 THOMAS WAY<br>SEVERNA PARK, MD 21146 |
| 97586   0070140-00   S#0005043<br>RICK P WIEGAN<br>11104 CEDAR FOREST CT<br>GLEN ALLEN, VA 23060-6127 | 97586   0070141-00   S#0007486<br>RICK SPONAUGLE<br>47 PAM DR<br>FRANKLIN, OH 45005 | 97586   0070142-00   S#0011655<br>RICK TENNES &<br>AUDREY TENNES<br>JT TEN<br>9431 WILLOWGROVE AVE<br>SANTEE, CA 92071 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070143-00   S#0007130
RICK WALTERS CUST
ROBERT L WALTERS
1024 SHAWNEE DR
ELIZABETHTOWN, KY 42701

97586   0070144-00   S#0009783
RICK WILCOX
5230 ALBERVAN ST
SHAWNEE MISSION, KS 66216-5124

97586   0070145-00   S#0006847
RICKY D MARSHALL
264 WILLIFORD ST
MEMPHIS, TN 38112

97586   0070146-00   S#0012723
RICKY D MARTIN
417 E FARGO
STOCKTON, CA 95204

97586   0070147-00   S#0012722
RICKY D MARTIN
417 E FARGO ST
STOCKTON, CA 95204

97586   0001265-00   S#0007364
RIEMER REPORTING SERVICE  INC
PO BOX 40120
CLEVELAND, OH 44140

97586   0020210-00   S#0011094
RIGHT CONNECTIONS, THE
ATTN: PAULINE CYMET-CEO
509 N LA CIENEGA BLVD
LOS ANGELES, CA 90048

97586   0070148-00   S#0005562
RILEY KEHLENBECK
TAYLOR KEHLENBECK
976 HOUSTON NORTHCUTT BLVD  #3
BOX #173
MOUNT PLEASANT, SC 29464

97586   0000390-00   S#0011436
RIOS, DAVID
PO BOX 30
AGOURA HILLS, CA 91376

97586   0070149-00   S#0009288
RIPHOT GARCIA CUST
RIPHOT GARCIA III
6144 W CORNELIA AVE
CHICAGO, IL 60634-4117

97586   0001322-00   S#0003053
RIPLEY, RUTH
495 LINWOOD ST
UNIONDALE, NY 11553

97586   0070150-00   S#0003060
RISA EISENMAN
233 CLEARMEADOW DR
EAST MEADOW, NY 11554-1211

97586   0001266-00   S#0004809
RITA ANN DISTRIBUTORS
ATT: JOHN  MCGUINN
8410 KELSO DR #B
BALTIMORE, MD 21221-3139

97586   0070151-00   S#0002298
RITA ANN MORALE CUST
SALVATORE MORALE
2857 MAITLAND AVE
BRONX, NY 10461-5418

97586   0070152-00   S#0008720
RITA BLACKSTAD CUST
ERIK T BLACKSTAD
13409 PRESTON RD
MINNETONKA, MN 55343

97586   0070153-00   S#0012357
RITA CLAVERIE CUST
MATTHEW CLAVERIE
1298 ANDERHOLT DR
HOLTVILLE, CA 94250

97586   0070154-00   S#0000389
RITA DRAPER CUST
KYLE ANDREW DRAPER
ONE SPRING ST
BLOCK ISLAND, RI 02817

97586   0070155-00   S#0006196
RITA M BLANK CUST
MICHAEL D BLANK UGMT/FL
10950 SW 65TH AVENUE
MIAMI, FL 33156

97586   0070156-00   S#0008353
RITA SCHULTZ GORDON &
WILLIAM ROBERT GORDON
132 M-94
SKANDIA, MI 49885

97586   0070157-00   S#0008352
RITA SCHULTZ GORDON CUST
JOHN HENRY GORDON
132 STATE RD M-94
SKANDIA, MI 49885

97586   0070158-00   S#0010853
RITA WEISS CUST
KEVIN A WEISS
15757 N 90TH PL APT 2173
SCOTTSDALE, AZ 85260-2014

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586   0001267-00  S#0001724
RIVERIA FINANCEION
(UTP TRANSPORTATION)
PO BOX 879
PLAINSBORO, NJ 08536

97586   0070159-00  S#0011061
ROB MACKEY
600 MOULTON AVE STUDIO 203
LOS ANGELES, CA 90031-3246

97586   0070160-00  S#0010256
ROBBERT L SOMMERS
2807 BONNEVILLE
ARLINGTON, TX 76016

97586   0070161-00  S#0009722
ROBERT A BRIGGS
906 RAVINE
FULTON, MO 65251

97586   0070162-00  S#0004387
ROBERT A BURNS
2024 LINCOLN CT
WYOMISSING, PA 19610

97586   0070163-00  S#0004389
ROBERT A BURNS &
MARGARET E BURNS
JT TEN
2024 LINCOLN COURT
WYOMISSING, PA 19610-2656

97586   0070164-00  S#0011599
ROBERT A C EARNEST CUST
ASHLEY M EARNEST
7016 SNAPDRAGON DR
CARLSBAD, CA 92009

97586   0070165-00  S#0011601
ROBERT A C EARNEST CUST
ROBERT A EARNEST II
7016 SNAPDRAGON DR
CARLSBAD, CA 92009

97586   0070166-00  S#0002369
ROBERT A CAIRO
PATRICIA A CAIRO JTTEN
239 SHERMAN AVENUE
HAWTHORNE, NY 10532

97586   0070167-00  S#0012736
ROBERT A FREGGIARO CUST
ANTHONY VICTOR FREGGIARO
9550 N HWY 88
STOCKTON, CA 95212

97586   0070168-00  S#0012735
ROBERT A FREGGIARO CUST
DAVID E FREGGIARO
9550 N HWY 88
STOCKTON, CA 95212

97586   0070169-00  S#0008365
ROBERT A LARSON &
JULIA A LARSON
607 S LOCUST STREET
JEFFERSON, IA 50129-2520

97586   0001283-00  S#0001677
ROBERT A NEILD
7466 COLLINS AVE
PENNSAUKEN, NJ 08109

97586   0070171-00  S#0006720
ROBERT A NORMAND CUST
FOR SEAN L NORMAND
8 DRUID HILL DRIVE
FAIRHOPE, AL 36532

97586   0070172-00  S#0000746
ROBERT A PRUSAK
85 DROME AVE
STRATFORD, CT 06497

97586   0070173-00  S#0005539
ROBERT A ROOF JR
2729 BLOSSOM ST
COLUMBIA, SC 29205

97586   0070174-00  S#0004429
ROBERT A SPOLTORE
4403 FIELDING ROAD
WILMINGTON, DE 19802

97586   0070175-00  S#0003724
ROBERT ABRAM DEBADTS JR
6272 LAKE RD
SODUS, NY 14551

97586   0070176-00  S#0003890
ROBERT ALLEN AUTHER
BOX 223
FAYETTE CITY, PA 15438

97586   0070177-00  S#0011406
ROBERT ANDREW BURNS
3153 ROLLINGS AVE
THOUSAND OAKS, CA 91360

97586   0070178-00  S#0002199
ROBERT APRIL CUST
ALEXANDRA APRIL
45 E 89TH ST APT 8D
NEW YORK, NY 10128

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0070179-00   S#0005514
ROBERT ARNDT
BOX 322
RIDGEWAY, SC 29130

97586    0070180-00   S#0007801
ROBERT ARNOLD
1224 HOMESTEAD AVENUE
EVANSVILLE, IN 47711

97586    0070181-00   S#0013256
ROBERT B ALINDER
5528 LOWELL RD
EVERETT, WA 98203

97586    0070182-00   S#0010546
ROBERT B BUNNER
FAMILY ACCT
8304 BRIARWOOD LANE
AUSTIN, TX 78757

97586    0070183-00   S#0005713
ROBERT B CAMMON JR ACF
CLIFFORD CAMMON A/M/U/L/GA
244 WESTWOOD DR
LA GRANGE, GA 30240

97586    0070184-00   S#0008749
ROBERT B FINE
1647 UPTON AVE NORTH
MINNEAPOLIS, MN 55411

97586    0070185-00   S#0008748
ROBERT B FINE C/F
ANDREW S FINE UGMA MN
3932 YORK AVE SOUTH
MINNEAPOLIS, MN 55410-1163

97586    0070186-00   S#0000639
ROBERT B HUGHES
40 HARTWELL RD
WETHERSFIELD, CT 06109

97586    0070187-00   S#0004463
ROBERT B JUSTINIANO
RD 1 BOX 72
FREDERICA, DE 19946

97586    0070188-00   S#0006074
ROBERT B LUCILLE TAYLOR TR
FBO ROBERT B  & LUCILLE TAYLOR
1658 WOODLAND DR
ROCKLEDGE, FL 32955-2557

97586    0070189-00   S#0000056
ROBERT B MANKUS &
KAREN A MANKUS JT TEN
77 TRAFTON RD
SPRINGFIELD, MA 01108-2648

97586    0070190-00   S#0000863
ROBERT B POTASH
24 BOULDER BROOK
GREENWICH, CT 06830-3514

97586    0070191-00   S#0008936
ROBERT BAUSONE CUST
MICHAEL SCOTT BAUSONE
1431 WICKE AVE
DES PLAINES, IL 60018

97586    0070192-00   S#0009985
ROBERT BEN WILSON
303 S BORDER APT D
BENTON, AR 72015

97586    0070193-00   S#0012296
ROBERT BENNIN CUST
RAPHAELLA REMY BENNIN
C/O SPOTLIGHT DEV CORP
1 CALIFORNIA ST STE 1901
SAN FRANCISCO, CA 94111-5420

97586    0070194-00   S#0012297
ROBERT BENNIN CUST
RIO GABRIEL BENNIN
C/O SPOTLIGHT DEV CORP
1 CALIFRONIA ST STE 1901
SAN FRANCISCO, CA 94111-5420

97586    0070195-00   S#0008935
ROBERT BONDIMAN CUST
ROBERT M BONDIMAN
1479 FOURTH AVE
DES PLAINES, IL 60018

97586    0001271-00   S#0008297
ROBERT BOSCH CORP
9890 RED ARROW HWY
PO BOX 579
BRIDGMAN, MI 49106

97586    0001272-00   S#0008296
ROBERT BOSCH CORPORATION
PO BOX 579
BRIDGMAN, MI 49106

97586    0070196-00   S#0010318
ROBERT BRADLEY BLODGETT CUST
ELIZABETH BROOKE BLODGETT
2147 INWOOD DR
HOUSTON, TX 77019

97586    0070197-00   S#0012407
ROBERT BRAUN
2199 MERIDIAN PARK BLVD
CONCORD, CA 94520

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0070198-00    S#0002120
ROBERT BRESSMAN CUST
WILLIAM BRESSMAN
285 CENTRAL PARK W APT 4W
NEW YORK, NY 10024

97586    0070199-00    S#0009682
ROBERT BROWN
3501 NE 78TH STREET
KANSAS CITY, MO 64119-4391

97586    0070200-00    S#0007585
ROBERT BRUCE BROWNING CUST
ACF ERIC BROWNING
3090 DOGWOOD DR
TROY, OH 45373

97586    0070201-00    S#0010794
ROBERT BRUCE SANCHEZ
11026 N 28TH DR 23
PHOENIX, AZ 85029-4337

97586    0070203-00    S#0004460
ROBERT BURKE
3007 H MYRTLE ST
DOVER, DE 19901

97586    0070204-00    S#0003950
ROBERT BURKE CAMPBELL
249 WOODLAWN DRIVE
STATE COLLEGE, PA 16801

97586    0070205-00    S#0008039
ROBERT BUSH
18120 HEYDEN
DETROIT, MI 48219-3456

97586    0070207-00    S#0007233
ROBERT C BENZ CUST
PETER R BENZ
442 NORTH STREET
CHARDON, OH 44024

97586    0070206-00    S#0007235
ROBERT C BENZ CUST
THOMAS M BENZ UTMA OH
442 NORTH ST
CHARDON, OH 44027

97586    0070208-00    S#0007420
ROBERT C BYERS JR CUST
ROBERT C BYERS III UGMA/OH
37 CHEYENNETR
GIRARD, OH 44420

97586    0070210-00    S#0000341
ROBERT C FARRELL CUST
AMANDA L FARRELL
149 CARL AVE
BROCKTON, MA 02402-4360

97586    0070211-00    S#0004144
ROBERT C FINK
242 STAHL RD
SOUTHAMPTON, PA 18966

97586    0070212-00    S#0007348
ROBERT C GOMOLA
4423 DAWENSHIRE DR
PARMA, OH 44134

97586    0070213-00    S#0002447
ROBERT C HILL JR CUST
KRISTIAN JOSEPH HILL UGMA NY
35 HERKIMER RD
SCARSDALE, NY 10583-7614

97586    0070214-00    S#0006971
ROBERT C KLOTZ &
DEBBIE RHEA KLOTZ
13209 CREEKVIEW RD
PROSPECT, KY 40059-9009

97586    0070215-00    S#0004796
ROBERT C LOCKARD
5404 TRAMORE RD
BALTIMORE, MD 21214-1921

97586    0070216-00    S#0009928
ROBERT C NIX CUST
DUSTIN C NIX
1046 CLAIRE DR
MORGAN CITY, LA 70380-4431

97586    0070217-00    S#0007482
ROBERT C RENGEL JR CUST
ROBERT C RENGEL III UTMA/OH
401 CEDAR BROOK LANE
SANDUSKY, OH 44870

97586    0070218-00    S#0009455
ROBERT C WALTA &
KAREN L WALTA
911 SYCAMORE ST
BELLEVILLE, IL 62220-4140

97586    0070219-00    S#0005492
ROBERT C WILLIS JR
446 SKY LANE
HENDERSONVILLE, NC 28739-7759

97586    0070220-00    S#0004795
ROBERT C ZIMMERMAN CUST
CHRISTOPHER JUSTIN HEATH
3105 BERKSHIRE RD
BALTIMORE, MD 21214

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070221-00   S#0012240<br>ROBERT CAMPANA CUST<br>FBO ERIC CAMPANA<br>390 GREENDALE WAY<br>REDWOOD CITY, CA 94062 | 97586    0070222-00   S#0012241<br>ROBERT CAMPANA CUST<br>FBO MARINA CAMPANA<br>390 GREENDALE WAY<br>REDWOOD CITY, CA 94062 | 97586    0070223-00   S#0006786<br>ROBERT CANDLER ANDERSON<br>2017 CASTLEMAN DR<br>NASHVILLE, TN 37215-6123 |
| 97586    0070224-00   S#0005354<br>ROBERT CARR TRIPP<br>3311 MARIE DR<br>RALEIGH, NC 27604 | 97586    0070225-00   S#0007496<br>ROBERT CHARLES GARRISON &<br>VIRGINIA P GARRISON<br>JT TEN<br>3003 KEEVER RD<br>LEBANON, OH 45036-8820 | 97586    0070226-00   S#0004544<br>ROBERT CHARROW CUST<br>ALEXANDRA CHARROW<br>4001 UNDERWOOD ST<br>CHEVY CHASE, MD 20815 |
| 97586    0070227-00   S#0012815<br>ROBERT CHESHIRE &<br>MAE CHESHIRE JT TEN<br>7438 BLACK TREE LANE<br>CITRUS HTS, CA 95610-3274 | 97586    0070228-00   S#0013422<br>ROBERT CHRISTOPHER THOMAS<br>12657 90TH AVENUE<br>SURREY, BC<br>CANADA | 97586    0070229-00   S#0000617<br>ROBERT CLARK CUST<br>JAYME M CLARK<br>11 WOODLAWN AVE<br>ENFIELD, CT 06082 |
| 97586    0070230-00   S#0000618<br>ROBERT CLARK CUST<br>JESSICA A CLARK<br>11 WOODLAWN AVE<br>ENFIELD, CT 06082 | 97586    0070231-00   S#0004268<br>ROBERT COHEN CUST<br>BRET JOSEPH COHEN<br>9738 CHAPEL RD<br>PHILADELPHIA, PA 19115-2515 | 97586    0070232-00   S#0009758<br>ROBERT COUNTRYMAN<br>2023 S LINDENWOOD DR<br>OLATHE, KS 66062-2870 |
| 97586    0070233-00   S#0013575<br>ROBERT CRANSTON<br>BOX 66 SITE 36 RR4<br>CALGARY, AB T2M 4L4<br>CANADA | 97586    0070234-00   S#0003248<br>ROBERT CRAWFORD &<br>ANDREA CRAWFORD<br>JT TEN<br>BOX 163<br>HOLTSVILLE, NY 11742 | 97586    0070235-00   S#0004932<br>ROBERT D ASKEW JR &<br>LAURA L BRITTON<br>JT TEN<br>1317 SEATON LANE<br>FALLS CHURCH, VA 22046-2022 |
| 97586    0070236-00   S#0003739<br>ROBERT D CRAIG CUST<br>JAMES MATTHEW V CRAIG<br>2695 EAST AVE<br>ROCHESTER, NY 14610-3112 | 97586    0070237-00   S#0011653<br>ROBERT D ECKHOFF &<br>WANDA G ECKHOFF<br>JT TEN<br>935 CARRIAGE DR<br>SAN MARCOS, CA 92069-1947 | 97586    0070238-00   S#0009589<br>ROBERT D ELKOW CUST<br>THEODORE M ELKOW<br>448 GABRIEL DR<br>KIRKWOOD, MO 63122-3615 |
| 97586    0070239-00   S#0013051<br>ROBERT D HALL<br>1134 CENTRALIA CT<br>CLARKSVILLE, IN 97129 | 97586    0070240-00   S#0003920<br>ROBERT D LEFFINGWELL<br>426 E WASHINGTON BLVD<br>GROVE CITY, PA 16127-1938264 | 97586    0070241-00   S#0000513<br>ROBERT D TORREY<br>65 PINE ST APT 2<br>PORTLAND, ME 04101 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586  0070242-00  S#0008890<br>ROBERT D VITULLO &<br>VERONICA M VITULLO JT TEN<br>407 N WILSHIRE LANE<br>ARLINGTON HEIGHTS, IL 60004 | 97586  0070243-00  S#0009140<br>ROBERT DABLER<br>7319 COLONY LN<br>FRANKFORT, IL 60423 | 97586  0070244-00  S#0004263<br>ROBERT DANTA CUST<br>EMILY DATNA<br>1253 UNRUH AVE<br>PHILADELPHIA, PA 19111 |
| 97586  0070245-00  S#0004264<br>ROBERT DANTA CUST<br>MICHAEL DANTA<br>1253 UNRUH AVE<br>PHILADELPHIA, PA 19111 | 97586  0070246-00  S#0012626<br>ROBERT DISKINT CUST<br>MICHAEL DISKINT<br>37 CRANE DR<br>SAN ANSELMO, CA 94960 | 97586  0070247-00  S#0010348<br>ROBERT DONALD ELFORD<br>14710 DAWNVALE<br>HOUSTON, TX 77062 |
| 97586  0070248-00  S#0010310<br>ROBERT DZIK &<br>LOIS DZIK JTTEN<br>4033 RICE BLVD<br>HOUSTON, TX 77005 | 97586  0070249-00  S#0000621<br>ROBERT E BABB<br>27 ANDERSON ROAD<br>TOLLAND, CT 06084 | 97586  0070250-00  S#0013126<br>ROBERT E DANSKINE CUST<br>FOR ERIK STEVEN DANSKINE<br>1375 SE LANE AVE<br>ROSEBURG, OR 97470-3915 |
| 97586  0070251-00  S#0010047<br>ROBERT E DAVIS CUST<br>CUST/FOR STEVEN A DAVIS<br>1929 SHELBY COURT<br>NORMAN, OK 73071-2213 | 97586  0070252-00  S#0006042<br>ROBERT E DREAN CUST FOR<br>TAD ROBERT STOCKTON DREAN<br>14790 EAGLES CROSSING DRIVE<br>ORLANDO, FL 32821 | 97586  0070253-00  S#0005316<br>ROBERT E GALLERT<br>3817 LANGDON DR<br>GREENSBORO, NC 27410 |
| 97586  0070254-00  S#0009683<br>ROBERT E GORDON SR<br>5204 LISTER<br>KANSAS CITY, MO 64130 | 97586  0070255-00  S#0003971<br>ROBERT E GRAHAM &<br>MARION E GRAHAM JT TEN<br>1025 BROOKWOOD DR<br>MECHANICSBURG, PA 17055-6750 | 97586  0070256-00  S#0009955<br>ROBERT E GUILOTT<br>622 E PRIEN LAKE RD<br>LAKE CHARLES, LA 70601 |
| 97586  0070257-00  S#0002988<br>ROBERT E HARTLING CUST<br>DOUGLAS HARTLING<br>80-46 162ND ST<br>JAMAICA, NY 11432-1113 | 97586  0070258-00  S#0002989<br>ROBERT E HARTLNG CUST<br>CURTIS HARTLING<br>80-46 162ND ST<br>JAMAICA, NY 11432-1113 | 97586  0070259-00  S#0010382<br>ROBERT E JOHNSON<br>1815 HAMLIN VALLEY DR<br>HUSTON, TX 77090 |
| 97586  0070260-00  S#0005026<br>ROBERT E LEE &<br>NANCY P LEE<br>405 FARRIER'S RD<br>WHITE STONE, VA 22578-2709 | 97586  0070261-00  S#0005039<br>ROBERT E LLOYD<br>778 MERION GREENE<br>CHARLOTTESVLE, VA 22901-3177 | 97586  0070262-00  S#0006532<br>ROBERT E MARKLE<br>2293 NOVUS STREET<br>SARASOTA, FL 34237 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070263-00  S#0012708<br>ROBERT E ORNELAS<br>1225 SARATOGA 211A<br>SAN JOSE, CA 95129 | 97586    0070264-00  S#0006814<br>ROBERT E REEDY<br>613 E ELK AVE<br>ELIZABETHTON, TN 37643 | 97586    0070265-00  S#0010172<br>ROBERT E SAMS<br>1109 PITTSBURG LANDING<br>RICHARDSON, TX 75080 |
| 97586    0070266-00  S#0007509<br>ROBERT E SCHNEIDER JR<br>301 BEECH ROAD<br>LOVELAND, OH 45140 | 97586    0070267-00  S#0007996<br>ROBERT E SYLVESTER<br>1189 LANDSEND LN<br>SALINE, MI 48176 | 97586    0070268-00  S#0007997<br>ROBERT E SYLVESTER C/F<br>ADAM R SYLVESTER UGMA MI<br>1189 LANDSEND LN<br>SALINE, MI 48176 |
| 97586    0070269-00  S#0009784<br>ROBERT E TSCHIPPERT<br>9321 W 146TH TER<br>OVERLAND PARK, KS 66221-2257 | 97586    0070270-00  S#0001164<br>ROBERT F CHALLICE<br>2 HIGH COURT<br>LITTLE FALLS, NJ 07424 | 97586    0070271-00  S#0010237<br>ROBERT F CIBELE<br>NBR 6 BRIAR LANE<br>KILGORE, TX 75662 |
| 97586    0070272-00  S#0003483<br>ROBERT F COTTON<br>RD 2 BOX 231 SUSAN DR<br>POUGHQUAG, NY 12570-9605 | 97586    0070273-00  S#0007500<br>ROBERT F LUTHER &<br>DEBORAH S LUTHER<br>7064 FORESTVIEW DR<br>WEST CHESTER, OH 45069 | 97586    0070274-00  S#0004890<br>ROBERT FAROW<br>9 DOGWOOD PL<br>7217 OCEAN PINES<br>BERLIN, MD 21811 |
| 97586    0070275-00  S#0006503<br>ROBERT FERRIOLA CUST<br>CINDY FERRIOLA<br>18361 DRIGGERS AVE<br>PORT CHARLOTTE, FL 33948 | 97586    0070276-00  S#0006117<br>ROBERT FRANKEL CUST<br>ADAM FRANKEL<br>11380 WAYNE DR<br>COOPER CITY, FL 33026 | 97586    0070277-00  S#0008406<br>ROBERT G AHLGREN<br>BOX 509<br>IOWA CITY, IA 52244-0509 |
| 97586    0070284-00  S#0013127<br>ROBERT G DANSKINE CUST<br>FOR BRIAN WOOD DANSKINE<br>1375 SE LANE AVE<br>ROSEBURG, OR 97470-3915 | 97586    0070282-00  S#0013283<br>ROBERT G DANSKINE CUST<br>FOR CASSAUNDRA DANSKINE<br>18815 WAVERLY DR<br>SNOHOMISH, WA 98290-7933 | 97586    0070283-00  S#0013282<br>ROBERT G DANSKINE CUST<br>FOR CLIFFORD JAMES DANSKINE<br>18815 WAVERLY DR<br>SNOHOMISH, WA 98290-7933 |
| 97586    0070278-00  S#0007961<br>ROBERT G DANSKINE CUST<br>FOR DAVID E CLOSSER<br>1845 HARRISON<br>GARDEN CITY, MI 48135-3044 | 97586    0070279-00  S#0007960<br>ROBERT G DANSKINE CUST<br>FOR ELIZABETH CLOSSER<br>1845 HARRISON<br>GARDEN CITY, MI 48135-3044 | 97586    0070280-00  S#0007959<br>ROBERT G DANSKINE CUST<br>FOR JOSEPH E CLOSSER II<br>1845 HARRISON<br>GARDEN CITY, MI 48135-3044 |
| 97586    0070285-00  S#0013128<br>ROBERT G DANSKINE CUST<br>FOR MATHEW THOMAS PEACOCK<br>1375 SE LANE AVENUE<br>ROSEBURG, OR 97470-3915 | 97586    0070281-00  S#0007962<br>ROBERT G DANSKINE CUST<br>FOR ROBERT W CLOSSER<br>1845 HARRISON<br>GARDEN CITY, MI 48135-3044 | 97586    0070286-00  S#0003711<br>ROBERT G EISENHART CUST<br>ANDREW J EISENHART<br>2 CAMBRIC CIRCLE<br>PITTSFORD, NY 14534 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586    0070287-00   S#0004054
ROBERT G GILMAN JR &
CLAUDIA GILMAN
716 DURHAM ST
BOX M
HELLERTOWN, PA 18055-1926

97586    0070289-00   S#0001275
ROBERT G KEREKES
16 HUNTERS COURT
HILLSDALE, NJ 07642

97586    0070290-00   S#0009038
ROBERT G KOMPERDA &
ROSE KOMPERDA
JT TEN
116 WILDFLOWER CIR
BUFFALO GROVE, IL 60089

97586    0070291-00   S#0012825
ROBERT G NEUBACHER CUST
TIMOTHY B NEUBACHER
9225 BROMFIELD CT
ELK GROVE, CA 95624

97586    0070292-00   S#0000634
ROBERT G VALERIO
552 GOODWIN ST
EAST HARTFORD, CT 06108

97586    0070293-00   S#0009184
ROBERT G VITNER JR &
H SUZANNE VITNER
6175 KNOLLWOOD RD 102
WILLOWBROOK, IL 60514

97586    0070294-00   S#0008078
ROBERT G WOJTAS &
SHARON WOJTAS
456 ESSEX DR
ROCHESTER HLS, MI 48307

97586    0070295-00   S#0001388
ROBERT GILLIGAN
22 PARK AVENUE
KEANSBURG, NJ 07734

97586    0070296-00   S#0003856
ROBERT GRAHAM CUST
ROBERT JOSEPH GRAHAM
4628 GARDENVILLE RD
PITTSBURGH, PA 15236

97586    0070297-00   S#0001866
ROBERT GRAZIANO
1293 ENGLISHTOWN RD
OLD BRIDGE, NJ 08857

97586    0070298-00   S#0012492
ROBERT GREEN
6875 IONE WAY
DUBLIN, CA 94568

97586    0070299-00   S#0002147
ROBERT GREEN CUST
ERIC GREEN
1025 FIFTH AVE 4EN
NEW YORK, NY 10028

97586    0070300-00   S#0005344
ROBERT GRISWOLD
101 WELL SPRING DR
HOLLY SPRINGS, NC 27540

97586    0070301-00   S#0012584
ROBERT GROSSMAN
47 CIELLO DR
GREENBRAE, CA 94904-1221

97586    0070302-00   S#0001420
ROBERT GUADAGNO
6 ANNMAR DR
MATAWAN, NJ 07747-3702

97586    0070303-00   S#0001792
ROBERT GUERNICK JR
2406 WINDER DRIVE
BRIDGEWATER, NJ 08807

97586    0070304-00   S#0001405
ROBERT H GOODMAN CUST
BRETT DAVID GOODMAN
6 NANCY RD
MARLBORO, NJ 07746

97586    0070305-00   S#0009739
ROBERT H HULSTRA
2652 S LUSTER
SPRINGFIELD, MO 65804-3854

97586    0070306-00   S#0000843
ROBERT H KENNEDY CUST
EDWARD E KENNEDY
13 FLINTLOCK DRIVE
DANBURY, CT 06811

97586    0070307-00   S#0008411
ROBERT H KOLAR CUST
ROBERT K KOLAR
315 COTTAGE GROVE SE
CEDAR RAPIDS, IA 52403

97586    0070308-00   S#0004026
ROBERT H MORGAN
RD 2 BOX 221
CANTON, PA 17724

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070309-00  S#0013024
ROBERT H OTAKE CUST
DEVON I OTAKE HI/UTMA
2734 NAKOOKOO ST APT 6
HONOLULU, HI 96826-4724

97586   0070310-00  S#0012700
ROBERT H OTANI &
JOANN OTANI
JT TEN
1126 DORALEE WAY
SAN JOSE, CA 95125

97586   0070311-00  S#0003465
ROBERT H PFAFF
574 NEW PALTZ RD
HIGHLAND, NY 12528-2518

97586   0070312-00  S#0002467
ROBERT H TARR
292 MAIN ST #3-A
WHITEPLAINS, NY 10601

97586   0070313-00  S#0005327
ROBERT HARNED CUST
NATHAN HARNED
812 PINELAND DR
CARY, NC 27511

97586   0070314-00  S#0007539
ROBERT HARRIS CUST
DANIEL HOTCHKISS
1484 CLOVERNOLL DR
CINCINNATI, OH 45231-5402

97586   0070315-00  S#0001980
ROBERT HARTMAN CUST
LEIGH H HARTMAN
315 W 23RD ST APT 12B
NEW YORK, NY 10011-2266

97586   0070316-00  S#0006259
ROBERT HORD
832 S W 18TH ST
FT LAUDERDALE, FL 33315

97586   0070317-00  S#0013359
ROBERT IKNER C/F
MAURICA D YO NAY
8667 BROOKRIDGE DRIVE
ANCHORAGE, AK 99504

97586   0070318-00  S#0008116
ROBERT ISENBERG
3075 WALNUT LAKE ROAD
WEST BLOOMFIELD, MI 48323-3445

97586   0070319-00  S#0012888
ROBERT IWASA
8674 FALLBROOK WAY
SACRAMENTO, CA 95826

97586   0070320-00  S#0012414
ROBERT J ALTEMUS CUST
ALEC B ALTEMUS
66 MEESE CIRCLE
DANVILLE, CA 94526-5315

97586   0070321-00  S#0012415
ROBERT J ALTEMUS CUST
ROBERT C ALTEMUS
66 MEESE CIRCLE
DANVILLE, CA 94526-5315

97586   0070322-00  S#0003490
ROBERT J BECKER CUST
ERIC W BECKER
26 EAST RD
WALLKILL, NY 12589

97586   0070323-00  S#0011633
ROBERT J BLUMBERG CUST
MICHAEL LAWRENCE BLUMBERG UGMA
7712 MOONRIDGE PLACE
LAJOLLA, CA 92037

97586   0070324-00  S#0003854
ROBERT J CAPLAN
3811 HENLEY DRIVE
PITTSBURGH, PA 15235-5042

97586   0070325-00  S#0004905
ROBERT J DEER II
9517 BLACKBURN DR
BURKE, VA 22015-1712

97586   0070326-00  S#0004045
ROBERT J DESMOND
1974 KENNY DR
BETHLEHEM, PA 18018

97586   0070327-00  S#0002820
ROBERT J DILLON &
SANDRA DILLON JT TEN
72 DOOLEY
BROOKLYN, NY 11235-2814

97586   0070328-00  S#0003789
ROBERT J DOMIN
2410 LINDEN AVE
ALIQUIPPA, PA 15001

97586   0070329-00  S#0009686
ROBERT J DRUTEN
C-O HALLMARK CARDS INC
BOX 419580
2501 MC GEE
KANSAS CITY, MO 64141

**Debtor:**              Mafco Litigation Trust
**Description:**          Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070330-00   S#0008978<br>ROBERT J HLUCHY &<br>JUDY L HLUCHY JT TEN<br>109N MAPLE<br>MT PROSPECT, IL 60056-2525 | 97586    0070331-00   S#0008976<br>ROBERT J HLUCHY C/F<br>LAURA S HLUCHY UGMA IL<br>109 N MAPLE ST<br>MT PROSPECT, IL 60056 | 97586    0070332-00   S#0008977<br>ROBERT J HLUCHY C/F<br>LYNN M HLUCHY UGMA IL<br>109 N MAPLE ST<br>MT PROSPECT, IL 60056 |
| 97586    0070333-00   S#0005757<br>ROBERT J HUGHES<br>150 MARK TRAIL N.W.<br>ATLANTA, GA 30328-2103 | 97586    0070334-00   S#0009085<br>ROBERT J JACZAK CUST<br>ALEX R JACZAK<br>852 VALLEY AVE<br>GLEN ELLYN, IL 60137-5539 | 97586    0070335-00   S#0003807<br>ROBERT J KANTOR<br>2003 WHITE OAK CT<br>MOON TOWNSHIP, PA 15108 |
| 97586    0070336-00   S#0008209<br>ROBERT J KRANZ CUST<br>JACOB C KRANZ<br>7120 W REID RD<br>SWARTZ CREEK, MI 48473 | 97586    0070337-00   S#0008208<br>ROBERT J KRANZ CUST<br>RUDY D KRANZ<br>7120 W REID RD<br>SWARTZ CREEK, MI 48473 | 97586    0070338-00   S#0008313<br>ROBERT J PAPP<br>5880 SAMRICK AVE NE<br>BELMONT, MI 49306-8802 |
| 97586    0070339-00   S#0001556<br>ROBERT J ROMANI &<br>MARILYN S ROMANI JT TEN<br>4 BLUE BELL DRIVE<br>CHERRY HILL, NJ 08002-1517 | 97586    0070340-00   S#0011062<br>ROBERT J ROTER<br>3618 KEYSTONE AVE 1<br>LOS ANGELES, CA 90034 | 97586    0070341-00   S#0010402<br>ROBERT J SANFORD JR &<br>LEA SANFORD<br>JT TEN<br>P.O. BOX 841301<br>HOUSTON, TX 77284-1301 |
| 97586    0070342-00   S#0008691<br>ROBERT J SHOWALTER<br>1997 HYACINTH<br>SAINT PAUL, MN 55119 | 97586    0070343-00   S#0003648<br>ROBERT J STIGLMEIER<br>324 IDEAL ST<br>BUFFALO, NY 14206 | 97586    0070344-00   S#0005194<br>ROBERT JETT FIELD JR<br>3146 BETHEL RD<br>FINCASTLE, VA 24090 |
| 97586    0070345-00   S#0013308<br>ROBERT JINKS<br>718 N JUNNETT<br>TACOMA, WA 98406 | 97586    0070346-00   S#0004851<br>ROBERT JOHN SIMMON<br>DAWN ON THE MILES<br>10443 SHERWOOD MANOR<br>CLAIBORNE, MD 21624 | 97586    0070347-00   S#0004852<br>ROBERT JOHN SIMMON CUST<br>ROBERT MILES SIMMONS<br>DAWN ON THE MILES<br>10443 SHERWOOD MANOR<br>CLAIBORNE, MD 21624 |
| 97586    0070348-00   S#0000875<br>ROBERT JUDSON<br>45 ELLEN STREET<br>NORWALK, CT 06851 | 97586    0070349-00   S#0011569<br>ROBERT K BABER JR<br>1549 W SAN BERNARDINO RD<br>APT 1N<br>WEST COVINA, CA 91790 | 97586    0070350-00   S#0007991<br>ROBERT K KELLEY &<br>CAROL L KELLEY<br>9485 BAYWOOD DR<br>PLYMOUTH, MI 48170-3938 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070351-00  S#0006356<br>ROBERT K LOCKHART JR &<br>CHRISTINE S LOCKHART<br>JT TEN<br>5421 ROSE MARIE AVE N<br>BOYNTON BEACH, FL 33437-1009 | 97586    0070352-00  S#0009723<br>ROBERT K NEWSOM CUST<br>ZACHARY B NEWSOM<br>809 GROSS PL<br>FULTON, MO 65251 | 97586    0070353-00  S#0009721<br>ROBERT K NEWSOM CUST<br>ZACHARY B NEWSOM<br>809 GROSS PLACE<br>FULTON, MO 65251 |
| 97586    0070354-00  S#0009060<br>ROBERT KAROLCZAK<br>2290 APPLEWOOD LANE<br>WOODSTOCK, IL 60098 | 97586    0070355-00  S#0005806<br>ROBERT KEVIN GRIGSBY CUST<br>EMILY JEAN GRIGSBY<br>1140 PARKSIDE TRAIL<br>EVANS, GA 30809 | 97586    0070356-00  S#0005807<br>ROBERT KEVIN GRIGSBY CUST<br>SAMUEL WILCOX GRIGSBY<br>1140 PARKSIDE TRAIL<br>EVANS, GA 30809 |
| 97586    0070357-00  S#0009035<br>ROBERT KOMPERDA &<br>ROSE KOMPERDA JT TEN<br>116 WILDFLOWER CIRCLE<br>BUFFALO GROVE, IL 60089 | 97586    0070358-00  S#0001879<br>ROBERT KUCHTA<br>207 OAK GROVE ROAD<br>PITTSTOWN, NJ 08867 | 97586    0070359-00  S#0008022<br>ROBERT L BEAUDETTE &<br>BEVERLY A BEAUDETTE<br>2050 22ND ST<br>WYANDOTTE, MI 48192 |
| 97586    0070360-00  S#0012142<br>ROBERT L BINKLEY<br>44610 12TH ST EAST<br>LANCASTER, CA 93535 | 97586    0070361-00  S#0010164<br>ROBERT L BOWEN<br>1600 HERITAGE DRIVE  1515<br>MC KENNEY, TX 75069 | 97586    0070362-00  S#0005274<br>ROBERT L BRADLEY<br>1245 CASTLEGATE CT<br>WINSTON SALEM, NC 27103 |
| 97586    0070363-00  S#0000052<br>ROBERT L COHEN CUST<br>JARED A R COHEN<br>34 EDSON ST<br>LONGMEADOW, MA 01106 | 97586    0070364-00  S#0000053<br>ROBERT L COHEN CUST<br>ZACHARY A COHEN<br>34 EDSON ST<br>LONGMEADOW, MA 01106 | 97586    0070365-00  S#0005027<br>ROBERT L HOLMES CUST<br>WILLIAM L HOLMES<br>401 TAVISTOCK DR<br>WINCHESTER, VA 22602 |
| 97586    0070366-00  S#0009514<br>ROBERT L JESSUP<br>540 S MEADOWBROOK RD<br>SPRINGFIELD, IL 62707-8171 | 97586    0070368-00  S#0001383<br>ROBERT L MAZZEO &<br>RAMONA A MAZZEO<br>JT TEN<br>47 STONEY BROOK RD<br>HOLMDEL, NJ 07733 | 97586    0070369-00  S#0012421<br>ROBERT L PEYTON CUST<br>THOMAS B PEYTON UCAUTMA<br>5340 POINSEFT AVE<br>EL CERRITO, CA 94530 |
| 97586    0070370-00  S#0004095<br>ROBERT L PRICE CUST<br>STEPHEN J PRICE<br>BOX 2 NAKORA DR<br>GREENWOOD ACRES<br>BLAKESLEE, PA 18610-0002 | 97586    0070371-00  S#0004171<br>ROBERT L RICHARDSON CUST<br>AARON DAVID RICHARDSON<br>606 PORTLEDGE DR<br>BRYN MAWR, PA 19010-1154 | 97586    0070373-00  S#0013221<br>ROBERT L SANDER CUST<br>JANE E SANDER<br>4105 E MADISON 300<br>SEATTLE, WA 98112 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0070372-00  S#0013222
ROBERT L SANDER CUST
MICHAEL M SANDER
4105 E MADISON ST 300
SEATTLE, WA 98112

97586    0070374-00  S#0003504
ROBERT LAGAS
56 COOLIDGE AVE
GLENS FALLS, NY 12801-2536

97586    0070375-00  S#0010141
ROBERT LEACH CUST
ROBERT A LEACH
3925 COLWICK CT
PLANO, TX 75023-1065

97586    0070376-00  S#0011126
ROBERT LEVY CUST
MICHAEL LEVY
9573 LANIA LANE
BEVERLY HILLS, CA 90210

97586    0070377-00  S#0006649
ROBERT M BARNES
8294 BARNES TRAIL
MCCALLA, AL 35111

97586    0070378-00  S#0006499
ROBERT M BRODHECKER JR
5595 AVENIDA PESCADORA
FORT MYERS BEACH, FL 33931

97586    0070379-00  S#0003976
ROBERT M BRUCKLACHER
626 ALLEN STREET
NEW CUMBERLAND, PA 17070-1826

97586    0070380-00  S#0002370
ROBERT M CAIRO &
PATRICIA A CAIRO JT TEN
239 SHERMAN AVE
HAWTHORNE, NY 10532

97586    0070381-00  S#0006558
ROBERT M ELHARDT
P.O. BOX 640253
BEVERLY HILLS, FL 34464

97586    0070382-00  S#0002242
ROBERT M GALLO
102 ELKHART ST
STATEN ISLAND, NY 10308

97586    0070383-00  S#0002684
ROBERT M GOLDING
562 73RD ST
BROOKLYN, NY 11209

97586    0070384-00  S#0011809
ROBERT M ROLLINS
1741 TUSTIN AVE 14D
COSTA MESA, CA 92627-3251

97586    0070385-00  S#0004734
ROBERT M SCHWARTZMAN CUST
ANDREW J SCHWARTZMAN
2313 HIDDEN GLEN DR
OWINGS MILLS, MD 21117

97586    0070386-00  S#0005677
ROBERT M SKIPPER
302 LAUREL TRCE
CARROLLTON, GA 30116-8102

97586    0070387-00  S#0005754
ROBERT M TRUSTY &
NANCY W TRUSTY
305 BURNT OAK CT
ATLANTA, GA 30328

97586    0070388-00  S#0001605
ROBERT MACHLUS CUST
SHAINA MACHLUS
7 FARMINGTON DR
MARLTON, NJ 08053

97586    0070389-00  S#0007913
ROBERT MALTESE
6789 NORTHPOINT DR
TROY, MI 48098

97586    0070390-00  S#0006334
ROBERT MATHIS HENLEY
12222 ILD COUNTRY RD
WEST PALM BEACH, FL 33414

97586    0070391-00  S#0013358
ROBERT MAURICE IKNER
8667 BROOKRIDGE DRIVE
ANCHORAGE, AK 99504

97586    0070392-00  S#0000418
ROBERT MAZZEO
1800 MINERAL SPRING AVE
APT 117
PROVIDENCE, RI 02904

97586    0070393-00  S#0000895
ROBERT MC GRATH &
ELIZABETH MC GRATH JT TEN
12 CYPRESS POND RD
WESTPORT, CT 06880

97586    0070394-00  S#0007747
ROBERT MCGAUGHEY
RR1 BOX 84G
BRINGHURST, IN 46913

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070395-00   S#0001521 | 97586    0070396-00   S#0001520 | 97586    0070398-00   S#0011708 |
| ROBERT MIKALOUSKAS & | ROBERT MIKALOUSKAS CUST | ROBERT MOGG & |
| THERESA MIKALOUSKAS JT TEN | ROBERT THOMAS MIKALOUSKAS | JOANN ONISHI MOGG JTTEN |
| 2 CHARLESTON CT | 2 CHARLESTON CT | 11202 WOODRUSH COURT |
| BASKING RIDGE, NJ 07920-3813 | BASKING RIDGE, NJ 07920-3813 | SAN DIEGO, CA 92128 |
| | | |
| 97586    0070399-00   S#0001843 | 97586    0070400-00   S#0003201 | 97586    0070401-00   S#0000958 |
| ROBERT MUSCARELLA & | ROBERT N CROWLEY JR | ROBERT N D'AMBOLA CUST |
| JAYNIE MUSCARELLA JT TEN | 88 CIRCUIT RD | STEVEN R D'AMBOLA |
| 79 SPRUCE ST | BELLPORT, NY 11713 | 11 MORSE ST |
| EDISON, NJ 08837 | | CRANFORD, NJ 07016-2712 |
| | | |
| 97586    0070402-00   S#0000078 | 97586    0070403-00   S#0000399 | 97586    0070404-00   S#0012290 |
| ROBERT N POLSELLI SR | ROBERT NERBONNE & | ROBERT NG |
| 34 NICOLE DR | MARY NERBOONE JTWROS | 1449 HYDE STREET #3 |
| MILLBURY, MA 01527 | 11 FERRIS STREET | SAN FRANCISCO, CA 94109 |
| | PAWTUCKET, RI 02861 | |
| | | |
| 97586    0070405-00   S#0001426 | 97586    0070406-00   S#0008580 | 97586    0070408-00   S#0006931 |
| ROBERT NOBILE & | ROBERT O GRULKE & | ROBERT P BIDDY C/F |
| MARY ANN NOBILE | CINDY J DUBAN JTTEN | HALEY BIDDY UGTMA MS |
| JT TEN | 13 HAVERHILL CIRCLE | 4310 CARROLLTON RD |
| 213 PEACHWOOD RD | MADISON, WI 53717 | GRENADA, MS 38901-9756 |
| MIDDLETOWN, NJ 07748 | | |
| | | |
| 97586    0070409-00   S#0000628 | 97586    0070410-00   S#0010500 | 97586    0070411-00   S#0012630 |
| ROBERT P BRZOZOWSKI CUST | ROBERT P CLARK | ROBERT P COLLACINO CUST |
| FBO ROBERT M BRZOZOWSKI | 3506 ELM KNOLL | CHRISTOPHER W SCROGGINS |
| 18 PEDDLER DR | SAN ANTONIO, TX 78230 | 360 CIRCLE DR |
| WINDSOR, CT 06095 | | BEN LOMOND, CA 95005-9421 |
| | | |
| 97586    0070412-00   S#0012629 | 97586    0070413-00   S#0001502 | 97586    0070414-00   S#0005695 |
| ROBERT P COLLACINO CUST | ROBERT P COLVILLE | ROBERT P HARRIS CUST |
| NICHOLAS P COLLACINO | 184 GLENSIDE TRAIL | A/C/F BRIAN HARRIS |
| 360 CIRCLE DR | SPARTA, NJ 07871 | BOX 1031 |
| BEN LOMOND, CA 95005-9421 | | ROME, GA 30161 |
| | | |
| 97586    0070416-00   S#0011046 | 97586    0070417-00   S#0003222 | 97586    0070418-00   S#0008243 |
| ROBERT P MARCUCCI | ROBERT P OTTONE C/F | ROBERT P WHEELER SR & |
| 10600 HOLMAN AVE | ROBERT A OTTONE UGMA NY | LUCILLE C WHEELER JTTEN |
| LOS ANGELES, CA 90024-5960 | 101 PEQUOT | 14201 GRANDVILLE DR |
| | EAST ISLIP, NY 11730 | CHEBOYGAN, MI 48721 |

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0070419-00  S#0003514
ROBERT P WITHINGTON III
18 ADDOMS ST
PLATTSBURGH, NY 12901

97586    0070420-00  S#0003515
ROBERT P WITHINGTON JR
18 ADDOMS ST
PLATTSBURGH, NY 12901

97586    0070421-00  S#0001600
ROBERT PADOVANO
528 SHARK LANE
MANAHAWKIN, NJ 08050

97586    0070422-00  S#0003555
ROBERT PETER THEIS
4661 RING NECKED PATH
MANLIUS, NY 13104-9606

97586    0070423-00  S#0012916
ROBERT PETERS &
PEGI PETERS
1159 VALLEY OAK DR
CHICO, CA 95926-7768

97586    0070424-00  S#0000990
ROBERT POLERA
420 GRANT STREET
LINDEN, NJ 07036-1743

97586    0070425-00  S#0010000
ROBERT PURDY &
RHONDA PURDY
2000 CHERRY BEND DR
LITTLE ROCK, AR 72211

97586    0070426-00  S#0010901
ROBERT Q HOYT
1760 E RIVER RD STE 161
TUCSON, AZ 85718-5956

97586    0070427-00  S#0010902
ROBERT Q HOYT CU FBO
CHASE H HOYT
1760 E RIVER RD STE 161
TUCSON, AZ 85718-5956

97586    0070428-00  S#0010366
ROBERT QUIJANO
1414 S DIARY ASHFORD,  APT 501
HOUSTON, TX 77077

97586    0070429-00  S#0004386
ROBERT R BURNS
2024 LINCOLN CT
WYOMISSING, PA 19610

97586    0070430-00  S#0012326
ROBERT R NEWMAN
348 LOCUST ST APT 1
SAN FRANCISCO, CA 94118-1854

97586    0070431-00  S#0011390
ROBERT R RANKIN CUST
DAMIEN M WOOD
28118 SECO CANYON RD #151
SAUGUS, CA 91350

97586    0070432-00  S#0001172
ROBERT R REINERS C/F
ANDREW J REINERS UGMA NJ
85 LAKESHORE DRIVE
OAKLAND, NJ 07436

97586    0070433-00  S#0012594
ROBERT R WALLER
568 ANSON AVE
ROHNERT PARK, CA 94928-3336

97586    0070434-00  S#0012591
ROBERT R WALLER CUST
BRYANT JOSHUA MILLER
568 ANSON AVE
ROHNERT PARK, CA 94928

97586    0070435-00  S#0003769
ROBERT RANNEY JR
5668 HARTFIELD-STOCKTON ROAD
DEWITTVILLE, NY 14728

97586    0070436-00  S#0006175
ROBERT RASKEN CUST
ANDREW LAWRENCE RASKEN
5987 N BAY RD
MIAMI BEACH, FL 33140

97586    0070437-00  S#0010016
ROBERT REED GREENWOOD
BOX 4278
FAYETTEVILLE, AR 72702-4278

97586    0070438-00  S#0000250
ROBERT S CASEY CUST
CAITLIN E CASEY
1154 BROADWAY
SOMERVILLE, MA 02144

97586    0070439-00  S#0000646
ROBERT S DOOLAN C/F
ALEXANDER JOAN DOOLAN UGMA CT
1797 MAIN ST
NEWINGTON, CT 06111

97586    0070440-00  S#0011108
ROBERT S GASBARRO
12221 OCEAN PARK BLVD
LOS ANGELES, CA 90064-2725

97586    0070441-00  S#0008497
ROBERT S GINGRAS &
LINDA L L GINGRAS
3366 N 49TH ST
MILWAUKEE, WI 53216-3206

97586    0070442-00  S#0001371
ROBERT S KETCHAM &
DEBORA A KETCHAM/JTTEN
3 WYOMING DR
HAZLET, NJ 07730-2222

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0070443-00  S#0001575
ROBERT S KRONEMEYER
BOX 721
BROWNS MILLS, NJ 08015

97586    0070444-00  S#0004946
ROBERT S MANDEL CUST
DANIEL T MANDEL
1498 HAMPTON HILL CIR
MC LEAN, VA 22101

97586    0070445-00  S#0002480
ROBERT S MARIN CUST
ACF JASON S MARIN
56 CIRCLE DR
HASTINGS HDSN, NY 10706-1904

97586    0070446-00  S#0007687
ROBERT S RIFKIN &
RUTH J RIFKIN JT TEN
809 HOLLIDAY LANE
INDIANAPOLIS, IN 46260-3521

97586    0070447-00  S#0013212
ROBERT S SNYDER CUST
PATRICK M SNYDER
30TH FLOOR KEY TOWER
1000 SECOND AVENUE
SEATTLE, WA 98104

97586    0070448-00  S#0009073
ROBERT S THEBEAU TTEE
ROBERT S THEBEAU TRUST 101
DTD10 22 93
605 GARDEN ROAD
DEKALB, IL 60115

97586    0070449-00  S#0013077
ROBERT SCHEER CUST
ELLIOTT SCHEER
01837 SW GREENWOOD RD
PORTLAND, OR 97219

97586    0070450-00  S#0013078
ROBERT SCHEER CUST
MONICA SCHEER
01837 SW GREENWOOD RD
PORTLAND, OR 97219

97586    0070451-00  S#0002581
ROBERT SCHLIEPER CUST
CHRISTOPHER A SCHLIEPER
28 WILLOW ST
FLORAL PARK, NY 11001

97586    0070452-00  S#0002580
ROBERT SCHLIEPER CUST
MATTHEW R SCHLIEPER
28 WILLOW ST
FLORAL PARK, NY 11001

97586    0070453-00  S#0002956
ROBERT SCHOENSTEIN
68-35 CENTRAL AVE
GLENDALE, NY 11385-6635

97586    0070454-00  S#0007832
ROBERT SCHOSTAK CUST
JEFFREY J SCHOSTAK
26025 WOODLORE RD
FRANKLIN, MI 48025

97586    0070455-00  S#0002608
ROBERT SCOTT STEIN
320 CONTINENTAL DRIVE
MANHASSETT HILLS, NY 11040

97586    0070456-00  S#0010379
ROBERT SPEICH JR C/F
ROBERT SPEICH III UGMA/TX
10609 SAGEBURY
HOUSTON, TX 77089

97586    0070457-00  S#0003229
ROBERT SPITZ &
MIMI SPITZ JT TEN
45 VERLEYE RD
E NORTHPORT, NY 11731

97586    0070458-00  S#0002607
ROBERT STEIN
320 CONTINENTAL DRIVE
MANHASSET HILLS, NY 11040

97586    0070459-00  S#0002209
ROBERT STEINBERGER
200 PARK AVE 48TH FLOOR
NEW YORK, NY 10166-0001

97586    0070460-00  S#0008513
ROBERT STUART SCHEID CUST
JOHN ROBERT SCHEID
2469 N 100TH ST
WAUWATOSA, WI 53226-1639

97586    0070461-00  S#0000653
ROBERT T BERGMAN CUST
JOHN A BERGMAN
60 LANCE DR
SOMERS, CT 06201

97586    0070462-00  S#0004083
ROBERT T DOBLE CUST
THOMAS A H DOBLE
2 GLADIOLA DR
CLARKS SUMMIT, PA 18411-2139

97586    0070463-00  S#0005540
ROBERT T MORT
I-148 POINT ARCADIA
COLUMBIA, SC 29206

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0070464-00   S#0005779
ROBERT T STULTZ
BOX 52514
ATLANTA, GA 30355

97586    0070465-00   S#0013458
ROBERT TELFER
148 PERCIVAL
MONTREAL WEST, QC H4X 1T6
CANADA

97586    0070466-00   S#0013479
ROBERT TODD MC COOEYE
RR 2 2156 S LINE ROAD
METCALFE, ON K0A 2P
CANADA

97586    0070467-00   S#0008974
ROBERT V CABLE &
ARLETTE S CABLE JT TEN
3112 FAIRWAY DR
MCHENRY, IL 60050

97586    0070468-00   S#0006436
ROBERT V GRIEB CUST
JOSHUA ALEXANDER GRIEB
11804 WILLOW POINT WAY
TAMPA, FL 33624-4651

97586    0070469-00   S#0006437
ROBERT V GRIEB CUST
KRISTYN LAUREL
11804 WILLOW POINT WAY
TAMPA, FL 33624-4651

97586    0070470-00   S#0012917
ROBERT V PETERS &
PEGI M PETERS
1159 VALLEY OAK DR
CHICO, CA 95926-7768

97586    0070471-00   S#0012915
ROBERT V PETERS CUST
MARK MANDUCA
1159 VALLEY OAK DR
CHICO, CA 95926-7768

97586    0070473-00   S#0012785
ROBERT VAILLETTE JR CUST
RYAN VAILLETTE
2306 FLORAL WAY
SANTA ROSA, CA 95403

97586    0070474-00   S#0001317
ROBERT VALLE
637 WOODSIDE AVE
RIVER VALE, NJ 07675

97586    0070475-00   S#0012856
ROBERT W & MARVEL A IRVINE TR
OF THE ROBERT & MARVEL IRVINE TRST
900 MEADOW RD BOX 599
ALTA, CA 95701

97586    0070476-00   S#0011083
ROBERT W BOND JR
8041 AGNEW AVE
LOS ANGELES, CA 90045-1014

97586    0070477-00   S#0001540
ROBERT W BURKE
14 VOM EIGEN DR
CONVENT STATION, NJ 07960

97586    0070478-00   S#0012177
ROBERT W CASTELLETTO CUST
ANDREA ERROTABERE U/CA/UGMA
2705 N SELLAND
FRESNO, CA 93722

97586    0070479-00   S#0012176
ROBERT W CASTELLETTO CUST
NICOLE ERROTABERE U/CA/UGMA
2705 N SELLAND
FRESNO, CA 93722

97586    0070480-00   S#0011283
ROBERT W GASPER CUST
CHRISTINA M GASPER
110 PINE AVE STE 810
LONG BEACH, CA 90802-4425

97586    0070481-00   S#0011284
ROBERT W GASPER CUST
FOR COLIN V GASPER
110 PINE AVE STE 810
LONG BEACH, CA 90802-4425

97586    0070482-00   S#0008267
ROBERT W IRVING II
118 S GRACE ST
LANSING, MI 48917

97586    0070483-00   S#0007740
ROBERT W MARSHALL
4915 TRACE
FT WAYNE, IN 46816-4169

97586    0070484-00   S#0010713
ROBERT W REED
805 MICHIGAN ST
GOODING, ID 83330-1606

97586    0070485-00   S#0011745
ROBERT W RITTER CUST
JOSHUA RITTER
3150 CARRIAGE HILLS COURT
HIGHLAND, CA 92346-1745

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070486-00   S#0003516<br>ROBERT W ROY CUST<br>MANI V MEDINA<br>RR2 BOX 430<br>CHATEAUGAY, NY 12920 | 97586   0070487-00   S#0000049<br>ROBERT W ROY CUST<br>SEAN MICHAEL BROWN<br>62 GREEN ACRES<br>LONG MEADOW, MA 01106 | 97586   0070488-00   S#0003087<br>ROBERT W SIMONSON JR<br>210 VAN NOSTRAND AVE<br>MERRICK, NY 11566-2107 |
| 97586   0070489-00   S#0005660<br>ROBERT W YOUNG<br>4192 WESTCHESTER TRACE<br>ROSWELL, GA 30075 | 97586   0070490-00   S#0004668<br>ROBERT WEBSTER WRIGHT<br>1948 PARK BEACH DR<br>ABERDEEN, MD 21001 | 97586   0070491-00   S#0008920<br>ROBERT WITHERS &<br>REBECCA WITHERS JT TEN<br>938 SHEFFIELD DR<br>CRYSTAL LAKE, IL 60014 |
| 97586   0070492-00   S#0007000<br>ROBERT WITHROW<br>1321 MORGAN AVE<br>LOUISVILLE, KY 40213-1721 | 97586   0070493-00   S#0008341<br>ROBERT WOJTOWICZ &<br>YVONNE WOJTOWICZ JT TEN<br>226 ABBIE SE<br>WYOMING, MI 49548 | 97586   0070494-00   S#0003211<br>ROBERT WOLINSKI<br>66 PLYMOUTH ST<br>CENTEREACH, NY 11720 |
| 97586   0070495-00   S#0012346<br>ROBERT ZORROZUA<br>543 GARFIELD ST<br>SAN FRNACISCO, CA 94132 | 97586   0070496-00   S#0006511<br>ROBERTA L HARPER CUST<br>MELANIE HARPER<br>4563 25TH CT SW<br>NAPLES, FL 33999 | 97586   0070498-00   S#0007357<br>ROBERTA R DUKTIG CUST<br>DINO ANTHONY ALAI<br>27022 SHADY RD<br>OLMSTED FALLS, OH 44138 |
| 97586   0070497-00   S#0007236<br>ROBERTA R DUKTIG CUST<br>VICTORIA MAE ALAI<br>23875 EMMONS RD<br>COLUMBIA STA, OH 44028 | 97586   0070499-00   S#0012338<br>ROBERTA S RILEY CUST<br>MAXMILLIAN W RILEY UNDER<br>CA UNIF TRANS TO MIN ACT<br>2513 OCTAVIA STREET<br>SAN FRANCISCO, CA 94123 | 97586   0070500-00   S#0000497<br>ROBERTA W PINKHAM CUST<br>JEREMY C PINKHAM<br>BOX 250<br>WINDHAM, ME 04062-0250 |
| 97586   0070501-00   S#0005808<br>ROBERTO A MARIN<br>208 GULKANA CT<br>GROVETOWN, GA 30813-2740 | 97586   0000371-00   S#0002739<br>ROBERTSON, DARICK WILLIAM<br>593 CONEY ISLAND AVE #3<br>BROOKLYN, NY 11218-4304 | 97586   0070502-00   S#0010641<br>ROBIN BROOKSTONE<br>15042 E PENSACOLA PLACE<br>DENVER, CO 80239 |
| 97586   0070503-00   S#0002628<br>ROBIN E GOLD<br>22 SANDY CT<br>PORT WASHINGTON, NY 11050 | 97586   0070504-00   S#0005600<br>ROBIN FLETCHER<br>2028 PRESSLEY RD<br>CHESTER, SC 29706 | 97586   0070505-00   S#0008205<br>ROBIN H KEENAN CUST<br>JASON MICHAEL KEENAN<br>2130 DAVISBURG<br>HOLLY, MI 48442 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0070506-00  S#0007805
ROBIN J NEAL
814 E SUNSET PIKE DR
TERRE HAUTE, IN 47802

97586    0070507-00  S#0000689
ROBIN J SMITH CUST
MATTHEW S SMITH UGMA/CT
47 MELODY LANE
FAIRFIELD, CT 06430

97586    0070508-00  S#0012317
ROBIN L MCCARTNY CUST
JASON LOUIS LEFLER
1136 STANYON ST
SAN FRANCISCO, CA 94117-3813

97586    0070509-00  S#0004894
ROBIN LYNN FOX CUST
TAYLOR LYNN FOX
194 WEAVER MEADOWS RD
CONOWINGO, MD 21918

97586    0070510-00  S#0004893
ROBIN LYNN FOX CUST
TYLER LEE FOX
194 WEAVER MEADOWS RD
CONOWINGO, MD 21918

97586    0070511-00  S#0001202
ROBIN M KANIS CUST
JOSHUA KANIS
19 HUBBARDTON RD
WAYNE, NJ 07470

97586    0070512-00  S#0001205
ROBIN M KANIS CUST
RYAN KANIS
19 HUBBARDTON RD
WAYNE, NJ 07470

97586    0070513-00  S#0013437
ROBIN MACNEIL
34 CARTIER CRES.
LOWER SACKVILLE, NS B4C 3K7
CANADA

97586    0070514-00  S#0009538
ROBIN PERNIKOFF CUST
DANIEL MORGAN PERNIKOFF
1502 WILLMONT COURT
CHESTERFIELD, MO 63017

97586    0070515-00  S#0000288
ROBIN RICHMOND CUST
PHILIP JONATHAN AUERBACH
8 SADDLE CLUB RD
LEXINGTON, MA 02173

97586    0070516-00  S#0006293
ROBIN SEMAR CUST
JODI SPEICHER
2780 SW 81 WAY
DAVIE, FL 33328-1618

97586    0070517-00  S#0012862
ROBIN SIEVERS CUST FBO
NICOLAS SIEVERS CA/UGMA
1308 PILGRIMS DRIVE
ROSEVILLE, CA 95747

97586    0070518-00  S#0011871
ROBIN SILBERSTEIN
HIDDEN HILLS
APT 280
30041 TESSIER ST
LAGUNA NIGUEL, CA 92677-8908

97586    0070519-00  S#0003310
ROBIN WEXLER CUST
SETH SEIDLER
15 EUCLID AVE
MASSAPEQUA, NY 11758-4406

97586    0070520-00  S#0010726
ROBIN Z GRAY
129 SMITH AVE
NAMPA, ID 83651

97586    0000911-00  S#0001750
ROBINSON, MARC
6 ROUND VALLEY LN
LAKEWOOD, NJ 08701-5755

97586    0070521-00  S#0008801
ROBYN J DAVIS CUST
KEITH N DAVIS
5309 NICKLAUS DR N.W.
ROCHESTER, MN 55901

97586    0070522-00  S#0004560
ROCA L HARDING CUST
JAMES U L HARDING
5 ROYAL DOMINION CT
BETHESDA, MD 20817-4652

97586    0000243-00  S#0002076
ROCCO, CATHERINE
200 E 72ND ST #6B
NEW YORK, NY 10021

97586    0070523-00  S#0009535
ROCHELLE A SCHRAMM &
GLORIA M SCHRAMM &
FRED S SCHRAMM JTWROS
14125 FORREST CREST DR
CHESTERFIELD, MO 63017

97586    0070524-00  S#0004768
ROCHELLE BLUMBERG &
MARVIN A BLUMBERG JT TEN
3313 NORTHMONT RD
BALTIMORE, MD 21207

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070525-00  S#0006302<br>ROCHELLE HABER CUST<br>MATTHEW STEVEN HABER<br>11128 NW 38TH PL<br>SUNRISE, FL 33351 | 97586   0070526-00  S#0012353<br>ROCK WOO<br>418 SWEENY ST<br>SAN FRANCISCO, CA 94134-1125 | 97586   0020162-00  S#0005672<br>ROCK-TENN COMPANY<br>ATTN: MARTHA BOYERS-CRDT/COLL MGR<br>PO BOX 4098<br>NORCROSS, GA 30091 |
| 97586   0070527-00  S#0008964<br>RODERICK J MILLER CUST<br>ADRIENNE RALLS MILLER<br>940 WAVELAND RD<br>LAKE FOREST, IL 60045-3946 | 97586   0070528-00  S#0002343<br>RODGER J WEINFELD<br>44 FOUNTAIN RD<br>BRIARCLIFF MANOR, NY 10510-2234 | 97586   0070529-00  S#0004148<br>RODGER ROBERT BOWMAN<br>446 GIBSON AVENUE<br>WARMINSTER, PA 18974 |
| 97586   0070530-00  S#0013630<br>RODIA MIHALI DELPHI<br>DELPHI SALES<br>NEHERSTRASSES<br>MUNCHEN<br>GERMANY | 97586   0070531-00  S#0010407<br>RODNEY ALAN MAXWELL<br>19700 WHITAKER NBR 308<br>HUMBLE, TX 77338-3591 | 97586   0070532-00  S#0012920<br>RODNEY COX<br>1661 FORREST AVE 174<br>CHICO, CA 95928-6381 |
| 97586   0070533-00  S#0000149<br>RODNEY E CLEAVES<br>35 ROBERT BIGELOW ST<br>CHELMSFORD, MA 01824 | 97586   0070534-00  S#0006002<br>RODNEY E WHITE<br>226 TEMPLE AVE<br>FERN PARK, FL 32730-2814 | 97586   0070535-00  S#0008647<br>RODNEY HUTHER<br>459 E TOWNLINE RD<br>WAUTOMA, WI 54982 |
| 97586   0070536-00  S#0007679<br>RODNEY J ANDERSON CUST<br>JARED MATTHEW ANDERSON<br>7525 RUNNINGBROOK COURT<br>INDIANAPOLIS, IN 46254 | 97586   0070537-00  S#0003032<br>RODNEY J COONEY CUST<br>KEVIN J COONEY<br>66 MEADOW ST<br>GARDEN CITY, NY 11530 | 97586   0070538-00  S#0009064<br>RODNEY J KUZERA CUST<br>ANTHONY KUZERA<br>331 S PINOAK DR<br>BARTLETT, IL 60103-4439 |
| 97586   0070540-00  S#0005838<br>RODNEY KENT HENINGER<br>139 AZALEA LANE<br>FITZGERALD, GA 31750 | 97586   0070539-00  S#0005839<br>RODNEY KENT HENINGER<br>RTE 2 BOX 575<br>FITZGERALD, GA 31750 | 97586   0070541-00  S#0009461<br>RODNEY L RODICH &<br>ELIZABETH RODICH JT TEN<br>800 KEEBLER<br>COLLINSVILLE, IL 62234 |
| 97586   0070542-00  S#0003992<br>RODNEY L YOUNG<br>RR 7 BOX 7054 EMIG RD<br>SPRING GROVE, PA 17362-9000 | 97586   0070543-00  S#0008821<br>RODNEY M THOE CUST<br>ANDREW P RICH UGMA/MN<br>PO BOX 195<br>BRAINERD, MN 56401 | 97586   0070544-00  S#0009887<br>RODNEY SWANSON &<br>SHERRY SWANSON<br>663 E ASHTON<br>GRAND ISLAND, NE 68801 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070545-00   S#0013020
RODNEY T UYENO &
SANDRA S UYENO
308 LUNALILO HOME RD
HONOLULU, HI 96825

97586   0070546-00   S#0003544
ROGER A CARLSON
P.O. BOX 39
LAFAYETTE, NY 13084-0039

97586   0070547-00   S#0008430
ROGER A LATHROP CUST
BENJAMIN ALAN LATHROP
3433 MAPLE GLEN DR
BETTENDORF, IA 52722-2898

97586   0070548-00   S#0007324
ROGER A VOZAR
22801 IVAN AVE
EUCLID, OH 44123

97586   0070549-00   S#0012977
ROGER AKAMA C/F
RYLAN K AKAMA UGMA HI
4548 KUKUI STREET
KAPAA, HI 96746

97586   0070550-00   S#0012811
ROGER ARRIETA CUST
FBO ERIC A LANNING ARRIETA
UNDER THE CA UNIF TRAN MIN ACT
3033 LA VISTA AVE
CARMICHAEL, CA 95608

97586   0070551-00   S#0000707
ROGER B CALISTRO &
KATHLEEN M FOSTER
540 PADDOCK AVE
MERIDEN, CT 06450-7016

97586   0070552-00   S#0007454
ROGER B LATSHAW
2530 MOTNCLAIR AVE
WOOSTER, OH 44691

97586   0070553-00   S#0003365
ROGER CLEMENTE
34 FERN COURT
HICKSVILLE, NY 11801

97586   0070554-00   S#0009343
ROGER E JOHNSON
1419 PIER DR
DAVIS, IL 61019-9656

97586   0070555-00   S#0005855
ROGER E VOSS
RTE 12 BOX 602
LAKE CITY, FL 32055-9163

97586   0070556-00   S#0009551
ROGER HOLMES
14826 AFSHARI CIRCLE
FLORISSANT, MO 63034

97586   0070557-00   S#0007194
ROGER J AUGUSTYNIAK SR &
SUZANNE M AUGUSTYNIAK JTTEN
318 ORVILLE DR
TOLEDO, OH 43612

97586   0070558-00   S#0012202
ROGER J LEE
130 ALTA VISTA WAY
DALY CITY, CA 94014-1402

97586   0070559-00   S#0009402
ROGER J NEWELL CUST
JORDAN J NEWELL
R R 1 BOX 49
WILLIAMSFIELD, IL 61489

97586   0070560-00   S#0008305
ROGER K PETERSEN
2800 BROOKSIDE BLVD
JACKSON, MI 49203

97586   0070561-00   S#0010024
ROGER L BRANHAM
904 QUAIL TERR
ROGERS, AR 72756

97586   0070562-00   S#0001105
ROGER LOWENSTEIN CUST
MATTHEW K LOWENSTEIN
411 HARRISON AVE
WESTFIELD, NJ 07090-2438

97586   0070563-00   S#0001106
ROGER LOWENSTEIN CUST
ZACHARY LOWENSTEIN
411 HARRISON AVE
WESTFIELD, NJ 07090-2438

97586   0070564-00   S#0002100
ROGER M DEITZ CUST
BENJAMIN SOLOMON DEITZ
477 MADISON AVE
NEW YORK, NY 10022

97586   0070565-00   S#0000808
ROGER MALMBERG
BOX 207
GAYLORDSVILLE, CT 06755

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0070566-00   S#0001397
ROGER MORRIS
82 HENESSEY ST
LONG BRANCH, NJ 07740

97586    0070567-00   S#0001737
ROGER MORTEN LONG &
LOIS TILTON LONG
5 RIVULET WAY
TRENTON, NJ 08619

97586    0070568-00   S#0013665
ROGER PAUL MITCHELL
C/O 47 RALSTON DRIVE
CROOKSTON
GLASGOW  G52 3LT
UNITED KINGDOM

97586    0070569-00   S#0013667
ROGER PAUL MITCHELL ESQ
47 RALSTON DRIVE
CROOKSON   GLASGOW
G52 3LT
UNITED KINGDOM

97586    0001298-00   S#0000263
ROGER PROMOTIONS
200 2ND ST
CHELSEA, MA 02150-1802

97586    0070570-00   S#0005048
ROGER S PIETRZYK
15013 WALNUT BEND ROAD
MIDLOYHIAN, VA 23112

97586    0070571-00   S#0008151
ROGER W MAGERMAN &
GRETCHEN E MAGERMAN
5143 WOODCREEK TRAIL
CLARKSTON, MI 48346

97586    0001299-00   S#0005086
ROGERS-AMERICAN
9200 ARBORETUM PKWY
RICHMOND, VA 23236

97586    0070572-00   S#0000481
ROLAND A GOULET
381 HIGH ST
BERLIN, NH 03570-1809

97586    0070573-00   S#0008547
ROLAND B WAGNER
1101 MONROE ST
SAUK CITY, WI 53583

97586    0070574-00   S#0009826
ROLAND CRAIG HOLDERMAN CUST
SEAN MATHEW HOLDERMAN
3029 HEDGETREE CT
WICHITA, KS 67226

97586    0070575-00   S#0005105
ROLAND DOAN III &
DIANA L SCOFIELD
13 RUDEE AVE
VIRGINIA BEACH, VA 23451-4765

97586    0070576-00   S#0013631
ROLAND EPPLE
BIBLESBERG II
OTTOBEUREN 87724
GERMANY

97586    0070577-00   S#0012796
ROLAND KUSROW CUST
MATTHEW ROTHSTEIN
76 CRAWFORD COURT
LAKEPORT, CA 95453

97586    0070578-00   S#0011273
ROLAND TORRES &
ESTHER TORRES
2971 COLERIDGE DR
LOS ALAMITOS, CA 90720-4014

97586    0070579-00   S#0008729
ROLEN PRICE CUST
LUKE PRICE
3110 ISLANDVIEW DR
MOUND, MN 55364

97586    0001300-00   S#0010589
ROLLING STONE
2815 W 144TH CT
BROOMFIELD, CO 80020-4600

97586    0070580-00   S#0013513
ROMAN M Y PEKARUK
103 MAPLE DRIVE
STONEY GREEN, ON L8G 4T2
CANADA

97586    0070581-00   S#0000003
ROMANO A ZAMPIEROLLO-VILA &
CATIN E GARCIA-RODRIGUEZ TENCOM
116 MALLORCA ST
SAN JUAN, PR 00917-2131

97586    0001294-00   S#0006165
ROMI, ROBIN
10921 NW 46TH DR
CORAL SPRINGS, FL 33076

97586    0070582-00   S#0010268
ROMMIE A BOLLINGER
617 WOODCREST
HURST, TX 76053

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070583-00   S#0010302<br>RON ARAGONA JR<br>C CO 522 MI BN 2 AD<br>FORT HOOD, TX 76544 | 97586    0070584-00   S#0006160<br>RON BAER CUST<br>DAVID JEFFREY BAER<br>124-57 NW 19TH PL<br>CORAL SPRINGS, FL 33071 | 97586    0070586-00   S#0004620<br>RON D EIMER CUST<br>BARRETT D EIMER<br>12109 STARDRIFT DR<br>GERMANTOWN, MD 20876 |
| 97586    0070587-00   S#0004622<br>RON D EIMER CUST<br>BRANDON W EIMER<br>12109 STARDRIFT DR<br>GERMANTOWN, MD 20876 | 97586    0070588-00   S#0013555<br>RON HANSEN<br>831 BUCKINGHAM<br>WINDSOR, ON N8S 2C7<br>CANADA | 97586    0070589-00   S#0012737<br>RON MISENHIMER<br>PO BOX 30005<br>STOCKTON, CA 95213 |
| 97586    0070590-00   S#0007984<br>RON SCHUBERT CUST<br>KATHRYN MARIE SCHUBERT<br>42736 SWAN LAKE DRIVE<br>APT 104<br>NORTHVILLE, MI 48167-1391 | 97586    0070591-00   S#0004956<br>RON SIEGEL CUST<br>ADAM J SIEGEL U/VA/UTMA<br>10910 TIMBERMILL COURT<br>OAKTON, VA 22124-1017 | 97586    0070592-00   S#0005910<br>RON SINGAL CUST<br>MICHAEL HOWARD SINGAL<br>2660 RIVER PORT DR S<br>JACKSONVILLE, FL 32223-7115 |
| 97586    0070593-00   S#0011817<br>RONALD A BENNETT CUST<br>JEFFREY RONALD BENNETT<br>CA UNIF TRF TO MIN ACT<br>25881 GREENBANK<br>LAKE FOREST, CA 92630-5549 | 97586    0070594-00   S#0010995<br>RONALD A DECAPRIO CUST<br>DEREK ANGELO DECAPRIO NV/UTMA<br>1044 TILLER<br>INCLINE VLG, NV 89451-9318 | 97586    0070595-00   S#0005964<br>RONALD A YARBROUGH<br>2703 TOMLINSON RD<br>PENSACOLA, FL 32526 |
| 97586    0070596-00   S#0005504<br>RONALD ADAMS LACE CUST<br>FBO JONATHAN ADAMS LACE<br>1915 TOOLE ST<br>CAYCE, SC 29033 | 97586    0070597-00   S#0005758<br>RONALD ALAN HARTMAN<br>PO BOX 15072<br>ATLANTA, GA 30333 | 97586    0070598-00   S#0002991<br>RONALD ANTHONY HAMLIN<br>134-47 166TH APT 3C<br>ROCHDALE VILLAGE, NY 11434 |
| 97586    0070599-00   S#0002871<br>RONALD BEBERMAN<br>75-24 BELL BLVD<br>BAYSIDE, NY 11364 | 97586    0070600-00   S#0005832<br>RONALD BRIGHT CUST<br>LAUREN JENNIFER BRIGHT<br>91 MACKAY DR<br>BRUNSWICK, GA 31525-4501 | 97586    0070601-00   S#0002752<br>RONALD CAPUTO CUST<br>ACF NICHOLAS CAPUTO<br>2554 E 1ST ST<br>BROOKLYN, NY 11223-6235 |
| 97586    0070602-00   S#0012743<br>RONALD CHEVRIER<br>BOX 1023<br>LODI, CA 95241-1023 | 97586    0070603-00   S#0005423<br>RONALD CLAY HARRINGTON<br>430 WEST AVE<br>KANNAPOLIS, NC 28081 | 97586    0070604-00   S#0011986<br>RONALD E DICKMAN CUST<br>ANTHONY ARRIA<br>3710 BRENT ST<br>SANTA BARBARA, CA 93105-2409 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070605-00   S#0011985
RONALD E DICKMAN CUST
PAUL ARRIA
3710 BRENT ST
SANTA BARBARA, CA 93105-2409

97586   0070606-00   S#0011984
RONALD E DICKMAN CUST FOR
PAUL ARRIA CA/UTMA UNT AGE 25
3710 BRENT STREET
SANTA BARBARA, CA 93105

97586   0070607-00   S#0007266
RONALD E DUDIK &
JOANN P DUDIK JTTEN
6206 MAPLE HURST RD
NORTH OLSTEAD, OH 44070

97586   0070608-00   S#0010186
RONALD E HALL
1326 OAK RUN DR
DUNCANVILLE, TX 75137

97586   0070609-00   S#0005445
RONALD E PADGETT
5617 GRISTMILL LANE
CHARLOTTE, NC 28227-9263

97586   0070610-00   S#0003625
RONALD E ROTHENBERGER CUST
STEVEN MILLER
75 TORREY DR
HAMBURG, NY 14075

97586   0070611-00   S#0012650
RONALD ENG CUST
ASHLEY RENEE ENG
175 LOMA ALTA AVE
LOS GATOS, CA 95032

97586   0070612-00   S#0003354
RONALD ESTRIN CUST
A/C/F RICHARD ISAIAH ESTRIN
299 STILLWELL LANE
SYOSSET, NY 11791-1914

97586   0070613-00   S#0006582
RONALD F BERLE &
PEGGY ANN BERLE JT TEN
131 LEEWARD ISLAND
CLEARWATER, FL 34630

97586   0070614-00   S#0000060
RONALD F SANDERS CUST
FOR NICHOLAS ANDREW SANDERS
124 IMPERIAL AVENUE
PITTSFIELD, MA 01201-0000

97586   0070615-00   S#0005551
RONALD F YEAGER
693 GREGG DR
CHARLESTON, SC 29412

97586   0070616-00   S#0013550
RONALD FICHTER
528 SOMERDALE PLACE
WATERLOO, ON N2N 2C1
CANADA

97586   0070617-00   S#0007214
RONALD G SOLT CUST
ALEXANDER W SOLT
168 WESTWIND DR
AVON LAKE, OH 44012

97586   0070618-00   S#0011032
RONALD GASH
BOX 21671
CARSON CITY, NV 89721

97586   0070619-00   S#0000562
RONALD GOLD CUST
ZACHARY B GOLD
5 BOXWOOD CIR
AVON, CT 06001-3937

97586   0070620-00   S#0007308
RONALD GREENE
1169 WINSTON RD
S EUCLID, OH 44121

97586   0070621-00   S#0007311
RONALD GREENE CUST
ERIC GREENE
1169 WINSTON RD
S EUCLID, OH 44121

97586   0070622-00   S#0005466
RONALD HAL HORNE &
SANDRA M HORNE
RTE 1 BOX 109
LUMBER BRIDGE, NC 28357

97586   0070624-00   S#0005948
RONALD J JANCURA &
THERESA A JANCURA
3053 OBRIEN DR
TALLAHASSE, FL 32308-2752

97586   0070625-00   S#0008351
RONALD J KLUG &
SHARON R KLUG JT TEN
807 S 16TH ST
ESCANABA, MI 49829

97586   0070626-00   S#0009350
RONALD J LEINEN
109 NORTH HIGH ST
GALENA, IL 61036

**Debtor:**              Mafco Litigation Trust
**Description:**          Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070627-00   S#0011447<br>RONALD J LUMLEY<br>15023 HARTSOOK STREET<br>SHERMAN OAKS, CA 91403 | 97586    0070628-00   S#0002622<br>RONALD J MATTIOLI &<br>DIANE J MATTIOLI<br>53 FRANKLIN AVE<br>NEW HYDE PARK, NY 11040-3149 | 97586    0070629-00   S#0008606<br>RONALD J MOORE &<br>JEAN A MOORE<br>JT TEN<br>814 ADAMS<br>WAUSAU, WI 54403-4962 |
| 97586    0070630-00   S#0008450<br>RONALD J MOORE CUST<br>ANTHONY BROWN<br>1107 RIVERVIEW DR<br>PLYMOUTH, WI 53073 | 97586    0070631-00   S#0004113<br>RONALD J RAHL<br>238 CHAPEL ST<br>LUZERNE, PA 18709-1324 | 97586    0070632-00   S#0012800<br>RONALD K PRESTON<br>PO BOX 1225<br>SONOMA, CA 95476-1225 |
| 97586    0070634-00   S#0004829<br>RONALD KEITH WALTEMEYER CUST<br>FOR AARON DAVID WALTEMEYER<br>4529 RIDGE ROAD<br>BALTIMORE, MD 21236 | 97586    0070635-00   S#0004831<br>RONALD KEITH WALTEMEYER CUST<br>FOR RACHEL NAOMI WALTEMEYER<br>4529 RIDGE ROAD<br>BALTIMORE, MD 21236 | 97586    0070633-00   S#0004830<br>RONALD KEITH WALTEMEYER CUST<br>FOR REBEKAH ARIELA WALTEMEYER<br>4529 RIDGE RD<br>BALTIMORE, MD 21236 |
| 97586    0070636-00   S#0005824<br>RONALD KOLMAN &<br>ANNE T KOLMAN<br>C/O KOLMAN & SMITH ARCHITECTS<br>1718 BULL ST<br>SAVANNAH, GA 31401 | 97586    0070637-00   S#0003860<br>RONALD KRATSAS<br>114 LOUISE RD<br>PITTSBURGH, PA 15237-1404 | 97586    0070638-00   S#0001111<br>RONALD KREUTZER CUST<br>ALLISON N KREUTZER<br>138 67 ST<br>WEST NEW YORK, NJ 07093 |
| 97586    0070639-00   S#0004456<br>RONALD L HOUSTON<br>BOX 12361<br>WILMINGTON, DE 19850 | 97586    0070640-00   S#0008753<br>RONALD L LIBERTUS<br>525 6TH AVE SE<br>MINNEAPOLIS, MN 55414 | 97586    0070641-00   S#0009696<br>RONALD L SHREVE &<br>DONNA R KELLEY JT TEN<br>RTE 3 BOX 12<br>SAVANNAH, MO 64485 |
| 97586    0070642-00   S#0011658<br>RONALD LAMB<br>13924 HILLDALE RD<br>VALLEY CENTER, CA 92082-3427 | 97586    0070643-00   S#0003891<br>RONALD LEE AUTHER II<br>BOX 223<br>FAYETTE CITY, PA 15438 | 97586    0070644-00   S#0003758<br>RONALD LEE BARTLETT<br>19 HUNTINGTON MEADOW<br>ROCHESTER, NY 14625 |
| 97586    0070645-00   S#0007880<br>RONALD M HAYGOOD<br>24737 HARDEN AVENUE<br>SOUTHFIELD, MI 48075-6919 | 97586    0070646-00   S#0009270<br>RONALD MILLER<br>8236 S ELIZABETH<br>CHICAGO, IL 60620 | 97586    0070647-00   S#0006248<br>RONALD MORRISON CUST<br>CAILIN ANDREW MORRISON<br>1 ROYAL PALM DR<br>FT LAUDERDALE, FL 33301 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070648-00   S#0006249<br>RONALD MORRISON CUST<br>CHRISTOPHER A M MORRISON<br>1 ROYAL PALM DR<br>FT LAUDERDALE, FL 33301 | 97586    0070649-00   S#0007095<br>RONALD P KREPSIK CUST<br>MATTHEW A KREPSIK<br>BOX 593 WINCHESTER AVE<br>ASHLAND, KY 41105-0593 | 97586    0070650-00   S#0003071<br>RONALD P MALONE &<br>LORI E MALONE<br>513 W CHESTER ST<br>LONG BEACH, NY 11561-1704 |
| 97586    0070651-00   S#0005809<br>RONALD P SOCHA CUST<br>KEVIN SOCHA UTMA/GA<br>109 SPRING LAKES CIRCLE<br>MARTINEZ, GA 30907 | 97586    0070652-00   S#0005810<br>RONALD P SOCHA CUST<br>MATTHEW SOCHA UTMA/GA<br>109 SPRING LAKES CIRCLE<br>MARTINEZ, GA 30907 | 97586    0070653-00   S#0005811<br>RONALD P SOCHA CUST<br>PAUL SOCHA UTMA/GA<br>109 SPRING LAKES CIRCLE<br>MARTINEZ, GA 30907 |
| 97586    0070654-00   S#0006055<br>RONALD R BOSCOE &<br>NANCY BOSCOE<br>1079 ST JOHNS ST SE<br>PALM BAY, FL 32909 | 97586    0070655-00   S#0007670<br>RONALD S HON<br>1021 S POST ROAD<br>INDIANAPOLIS, IN 46229 | 97586    0070656-00   S#0011453<br>RONALD SAMPSON<br>17120 VANOWEN ST<br>VAN NUYS, CA 91406 |
| 97586    0070657-00   S#0010109<br>RONALD SANDSCHAPER CUST<br>JESSE SANDSCHAPER<br>1035 N 27TH WEST AVE<br>TULSA, OK 74127-5141 | 97586    0070658-00   S#0012901<br>RONALD W BEALS CUST<br>MATTHEW R BEALS<br>213 DELTA OAKS WAY<br>SACRAMENTO, CA 95831-2915 | 97586    0070659-00   S#0004822<br>RONALD W KERBA<br>1234 ELMRIDGE AVE<br>BALTIMORE, MD 21229 |
| 97586    0070660-00   S#0011930<br>RONALD W REITER<br>4119 MAPLE TREE LANE<br>ANAHEIM, CA 92807-3436 | 97586    0070661-00   S#0007425<br>RONALD W SHESKO &<br>KAREN A SHESKO JT TEN<br>16668 CATHERINE AVE<br>LAKE MILTON, OH 44429 | 97586    0070664-00   S#0007225<br>RONALD W TRAYTE CUST<br>ANDREW J TRAYTE<br>196 E. CENTER STREET<br>BEREA, OH 44017 |
| 97586    0070665-00   S#0007222<br>RONALD W TRAYTE CUST<br>DAVID J TRAYTE<br>196 E. CENTER STREET<br>BEREA, OH 44017 | 97586    0070666-00   S#0007219<br>RONALD W TRAYTE CUST<br>JACLYN TRAYTE<br>196 E. CENTER STREET<br>BEREA, OH 44017 | 97586    0070662-00   S#0008901<br>RONALD W TRAYTE CUST<br>MELISSA SHEPPARD<br>1818 N WALNUT<br>ARLINGTON HTS, IL 60004 |
| 97586    0070667-00   S#0007221<br>RONALD W TRAYTE CUST<br>NATHAN A TRAYTE<br>196 E. CENTER STREET<br>BEREA, OH 44017 | 97586    0070663-00   S#0008900<br>RONALD W TRAYTE CUST<br>NICOLE M SHEPPARD<br>1818 N WALNUT<br>ARLINGTON HTS, OH 60004 | 97586    0070668-00   S#0001114<br>RONALD WILSON<br>47 WALTER ST<br>WOODBRIDGE, NJ 07095-2532 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0070669-00   S#0004489
RONALDO B THOMPSON
3717 S ST SE
WASHINGTON, DC 20020

97586    0070670-00   S#0000868
RONALDO STEINBERG CUST RAFAEL
STEINBERG UNDER
1076 LAKE AVE
GREENWICH, CT 06831-2714

97586    0070671-00   S#0007062
RONDAL AGEE &
LOIS D AGEE
2687 PENWAY CT
LEXINGTON, KY 40517

97586    0070672-00   S#0013217
RONDI TUCKER-GANGNES C/F
LIZABET GANGNES UGMA/WA
10668 COUNTRY CLUB ROAD
BAINBRIDGE ISLAND, WA 98110

97586    0070673-00   S#0002992
RONI LYNN ZAPIN
141-05 PERSHING RESANT 614
BRIARWOOD, NY 11435

97586    0070674-00   S#0005127
RONNA B ADLER CUST
JOSHUA M ADLER
4513 BOB JONES DR
VA BEACH, VA 23462

97586    0070675-00   S#0005752
RONNA DONELSON CUST
DAVID WILLIAN DONELSON
1095 OLD POWERS FERRY RD
ATLANTA, GA 30327

97586    0070676-00   S#0000622
RONNI ZOBACK CUST
SCOTT ZOBACK
90 ELNA DR
TOLLAND, CT 06084

97586    0070677-00   S#0011035
RONNIE GARY ROBLES
2054 CAMBRIDGE
LOS ANGELES, CA 90006

97586    0070678-00   S#0004274
RONNIE LEFF CUST
ANDREW DAVID LEFF
425 CHAPEL RD
ELKINS PARK, PA 19117

97586    0070679-00   S#0004276
RONNIE LEFF CUST
MITCHELL MARK LEFF
425 CHAPEL RD
ELKINS PARK, PA 19117

97586    0070680-00   S#0001331
RONNIE LIPPSETT CUST
GEOFFREY SETH LIPPSETT
32 ASCOT DR
WAYSIDE, NJ 07712

97586    0070681-00   S#0003236
RONNIE P WILSON &
JEANMARIE WILSON
JT TEN
3 BARNETT PL
EAST NORTHPORT, NY 11731-4001

97586    0070682-00   S#0011096
RONY ZODKEVITCH
11600 MONTANA AVE 303
LOS ANGELES, CA 90049

97586    0070683-00   S#0001073
ROSA D ROZANSKY CUST
MARK P ROZANSKY
27 BARNSDALE RD
SHORT HILLS, NJ 07078

97586    0070684-00   S#0008421
ROSA G SCHROEDER CUST
TRAVIS SCHROEDER
RR 1 BOX 160
WEST POINT, IA 52656

97586    0070685-00   S#0008422
ROSA G SCHROEDER CUST
WYATT E SCHROEDER
RR 1 BOX 160
WEST POINT, IA 52656

97586    0070686-00   S#0002816
ROSA MENDLEWICZ &
S MENDLEWICZ DOLGOFF JT TEN
2850 SHORE PKWY APT 5C
BROOKLYN, NY 11235

97586    0070687-00   S#0005641
ROSALIE IONE MCGHIE
681 SHORE LANE
LITHONIA, GA 30058

97586    0070688-00   S#0000022
ROSALIND MAKOWIEC
603 SOMERS ROAD
EAST LONGMEADOW, MA 01028

97586    0070689-00   S#0001008
ROSALIND MILLER SPARKS CUST
DANTE S P MILLER
39 HARRISON AVE
MONTCLAIR, NJ 07042

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070690-00    S#0011114<br>ROSALIND Z GOLDMAN TR<br>ROSALIND Z GOLDMAN REV 1987<br>TRUST<br>11337 VICTORIA AVE<br>LOS ANGELES, CA 90066-3434 | 97586    0070691-00    S#0007871<br>ROSANN KAUFMAN CUST<br>ARI KAUFMAN<br>13312 LINCOLN<br>HUNTINGTON WOODS, MI 48070 | 97586    0000746-00    S#0002308<br>ROSAS, JOE<br>3407 FORT INDEPENDENCE ST #1<br>BRONX, NY 10463-4503 |
| 97586    0070692-00    S#0002995<br>ROSE CHU<br>138-38 HOOVER AVE<br>BRIARWOOD, NY 11435-1132 | 97586    0070693-00    S#0010769<br>ROSE DOYLE CUST<br>JOSHUA DOWNARD UT/UTMA<br>1421 W 360 N<br>SAINT GEORGE, UT 84770-4652 | 97586    0070694-00    S#0010756<br>ROSE M DOYLE CUST<br>BRANDI MARIE THORN UT/UTMA<br>4595 W 4925 S<br>KEARNS, UT 84118-5419 |
| 97586    0070695-00    S#0000915<br>ROSE R OCCULTO CUST<br>KARLA ANN OCCULTO<br>40 VERPLANCK AVE<br>STAMFORD, CT 06902 | 97586    0070696-00    S#0000914<br>ROSE R OCCULTO CUST<br>SHERRI LYN OCCULTO<br>40 VERPLANCK AVE<br>STAMFORD, CT 06902 | 97586    0070697-00    S#0009082<br>ROSE REND<br>2708 SARAH<br>FRANKLIN PARK, IL 60131 |
| 97586    0070698-00    S#0002678<br>ROSE VORIS<br>266 85TH ST<br>BAYRIDGE, NY 11209 | 97586    0070699-00    S#0005085<br>ROSEANN ACCARDI<br>9000 IVYBRIDGE CROSSING<br>RICHMOND, VA 23236 | 97586    0070700-00    S#0000259<br>ROSEANNE POLLEYS<br>90 CLEVELAND AVE<br>EVERETT, MA 02149-1301 |
| 97586    0001596-00    S#0002482<br>ROSEMANN, WILLIAM<br>125 PARKWAY RD APT 1108<br>BRONXVILLE, NY 10708 | 97586    0070701-00    S#0001040<br>ROSEMARIE CANGIANO CUSTODIAN F<br>CHRISTOPHER CANGIANO UGMA NJ<br>42 SCHEURMAN TERRACE<br>WARREN, NJ 07059 | 97586    0070702-00    S#0001037<br>ROSEMARIE CANGIANO CUSTODIAN F<br>PATRICK CANGIANO UGMA NJ<br>42 SCHEURMAN TERRACE<br>WARREN, NJ 07059 |
| 97586    0070704-00    S#0001038<br>ROSEMARIE CANGIANO CUSTODIAN F<br>PETER CANGIANO UGMA NY<br>42 SCHEURMAN TERRACE UGMA NJ<br>WARREN, NJ 07059 | 97586    0070703-00    S#0001039<br>ROSEMARIE CANGIANO CUSTODIAN F<br>VINCENT CANGIANO UGMA NJ<br>42 SCHEURMAN TERRACE<br>WARREN, NJ 07059 | 97586    0070705-00    S#0007009<br>ROSEMARIE CLARK CUST<br>NATHAN CLARK<br>3326 BREAUX DR<br>LOUISVILLE, KY 40220 |
| 97586    0070706-00    S#0007010<br>ROSEMARIE CLARK CUST<br>SEAN CLARK<br>3326 BREAUX DR<br>LOUISVILLE, KY 40220 | 97586    0070707-00    S#0006446<br>ROSEMARIE E DEUFEL<br>8113 BAY DR<br>TAMPA, FL 33635 | 97586    0070708-00    S#0002804<br>ROSEMARIE KENNISH<br>1483 E 53RD STREET<br>BROOKLYN, NY 11234 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070709-00   S#0002699
ROSEMARIE MILAZZO CUST
MICHAEL JAMES MILAZZO
141 POWERS ST
BROOKLYN, NY 11211

97586   0070710-00   S#0002266
ROSEMARY CALVANO
136 LAREDO AVE
STATEN ISLAND, NY 10312

97586   0070711-00   S#0002264
ROSEMARY CALVANO CUST
PAUL P CALVANO
136 LAREDO AVE
STATEN ISLAND, NY 10312

97586   0070712-00   S#0007242
ROSEMARY K NEMETH CUST
SARAH A NEMETH OH/UTMA
125 COLUMBUS ST
ELYRIA, OH 44035

97586   0070713-00   S#0007966
ROSEMARY KEVNICK CUST
NICHOLAS M KEVNICK
20173 HUBBARD
LIVONIA, MI 48152

97586   0070714-00   S#0001562
ROSEMARY MARTIN
21 HILL TOP DR
CHERRY HILL, NJ 08003

97586   0070715-00   S#0011483
ROSEMARY O TINKER CUST
JAMES GRANT TINKER
10447 BLOOMFIELD ST
TOLUCA LAKE, CA 91602

97586   0000993-00   S#0002380
ROSENBAUM, MICHAEL
C/O UNCYK BORENKIND & NADLER
55 WOODBINE AVE
LARCHMONT, NY 10538

97586   0070716-00   S#0013092
ROSHANDA M JARREAU
DARYL D MASS JT TEN
16113 NE THOMPSON STREET
PORTLAND, OR 97230-5228

97586   0070718-00   S#0010564
ROSIE GARCIA CUST
MATTHEW GARCIA
1618 N BOWIE DR
ABILENE, TX 79603

97586   0070717-00   S#0010563
ROSIE GARCIA CUST
PATRICK GARCIA
1618 N BOWIE
ABILENE, TX 79603

97586   0070719-00   S#0011312
ROSLINA SERRAIMA CUST
JONATHAN ARDITTI
10440 QUILL AVE 110
SUNLAND, CA 91040-3020

97586   0070720-00   S#0011282
ROSLYN BIXBY CUST FBO
JONATHAN F DAVIS
117 4TH ST
SEAL BEACH, CA 90740-6010

97586   0070721-00   S#0013587
ROSS AXWORTHY
1524 RIDGEDALE AVE
PENTICTON, BC V2A 2S4
CANADA

97586   0070722-00   S#0004753
ROSS BURBAGE
100 PINE VALLEY CT
WESTMINSTER, MD 21157

97586   0070723-00   S#0010394
ROSS COLLINS &
HELEN S COLLINS JT TEN
6039 SPELLMAN
HOUSTON, TX 77096

97586   0070724-00   S#0008390
ROSS D GRISWOLD
509 NEW YORK AVE
CRESTON, IA 50801-3302

97586   0001312-00   S#0003541
ROSS EMPIRE BROKERS INC
ROSS WAREHOUSE INC
PO BOX 67
FAYETTEVILLE, NY 13066

97586   0000896-00   S#0013408
ROSS, LUKE
C/O ART & COMICS LTD
RUA CAMINHA DE AMORIM 336
SAO PAULO, SP 05451020
BRAZIL

97586   0070725-00   S#0002237
ROSSER L DECKER JR
571 ROCKAWAY ST
STATEN ISLAND, NY 10307

97586   0000465-00   S#0011316
ROULEAU, DUNCAN
1050 E ELIZABETH STREET
PASADENA, CA 91104-2412

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0020236-00   S#0007618
ROUNDY'S INC/CARDINAL
ATTN: BILL RITCHRY-CREDIT MANAGER
1100 PROSPERITY RD
PO BOX 510
LIMA, OH 45802-0510

97586    0070726-00   S#0005654
ROWANNE MOORE
1303 TOWNLEY PLACE
MARIETTA, GA 30066-4062

97586    0070727-00   S#0012771
ROXANNE MENDES CUST
REECE L MENDES
3424 VINTAGE DR N 255
MODESTO, CA 95356

97586    0070728-00   S#0010584
ROXY TRAMUTOLO
11580 E ASBURY PL
AURORA, CO 80014

97586    0070729-00   S#0005632
ROY A JOHNSON &
ANNETTE JOHNSON JT TEN
5151 THOMPSON MILL RD
LITHONIA, GA 30038-2338

97586    0070730-00   S#0007168
ROY BARNEWALL
7324 CHAPARRAL RD
COLUMBUS, OH 43235

97586    0070731-00   S#0007591
ROY C EBERHARD JR CUST
JOHN ANDREW EBERHARD
2367 ADIRONDECK TRAIL
DAYTON, OH 45409-1903

97586    0070732-00   S#0008318
ROY D WALLSTEAD &
DEBRA HOMOLY JT TEN
6891 PONTALUNA RD
FRUITPORT, MI 49415-9653

97586    0070733-00   S#0011666
ROY DUNCAN
4216 COPELAND AVE
SAN DIEGO, CA 92105

97586    0070734-00   S#0005337
ROY E WHITE CUST
RICHARD E WHITE
1330 W MAIN ST
CLAYTON, NC 27520-1629

97586    0070735-00   S#0007115
ROY J AMERSON CUST
RYAN JOSEPH AMERSON
207 PYLE LN
HOPKINSVILLE, KY 42240-5117

97586    0070736-00   S#0009926
ROY J ROBICHAUX
P.O. BOX 5352
THIBODAUX, LA 70302-5352

97586    0070737-00   S#0009274
ROY PRINCE
4422 N AVERS
CHICAGO, IL 60625

97586    0070738-00   S#0007703
ROY R PEARCE
5011 W US 20
LAPORTE, IN 46350

97586    0070739-00   S#0012391
ROY STEVEN HENDRICKS &
BRYN KRISTEN HENDRICKS JT TEN
4433 DEERFIELD DR
ANTIOCH, CA 94509

97586    0070740-00   S#0005515
ROY THOMAS &
DANN M THOMAS JT TEN
RTE 3 BOX 468
ST MATTHEWS, SC 29135-9326

97586    0070741-00   S#0001701
ROY W LUETZOW
RD 4 BOX 379
MILMAY, NJ 08340

97586    0070742-00   S#0009447
ROYCE R HOSP &
LAVADA HOSP JT TEN
808 WATER ST
CAHOKIA, IL 62206

97586    0070743-00   S#0013401
ROYD BURGOYNE
6 BRETBY CLOSE
CARINE WA 6020
AUSTRALIA

97586    0000246-00   S#0001263
RUBACHEM SYSTEMS INC
DBA CDW COMPUTER CENTERS INC
PO BOX 9841
ENGLEWOOD, NJ 07631-9841

97586    0070744-00   S#0006357
RUBEN GERRY & RHODA,  JT TEN
ACCT RESTRICTED 022092
5294 MIRROR LAKES BLVD
BOYNTON BEACH, FL 33437-1210

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0070745-00  S#0006222
RUBEN MEIZOSO
11090 S W 57TH STREET
MIAMI, FL 33173

97586   0000972-00  S#0012883
RUBI, MELVIN BORRILO
7458 PERMAR ST
SACRAMENTO, CA 95822

97586   0070746-00  S#0004487
RUBY CLAYBORNE
3717 S ST SE
WASHINGTON, DC 20020

97586   0070747-00  S#0002921
RUBY RINESKO
102-53 63RD AVE
FOREST HILLS, NY 11375

97586   0070749-00  S#0006584
RUDOLPH DODIG
8630 117TH ST N
SEMINOLE, FL 34642-3521

97586   0070750-00  S#0000045
RUDOLPH FISHER &
MARJORIE FISHER
BOX 306
WILBRAHAM, MA 01095-0306

97586   0070751-00  S#0004411
RUDOLPH L PEDROTTI &
MARJORIE L PEDROTTI JT TEN
13 VASSAR DR
NEWARK, DE 19711

97586   0070752-00  S#0001428
RUDOLPH M FAJARDO
233 SORREL DR
MORGANVILLE, NJ 07751

97586   0000803-00  S#0001615
RUE, KEVIN
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586   0070753-00  S#0005941
RUFUS ALAN GRADDY CUST
RYAN ALAN GRADDY
202 VALENCIA
TALLAHASSEE, FL 32304

97586   0070754-00  S#0002783
RUPAM DAS
C/F KABITA DAS UGMA NY
919 E 5TH ST
BROOKLYN, NY 11230

97586   0070755-00  S#0013392
RUPERT GUEVARRA
PO BOX 1309
BARROW, AK 99723

97586   0070756-00  S#0013037
RUSS STORMS CUST
EMILY K STORMS
1205 CHANDLER RD
LAKE OSWEGO, OR 97034

97586   0070757-00  S#0013079
RUSSELL A KAY
6704 SW 15TH
PORTLAND, OR 97219-2027

97586   0070758-00  S#0009005
RUSSELL ALAN WIELGOS
38 N FOSKET DRIVE
PALATINE, IL 60067-5612

97586   0070759-00  S#0012406
RUSSELL ANDERSON
3430 EL MONTE DRIVE
CONCORD, CA 94519

97586   0070760-00  S#0008927
RUSSELL BLANCHARD CUST
HILLARY GRACE BLANCHARD
570 PORTWINE RD
RIVERWOODS, IL 60015

97586   0070761-00  S#0013460
RUSSELL DONAHUE
33 CAMPBELL AVENUE
MONTREAL WEST, QC H4X 1V2
CANADA

97586   0070762-00  S#0006342
RUSSELL E JOHNSON
4478 NW FIFTH AVE
BOCA RATON, FL 33431-4655

97586   0070763-00  S#0006527
RUSSELL H SAMSON CUST
ANDREW SAMSON
1419 PERIGRINE PT DR
SARASOTA, FL 34231

97586   0070764-00  S#0010258
RUSSELL INGLE
1520 SHADY LN 58
BEDFORD, TX 76021

97586   0070765-00  S#0007223
RUSSELL J WILSON
434 PECAN DR
BEREA, OH 44017

97586   0001574-00  S#0000342
RUSSELL JR, WARREN V
48 DERBY ST
WALTHAM, MA 02453-5050

97586   0070766-00  S#0010869
RUSSELL LEE ANDERSON JR
4616 W MARSHALL AVE
GLENDALE, AZ 85301

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0070767-00   S#0010454
RUSSELL MILLER JR
34 S SHORE
GALVESTON, TX 77551

97586   0070768-00   S#0003322
RUSSELL MURPHY
24 TWIN RIVER DR
OAKDALE, NY 11769-1120

97586   0070769-00   S#0009634
RUSSELL O WATERS &
DOROTHY A WATERS JT TEN
R R 1
TAYLOR, MO 63471-9801

97586   0070770-00   S#0013111
RUSSELL RAY SIROTEK CUST
JASON JOEL SIROTEK
399 CARTHAGE
EUGENE, OR 97404

97586   0070771-00   S#0000168
RUSSELL T POITRAS
17 ELMGROVE AVENUE
TYNGSBORO, MA 01879

97586   0070772-00   S#0006030
RUSSELL W DEVINE CUST
RACHEL ANN DEVINE
2108 ALAMEDA AVE
ORLANDO, FL 32804-6915

97586   0070773-00   S#0006031
RUSSELL W DEVINE CUST
REBECCA CLAIRE DEVINE
2108 ALAMEDA AVE
ORLANDO, FL 32804-6915

97586   0070774-00   S#0010412
RUSSELL W MEUNIER
22514 DESERT WILLOW DR
MAGNOLIA, TX 77355-3521

97586   0070775-00   S#0009266
RUSTY MADZIAREK
2940 NORTH KIMBALL AVENUE
CHICAGO, IL 60618

97586   0070776-00   S#0007369
RUTH A LESKO
2911 CANTERBURY RD
WESTLAKE, OH 44145

97586   0070777-00   S#0008868
RUTH A MERCHANT CUST
DANIEL P MERCHANT
621 AGATE
BILLINGS, MT 59101

97586   0070778-00   S#0008521
RUTH ANN LICHTER CUST
LAURA K LICHTER
6415 LARCHMONT DR
RACINE, WI 53406-5123

97586   0070779-00   S#0010273
RUTH D HAWK &
SANDRA H RECORD JT TEN
2013 CARLETON
FT WORTH, TX 76107

97586   0070780-00   S#0000128
RUTH E ARMKNECHT
51 PLAINFIELD ROAD
CONCORD, MA 01742

97586   0070781-00   S#0008955
RUTH GOODMAN CUST
DANIEL GOODMAN
270 CARY
HIGHLAND PARK, IL 60035

97586   0070782-00   S#0012123
RUTH I MARTIN
CHRISTY L MARTIN JT TEN
202 RAMONA DR
SAN LUIS OBISPO, CA 93405

97586   0070783-00   S#0006644
RUTH K GASSER
BOX 34
CULLMAN, AL 35056

97586   0070784-00   S#0010953
RUTH L SPARKS &
MILDRED L PORTER SUCC TR
MILTON LASATER IRREVOCABLE TR
1964 S ROOSEVELT RD 7 #B
PORTALES, NM 88130-9711

97586   0070785-00   S#0005225
RUTH S PRITCHARD CUST
FORREST R JPRITCHARD
RT 2 BOX 122A
CHARLES TOWN, WV 25414

97586   0070786-00   S#0010555
RUTH SPARKS
2116 65TH
LUBBOCK, TX 79412

97586   0070787-00   S#0009441
RUTH W DOYLE
912 N MAIN APT 15
EDWARDSVILLE, IL 62025-1162

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0001115-00   S#0000861<br>RUTT, PAMELA K<br>20 CHURCH ST UNIT A-66<br>GREENWICH, CT 06830 | 97586   0070788-00   S#0011293<br>RYAN BARRETT<br>3938 GONDAR AVE<br>LONG BEACH, CA 90808 | 97586   0070789-00   S#0012741<br>RYAN BEASLEY<br>14099 OAKPOINT<br>LOCKFORD, CA 95237 |
| 97586   0070790-00   S#0013565<br>RYAN FRIESEN<br>1103-1080 HENDERSON HIGHWAY<br>WINNIPEG, MB R2G 1H3<br>CANADA | 97586   0070791-00   S#0011365<br>RYAN HASHIMOTO<br>3624 AVENIDA CALLADA<br>CALABASAS, CA 91320 | 97586   0070792-00   S#0003527<br>RYAN HEATH<br>604 MALLARD DR<br>CAMILLUS, NY 13031 |
| 97586   0070793-00   S#0007477<br>RYAN J BEATTY<br>37 E FRONT ST<br>MILAN, OH 44846 | 97586   0070794-00   S#0009424<br>RYAN J BURROUGHS<br>508 AMHERST DR<br>NORMAL, IL 61761 | 97586   0070795-00   S#0001230<br>RYAN J CONDAL<br>342 COLUMBUS AVE<br>HASBROUCK HEIGHTS, NJ 07604 |
| 97586   0070796-00   S#0001711<br>RYAN JOSEPH WALSH<br>2 E CONSTITUTION DR<br>BORDENTOWN, NJ 08505 | 97586   0070797-00   S#0013383<br>RYAN M BUNDY<br>BOX 56<br>HOMER, AK 99603 | 97586   0070798-00   S#0006287<br>RYAN MATHEW LEIDERMAN<br>681 HUMMINGBIRD LANE<br>PLANTATION, FL 33324-3109 |
| 97586   0070799-00   S#0013331<br>RYAN MICHAEL LEATHAM<br>1504 SE TALTON AVE<br>VANCOUVER, WA 98684 | 97586   0070800-00   S#0006365<br>RYAN MITCHELL FLYNN<br>5979 ROEBUCK RD<br>JUPITER, FL 33458 | 97586   0070801-00   S#0007684<br>RYAN SETH PFENNINGER<br>9025 DEWBERRY CT<br>INDIANAPOLIS, IN 46260 |
| 97586   0070802-00   S#0013235<br>RYAN SNELLMAN<br>1100 E UNION<br>SEATTLE, WA 98122 | 97586   0070803-00   S#0007040<br>RYAN T TEATER<br>6268 HARRODSBURG RD<br>NICHOLESVILLE, KY 40356-8750 | 97586   0070804-00   S#0004382<br>RYAN THOMAS WICKEL<br>232 SHAKESPEARE DR<br>CORNWALL TER<br>SINKING SPRING, PA 19608 |
| 97586   0070805-00   S#0006128<br>RYAN W SHUCKHART<br>950 SHAW DR<br>KEY LARGO, FL 33037-2781 | 97586   0070806-00   S#0013520<br>RYNEL GONSALVES<br>8 SHADBERRY DRIVE<br>NORTH YORK, ON M2H 3C8<br>CANADA | 97586   0070807-00   S#0009879<br>RYON L ADAMS CUST<br>MASON W ADAMS<br>5125 LINDEN<br>LINCOLN, NE 68516 |
| 97586   0020359-00   S#0001774<br>S & A HOBBY DISTRIBUTORS<br>ATTN: ARNOLD ROTHMAN-PRESIDENT<br>1913 ATLANTIC AVE<br>MANASQUAN, NJ 08736-1005 | 97586   0070808-00   S#0006776<br>S A CASEBOLT<br>5011 W SPRING HILLS CT<br>NASHVILLE, TN 37211 | 97586   0070809-00   S#0012129<br>S MICHAEL YOCCO CUST<br>SAMANTHA LYNN YOCCO<br>1175 RAMONA AVE #B<br>GROVER BEACH, CA 93433-2119 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070810-00   S#0010989<br>S O N I C<br>AN INVESTMENT CLUB<br>BOX 421<br>SILVER SPGS, NV 89429-0421 | 97586   0021055-00   S#0001694<br>S P C INC<br>6092 REEGA AVE<br>EGG HARBOR TWNSHP, NJ 08234 | 97586   0020338-00   S#0004303<br>S T S MOTOR FREIGHT INC<br>4233 RICHMOND ST<br>PHILADELPHIA, PA 19137 |
| 97586   0070811-00   S#0006341<br>SABATINO RANUCCI &<br>CAROL A RANUCCI JT TEN<br>300 NE 20TH ST 413<br>BOCA RATON, FL 33431 | 97586   0070812-00   S#0011031<br>SABRA GASH<br>BOX 21671<br>CARSON CITY, NV 89721 | 97586   0070813-00   S#0004527<br>SABRINIA D FREEMAN<br>1443 SOUTHERN AVE 201<br>OXON HILL, MD 20745-4332 |
| 97586   0000878-00   S#0002124<br>SACCO, LISA L<br>306 W 78TH ST APT 2A<br>NEW YORK, NY 10024-6545 | 97586   0001326-00   S#0010741<br>SAFFIRE COROPORATION<br>734 E UTAY VALLEY DR<br>AMERICAN FORK, UT 84003 | 97586   0070814-00   S#0002923<br>SAKERLAL TELWALA &<br>MANJULA TELWALA  JT TEN<br>102-43 62ND DR<br>FOREST HILLS, NY 11375-1055 |
| 97586   0070815-00   S#0004227<br>SALLIE LINAHAN CUST<br>NICHOLAS COLETTA<br>111 FAIRVIEW AVE<br>PENN VALLEY, PA 19072 | 97586   0070816-00   S#0003828<br>SALLIE S DUHON &<br>ROBERT W DUHON II JT TEN<br>673 ROBINWOOD DR<br>PITTSBURGH, PA 15216-1028 | 97586   0070817-00   S#0004874<br>SALLY A FINK<br>2740 LOCH HAVEN DR<br>IJAMSVILLE, MD 21754 |
| 97586   0070818-00   S#0001772<br>SALLY A NEWBURY CUST<br>RYAN R ABRECHT<br>1222 MINNEHAHA TRAIL<br>MANASQUAN, NJ 08736 | 97586   0070819-00   S#0010351<br>SALLY A SULLIVAN<br>9306 BEVERLYHILL<br>HOUSTON, TX 77063 | 97586   0070820-00   S#0004443<br>SALLY BERGER CUST<br>MAX BERGER<br>1700 RIVERVIEW AVE<br>WILMINGOTN, DE 19806 |
| 97586   0070821-00   S#0012422<br>SALLY DOHR CUST<br>DAVID A REYNOLDS<br>1836 MINNESOTA ST<br>FAIRFIELD, CA 94533-4452 | 97586   0070822-00   S#0012423<br>SALLY DOHR CUST<br>SARAHANN L DOHR<br>1836 MINNESOTA ST<br>FAIRFIELD, CA 94533-4452 | 97586   0070823-00   S#0012424<br>SALLY DOHR CUST<br>SCOTT REYNOLDS<br>1836 MINNESOTA ST<br>FAIRFIELD, CA 94533-4452 |
| 97586   0070824-00   S#0005449<br>SALLY GODWIN CUST<br>MILES PATRICK GODWIN<br>1115 RICHARD BARRY<br>CHARLOTTE, NC 28270 | 97586   0070825-00   S#0011701<br>SALLY HAWKINS CUST<br>SEAN A HAWKINS<br>7055 CONDON DR<br>SAN DIEGO, CA 92122-2304 | 97586   0070826-00   S#0013198<br>SALLY J RODGERS &<br>RONALD G RODGERS JTWROS<br>22969 NE 26TH PLACE<br>REDMOND, WA 98053 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070827-00   S#0010448<br>SALLY M CORNELIUS CUST<br>ROBERT A PEARCE IV<br>1213 GARDEN PARK<br>DEER PARK, TX 77536 | 97586    0070828-00   S#0010449<br>SALLY M CORNELIUS CUST<br>RYAN ABBITT PEARCE<br>1213 GARDEN PARK<br>DEER PARK, TX 77536 | 97586    0070829-00   S#0006458<br>SALLY P HANSEN CUST<br>NICHOLAS M HANSEN<br>545 18TH AVE NE<br>SAINT PETERSBURG, FL 33704-4603 |
| 97586    0070830-00   S#0010971<br>SALLY TARABAN CUST<br>ORION TARABAN<br>9612 RUNAWAY<br>LAS VEGAS, NV 89117-3606 | 97586    0070831-00   S#0000793<br>SALVATORE DEAMICO<br>15 OAKLAND DR<br>TRUMBULL, CT 06611 | 97586    0070832-00   S#0002456<br>SALVATORE F CANDULLO<br>ATTN CONSTANCE JOHNSON<br>92 EAST ST<br>SOUTH SALEM, NY 10590-2505 |
| 97586    0070833-00   S#0002800<br>SALVATORE INTERNICOLA JR &<br>MARY ELLEN INTERNICOLA JT TEN<br>1628 E 54TH ST<br>BROOKLYN, NY 11234 | 97586    0070834-00   S#0010799<br>SALVATORE J BARONE<br>BOX 31848<br>PHOENIX, AZ 85046-1848 | 97586    0070835-00   S#0000640<br>SALVATORE J BRANCIFORTE &<br>STEPHANIE W BRANCIFORTE JTTEN<br>175 CLOVERCREST ROAD<br>WETHERSFIELD, CT 06109 |
| 97586    0070836-00   S#0003689<br>SALVATORE TRAINA CUST<br>ALEXANDER TRAINA<br>15 SPRING ST<br>GENEVA, NY 14456 | 97586    0070837-00   S#0010447<br>SAM A GONZALES<br>5914 EVANGELINE WAY<br>BAYTOWN, TX 77520 | 97586    0070838-00   S#0002200<br>SAM AXELROD<br>1641 3RD AVE<br>NEW YORK, NY 10128 |
| 97586    0070839-00   S#0012456<br>SAM CARLY<br>4639 ALMA AVE<br>CASTRO VALLEY, CA 94546-2401 | 97586    0070840-00   S#0008820<br>SAM DOUGLAS YOUNG<br>C/O MORRISON COUNTY<br>213 S.E. 1ST AVE<br>LITTLE FALLS, MN 56345 | 97586    0070841-00   S#0010553<br>SAM HANSON &<br>GAIL HANSON<br>14900 BELL<br>AMARILLO, TX 79118 |
| 97586    0070842-00   S#0008678<br>SAM KAUFMAN CUST<br>ANDREW KAUFMAN UTMA/MN<br>110 32ND AVE NORHTWEST<br>NEW BRIGHTON, MN 55112 | 97586    0070843-00   S#0012884<br>SAM LEE &<br>MARY T LEE<br>1127 26TH AVE<br>SACRAMENTO, CA 95822-1841 | 97586    0070844-00   S#0001359<br>SAM LERNER &<br>PEARL LERNER<br>JT TEN<br>130A HALDEN ST<br>FREEHOLD, NJ 07728 |
| 97586    0001331-00   S#0011878<br>SAM LUI C/O KABOON STUDIO<br>C/O KABOON STUDIO<br>22603 E LAPALMA AVE STE 307<br>YORBA, CA 92687 | 97586    0070845-00   S#0009287<br>SAM LUPEZ<br>3728 N PARIS AVE<br>CHICAGO, IL 60634-2025 | 97586    0070846-00   S#0009545<br>SAM MARONIE &<br>DARRYL MEZO JT TEN<br>406 PINE HOLLOW CT<br>BALLWIN, MO 63021-6286 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070847-00  S#0012852<br>SAM MOSBY<br>10987 MANN RD<br>WILTON, CA 95693 | 97586   0070848-00  S#0008524<br>SAM N ANASTASI<br>2470 E RIDGE RD<br>BELOIT, WI 53511 | 97586   0070849-00  S#0012550<br>SAM PESKIN<br>6409 HILLEGASS AVE<br>OAKLAND, CA 94618 |
| 97586   0070850-00  S#0010288<br>SAM R ALEXANDER CUST<br>JOSHUA C ALEXANDER<br>R R 2 BOX 53<br>SANGER, TX 76266 | 97586   0070851-00  S#0008814<br>SAM SMELTER<br>309 N E 12TH AVE<br>STEWARTVILLE, MN 55976 | 97586   0070852-00  S#0000809<br>SAMANTHA BATWILL<br>91 S LAKE ST<br>LITCHFIELD, CT 06759-3521 |
| 97586   0070853-00  S#0004873<br>SAMANTHA E DASCH<br>3488 AUGUSTA DR<br>IJAMSVILLE, MD 21754 | 97586   0070854-00  S#0005342<br>SAMANTHA KAREN FREEMAN<br>109 SEVEN DALES DRIVE<br>GOLDSBORO, NC 27534 | 97586   0070855-00  S#0005469<br>SAMMY E HEATON<br>BOX 1283<br>ROCKINGHAM, NC 28380-1283 |
| 97586   0070856-00  S#0006908<br>SAMMY W GALLOWAY &<br>SHARON GALLOWAY<br>BOX 280433<br>MEMPHIS, TN 38168-0433 | 97586   0070857-00  S#0004630<br>SAMUEL A MELENDEZ<br>12420 MORNING LIGHT<br>GAITHERSBURG, MD 20878 | 97586   0070858-00  S#0000398<br>SAMUEL BRUCE STEIN<br>220 CLEVELAND ST<br>PAWTUCKET, RI 02860 |
| 97586   0070859-00  S#0000127<br>SAMUEL BUSH FREEMAN<br>C/O EAGLE<br>245 ROCKLAND RD<br>CARLISLE, MA 01741 | 97586   0070860-00  S#0011616<br>SAMUEL DAY<br>323 WILLOW SPRINGS<br>ENCINITAS, CA 92024 | 97586   0070861-00  S#0008155<br>SAMUEL EMIL KRAUT<br>8583 ANDERSONVILLE RD<br>CLARKSTON, MI 48348 |
| 97586   0070862-00  S#0003762<br>SAMUEL G COLERA<br>240 SCHUYLER ST<br>JAMESTOWN, NY 14701 | 97586   0070863-00  S#0009760<br>SAMUEL G STILLWELL<br>222 N 12TH ST<br>KANSAS CITY, KS 66102-5166 | 97586   0070864-00  S#0005946<br>SAMUEL G VARN<br>4652 RAMSGATE DR<br>TALLAHASSEE, FL 32308 |
| 97586   0070865-00  S#0009756<br>SAMUEL J EINFELDT<br>1414 E 123RD ST<br>OLATHE, KS 66061 | 97586   0070866-00  S#0010558<br>SAMUEL JOSEPH AYERS CUST<br>AIMEE KAMILLE AYERS<br>5701 90TH<br>LUBBOCK, TX 79424 | 97586   0070867-00  S#0010559<br>SAMUEL JOSEPH AYERS CUST<br>D'ANN ELISE AYERS<br>5701 90TH<br>LUBBOCK, TX 79424 |
| 97586   0070868-00  S#0009286<br>SAMUEL LOPEZ<br>3728 N PARIS AVE<br>CHICAGO, IL 60634-2025 | 97586   0070869-00  S#0006043<br>SAMUEL M WILENSKY<br>11237 PURPLE PLUM COURT<br>ORLANDO, FL 32821 | 97586   0070870-00  S#0010107<br>SAMUEL P SCOTT<br>1714 S QUINCY<br>TULSA, OK 74120 |

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070871-00  S#0004133<br>SAMUEL R MCDONALD &<br>SUSAN W MCDONALD JT TEN<br>2981 OMFORT ROAD<br>NEW HOPE, PA 18938 | 97586   0070872-00  S#0004221<br>SAMUEL SZEWCZYK<br>732 PARKER LANE<br>SPRINGFIELD, PA 19064 | 97586   0070873-00  S#0012324<br>SAMUEL TUCHMAN ROTHMANN<br>250 EUCLID AVE<br>SAN FRANCISCO, CA 94118 |
| 97586   0070874-00  S#0012135<br>SAMUEL ZANINOVICH<br>2239 CABELLERO LANE<br>SANTA MARIA, CA 93455 | 97586   0001152-00  S#0002888<br>SANDERSON, PETER<br>32-65 71ST ST 3RD FLR<br>ELMHURST, NY 11370 | 97586   0070875-00  S#0003722<br>SANDRA A KUHN<br>2 ROCHESTER ST<br>SCOTTSVILLE, NY 14546 |
| 97586   0070876-00  S#0010301<br>SANDRA A MCQUADE<br>1803 MOCKINGBIRD LANE<br>KILLEEN, TX 76541 | 97586   0070877-00  S#0010380<br>SANDRA A PEAKE<br>11434 SAGEYORK DR<br>HOUSTON, TX 77089-4210 | 97586   0070878-00  S#0005846<br>SANDRA A RICKS CUST<br>ANDREW LEE BARRENTINE<br>3327 LEM TURNER RD<br>CALLAHAN, FL 32011 |
| 97586   0070879-00  S#0005845<br>SANDRA A RICKS CUST<br>BRANDON JOHNSON<br>RTE 4 BOX 186<br>CALLAHAN, FL 32011 | 97586   0070880-00  S#0005849<br>SANDRA A RICKS CUST<br>BRYAN JOHNSON<br>RTE 4 BOX 186<br>CALLAHAN, FL 32011 | 97586   0070881-00  S#0005848<br>SANDRA A RICKS CUST<br>JOSEPH W BARRENTINE<br>RTE 4 BOX 186<br>CALLAHAN, FL 32011 |
| 97586   0070882-00  S#0005847<br>SANDRA A RICKS CUST<br>MICHAEL RICKS<br>RTE 4 BOX 186<br>CALLAHAN, FL 32011 | 97586   0070883-00  S#0004190<br>SANDRA BEACH<br>7434 OVERHILL RD<br>MELROSE PARK, PA 19027 | 97586   0070884-00  S#0009615<br>SANDRA BERNSTEIN CUST<br>TODD MICAH BERNSTEIN<br>12119 SWAN LAKE<br>ST LOUIS, MO 63146 |
| 97586   0070885-00  S#0008154<br>SANDRA BOGGEMES CUST<br>ADAM BOGGEMES<br>6239 CRAMLANE DR<br>CLARKSTON, MI 48346-2407 | 97586   0070886-00  S#0008153<br>SANDRA BOGGEMES CUST<br>STEPHEN BOGGEMES<br>6239 CRAMLANE DR<br>CLARKSTON, MI 48346-2407 | 97586   0070887-00  S#0009134<br>SANDRA BOROWSKI<br>3333 HOME AVE<br>BERWYN, IL 60403 |
| 97586   0070888-00  S#0005635<br>SANDRA C GRESHAM  CUST<br>CLINT CHITWOOD  UGMA/GA<br>5486 OLD DIXIE HIGHWAY<br>FOREST PARK, GA 30050 | 97586   0070889-00  S#0005639<br>SANDRA C GRESHAM  CUST<br>KEVIN PARSON UGMA/GA<br>5486 OLD DIXIE HIGHWAY<br>FOREST PARK, GA 30050 | 97586   0070890-00  S#0005636<br>SANDRA C GRESHAM  CUST<br>MARSHALL PARSON  UGMA/GA<br>5486 OLD DIXIE HIGHWAY<br>FOREST PARK, GA 30050 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070891-00  S#0005634<br>SANDRA C GRESHAM  CUST<br>SAMUEL CHITWOOD  UGMA/GA<br>5486 OLD DIXIE HIGHWAY<br>FOREST PARK, GA 30050 | 97586    0070892-00  S#0005638<br>SANDRA CHITWOOD GRESHAM<br>5486 OLD DIXIE HWY<br>FOREST PARK, GA 30050 | 97586    0070893-00  S#0011622<br>SANDRA D LAVINE CUST<br>MEGAN D LAVINE CA/UTMA<br>810 ASTER ST<br>ESCONDIDO, CA 92027-1622 |
| 97586    0070894-00  S#0012519<br>SANDRA D NG CUST MICHAEL R NG<br>12232 SANTA TERESA DRIVE<br>SAN RAMON, CA 94583 | 97586    0070895-00  S#0006938<br>SANDRA DEATON CUST<br>JOHN PARKER CAMPBELL<br>117 MEADOW LANE<br>HAZLEHURST, MS 39083 | 97586    0070898-00  S#0000021<br>SANDRA DEMOS CUST<br>BRIAN A KING<br>175 HAMPDEN RD<br>EAST LONGMEADOW, MA 01028 |
| 97586    0070896-00  S#0000011<br>SANDRA DEMOS CUST<br>FRANCESCO D RODA<br>103 HUNTERS GREEN CIRCLE<br>AGAWAM, MA 01001 | 97586    0070897-00  S#0000012<br>SANDRA DEMOS CUST<br>JENNIFER E RODA<br>103 HUNTERS GREEN CIRCLE<br>AGAWAM, MA 01001 | 97586    0070899-00  S#0000023<br>SANDRA DEMOS CUST<br>MATTHEW D KING<br>175 HAMPDEN RD<br>EAST LONGMEADOW, MA 01028 |
| 97586    0070900-00  S#0000024<br>SANDRA DEMOS CUST<br>NICHOLAS R KING<br>175 HAMPDEN RD<br>EAST LONGMEADOW, MA 01028 | 97586    0070901-00  S#0004895<br>SANDRA DOHERTY CUST<br>ANTHONY DOHERTY UTMA/KY-18<br>340 VILLAGE RD<br>ELKTON, MD 21921-6287 | 97586    0070902-00  S#0004896<br>SANDRA DOHERTY CUST<br>BENJAMIN DOHERTY UTMA/KY-18<br>340 VILLAGE RD<br>ELKTON, MD 21921-6287 |
| 97586    0070903-00  S#0012765<br>SANDRA ELLIOTT<br>2213 MONTE VERDE<br>MODESTO, CA 95350 | 97586    0070904-00  S#0005928<br>SANDRA FLETCHER CUST<br>TODD FLETCHER UGTMA/FL<br>8959 WOBURN COURT<br>JACKSONVILLE, FL 32257 | 97586    0070905-00  S#0000098<br>SANDRA FRERICHS CUST<br>TONY SACCO<br>9 ATTITASH AVE<br>SUTTON, MA 01590 |
| 97586    0070906-00  S#0012501<br>SANDRA GILA<br>1956 MARINEVIEW DR<br>SAN LEONARDO, CA 94577 | 97586    0070907-00  S#0012289<br>SANDRA GUTCHER CUST<br>D ALEXANDER ARNOLD<br>1360 LOMBARD ST SUITE 105<br>SAN FRANCISCO, CA 94109 | 97586    0070908-00  S#0004161<br>SANDRA HERMAN CUST<br>BRAD K HERMAN<br>3706 LEVY LANE<br>HUNTINGDON VALLEY, PA 19006 |
| 97586    0070909-00  S#0010099<br>SANDRA HOOPER IRWIN<br>824 S ADAMS<br>STILLWATER, OK 74074-4325 | 97586    0070910-00  S#0001486<br>SANDRA HUGHES CUST<br>CUST/FOR RYAN HUGHES<br>13 KILROY RD<br>NEWTON, NJ 07860-8847 | 97586    0070911-00  S#0001487<br>SANDRA HUGHES CUST<br>FOR RYAN HUGHES UTMA NJ<br>13 KILROY RD<br>NEWTON, NJ 07860-8847 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070912-00   S#0000245<br>SANDRA HUTCHINSON<br>7 ST LUKES RD<br>BOSTON, MA 02134 | 97586   0070913-00   S#0012258<br>SANDRA J WHITE<br>825 TAMARACK AVE<br>SAN CARLOS, CA 94070 | 97586   0070914-00   S#0007082<br>SANDRA KRUMPELMAN CUST<br>ANDREW K KRUMPELMAN<br>2450 CECILIA DR<br>VILLA HILLS, KY 41017 |
| 97586   0070915-00   S#0012522<br>SANDRA L DITTMER &<br>SAMUEL J DITTMER<br>JT TEN<br>7395 SEDGEFIELD AVE<br>SAN RAMON, CA 94583-3563 | 97586   0070916-00   S#0009843<br>SANDRA L FOLGERS<br>772 W NIPPERSINK<br>ROUND LAKE, IL 68073 | 97586   0070917-00   S#0004087<br>SANDRA L RUSIN CUST<br>STEPHEN M RUSIN<br>RR 5 BOX 5309<br>MOSCOW, PA 18444 |
| 97586   0070918-00   S#0010655<br>SANDRA L STRONG CUST FOR<br>ADAM SMITH U/T/M/A<br>908 9TH ST<br>GOLDEN, CO 80401 | 97586   0070919-00   S#0006523<br>SANDRA L WOODS CUST<br>DANIEL K WOODS<br>6079 SUNNYBROOK BLVD<br>ENGLEWOOD, FL 34224 | 97586   0070920-00   S#0003818<br>SANDRA LEE SCHOTT CUST<br>WILLIAM COREY MCGONIGAL<br>714 RAVENSWOOD AVE<br>PITTSBURGH, PA 15202 |
| 97586   0070921-00   S#0011512<br>SANDRA LOBB<br>925 DEEP SPRINGS DR<br>CLAREMONT, CA 91711-1402 | 97586   0070922-00   S#0002262<br>SANDRA MODUGNO<br>355 KING STREET<br>STATEN ISLAND, NY 10312 | 97586   0070923-00   S#0005398<br>SANDRA S DINCHER<br>423 DUNHILL DRIVE<br>DURHAM, NC 27713 |
| 97586   0070924-00   S#0001765<br>SANDRA SMOLEN CUST<br>MARTIN T SMOLEN IV<br>1435 JAY STREET<br>FORKED RIVER, NJ 08731 | 97586   0070925-00   S#0001766<br>SANDRA SMOLEN CUST<br>RENE ADAMS<br>1435 JAY STREET<br>FORKED RIVER, NJ 08731 | 97586   0070926-00   S#0002388<br>SANDRA SOTO &<br>ANTHONY SOTO JTTEN<br>54 NICOLE WAY<br>MAHOPAC, NY 10541 |
| 97586   0070927-00   S#0000515<br>SANDRA T BISHOP CUST<br>MICHAEL D BISHOP<br>25 BURWELL AVE<br>SO PORTLAND, ME 04106 | 97586   0070928-00   S#0001923<br>SANDRA T FOO<br>48 RUTGERS ST<br>APT #18F<br>NEW YORK, NY 10002 | 97586   0070929-00   S#0003554<br>SANDRA WARD CUST<br>KEITH D WARD<br>4866 HUNTWOOD PATH<br>MANLIUS, NY 13104 |
| 97586   0070930-00   S#0002563<br>SANDRO A BUCCI<br>1 SUMMIT AVE<br>SPRING VALLEY, NY 10977 | 97586   0070931-00   S#0002195<br>SANDY APRIL CUST<br>AARON LAUCHHEIMER<br>45 E 89TH ST APT 8D<br>NEW YORK, NY 10128 | 97586   0070932-00   S#0009460<br>SANDY K FISCHER CUST<br>CLINTON J FISCHER<br>209 WILLOW DR<br>COLLINSVILLE, IL 62234 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070933-00   S#0011232<br>SANDY KELLER CUST<br>DANIEL KANT KELLER UGMA CA<br>5531 LAURETTE ST<br>TORRANCE, CA 90503 | 97586   0070934-00   S#0011231<br>SANDY KELLER CUST<br>DAVID KELLER<br>5531 LAURETTE ST<br>TORRANCE, CA 90503 | 97586   0070935-00   S#0011230<br>SANDY KELLER CUST<br>KRISTIE ANN KELLER UGMA CA<br>5531 LAURETTE ST<br>TORRANCE, CA 90503 |
| 97586   0070936-00   S#0009032<br>SANFORD A VICTOR CUST<br>JEFFREY VICTOR<br>1009 PROVIDENCE LANE<br>BUFFALO GROVE, IL 60089 | 97586   0070937-00   S#0008260<br>SANFORD I KOSSEK CUST<br>ANDREW E KOSSEK<br>2038 WOODFIELD RD<br>OKEMOS, MI 48864 | 97586   0070938-00   S#0003552<br>SANFORD RESNICK<br>BOX 4<br>LYCOMING, NY 13093-0004 |
| 97586   0000935-00   S#0003479<br>SANTERAMO, MARK<br>15 CIRCLE DR<br>PAWLING, NY 12564 | 97586   0070939-00   S#0009108<br>SANTIAGO A LOPEZ<br>524 YARDLEY DRIVE<br>CAROL STREAM, IL 60188 | 97586   0070940-00   S#0001673<br>SANTIAGO HERNANDEZ<br>106 EAST BROWNING RD<br>COLLINGSWOOD, NJ 08107 |
| 97586   0070941-00   S#0006176<br>SARA ADLER CUST<br>JONATHAN RAIFFE<br>590 LAKEVIEW DR<br>MIAMI BEACH, FL 33140 | 97586   0070942-00   S#0012365<br>SARA B KHAN &<br>SOUDY KHAN<br>3093 ROSS RD<br>PALO ALTO, CA 94303-4104 | 97586   0070943-00   S#0007507<br>SARA BATES<br>4185 KNOLLVIEW CT<br>BATAVIA, OH 45103 |
| 97586   0070944-00   S#0007220<br>SARA C MCELROY<br>434 PECAN DR<br>BEREA, OH 44017 | 97586   0070945-00   S#0003658<br>SARA DE LENA &<br>ANTHONY N DE LENA<br>44 AINSLEY COURT<br>WILLIAMSVILLE, NY 14221-2867 | 97586   0070946-00   S#0007893<br>SARA ELIZABETH WILSHER<br>369 EAST MAPLE ROAD<br>TROY, MI 48083 |
| 97586   0070947-00   S#0008186<br>SARA HELEN NAVARRE ACCT 2<br>10230 W SHERIDAN RD<br>BURT, MI 48417 | 97586   0070948-00   S#0009361<br>SARA J SCHILLING CUST<br>MARK I SCHILLING<br>PO BOX 592<br>STERLING, IL 61081-0592 | 97586   0070949-00   S#0004892<br>SARA JANE GOVE<br>28 SHARON ST<br>RISING SUN, MD 21911 |
| 97586   0070950-00   S#0003454<br>SARA JOAN MORALES<br>PEDRO ELIAS MORALES<br>BOX 236<br>LAKE HILL, NY 12448 | 97586   0070951-00   S#0013118<br>SARA JOYCE MONDELLO<br>76252 MOSBY CREEK RD<br>COTTAGE GROVE, OR 97424 | 97586   0070952-00   S#0006290<br>SARA KAPLAN CUST<br>BENJAMIN JAMES KAPLAN<br>10158 SW 53 CT<br>COOPER CITY, FL 33328 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0070953-00   S#0013608<br>SARA LUCKHURST<br>2709 141ST STREET<br>WHITE ROCK, BC V4A 5X6<br>CANADA | 97586    0070954-00   S#0002587<br>SARA RODITI CUST<br>JEFFREY RODITI<br>254-47 75TH AVE<br>GLEN OAKS, NY 11004-1107 | 97586    0070955-00   S#0012524<br>SARA TARR-WEAVER CUST<br>MONTANA WEAVER UTMA/CA<br>444 GILLCREST AVE<br>VALLEJO, CA 94591 |
| 97586    0070956-00   S#0013597<br>SARA WARLIMONT<br>22217 96 AVENUE<br>LANGLEY, BC V3A 9G6<br>CANADA | 97586    0070957-00   S#0003933<br>SARAH A HAWK CUST<br>RONALD J HAWK<br>318 W MAIN ST<br>TITUSVILLE, PA 16354-1615 | 97586    0070958-00   S#0008661<br>SARAH A TATE<br>2229 BURMA LANE<br>SO ST PAUL, MN 55075 |
| 97586    0070959-00   S#0006788<br>SARAH ANN ORMAN<br>621 DORSHIRE LANE<br>NASHVILLE, TN 37221 | 97586    0070960-00   S#0004760<br>SARAH ANNE HIRSCH<br>7905 SPRING WAY RD<br>BALTIMORE, MD 21204 | 97586    0070961-00   S#0010121<br>SARAH BEASLEY<br>5029 E 117 ST S<br>TULSA, OK 74137 |
| 97586    0070962-00   S#0003748<br>SARAH E MONJE<br>195 SEVILLE DR<br>ROCHESTER, NY 14617 | 97586    0070963-00   S#0000046<br>SARAH E SHTRAX &<br>ARNOLD D SHTRAX<br>54 SHIRLEY ST<br>WILBRAHAM, MA 01095-2000 | 97586    0070964-00   S#0001845<br>SARAH FISCHBEIN<br>142 MEADOWBROOK RD<br>EDISON, NJ 08837 |
| 97586    0070965-00   S#0011791<br>SARAH FREDRICKSEN CUST<br>WILLIAM FREDRICKSEN<br>3011 STEPHANIE<br>HEMET, CA 92543 | 97586    0070966-00   S#0005736<br>SARAH KENAN KENNEDY CUST<br>BARBARA COX KENNEDY<br>165 VALLEY RD<br>ATLANTA, GA 30305 | 97586    0070967-00   S#0005735<br>SARAH KENAN KENNEDY CUST<br>CLAY KENAN KENNEDY<br>165 VALLEY RD<br>ATLANTA, GA 30305 |
| 97586    0070968-00   S#0005737<br>SARAH KENAN KENNEDY CUST<br>JAMES COX KENNEDY<br>165 VALLEY RD<br>ATLANTA, GA 30305 | 97586    0070969-00   S#0010091<br>SARAH LOUISE BREWER<br>16 N ARMSTRONG<br>BIXBY, OK 74008 | 97586    0070970-00   S#0004325<br>SARAH LOUISE YAKE<br>45 CHESTNUT RD<br>PAOLI, PA 19301-1502 |
| 97586    0070971-00   S#0010163<br>SARAH M ADAMS<br>405 LONGFELLOW DR<br>HIGHLAND VILLAGE, TX 75067-7022 | 97586    0070972-00   S#0011790<br>SARAH R FREDRICKSON A/C/F CUST<br>WILLIAM JAMES FREDRICKSEN<br>30011 STEPHANIE ST<br>HEMET, CA 92543 | 97586    0001339-00   S#0009334<br>SASIB PACKAGING<br>NORTH AMERICA<br>PO BOX 96804<br>CHICAGO, IL 60697 |
| 97586    0001343-00   S#0011122<br>SASSA, SCOTT<br>580 N BEVERLY GLEN BLVD<br>LOS ANGELES, CA 90077-3504 | 97586    0070973-00   S#0006172<br>SATURNINA MORALES<br>1050 MICHIGAN AVE 1<br>MIAMI BEACH, FL 33139-4820 | |

**Debtor:**          Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0070974-00  S#0003070
SAUL GOLD CUST
JACOB GOLD
54 W OLIVE ST
LONG BEACH, NY 11561

97586    0070975-00  S#0008951
SAUL M FERRIS
103 S GREENLEAF STE G
GURNEE, IL 60031

97586    0000889-00  S#0011813
SAURITCH, LOU
22082 RICHFORD DR
LAKE FOREST, CA 92630

97586    0021244-00  S#0013500
SAVANTI INC
ATTN: JENNIFER L SARGENT
1114 AVONDALE DR
OAKVILLE, ON L6H 5K9
CANADA

97586    0070976-00  S#0011872
SAVERIO PITASSI JR CUST
ANTHONY PITASSI U/CA/UTMA
PO BOX 558
TRABUCO CANYON, CA 92678

97586    0001340-00  S#0003368
SCENT-SATIONAL I INC
20 JERUSALEM AVE
HICKVILLE, NY 11801

97586    0066129-00  S#0007215
SCHAUSS, JONATHAN
33308 ELECTRIC BLVD
AVON LAKE, OH 44012-1216

97586    0021249-00  S#0000834
SCHREFF, DAVID J
42 HOOKER LN
COSCOB, CT 06807

97586    0070977-00  S#0001116
SCHUARAH SYKES
PO BOX 22116
NEWARK, NJ 07101-2116

97586    0000913-00  S#0002406
SCHULTZ, MARCIA
77 HILLANDALE RD
RYEBROOK, NY 10573

97586    0070978-00  S#0010710
SCOTT A HUNTER
1501 RAWHIDE DR
GILLETTE, WY 82716-1827

97586    0070979-00  S#0007133
SCOTT A NIPPERT
5979 OSWEENEY LN
DUBLIN, OH 43016-4219

97586    0070980-00  S#0002397
SCOTT A PHILLIPS
75 PARKWAY EAST
MOUNT VERNON, NY 10552

97586    0070981-00  S#0007633
SCOTT A STORY &
BENITA STORY
8099 S 800 W
PENDLETON, IN 46064

97586    0070982-00  S#0000619
SCOTT ADAM ZOBACK
90 ELNA DR
TOLLAND, CT 06084

97586    0070983-00  S#0002675
SCOTT ALAN REIFER
7101 BAY PARKWAY
BROOKLYN, NY 11204-6054

97586    0070984-00  S#0008687
SCOTT ALLEN OLSON
1897 WORDSWORTH AVE
ST PAUL, MN 55116-2641

97586    0070985-00  S#0004965
SCOTT ANDREW BYRD
709 WARE ST SW
VIENNA, VA 22180

97586    0070986-00  S#0003826
SCOTT B LORENZE
1303 ARKANSAS AVE
PITTSBURGH, PA 15216

97586    0070987-00  S#0006164
SCOTT BRENNER CUST
MICHAEL EVAN BRENNER UGTAFL
103 CONGRESSIONAL WAY
DEERFIELD BEACH, FL 33073

97586    0070988-00  S#0010199
SCOTT C KIMPLE
C-O KIMPLE INVESTMENT CORP
TWO TURTLE CREEK VLG
3838 OAK LAWN BLVD STE 202
DALLAS, TX 75219-4502

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0070989-00   S#0010659<br>SCOTT CANBY CUST<br>ALEXANDER DEAN CANBY<br>1151 ASPEN ST<br>LONGMONT, CO 80501 | 97586   0070990-00   S#0009307<br>SCOTT CHRISTIANSEN CUST<br>ADAM MASSIE<br>2112 W CONCORD PL UNIT 2<br>CHICAGO, IL 60647-5407 | 97586   0070991-00   S#0003138<br>SCOTT CORCORAN<br>114 EAST BEVERLY PKWY<br>VALLEY STREAM, NY 11580 |
| 97586   0070992-00   S#0008969<br>SCOTT CRAWFORD CUST<br>CHARLES WINFIELD CRAWFORD<br>1333 WILSON DR<br>LAKE FOREST, IL 60046 | 97586   0070993-00   S#0005439<br>SCOTT D BAXTER<br>6540 EAGLE CREST RD<br>CHARLOTTE, NC 28112-5651 | 97586   0070994-00   S#0013179<br>SCOTT D GWYNN<br>26610 221ST AVE SE<br>MAPLE VALLEY, WA 98038 |
| 97586   0070995-00   S#0009180<br>SCOTT D VONHOFF<br>7 HATHAWAY<br>AURORA, IL 60506 | 97586   0070996-00   S#0009181<br>SCOTT D VONHOFF<br>7 HATHAWAY<br>AURORA, IL 60506-0000 | 97586   0070997-00   S#0003588<br>SCOTT DAMIAN SELDEN<br>43 BEECHNUT TER<br>WHITESBORO, NY 13492 |
| 97586   0070998-00   S#0000189<br>SCOTT DAVID ZIMMER<br>47 NANAPACHMET RD<br>MARBLEHEAD, MA 01945 | 97586   0070999-00   S#0008791<br>SCOTT DEAN PETERSON<br>7508 SCOTT AVE NO<br>BROOKLYN PARK, MN 55443 | 97586   0071000-00   S#0009425<br>SCOTT DEHLER<br>310 N BONE<br>NORMAL, IL 61761-2351 |
| 97586   0071001-00   S#0006146<br>SCOTT DICK<br>9814 NW 28TH PL<br>CORAL SPRINGS, FL 33065 | 97586   0071002-00   S#0008338<br>SCOTT E MCNABB CUST FBO<br>DAVID S MCNABB UNIF GIFT MIN A<br>6132 WINTHROP CT SE<br>GRAND RAPIDS, MI 49546 | 97586   0071003-00   S#0008055<br>SCOTT E PARADISE CUST<br>MATTHEW E PARADISE<br>281 LOTHROP<br>GROSSE PTE FARMS, MI 48236 |
| 97586   0071004-00   S#0008132<br>SCOTT EDWARD TAYLOR<br>28054 ALYCE KAY<br>FARMINGTON HILLS, MI 48334 | 97586   0071005-00   S#0005989<br>SCOTT ELKINS<br>1248 ROLLING LANE<br>CASSELBERRY, FL 32707 | 97586   0071006-00   S#0007127<br>SCOTT FLYNN<br>3701 HEATHER WAY<br>SOMERSET, KY 42503-9571 |
| 97586   0071007-00   S#0004863<br>SCOTT GARRISON PECOR<br>8110 OVERLOOK CT<br>FREDERICK, MD 21701 | 97586   0071008-00   S#0008794<br>SCOTT HORST<br>3515 URBANDDALE LANE<br>PLYMOUTH, MN 55447-1019 | 97586   0071009-00   S#0011433<br>SCOTT J PATCH<br>6500 JUMILLA AVE<br>WOODLAND HILLS, CA 91367-2835 |
| 97586   0071010-00   S#0008335<br>SCOTT J PRONGER C/F<br>PAIGE PRONGER UGMA/MI<br>1081 4 MILE RD NE<br>GRAND RAPIDS, MI 49505 | 97586   0071011-00   S#0007848<br>SCOTT JAMES STOOPS<br>80185 ELINOR ST<br>MEMPHIS, MI 48041 | 97586   0071012-00   S#0009036<br>SCOTT KLEINSTEIN &<br>MARINA KLEINSTEIN<br>JT TEN<br>2965 ROSLYN<br>BUFFALO GROVE, IL 60089 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0071013-00    S#0003156
SCOTT KLIGMAN C/F
BRAD KLIGMAN UGMA/NY
1970 ASHLEY PLACE
WESTBURY, NY 11590

97586    0071014-00    S#0003153
SCOTT KLIGMAN C/F
GREGG KLIGMAN UGMA/NY
1970 ASHLEY PLACE
WESTBURY, NY 11590

97586    0071015-00    S#0011662
SCOTT KYLE
907 CHABLIS LANE
VISTA, CA 92083

97586    0071016-00    S#0011687
SCOTT L MC ELHANEY &
ELLEN K MC ELHANEY JT TEN
4960 IROQUOIS AVE
SAN DIEGO, CA 92117

97586    0071017-00    S#0000164
SCOTT LAWRENCE
77 MIDDLESEX AVE
READING, MA 01867

97586    0071018-00    S#0003827
SCOTT LORENZE
1303 ARKANSAS AVE
PITTSBURGH, PA 15216

97586    0071019-00    S#0006445
SCOTT M DALY
8601 COTTONWAY LN
TAMPA, FL 33635

97586    0071020-00    S#0011349
SCOTT M ROSENBERG
5523 VILLAWOOD COURT
CALABASAS, CA 91302

97586    0071021-00    S#0010960
SCOTT M STORESUND
4375 E SUNSET RD #714
HENDERSON, NV 89014-2246

97586    0071022-00    S#0007248
SCOTT M WESEMEYER
34139 RT 305
GRAFTON, OH 44044

97586    0071023-00    S#0006655
SCOTT MCPHERSON MARDIS
6806 PARADISE CIRCLE
TRUSSVILLE, AL 35173-1552

97586    0071024-00    S#0009246
SCOTT MITCHELL
3242 S WELLS ST
CHICAGO, IL 60608

97586    0071025-00    S#0010832
SCOTT MYSAK
1103 W SPARROW DR
CHANDLER, AZ 85248

97586    0071026-00    S#0009423
SCOTT OEHLER
310 N BONE
NORMAL, IL 61761

97586    0071027-00    S#0008364
SCOTT OGLE
4564 50TH ST
GRINNELL, IA 50112

97586    0071028-00    S#0011377
SCOTT ORLANDO
9041 RATHBURN AVE
NORTHRIDGE, CA 91325

97586    0071029-00    S#0004960
SCOTT P EVANS
7915 VIOLA ST
SPRINGFIELD, VA 22152

97586    0071030-00    S#0007456
SCOTT P SANDROCK &
MARIANNE SANDROCK
JT TEN
220 MARKET AVE S STE 1000
CANTON, OH 44702

97586    0071031-00    S#0011888
SCOTT PARKER CUST
JOSHUA PAUL PARKER
25261 LEICESTER
MISSION VIEJO, CA 92692-2822

97586    0071032-00    S#0010170
SCOTT PRUSHA CUST
CHRISTINE PRUSHA
2521 NORTHCREST
PLANO, TX 75075

97586    0071033-00    S#0000139
SCOTT R BEVINGTON
4 HOLLIS ST
SHERBORN, MA 01770-1274

97586    0071034-00    S#0008736
SCOTT R DALLOW CUST
RACHEL HEATHER DALLOW
225 6TH AVE NE
OSSEO, MN 55369-1323

97586    0071035-00    S#0004845
SCOTT R LEROUX
1204D GEMINI DR
ANNAPOLIS, MD 21403

97586    0071036-00    S#0010645
SCOTT REED CUST
JAKE MARTIN REED
1030 HARTFORD DR
BOULDER, CO 80303-6318

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071037-00   S#0013576
SCOTT RICHARD KNOX
5904 DALTON DRIVE N W
CALGARY , AB T3A 1C6
CANADA

97586    0071038-00   S#0003619
SCOTT RICHMOND
134 S JERBOA ST
DUNKIRK, NY 14048

97586    0071039-00   S#0001378
SCOTT S GALLANT CUST
DANIEL GALLANT
14 OLD BRIDGE DR
HOWELL, NJ 07731-2112

97586    0071040-00   S#0000929
SCOTT S MILLER
178 W 9TH ST
BAYONNE, NJ 07002

97586    0071041-00   S#0003883
SCOTT S ONEIL CUST
MICHAEL T ONEIL
125 SHERMAN AVE
WAYNESBURG, PA 15370

97586    0071042-00   S#0003884
SCOTT S ONEIL CUST
PATRICK S ONEIL
125 SHERMAN AVE
WAYNESBURG, PA 15370

97586    0071043-00   S#0001069
SCOTT SAFFRAN
34 KILMER DR
SHORT HILLS, NJ 07078

97586    0071044-00   S#0006619
SCOTT SCHLAZER
3621 FAIRFIELD DR
CLERMONT, FL 34711-6927

97586    0071045-00   S#0003969
SCOTT T RIEBEL
1876 GRAMERCY PL
HUMMELSTOWN, PA 17036-7044

97586    0071046-00   S#0008441
SCOTT TILLESON CUST
JOEL TILLESON
210 INDIAN RIDGE DR
BROOKFIELD, WI 53005-6408

97586    0071047-00   S#0011971
SCOTT TIMOTHY PRENTA
3359 SUNGLOW AVE
SIMI VALLEY, CA 93063

97586    0071048-00   S#0007279
SCOTT W SALSGIVER
38394 PICCADILLY SQUARE
WILLOUGHBY, OH 44094

97586    0071049-00   S#0013000
SCOTT WILLIAMS
1226 OLINO ST
HONOLULU, HI 96818

97586    0071050-00   S#0011952
SEAN BAER BOYD
1200 BAILARD AVE
CARPINTERIA, CA 93013

97586    0071051-00   S#0013453
SEAN BRIDGEMAN
4084 MADISON AVENUE
MONTREAL, QC H4B 2T7
CANADA

97586    0071052-00   S#0008038
SEAN D MULLINS
8900 E JEFFERSON 106
DETROIT, MI 48214

97586    0071053-00   S#0003700
SEAN DALY
23 ERIE ST RD
MACEDON, NY 14502-8929

97586    0071054-00   S#0004885
SEAN DAVIS
2312 LAKE CIRCLE DR
SYKESVILLE, MD 21784-6331

97586    0071055-00   S#0005715
SEAN E BLASS
1342 BRAYSMILL TRACE
LAWRENCEVILLE, GA 30244

97586    0071056-00   S#0000162
SEAN E MC CANN
173 FLORENCE RD
LOWELL, MA 01851

97586    0071057-00   S#0005597
SEAN F COLLINS
5 CLINGSTONE DRIVE
TAYLORS, SC 29687

97586    0071058-00   S#0013007
SEAN FERNANDEZ
1551 AULENA PL
HONOLULU, HI 96821

97586    0071059-00   S#0010723
SEAN H CHANEY
114 WOODLAWN
CALDWELL, ID 83605-4561

97586    0071060-00   S#0011036
SEAN HARRIS C/F
GARY HARRIS
5263 EL MIRADOR DR
LOS ANGELES, CA 90008

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071061-00   S#0006954<br>SEAN J STIGLET<br>14446 WILLIAMSBURG DR<br>GULFPORT, MS 39503 | 97586    0071062-00   S#0004277<br>SEAN M DUPUIS<br>158 CARPENTER LANE<br>PHILADELPHIA, PA 19119 | 97586    0071063-00   S#0001530<br>SEAN M STARK<br>12 SEWARD PL<br>CHESTER, NJ 07930 |
| 97586    0071064-00   S#0005332<br>SEAN MARKHAM<br>124 RED BUD LANE<br>CHAPEL HILL, NC 27514-1736 | 97586    0071065-00   S#0000058<br>SEAN P FITZGIBBON<br>170 MAYFLOWER RD<br>SPRINGFIELD, MA 01118 | 97586    0071066-00   S#0001334<br>SEAN P O'MALLEY<br>129 SEABIRD LANE<br>BELFORD, NJ 07718 |
| 97586    0071067-00   S#0005940<br>SEAN R MCDERMOTT<br>C-O SUSAN C MCDERMOTT<br>DEAN WITTER REYNOLDS ATRIUM BL<br>325 JOHN KNOX RD SUITE 102<br>TALLAHASSEE, FL 32303 | 97586    0071068-00   S#0013480<br>SEAN SMITH<br>P O BOX 407<br>BROOKLYN, ON L0B 1C0<br>CANADA | 97586    0071069-00   S#0003872<br>SEAN WEISSERT<br>449 LORLITA LANE<br>PITTSBURGH, PA 15241 |
| 97586    0071070-00   S#0003360<br>SEBASTIAN F PICCIONE<br>2119 WANTAGH AVE<br>WANTAGH, NY 11793-3976 | 97586    0020002-00   S#0011092<br>SECRET IDENTITEE MERCHANDISING<br>ATTN: GARY LOEB<br>8075 WEST THIRD STREET<br>LOS ANGELES, CA 90048 | 97586    0001345-00   S#0009326<br>SEDGWICK JAMES OF PENNA<br>PO BOX 92012<br>CHICAGO, IL 60675 |
| 97586    0071071-00   S#0002713<br>SEE GONG LEW<br>2216 CROPSEY AVENUE<br>BROOKLYN, NY 11214 | 97586    0071072-00   S#0002828<br>SEI KING SHI CUST<br>KATHERINE GAR-YI SHI<br>25-08 150TH ST<br>FLUSHING, NY 11354 | 97586    0071073-00   S#0002079<br>SEIJA GOLDSTEIN CUST<br>ANDREW GOLDSTEIN<br>165 E 72ND ST<br>APT 6J<br>NEW YORK, NY 10021 |
| 97586    0001346-00   S#0009332<br>SEKO AIR FREIGHT INC<br>PO BOX 94794<br>CHICAGO, IL 60690 | 97586    0071074-00   S#0006209<br>SELMA H SILBERSTEIN<br>230 174TH ST 2319<br>N MIAMI BEACH, FL 33160 | 97586    0071075-00   S#0010795<br>SERGIO BATTISTELLA I CUST<br>SERGIO BATTISTELLA II UGTM/AZ<br>15237 N 46TH PL<br>PHOENIX, AZ 85032-4809 |
| 97586    0071076-00   S#0011145<br>SERGIO D OCAMPO<br>9943 S TWEEDY G<br>DOWNEY, CA 90240 | 97586    0001347-00   S#0013653<br>SERGIO MELIA BORRAS<br>12005 CASTRELLON<br>HERRERO,  28<br>SPAIN | 97586    0071077-00   S#0009151<br>SERGIO SALDANA<br>1007 WAVERLY PLACE<br>JOLIET, IL 60435 |

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0001349-00  S#0001135<br>SERRA INTERNATIONAL INC<br>ONE EXCHANGE PLACE STE 401<br>JERSEY CITY, NJ 07302 | 97586   0001350-00  S#0007294<br>SERV-A-RACK INC<br>12430 ELMWOOD AVE<br>CLEVELAND, OH 44111 | 97586   0001351-00  S#0008867<br>SERVICE CANDY CO<br>PO BOX 1794<br>BILLINGS, MT 59101 |
| 97586   0071078-00  S#0007097<br>SETH D BREWER<br>BOX 544<br>CATLETTSBURG, KY 41129 | 97586   0071079-00  S#0001084<br>SETH EISEN<br>1 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | 97586   0071080-00  S#0012189<br>SETH JOHN PERKINS<br>3463 TAYLOR RD<br>CARMEL, CA 93923 |
| 97586   0071081-00  S#0003025<br>SETH NIESSEN<br>51 HAMPTON PL - APT 17 B<br>FREEPORT, NY 11520 | 97586   0071082-00  S#0012979<br>SETH NIIMI<br>HCR 3 BOX 14016<br>KEAAU, HI 96749 | 97586   0071083-00  S#0011502<br>SETH R SINDEL CUST<br>JOSEPH J SINDEL<br>4907 BLUEBELL AVE<br>NORTH HOLLYWOOD, CA 91607-3322 |
| 97586   0000917-00  S#0003216<br>SEVERIN, MARIE<br>914 SKYLINE DR<br>CORAM, NY 11727 | 97586   0071084-00  S#0009440<br>SEWARD L VAN PETTEN JR SUC TTE<br>OF THE SEWARD L VAN PETTEN REV<br>DTD 3-5-87<br>7125 PIN OAK ROAD<br>EDWARDSVILLE, IL 62025 | 97586   0071085-00  S#0002690<br>SEYMOUR LEVINE CUST<br>JOSHUA LEVINE<br>1159 EAST 32ND ST<br>BKLYN, NY 11210 |
| 97586   0071086-00  S#0008248<br>SHAMBUS MCCLURE<br>1209 E GENEVA DR<br>DEWITT, MI 48820 | 97586   0001352-00  S#0001643<br>SHANAHAN'S EXPRESS INC<br>PO BOX 2245<br>CINNAMINSON, NJ 08077 | 97586   0071087-00  S#0010808<br>SHANDRI D SCHEYTT<br>150 WEST HIGHRIDGE<br>MESA, AZ 85201 |
| 97586   0071088-00  S#0011543<br>SHANE FELLER &<br>MELODE FELLER JT TEN<br>2470 PINTO LN<br>NORCO, CA 91760 | 97586   0071089-00  S#0008657<br>SHANE JOHNSON &<br>NANCY JOHNSON<br>JT TEN<br>13499 400TH ST<br>NORTH BRANCH, MN 55056 | 97586   0071090-00  S#0000360<br>SHANE M SHER<br>26 DOANE ST<br>FAIRHAVEN, MA 02719 |
| 97586   0071091-00  S#0008886<br>SHANE RICE<br>BOX 488<br>COLUMBIA FALLS, MT 59912 | 97586   0071092-00  S#0011542<br>SHANE T FELLER &<br>MELODE L FELLER JT TEN<br>2470 PINTO LN<br>NORCO, CA 91760 | 97586   0071093-00  S#0007733<br>SHANE VOGLEMAN<br>PO BOX 197<br>WARREN, IN 46792 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071094-00  S#0010770<br>SHANNA DOWNARD CUST<br>NICOLE DOWNARD UT/UTMA<br>1421 W 360 N<br>ST GEORGE, UT 84770-4652 | 97586   0071095-00  S#0006578<br>SHANNON MARIE MCDERMOTT<br>1040 N KEENE RD<br>CLEARWATER, FL 34615 | 97586   0000130-00  S#0001228<br>SHAPIRO, BARBARA<br>160 OVERLOOK AVE #26F<br>HACKENSACK, NJ 07601-2274 |
| 97586   0071096-00  S#0009539<br>SHAREE FELDMAN CUST<br>NATHAN LAWRENCE FELDMAN<br>14026 BOXFORD CT<br>CHESTERFIELD, MO 63017 | 97586   0071097-00  S#0001070<br>SHARI MARGULIS SCHENERMAN CUST<br>JOLIE BRETT SCHENERMAN UGMA NJ<br>93 ADDISON DR<br>SHORT HILLS, NJ 07078 | 97586   0071098-00  S#0004423<br>SHARI N ROSS<br>11 ANDOVER COURT WILTON<br>NEW CASTLE, DE 19720 |
| 97586   0071099-00  S#0011132<br>SHARIE HARMAN LA KIND CUST<br>LOGAN NICHOLAS LA KIND<br>201 C SOUTH ARNAZ DR<br>BEVERLY HILLS, CA 90211 | 97586   0071100-00  S#0011133<br>SHARIE HARMAN LA KIND CUST<br>TRAVIS CUTTLER LA KIND<br>201 C SOUTH ARNAZ DR<br>BEVERLY HILLS, CA 90211 | 97586   0071101-00  S#0008011<br>SHARON A FAIR &<br>RICHARD F FAIR JT TEN<br>37520 GLENWOOD<br>WESTLAND, MI 48185 |
| 97586   0071102-00  S#0008576<br>SHARON A FONTANA<br>5401 FORGE DRIVE<br>MADISON, WI 53716 | 97586   0071103-00  S#0003765<br>SHARON A RISSEL<br>51 DELEVAN<br>JAMESTOWN, NY 14701-7511 | 97586   0071104-00  S#0004001<br>SHARON A SHEFFER &<br>TODD F SHEFFER<br>JT TEN<br>1340 TAXVILLE RD<br>YORK, PA 17404 |
| 97586   0071105-00  S#0004570<br>SHARON AHERN FECHTER CUST<br>BRENDAN AHERN FECHTER<br>10217 NOLAN DR<br>ROCKVILLE, MD 20850-3507 | 97586   0071106-00  S#0004569<br>SHARON AHERN FECHTER CUST<br>COLIN AHERN FECHTER<br>10217 NOLAN DR<br>ROCKVILLE, MD 20850-3507 | 97586   0071107-00  S#0012254<br>SHARON ANN BAUM CUST<br>JONATHAN WILLIAM BAUM<br>1601 CLAREMONT DR<br>SAN BRUNO, CA 94066 |
| 97586   0071108-00  S#0006114<br>SHARON AUER<br>11878 SW 7TH ST<br>PEMBROKE PINES, FL 33025-3475 | 97586   0071109-00  S#0006115<br>SHARON AUER &<br>PETER AUER JTWROS<br>11878 SW 7TH ST<br>PEMBROKE PINES, FL 33025-3475 | 97586   0071110-00  S#0004529<br>SHARON BEE ARMSTRONG CUST<br>GEORGE ANDREW EVANS<br>11633 RIVERSHORE DR<br>DUNKIRK, MD 20754 |
| 97586   0071111-00  S#0004530<br>SHARON BEE ARMSTRONG CUST<br>WILLIAM B ARMSTRONG III UTMA M<br>11633 RIVERSHORE DR<br>DUNKIRK, MD 20754 | 97586   0071112-00  S#0003428<br>SHARON BRIGHT HOLUB CUST<br>REBECCA L HOLUB<br>495 LOUDON RD<br>LOUDONVILLE, NY 12211-1452 | 97586   0071113-00  S#0001361<br>SHARON CHADDON CUST<br>ANDREW ABBAMONTE<br>132 OVERBROOK DR<br>FREE HOLD, NJ 07728-1525 |

Debtor:             Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:     0807A
Notices Mailed By:  08/01/2008   and sent to following creditors:

97586    0071114-00   S#0001360
SHARON CHADDON CUST
STEPHEN ABBAMONTE
132 OVERBROOK DR
FREE HOLD, NJ 07728-1525

97586    0071115-00   S#0013215
SHARON D NEWBURN CUST
KEVIN R NEWBURN
BOX 70253
SEATTLE, WA 98107

97586    0071116-00   S#0003320
SHARON DAITSIS
51 WASHINGTON PL
NORTHPORT, NY 11768

97586    0071117-00   S#0009625
SHARON F KELLY &
TIM M KELLY
JT TEN
1126 N SADDLEBROOK CT
SAINT CHARLES, MO 63304-2420

97586    0071118-00   S#0002799
SHARON FOGELMAN CUST
JASON GREENFIELD
2263 E 63RD ST
BROOKLYN, NY 11234

97586    0071119-00   S#0002759
SHARON HOUZELL
1X2
596 EASTERN PKWY
BROOKLYN, NY 11225

97586    0071120-00   S#0002761
SHARON HOUZELL C/F
BRANDON WASHINGTON UGMA NY
596 EASTERN PARKWAY
BROOKLYN, NY 11225

97586    0071121-00   S#0002760
SHARON HOUZELL C/F
QUENTIN WASHINGTON UGMA NY
596 EASTERN PARKWAY
BROOKLYN, NY 11225

97586    0071122-00   S#0000125
SHARON KAMMEN CUST
TODD GLICKMAN
176 CAPTAIN EAMES CIRCLE
ASHLAND, MA 01721

97586    0071125-00   S#0002632
SHARON L RAPPAPORT CUST
SAMUEL AARON RAPPAPORT
1 VISTA WAY
PORT WASHINGTON, NY 11050

97586    0071126-00   S#0013306
SHARON LEE BAKER &
RAY OWEN BAKER
JT TEN
PO BOX 1259
SUQUAMISH, WA 98392

97586    0071127-00   S#0010393
SHARON LIPSKY CUST
ELIANA LIPSKY
5802 PICASSO PL
HOUSTON, TX 77096

97586    0071128-00   S#0012108
SHARON M RICHARDS CUST
COREY CUSHMAN
2800 STAGECOACH ST
BAKERSFIELD, CA 93312

97586    0071129-00   S#0005686
SHARON M SIMON CUST
QUINN TURNER SIMON
45 MISSION HILLS DR
CARTERSVILLE, GA 30120

97586    0071130-00   S#0012056
SHARON MILLS CUST
ERIC MILLS
3101 TANFORAN ST
BAKERSFIELD, CA 93306

97586    0071131-00   S#0008609
SHARON MYKISEN
3509 HARMONY LANE
STEVENS POINT, WI 54481

97586    0071132-00   S#0006336
SHARON O'REILLY CUST
TODD R GREEN UGMA FL
517 SHADS PINE WAY APT C2
WEST PALM BEACH, FL 33415

97586    0071133-00   S#0006335
SHARON O'REILLY CUST FOR
COURTNEY M GREEN
UNDER THE FL UNIF TRAN MIN ACT
517 SHADY PINE WAY APT C-2
WEST PALM BEACH, FL 33415

97586    0071134-00   S#0001515
SHARON POGASH CUST
JOEY MARKOWITZ
47 W END AVE
SUMMIT, NJ 07901

97586    0071135-00   S#0003558
SHARON PRITCHARD CUST
CHRISTOPHER PRITCHARD
192 DEMASS RD
OSWEGO, NY 13126

97586    0071136-00   S#0003559
SHARON PRITCHARD CUST
MATTHEW PRITCHARD
192 DEMASS RD
OSWEGO, NY 13126

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071137-00   S#0006802<br>SHARON R GOLDEN<br>P O 8912<br>CHATTANOOGA, TN 37414 | 97586   0071138-00   S#0011174<br>SHARON R WARD<br>1408 HARKNESS ST<br>MANHATTAN BEACH, CA 90266 | 97586   0071139-00   S#0008847<br>SHARON RAILE<br>BOX 236<br>RIDGEVIEW, SD 57652-0236 |
| 97586   0071140-00   S#0009498<br>SHARON SHEEHAN-FAK CUST<br>TIMOTHY FAK<br>221 UNION<br>LINCOLN, IL 62656 | 97586   0071141-00   S#0007972<br>SHARON SUE WHITE<br>15625 OPORTO ST<br>LIVONIA, MI 48154-6227 | 97586   0071142-00   S#0007860<br>SHARON THOMAS CUST<br>JESSICA TAYLOR THOMAS<br>2100 WERNER<br>COLUMBUS, MI 48063 |
| 97586   0071144-00   S#0007861<br>SHARON THOMAS CUST<br>SAMANTHA FAYE THOMAS<br>2100 WERNER<br>COLUMBUS, MI 48063 | 97586   0071145-00   S#0003712<br>SHARON TOLLIVER CUST<br>PAUL TOLLIVER<br>1 OLD FORGE LANE<br>PITTSFORD, NY 14534 | 97586   0071146-00   S#0004114<br>SHARON VOORHEES CUST<br>ADAM JON VOORHEES<br>712 N ELMER AVE<br>SAYRE, PA 18840 |
| 97586   0000386-00   S#0003975<br>SHARPE, DAVID L<br>112 PIN OAK DR<br>NEW CUMBERLAND, PA 17070 | 97586   0071147-00   S#0010411<br>SHAWN A OLSEN<br>19510 NEHOC<br>HUMBLE, TX 77346 | 97586   0071148-00   S#0010917<br>SHAWN DAHLIN<br>6996 N LARIAT LN<br>PRESCOTT, AZ 86301-8948 |
| 97586   0071149-00   S#0002847<br>SHAWN DAWSON<br>7-14 150TH ST<br>WHITESTONE, NY 11357-1650 | 97586   0071150-00   S#0012789<br>SHAWN DE WIT OLNEY<br>3497 VERDE VISTA DR<br>SANTA ROSA, CA 95404-6232 | 97586   0071151-00   S#0004457<br>SHAWN HOUSTON<br>BOX 12361<br>WILMINGTON, DE 19850 |
| 97586   0071152-00   S#0003252<br>SHAWN O'CONNELL<br>13 STIMPSON PL<br>HUNTINGTON, NY 11743 | 97586   0071153-00   S#0010913<br>SHAWN P KOPRIVA<br>HC63 BOX 5717<br>SNOWFLAKE, AZ 85937 | 97586   0071154-00   S#0006809<br>SHAWN SAMIER<br>301 HIGHLAND AVE<br>JOHNSON CITY, TN 37604 |
| 97586   0071155-00   S#0012981<br>SHAWN SUZUKI<br>P.O. BOX 1991<br>KEALAKEKUA, HI 96750 | 97586   0071156-00   S#0009713<br>SHAWNA R ZARING CUST<br>STEFAN L DANTZLER<br>3709 CITATION<br>COLUMBIA, MO 65202 | 97586   0071157-00   S#0010064<br>SHEA BAINTER CUST<br>SUSAN BAINTER UGMA OK<br>6820 LYREWOOD LANE  #216<br>OKLAHOMA CITY, OK 73132 |
| 97586   0071158-00   S#0009102<br>SHEILA A GREEN<br>C/O VAN KAMPEN MERRITT INC<br>ONE PARKVIEW PLAZA<br>VILLA PARK, IL 60181 | 97586   0071159-00   S#0013225<br>SHEILA BOROWIAK CUST<br>ANDRES BOROWIAK<br>2333 43RD AVE E 201<br>SEATTLE, WA 98112-2786 | 97586   0071160-00   S#0010049<br>SHEILA COCKRELL/JUSTIN GANDERA<br>C/O PRUDENTIAL SECURITIES<br>ATTN;  TOM CETRIENE<br>2850 OKLAHOMA TOWER<br>OKLAHOMA CITY, OK 73102 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071161-00   S#0013361<br>SHEILA JOY COCKRELL CUST<br>JESSICA ALYSE GANDARA<br>3821 BOEK CIR<br>ANCHORAGE, AK 99507-3059 | 97586    0071162-00   S#0005435<br>SHEILA M SPIGNER<br>2555-C STOCKBRIDGE DR<br>CHARLOTTE, NC 28210 | 97586    0071163-00   S#0005714<br>SHEILA M TATE CUST<br>GRIFFIN ANTHONY TATE<br>209 MIMOSA TER<br>LAGRANGE, GA 30240 |
| 97586    0071164-00   S#0004763<br>SHEILA MCCOWN CUST<br>JAMES MCCOWN<br>4903 E CHASE ST<br>BALTIMORE, MD 21205-3129 | 97586    0071165-00   S#0003489<br>SHEILA NAVARRA CUST<br>JENNIFER NAVARRA<br>64 NATHAN HALE DR<br>STORMVILLE, NY 12582 | 97586    0071166-00   S#0004218<br>SHELDON BERNICK CUST<br>DAVID N BERNICK<br>110 MARTINS RUN<br>MEDIA, PA 19063 |
| 97586    0071167-00   S#0007732<br>SHELDON E CHERRY &<br>KAYE A CHERRY<br>199 OAK PARK DR<br>ROANOKE, IN 46783-9106 | 97586    0071168-00   S#0010401<br>SHELDON J MILLER CUST<br>DAVID HARRISON MILLER<br>BOX 271451<br>HOUSTON, TX 77277 | 97586    0071169-00   S#0010400<br>SHELDON J MILLER CUST<br>ERIC CHRISTOPHER MEYER UNDET<br>BOX 271451<br>HOUSTON, TX 77277 |
| 97586    0071170-00   S#0001882<br>SHELDON LANE C/F<br>ARIEL LANE UGMA NY<br>107 HICKORY LANE<br>SOMERSET, NJ 08873 | 97586    0071171-00   S#0004762<br>SHELDON LERMAN CUST<br>DANIEL M LERMAN<br>1409 WALNUT HILL LANE<br>RUXTON, MD 21204 | 97586    0071172-00   S#0004454<br>SHELDON SIVAKOFF CUST<br>A/C/F GREGORY ROBERT SIVAKOFF<br>133 JADE DR<br>WILMINGTON, DE 19810 |
| 97586    0071173-00   S#0007874<br>SHELLEY J LASTER CUST<br>ANDREW J LASTER<br>30239 GROVELAND<br>MADISON HGTS, MI 48071 | 97586    0071174-00   S#0007607<br>SHELLEY L ANTHONY<br>1842 LONGVIEW DRIVE<br>SPRINGFIELD DRIVE, OH 45564 | 97586    0071175-00   S#0008924<br>SHELLEY POWELL CUST<br>A/C/F AARON NORMAN POWELL<br>22 FERNDALE RD<br>DEERFIELD, IL 60015 |
| 97586    0071176-00   S#0007750<br>SHELLY N BINKLEY<br>504 HWY 337 SE<br>CARYDON, IN 47112 | 97586    0071177-00   S#0009068<br>SHELLY NEGRON CUST<br>DAVID E NEGRON<br>326 W WINDSOR DR<br>BLOOMINGDALE, IL 60108 | 97586    0071178-00   S#0004626<br>SHELLY ROLLO-SHILLING<br>429 STERNWHEELER CT<br>GAITHERSBURG, MD 20877 |
| 97586    0071179-00   S#0010878<br>SHELMADINE O CLOTHER-OTTO CUST<br>AISHA A MOSS<br>7444 W CREST LANE<br>GLENDALE, AZ 85310-5619 | 97586    0071180-00   S#0013658<br>SHEN CHI HUA<br>6 5 ALLEY  177 LANE<br>SHING TEH STREET<br>PING CHENG CITY<br>TAIWAN  R O C | 97586    0071181-00   S#0009476<br>SHEOW MIN CHIU<br>900 WEST TEMPLE<br>PO BOX 788<br>EFFINGHAM, IL 62401 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071182-00   S#0009477
SHEOW-MIN CHIU
613 N AVE
EFFINGHAM, IL 62401-3274

97586    0071183-00   S#0009478
SHEOW-MIN CHIU
900 WEST TEMPLE
PO BOX 788
EFFINGHAM, IL 62401-3274

97586    0071184-00   S#0007799
SHEREE A MORGAN CUST
ADAM S MORGAN
207 HAWTHORNE DR
PRINCETON, IN 47670-3313

97586    0071185-00   S#0011109
SHERI CAINE-MARKUS CUST
JENNA CAINE
3245 CLUB DR
LOS ANGELES, CA 90064-4811

97586    0071186-00   S#0008560
SHERILL ANTHONY
514 SAN JUAN TRAIL
MADISON, WI 53705

97586    0071187-00   S#0004674
SHERMAN CASTO CUST
AUSTIN CASTO
961 DEEP CREEK AVE
ARNOLD, MD 21012

97586    0071188-00   S#0010271
SHERMAN E PEEK CUST
JORDAN M PEEK
1335 BENT CREEK
SOUTHLAKE, TX 76092

97586    0071189-00   S#0001921
SHERMAN S W ENG
18 MONROE ST APT KB-PH
NEW YORK, NY 10002

97586    0071190-00   S#0006975
SHERMAN T RIGGS CUST
NATHAN T RIGGS
119 ADAIR AVE
SHELBYVILLE, KY 40065

97586    0071191-00   S#0005564
SHERRE LYN BURLINGHAM CUST
WILLIAM WESLEY BURLINGHAM
1358 CHRISMILL LN
MT PLEASANT, SC 29464

97586    0071192-00   S#0006121
SHERRI A HELLER
16172 SW 2ND DR
PEMBROKE PINES, FL 33027-1045

97586    0071193-00   S#0002687
SHERRI JONAS LAZIN CUST
DARRIN LAZIN
9101 SHORE ROAD APT #307
BROOKLYN, NY 11209

97586    0071194-00   S#0002683
SHERRI JONAS LAZIN CUST
JAMIE LAZIN
9101 SHORE ROAD APT #307
BROOKLYN, NY 11209

97586    0071195-00   S#0002686
SHERRI JONAS LAZIN CUST
JOHNATHAN D LAZIN
9101 SHORE ROAD APT #307
BROOKLYN, NY 11209

97586    0071196-00   S#0002970
SHERRY GREENWALD
118-18 UNION TPKE
KEW GARDENS, NY 11415

97586    0071197-00   S#0003710
SHERRY L MORSE CUST
MICHAEL A MORSE
2148 BAKER RD
PENN YAN, NY 14527-9527

97586    0071198-00   S#0004616
SHERRY L NEFF
13203-1 WONDERLAND WAY
GERMANTOWN, MD 20874

97586    0071199-00   S#0008818
SHERWIN J SKAR
MASS COMPUTER SCIENCE
SSU
1501 N STATE ST
MARSHALL, MN 56258

97586    0071200-00   S#0004297
SHERYL A FRUEH
4017 WELLS ST
PHILADELPHIA, PA 19135

97586    0071201-00   S#0008325
SHERYL A SAUNDERS CUST
ACF PATRICK M SAUNDERS
2114 S 88TH BOX 12
SHELBY, MI 49455-9779

97586    0071202-00   S#0002196
SHERYL FLUG CUST
HAYLEY FLUG
1192 PARK AVE APT 3-B
NEW YORK, NY 10128

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071203-00  S#0002817
SHEW TUNG LEW &
MONG TAI LEW JTTEN
2453 E 21ST STREET
BROOKLYN, NY 11235

97586   0071204-00  S#0012693
SHIN HONMA
5923 SNELL AVE
SAN JOSE, CA 95123

97586   0071206-00  S#0001451
SHIRLEY A CUMMINGS CUST
CORTLAND E CUMMINGS
124 10TH AVE
SPRING LAKE HTS, NJ 07762

97586   0071205-00  S#0001450
SHIRLEY A CUMMINGS CUST
DANIEL P CUMMINGS
124 10TH AVE
SP LK HTS, NJ 07762

97586   0071207-00  S#0006177
SHIRLEY B LEVINSON
CRYSTAL HOUSE APT 5M
5055 COLLINS AVE
MIAMI BEACH, FL 33140-2712

97586   0071208-00  S#0002779
SHIRLEY BECKER &
MORTON BECKER JTTEN
2176 BATCHELDER STREET
BROOKLYN, NY 11229

97586   0071209-00  S#0000755
SHIRLEY BERNABUCCI CUST
RONALD ZARRO
85 HIGH ROCK RD
HAMDEN, CT 06514

97586   0071210-00  S#0012079
SHIRLEY COLLINS A/C FOR
AMANDA K COLLINS
7307 OLIVE DR
BAKERSFIELD, CA 93308

97586   0071211-00  S#0012076
SHIRLEY COLLINS A/C FOR
LANCE TYLER COLLINS
7307 OLIVE DR
BAKERSFIELD, CA 93308

97586   0071212-00  S#0008203
SHIRLEY E JENKINS CUST
FLOYD B JENKINS
6682 RUSTIC RIDGE TRL
GRAND BLANC, MI 48439-4953

97586   0071213-00  S#0008202
SHIRLEY E JENKINS CUST
JONATHAN JENKINS
6682 RUSTIC RIDGE TRL
GRAND BLANC, MI 48439-4953

97586   0071214-00  S#0007535
SHIRLEY F NATHAN
4000 BEECHWOOD AVENUE
CINCINNATI, OH 45229-1410

97586   0071215-00  S#0002150
SHIRLEY F SARNA CUST
ADAM NELSON
510 E 86TH ST
NEW YORK, NY 10028

97586   0071216-00  S#0007879
SHIRLEY J SKLAR
JANE L SKLAR JTTEN
25545 CONCOURSE
SOUTHFIELD, MI 48075

97586   0071217-00  S#0003791
SHIRLEY JANOFF CUST
JEFFREY TARN
220 WALNUT ST
BEAVER, PA 15009

97586   0071218-00  S#0003793
SHIRLEY JANOFF CUST
JEFFREY TARN
220 WALNUT ST
BEAVER, PA 15009-2431

97586   0071219-00  S#0012810
SHIRLEY JEW &
JIMMIE L JEW JT TEN
4811 KEANE DR
CARMICHAEL, CA 95608

97586   0071220-00  S#0003792
SHIRLEY L JANOFF &
JOHN JEFFREY TARN
220 WALNUT ST
BEAVER, PA 15009

97586   0071221-00  S#0011138
SHIRLEY LEVY CUST
JESSICA WORMS
BOX 1289
BEVERLY HILLS, CA 90213

97586   0071222-00  S#0011139
SHIRLEY LEVY CUST
JONATHAN WORMS
BOX 1289
BEVERLY HILLS, CA 90213

97586   0071223-00  S#0009458
SHIRLEY M BROCKMAN CUST
PATRICK B BROCKMAN
6218 W WASHINGTON
BELLEVILLE, IL 62223

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071224-00   S#0009457<br>SHIRLEY M BROCKMAN CUST<br>WHITNEY E BROCKMAN<br>6218 W WASHINGTON<br>BELLEVILLE, IL 62223 | 97586    0071225-00   S#0010395<br>SHIRLEY M PERRY CUST<br>PERRY A KINGSTON<br>5102 JACKWOOD ST<br>HOUSTON, TX 77096-1416 | 97586    0071226-00   S#0013087<br>SHIRLEY M PLATT CUST<br>FBO ERIC PLATT U/O UGTMA<br>7480 SW 93RD AVENUE<br>PORTLAND, OR 97223-7184 |
| 97586    0071227-00   S#0012657<br>SHIRLEY N WOO<br>3264 EL SOBRANTE<br>SANTA CLARA, CA 95051-3722 | 97586    0071228-00   S#0007228<br>SHIRLEY SCHLOSS CUST<br>JERED SCHLOSS<br>150 STERNCREST DR<br>MORELAND HILLS, OH 44022 | 97586    0071229-00   S#0010201<br>SHIRLEY SMITH HAWKINS CUST<br>KYBRON SEAN HAWKINS UTMA TX<br>1641 NOKOMIS AVE<br>DALLAS, TX 75224-3739 |
| 97586    0001362-00   S#0006429<br>SHOWCASES USA INC<br>4419 PORPOISE DRIVE<br>TAMPA, FL 33617 | 97586    0021042-00   S#0001822<br>SHRINK PACKAGING SYSTEMS CORP<br>ATTN: MARK MARINO<br>15 PROGRESS ST<br>EDISON, NJ 08820-1102 | 97586    0071230-00   S#0012352<br>SHUI LAN CHIN<br>711 PACIFIC AVE #318<br>SAN FRANCISCO, CA 94133 |
| 97586    0071231-00   S#0006266<br>SID FELDMAN TR<br>OF THE ESTELLE FELDMAN RV<br>5711 BAMBOO CIRCLE<br>TAMARAC, FL 33319-3561 | 97586    0071232-00   S#0000429<br>SIDNEY BRITO<br>79 COTTER ST<br>EAST PROVIDENCE, RI 02914 | 97586    0071233-00   S#0013472<br>SIDNEY COLLETT<br>1001 CABOT<br>GREENFIELD PARK, QC J4V 1J3<br>CANADA |
| 97586    0071234-00   S#0000752<br>SIDNEY H LEVINE CUST<br>JOSHUA SETH LEVINE<br>830 ELM ST<br>NEW HAVEN, CT 06511-4010 | 97586    0071235-00   S#0006951<br>SIDNEY J SIMS<br>REGIONAL DEPT - 3RD FLOOR<br>DGNB PLAZA<br>JACKSON, MS 39215 | 97586    0071236-00   S#0011846<br>SIDNEY LEVINE CUST<br>CRAIG LEVIN<br>1833 PORT WESTBOURNE<br>NEWPORT BEACH, CA 92660 |
| 97586    0071237-00   S#0009381<br>SIDNEY WELLS BARDWELL CUST<br>KENT MIYAZAKI BARDWELL<br>2745 16TH AVE<br>MOLINE, IL 61265 | 97586    0071238-00   S#0009382<br>SIDNEY WELLS BARDWELL CUST<br>SCOTT MIYAZAKI BARDWELL<br>2745 16TH AVE<br>MOLINE, IL 61265-3249 | 97586    0001364-00   S#0009333<br>SIEMENS BUSINESS COMMUNICATION<br>PO BOX 99096<br>CHICAGO, IL 60693 |
| 97586    0001601-00   S#0000913<br>SIENKIEWICZ, WILLIAM<br>93 WEED AVENUE #4<br>STAMFORD, CT 06902 | 97586    0071240-00   S#0011959<br>SIGRID SIEGEL CUST<br>MICHAEL SIEGEL<br>4092 WEEPING WILLOW DR<br>MOORPARK, CA 93021-2820 | 97586    0071241-00   S#0008301<br>SILK PURSE INC<br>C/O JOHN E BANNOW & JOHN S<br>DUDA<br>4155 ELIZABETH DR<br>STEVENSVILLE, MI 49127-9530 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000391-00   S#0000432
SILVERMAN, DAVID
51 DEBBIE DR
CRANSTON, RI 02921

97586   0071242-00   S#0002671
SILVIA AKERMAN CUST
MARTIN AKERMAN UGMA NY
1321 DAHILL ROAD
BROOKLYN, NY 11204

97586   0020510-00   S#0002062
SIMMONS MARKET RESEARCH
ATTN: STEPHEN RUSSELL-CFO
309 WEST 49TH STREET
NEW YORK, NY 10019

97586   0071243-00   S#0006830
SIMON CIPTADI
1702 HIGHLAND AVE #6
KNOXVILLE, TN 37916

97586   0071244-00   S#0001885
SINIBALDO FABIANO &
REGINA G FABIANO
8 LYNN CT
SOMMERVILLE, NJ 08876

97586   0071245-00   S#0010240
SKEE HUGHES
1910 E S E LOOP 323 #150
TYLER, TX 75701

97586   0071246-00   S#0010231
SKIDMORE TRUCKING INC
BOX 337 SPUR 139
PARIS, TX 75460

97586   0001367-00   S#0000165
SKY WAY COACH
PO BOX 206
READING, MA 01867-0306

97586   0001368-00   S#0006947
SKYTEL
3450 HWY 80 W
JACKSON, MS 39209

97586   0001369-00   S#0006948
SKYTEL
3450 HWY 80 W
JACKSON, MS 39209

97586   0000077-00   S#0006606
SMITH, ANDREW C
2700 HAMBLE VILLAGE LN
PALM HARBOR, FL 34684-2759

97586   0000419-00   S#0010861
SMITH, DIETRICH O
1522 E SOUTHERN AVE APT 2031
TEMPE, AZ 85282-5662

97586   0001492-00   S#0001987
SMITH, TIMOTHY
546A LAGUARDIA PL APT 3R
NEW YORK, NY 10012

97586   0020496-00   S#0000227
SMITH, TOMMIE E
C/O GOODWIN PROCTER & HOAR LLP
EXCHANGE PLACE
BOSTON, MA 02109

97586   0020931-00   S#0010762
SMITHS FOOD & DRUG CENTERS
ATTN: ROBERT B DIMOND-VP CONTROLLER
PO BOX 30550
SALT LAKE CITY, UT 84130

97586   0001371-00   S#0004174
SMS COMMUNICATIONS
1457 KERLIN ST
CHESTER, PA 19013

97586   0000352-00   S#0002025
SNELL, CYNTHIA
387 PARK AVE SO
NEW YORK, NY 10016

97586   0001372-00   S#0008788
SNYDER DRUG STORES INC
PO BOX 320
MINNEAPOLIS, MN 55440

97586   0020985-00   S#0006395
SNYDER, IVAN
5852 NW 26TH CT
BOCA RATON, FL 33496

97586   0001235-00   S#0005817
SNYDER, RAYMOND
990 WALNUT ST
MACON, GA 31201-1919

97586   0001415-00   S#0001620
SNYDER, STEVE
1120 EXECUTIVE PLAZA  RT 73
SUITE 300
MT LAUREL, NJ 08054

97586   0001275-00   S#0000878
SODARO, ROBERT J
PO BOX 347
NORWALK, CT 06856-0347

97586   0071247-00   S#0004438
SOL TOBEY
1906 THOMAS RD
WILMINGTON, DE 19803-3102

97586   0071248-00   S#0003109
SOLOMON J BRAZIL CUST
YERUCHUM F BRAZIL
403 GULF DR
OCEANSIDE, NY 11572

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586  0071249-00  S#0006361<br>SOLOMON MEYEROWITZ<br>119 FARNHAM E<br>DEERFIELD BCH, FL 33442-2924 | 97586  0000804-00  S#0001958<br>SOMERS, KEVIN<br>226 E 2ND ST APT 2A<br>NEW YORK, NY 10009-8075 | 97586  0071250-00  S#0006358<br>SONDRA HOLLAND<br>5099-Q SPLENDIDO COURT<br>BOYNTON BEACH, FL 33437-2194 |
| 97586  0071251-00  S#0009388<br>SONJA L WYNN CUST<br>BRANT L WYNN UTMA IL<br>PO BOX 358<br>518 WILLIAMS ST<br>REYNOLDS, IL 61279 | 97586  0021131-00  S#0010299<br>SONNY'S WHOLESALE GROCERY INC<br>RT 4 BOX 4048 F<br>BELTON, TX 76513 | 97586  0071252-00  S#0008995<br>SOO-MYUNG CHUNG CUST<br>EMILY CHUNG U/IL/UTMA<br>1607 TECHNY ROAD<br>NORTHBROOK, IL 60062 |
| 97586  0071253-00  S#0008994<br>SOO-MYUNG CHUNG CUST<br>JOHN CHUNG U/IL/UTMA<br>1607 TECHNY ROAD<br>NORTHBROOK, IL 60062 | 97586  0071254-00  S#0006431<br>SOPHIA CECELIA PEREYRA CUST<br>ADRIAN F PEREYRA<br>14010 CHERRY LAKE DR<br>TAMPA, FL 33618 | 97586  0071255-00  S#0007824<br>SOPHIA MCDONNELL CUST<br>KYLE PATRICK MCDONNELL<br>33700 QUAKER VALLEY RD<br>FARMINGTON HILLS, MI 48018 |
| 97586  0071256-00  S#0009310<br>SOTER J LIBARIS C/F<br>MICHAEL J LIBARIS UGTMA IL<br>5245 N ORIOLE<br>CHICAGO, IL 60656 | 97586  0000775-00  S#0002021<br>SOTTILE, JUDITH<br>30 PARK AVE #18P<br>NEW YORK, NY 10016 | 97586  0001377-00  S#0006688<br>SOUTHERN CONVENTION SERVICES<br>PO BOX 69<br>MADISON, AL 35758 |
| 97586  0000692-00  S#0009897<br>SOUTHSHORE CONDOMINIUMS<br>RE: J DALL THOMAS & CO INC<br>3115 6TH ST<br>METAIRIE, LA 70002 | 97586  0000798-00  S#0009664<br>SOUTHWICK, KEN<br>1425 DEXTER<br>LIBERTY, MO 64068 | 97586  0000083-00  S#0002471<br>SPAGNOLETTI, ANN<br>20 CHARLES ST<br>WHITE PLAINS, NY 10606 |
| 97586  0001379-00  S#0008311<br>SPARTAN STORES INC<br>850 76TH ST SW<br>MICHIGAN CENTER, MI 49254 | 97586  0001381-00  S#0001916<br>SPEED-GRAPHICS<br>132 W 31ST ST<br>NEW YORK, NY 10001-3406 | 97586  0071257-00  S#0012301<br>SPENCER DAVID WINDING<br>567 EDNA ST<br>SAN FRANCISCO, CA 94112 |
| 97586  0071258-00  S#0010818<br>SPENCER UNCHIDA<br>2436 S REVOLTA<br>MESA, AZ 85208 | 97586  0001383-00  S#0002020<br>SPIN MAGAZINE<br>205 LEXINGTON AVE<br>NEW YORK, NY 10016 | 97586  0001474-00  S#0009065<br>SPORTING VIEWS SPORTS PHOT<br>TONY INZERILLO<br>815 DOLORES DR<br>BENSENVILLE, IL 60106 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586    0001387-00   S#0008650
SPORTS COLLECTORS DIGEST
CIRCULATION DEPT
700 E STATE ST
IOLA, WI 54990-0001

97586    0001388-00   S#0005663
SPORTS TRADITIONS
2615 CAMDEN GLEN CT
ROSWELL, GA 30076

97586    0001389-00   S#0005603
SPRING INDUSTRIES INC
PO BOX 111
LANCASTER, SC 29721

97586    0001332-00   S#0002669
SPRINGLE, SAMUEL
581 LENOX RD
BROOKLYN, NY 11203

97586    0000941-00   S#0002028
SPROWLS, MARY
10 E 40TH ST
NEW YORK, NY 10016

97586    0071259-00   S#0005503
STACEY DAVIS
BOX 62
BLYTHEWOOD, SC 29016

97586    0071260-00   S#0000753
STACEY L MIESSAU
31 CLARK AVE
EAST HAVEN, CT 06512-3423

97586    0071261-00   S#0005975
STACI D LYNN
C/F JOHN O LYNN III
2309 N.W. 15TH PL
GAINESVILLE, FL 32605

97586    0071262-00   S#0003234
STACY ANN TRUDWIG
10 FURNWOOD DR
EAST NORTHPORT, NY 11731

97586    0071263-00   S#0012455
STACY C SUTCLIFFE
18498 CARLWYN DR
CASTRO VALLEY, CA 94546-2030

97586    0071264-00   S#0012453
STACY C SUTCLIFFE CUST
AMY C SUTCLIFFE
18498 CARLWYN DR
CASTRO VALLEY, CA 94546

97586    0071265-00   S#0011288
STACY M COOK CUST
PARKER B COOK
4644 RUTH AVE
LONG BEACH, CA 90805

97586    0071266-00   S#0012445
STACY MATHEWSON
27785 ORMOND AVE
HAYWARD, CA 94544-5019

97586    0071267-00   S#0000688
STAFFAN GRIGHOLM
CUST BJOERN O GRIGHOLM
83 GENEVA TER
FAIRFIELD, CT 06430

97586    0071268-00   S#0004602
STAN BROMLEY CUST
JORDAN BROMELY
UNIF GIFT MIN ACT MD
10101 GARDEN WAY
POTOMAC, MD 20854-3966

97586    0071269-00   S#0013103
STAN M JESSUP
38254 KELLY RD
JEFFERSON, OR 97352

97586    0071270-00   S#0011297
STAN RUBIN CUST
MILES PARKER RUBIN
2070 SENASAC
LONG BEACH, CA 90815-3307

97586    0021263-00   S#0002889
STANDARD FOLDING CARTONS INC
ATTN: JEFFREY APPLEMAN
85TH STREET & 24TH AVENUE
JACKSON HEIGHTS, NY 11370

97586    0001392-00   S#0006842
STANDARD WELDERS SUPPLY
PO BOX 490
SOMERVILLE, TN 38068

97586    0071271-00   S#0010683
STANFORD L WEISS &
HELENE B WEISS TR
STANFORD PHARMACIES INC
1715 N WEBER ST SUITE 230
COLORADO SPRGS, CO 80907-7584

97586    0000758-00   S#0002858
STANISCI, JOHN
13-11 BELL BLVD
BAYSIDE, NY 11360

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071272-00   S#0007278
STANLEY A ERZEN &
FRANCES M ERZEN TR
BY STANLEY FRANCES ERZEN
38407 PICCADILLY SQ
WILLOUGHBY, OH 44094

97586    0071273-00   S#0001204
STANLEY A SZEWCZYK
41 CHURCH LANE
WAYNE, NJ 07470

97586    0071274-00   S#0011024
STANLEY AKIYAMA
6219 WALNUT CREEK RD
RENO, NV 89523

97586    0071275-00   S#0011684
STANLEY B WONG
5051 ALUMMI PL
SAN DIEGO, CA 92115

97586    0071276-00   S#0004598
STANLEY BRAND CUST
ADAM BRAND UMDUTMA
3 PEBBLE RIDGE COURT
POTOMAC, MD 20854-2650

97586    0071277-00   S#0004599
STANLEY BRAND CUST
PETER BRAND UMDUTMA
3 PEBBLE RIDGE COURT
ROCKVILLE, MD 20854-2650

97586    0071278-00   S#0000304
STANLEY COHEN CUST
AARON DAVID COHEN
8 MARTIN RD
WELLESLEY, MA 02181

97586    0071279-00   S#0000178
STANLEY DANCEWICZ III
18 ORCHARD ST
LYNN, MA 01905

97586    0071280-00   S#0011415
STANLEY EDWARD HEYMAN TR
HEYMAN INTER VIVOS TRUST
861 BLUESPRING DR
WESTLAKE VILLAGE, CA 91361

97586    0071281-00   S#0009313
STANLEY F KRZYWICKI CUST
MELISSA CYNTHIA CHRISTL U/IL/U
7435 W WINNEMAC
HARWOOD HEIGHTS, IL 60656

97586    0071282-00   S#0002441
STANLEY GOLDBERG
245 FERNDALE ROAD
SCARSDALE, NY 10583-1531

97586    0071283-00   S#0002442
STANLEY GOLDBERG CUST
SCOTT GOLDBERG
245 FERNDALE RD
SCARSDALE, NY 10583-1531

97586    0071284-00   S#0004996
STANLEY J WROBEL C/F
STEFAN C WROBEL UTMA VA
5520 YORKTOWN BLVD
ARLINGTON, VA 22207-1553

97586    0071286-00   S#0004994
STANLEY J WROBEL CUST
CHRISTOPHER S WROBEL
5520 YORKTOWN BLVD
ARLINGTON, VA 22207-1553

97586    0071285-00   S#0004992
STANLEY J WROBEL CUST
CHRISTOPHER S WROBEL UTMA VA
5520 YORKTOWN BLVD
ARLINGTON, VA 22207

97586    0071287-00   S#0004995
STANLEY J WROBEL CUST
MICHAEL J WROBEL UTMA VA
5520 YORKTOWN BLVD
ARLINGTON, VA 22207-1553

97586    0071288-00   S#0001107
STANLEY KASLUSKY CUST
STEPHEN HOLT
151 EFFINGHAM PL
WESTFIELD, NJ 07090-3925

97586    0071289-00   S#0009312
STANLEY KRZYWICKI CUST
PATRICK C CHRISTL U/IL/UTMA
7435 W WINNEMAC
HARWOOD HEIGHTS, IL 60656

97586    0071290-00   S#0013485
STANLEY L KOROLNEK
7 ALEXIS WAY
THORNHILL, ON L3T 6Z2
CANADA

97586    0071292-00   S#0001179
STANLEY MAY
81 RIDGE RD
RIDGEWOOD, NJ 07450

97586    0071293-00   S#0008550
STANLEY POLLAN CUST
HENRY POLLAN
3246 BROOKLYN DRIVE
STOUGHTON, WI 53589

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071294-00   S#0008549
STANLEY POLLAN CUST
ROBERT POLLAN
3246 BROOKLYN DRIVE
STOUGHTON, WI 53589

97586   0071295-00   S#0008548
STANLEY POLLAN CUST
SCOTT POLLAN
3246 BROOKLYN DRIVE
STOUGHTON, WI 53589

97586   0071296-00   S#0000511
STANLEY THIMS CUST
RYAN THIMS
87 NEW GLOUCESTER RD
NO YARMOUTH, ME 04097

97586   0071297-00   S#0011184
STANLEY TOBIAS CUST
DAVID SCOTT TOBIAS
2609 VIA OLIVERA
PLS VRDS EST, CA 90274-2809

97586   0071298-00   S#0001242
STANLEY WONG
15 BRODIL COURT
CLOSTER, NJ 07624

97586   0061006-00   S#0010118
STANTON, BRADLEY ALAN
4405 E 79TH ST
TULSA, OK 74136-8105

97586   0001394-00   S#0007166
STAPLES
DEPT 82-0001100338
1666 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3503

97586   0001395-00   S#0007165
STAPLES CREDIT PLAN
DEPT 82 - 0001059674
1666 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3503

97586   0001396-00   S#0009418
STAPLES INC
DEPT 10-001139229
1407 N VETERANS PKWY
BLOOMINGTON, IL 61704

97586   0021028-00   S#0002916
STAR PACK
BYRON F. IGOE
4 WHITSON STREET
FOREST HILL, NY 11375

97586   0071299-00   S#0012358
STATE CONTROLLER STATE OF CA
OFFICE OF STATE CONTROLLER
DIVISION OF UNCLAIMED PROPERTY
BOX 942850
SACRAMENTO, CA 94250-5873

97586   0071300-00   S#0008419
STATECENCO A PARTNERSHIP
601 MAIN STREET
PO BOX 550
KEOKUK, IA 52632

97586   0071301-00   S#0010176
STAVROS PAPADOPOULOS
713 N GRAND AVE
SHERMAN, TX 75090-4409

97586   0021134-00   S#0001996
STECKY, LAURIE
C/O JOHN UPTON ESQ
145 HUDSON ST
NEW YORK, NY 10013

97586   0071302-00   S#0007988
STEFAN J DOULOS &
CATHERINE J MAKI JT TEN
9503 WARREN RD
PLYMOUTH, MI 48170

97586   0071303-00   S#0005718
STEFAN OSSOWSKI
5128 WHITED WAY
LILBURN, GA 30247

97586   0071304-00   S#0003196
STEFANIE SKALKA
781 GRETA PL
NORTH BELLMORE, NY 11710-1311

97586   0071305-00   S#0003918
STEFNI D ODDO CUST
BROOKS D HALL
2211 HIGHLAND
NEW CASTLE, PA 16105

97586   0071306-00   S#0011506
STEFNI D ODDO CUST
CODI L HALL
7928 PEARL ST
ALTA LOMA, CA 91701

97586   0071307-00   S#0001220
STEFON KING
92 MINERVA AVE APT 2
HAWTHORNE, NJ 07506

97586   0000549-00   S#0002206
STEINBERG, FLORENCE
PO BOX 1495
MADISON SQ STA
NEW YORK, NY 10159

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071308-00   S#0000014<br>STEPHAN BATCHELDER CUST<br>KURT D BATCHELDER<br>134 ROCK RIMMON RD<br>BELCHERTOWN, MA 01007 | 97586   0071309-00   S#0007808<br>STEPHAN E LLOYD<br>PO BOX 133<br>CARLISLE, IN 47838-0133 | 97586   0071310-00   S#0003284<br>STEPHANIE A OGOZALEK<br>45 DOROTHY LANE<br>KINGS PARK, NY 11754-2934 |
| 97586   0071311-00   S#0009653<br>STEPHANIE BENNETT CUST<br>BRITTNEY BENNETT<br>RTE 1 BOX 136<br>CHAFFEE, MO 63740 | 97586   0071312-00   S#0009652<br>STEPHANIE BENNETT CUST<br>VERONICA BENNETT<br>RTE 1 BOX 136<br>RTE 1 BOX 136<br>CHAFFEE, MO 63740 | 97586   0071313-00   S#0013461<br>STEPHANIE DONAHUE<br>33 CAMPBELL AVENUE<br>MONTREAL WEST, QC H4X 1V2<br>CANADA |
| 97586   0071314-00   S#0001844<br>STEPHANIE FISCHBEIN<br>142 MEADOWBROOK RD<br>EDISON, NJ 08837 | 97586   0071315-00   S#0003073<br>STEPHANIE GIPS CUST<br>MITCHELL GIPS<br>323 E PINE ST<br>LONG BEACH, NY 11561-2334 | 97586   0071316-00   S#0000840<br>STEPHANIE GRAY<br>4 SIERRA WAY<br>DANBURY, CT 06810 |
| 97586   0071317-00   S#0000202<br>STEPHANIE GUTNER CUST<br>SAMUEL N GUTNER<br>104 MAIN ST<br>TOPSFIELD, MA 01983-1421 | 97586   0071318-00   S#0003038<br>STEPHANIE K CRAWFORD<br>27 EDWARD LN<br>GLEN COVE, NY 11542 | 97586   0071319-00   S#0011181<br>STEPHANIE PUSEY CUST<br>TIMOTHY EUGENE PUSEY CA/UTMA<br>515 VIA DEL MONTE<br>PALOS VERDES ESTA, CA 90274 |
| 97586   0071320-00   S#0010261<br>STEPHEN A BISCHOFF CUST<br>KENNETH NORMAN BISCHOFF<br>3012 RUSTIC WOODS DR<br>BEDFORD, TX 76024-4057 | 97586   0071321-00   S#0006775<br>STEPHEN A CASEBOLT<br>5011 WHISPERING HILLS CT<br>NASHVILLE, TN 37211 | 97586   0071322-00   S#0003906<br>STEPHEN A DRAHNAK &<br>VIRGINIA M DRAHNAK<br>BOX 697 BIGLER AVE<br>SPANGLER, PA 15775 |
| 97586   0071323-00   S#0004168<br>STEPHEN A TULLI CUST<br>DINO J OLIVA<br>106 FERGUSON AVE<br>BROOMALL, PA 19008-3013 | 97586   0071324-00   S#0010189<br>STEPHEN ADAM CRABTREE<br>3305 SHOREWOOD CIRCLE<br>MESQUITE, TX 75150 | 97586   0071325-00   S#0011588<br>STEPHEN ALAN SELLGREN<br>10176 SIERRA MADRE RD<br>SPRING VALLEY, CA 91977-1740 |
| 97586   0071326-00   S#0000295<br>STEPHEN ANTIPAS<br>586 SCHOOL ST<br>BELMONT, MA 02178-3630 | 97586   0071327-00   S#0004985<br>STEPHEN B PRAIDER<br>5565 COLUMBIA PIKE #203<br>ARLINGTON, VA 22204 | 97586   0071328-00   S#0008502<br>STEPHEN BECKER CUST<br>JEFFREY A BECKER<br>9370 N LAKE DR<br>MILWAUKEE, WI 53217-1446 |

**Debtor:**           Mafco Litigation Trust
**Description:**      Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071329-00   S#0003293
STEPHEN BOSCO CUST
LEIGHANNE BOSCO
3532 MALLARD RD
LEVITTOWN, NY 11756

97586   0071330-00   S#0003295
STEPHEN BOSCO CUST
STEPHEN EDWARD BOSCO
3532 MALLARD RD
LEVITTOWN, NY 11756

97586   0071331-00   S#0013546
STEPHEN BROGEE
236 PASTERN TRAIL
WATERLOO, ON N2K 3Z1
CANADA

97586   0071332-00   S#0006662
STEPHEN C HARVEY CUST FBO
IAN E SAMPSON U/AL UTTMA
2157 VESTRIDGE DRIVE
BIRMINGHAM, AL 35216-3340

97586   0071333-00   S#0003958
STEPHEN C O'SHEA
18 GARRISON LN
CARLISLE, PA 17013

97586   0071334-00   S#0000560
STEPHEN COOPER
2 PUTNAM LANE
AVON, CT 06001

97586   0071335-00   S#0013528
STEPHEN CRAIG FULLER
83 RYKERT CRES
TORONTO, ON M4G 2T4
CANADA

97586   0071336-00   S#0012387
STEPHEN D HEYES CUST
MATHEW D HEYES
3523 DEER CREST DRIVE
DANVILLE, CA 94506-6013

97586   0071337-00   S#0000181
STEPHEN D ROGER JR
3 MOSTYN ST
SWAMPSCOTT, MA 01907

97586   0071338-00   S#0005738
STEPHEN E MCCLANAHAN
2995 LOOKOUT PL NE
ATLANTA, GA 30305

97586   0071339-00   S#0005896
STEPHEN E PEARSON CUST
CHRISTOPHER DAVID PEARSON
1836 INGLESIDE AVE
JACKSONVILLE, FL 32205-9449

97586   0071340-00   S#0003986
STEPHEN FISTER CUST
DANIEL P FISTER
151 FLORENCE DR
HARRISBURG, PA 17112-3733

97586   0071341-00   S#0001773
STEPHEN FRANKE OLIVER
1604 ALLEN WAY
MANASQUAN, NJ 08736

97586   0071342-00   S#0012575
STEPHEN G MIZROCH TRUSTEE
STEPHEN G MIZROCH 1988 TRUST
71 BRYN MAWR DR
SAN RAFAEL, CA 94901-1817

97586   0071343-00   S#0012482
STEPHEN GOLDMAN CUST
MARC RYAN GOLDMAN
19 WOODLAND RD
ORINDA, CA 94563

97586   0001405-00   S#0001554
STEPHEN GOULD CORP
35 S JEFFERSON ROAD
WHIPPANY, NJ 07981

97586   0071344-00   S#0001544
STEPHEN H LIPSKY CUST
KYLE SCOTT LIPSKY
17 LIDGERWOOD PL
MORRIS TOWNSHIP, NJ 07960-5709

97586   0071345-00   S#0006928
STEPHEN H MORRIS &
JOYCE C MORRIS
902 SPRUCE ST
TUPELO, MS 38801

97586   0071346-00   S#0002302
STEPHEN HALL EDWARDS
1555 UNIONPORT RD
1G
BRONX, NY 10462

97586   0071347-00   S#0003522
STEPHEN J CHALONE
10 BROOKS PL
BALDWINSVILLE, NY 13027-2630

97586   0071348-00   S#0004645
STEPHEN J JARBOE CUST
ALEXANDER J JARBOE
10719 BUCKNELL DR
SILVER SPRING, MD 20902

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071349-00   S#0000529<br>STEPHEN J LAROCHELLE<br>TWO BELLEVUE STREET<br>WATERVILLE, ME 04901 | 97586   0071350-00   S#0004107<br>STEPHEN J REMBISH<br>74 CHAPEL ST<br>WILKES BARRE, PA 18702-5513 | 97586   0071351-00   S#0001398<br>STEPHEN J TETI<br>406 ATLANTIC AVE<br>LONG BRANCH, NJ 07740 |
| 97586   0071352-00   S#0004661<br>STEPHEN KENNETH EVRY<br>3825 PALMIRA LN<br>SILVER SPRING, MD 20906-5227 | 97586   0071353-00   S#0002336<br>STEPHEN KLEIN<br>35 WILDWOOD LANE<br>ARDSLEY, NY 10502 | 97586   0071354-00   S#0004562<br>STEPHEN KRASKINS CUST<br>MICHAEL KRASKIN<br>8055 RISING RIDGE RD<br>BETHESDA, MD 20817-6951 |
| 97586   0071355-00   S#0004584<br>STEPHEN L JONES<br>14307 BAUER DR<br>ROCKVILLE, MD 20853 | 97586   0071356-00   S#0002422<br>STEPHEN LODDO<br>9 EVE LANE<br>RYE, NY 10580 | 97586   0071357-00   S#0009257<br>STEPHEN M BRENNER<br>2333 N GENEVA TER 3C<br>CHICAGO, IL 60614-3346 |
| 97586   0071358-00   S#0006825<br>STEPHEN M LANNING<br>1533 SHERWOOD DR<br>NEWPORT, TN 37821 | 97586   0071359-00   S#0010101<br>STEPHEN M MAYO &<br>TAMERA A MAYO<br>JT TEN<br>RTE 3 BOX 121<br>STILLWATER, OK 74075-9546 | 97586   0071360-00   S#0010920<br>STEPHEN M NARDIELLO<br>85 KAIBAB WAY<br>SEDONA, AZ 86351 |
| 97586   0071361-00   S#0010665<br>STEPHEN M ROCHAT &<br>ANITA M ROCHAT<br>1704 W 8TH ST<br>LOVELAND, CO 80537 | 97586   0071362-00   S#0007376<br>STEPHEN M SELNIK<br>3333 HUNTSBERGER DR<br>NORTON, OH 44203 | 97586   0071363-00   S#0010554<br>STEPHEN M SPENCE<br>3530 SLEEPY HOLLOW<br>AMARILLO, TX 79121 |
| 97586   0071364-00   S#0013332<br>STEPHEN M TALBOT CUST<br>ALISON TALBOT<br>9345 CHELAN HWY 97A<br>WENATCHEE, WA 98801 | 97586   0071365-00   S#0013335<br>STEPHEN M TALBOT CUST<br>BLAKE TALBOT<br>9345 CHELAN HWY 97A<br>WENATCHEE, WA 98801 | 97586   0071366-00   S#0013334<br>STEPHEN M TALBOT CUST<br>CHASE TALBOT<br>9345 CHELAN HWY 97A<br>WENATCHEE, WA 98801 |
| 97586   0071367-00   S#0013333<br>STEPHEN M TALBOT CUST<br>MIKAYLA TALBOT<br>9345 CHELAN HWY 97A<br>WENATCHEE, WA 98801 | 97586   0071368-00   S#0010926<br>STEPHEN M TYRPAK<br>600 ENCINO PL NE<br>ALBUQUERQUE, NM 87102-2602 | 97586   0071369-00   S#0008244<br>STEPHEN M WIRT CUST<br>DANIEL J WIRT<br>206 SHARP<br>ESSEXVILLE, MI 48732 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071370-00   S#0003319
STEPHEN MCCABE AND
CAROL MCCABE JTTEN
10 JOHNSTON AVE
NORTH PORT, NY 11768

97586   0071371-00   S#0011302
STEPHEN MCQUAIDE
1252 GREEN LANE
LA CANADA, CA 91011

97586   0071372-00   S#0003528
STEPHEN MURPHY CUST
TRAVIS MURPHY
C/O DAVID HAYES
502 MALLARD AVE
CAMILLUS, NY 13031-3007

97586   0071373-00   S#0009595
STEPHEN OUELLETTE
9415 GATES MANOR
CRESTWOOD, MO 63126

97586   0071374-00   S#0012535
STEPHEN P CARROLL
1020 ARKELL RD
WALNUT CREEK, CA 94598

97586   0071375-00   S#0006670
STEPHEN P LEARA
3416 OVERTON RD
BIRMINGHAM, AL 35223

97586   0071376-00   S#0000514
STEPHEN P LEON
99 BIRCHVALE DRIVE
PORTLAND, ME 04102

97586   0071377-00   S#0005856
STEPHEN P WALDON JR
923 RIDGEWALL CT
ORANGE PARK, FL 32065

97586   0071378-00   S#0012410
STEPHEN PATRICK LAVIN
4407 BLACK WALNUT COURT
CONCORD, CA 94521

97586   0071379-00   S#0012843
STEPHEN POPE CUST
NICOLE POPE
2212 CERVANTES
RANCHO CORDOVA, CA 95670

97586   0071380-00   S#0004213
STEPHEN R ORRISON CSDN
STEPHEN R ORRISON JR
160 TWIN OAK DR
LEVITTOWN, PA 19056

97586   0071381-00   S#0000067
STEPHEN R PERREAULT
27 SAUTER LANE
GREENFIELD, MA 01301

97586   0071382-00   S#0005450
STEPHEN S NELSON CUST
S GARRETT NELSON
7215 TREVOR COURT
CHARLOTTE, NC 28270

97586   0071383-00   S#0005961
STEPHEN SCHELFHOUT &
TERESA SCHELFHOUT
JT TEN
103 CHELSEY LANE
LYNN HAVEN, FL 32444-3171

97586   0071384-00   S#0001888
STEPHEN T DUSKO &
ANN T DUSKO JTTEN
26 WASHINGTON AVE
SOUTH AMBOY, NJ 08879

97586   0071385-00   S#0007443
STEPHEN T HIERRO JR
1742 PALO VERDE DR
YOUNGSTOWN, OH 44514

97586   0071386-00   S#0000275
STEPHEN T PIELA CUST
BRETT SULLIVAN
41 HARRINGTON ST
NOWTONVILLE, MA 02160

97586   0071387-00   S#0013068
STEPHEN V PIUCCI CUST
JOSEPH EDMUND PIUCCI
2844 NE 25TH ST
PORTLAND, OR 97212

97586   0071388-00   S#0001648
STEPHEN W SKOW
2 DAYTONA AVE
SEWELL, NJ 08080-1604

97586   0071389-00   S#0006086
STEPHEN WANDER CUST
BENJAMIN A WANDER
901 VAN BUREN ST
HOLLYWOOD, FL 33019

97586   0071390-00   S#0006085
STEPHEN WANDER CUST
JOSHUA C WANDER
901 VAN BUREN ST
HOLLYWOOD, FL 33019

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071391-00    S#0006088 | 97586    0071392-00    S#0005729 | 97586    0071393-00    S#0010896 |
| STEPHEN WANDER CUST | STERLING BROWN | STERLING BROWN |
| ROBIN S WANDER | 202 SHORE WALK | C-O PERSELLIN |
| 901 VAN BUREN ST | PEACHTREE CITY, GA 30269 | 7622 E CALLE AGERRIDA |
| HOLLYWOOD, FL 33019 | | TUCSON, AZ 85715 |
| | | |
| 97586    0001408-00    S#0007132 | 97586    0071394-00    S#0004596 | 97586    0071395-00    S#0009463 |
| STERLING SOFTWARE INC | STEVAN R HOLMBERG CUST | STEVE A MORRIS & |
| ORDERNET SERVICES DIVISION | BRIAN R HOLMBERG | LINDA M MORRIS JT TEN |
| 4600 LAKEHURST CT | 6 COLEBROOK CT | 312 N ALTON ST |
| DUBLIN, OH 43016 | POTOMAC, MD 20854-1816 | FREEBURG, IL 62243-1106 |
| | | |
| 97586    0071396-00    S#0001350 | 97586    0071397-00    S#0010930 | 97586    0071398-00    S#0004993 |
| STEVE A NEMETH CUST | STEVE A RUDICK | STEVE B KARLIN |
| ADAM NEMETH | 6641 ARNO NE | 4803 N 21ST ST |
| 115 WELLINGTON COURT | ALBUQUERQUE, NM 87107 | ARLINGTON, VA 22207 |
| MANALAPAN, NJ 07726 | | |
| | | |
| 97586    0071399-00    S#0010040 | 97586    0071400-00    S#0005803 | 97586    0071401-00    S#0012430 |
| STEVE B LINDLEY CUST | STEVE CARDIN & | STEVE CRAIG |
| WALKER O LINDLEY | DEBBIE CARDIN JTTEN | 3843 CAROL AVE #205 |
| 1205 PEPPERDINE | 2720 COCHRAN DR | FREMONT, CA 94538 |
| EDMOND, OK 73013-6345 | DALTON, GA 30721 | |
| | | |
| 97586    0071402-00    S#0010461 | 97586    0071403-00    S#0010349 | 97586    0071404-00    S#0011674 |
| STEVE D BLANCHARD CUST | STEVE E IRWIN & | STEVE EISELE |
| BRETT NORRIS BLANCHARD | JAMES MC SHERRY | 5025 CAPE MAY 14 |
| 124 DAFFODIL | 1414 NEPTUNE | SAN DIEGO, CA 92107 |
| LAKE JACKSON, TX 77566 | HOUSTON, TX 77062-4502 | |
| | | |
| 97586    0071405-00    S#0010133 | 97586    0071406-00    S#0012766 | 97586    0071407-00    S#0010966 |
| STEVE J STANFORD CUST | STEVE JOSEPH | STEVE L WEBSTER CUST |
| SHAWN J STANFORD | 1912 SUNRISE AVENUE | JASON P WEBSTER |
| 203 DOGWOOD | MODESTO, CA 95350-3505 | 1005 NEWPORT ST |
| POTEAU, OK 74953-2267 | | LAS VEGAS, NV 89110 |
| | | |
| 97586    0071408-00    S#0009606 | 97586    0071409-00    S#0006969 | 97586    0071410-00    S#0006970 |
| STEVE L ZIGRYE  CUST | STEVE L ZIGRYE CUST | STEVE L ZIGRYE CUST |
| PAUL ENDORF UGTMA/KY | SCOTT SCOTT ZIGRYE UGTMA/KY | TIM ZIGRYE UGTMA-KY |
| 1150 SIEBE DR | 4012 DEER LAKE CIRCLE | 4012 DEER LAKE CIRCLE |
| ST LOUIS, MO 63137 | PROSPECT, KY 40059 | PROSPECT, KY 40059 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071411-00   S#0002801
STEVE LEVITAN
1524 EAST 35TH ST
BROOKLYN, NY 11234

97586    0071412-00   S#0001689
STEVE M JULIANO
556 SOUTH COHANSEY AVE
EGG HARBOR CITY, NJ 08215

97586    0071413-00   S#0006081
STEVE M RAIZIN
1006 SE 5TH AVE
DANIA, FL 33004-4501

97586    0071414-00   S#0012253
STEVE MENDOZA
119 ACACIA AVE
SAN BRUNO, CA 94066

97586    0071415-00   S#0007094
STEVE MINTON
307 W ALEXANDER RD
ASHLAND, KY 41101

97586    0071416-00   S#0012463
STEVE MORGER
18A CREST RD
LAFAYETTE, CA 94549

97586    0071417-00   S#0012655
STEVE NAKAGAWA &
LEE ANN NAKAGAWA JT TEN
2065 LITCHFIELD PLACE
SANTA CLARA, CA 95051

97586    0071418-00   S#0011536
STEVE NAVA &
BRUCE SMOLEN
2235 7TH ST
LA VERNE, CA 91750-4528

97586    0071419-00   S#0009587
STEVE NENNINGER
426 CLARK
WEBSTER GROVES, MO 63119

97586    0071420-00   S#0009638
STEVE P JONES
427 REDWOOD
FARMINGTON, MO 63640

97586    0071421-00   S#0005904
STEVE R BREWER
2428 UNA DR
JACKSONVILLE, FL 32216

97586    0071422-00   S#0005389
STEVE ROBERT BENKIN
10 WINNABOW CT
DURHAM, NC 27703-2658

97586    0071423-00   S#0009906
STEVE S TALIANCICH
1913 CAROL SUE AVE
TERRYTOWN, LA 70056

97586    0071424-00   S#0002435
STEVE SADICARO CUST
DANIEL SADICARO
15 THOMAS ST
SCARSDALE, NY 10583

97586    0071425-00   S#0010560
STEVE SANFORD HOLMES
5610 67TH ST
LUBBOCK, TX 79424-1448

97586    0071426-00   S#0003359
STEVE SCHWARTZ CUST
BRAD SCHWARTZ
1770 OLD MILL RD
WANTAGH, NY 11793-3243

97586    0071427-00   S#0013343
STEVE SEBERT
1311 N SUNDERLAND RD
SPOKANE, WA 99206

97586    0071428-00   S#0012165
STEVE SHIPE
RAMONA SARGENTINI JTTEN
730 E VASSER
FRESNO, CA 93704

97586    0071429-00   S#0009999
STEVE SWITZER &
ELIZABETH JERNIGAN SWITZER JT
JT TEN
9 TORTOISE PARK COVE
LITTLE ROCK, AR 72211

97586    0071430-00   S#0007432
STEVE T MILLER
3481 SURREY SE
WARREN, OH 44484

97586    0071431-00   S#0009849
STEVE URBAN CUST
ANDREW CHESTER STODOLA
3969 S 37TH ST
OMAHA, NE 68107

97586    0071432-00   S#0009848
STEVE URBAN CUST
JACOB LAWRENCE STODOLA
3969 S 37TH ST
OMAHA, NE 68107

97586    0071433-00   S#0011322
STEVE WEAKLEY
3680 FAIRMEAD RD
PASADENA, CA 91107-3014

97586    0071434-00   S#0009238
STEVEN A ALLT
2504 SWANDYKE CT
NAPERVILLE, FL 60565

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071435-00   S#0000133<br>STEVEN A COTE<br>6-3 DEER PATH<br>MAYNARD, MA 01754 | 97586   0071436-00   S#0000415<br>STEVEN A GALLUCCI<br>7/407<br>12 NOTTINGHAM DR<br>WEST WARWICK, RI 02893-5529 | 97586   0071437-00   S#0000114<br>STEVEN ADELMAN ACF<br>MARC ADELMAN<br>5 MCCARTHY CIRCL<br>FRAMINGHAM, MA 01701 |
| 97586   0071438-00   S#0002829<br>STEVEN ADONIZ<br>27-04 PARSONS BLVD 4H<br>FLUSHING, NY 11354 | 97586   0071439-00   S#0001053<br>STEVEN ASKIN C/F<br>MATTHEW S. ASKIN UGMA NJ<br>155 HACKETT PLACE<br>RUTHERFORD, NJ 07070 | 97586   0071440-00   S#0003096<br>STEVEN B WEISS CUST<br>DANIEL A WEISS<br>48 VANDERVEER CT<br>ROCKVILLE CENTER, NY 11570-1330 |
| 97586   0071442-00   S#0001353<br>STEVEN BAUML CUST<br>JOSHUA BAUML<br>8 COOPER HAWK DR<br>MALALAPAN, NJ 07726-3625 | 97586   0071443-00   S#0001213<br>STEVEN BEIGEL &<br>BARBARA BEIGEL<br>296 JOAN PL<br>WYCKOFF, NJ 07481 | 97586   0071444-00   S#0010905<br>STEVEN BLAKE GERVAIS<br>6995 E LOLA PL<br>TUCSON, AZ 85730-2331 |
| 97586   0071445-00   S#0008106<br>STEVEN BRIGHT CUST<br>JUSTIN BRIGHT<br>5598 CULPEPPER<br>WEST BLOOMFIELD, MI 48322 | 97586   0071446-00   S#0001639<br>STEVEN C KRAJEWSKI CUST<br>CHRISTOPHER S KRAJEWSKI<br>167 FOX CHASE DR<br>DEL RAN, NJ 08075 | 97586   0071447-00   S#0009380<br>STEVEN C THODOS &<br>JOHN S THODOS JTTEN<br>1350 N SHORE DR<br>MOLINE, IL 61265 |
| 97586   0071448-00   S#0007583<br>STEVEN CATRELL<br>1702 CAMBRIDGE<br>PIQUA, OH 45356 | 97586   0071449-00   S#0000486<br>STEVEN CODD<br>59 FOREST ST<br>DOVER, NH 03820-3222 | 97586   0071450-00   S#0012075<br>STEVEN CRAIG SMITH CUST<br>ARIEL ELISE DRISKILL<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 |
| 97586   0071451-00   S#0012081<br>STEVEN CRAIG SMITH CUST<br>CORY ROSS HOGUE<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 | 97586   0071452-00   S#0012082<br>STEVEN CRAIG SMITH CUST<br>ELIZABETH MARIE DRISKILL<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 | 97586   0071453-00   S#0012080<br>STEVEN CRAIG SMITH CUST<br>IAN CHRISTOPHER DRISKILL<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 |
| 97586   0071454-00   S#0012078<br>STEVEN CRAIG SMITH CUST<br>TAYLER DAWN KISNER<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 | 97586   0071455-00   S#0012077<br>STEVEN CRAIG SMITH CUST<br>VAUGHN AARON DRISKILL<br>513 SUN ROSE AVE<br>BAKERSFIELD, CA 93308 | 97586   0071456-00   S#0008443<br>STEVEN D KLEMAN CUST<br>ARON ALBRECHT<br>W65N769 WASHINGTON AVE<br>CEDARBURG, WI 53012 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071457-00  S#0008442
STEVEN D KLEMAN CUST
ERIC ALBRECHT
W65N769 WASHINGTON AVE
CEDARBURG, WI 53012

97586   0071458-00  S#0008918
STEVEN D KRIZKA
123 SPRING ST
CARY, IL 60013

97586   0071459-00  S#0011051
STEVEN D MONTGOMERY &
BOB HOLDEN JT TEN
1707 MICHELTORENA ST 414
LOS ANGELES, CA 90026

97586   0071460-00  S#0009837
STEVEN D ROWLEE
1009 OFFUTT BLVD
BELLEVUE, NE 68005

97586   0071461-00  S#0010410
STEVEN D SANDSTRUM CUST
ANDREW R SANDSTRUM
5303 WALNUT HILLS DR
KINGWOOD, TX 77345-2433

97586   0071462-00  S#0005644
STEVEN D SQUIER
111 N MARIETTA PKWY
APT A110
MARIETTA, GA 30060

97586   0071463-00  S#0003200
STEVEN DAVIS CUST
HOWARD DAVIS
3067 IRA RD
BELLMORE, NY 11710-5231

97586   0071464-00  S#0003043
STEVEN DICKHEISER CUST
ROBERT PAUL DIRMEIR
7 MAPLE ST
GLENWOOD LANDING, NY 11547

97586   0071465-00  S#0006245
STEVEN DORSEY GARDNER CUST
HANNAH KATHLEEN GARDNER
9705 SW 213 TER
MIAMI, FL 33189

97586   0071466-00  S#0006246
STEVEN DORSEY GARDNER CUST
ZACHARY STEVEN GARDNER
9705 SW 213 TER
MIAMI, FL 33189

97586   0071467-00  S#0006594
STEVEN E KUNTZLER
5316 SALTAMONTE DR
NEW PORT RICHEY, FL 34655

97586   0071468-00  S#0008948
STEVEN E WHITMORE
17 SCHOOL ST
GRAYSLAKE, IL 60030-1462

97586   0071469-00  S#0008664
STEVEN E ZINNEL
12990 120TH ST N
STILLWATER, MN 55082

97586   0071470-00  S#0003167
STEVEN ERIC KARGMAN
225 BEACH 148TH ST
NEPONSIT, NY 11694

97586   0071471-00  S#0004740
STEVEN ERIK GLASS
115 SUNNYDALE WAY
REISTERSTOWN, MD 21136

97586   0071472-00  S#0009921
STEVEN ERNEST DORAND
5651 MILNE BLVD
NEW ORLEANS, LA 70124

97586   0071473-00  S#0011152
STEVEN ESPOSITO
14631 S HALLDALE
GARDENA, CA 90247

97586   0071474-00  S#0002465
STEVEN FEINSTEIN &
DEBRA  A FEINSTEIN JTTEN
19 DEVONSHIRE DRIVE
YORKTOWN HTS, NY 10598-1029

97586   0071475-00  S#0008129
STEVEN FELDMAN CUST
MICHAEL A FELDMAN
29266 VALLEY BEND CT
FARMINGTON HILLS, MI 48331

97586   0071476-00  S#0009831
STEVEN FERRON
141 SUNSET LANE
TESCOTT, KS 67484-9725

97586   0071477-00  S#0002803
STEVEN FRIEDMAN
2726 MILL AVE
BROOKLYN, NY 11234

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071478-00   S#0000357<br>STEVEN G COX CUST<br>KEVIN C COX<br>BOX 120<br>SOUTH ORLEANS, MA 02662 | 97586   0071479-00   S#0002841<br>STEVEN G MOLARO<br>7-20 152ND ST<br>FLUSHING, NY 11357 | 97586   0071480-00   S#0003629<br>STEVEN GATTUSO &<br>ANGELA GATTUSO JT TEN<br>3201 RACHELLE DR<br>N TONAWANDA, NY 14120 |
| 97586   0071481-00   S#0006255<br>STEVEN GITTLER CUST<br>JOSH GITTLER<br>5870 SW 33RD AVE<br>FT LAUDERDALE, FL 33313 | 97586   0071482-00   S#0006138<br>STEVEN GLATZER CUST<br>CASSIDY GLATZER<br>4060 NE 26TH AVE<br>LIGHTHOUSE POINT, FL 33064-8046 | 97586   0071483-00   S#0005954<br>STEVEN GREENBERG CUST<br>JONATHAN LEE GREENBERG<br>6379 MALLARD TRACE DR<br>TALLAHASSEE, FL 32312-1562 |
| 97586   0071484-00   S#0005167<br>STEVEN HAGAN<br>207 FORREST ST<br>HAMMPTON, VA 23669 | 97586   0071485-00   S#0008904<br>STEVEN HERZOG &<br>ETHEL HERZOG JT TEN<br>1621 E BURR OAK DR<br>ARLINGTON HGS, IL 60004-1735 | 97586   0071486-00   S#0008118<br>STEVEN I RATINER CUST<br>ANDREW M RATINER<br>5645 RECREATION DR<br>WEST BLOOMFIELD, MI 48324 |
| 97586   0071487-00   S#0008119<br>STEVEN I RATINER TR<br>STEVEN I RATINER DDS<br>5645 RECREATION DR<br>WEST BLOOMFIELD, MI 48324-1455 | 97586   0071488-00   S#0001365<br>STEVEN J BALZARINI<br>24 BEDLE RD<br>HAZLET, NJ 07730 | 97586   0071489-00   S#0001824<br>STEVEN J CENNAMO &<br>DDS CAMILLE J CENNAMO<br>JT TEN<br>4 WAYNE CT<br>EDISON, NJ 08820-3617 |
| 97586   0071490-00   S#0008599<br>STEVEN J DAAVETTILA &<br>RUTH ANN DAAVETTILA JT TEN<br>362 MOON VALLEY<br>GREEN BAY, WI 54302-5224 | 97586   0071491-00   S#0009391<br>STEVEN J FREEMAN<br>337 GOODINS<br>LASALLE, IL 61301-2107 | 97586   0071492-00   S#0011753<br>STEVEN J HAYS<br>30511 LARAMIE AVE<br>REDLANDS, CA 92374-7631 |
| 97586   0071493-00   S#0008404<br>STEVEN J LOTTICH<br>3701 2ND ST 2<br>CORALVILLE, IA 52241 | 97586   0071494-00   S#0011873<br>STEVEN J WEINTRAUB &<br>MARGARET A WEINTRAUB<br>32921 BROOKSEED DR<br>TRABUCO CANYON, CA 92679-4318 | 97586   0071495-00   S#0001108<br>STEVEN JAMES BRADY CUST<br>JAMES STEVEN RUSSO<br>1241 KNOLLWOOD RD<br>MOUNTAINSIDE, NJ 07092 |
| 97586   0071496-00   S#0001110<br>STEVEN JAMES BRADY CUST<br>SALVATORE RUSSO<br>1241 KNOLLWOOD RD<br>MOUNTAINSIDE, NJ 07092 | 97586   0071497-00   S#0012541<br>STEVEN JAMES LAM<br>2511 7TH AVE APT #5<br>OAKLAND, CA 94606 | 97586   0071498-00   S#0008121<br>STEVEN JOHN DROBOT<br>368 COVE VIEW DR<br>WATERFORD TOWNSHI, MI 48327 |

**Debtor:**         Mafco Litigation Trust
**Description:**    Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071499-00   S#0011256<br>STEVEN JOHN HERNANDEZ<br>2205 ALLSTON ST<br>MONTEBELLO, CA 90640 | 97586    0071500-00   S#0004687<br>STEVEN K HENDERSON CUST<br>BRANDON MICHAEL DODGE<br>708 LILY POND COURT<br>EDGEWOOD, MD 21040-2143 | 97586    0071501-00   S#0013495<br>STEVEN KADO<br>57 THORNRIDGE DRIVE<br>THORNRIDGE, ON L4J 1C5<br>CANADA |
| 97586    0071502-00   S#0000701<br>STEVEN KETAINECK CUST<br>SCOTT ANDREW KETAINECK<br>78 WILLOW ROAD<br>GUILFORD, CT 06437-1712 | 97586    0071503-00   S#0010784<br>STEVEN L CONLEY &<br>SANDRA L CONLEY<br>14828 N 18TH DR<br>PHOENIX, AZ 85023-5152 | 97586    0071504-00   S#0007490<br>STEVEN L HESSLER<br>1125 NEW LONDON RD<br>HAMILTON, OH 45013 |
| 97586    0071505-00   S#0012229<br>STEVEN L PATANE<br>190 PALOMA 2<br>PACIFICA, CA 94044 | 97586    0071506-00   S#0010967<br>STEVEN L WEBSTER CUST<br>JOSHUA M WEBSTER UTMA NV<br>1005 NEWPORT STREET<br>LAS VEGAS, NV 89110-1115 | 97586    0071507-00   S#0005664<br>STEVEN LEAF &<br>ANDREA LEAF JT TEN<br>9600 HILLSIDE DR<br>ROSWELL, GA 30076-2825 |
| 97586    0071508-00   S#0000451<br>STEVEN LECLERC CUST<br>KRISTA ANN LECLERC<br>54 ELWOOD AVE<br>MANCHESTER, NH 03103-7321 | 97586    0071509-00   S#0008485<br>STEVEN LOYD ROWLEY<br>1021 EAST MONTANA ST<br>MILWAUKEE, WI 53207 | 97586    0071510-00   S#0003495<br>STEVEN M BELLANTONI<br>51 SMITH CROSSING ROAD<br>WAPPINGERS FALLS, NY 12590 |
| 97586    0071511-00   S#0007974<br>STEVEN M COLTER &<br>DIANNE HAFT<br>380 EVERETT<br>MILAN, MI 48160 | 97586    0071512-00   S#0008071<br>STEVEN M COY<br>2376 HUNT CLUB DR<br>BLOOMFIELD HILLS, MI 48304 | 97586    0071513-00   S#0002347<br>STEVEN M DREYER CUST<br>MATTHEW I DREYER UGMA/NY<br>77 W ORCHARD RD<br>CHAPPAQUA, NY 10514 |
| 97586    0071514-00   S#0013300<br>STEVEN M DUFFY<br>18801 79TH AVE CT E<br>PUYALLUP, WA 98373 | 97586    0071515-00   S#0004887<br>STEVEN M LEWIS CUST<br>CODY LEWIS<br>800 LYNDHURST LANE<br>SALISBURY, MD 21801-8727 | 97586    0071516-00   S#0004888<br>STEVEN M LEWIS CUST<br>TYLER LEWIS<br>800 LYNDHURST LANE<br>SALISBURY, MD 21801-8727 |
| 97586    0071517-00   S#0007623<br>STEVEN M MILLER<br>16267 NOTTINGHAM DRIVE<br>WAPAKONETA, OH 45895 | 97586    0071518-00   S#0009338<br>STEVEN M RAINE<br>4163 E COUNTRYVIEW DR<br>BYRON, IL 61010-9159 | 97586    0071519-00   S#0011090<br>STEVEN M SOLOMON<br>1015 N EDINBURGH AVE APT 7<br>WEST HOLLYWOOD, CA 90046-6035 |
| 97586    0071520-00   S#0012058<br>STEVEN M WALSH<br>7105 WILFORD CT<br>BAKERSFIELD, CA 93306 | 97586    0071521-00   S#0002165<br>STEVEN MAZUREK<br>328 W 44TH ST<br>NEW YORK, NY 10036 | 97586    0071522-00   S#0000816<br>STEVEN MORRIS<br>118 GREAT BROOK RD<br>NEW MILFORD, CT 06776 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0071523-00   S#0000892
STEVEN P KANPLER CUST
BENJAMIN JOSEPH NOBILE KAMPLER
19 EASTON RD
WESTPORT, CT 06880

97586    0071524-00   S#0006514
STEVEN P LAMANIA &
SANDRA L LAMANIA JT TEN
6440 CASE AVE
BRADENTON, FL 34207-5615

97586    0071525-00   S#0001011
STEVEN PEARLMAN
19 BRENTWOOD DRIVE
VERONA, NJ 07044

97586    0071526-00   S#0004397
STEVEN R ANDERSON
201 ALVIN DR
NEWARK, DE 19702

97586    0071527-00   S#0002996
STEVEN R BENTLEY
104-10 PINEGROVE ST
JAMAICA, NY 11435-4910

97586    0071528-00   S#0000206
STEVEN R DAVEY &
O'MALLEY HAYES JT TEN
31 LEWIS LANE
DEDHAM, MA 02026-2520

97586    0071529-00   S#0010041
STEVEN R KNOX CUST
AUSTIN Z KNOX
1616 E 19TH SUITE 503
EDMOND, OK 73013-6676

97586    0071530-00   S#0012299
STEVEN RICHARD SWANSON
218 HAROLD AVE
SAN FRANCISCO, CA 94112

97586    0071531-00   S#0007501
STEVEN SCHWARTZ
8839-7 EAGLEVIEW DR
WEST CHESTER, OH 45069

97586    0071532-00   S#0000570
STEVEN SIEDMAN
56 PARTRIDGE LANE
S WINDSOR, CT 06024

97586    0071533-00   S#0003018
STEVEN SPECTOR CUST
RACHEL SPECTOR UGMA NY
118 LAWSON AVE
E ROCKAWAY, NY 11518

97586    0071534-00   S#0001418
STEVEN STANGER
12 NEWLAND PL
MATAWAN, NJ 07747

97586    0071535-00   S#0004654
STEVEN STEIN
607 CANNON RD
SILVER SPRING, MD 20904-3321

97586    0071536-00   S#0007523
STEVEN STUHLBARG
3051 FELTZ
CINCINNATI, OH 45211

97586    0071538-00   S#0011465
STEVEN T SEAGLE
460 E PALM APT A
BURBANK, CA 91501-2800

97586    0071539-00   S#0003690
STEVEN T SWINTER
122 GREEN MOOR WAY APT 4
HENRIETTA, NY 14467-8836

97586    0071540-00   S#0006111
STEVEN TSUNEO OKI
2076 SUNSHINE BLVD
MIRAMAR, FL 33023-3720

97586    0071541-00   S#0004741
STEVEN TUREK
3216 BLACK ROAD RD
REISTERSTOWN, MD 21136

97586    0071542-00   S#0012062
STEVEN W VINSON &
RENEE L VINSON
JT TEN
6408 CLIFFWOOD WAY
BAKERSFIELD, CA 93306-7617

97586    0071543-00   S#0002281
STEVEN WITHERS C/F
NICHOLAS ANTHONY WITHERS UGMA
17 AVON LANE
STATEN ISLAND, NY 10314

97586    0071544-00   S#0002498
STEWART FEUERSTEIN CUST
ZACHARY SAM FEURSTEIN
221 NORMAN RD
NEW ROCHELLE, NY 10804

97586    0071545-00   S#0000485
STEWART R MCKINSEY
BOX A
CONWAY, NH 03818

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071546-00    S#0004652
STEWART SHERMAN CUST
TERRY L SHERMAN U/MD/UTMA
1310 MULLIN ST
SILVER SPRING, MD 20904

97586    0001314-00    S#0002339
STEWART, ROY
8 WOODLAND COURT SO
BEDFORD, NY 10506

97586    0001460-00    S#0007297
STEWART, TERRY
C/O ROCK AND ROLL HALL OF FAME
1 LEY PLAZA
CLEVELAND, OH 44114

97586    0000392-00    S#0008523
STLUKA, DAVID
1312 ELM ST
BELOIT, WI 53511

97586    0001475-00    S#0001969
STOCK MARKET INC, THE
360 PARK AVENUE SOUTH
NEW YORK, NY 10010

97586    0071547-00    S#0006350
STORMIE GAYLE YOUNG CUST
PAUL MITCHELL YOUNG
9194 S HAMPTON PL
BOCA RATON, FL 33434

97586    0071548-00    S#0010503
STRATIS J MALOUKIS
542 SHIN AVE
SAN ANTONIO, TX 78233

97586    0071549-00    S#0000258
STU POLLEYS
90 CLEVELAND AVE
EVERETT, MA 02149

97586    0071550-00    S#0008899
STUART E LINDERMAN CUST
DAVID TODD LINDERMAN
1503 E FLEMING DR
ARLINGTON HTS, IL 60004

97586    0071551-00    S#0008902
STUART E LINDERMAN CUST
ZACHARY I LINDERMAN
1503 E FLEMING DR
ARLINGTON HTS, IL 60004

97586    0071552-00    S#0006132
STUART EINHORN CUST
MATTHEW PHILIP EINHORN
7618 NW 18 COURT
MARGATE, FL 33063

97586    0071553-00    S#0008105
STUART EPSTEIN CUST
JASON EPSTEIN
5696 SILVER POND
WEST BLOOMFIELD, MI 48322

97586    0071554-00    S#0002806
STUART HERSHKOWITZ &
MARIE CINCOTTA HERSHKOWITZ
JT TEN
2019 SCHENECTADY AVENUE
BROOKLYN, NY 11234

97586    0071555-00    S#0006705
STUART J ROLFSEN CUST
ANDREW C ROLFSEN
306 BOWLING GREEN
MONTGOMERY, AL 36109

97586    0071556-00    S#0002751
STUART J SCHWARTZ
1850 OCEAN PKWY APT B2
BROOKLYN, NY 11223-3021

97586    0071557-00    S#0001029
STUART M BERSON C/F
SCOTT BERSON UTMA/NJ
6 HEPWORTH PLACE
WEST ORANGE, NJ 07052

97586    0071558-00    S#0001028
STUART M BERSON C/F
STACEY BERSON
6 HEPWORTH PLACE
WEST ORANGE, NJ 07052

97586    0071559-00    S#0011865
STUART M HARNESS CAPTAIN
105 AVENIDA LUCIA
SAN CLEMENTE, CA 92672-3414

97586    0071560-00    S#0001301
STUART MILSTONE
58 GRAND AVE
RIDGEFIELD PARK, NJ 07660-1244

97586    0071561-00    S#0004639
STUART P ZIMMERMAN
3333 UNIVERSITY BLVD W
APT 912
KENSINGTON, MD 20895-1835

97586    0071562-00    S#0012368
STUART R EPSTEIN
1143 STANFORD AVE
PALO ALTO, CA 94306-1355

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071563-00   S#0004643
STUART SIMMS CUST
ZACH SIMMS
10605 GLENWILD RD
SILVER SPRINGS, MD 20901-1602

97586   0071564-00   S#0004556
STUART WEISBERG &
ELIZABETH JANE WEISBERG JTTEN
5817 DURBIN ROAD
BETHESDA, MD 20817

97586   0071565-00   S#0003108
STUART ZELLNER CUST
LORI B ZELLNER
3373 FOURTH ST
OCEANSIDE, NY 11572

97586   0000733-00   S#0002132
STUART, JERMEY
26 W 96TH ST 3R
NEW YORK, NY 10025

97586   0001287-00   S#0000232
STULL, ROBERT
431 MARLBOROUGH ST
BOSTON, MA 02115

97586   0071566-00   S#0009667
SUE C ANDERSON
1020 DOGWOOD DR
RAYMORE, MO 64083

97586   0071567-00   S#0008337
SUE E WIERENGA CUST
MATTHEW D WIERENGA
611 PRESTWICK SE
GRAND RAPIDS, MI 49546

97586   0071568-00   S#0012238
SUE ELLEN BROCK CUST
NICHOLAS M BROCK
907 REDWOOD AVE
REDWOOD CITY, CA 94061-2254

97586   0071569-00   S#0012933
SUE M BETHURUM &
GEORGE D BETHURUM
JT TEN
BOX 157
CALPINE, CA 96124-0157

97586   0071570-00   S#0000994
SUE PING WOO &
RICHARD WOO
11 MOUNTHAVEN DR
LIVINGSTON, NJ 07039

97586   0071571-00   S#0008479
SUE SHARKEY CUST
JASON MATTER
305 CAMBRIDGE AVE
WAUKESHA, WI 53188

97586   0071572-00   S#0005835
SUE T GASKINS CUST
JOHNATHON GASKINS
RTE 1 BOX 252
ALAPAHA, GA 31622

97586   0071573-00   S#0008317
SUEJEAN KIENKE CUST
JOSHUA JEROLD DURGA
139 MAPLE ST
FRUITPORT, MI 49415

97586   0071574-00   S#0013651
SUJONO KUSNI
44 HILLCREST ROAD
SINGAPORE 288918
SINGAPORE

97586   0001430-00   S#0005447
SULLIVAN GRAPHICS INC
PO BOX 65641
CHARLOTTE, NC 28265-0641

97586   0001289-00   S#0001071
SULLIVAN, ROBERT W
44 BROWNING RD
SHORT HILLS, NJ 07078

97586   0071575-00   S#0013591
SUNDEEP MANN
3424 CLEARBROOK ROAD
ABBOTSFORD, BC V2T 5C1
CANADA

97586   0071576-00   S#0013590
SUNDEEP S MANN
3424 CLEARBROOK ROAD
ABBOTSFORD, BC V2T 5C1
CANADA

97586   0071577-00   S#0012844
SUNNY D DOBASHI CUST
LAUREN M DOBASHI
11368 NEW ENGLAND PL
GOLD RIVER, CA 95670 -7502

97586   0001434-00   S#0005926
SUPERSTOCK INC
7660 CENTURION PKWY
JACKSONVILLE, FL 32256

97586   0071578-00   S#0009170
SUSAN A BOROWICZ CUST
MATTHEW A BOROWICZ
14832 S 88TH AVE
ORLAND PARK, IL 60462-3449

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071579-00    S#0005129<br>SUSAN A DAVIS CUST<br>DAVID C PODGORSKI<br>5101 PROVIDENCE RD<br>VA BCH, VA 23464 | 97586    0071580-00    S#0012230<br>SUSAN A DIGRE CUST<br>SEAN ERICK DIGRE<br>780 EDGEMAR DR<br>PACIFICA, CA 94044 | 97586    0071581-00    S#0004868<br>SUSAN A GANLEY<br>8307 GLEN HEATHER DR<br>FREDERICK, MD 21702-5805 |
| 97586    0071582-00    S#0000141<br>SUSAN A PAGE CUST<br>NICHOLAS H PAGE<br>58 SANDY POND RD<br>LINCOLN, MA 01773 | 97586    0071583-00    S#0010706<br>SUSAN ABIGAIL JONES<br>540 D LINCOLN<br>LARAMIE, WY 82070 | 97586    0071584-00    S#0008193<br>SUSAN ALLEN CUST<br>JENNIFER CLARA ALLEN<br>11533 TORREY RD<br>FENTON, MI 48430 |
| 97586    0071585-00    S#0008194<br>SUSAN ALLEN CUST<br>NICOLE RUTH ALLEN<br>11533 TORREY RD<br>FENTON, MI 48430 | 97586    0071586-00    S#0006304<br>SUSAN AMCHIR CUST<br>RICHARD MATTHEW AMCHIR<br>4813 NW 93RD TER<br>SUNRISE, FL 33351-5235 | 97586    0071587-00    S#0000554<br>SUSAN B FREYBERG<br>153 N MAIN ST<br>FAIR HAVEN, VT 05743 |
| 97586    0071588-00    S#0000555<br>SUSAN B FREYBERG CUST<br>EVERETT E FREYBERG<br>153 N MAIN ST<br>FAIR HAVEN, VT 05743 | 97586    0071589-00    S#0011278<br>SUSAN B PAGETT CUST<br>KYLE PAGETT<br>120 YALE LA<br>SEAL BEACH, CA 90740 | 97586    0071590-00    S#0010838<br>SUSAN B SULLIVAN CUST<br>DREW B SULLIVAN<br>6236 E CALLE CAMELIA<br>SCOTTSDALE, AZ 85251-5438 |
| 97586    0071591-00    S#0005699<br>SUSAN BAILEY CUST<br>CHRISTOPHER WAYNE BAILEY<br>2574 FALCON CREEK CT<br>SUWANEE, GA 30174-2963 | 97586    0071592-00    S#0005015<br>SUSAN BAKER &<br>CHRISTOPHER BAKER<br>JT TEN<br>6117 BRISTOL WAY<br>ALEXANDRIA, VA 22310 | 97586    0071593-00    S#0011960<br>SUSAN BAXTER<br>1214 SUNSET PL<br>OJAI, CA 93023 |
| 97586    0071594-00    S#0001159<br>SUSAN BINDER CUST<br>SETH BINDER<br>574 CURRAN PL<br>FRANKLIN LAKES, NJ 07417 | 97586    0071595-00    S#0009057<br>SUSAN BLOCK<br>59 MEADOWVIEW DR<br>WINNETKA, IL 60093 | 97586    0071596-00    S#0013414<br>SUSAN BRADHAM GUARDIAN FOR<br>MICAH BRADNAM<br>982 FONTAINE PLACE<br>LONDON, ON<br>CANADA |
| 97586    0071597-00    S#0007818<br>SUSAN BRUMAN CUST<br>FOR KIMBERLY BRUMAN<br>9656 JEDDO RD<br>GREENWOOD, MI 48006 | 97586    0071598-00    S#0009534<br>SUSAN BURACK CUST<br>BENJAMIN MICHAEL BURACK<br>14315 WAINRIDGE DR<br>CHESTERFIELD, MO 63017 | 97586    0071599-00    S#0005218<br>SUSAN C MACQUEEN CUST<br>C DAVID MACQUEEN<br>55 ABNEY CIRCLE<br>CHARLESTON WV 25314<br>CHARLESTON, WV 25314 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071600-00   S#0011934
SUSAN CABRERA CUST ALFRED
JOSEPH CABRERA UTMA CA/21
1302 WALLING AVENUE
BREA, CA 92821-2436

97586   0071601-00   S#0011933
SUSAN CABRERA CUST
ROBERT CABRERA UTMA CA/21
1302 WALLING AVENUE
BREA, CA 92821-2436

97586   0071602-00   S#0003243
SUSAN CARSON CUST
DANIEL CARSON
32 EAGLE LANE
SOUTH FARMINGDALE, NY 11735

97586   0071603-00   S#0003244
SUSAN CARSON CUST
MICHELLE CARSON
32 EAGLE LANE
SOUTH FARMINGDALE, NY 11735

97586   0071604-00   S#0005455
SUSAN CARTER CUST
EDWARD DAVIS CARTER
C/O CONNIE KOVRY
15840 STRICKLAND CT
CHARLOTTE, NC 28277-1477

97586   0071605-00   S#0008475
SUSAN CLEMENS CUST
RYAN M CLEMENS
4940 ELM ISLAND CIRCLE
WATERFORD, WI 53185-3363

97586   0071606-00   S#0001351
SUSAN COHEN CUST
ERIK COHEN
73 BONNIE DR
MANALAPAN, NJ 07726

97586   0071607-00   S#0001250
SUSAN CONNELLY CUST
BRIAN CONNELLY
39 MOUNTAIN VIEW RD
DEMAREST, NJ 07627

97586   0071608-00   S#0009867
SUSAN COYAN &
MICHAEL COYAN
12106 WIRT ST
OMAHA, NE 68164-2588

97586   0071609-00   S#0009778
SUSAN CRAWFORD CUST
EMILEE L CRAWFORD
8817 W 131ST PL
OVERLAND PARK, KS 66213

97586   0071610-00   S#0000726
SUSAN CROSS CUST
RYAN ANDREW CROSS
956 CORNCOB LANE
ORANGE, CT 06477

97586   0071611-00   S#0000417
SUSAN CUTLER CUST
C/O TEMKIN & STONE
2500 HOSPITAL TRUST TOWER
15 WESTMINSTER ST
PROVIDENCE, RI 02903

97586   0071612-00   S#0006934
SUSAN DARBY CUST
MICHAEL SANDERS
107A BRIARMEADE
CLINTON, MS 39056

97586   0071613-00   S#0013558
SUSAN DEMMERY
32 KING STREET
BRANCHTON, ON N0B 1L0
CANADA

97586   0071614-00   S#0000587
SUSAN DORNE
191 OAKLAND ST APT H
MANCHESTER, CT 06040-8244

97586   0071615-00   S#0009173
SUSAN E MERRY CUST
TYRUS MERRY UTMA
300 JACKSON
PARK FOREST, IL 60466

97586   0071616-00   S#0002881
SUSAN EHRENREICH
149-05 79TH AVE
FLUSHING, NY 11367

97586   0071617-00   S#0003118
SUSAN ELLIS CUST
ROBERT LOUIS ELLIS
18 TEAKWOOD LANE
ROSLYN, NY 11576

97586   0071618-00   S#0004787
SUSAN EVANS CREAMER
7103 BELLONA AVE
TOWSON, MD 21212

97586   0071619-00   S#0006073
SUSAN G RALL CUST
SARAH K HAWK
2635 ELMHURST ST
MERRITT ISLAND, FL 32953

97586   0071620-00   S#0000132
SUSAN GENTILI CUST
JOSEPH GENTILI
8 GATES AVE
MARLBORO, MA 01752

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071621-00  S#0009242<br>SUSAN GOMBERG CUST<br>WILLIAM GOMBERG U/IL/UTMA<br>134 N LASALLE<br>SUITE 1508<br>CHICAGO, IL 60602 | 97586   0071622-00  S#0000714<br>SUSAN HAMES<br>CUST CHAD HAMES<br>21 BRIARWOOD LANE<br>MILFORD, CT 06460 | 97586   0071623-00  S#0004587<br>SUSAN HAUSFELD CUST<br>MARISSA HAUSFELD<br>1 LE HAVRE COURT<br>POTOMAC, MD 20854 |
| 97586   0071624-00  S#0003633<br>SUSAN I CARR CUST<br>SHANNON VINCENT CARR<br>15 16TH AVE<br>NORTH TONAWANDA, NY 14120 | 97586   0071625-00  S#0000589<br>SUSAN J PEPLAU &<br>MILTON J PEPLAU<br>39 CORNWALL RD<br>NEW BRITAIN, CT 06052-1911 | 97586   0071626-00  S#0008775<br>SUSAN J WISNIEWSKI CUST<br>JONATHAN P WIRKKALA<br>6452 VAN BUREN ST<br>FRIDLEY, MN 55432 |
| 97586   0071627-00  S#0009536<br>SUSAN JAFFE CUST<br>LELAND JAFFE<br>14049 BOXFORD CT<br>CHESTERFIELD, MO 63017 | 97586   0071628-00  S#0005494<br>SUSAN KAYE THOMAS CUST<br>COLIN K THOMAS UTMA NC<br>PO BOX 258<br>LAKE LURE, NC 28746-0258 | 97586   0071629-00  S#0007055<br>SUSAN L BOGARDUS C/F<br>BENJAMIN C BOGARDUS UGMA KY<br>413 E MAXWELL ST APT 1<br>LEXINGTON, KY 40508-2703 |
| 97586   0071631-00  S#0003805<br>SUSAN L GRAHAM CUST<br>KRISTIN E SERAFINI<br>4713 ROBERT DR<br>BETHEL PARK, PA 15102 | 97586   0071630-00  S#0003855<br>SUSAN L GRAHAM CUST<br>LAURA ASHLEY GRAHAM<br>4628 GARDENVILLE RD<br>PITTSBURGH, PA 15236 | 97586   0071632-00  S#0006163<br>SUSAN L MAIT &<br>STEVEN H MAIT<br>JT TEN<br>1890 MERION LANE<br>CORAL SPRINGS, FL 33071 |
| 97586   0071633-00  S#0002786<br>SUSAN L MOY<br>277 CARROLL STREET<br>BROOKLYN, NY 11231 | 97586   0071634-00  S#0007404<br>SUSAN LAMANCUSA CUST<br>DANA L LAMANCUSA<br>99 N VILLAGE VIEW RD<br>TALLMADGE, OH 44278 | 97586   0071635-00  S#0007403<br>SUSAN LAMANCUSA CUST<br>DON M LAMANCUSA<br>99 N VILLAGE VIEW RD<br>TALLMADGE, OH 44278 |
| 97586   0071636-00  S#0008467<br>SUSAN LANGE CUST<br>JONATHAN C LANGE<br>W1765 8095 JOEL DR<br>MUSKEGO, WI 53150 | 97586   0071637-00  S#0008466<br>SUSAN LANGE CUST<br>TRICIA LANGE<br>W17658095 JOEL DR<br>MUSKEGO, WI 53150 | 97586   0071638-00  S#0002633<br>SUSAN LOUIE CUST<br>JAMES JEFFEREY LOUIE<br>18 MARINO AVE<br>PORT WASHINGTON, NY 11050 |
| 97586   0071639-00  S#0007412<br>SUSAN M HATHAWAY CUST<br>RYAN G HATHAWAY OH/UTMA<br>192 GABLE AVE<br>AKRON, OH 44319 | 97586   0071640-00  S#0008617<br>SUSAN M JACOBY &<br>PHILIP E JACOBY<br>670 INDIAN HILLS DR<br>EAU CLAIRE, WI 54703 | 97586   0071641-00  S#0000313<br>SUSAN M PHILLIPS CUST<br>JEFFREY B PHILLIPS JR<br>173 UNION ST<br>SO WEYMOUTH, MA 02190-2855 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071642-00   S#0007841<br>SUSAN M SCHULTE CUST<br>SARAH M SCHULTE<br>22470 GLENWOOD ST<br>CLINTON TOWNSHIP, MI 48035-2830 | 97586    0071643-00   S#0007839<br>SUSAN M SCHULTE CUST<br>STEPHEN C SCHULTE JR<br>22470 GLENWOOD ST<br>CLINTON TOWNSHIP, MI 48035-2830 | 97586    0071644-00   S#0009160<br>SUSAN MARIE BENDA &<br>CHARLOTTE FORNOWSKI<br>JT TEN<br>11359 HUMMINGBIRD LANE<br>MOKENA, IL 60448-9248 |
| 97586    0071645-00   S#0007840<br>SUSAN MARIE SCHULTE<br>22470 GLENWOOD ST<br>CLINTON TOWNSHIP, MI 48035-2830 | 97586    0071646-00   S#0001477<br>SUSAN MIHOK CUST<br>ROBERT E MIHOK JR<br>11 MASON ST<br>LK HOPATCONG, NJ 07849 | 97586    0071647-00   S#0011890<br>SUSAN MORA WOOD CUST<br>FREDERICK V WOOD III<br>1001 W STEVENS 310<br>SANTA ANA, CA 92704 |
| 97586    0071648-00   S#0005306<br>SUSAN MULLALLY CLARK<br>328 E GREENWAY N<br>GREENSBORO, NC 27403 | 97586    0071649-00   S#0001850<br>SUSAN NEWMAN<br>11 IRONGATE<br>METUCHEN, NJ 08840-2119 | 97586    0071650-00   S#0005997<br>SUSAN P LOFVERS &<br>DAVID A LOFVERS JT TEN<br>631 RIVERVIEW AVE<br>ALTAMONTE SPRINGS, FL 32714 |
| 97586    0071651-00   S#0004644<br>SUSAN PESKOWITZ CUST<br>BENJAMIN PESKOWITZ<br>10219 RIDGEMOOR DR<br>SILVER SPRING, MD 20901-2416 | 97586    0071652-00   S#0002997<br>SUSAN POWELL CUST<br>THOMAS POWELL<br>35 GLOW LANE<br>HICKSVILLE, NY 11501 | 97586    0071653-00   S#0005952<br>SUSAN R FOLKS CUST<br>JOHN THOMAS FOLKS<br>2000 MORNING DOVE RD<br>TALLAHASSEE, FL 32312 |
| 97586    0071654-00   S#0010681<br>SUSAN RIVARD DC<br>1717 N FRANKLIN ST<br>COLORADO SPRINGS, CO 80907 | 97586    0071655-00   S#0003226<br>SUSAN SANSONE CUST<br>JOHN JOSEPH SANSONE UGMA NY<br>13 TALCOT DRIVE<br>E NORTHPORT, NY 11731 | 97586    0071656-00   S#0001974<br>SUSAN SCULLIN CUST<br>MATTHEW SCULLIN-<br>440 E 23RD ST - APT 8B<br>NEW YORK, NY 10010-5010 |
| 97586    0071657-00   S#0006363<br>SUSAN SHAW<br>714 A NW 27TH AVE<br>DELRAY BEACH, FL 33445-2030 | 97586    0071658-00   S#0006456<br>SUSAN T MARTIN CUST<br>STEVEN R MARTIN<br>1312 51ST AVE NE<br>ST PETERSBURG, FL 33703-3209 | 97586    0071659-00   S#0007932<br>SUSAN T PIKE C/F<br>ANDREW H PIKE<br>1920 BROCK<br>ANN ARBOR, MI 48104 |
| 97586    0071660-00   S#0007931<br>SUSAN T PIKE C/F<br>MATTHEW G PIKE<br>1920 BROCK<br>ANN ARBOR, MI 48104 | 97586    0071661-00   S#0000715<br>SUSAN W HAMES &<br>ROY HAMES JT TEN<br>21 BRIARWOOD LA<br>MILFORD, CT 06460 | 97586    0071662-00   S#0001103<br>SUSAN WARREN CUST<br>MICHAEL WARREN<br>2100 GAMBLE RD<br>WESTFIELD, NJ 07090 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0071663-00   S#0007150
SUSAN WILGUS CUST
JUSTIN P WILGUS
8300 ROBERTS ROAD
HILLARD, OH 43206

97586   0071664-00   S#0007151
SUSAN WILGUS CUST
KYLE C WILGUS
8300 ROBERTS ROAD
HILLARD, OH 43206

97586   0071665-00   S#0005341
SUSANNA LEE FREEMAN
109 SEVEN DALES DRIVE
GOLDSBORO, NC 27534

97586   0071666-00   S#0000048
SUSANNAH BROWN &
DOUGLAS SCHNARE JT TEN
HC 63 BOX 136 A
WORTHINGTON, MA 01098

97586   0071667-00   S#0000047
SUSANNAH BROWN CUST
BENJAMIN SCHNARE
HC 63 BOX 136 A
WORTHINGTON, MA 01098

97586   0071668-00   S#0006615
SUSANNE BECK
566 BAYWOOD DR S
DUNEDIN, FL 34698

97586   0071669-00   S#0002555
SUSANNE FLEISCHMANN CUST
MATTHEW FLEISCHMAN
30 MOHAWK LN
POMONA, NY 10970

97586   0071670-00   S#0007489
SUSIE FLINCHUM
7641 VINNEDGE RD
INDIAN SPRINGS, OH 45011

97586   0000801-00   S#0013669
SUTHERLAND, KEV F
BOX 48
CLEVEDON
BRISTOL BS21 7LQ
UNITED KINGDOM

97586   0071671-00   S#0011912
SUTTON ZOLNER
3516 PECAN ST
IRVINE, CA 92714

97586   0071672-00   S#0003030
SUZAN G SPEER CUST
PETER N SPEER
79 MAGNOLIA AVE
GARDEN CITY, NY 11530

97586   0071673-00   S#0004557
SUZANNE ADELMAN CUST
ALEXANDER BERENGAUT
5516 JOHNSON AVE
BETHESDA, MD 20817

97586   0071674-00   S#0003492
SUZANNE BOYDSTUN CUST
FBO JOSHUA L BOYDSTUN
C/O ELIZABETH A RAPPAPORT
51 MARTIN DR
WAPPINGER FALLS, NY 12590

97586   0071675-00   S#0006471
SUZANNE C PRESTON CUST
ANDREW J PRESTON
2371 TERENCE CT
CLEARWATER, FL 33759-1215

97586   0071676-00   S#0003569
SUZANNE COWIN CUST
JONATHAN COWIN
1836 VALLEY DR
SYRACUSE, NY 13207

97586   0071677-00   S#0005820
SUZANNE E SUCHER
107 PLANTATATION WAY
GUYTON, GA 31312

97586   0071678-00   S#0009676
SUZANNE ELAINE PIERCE &
ERNEST F PIERCE
JT TEN
9618 MCGEE
KANSAS CITY, MO 64114

97586   0071679-00   S#0003336
SUZANNE F MCENROE CUST
TRISTAN F SCHEFER
103 JEFFERSON AVE
ST JAMES, NY 11780-2912

97586   0001439-00   S#0002358
SUZANNE GAFFNEY-BEASON
22 MAIN ST
DOBBS FERRY, NY 10522

97586   0071680-00   S#0009709
SUZANNE H HENTGES CUST
COLBY H HENTGES
912 MINNESOTA
JEFFERSON CTY, MO 65101

97586   0071681-00   S#0000430
SUZANNE J FOLCARELLI CUST
ERNEST WALTER FOLCARELLI UGMA
33 FORESTWOOD DRIVE
SMITHFIELD, RI 02917

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586   0071682-00  S#0012452          97586   0071683-00  S#0003337          97586   0071684-00  S#0001203
SUZANNE LAVINE                          SUZANNE MCENROE COSTODIAN FBO           SUZANNE PUDUP CUST
2764 SYDNEY WAY                         CUST                                    MICHAEL D PUDUP
CASTRO VALLEY, CA 94546                 JONATHAN J SCHAFER                      23 TUXEDO DR
                                        103 JEFFERSON AVE                       WAYNE, NJ 07470
                                        ST JAMES, NY 11780-2912


97586   0071685-00  S#0003003          97586   0071686-00  S#0002001          97586   0071687-00  S#0002337
SUZANNE SIEGEL CUST                     SUZANNE SIMON MCANDREWS CUST            SUZANNE SPACAVENTO
LUCAS A SIEGEL                          SIMON P MCANDREWS UGNMANY               CUST
2150 ATLANTIC BLVD                      92 HORTATIO ST APT 1M                   NICHOLAS SPACAVENTO
ATLANTIC BEACH, NY 11509-1003           NEW YORK, NY 10014-1588                 25 E WHIPPOORWILL RD
                                                                                ARMONK, NY 10504


97586   0071688-00  S#0002893          97586   0071689-00  S#0012167          97586   0071690-00  S#0006797
SUZANNE STUDDERT CUST                   SUZANNE THORSON                         SUZANNE W SMITH CUST
BRIDGET MARIE STUDDERT                  948 W FAIRMONT                          THOMAS C SMITH
73-15 31ST AVE                          FRESNO, CA 93705                        112 DOGWOOD LANE
JACKSON HEIGHTS, NY 11372                                                       WINCHESTER, TN 37398


97586   0071691-00  S#0001148          97586   0071692-00  S#0008131          97586   0071537-00  S#0007433
SUZI BELOSTOCK CUST                     SUZI MUSKOVITZ CUST                     SVECZ, STEVEN
DYLAN BELOSTOCK                         JASON ERIC MUSKOVITZ                    2711 DUNSTAN NW
69 PITTIS AVE                           35262 SPRING HILL RD                    WARREN, OH 44485
ALLENDALE, NJ 07401                     FARMINGTON HL, MI 48331


97586   0001440-00  S#0003695          97586   0071693-00  S#0012662          97586   0071694-00  S#0012664
SWEETENERS PLUS INC                     SYBIL ANDERSON-ADAMS CUST               SYBIL ANDERSON-ADAMS CUST
ROUTE 15                                DAVID N ANDERSON                        JAMES E ANDERSON
LAKEVILLE, NY 14480                     103 MOORE CREEK RD                      103 MOORE CREEK RD
                                        SANTA CRUZ, CA 95060-2321               SANTA CRUZ, CA 95060-2321


97586   0071695-00  S#0012665          97586   0071696-00  S#0000706          97586   0071697-00  S#0013327
SYBIL ANDERSON-ADAMS CUST               SYLVESTER A MARKOWSKI &                 SYLVESTER KOBZA &
MATTHEW J ANDERSON                      RICHARD J MARKOWSKI JT TEN              KATHY KOBZA JT TEN
103 MOORE CREEK RD                      27 OAK ST                               BOX 4938
SANTA CRUZ, CA 95060-2321               MERIDEN, CT 06450-5819                  VANCOUVER, WA 98662


97586   0071698-00  S#0008824          97586   0071699-00  S#0001864          97586   0071700-00  S#0002064
SYLVIA E PETERSON CUST                  SYLVIA GENTNER CUST                     SYLVIA GREENSPAN
ANDREW A PETERSON                       PHILIP J GENTNER                        240 CENTRAL PARK S
RR 2 BOX 300                            24 PIEDMONT DR                          APT 23 FL
BACKUS, MN 56435-9718                   OLD BRIDGE, NJ 08857                    NEW YORK, NY 10019-1413
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071701-00  S#0011379
SYLVIA IRENE ROBERTS CUST
MATTHEW M ROBERTS
9120 ALDEA AVE
NORTHRIDGE, CA 91325-2513

97586   0071702-00  S#0007022
SYLVIA L COSBY CUST
MATHEW W COSBY
3615 SORRENTO AVE
LOUISVILLE, KY 40241

97586   0071703-00  S#0007337
SYLVIA L WILLIAMS
7611 SNOW RD
PARMA, OH 44129

97586   0071704-00  S#0007696
SYLVIA LIEBERMAN C/F
AMANDA LIEBERMAN UGMA IN
622 FILLMORE
DYER, IN 46311

97586   0071705-00  S#0007694
SYLVIA LIEBERMAN C/F
DONALD LIVINGSTONE III UGMA IN
622 FILLMORE
DYER, IN 46311

97586   0071706-00  S#0007697
SYLVIA LIEBERMAN C/F
FRANK LIEBERMAN UGMA IN
622 FILLMORE
DYER, IN 46311

97586   0071707-00  S#0007698
SYLVIA LIEBERMAN C/F
JILL LIEBERMAN UGMA IN
622 FILLMORE
DYER, IN 46311

97586   0071708-00  S#0007695
SYLVIA LIEBERMAN C/F
TIM LIEBERMAN UGMA IN
622 FILLMORE
DYER, IN 46311

97586   0071709-00  S#0004930
SYLVIA M LEATHERS
7618 WOOD MIST LANE
FALLS CHURCH, VA 22043

97586   0071710-00  S#0003129
SYLVIA R WENDROM CUST
ADAM B COHEN
83 PEACHTREE LANE
ROSLYN HEIGHTS, NY 11577

97586   0001443-00  S#0008735
SYMBOLOGY INC
7351 KIRKWOOD LN N #126
OSSEO, MN 55369

97586   0071711-00  S#0000395
SYMON COUSENS
7 ODONNELL RD
MIDDLETOWN, RI 02842-5941

97586   0001444-00  S#0011041
SYSTEMATIC OFFICE SUPPLY-SOS
608 MATEO STREET
LOS ANGELES, CA 90021

97586   0071712-00  S#0013640
SYTSE S ALGERA
A PAULOWNASTRAAT 18 E
THE HAGUE  2518BE
NETHERLANDS

97586   0001446-00  S#0005750
SZABO ASSOCIATES INC
3355 LENOX ROAD NE
9TH FLOOR
ATLANTA, GA 30326

97586   0070472-00  S#0000740
SZELIGOWSKI, ROBERT V
MARIE SZELIGOWSKI JT TEN
33 LEIGUS ROAD
WALLINGFORD, CT 06492

97586   0071713-00  S#0002393
T A LANSEN CUST
T R LANSEN
28 BRETTON RIDGE RD
BEDFORD CORNERS, NY 10549

97586   0071714-00  S#0006820
T BRYANT TERRY JR CUST
MATTHEW ANDERSON TERRY
600 MONTEZUMA RD
KINGSPORT, TN 37664

97586   0071715-00  S#0000210
T JAY MAHER
5 SEWALL BROOK CT
FRANKLIN, MA 02038-4306

97586   0071716-00  S#0005415
T PHILIP HUMPHRIES &
LINDA HUMPHRIES
JT TEN
403 MAJOR RUN
CRAMERTON, NC 28032-1629

97586   0001447-00  S#0004514
T-SHIRT PEOPLE
10722 HANNA ST
BELTSVILLE, MD 20705

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071717-00   S#0010338
TAD A DEERING
2634 YORKTOWN #362
HOUSTON, TX 77056-4806

97586   0001450-00   S#0006854
TALENT FORCE
5300 COTTON WOOD RD
SUITE ONE
MEMPHIS, TN 38118

97586   0071718-00   S#0000663
TAMARA BUONVINO CUST
NICHOLAS BOEST
BOX 190
31 WATER ST
MYSTIC, CT 06355-2500

97586   0071719-00   S#0002724
TAMARA CODER
583 16TH ST
BROOKLYN, NY 11215

97586   0071720-00   S#0011486
TAMARA JUSTINE GLENN
11712 MOORPARK ST STE 205
SHERMAN OAKS, CA 91604-2158

97586   0071721-00   S#0005280
TAMARA M GREENWOOD CUST
DYLAN WADE GREENWOOD
313 ROBBINS RD
WINSTON-SALEM, NC 27107

97586   0071722-00   S#0004754
TAMATHA ELISA GUSSIO
11 HERSH AVE
WESTMINSTER, MD 21157

97586   0071723-00   S#0009662
TAMI JONES &
ROBERT W JONES
110 SE GREYSTONE DR
LEE'S SUMMIT, MO 64063

97586   0071724-00   S#0009376
TAMMIE D CLEMENTZ
JEFFREY L CLEMENTZ
615 OAKWOOD PL
GENESEO, IL 61254-1915

97586   0071725-00   S#0012011
TAMMY G RHODEN
450 PALM CIRCLE
HANFORD, CA 93230

97586   0071726-00   S#0012046
TAMMY KELLY CUST
KURTIS KELLY
2612 LYNN ST
BAKERSFIELD, CA 93305

97586   0071727-00   S#0004871
TAMMY L BAKER
1318 DAVID LN
FREDERICK, MD 21703-6041

97586   0071728-00   S#0003406
TAMMY LANE KALETA CUST
MATTHE W FREDRICK KALETA
15 LAWRENCE AVE
LATHAM, NY 12110

97586   0071729-00   S#0010034
TAN CAC DAI
2513 SO 87TH
FT SMITH, AR 72903

97586   0071730-00   S#0013650
TAN TUCK TEE ZELIG
BLOCK 101 HENDERSON CRESCENT #
SINGAPORE 0315
SINGAPORE

97586   0071731-00   S#0010486
TANA RUTH PATTERSON
7722 TERRA MANOR
FAIR OAKS RANCH, TX 78006

97586   0021292-00   S#0002099
TANNENBAUM HELPERN SYRACUSE
RE:ANDREW ROSENTHAL
ATTN: ANDREW BERGER
900 THIRD AVE STE 1200
NEW YORK, NY 10022

97586   0071732-00   S#0003967
TARA L CHRISTOFES
124 EVERGREEN ST
HUMMELSTOWN, PA 17036

97586   0001451-00   S#0008741
TARGET LICENSE MARKETING
33 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

97586   0066842-00   S#0005988
TARPLEY, KERRY D &
DARELYN J TARPLEY JT TEN
3000 CLARCONA RD LOT 228
APOPKA, FL 32703-8732

97586   0000388-00   S#0000074
TATA, DAVID M
90 HICKORY RD
LEOMINSTER, MA 01453

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071733-00  S#0007118
TAYLOR ALLEN SMITH
3012 HWY 60 E
OWENSBORO, KY 42301

97586    0071734-00  S#0012403
TAYLOR HELZER CUST
SIERRA CHARITY HELZER
2910 SPRINGVALE WAY
CONCORD, CA 94518-2123

97586    0071735-00  S#0004692
TAYLOR J WATKINS CUST
KATHERINE C WATKINS
3501 RHODE VALLEY TRAIL
ELLICOTT CITY, MD 21042-3757

97586    0071736-00  S#0004691
TAYLOR J WATKINS CUST
TAYLOR J WATKINS IV
3501 RHODE VALLEY TRAIL
ELLICOTT CITY, MD 21042-3757

97586    0071737-00  S#0005367
TAYLOR MORGAN THARRINGTON
08113 GREYWINDS DR
RALEIGH, NC 27609

97586    0001454-00  S#0003169
TECHNOLOGY FLAVORS &
FRAGRANCES INC
10 EDISON STREET E
AMITYVILLE, NY 11701

97586    0021044-00  S#0003168
TECHNOLOGY FLAVORS &FRAGRANCES
ATTN: EUGENIA M BLOSSFELD
10 EDISON ST EAST
AMITYVILLE, NY 11701

97586    0071738-00  S#0007925
TED   TROWER CUST
FOR ERIC ALAN TROWER
5081 JOHN HOLMES RD
ANN ARBOR, MI 48103

97586    0071739-00  S#0007829
TED B SCHMITZERLE &
BETTY M SCHMITZERLE JT TEN
16962 LOCHERBIE
BIRMINGHAM, MI 48025

97586    0071740-00  S#0001950
TED BLECHER CUST
JOSHUA NOAH BLECHER UGMA/NY
225 BROADWAY STE 3900
NEW YORK, NY 10007-3001

97586    0071741-00  S#0001951
TED BLECHER TR
JOSHUA BLECHER TRUST
225 BROADWAY
NEW YORK, NY 10007-3001

97586    0071743-00  S#0001659
TED WINN
205 LANDING RD
WATERFORD, NJ 08089

97586    0001455-00  S#0009125
TELIMAGINE INC
PO BOX 6167
CAROL STREAM, IL 60197

97586    0071744-00  S#0007954
TEMPIE DELL STAHLIN CUST
SHANNON C STAHLIN
9453 HIDDEN LAKE CR W
DEXTER, MI 48130

97586    0062376-00  S#0004510
TEMPLE, DAVID A
2831 PORTOBELLO CT
WALDORF, MD 20603-4998

97586    0071745-00  S#0007458
TENLEY A ORENDORFF
1600 18TH ST NW
CANTON, OH 44703

97586    0071746-00  S#0012323
TERASA NG
745 5TH AVE APT 3
SAN FRANCISCO, CA 94118

97586    0071747-00  S#0005292
TEREASA WHITLEY JONES CUST
DANIEL W JONES
134 DOVE MEADOWS DR
ARCHDALE, NC 27263

97586    0071748-00  S#0008117
TERENCE HALLAMON
3185 BLOSSOM DR
WEST BLOOMFIELD, MI 48324

97586    0071749-00  S#0007538
TERENCE M MULVANEY
679 N MEADOWCREST CIRCLE
CINCINNATI, OH 45231-2728

97586    0071750-00  S#0010897
TERENCE PITTS&
JACOB PITTS JTTEN
6291 CAMINO KATRINA
TUCSON, AZ 85718

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071751-00  S#0008481
TERENCE R WATTS
PO BOX 92188
MILWAUKEE, WI 53202

97586   0071752-00  S#0006484
TERESA A KUHN
214 CRYSTAL COURT
WINTER HAVEN, FL 33880-4910

97586   0071753-00  S#0010282
TERESA A PENICK CUST
ELIZABETH A WOODFORD UTMA KY
3224 NOTTINGHAM
DENTON, TX 76201-1349

97586   0071754-00  S#0010281
TERESA A PENICK CUST
JENNIFER L PENICK UTMA KY
3224 NOTTINGHAM
DENTON, TX 76201-1349

97586   0071755-00  S#0013112
TERESA ANNE BOWEN  &
JAMES M STENGER   JT TEN
1266 RISDEN PLACE
EUGENE, OR 97404-4000

97586   0071756-00  S#0006508
TERESA G BAGIARDI CUST
NATASHA M BAGIARDI
237 E TARPON AVE
PT CHARLOTTE, FL 33952

97586   0071757-00  S#0001162
TERESA H FICCA CUST
THOMAS JOSEPH FICCA
743 LAWLINS RD
FRANKLIN LAKES, NJ 07417-2502

97586   0071758-00  S#0001377
TERESA LORENZ CUST
RAYMOND C LORENZ III
43 ARBOR DR
HOWELL, NJ 07731

97586   0071759-00  S#0004785
TERESA M DYER CUST
ROBERT H DYER JR
635 MURDOCK RD
BALTIMORE, MD 21212

97586   0071760-00  S#0004786
TERESA M DYER CUST
THOMAS P DYER
635 MURDOCK RD
BALTIMORE, MD 21212

97586   0071761-00  S#0008014
TERESA M KAROL CUST
SEAN M KAROL
6897 CARRIAGE HILLS DR
CANTON, MI 48187

97586   0071762-00  S#0003678
TERESA MCCLELLAN
1358 MAPLE AVE
NIAGARA FALLS, NY 14305-1630

97586   0071763-00  S#0012204
TERESA PROANO &
GUSTAVO PROANO
287 3RD AVE
DALY CITY, CA 94014-2969

97586   0071764-00  S#0004396
TERESA R ENGLISH CUST
NATHANIEL R HACKNEY
210 APACHE COURT
NEWARK, DE 19702

97586   0071765-00  S#0007123
TERESA SPENCE CUST
SETH SPENCE
2059 MT GELEAD CHURCH RD
SLAUGHTERS, KY 42456

97586   0071766-00  S#0006308
TERESA V BATT CUST
DEREK MATTHEW BATT
3133 COLLIN DR
WEST PALM BEACH, FL 33406

97586   0071768-00  S#0007427
TERI A GRANTZ CUST
ANDREW J GRANTZ
4075 E PINELAKE ROAD
NEW SPRINGFIELD, OH 44443-9735

97586   0071767-00  S#0007426
TERI A GRANTZ CUST
HANNAH MARIE GRANTZ
4075 E PINE LAKE RD
NEW SPRINGFIELD, OH 44443-9735

97586   0071769-00  S#0002597
TERI AVISHAI BERGER
44 STRATHMORE RD
GREAT NECK, NY 11023

97586   0071770-00  S#0006777
TERNCE WRIGHT LONG CUST
KYLE WRIGHT LONG UTMA/TN
3801 VALLEY RIDGE DRIVE
NASHVILLE, TN 37211

97586   0071771-00  S#0009777
TERRANCE A WILENSKY
12629 W 121ST ST
OVERLAND PARK, KS 66213

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0071772-00   S#0007965<br>TERRENCE J JACOB CUST<br>ADAM M JACOB<br>20018 STAMFORD<br>LIVONIA, MI 48152 | 97586    0071773-00   S#0008272<br>TERRI A NEGRI CUST<br>BRANDON M CHUHRAN<br>6616 WESTCHESTER<br>PORTAGE, MI 49002 | 97586    0071774-00   S#0008273<br>TERRI A NEGRI CUST<br>CHRISTOPHER D ERLANDSON<br>6616 WESTCHESTER<br>PORTAGE, MI 49002 |
| 97586    0071775-00   S#0008271<br>TERRI A NEGRI CUST<br>JESSES R CHUHRAN<br>6616 WESTCHESTER<br>PORTAGE, MI 49002 | 97586    0071776-00   S#0000806<br>TERRI B DODGE<br>BOX 116<br>BETHLEHEM, CT 06751 | 97586    0071777-00   S#0012637<br>TERRI H LARSON CUST<br>ERIK K LARSON<br>BOX 1074<br>CASTROVILLE, CA 95012-1074 |
| 97586    0071778-00   S#0012636<br>TERRI H LARSON CUST<br>GORDON J LARSON JR<br>BOX 1074<br>CASTROVILLE, CA 95012-1074 | 97586    0071779-00   S#0007129<br>TERRI HALL CUST<br>BLAKE A HALL<br>107 IRVIN AVE<br>ELIZABETHTOWN, KY 42701 | 97586    0071780-00   S#0007359<br>TERRI L COURY CUST<br>TIM M COURY<br>26921 GREENBROOKE DR<br>OLMSTED TWSHP, OH 44138-1107 |
| 97586    0071781-00   S#0010626<br>TERRI LEA EGGERT CUST<br>CARTER BRYCE EGGERT<br>1693 ONEIDA ST<br>DENVER, CO 80220 | 97586    0071782-00   S#0010003<br>TERRY A GREENHAW CUST<br>BRIAN D KING<br>92 PEBBLE BEACH DR<br>LITTLE ROCK, AR 72212 | 97586    0071783-00   S#0011915<br>TERRY A LEE &<br>LISA A LEE<br>JT TEN<br>13 REDHAWK<br>IRVINE, CA 92714-3259 |
| 97586    0071784-00   S#0005460<br>TERRY A SPELL CUST<br>GRAYSON BRITT SPELL<br>BOX 310<br>AUTRYVILLE, NC 28318 | 97586    0071785-00   S#0008451<br>TERRY ALAN KORTMAN<br>1710 N 27TH PL<br>SHEBOYGAN, WI 53081-2019 | 97586    0071786-00   S#0004977<br>TERRY ALLEN &<br>SUSAN ALLEN<br>JT TEN<br>5359 SUTTERFIELD DR<br>WOODBRIDGE, VA 22193 |
| 97586    0071787-00   S#0010629<br>TERRY ANN MILLER<br>1910 ROSLYN ST<br>DENVER, CO 80220-1941 | 97586    0071788-00   S#0012329<br>TERRY CHANG SHUI<br>658 21ST AVENUE<br>SAN FRANCISCO, CA 94121 | 97586    0071789-00   S#0005340<br>TERRY D COTTLE &<br>SUSAN W COTTLE<br>BOX 1136<br>GOLDSBORO, NC 27533-1136 |
| 97586    0071790-00   S#0003684<br>TERRY D POTTS<br>49 SUNSET TRL<br>FAIRPORT, NY 14450-1937 | 97586    0071791-00   S#0009989<br>TERRY DON ROBINSON<br>#6 ROBINSON ROAD<br>GREENBRIER, AR 72058 | 97586    0071792-00   S#0007471<br>TERRY E RUMKER &<br>JANINE R RUMKER JT TEN<br>1625 TOWNSHIP RD 1323<br>ASHLAND, OH 44805 |

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071793-00   S#0009526
TERRY GODWIN
116 LINDSEY LN
CARTERVILLE, IL 62918-2321

97586    0071794-00   S#0007164
TERRY HOLLERN
1660 EVINRUDE AVE
COLUMBUS, OH 43229-1410

97586    0071795-00   S#0011718
TERRY L HARRIS CUST
CHRISTOPHER ROBERT HARRIS
UND CA UNIF TRANF TO MINOR ACT
14854 PRISCILLA STREET
SAN DIEGO, CA 92129

97586    0071796-00   S#0007447
TERRY L WILSON CUST FOR
JOSH L WILSON
3699 S UNION AVE
ALLIANCE, OH 44601

97586    0071797-00   S#0005970
TERRY LEASE
1215 MALDONADO DR
PENSACOLA BEACH, FL 32561

97586    0071798-00   S#0008938
TERRY LIVINGSTON CUST
KATIE CAFARO LIVINGSTON
248 SOUTH AVE
GLENCOE, IL 60022

97586    0071799-00   S#0008939
TERRY LIVINGSTON CUST
KEVIN CAFARO LIVINGSTON
248 SOUTH AVE
GLENCOE, IL 60022

97586    0071800-00   S#0008178
TERRY M LEACH &
SALLY A LEACH JT TEN
4141 AL BERT DR
OXFORD, MI 48371-5403

97586    0071801-00   S#0008840
TERRY MARSHALL
PO BOX 454
ERMOUR, SD 57313

97586    0071802-00   S#0003942
TERRY P RUMBALL
BOX 6236
ERIE, PA 16512-6236

97586    0071803-00   S#0007139
TERRY QUINN
1845 ABBOTSFORD GREEN DR
POWELL, OH 43065-8946

97586    0071804-00   S#0009971
TERRY R BARNHILL CUST
APRIL A BARNHILL
3004 DEBORAH DR
MONROE, LA 71201

97586    0071805-00   S#0009970
TERRY R BARNHILL CUST
JEREMY D BARNHILL
3004 DEBORAH DR
MONROE, LA 71201

97586    0071806-00   S#0009969
TERRY R BARNHILL CUST
JULIA J BARNHILL
3004 DEBORAH DR
MONROE, LA 71201

97586    0071807-00   S#0010232
TERRY W DUCK
533 COLLEGE ST
SULPHUR SPRINGS, TX 75482-2811

97586    0071808-00   S#0013307
TERRY WALLY
4320 EAST G STREET
TACOMA, WA 98404

97586    0071809-00   S#0010857
TESSA ELANE JONES
1421 S GRANDVIEW
TEMPE, AZ 85281

97586    0071810-00   S#0009394
THAD MCCOY
750 ILLINOIS ROUTE 26
AMBOY, IL 61310

97586    0071811-00   S#0000552
THADDEUS LORENTZ CUST
MACIEJ LEOPOLD LORENTZ
136 BELLEVUE AVE
RUTLAND, VT 05701-2515

97586    0071812-00   S#0012520
THADEUS ELI TUCKER
561 SANTANDER RD
SAN RAMON, CA 94583

97586    0071813-00   S#0010294
THANH TU
4849 ANGELINA
WICHITA FALLS, TX 76308

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071814-00   S#0007310
THE FRIENDSHIP INVESTMENT CLUB
ATTN ERIC PRYOR
4125 STILMORE RD
S EUCLID, OH 44121

97586    0071815-00   S#0009316
THE IRENE M SLAPKE FAMILY TR.
IRENE M SLAPKE &
ROBERT J SLAPKE CO-TTEES
7008 WEST WINDSOR
NORRIDGE, IL 60656-4734

97586    0071816-00   S#0011668
THE KEYMAKER
4216 COPELAND AVE
SAN DIEGO, CA 92105

97586    0071818-00   S#0001988
THEO GIOVANOPOULOS
119 PRINCE ST
NEW YORK, NY 10012

97586    0071819-00   S#0005303
THEO WILBORN
409 S HORNER BLVD
SANFORD, NC 27330-4222

97586    0071820-00   S#0000532
THEODORE A POGACAR CUST
JOSEPH M POGCAR
RTE 113 BOX 324
THETFORD CTR, VT 05075

97586    0071821-00   S#0000129
THEODORE C PROPHET III
100 GOULDING ST
HOLLISTON, MA 01746

97586    0071822-00   S#0001716
THEODORE C WHITBY
11 PIEDMONT DR
WEST WINDSOR, NJ 08512

97586    0071823-00   S#0012130
THEODORE HRYNEWYCZ
1021 E CYPRESS AVE #33
LOMPOC, CA 93436-7060

97586    0071824-00   S#0004455
THEODORE J KOBUS JR &
NANCY L KOBUS
2508 WEXFORD DR
CHANNIN
WILMINGTON, DE 19810

97586    0071825-00   S#0005666
THEODORE JOHN SPETNAGEL CUST
THEODORE ALLEN SPETNAGEL
2111 JARROD PL
SMYRNA, GA 30080-5685

97586    0071826-00   S#0001372
THEODORE NOBILE
2 WYOMING DR
HAZLET, NJ 07730-2223

97586    0071827-00   S#0009990
THEODORE S STEPHENS &
RONALD T STEPHENS SR JTTEN
417 WISHON
NEWPORT, AR 72112

97586    0071828-00   S#0002846
THEODORE SOULOPULOS
166-29 21ST RD
WHITESTONE, NY 11357

97586    0071829-00   S#0001395
THEODORE WHEELER CUST
THEODORE J WHEELER
71 SILVERSIDE AVE
LITTLE SILVER, NJ 07739

97586    0071830-00   S#0000551
THERESA  BALLOU &
JOHN M BALLOU JR JTWROS
RR 3 BOX 5021
RUTLAND, VT 05701

97586    0071831-00   S#0011384
THERESA A FLETCHER C/F
ALEXANDER C FLETCHER UGTMA CA
11441 CAMALOA AVE
LAKE VIEW TERRACE, CA 91342

97586    0071832-00   S#0000693
THERESA D TILLINGER CUST
JOSHUA MITCHENER
510 HOLLY DALE RD
FAIRFIELD, CT 06430-2269

97586    0071833-00   S#0004927
THERESA F HEANEY &
BRION P HEANEY
9900 HAMPTON RD
FAIRFAX, VA 22039-2807

97586    0071834-00   S#0007226
THERESA J MCELROY
434 PECAN DR
BEREA, OH 44017

97586    0071835-00   S#0012300
THERESA L BARRY
326 ASHTON AVE
SAN FRANCISCO, CA 94112

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0071836-00   S#0010934<br>THERESA L SANCHEZ CUST<br>RICARDO A SANCHEZ<br>7208 DELLWOOD RD NE<br>ALBUQUERQUE, NM 87110-2207 | 97586   0071837-00   S#0010935<br>THERESA L SANCHEZ CUST<br>SARAH C SANCHEZ<br>7208 DELLWOOD RD NE<br>ALBUQUERQUE, NM 87110-2207 | 97586   0071838-00   S#0010632<br>THERESA M DECRESCENTIS<br>5555 ALCOTT ST<br>DENVER, CO 80221-1623 |
| 97586   0071839-00   S#0010289<br>THERESA M SCHLESINGER CUST<br>ASHLEY N SCHLESINGER<br>5209 N VIEW<br>WICHITA FALLS, TX 76306 | 97586   0071840-00   S#0012922<br>THERESA M TAYLOR CUST<br>BRIAN G TAYLOR<br>920 N LASSEN<br>WILLOWS, CA 95988-2010 | 97586   0071841-00   S#0007658<br>THERESA P WARNECKE CUST<br>SAMUEL TODD WARNECKE<br>6631 N EWING<br>INDIANAPOLIS, IN 46220 |
| 97586   0071842-00   S#0004050<br>THERESA SORA CUST<br>MICHAEL SORA  UGMA/PA<br>2601 SWANSON ST<br>EASTON, PA 18042 | 97586   0071843-00   S#0013261<br>THERESA TOLPINGRUD CUST<br>ERIC STEVEN TOLPINGRUD<br>11512 38TH DR SE<br>EVERETT, WA 98208 | 97586   0071844-00   S#0013260<br>THERESA TOLPINGRUD CUST<br>SCOTT THOMAS TOLPINGRUD<br>11512 38TH DR SE<br>EVERETT, WA 98208 |
| 97586   0071845-00   S#0012897<br>THERESE L FLORIAN CUST<br>ANTHONY J FLORIAN<br>16 SEA CT<br>SACRAMENTO, CA 95831-1127 | 97586   0071846-00   S#0012716<br>THERESE M TIREY &<br>STEVEN C LEHENBAUER JT TEN<br>324 CHYNOWETH DR<br>SAN JOSE, CA 95136-3008 | 97586   0071847-00   S#0011811<br>THERESE THAVIRAT CUST<br>JUSTIN THAVIRAT UTCUTMA<br>33251 BIG SUR DR<br>DANA POINT, CA 92629-1409 |
| 97586   0001479-00   S#0005546<br>THOMAS & HOWARD CO<br>PO BOX 23659<br>COLUMBIA, SC 29224 | 97586   0071848-00   S#0004181<br>THOMAS A BARKMEYER CUST<br>DOUGLAS E BARKMEYER<br>1368 ABBEY WAY<br>BENSALEM, PA 19020 | 97586   0071849-00   S#0004182<br>THOMAS A BARKMEYER CUST<br>GREGORY T BARKMEYER<br>1368 ABBEY WAY<br>BENSALEM, PA 19020 |
| 97586   0071850-00   S#0009100<br>THOMAS A CURTIS CUST<br>MARK ALLEN CURTIS<br>6N314 OLD FARM LN<br>SAINT CHARLES, IL 60175-6962 | 97586   0071851-00   S#0007512<br>THOMAS A DAUBENMIRE CUST<br>ELIZABETH C DAUBENMIRE<br>6460 WARDWOOD CT<br>LOVELAND, OH 45140 | 97586   0071852-00   S#0007510<br>THOMAS A DAUBENMIRE CUST<br>KEVIN W DAUBENMIRE<br>6460 WARDWOOD CT<br>LOVELAND, OH 45140 |
| 97586   0071853-00   S#0007511<br>THOMAS A DAUBENMIRE CUST<br>PHILIP T DAUBENMIRE<br>6460 WARDWOOD CT<br>LOVELAND, OH 45140 | 97586   0071854-00   S#0007513<br>THOMAS A DAUBENMIRE CUST<br>STUART J DAUBENMIRE<br>6460 WARDWOOD CT<br>LOVELAND, OH 45140 | 97586   0071855-00   S#0008470<br>THOMAS A FEIZA II CUST<br>THOMAS A FEIZA III<br>4620 S RAVEN LANE<br>NEW BERLIN, WI 53151 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0071856-00   S#0010376
THOMAS A HANSEN C/F
WILLIAM T HANSEN UGMA TX
4018 ROSEBANK DRIVE
HOUSTON, TX 77084

97586   0071857-00   S#0002352
THOMAS A LANSEN CUST
THOMAS R LANSEN
BOX 186
CHAPPAQUA, NY 10514-0186

97586   0071858-00   S#0002218
THOMAS A LAURIA
206 CATHERINE ST
STATEN ISLAND, NY 10302-2118

97586   0071859-00   S#0005075
THOMAS A LEWIS JR
229 ROSS STREET
RICHMOND, VA 23229

97586   0071860-00   S#0005077
THOMAS A LEWIS JR CUST
ABIGAIL VANNORT LEWIS
229 ROSS ROAD
RICHMOND, VA 23229-8422

97586   0071861-00   S#0005078
THOMAS A LEWIS JR CUST
WILLIAM CARTER LEWIS
229 ROSS ROAD
RICHMOND, VA 23229-8422

97586   0071862-00   S#0009871
THOMAS A LIEWER
2520 R ST APT 5
LINCOLN, NE 68503-3043

97586   0071863-00   S#0013031
THOMAS A PHILLIPS CUST FBO
LEE CHRISTOPHER PHILLIPS UNDER
17333 SE FOREST HILL DR
CLACKAMAS, OR 97015

97586   0071864-00   S#0007354
THOMAS A ROBERTS CUST
MEAGAN E ROBERTS
20272 GLENWOOD LANE
STRONGSVILLE, OH 44136

97586   0071865-00   S#0013488
THOMAS A ROSS
849 BORONIA CRES
NEWMARKET, ON L3Y 5J8
CANADA

97586   0071866-00   S#0007119
THOMAS A SMITH
3012 HWY 60 E
OWENSBORO, KY 42301

97586   0071867-00   S#0010621
THOMAS A TOLBERT
2676 BIRCH ST
DENVER, CO 80207-3035

97586   0071868-00   S#0001509
THOMAS A VILLANTE
BOX 431
MOUNT TABOR, NJ 07878-0431

97586   0071869-00   S#0012999
THOMAS A WELLMAN CUST
DAVID T K WELLMAN
528-S MANANAI PL
HONOLULU, HI 96818

97586   0071870-00   S#0009479
THOMAS B GEPHART II
RR 2 BOX 160
DIETERICH, IL 62424

97586   0071871-00   S#0003902
THOMAS B SOWASH
BRIDGE RD
BOX 64
HUNKER, PA 15639-0064

97586   0071872-00   S#0008962
THOMAS BARTLETT CUST
KEVIN THOMAS BARTLETT
737 N SHERIDAN RD
LAKE FOREST, IL 60045-2244

97586   0071873-00   S#0002434
THOMAS BOREK CUST
ANDREW BOREK
21 HADDEN RD
SCARSDALE, NY 10583

97586   0071874-00   S#0004568
THOMAS C BARRY &
BETH ANN BARRY
525 W MONTGOMERY AVE
ROCKVILLE, MD 20850

97586   0071875-00   S#0004471
THOMAS C MEANS
C/O CROWELL & MOORING
1001 PENNSYLVANIA AVE
WASHINGTON, DC 20004-2505

97586   0071876-00   S#0000922
THOMAS C ROMAS
13 VAN BUREN CR
STAMFORD, CT 06906

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0071877-00  S#0013036<br>THOMAS C STEWART CUST<br>CORTNY M STEWART<br>1940 TWIN POINTS DR<br>LAKE OSWEGO, OR 97034 | 97586  0071878-00  S#0013035<br>THOMAS C STEWART CUST<br>MACKENZIE E STEWART<br>1940 TWIN POINTS DR<br>LAKE OSWEGO, OR 97034 | 97586  0071879-00  S#0013038<br>THOMAS C STEWART CUST<br>THOMAS M STEWART<br>1940 TWIN POINTS DR<br>LAKE OSWEGO, OR 97034 |
| 97586  0071880-00  S#0004261<br>THOMAS CHIN<br>223 S 9TH ST<br>PHILADELPHIA, PA 19107-5506 | 97586  0071881-00  S#0003968<br>THOMAS CHRISTOFES<br>111 BRUNNER ST<br>HUMMELSTOWN, PA 17036 | 97586  0071882-00  S#0006319<br>THOMAS CIPULLO<br>108 SUFFOLK DR<br>ROYAL PALM BEACH, FL 33411-8262 |
| 97586  0071883-00  S#0008639<br>THOMAS D BARBOLA<br>134 W HURON ST A<br>BERLIN, WI 54923-1546 | 97586  0071884-00  S#0001696<br>THOMAS D BRIDGEMAN<br>33 HIGBEE AVE<br>SOMERS POINT, NJ 08244-2323 | 97586  0071885-00  S#0013294<br>THOMAS D CASE CUST<br>DEREK W CASE<br>27878 SHANNON LN NE<br>KINGSTON, WA 98346-9620 |
| 97586  0071887-00  S#0005091<br>THOMAS D WAGNER<br>9334 GILDENFIELD COURT<br>RICHMOND, VA 23294 | 97586  0071888-00  S#0010252<br>THOMAS DOLLAR<br>2503 JOLYN LANE<br>ARLINGTON, TX 76014 | 97586  0071889-00  S#0003907<br>THOMAS E FOLINO &<br>SARAH K FOLINO<br>RD 1 BOX 3 JOY GARDESN RD<br>WILCOX, PA 15870 |
| 97586  0071890-00  S#0013270<br>THOMAS E GRINSTAD CUST<br>IAN JEREMY GRINSTAD<br>1504 PETERSON RD<br>BURLINGTON, WA 98233 | 97586  0071891-00  S#0000703<br>THOMAS E KOVACIK<br>KILLINGWORTH RD BOX 353<br>HIGGANUM, CT 06441 | 97586  0071892-00  S#0003432<br>THOMAS E MULLINS &<br>CAROL D MULLINS JT TEN<br>23 SLATER DR<br>SCOTIA, NY 12302 |
| 97586  0071893-00  S#0006028<br>THOMAS E PRYOR JR &<br>MARVA H PRYOR<br>BOX 1487<br>ORLANDO, FL 32802-1487 | 97586  0071894-00  S#0007208<br>THOMAS E SMART &<br>LENORE K SMART  JT TEN<br>620  S LAKE STREET<br>SOUTH AMHERST, OH 44001 | 97586  0071895-00  S#0000302<br>THOMAS E SNYDER CUST<br>CAITLIN J SNYDER<br>10 ALLEN RD<br>WELLESLEY, MA 02181 |
| 97586  0071896-00  S#0000303<br>THOMAS E SNYDER CUST<br>JOHN C SNYDER<br>10 ALLEN RD<br>WELLESLEY, MA 02181 | 97586  0071897-00  S#0000086<br>THOMAS EMILIO FLANAGAN<br>10 GOLDENROD COURT<br>SOUTH GRAFTON, MA 01560 | 97586  0071898-00  S#0008279<br>THOMAS F DEGR<br>KELLY ASHLEY ████████<br>████████████ DR<br>KALAMAZOO, MI 49008-2820 |

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0071899-00   S#0007926
THOMAS F FRANKE TRUST
THOMAS F FRANKE TTEE
6360 JACKS RD STE F
ANN ARBOR, MI 48103

97586    0071900-00   S#0008416
THOMAS F NEUWEG
2191 280TH AVE
FT MADISON, IA 52627

97586    0071901-00   S#0008602
THOMAS F STASZAK
1026 13TH AVE
GREEN BAY, WI 54304-2526

97586    0071902-00   S#0000988
THOMAS F WEBB &
FRANK L WEBB JT TEN
220 MORISTOWN RD
LINDEN, NJ 07036

97586    0071903-00   S#0001059
THOMAS FINN &
PHYLISS FINN JTTEN
225 2ND AVE
LYNDHURST, NJ 07071

97586    0071904-00   S#0011755
THOMAS FREEBERG &
SALLY PEARCE FREEBERG
JT TEN
BOX 2420
RUNNING SPRINGS, CA 92382-2420

97586    0071905-00   S#0008001
THOMAS G CHRISTOPHERSON
CUST KARL M CHRISTOPHERSON
8020 RUSHTON RD
SOUTH LYON, MI 48178

97586    0071906-00   S#0007862
THOMAS G SMITH
THOMAS ANTHONY SMITH
9675 DIVISION RD
CASCO, MI 48064

97586    0071907-00   S#0004918
THOMAS GARMEW
4505 HEREND PLACE
FAIRFAX, VA 22032-1713

97586    0071908-00   S#0004917
THOMAS GARMEW CUST
ALEXANDER GARMEW
4505 HERNED PL
FAIRFAX, VA 22032

97586    0071909-00   S#0001379
THOMAS GIRARDO &
DENISE GIRARDO
JT TEN
9 FERN HOLLOW RD
HOWELL, NJ 07731-2265

97586    0071910-00   S#0008810
THOMAS GRAVELLE CUST
DANIEL THOMAS GRAVELLE
313 21ST ST SW
AUSTIN, MN 55912

97586    0071911-00   S#0008811
THOMAS GRAVELLE CUST
MICHAEL ROBERT GRAVELLE
313 21ST ST SW
AUSTIN, MN 55912

97586    0071912-00   S#0008813
THOMAS H BLISS
11128 CEDAR BEACH DR
ORONOCO, MN 55960-2112

97586    0071913-00   S#0013135
THOMAS H MATHIESON &
BARBARA O MATHIESON
JT TEN
4898 HWY 66
ASLAND, OR 97520

97586    0071914-00   S#0006859
THOMAS H PERHAC
6808 E RIDGE COVE
MEMPHIS, TN 38119

97586    0071915-00   S#0007675
THOMAS HEFNER CUST
HENRY MASON HEFNER
650 FOREST BLVD
INDIANAPOLIS, IN 46240-2516

97586    0071916-00   S#0007674
THOMAS HEFNER CUST
JAMES CURTIS HEFNER
650 FOREST BLVD
INDIANAPOLIS, IN 46240-2516

97586    0071917-00   S#0012131
THOMAS HOTT &
SUSAN HOTT
1128 ACACIA
VANDENBERG AFB, CA 93437-1445

97586    0071918-00   S#0001178
THOMAS J BRULATO
5 COLLETTE DRIVE
RAMSEY, NJ 07446

97586    0071919-00   S#0008575
THOMAS J FONTANA
5401 FORGE DR
MADISON, WI 53716

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071921-00   S#0008578
THOMAS J FONTANA CUST FOR
ANN M FONTANA UGMA WI
5401 FORGE DR
MADSION, WI 53716

97586    0071920-00   S#0008577
THOMAS J FONTANA CUST FOR
JOHN T FONTANA UGMA WI
5401 FORGE DR
MADISON, WI 53716

97586    0071922-00   S#0005624
THOMAS J GALUCKI
609 TUXWORTH CIRCLE
DECATUR, GA 30033

97586    0071923-00   S#0005237
THOMAS J HASTIE &
CAROL C HASTIE
JT TEN
123 S WALNUT ST
HUNTINGTON, WV 25705-3509

97586    0071924-00   S#0003833
THOMAS J HICKEY CUST
PAUL M FOXHOVEN
718 BIGELOW CORP CTR STE 718
PITTSBURGH, PA 15219

97586    0071925-00   S#0004007
THOMAS J JOHNSON
35 NAOMI AVE
LANDISVILLE, PA 17538-1311

97586    0071926-00   S#0002606
THOMAS J KRAHM
51 ROCKCREST RD
MANHASSET, NY 11030-3416

97586    0071927-00   S#0008369
THOMAS J LOWER CUST
DANIEL PATRICK LOWER
1010 S KOSSUTH
OSCEOLA, IA 50213

97586    0071928-00   S#0007646
THOMAS J LUCAS &
SANDRA DAWN LUCAS JTTEN
481 BEECHWOOD RD
PLAINFIELD, IN 46168

97586    0071929-00   S#0006203
THOMAS J MERONI
8101 SW 157TH ST
MIAMI, FL 33157

97586    0071930-00   S#0007474
THOMAS J PEARSALL
PO BOX 188
FOSTORIA, OH 44830

97586    0071931-00   S#0003746
THOMAS J PETRONIO &
LAURIE E PETRONIO JT TEN
275 JOHN JAY DR
ROCHESTER, NY 14617

97586    0071932-00   S#0004084
THOMAS J PRINCE &
PATRICIA A PRINCE JT TEN
131 MAIN ST
VANDLING, PA 18421-1212

97586    0071933-00   S#0001096
THOMAS J ROMANOWICZ &
EILEEN R ROMANOWICZ
JT TEN
2238 MORRISON AVE
UNION, NJ 07083-5249

97586    0071934-00   S#0001092
THOMAS J ROMANOWICZ SR CUST
A/C/F THOMAS J ROMANOWICZ JR
2238 MORRISON AVE
UNION, NJ 07083

97586    0071935-00   S#0002689
THOMAS J SCHIERA CUST
THOMAS MARIO SCHIERA UGMA/NY
9952 THIRD AVE
BROOKLYN, NY 11209-7936

97586    0071937-00   S#0006467
THOMAS J TAKACH
5693 34TH AVENUE NORTH
ST PETERSBURG, FL 33710-1907

97586    0071936-00   S#0006299
THOMAS J TAKACH
749 NW  98TH CIRCLE
PLANTATION, FL 33334

97586    0071938-00   S#0006463
THOMAS J TAKACH &
PAIGE V TAKACH
5693 34TH AVE N
SAINT PETERSBURG, FL 33710

97586    0071939-00   S#0009146
THOMAS J VANKO CUST FOR
CRISTINA E VANKO UTMA/IL
3245 MALLARD
HOMEWOOD, IL 60430

97586    0071940-00   S#0004033
THOMAS J WILLIAMS &
MARY J WILLIAMS
2 STATE ST
MT CARMEL, PA 17851

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586  0071941-00  S#0007532<br>THOMAS J WINSTEL &<br>CAROL D WINSTEL<br>3858 HOMEWOOD RD<br>CINCINNATI, OH 45227 | 97586  0071942-00  S#0012614<br>THOMAS J ZIZZO<br>5 PACIFIC DR<br>NOVATO, CA 94949-5479 | 97586  0071943-00  S#0005247<br>THOMAS JAMES STROPE<br>421-4TH ST<br>GLEN DALE, WV 26038 |
| 97586  0071944-00  S#0011449<br>THOMAS JELLINEK<br>14955 SATICOY ST 105<br>VAN NUYS, CA 91405-1131 | 97586  0071945-00  S#0012480<br>THOMAS JOHN HOFFMAN<br>6255C JOAQUIN MURIETTA<br>NEWARK, CA 94560 | 97586  0071946-00  S#0007705<br>THOMAS K BARBER<br>6932 GAYLORD<br>PORTAGE, IN 46368 |
| 97586  0071947-00  S#0003509<br>THOMAS KOPF<br>8 LOCUST DR<br>GREENFIELD CENT, NY 12833-1619 | 97586  0071948-00  S#0003545<br>THOMAS KRAFT<br>212 HANOVER AVE<br>LIVERPOOL, NY 13088 | 97586  0071949-00  S#0007721<br>THOMAS L ANDERS<br>11808 LINCOLN HIGHWAY<br>PLYMOUTH, IN 46563 |
| 97586  0071950-00  S#0006767<br>THOMAS L BARRY CUST<br>JAMES L BARRY<br>933A CALDWELL LANE<br>NASHVILLE, TN 37204-4038 | 97586  0071951-00  S#0008373<br>THOMAS L BOESEN CUST<br>ACF BRYAN THOMAS BOESEN<br>4510 OVID AVE<br>DES MOINES, IA 50310-3546 | 97586  0071952-00  S#0002834<br>THOMAS L DANGELO<br>157-02 59TH AVE<br>FLUSHING, NY 11355-5538 |
| 97586  0071953-00  S#0002443<br>THOMAS L GARTEN<br>166 HIGHLAND RD<br>SCARSDALE, NY 10583-2701 | 97586  0071954-00  S#0007076<br>THOMAS L LALKA &<br>DEBORAH K LALKA JTTEN<br>1607 AMSTERDAM   RD<br>FT. WRIGHT, KY 41011 | 97586  0071955-00  S#0013291<br>THOMAS L SCHOENLEBER CUST<br>JASON T SCHOENLEBER<br>11216 17TH AVE CT NW<br>GIG HARBOR, WA 98332 |
| 97586  0071956-00  S#0008698<br>THOMAS L SHOWALTER<br>1776 BROMLEY<br>WOODBURY, MN 55125 | 97586  0071957-00  S#0011691<br>THOMAS L SOCIE<br>5049 KILKEE ST<br>SAN DIEGO, CA 92117 | 97586  0071958-00  S#0008320<br>THOMAS L VELDHOFF &<br>DONNA M VELDHOFF<br>JT TEN<br>3672 VOLKERS<br>HAMILTON, MI 49419 |
| 97586  0071959-00  S#0006071<br>THOMAS M CRAANEN<br>1775 RANDALL AVE<br>MERRITT ISLAND, FL 32952 | 97586  0071960-00  S#0007660<br>THOMAS M DEMPSEY<br>5707 PRIMROSE AVE<br>INDIANAPOLIS, IN 46220-2723 | 97586  0071961-00  S#0009936<br>THOMAS M DISCON<br>139 FONTAINBLEU DR<br>MANDEVILLE, LA 70448-6434 |
| 97586  0071962-00  S#0007025<br>THOMAS M GERSTLE CUST<br>MATTHEW E GERSTLE<br>8300 EASTON LANE<br>LOUISVILLE, KY 40242-2518 | 97586  0071963-00  S#0004085<br>THOMAS M PRINCE<br>131 MAIN ST<br>VANDLING, PA 18421-1212 | 97586  0071964-00  S#0009525<br>THOMAS M RICHARDS CUSTODIAN FO<br>SETH J RICHARDS UTMA IL<br>ROUTE 1 BOX 390<br>ANNA, IL 62906 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0071965-00   S#0008128
THOMAS M SIEDERS
38916 LANCASTER
FARMINGTON HILLS, MI 48331

97586    0071966-00   S#0002985
THOMAS MALETTA
245-30 GRAND CENTRAL PKWY
APT 5M
BELLEROSE, NY 11426-2721

97586    0071967-00   S#0009221
THOMAS MICHAEL DELISE
380 BLACKHAWK RD
RIVERSIDE, IL 60546

97586    0071968-00   S#0004092
THOMAS MURPHY
129 CROWN AVE
SCRANTON, PA 18505

97586    0071969-00   S#0001367
THOMAS NOBILE JR
2 WYOMING DR
HAZLET, NJ 07730-0832

97586    0071970-00   S#0001373
THOMAS NOBILE SR &
CAROL NOBILE
2 WYOMING DR
HAZLET, NJ 07730-2223

97586    0071971-00   S#0009605
THOMAS O KEEFE JR &
BETTE O KEEFE JT TEN
3815 BROWN RD
ST LOUIS, MO 63134

97586    0071972-00   S#0001855
THOMAS OLSON &
BERNADETTE OLSON JT TEN
39 HOWARD ST
MILLTOWN, NJ 08850-1233

97586    0071973-00   S#0011758
THOMAS P ADAMS
10622 BRYANT ST SPACE 96
YUCAPIA, CA 92399

97586    0071974-00   S#0001464
THOMAS P BARTKOWIAK
9 CLIFFSIDE TRAIL
DENVILLE, NJ 07834

97586    0071975-00   S#0003652
THOMAS P CAMPBELL CUST
TREVOR O CAMPBELL
98 WESLEY AVE
BUFFALO, NY 14214

97586    0071976-00   S#0009862
THOMAS P CODY CUST
RYAN P CODY
13106 SOUTHDALE CIR
OMAHA, NE 68137-4323

97586    0071977-00   S#0000161
THOMAS P COPPA CUST
TIMOTHY JAMES COPPA
102 LACY ST
NORTH ANDOVER, MA 01845-3309

97586    0071978-00   S#0002584
THOMAS P DEFALCO
13 WAGNER ST
ELMONT, NY 11003

97586    0071979-00   S#0009882
THOMAS P MCARDLE &
LYNETTE L MCARDLE
JT TEN
4410 ASH HOLLOW COURT
LINCOLN, NE 68516-2983

97586    0071980-00   S#0006078
THOMAS PARKER CUST
JESSICA RACHAEL BOYCE
5670 59TH TER
VERO BEACH, FL 32967

97586    0071981-00   S#0006080
THOMAS PARKER CUST
JONATHAN AARON BOYCE
5670 59TH TER
VERO BEACH, FL 32967

97586    0071982-00   S#0006079
THOMAS PARKER CUST
WILLIAM JAMES BOYCE
5670 59TH TER
VERO BEACH, FL 32967

97586    0071983-00   S#0008762
THOMAS PAUL WALENTINY
6826 2ND AVE SO
RICHFIELD, MN 55423-2413

97586    0071984-00   S#0007990
THOMAS R AHERN &
MARTHA A AHERN
48005 BREWSTER CT
PLYMOUTH, MI 48170-3351

97586    0071985-00   S#0008759
THOMAS R BATKIEWICZ CUST
KELSEY R BATKIEWICZ
3825 LINCOLN ST NE
MINNEAPOLIS, MN 55421

Debtor:             Mafco Litigation Trust
Description:        Notice/Motion
Mailing Number:     0807A
Notices Mailed By:  08/01/2008   and sent to following creditors:

97586    0071986-00   S#0007402
THOMAS R FAGAN JR &
LYNN A FAGAN JTTEN
500 NORTH AVENUE
TALL MADGE, OH 44278

97586    0071987-00   S#0003723
THOMAS R KUHN
2 ROCHESTER ST
SCOTTSVILLE, NY 14546

97586    0071988-00   S#0007475
THOMAS R SCHWANGER CUST
JOSHUA R SCHWANGER
10208 S R 13
HURON, OH 44839-9393

97586    0071989-00   S#0009208
THOMAS RIORDAN
6491 BANNISTER COURT
LISLE, IL 60532

97586    0071990-00   S#0004679
THOMAS ROBINSON IV
621 DORSEY RD
BEL AIR, MD 21014

97586    0071991-00   S#0013436
THOMAS ROY MACLAREN
C/O SEAMARK ASSET MANAGEMENT
SUITE 310
1801 HOLLIS STREET
B3J 3N4
CANADA

97586    0071992-00   S#0013149
THOMAS RUTLEDGE
15523 84TH AVE  NE
BOTHELL, WA 98011

97586    0071993-00   S#0010536
THOMAS S FORNOFF CUST
SUZANNE D FORNOFF
4115 HIDDEN CANYON COVE
THE PRESERVE
AUSTIN, TX 78746

97586    0071994-00   S#0001496
THOMAS S MAOLI CUST
ALISON M MAOLI
54 LAWRENCE RD
RANDOLPH, NJ 07869

97586    0071995-00   S#0000391
THOMAS S MORAN
51 OLD HARBOR RD
LITTLE COMPTON, RI 02837

97586    0071996-00   S#0005191
THOMAS S NOELL
3260 LONGHORN RD
ROANOKE, VA 24018-3232

97586    0071997-00   S#0009066
THOMAS S SATTERLEE
249 W GREEN MEADOWS BOULEVARD
STREAMWOOD, IL 60107

97586    0071998-00   S#0001971
THOMAS SMITH
334 E 26TH ST 7K
NEW YORK, NY 10010-1901

97586    0071999-00   S#0000574
THOMAS T HASHEM JR
CUST THOMAS T HASHEM III
249 WOODFIELD CROSSINGS
GLASTONBURY, CT 06033

97586    0072000-00   S#0004295
THOMAS T KRAJEWSKI CUST
JASON ANDREW KRAJEWSKI
2609 E SCHILLAR ST
PHILADELPHIA, PA 19134

97586    0072001-00   S#0004294
THOMAS T KRAJEWSKI SR CUST
ERIC D KRAJEWSKI
2609 E SCHILLER ST
PHILADELPHIA, PA 19134

97586    0072002-00   S#0004293
THOMAS T KRAJEWSKI SR CUST
THOMAS T KRAJEWSKI JR
2609 E SCHILLER ST
PHILADELPHIA, PA 19134

97586    0072003-00   S#0009880
THOMAS TIPTON CUST
SAMUEL T TIPTON
5716 CULWELLS RD
LINCOLN, NE 68516

97586    0072004-00   S#0013022
THOMAS UYENO &
GLORIA UYENO
308 LUNALILO HOME RD
HONOLULU, HI 96825-1804

97586    0072005-00   S#0003317
THOMAS V MC CONNELL &
MAUREEN MC CONNELL JT TEN
6 CASTLE CT
NESCONSET, NY 11767-2266

97586    0072006-00   S#0003315
THOMAS V MCCONNELL CUST
CHRISTIAN MCCONNELL
6 CASTLE CT
NESCONSET, NY 11767-2266

**Debtor:**                Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**   0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

| | | |
|---|---|---|
| 97586    0072007-00   S#0003316 | 97586    0072008-00   S#0000186 | 97586    0072009-00   S#0011435 |
| THOMAS V MCCONNELL CUST | THOMAS VALKEVICH C/F | THOMAS VINCENT RAY & |
| JESSICA MCCONNELL | MICHAEL J VALKEVICH UGMA/MA | SHANNON LEE RAY |
| 6 CASTLE CT | 177 CHESTNUT ST | JT TEN |
| NESCONSET, NY 11767-2266 | LYNNFIELD, MA 01940 | BOX 177 |
| | | AGOURA HILLS, CA 91376 |
| 97586    0072010-00   S#0011782 | 97586    0072011-00   S#0012628 | 97586    0000899-00   S#0002401 |
| THOMAS W LANG | THOMAS WEEKES CUST | THOMAS, M |
| 7215 LINARES AVE | SEANNE WEEKES | DBA WOOD DUCK DESIGN |
| RIVERSIDE, CA 92509-0000 | 10424 LOVE CREEK | 25 POPLAR CIR |
| | BEN LOMAND, CA 95005 | PEEKSKILL, NY 10566-4124 |
| 97586    0000998-00   S#0002703 | 97586    0072012-00   S#0009852 | 97586    0072013-00   S#0012464 |
| THOMAS, MICHAEL | THOMASG GUY & | THOMLYN E GINGELL & |
| 299 12TH ST #38 | LETOI J GUY JTTEN | CHRISTOPHER TIBBETTS |
| BROOKLYN, NY 11213 | 336 SOUTH 92ND ST | JT TEN |
| | OMAHA, NE 68114 | 3630 CHESTNUT ST |
| | | LAFAYETTE, CA 94549 |
| 97586    0072014-00   S#0012349 | 97586    0072015-00   S#0006570 | 97586    0072016-00   S#0006569 |
| THOMPSON HUEY | THOMPSON V VAN HYNING CUST | THOMPSON V VAN HYNING CUST |
| 828-B PACIFIC AVE | EARL S VAN HYNING | THOMPSON V VAN HYNING JR |
| SAN FRANCISCO, CA 94133 | BOX 4018 | BOX 4018 |
| | OCALA, FL 34478-4018 | OCALA, FL 34478-4018 |
| 97586    0072017-00   S#0003254 | 97586    0072018-00   S#0013276 | 97586    0001403-00   S#0011224 |
| THORNTON W JENNESS II CUST | THUAN HO | TIER, STEPHANIE |
| CAMERON B JENNESS | 1909 6TH ST | MARVEL LA |
| 227 VINEYARD RD | MARYVILLE, WA 98270-0000 | 3340 OCEAN PARK BLVD |
| HUNTINGTON BAY, NY 11743 | | SUITE 200 |
| | | SANTA MONICA, CA 90405 |
| 97586    0000564-00   S#0002767 | 97586    0021068-00   S#0002941 | 97586    0072019-00   S#0003763 |
| TIERI, FRANK | TIERNEY & COURTNEY OVERHEAD | TIFFANY SEEKINGS CUST |
| 1316 85TH ST | DOOR SALES CO INC | JASON DECKER |
| BROOKLYN, NY 11228 | PO BOX 539 | 121 FEDERAL PL |
| | MASPETH, NY 11378 | JAMESTOWN, NY 14701-2009 |
| 97586    0001484-00   S#0004428 | 97586    0001485-00   S#0000173 | 97586    0072020-00   S#0007067 |
| TIGER'S EYE DESIGN | TIGHE WAREHOUSING & DIST INC | TIM BAILEY CUST |
| 303 W 18TH STREET #1 | PO BOX 488 | DESHAUN BAILEY |
| WILMINGTON, DE 19802 | WINCHESTER, MA 01890 | 220 MEADOWVIEW DR |
| | | FRANKFORT, KY 40601-4122 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0072021-00   S#0010703
TIM D CRONK
BOX 40
RANGELY, CO 81648

97586    0001486-00   S#0010588
TIM DEFRISCO PHOTOGRAPHY
1725 PEREGRINE CT
BROOMFIELD, CO 80020

97586    0072023-00   S#0012944
TIM F TWOHY
91-1065 OPAEHUNA ST
EWA BEACH, HI 96706

97586    0072024-00   S#0013299
TIM GOLOB CUST
TIFFANY J ODELL
14005 72ND AVE E
PUYALLUP, WA 98373

97586    0072025-00   S#0010644
TIM L HANSFORD &
KRIS E ZBRANEK JTTEN
2680 STEPHENS ROAD
BOULDER, CO 80303

97586    0072026-00   S#0007126
TIM M RENNER
BOX 653
SOMERSET, KY 42502-0653

97586    0072027-00   S#0002466
TIM MANTE CUST
GRACE ELIZABETH MANTE
2101 ALLAN AVE
YORKTOWN HGTS, NY 10598-4032

97586    0072028-00   S#0008384
TIM REISINGER
806 6TH STREET
ELDORA, IA 50627

97586    0072029-00   S#0007125
TIM RENNER
BOX 653
SOMERSET, KY 42502

97586    0072030-00   S#0001453
TIM RUBERT CUST
GREGROY RUBERT
69 ORCHARD RD
W LONG BRANCH, NJ 07764

97586    0072031-00   S#0005427
TIM S NORRIS &
LEIGH ANN M NORRIS
JT TEN
304 MCCOY RD
SALISBURY, NC 28144

97586    0072032-00   S#0010037
TIM TATE &
MYRA TATE JTTEN
1801 VALLETTA LN
VAN BUREN, AR 72956-8875

97586    0001488-00   S#0006450
TIME
PO BOX 60001
TAMPA, FL 33660-0001

97586    0001491-00   S#0009358
TIME OUT NEW YORK
PO BOX 385
MOUNT MORRIS, IL 61054-0365

97586    0072033-00   S#0006739
TIMMY D WIX CUST
JOSHUA A WIX
RTE 1 LOT 334 HILLSDALE
ESTATES LANE
DIXON SPRINGS, TN 37057

97586    0072034-00   S#0006738
TIMMY D WIX CUST
KYLE D WIX
RTE 1 LOT 334 HILLSDALE
ESTATES LANE
DIXON SPRINGS, TN 37057

97586    0072035-00   S#0005355
TIMOTHY A FARLOW
4124 ST JAMES CHURCH RD
RALEIGH, NC 27604

97586    0072036-00   S#0010791
TIMOTHY A FLYNN
2614 E MERCER LANE
PHOENIX, AZ 85028

97586    0072037-00   S#0008516
TIMOTHY A JOHNSON
9121 W WATERFORD SQ N
GREENFIELD, WI 53228

97586    0072038-00   S#0005517
TIMOTHY A RICHARDS &
TERESA L RICHARDS
2580 CIRCLEVIEW DR
SUMTER, SC 29154-4683

97586    0072039-00   S#0000318
TIMOTHY B EASTMAN
50 PIDGEON HILL RD
WESTON, MA 02193

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072040-00   S#0006340<br>TIMOTHY B HESTER CUST<br>TIMOTHY B HESTER JR<br>9325 OLD PINE RD<br>BOCA RATON, FL 33428-3055 | 97586   0072041-00   S#0012245<br>TIMOTHY C DRAPER<br>400 SEAPORT COURT<br>SUITE 250<br>REDWOOD CITY, CA 94063 | 97586   0072042-00   S#0012220<br>TIMOTHY C DRAPER CUST<br>A/C/F ADAM DRAPER<br>172 ELENA AVE<br>ATHERTON, CA 94027 |
| 97586   0072043-00   S#0005220<br>TIMOTHY C HALLORAN<br>1620 GREYSTONE PL<br>CHARLESTON, WV 25314-2282 | 97586   0072044-00   S#0010733<br>TIMOTHY C HUITT TTEE<br>FBO ROBERTA ELWELL TR<br>2113 EUCLID AVE<br>BOISE, ID 83706-4505 | 97586   0072045-00   S#0007363<br>TIMOTHY C PELL<br>194 PLYMOUTH DR<br>BAY VILLAGE, OH 44140 |
| 97586   0072046-00   S#0007814<br>TIMOTHY C WALTON<br>520 E MAIN ST<br>CRAWFORDSVILLE, IN 47933-1812 | 97586   0072047-00   S#0000709<br>TIMOTHY CLIFFORD MALO &<br>MONICA S MALO<br>1271-4 WASHINGTON ST<br>MIDDLETOWN, CT 06457 | 97586   0072048-00   S#0004495<br>TIMOTHY D EAGLE<br>12557 CHIPPENHAM CT<br>BRISTOW, VA 20136-1159 |
| 97586   0072049-00   S#0004933<br>TIMOTHY D EAGLE CUST<br>BRENDAN JOSEPH EAGLE<br>13996 HOLLOW TRUNK CT<br>GAINESVILLE, VA 22065 | 97586   0072050-00   S#0010162<br>TIMOTHY D LONG CUST<br>PATRICK C LONG<br>107 GLASSGOW COURT<br>HIGHLAND VILLAGE, TX 75067-3149 | 97586   0072051-00   S#0009496<br>TIMOTHY D POWELL &<br>MARILYN G POWELL<br>140 CALDWELL<br>JACKSONVILLE, IL 62650 |
| 97586   0072052-00   S#0011792<br>TIMOTHY E WILLS<br>249 S BUENA VISTA<br>HEMET, CA 92543-4309 | 97586   0072053-00   S#0007700<br>TIMOTHY FANDREI<br>2901 99TH ST<br>HIGHLAND, IN 46322 | 97586   0072054-00   S#0001874<br>TIMOTHY G DALY<br>110 PENNSYLVANIA AVE<br>HOPELAWN, NJ 08861 |
| 97586   0072055-00   S#0011429<br>TIMOTHY HEYN<br>24057 SYLVAN ST<br>WOODLAND HILLS, CA 91367 | 97586   0072056-00   S#0001484<br>TIMOTHY HOGAN &<br>SANDRA HOGAN JT TEN<br>18 PHILLIPS RD<br>NEWTON, NJ 07860 | 97586   0072057-00   S#0012608<br>TIMOTHY HUETHER<br>1121 THIRD ST APT 18<br>NOVATO, CA 94945 |
| 97586   0072058-00   S#0005984<br>TIMOTHY IRWIN<br>127 SWISHER LAKES TRAIL<br>MELROSE, FL 32666 | 97586   0072059-00   S#0008538<br>TIMOTHY J CULLEN<br>1243 N FREMONT ST<br>JANESVILLE, WI 53545-1979 | 97586   0072061-00   S#0003638<br>TIMOTHY J GALUCKI<br>1855 MILL RD<br>WEST FALLS, NY 14170-9712 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0072062-00  S#0005024
TIMOTHY J GREENE &
PATRICIA J GREENE
JT TEN
8103 LEE JACKSON CIRCLE
SPOTSYLVANIA, VA 22553

97586   0072063-00  S#0003775
TIMOTHY J MORIARTY
505 HIGHLAND AVE
HORSEHEADS, NY 14845

97586   0072064-00  S#0000655
TIMOTHY J O'BRIEN
140 THOMPSON RD
THOMPSON, CT 06277-2828

97586   0072065-00  S#0004857
TIMOTHY J OGUL &
JAMES O OGUL JTTEN
2750 RHODERICK RD
FREDERICK, MD 21701

97586   0072066-00  S#0013269
TIMOTHY J PANAGOS
664 SUDDEN VALLEY
BELLINGHAM, WA 98226

97586   0072067-00  S#0004361
TIMOTHY J PETERS CUST
JUSTIN M PETERS
820 E VINE ST
STOWE, PA 19464

97586   0072068-00  S#0004362
TIMOTHY J PETERS CUST
ROBERT T PETERS
820 E VINE ST
STOWE, PA 19464

97586   0072069-00  S#0002510
TIMOTHY J RILEY CUST
BRIAN F RILEY
35 UTOPIAN AVE
SUFFERN, NY 10901

97586   0072070-00  S#0007533
TIMOTHY J SAKELOS
3714 POCAHONTAS AVE
CINCINNATI, OH 45227-3821

97586   0072071-00  S#0012149
TIMOTHY J SUSZEK &
KATHLEEN E DENSING
2708 WESTLAND DR
ROSAMOND, CA 93560-6242

97586   0072072-00  S#0012476
TIMOTHY J SWEENEY
34350 DOBBIN WAY
FREMONT, CA 94555-2314

97586   0072073-00  S#0006470
TIMOTHY JAMES KELLY FAIRCHILD
3770 40TH LANE S
ST PETERSBURG, FL 33711

97586   0072074-00  S#0013568
TIMOTHY JOHNSON
98 GULL LAKE ROAD
WINNIPEG, MB R3T 4V9
CANADA

97586   0072075-00  S#0012908
TIMOTHY L BROWN CUST
BRYAN MCDOUGALL UTMA CA
8508 GIVERNY CIR
SACRAMENTO, CA 95842

97586   0072076-00  S#0012704
TIMOTHY L STROUP &
CATHERINE L STROUP JT TEN
950 MERIDIAN AVE APT 73
SAN JOSE, CA 95126-4045

97586   0072077-00  S#0007045
TIMOTHY L VOSS &
LAURA W VOSS JT TEN
3265 PINKARD PIKE
VERSAILLES, WY 40383-9451

97586   0072078-00  S#0000516
TIMOTHY LAMBERT
PO BOX 125
RUMFORD, ME 04276-0125

97586   0072079-00  S#0009789
TIMOTHY M HESSEE
PO BOX 43
MANHATTAN, KS 66502

97586   0072080-00  S#0002316
TIMOTHY M HOUSTON
626 EDISON AVE
BRONX, NY 10465-2323

97586   0072081-00  S#0004016
TIMOTHY MCTAGGART
728 SHARON DRIVE
MOUNT JOY, PA 17552

97586   0072082-00  S#0011587
TIMOTHY N HYATT
9803 DALE AVE 142
SPRING VALLEY, CA 91977

Debtor:              Mafco Litigation Trust
Description:         Notice/Motion
Mailing Number:      0807A
Notices Mailed By:   08/01/2008   and sent to following creditors:

97586    0072083-00   S#0007942
TIMOTHY N THILL
MELISSA B THILL
UNDER THE MI UNIF GIFT MIN ACT
5138 VAN AMBERG RD
BRIGHTON, MI 48116-9021

97586    0072084-00   S#0004210
TIMOTHY O'DONNELL
113 CREEKWOOD RD
FEASTERVILLE, PA 19053

97586    0072085-00   S#0011431
TIMOTHY P HEYN &
DONNA HEYN JTWROS
24057 SYLVAN ST
WOODLAND HILLS, CA 91367-1248

97586    0072086-00   S#0004913
TIMOTHY P MURRAY
10004 BOXFORD COURT
FAIRFAX, VA 22030

97586    0072087-00   S#0003809
TIMOTHY P TRIPLETT
PO BOX 394
GLENSHAW, PA 15116-0394

97586    0072088-00   S#0009600
TIMOTHY RASSBACH
2533 MARINER DR #720
ST LOUIS, MO 63129

97586    0072089-00   S#0006963
TIMOTHY S GANN
PO BOX 27
WOODLAND, MS 39776

97586    0072090-00   S#0012873
TIMOTHY S HEALY
3064 5TH AVE A
SACRAMENTO, CA 95817

97586    0072091-00   S#0011192
TIMOTHY S MCINTOSH
419 N BROADWAY 10
REDONDO BEACH, CA 90277

97586    0072092-00   S#0004086
TIMOTHY SHAFFER
PO BOX 126
MOSCOW, PA 18444

97586    0072093-00   S#0001396
TIMOTHY SODEN
71 LAUREL DR
LITTLE SILVER, NJ 07739

97586    0072094-00   S#0008878
TIMOTHY SPEYER CUST
JUSTIN SPEYER
805 S RODNEY ST
HELENA, MT 59601

97586    0072095-00   S#0008738
TIMOTHY STARK CUST
ANTHONY STARK
17211 WOODVIEW COURT
PRIOR LAKE, MN 55372-3902

97586    0072096-00   S#0000647
TIMOTHY T COREY CUST
SAMUEL F COREY
26 LUCAS CIRCLE
NEWINGTON, CT 06111-4212

97586    0072097-00   S#0005850
TIMOTHY W HALKS CUST
TIMOTHY BRENT HALKS
RTE 5 BOX 541
LAKE CITY, FL 32024

97586    0072098-00   S#0005965
TIMOTHY W WELCH
744 2ND AVE
FT WALTON BEACH, FL 32547

97586    0072099-00   S#0007017
TIMOTHY W WYATT &
PENNY L WYATT
8420 ROSEBOROUGH RD
LOUISVILLE, KY 40228-2179

97586    0072100-00   S#0005932
TINA GANGER CUST
ZACHARY J GANGER
1590 LEMONWOOD RD
JACKSONVILLE, FL 32259

97586    0072101-00   S#0004351
TINA M KLING C/F
DAMON KLING UGMA PA
119 WEST 6TH STREET
LANSDALE, PA 19446

97586    0072102-00   S#0007344
TINA MARIE MASSARI CUST
NICOLE MARIE AVERY
2181 EAST RIDGEWOOD
7 HILLS, OH 44131

97586    0072103-00   S#0007375
TINA MASSARI &
LAWRENCE MASSARI
JT TEN
8084 SKYLINE DR
BROADVIEW HGTS, OH 44147

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072104-00   S#0011977
TINA MCCREA CUST
CHELSEA LUCILLE REAGEN
600 B XANADU WAY
SIMI VALLEY, CA 93065

97586   0000779-00   S#0002722
TINSLEY, K
DBA STICKMAN GRAPHICS
141 16TH ST
BROOKLYN, NY 11215

97586   0001493-00   S#0003158
TNT SKYPAK
PO BOX 1009
WESTBURY, NY 11590-0209

97586   0072105-00   S#0010127
TOBI FRIED CUST
JERMEY FRIED
6 BECKLEY
SHAWNEE, OK 74801

97586   0072106-00   S#0004367
TOBIN S ZIMMERER
P.O. BOX 616
VALLEY FORGE, PA 19482-0616

97586   0072107-00   S#0013477
TOBY KOFFMAN
45 OKANAGAN DR
NEPEAN, ON K2H 7E9
CANADA

97586   0072108-00   S#0006198
TOD ARONOVITZ CUST
MICHAEL ARONOVITZ
6799 SW 101ST ST
MIAMI, FL 33156

97586   0072109-00   S#0007852
TOD R KIRSCH
47165 JAMES
MACOMB, MI 48044

97586   0072110-00   S#0010424
TODD A GROSS
4807 PALM
BELLAIRE, TX 77401

97586   0072111-00   S#0008410
TODD A SCHROEDER
421 19TH ST NE
CEDAR RAPIDS, IA 52402

97586   0072112-00   S#0009898
TODD B KOGUTT
4913 TRANSCONTINENTAL DR
METAIRIE, LA 70006

97586   0072113-00   S#0003037
TODD CHALFEN &
MICHELLE CHALFEN
45 SMITH ST
GLEN COVE, NY 11542

97586   0072114-00   S#0008285
TODD D CROSSMAN
141 STRAND AVENUE
COLOMA, MI 49038

97586   0072115-00   S#0005705
TODD E GORDON &
LAUREN S GORDON JTTEN
10470 SUMMER CREEK DR
ALPHARETTA, GA 30202-5080

97586   0072116-00   S#0004954
TODD F JEWETT
7905 NORFOLK COURT
MANASSAS, VA 22110

97586   0072117-00   S#0003450
TODD GOODSTEIN
6 TERIE ST
ELLENVILLE, NY 12428-1014

97586   0072118-00   S#0008346
TODD J HARLUKOWICZ
1657 GERES N ST
GAYLORD, MI 49735

97586   0072119-00   S#0011634
TODD J PIERIK
5950 CARDENO DR
LA JOLLA, CA 92037-6920

97586   0072120-00   S#0008834
TODD KURTENBACH &
KERRI KURTENBACH
JT TEN
1509 SYLVAN CIRCLE
BRANDON, SD 57005

97586   0072121-00   S#0003411
TODD M GILLESPIE
RD 1 BOX 363
CREBLE RD
SELKIRK, NY 12158-9750

97586   0072122-00   S#0007628
TODD POTASNIK CUST
MATTHEW POTASNIK
105 GLENWOOD LANE
FISHERS, IN 46038-1130

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586    0072123-00  S#0012794
TODD REITZELL
11010 RIVER RD
FORESTVILLE, CA 95436

97586    0072124-00  S#0002089
TODD ROME
520 E 72ND ST APT 9K
NEW YORK, NY 10021-8616

97586    0072125-00  S#0006965
TODD S PAGE
470 N SPALDING AVE
LEBANON, KY 40033-1523

97586    0072126-00  S#0011262
TODD WILLIAM MCLAUGHLIN
8578 B CHAPMAN AVE
STANTON, CA 90680

97586    0072127-00  S#0011261
TODD WILLIAM MCLAUGLIN
8578 B CHAPMAN AVE
STANTON, CA 90680

97586    0072128-00  S#0006291
TODY WILD CUST
HUNTER TAYLOR WILD
10095 SW 55TH LANE
COOPER CITY, FL 33328

97586    0072129-00  S#0010993
TOM BRUCE CUST
EVAN S BRUCE NV/UTMA
BOX 11247
ZEPHYR COVE, NV 89448

97586    0072130-00  S#0003415
TOM BURBINE
2ND AVENUE EAST
TRIBESHILL, NY 12177

97586    0072131-00  S#0012311
TOM FLANDERS
2001 47TH AVE
SAN FRANCISCO, CA 94116-1048

97586    0072132-00  S#0002756
TOM GARCIA &
NANCY GARCIA JT TEN
3830 NEPTUNE AVE
BROOKLYN, NY 11224

97586    0072133-00  S#0007611
TOM HAMSHER &
MARY HAMSHER
404 W MAIN ST
CHILLICOTHE, OH 45601-3049

97586    0072134-00  S#0007473
TOM HOEPF
427 E SOUTHERN AVE
BUCYRUS, OH 44820

97586    0072135-00  S#0000811
TOM J RYAN CUST
JIM RYAN UGMA/CT
634 MAY STREET
NAUGATUCK, CT 06770

97586    0072136-00  S#0006525
TOM J YOUNG
8370 OSPREY ST
GROVE CITY, FL 34224

97586    0072137-00  S#0006526
TOM J YOUNG CUST
JOHN BREEHNE JR
8370 OSPREY STREET
GROVE CITY, FL 34224

97586    0072138-00  S#0006524
TOM J YOUNG CUST
MATTHEW LOGAN
8370 OSPREY STREET
GROVE CITY, FL 34224

97586    0072139-00  S#0009590
TOM KNOX CUST
THOMPSON KNOX JR
8353 LONKAR
ST LOUIS, MO 63123

97586    0072140-00  S#0000812
TOM M RYAN
634 MAY STREET
NAUGATUCK, CT 06770

97586    0072141-00  S#0003205
TOM MCGRANE
1228 STEWART AVE
BETHPAGE, NY 11714

97586    0072142-00  S#0007688
TOM OFFERMAN
6902 STARKEY RIDGE LN
INDIANAPOLIS, IN 46268-2783

97586    0072143-00  S#0008436
TOM SMITH
C-O PALMER COL OF CHIROPRACTIC
1000 N BRADY ST
BOX 1168
DAVENPORT, IA 52803

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072144-00   S#0002179
TOM SUEY LIN &
ROSE LIN TOM
JT TEN
185 PARK ROW APT 5 A
NEW YORK, NY 10038-5003

97586   0071886-00   S#0006497
TOMLINS, THOMAS D
9987 MAR LARGO CIR
FORT MYERS, FL 33919-7326

97586   0065937-00   S#0011467
TOMLINSON, JOHN M
620 E ANGELENO AVE APT N
BURBANK, CA 91501-3001

97586   0072145-00   S#0002338
TOMMIE LAI
3 SUNSET DR
ARMONK, NY 10504

97586   0072146-00   S#0010945
TOMMY ARANDA &
DIANE ARANDA
1300 PEAR GROVE LANE
FARMINGTON, NM 87401-7625

97586   0072147-00   S#0013119
TOMMY D ARNEY ACF
JOSEPH D ARNEY UTGMA OR
32786 LYNX HOLLOW ROAD
CRESSWELL, OR 97426

97586   0072148-00   S#0013120
TOMMY D ARNEY CUST
JOSEPH D ARNEY
32786 LYNX HOLLOW RD
CRESWELL, OR 97426

97586   0072149-00   S#0005164
TOMMY DEAN BROWN
112 LORIGAN LN
HAMPTON, VA 23664

97586   0072150-00   S#0009998
TOMMY G WOOLEY &
BETTYE B WOOLEY JTTEN
24500 KANIS ROAD
LITTLE ROCK, AR 72211

97586   0072151-00   S#0010292
TOMMY TU
4849 ANGELINA
WICHITA FALLS, TX 76308

97586   0072152-00   S#0005925
TOMMYE LYNN SOLEN CUST
SAMUEL SCOTT SOLEM
7931 BISHOP LANE RD N
JACKSONVILLE, FL 32256

97586   0072153-00   S#0005440
TONDA CREEL &
ZARA P CREEL JT TEN
6209 DOVE TREE LN APT E
CHARLOTTE, NC 28213-7824

97586   0072154-00   S#0006919
TONEY B HUDSON CUST
SETH HILL HUDSON
500 OLD KENTUCKY RD SUITE 522
COOKEVILLE, TN 38501

97586   0072155-00   S#0010522
TONI BROOKOVER CUST
PARR BROOKOVER
1418 E CROCKETT
HARLINGEN, TX 78550

97586   0072156-00   S#0012019
TONI DOMINIE CUST
CASEY PERIGO
751 LISA LANE
PORTERVILLE, CA 93257

97586   0072157-00   S#0012018
TONI DOMINIE CUST
COURTNEY PERIGO
751 LISA LANE
PORTERVILLE, CA 93257

97586   0072158-00   S#0003817
TONI LINDER
1545 HAWTHORNE ST
PITTSBURGH, PA 15201-2045

97586   0072159-00   S#0005228
TONIA E FRYE CUST
ASHLEY N FRYE
100 MARTIN DR 12
BARBOURSVILLE, WV 25504-1210

97586   0072160-00   S#0006496
TONIO BIANCA
841 N TOWN & RIVER DR
FORT MYERS, FL 33919-5911

97586   0072161-00   S#0008291
TONY CASTAGNASSO CUST
DOUGLAS CASTAGNASSO
35441 66TH AVE
PAW PAW, MI 49079

97586   0072162-00   S#0004700
TONY DAVENPORT CUST
DANA DAVENPORT
9032 WATCHLIGHT CT
COLUMBIA, MD 21045

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0072163-00  S#0004701
TONY DAVENPORT CUST
KELLI DAVENPORT
9032 WATCHLIGHT CT
COLUMBIA, MD 21045

97586    0072164-00  S#0004702
TONY DAVENPORT CUST
LAUREN DAVENPORT
9032 WATCHLIGHT CT
COLUMBIA, MD 21045

97586    0072165-00  S#0009807
TONY DEZENZIO
2622 ARKANSAS AVE
WICHITA, KS 67204-5135

97586    0072166-00  S#0001927
TONY LEE
99 MADISON ST #4
NEW YORK, NY 10002-7221

97586    0072167-00  S#0012099
TONY LLACH CUST
FBO AUSTIN MONTGOMERY LLACH
2408 MOUNTAIN OAK RD
BAKERSFIELD, CA 93311-1634

97586    0072168-00  S#0011957
TONY LOPEZ
15468 BRAUN COURT
MOORPARK, CA 93021

97586    0072169-00  S#0009788
TONY NARDELLA &
CAROL S NARDELLA JTWROS
111 EAST HOME
JUNCTION CITY, KS 66441

97586    0072170-00  S#0005956
TONY ROBINSON
311 S ROBERTS ST
QUINCY, FL 32351

97586    0072171-00  S#0012020
TONY ROGERS CUST
DALTON SCOTT ROGERS
1240 N MILO ST
PORTERVILLE, CA 93257

97586    0072172-00  S#0009878
TONY S CRUZ CUST
JOSEPH V CRUZ
531 EASTRIDGE DR
LINCOLN, NE 68510

97586    0072173-00  S#0009815
TONYA S GARRIS &
JOHN T GARRIS
JT TEN
2022 N WOODCHUCK

WICHITA, KS 67212

97586    0001503-00  S#0007569
TOP DOG MARKETING
4298 GREEN ARBORS LN
CINCINNATI, OH 45249-8003

97586    0001504-00  S#0006855
TOPMOST CHEMICAL & PAPER CORP
3495 WINHOMA DRIVE
PO BOX 18913
MEMPHIS, TN 38118

97586    0072174-00  S#0010085
TRACEY DETRIXHE
708 1ST
ALVA, OK 73717

97586    0072175-00  S#0013612
TRACEY KRAEMER
4273 ARTHUR DRIVE
LADNER, BC V4K 2X1
CANADA

97586    0072176-00  S#0005116
TRACEY L SUGG CUST
TYLER I CHUB
5009 NEWSOME CIRCLE
VIRGINIA BEACH, VA 23455

97586    0072177-00  S#0004055
TRACEY MAXWELL CUST
A/C/F GRANT THOMAS MAXWELL
2479 CADLEWICK CT
MACUNGIE, PA 18062

97586    0072178-00  S#0000390
TRACEY RAMSEY CUST
JESSICA RENEE RAMSEY
555 LEWIS FARM RD
GREEN, RI 02827

97586    0072179-00  S#0012057
TRACEY RAY CUST
CASEY RAY
904 VISTA VERDE WAY
BAKERSFIELD, CA 93306

97586    0072180-00  S#0008428
TRACIE K ZIEBARTH
3035 OXFORD DR
BETTENDORF, IA 52722

97586    0072181-00  S#0011023
TRACY A RUBEN CUST
TRAVIS WILLIAM CROSSLEY
13555 EVENING SONG LANE
RENO, NV 89511

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072182-00  S#0000943
TRACY EMRICH
17 OLD FARM RD
N CALDWELL, NJ 07006

97586   0072183-00  S#0011561
TRACY L KOSLOSKY CUST
BRYCEN DETERS
1613 NT VALLEJO WAY
UPLAND, CA 91784

97586   0072184-00  S#0005115
TRACY L SUGG CUST
BRADLEY M FLYNN
5009 NEWSOME CIRCLE
VIRGINIA BEACH, VA 23455

97586   0072185-00  S#0010069
TRACY LEE HOLDER
1448 SW 65
OKLAHOMA CITY, OK 73159-3108

97586   0072186-00  S#0007400
TRACY M ADAMS
3667 SCHAUB RD
SEVILLE, OH 44273

97586   0072187-00  S#0000199
TRACY SARADNIK
256 LAFAYETTE ST APT 4
SALEM, MA 01970-4752

97586   0072188-00  S#0006519
TRACY THOMAS SHIRLEY
1135 BAYSHORE DR
ENGLEWOOD, FL 34223

97586   0001478-00  S#0005399
TRAINING NETWORK, THE
106 CAPITOLA DR
DURHAM, NC 27713-4471

97586   0001507-00  S#0004378
TRANS UNION CORPORATION
FILE 99506
1940 N 13TH ST
READING, PA 19604

97586   0001508-00  S#0003979
TRANSCORPS ENTERPRISES INC
PO BOX 60606
HARRISBURG, PA 17106

97586   0021061-00  S#0003151
TRANSKING INC
1200 PROSPECT AVE
WESTBURY, NY 11590

97586   0001509-00  S#0009175
TRANZACT TECHNOLOGIES INC
FKA TRANZACT SYSTEMS LTD
8201 W 183RD ST STE E
TINLEY PARK, IL 60477

97586   0001288-00  S#0002033
TRAUB, ROBERT
HEROS WORLD
387 PARK AVE S
NEW YORK, NY 10016-8810

97586   0072189-00  S#0003026
TRAVIS B MC INNIS
1 LENOX AVE
FREEPORT, NY 11520-1807

97586   0072190-00  S#0010643
TRAVIS GORDON CLARK
7172 FOUR RIVERS RD
BOULDER, CO 80301-3736

97586   0072191-00  S#0013352
TRAVIS MICHAEL BRETT CUST
FBO GINA M BRETT
1205 W 30TH
KENNEWICK, WA 99337-4369

97586   0072192-00  S#0011716
TRAVIS SHERMAN MOLSKES
12855 SUNDANCE AVE
SAN DIEGO, CA 92129

97586   0072193-00  S#0005535
TRAVIS SIMPSON
413 S CONGRESS ST
WINNSBORO, SC 29180

97586   0072194-00  S#0004623
TRAVIS W EAGLESON
11210 MINSTREL TUNE DR
GERMANTOWN, MD 20876

97586   0072195-00  S#0005791
TREADWELL SYFAN CUST
BRAD SYFAN
700 LINDSAY-BAKER CT
GAINESVILLE, GA 30506

97586   0072196-00  S#0005790
TREADWELL SYFAN CUST
WHINEY SYFAN
700 LINDSAY-BAKER CT
GAINESVILLE, GA 30506

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0021053-00   S#0001981<br>TRENCH & MARINE PUMP CO INC<br>ATTN: MALCOLM AZIA-VP<br>126 W 22ND ST<br>NEW YORK, NY 10011-2417 | 97586   0001512-00   S#0006850<br>TREND SALES<br>5235 MENDENHALL PARK PL<br>MEMPHIS, TN 38115-5906 | 97586   0072197-00   S#0008808<br>TRENT BUSCH CUST<br>CARL JOSEPH BUSCH<br>922 NORTHERN VALLEY DR NE<br>ROCHESTER, MN 55906-3996 |
| 97586   0072198-00   S#0010625<br>TRENT D STILES<br>2960 SIMMS ST<br>LAKEWOOD, CO 80215-7032 | 97586   0072199-00   S#0011780<br>TRENT J REUPERT<br>6124 CLARENDON COURT<br>RIVERSIDE, CA 92506-4706 | 97586   0072200-00   S#0010478<br>TRENTON SCOTT ADAMS<br>161 ROSINE<br>BEAUMONT, TX 77707 |
| 97586   0072201-00   S#0012775<br>TREVOR CHING<br>11409 26 MILES RD<br>OAKDALE, CA 95361 | 97586   0072202-00   S#0013203<br>TREVOR FOX<br>14247 192ND NE<br>WOODINVILLE, WA 98072 | 97586   0072203-00   S#0011913<br>TREVOR ZOLNER<br>3516 PECAN ST<br>IRVINE, CA 92714 |
| 97586   0020226-00   S#0005366<br>TRIANGLE PERSONNEL SVC/RALEIGH<br>ATTN: BRENDA K BOWERS-VP/OP<br>1025 DRESSER COURT<br>RALEIGH, NC 27609 | 97586   0072204-00   S#0006371<br>TRIPP CIOCI<br>2217 COLLIER AVE<br>LAKE WORTH, FL 33461 | 97586   0065414-00   S#0009198<br>TROFA, JENNIFER ANNE<br>313 W NORTH STREET<br>HINSDALE, IL 60521 |
| 97586   0066092-00   S#0009197<br>TROFA, JON CUST<br>MELISSA ANNE TROFA<br>313 W NORTH STREET<br>HINSDALE, IL 60521 | 97586   0066990-00   S#0009199<br>TROFA, KRISTEN ANNE<br>313 W NORTH STREET<br>HINSDALE, IL 60521 | 97586   0072205-00   S#0013430<br>TROY DEAN MOCHORUK<br>709-700 PENDER ST<br>VANCOUVER, BC<br>CANADA |
| 97586   0072206-00   S#0011781<br>TROY J REUPERT<br>6124 CLARENDON CT<br>RIVERSIDE, CA 92506-4706 | 97586   0072207-00   S#0008564<br>TROY M BOLLINGER<br>583 D'ONOFRIO DR 103<br>MADISON, WI 53711 | 97586   0072208-00   S#0013596<br>TROY NEWPORT<br>22217 - 96 AVENUE<br>LANGLEY, BC V3A 8G6<br>CANADA |
| 97586   0072209-00   S#0005534<br>TROY PORTER<br>207 PARK LANE<br>WINNSBORO, SC 29180 | 97586   0072210-00   S#0012226<br>TRUDI MELOHN<br>629 CHARMAIN CIRCLE<br>MT VIEW, CA 94041-2573 | 97586   0072211-00   S#0008304<br>TRUE J DWYER<br>7100 LANSING AVE<br>JACKSON, MI 49201 |
| 97586   0000662-00   S#0002030<br>TRULLI, I<br>122 E 27TH ST<br>NEW YORK, NY 10016 | 97586   0072212-00   S#0012645<br>TUAN TRAN PHAM<br>BOX 141<br>CUPERTINO, CA 95015 | 97586   0072213-00   S#0004621<br>TUCKER J EAGLESON<br>11210 MINSTREL TUNE DR<br>GERMANTOWN, MD 20876 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0001517-00  S#0005816
TURNER HOME ENTERTAINMENT INC
ATTN: DEBORAH KAFER
PO BOX 930206
ATLANTA, GA 31193

97586   0001518-00  S#0004240
TV GUIDE
PO BOX 250
RADNOR, PA 19088-0250

97586   0072214-00  S#0011763
TWYLA LOPEZ
2141 W CHESTNUT
SAN BERNARDINO, CA 92410

97586   0072215-00  S#0005328
TYLER AGIOVLASSITIS
C-O D'ASTOLI
205 HUNTERS CROSSING
CARY, NC 27511

97586   0072216-00  S#0013083
TYLER DEANE SAMMONS
3809 S.W. 48TH PL
PORTLAND, OR 97221

97586   0072217-00  S#0011137
TYLER GENTRY STAFFORD
269 S BEVERLY DR #368
BEVERLY HILLS, CA 90212-3807

97586   0072218-00  S#0013257
TYLER GREGORY MILNE
7400 25TH ST NE
EVERETT, WA 98205

97586   0072219-00  S#0011586
TYLER JAMES WADE
C-O ANITA L SELLGREND
10176 SIERRA MADRE RD
SPRING VALLEY, CA 91977

97586   0072220-00  S#0008718
TYLER KLEIN
1513 116TH ST STE E
BURNSVILLE, MN 55337

97586   0072221-00  S#0012864
TYLER M COLLINS
9586 DUNKERRIN WAY
ELK GROVE, CA 95758

97586   0072222-00  S#0007762
TYLER N THOMAS
3441 COUNTRY LANE NE
LANESVILLE, IN 47136

97586   0072223-00  S#0011802
TYLER S GRIFFIN
18 ESTRADE LANE
FOOTHILL RANCH, CA 92610-2203

97586   0072224-00  S#0013607
TYRA LUCKHURST
2709 141ST STREET
WHITE ROCK, BC V4A 5X6
CANADA

97586   0072225-00  S#0001945
U.S. CLEARING CORP
132967453
26 BROADWAY
NEW YORK, NY 10004-1798

97586   0000655-00  S#0011528
UCHINO INTERNATIONAL LTD
RE: HORIZON
15902A HALLIBURTON RD STE 401
HACIENDA HEIGHTS, CA 91745

97586   0072226-00  S#0011326
UGIS PUKITE
1161 WINCHESTER
GLENDALE, CA 91204

97586   0072227-00  S#0000152
UMBERTO E CAPUTI &
NANCY A CAPUTI JT TEN
102 D ST
DRACUT, MA 01826

97586   0072228-00  S#0004802
UNIQUE BRIANNE HAYWOOD CUST
LAMAR ANTHONY NELSON
2304 AIKEN ST
BALTIMORE, MD 21218

97586   0021122-00  S#0003366
UNITED ELECTRIC POWER
ATTN: SIAMA AZIZ-COMPTROLLER
230 DUFFY AVENUE
HICKSVILLE, NY 11801

97586   0001522-00  S#0007574
UNITED MEDIA ENTERPRISE
LOCATION 00140
CINCINNATI, OH 45264

97586   0001523-00  S#0006980
UNITED MERCANTILE AGENCIES INC
600 S 7TH STREET
LOUISVILLE, KY 40201-1672

97586   0001525-00  S#0007016
UNITED PARCEL SERVICE
1400 N HURSTBOURNE PKWY
LOUISVILLE, KY 40223-4015

97586   0001524-00  S#0003939
UNITED PARCEL SERVICE
2200 WEST 50TH ST
ERIE, PA 16506-4926

97586   0001527-00  S#0010958
UNITED PARCEL SERVICE  (TX)
PO BOX 505820
THE LAKES, NV 88905-5820

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008 and sent to following creditors:

97586    0001528-00    S#0004872
UNITED PARCEL SERVICE (KY)
PO BOX 4980
HAGERSTOWN, MD 21747-4980

97586    0001529-00    S#0005753
UNITED PARCEL SVC 827-E90
CORPORATE HEADQUARTERS
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

97586    0021107-00    S#0007616
UNITED STATES PLASTIC CORP
ATTN: ANITA DUNSON
1390 NEUBRECHT RD
LIMA, OH 45801

97586    0020156-00    S#0013238
UNITED WAREHOUSE CO INC
1750TH OCCIDENTAL AVE SOUTH
SEATTLE, WA 98124

97586    0001530-00    S#0005893
UNIVERE OF SUPERHEROES
2724 PARK STREET
JACKSONVILLE, FL 32205

97586    0020992-00    S#0011116
UNIVERSAL STUDIOS LICENSING
C/O KATTEN MUCHIN & ZAVIS
ATTN: MARSHA A BOYSAW ESQ
1999 AVE OF THE STARS STE 1400
LOS ANGELES, CA 90067

97586    0001532-00    S#0006281
UNUM
FIRST UNION CENTER
1571 SWAGRASS CORPORATE PKWY
100
SUNRISE, FL 33323-2807

97586    0001534-00    S#0013438
UPS    (33864418)
PO BOX 6158
MONCTON, NB   E1C9X1
CANADA

97586    0001535-00    S#0007029
UPS    756-W95
PO BOX 85036
LOUISVILLE, KY 40285-5036

97586    0001537-00    S#0007018
UPS CUSTOMHOUSE BROKERAGE
ACCT# 33039051
PO BOX 34486
LOUISVILLE, KY 40232

97586    0001536-00    S#0007019
UPS CUSTOMHOUSE BROKERAGE INC
PO BOX 34486
LOUISVUKKE, KY 40232

97586    0072229-00    S#0002974
URSULA A MILONE CUST
MATTHEW P MILONE
133-43 88TH ST
OZONE PARK, NY 11417-2422

97586    0001538-00    S#0002185
US MAGAZINE
1290 AVENUE OF THE AMERICAS
2ND FLR
NEW YORK, NY 10104

97586    0001539-00    S#0005089
UUNET TECHNOLOGIES INC
NKA WORLDCOM
PO BOX 85080
RICHMOND, VA 23285-4100

97586    0072230-00    S#0006047
VAL S CARNECCHIA JR
AILEEN R CARNECCHIA JT TEN
1086 MARTIN BLVD
ORLANDO, FL 32825

97586    0072231-00    S#0003940
VALENTINO UBOLDI &
ERMA UBOLDI
508 LIGHTHOUSE ST
ERIE, PA 16507-1948

97586    0072232-00    S#0010333
VALERIE A GREEN CUST
FBO WILLIAM VAJOHN WHITE
5703 MACK MILLER DR
HOUSTON, TX 77049

97586    0072233-00    S#0000805
VALERIE ANN HITCHINS CUST
FOR CHARLES V HITCHINS IV
192 PADDY HOLLOW RD
BETHLEHEM, CT 06751

97586    0072234-00    S#0006382
VALERIE BAKER
16955 HAYNIE LANE
JUPITER, FL 33478

97586    0072235-00    S#0002717
VALERIE DI VEGLIO CUST
MATTHEW W DIVEGLIO
2347 84TH ST
BROOKLYN, NY 11214-3407

97586    0072236-00    S#0002154
VALERIE E MULLER ACF CUST
ASHER RAPKIN
208 E 84TH ST
APT 4D
NEW YORK, NY 10028-2925

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072237-00   S#0012088
VALERIE JEAN MOUSER CUST
AMANDA J MOUSER
5401 LENNOX AVE APT 120B
BAKERSFIELD, CA 93309

97586   0072238-00   S#0012690
VALERIE LEONG
7184 BRIDGE COURT
SAN JOSE, CA 95120-4242

97586   0072239-00   S#0011395
VALERIE MITTERHOLZER CUST
VINCENT T MITTERHOLZER
15716 ADA ST
CANYON COUNTRY, CA 91351-1890

97586   0072240-00   S#0002716
VALERIE SHANNON
1959 76TH ST
BROOKLYN, NY 11214-1219

97586   0072241-00   S#0011186
VALERIE SPONG
31120 MARNE DR
RNCHO PLS VRD, CA 90275

97586   0072242-00   S#0010925
VALERIE TYRPAK DAVIDSON
600 ENCINO PL NE
ALBUQUERQUE, NM 87102-2602

97586   0072243-00   S#0009092
VALERIE WILLIAMS
2009 S 23RD AVE
BROADVIEW, IL 60153

97586   0072244-00   S#0006443
VALORIE JEAN GRUBBS CUST
CAROLYN A GRUBBS
2108 S HESPERIDES ST
TAMPA, FL 33629-5537

97586   0021066-00   S#0003047
VAN WYCK CHECK CASHING CORP
ATTN: SANFORD HERMAN-VP
57 SO FRANKLIN STREET
HEMPSTEAD, NY 11550

97586   0001542-00   S#0010648
VANITY FAIR
PO BOX 53516
BOULDER, CO 80322-3516

97586   0001543-00   S#0003049
VANWYCK C/C
57 S FRANKLIN ST
HEMPSTEAD, NY 11550

97586   0072245-00   S#0002558
VARGHESE JOSEPH &
SOSAKUTTY JOSEPH JT TEN
19 EDWARDS ST
SPARKILL, NY 10976

97586   0001544-00   S#0000343
VARIETY INC
275 WASHINGTON ST
NEWTON, MA 02458

97586   0072246-00   S#0000452
VASILIKE ISAAK
37 PAQUETTE AVE
MANCHESTER, NH 03104

97586   0072247-00   S#0012205
VELIA ATCHLEY CUST
NICKOLAS W ATCHLEY
40 PLYMOUTH CIR
DALY CITY, CA 94015

97586   0072248-00   S#0000136
VERA CASSINELLI &
ALFRED CASSINELLI JTTEN
PO BOX 412
24 DEBBIE LANE
MILFORD, MA 01757

97586   0072249-00   S#0000137
VERA CASSINELLI &
JOSEPH A CASSINELLI JTTEN
PO BOX 412
24 DEBBIE LANE
MILFORD, MA 01757

97586   0072250-00   S#0012115
VERA V CLARK
4201 AKERS RD
BAKERSFIELD, CA 93313

97586   0072251-00   S#0013146
VERDA CHRYSLER CUST
NASEEM HAMIDE
250 152ND PL SE
BELLEVUE, WA 98007

97586   0066966-00   S#0012563
VERGEZ, KIMBERLY
2275 EUNICE ST
BERKELEY, CA 94709-1452

97586   0072252-00   S#0009633
VERGIL E KUHN
ROSE MARIE KUHN JT TEN
311 BOONE ST
TROY, MO 63379

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008    and sent to following creditors:

97586    0072253-00    S#0012644
VERN K KENDLE CUST
MELISSA K KENDLE
21746 NOONAN CT
CUPERTINO, CA 95014-5912

97586    0072254-00    S#0002892
VERONICA & DAVID SCHIRMACHER
JT TEN
35-36 79TH ST
JACKSON HEIGHTS, NY 11372

97586    0072255-00    S#0002750
VESEL SPAHIO &
LEMAN SPAHIO
1917 STILLWELL AVE
BROOKLYN, NY 11223-2414

97586    0072256-00    S#0005288
VESELKO VUKSIC
BOX 397
HIGH POINT, NC 27261

97586    0001548-00    S#0011371
VETERANS EMPLOYMENT JOURNAL
18533 ROSCOE BLVD
SUITE 176
NORTHRIDGE, CA 91324

97586    0072257-00    S#0009502
VICKI C JESSUP CUST
KELLI M JESSUP
40 ARABIAN SPUR
SPRINGFIELD, IL 62702

97586    0072258-00    S#0006504
VICKI DALTON CUST
JOSEPH RYAN DALTON
4193 DAY ST
PORT CHARLOTTE, FL 33948

97586    0072259-00    S#0011664
VICKI J WHITE CUST
FBO GILBERT A WHITE
252 PASEO MARQUERITA
VISTA, CA 92084

97586    0072260-00    S#0008537
VICKI J ZHE
6839 N FRANCIS RD
EVANSVILLE, WI 53536-9715

97586    0072261-00    S#0004867
VICKI L HUTCHINS
413 MEGAN CT
FREDERICK, MD 21702

97586    0072262-00    S#0008500
VICKI SAMSON CUST
DANIEL M SAMSON
229 W INDIAN CREEK CT
MILWAUKEE, WI 53217

97586    0072263-00    S#0001031
VICKI W CHEN
48 NANCE ROAD
WEST ORANGE, NJ 07052

97586    0072264-00    S#0012681
VICKIE L CHONG CUST
KURT A CHONG
4430 CALLE DE FARRO
SAN JOSE, CA 95118

97586    0072265-00    S#0007901
VICKIE L ROBERTSON CUST
MATTHEW ROBERTSON
49584 IRIS
UTICA, MI 48087-2519

97586    0072266-00    S#0007902
VICKIE L ROBERTSON CUST
MICHAEL A ROBERTSON
49584 IRIS
UTICA, MI 48087-2519

97586    0072267-00    S#0005627
VICKIE STEPHENS CUST
ROBERT L STEPHENS JR
3680 DONOVAN CT
DECATUR, GA 30034

97586    0072268-00    S#0008309
VICKY A ROBERTS CUST
DEREK J ROBERTS
1130 MATTHEWS HWY
CLINTON, MI 49236-0000

97586    0072269-00    S#0003825
VICKY M GIANOLA CUST
DEREK GIANOLA
901 W WALDHELM RD
PITTSBURGH, PA 15215-1838

97586    0072270-00    S#0007627
VICTOR A GOAD
10233 BRIXTON LN
FISHERS, IN 46038

97586    0072271-00    S#0007779
VICTOR A GOAD CSDN
FBO TRAVIS T GOAD
500 W FUSON RD
MUNCIE, IN 47302

97586    0072272-00    S#0012256
VICTOR CHOW
1621 CLAREMONT DRIVE
SAN BRUNO, CA 94066

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072273-00   S#0005580<br>VICTOR FINIZIO<br>1794 BAYTREE LANE<br>SURFSIDE BEACH, SC 29575-5291 | 97586   0072274-00   S#0012742<br>VICTOR G YEE CUST<br>JORDAN D YEE<br>1821 SCARBROUGH DR<br>LODI, CA 95240 | 97586   0072275-00   S#0006017<br>VICTOR H MCGREGOR CUST<br>ERIC H MCGREGOR<br>16050 DORA AVE<br>TAVARES, FL 32778-4940 |
| 97586   0072276-00   S#0005972<br>VICTOR L TUCKER JR &<br>KATHERINE S TUCKER JT TEN<br>68 CHIPPEWA DR<br>NICEVILLE, FL 32578 | 97586   0072277-00   S#0001235<br>VICTOR M LOBUE &<br>JANE LOBUE JT TEN<br>166 ROSALIE ST<br>MAYWOOD, NJ 07607 | 97586   0072279-00   S#0006374<br>VICTOR MOLINA C/F<br>JOSEPH DAVID MOLINA UTMA FL<br>610 NO ATLANTIC DR<br>LAUTANA, FL 33462 |
| 97586   0072278-00   S#0006373<br>VICTOR MOLINA C/F<br>RAFAEL FRANCIS MOLINA UTMA FL<br>610 N ATLANTA DR<br>LAUTANA, FL 33462 | 97586   0072280-00   S#0009050<br>VICTOR N GARCES &<br>REBECCA M GARCES<br>ACCT 2<br>1635 WASHINGTON<br>WILMETTE, IL 60091-2418 | 97586   0072281-00   S#0006318<br>VICTOR ROBERT CHAMPAGNE &<br>JEANNE CHAMPAGNE<br>268 SANDPIPER AVE<br>RYL PALM BEACH, FL 33411-2940 |
| 97586   0072282-00   S#0005756<br>VICTOR S FISHMAN &<br>AMY K FISHMAN<br>6851 ROSWELL RD NE<br>UNIT L 8<br>ATLANTA, GA 30328 | 97586   0072283-00   S#0001102<br>VICTOR S SLOAN &<br>SANDRA GONG<br>29 JACOBS LN<br>WESTFIELD, NJ 07090 | 97586   0072284-00   S#0001718<br>VICTOR SPIEGEL &<br>ANNABELLE SPIEGEL JT TEN<br>1 EAST MELBORN DRIVE<br>CRANBURY, NJ 08512-4754 |
| 97586   0072285-00   S#0011489<br>VICTOR TEMKIN &<br>SUSAN TEMKIN<br>JT TEN<br>11562 DONA EVITA DR<br>STUDIO CITY, CA 91604-4255 | 97586   0072286-00   S#0003149<br>VICTOR TRAGER &<br>CAROL TRAGER<br>JT TEN<br>558 HUNGRY HARBOR RD<br>NORTH WOODMERE, NY 11581-3604 | 97586   0072287-00   S#0002926<br>VICTOR WEISS CUST<br>BRIAN S VOLK-WEISS<br>141 GREENWAY SOUTH<br>FOREST HILLS, NY 11375-6824 |
| 97586   0072288-00   S#0002859<br>VICTOR WORTMAN CUST<br>SCOTT WORTMAN<br>212-02 16TH AVE<br>BAYSIDE, NY 11360 | 97586   0072289-00   S#0003799<br>VICTORIA A MOORE CUST<br>MARK A DRUGA<br>503 FANNIE ST EXT<br>MC DONALD, PA 15057 | 97586   0072290-00   S#0002231<br>VICTORIA BEVILACQUA<br>47 SHERIDAN COURT<br>STATEN ISLAND, NY 10306 |
| 97586   0072291-00   S#0005971<br>VICTORIA BOOLOS CUST<br>MATTHEW JAMES BOOLOS<br>146 LONG POINTE DR<br>MARY ESTHER, FL 32569 | 97586   0072292-00   S#0011525<br>VICTORIA C B SCALA<br>928 ASHWORTH PL<br>GLENDORA, CA 91741-1386 | 97586   0072293-00   S#0001897<br>VICTORIA DOLE C/F<br>ANTONIO DOLE UGMA NJ<br>8 MINSI ROAD<br>WHITEHOUSE STATIO, NJ 08889 |

**Debtor:**              Mafco Litigation Trust
**Description:**         Notice/Motion
**Mailing Number:**      0807A
**Notices Mailed By:**   08/01/2008   and sent to following creditors:

97586   0072294-00   S#0009459
VICTORIA L GRADY &
GREG R GRADY
JT TEN
444 S 6TH ST
CASEYVILLE, IL 62232-1314

97586   0072295-00   S#0009877
VICTORIA L PETERSEN &
BRADLEY PETERSON
7321 CUMING ST
LINCOLN, NE 68507-1034

97586   0072296-00   S#0005290
VICTORIA S SHIPMAN CUST
R BAXTER SHIPMAN UGTMA NC
1500 HEATHCLIFF RD
HIGH POINT, NC 27262-7453

97586   0072297-00   S#0013153
VICTORIA S SOMPPI CUST
IAN J SOMPPI
23631 5TH AVE W
BOTHELL, WA 98021-8526

97586   0072298-00   S#0013154
VICTORIA S SOMPPI CUST
IAN JOSEPH SOMPPI
23631 5TH AVE W
BOTHELL, WA 98021-8526

97586   0072299-00   S#0006251
VIDA MARIE MAUS CUST
MOLLY MARIE MAUS U FLORIDA UTTMA
2840 N E 24TH ST
FT LAUDERDALE, FL 33305

97586   0001551-00   S#0002164
VIDEO MONIT SERV OF AMERICA
ATTN: RENE SMITH
330 WEST 42ND ST
NEW YORK, NY 10036

97586   0001552-00   S#0011461
VIDEO SOFTWARE DEALERS ASSOC
16530 VENTURA BLVD
SUITE 400
ENCINO, CA 91436

97586   0072300-00   S#0011392
VIJAY K NARAYANAN
20058 TER COURT
SAUGUS, CA 91350-1270

97586   0021046-00   S#0002940
VIKING CRITERION CORP
55-30 46TH ST
MASPETH, NY 11378

97586   0072301-00   S#0007826
VIKKI MCTIGHE
24510 LAMBRECHT
EASTPOINTE, MI 48021

97586   0072302-00   S#0008817
VINCE BOURGAULT
615 SOUTH STATE ST
NEW ULM, MN 56073

97586   0072303-00   S#0005873
VINCENT A DECAPITE &
RONALD H WILDERMUTH
230 PELICAN AVE
DAYTONA BEACH, FL 32118

97586   0072304-00   S#0000792
VINCENT A PROCACCINI ACF CUST
MICHAEL CERRATO
37 LOCUST ST
TRUMBULL, CT 06611

97586   0072305-00   S#0000691
VINCENT A PROCACCINI CUST
ACF STEVEN V PROCACCINI
115 WILSON ST
FAIRFIELD, CT 06430

97586   0072306-00   S#0000687
VINCENT A PROCACCINI CUST
ACF TIMOTHY M PROCACCINI
115 WILSON ST
FAIRFIELD, CT 06430

97586   0072307-00   S#0010944
VINCENT C WAHLER CUST
DAVID WAHLER
708 RATON ST SE
ALBUQUERQUE, NM 87123

97586   0072308-00   S#0007349
VINCENT D VETRANO &
CAROLINE L VETRANO
2009 GROVEWOOD AVE
PARMA, OH 44134

97586   0072309-00   S#0000730
VINCENT DIBACCO
460 MARION AVENUE
PLANTSVILLE, CT 06479

97586   0072310-00   S#0001254
VINCENT DONATO CUST
SEAN V DONATO
128 VIVIAN AVE
EMERSON, NJ 07630-1029

97586   0072311-00   S#0003616
VINCENT GAUTIERI CUST
VINCENT M GAUTIERI
14 DEWEY AVE
BATAVIA, NY 14020-2906

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072312-00  S#0012291<br>VINCENT GONG<br>1448 PINE ST APT 303<br>SAN FRANCISCO, CA 94109-4720 | 97586   0072313-00  S#0004345<br>VINCENT J AVARESECUST<br>DERRICK AVARESE UGMA/PA<br>1221 CEDARS RD<br>COLLEGEVILLE, PA 19426 | 97586   0072314-00  S#0001725<br>VINCENT J DOBILAS<br>4803 FOX RUN DR<br>PLAINSBORO, NJ 08536-3446 |
| 97586   0072315-00  S#0004775<br>VINCENT J LOMBARDO CUST<br>SAMMY J LOMBARDO UMDUTMA<br>1002 BITTERSWEET CT<br>BALTIMORE, MD 21208 | 97586   0072316-00  S#0001192<br>VINCENT J SORCE JR &<br>LISA M SORCE JTTEN<br>36 UNIONVILLE AVE<br>SUSSEX, NJ 07461-2131 | 97586   0072317-00  S#0000971<br>VINCENT J SPALLUTO &<br>IRENE S SPALLUTO JT TEN<br>133 SHAW STREET<br>GARFIELD, NJ 07026 |
| 97586   0072318-00  S#0001277<br>VINCENT J SPINELLA JR<br>80 MOUNTAIN VIEW TER<br>HILLSDALE, NJ 07642-1020 | 97586   0072320-00  S#0001563<br>VINCENT L FERRER CUST<br>LANCE P FERRER<br>618 CROYDON DRIVE<br>CHERRY HILL, NJ 08003 | 97586   0072319-00  S#0001564<br>VINCENT L FERRER CUST<br>VINCENT M FERRER<br>618 CROYDON DR<br>CHERRY HILL, NJ 08003 |
| 97586   0072321-00  S#0004214<br>VINCENT LETTERIO &<br>KARRIE LETTERIO JTTEN<br>14 JASMINE RD<br>LEVITTOWN, PA 19056 | 97586   0072322-00  S#0010929<br>VINCENT M GALLEGOS<br>2136 GUN CLUB RD SW<br>ALBUQUERQUE, NM 87105-6467 | 97586   0072323-00  S#0002733<br>VINCENT MANCARELLA C/F<br>JOHN ANDERSEN UGMA CT<br>121 PROSPECT PL APT 4<br>BROOKLYN, NY 11217-2817 |
| 97586   0072324-00  S#0001340<br>VINCENT MOLINARI CUST<br>DOMINICK ERNEST MOLINARI<br>902 FLETCHER LAKE AVE<br>BRADLEY BEACH, NJ 07720 | 97586   0072325-00  S#0003019<br>VINCENT NICHOLAS DONATO<br>23 NICHOLAS AVE<br>EAST ROCKAWAY, NY 11518 | 97586   0072326-00  S#0002715<br>VINCENT PAUL LEONARD<br>8697 23RD AVE<br>BROOKLYN, NY 11214 |
| 97586   0072327-00  S#0005032<br>VINCENT R BEASLEY CUST<br>BRYCE S BEASLEY UTTMA VA<br>102 MT PONY ROAD<br>CULPEPER, VA 22701 | 97586   0072328-00  S#0002672<br>VINCENT R GAROFALO<br>1920-65TH ST<br>BROOKLYN, NY 11204 | 97586   0072329-00  S#0001166<br>VINCENT R NIGLIO<br>653 JACKSON AVE<br>WEST PATERSON, NJ 07424-3335 |
| 97586   0072330-00  S#0006388<br>VINCENT T DAMIANI<br>4887 ACORN DR<br>BOCA RATON, FL 33487 | 97586   0072331-00  S#0012160<br>VINCENT TAYLOR<br>14399 SILK OAK LN<br>MADERA, CA 93637 | 97586   0072332-00  S#0009166<br>VINCENT UZZARDO CUST<br>ANTHONY H UZZARDO<br>9046 W 92ND ST<br>HICKORY HILLS, IL 60457-1642 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0072333-00  S#0009183
VINCENT ZITELLO &
SHERRY ZITELLO
3120 PRAIRIE AVE
BROOKFIELD, IL 60513

97586    0072334-00  S#0003166
VINCENT ZURZOLO JR
424 BEACH 134TH ST
BELLE HARBOR, NY 11694

97586    0020279-00  S#0010230
VINYARD ENTERPRISES
ATTN: JOHN KEITH VINYARD-PRESIDENT
PO BOX 1156
MT PLEASANT, TX 75456-1156

97586    0072335-00  S#0000989
VIOLA AMARI
840 SEYMOUR AVE
LINDEN, NJ 07036

97586    0072336-00  S#0009677
VIOLA C GAMBILL
700 W 101ST TERR
KANSAS CITY, MO 64114-4239

97586    0072337-00  S#0006477
VIOLET C HUGHEY
117 BONNY SHORES DR
LAKELAND, FL 33801

97586    0072338-00  S#0000981
VIOLET MIKALOUSKAS
39 WILLOW TER
HOBOKEN, NJ 07030-2812

97586    0072339-00  S#0010722
VIRGENCITA T HAPP CUST
IAN H HAPP
BOX 2629
OROFINO, ID 83544

97586    0072340-00  S#0011617
VIRGINIA A RODGERS CUST
JOHNATHON D RODGERS
1445 SANTA FE DR
ENCINITAS, CA 92024

97586    0072341-00  S#0005574
VIRGINIA A YOUNG
310 BLACKWELL STREET
KINGSTREE, SC 29556

97586    0072342-00  S#0005698
VIRGINIA B DEAN CUST
PATRICK L DEAN
A MINOR UNDER LAWS OF GA
100 WELLS DR
ROME, GA 30162

97586    0072343-00  S#0007245
VIRGINIA BENJAMINS CUST FOR
MICHAEL G BENJAMINS
7412 DENNY AVENUE
NORTH RIDGEVILLE, OH 44039-4040

97586    0072344-00  S#0012600
VIRGINIA H COURNALE CUST
LARISSA M MARTINEZ
21 BAYVIEW TER
MILL VALLEY, CA 94941

97586    0072345-00  S#0012601
VIRGINIA H COURNALE CUST
MARIELLE DAWN BERNICE MARTINEZ
21 BAYVIEW TER
MILL VALLEY, CA 94941

97586    0072346-00  S#0004442
VIRGINIA J BREEDING &
BRETT J BREEDING JT TEN
1312 CYPRESS AVE
ELSMERE, DE 19805

97586    0072347-00  S#0010012
VIRGINIA K PARSONS CUST
MATTHEW CRAIG PARSONS
BOX 182
MOUNTAIN VIEW, AR 72560

97586    0072348-00  S#0002762
VIRGINIA LAWRENCE
354 HAWTHORNE STREET
BROOKLYN, NY 11225

97586    0072349-00  S#0004447
VIRGINIA MURANI CUST
GREGORY MURANI UT/DEUGTMA
316 MISTY VALVE DR
MIDDLETOWN, DE 19808

97586    0072350-00  S#0004124
VIRGINIA RANIERI CUST
THOMAS MICHAEL RANIERI
55 CARRIAGE DR
DOYLESTOWN, PA 18901-2275

97586    0072352-00  S#0008314
VIRGINIA T HAYDEN CUST
BRIAN MYAARD UMIUTMA
3108 143RD AVE
DORR, MI 49323

97586    0072351-00  S#0009013
VIRGINIA T HAYDEN CUST
EDWARD HENDRICKSON UILUTMA
16646 W APTAKISIC RD
PRAIRIE VIEW, IL 60069

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072353-00  S#0001003<br>VIRGINIA W KOLODNY CUST<br>GABRIEL A KOLODNY<br>83 MAPLEWOOD AVE<br>MAPLEWOOD, NJ 07040-1251 | 97586   0072354-00  S#0006390<br>VITO R DAMIANI &<br>ANN P DAMIANI JT TEN<br>4887 ACORN DR<br>BOCA RATON, FL 33487-2101 | 97586   0072356-00  S#0011005<br>VIVA REDDING CUST<br>ALYSSA MARIE LISAC<br>4351 LORETO DR<br>RENO, NV 89502-7502 |
| 97586   0072355-00  S#0011004<br>VIVA REDDING CUST<br>AMORA MICHELLE LEHMEN<br>4351 LORET DR<br>RENO, NV 89502-7502 | 97586   0072357-00  S#0011003<br>VIVA REDDING CUST<br>ASLEY CHRISTINE GANDER<br>4351 LORETO DR<br>RENO, NV 89502-7502 | 97586   0072358-00  S#0011002<br>VIVA REDDING CUST<br>AUSTIN GANDER<br>4351 LORETO DR<br>RENO, NV 89502-7502 |
| 97586   0072359-00  S#0011001<br>VIVA REDDING CUST<br>BRAIDEN JAMES BARLETT<br>4351 LORETO DR<br>RENO, NV 89502-7502 | 97586   0072360-00  S#0011000<br>VIVA REDDING CUST<br>MATTHEW GUNNAR REDDING<br>4351 LORETO DR<br>RENO, NV 89502-7502 | 97586   0072361-00  S#0010999<br>VIVA REDDING CUST<br>SIERRA NICOLE ANDERSON<br>4351 LORETO DR<br>RENO, NV 89502-7502 |
| 97586   0000815-00  S#0011082<br>VIVENDI UNIVERSAL GAMES<br>RE: KNOWLEDGE ADVENTURE INC<br>6060 CENTER DR FL 6<br>LOS ANGELES, CA 90045 | 97586   0072362-00  S#0000657<br>VIVIAN BUNTIN<br>3 WHALEHEAD DR<br>GALESFERRY, CT 06335-1226 | 97586   0072363-00  S#0011675<br>VIVIAN POOLE TTEE FBO<br>THE VIVIAN POOLE REVOCABLE<br>1236 BERYL ST<br>SAN DIEGO, CA 92109-2048 |
| 97586   0001030-00  S#0002119<br>VOLPE, NANCY ANN<br>7 WEST 87TH ST #3B<br>NEW YORK, NY 10024 | 97586   0001558-00  S#0002167<br>VOLTAGE VIDEO INC<br>1501 BROADWAY SUITE 900<br>NEW YORK, NY 10036 | 97586   0072364-00  S#0012924<br>VON L KLEINSMITH<br>1536 RUSHING ST<br>YUBA CITY, CA 95993-6803 |
| 97586   0072365-00  S#0008885<br>VON L LINDSAY<br>1500 MEMORY LN<br>KALISPELL, MT 59901-5109 | 97586   0072366-00  S#0005289<br>VUKSIC VUSELKO<br>PO BOX 397<br>HIGH POINT, NC 27261 | 97586   0072367-00  S#0010136<br>W A DOUGHERTY III C/F<br>AARON COUCH UGMA/TX<br>1919 CAMDEN WAY<br>CARROLLTON, TX 75007 |
| 97586   0072368-00  S#0007054<br>W DAVID SLAUGHTER<br>1602 ANNISTON DR<br>LEXINGTON, KY 40505 | 97586   0072369-00  S#0001393<br>W ERIC SANDOW CUST<br>WILLIAM W SANDOW<br>16 ROMA CT<br>LINCROFT, NJ 07738 | 97586   0072370-00  S#0011679<br>W FAYE MCCRAY<br>6966-19 PARK MESA WAY<br>SAN DIEGO, CA 92111 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586   0072371-00  S#0005346       97586   0072372-00  S#0004597       97586   0072373-00  S#0003563
W GLENN JOHNSON CUST                 W MARSHALL BARRETT                   W SCOTT MAYWALT CUST
WILLIAM BURGESS JOHNSON              8901 BARROWGALE COURT                COREY SCOTT MAYWALT
BOX 69                               POTOMAC, MD 20854-2590               PO BOX 119
LILLINGTON, NC 27546-0069                                                 WAMPSVILLE, NY 13163-0119


97586   0072374-00  S#0006723       97586   0072375-00  S#0006939       97586   0072376-00  S#0012157
W SELF RADCLIFF &                    W T OBRIEN III CUST                  W T THOMSON CUST
CATHERINE A RADCLIFF                 BRENNAN THOMAS OBRIEN MS/UGMA        SEAN M HARVEY
5013 W RIDGELAWN DR                  10 RAINTREE SOUTH                    2751 FREMONT
MOBILE, AL 36608-2440                NATCHEZ, MS 39120                    CLOVIS, CA 93611-6819


97586   0072377-00  S#0012158       97586   0021054-00  S#0001884       97586   0001564-00  S#0007796
W T THOMSON CUST                     WA CLEARY PRODUCTS                   WABASH COFFEE INC
SHELBY ANNE HARVEY                   1049 ROUTE 27                        PO BOX 576
2751 FREMONT                         PO BOX 10                            VINCENNES, IN 47591
CLOVIS, CA 93611-6819                SOMERSET, NJ 08875


97586   0072378-00  S#0010526       97586   0072379-00  S#0009893       97586   0072380-00  S#0005799
WADE BARTON                          WADE M MCMANUS                      WADE SMITH
1809 CHURCHILL CV                    2115 LEMON ST                       RTE 1 BOX 332
CEDAR PARK, TX 78613-7164            METAIRIE, LA 70001                  HULL, GA 30646


97586   0072381-00  S#0012328       97586   0072382-00  S#0012926       97586   0001359-00  S#0005394
WALDEN WONG                          WALLACE W CHRISTY &                 WALLACE, SHERRYLYN F
451 42ND AVENUE                      KATHERINE M CHRISTY TEN COM         14 KNIGHTSBRIDGE CT
SAN FRANCISCO, CA 94121              4200 JANE ST                        DURHAM, NC 27707
                                     REDDING, CA 96002


97586   0000024-00  S#0000810       97586   0072383-00  S#0013280       97586   0072384-00  S#0010517
WALLENTA, ADAM                       WALLY LUM                           WALLY PEREZ CUST
20 WASHINGTON DR                     BOX 28                              IAN PEREZ
MIDDLEBURY, CT 06762-3414            ORCAS, WA 98280                     5802 SHAMROCK
                                                                         CORPUS CRISTI, TX 78412


97586   0072385-00  S#0009608       97586   0072386-00  S#0007378       97586   0072387-00  S#0009553
WALT JASCHEK                         WALTER A BEAVERS &                  WALTER A YUNG
6012 COLUMBIA DR                     CATHERINE A BEAVERS                 BOX 399
ST LOUIS, MO 63139                   6470 SOUTHVIEW DR                   ST LOUIS, MO 63042-0399
                                     CLINTON, OH 44216-9414


97586   0072388-00  S#0004178
WALTER ADAMS
2950 QUINCY TURN
BEN SALEM, PA 19020
```

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008   and sent to following creditors:

97586   0072389-00  S#0012237
WALTER D COFFMAN &
DAWN M COFFMAN
1250 VIRGINIA AVE
REDWOOD CITY, CA 94061-2052

97586   0072390-00  S#0009618
WALTER E WILSON &
SUZANNE H WILSON
3000 PERSIMMON DR
ST CHARLES, MO 63301

97586   0072391-00  S#0010245
WALTER EVANS BENNETT
BOX 171136
ARLINGTON, TX 76003

97586   0001569-00  S#0011838
WALTER FOSTER PUBLISHING
23062 LA CADENA DR
LAGUNA HILLS, CA 92653

97586   0072393-00  S#0001466
WALTER FRIEDEL &
DOROTHY FRIEDEL JT TEN
3 WALDEN LN
DENVILLE, NJ 07834-1326

97586   0072394-00  S#0003523
WALTER G MAHUNIK &
SABINE E MAHUNIK JT TEN
3719 SNOWDROP RD
BALDWINSVILLE, NY 13027-9205

97586   0072396-00  S#0001100
WALTER GOODYEAR
BOX 1217
UNION CITY, NJ 07087-1217

97586   0072395-00  S#0001099
WALTER GOODYEAR
PO BOX 1217
UNION CITY, NJ 07087

97586   0072397-00  S#0003742
WALTER J KARTES
3588 DEWEY AVE
ROCHESTER, NY 14616-3020

97586   0072398-00  S#0003741
WALTER J KARTES CUST
JOHN DAVID STANDING
3588 DEWEY AVE
ROCHESTER, NY 14616-3020

97586   0072399-00  S#0009522
WALTER L POOLE JR
344 SOUTH WALNUT
DUQOIN, IL 62832

97586   0072400-00  S#0009619
WALTER LAWRENCE WILSON
3000 PERSIMMON DR
ST CHARLES, MO 63301

97586   0072401-00  S#0006229
WALTER MAKOWSKI CUST
MICHAEL DAVID MAKOWSKI
10355 SW 112 ST
MIAMI, FL 33176

97586   0072402-00  S#0003863
WALTER PAWLOUSKY
116 KENTZEL ROAD
PITTSBURGHE, PA 15237-2816

97586   0072403-00  S#0008751
WALTER R HANSON
4354 N QUEEN AVE
MINNEAPOLIS, MN 55412-1106

97586   0072404-00  S#0012375
WALTER R MILLER &
BERNICE V MILLER JTTEN
609 29TH AVE
SAN MATEO, CA 94403

97586   0072405-00  S#0008087
WALTER STACEY &
GLORIA STACEY
JT TEN
3080 ALBANY DR
STERLING HEIGHTS, MI 48310-2926

97586   0072406-00  S#0011422
WALTER T MILLER JR CUST
TAYLOR ANTHONY MILLER
3703 VIA DEL PRADO
WOODLAND HILLS, CA 91364

97586   0072407-00  S#0008086
WALTER T STACEY CUST
RYAN W STACEY
3080 ALBANY DR
STERLING HEIGHTS, MI 48310-2926

97586   0072408-00  S#0003052
WALTER TRIMBLE &
LE THI TRIMBLE
58 GILROY AVE
UNIONDALE, NY 11553

97586   0000078-00  S#0011460
WALTON, ANDREW
16633 VENTURA F/1240
ENCINO, CA 91436

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0072409-00    S#0006884
WAN HUA 'MONICA' FONG
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586    0072410-00    S#0005180
WANDA B VALENTINE CUST
CHRISTOPHER JACOB VALENTINE
6113 GATESGREEN DR
CHESTERFIELD, VA 23832

97586    0072411-00    S#0000782
WANDA RUIZ
1094 IRANISTAN AVE
BRIDGEPORT, CT 06604

97586    0072412-00    S#0012782
WARD ELLIOT CHAPLIN
P.O. BOX 5527
SANTA ROSA, CA 95402

97586    0072413-00    S#0002908
WARDEN NG
41-95 FORLEY STREET
FLUSHING, NY 11373

97586    0072414-00    S#0005890
WARREN A SHAW &
THEADORA A SHAW
JT TEN
BOX 577
ORANGE SPRINGS, FL 32182-0577

97586    0072415-00    S#0010434
WARREN BRET WARD
127 SECOND STREET
SUGAR LAND, TX 77478

97586    0072416-00    S#0013522
WARREN BURY
C/O MIDLAND WALWYN CAPITAL INC
500-2005 SHEPPARD AVENUE EAST
WILLOWDALE, ON M2J 5B4
CANADA

97586    0001572-00    S#0009126
WARREN GORHAM & LAMONT
PO BOX 4302
CAROL STREAM, IL 60197-4302

97586    0072417-00    S#0000235
WARREN GROVE LIZIO
51 UNION PARK
BOSTON, MA 02118

97586    0072418-00    S#0000828
WARREN H SCHUTT
5 FAWN RD
BETHEL, CT 06801-2717

97586    0072419-00    S#0001425
WARREN HENRY ABRAHAMSEN
50 HENRY DRIVE
MIDDLETOWN, NJ 07748

97586    0072420-00    S#0007285
WARREN P COLEMAN CUST
PALMER D COLEMAN
18136 CLIFTON RD
LAKEWOOD, OH 44107

97586    0072421-00    S#0009213
WARREN P RUTISHAUSER CUST
BRANT W RUTISHAUSER
124 FERNWOOD RD
BOULDER HILL, IL 60538

97586    0072422-00    S#0011851
WARREN POMPEI CUST
SARAH PIKE
417 C VIA LIDO SOUD
NEWPORT BEACH, CA 92663-4929

97586    0072423-00    S#0008842
WARREN REDMOND CUST
FOR IAN REDMOND SD UTMA
1403 N WASHINGTON
ABERDEEN, SD 57401

97586    0072424-00    S#0006384
WARREN REECE
15449 LAKES OF DELRAY BLVD WIT
DELRAY BEACH, FL 33484

97586    0020718-00    S#0013318
WASHINGTON, STATE OF
DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA, WA 98504-4170

97586    0021108-00    S#0002618
WASTE MANAGEMENT OF LNG ISLAND
1827 GILFORD AVE
NEW HYDE PARK, NY 11040

97586    0072425-00    S#0002818
WASYL BILYK &
DIANE BILYK JTTEN
120 NORFOLK STREET
BROOKLYN, NY 11235

97586    0001576-00    S#0012280
WATSON & LEVY - #06592-06216
BANK OF AMERICA
555 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94104-1503

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0069478-00  S#0010531
WAUGH, PAUL
1004 FOREST BLUFF TRL
ROUND ROCK, TX 78664-3908

97586    0072426-00  S#0002906
WAYLAND NG
41-95 FORLEY STREET
FLUSHING, NY 11373

97586    0072427-00  S#0007622
WAYNE A FICKERT &
MARCELLA M FICKERT
994 STRABLE RD
ROCKFORD, OH 45882

97586    0072428-00  S#0004783
WAYNE A FRITZE CUST
JILLIAN R FRITZE
314 WOODLAWN RD
BALTIMORE, MD 21210

97586    0072429-00  S#0009929
WAYNE BREAUX
404 ST JOSEPH
RACELAND, LA 70394

97586    0072430-00  S#0010539
WAYNE C FIELDS C/F
MATTHEW C FIELDS UGMA TX
8902 TEXAS SUN DR
AUSTIN, TX 78748-6307

97586    0072431-00  S#0003663
WAYNE D SCHIFFHAUER
3258 SENECA ST
APT 7-5
WEST SENECA, NY 14224-2754

97586    0072432-00  S#0003066
WAYNE ELLIOT CUST
ANDREW ELLIOTUGMA/NY
240 JOHN ST
NORTH LAWRENCE, NY 11559

97586    0072433-00  S#0006580
WAYNE F FUCHS
2020 WORLD PKWY BLVD 54
CLEAR WATER, FL 34623-3637

97586    0072434-00  S#0011033
WAYNE GASH
BOX 21671
CARSON CITY, NV 89721

97586    0072435-00  S#0003810
WAYNE H ZEHNER
203E EUGENE AVE
MUNHALL, PA 15120

97586    0072436-00  S#0007927
WAYNE HOLMES MACVEY
1509 HARBROOKE
ANN ARBOR, MI 48103

97586    0072437-00  S#0004211
WAYNE J KAUFHOLD
65 HALS DR
UPPER HOLLAND, PA 19053-1519

97586    0072438-00  S#0009864
WAYNE L FRITZ
816 N 123RD COURT
OMAHA, NE 68154

97586    0072439-00  S#0010538
WAYNE PAINTER
2671 PIPING ROCK TRAIL
AUSTIN, TX 78748

97586    0072440-00  S#0001354
WAYNE PASSOFF CUST
FBO LAUREN DANA PASSOFF
10 STATION ST
ENGLISHTOWN, NJ 07726-4005

97586    0072441-00  S#0007241
WAYNE PRECHTEL &
MARY JO PRECHTEL
43925 RUSSIA RD
ELYRIA, OH 44035

97586    0072442-00  S#0013609
WAYNE RAYMOND MILLS
11539 79A AVENUE
DELTA, BC V4C 1V6
CANADA

97586    0072443-00  S#0002873
WAYNE RODNEY CARTER
67-55B 193 LANE APT 1B
FRESH MEADOWS QUE, NY 11365

97586    0072444-00  S#0012978
WAYNE S SHIMIZU
4890 STEVEN RD
KAPAA, HI 96746

97586    0072445-00  S#0011519
WAYNE WARREN SCHREIB CUST
ZACHARY WARREN SCHREIB UCAUTMA
8598 WILLOW DR
RCH CUCAMONGA, CA 91730-4630

97586    0000944-00  S#0005333
WEBB, MATT
305 GILMORE ROAD
CHAPEL HILL, NC 27516

97586    0001578-00  S#0001995
WEBSOURCE
161 AVENUE OF THE AMERICAS 3RD
NEW YORK, NY 10013

97586    0072446-00  S#0000233
WEBSTER LITHGOW CUST
GLENN HAROLD LITHGOW
223 COMMONWEALTH AVE
BOSTON, MA 02116

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

```
97586   0001580-00  S#0003759
WEGMANS FOOD MARKETS
PO BOX 844
ROCHESTER, NY 14692


97586   0000608-00  S#0001261
WEINSTEIN, GRACE W
8 BRAYTON ST
ENGLEWOOD, NJ 07631


97586   0072448-00  S#0011399
WELDON CASEY
CUST CYNTHIA WELDON
23962 VIA ONDE
VALENCIA, CA 91355


97586   0072451-00  S#0012987
WENDELL M ASUKA
2141 AUHULU STREET
PEARL CITY, HI 96787


97586   0072454-00  S#0001493
WENDY EVELYN DEROSE CUST
JOSEPH ANTHONY DEROSE JR
127 MCKINLEY PL
ROCKAWAY TNSHP, NJ 07866-2420


97586   0072457-00  S#0010129
WENDY HELLER CUST
SETH COHEN
9 CEDAR CREEK
SHAWNEE, OK 74801


97586   0072460-00  S#0012360
WENDY LEIGH MASSING
227 SEALE AVENUE
PALO ALTO, CA 94301


97586   0072463-00  S#0012446
WENDY MOSS
31196 FAIRCLIFF ST
HAYWARD, CA 94544-7444
```

```
97586   0001581-00  S#0001793
WEIDELI ASSOCIATES INC
23 FOREST AVENUE
BRIDGEWATER, NJ 08807


97586   0000657-00  S#0004818
WEINSTEIN, HOWARD L
7814 EDMUNDS WY
ELKRIDGE, MD 21227


97586   0072449-00  S#0004591
WENDA J ALINABO
8901 BARROWGATE COURT
POTOMAC, MD 20854


97586   0072452-00  S#0011636
WENDY ARFORD
11957 ROCOSCO RD
LAKESIDE, CA 92040


97586   0072455-00  S#0002600
WENDY FRIEDMAN CUST
ALEXANDER MICHAEL FRIEDMAN
55 WARWICK RD
GREAT NECK, NY 11023-1626


97586   0072458-00  S#0004870
WENDY L MOCK
6901 DOUBLEBRAND CT
FREDERICK, MD 21703


97586   0072461-00  S#0005005
WENDY MCGANN JOHN CUST
DAVID FALCON JOHN U/VA/UTMA
3619 TRINITY DRIVE
ALEXANDRIA, VA 22304


97586   0072464-00  S#0003124
WENDY ROSENGARTEN CUST
FBO RYAN HARRIS ROSENGARTEN
46 DEEPWOOD RD
EAST HILLS, NY 11577
```

```
97586   0072447-00  S#0009217
WEILONG CHIANG CUST
ERIC B CHIANG
1368 MIDDLEBURG RD
NAPERVILLE, IL 60540


97586   0000398-00  S#0012288
WEISS, DEBORAH
1601 PACIFIC AVE APT 207
SAN FRANCISCO, CA 94109


97586   0072450-00  S#0004803
WENDELL G RAYBURN CUST
TAYLOR E RAYBURN
305 WENDOVER RD
BALTIMORE, MD 21218-1128


97586   0072453-00  S#0011309
WENDY D WEINER
634 W SIERRA MADRE BLVD G
SIERRA MADRE, CA 91024


97586   0072456-00  S#0004239
WENDY GREENFIELD CUST
JASON GREENFIELD
1338 PROSPECT HILL RD
VILLANOVA, PA 19085-2146


97586   0072459-00  S#0012314
WENDY LEE CHI
2015 WAWONA ST
SAN FRANCISCO, CA 94116-2949


97586   0072462-00  S#0005006
WENDY MCGANN JOHN CUST
STEVEN CHISHOLM JOHN U/VA/UTMA
3619 TRINITY DRIVE
ALEXANDRIA, VA 22304


97586   0072465-00  S#0007716
WENDY S ANDERSON CUST
NICHOLAS O GARCIA
29931 CARDINAL AVE
ELKHART, IN 46516-1339
```

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0072466-00   S#0006252<br>WENDY SMITH MCGAUGH &<br>M HAMILTON SMITH<br>5990 NE 22ND WAY<br>FORT LAUDERDALE, FL 33308 | 97586    0072467-00   S#0002202<br>WENDY SNYDER CUST<br>SCOTT SNYDER<br>1150 FIFTH AVE<br>APT 9 A<br>NEW YORK, NY 10128-0724 | 97586    0072468-00   S#0000002<br>WENDY TARAPANI CUST<br>ABRAHAM TARAPANI UGTMA<br>BOX 8329<br>ST THOMAS, VI 00801 |
| 97586    0072469-00   S#0011731<br>WENDY WAIKING WONG CUST<br>DANIEL YEESOON WONG UTMA CA<br>PO BOX 19273<br>SAN DIEGO, CA 92159 | 97586    0072470-00   S#0009537<br>WENDY WAX CUST<br>STEPHEN WAX<br>14217 DINSMOOR DR<br>CHESTERFIELD, MO 63017 | 97586    0000364-00   S#0002078<br>WERTHER, DANIEL J<br>8 EAST 75TH ST #3<br>NEW YORK, NY 10021 |
| 97586    0072471-00   S#0012141<br>WESLEY A JONES<br>44910 18TH ST WEST<br>LANCASTER, CA 93534 | 97586    0072472-00   S#0006697<br>WESLEY E MANSHIP<br>3903 GRUNDEN DR<br>HUNTSVILLE, AL 35805 | 97586    0072473-00   S#0011768<br>WESLEY K SASANO<br>5765 YARBOROUGH DRIVE<br>RIVERSIDE, CA 92505 |
| 97586    0072474-00   S#0013572<br>WESLEY T MALIN<br>BOX 302<br>GAINSBOROUGH, SK S0C 0Z0<br>CANADA | 97586    0000802-00   S#0009177<br>WEST, KEVIN J<br>18 SHELL CT<br>OSWEGO, IL 60503 | 97586    0066745-00   S#0010283<br>WESTPHAL, BRIAN KELLY<br>803 CHAPPEL DR<br>DENTON, TX 76205-8903 |
| 97586    0020393-00   S#0005393<br>WHEELER, JAMES E<br>2906 ALABAMA AVE<br>DURHAM, NC 27705 | 97586    0072475-00   S#0012776<br>WHITNEY CHING<br>11409 26 MILES RD<br>OAKDALE, CA 95361 | 97586    0021120-00   S#0001081<br>WHITTAKER CLAK & DANIELS INC<br>1000 COOLIDGE ST<br>SOUTH PLAINFIELD, NJ 07080 |
| 97586    0001585-00   S#0002067<br>WIDE WORLD PHOTOS INC<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | 97586    0000989-00   S#0005295<br>WIERINGO, MICHAEL LANCE<br>121 N CHURTON ST<br>HILLSBOROUGH, NC 27278 | 97586    0072476-00   S#0012013<br>WILBERN K JONES &<br>DOLORES A JONES<br>919 SALEM DR<br>HANFORD, CA 93230-1528 |
| 97586    0072477-00   S#0005276<br>WILBERT B SAMUEL JR<br>3750 SAWYER DR<br>WINSTON SALEM, NC 27105 | 97586    0072478-00   S#0004245<br>WILBERT S MILLER CUST<br>CASPAR S MILLER<br>435 ATHENS AVE<br>WYNNEWOOD, PA 19096 | 97586    0072479-00   S#0004246<br>WILBERT S MILLER CUST<br>SEBASTIAN B W MILLER<br>435 ATHENS AVE<br>WYNNEWOOD, PA 19096 |
| 97586    0072480-00   S#0005277<br>WILBERT SAMUEL SR<br>3750 SAWYER DRIVE<br>WINSTON SALEM, NC 27105 | 97586    0072481-00   S#0011442<br>WILDER FERGUSON- JACOB<br>14242 BURBANK BLVD D<br>SHERMAN OAKS, CA 91401-4937 | 97586    0072482-00   S#0011443<br>WILDER FERGUSON-JACOB<br>14242 BURBANK BLVD D<br>SHERMAN OAKS, CA 91401-4937 |

**Debtor:**            Mafco Litigation Trust
**Description:**       Notice/Motion
**Mailing Number:**    0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0072483-00    S#0005802
WILEY J JONES
112 N CASTLE DR
DALTON, GA 30720

97586    0072484-00    S#0000501
WILFRED R TROTTIER
322 LINCOLN ST
SACO, ME 04072

97586    0001586-00    S#0001964
WILHELMINA MODELS INC
300 PARK AVENUE SOUTH
NEW YORK, NY 10010

97586    0072485-00    S#0001217
WILIAM F VERIGAN CUST
WILLIAM R VERIGAN
155 NANCY LANE
WYCKOFF, NJ 07481-2522

97586    0072486-00    S#0005299
WILLAIM DAVID COOK CUST
MICHAEL BRANDON YWASKEVIC
321 BARRINGTON PARK LANE
KERNERSVILLE, NC 27284-8367

97586    0072487-00    S#0004425
WILLARD E HEUSER
831 S DUPONT HWY
NEW CASTLE, DE 19720-4610

97586    0072488-00    S#0006048
WILLARD F GATES &
ROSEMARY C GATES
6540 FAIRWAY HILL CT
ORLANDO, FL 32835-5740

97586    0072489-00    S#0005828
WILLIAM A DOWELL &
KAYE DOWELL JT TEN
BOX 10133
SAVANNAH, GA 31412-0333

97586    0072490-00    S#0001056
WILLIAM A EARLE CUST
RYAN P EARLE
272 CARMITA AVE
RUTHERFORD, NJ 07070-1929

97586    0072491-00    S#0004219
WILLIAM A GHAUL
101 WOODHILL LANE
MEDIA, PA 19063

97586    0072492-00    S#0005795
WILLIAM A HOLLIS III
SUNDAY P HOLLIS JT TEN
6415 PARADISE POINT RD
FLOWERY BRANCH, GA 30542

97586    0072493-00    S#0007653
WILLIAM A J PEDDIE JR C/F
MATTHEW E J PEDDIE UGMA IN
361 N BAZIL AVENUE
INDIANAPOLIS, IN 46219

97586    0072494-00    S#0004520
WILLIAM A MC MANUS
15205 ENDICOTT DRIVE
BOWIE, MD 20716

97586    0072495-00    S#0009967
WILLIAM A MILLS
10455 CINQUEFOIL
BATON ROUGE, LA 70816

97586    0072496-00    S#0001589
WILLIAM A MOOR
38A TANNER ST
HADDONFIELD, NJ 08033-2420

97586    0072497-00    S#0010076
WILLIAM A ROSS CUST
CARL A ROSS
21 KETCH CREEK DR
LAWTON, OK 73501-9321

97586    0072498-00    S#0000362
WILLIAM A THEROUX &
KATHRYN M THEROUX JTTEN
433 RAY STREET
FALL RIVER, MA 02720

97586    0072499-00    S#0007423
WILLIAM A TUCCIARONE
365 SCOTT ST
HUBBARD, OH 44425

97586    0072500-00    S#0012173
WILLIAM A YOUPEL
1261 W SIERRA
FRESNO, CA 93711-2035

97586    0072501-00    S#0005390
WILLIAM ALLISON HAYNES CUST
JOSHUA PERERA HAYNES
2203 S HI DR
DURHAM, NC 27703-6146

97586    0072502-00    S#0005060
WILLIAM ANDREW WALTHER
220 SHERWOOD FRST
WILLIAMSBURG, VA 23188-6826

97586    0072503-00    S#0001816
WILLIAM AUER II &
MARY F AUER JTTEN
1103 WOODHAVEN DR
EDISON, NJ 08817

97586    0072506-00    S#0009729
WILLIAM B ALLEN
21144 HWY 17N
WAYNESVILLE, MO 65583-3390

97586    0072504-00    S#0001909
WILLIAM B ALLEN
C M R 416 BOX 987
APO, AE 09140

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072508-00   S#0001908
WILLIAM B ALLEN JR
C/F WILLIAM B ALLEN UGMA AE
C M R 416 BOX 987
APO, AE 09140

97586   0072512-00   S#0006366
WILLIAM B HALL CUST
MICHAEL W HALL
284 FLAMINGO PT S
JUPITER, FL 33458-8348

97586   0072513-00   S#0010204
WILLIAM B HILL
6823 WOODLAND DR
DALLAS, TX 75225

97586   0072514-00   S#0004058
WILLIAM B RONALDS CUSTODIAN
DUNCAN HUGH RONALDS
306 W LAUREL AVENUE
PEN ARGYL, PA 18072-1021

97586   0072515-00   S#0011428
WILLIAM B ROSS
22533 CALVERT ST
WOODLAND HILLS, CA 91367

97586   0072516-00   S#0005870
WILLIAM B SCOGGINS
1732 E CALL ST
STARKE, FL 32091-3627

97586   0072517-00   S#0000286
WILLIAM BAILEY EISENHAUER
26 SOLOMON PEIRCE RD
LEXINGTON, MA 02173

97586   0072518-00   S#0003632
WILLIAM BIGHAM CUST
KENNETH CHARLES BIGHAM
188 ROBINSON ST
NORTH TONAWANDA, NY 14120

97586   0072519-00   S#0005862
WILLIAM BLACK
BOX 2901
ORANGE PARK, FL 32067 32067

97586   0072520-00   S#0010854
WILLIAM BRADLEY HOLLEY CUST
BILL HOLLEY
11020 N 73RD ST
SCOTTSDALE, AZ 85260-6402

97586   0072521-00   S#0005322
WILLIAM BURGESS JOHNSON
BOX 1700
BUIES CREEK, NC 27506

97586   0072522-00   S#0004089
WILLIAM BURKE CUST
JONATHAN W BURKE
810 COLUMBUS AVE
BLAKELY, PA 18447-1220

97586   0072523-00   S#0009129
WILLIAM C LANE JR
1820 CHICAGO AVE #4037
EVANSTON, IL 60201-3884

97586   0072525-00   S#0007982
WILLIAM C MANASCO CUST
DEANNA JEAN MANASCO
1256 CHARLESTON CT
NORTHVILLE, MI 48167

97586   0072524-00   S#0007866
WILLIAM C MANASCO CUST
HARMONY LEE MANASCO
1256 CHARLESTON CT
NORTHVILLE, MI 48067

97586   0072526-00   S#0007983
WILLIAM C MANASCO CUST
HEATHER MARIE MANASCO
1256 CHARLESTON CT
NORTHVILLE, MI 48167

97586   0072527-00   S#0011416
WILLIAM C SHAW CUST
NATHANIEL SHAW
1653 VISTA OAKS WAY
WESTLAKE, CA 91361-1549

97586   0072528-00   S#0002969
WILLIAM CANDIANO JR
155-22 84TH ST
HOWARD BEACH, NY 11414

97586   0072529-00   S#0000968
WILLIAM CHANG
273 MCLOUD DR
FORT LEE, NJ 07024

97586   0072530-00   S#0001922
WILLIAM CHIN &
YOU LAI CHIN JT TEN
10 MONROE ST APT GK-11
NEW YORK, NY 10002

97586   0072531-00   S#0005605
WILLIAM CHRISTOPHER GEORGE
2019 MIDDLETON PL
ROCK HILL, SC 29732

Debtor:                Mafco Litigation Trust
Description:           Notice/Motion
Mailing Number:        0807A
Notices Mailed By:     08/01/2008   and sent to following creditors:

97586    0072532-00   S#0009219
WILLIAM D BRAUER
1540 WATERFORD RD
N AURORA, IL 60542-1753

97586    0072533-00   S#0009302
WILLIAM D BURKE
9746 S LEAVITT
CHICAGO, IL 60643

97586    0072534-00   S#0011518
WILLIAM D COOMBS
115 N DARFIELD AVE
COVINA, CA 91724-3165

97586    0072535-00   S#0005747
WILLIAM D ETHERIDGE JR
680 GLADSTONE RD NW
ATLANTA, GA 30318-1710

97586    0072536-00   S#0009011
WILLIAM D ISHERWOOD
19 DUKES LANE
LINCOLNSHIRE, IL 60069

97586    0072537-00   S#0006888
WILLIAM D KRAG CUST
KRYSTLE DAWN KRAG
4999 LAKE VILLA COVE
MEMPHIS, TN 38125

97586    0072538-00   S#0001467
WILLIAM D MC HUGH &
KAY A MC HUGH JT TEN
6 WALDEN LANE
DENVILLE, NJ 07834-1327

97586    0072539-00   S#0012632
WILLIAM D MCGILL
1088 FEWTRELL DR
CAMPBELL, CA 95008

97586    0072540-00   S#0005743
WILLIAM D MUNRO C/F
ANDREW D MUNRO A MINOR
935 DREWRY ST
ATLANTA, GA 30306

97586    0072541-00   S#0002685
WILLIAM D TAYLOR JR
9115 RIDGE BLVD. APT 1E
BROOKLYN, NY 11209

97586    0072542-00   S#0006758
WILLIAM D WRIGHT JR
750 LAKE HILL CIRCLE
LEWISBURG, TN 37091

97586    0072543-00   S#0012266
WILLIAM E ADRIAN &
MARY E ADRIAN
1033 BLAIR AVE
SUNNYVALE, CA 94087-1011

97586    0072544-00   S#0000766
WILLIAM E AVERY
BOX 27230
WEST HAVEN, CT 06516-8230

97586    0072545-00   S#0008495
WILLIAM E BELL II
4027 N 62ND ST
MILWAUKEE, WI 53216

97586    0072546-00   S#0006454
WILLIAM E COLEMAN &
CAROLE COLEMAN
BOX 17491
TAMPA, FL 33682-7491

97586    0072547-00   S#0005963
WILLIAM E FARABAUGH CUSTODIAN
LUKE W FARABAUGH UTMA/FL
1 102 CANDLEWOOD COURT
PENSACOLA, FL 32514

97586    0072548-00   S#0007472
WILLIAM E FAST
RTE 1 BOX 1623
ASHLAND, OH 44805

97586    0072549-00   S#0007470
WILLIAM E FAST &
DANA L FAST JTTEN
BOX 1623
RT 1 RD 1323
ASHLAND, OH 44805

97586    0072550-00   S#0012889
WILLIAM E FITTIPOLDI
8795 LA RIVIERA #194
SACRAMENTO, CA 95826

97586    0072551-00   S#0000783
WILLIAM E HORVATH &
BEATRICE T HORVATH
54 GROVE ST
BRIDGEPORT, CT 06605

97586    0072552-00   S#0009803
WILLIAM E JOHNSON
BOX 49522
WICHITA, KS 67201

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586    0072553-00   S#0009347
WILLIAM E KESSLING &
BEVERLY J KESSLING JT TEN
1781 IRON SPRINGS RD
FRANKLIN GROVE, IL 61031

97586    0072554-00   S#0003393
WILLIAM E KORDYJAK
35 GORSKI ST
AMSTERDAM, NY 12010

97586    0072555-00   S#0007690
WILLIAM E LIEBERMAN &
CHRISTINE LIEBERMAN JT TEN
8307 CLINE AVE
CROWN POINT, IN 46307

97586    0072556-00   S#0009992
WILLIAM E LUDWIG
1404 OLIVER
STUGGART, AR 72160

97586    0072557-00   S#0004143
WILLIAM E MYERS
761 MORNINGLORY DRIVE
SOUTH HAMPTON, PA 18966

97586    0072558-00   S#0008621
WILLIAM E SNEARLY CUST
WILLIAM A SNEARLY  UGMA WI
720 POWERS ST
OSHKOSH, WI 54901

97586    0072559-00   S#0010437
WILLIAM E YORK CUST
DANIEL TAYLOR YORK
11 BISHOP CT
SUGAR LAND, TX 77479-2993

97586    0072560-00   S#0011220
WILLIAM EDWARD JOHNSON
1144 17TH ST
SANTA MONICA, CA 90403-5534

97586    0072561-00   S#0011841
WILLIAM EDWARD STOVALL
26856 OAK HOLLOW RD
LAGUNA HILLS, CA 92653-7510

97586    0072562-00   S#0006857
WILLIAM ERIC TIMMONS
359 CARRIAGE CT APT 304
CORDOVA, TN 38118-9022

97586    0072563-00   S#0006515
WILLIAM F CANNON CUST
MICHAEL I CANNON
4206 60TH ST CT W
BRADENTON, FL 34209

97586    0072564-00   S#0010879
WILLIAM F MYERS
8642 N 78TH AVE #5
PEORIA, AZ 85345

97586    0072565-00   S#0000013
WILLIAM F MYERS III
17 MALLARD CIRCLE
AGAWAM, MA 01001

97586    0072566-00   S#0003000
WILLIAM F RYAN
336 BEEBE RD
MINEOLA, NY 11501-1108

97586    0072567-00   S#0010510
WILLIAM F SIMS &
GINA S SIMS
6342 REGENCY LANE
SAN ANTONIO, TX 78249

97586    0072568-00   S#0010511
WILLIAM F SIMS CUST
GEORGE W SIMS
6342 REGENCY LANE
SAN ANTONIO, TX 78249

97586    0072569-00   S#0000135
WILLIAM FERRELLI
169 WEST ST
PO BOX 51
MILFORD, MA 01757

97586    0072570-00   S#0007846
WILLIAM G BENOIT &
PHYLLIS H BENOIT JT TEN
41605 CONNIES CT
CLINTON TWP, MI 48038

97586    0072571-00   S#0003420
WILLIAM G KARABIN CUST
DANIEL W KARABIN
803 23RD ST
WATERVLIET, NY 12189

97586    0072572-00   S#0009544
WILLIAM GALCZYNSKI
1066 TREETOP TRAIL DR
ST LOUIS, MO 63021

97586    0072573-00   S#0003059
WILLIAM GEORGE GEFFON CUST
LISA GEFFON UGMA NY
854 MAPLE LANE
EAST MEADOW, NY 11554

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072574-00   S#0009254
WILLIAM GOMBERG
1845 N SEDGEWICK
CHICAGO, IL 60614

97586   0072575-00   S#0006691
WILLIAM H COOPER
137 MILL CREEK CROSSING
MADISON, AL 35758-7206

97586   0072576-00   S#0000817
WILLIAM H DORFSCHMIDT &
TERESA M DORFSCHMIDT JT/WRS
14 BANK ST
NEW MILFORD, CT 06776

97586   0072577-00   S#0007063
WILLIAM H FLORENCE
429 GROVES POINT WAY
LEXINGTON, KY 40517

97586   0072578-00   S#0008414
WILLIAM H FOEHLINGER
1102 S STARR
BURLINGTON, IA 52601

97586   0072579-00   S#0006663
WILLIAM H GUSNARD
2352 SUMNER LANE
BIRMINGHAM, AL 35216-4229

97586   0072580-00   S#0006195
WILLIAM H MARVEL JR &
LINDA C MARVEL JT TEN
10230 SW 58 COURT
MIAMI, FL 33156

97586   0072581-00   S#0004470
WILLIAM H MASON JR
1244 RAUM ST NE 20
WASHINGTON, DC 20002-2469

97586   0072582-00   S#0003768
WILLIAM H REESE JR CUST
DAVID C REESE
3290 CHAUTAUQUA AVE
ASHVILLE, NY 14710-9736

97586   0072583-00   S#0003945
WILLIAM H TREXLER JR CUST
MATTHEW W TREXLER A MINOR
419 BROAD ST
CRESSON, PA 16630-1813

97586   0072584-00   S#0008162
WILLIAM H WILSHER C/F
HEATHER L WILSHER UGMA MI
915 BUCKHORNE DRIVE
LAKE ORION, MI 48362

97586   0072585-00   S#0010997
WILLIAM HANCE &
DENISE HANCE JT TEN
865 CORDONE AVE
RENO, NV 89502

97586   0072586-00   S#0012851
WILLIAM HANSEN CUST
NIKKI HANSEN
3125 JEFFERSON BLVD
WEST SACRAMENTO, CA 95691

97586   0072587-00   S#0009245
WILLIAM HENRY SCHUBERT CUST
FOR HENRY WILLIAM SCHUBERT
727 S ASHLAND AVE UNIT J
CHICAGO, IL 60607

97586   0072588-00   S#0005376
WILLIAM HUNTER MCCLAMROCK
4104 HENRY J MENNINGER
RALEIGH, NC 27612

97586   0072589-00   S#0008492
WILLIAM J AVERILL
402 N 74
MILWAUKEE, WI 53213

97586   0072590-00   S#0011319
WILLIAM J BARNEY TR
OF THE WILLIAM J BARNEY LIVING
TRUST SPL ACCOUNT NBR 2
630 WESTBRIDGE PL
PASADENA, CA 91105-1511

97586   0072591-00   S#0002605
WILLIAM J CHOU &
ANDREA M CHOU JTTEN
48 GRINSTEAD STREET
MANHASSET, NY 11030

97586   0072592-00   S#0009438
WILLIAM J CLOUGH
BOX 306
CARROLLTON, IL 62016-0306

97586   0072593-00   S#0006631
WILLIAM J DONALDSON CUST
KRISTOPHER DONALDSON
5809 CASSIA DR
FT PIERCE, FL 34982

97586   0072594-00   S#0001702
WILLIAM J HADSELL JR
1131 E LANDIS AVE
VINELAND, NJ 08360-4120

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0072595-00    S#0008184<br>WILLIAM J KASSAB &<br>KAREN A KASSAB<br>195 CHERRY GROVE LANE<br>WALLED LAKE, MI 48390 | 97586    0072596-00    S#0003964<br>WILLIAM J LAFOE<br>1028 HEMLOCK LANE<br>ENOLA, PA 17025 | 97586    0072597-00    S#0000930<br>WILLIAM J LEE &<br>GRACE A LEE<br>176 KENNEDY BLVD<br>BAYONNE, NJ 07002-1119 |
| 97586    0072598-00    S#0003811<br>WILLIAM J LOCKRIDGE JR<br>455 REVENUE ST<br>PITTSBURGH, PA 15120-1222 | 97586    0072599-00    S#0009081<br>WILLIAM J MARTIN &<br>ELAINE E MARTIN   JT TEN<br>931 HANNAH<br>FOREST PARK, IL 60130-2309 | 97586    0072600-00    S#0001445<br>WILLIAM J MASNICK<br>11 CEDAR AVE<br>RUMSON, NJ 07760 |
| 97586    0072601-00    S#0010597<br>WILLIAM J MENEZES &<br>ASHTON LACY C JONES<br>1649 E GIRARD PL 421<br>ENGLEWOOD, CO 80110-9222 | 97586    0072602-00    S#0004040<br>WILLIAM J NEWMAN<br>932 SULLIVAN STREET<br>BETHLEHEM, PA 18015 | 97586    0072603-00    S#0006051<br>WILLIAM J PETTIGREW CUST<br>ALLISON MARIE PETTIGREW<br>3089 RIO BAYA S<br>INDIALANTIC, FL 32903-3724 |
| 97586    0072604-00    S#0006052<br>WILLIAM J PETTIGREW CUST<br>AMY WYATT PETTIGREW<br>3089 RIO BAYA S<br>INDIALANTIC, FL 32903-3724 | 97586    0072605-00    S#0007199<br>WILLIAM J RYBARCZYK<br>2430 EASTVALE DRIVE<br>OREGON, OH 43616 | 97586    0072606-00    S#0007613<br>WILLIAM J SERBONICH CUST FOR<br>JOSHUA M SERBONICH<br>UNIF TRANS MIN ACT OH<br>2165 CLARA AVE<br>ALBANY, OH 45710 |
| 97586    0072607-00    S#0003553<br>WILLIAM J SULLIVAN CUST<br>CHRISTOPHER SULLIVAN<br>8506 CHIPPENDALE CIRCLE<br>MANLIUS, NY 13104 | 97586    0072608-00    S#0004989<br>WILLIAM J UNVERFERTH<br>900 N KENSINGTON ST<br>ARLINGTON, VA 22205-1315 | 97586    0072609-00    S#0000439<br>WILLIAM J WEAVER CUST<br>ACF JOHN F WEAVER<br>39 BERKLEY ST<br>MERRIMACK, NH 03054-3251 |
| 97586    0072610-00    S#0009162<br>WILLIAM JAMES MILLER CUST<br>WILLIAM JOHN MILLER<br>2806 SHEFFIELD DR<br>NEW LENOX, IL 60451-1538 | 97586    0072611-00    S#0010432<br>WILLIAM JENNINGS JR &<br>GWENDOLYN A K JENNINGS<br>20615 FAWNBROOK CT<br>KATY, TX 77450 | 97586    0072612-00    S#0013097<br>WILLIAM JORGENS<br>14309 SE LAURIE AVE<br>MILWAUKIE, OR 97267-1047 |
| 97586    0072613-00    S#0011112<br>WILLIAM K BERGMAN<br>12537 ROSE AVE<br>LOS ANGELES, CA 90066-1517 | 97586    0072614-00    S#0006345<br>WILLIAM K FRASER &<br>BONNIE JUNE GAUTREAU JT TEN<br>0740 NE FIFTH AVE<br>BOCA RATON, FL 33432-2912 | 97586    0072615-00    S#0000321<br>WILLIAM K MARTIN CUST<br>DANIEL MARTIN<br>301 GLEN RD<br>WESTON, MA 02193-2268 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0072616-00  S#0009853
WILLIAM K PAISLEY CUST FOR
ERIC K PAISLEY UGMA PA
16222 CALIFORNIA STREET
OMAHA, NE 68118-2508

97586   0072617-00  S#0008019
WILLIAM K RAMEY JR
11163 HALL RD
WHITMORE LAKE, MI 48189

97586   0072618-00  S#0012719
WILLIAM L ARBOGAST
1428 CARLTON AVE
STOCKTON, CA 95203

97586   0072619-00  S#0008982
WILLIAM L BARRON CUST
DAVID A BARRON
306 ARDMORE COURT
VERNON HILLS, IL 60061

97586   0072620-00  S#0011080
WILLIAM L FISHMAN TTEE
THE WILLIAM L FISHMAN TRUST
1355 SAGINAW ST
LOS ANGELES, CA 90041

97586   0072621-00  S#0010287
WILLIAM L JOHNSON III CUST
SAMUEL L JOHNSON
502 BEAR RIDGE
KELLER, TX 76248-5702

97586   0072622-00  S#0010286
WILLIAM L JOHNSON III CUST
WILLIAM P JOHNSON
502 BEAR RIDGE
KELLER, TX 76248-5702

97586   0072623-00  S#0006708
WILLIAM L MOORE JR CUST
DANIEL P MOORE
6201 CHAPARRAL DR
MONTGOMERY, AL 36116

97586   0072624-00  S#0006710
WILLIAM L MOORE JR CUST
RICHARD G MOORE
6201 CHAPARRAL DR
MONTGOMERY, AL 36116

97586   0072625-00  S#0006709
WILLIAM L MOORE JR CUST
WILLIAM L MOORE III
6201 CHAPARRAL DR
MONTGOMERY, AL 36116

97586   0072626-00  S#0010326
WILLIAM L MORGAN
12929 GULF FRWY 105
HOUSTON, TX 77034-4894

97586   0072627-00  S#0006813
WILLIAM L SCHAFF &
LOIS E SCHAFF JTTEN
1806 CENTRAL
ELIZABETHTON, TN 37643

97586   0072628-00  S#0006812
WILLIAM L SCHAFF CUST
TESSA E WHITMORE UGTMA-TN
1806 CENTRAL AVENUE
ELIZABETHTON, TN 37643

97586   0072629-00  S#0010548
WILLIAM L SMITH
1105-A WESTWOOD DR
ROUND ROCK, TX 78762

97586   0072630-00  S#0000289
WILLIAM LEHEY CUST
22 FAIR OAKS DRIVE
LEXINGTON, MA 02173

97586   0072631-00  S#0003314
WILLIAM LEMOROCCO
6 ROY DR
NESCONSET, NY 11767-2214

97586   0072632-00  S#0013536
WILLIAM LOUGHEED
68 SNIDER AVENUE
TORONTO, ON M6E 4S1
CANADA

97586   0072633-00  S#0000941
WILLIAM LOUIS NOVAK
10 PEPPERRIDGE ROAD
BOONTON TOWNSHIP, NJ 07005

97586   0072634-00  S#0002301
WILLIAM LUGO
1855 BOGART AVE A2
BRONX, NY 10462

97586   0072635-00  S#0003384
WILLIAM M BAKER
17 NELSON PL
MASTIC, NY 11950

97586   0072636-00  S#0007417
WILLIAM M BOWDEN
867 LYNITA DR
BROOKFIELD, OH 44403

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586    0072637-00   S#0005569<br>WILLIAM M BROWN &<br>SHELBY T BROWN<br>1639 ROYLE RD 8<br>SUMMERVILLE, SC 29483 | 97586    0072638-00   S#0002837<br>WILLIAM M CAMERON JR &<br>NANCY G CAMERON JT TEN<br>118-01 14TH AVE<br>COLLEGE POINT, NY 11356 | 97586    0072639-00   S#0005462<br>WILLIAM M CARTER III<br>BOX 723<br>CARTHAGE, NC 28327 |
| 97586    0072640-00   S#0005463<br>WILLIAM M CARTER JR<br>BOX 723<br>CARTHAGE, NC 28327-9137 | 97586    0072641-00   S#0012467<br>WILLIAM M HUGHES &<br>LINDA A HUGHES<br>1714 VERDITE ST<br>LIVERMORE, CA 94550-9218 | 97586    0072642-00   S#0010575<br>WILLIAM M STOTLER &<br>KATHLEEN R STOTLER<br>3945 BRECKENRIDGE<br>EL PASO, TX 79936-1205 |
| 97586    0072643-00   S#0000565<br>WILLIAM M SWEET<br>24 OAKWOOD CIRCLE<br>BRISTOL, CT 06010 | 97586    0072644-00   S#0011610<br>WILLIAM M WARDWELL CUST<br>JEFFERY ALAN WARDWELL<br>224 ALTA LANE<br>EL CAJON, CA 92021 | 97586    0072645-00   S#0011609<br>WILLIAM M WARDWELL CUST<br>SARAH ANNE WARDWELL<br>224 ALTA LANE<br>EL CAJON, CA 92021 |
| 97586    0072646-00   S#0010750<br>WILLIAM M WOLFE<br>713 S NAVAJO ST<br>SALT LAKE CTY, UT 84104-2615 | 97586    0072647-00   S#0011611<br>WILLIAM MARK WARDWELL<br>224 ALTA LANE<br>EL CAJON, CA 92021 | 97586    0072648-00   S#0004476<br>WILLIAM MARTIN PICKRUM<br>4834 1/2 16TH ST NW<br>WASHINGTON, DC 20011-4333 |
| 97586    0072649-00   S#0003225<br>WILLIAM MATTHEW KUNKEL<br>C/F BRIAN KUNKEL UGMA NY<br>90 SOUNDVIEW AVE<br>E NORTHPORT, NY 11731 | 97586    0072650-00   S#0003713<br>WILLIAM MCBRIDE CUST<br>PATRICK MCBRIDE<br>41 MONROE AVE<br>PITTSFORD, NY 14534 | 97586    0072651-00   S#0008931<br>WILLIAM MEANY<br>9373 BAY COLONY DR 3S<br>DES PLAINS, IL 60016 |
| 97586    0072652-00   S#0000536<br>WILLIAM O KINNEY &<br>MARILYN S KINNEY<br>JT TEN<br>BOX 76<br>EAST DORSET, VT 05253-0076 | 97586    0072653-00   S#0011840<br>WILLIAM P BROWN &<br>BETTY A BROWN JT TEN<br>272 AVENIDA SEVILLA UNIT P<br>LAGUNA HILLS, CA 92653-3430 | 97586    0072654-00   S#0008077<br>WILLIAM P ELAM CUST<br>LAUREN ELIZABETH ELAM<br>1144 BEM BRIDGE DR<br>ROCHESTER HILLS, MI 48307 |
| 97586    0072655-00   S#0008389<br>WILLIAM P SCHWICKERATH CUST<br>ANGIE SCHWICKERATH<br>1970 MCCLOUD AVE<br>NEW HAMPTON, IA 50659 | 97586    0072656-00   S#0008388<br>WILLIAM P SCHWICKERATH CUST<br>JONAS SCHWICKERATH<br>1970 MCCLOUD AVE<br>NEW HAMPTON, IA 50659 | 97586    0072657-00   S#0008386<br>WILLIAM P SCHWICKERATH CUST<br>MAY LYN SCHWICKERATH<br>1970 MCCLOUD AVE<br>NEW HAMPTON, IA 50659 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072658-00  S#0008387<br>WILLIAM P SCHWICKERATH CUST<br>MEGAN SCHWICKERATH<br>1970 MCCLOUD AVE<br>NEW HAMPTON, IA 50659 | 97586   0072659-00  S#0005804<br>WILLIAM P TATE JR<br>BOX 95<br>TRION, GA 30753 | 97586   0072660-00  S#0006927<br>WILLIAM PATRICK CONDON AND<br>MAE B CONDON JT WROS<br>717 SOUTH WASHINGTON AVE<br>GREENVILLE, MS 38701-5832 |
| 97586   0072661-00  S#0013172<br>WILLIAM PETER BLOCHOWIAK &<br>MARIAN F GIB BLOCHOWIAK JTTEN<br>3302 S 262<br>KENT, WA 98032 | 97586   0072662-00  S#0006018<br>WILLIAM PROCKNOW<br>499 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | 97586   0072663-00  S#0002980<br>WILLIAM PSOMAIDIES<br>149-31 114TH ST<br>SOUTH OZONE PARK, NY 11420 |
| 97586   0072664-00  S#0001109<br>WILLIAM R ALEXANDER<br>346 BRIAR PATCH<br>MOUNTAINSIDE, NJ 07092 | 97586   0072665-00  S#0010674<br>WILLIAM R BROWN &<br>BRAD ALLEN BROWN JT TEN<br>BOX 102<br>STERLING, CO 80751 | 97586   0072666-00  S#0004715<br>WILLIAM R CAPPUCCIO &<br>MARIA T CAPPUCCIO<br>302 BARROWS COURT<br>HAVRE DE GRACE, MD 21078-4257 |
| 97586   0072667-00  S#0005927<br>WILLIAM R CULPEPPER CUST<br>ANDREW G CULPEPPER<br>7701 BAYMEADOWS CIR W 1125<br>JACKSONVILLE, FL 32256 | 97586   0072668-00  S#0013267<br>WILLIAM R EIFORD JR CUST<br>JOHN DOUGLAS EIFORD<br>201 YORK STREET<br>BELLINGHAM, WA 98225 | 97586   0072669-00  S#0008076<br>WILLIAM R ELAM CUST<br>WILLIAM PATRICK ANDREW ELAM<br>1144 BEMBRIDGE DR<br>ROCHESTER, MI 48307 |
| 97586   0072670-00  S#0005974<br>WILLIAM R ELLIS CUST<br>JESSICA LEILANI CONWAY-ELLIS<br>BOX 12372<br>GAINESVILLE, FL 32604-0372 | 97586   0072671-00  S#0008439<br>WILLIAM R LAW CUST<br>JONATHAN E LAW UI/WI/UTMA<br>15340 POMONA ROAD<br>BROOKFIELD, WI 53005 | 97586   0072672-00  S#0009159<br>WILLIAM R LOVEGREN CUST<br>CHAD ANDREW LOVEGREN<br>19629 THERESE LANE<br>MOKENA, IL 60448 |
| 97586   0072673-00  S#0009158<br>WILLIAM R LOVEGREN CUST<br>PAUL MATTHEW LOVEGREN<br>19629 THERESE LANE<br>MOKENA, IL 60448 | 97586   0072674-00  S#0006037<br>WILLIAM R SMITH<br>8237 PAMLICO ST<br>ORLANDO, FL 32817 | 97586   0072675-00  S#0000223<br>WILLIAM R YOUNG JR<br>20 ELLSWORTH AVE<br>STOUGHTON, MA 02072 |
| 97586   0072676-00  S#0005621<br>WILLIAM RANSOM CUST<br>KO RANSOM UGTMA-GA<br>420 PENSDALE ROAD<br>SECATUR, GA 30030 | 97586   0072677-00  S#0007466<br>WILLIAM ROGERS &<br>PATRICIA A ROGERS JT TEN<br>1193 LAKE BREEZE DRIVE<br>NORTH CANTON, OH 44720 | 97586   0072678-00  S#0007465<br>WILLIAM ROGERS C/F<br>DAVID JOSEPH ROGERS UGMA OH<br>1193 LAKE BREEZE DR<br>NORTH CANTON, OH 44720 |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072679-00   S#0000383
WILLIAM S CLARK CUST
BENJAMIN DAVID CLARK
71 TALBOT WAY
SEEKONK, MA 02771

97586   0072680-00   S#0009311
WILLIAM S DUKE
8415 W BRODMAN
CHICAGO, IL 60656

97586   0072681-00   S#0005653
WILLIAM S EDELEN JR CUST
FOR WILLIAM S EDELEN III
4286 PARISH TERRACE
MARIETTAK, GA 30066-2384

97586   0072682-00   S#0001920
WILLIAM S ENG
18 MONROE ST
APT KB-PH
NEW YORK, NY 10002

97586   0072683-00   S#0012468
WILLIAM S JOHNSON
241 RIVERWOOD CIRCLE
MARTINEZ, CA 94553

97586   0072684-00   S#0005936
WILLIAM S MCCLOUD
725 KENDALL DR
TALLAHASSEE, FL 32301-7029

97586   0072685-00   S#0007293
WILLIAM SCOTT HUEBLER CUST
ASHLEY E HUEBLER
3999 BROOKSIDE BLVD
CLEVELAND, OH 44111

97586   0072686-00   S#0007292
WILLIAM SCOTT HUEBLER CUST
BRADLEY M HUEBLER
3999 BROOKSIDE BLVD
CLEVELAND, OH 44111

97586   0072687-00   S#0007291
WILLIAM SCOTT HUEBLER CUST
BRITTANY E HUEBLER
3999 BROOKSIDE BLVD
CLEVELAND, OH 44111

97586   0072688-00   S#0007290
WILLIAM SCOTT HUEBLER CUST
CAYLEY K HEUBLER
3999 BROOKSIDE BLVD
CLEVELAND, OH 44111

97586   0072689-00   S#0010752
WILLIAM SKOKOS CUST
MATTHEW EDWARD SKOKOS UT/UGMA
BOX 1535
SALT LAKE CTY, UT 84110-1535

97586   0072690-00   S#0010753
WILLIAM SKOKOS CUST
ROBERT JAMES SKOKOS UT/UGMA
BOX 1535
SALT LAKE CTY, UT 84110-1535

97586   0072691-00   S#0010754
WILLIAM SKOKOS CUST
STEPHEN WILLIAM SKOKOS
BOX 1535
SLC, UT 84110-1535

97586   0072692-00   S#0008435
WILLIAM STORM
2708 ELM STREET
DAVENPORT, IA 52803

97586   0072693-00   S#0003997
WILLIAM T CONAWAY &
PATRICIA E CONAWAY JT TEN
6485 DARK HOLLOW RD
WRIGHTSVILLE, PA 17368-9361

97586   0072694-00   S#0001555
WILLIAM T DVORAK &
FLORENCE L DVORAK
17 ADAMS DR
WHIPPANY, NJ 07981-2001

97586   0072695-00   S#0002950
WILLIAM T GREEN
61-12 METROPOLITAN AVE
FIRST FLOOR
FLUSHING, NY 11385

97586   0072696-00   S#0008522
WILLIAM T PATRICK CUST
CORY W PATRICK WI/UGMA
7075 GEHIN RD
BELLEVILLE, WI 53508

97586   0072697-00   S#0009584
WILLIAM T PETERS
3958A FILLMORE ST
SAINT LOUIS, MO 63116-3116

97586   0072698-00   S#0002349
WILLIAM TOWBER
17 SUNSET DR N
CHAPPAQUA, NY 10514

97586   0072699-00   S#0012321
WILLIAM TOY
218A BALBOA ST
SAN FRANCISCO, CA 94118

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

| | | |
|---|---|---|
| 97586   0072700-00  S#0007930<br>WILLIAM TRACHET &<br>LYDIA TRACHET JT TEN<br>614 STRATFORD DR<br>ANN ARBOR, MI 48104 | 97586   0072703-00  S#0005430<br>WILLIAM V BOST CUST<br>VICTORIA K BOST<br>13 OAK ROAD<br>SALISBURY, NC 28144-6909 | 97586   0072701-00  S#0005428<br>WILLIAM V BOST CUST<br>WHITNEY ELIZABETH BOST<br>BOX 4134<br>SALISBURY, NC 28144 |
| 97586   0072702-00  S#0005429<br>WILLIAM V BOST CUST<br>WILLIAM DAVID BOST<br>BOX 4134<br>SALISBURY, NC 28144 | 97586   0072704-00  S#0006571<br>WILLIAM V KOZLOWSKI<br>4080 NE 18TH TER<br>OCALA, FL 34479-8648 | 97586   0072705-00  S#0004081<br>WILLIAM V ROWE CUST<br>JAMES WYANY ROWE UGMA PA<br>501 HIGHLAND AVE<br>CLARKS SUMMIT, PA 18411 |
| 97586   0072706-00  S#0004080<br>WILLIAM V ROWE CUST<br>MICHAEL HARRISON ROWE UGMA PA<br>501 HIGHLAND AVE<br>CLARKS SUMMIT, PA 18411 | 97586   0072707-00  S#0000960<br>WILLIAM W BARBOUR III<br>31 ENERSON ST<br>EAST ORANGE, NJ 07018 | 97586   0072708-00  S#0013364<br>WILLIAM W ETTER<br>1550 CRESCENT DR<br>ANCHORAGE, AK 99508 |
| 97586   0072709-00  S#0008473<br>WILLIAM W HOLDER CUST<br>BENJAMIN A HOLDER<br>BOX 645<br>PELL LAKE, WI 53157 | 97586   0072710-00  S#0006718<br>WILLIAM W O'NEAL JR CUST<br>WILLIAM W O'NEAL<br>11 SIGNAL HILL<br>SPANISH FORT, AL 36527-3023 | 97586   0072711-00  S#0005826<br>WILLIAM W SPRAGUE III CUST<br>WILLIAM W SPRAGUE IV<br>15 BRANSBY DR<br>SAVANNAH, GA 31406 |
| 97586   0072712-00  S#0005291<br>WILLIAM W STAUB III<br>312 WALNUT GROVE RD<br>ARCHDALE, NC 27263 | 97586   0072713-00  S#0010656<br>WILLIAM WESTALL CUSTODIAN<br>STERLING A WESTFALL<br>8435 S ARMADILLO TRL<br>EVERGREEN, CO 80439-6227 | 97586   0072714-00  S#0010657<br>WILLIAM WESTFALL CUST<br>TAYLOR S WESTFALL UTMA/CO<br>8435 S ARMADILLO TRL<br>EVERGREEN, CO 80439-6227 |
| 97586   0072715-00  S#0012287<br>WILLIAM WINQUIST CUST<br>JUSTIN TYLER WINQUIST<br>2251 POLK ST<br>SAN FRANCISCO, CA 94109 | 97586   0072716-00  S#0006628<br>WILLIAM WOODLEY<br>20 N W 115TH DR<br>OKEECHOBEE, FL 34972 | 97586   0072717-00  S#0010591<br>WILLIAM WYKLE<br>6699 W 97TH CT<br>WESTMINSTER, CO 80021 |
| 97586   0072718-00  S#0001516<br>WILLIAM ZOTTI<br>46 SHUNPIKE AVE<br>SUMMIT, NJ 07901 | 97586   0000163-00  S#0001913<br>WILLIAMS, BETTY<br>322 SEVENTH AVE<br>NEW YORK, NY 10001 | 97586   0000586-00  S#0001915<br>WILLIAMS, GENE<br>322 7TH AVE<br>NEW YORK, NY 10001 |
| 97586   0001549-00  S#0005248<br>WILLIAMS, VICKIE S<br>RD #3 BOX 74-D<br>MOUNDSVILLE, WV 26041 | 97586   0072719-00  S#0004304<br>WILLIE A EVANS<br>2086 E BURN AVE<br>PHILADELPHIA, PA 19138 | |

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008  and sent to following creditors:

97586   0072720-00  S#0011683
WILLIE B WADE JR &
LORINDA T WADE
JT TEN
3844 GAYLE ST
SAN DIEGO, CA 92115

97586   0072721-00  S#0006837
WILLIE E ADAMS JR
555 GRAND STEEPLE DR
COLLIERVILLE, TN 38017

97586   0072722-00  S#0004395
WILLIE T JOHNSON
38 DANBURY DR
NEWARK, DE 19702

97586   0072723-00  S#0006882
WILMA D KRAG CUST
TAYLOR DEAN KRAG
4999 LAKE VILLA COVE
MEMPHIS, TN 38125

97586   0072724-00  S#0003767
WILMAR TARR CUST
ANDREW R TARR
STONELEDGE RD
ASHVILLE, NY 14710

97586   0072725-00  S#0002910
WILSON A CHOU
94-23 58TH AVENUE
ELMHURST, NY 11373-5148

97586   0020322-00  S#0009889
WILSON CASE INC
ATTN: DON SERGEANT-SECTY/TREAS
PO BOX 1106
HASTINGS, NE 68902-1106

97586   0072726-00  S#0010322
WILSON GAW CUST
CHRISTOPHER WILSON GAW
12303 PERTSHIRE
HOUSTON, TX 77024-4102

97586   0072727-00  S#0002909
WILSON NG
41-95 FORLEY ST
NEW YORK, NY 11373

97586   0069932-00  S#0011783
WILSON, RICHARD BRYCE
PO BOX 51442
RIVERSIDE, CA 92517-2442

97586   0001304-00  S#0004776
WILSON, RON
4706 BELLE FORTE RD
BALTIMORE, MD 21208

97586   0072728-00  S#0005582
WIN MINTER CUST
MARSDEN MINTER
81 WACCAMAW TRAIL
PAWLEYS ISLANDS, SC 29585

97586   0072729-00  S#0006298
WING DER &
KAM DER &
PERRY DER
6701 FALCONSGATE AVE
DAVIE, FL 33331

97586   0072730-00  S#0002904
WING LOK FUNG
74 22 45TH AVENUE
ELMHURST, NY 11373

97586   0072731-00  S#0004522
WINGS/WASHINGTON INVESTMENT
GRP SAVINGS-AN INVESTMENT CLUB
C/O CARL I BRUNDIGE
1305 FAIRLAKES PL
MITCHELLVILLE, MD 20721

97586   0021147-00  S#0005868
WINKLER, JOHN A
13 PLAYERS VILLAS
POUTE VEDRA, FL 32082

97586   0072732-00  S#0006541
WINSTON E BARZELL CUSTODIAN
FOR DUSTIN J BARZELL UGTMA FL
7630 POINT OF ROCKS RD
SARASOTA, FL 34242

97586   0072733-00  S#0002041
WINSTON FLOWERS
324 E 41ST ST
NEW YORK, NY 10017

97586   0001606-00  S#0002998
WINTHROP UNIVERSITY HOSPITAL
222 STATION PLZ N #432
MINEOLA, NY 11501

97586   0001607-00  S#0011120
WIRED
8607 MELROSE AVE
WEST HOLLYWOOD, CA 90069-5010

97586   0001609-00  S#0002463
WIZARD PRESS
SUBSCRIPTION DEPT
PO BOX 658
YORKTOWN HEIGHTS, NY 10598

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0000594-00  S#0001617
WOJTOWICZ, GERALD J
1120 EXECUTIVE PLAZA STE 300
RT 73
MT LAUREL, NJ 08054

97586   0001416-00  S#0009233
WOLTMAN, STEVE
1163 OGDEN AVE SUITE 103-7
NAPERVILLE, IL 60563

97586   0072734-00  S#0013668
WOOD GUNDY LONDON LIMITED
COTTONS CENTRE
COTTONS LANE
LONDON SEI 2QA
UNITED KINGDOM

97586   0072735-00  S#0011088
WORLDWIDE ENTERPRISES
ATT MILTON AVOL
7274 W SUNSET BLVD STE 1
LOS ANGELES, CA 90046-3437

97586   0000480-00  S#0005822
WUILLERMIN, ED
101 W OGLETHORPE AVE APT 406
SAVANNAH, GA 31401

97586   0021119-00  S#0008966
WW GRAINGER INC
ATTN: W F ALLEN-REFERRAL MGR
100 GRAINGER PKWY
LAKE FOREST, IL 60045-5201

97586   0001562-00  S#0008968
WW GRAINGER INC
DEPT 472 - 820095834
100 GRAINGER PKWY
LAKE FOREST, IL 60045-5201

97586   0001561-00  S#0008967
WW GRAINGER INC
DEPT 545 - 814942579
100 GRAINGER PKWY
LAKE FOREST, IL 60045-5201

97586   0001563-00  S#0008965
WW GRAINGER INC
DEPT 637 - 824601157
100 GRAINGER PKWY
LAKE FOREST, IL 60045-5201

97586   0072736-00  S#0001145
XIA CHEN
55-902 RIVER DR S
JERSEY CITY, NJ 07310-1772

97586   0072737-00  S#0012703
Y MARQUETTE HERMANN CUST
PAUL BRADLEY HERMANN
1596 MCKENDRIE ST
SAN JOSE, CA 95126

97586   0072738-00  S#0002246
Y RICHARD LING &
ELLEN LING
859 SINCLAIR AVE
STATEN ISLAND, NY 10309

97586   0072739-00  S#0006883
YAO QUAN HUANG
4416 BUNKER HILL DR
MEMPHIS, TN 38125

97586   0072741-00  S#0002933
YEE GIN CHIN &
CHUCK CHIN JT TEN
4244 64TH ST
WOODSIDE, NY 11377

97586   0072742-00  S#0002936
YEE GIN CHIN &
JACOB CHIN JTWROS
4244 64TH ST
WOODSIDE, NY 11377

97586   0072740-00  S#0002935
YEE GIN CHIN &
JEANNIE C LEE
JT TEN
4244 64TH ST
WOODSIDE, NY 11377

97586   0072743-00  S#0002934
YEE GIN CHIN &
TOMMY CHIN JTWROS
4244 64TH ST
WOODSIDE, NY 11377

97586   0072744-00  S#0002931
YEE GIN CHIN &
WILLIAM K CHIN JT TEN
4244 64TH ST
WOODSIDE, NY 11377

97586   0063657-00  S#0011048
YEE, F MICHAEL
1830 COLBY AVE APT 4
LOS ANGELES, CA 90025

97586   0066360-00  S#0000419
YEREMIAN, JOYCE
29 PLYMOUTH RD
NORTH PROVIDENCE, RI 02904-5228

97586   0072745-00  S#0002187
YITCHAK MAYERFELD
301 E 47TH ST
NEW YORK, NY 10107

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586   0072746-00   S#0004722
YOLANDA KRISCH
9 CINDER ROAD
TIMONIUM, MD 21093

97586   0072747-00   S#0002400
YOLANDA P HEADY
55 PARK DR
PEEKSKILL, NY 10566-1528

97586   0072748-00   S#0002880
YONAH E PRESWORSKY
141-45 71 RD
FLUSHING, NY 11367

97586   0072749-00   S#0002883
YONAH PRESWORSKY CUST
YECHEZKEL PRESWORSKY
141-45 71ST RD
KEW GARDENS, NY 11367

97586   0001623-00   S#0000858
YOUNG PRESIDENT'S ORGANIZATION
43 ARCH STREET
GREENWICH, CT 06830

97586   0021067-00   S#0003176
YOUNG'S INDUSTRIAL POWER TRANS
AND BEARING SUPPLY CORP
115 S 2ND ST SUITE #1
BAYSHORE, NY 11706

97586   0000813-00   S#0011699
YOUNG, KIT
11535 SORRENTO VALLEY RD
STE 403
SAN DIEGO, CA 92121

97586   0001305-00   S#0005794
YOUNG, RON
106 CARTECAY COVE TRCE
ELLIJAY, GA 30540

97586   0072750-00   S#0009025
YU-ZEN YANG
10077 N LAMON AVE
SKOKIE, IL 60077

97586   0001626-00   S#0013637
YUASA AND HARA
TOKYO CENTRAL
PO BOX 714
TOKYO 100-91
JAPAN

97586   0072751-00   S#0012695
YUJI HONMA
5923 SNELL AVE
SAN JOSE, CA 95123

97586   0072752-00   S#0002815
YUK PING LAU
2915 BRIGHTON FIRST ST
BROOKLYN, NY 11235

97586   0072753-00   S#0012530
YVETTE S AVILA CUST
SHELBY ANNE AVILA
2101 OAKVALE RD
UPPER UNIT
WALNUT CREEK, CA 94596

97586   0072754-00   S#0012939
YVETTE S MUTA
98-604 ALOALII ST
AIEA, HI 96701

97586   0072755-00   S#0003474
YVETTE WOLFE BARTEE &
RICHARD W BARTEE JR JT TEN
110 GIDNEY AVENUE
NEWBURGH, NY 12550

97586   0072756-00   S#0000864
YVONNE A FLYNN
77 INDIAN HARBOR DR
GREENWICH, CT 06830-7107

97586   0072757-00   S#0005176
YVONNE AVERY CUSTODIAN
JOSEPH P AVERY
12520 PLACID AVE
CHESTER, VA 23831

97586   0072758-00   S#0006227
YVONNE M DEL CASTILLO &
ANA L MENENDEZ JT TEN
9851 SW 13 TERRACE
MIAMI, FL 33174-2914

97586   0072759-00   S#0000872
YVONNE MARIE GRIMES, CUST
ELIZABETH MARY GRIMES
1 BENNETTS BRIDGE RD
SANDY HOOK, CT 06842

97586   0072760-00   S#0007767
YVONNE PAVEY CUST
AARON PAVEY
2209 SHELBY ST
NEW ALBANY, IN 47150

97586   0072761-00   S#0007766
YVONNE PAVEY CUST
CHERYL KENNADY
2209 SHELBY ST
NEW ALBANY, IN 47150

Debtor:            Mafco Litigation Trust
Description:       Notice/Motion
Mailing Number:    0807A
Notices Mailed By: 08/01/2008  and sent to following creditors:

97586    0072762-00  S#0008622
YVONNE S JAJTNER
1703 N MAIN ST
OSHKOSH, WI 54901

97586    0072763-00  S#0007773
ZACH SCHROER
9846 E 50 N
COLUMBUS, IN 47203-9305

97586    0072764-00  S#0004032
ZACHARY A CHAPPELL
534 N DERR DR #3
LEWISBURG, PA 17837-1002

97586    0072765-00  S#0012152
ZACHARY BERGIN
21180 ANGEL ST
TEHACHAPI, CA 93561

97586    0072766-00  S#0006639
ZACHARY FIER
3631 SE DOUBLETON DR
STUART, FL 34997

97586    0072767-00  S#0001512
ZACHARY K HAAS
CUST DENISE A HAAS
175 E WASHINGTON AVE
WASHINGTON, NJ 07882

97586    0072768-00  S#0001511
ZACHARY K HAAS C/F
DENISE A HAAS
175 E WASHINGTON AVE
WASHINGTON, NJ 07882

97586    0072769-00  S#0005411
ZACHARY LEE FLEMING
2205 GREENWICH LN
WILSON, NC 27893

97586    0072770-00  S#0010398
ZACHARY R WAGNER
PO BOX 4587
HOUSTON, TX 77210-4587

97586    0072771-00  S#0012163
ZACHARY RYAN SALINAS
2971 OLIVE
SELMA, CA 93662

97586    0072772-00  S#0012556
ZACHARY SAKAI KING
1626 BEVERLY PLCE
BERKELEY, CA 94704

97586    0072773-00  S#0001514
ZACHARY SHANE HULBERT
C/O KALA L PAUL
24 SWEETBRIAR RD
SUMMIT, NJ 07901

97586    0072774-00  S#0012702
ZACK VALENCIA
1624 THE ALAMEDA 38
SAN JOSE, CA 95126

97586    0072775-00  S#0000115
ZACKARY GILLMAN
1 KARA ANN DR
FRAMINGHAM, MA 01701

97586    0021074-00  S#0013347
ZAK DESIGNS INC
ATTN: MIKE SHULTZ-CREDIT MANAGER
S 1604 GARFIELD RD
SPOKANE, WA 99224

97586    0072776-00  S#0006696
ZANE E SMITH
CHRISTINA R SMITH JTTEN
2507 CLOVIS ROAD
HUNTSVILLE, AL 35803

97586    0068697-00  S#0005018
ZARLENGA, MICHAEL W
PO BOX 1947
ALEXANDRIA, VA 22313-1947

97586    0072777-00  S#0009212
ZDENEK T PELC &
PAUL PELC
708 RIEDY RD
LISLE, IL 60532-2231

97586    0072778-00  S#0009211
ZDENEK T PELC CUST
DYLON PELC
708 RIEDY RD
LISLE, IL 60532-2231

97586    0072779-00  S#0009210
ZDENEK T PELC CUST
LYDIA PELC
708 RIEDY RD
LISLE, IL 60532-2231

97586    0072780-00  S#0001688
ZECHARIAH EMERY
4944 MOSS MILL RD
EGG HARBOR, NJ 08215

97586    0072781-00  S#0000400
ZEKAYI KUCUKKAYA
100 MOUNT PLEASANT VIEW AVE
CUMBERLAND, RI 02864

97586    0072782-00  S#0006886
ZHAO RONG HU
4416 BUNKER HILL DR
MEMPHIS, TN 38125

**Debtor:**          Mafco Litigation Trust
**Description:**     Notice/Motion
**Mailing Number:**  0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:

97586    0000799-00  S#0011118
ZIFFREN, KENNETH
ZIFFREN BRITTENHAM & BRANCA
1801 CENTURY PARK W
LOS ANGELES, CA 90067-6406

97586    0072783-00  S#0000386
ZIPPORAH SANDLER CUST FBO
BENJAMIN M LUBIN SANDLER
53 MARTIN AVE
BARRINGTON, RI 02806-2546

97586    0072784-00  S#0011689
ZOD X SCHULTZ
3234 IDLEEWILD WAY
SAN DIEGO, CA 92117

97586    0072785-00  S#0010453
ZOULA PYLE ZEIN ELDIN CUST
MICHAEL S POWELL UGMA/TX
42 COLONY PARK CIRCLE
GALVESTON, TX 77551

**Debtor:** Mafco Litigation Trust
**Description:** Notice/Motion
**Mailing Number:** 0807A
**Notices Mailed By:** 08/01/2008   and sent to following creditors:


**Total Notices Printed**    13,671