IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
RONALD CANTOR, IVAN SNYDER and :
JAMES A. SCARPONE, as TRUSTEES OF :
THE MAFCO LITIGATION TRUST, :
: Civil Action No. 97-586 (SLR)
Plaintiffs, :
:
- against - :
:
RONALD O. PERELMAN, :
MAFCO HOLDINGS INC., :
MacANDREWS & FORBES HOLDINGS INC., :
ANDREWS GROUP INCORPORATED, :
WILLIAM C. BEVINS and :
DONALD G. DRAPKIN, :
:
Defendants. :
:
------------------------------------------------------------x

## ORDER

Upon consideration of the Trustees' motion (the "Trustees' Motion") for an order approving the settlement and compromise of this action on the terms set forth in the Settlement Agreement, dated June 16, 2008; and upon consideration of all other submissions to the Court with respect to the Trustees' Motion; and the Court having set August 1, 2008 as the date for mailing of notice of the Trustees' Motion to Trust beneficiaries and August 29, 2008 as the date for filing of statements in support of or objection to such motion; and the Court having conducted a hearing on September 11, 2008 with respect to such motion;

{00239727;v1}

IT IS HEREBY ORDERED THAT:

1. The Court approves: (i) the form of notice annexed hereto ("the Notice"); and (ii) the manner of distribution of the Notice as set forth in the Affidavit of Deborah Reyes of Epiq Systems, sworn to September 11, 2008.

2. Any further statements in support of or in objection to the Trustees' Motion must be post-marked on or before October 9, 2008, and sent to both the Court and counsel for the Trustees at the addresses set forth in the Notice.

3. The foregoing procedures and schedule for notice, objections and hearing are compliant with Due Process and other applicable legal requirements.

Dated: September 15, 2008

_____
Hon. Sue L. Robinson
United States District Judge

{00239727;v1}                                    2